UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                              Chapter  11

                                    Case No.  24 - 11686  (JKS)

Debtor:  BLINK HOLDINGS, INC., et al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  John M. Craig

to represent  Commonwealth Edison, Consolidated Edison, PSE&G, PSEGLI and Southern California Edison

in this action.

*William F. Taylor, Jr.*

Firm Name: Whiteford Taylor & Preston LLC
Address: 600 N. King St., Suite 300
Wilmington, DE 19801
Phone: (302) 353-4145
Email: wtaylor@whitefordlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  State of Virginia   and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

*John M. C[signature]*

Firm Name: Law Firm of Russell R. Johnson III, PLC, 2258 Wheatlands Dr.,
Address: Manakin-Sabot, VA 23103
Phone: (804) 749-8861
Email: john@russelljohnsonlawfirm.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.