IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BLINK HOLDINGS, INC., et al., | ) Case No. 24-11686 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in this case of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1. The names and addresses of the Utilities represented by the Firm are:

    A. Consolidated Edison Company of New York, Inc.
       Attn: Bankruptcy
       Customer Operations, Specialized Activities, 9th Floor
       4 Irving Place
       New York, New York 10003

    B. Southern California Edison Company
       Attn: Jeffrey S. Renzi, Esq.
       Director and Managing Attorney
       Southern California Edison Company, Law Dept.
       2244 Walnut Grove Avenue
       Rosemead, California 91770

    C.    Commonwealth Edison Company
          Attn: Lynn R. Zack, Esq.
          Assistant General Counsel
          Exelon Corporation
          2301 Market Street, S23-1
          Philadelphia, Pennsylvania 19103

    D.    Public Service Electric and Gas Company
          Attn: Matthew Cooney, Bankruptcy Department
          80 Park Plaza, T5D
          Newark, New Jersey 07102

    E.    PSEG Long Island
          Attn: Brianna Maye, Back Office Collections
          15 Park Drive
          Melville, New York 11747

2. The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

(a) Consolidated Edison Company of New York, Inc., Southern California Edison Company, Commonwealth Edison Company, Public Service Electric and Gas Company and PSEG Long Island have unsecured claims against the above-referenced Debtors arising from prepetition utility usage.

(b) For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the *Objection of Certain Utility Companies To the Debtors' Motion For Interim and Final Orders (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Payment; (III) Establishing Procedures For*

*Determining Additional Adequate Assurance of Payment; and (IV) Granting Related Relief*(Docket No. 116) filed in the above-captioned, jointly-administered, bankruptcy cases.

3. The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in August 2024. The circumstances and terms and conditions of employment of the Firm by the Companies is protected by the attorney-client privilege and attorney work product doctrine.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

By: /s/ Russell R. Johnson III
Russell R. Johnson III (VSB No. 31468)
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
E-mail: russell@russelljohnsonlawfirm.com