UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                  Chapter __11__

Case No. __24__-__11686__ (__JKS__)

Debtor: __BLINK HOLDINGS, INC., et al.__    Related Docket No. 143

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __John M. Craig__ to represent __Commonwealth Edison, Consolidated Edison, PSE&G, PSEGLI and Southern California Edison__ in this action.

*William F. Taylor, Jr.*

Firm Name: Whiteford Taylor & Preston LLC
Address: 600 N. King St., Suite 300
Wilmington, DE 19801
Phone: (302) 353-4145
Email: wtaylor@whitefordlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __State of Virginia__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

*John M. C.*

Firm Name: Law Firm of Russell R. Johnson III, PLC, 2258 Wheatlands Dr.,
Address: Manakin-Sabot, VA 23103
Phone: (804) 749-8861
Email: john@russelljohnsonlawfirm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

*J. Kate Stickles*
J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

Dated: September 4th, 2024
Wilmington, Delaware