# **EXHIBIT 1**

**Declaration of Disinterestedness**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. \_\_\_\_<br><br>Obj. Deadline: [●], 2024 at 4:00 p.m. (ET) |

## DECLARATION OF DISINTERESTEDNESS OF [ENTITY] PURSUANT TO THE ORDER (I) AUTHORIZING THE DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS AND (II) GRANTING RELATED RELIEF

I, [NAME], declare under penalty of perjury:

      1.    I am a [POSITION] of [ENTITY], located at [STREET, CITY, STATE, ZIP CODE] (the "**Firm**").

      2.    Blink Holdings, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), have requested that the Firm provide [SPECIFIC DESCRIPTION] services to the Debtors, and the Firm has consented to provide such services.

      3.    The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for persons that are parties in interest in the Chapter 11 Cases. The Firm, however, does not perform services for any such person in connection with the Chapter 11 Cases, or have any relationship

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

31973891.2

with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in the Chapter 11 Cases.

5. Neither I nor any principal, partner, director, officer, [etc.] of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any principal, partner, director, officer, of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

7. The Firm's current customary [hourly] rates, subject to change from time to time, are $ [___].  [In the normal course of business, the Firm revises its regular [hourly] rates and advises that, effective [___] of each year, the aforementioned rates will be revised to the regular [hourly] rates that will be in effect at that time.]

8. [The Debtors owe the Firm $[___] for prepetition services, the payment of which is subject to limitations contained in title 11 of the United States Code, 11 U.S.C. §§ 101–1532.] [For non-legal firms:  The Firm has waived, or will waive, any prepetition claims against the Debtors' estates.]

9. As of the Petition Date, which was the date on which the Debtors commenced the Chapter 11 Cases, the Firm [was/was not] party to an agreement for

indemnification with certain of the Debtors. [A copy of such agreement is attached as **Exhibit 1** to this Declaration.]

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: _____, 2024

                                                  **[DECLARANT'S NAME]**

# **EXHIBIT 2**

**Ordinary Course Professionals**

## Schedule of Ordinary Course Professionals

| Firm Name | Address | Description of Service | OCP Cap |
|---|---|---|---|
| FTI Consulting (SC) Inc. | 555 12th Street NW, Suite 700, Washington, DC 20004 | Public Relations Services | $75,000 |
| DLA Piper LLP US | Lockbox 750528 MAC Y1372-045, 401 Market Street, Philadelphia, PA 19106 | Legal Services – Trademarks & IP | $25,000 |
| Littler Mendelson, PC | 101 2nd Street, Suite 1000, San Francisco, CA 94105 | Legal Services – Employment Counsel | $25,000 |
| Plave Koch PLC | 3120 Fairview Park Drive, Suite 420 Falls Church, VA 22042 | Legal Services – Franchise Counsel | $25,000 |
| Hunton Andrews Kurth LLP | 951 E. Byrd Street, Riverfront Plaza East Tower, Richmond, VA 23219 | Legal Services – Regulatory and Compliance Counsel | $25,000 |