# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 16, 17, 73, 74 & 75 |

**CERTIFICATION OF COUNSEL REGARDING *REVISED* PROPOSED ORDER (I) AUTHORIZING THE DEBTORS TO REDACT CERTAIN CONFIDENTIAL INFORMATION IN CONNECTION WITH THE DEBTORS' (A) KEY EMPLOYEE INCENTIVE PLAN, AND (B) KEY EMPLOYEE RETENTION PLAN; AND (II) GRANTING RELATED RELIEF**

On August 15, 2024, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for an Order (I) Authorizing the Debtors to Redact Certain Confidential Information in Connection with the Debtors' (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief* [Docket No. 74] (the "**Motion**") filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A proposed form of order approving the Motion was attached to the Motion as Exhibit A (the "**Proposed Order**"). The deadline to file objections or otherwise respond to the Motion was established as September 3, 2024 at 4:00 p.m. (ET) (as may have been extended by the Debtors for any party, the "**Objection Deadline**").

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

32031205.1

Prior to the Objection Deadline, the Debtors received informal comments from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**"). No other formal or informal responses or objections to the Motion were received.

Following discussions with the U.S. Trustee, the Debtors have agreed to a revised form of order (the "**Revised Proposed Order**"), a copy of which is attached hereto as Exhibit A, which resolves the U.S. Trustee's comments. For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Order against the Proposed Order is attached hereto as Exhibit B.

WHEREFORE, as the Debtors did not receive any objections or responses other than that described herein, and the U.S. Trustee does not object to entry of the Revised Proposed Order, the Debtors respectfully request that the Court enter the Revised Proposed Order without further notice or hearing at the Court's convenience.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 6, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>         sgreecher@ycst.com<br>         amielke@ycst.com<br>         tpowell@ycst.com<br>         rlamb@ycst.com<br>         bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

32031205.1

# EXHIBIT A

**Revised Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 16, 17, 73, 74 & 75 |

**ORDER (I) AUTHORIZING THE DEBTORS TO REDACT CERTAIN CONFIDENTIAL INFORMATION IN CONNECTION WITH THE DEBTORS' (A) KEY EMPLOYEE INCENTIVE PLAN, AND (B) KEY EMPLOYEE RETENTION PLAN; AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for the entry of an order (this "**Order**") (i) authorizing the Debtors to file under seal the KEIP/KERP Motion and certain related exhibits; and (ii) granting related relief; and upon the statements of counsel made in support of the relief requested in the Motion at the hearing before this Court; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that venue of the Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that it may enter a final order

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

32031849.2

consistent with Article III of the United States Constitution; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and in accordance with the Bankruptcy Rules and Local Rules and that no other or further notice is necessary; and this Court having found that the relief herein is in the best interests of the Debtors' estates; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, the Debtors are authorized to redact the following information (collectively, the "**Confidential Information**") in connection with the KEIP/KERP Motion: (i) the names of the KERP Participants; (ii) the KERP Participants' position; (iii) the KERP Participants' base salaries; (iii) the Eligible Employees' target annual bonus; and (iv) the Eligible Employees' award recommendations, including the specific amount of the KEIP Upside Payments that are to be paid to any one individual; *provided*, *however*, that the Debtors shall disclose the total aggregate amount of KEIP and KERP awards and the KEIP Participants' names, titles, and salaries.

3. The Confidential Information shall remain confidential and not made available to anyone, except for this Court, the Notice Parties, and others only (i) at the discretion of the Debtors or (ii) upon further order of this Court. Any subsequent pleadings that include or reference the Confidential Information shall also redact the Confidential Information to preserve the confidentiality of such information.

4. The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

32031849.2

3

5. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

32031849.2

3

# EXHIBIT B

**Blackline**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket ~~No~~Nos. 16, 17, 73, 74 & ~~—~~75 |

### ORDER (I) AUTHORIZING THE DEBTORS TO REDACT CERTAIN CONFIDENTIAL INFORMATION IN CONNECTION WITH THE DEBTORS' (A) KEY EMPLOYEE INCENTIVE PLAN, AND (B) KEY EMPLOYEE RETENTION PLAN; AND (II) GRANTING RELATED RELIEF

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for the entry of an order (this "**Order**") (i) authorizing the Debtors to file under seal the KEIP/KERP Motion and certain related exhibits; and (ii) granting related relief; and upon the statements of counsel made in support of the relief requested in the Motion at the hearing before this Court; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that venue of the Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that it may enter a final order

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

consistent with Article III of the United States Constitution; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and in accordance with the Bankruptcy Rules and Local Rules and that no other or further notice is necessary; and this Court having found that the relief herein is in the best interests of the Debtors' estates; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, the Debtors are authorized to redact the following information (collectively, the "**Confidential Information**") in connection with the KEIP/KERP Motion: (i) the names of the ~~Eligible Employees; (ii) their~~KERP Participants; (ii) the KERP Participants' position; (iii) ~~their~~the KERP Participants' base salaries; (iii) ~~their~~the Eligible Employees' target annual bonus; and (iv) ~~their~~the Eligible Employees' award recommendations, including the specific amount of the KEIP Upside Payments that are to be paid to any one individual; *provided*, *however*, that the Debtors shall disclose the total aggregate amount of KEIP and KERP awards and the KEIP Participants' names, titles, and salaries.

3. The Confidential Information shall remain confidential and not made available to anyone, except for this Court, the Notice Parties, and others only (i) at the discretion of the Debtors or (ii) upon further order of this Court. Any subsequent pleadings that include or reference the Confidential Information shall also redact the Confidential Information to preserve the confidentiality of such information.

4. The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

5. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.