# SCHEDULE 1

## Rejected Leases[1]

|   | **Counterparty & Address** | **Contract Description** |
|---|---|---|
| 1. | 132 West 31st Street Building Investors II, LLC<br>c/o Savanna Real Estate Fund<br>10 East 53rd Street, 37th Floor<br>New York, NY 10022 | Lease agreement for store space located at 31 Penn Plaza a/k/a 132 West 31st Street, New York, NY 10001, dated as of July 22, 2013 |
| 2. | 386 PAS OWNER LLC<br>c/o Mackowe Management LLC<br>126 East 56th Street, 28th Floor<br>New York, NY 10022 | Lease agreement for store space located at 386 Park Avenue South, 11th Floor, New York, NY 10016, dated as of August 29, 2013 |
| 3. | 96 North 10th Street Holdings LLC<br>c/o Transitions Acquisitions LLC<br>232 Broadway, Suite 400<br>Brooklyn, NY 11211 | Lease agreement for store space located at 96 North 10th Street, Brooklyn, NY 11249, dated as of February 6, 2020 |
| 4. | AwesomenessTV Holdings, LLC<br>c/o Viacom Realty Corporation<br>1515 Broadway<br>New York, NY 10036<br>Attn: Timothy Stevenson; General Counsel | Sublease agreement for store space located at 386 Park Avenue South, 16th Floor, New York, NY 10016, dated as of October 24, 2018 |
| 5. | Chicago, IL (4644-4658 S Drexel) LLC<br>c/o InSite Real Estate, L.L.C.<br>1400 16th Street, Suite 300<br>Oak Brook, IL 60523<br>Attn: Property Manager-Retail; Chief Legal Officer | Lease agreement for store space located at 4644-4658 S. Drexel Boulevard, Chicago, IL 60653, dated as of June 5, 2019 |
| 6. | GLE-III, LLC<br>c/o Kimco Realty Corporation<br>Attn: Legal Department<br>1621-B South Melrose Drive<br>Vista, CA 92081<br><br>With copy to: | Lease agreement for store space located at Plaza Di Northridge, Northridge, CA, Suite No. SCAN1336/, dated as of June 28, 2019 |

---

[1] The Rejected Leases shall include, as applicable, any and all supplements, schedules, amendments, modifications, guarantees, settlements or other agreements in connection therewith to which any Debtor is a party.

31927492.2

| | Counterparty & Address | Contract Description |
|---|---|---|
| | GLE-III, LLC<br>c/o Kimco Realty Corporation<br>3333 New Hyde Park Road, Suite 100<br>P.O. Box 5020<br>New Hyde Park, NY 11042 | |
| 7. | JTRE 23 WS (Del) LLC<br>c/o JTRE<br>385 Fifth Avenue<br>New York, NY 10016 | Lease agreement for store space located at 23 Wall Street, New York, NY 10005, dated as of July 2017 |
| 8. | MBB Reality Limited Partnership<br>c/o Pomegranate RE<br>123 Coulter Avenue, Suite 100<br>Ardmore, PA 19003<br>Attn: Michael B. Willner | Lease agreement for store space located at 8914 Frankford Avenue, Philadelphia, PA 19136, dated as of December 15, 2016 |
| 9. | MIRAMAR PLAZA PARTNERS, LLC<br>c/o FIP Management, LLC<br>2627 NE 203 Street, Suite 202<br>Aventura, FL 33180 | Lease agreement for store space located at 3102 S. University Drive, Miramar, FL 33025, dated as of April 18, 2019 |
| 10. | RW 5901 Flatlands LLC<br>97-77 Queens Boulevard, Suite 620<br>Rego Park, NY 11374 | Lease agreement for store space located at 5901 Flatlands Avenue, Brooklyn, NY 11234, dated as of April 24, 2019 |
| 11. | WB Rancocas Holdings, LLC<br>498 Beverly Rancocas Road<br>Willingboro, NJ 08046 | Lease agreement for store space located at 498 Beverly Rancocas Road, Willingboro, NJ 08046, dated as of August 31, 2016 |