# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA FOR HEARING OF MATTERS
## SCHEDULED FOR SEPTEMBER 10, 2024 AT 1:00 P.M. (ET)

> This proceeding will be conducted **in-person**.
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

## RESOLVED MATTERS

1. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 7, 8/12/24]

   Objection Deadline:    September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

31937162.1

Related Documents:

A. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 62, 8/13/24]

B. Certification of Counsel [D.I. 155, 9/5/24]

C. Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 163, 9/5/24]

Responses Received: None.

Status: An order has been entered.

2. Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance and Surety Programs, Including Payment of Policy Premiums, Broker Fees, and Claims Administrator Fees, and (B) Continuation of Insurance Premium Financing Program; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 8, 8/12/24]

Objection Deadline: September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

Related Documents:

A. Interim Order (I) Authorizing (A) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance and Surety Programs, Including Payment of Policy Premiums, Broker Fees, and Claims Administrator Fees, and (B) Continuation of Insurance Premium Financing Program; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 61, 8/13/24]

B. Certification of Counsel [D.I. 156, 9/5/24]

C. Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [D.I. 164, 9/5/24]

Responses Received:

    A. Informal Responses

        i. Committee of Unsecured Creditors

        ii. Hartford Fire Insurance Company

Status: An order has been entered.

3. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Claims of Critical Vendors; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 9, 8/12/24]

   Objection Deadline: September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

   Related Documents:

   A. Interim Order (I) Authorizing the Debtor to Pay Certain Prepetition Claims of Critical Vendors, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [D.I. 55, 8/13/24]

   B. Certification of Counsel [D.I. 153, 9/5/24]

   C. Final Order (I) Authorizing the Debtor to Pay Certain Prepetition Claims of Critical Vendors, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [D.I. 160, 9/5/24]

   Responses Received:

   A. Informal Response of the Official Committee of Unsecured Creditors

   Status: An order has been entered.

4. Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Operating Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Affiliate Transactions; (II) Authorizing Debtors' Continued Use of Corporate Credit Cards and Granting Administrative Expenses Status to Postpetition Credit Card Obligations; (III) Waiving Certain Official Committee of Unsecured Creditors Guidelines; and (IV) Granting Related Relief [D.I. 10, 8/12/24]

  Objection Deadline:  September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

  Related Documents:

   A. Interim Order (I) Authorizing Debtors to (A) Continue Operating Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Affiliate Transactions; (II) Authorizing Debtors' Continued Use of Corporate Credit Cards and Granting Administrative Expenses Status to Postpetition Credit Card Obligations; (III) Waiving Certain Official Committee of Unsecured Creditors Guidelines; and (IV) Granting Related Relief [D.I. 53, 8/13/24]

   B. Certification of Counsel [D.I. 149, 9/5/24]

   C. Final Order (I) Authorizing Debtors to (A) Continue Operating Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Affiliate Transactions; (II) Authorizing Debtors' Continued Use of Corporate Credit Cards and Granting Administrative Expenses Status to Postpetition Credit Card Obligations; (III) Waiving Certain Official Committee of Unsecured Creditors Guidelines; and (IV) Granting Related Relief [D.I. 157, 9/5/24]

  Responses Received:

   A. Informal Response of the Official Committee of Unsecured Creditors

  Status:  An order has been entered.

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Maintain and Honor Certain Prepetition Customer Programs; (II) Authorizing the Debtors to Serve Customers Certain Pleadings Filed in the Chapter 11 Cases by Electronic Means; (III) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief [D.I. 11, 8/12/24]

  Objection Deadline:  September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

  Related Documents:

   A. Interim Order (I) Authorizing Debtors to Maintain and Honor Certain Prepetition Customer Programs; (II) Authorizing the Debtors to Serve Customers Certain Pleadings Filed in the Chapter 11 Cases by Electronic Means; (III) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief [D.I. 65, 8/14/24]

    B. Certification of Counsel [D.I. 166, 9/5/24]

    C. Final Order (I) Authorizing Debtors to Maintain and Honor Certain Prepetition Customer Programs; (II) Authorizing the Debtors to Serve Customers Certain Pleadings Filed in the Chapter 11 Cases by Electronic Means; (III) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief [D. I. 173, 9/6/24]

Responses Received:

    A. Reservation of Rights of Bank of America, N.A. Related to the Relief Sought in the Customer Programs Motion [D.I. 133, 9/3/24]

Status: An order has been entered.

6. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Accrued Prepetition Employee Wages, Salaries, and Other Compensation; (B) Honor Commission and Bonus Obligations to Non-Insider Employees in the Ordinary Course of Business; (C) Pay Prepetition Employee Business Expenses; (D) Contribute to Prepetition Employee Benefit Programs And Continue Such Programs in the Ordinary Course of Business; (E) Pay Workers' Compensation Obligations; (F) Remit Payments for Which Prepetition Payroll Deductions Were Made; and (G) Pay the Costs and Expenses Incident to the Foregoing Payments and Contributions; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 12, 8/12/24]

    Objection Deadline: September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

Related Documents:

    A. Interim Order (I) Authorizing the Debtors to (A) Pay Accrued Prepetition Employee Wages, Salaries, and Other Compensation; (B) Honor Commission and Bonus Obligations to Non-Insider Employees in the Ordinary Course of Business; (C) Pay Prepetition Employee Business Expenses; (D) Contribute to Prepetition Employee Benefit Programs And Continue Such Programs in the Ordinary Course of Business; (E) Pay Workers' Compensation Obligations; (F) Remit Payments for Which Prepetition Payroll Deductions Were Made; and (G) Pay the Costs and Expenses Incident to the Foregoing Payments and Contributions; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 54, 8/13/24]

    B. Certification of Counsel [D.I. 167, 9/5/24]

    C. Final Order (I) Authorizing the Debtors to (A) Pay Accrued Prepetition Employee Wages, Salaries, and Other Compensation; (B) Honor Commission and Bonus Obligations to Non-Insider Employees in the Ordinary Course of Business; (C) Pay

       Prepetition Employee Business Expenses; (D) Contribute to Prepetition Employee Benefit Programs And Continue Such Programs in the Ordinary Course of Business; (E) Pay Workers' Compensation Obligations; (F) Remit Payments for Which Prepetition Payroll Deductions Were Made; and (G) Pay the Costs and Expenses Incident to the Foregoing Payments and Contributions; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 173, 9/6/24]

       Responses Received:  None.

       Status:     An order has been entered.

7. Debtors' First Omnibus Motion for an Order (I) Authorizing Rejection of Certain Unexpired Leases; (II) Authorizing Rejection of Certain Unexpired Leases; (II) Authorizing Abandonment of any Remaining Property Located at the Premises, in Each Case Effective as of the Petition Date; and (III) Granting Related Relief [D.I. 15, 8/12/24]

       Objection Deadline:     September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

       Related Documents:

          A. Notice of Motion [D.I. 38, 8/12/24]

          B. Certification of Counsel [D.I. 169, 9/5/24]

          C. Order (I) Authorizing Rejection of Certain Unexpired Leases; (II) Authorizing Abandonment of any Remaining Property Located at the Premises, in Each Case Effective as of the Petition Date; and (III) Granting Related Relief [D.I. 176, 9/6/24]

       Responses Received:

          A. Informal Response of the Office of the United States Trustee

       Status:     An order has been entered.

8. Debtors' Motion for an Order (I) Authorizing the Debtors to Redact Certain Confidential Information in Connection with the Debtors' (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief [D.I. 74, 8/15/24]

       Objection Deadline:     September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

    Related Documents:

        A. Certification of Counsel [D.I. 170, 9/6/24]

        B. Order (I) Authorizing the Debtors to Redact Certain Confidential Information in Connection with the Debtors' (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief [D.I. 177, 9/6/24]

    Responses Received:

        A. Objection of the United States Trustee to (1) Debtors' Motion for Approval of Insider Bonus Plan; and (2) Debtors Accompanying Motion to Seal [D.I. 136, 9/3/24]

    Status:     An order has been entered.

9. Debtors' Application for Authority to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of Petition Date [D.I. 92, 8/20/24]

    Objection Deadline:     September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

    Related Documents:

        A. Certification of Counsel [D.I. 150, 9/5/24]

        B. Order Authorizing the Debtors to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of Petition Date [D.I. 159, 9/5/24]

    Responses Received:

        A. Informal Response of the Office of the United States Trustee

    Status:     An order has been entered.

10. Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [D.I. 93, 8/20/24]

    Objection Deadline:     September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

    Related Documents:

        A. Certification of Counsel [D.I. 154, 9/5/24]

B. Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [D.I. 162, 9/5/24]

Responses Received:

A. Informal Responses

  i. Office of the United States Trustee

  ii. Official Committee of Unsecured Creditors

Status:   An order has been entered.

11. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [D.I. 95, 8/20/24]

Objection Deadline:   September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

Related Documents:

A. Certification of Counsel [D.I. 154, 9/5/24]

B. Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [D.I. 158, 9/5/24]

Responses Received:

A. Informal Responses

  i. Office of the United States Trustee

  ii. Official Committee of Unsecured Creditors

Status:   An order has been entered.

12. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Employ and Retain Triple P RTS, LLC to Provide Steven Shenker as Chief Restructuring Officer, Scott Canna as Deputy Chief Restructuring Officer, and Additional Personnel, as Necessary, Effective as of the Petition Date, and (II) Granting Related Relief [D.I. 96. 8/20/24]

Objection Deadline:   September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

Related Documents:

    A. Certification of Counsel [D.I. 152, 9/5/24]

    B. Order (I) Authorizing the Debtors to Employ and Retain Triple P RTS, LLC to Provide Steven Shenker as Chief Restructuring Officer, Scott Canna as Deputy Chief Restructuring Officer, and Additional Personnel, as Necessary, Effective as of the Petition Date, and (II) Granting Related [D.I. 161, 9/5/24]

Responses Received:

    A. Informal Response of the Office of the United States Trustee

Status: An order has been entered.

13. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors, Effective as of the Petition Date [D.I. 98, 8/20/24]

    Objection Deadline: September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

Related Documents:

    A. Certificate of No Objection [D.I. 148, 9/5/24]

    B. Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors, Effective as of the Petition Date [D.I. 165, 9/5/24]

Responses Received: None.

Status: An order has been entered.

## MATTERS UNDER CERTIFICATION

14. Debtors' Application for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Debtors' Investment Banker Effective as of the Petition Date [D.I. 94, 8/20/24]

    Objection Deadline: September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

Related Documents:

    A. Certification of Counsel [D.I. 169, 9/5/24]

    Responses Received:

        B. Informal Responses

            i. Office of the United States Trustee

            ii. Official Committee of Unsecured Creditors

    Status: A revised form of order has been submitted under certification of counsel. A hearing is unnecessary unless the Court has questions.

15. Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II) (A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially all of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief [D.I. 81, 8/16/24]

    Objection Deadline: August 30, 2024 at 4:00 p.m. (ET), extended for Hartford to September 3, 2024 at 4:00 p.m. (ET), certain of the Debtors' landlords to September 4, 2024 at 4:00 pm. (ET) and, the Official Committee of Unsecured Creditors to September 6, 2024 at 10:00 a.m. (ET)

    Related Documents:

        A. Certification of Counsel [D.I. 172, 9/6/24]

        B. Declaration of Andrew Swift in Support of Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II) (A) Authorizing and Approving the Debtors Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially all of the Debtors Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief [D.I. 174, 9/6/24]

    Responses Received:

        A. Informal Comments

            i. Hartford Fire Insurance Company

      ii.    Certain Landlords

      iii.    Official Committee of Unsecured Creditors

Status:    A revised form of order has been submitted under certification of counsel. A hearing is unnecessary unless the Court has questions.

## CONTESTED MATTERS GOING FORWARD

16.    Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [D.I. 6, 8/12/24]

    Objection Deadline:    September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

    Related Documents:

      A.    Interim Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [D.I. 56, 8/13/24]

    Responses Received:

      A.    Informal Response of the Official Committee of Unsecured Creditors

      B.    Objection of Certain Utility Companies to the Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Payment; (III) Establishing Procedures for Determining Adequate Assurance of Payment; and (IV) Granting Related Relief [D.I. 116, 8/28/24]

    Status:    This matter is currently going forward. The Debtors and counsel for certain utility service providers are negotiating a request for additional adequate assurance.

17. Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting Liens, Super-Priority Claims, and Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [D.I. 13, 8/12/24]

    Objection Deadline: September 3, 2024 at 4:00 p.m. (ET), extended for Hartford Fire Insurance Company to September 4, 2024 at 4:00 p.m. (ET) and the Official Committee of Unsecured Creditors to September 6, 2024 at 11:00 a.m. (ET)

    Related Documents:

    A. Declaration of Andrew Swift in Support of Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting Liens, Super-Priority Claims, and Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [D.I. 14, 8/12/24]

    B. Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, and (B) Utilize Cash Collateral; (II) Granting Senior Secured Priming Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection to the Prepetition Secured Parties; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 63, 8/13/24]

    Responses Received:

    C. Joint Limited Objection of the Texas Taxing Authorities to Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting Liens, Superpriority Claims, and Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing and (V) Granting Related Relief [D.I. 135, 9/3/24]

    D. Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Interim and Final Order (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting Liens, Super-Priority Claims, and Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [D.I. 171, 9/6/24]

    Status: This matter is going forward.

18. [SEALED] Debtors' Motion for an Order (I) Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief [D.I. 16, 8/12/24]

    Objection Deadline:    September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 6, 2024

    Related Documents:

    A. Declaration of Steven Shenker, Debtors' Chief Restructuring Officer, in Support of Debtors' Motion for an Order (I) Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief [D.I. 17, 8/12/24]

    B. [REDACTED] Debtors' Motion for an Order (I) Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief [D.I. 75, 8/15/24]

    C. Notice of Motion [D.I. 76, 8/15/24]

    Responses Received:

    D. Objection of the United States Trustee to (I) Debtors' Motion for Approval of Insider Bonus Plan; and (2) Debtors' Accompanying Motion to Seal [D.I. 136, 9/3/24]

    Status:    The Debtors are documenting a resolution of certain issues reached with the Official Committee of Unsecured Creditors. This matter is going forward solely with respect to the objection of the Office of the United States Trustee.

19. Debtors' Motion for Entry of an Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (IV) Approving Form and Manner of Notice Thereof [D.I. 97, 8/20/24]

    Objection Deadline:    September 3, 2024 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to September 5, 2024 at 4:00 p.m. (ET)

    Related Documents:    None at this time.

Responses Received:

A. Informal Responses

   i. Certain Landlords

   ii. Official Committee of Unsecured Creditors

B. Objection of the United States Trustee to Debtors' Bar Date Motion [D.I. 131, 9/3/24]

Status: This matter is going forward solely with respect to the objection of the Office of the United States Trustee.

Dated: Wilmington, Delaware
September 6, 2024

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Allison S. Mielke*
Michael R. Nestor (No. 3526)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Timothy R. Powell (No. 6894)
Rebecca L. Lamb (No. 7223)
Benjamin C. Carver (No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
       sgreecher@ycst.com
       amielke@ycst.com
       tpowell@ycst.com
       rlamb@ycst.com
       bcarver@ycst.com

*Counsel to the Debtors
and Debtors in Possession*