**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC*, et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission pro hac vice of James B. Bailey, Esquire of Bradley Arant Boult Cummings LLP to represent Motionsoft, Inc. and Daxko, LLC in the above-captioned cases.

Dated: September 6, 2024  **COOCH AND TAYLOR, P.A**.

*/s/ R. Grant Dick IV*
R. Grant Dick IV (No. 5123)
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 984-3800
Facsimile:  (302) 984-3989
Email:  gdick@coochtaylor.com

### CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Alabama and Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: September 6, 2024  **BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ James B. Bailey*
James B. Bailey, Esquire
One Federal Place
1819 5th Avenue N
Birmingham, AL 35203
Telephone: 205.521.8913
jbailey@bradley.com
*Counsel for Motionsoft, Inc. and Daxko, LLC*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.