**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 16, 73 & 177 |

**NOTICE OF FILING OF FINAL REDACTED VERSION OF EXHIBIT TO THE MOTION FOR AN ORDER APPROVING DEBTORS' KEY EMPLOYEE INCENTIVE PLAN AND KEY EMPLOYEE RETENTION PLAN**

**PLEASE TAKE NOTICE** that, on August 12, 2024, the above-captioned debtors and debtors in possession (together, the "**Debtors**") filed the *Debtors' Motion for an Order (I) Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief* [Docket No. 16] (the "**Motion**").[2] The terms of the KERP and the KEIP were attached to the Motion as Exhibit B (the "**Exhibit**").

**PLEASE TAKE FURTHER NOTICE** that, on August 15, 2024, the Debtors filed the *Notice of Filing of Revised Exhibit to the Motion for an Order Approving Debtors' Key Employee Incentive Plan and Key Employee Retention Plan* [Docket No. 73] (the "**Notice**"), which included minor changes to the Exhibit (the "**Revised Exhibit**").

**PLEASE TAKE FURTHER NOTICE** that, consistent with the *Order (I) Authorizing the Debtors to Redact Certain Confidential Information in Connection with the*

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Motion.

32035295.1

*Debtors' (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief* [Docket No. 177], the Debtors filed the Motion and Revised Exhibit under seal to protect certain confidential information contained therein.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a redacted version of the Revised Exhibit, which includes redactions different than those proposed in the Notice.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 6, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Timothy R. Powell*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  mnestor@ycst.com<br>        sgreecher@ycst.com<br>        amielke@ycst.com<br>        tpowell@ycst.com<br>        rlamb@ycst.com<br>        bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

32035295.1

## **EXHIBIT A**

**Revised Exhibit**

32035295.1

| # | Name | Position | Department | Base Salary | Target Annual Bonus % of Salary | Target Annual Bonus $ Value | Award Recommendations % of Salary | Award Recommendations % of Bonus | Award Recommendations % of All-in Comp | Fixed | KEIP Upside Payment Based on Sale Value $75-100m | KEIP Upside Payment Based on Sale Value $100-$150m | KEIP Upside Payment Based on Sale Value >$150m |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Post-petition KEIP[1]** | | | | | | | | | | | | | |
| 1. | Guy Harkless | President | Executive | $ 520,000 | | $ | | | | | | | |
| 3. | Ben Balick | VP, Finance | Accounting | 252,000 | | | | | | | | | |
| 2. | Carissa Ganelli | SVP, Technology | MIS | 407,950 | | | | | | | | | |
| 4. | Cynthia Klocek | VP, Field Operations | Executive | 275,000 | | | | | | | | | |
| 4 | **Total Fixed KEIP (Insiders)** | | | $ 1,454,950 | 37% | $ 540,485 | 41% | 111% | 30% | | | | |
| | *Average* | | | *363,738* | *37%* | *135,121* | *41%* | *111%* | *30%* | | | | |
| **Post Petition KERP** | | | | | | | | | | | | | |
| 1. | | | Accounting | | | - | | | | | N/A | N/A | N/A |
| 2. | | | Real Estate & Acquisition | | | | | | | | N/A | N/A | N/A |
| 3. | | | Accounting | | | - | | | | | N/A | N/A | N/A |
| 4. | | | People Services | | | - | | | | | N/A | N/A | N/A |
| 5. | | | MIS | | | | | | | | N/A | N/A | N/A |
| 6. | | | Area Manager | | | | | | | | N/A | N/A | N/A |
| 7. | | | Marketing | | | | | | | | N/A | N/A | N/A |
| 8. | | | MIS | | | | | | | | N/A | N/A | N/A |
| 9. | | | Regional Directors | | | | | | | | N/A | N/A | N/A |
| 10. | | | Development Facilities | | | | | | | | N/A | N/A | N/A |
| 11. | | | Marketing | | | | | | | | N/A | N/A | N/A |
| 12. | | | Area Manager | | | - | | | | | N/A | N/A | N/A |
| 13. | | | Member Admin | | | - | | | | | N/A | N/A | N/A |
| 14. | | | Area Manager | | | - | | | | | N/A | N/A | N/A |
| 15. | | | MIS | | | - | | | | | N/A | N/A | N/A |
| 16. | | | Regional Directors | | | - | | | | | N/A | N/A | N/A |
| 17. | | | Regional Directors | | | - | | | | | N/A | N/A | N/A |
| 18. | | | Area Manager | | | | | | | | N/A | N/A | N/A |
| 19. | | | Area Manager | | | | | | | | N/A | N/A | N/A |
| 20. | | | Development Facilities | | | | | | | | N/A | N/A | N/A |
| 21. | | | Accounting | | | | | | | | N/A | N/A | N/A |
| 22. | | | Regional Directors | | | | | | | | N/A | N/A | N/A |
| 23. | | | People Services | | | - | | | | | N/A | N/A | N/A |
| 24. | | | PT Manager | | | - | | | | | N/A | N/A | N/A |
| 25. | | | PT Manager | | | - | | | | | N/A | N/A | N/A |
| 40. | Top 15 Personal Trainers | | | NA | NA | NA | NA | NA | NA | | N/A | N/A | N/A |
| 40 | **Total KERP (All)** | | | $ 3,279,545 | 7% | $ 225,096 | 17% | 253% | 16% | $ 569,000 | N/A | N/A | N/A |
| | *Average* | | | *$ 81,989* | *7%* | *$ 5,627* | *17%* | *253%* | *16%* | *$ 14,225* | *N/A* | *N/A* | *N/A* |

1. The KEIP consists of a Fixed Payment and an Upside Payment tied to the total enterprise value of a successful bid. The Upside Payment may be earned only if the total enterprise value of a successful bid is at least $75,000,000, and either (a) the successful purchaser of the Company's assets in a Sale is a party other than a first-priority secured lender of the Company; or (b) the successful bid for the Company's assets in the Sale is an overbid submitted by one or more Lender(s).