**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 183<br>Hearing Date: September 10, 2024 at 1:00 p.m. (ET)<br>Obj. Deadline: At the Hearing. |

**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) AUTHORIZING THE COMMITTEE TO REDACT CERTAIN CONFIDENTIAL INFORMATION IN CONNECTION WITH THE COMMITTEE'S LIMITED OBJECTION TO THE DEBTORS' MOTION FOR AN ORDER (I) APPROVING (A) KEY EMPLOYEE INCENTIVE PLAN, AND (B) KEY EMPLOYEE RETENTION PLAN; AND (II) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases of the above-captioned cases debtors and debtors-in-possession (collectively, the "Debtors"), by and through its proposed undersigned counsel, hereby files this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), pursuant to sections 105(a) and 107 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Committee to file under seal the *Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order (I) Approving (A) Key*

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed counsel for the Debtors.

16926310/1

*Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief* (the "Limited Objection to the KEIP/KERP Motion") [Docket No. 183]. In support of this Motion, the Committee respectfully states as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested herein are sections 105 and 107 of the Bankruptcy Code and Bankruptcy Rule 9018.

4. Pursuant to Local Rule 9013-1(f), the Committee consents to the entry of a final judgment or order with respect to this Motion if it is determined that this Court lacks Article III jurisdiction to enter such final order or judgment absent consent of the parties.

## BACKGROUND

5. On August 12, 2024 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). The Debtors are authorized to operate their business and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6. On the Petition Date, the Debtors filed the *Motion for an Order (I) Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief* (the "KEIP/KERP Motion") [Docket No. 16 (Sealed); Docket No. 75 (Redacted)]. Attached as Exhibit B to the KEIP/KERP Motion is a schedule that lists potential payments to be made under the KEIP or the KERP to certain eligible employees (the "Eligible Employees"), as well as

certain sensitive, confidential information (the "Confidential Information") which the Debtors filed under seal.

7. On August 15, 2024, the Debtors filed *Notice of Filing of Revised Exhibit to the Motion for an Order Approving Debtors' Key Employee Incentive Plan and Key Employee Retention Plan*. [Docket No. 73], and *Debtors' Motion for an Order (I) Authorizing the Debtors to Redact Certain Confidential Information in Connection with the Debtors (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief* (the "Debtors' Motion to Redact") [Docket No. 74].

8. On August 23, 2024, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed a five-member Committee consisting of: (i) Johnson Health Tech NA, Inc.; (ii) Motionsoft, Inc.; (iii) FW IL-Riverside/Rivers Edge, LLC; (iv) 96 N. 10th Street Holdings LLC; and (v) GS FIT ILL-1 LLC (the "Committee") [Docket No. 109]. The Committee selected Kelley Drye & Warren LLP as its proposed lead counsel and Morris James LLP as its proposed Delaware co-counsel. The Committee also selected Dundon Advisers LLC as its proposed financial advisor.

## RELIEF REQUESTED

9. By this Motion, the Committee seeks entry of the Proposed Order (i) authorizing the Committee to file under seal the Limited Objection to the KEIP/KERP Motion.

## BASIS FOR RELIEF

10. Section 107(b) of the Bankruptcy Code provides, in pertinent part:

> On the request of a party in interest, the bankruptcy court shall…(1) protect an entity with respect to a trade secret or confidential research, development, or commercial information…[2]

---

[2] 11 U.S.C. § 107(b).

3

11. Bankruptcy Rule 9018, in turn, explains the process by which a party-interest may seek relief under Bankruptcy Code section 107(b):

> On motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information....[3]

12. Accordingly, the Committee submits that approval of this Motion is necessary and appropriate pursuant to Debtors' Motion to Redact, as the Committee requires equivalent authorization to redact certain confidential information in the Limited Objection to the KEIP/KERP Motion.

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9018-1

13. The undersigned counsel hereby certifies, pursuant to Local Rule 9018-1(d)(iv) that it would be futile for the Committee to confer with the Eligible Employees regarding the redaction of the Confidential Information because such information is inherently sensitive. The Committee also believes the proposed redactions are sufficiently protect the Confidential Information so as to obviate the need to confer with the Eligible Employees about the scope and need for redaction.

14. In accordance with Local Rule 9018-1(d), the Committee will file with the Court a publicly viewable redacted form of the Limited Objection to the KEIP/KERP Motion.

## NOTICE

15. Notice of this Motion has been or will be provided to: (i) the U.S. Trustee; (ii) counsel to the Debtors; (iii) counsel to the Prepetition Agent and DIP Agent; (iv) counsel to Equinox Holdings, Inc.; and (v) all parties that have filed a notice of appearance and request for

---

[3] Fed. R. Bankr. P. 9018; *see also* Local Rule 9018-1.

16926310/1


service of papers pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Committee submits that no other or further notice is necessary.

## CONCLUSION

WHEREFORE, the Committee requests entry of the Proposed Order, granting the relief requested herein and such other and further relief as just and proper.

Dated: September 6, 2024

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
     bkeilson@morrisjames.com
     scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
     kelliott@kelleydrye.com
     abarajas@kelleydrye.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*