**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 13, 16, 75, 97, 131, 136, 171, 183 & 185 |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER GRANTING LEAVE
AND PERMISSION TO FILE REPLIES IN SUPPORT OF MOTIONS FOR ORDERS
(I) (A) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING AND
USE CASH COLLATERAL, (B) GRANTING LIENS, SUPER-PRIORITY CLAIMS,
AND ADEQUATE PROTECTION, (C) MODIFYING THE AUTOMATIC STAY, AND
GRANTING RELATED RELIEF; (II) APPROVING (A) KEY EMPLOYEE INCENTIVE
PLAN, AND (B) KEY EMPLOYEE RETENTION PLAN;AND (III) ESTABLISHING,
AMONG OTHER THINGS, BAR DATES FOR FILING PROOFS OF CLAIM**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby submit this motion (this "**Motion for Leave**"), for entry of an order (the "**Proposed Order**"), substantially in the form attached hereto as <u>Exhibit A</u>, granting the Debtors leave and permission to file their replies (collectively, the "**Replies**"),[2] filed concurrently herewith, in support of the (i) *Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting Liens, Super-Priority Claims, and Adequate Protections; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 13] (the "**DIP Motion**");

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036.  Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Replies.

32043321.1

1

(ii) *Debtors' Motion for an Order (I) Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief* [Docket No. 16 (sealed); Docket No 75 (redacted)] (the "**KEIP/KERP Motion**"); and (iii) *Debtors' Motion for Entry of an Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (IV) Approving Form and Manner of Notice Thereof* [Docket No. 97] (together with the DIP Motion and the KEIP/KERP Motion, the "**Motions**"). In further support of this Motion for Leave, the Debtors respectfully state as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and, pursuant to rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors confirm their consent to the entry of a final order or judgment by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory and legal predicates for the relief requested herein are section 105 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), rules

32043321.1

2002(a) and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 9029-3 and 9006-1(c) and (e).

## BACKGROUND

4.  On August 12, 2024, each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"). The Debtors are authorized to operate their business and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.  On August 23, 2024, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed, pursuant to section 1102 of the Bankruptcy Code, an official committee of unsecured creditors [Docket No. 109] (the "**Committee**"). No request has been made for the appointment of a trustee or an examiner.

6.  Additional information regarding the Debtors' businesses, capital structure, and the circumstances leading to the filing of the Chapter 11 Cases is set forth in the *Declaration of Steven Shenker, Chief Restructuring Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 2] (the "**First Day Declaration**").[3]

## LEAVE TO FILE THE REPLIES

7.  The Debtors have filed the Motions, requesting, among other things, (i) approval on a final basis of postpetition funding; (ii) approval of an incentive bonus program for certain key management personnel; and (iii) establishment of certain deadlines for filing proofs of claim in the Chapter 11 Cases. A hearing to consider the relief requested the Motions is scheduled for September 10, 2024 at 1:00 p.m. (ET) (the "**Hearing**"). Objections or responses to

---

[3] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the First Day Declaration or the Motions, as applicable.

32043321.1

3

the Motions were to be filed and served on or before September 3, 2024 at 4:00 p.m. (ET), which was extended for certain parties in an effort to consensually resolve various comments to the relief requested.

8. On September 3, 2024, the U.S. Trustee filed the (i) *Objection of the United States Trustee to Debtors' Bar Date Motion* [Docket No. 131] and (ii) *Objection of the United States Trustee to (1) Debtors' Motion for Approval of Insider Bonus Plan; and (2) Debtors' Accompanying Motion to Seal* [Docket No. 136] (collectively, the "**U.S. Trustee Objections**"). On September 6, 2024, the Committee filed the (i) *Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting Liens, Super-Priority Claims, and Adequate Protection, (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 171] and (ii) *Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order (I) Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief* [Docket No. 183 (redacted); Docket No. 185 (sealed)] (collectively with the U.S. Trustee Objections, the "**Objections**").

9. Pursuant to Local Rule 9029-3, "Delaware Counsel shall file the agenda in the bankruptcy case . . . with the Bankruptcy Court on or before 12:00 p.m. prevailing Eastern Time two (2) business days before the date of the hearing." The deadline to file the agenda for the Hearing was Friday, September 6, 2024 at 12:00 p.m. (ET). Further, pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." The Debtors' deadline to file the Replies under the Local Rules was therefore Thursday, September 5, 2024 at 4:00 p.m. (ET) (the "**Reply Deadline**").

32043321.1

10. By this Motion for Leave, the Debtors respectfully request that the Court enter an order granting the Debtors leave and permission to file the Replies in support of the Motions and to respond to the various arguments asserted in the Objections after the Reply Deadline. The Debtors have been working diligently with various parties in interest, including the U.S. Trustee and the Committee, to consensually resolve all such parties' comments to the relief requested in the Motions. Accordingly, the Debtors extended the objection deadlines for various parties to accommodate such discussions, and could not have responded fully to all of the objections filed and informal comments received prior to the Reply Deadline. Consequently, the Debtors required additional time to prepare the Replies. The Debtors submit that the Replies will assist the Court in its consideration of the relief requested in the Motions by further developing the record with respect to the issues that have been raised by the U.S. Trustee and Committee in the Objections, and that permitting the Debtors to file the Replies is reasonable and appropriate under the circumstances.

[*Remainder of Page Intentionally Left Blank*]

32043321.1

**CONCLUSION**

WHEREFORE, the Debtors request entry of the Proposed Order granting the relief requested herein and such other and further relief as is just and proper.

Dated: Wilmington, Delaware  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
September 9, 2024

*/s/ Rebecca L. Lamb*
Michael R. Nestor (No. 3526)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Timothy R. Powell (No. 6894)
Rebecca L. Lamb (No. 7223)
Benjamin C. Carver (No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
  sgreecher@ycst.com
  amielke@ycst.com
  tpowell@ycst.com
  rlamb@ycst.com
  bcarver@ycst.com

*Counsel to the Debtors and Debtors in Possession*

32043321.1