**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 2, 13, 14, 16, 17 & 75 |

**DEBTORS' WITNESS LIST FOR HEARING SCHEDULED FOR
SEPTEMBER 10, 2024 AT 1:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby respectfully submit this witness list (the "**Witness List**") identifying the witnesses that the Debtors may offer in connection with the hearing scheduled for **September 10, 2024 at 1:00 p.m. (ET)** (the "**Hearing**") at which the Debtors anticipate presenting, among other things, the (i) *Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting Liens, Super-Priority Claims, and Adequate Protections; (III) Modifying the Automatic Stay; (IV) Schedule a Final Hearing; and (V) Granting Related Relief* [Docket No. 13] (the "**DIP Motion**") and (ii) *Debtors' Motion for an Order (I) Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief* [Docket No. 16 (sealed); Docket No. 75 (redacted)] (the "**KEIP/KERP Motion**" and, together with the DIP Motion, the "**Motions**").

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32058505.1

## WITNESSES

The Debtors may offer live testimony from the following witnesses at the Hearing:

1. **Steven Shenker, Chief Restructuring Officer of the Debtors.** Steven Shenker is the Chief Restructuring Officer of the Debtors and a Managing Director of Triple P RTS, LLC. Mr. Shenker may testify regarding the facts and circumstances related to the relief requested in the Motions including, without limitation, the facts and circumstances included in the *Declaration of Steven Shenker, Debtors' Chief Restructuring Officer, in Support of Debtors' Motion for an Order (I) Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief* [Docket No. 17].

2. **Andrew Swift, Managing Director at Moelis & Company LLC.** Andrew Swift is a Managing Director at Moelis & Company LLC, the investment banker retained by the Debtors in their chapter 11 cases. Mr. Swift may testify regarding the facts and circumstances related to relief requested in the Motions including, without limitation, the facts and circumstances included in the *Declaration of Andrew Swift in Support of Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting Liens, Super-Priority Claims, and Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 14].

## RESERVATION OF RIGHTS

The Debtors reserve the right to amend, supplement, or modify the Witness List and to call any witness identified by any other party or for purposes of rebuttal.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 9, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  mnestor@ycst.com<br>          sgreecher@ycst.com<br>          amielke@ycst.com<br>          tpowell@ycst.com<br>          rlamb@ycst.com<br>          bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

32058505.1