**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 74-76** |

## <u>CERTIFICATE OF SERVICE</u>

I, BENJAMIN JOHNSON, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 15, 2024, I caused to be served the:

    a.  "Debtors' Motion for an Order (I) Authorizing the Debtors to Redact Certain Confidential Information in Connection with the Debtors' (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief," dated August 15, 2024 [Docket No. 74],

    b.  "Debtors' Motion for an Order (I) Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief," dated August 15, 2024 [Docket No. 75], and

    c.  "Notice of Motion," dated August 15, 2024 [Docket No. 76],

    by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

    ii.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u><em>/s/ Benjamin Johnson</em></u><br>Benjamin Johnson

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 125 PARK OWNER LLC | ATTN: BRETT HERSCHENFELD 420 LEXINGTON AVENUE, SUITE 1800 NEW YORK NY 10170 |
| 96 NORTH 10TH STREET HOLDINGS LLC | ATTN: MORDY GETZ C/O TRANSITIONS ACQUISITIONS LLC 232 BROADWAY, SUITE 400 BROOKLYN NY 11211 |
| A&G REALTY PARTNERS, LLC | ATTN: ANDY GRAISER 445 BROADHOLLOW RD, SUITE 410 MELVILLE NY 11747 |
| ASHBY & GEDDES, P.A. | COUNSEL TO EQUINOX RICARDO PALACIO & DESTINY KOSLOSKE 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON DE 19801 |
| AVENUE CODE, LLC | ATTN: MICHELE MARQUES 26 O FARRELL STREET, STE. 600 SAN FRANCISCO CA 94108 |
| AWESOMENESSTV HOLDINGS, LLC | ATTN: TRUPTI PATEL C/O VIACOM REALTY CORPORATION 1515 BROADWAY NEW YORK NY 10036 |
| BALLARD SPAHR LLP | COUNSEL TO THE "LANDLORDS" LESLIE C. HEILMAN, LAUREL D. ROGLEN & MARGARET A. VESPER 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801-3034 |
| BRIXMOR SPE 6LLC | ATTN: DAVID GERSTENHABER C/O DOWNTOWN L.A. LAW GROUP 601 N. VERMONT AVE. LOS ANGELES CA 90004 |
| CHARLES E. BOULBOL, P.C. | COUNSEL TO 78-14 ROOSEVELT LLC CHARLES E. BOULBOL 26 BROADWAY, 17TH FLOOR NEW YORK NY 10004 |
| CHICAGO, IL 4644-4658 S DREXEL LLC | ATTN: SCOTT NICHOLSON C/O INSITE REAL ESTATE LLC 1400 16TH ST, STE 300 OAK BROOK IL 60523 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO EQUINOX LISA M. SCHWEITZER & THOMAS S. KESSLER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| DUARTE BROTHERS WOODWORK INC. | ATTN: NORBEY DUARTE 97-21 78TH STREET OZONE PARK NY 11416 |
| EAST 54TH STREET PARTNERS LLC | ATTN: JACK TERZI C/O JTRE 362 5TH AVE, 12TH FL NEW YORK NY 10001 |
| ENEL X NORTH AMERICA, INC. | ATTN: RALPH CAMPANELLI ONE MARINA PARK DRIVE, SUITE 400 BOSTON MA 02210 |
| EQUINOX HOLDINGS, INC. | ATTN: ARLENE HONG 31 HUDSON YARDS, 15TH FL NEW YORK NY 10001 |
| EQUINOX HOLDINGS, INC. | C/O CLEARY GOTTLIEB STEEN HAMILTON ATTN: TOM BEDNAR 2112 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20037 |
| GLE-III, LLC | ATTN: TODD BUCKSTEIN C/O KIMCO REALTY CORP, 3333 NEW HYDE PARK RD, STE 100, PO BOX 5020 NEW HYDE PARK NY 11042 |
| GOOD EARTH DISTRIBUTION, LLC | ATTN: MEREDITH COVE 440 WEST STREET FORT LEE NJ 07024 |
| HPS INVESTMENT PARTNERS, LLC | ADMINISTRATIVE & COLLATERAL AGT ATTN: ALEXEY PAZUKHA, COLBERT CANNON 40 WEST 57TH STREET, 33RD FLOOR NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| JOHNSON HEALTH TECH NA, INC. | ATTN: PHYLLIS DANNIN 27829 NETWORK PLACE CHICAGO IL 60673-1278 |
| JTRE 23 WS (DEL) LLC | ATTN: JACK TERZI C/O JTRE 362 5TH AVE, 12TH FL NEW YORK NY 10001 |
| KATTEN MUCHIN ROSENMAN LLP | COUNSEL TO VARAGON PETER P. KNIGHT & ALLISON E. YAGER 525 W. MONROE STREET CHICAGO IL 60661 |
| LEVIN PROPERTIES, L.P. | ATTN: JOHN VESSIE PHILLIPS & ASSOCIATES, PLLC 45 BROADWAY, SUITE 430 NEW YORK NY 10006 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO TARRANT COUNTY 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS TX 75207 |
| MBB REALTY LIMITED PARTNERSHIP | ATTN: MICHAEL WILLNER 33 ROCK HILL ROAD, SUITE 350 BALA CYNWYD PA 19004 |
| MONZACK MERSKY AND BROWDER, P.A. | COUNSEL TO KIMCO RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COUNSEL TO VARAGON CURTIS S. MILLER & AVERY JUE MENG 1201 N. MARKET STREET, 16TH FLOOR P.O. BOX 1347 WILMINGTON DE 19899-1347 |
| MOTIONSOFT, INC. | ATTN: JEFF VANDIXHORN 1451 ROCKVILLE PIKE, SUITE 500 ROCKVILLE MD 20852 |
| MURPHY DESMOND S.C. | (COUNSEL TO JOHNSON HEALTH) ATTN JEFFERY P. PHILLIPS 33 EAST MAIN STREET, SUITE 500 MADISON WI 53703 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N MARKET ST STE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE 844 KING ST, STE 2207, LOCKBOX 35 ATTN: BENJAMIN A. HACKMAN WILMINGTON DE 19801 |
| RICHARDS, LAYTON & FINGER, P.A. | (COUNSEL TO JOHNSON HEALTH) ATTN JOHN KNIGHT, MATTHEW MILANA, ZACHARY JAVORSKY |

| Claim Name | Address Information |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 |
| RW 5901 FLATLANDS LLC | ATTN: ALEX WEISS 97-77 QUEENS BOULEVARD, SUITE 620 REGO PARK NY 11374 |
| SIRLIN LESSER & BENSON, P.C. | COUNSEL TO MBB REALTY DANA S. PLON 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| STARK & STARK, P.C. | ATTN: THOMAS S. ONDER & JOSEPH H. LEMKIN P.O. BOX 5315 PRINCETON NJ 08543 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF MASSACHUSETTS ATTY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF NEW JERSEY ATTY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF PENNSYLVANIA ATTY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STELLA RISING INC. | ATTN: ANTHONY VESPUCCI 920 BROADWAY, 2ND FLOOR NEW YORK NY 10010 |
| THE ROSNER LAW GROUP LLC | COUNSEL TO THIRD AVENUE TOWER FREDERICK B. ROSNER & ZHAO (RUBY) LIU 824 N. MARKET ST, SUITE 810 WILMINGTON DE 19801 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | 299 PARK AVENUE, 3RD FLOOR NEW YORK NY 10171 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | C/O MORRIS NICHOLS ARSHT TUNNELL ATTN: CURTIS S. MILLER 1201 NORTH MARKET STREET, 16TH FL WILMINGTON DE 19899 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | C/O KATTEN MUCHIN ROSENMAN LLP ATTN: PETER P. KNIGHT, MICHAEL HOWALD 525 WEST MONROE STREET CHICAGO IL 60661 |
| VBGO PENN PLAZA LLC | ATTN: BRETT THEIS 292 MADISON AVENUE. 7TH FLOOR NEW YORK NY 10017 |

**Total Creditor count  51**

**EXHIBIT B**

BLINK HOLDINGS, INC., *et al* .,

Case No. 24-11686 (JKS)

Email Master Service List

| Name | Email Address |
|---|---|
| EQUINOX HOLDINGS, INC. | arlene.hong@equinox.com |
| EQUINOX HOLDINGS, INC. | tbednar@cgsh.com; drkramer@cgsh.com; spyun@cgsh.com |
| HPS INVESTMENT PARTNERS, LLC | alexey.pazukha@hpspartners.com; colbert.cannon@hpspartners.com |
| INTERNAL REVENUE SERVICES | victoria.g.mosby@irs.gov; millie.h.agent@irs.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | benjamin.a.hackman@usdoj.gov |
| STATE OF NEW JERSEY ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| VARAGON CAPITAL PARTNERS AGENT, LLC | peter.knight@katten.com; michael.howald@katten.com); scott.lyons@katten.com |
| VARAGON CAPITAL PARTNERS AGENT, LLC | cmiller@morrisnichols.com |
| 125 PARK OWNER LLC | brett.herschenfeld@slgreen.com |
| 96 NORTH 10TH STREET HOLDINGS LLC | mordy@sparkremgmt.com |
| A&G REALTY PARTNERS, LLC | andy@agrep.com |
| AVENUE CODE, LLC | mmarques@avenuecode.com |
| AWESOMENESSTV HOLDINGS, LLC | trupti.patel@paramount.com |
| BRIXMOR SPE 6LLC | david.gerstenhaber@brixmor.com |
| CHICAGO, IL 4644-4658 S DREXEL LLC | snicholson@insiterealestate.com |
| DUARTE BROTHERS WOODWORK INC. | duartebrothers@aol.com |
| EAST 54TH STREET PARTNERS LLC | jack@jtreholdings.com |
| ENEL X NORTH AMERICA, INC. | ralph.campanelli@enel.com |
| GLE-III, LLC | tbuckstein@kimcorealty.com |
| GOOD EARTH DISTRIBUTION, LLC | meredith.cove@goodearthproducts.com |
| JOHNSON HEALTH TECH NA, INC. | phyllis.dannin@matrixfitness.com |
| JTRE 23 WS (DEL) LLC | jack@jtreholdings.com |
| LEVIN PROPERTIES, L.P. | jvessie@levinmgt.com |
| MBB REALTY LIMITED PARTNERSHIP | michael@pomre.com |
| MOTIONSOFT, INC. | jeff@clubautomation.com |
| RW 5901 FLATLANDS LLC | aweiss@laundrycapital.com |
| STELLA RISING INC. | avespucci@stellarising.com |
| VBGO PENN PLAZA LLC | btheis@rosenbergestis.com |
| MONZACK MERSKY AND BROWDER, P.A. | rmersky@monlaw.com |
| KATTEN MUCHIN ROSENMAN LLP | peter.knight@katten.com; allison.yager@katten.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; ameng@morrisnichols.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |

BLINK HOLDINGS, INC., *et al*.,

Case No. 24-11686 (JKS)

Email Master Service List

| Name | Email Address |
|---|---|
| STARK & STARK, P.C. | tonder@stark-stark.com; jlemkin@stark-stark.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | lschweitzer@cgsh.com; tkessler@cgsh.com |
| ASHBY & GEDDES, P.A. | rpalacio@ashbygeddes.com; dkosloske@ashbygeddes.com |
| CHARLES E. BOULBOL, P.C. | rtrack@msn.com |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; liu@teamrosner.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| MURPHY DESMOND S.C. | jphillips@murphydesmond.com |
| RICHARDS, LAYTON & FINGER, P.A. | knight@rlf.com; milana@rlf.com; javorsky@rlf.com |