## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and rule 1007 of the Federal Rules of Bankruptcy Procedure.

Steven Shenker has signed the Schedules and Statements. Mr. Shenker serves as the Chief Restructuring Officer for each of the Debtors, and he is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Shenker has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal and financial advisors. Given the scale of the Debtors' business and the complexity of the Debtors' records, Mr. Shenker has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made a reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

### Global Notes and Overview of Methodology

1.  **Description of Cases.** On August 12, 2024, (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"). The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases are being jointly administered. *See* Docket No. 48. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the close of business on August 11, 2024.

2.  **Global Notes Control.** These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof.

3.  **Reservations and Limitations.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements is intended to be, nor should it be construed as, a waiver of any of the Debtors' rights or an admission of any kind with respect to the Chapter 11 Cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    (a)  **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim

against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b)     **Recharacterization.**  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

(c)     **Classifications.**  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(d)     **Claims Description.**  Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e)     **Estimates and Assumptions.**  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results may differ from such estimates.

(f)     **Causes of Action.**  Despite reasonable efforts, the Debtors may not have identified all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(g)   **Intellectual Property Rights.**  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(h)   **Insiders.**  In the circumstance where the Schedules and Statements require information regarding "insiders" the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors; the extent to which any individual exercised management responsibilities, functions, or corporate decision-making authority over the Debtors; or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

4.   **Methodology.**

(a)   **Basis of Presentation.**  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

(b)   **Duplication.**  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

(c)   **Date of Valuations.**  Except (i) as otherwise noted in the Schedules and Statements and (ii) with respect to intercompany payables, which are listed in the Schedules

and Statements as of July 31, 2024, all liabilities are valued as of August 11, 2024. Further, except as otherwise noted, all assets are listed as of July 31, 2024.

(d) **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of July 31, 2024. Market values may vary materially, from net book values. The Debtors believe that it would be an inefficient use of estate assets for the Debtors to obtain the current market values of their property. Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

(e) **Property and Equipment.** Unless otherwise indicated, owned property and equipment are valued at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

(f) **Allocation of Liabilities.** The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

(g) **Undetermined Amounts.** The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.

(h) **Unliquidated Amounts.** Amounts that could not be fairly quantified by the Debtors are scheduled as "unknown," "undetermined," or "unliquidated."

(i) **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(j) **Paid Claims.** The Debtors have authority to pay certain outstanding prepetition payables pursuant to certain orders of the Court; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on account of prepetition payables. Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements. To the extent the

Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to an order of the Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing notices of satisfaction, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Court where such order preserves the right to contest.

(k)   **Intercompany Claims.**  Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates, including Equinox Group, Inc. ("**Equinox**"), are reported as of July 31, 2024 on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims, loans, and notes.  Due to historical accounting practices, the Debtors may have been unable to ascertain with precision certain intercompany balances among specific Debtors and among Debtors and non-Debtor affiliates.  As a result, the intercompany balances listed on Schedules A/B or E/F may vary from the Debtors' audited financial statements.  These balances have been calculated consistent with historical practice.

(l)   **Excluded Assets and Liabilities.**  The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; certain deferred revenue accounts that are recorded solely for accounting purposes; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits.  Other immaterial assets and liabilities may also have been excluded.

(m)   **Liens.**  The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens.

(n)   **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(o)   **Setoffs.**  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, promotions, refunds, and negotiations and/or disputes between Debtors and their customers and/or suppliers.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such, are or may be excluded from the Debtors' Schedules

and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.    **Specific Schedules Disclosures.**

(a)    **Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.**  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Interim and Final Orders (I)Authorizing Debtors to (A) Continue Operating Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Affiliate Transactions; (II) Authorizing Debtors' Continued Use of Corporate Credit Cards and Granting Administrative Expenses Status to Postpetition Credit Card Obligations; (III) Waiving Certain U.S. Trustee Guidelines; and (IV) Granting Related Relief* [Docket No. 10] (the "**Cash Management Motion**") and the Cash Management Order.  The balances of the financial accounts listed on Schedule A/B, Part 1, are listed as of August 9, 2024.

Additionally, the Debtors have provided adequate assurance of payment for future utility services to certain counterparties, pursuant to the *Interim Order (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Payment; (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment; and (IV) Granting Related Relief* [Docket No. 56]; however, such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of July 31, 2024.

(b)    **Schedule A/B Part 3 Accounts Receivable.** The Debtors' accounts receivable information includes receivables from the Debtors' members, vendors, or third parties, and include any amounts that, as of July 31, 2024, may be owed to such parties in the form of offsets or other adjustments pursuant to the Debtors' day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances.  The gross accounts receivable balances in Schedule A/B, Part 3 exclude intercompany receivables.

(c)    **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.**  Ownership interests in subsidiaries, partnerships, and joint ventures have been listed on Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

(d)     **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.** Dollar amounts are presented net of accumulated depreciation and other adjustments as of July 31, 2024.

(e)     **Schedule A/B, Part 8 – Automobiles, vans, trucks, motorcycles, trailers; and Machinery, fixtures, equipment, and supplies used in business.** Dollar amounts are presented net of accumulated depreciation and other adjustments as of July 31, 2024.

(f)     **Schedule A/B, Part 9 – Real Property.** Actual realizable values of the identified leasehold improvements may vary significantly relative to net book values as of July 31, 2024 and exclude potential impairments realized subsequent to July 31, 2024 with respect to leasehold improvements, etc.

(g)     **Schedule A/B, Part 10 – Intangibles and Intellectual Property.** The Debtors have identified intangible assets as of August 11, 2024.  The Debtors have not listed the value of certain of such assets because the values reflected in the Debtors' books and records may not accurately reflect such assets' value in the marketplace.

(h)     **Schedule A/B, Part 11 – All Other Assets.** Dollar amounts are presented net of impairments and other adjustments as of July 31, 2024.  The Debtors have listed their gross intercompany receivable balances in Schedule A/B, Part 11.

*Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, Including Counterclaims of the Debtor and Rights to Setoff Claims.* In the ordinary course of their business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, refunds with their customers and vendors.  Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant.  Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

*Tax refunds and unused net operating losses (NOLs).* The Debtors report certain of their net operating losses ("**NOLs**") jointly with a non-Debtor affiliate. Therefore, the amounts listed in Schedule A/B, Part 11 are estimates and should not be relied upon for any purpose.

*Interests in Insurance Policies or Annuities.* A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance and Surety Programs, Including Payment of Policy Premiums, Broker Fees, and Claims Administrator Fees, and (B) Continuation of Insurance Premium Financing Program; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief* [Docket No. 8].

(i)    **Schedule D – Creditors Who Have Claims Secured by Property.**  Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, unless otherwise agreed or ordered by the Court, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

Although there are multiple parties that hold a portion of the Debtors' senior secured funded debt, only the administrative agent has been listed for purposes of Schedule D.

(j)    **Schedule E/F – Creditors Who Have Unsecured Claims.**

The liabilities identified on Schedule E/F, Part 2, are derived from the Debtors' books and records and are listed as of August 11, 2024.  The Debtors have made a reasonable attempt to verify their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors.  The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.  The Debtors have not listed potential claims as a result of demand letters received from potential litigants given the purely speculative nature of such potential claims.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose,

accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the date hereof, the Debtors have not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights, but undertake no obligation, to amend Schedules D and E/F if and as they receive additional prepetition invoices.

**Potential Customer Claims**.  The Debtors have over 443,000 current members (collectively, the "**Customers**").  Estimating Customer claims would be, to the extent possible, speculative, cost prohibitive, unduly burdensome, and would cause the Schedules to become unwieldy and voluminous. Nonetheless, unless otherwise listed with respect to certain litigation claims, the Debtors are unaware of any Customer claims existing as of the Petition Date.  The Debtors encourage any Customer who believes that he or she has a claim to file a proof of claim in the Debtors' cases on account of such claim.

The listing of a claim on Schedule E/F does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status either as a deposit or otherwise and the Debtors expressly reserve their rights to contest the characterization of any such claim.

(k)    **Schedule G – Executory Contracts and Unexpired Leases.**  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease, that such contract or agreement was in effect on the Petition Date, or that such contract or agreement is valid or enforceable.  The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnification obligations, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth on Schedule G.  Moreover, to the extent any agreements are governed by a master services agreement, the Debtors have endeavored to list the master services agreement on Schedule G.  The Debtors have made reasonable efforts to identify the Debtor entity for each contract, and, in instances where this could not be determined, the contract is listed on the Schedules of Blink Holdings, Inc.

In the ordinary course of business, the Debtors have entered into numerous agreements, both written and oral, regarding the provision of certain services on a month-to-month or at-will basis, as well as purchase orders, statements of work, It would it be unduly burdensome and cost-prohibitive to list such agreements in Schedule G and, therefore, such agreements are not listed individually on Schedule G.

The Debtors have not listed any contracts or unexpired leases for which the Debtors have requested authority to reject (collectively, the "**Rejected Leases**") pursuant to the *Debtors' First Omnibus Motion for an Order (I) Authorizing Rejection of Certain Unexpired Leases; (II) Authorizing Abandonment of Any Remaining Property Located at the Premises, in Each Case Effective as of the Petition Date; and (III) Granting Related Relief* [Docket No. 15] and the *Debtors' Second Omnibus Motion for an Order (I) Authorizing Rejection of Certain Unexpired Leases; (II) Authorizing Abandonment of Any Remaining Property Located at the Premises, in Each Case Effective as of the Rejection Date; and (III) Granting Related Relief* [Docket No. 130].

The description of any contract on Schedule G does not constitute an admission by the Debtors as to the characterization of such contract.  The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract.  The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

(l)     **Schedule H – Co-Debtors.**  Blink Holdings, Inc. and non-Debtor Equinox serve as guarantors in connection with certain of the Debtors' unexpired leases.  Given the Debtors' substantial club footprint, it would be unduly burdensome to list such parties on Schedule H of each Debtor to a real property lease.  Therefore, the Debtors have not identified either party as a co-debtor on Schedule H with respect to such obligations.  The Debtors reserve all rights to amend Schedule H to the extent that additional information associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements is identified.

6.     <u>**Specific Statements Disclosures.**</u>

(a)     **Statements, Part 1, Question 2 – Income from other than Operations.**  Values listed in this section include revenue regardless of whether that revenue is taxable.

Non-business income is derived from rental income from subletting certain physical therapy space at specific gym locations.

(b)     **Statements, Part 2, Question 3 – Payments to Certain Creditors.** Disbursements made on account of multiple invoices may be reflected as a single payment.  All transfers in Part 2, Question 3 of the Schedules are listed as of the check date.

(c)     **Statements, Part 5, Question 10 – Certain Losses.**  The Debtors incur certain immaterial losses in the ordinary course of business.  Such amounts are not listed in the Statements.

(d)     **Statements, Part 9, Question 16 – Personally Identifiable Information.**  The Debtors collect a limited amount of information from club members and guests, including personally identifiable information, via their website portals, over the telephone, or in person in order to provide services to members and guests and inform them of new products and services.  Examples of the types of information collected by the Debtors include, among other things, mailing addresses, email addresses, phone number, and names.  The Debtors retain such information as long as is necessary for the Debtors to comply with business, tax, and legal requirements. The Debtors maintain privacy policies and have information security protocols to safeguard personally identifiable information.

(e)     **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.** The Debtors provide certain parties, such as banks, factors, auditors, potential investors, vendors, and financial advisors, with financial statements. The Debtors do not maintain complete lists or other records tracking such disclosures. Therefore, the Debtors have not provided full lists of these parties in Part 13, Question 26 of the Statements.

**Fill in this information to identify the case:**

Debtor _____ Blink Holdings, Inc. _____

United States Bankruptcy Court for the: _____ District of Delaware _____

Case number _____ 24-11686 _____
(if known)

☐ Check if this is an
  amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

       | $1,437,397.65 |
       |---|

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

       | $26,303,215.79 |
       |---|

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

       | $27,740,613.44 |
       |---|

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | $161,458,478.16 |
   |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

       | UNKNOWN |
       |---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

       | + $115,803,753.67 |
       |---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | $277,262,231.83 |
   |---|

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Blink Holdings, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>24-11686</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:     CASH AND CASH EQUIVALENTS**

**1.   DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| **2.   CASH ON HAND** | | | |
| NONE | | | |

**3.   CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | CITIZENS BANK, N.A. | COLLECTIONS ACCOUNT | 1424 | $1,884.93 |
| 3.2. | FIRST CITIZENS BANK, N.A. | COLLECTIONS ACCOUNT | 8020 | $100.00 |
| 3.3. | J.P. MORGAN CHASE BANK, N.A. | COLLATERAL RESERVE ACCOUNT | 1931 | $1,000,000.00 |
| 3.4. | J.P. MORGAN CHASE BANK, N.A. | DISBURSEMENT ACCOUNT (ACCOUNTS PAYABLE) | 7319 | $0.00 |
| 3.5. | J.P. MORGAN CHASE BANK, N.A. | DISBURSEMENT ACCOUNT (ACCOUNTS PAYABLE) | 8633 | $0.00 |
| 3.6. | J.P. MORGAN CHASE BANK, N.A. | DISBURSEMENT ACCOUNT (PAYROLL) | 7327 | $5,000.00 |
| 3.7. | J.P. MORGAN CHASE BANK, N.A. | DISBURSEMENT ACCOUNT (UTILITIES) | 7335 | $0.00 |
| 3.8. | J.P. MORGAN CHASE BANK, N.A. | OPERATING ACCOUNT | 1847 | $8,511,455.32 |
| 3.9. | J.P. MORGAN CHASE BANK, N.A. | REVENUE ACCOUNT (CA) | 3595 | $0.00 |
| 3.10. | J.P. MORGAN CHASE BANK, N.A. | REVENUE ACCOUNT (FL) | 9276 | $0.00 |
| 3.11. | J.P. MORGAN CHASE BANK, N.A. | REVENUE ACCOUNT (IL) | 1106 | $0.00 |
| 3.12. | J.P. MORGAN CHASE BANK, N.A. | REVENUE ACCOUNT (NJ) | 9082 | $0.00 |
| 3.13. | J.P. MORGAN CHASE BANK, N.A. | REVENUE ACCOUNT (NY) | 9074 | $0.00 |
| 3.14. | J.P. MORGAN CHASE BANK, N.A. | REVENUE ACCOUNT (TX) | 7702 | $0.00 |

Debtor     Blink Holdings, Inc.
                (Name)                                                    Case Number (if known)    24-11686

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.  CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.15.  J.P. MORGAN CHASE BANK, N.A. | REVENUE ACCOUNT (WEB) | 8010 | $0.00 |

**4.  OTHER CASH EQUIVALENTS**

**NONE**

**5   Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.                                              | $9,518,440.25 |

| **Part 2:** | **DEPOSITS AND PREPAYMENTS** |
|---|---|

**6.  DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐  No. Go to Part 3.
☑  Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.  DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | |
|---|---|
| 7.1.  AFIAA 45 WEST 45TH STREET, LLC | $68,583.33 |
| 7.2.  BANK OF AMERICA - RESERVE ACCOUNT | $1,500,000.00 |

**8.  PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | |
|---|---|
| 8.1.   PREPAID SUBSCRIPTIONS & SERVICES - AFA PROTECTIVE SYSTEMS, INC. | $11,939.95 |
| 8.2.   PREPAID SUBSCRIPTIONS & SERVICES - AGILITY RECOVERY SOLUTION INC. | $2,649.75 |
| 8.3.   PREPAID SUBSCRIPTIONS & SERVICES - ASCAP & SESAC | $30,257.55 |
| 8.4.   PREPAID SUBSCRIPTIONS & SERVICES - BMI GENERAL LICENSING | $70,930.09 |
| 8.5.   PREPAID SUBSCRIPTIONS & SERVICES - CITY OF SAN FRANCISCO | $3,127.00 |
| 8.6.   PREPAID SUBSCRIPTIONS & SERVICES - CONCUR TECHNOLOGIES, INC. | $4,712.84 |
| 8.7.   PREPAID SUBSCRIPTIONS & SERVICES - CONTINENTAL RESOURCES INC- | $771.12 |
| 8.8.   PREPAID SUBSCRIPTIONS & SERVICES - DAVED FIRE SYSTEMS INC. | $3,327.90 |
| 8.9.   PREPAID SUBSCRIPTIONS & SERVICES - DEQUE SYSTEMS | $416.70 |
| 8.10.  PREPAID SUBSCRIPTIONS & SERVICES - DOCUSIGN, INC | $5,908.87 |
| 8.11.  PREPAID SUBSCRIPTIONS & SERVICES - DUO SERCRUITY INC. | $979.89 |
| 8.12.  PREPAID SUBSCRIPTIONS & SERVICES - EMAIL ON ACID | $725.13 |
| 8.13.  PREPAID SUBSCRIPTIONS & SERVICES - ENPOINTE IT SOLUTIONS | $6,001.44 |
| 8.14.  PREPAID SUBSCRIPTIONS & SERVICES - FIRST SECURITY & COMMUNICATIONS SALES, INC | $491.65 |
| 8.15.  PREPAID SUBSCRIPTIONS & SERVICES - INSIDER SERVICES US LLC | $91,128.36 |
| 8.16.  PREPAID SUBSCRIPTIONS & SERVICES - KONE, INC. | $2,979.51 |
| 8.17.  PREPAID SUBSCRIPTIONS & SERVICES - LEGION TECHNOLOGIES INC | $19,134.57 |
| 8.18.  PREPAID SUBSCRIPTIONS & SERVICES - MARCUM TECHNOLOGY | $49,479.63 |
| 8.19.  PREPAID SUBSCRIPTIONS & SERVICES - MONITRONICS INTERNATIONAL INC. | $224.25 |
| 8.20.  PREPAID SUBSCRIPTIONS & SERVICES - MOSYLE BUS | $816.55 |
| 8.21.  PREPAID SUBSCRIPTIONS & SERVICES - NEW YORK FIRE SYSTEMS AND SERVICE | $6,278.44 |

| Debtor | Blink Holdings, Inc. | Case Number (if known) | 24-11686 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.22. | PREPAID SUBSCRIPTIONS & SERVICES - NEXERCISE | $5,000.00 |
| 8.23. | PREPAID SUBSCRIPTIONS & SERVICES - OKTA INC | $33,111.68 |
| 8.24. | PREPAID SUBSCRIPTIONS & SERVICES - ONIX NETWORKING CORP | $30,591.36 |
| 8.25. | PREPAID SUBSCRIPTIONS & SERVICES - OPTIMIZELY, INC. | $20,559.22 |
| 8.26. | PREPAID SUBSCRIPTIONS & SERVICES - OTIS ELEVATOR COMPANY | $3,315.95 |
| 8.27. | PREPAID SUBSCRIPTIONS & SERVICES - POSTMAN | $4,546.62 |
| 8.28. | PREPAID SUBSCRIPTIONS & SERVICES - PROVISIO | $3,577.50 |
| 8.29. | PREPAID SUBSCRIPTIONS & SERVICES - RESOLVER INC | $11,921.85 |
| 8.30. | PREPAID SUBSCRIPTIONS & SERVICES - SERVICE MANAGEMENT GROUP, INC | $38,452.95 |
| 8.31. | PREPAID SUBSCRIPTIONS & SERVICES - UKG INC. | $8,773.90 |
| 8.32. | PREPAID SUBSCRIPTIONS & SERVICES - VALIDITY, INC | $45,147.85 |
| 8.33. | PREPAID SUBSCRIPTIONS & SERVICES - VCORP SERVICES, LLC | $215.00 |
| 8.34. | PREPAID SUBSCRIPTIONS & SERVICES - VFS FIRE & SECURITY SERVICES | $390.84 |
| 8.35. | PREPAID SUBSCRIPTIONS & SERVICES - YEXT, INC | $29,426.88 |
| 8.36. | PREPAID SUBSCRIPTIONS & SERVICES - ZENDESK | $22,156.14 |
| 8.37. | PREPAID SUBSCRIPTIONS & SERVICES - ZONES LLC | $11,780.10 |
| 8.38. | PREPAID SUPPLIES - IMAGE MANUFACTURING | $116,625.84 |
| 8.39. | PREPAID SUPPLIES - KRG | $167,491.70 |

| 9 | **Total of Part 2.**<br>ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $2,433,949.90 |
|---|---|---|

| **Part 3:** | **ACCOUNTS RECEIVABLE** |
|---|---|

**10.  DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **11.** | **ACCOUNTS RECEIVABLE** | |

| | | | | | |
|---|---|---|---|---|---|
| FACE AMOUNT - 90 DAYS OR LESS | $412,431.44 <br> face amount | - | $0.00 <br> doubtful or uncollectable accounts | = ➡ | $412,431.44 |
| FACE AMOUNT - OVER 90 DAYS | $0.00 <br> face amount | - | $0.00 <br> doubtful or uncollectable accounts | = ➡ | $0.00 |

| 12 | **Total of Part 3.**<br>CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $412,431.44 |
|---|---|---|

| **Part 4:** | **INVESTMENTS** |
|---|---|

**13.  DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

| Debtor | Blink Holdings, Inc. | | Case number (if known) | 24-11686 |
|---|---|---|---|---|
| | (Name) | | | |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| | Name of entity | % of ownership | |
|---|---|---|---|
| 15.1. | 692 BROADWAY FITNESS CLUB, INC. | 100% | UNKNOWN |
| 15.2. | BERGEN TOWN CENTER FITNESS CLUB, INC | 100% | UNKNOWN |
| 15.3. | BLINK 101 W 87TH STREET, INC. | 100% | UNKNOWN |
| 15.4. | BLINK 1060 W ALAMEDA, INC. | 100% | UNKNOWN |
| 15.5. | BLINK 1065 6TH AVENUE, INC. | 100% | UNKNOWN |
| 15.6. | BLINK 108-14 ROOSEVELT, INC. | 100% | UNKNOWN |
| 15.7. | BLINK 1134 FULTON, INC. | 100% | UNKNOWN |
| 15.8. | BLINK 116TH STREET, INC. | 100% | UNKNOWN |
| 15.9. | BLINK 12201 VICTORY BLVD INC. | 100% | UNKNOWN |
| 15.10. | BLINK 125 PARK, INC. | 100% | UNKNOWN |
| 15.11. | BLINK 125TH STREET, INC. | 100% | UNKNOWN |
| 15.12. | BLINK 130 W.G. STREET, INC. | 100% | UNKNOWN |
| 15.13. | BLINK 16123 BELLFLOWER BLVD., INC. | 100% | UNKNOWN |
| 15.14. | BLINK 16TH STREET, INC. | 100% | UNKNOWN |
| 15.15. | BLINK 18TH AVENUE, INC. | 100% | UNKNOWN |
| 15.16. | BLINK 19500 PLUMMER, INC. | 100% | UNKNOWN |
| 15.17. | BLINK 2192 TEXAS PARKWAY, INC. | 100% | UNKNOWN |
| 15.18. | BLINK 229 E. FOOTHILL BOULEVARD, INC. | 100% | UNKNOWN |
| 15.19. | BLINK 2374 GRAND CONCOURSE, INC. | 100% | UNKNOWN |
| 15.20. | BLINK 2465 JEROME INC. | 100% | UNKNOWN |
| 15.21. | BLINK 2862 FULTON STREET, INC. | 100% | UNKNOWN |
| 15.22. | BLINK 287 BROADWAY, INC. | 100% | UNKNOWN |
| 15.23. | BLINK 2883 3RD AVENUE, INC. | 100% | UNKNOWN |
| 15.24. | BLINK 3779 NOSTRAND, INC. | 100% | UNKNOWN |
| 15.25. | BLINK 56-02 ROOSEVELT, INC. | 100% | UNKNOWN |
| 15.26. | BLINK 600 THIRD AVENUE, INC. | 100% | UNKNOWN |
| 15.27. | BLINK 69TH STREET INC. | 100% | UNKNOWN |
| 15.28. | BLINK 78-14 ROOSEVELT, INC. | 100% | UNKNOWN |
| 15.29. | BLINK 79TH HOLDINGS INC. | 100% | UNKNOWN |
| 15.30. | BLINK 8201 BROADWAY, INC. | 100% | UNKNOWN |
| 15.31. | BLINK 833 FLATBUSH, INC. | 100% | UNKNOWN |
| 15.32. | BLINK 886 BROADWAY, INC. | 100% | UNKNOWN |
| 15.33. | BLINK 88TH STREET, INC. (F/K/A BLINK HYLAN BLVD., INC.) | 100% | UNKNOWN |
| 15.34. | BLINK 97-01 NORTHERN BLVD., INC. | 100% | UNKNOWN |
| 15.35. | BLINK 98TH STREET, INC. (F/K/A BLINK 25 BROADWAY, INC.) | 100% | UNKNOWN |
| 15.36. | BLINK 9901 S. ALAMEDA, INC. | 100% | UNKNOWN |
| 15.37. | BLINK ABRAMS ROAD INC. | 100% | UNKNOWN |
| 15.38. | BLINK AIRLINE DRIVE, INC. | 100% | UNKNOWN |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**15.** **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | |
|---|---|---|
| 15.39.   BLINK AMBOY ROAD INC. (F/K/A BLINK 1239 FULTON, INC.) | 100% | UNKNOWN |
| 15.40.   BLINK ASHLAND AVENUE, INC. | 100% | UNKNOWN |
| 15.41.   BLINK ASHLAND INC. | 100% | UNKNOWN |
| 15.42.   BLINK ATLANTIC AVE LB INC. | 100% | UNKNOWN |
| 15.43.   BLINK ATLANTIC AVENUE, INC. | 100% | UNKNOWN |
| 15.44.   BLINK AVENUE A, INC. | 100% | UNKNOWN |
| 15.45.   BLINK BALDWIN, INC. | 100% | UNKNOWN |
| 15.46.   BLINK BEACH STREET, INC. | 100% | UNKNOWN |
| 15.47.   BLINK BEDFORD, INC. | 100% | UNKNOWN |
| 15.48.   BLINK BELLEVILLE INC. | 100% | UNKNOWN |
| 15.49.   BLINK BISSONNET, INC. | 100% | UNKNOWN |
| 15.50.   BLINK BRADDOCK AVENUE INC. | 100% | UNKNOWN |
| 15.51.   BLINK BRENTWOOD, INC. | 100% | UNKNOWN |
| 15.52.   BLINK BROADWAY MARKETPLACE, INC. | 100% | UNKNOWN |
| 15.53.   BLINK BROOKHURST, INC. | 100% | UNKNOWN |
| 15.54.   BLINK CLIFTON, INC. | 100% | UNKNOWN |
| 15.55.   BLINK COMMERCIAL BOULEVARD, INC. | 100% | UNKNOWN |
| 15.56.   BLINK COMPTON & CENTRAL AVENUE, INC. | 100% | UNKNOWN |
| 15.57.   BLINK CONCOURSE HOLDINGS, INC. | 100% | UNKNOWN |
| 15.58.   BLINK COURTESY PLAZA INC. | 100% | UNKNOWN |
| 15.59.   BLINK DEERWOOD INC. | 100% | UNKNOWN |
| 15.60.   BLINK DIVERSEY, INC. | 100% | UNKNOWN |
| 15.61.   BLINK EAST 54TH STREET, INC. | 100% | UNKNOWN |
| 15.62.   BLINK EAST ORANGE, INC. (F/K/A BLINK BELLEVILLE, INC.) | 100% | UNKNOWN |
| 15.63.   BLINK EAST TREMONT AVENUE, INC. | 100% | UNKNOWN |
| 15.64.   BLINK EIGHTH AVENUE, INC. | 100% | UNKNOWN |
| 15.65.   BLINK FARMERS BOULEVARD INC. | 100% | UNKNOWN |
| 15.66.   BLINK FITNESS FRANCHISING, INC. | 100% | UNKNOWN |
| 15.67.   BLINK FITNESS RIALTO INC. | 100% | UNKNOWN |
| 15.68.   BLINK FLATLANDS AVENUE, INC. | 100% | UNKNOWN |
| 15.69.   BLINK FOURTH AVENUE, INC. | 100% | UNKNOWN |
| 15.70.   BLINK FRANKFORD AVENUE, INC. | 100% | UNKNOWN |
| 15.71.   BLINK FULTON STREET, INC. | 100% | UNKNOWN |
| 15.72.   BLINK GATES, INC. | 100% | UNKNOWN |
| 15.73.   BLINK GEORGETOWN INC. | 100% | UNKNOWN |
| 15.74.   BLINK HAWTHORNE, INC. | 100% | UNKNOWN |
| 15.75.   BLINK HICKSVILLE, INC. | 100% | UNKNOWN |
| 15.76.   BLINK HIGHWAY 249, INC. | 100% | UNKNOWN |
| 15.77.   BLINK IRVINGTON INC. | 100% | UNKNOWN |
| 15.78.   BLINK ISLANDIA, INC. | 100% | UNKNOWN |
| 15.79.   BLINK JAMAICA AVENUE, INC. | 100% | UNKNOWN |

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | |
|---|---|---|
| 15.80. BLINK JEROME AVENUE, INC. | 100% | UNKNOWN |
| 15.81. BLINK JOURNAL SQUARE, INC. | 100% | UNKNOWN |
| 15.82. BLINK KELLER, INC. | 100% | UNKNOWN |
| 15.83. BLINK KENDALL MARKET PLACE INC. | 100% | UNKNOWN |
| 15.84. BLINK KENWOOD, INC. | 100% | UNKNOWN |
| 15.85. BLINK KNICKERBOCKER, INC. | 100% | UNKNOWN |
| 15.86. BLINK KWT HOLDCO LLC | 100% | UNKNOWN |
| 15.87. BLINK LIBERTY AVENUE, INC. | 100% | UNKNOWN |
| 15.88. BLINK LINDEN, INC. | 100% | UNKNOWN |
| 15.89. BLINK LODI, INC. | 100% | UNKNOWN |
| 15.90. BLINK LONG POINT, INC. | 100% | UNKNOWN |
| 15.91. BLINK MACOMBS ROAD, INC. | 100% | UNKNOWN |
| 15.92. BLINK MELVILLE, INC. | 100% | UNKNOWN |
| 15.93. BLINK METROPOLITAN AVENUE, INC. | 100% | UNKNOWN |
| 15.94. BLINK MIRAMAR PARKWAY INC. | 100% | UNKNOWN |
| 15.95. BLINK MYRTLE AVENUE, INC. (F/K/A BLINK 3780 BROADWAY, INC.) | 100% | UNKNOWN |
| 15.96. BLINK NASSAU STREET, INC. | 100% | UNKNOWN |
| 15.97. BLINK NEWARK, INC. | 100% | UNKNOWN |
| 15.98. BLINK NORMANDIE AVENUE, INC. | 100% | UNKNOWN |
| 15.99. BLINK NORTH 10TH STREET CORP. | 100% | UNKNOWN |
| 15.100. BLINK NOSTRAND AVENUE, INC. | 100% | UNKNOWN |
| 15.101. BLINK NRH, INC. | 100% | UNKNOWN |
| 15.102. BLINK NUTLEY, INC. | 100% | UNKNOWN |
| 15.103. BLINK PACIFIC BOULEVARD, INC. | 100% | UNKNOWN |
| 15.104. BLINK PARSIPPANY, INC. | 100% | UNKNOWN |
| 15.105. BLINK PASSAIC, INC. | 100% | UNKNOWN |
| 15.106. BLINK PATERSON, INC. | 100% | UNKNOWN |
| 15.107. BLINK PERTH AMBOY, INC. | 100% | UNKNOWN |
| 15.108. BLINK PLAINFIELD, INC. | 100% | UNKNOWN |
| 15.109. BLINK RICHMOND ROAD, INC. | 100% | UNKNOWN |
| 15.110. BLINK RIDGELAND AVE., INC. | 100% | UNKNOWN |
| 15.111. BLINK RIVERDALE, INC. | 100% | UNKNOWN |
| 15.112. BLINK SELDEN, INC. | 100% | UNKNOWN |
| 15.113. BLINK SER PORTFOLIO, INC. | 100% | UNKNOWN |
| 15.114. BLINK SOUTH ORANGE, INC. | 100% | UNKNOWN |
| 15.115. BLINK SOUTHERN BOULEVARD, INC. | 100% | UNKNOWN |
| 15.116. BLINK ST. ANN'S AVENUE, INC. | 100% | UNKNOWN |
| 15.117. BLINK STEINWAY STREET, INC. | 100% | UNKNOWN |
| 15.118. BLINK STONEBROOK, INC. | 100% | UNKNOWN |
| 15.119. BLINK SUNSET PARK, INC. | 100% | UNKNOWN |

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership |  |  |
|---|---|---|---|
| 15.120. BLINK UNION, INC. | 100% |  | UNKNOWN |
| 15.121. BLINK UTICA AVENUE, INC. | 100% |  | UNKNOWN |
| 15.122. BLINK VALLEY STREAM, INC. | 100% |  | UNKNOWN |
| 15.123. BLINK WEBSTER AVENUE, INC. (F\K\A BLINK BOSTON POST ROAD. INC.) | 100% |  | UNKNOWN |
| 15.124. BLINK WEST 31ST STREET, INC. | 100% |  | UNKNOWN |
| 15.125. BLINK WEST 8TH STREET, INC. | 100% |  | UNKNOWN |
| 15.126. BLINK WEST ISLIP, INC. | 100% |  | UNKNOWN |
| 15.127. BLINK WESTCHASE INC. | 100% |  | UNKNOWN |
| 15.128. BLINK WHITE PLAINS, INC. | 100% |  | UNKNOWN |
| 15.129. BLINK WHITMAN, INC. | 100% |  | UNKNOWN |
| 15.130. BLINK WILLIAMSBRIDGE, INC. | 100% |  | UNKNOWN |
| 15.131. BLINK WILLINGBORO, INC. | 100% |  | UNKNOWN |
| 15.132. BLINK WISSINOMING, INC. | 100% |  | UNKNOWN |
| 15.133. CROSS COUNTY FITNESS CLUB, INC. | 100% |  | UNKNOWN |

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.          UNDETERMINED

**Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** |  |  |  |  |
| NONE |  |  |  |  |
| **20. WORK IN PROGRESS** |  |  |  |  |
| NONE |  |  |  |  |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** |  |  |  |  |
| 21.1. RETAIL CLOTHING AND ACCESSORIES | N/A | $234,461.30 | NET BOOK VALUE | $234,461.30 |
| **22. OTHER INVENTORY OR SUPPLIES** |  |  |  |  |
| 22.1. CLUB SUPPLIES INCLUDING TOWELS AND OTHER REPAIR AND MAINTENANCE ITEMS | N/A | $222,900.13 | NET BOOK VALUE | $222,900.13 |

| 23 | **Total of Part 5.**<br>ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | | $457,361.43 |

**24.** **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes    Book value    $18,000.00    Valuation method    NET BOOK VALUE    Current value    $18,000.00

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27.** **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **CROPS—EITHER PLANTED OR HARVESTED**

**29.** **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH

**30.** **FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES)

**31.** **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED**

**32.** **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6**

| 33 | **Total of Part 6.**<br>ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | | NOT APPLICABLE |

**34.** **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
    ☐ No
    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:    OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38.** **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** **OFFICE FURNITURE**

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **39.** | **OFFICE FURNITURE** | | | |
| 39.1. | OFFICE FURNITURE | $22,214.99 | NET BOOK VALUE | $22,214.99 |
| **40.** | **OFFICE FIXTURES** | | | |
| | **NONE** | | | |
| **41.** | **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1. | COMPUTER EQUIPMENT AND SOFTWARE | $9,979,023.67 | NET BOOK VALUE | $9,979,023.67 |
| **42.** | **COLLECTIBLES** *EXAMPLES*: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| | **NONE** | | | |
| **43** | **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | $10,001,238.66 |

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 8:** | **MACHINERY, EQUIPMENT, AND VEHICLES** |
|---|---|

**46.**   **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| | **NONE** | | | |
| **48.** | **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| | **NONE** | | | |
| **49.** | **AIRCRAFT AND ACCESSORIES** | | | |
| | **NONE** | | | |
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1. | GYM EQUIPMENT | $10,990.13 | NET BOOK VALUE | $10,990.13 |
| **51** | **Total of Part 8.** ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | $10,990.13 |

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: REAL PROPERTY

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   LEASEHOLD IMPROVEMENTS | | $0.00 | NET BOOK VALUE | $0.00 |
| 55.2.   OFFICE \| 45 WEST 45TH STREET NEW YORK NY 10036 | LEASE | $1,437,397.65 | NET BOOK VALUE | $1,437,397.65 |

**56 Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

$1,437,397.65

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: INTANGIBLES AND INTELLECTUAL PROPERTY

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.   TRADEMARK PENDING \| OMAN | UNDETERMINED | N/A | UNDETERMINED |
| 60.2.   TRADEMARK PENDING \| SOUTH AFRICA | UNDETERMINED | N/A | UNDETERMINED |
| 60.3.   TRADEMARK PENDING \| TUNISIA | UNDETERMINED | N/A | UNDETERMINED |
| 60.4.   TRADEMARK REGISTRATION #:  101941 \| KUWAIT | UNDETERMINED | N/A | UNDETERMINED |
| 60.5.   TRADEMARK REGISTRATION #:  1044452 \| CANADA | UNDETERMINED | N/A | UNDETERMINED |
| 60.6.   TRADEMARK REGISTRATION #:  1055786 \| CANADA | UNDETERMINED | N/A | UNDETERMINED |
| 60.7.   TRADEMARK REGISTRATION #:  1059662 \| BAHRAIN | UNDETERMINED | N/A | UNDETERMINED |
| 60.8.   TRADEMARK REGISTRATION #:  1059662 \| CHINA | UNDETERMINED | N/A | UNDETERMINED |
| 60.9.   TRADEMARK REGISTRATION #:  1059662 \| EGYPT | UNDETERMINED | N/A | UNDETERMINED |
| 60.10.   TRADEMARK REGISTRATION #:  1059662 \| INTERNATIONAL REGISTRATION (MADRID PROTOCOL) | UNDETERMINED | N/A | UNDETERMINED |
| 60.11.   TRADEMARK REGISTRATION #:  1059662 \| OMAN | UNDETERMINED | N/A | UNDETERMINED |
| 60.12.   TRADEMARK REGISTRATION #:  1059662 \| UNITED KINGDOM | UNDETERMINED | N/A | UNDETERMINED |
| 60.13.   TRADEMARK REGISTRATION #:  1118878 \| CANADA | UNDETERMINED | N/A | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.14. | TRADEMARK REGISTRATION #: 1118882 \| CANADA | UNDETERMINED | N/A | UNDETERMINED |
| 60.15. | TRADEMARK REGISTRATION #: 1118883 \| CANADA | UNDETERMINED | N/A | UNDETERMINED |
| 60.16. | TRADEMARK REGISTRATION #: 1163064 \| INTERNATIONAL REGISTRATION (MADRID PROTOCOL) | UNDETERMINED | N/A | UNDETERMINED |
| 60.17. | TRADEMARK REGISTRATION #: 1163064 \| UNITED KINGDOM | UNDETERMINED | N/A | UNDETERMINED |
| 60.18. | TRADEMARK REGISTRATION #: 126346 \| BAHRAIN | UNDETERMINED | N/A | UNDETERMINED |
| 60.19. | TRADEMARK REGISTRATION #: 130394 \| QATAR | UNDETERMINED | N/A | UNDETERMINED |
| 60.20. | TRADEMARK REGISTRATION #: 130397 \| QATAR | UNDETERMINED | N/A | UNDETERMINED |
| 60.21. | TRADEMARK REGISTRATION #: 136046 \| LEBANON | UNDETERMINED | N/A | UNDETERMINED |
| 60.22. | TRADEMARK REGISTRATION #: 14286652 \| EUROPEAN UNION | UNDETERMINED | N/A | UNDETERMINED |
| 60.23. | TRADEMARK REGISTRATION #: 14286661 \| EUROPEAN UNION | UNDETERMINED | N/A | UNDETERMINED |
| 60.24. | TRADEMARK REGISTRATION #: 1440028131 \| SAUDI ARABIA | UNDETERMINED | N/A | UNDETERMINED |
| 60.25. | TRADEMARK REGISTRATION #: 1478/08 \| SAUDI ARABIA | UNDETERMINED | N/A | UNDETERMINED |
| 60.26. | TRADEMARK REGISTRATION #: 151662 \| UNITED ARAB EMIRATES | UNDETERMINED | N/A | UNDETERMINED |
| 60.27. | TRADEMARK REGISTRATION #: 1613919 \| KUWAIT | UNDETERMINED | N/A | UNDETERMINED |
| 60.28. | TRADEMARK REGISTRATION #: 1614039 \| KUWAIT | UNDETERMINED | N/A | UNDETERMINED |
| 60.29. | TRADEMARK REGISTRATION #: 165240 \| JORDAN | UNDETERMINED | N/A | UNDETERMINED |
| 60.30. | TRADEMARK REGISTRATION #: 1701921 \| AUSTRALIA | UNDETERMINED | N/A | UNDETERMINED |
| 60.31. | TRADEMARK REGISTRATION #: 1701922 \| AUSTRALIA | UNDETERMINED | N/A | UNDETERMINED |
| 60.32. | TRADEMARK REGISTRATION #: 171116178 \| THAILAND | UNDETERMINED | N/A | UNDETERMINED |
| 60.33. | TRADEMARK REGISTRATION #: 171119896 \| THAILAND | UNDETERMINED | N/A | UNDETERMINED |
| 60.34. | TRADEMARK REGISTRATION #: 171127388 \| THAILAND | UNDETERMINED | N/A | UNDETERMINED |
| 60.35. | TRADEMARK REGISTRATION #: 17283972 \| CHINA | UNDETERMINED | N/A | UNDETERMINED |
| 60.36. | TRADEMARK REGISTRATION #: 17283973 \| CHINA | UNDETERMINED | N/A | UNDETERMINED |
| 60.37. | TRADEMARK REGISTRATION #: 17515896 \| CHINA | UNDETERMINED | N/A | UNDETERMINED |
| 60.38. | TRADEMARK REGISTRATION #: 1758400 \| TAIWAN | UNDETERMINED | N/A | UNDETERMINED |
| 60.39. | TRADEMARK REGISTRATION #: 1758401 \| TAIWAN | UNDETERMINED | N/A | UNDETERMINED |
| 60.40. | TRADEMARK REGISTRATION #: 181100999 \| THAILAND | UNDETERMINED | N/A | UNDETERMINED |
| 60.41. | TRADEMARK REGISTRATION #: 2015/55187 \| TURKEY | UNDETERMINED | N/A | UNDETERMINED |
| 60.42. | TRADEMARK REGISTRATION #: 2015/55189 \| TURKEY | UNDETERMINED | N/A | UNDETERMINED |
| 60.43. | TRADEMARK REGISTRATION #: 202594 \| MOROCCO | UNDETERMINED | N/A | UNDETERMINED |
| 60.44. | TRADEMARK REGISTRATION #: 2049425 \| INDIA | UNDETERMINED | N/A | UNDETERMINED |
| 60.45. | TRADEMARK REGISTRATION #: 2802231 \| ARGENTINA | UNDETERMINED | N/A | UNDETERMINED |
| 60.46. | TRADEMARK REGISTRATION #: 2802232 \| ARGENTINA | UNDETERMINED | N/A | UNDETERMINED |
| 60.47. | TRADEMARK REGISTRATION #: 2991838 \| INDIA | UNDETERMINED | N/A | UNDETERMINED |
| 60.48. | TRADEMARK REGISTRATION #: 2991842 \| INDIA | UNDETERMINED | N/A | UNDETERMINED |
| 60.49. | TRADEMARK REGISTRATION #: 303450276 \| HONG KONG | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.50. | TRADEMARK REGISTRATION #: 303450285 \| HONG KONG | UNDETERMINED | N/A | UNDETERMINED |
| 60.51. | TRADEMARK REGISTRATION #: 307693 \| UNITED ARAB EMIRATES | UNDETERMINED | N/A | UNDETERMINED |
| 60.52. | TRADEMARK REGISTRATION #: 4016817 \| UNITED STATES OF AMERICA | UNDETERMINED | N/A | UNDETERMINED |
| 60.53. | TRADEMARK REGISTRATION #: 4020320 \| UNITED STATES OF AMERICA | UNDETERMINED | N/A | UNDETERMINED |
| 60.54. | TRADEMARK REGISTRATION #: 45-66447 \| REPUBLIC OF KOREA | UNDETERMINED | N/A | UNDETERMINED |
| 60.55. | TRADEMARK REGISTRATION #: 45-66927 \| REPUBLIC OF KOREA | UNDETERMINED | N/A | UNDETERMINED |
| 60.56. | TRADEMARK REGISTRATION #: 4947261 \| UNITED STATES OF AMERICA | UNDETERMINED | N/A | UNDETERMINED |
| 60.57. | TRADEMARK REGISTRATION #: 4951490 \| UNITED STATES OF AMERICA | UNDETERMINED | N/A | UNDETERMINED |
| 60.58. | TRADEMARK REGISTRATION #: 5038085 \| UNITED STATES OF AMERICA | UNDETERMINED | N/A | UNDETERMINED |
| 60.59. | TRADEMARK REGISTRATION #: 5858806 \| JAPAN | UNDETERMINED | N/A | UNDETERMINED |
| 60.60. | TRADEMARK REGISTRATION #: 5858807 \| JAPAN | UNDETERMINED | N/A | UNDETERMINED |
| 60.61. | TRADEMARK REGISTRATION #: 603988 \| RUSSIAN FEDERATION | UNDETERMINED | N/A | UNDETERMINED |
| 60.62. | TRADEMARK REGISTRATION #: 603989 \| RUSSIAN FEDERATION | UNDETERMINED | N/A | UNDETERMINED |
| 60.63. | TRADEMARK REGISTRATION #: 6283725 \| UNITED STATES OF AMERICA | UNDETERMINED | N/A | UNDETERMINED |
| 60.64. | TRADEMARK REGISTRATION #: 6441342 \| UNITED STATES OF AMERICA | UNDETERMINED | N/A | UNDETERMINED |
| 60.65. | TRADEMARK REGISTRATION #: 6576914 \| UNITED STATES OF AMERICA | UNDETERMINED | N/A | UNDETERMINED |
| 60.66. | TRADEMARK REGISTRATION #: 65786 \| QATAR | UNDETERMINED | N/A | UNDETERMINED |
| 60.67. | TRADEMARK REGISTRATION #: 679961 \| SWITZERLAND | UNDETERMINED | N/A | UNDETERMINED |
| 60.68. | TRADEMARK REGISTRATION #: 685062 \| SWITZERLAND | UNDETERMINED | N/A | UNDETERMINED |
| 60.69. | TRADEMARK REGISTRATION #: 7087173 \| UNITED STATES OF AMERICA | UNDETERMINED | N/A | UNDETERMINED |
| 60.70. | TRADEMARK REGISTRATION #: 7087174 \| UNITED STATES OF AMERICA | UNDETERMINED | N/A | UNDETERMINED |
| 60.71. | TRADEMARK REGISTRATION #: 831023333 \| BRAZIL | UNDETERMINED | N/A | UNDETERMINED |
| 60.72. | TRADEMARK REGISTRATION #: 909571830 \| BRAZIL | UNDETERMINED | N/A | UNDETERMINED |
| 60.73. | TRADEMARK REGISTRATION #: UK00914286652 \| UNITED KINGDOM | UNDETERMINED | N/A | UNDETERMINED |
| 60.74. | TRADEMARK REGISTRATION #: UK00914286661 \| UNITED KINGDOM | UNDETERMINED | N/A | UNDETERMINED |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | |
| 61.1. | DOMAIN NAME: BLINK.CAREERS | UNDETERMINED | N/A | UNDETERMINED |
| 61.2. | DOMAIN NAME: BLINK.CO | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Blink Holdings, Inc.
_____
(Name)

Case Number (if known) 24-11686

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.3.    DOMAIN NAME: BLINK.FIT | UNDETERMINED | N/A | UNDETERMINED |
| 61.4.    DOMAIN NAME: BLINK.NYC | UNDETERMINED | N/A | UNDETERMINED |
| 61.5.    DOMAIN NAME: BLINKFIT.BIZ | UNDETERMINED | N/A | UNDETERMINED |
| 61.6.    DOMAIN NAME: BLINKFIT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.7.    DOMAIN NAME: BLINKFIT.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.8.    DOMAIN NAME: BLINKFIT.MOBI | UNDETERMINED | N/A | UNDETERMINED |
| 61.9.    DOMAIN NAME: BLINKFIT.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.10.    DOMAIN NAME: BLINKFIT.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.11.    DOMAIN NAME: BLINKFIT.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.12.    DOMAIN NAME: BLINKFITNESS.AE | UNDETERMINED | N/A | UNDETERMINED |
| 61.13.    DOMAIN NAME: BLINKFITNESS.AE | UNDETERMINED | N/A | UNDETERMINED |
| 61.14.    DOMAIN NAME: BLINKFITNESS.AI | UNDETERMINED | N/A | UNDETERMINED |
| 61.15.    DOMAIN NAME: BLINKFITNESS.BIZ | UNDETERMINED | N/A | UNDETERMINED |
| 61.16.    DOMAIN NAME: BLINKFITNESS.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.17.    DOMAIN NAME: BLINKFITNESS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.18.    DOMAIN NAME: BLINKFITNESS.COM.TR | UNDETERMINED | N/A | UNDETERMINED |
| 61.19.    DOMAIN NAME: BLINKFITNESS.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.20.    DOMAIN NAME: BLINKFITNESS.MA | UNDETERMINED | N/A | UNDETERMINED |
| 61.21.    DOMAIN NAME: BLINKFITNESS.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.22.    DOMAIN NAME: BLINKFITNESS.NYC | UNDETERMINED | N/A | UNDETERMINED |
| 61.23.    DOMAIN NAME: BLINKFITNESS.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.24.    DOMAIN NAME: BLINKFITNESS.QA | UNDETERMINED | N/A | UNDETERMINED |
| 61.25.    DOMAIN NAME: BLINKFITNESS.TN | UNDETERMINED | N/A | UNDETERMINED |
| 61.26.    DOMAIN NAME: BLINKFITNESS.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.27.    DOMAIN NAME: BLINKFITNESS.XXX | UNDETERMINED | N/A | UNDETERMINED |
| 61.28.    DOMAIN NAME: BLINKFITNESSFRANCHISING.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.29.    DOMAIN NAME: BLINKFITNESSSUCKS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.30.    DOMAIN NAME: BLINKFRANCHISE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.31.    DOMAIN NAME: BLINKFRANCHISING.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.32.    DOMAIN NAME: BLINKSUCKS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.33.    DOMAIN NAME: BUYABLINK.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.34.    DOMAIN NAME: BUYABLINKFITNESS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.35.    DOMAIN NAME: BUYBLINKFITNESS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.36.    DOMAIN NAME: LOVEMYSELFMONDAY.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.37.    DOMAIN NAME: LOVEYOURSELFMONDAY.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.38.    DOMAIN NAME: OWNABLINK.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.39.    DOMAIN NAME: OWNABLINKFRANCHISE.COM | UNDETERMINED | N/A | UNDETERMINED |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |

Debtor    Blink Holdings, Inc.                                    Case number (if known)    24-11686

(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **65.** **GOODWILL** | | | |
| 65.1.    GOODWILL | UNDETERMINED | | UNDETERMINED |
| **66**    **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☒ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 11:** | **ALL OTHER ASSETS** |
|---|---|

**70.**  **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.**  **NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

| BLINK FITNESS FRANCHISING, INC. | $3,081,950.37 | − | $0.00 | = → | $3,081,950.37 |
|---|---|---|---|---|---|
| | total face amount | | doubtful or uncollectable accounts | | |

**72.**  **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)
NONE

**73.**  **INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

NONE

**74.**  **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| 74.1.    SETTLEMENT WITH FLEXIT FOR BREACH OF JOINT FITNESS PROMOTION AND FULFILLMENT AGREEMENT | $61,484.88 |
|---|---|
| Nature of claim    BREACH OF CONTRACT | |
| Amount requested    $61,484.88 | |
| 74.2.    SETTLEMENT WITH MR MILLER AND FAIR AVENUE REALTY LLC | $163,000.00 |
| Nature of claim    DISPUTE RELATED TO REAL ESTATE TRANSACTION | |
| Amount requested    $423,000.00 | |

**75.**  **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

NONE

**76.**  **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

NONE

| Debtor | Blink Holdings, Inc. | | Case number (if known) | 24-11686 |
|---|---|---|---|---|
| | (Name) | | | |

| | | Current value of debtor's interest |
|---|---|---|

| | | |
|---|---|---|
| 77. | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 77.1. | GOOD EARTH DISTRIBUTION LLC - VENDOR REBATE | $147,368.73 |
| 77.2. | JOHNSON HEALTH TECH NA, INC - VENDOR CREDIT | $15,000.00 |
| 78 | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $3,468,803.98 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** ☒ No ☐ Yes | |

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $9,518,440.25 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,433,949.90 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $412,431.44 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $457,361.43 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,001,238.66 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,990.13 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $1,437,397.65 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $3,468,803.98 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $26,303,215.79 | + 91b. $1,437,397.65 |
| 92. | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $27,740,613.44 |
| | . | | |

| Fill in this information to identify the case: |
|---|
| Debtor  Blink Holdings, Inc. |
| United States Bankruptcy Court for the:   District of Delaware |
| Case number  24-11686<br>(if known) |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **1.  Do any creditors have claims secured by debtor's property?**
     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
     ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br>MACROLEASE CORPORATION<br><br>**Creditor's mailing address**<br>185 EXPRESS ST, STE 100<br>PLAINVIEW, NY  11803<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>PROPERTY LISTED ON UCC LIEN<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | UNKNOWN | UNKNOWN |
| 2.2 | **Creditor's name**<br>VARAGON CAPITAL PARTNERS AGENT, LLC<br><br>**Creditor's mailing address**<br>ATTN: PETER P. KNIGHT, MICHAEL HOWALD<br>525 WEST MONROE STREET<br>CHICAGO, IL  60661<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>11/8/2018<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>     Specify each creditor, including this creditor, and its relative priority.<br>     MULTIPLE LENDERS IN LENDER GROUP WITH EQUAL PRIORITY | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL ASSETS AND PROPERTY<br><br>**Describe the lien**<br>SENIOR SECURED INTEREST PURSUANT TO CREDIT AND GUARANTY AGREEMENT<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $161,458,478.16 | UNDETERMINED |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | | $161,458,478.16 |
|----|----|----|----|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| KATTEN MUCHIN ROSENMAN LLP<br>ATTN: PETER KNIGHT<br>525 W MOORE STREET<br>CHICAGO<br>IL, 60661 | Line 2.2 | |
| MORRIS, NICHOLS, ARSHT & TUNNEL LLP<br>ATTN: CURTIS S MILLER<br>1201 N MARKET STREET, 16TH FL<br>WILMINGTON<br>DE, 19899-1347 | Line 2.2 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Blink Holdings, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11686 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>ALIEF I.S.D<br>PO BOX 368<br>ALIEF, TX 77411<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.2** | **Priority creditor's name and mailing address**<br>ANN HARRIS BENNETT, TAX ASSESSOR COLLECTOR<br>PO BOX 4622<br>HOUSTON, TX 77210-4622<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.3** | **Priority creditor's name and mailing address**<br>CA DEPARTMENT OF TAX & FEE ADMINISTRATION<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.4** **Priority creditor's name and mailing address**

CALIFORNIA FRANCHISE TAX BOARD
1515 CLAY ST
STE 305
OAKLAND, CA  94612-1445

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.5** **Priority creditor's name and mailing address**

CITY OF NEWARK-PAYROLL TAX
P.O. BOX 70501
NEWARK, NJ  07101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.6** **Priority creditor's name and mailing address**

DELAWARE DIVISION OF CORPORATIONS
PO BOX 898
DOVER, DE  19903

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.7** **Priority creditor's name and mailing address**

DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA  19101-7346

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.8** **Priority creditor's name and mailing address**

FLORIDA DEPARTMENT OF REVENUE
5050 W. TENNESSEE ST
TALLAHASSEE, FL  32399

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Blink Holdings, Inc. | Case Number (if known) | 24-11686 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.9**

**Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
15 EXECUTIVE DR STE 2
FAIRVIEW HEIGHTS, IL  62208-1331

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.10**

**Priority creditor's name and mailing address**

LOS ANGELES COUNTY TAX COLLECTOR
KENNETH HAHN HALL OF ADMINISTRATION
500 W TEMPLE STREET
LOS ANGELES, CA  90012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.11**

**Priority creditor's name and mailing address**

NYC DEPARTMENT OF FINANCE
66 JOHN STREET, ROOM 104
NEW YORK, NY  10038

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.12**

**Priority creditor's name and mailing address**

NYS DEPARTMENT OF TAXATION AND
FINANCE
PO BOX 5300
ALBANY, NY  12205-0300

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.13**

**Priority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF REVENUE
PO BOX 280905
HARRISBURG, PA  17128-0905

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

| Debtor | Blink Holdings, Inc. | | Case Number (if known) | 24-11686 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.14** | **Priority creditor's name and mailing address**

PHILADELPHIA DEPARTMENT OF REVENUE
1401 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA  19102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.15** | **Priority creditor's name and mailing address**

SBC TAX COLLECTOR
268 W. HOSPITALITY LANE, FIRST FLOOR
SAN BERNARDINO, CA  92415

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.16** | **Priority creditor's name and mailing address**

SPRING BRANCH ISD, TAX ASSESSOR
PO BOX 19037
HOUSTON, TX  77224-9037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.17** | **Priority creditor's name and mailing address**

STATE OF NJ - DEPARTMENT OF THE
TREASURY - DIVISION OF TAXATION
PO BOX 211
TRENTON, NJ  08625-0211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.18** | **Priority creditor's name and mailing address**

TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
PO BOX 13528
AUSTIN, TX  78711-3528

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.

☒ Yes.

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>1CONCIER<br>DBA 1CONCIER, PO BOX 715400<br>CINCINNATI, OH 45271<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $814.82 |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br><br>386 PAS OWNER LLC<br>386 PARK AVENUE SOUTH<br>NEW YORK, NY 10016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,971.05 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br><br>5 BORO LAUNDRY INC.<br>114-29 135TH AVE S<br>OZONE PARK, NY 11420<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,814.37 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br><br>A&G REALTY PARTNERS, LLC<br>445 BROADHOLLOW RD, SUITE 410<br>MELVILLE, NY 11747<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $315,529.05 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br><br>AB COASTER, LLC<br>8429 LORRAINE RD, #362<br>LAKEWOOD RANCH, FL 34202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $203.00 |

| Debtor | Blink Holdings, Inc. | | Case number (if known) | 24-11686 |
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.6 | **Nonpriority creditor's name and mailing address**<br>ABC FITNESS SOLUTIONS, LLC<br>208 EAST KIEHL AVENUE<br>SHERWOOD, AR  72120<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34,800.00 |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>ACADEMY FIRE LIFE SAFETY LLC<br>PO BOX 735064<br>DALLAS, TX  75373-5064<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $483.33 |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>ACADEMY FIRE LIFE SAFETY, LLC<br>97-81 78TH ST, QUEENS, NY 11416<br>QUEENS, NY  11416<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,425.00 |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>ACOE COMMUNICATIONS INC.<br>97-21 78TH ST, QUEENS, NY 11416<br>QUEENS, NY  11416<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $985.00 |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>ADT COMMERCIAL LLC<br>PO BOX 382109<br>PITTSBURGH, PA  15251<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22.95 |

| **Part 2:** | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,585.92
*Check all that apply.*

AFA PROTECTIVE SYSTEMS, INC.
155 MICHAEL DRIVE
SYOSSET, NY  11791

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75,943.61
*Check all that apply.*

AIR STREAM AIR CONDITIONING CORP.
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY  11416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
*Check all that apply.*

ALCALA, LUIS
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
*Check all that apply.*

ALCANTARA, AURORA (NY)
C/O RONEMUS & VILENSKY
MICHAEL RONEMUS, ESQ.
112 MADISON AVE, 2ND FL
NEW YORK, NY  10016

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69.97
*Check all that apply.*

ALPHONZO KING
599 PROSPECT AVE, APT 1A
BRONX, NY  10455

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |

|  | | Amount of claim |
|---|---|---|

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $41,311.95 |
|---|---|---|---|

AMAZON WEB SERVICES, INC.
410 TERRY AVENUE NORTH
SEATTLE, WA 98109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49,767.19 |
|---|---|---|---|

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

AMERSON, DARSHAWN (CA)
C/O DOWNTOWN L.A. LAW GROUP
 601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,502.63 |
|---|---|---|---|

ANAHEIM PUBLIC UTILS DEPT
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6.07 |
|---|---|---|---|

ANOOPA PARABDIN
45 WEST 45TH STREET, 10TH FLOOR
NEW YORK, NY 10036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.21 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $384,381.84 |
| | ARISTA AIR CONDITIONING CORP. | | Check all that apply. | |
| | 38-26 TENTH STREET | | ☐ Contingent | |
| | LONG ISLAND CITY, NY 11101 | | ☐ Unliquidated | |
| | | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | |
| | VARIOUS | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | | | ☒ No | |
| | | | ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $43,286.49 |
| | ARTISAN COLOUR, INC | | Check all that apply. | |
| | 8970 E. BAHIA DRIVE | | ☐ Contingent | |
| | SCOTTSDALE, AZ 85260 | | ☐ Unliquidated | |
| | | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | |
| | VARIOUS | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | | | ☒ No | |
| | | | ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $9,243.39 |
| | ASCEND NETWORK SOLUTIONS LLC | | Check all that apply. | |
| | 1251 LYNNE ST | | ☐ Contingent | |
| | BALDWIN, NY 11510 | | ☐ Unliquidated | |
| | | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | |
| | VARIOUS | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | | | ☒ No | |
| | | | ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $28,960.76 |
| | ASJ COMMUNICATIONS, INC. | | Check all that apply. | |
| | 94 SYOSSET CIRCLE | | ☐ Contingent | |
| | SYOSSET, NY 11791 | | ☐ Unliquidated | |
| | | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | |
| | VARIOUS | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | | | ☒ No | |
| | | | ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $104.10 |
| | ATMOS ENERGY | | Check all that apply. | |
| | ONE MARINA PARK DRIVE, SUITE 400 | | ☐ Contingent | |
| | BOSTON, MA 02210 | | ☐ Unliquidated | |
| | | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | |
| | VARIOUS | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | | | ☒ No | |
| | | | ☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.26** | **Nonpriority creditor's name and mailing address**
AVENUE CODE, LLC
26 O' FARRELL STREET, STE. 600
SAN FRANCISCO, CA  94108 | $263,875.05

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
BAMKO, INC.
PO BOX 748020
CINCINNATI, OH  452748020 | $62,604.67

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
BASS SECURITY SERVICES
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY  11416 | $742.50

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
BATISTA, JOHNY
C/O DAVID R LEWIS PC
ATTN DAVIS R LEWIS
527 OLD COUNTRY RD
PLAINVIEW, NY  11803 | UNKNOWN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
BEE LOCKSMITH & SECURITY SYSTEMS
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY  11416 | $138,893.26

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |

| | | Amount of claim |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,705.96 |

BEST BUY STORES, L.P.
7601 PENN AVENUE SOUTH
RICHFIELD, MN 55423

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |

BIBBY, SHAHIEM
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |

BLACK, JAMELA
C/O NISAR LAW GROUP, PC
ATTN MAHIR S NISAR, ESQ
ONE GRAND CENTRAL PL, 60 E 42ND ST, STE 4600
NEW YORK, NY 10165

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,355.23 |

BLACKLINE SYSTEMS INC
21300 VICTORY BLVD, 12 FLOOR
WOODLAND HILLS, CA 91367

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |

BLANC, REBECCA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.36**

**Nonpriority creditor's name and mailing address**

BLANK ROME, LLP
ONE LOGAN SQUARE, 130 N. 18TH STREET
PHILADELPHIA, PA  19103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$125,521.78

---

**3.37**

**Nonpriority creditor's name and mailing address**

BMI GENERAL LICENSING
PO BOX 630893
CINCINNATI, OH  452630893

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$70,930.09

---

**3.38**

**Nonpriority creditor's name and mailing address**

BRANDON JENKINS
45 WEST 45TH STREET, 10TH FLOOR
NEW YORK, NY  10036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.09

---

**3.39**

**Nonpriority creditor's name and mailing address**

BRISCOE PROTECTIVE LLC
99 MARK TREE ROAD
CENTEREACH, NY  11720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$533.80

---

**3.40**

**Nonpriority creditor's name and mailing address**

BROGSDALE, ELVIN (NY)
C/O SOBO & SOBO, LLP
TIMOTHY KRAMER, ESQ.
ONE DOLSON AVENUE
MIDDLETOWN, NY  10940

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.41** | **Nonpriority creditor's name and mailing address** | | UNKNOWN

BROWN, SHAYRA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | UNKNOWN

BURRIS, AMELDA
C/O LEVINE AND WISS PLLC
ATTN JOEL L LEVINE, SCOTT L WISS, ERNEST T LAWSON,
WAYNE, B WILSON, MARTIN M HOWFIELD, JELES G
MESSINGER, JEREMY D WISS & SAM C SHERIDAN
455 UTICA AVE
BROOKLYN, NY  11203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | $18,000.00

BY MY GRACE LLC
127 YACHT CLUB
HYPOLUXO, FL  33462

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | $651.42

CENTERPOINT ENERGY
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA  02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | $6,400.00

CHAMELEON COLLECTIVE INC
3428 BRADENHAM LANE
DAVIE, FL  33328

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.46**  **Nonpriority creditor's name and mailing address**

CHAMPION ELEVATOR CORP
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY  11416

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,712.00

---

**3.47**  **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION # 016
P.O BOX 631025
CINCINNATI, OH  452631025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,404.46

---

**3.48**  **Nonpriority creditor's name and mailing address**

COFFEE DISTRIBUTING CORP
ACCT#14188
NEW HYDE PARK, NY  110400604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$124.02

---

**3.49**  **Nonpriority creditor's name and mailing address**

COMMERCIAL LIGHTING INDUSTRIES
81161 INDIO BOULEVARD
INDIO, CA  92201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,897.24

---

**3.50**  **Nonpriority creditor's name and mailing address**

COMMODORE, BENJAMIN A
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.51** | **Nonpriority creditor's name and mailing address**

COMMONWEALTH EDISON
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,344.54

---

**3.52** | **Nonpriority creditor's name and mailing address**

COMODORE, BENJAMIN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.53** | **Nonpriority creditor's name and mailing address**

CONEDISON COMPANY OF NEW YORK
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$185,693.45

---

**3.54** | **Nonpriority creditor's name and mailing address**

CORPORATE SERVICES CONSULTANTS LLC
PO BOX 1048
DANDRIDGE, TN 37725

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$133.00

---

**3.55** | **Nonpriority creditor's name and mailing address**

CRO METRICS
1112 SIR FRANCIS DRAKE BLVD.
KENTFIELD, CA 94904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,134.48

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $63,789.08

CROSSROADS PLUMBING AND HEATING
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY  11416

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | $6,496.27

CSC CORPORATE DOMAINS, INC.
251 LITTLE FALLS DRIVE
WILMINGTON, DE  19808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | UNKNOWN

DENNIS, RAWLE
C/O LAROCCA HORNIK GREENBERG KITTREDGE CARLIN
& MCPARTLAND LLP
ATTN JARED E BLUMETTI
40 WALL ST, 32ND FL
NEW YORK, NY  10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | UNKNOWN

DERAS, VIVIAN (NJ)
C/O BRANDON J. BRODERICK, LLC
BRIAN R. LEHRER, ESQ.
65 STATE ROUTE 4 EAST
RIVER EDGE, NJ  07661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | $6,448.53

DIRECT ENERGY BUSINESS CA
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA  02210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.61** | **Nonpriority creditor's name and mailing address**

DIRECT MECHANICAL INC.
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY  11416

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,810.00

---

**3.62** | **Nonpriority creditor's name and mailing address**

DLA PIPER LLP US
LOCKBOX 780528 MAC Y1372-045 401 MARKET STREET
PHILADELPHIA, PA  19106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,144.80

---

**3.63** | **Nonpriority creditor's name and mailing address**

DMC PROMOTIONS
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY  11416

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,307.55

---

**3.64** | **Nonpriority creditor's name and mailing address**

DMC PROMOTIONS & SIGNS OF SENSE
SCOTT I ROTHBART, 72 W MAIN ST
ROCKAWAY, NJ  07866

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,307.55

---

**3.65** | **Nonpriority creditor's name and mailing address**

DOCUSIGN, INC.
V221 MAIN ST SUITE 1550
SAN FRANCISCO, CA  94105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,446.00

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

---

**3.66** | **Nonpriority creditor's name and mailing address**

DOCUTREND IMAGING SOLUTIONS
575 8TH AVENUE, 10TH FLOOR
NEW YORK, NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,740.43

---

**3.67** | **Nonpriority creditor's name and mailing address**

DUARTE BROTHERS WOODWORK INC.
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY 11416

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$242,750.00

---

**3.68** | **Nonpriority creditor's name and mailing address**

EASTERN FUNDING LLC
213 W35TH AVE., 2ND FL
NEW YORK, NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,542.00

---

**3.69** | **Nonpriority creditor's name and mailing address**

ECORE INTERNATIONAL, INC.
ECOINT, 715 FOUNTAIN AVENUE
LANCASTER, PA 17601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,030.97

---

**3.70** | **Nonpriority creditor's name and mailing address**

ELEPHANT VENTURES, LLC
442 5TH AVENUE, #1065
NEW YORK, NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,316.00

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.71** | **Nonpriority creditor's name and mailing address**

ELIZABETHTOWN GAS
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$406.96

---

**3.72** | **Nonpriority creditor's name and mailing address**

ENEL X NORTH AMERICA, INC FEES
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA 02110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,545.00

---

**3.73** | **Nonpriority creditor's name and mailing address**

EQUINOX GROUP LLC
31 HUDSON YARDS, 15TH FL
NEW YORK, NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBORDINATED UNSECURED REVOLVING
PROMISSORY NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$103,539,079.20

---

**3.74** | **Nonpriority creditor's name and mailing address**

EQUINOX HOLDING, INC.
ONE PARK AVENUE - 2ND FLR
NEW YORK, NY 10016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TSA CHARGES

**Is the claim subject to offset?**
☒ No
☐ Yes

$255,000.00

---

**3.75** | **Nonpriority creditor's name and mailing address**

ESCAPE FITNESS USA LLC
PORTER CAPITAL CORPORATION, 14906 COLLECTIONS
CENTER DRIVE
CHICAGO, IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$676.34

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.76**   **Nonpriority creditor's name and mailing address**

EURPAC SERVICE INCORPORATED
40 DANBURY ROAD SUITE 7
WILTON, CT  06897

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$91,079.75

---

**3.77**   **Nonpriority creditor's name and mailing address**

EVANS, KEMAR
C/O NEWMAN ANZALONE & NEWMAN LLP
ATTN MORRIS J NEWMAN & LUCILLE A ANZALONE
95-25 QUEENS BLVD, 11TH FL
REGO PARK, NY  11374

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.78**   **Nonpriority creditor's name and mailing address**

EXCEL ELEVATOR & ESCALATOR
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY  11416

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$69,424.94

---

**3.79**   **Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS
P.O.BOX 371461
PITTSBURGH, PA  152507461

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$524.31

---

**3.80**   **Nonpriority creditor's name and mailing address**

FIRE RESPONSE INC
135-36 130TH STREET
JAMAICA, NY  11420

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$642.36

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.81** | **Nonpriority creditor's name and mailing address**
FIRST ADVANTAGE BACKGROUND SERVICES CORP.
PO BOX 403532
ATLANTA, GA 30384-3532

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,057.09

---

**3.82** | **Nonpriority creditor's name and mailing address**
FIXED FITNESS LLC
6517-A SMITHFIELD ROAD
NORTH RICHLAND HILLS, TX 76182

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,941.10

---

**3.83** | **Nonpriority creditor's name and mailing address**
FLEXIT INC.
C/O LAROCCA, HORNIK, GREENBERG
40 WALL STREET
32ND FL
NEW YORK, NY 10005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.84** | **Nonpriority creditor's name and mailing address**
FLOWATER, INC.
PO BOX 5892
DENVER, CO 80217

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$319.88

---

**3.85** | **Nonpriority creditor's name and mailing address**
FOHR CARD INC.
72 ALLEN STREET, THIRD FLOOR
NEW YORK, NY 10002

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,721.88

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.86** **Nonpriority creditor's name and mailing address**

FORGE SIGNWORKS, LLC
4100 NORTH POWERLINE ROAD, SUITE L-2
POMPANO BEACH, FL 33073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,986.99

---

**3.87** **Nonpriority creditor's name and mailing address**

FUZZBUZZ TECHNOLOGIES INC
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY 11416

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,846.70

---

**3.88** **Nonpriority creditor's name and mailing address**

GLOBAL FACILITY MANAGEMENT & CONSTRUCTION, INC.
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY 11416

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,953.63

---

**3.89** **Nonpriority creditor's name and mailing address**

GO FITNESS LLC
238 S. EGRET BAY BLVD, #182
LEAGUE CITY, TX 77573

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$414.06

---

**3.90** **Nonpriority creditor's name and mailing address**

GOLDEN STATE WATER COMPANY
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$691.99

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.91 | **Nonpriority creditor's name and mailing address**<br><br>GONZALEZ, JUANA (NY)<br>C/O GUERRERO & ROSENGARTEN<br>ENRIQUE GUERRERO, ESQ.<br>363 7TH AVENUE, 7TH FLOOR<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.92 | **Nonpriority creditor's name and mailing address**<br><br>GOOD EARTH DISTRIBUTION, LLC<br>440 WEST STREET<br>FORT LEE, NJ 07024<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $319,793.83 |
| 3.93 | **Nonpriority creditor's name and mailing address**<br><br>GOOGLE LLC<br>GOOGLE LLC, 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $300,400.81 |
| 3.94 | **Nonpriority creditor's name and mailing address**<br><br>GRAINGER<br>DEPT. 860037498<br>PALATINE, IL 600380001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,762.27 |
| 3.95 | **Nonpriority creditor's name and mailing address**<br><br>GREGORY, RHYS (NY)<br>C/O LEEDS BROWN LAW, P.C.<br>ONE OLD COUNTRY ROAD, SUITE 347<br>CARLE PLACE, NY 11514<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $55,154.44 |
| --- | --- | --- | --- |

GSD INDUSTRIES
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY 11416

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $21,467.00 |
| --- | --- | --- | --- |

GYM TECH
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY 11416

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $425.00 |
| --- | --- | --- | --- |

HANDI-LIFT SERVICE COMPANY
730 GARDEN STREET
CARLSTADT, NJ 07072

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $579.84 |
| --- | --- | --- | --- |

HEALTHCHECK SYSTEMS, INC.
4802 GLENWOOD ROAD
BROOKLYN, NY 11234

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNKNOWN |
| --- | --- | --- | --- |

HERNANDEZ, SISAI
C/O FUZZBUZZ TECHNOLOGIES
ATTN SUSAN ALLMAN, CFO
41 COMMERCE AVE, STE 2
SOUTH BURLINGTON, VT

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Blink Holdings, Inc. | Case Number (if known) | 24-11686 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.101 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|

### 3.101

**Nonpriority creditor's name and mailing address**

HOUSTON (CITY OF)
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA  02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$696.08

---

### 3.102

**Nonpriority creditor's name and mailing address**

ILEGRA CORPORATION
299 ALHAMBRA CIR SUITE 403
CORAL GABLES, FLORIDA  33134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,026.05

---

### 3.103

**Nonpriority creditor's name and mailing address**

INDEED
MAIL CODE 5160, P.O. BOX 660367
DALLAS, TX  75266-0367

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,255.70

---

### 3.104

**Nonpriority creditor's name and mailing address**

INFLUX INC.
SANTA MONICA BLVD #63484
WEST HOLLYWOOD, CA  90069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,820.65

---

### 3.105

**Nonpriority creditor's name and mailing address**

INSIDER SERVICES US LLC
16192 COASTAL HIGHWAY
LEWES, DE  19958

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$954.87

---

| Debtor | Blink Holdings, Inc. | | |
|---|---|---|---|
| | (Name) | Case number (if known) | 24-11686 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

**3.106** | Nonpriority creditor's name and mailing address

IRL SYSTEMS, INC.
1650 BATH AVENUE
BROOKLYN, NY 11214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$642.44

---

**3.107** | Nonpriority creditor's name and mailing address

IRON GRIP BARBELL COMPANY
11377 MARKON DRIVE
GARDEN GROVE, CA 92841

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,226.00

---

**3.108** | Nonpriority creditor's name and mailing address

IRON MOUNTAIN
P.O. BOX 27128
NEW YORK, NY 100877128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,221.43

---

**3.109** | Nonpriority creditor's name and mailing address

J.B.HUNT TRANSPORT INC
615 JB HUNT CORPORATE DR
LOWELL, AR 72745

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,400.00

---

**3.110** | Nonpriority creditor's name and mailing address

JACKSON LEWIS, LLP
P.O. BOX 416019
BOSTON, MA 22416019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$581.20

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.111 | **Nonpriority creditor's name and mailing address**<br><br>JERSEY CENTRAL PWR & LGT CO<br>ONE MARINA PARK DRIVE, SUITE 400<br>BOSTON, MA 02210<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,160.47 |
| 3.112 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON CONTROLS SECURITY SOLUTIONS<br>P.O. BOX 371967<br>PITTSBURGH, PA 152507967<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $258.00 |
| 3.113 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON HEALTH TECH NA, INC.<br>27829 NETWORK PLACE<br>CHICAGO, IL 60673-1278<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,757,962.61 |
| 3.114 | **Nonpriority creditor's name and mailing address**<br><br>KHUTCHUA, GURAM<br>C/O ALINA KATS, ESQ PLLC<br>2365 NOSTRAND AVE, STE 107<br>BROOKLYN, NY 11210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.115 | **Nonpriority creditor's name and mailing address**<br><br>KINGS III OF AMERICA, INC<br>751 CANYON DRIVE<br>COPPELL, TX 75019<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,235.15 |

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.116 | **Nonpriority creditor's name and mailing address**<br><br>KOCHAVA INC.<br>201 CHURCH STREET<br>SANDPOINT, ID 83864<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |

| 3.117 | **Nonpriority creditor's name and mailing address**<br><br>KONE, INC.<br>47-36 36TH STREET<br>LONG ISLAND CITY, NY 11101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,592.17 |

| 3.118 | **Nonpriority creditor's name and mailing address**<br><br>KORTBAWI, JASON (NY)<br>C/O ABDUL HASSAN LAW GROUP, PLLC<br>215-28 HILLSIDE AVENUE<br>QUEENS VILLAGE, NY 11427<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.119 | **Nonpriority creditor's name and mailing address**<br><br>KPMG, LLP<br>P.O.BOX 120001<br>DALLAS, TX 753120511<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69,200.00 |

| 3.120 | **Nonpriority creditor's name and mailing address**<br><br>LAROCCA, HORNIK, ROSEN,<br>40 WALL STREET<br>NEW YORK, NY 10005<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,932.00 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.121** | **Nonpriority creditor's name and mailing address**

LASTRA, ROBERTO
C/O NEWMAN ANZALONE & NEWMAN LLP
ATTN MORRIS J NEWMAN & LUCILLE A ANZALONE
95-25 QUEENS BLVD, 11TH FL
REGO PARK, NY  11374

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.122** | **Nonpriority creditor's name and mailing address**

LAWYER, WESLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.123** | **Nonpriority creditor's name and mailing address**

LEVITZ, EMILY
C/O KUHARSKI LEVITZ GIOVINAZZO LAW GROUP
ATTN MICHAEL J KUHARSKI, LONNY R LEVITZ & LISA E
GIOVINAZZO
176 HART BLVD
STATEN ISLAND, NY  10301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.124** | **Nonpriority creditor's name and mailing address**

LEWIS, CHRISTAL (NY)
C/O LAPENNA LAW, PLLC
EVAN M. LAPENNA, ESQ.
58 S SERVICE ROAD, SUITE 130
MELVILLE, NY  11747

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.125** | **Nonpriority creditor's name and mailing address**

LI, KAREN
C/O THE FOOTE FIRM PLLC
ATTN PHILIP PHILIP P FOOTE, ESQ
100 WALL ST, 15TH FL
NEW YORK, NY  10005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

Debtor    Blink Holdings, Inc.                                    Case number (if known)    24-11686
             (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.126**  **Nonpriority creditor's name and mailing address**

LIBERTY UTILITIES NEW YORK
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA  02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$269.44

---

**3.127**  **Nonpriority creditor's name and mailing address**

LIFE FITNESS
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY  11416

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$145,191.30

---

**3.128**  **Nonpriority creditor's name and mailing address**

LIMON, JASMIN (CA)
C/O LAWYERS FOR JUSTICE, PC
ARBY AIWAZIAN, ESQUIRE
410 WEST ARDEN AVENUE, STE 203
GLENDALE, CA  91203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.129**  **Nonpriority creditor's name and mailing address**

LITTLER MENDELSON, PC
101 2ND STREET SUITE 1000
SAN FRANCISCO, CA  94105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,716.75

---

**3.130**  **Nonpriority creditor's name and mailing address**

LORISTIN, HERVE
C/O LAW OFFICE OF OLEG SMOLYAR, P.C.
OLEG SMOLYAR, ESQ.
3820 NOSTRAND AVENUE, SUITE 101
BROOKLYN, NY  11235

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---:|

**3.131** | **Nonpriority creditor's name and mailing address**

LOS ANGELES (CITY OF) DWP
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA  02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,567.79

---

**3.132** | **Nonpriority creditor's name and mailing address**

MAHINDER SINGH RAWAT
TRIFECTA VERDURE, B-108
BANGALORE, KARNATAKA  560035

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,987.10

---

**3.133** | **Nonpriority creditor's name and mailing address**

MARCUM TECHNOLOGY, LLC
10 MELVILLE PARK RD
MELVILLE, NY  11747

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,466.64

---

**3.134** | **Nonpriority creditor's name and mailing address**

MARTINEZ, GLORIA
C/O LAW OFFICES OF JASON B KESSLER PC
ATTN JONATHAN VAN DINA
55 CHURCH ST, STE 201
WHITE PLAINS, NY  10601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.135** | **Nonpriority creditor's name and mailing address**

MBB REALTY LIMITED PARTNERSHIP
C/O SIRLIN LESSER & BENSON, P.C.
123 S. BROAD STREET
SUITE 2100
PHILADELPHIA, PA  19109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Blink Holdings, Inc. | Case number (if known) | 24-11686 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | **Amount of claim** |
|---|---|---|

**3.136** | **Nonpriority creditor's name and mailing address**

MCKEN, SHOKANNI (NY)
C/O THE MUHLSTOCK FIRM, PLLC
JASON TENENBAUM, ESQ.
35 PINELAWN ROAD, SUITE 105E
MELVILLE, NY  11747

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.137** | **Nonpriority creditor's name and mailing address**

META PLATFORMS, INC.
1601 WILLOW ROAD
MENLO PARK, CA  94025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$321,286.08

---

**3.138** | **Nonpriority creditor's name and mailing address**

METRO ALARM
PO BOX 878291
KANSAS CITY, MO  64187

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.00

---

**3.139** | **Nonpriority creditor's name and mailing address**

MF ATHLETIC
PO BOX 8090
CRANSTON, RI  02920

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,579.40

---

**3.140** | **Nonpriority creditor's name and mailing address**

MIRAMAR (CITY OF)
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA  02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$251.04

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.141** **Nonpriority creditor's name and mailing address**

MNTN DIGITAL, INC
823 CONGRESS AVE, #1827
AUSTIN, TX 78768

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,119.47

---

**3.142** **Nonpriority creditor's name and mailing address**

MOOD MEDIA NORTH AMERICA HOLDINGS CORP
PO BOX 71070
CHARLOTTE, NC 28272-1070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,273.52

---

**3.143** **Nonpriority creditor's name and mailing address**

MOTIONSOFT, INC.
1451 ROCKVILLE PIKE, SUITE 500
ROCKVILLE, MD 20852

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$466,923.00

---

**3.144** **Nonpriority creditor's name and mailing address**

MOURI TECH LLC
1183 W JOHN CARPENTER FWY
IRVING, TX 75039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,000.00

---

**3.145** **Nonpriority creditor's name and mailing address**

MOWAX VISUAL LLC
8350 N. CENTRAL EXPY STE M1009
DALLAS, TX 75206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,254.31

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.146** **Nonpriority creditor's name and mailing address**

NAPOLES, RUBEN (NJ)
C/O GARRUTO & CALABRIA
ANDREW GARRUTO, ESQ.
609 FRANKLIN AVENUE
NUTLEY, NJ  07110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.147** **Nonpriority creditor's name and mailing address**

NATIONAL COUNCIL ON STRENGTH AND FITNESS
5915 PONCE DE LEON BLVD, SUITE 60
CORAL GABLES, FL  33146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$299.00

---

**3.148** **Nonpriority creditor's name and mailing address**

NATIONAL GRID
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA  02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,061.78

---

**3.149** **Nonpriority creditor's name and mailing address**

NATIONAL HANGER COMPANY INC.
276 WATER STREET, P.O. BOX 818
NORTH BENNINGTON, VT  05257

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$812.94

---

**3.150** **Nonpriority creditor's name and mailing address**

NEGRETE, ISCARET
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.151** | **Nonpriority creditor's name and mailing address**

NEW JERSEY AMERICAN WATER
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$843.98

---

**3.152** | **Nonpriority creditor's name and mailing address**

NICOR GAS
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$683.38

---

**3.153** | **Nonpriority creditor's name and mailing address**

NJ NATURAL GAS
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$378.43

---

**3.154** | **Nonpriority creditor's name and mailing address**

NOUVEAU ELEVATOR INDUSTRIES, INC.
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY 11416

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,971.26

---

**3.155** | **Nonpriority creditor's name and mailing address**

NRG BUSINESS MARKETING
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$153.25

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.156** **Nonpriority creditor's name and mailing address**
NYC WATER BOARD  NJ07101
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA  02210

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$284.82

---

**3.157** **Nonpriority creditor's name and mailing address**
OGLETREE DEAKINS NASH SMOAK & STEWART PC
P.O BOX 89
COLUMBIA, SC  29202

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,630.27

---

**3.158** **Nonpriority creditor's name and mailing address**
ONTARIO MUNICIPAL UTL CO
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA  02210

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$958.13

---

**3.159** **Nonpriority creditor's name and mailing address**
ONTARIO REFRIGERATION SERVICE INC.
97-21 78TH ST, QUEENS, NY 11416
QUEENS, NY  11416

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,831.00

---

**3.160** **Nonpriority creditor's name and mailing address**
ORTIZ, HERNAN (NY)
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,909.72 |
| --- | --- | --- | --- |
|  | PARSIPPANY (TOWNSHIP OF) ONE MARINA PARK DRIVE, SUITE 400 BOSTON, MA 02210 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |
|  | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes |  |

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,105.38 |
| --- | --- | --- | --- |
|  | PAUL HASTINGS, LLP P.O. BOX 894803 LOS ANGELES, CA 901894803 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |
|  | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes |  |

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $185,925.06 |
| --- | --- | --- | --- |
|  | PAYCLEARLY 1905 S FLORIDA AVENUE LAKELAND, FL 33803 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |
|  | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes |  |

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,720.35 |
| --- | --- | --- | --- |
|  | PECO ONE MARINA PARK DRIVE, SUITE 400 BOSTON, MA 02210 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |
|  | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes |  |

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $433.01 |
| --- | --- | --- | --- |
|  | PEOPLES GAS ONE MARINA PARK DRIVE, SUITE 400 BOSTON, MA 02210 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |
|  | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes |  |

| Debtor | Blink Holdings, Inc. | Case number (if known) | 24-11686 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.166**

**Nonpriority creditor's name and mailing address**

PEPSI COLA BOTTLING COMPANY OF NEW YORK
P.O. BOX 741076
ATLANTA, GA  303741076

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,040.86

---

**3.167**

**Nonpriority creditor's name and mailing address**

PEPSI-COLA
P.O BOX 75948
CHICAGO, IL  606755948

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,836.55

---

**3.168**

**Nonpriority creditor's name and mailing address**

PHILADELPHIA GAS WORKS
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA  02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$211.94

---

**3.169**

**Nonpriority creditor's name and mailing address**

PINTADO, CRAIG
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.170**

**Nonpriority creditor's name and mailing address**

PLAVE KOCH PLC
12005 SUNRISE VALLEY DRIVE, #200
RESTON, VA  20191

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,230.55

---

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.171 | **Nonpriority creditor's name and mailing address**<br><br>PRECOR<br>PO BOX 3136<br>CAROL STREAM, IL  601323136<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,466.30 |

| 3.172 | **Nonpriority creditor's name and mailing address**<br><br>PRINCE, SHERYL<br>C/O SHLIVKO YOUNG LLP<br>ATTN SAM J SHLIVKO, ESQ<br>30 WALL ST, 8TH FL<br>NEW YORK, NY  10005<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.173 | **Nonpriority creditor's name and mailing address**<br><br>PROGRESSIVE ALARM COMPANY, INC<br>154 AVENUE U<br>BROOKLYN, NY  11223<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,884.61 |

| 3.174 | **Nonpriority creditor's name and mailing address**<br><br>PROSTAR LLC<br>221 WASHINGTON STREET<br>MOUNT VERNON, NY  10553<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,986.53 |

| 3.175 | **Nonpriority creditor's name and mailing address**<br><br>PROTRAININGS LLC<br>6452 E FULTON, STE #1<br>ADA, MI  49301<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,910.00 |

| Debtor | Blink Holdings, Inc. | Case Number (if known) | 24-11686 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.176** **Nonpriority creditor's name and mailing address**

PSE&G
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,459.75

---

**3.177** **Nonpriority creditor's name and mailing address**

PSEG LONG ISLAND
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,873.48

---

**3.178** **Nonpriority creditor's name and mailing address**

PYRO-COMM SYSTEMS, INC.
15531 CONTAINER LANE
HUNTINGTON BEACH, CA 92649

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$380.00

---

**3.179** **Nonpriority creditor's name and mailing address**

R & A HEATING AND CONTRACTING CO, INC
25-94 46 STREET
ASTORIA, NY 11103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$555.27

---

**3.180** **Nonpriority creditor's name and mailing address**

RECYCLE TRACK SYSTEMS INC
435 HUDSON STREET, SUITE 404
NEW YORK, NY 10014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,540.28

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.181 | **Nonpriority creditor's name and mailing address**<br><br>RGM SUPPLIES CORP<br>324 S. DIAMOND BAR BLVD, SUITE 621<br>DIAMOND BAR, CA 91765<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $320.00 |

| 3.182 | **Nonpriority creditor's name and mailing address**<br><br>RICHARD BONSU<br>471 WEST 125 STREET APT 2B<br>NEW YORK, NY 10027<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,540.00 |

| 3.183 | **Nonpriority creditor's name and mailing address**<br><br>RICHARD SECURITY INC<br>270 FULTON STREET<br>FARMINGDALE, NY 11735<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $133.37 |

| 3.184 | **Nonpriority creditor's name and mailing address**<br><br>SAHIBZADA, MUHAMMAD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.185 | **Nonpriority creditor's name and mailing address**<br><br>SALAKO, ITEOLUWAKISHA<br>C/O GERALD POSS & ASSOCIATES PA<br>58 VOSE AVE<br>PO BOX 386<br>SOUTH ORANGE, NJ<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.186 | **Nonpriority creditor's name and mailing address**<br>SAPPHIRE EDUCATION LEADERSHIP AND LIFE COACHING<br>280 EAST 134TH STREET, APT 6N<br>BRONX, NY 10454<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000.00 |
| 3.187 | **Nonpriority creditor's name and mailing address**<br>SATELLITES UNLIMITED INC.<br>97-21 78TH ST, QUEENS, NY 11416<br>QUEENS, NY 11416<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,540.73 |
| 3.188 | **Nonpriority creditor's name and mailing address**<br>SERVICE MANAGEMENT GROUP, INC<br>770 MARKET ST, PMB/APT/STE: 6000<br>FARMINGTON, MO 63640<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,452.95 |
| 3.189 | **Nonpriority creditor's name and mailing address**<br>SERVICECHANNEL.COM, INC.<br>97-21 78TH ST, QUEENS, NY 11416<br>QUEENS, NY 11416<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $103,562.29 |
| 3.190 | **Nonpriority creditor's name and mailing address**<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,278.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.191 | **Nonpriority creditor's name and mailing address**<br><br>SHERLOCK SECURITY SYSTEMS<br>SECURITY WHOLESALERS INC, 212 MINNA STREET<br>BROOKLYN, NY 11219<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,052.45 |
| 3.192 | **Nonpriority creditor's name and mailing address**<br><br>SINGH, BALJINDER (NY)<br>C/O SINGH LAW GROUP, PLLC<br>RANA SINGH, ESQ.<br>183 SOUTH BROADWAY, SUITE 318<br>HICKSVILLE, NY 11801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.193 | **Nonpriority creditor's name and mailing address**<br><br>SOCALGAS<br>ONE MARINA PARK DRIVE, SUITE 400<br>BOSTON, MA 02210<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $152.66 |
| 3.194 | **Nonpriority creditor's name and mailing address**<br><br>SOUTH ORANGE VILLAGE WATER UTI<br>ONE MARINA PARK DRIVE, SUITE 400<br>BOSTON, MA 02210<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $917.43 |
| 3.195 | **Nonpriority creditor's name and mailing address**<br><br>SPECTRUM MONTHLY, LLC<br>95 EDDY RD, SUITE 101<br>MANCHESTER, NH 03102<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $74,999.87 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.196 | **Nonpriority creditor's name and mailing address**<br>STELLA RISING INC.<br>1221 POST ROAD EAST<br>WESTPORT, CT 06880<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $202,418.56 |
| 3.197 | **Nonpriority creditor's name and mailing address**<br>STERN ENVIRONMENTAL GROUP, LLC<br>30 SEAVIEW DRIVE<br>SECAUCUS, NJ 07094<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,224.98 |
| 3.198 | **Nonpriority creditor's name and mailing address**<br>STRENGTH 365 CORP.<br>115 WEST 27TH STREET, 11TH FLOOR<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,375.00 |
| 3.199 | **Nonpriority creditor's name and mailing address**<br>SUTTER, SIGRID (NY)<br>C/O ROSENBAUM & ROSENBAUM, P.C.<br>KEVIN S. KLEIN, ESQ.<br>100 WALL STREET, 15TH FLOOR.<br>NEW YORK, NY 10005<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.200 | **Nonpriority creditor's name and mailing address**<br>T & J ELECTRICAL ASSOCIATES LLC<br>97-21 78TH ST, QUEENS, NY 11416<br>QUEENS, NY 11416<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $83,008.66 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.201**

**Nonpriority creditor's name and mailing address**

TASKMASTER TECHNOLOGIES INC
PO BOX 768
SAN JUAN BAUTISTA, CA  95045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,522.10

---

**3.202**

**Nonpriority creditor's name and mailing address**

TD EQUIPMENT FINANCE, INC
1006 ASTORIA BOULEVARD
CHERRY HILL, NJ  08034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,751.87

---

**3.203**

**Nonpriority creditor's name and mailing address**

THE OUT FOUNDATION
477 MADISON AVE, FLOOR 6
NEW YORK, NY  10022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,916.00

---

**3.204**

**Nonpriority creditor's name and mailing address**

THE RAVEN GROUP, INC.
12022 LORENZA LANE
ORLANDO, FL  32827

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$810.00

---

**3.205**

**Nonpriority creditor's name and mailing address**

THREE PILLAR GLOBAL, INC.
PO BOX 347731
PITTSBURGH, PA  152514731

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$148,213.21

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.206**    **Nonpriority creditor's name and mailing address**      **$1,376.31**

THYSSENKRUPP ELEVATOR CORPORATION
PO BOX 3796
CAROL STREAM, IL 60132

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.207**    **Nonpriority creditor's name and mailing address**      **$13,054.49**

TIKTOK INC.
1920 OLYMPIC BLVD
SANTA MONICA, CA 90404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.208**    **Nonpriority creditor's name and mailing address**      **UNKNOWN**

TORRES, JOEL
C/O LAW OFFICE OF JOHN E GRAY
100 N PARK AVE
ROCKVILLE CENTRE, NY 11570

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.209**    **Nonpriority creditor's name and mailing address**      **$9,419.48**

TOWEL TRACKER LLC
TOWEL TRACKER LLC, 950 VITALITY DR NW, SUITE A
COMSTOCK PARK, MI 49321

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210**    **Nonpriority creditor's name and mailing address**      **$2,161.69**

TRI-COUNTY ELECTRIC COOPERATIV
ONE MARINA PARK DRIVE, SUITE 400
BOSTON, MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    Additional Page

| | | Amount of claim |
|---|---|---|

**3.211**  **Nonpriority creditor's name and mailing address**

TUCKER, CORDELL
C/O PECHMAN LAW GROUP PLLC
ATTN GIANFRANCO J CUADRA, ESQ
488 MADISON AVE
NEW YORK, NY  10022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.212**  **Nonpriority creditor's name and mailing address**

USMAN, ISHRAT (NY)
C/O DELLA MURA & CIACCI LLP
WALTER F. CIACCI, ESQ.
981 ALLERTON AVENUE
BRONX, NY  10469

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.213**  **Nonpriority creditor's name and mailing address**

UTILISAVE, LLC
8 LOMBARDY ST. #43000. NEWARK
NEWARK, NJ  07102

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,294.68

---

**3.214**  **Nonpriority creditor's name and mailing address**

VALENTINO POMPEO ARCHITECT, P.C.
437 BEACH 129TH STREET
BELLE HARBOR, NY  11694

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,616.86

---

**3.215**  **Nonpriority creditor's name and mailing address**

VDA, INC.
120 EAGLE ROCK AVENUE, SUITE 310
EAST HANOVER, NJ  07936

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,475.00

| Debtor | Blink Holdings, Inc. | Case number (if known) | 24-11686 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.216** | **Nonpriority creditor's name and mailing address**

VERICOM GROUP, LLC
312 W. MILLBROOK RD, SUITE 233
RALEIGH, NC  27609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$138,457.09

---

**3.217** | **Nonpriority creditor's name and mailing address**

W.B. MASON CO., INC.
W.B. MASON CO., INC., 59 CENTRE ST
BROCKTON, MA  02303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,031.11

---

**3.218** | **Nonpriority creditor's name and mailing address**

WILKERSON, QUINTIN (NY)
C/O PHILLIPS & ASSOCIATES, PLLC
45 BROADWAY, SUITE 430
NEW YORK, NY  10006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.219** | **Nonpriority creditor's name and mailing address**

WILLIAMS, MARLON (NY)
C/O HARMON, LINDER & ROGOWSKY
JORDAN HOCH, ESQ.
3 PARK AVENUE, SUITE 2300
NEW YORK, NY  10016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.220** | **Nonpriority creditor's name and mailing address**

WISETAIL
BIGART-ECOSYSTIMES, LLC, 5301 RIATA PARK COURT F
AUSTIN, TX  78727

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,406.24

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.221** **Nonpriority creditor's name and mailing address**

WOLINKSA, PAULINA (NY)
C/O JODRE BRENECKI, LLP
JORDAN JODRE, ESQ.
101 NORTH 10TH STREET, STE 303
BROOKLYN, NY  11249

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.222** **Nonpriority creditor's name and mailing address**

ZENDESK, INC.
1019 MARKET STREET
SAN FRANCISCO, CA  94103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $242.28

---

**3.223** **Nonpriority creditor's name and mailing address**

ZONES LLC
1102 – 15TH ST. S.W. SUITE #102
AUBURN, WA  98001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $30,527.69

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**    Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** UNDETERMINED |
| **5b.** | Total claims from Part 2 | **5b.** + $115,803,753.67 |
| **5c.** | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | **5c.** $115,803,753.67 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Blink Holdings, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>24-11686</td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.**  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT OF LEASE DTD 7/21/2020 (AMENDS LEASE DTD 9/3/2015) 108-14 ROOSEVELT AVE, QUEENS, NY 11368 [LEASE ID 654] | 108-18 LLC 102-10 METROPOLITAN AVE, STE 200 FOREST HILLS, NY  11375 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2ND LEASE MODIFICATION AGREEMENT DTD 6/1/2020 (AMENDS LEASE DTD 3/18/2015) 125 PARK AVE, NEW YORK, NY 10017 [LEASE ID 649] | 125 PARK OWNER LLC C/O SL GREEN REALTY CORP 420 LEXINGTON AVE NEW YORK, NY  10170 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 3RD LEASE MODIFICATION AGREEMENT DTD 3/30/2021 (AMENDS LEASE DTD 3/18/2015) 125 PARK AVE, NEW YORK, NY 10017 [LEASE ID 649] | 125 PARK OWNER LLC C/O SL GREEN REALTY CORP 420 LEXINGTON AVE NEW YORK, NY  10170 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSEQUENT GUARANTY DTD 3/18/2015 (RE: LEASE DTD 3/18/2015) 125 PARK AVE, NEW YORK, NY 10017 [LEASE ID 649] | 125 PARK OWNER LLC C/O SL GREEN REALTY CORP 420 LEXINGTON AVE NEW YORK, NY  10170 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT OF LEASE DTD 7/21/2020 (AMENDS LEASE DTD 12/23/2016) 130-20 FARMERS BLVD, JAMAICA, NY 11434 [LEASE ID 671] | 130-20 FARMERS LLC 97-77 QUEENS BLVD, STE 620 REGO PARK, NY 11374 |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SETTLEMENT AGREEMENT DTD 12/21/2023 163-02 JAMAICA AVE, QUEENS, NY 11432 [LEASE ID 609] | 13602 JAMAICA AVENUE LLC C/O SOLIL MANAGEMENT LLC 1185 6TH AVE NEW YORK, NY 10036 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT OF LEASE DTD 10/1/2023 (AMENDS LEASE DTD 4/10/2017) 15501 NORMANDIE AVE, LOS ANGELES, CA 90247 [LEASE ID 673] | 15519 NORMANDIE LLC 1901 AVENUE OF THE STARS, SUITE 630 LOS ANGELES, CA 90067 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT AND RELEASE DTD 7/7/2021 15501 NORMANDIE AVE, LOS ANGELES, CA 90247 [LEASE ID 673] | 15519 NORMANDIE LLC 1901 AVENUE OF THE STARS, SUITE 630 LOS ANGELES, CA 90067 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIMITED GAURANTY AGREEMENT 163-02 JAMAICA AVE, QUEENS, NY 11432 [LEASE ID 609] | 16302 JAMAICA AVE LLC 640 5TH AVE, 3RD FL NEW YORK, NY 10019 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT AND MUTUAL RELEASE DTD 12/2/2015 163-02 JAMAICA AVE, QUEENS, NY 11432 [LEASE ID 609] | 16302 JAMAICA AVE LLC C/O SOL GOLDMAN INVESTMENTS LLC 640 5TH AVE NEW YORK, NY 10003 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT OF LEASE DTD 10/15/2020 (AMENDS LEASE DTD 8/15/2011) 2166 NOSTRAND AVE, BROOKLYN, NY 11210 [LEASE ID 606] | 2146 NOSTRAND AVENUE ASSOCIATES LLC C/O ACHS MANAGEMENT CORP 1412 BROADWAY, 3RD FL NEW YORK, NY 10018 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO LEASE 2166 NOSTRAND AVE, BROOKLYN, NY 11210 [LEASE ID 606] | 2146 NOSTRAND AVENUE ASSOCIATES LLC C/O ACHS MANAGEMENT CORP 1412 BROADWAY, 3RD FL NEW YORK, NY 10018 |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOURTH AMENDMENT TO LEASE (AMENDS LEASE DTD 8/15/2011) 2166 NOSTRAND AVE, BROOKLYN, NY 11210 [LEASE ID 606] | 2146 NOSTRAND AVENUE ASSOCIATES LLC C/O ACHS MANAGEMENT CORP 1412 BROADWAY, 3RD FL NEW YORK, NY 10018 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LTD GUARANTY AGREEMENT 2166 NOSTRAND AVE, BROOKLYN, NY 11210 [LEASE ID 606] | 2146 NOSTRAND AVENUE ASSOCIATES LLC C/O ACHS MANAGEMENT CORP 1412 BROADWAY, 3RD FL NEW YORK, NY 10018 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT OF LEASE DTD 11/1/2023 (AMENDS LEASE DTD 11/11/2019) 2192 TEXAS PARKWAY, MISSOURI CITY, TX 77489 [LEASE ID 724] | 2192 TEXAS PARKWAY PARTNERS LLC C/O SCHIFF HARDIN LLP ATTN IVAN W MOSKOWITZ, ESQ 1185 AVE OF THE AMERICAS NEW YORK, NY 10036 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012) 833 FLATBUSH AVE, BROOKLYN, NY 11226 [LEASE ID 613] | 22-26 FLATBUSH LLC ATTN MANAGER 999 WATERSIDE DR, STE 2300 NORFOLK, VA 23510 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT OF LEASE DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012) 833 FLATBUSH AVE, BROOKLYN, NY 11226 [LEASE ID 613] | 22-26 FLATBUSH LLC ATTN T RICHARD LITTON, PRES 999 WATERSIDE DR, STE 2300 NORFOLK, VA 23510 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GUARANTY OF LEASE 7802 ROOSEVELT AVE, JACKSON HEIGHTS, NY 11372 [LEASE ID 629] | 2374 CONCOURSE ASSOCIATES LLC C/O COMJEM ASSOCIATES LTD 1430 BROADWAY, STE 1505 NEW YORK, NY 10018 |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT OF LEASE (AMENDS CERTAIN LEASE AGREEMENT DTD 9/13/2012) 250 UTICA AVE, BROOKLYN, NY 11213 [LEASE ID 620] | 250 UTICA OWNERS LLC C/O JACKSON PROPERTY MANAGEMENT LLC 45 BROADWAY, STE 1850 NEW YORK, NY 10006 |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GUARANTY AGREEMENT DTD 12/1/2014 2857 W 8TH ST, BROOKLYN, NY 11224 [LEASE ID 647] | 2857 WEST 8TH STREET ASSOCIATES LLC C/O STEVEN SAMUELS 1960 BAY BLVD ATLANTIC BEACH, NY 11509 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STIPULATION OF SETTLEMENT DTD 3/19/2021 (RE: LEASE AGREEMENT DTD 12/1/2014) 2857 W 8TH ST, BROOKLYN, NY 11224 [LEASE ID 647] | 2857 WEST 8TH STREET DEVELOPERS LLC C/O REZNICK LAW PLLC ATTN FELIX REZNICK 323 SUNNY ISLES BLVD, 7TH FL SUNNY ISLES, FL 33160 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT OF LEASE DTD 6/18/2020 (AMENDS LEASE DTD 11/12/2015) 570 MELROSE AVE, BRONX, NY 10455 [LEASE ID 656] | 2883 THIRD AVE REALTY ASSOCIATES ATTN JOE JEMAL 110 WEST 34TH ST, 9 FL NEW YORK, NY 10001 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT OF LEASE DTD 3/15/2021 (AMENDS LEASE DTD 11/12/2015) 570 MELROSE AVE, BRONX, NY 10455 [LEASE ID 656] | 2883 THIRD AVE REALTY ASSOCIATES ATTN JOE JEMAL 110 WEST 34TH ST, 9 FL NEW YORK, NY 10001 |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT OF LEASE DTD 10/15/2020 (AMENDS LEASE DTD 1/19/2012) 301 W 125TH ST, NEW YORK, NY 10027 [LEASE ID 610] | 301-303 WEST 125 LLC C/O ACHS MANAGEMENT CORP 1412 BROADWAY, 3RD FL NEW YORK, NY 10018 |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT DTD 11/21/2012 (AMENDS LEASE DTD 1/19/2012) 301 W 125TH ST, NEW YORK, NY 10027 [LEASE ID 610] | 301-303 WEST 125 LLC C/O ACHS MANAGEMENT CORP 1412 BROADWAY, 3RD FL NEW YORK, NY 10018 |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DTD 7/19/2013 3560 WHITE PLNS RD, BRONX, NY 10467 [LEASE ID 632] | 3560 WPR LLC C/O IRGANG GROUP ATTN MARK IRGANG 121 TWEED BLVD NYACK, NY 10960 |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DTD 7/19/2013 3560 WHITE PLNS RD, BRONX, NY 10467 [LEASE ID 632] | 3572 WPR LLC C/O IRGANG GROUP ATTN MARK IRGANG 121 TWEED BLVD NYACK, NY 10960 |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT OF LEASE DTD 4/6/2021 (AMENDS LEASE DTD 5/15/2015) 399 KNICKERBOCKER AVE, BROOKLYN, NY 11237 [LEASE ID 650] | 399 KNICKERBOCKER LLC C/O JENEL MANAGEMENT CORP 275 MADISON AVE NEW YORK, NY 10016 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.29 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GUARANTY DTD 4/13/2015<br>399 KNICKERBOCKER AVE, BROOKLYN, NY 11237 [LEASE ID 650] | 399 KNICKERBOCKER LLC<br>C/O JENEL MANAGEMENT CORP<br>275 MADISON AVE<br>NEW YORK, NY  10016 |
| 2.30 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 9/21/2018 | 3PILLAR GLOBAL INC<br>3975 FAIR RIDGE DR S, STE 200<br>FAIRFAX, VA  22033 |
| 2.31 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CORPORATE PURCHASING AGREEMENT (TERMS/CONDITIONS) DTD 8/1/2024 | 3WB MASON COMPANY INC<br>ATTN BRIAN CHARPENTIER<br>59 CENTRE STREET<br>BROCKTON, MA  02301 |
| 2.32 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMS & CONDITIONS DTD 2/1/2018 | 3WB MASON COMPANY INC<br>ATTN BRIAN CHARPENTIER<br>59 CENTRE STREET<br>BROCKTON, MA  02301 |
| 2.33 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMS & CONDITIONS DTD 2/1/2022 | 3WB MASON COMPANY INC<br>ATTN BRIAN CHARPENTIER<br>59 CENTRE STREET<br>BROCKTON, MA  02301 |
| 2.34 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT DTD 4/30/2019 AMENDS LEASE AGREEMENT DTD 7/2/2018 | 437 88 LLC<br>ATTN MANAGING MEMBER<br>9322 3RD AVE, STE 502<br>BROOKLYN, NY  11209 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GUARANTY  DTD 7/2/2018 | 437 89 LLC<br>ATTN MANAGING MEMBER<br>9322 3RD AVE, STE 502<br>BROOKLYN, NY  11209 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIMITED GUARANTY DTD 9/23/2015<br>451 VLY ST, SOUTH ORANGE, NJ 07079<br>[LEASE ID 655] | 451 REALTY MANAGEMENT LLC<br>26 S VALLEY RD<br>WEST ORANGE, NJ  7052 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT DTD 9/9/2021 (RE: LEASE AGREEMENT DTD 9/23/2015)<br>451 VLY ST, SOUTH ORANGE, NJ 07079<br>[LEASE ID 655] | 451 REALTY MANAGEMENT LLC<br>ATTN ABRAHAM KINSTLINGER, ESQ<br>9 ATLANTIC ST<br>HACKENSACK, NJ  7601 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT OF LEASE (AMENDS TITLE OF CONTRACT DTD 5/31/2019)<br>4704 AIRLINE DRIVE, HOUSTON, TX 77022 [LEASE ID 712] | 4704 AIRLINE DRIVE PARTNERS LLC<br>C/O SHIFF HARDIN LLP<br>ATTN IVAN W MOSKOWITZ, ESQ<br>1185 AVE OF THE AMERICAS<br>NEW YORK, NY  10036 |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 3RD AMENDMENT TO LEASE DTD 8/27/2020<br>480 SUFFOLK AVE, BRENTWOOD, NY 11717 [LEASE ID 616] | 480 SUFFOLK AVENUE LLC<br>C/O AD REAL ESTATE INVESTORS INC<br>45 CUTTERMILL RD, STE 1<br>GREAT NECK, NY  11021 |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOURTH AMENDMENT TO LEASE DTD 2/21/2022 (AMENDS LEASE AGREEMENT DTD 6/20/2012)<br>480 SUFFOLK AVE, BRENTWOOD, NY 11717 [LEASE ID 616] | 480 SUFFOLK AVENUE LLC<br>C/O AD REAL ESTATE INVESTORS INC<br>45 CUTTERMILL RD, STE 1<br>GREAT NECK, NY  11021 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.41** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | GUARANTY DTD 2/21/2022 (RE: LEASE DTD 6/20/12) 480 SUFFOLK AVE, BRENTWOOD, NY 11717 [LEASE ID 616] | 480 SUFFOLK AVENUE LLC C/O AD REAL ESTATE INVESTORS INC 45 CUTTERMILL RD, STE 1 GREAT NECK, NY 11021 |
| **2.42** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LIMITED GUARANTY DTD 6/20/2012 480 SUFFOLK AVE, BRENTWOOD, NY 11717 [LEASE ID 616] | 480 SUFFOLK AVENUE LLC C/O AD REAL ESTATE INVESTORS INC 45 CUTTERMILL RD, STE 1 GREAT NECK, NY 11021 |
| **2.43** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | THIRD AMENDMENT TO LEASE DTD 8/27/2020 (AMENDS LEASE AGREEMENT DTD 6/20/2012) 480 SUFFOLK AVE, BRENTWOOD, NY 11717 [LEASE ID 616] | 480 SUFFOLK AVENUE LLC C/O AD REAL ESTATE INVESTORS INC 45 CUTTERMILL RD, STE 1 GREAT NECK, NY 11021 |
| **2.44** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LETTER AGREEMENT 227 4TH AVE, BROOKLYN, NY 11215 [LEASE ID 651] | 4TH AVENUE DEVELOPMENT II LLC C/O GREYSTONE PROPERTY DEV II CORP 152 W 57TH ST, 60TH FL NEW YORK, NY 10019 |
| **2.45** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LIMITED GAURANTY DTD 7/1/2015 227 4TH AVE, BROOKLYN, NY 11215 [LEASE ID 651] | 4TH AVENUE DEVELOPMENT II LLC C/O GREYSTONE PROPERTY DEV II CORP 152 W 57TH ST, 60TH FL NEW YORK, NY 10019 |
| **2.46** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 2/21/2020 | 5 BORO LAUNDRY INC ATTN KEVIN C SHANKER 114-29 135TH AVE S OZONE PARK, NY 11420 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO LEASE DTD 6/23/2020 (AMENDS LEASE DTD 10/10/2013) 5 BRYANT PARK, NEW YORK, NY 10018 [LEASE ID 634] | 5 BRYANT PARK PROPERTY INVESTORS IV LLC C/O SAVANNAH REAL ESTATE FUNDS 430 PARK AVE, 12TH FL NEW YORK, NY 10022 |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT TO LEASE DTD 10/28/2022 (AMENDS LEASE DTD 10/10/2013) 5 BRYANT PARK, NEW YORK, NY 10018 [LEASE ID 634] | 5 BRYANT PARK PROPERTY INVESTORS IV LLC C/O SAVANNAH REAL ESTATE FUNDS 430 PARK AVE, 12TH FL NEW YORK, NY 10022 |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT DTD 9/28/2020 (RE: LEASE DTD 8/25/2016) 5109 4TH AVE, BROOKLYN, NY 11220 [LEASE ID 662] | 5111 4TH AVE EQUITY REALTY HOLDINGS LLC C/O ABRAHAM NEUHAUS LLC ATTN ABRAHAM NEUHAUS ESQ 124 BENJAMIN ST TOMS RIVER, NJ 8755 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DELIVERY OF POSSESSION GYM #662 DTD 10/27/2017 5109 4TH AVE, BROOKLYN, NY 11220 [LEASE ID 662] | 5111 4TH AVE EQUITY REALTY C/O ABRAHAM NEUHAUS LLC ATTN ABRAHAM NEUHAUS ESQ 124 BENJAMIN ST TOMS RIVER, NJ 8755 |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OMNIBUS RENT DEFERRAL LEASE AMENDMENT DTD 11/23/2020 3145 SOUTH ASHLAND AVENUE, CHICAGO, IL 60608 [LEASE ID 688] | 5510-5520 BROADWAY LLC 5520 BROADWAY BRONX, NY 10463 |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1ST AMENDEMENT TO LEASE AGREEMENT DTD 10/13/2017 (AMENDS LEASE DTD 4/1/2016) 645 E TREMONT AVE, BRONX, NY 10457 [LEASE ID 659] | 645 EAST TREMONT LLC C/O PORTA BELLA 38 W 34TH ST NEW YORK, NY 10001 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT OF LEASE DTD 9/23/2020 (AMENDS LEASE DTD 4/1/2016) 645 E TREMONT AVE, BRONX, NY 10457 [LEASE ID 659] | 645 EAST TREMONT LLC C/O PORTA BELLA 38 W 34TH ST NEW YORK, NY  10001 |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SECOND AMENDMENT OF LEASE DTD 1/17/2024 (AMENDS LEASE DTD 4/1/2016) 645 E TREMONT AVE, BRONX, NY 10457 [LEASE ID 659] | 645 EAST TREMONT LLC C/O PORTA BELLA 38 W 34TH ST NEW YORK, NY  10001 |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GUARANTY DTD 8/22/2019 | 659 GRYMES LLC 9322 3RD AVE, STE 502 BROOKLYN, NY  11209 |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDED AND RESTATED 4TH AMENDMENT OF LEASE DTD 8/11/2023 (AMENDS LEASE DTD 7/19/2016) 633 MAIN AVE, PASSAIC, NJ 07055 [LEASE ID 661] | 663 MAIN MASTER TENANT LLC 87 HALSEY ST, 2ND FLOOR NEWARK, NJ  07102 |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT OF LEASE DTD 9/11/2023 (AMENDS LEASE DTD 7/19/2016) 633 MAIN AVE, PASSAIC, NJ 07055 [LEASE ID 661] | 663 MAIN MASTER TENANT LLC 87 HALSEY ST, 2ND FLOOR NEWARK, NJ  07102 |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FIRST AMENDMENT OF LEASE  DTD 3/2/2021 (AMENDS LEASE DTD 6/24/2013) 7802 ROOSEVELT AVE, JACKSON HEIGHTS, NY 11372 [LEASE ID 629] | 78-14 ROOSEVELT LLC C/O COMJEM ASSOCIATES LTD 1430 BROADWAY, STE 1505 NEW YORK, NY  10018 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GUARANTY DTD 3/2/2021<br>7802 ROOSEVELT AVE, JACKSON HEIGHTS, NY 11372 [LEASE ID 629] | 78-14 ROOSEVELT LLC<br>C/O COMJEM ASSOCIATES LTD<br>1430 BROADWAY, STE 1505<br>NEW YORK, NY  10018 |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2ND AMENDMENT TO LEASE  (AMENDS RETAIL LEASE DTD 7/24/2019)<br>886 BROADWAY, BROOKLYN, NY 11203 [LEASE ID 718] | 886 BROADWAY LLC<br>C/O TRANSITIONS ACQUISITIONS LLC<br>ATTN PHIL POPWITZ, ESQ<br>232 BROADWAY, STE 400<br>BROOKLYN, NY  11211 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOURTH AMENDMENT TO LEASE DTD 10/13/2023 (AMENDS NET LEASE DTD 8/25/2015)<br>932 SOUTHERN BLVD, BRONX, NY 10459 [LEASE ID 657] | 932 SOUTHERN BOULEVARD REALTY LLC<br>C/O FALCON RETAIL LLC<br>766 SHREWSBURY AVE, STE 306<br>TINTON FALLS, NJ  7724 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO LEASE DTD 7/2/2020 (AMENDS NET LEASE DTD 8/25/2015)<br>932 SOUTHERN BLVD, BRONX, NY 10459 [LEASE ID 657] | 932 SOUTHERN BOULEVARD REALTY LLC<br>C/O FALCON RETAIL LLC<br>766 SHREWSBURY AVE, STE 306<br>TINTON FALLS, NJ  7724 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT TO LEASE DTD 2/23/2021 (AMENDS NET LEASE DTD 8/25/2015)<br>932 SOUTHERN BLVD, BRONX, NY 10459 [LEASE ID 657] | 932 SOUTHERN BOULEVARD REALTY LLC<br>C/O FALCON RETAIL LLC<br>766 SHREWSBURY AVE, STE 306<br>TINTON FALLS, NJ  7724 |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1ST AMENDMENT TO LEASE DTD 12/24/2019 (AMENDS NET LEASE DTD 8/25/2015)<br>932 SOUTHERN BLVD, BRONX, NY 10459 [LEASE ID 657] | 933 SOUTHERN BLVD REALTY LLC<br>C/O FALCON RETAIL LLC<br>766 SHREWSBURY AVE, STE 306<br>TINTON FALLS, NJ  07724 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REAL ESTATE SERVICES AGREEMENT DTD 7/6/2023 | A&G REALTY PARTNERS LLC<br>ATTN ANDY GRAISER, CO-PRESIDENT<br>445 BROADHOLLOW RD, STE 410<br>MELVILLE, NY 11797 |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AND PRICING AGREEMENT DTD 1/8/2016 | AB COASTER LLC<br>D/B/A THE ABS COMPANY<br>ATTN PRESIDENT<br>PO BOX 9<br>CHESTER, NJ 7930 |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUTUAL NON-DISCLOSURE AGREEMENT DTD 1/14/2020 | ABC FINANCIAL SERVICES LLC<br>8320 HIGHWAY 107<br>SHERWOOD, AR 72120 |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 10/29/2020 (PURSUANT TO CONSENT TO ASSIGNMENT DTD 3/29/2021) | ABC FITNESS SOLUTIONS, LLC<br>208 EAST KIEHL AVENUE<br>SHERWOOD, AR 72120 |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE CONTRACT | ADT COMMERCIAL<br>D/B/A ADT SECURITY SVCS<br>ATTN LITIGATION DEPT<br>1501 YAMATO DR<br>BOCA RATON, FL 33431 |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHORT FORM OF OFFICE LEASE AGREEMENT 45 WEST 45TH STREET, NEW YORK, NY 10036 [LEASE ID 997] | AFIAA 45 WEST 45TH STREET LLC<br>ATTN ALBENA RAMCHEVA<br>7 PENN PLAZA, STE 804<br>NEW YORK, NY 10001 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RESELLER OF GOOGLE OFFICE PRODUCTIVITY SOLUTIONS | AGOSTO LLC<br>241 5TH AVE. N, SUITE 800<br>MINNEAPOLIS, MN  55401 |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT (ON-PERMISES) | AIR STREAM AIR CONDITIONING CORP<br>400 CORSSWAYS PARK DR<br>WOODBURY, NY  11797 |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO SUBLEASE DTD 6/1/2021 (AMENDS SUBLEASE DTD 8/30/2019)<br>16123 BELLFLOWER BLVD, BELLFLOWER, CA 90706 [LEASE ID 720] | AL CALIFORNIA LLC<br>ATTN REGIONAL VP<br>12661 ALDI PL<br>MORENO VALLEY, CA  92555 |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGENCY AGREEMENT  DTD 7/18/2019 | ALLPOINTS PUBLIC RELATIONS LLC<br>ATTN JAMIE IZAKS<br>707 LAKE COOK RD<br>DEERFIELD, IL  60015 |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK NO.1 DTD 7/18/2019<br>RE: MAA DTD 7/18/2019 | ALLPOINTS PUBLIC RELATIONS LLC<br>ATTN JAMIE IZAKS<br>707 LAKE COOK RD<br>DEERFIELD, IL  60015 |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOCATION AGREEMENT  DTD 11/3/2016 | AMAZON FULFILLMENT SERVICES INC<br>ATTN GENERAL COUNSEL<br>410 TERRY AVE N<br>SEATTLE, WA  98109-5210 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.77 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUTUAL NON-DISCLOSURE AGREEMENT | AMAZON.COM INC<br>410 TERRY AVE N<br>SEATTLE, WA 98109-5210 |
| 2.78 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT - MECHANICAL MUSIC AUDIO & AUDIO-VISUAL USES | AMERICAN SOCIETY OF COMPOSERS AUTHORS & PUBLISHERS<br>2 MUSIC SQ WEST<br>NASHVILLE, TX 37203 |
| 2.79 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL LICENSE AGREEMENT - FITNESS CLUBS DTD 1/1/2019 | AMERICAN SOCIETY OF COMPOSERS AUTHORS & PUBLISHERS<br>250 W 57TH ST<br>NEW YORK, NY 10107 |
| 2.80 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY REIMBURSEMENT AGREEMENT DTD 3/1/2024 | AMERICAN SPECIALTY HEALTH FITNESS INC<br>ATTN VICE PRESIDENT- FITNESS NETWORK MGMNT<br>PO BOX 509001<br>SAN DIEGO, CA 92150-9001 |
| 2.81 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 4/17/2018 | ANALOGFOLK LLC<br>ATTN KUNAL MUZUMDAR, PARTNER/MANAGING DIR<br>104 W 27TH ST<br>NEW YORK, NY 10001 |
| 2.82 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GAURANTY DTD 8/13/2014<br>107 NASSAU ST, NEW YORK, NY 10038 [LEASE ID 642] | ANN/NASSAU REALTY LLC<br>C/O FRIEDMAN MANAGEMENT CO<br>770 LEXINGTON AVE, 18TH FL<br>NEW YORK, NY 10065 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GUARANTY DTD 4/20/2021 (RE: RETAIL LEASE DTD 8/14/2014) 107 NASSAU ST, NEW YORK, NY 10038 [LEASE ID 642] | ANN/NASSAU REALTY LLC C/O FRIEDMAN MANAGEMENT CO 770 LEXINGTON AVE, 18TH FL NEW YORK, NY 10065 |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE SERVICE AGREEMENT | ARISTA AIR CONDITIONING CORP ATTN MICHAEL ROSONE 38-26 TENTH ST LONG ISLAND CITY, NY 11101 |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT (PLATFORM) DTD 7/13/2022 | ARTISAN COLOUR INC ATTN DOUGLAS BONDON, PRES 8970 E BAHIA DR, STE 100 SCOTTSDALE, AZ 85260 |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DTD 3/15/2019 | ASCEND NETWORK SOLUTIONS LLC ATTN CEO 1251 LYNNE ST NORTH BALDWIN, NY 10016 |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AND PRICING AGREEMENT DTD 1/7/2016 | ASI SIGNAGE INNOVATIONS 192 LEXINGTON AVE NEW YORK, NY 10016 |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 9/12/2019 | AVENUE CODE LLC ATTN VP, BUSINESS DEVELOPMENT 26 OFARRELL ST, STE 600 SAN FRANCISCO, CA 94108 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT VP FINANCE LETTER | BALICK, BEN ADDRESS REDACTED |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER PURCHASE AND SERVICES AGREEMENT  DTD 6/4/2019 | BAMKO LLC 11620 WILSHIRE BLVD, STE 360 LOS ANGELES, CA  90025 |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TENANT ESTOPPEL CETIFICATE  (RE: LEASE DTD 11/14/2014) 240 E 54TH ST, NEW YORK, NY 10022 [LEASE ID 645] | BANK OF AMERICA NA ATTN CLOSING COORDINATOR 214 NORTH TRYON ST NC1-027-20-03 CHARLOTTE, NC  28255 |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DELIVERY OF POSSESSION DTD 3/20/2018 81-83 E 98TH ST, BROOKLYN, NY 11212 [LEASE ID 675] | BERMUDA REALTY LLC 15 OCEAN AVE BROOKLYN, NY  11225 |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FOURTH AMENDMENT TO LEASE  DTD 8/10/2023 (AMENDS LEASE DTD 7/12/2017) 81-83 E 98TH ST, BROOKLYN, NY 11212 [LEASE ID 675] | BERMUDA REALTY LLC 15 OCEAN AVE BROOKLYN, NY  11225 |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GUARANTY DTD 3/3/2022 (RE: LEASE DTD 7/12/2017) 81-83 E 98TH ST, BROOKLYN, NY 11212 [LEASE ID 675] | BERMUDA REALTY LLC 15 OCEAN AVE BROOKLYN, NY  11225 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.95 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT OF LEASE  DTD 5/5/2021 (AMENDS LEASE DTD 7/17/2017)<br>81-83 E 98TH ST, BROOKLYN, NY 11212 [LEASE ID 675] | BERMUDA REALTY LLC<br>15 OCEAN AVE<br>BROOKLYN, NY  11225 |
| 2.96 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM #1 DTD 12/18/2018 | BETTERWORKS SYSTEMS INC<br>99 MADISON AVE., 3RD FL<br>NEW YORK, NY  10016 |
| 2.97 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICATION SERVICES AGREEMENT DTD 9/28/2017 | BIGART ECOSYSTEMS LLC<br>D/B/A WISETAIL<br>ATTN JUSTIN BIGART, FOUNDER & CEO<br>212 S WALLACE ST, STE B2<br>BOZEMAN, MT  59715 |
| 2.98 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDEMNT OF LEASE DTD 10/12/2020 (AMENDS LEASE DTD 1/15/1014)<br>252 ATLANTIC AVE, BROOKLYN, NY 11201 [LEASE ID 638] | BOERUM PLACE LLC<br>ATTN REAL ESTATE DEPT<br>1946 CONEY ISLAND AVENUE<br>BROOKLYN, NY  11223 |
| 2.99 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT OF LEASE (AMENDS LEASE DTD 1/15/2014)<br>252 ATLANTIC AVE, BROOKLYN, NY 11201 [LEASE ID 638] | BOERUM PLACE LLC<br>ATTN REAL ESTATE DEPT<br>1946 CONEY ISLAND AVENUE<br>BROOKLYN, NY  11223 |
| 2.100 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT OF LEASE DTD 9/29/2022 (AMENDS LEASE DTD 1/15/2014)<br>252 ATLANTIC AVE, BROOKLYN, NY 11201 [LEASE ID 638] | BOERUM PLACE LLC<br>ATTN REAL ESTATE DEPT<br>1946 CONEY ISLAND AVENUE<br>BROOKLYN, NY  11223 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING LETTER AGREEMENT DTD 3/24/2021 | BONSU, RICHARD<br>471 W 125TH ST<br>NEW YORK, NY 10027 |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT PROMOTION LETTER AGREEMENT | BOONE, JIMMY<br>ADDRESS REDACTED |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO MASTER AGENCY AGREEMENT DTD 8/24/2018 AMENDS AGREEMENT DTD 11/18/2015 | BRAND AMP LLC<br>ATTN KAREN SCHAEFER, OPERATIONS<br>3101 W COAST HWY, STE 100<br>NEWPORT BEACH, CA 92663 |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGENCY AGREEMENT DTD 11/18/2015 | BRAND AMP LLC<br>ATTN KAREN SCHAEFER, OPERATIONS<br>3101 W COAST HWY, STE 100<br>NEWPORT BEACH, CA 92663 |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO RENT FORBEARANCE & LEASE MODIFICATION AGREEMENT DTD 4/15/2021 (AMENDS RETAIL LEASE DTD 6/28/2019)<br>8201 BROADWAY, HOUSTON, TX 77061<br>[LEASE ID 717] | BRIXMOR HOLDINGS 12 SPE LLC<br>C/O BRIXMOR PROPERTY GROUP<br>ATTN GENERAL COUNSEL<br>450 LEXINGTON AVE, FL 13<br>NEW YORK, NY 10017 |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENT FOREBEARANCE & LEASE MODIFICATION AGREEMENT DTD 9/9/2020 (AMENDS RETAIL LEASE DTD 6/28/2019)<br>8201 BROADWAY, HOUSTON, TX 77061<br>[LEASE ID 717] | BRIXMOR HOLDINGS 12 SPE LLC<br>C/O BRIXMOR PROPERTY GROUP<br>ATTN GENERAL COUNSEL<br>450 LEXINGTON AVE, FL 13<br>NEW YORK, NY 10017 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.107 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FOREBEARANCE AGREEMENT AND AMENDMENT OF RETAIL LEASE DTD 2/11/2021 (AMENDS LEASE DTD 5/20/2013) 3035 RTE 46, PARSIPPANY, NJ 07054 [LEASE ID 626] | BRIXMOR MORRIS HILLS LLC C/O BRIXMOR PROPERTY GROUP ATTN GENERAL COUNSEL 420 LEXINGTON AVE NEW YORK, NY 10170 |
| 2.108 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LIMITED GUARANTY DTD 5/20/2013 (RE: LEASE DTD 5/20/2013) 3035 RTE 46, PARSIPPANY, NJ 07054 [LEASE ID 626] | BRIXMOR MORRIS HILLS LLC C/O BRIXMOR PROPERTY GROUP ATTN LEGAL DEPT 131 DARTMOUTH ST BOSTON, MA 02116 |
| 2.109 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT OF LEASE DTD 6/18/2020 (AMENDS LEASE DTD 12/1/2011) 121 BROADHOLLOW RD, MELVILLE, NY 11747 [LEASE ID 607] | BROADHOLLOW/PINELAWN CW NF LLC C/O WK EQUITIES 500 BI-COUNTY BLVD, STE 230S FARMINGDALE, NY 11735 |
| 2.110 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SECOND AMENDMENT TO LEASE 121 BROADHOLLOW RD, MELVILLE, NY 11747 [LEASE ID 607] | BROADHOLLOW/PINELAWN CW NF LLC C/O WK EQUITIES 500 BI-COUNTY BLVD, STE 230S FARMINGDALE, NY 11735 |
| 2.111 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT OF LEASE DTD 6/18/2020 (AMENDS LEASE DTD 12/1/2011) 121 BROADHOLLOW RD, MELVILLE, NY 11747 [LEASE ID 607] | BROADHOLLOW/PINELAWN JES NF LLC C/O WK EQUITIES 500 BI-COUNTY BLVD, STE 230S FARMINGDALE, NY 11735 |
| 2.112 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT TERMS OF THE AGREEMENT OFFER LETTER DTD 1/26/2024 | BURTON, RICHARD ADDRESS REDACTED |

Debtor    Blink Holdings, Inc.                    Case Number (if known)    24-11686

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.113 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW MODEL REBUILD & ANALYTICS PLATFORM SOLUTION DTD 7/26/2023 RE: MSA DTD 5/12/2016 | BUXTON COMPANY LLC<br>F/K/A BUXTON COMPANY INC<br>ATTN CHIEF FINANCIAL OFFICER<br>2651 S POLARIS DR<br>FT WORTH, TX  76137 |
| 2.114 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENEWAL PROPOSAL DTD 6/11/2019 | BUXTON COMPANY<br>ATTN CHIEF FINANCIAL OFFICER<br>2651 S POLARIS DR<br>FT WORTH, TX  76137 |
| 2.115 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK NO.1 DTD 5/12/2016 RE: MSA DTD 5/12/2016 | BUXTON COMPANY<br>ATTN CHIEF FINANCIAL OFFICER<br>2651 S POLARIS DR<br>FT WORTH, TX  76137 |
| 2.116 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 5/12/2016 | BUXTON COMPANY<br>ATTN DAVID GLOVER, CFO<br>2651 S POLARIS DR<br>FT WORTH, TX  76137 |
| 2.117 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT PROMOTION LETTER AGREEMENT | CATANIA, MONICA<br>ADDRESS REDACTED |
| 2.118 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUTUAL NON-DISCLOSURE AGREEMENT  DTD 10/15/2019 | CHAMELEON COLLECTIVE INC<br>ATTN CEO<br>3428 BRADENHAM LN<br>DAVIE, FL  33328 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FULL SERVICE HYDRAULIC ELEVATOR MAINTENANCE CONTRACT DTD 7/2/2021 | CHAMPION ELEVATOR<br>1450 BROADWAY 5TH FL<br>NEW YORK, NY 10018 |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIFTH AMENDMENT OF LEASE DTD 11/10/2023 (AMENDS LEASE DTD 4/5/2013)<br>307 8TH AVE, NEW YORK, NY 10001 [LEASE ID 622] | CHELSEA W26 LLC<br>C/O ARTIMUS<br>316 W 118TH ST<br>NEW YORK, NY 10026 |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOURTH AMENDMENT OF LEASE DTD 1/3/2023 (AMENDS LEASE DTD 4/5/2013)<br>307 8TH AVE, NEW YORK, NY 10001 [LEASE ID 622] | CHELSEA W26 LLC<br>C/O ARTIMUS<br>316 W 118TH ST<br>NEW YORK, NY 10026 |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NATIONAL FIRST AID AND SAFETY AGREEMENT DTD 3/5/2019 | CINTAS CORPORATION NO.2<br>ATTN SVP, FINANCE<br>6800 CINTAS BLVD<br>CINCINNATI, OH 45262-5737 |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBORDINATION, NON-DISTURBANCE, AND ATTORNMENT AGREEMENT DTD 1/26/2015<br>1382 METROPOLITAN AVE, BRONX, NY 10462 [LEASE ID 605] | CITIGROUP GLOBAL MARKETS REALTY CORP<br>ATTN CMBS REAL ESTATE LEGAL NOTICES<br>388 GREENWICH ST, 19TH FL<br>NEW YORK, NY 10013 |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTNER AGREEMENT DTD 9/5/2017 | CLASSPASS INC<br>ATTN LEGAL DEPARTMENT<br>275 SEVENTH AVE, 11 FL<br>NEW YORK, NY 10001 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDED AND RESTATED MEDIA & ADVERTISING AGREEMENT DTD 12/5/2019<br>AMENDS AGREEMENT 12/5/2019 | CLUBCOM LLC<br>8 PENN CENTER WEST, STE 100<br>PITTSBURGH, PA 15276 |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT OF LEASE DTD 7/18/2022 (AMENDS TITLE OF CONTRACT DTD 6/17/2019)<br>7840 LONG PT RD, HOUSTON, TX 77055 [LEASE ID 713] | CM HOUSTON PROPERTIES #1 LLC<br>ATTN CHARLES J MORMINO<br>7700 SAN FELIPE, STE 500<br>HOUSTON, TX 77063 |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE VOLUME GROWTH REBATE 2024 | COMMERCIAL LIGHTING INDUSTRIES INC<br>ATTN CFO<br>81161 INDIO BLVD<br>INDIO, CA 92201 |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AND PRICING AGREEMENT AMENDMENT DTD 4/24/2018<br>AMENDS AGREEMENT DTD 1/7/2016 | COMMERCIAL LIGHTING INDUSTRIES INC<br>ATTN CFO<br>81161 INDIO BLVD<br>INDIO, CA 92201 |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AND PRICING AGREEMENT DTD 1/7/2016 | COMMERCIAL LIGHTING INDUSTRIES INC<br>ATTN CFO<br>81161 INDIO BLVD<br>INDIO, CA 92201 |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HEALTH & WELFARE INSURANCE BROKERAGE, CONSULTING & ADMINISTRATIVE SUPPORT SERVICES AGREEMENT DTD 10/1/2017 | CORPORATE SYNERGIES GROUP LLC<br>ATTN ANDREW BLOOM<br>5000 DEARBORN CIR, STE 100<br>MT LAUREL, NJ 8054 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.131** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LIMITED GUARANTY <br> 3779 NOSTRAND AVE, BROOKLYN, NY 11235 [LEASE ID 627] | COUNTRY LEASING LIMITED PARTNERSHIP <br> C/O LEFRAK ORGANIZATION INC <br> 40 W 57TH ST, 23RD FL <br> NEW YORK, NY 10019 |
| **2.132** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SECOND AMENDMENT TO LEASE DTD 3/27/2024 (AMENDS LEASE DTD 11/2/2018) <br> 5160 S PULASKI RD, CHICAGO, IL 60632 [LEASE ID 685] | COURTESY PLAZA LLC <br> C/O COURTESY/KATZ LIMITED PARTNERSHIP <br> 5160 S PULASKI RD <br> CHICAGO, IL 60632 |
| **2.133** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LETTER AGREEMENT DTD 9/16/2020 <br> 820 CONCOURSE VLG W, BRONX, NY 10451 [LEASE ID 618] | CP ASSOCIATES LLC <br> 7 PENNSYLVANIA PLAZA, 11TH FL <br> NEW YORK, NY 10001 |
| **2.134** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LETTER AGREEMENT DTD 1/6/2022 <br> 820 CONCOURSE VLG W, BRONX, NY 10451 [LEASE ID 618] | CP ASSOCIATES LLC <br> 7 PENNSYLVANIA PLAZA, 11TH FL <br> NEW YORK, NY 10001 |
| **2.135** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLY AND PRICING AGREEMENT DTD 6/21/2016 | CREATIVE MATERIALS CORP <br> ATTN RYAN MICKLUS, EXEC VP <br> 1 WASHINGTON SQ <br> ALBANY, NY 12205 |
| **2.136** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROPOSAL FOR SERVICES DTD 10/24/2019 | CRO METRICS <br> 1112 SIR FRANCIS DRAKE BLVD. <br> KENTFIELD, CA 94904 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ASSET PURCHASE AND SALES AGREEMENT  DTD 12/14/2018 | DANDAN, MAHER & DEE<br>ADDRESS REDACTED |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT OF LEASE (AMENDS LEASE DTD 1/16/2019) 1205-1209 W FOOTHILL BLVD, RIALTO, CA 92376 [LEASE ID 691] | DARVISH INVESTMENT GROUP LLC<br>C/O SHERVIN DARVISH<br>709 MORENO AVE<br>LOS ANGELES, CA  90049 |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DELIVERY OF POSSESSION DTD 3/20/2019 220-05 HILLSIDE AVE, QUEENS VILLAGE, NY 11427 [LEASE ID 683] | DERP ASSOCIATES LLC<br>C/O DANS SUPREME SUPERMARKETS INC<br>ATTN RICHARD GROBMAN<br>474 FULTON AVE<br>HEMPSTEAD, NY  11550 |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT OF LEASE DTD 3/26/2021 (AMENDS LEASE DTD 9/6/2018) 220-05 HILLSIDE AVE, QUEENS VILLAGE, NY 11427 [LEASE ID 683] | DERP ASSOCIATES LLC<br>C/O DANS SUPREME SUPERMARKETS INC<br>ATTN RICHARD GROBMAN<br>474 FULTON AVE<br>HEMPSTEAD, NY  11550 |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT  DTD 3/19/2024 | DIALOG SOCIAL INC<br>ATTN MANAGING DIR<br>519 8TH AVE, 3RD FL<br>NEW YORK, NY  10018 |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DTD 12/8/2016 | DLA PIPER LLP<br>ATTN KEITH MEDANSKY<br>203 NORTH LASALLE ST, STE 1900<br>CHICAGO, IL  60601-1293 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE LICENSING, MAINTENANCE & SUPPORT AGREEMENT  DTD 11/26/2018 | DOT NET FACTORY LLC, THE D/B/A EMPOWERID ATTN GENERAL COUNSEL 4393 TULLER RD DUBLIN, OH  43017 |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AND PRICING AGREEMENT DTD 2/11/2016 | DRAGON DOOR PUBLICATIONS ATTN CEO 5 COUNTY RD B E, STE 3 LITTLE CANADA, MN  55117 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO RETAIL LEASE DTD 4/1/2020 (AMENDS RETAIL LEASE DTD 11/5/2013) 2700 US 22, UNION, NJ 07083 [LEASE ID 637] | DT ROUTE 22 RETAIL LLC ATTN EXECUTIVE VP - LEASING 3300 ENTERPRISE PKWY BEACHWOOD, OH  44122 |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AND PRICING AGREEMENT DTD 1/19/2016 | ECORE INTERNATIONAL ATTN LINDA LILLEY 715 FOUNTAIN AVE LANCASTER, PA  17601 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIALITY/NDAS/INDEMNIFICATION EMPLOYEE CONFIDENTIALITY, NON-COMPETITION AND NON-SOLICITATION AGREEMENT DTD 3/23/2012 | EDDY, PHILLIP ADDRESS REDACTED |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT TERMS OF THE AGREEMENT OFFER LETTER DTD 3/23/2012 | EDDY, PHILLIP ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT TERMS OF THE AGREEMENT OFFER LETTER DTD 7/19/2022 | EDENS, AMY<br>ADDRESS REDACTED |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FORM OF STATEMENT OF WORK NO.1 DTD 7/19/2022 RE: MASTER SERVICE AGREEMENT EFF 6/25/2020 | ELEPHANT VENTURES LLC<br>442 5TH AVENUE, 1065<br>NEW YORK, NY 10018 |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TEXAS ELECTRIC ENERGY AGREEMENT COMMERCIAL SERVICE-FIXED PRICE DTD 8/29/2019 | ENGIE RESOURCES LLC<br>1990 POST OAK BLVD<br>HOUSTON, TX 77056 |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT FOR DIRECT MAIL SERVICES DTD 9/15/2016 | EPSILON DATA MANAGEMENT LLC<br>D/B/A EPSILON LOCAL MARKETING<br>ATTN MARK MOSHOLDER, COO<br>6021 CONNECTION DR<br>IRVING, TX 75039 |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMS & CONDITIONS DTD 2/1/2022 | EQUINOX HOLDINGS INC<br>31 HUDSON YARDS<br>NEW YORK, NY 10001 |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO TRANSITION SERVICES AGREEMENT AMENDS AGREEMENT DTD 12/1/2016 | EQUINOX HOLDINGS INC<br>60 COLUMBUS AVE, 19TH FL<br>NEW YORK, NY 10023 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO TRANSITION SERVICES AGREEMENT DTD 8/2/2024 AMENDS AGREEMENT DTD 12/31/2016 | EQUINOX HOLDINGS INC<br>60 COLUMBUS AVE, 19TH FL<br>NEW YORK, NY 10023 |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSITION SERVICES AGREEMENT | EQUINOX HOLDINGS INC<br>60 COLUMBUS AVE, 19TH FL<br>NEW YORK, NY 10023 |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMS & CONDITIONS DTD 2/1/2018 | EQUINOX HOLDINGS INC<br>ATTN SR DIR FINACNE & STRATEGIC SOURCING<br>895 BROADWAY<br>NEW YORK, NY 10003 |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PREVENTATIVE MAINTENANCE AGREEMENT DTD 8/20/2020 | EXCEL ELEVATOR & ESCALATOR<br>ATTN VP SALES<br>303 NELSON AVE<br>STATEN ISLAND, NY 10308 |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AND PRICING AGREEMENT DTD 1/18/2016 | FACTORY 77 INC<br>D/B/A MERCH DIRECT<br>ATTN LEE TEPPER<br>54 DREXEL DR<br>BAY SHORE, NY 11706 |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT DTD 1/18/2019 | FERGUSON ENTERPRISES INC<br>ATTN CREDIT DEPT<br>190 N OBERLIN AVE<br>LAKEWOOD, NJ 08701 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DTD 1/4/2018 RE: MSA DTD 12/19/2017 | FIRST ADVANTAGE ENTERPRISE SCREENING CORP |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 10/29/2020 | FITNESS BI LLC 1908 OLYMPIC BLVD WALNUT CREEK, CA  94596 |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM AND MASTER TERMS & CONDITIONS (ANAHEIM) | FITNESS ON DEMAND 1630 LAKE DR W CHANHASSEN, MN  55317 |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM AND MASTER TERMS & CONDITIONS (NUTLEY) DTD 5/28/2019 | FITNESS ON DEMAND 1630 LAKE DR W CHANHASSEN, MN  55317 |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDED & RESTATED API & EMBEDDABLE PLAYER LICENSE AGREEMENT  DTD 10/31/2018 RESTATES AGREEMENT DTD 9/6/2018 | FITNESS ON DEMAND ATTN LEGAL DEPT 2411 GALPIN CRT, STE 110 CHANHASSEN, MN  55337 |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENTERPRISE STREAMING AGREEMENT DTD 10/31/2018 | FITNESS ON DEMAND ATTN LEGAL DEPT 2411 GALPIN CRT, STE 110 CHANHASSEN, MN  55337 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012) 833 FLATBUSH AVE, BROOKLYN, NY 11226 [LEASE ID 613] | FLATBUSH RETAIL ASSOCIATES LLC ATTN MANAGER 999 WATERSIDE DR, STE 2300 NORFOLK, VA 23510 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT OF LEASE DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012) 833 FLATBUSH AVE, BROOKLYN, NY 11226 [LEASE ID 613] | FLATBUSH RETAIL ASSOCIATES LLC ATTN T RICHARD LITTON, PRES 999 WATERSIDE DR, STE 2300 NORFOLK, VA 23510 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER AGREEMENT FORM DTD 1/18/2019 | FLOWATER INC 4045 PECOS ST, #180 DENVER, CO 80211 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT OF LEASE AND REAFFIRMATION OF GUARANTY DTD 9/21/2020 (AMENDS LEASE & REAFFIRMATION DTD 1/29/2018) 3000 JEROME AVE, BRONX, NY 10468 [LEASE ID 679] | FORDEC REALTY CORP C/O BROADWAY WEST ENTERPRISES LTD 234 W 56TH ST NEW YORK, NY 10019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL SETTLEMENT AGREEMENT DTD 10/29/2021 3000 JEROME AVE, BRONX, NY 10468 [LEASE ID 679] | FORDEC REALTY CORP C/O BROADWAY WEST ENTERPRISES LTD 234 W 56TH ST NEW YORK, NY 10019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | MODIFICATION OF RETAIL LEASE (AMENDS LEASE DTD 1/29/2018) 3000 JEROME AVE, BRONX, NY 10468 [LEASE ID 679] | FORDEC REALTY CORP C/O ZANE & RUDOFSKY ATTN ERIC S HOROWITZ, ESQ 601 W 26TH ST, STE 1315 NEW YORK, NY 10001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OMNIBUS RENT DEFERRAL LEASE AMENDMENT DTD 11/23/2020 3145 SOUTH ASHLAND AVENUE, CHICAGO, IL 60608 [LEASE ID 688] | FW IL-RIVERSIDE/RIVERS EDGE LLC C/O REGENCY CENTERS CORP ATTN LEASE ADMIN 1 INDEPENDENT DR, STE 114 JACKSONVILLE, FL 32202-5019 |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AND PRICING AGREEMENT DTD 4/1/2016 | GAIAM AMERICAS INC D/B/A SPRI PRODUCTS ATTN HERB FLENTYE, PRES 833 S SOUTH BOULDER RD, STE G LOUISVILLE, CO 80027 |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT SVP LETTER AGREEMENT | GANELLI, CARISSA ADDRESS REDACTED |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM #G096401 DTD 12/12/2017 | GLASSDOOR INC 50 BEALE STREET, 8TH FL SAN FRANCISCO, CA 94105 |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO 360 PROVIDER AGREEMENT DTD 5/31/2024 AMENDS AGREEMENT DTD 12/19/2017 | GLOBAL AFFILIATES INC D/B/A GLOBALFIT ATTN PERNELL THOMPSON 1880 JFK BLVD, #1910 PHILADELPHIA, PA 19103 |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROVIDER AGREEMENT DTD 12/19/2017 | GLOBAL AFFILIATES INC D/B/A GLOBALFIT ATTN PERNELL THOMPSON 1880 JFK BLVD, #1910 PHILADELPHIA, PA 19103 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT OF LEASE DTD 10/9/2020 (AMENDS LEASE DTD 7/1/2015)<br>227 4TH AVE, BROOKLYN, NY 11215<br>[LEASE ID 651] | GNDP HOLDINGS LLC<br>C/O LINEAGE PROPERTIES<br>ATTN EPHRAIM FRUCHTHANDLER<br>1 STATE ST, 32ND FL<br>NEW YORK, NY  10004 |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2ND ADDENDUM TO EXCLUSIVE SUPPLY AGREEMENT DTD 5/3/2019<br>RE: AGREEMENT DTD 11/1/2013 | GOODEARTH DISTRIBUTION LLC<br>ATTN STEWART MANDLER, PRES<br>440 WEST ST<br>FORT LEE, NJ  07024 |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCLUSIVE SUPPLY AGREEMENT DTD 11/1/2023 | GOODEARTH DISTRIBUTION LLC<br>ATTN STEWART MANDLER, PRES<br>440 WEST ST<br>FORT LEE, NJ  07024 |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO EXCLUSIVE SUPPLY AGREEMENT DTD 11/1/2013<br>RE: AGREEMENT DTD 11/1/2013 | GOODEARTH DISTRIBUTION LLC<br>ATTN STEWART MANDLER, PRES<br>440 WEST ST<br>FORT LEE, NJ  7024 |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADVERTISING SERVICE AGREEMENT | GOOGLE INC<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW, CA  94043 |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEGAL SERVICES AGREEMENT DTD 4/24/2020 | GORDON REES SCULLY MANSUKHANI LLP<br>ATTN PARTNER<br>1 BATTERY PARK PLZ, 28TH FL<br>NEW YORK, NY  10004 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.185 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO RETAIL LEASE DTD 3/3/2014 (AMENDS AGREEMENT DTD 6/25/2013) 1745 GRAND AVE, BALDWIN, NY 11510 [LEASE ID 631] | GRAND BALDWIN ASSOCIATES ATTN VP 895 BROADWAY, 3RD FL NEW YORK, NY 10003 |
| 2.186 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOURTH AMENDMENT TO RETAIL LEASE DTD 11/5/2014 (AMENDS AGREEMENT DTD 6/25/2013) 1745 GRAND AVE, BALDWIN, NY 11510 [LEASE ID 631] | GRAND BALDWIN ASSOCIATES C/O ROSEN ASSOCIATES ATTN VICE PRESIDENT 33 S SERVICE RD JERICHO, NY 11753 |
| 2.187 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GUARANTY 1745 GRAND AVE, BALDWIN, NY 11510 [LEASE ID 631] | GRAND BALDWIN ASSOCIATES C/O ROSEN ASSOCIATES ATTN VICE PRESIDENT 33 S SERVICE RD JERICHO, NY 11753 |
| 2.188 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO RETAIL LEASE DTD 7/7/2014 (AMENDS AGREEMENT DTD 6/25/2013) 1745 GRAND AVE, BALDWIN, NY 11510 [LEASE ID 631] | GRAND BALDWIN ASSOCIATES C/O ROSEN ASSOCIATES ATTN VICE PRESIDENT 33 S SERVICE RD JERICHO, NY 11753 |
| 2.189 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT DTD 12/20/2021 (RE: LEASE AGREEMENT DTD 6/25/2013) 1745 GRAND AVE, BALDWIN, NY 11510 [LEASE ID 631] | GRAND BALDWIN ASSOCIATES C/O ROSEN ASSOCIATES ATTN VICE PRESIDENT 33 S SERVICE RD JERICHO, NY 11753 |
| 2.190 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT TO RETAIL LEASE DTD 11/5/2014 (AMENDS AGREEMENT DTD 6/25/2013) 1745 GRAND AVE, BALDWIN, NY 11510 [LEASE ID 631] | GRAND BALDWIN ASSOCIATES C/O ROSEN ASSOCIATES ATTN VICE PRESIDENT 33 S SERVICE RD JERICHO, NY 11753 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HEALTH CLUB TRANSITION ADVISORY & MGMT SVCS AREEMENT  DTD 3/13/2020 | GS FITNESS HOLDINGS LLC <br> ATTN THOMAS SHUMAKER <br> 1620 JUDSON AVE <br> EVANSTON, IL  60201 |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO HEALTH CLUB TRANSITION ADVISORY & MANAGEMENT SERVICE AGREEMENT AMENDS AGREEMENT DTD 3/13/2020 | GS FITNESS HOLDINGS LLC <br> C/O JAFFE, RAITT, HEUER & WEISS PC <br> ATTN RICHARD ZUSSMAN ESQ <br> 27777 FRANKLIN RD, STE 2500 <br> SOUTHFIELD, MI  48034 |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO HEALTH CLUB TRANSITION ADVISORY & MANAGEMENT SERVICE AGREEMENT AMENDS AGREEMENT DTD 3/13/2020 | GS FITNESS MICHIGAN LLC <br> ATTN THOMAS C SHUMAKER <br> PO BOX 9511 <br> JACKSON, WY  83002 |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HEALTH CLUB TRANSITION ADVISORY & MGMT SVCS AREEMENT  DTD 3/13/2020 | GS FITNESS MICHIGAN LLC <br> C/O GS FITNESS HOLDINGS LLC <br> ATTN THOMAS SCHUMAKER <br> 1620 JUDSON AVE <br> EVANSTON, IL  60201 |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SECOND AMENDMENT TO LEASE (AMENDS LEASE DTD 10/28/2010) 4200 BROADWAY, NEW YORK, NY 10033 [LEASE ID 604] | GSNMF SUB-CDE 12 LLC |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SECOND AMENDMENT TO LEASE (AMENDS LEASE DTD 10/28/2010) 4200 BROADWAY, NEW YORK, NY 10033 [LEASE ID 604] | GWB BUS STATION & INFRASTRUCTURE DEV FUND LLC <br> C/O D'AGOSTINO LEVINE LANDSMAN & LEDERMAN LLP <br> ATTN BRIAN T SAMPSON, ESQ <br> 345 7TH AVE, 23RD FL <br> NEW YORK, NY  10001 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.197 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1ST AMENDMENT TO LEASE (AMENDS LEASE DTD 10/28/2010) 4200 BROADWAY, NEW YORK, NY 10033 [LEASE ID 604] | GWB BUS STATION DEV VENTURE LLC C/O P/A ASSOCIATES 250 W 57TH ST, STE 1120 NEW YORK, NY 10107 |
| 2.198 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2ND AMENDMENT TO LEASE   (AMENDS LEASE DTD 10/28/2010) 4200 BROADWAY, NEW YORK, NY 10033 [LEASE ID 604] | GWB BUS STATION DEV VENTURE LLC C/O P/A ASSOCIATES 250 W 57TH ST, STE 1120 NEW YORK, NY 10107 |
| 2.199 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AND PRICING AGREEMENT DTD 1/7/2016 | GYM SOURCE USA LLC ATTN MARTIN WEINBAUM 40 E 52 ST NEW YORK, NY 10022 |
| 2.200 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTNERSHIP AGREEMENT-GENERAL TERMS & CONDITIONS DTD 2/11/2019 | GYMPASS US LLC 490 BROADWAY NEW YORK, NY 10012 |
| 2.201 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT OF LEASE DTD 9/24/2020 (AMENDS DTD 5/16/2012) 175 SUNRISE HWY S BAY COMMONS S/C, WEST ISLIP, NY 11795 [LEASE ID 614] | HAMILTON KANE MARTIN ENTERPRISES INC 170 BULL PATH EAST HAMPTON, NY 11932 |
| 2.202 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIMITED GUARANTY  DTD 5/16/2012 175 SUNRISE HWY S BAY COMMONS S/C, WEST ISLIP, NY 11795 [LEASE ID 614] | HAMILTON KANE MARTIN ENTERPRISES INC 170 BULL PATH EAST HAMPTON, NY 11932 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LIMITED GUARANTY  DTD 4/11/2012<br>175 SUNRISE HWY S BAY COMMONS<br>S/C, WEST ISLIP, NY 11795 [LEASE ID 614] | HAMILTON KANE MARTIN ENTERPRISES INC<br>C/O SALAMON GRUBER BLAYMORE<br>ATTN MICHAEL D BLAYMORE, ESQ<br>97 POWERHOUSE RD<br>ROSLYN HEIGHTS, NY  11577 |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT<br>TERMS OF THE AGREEMENT OFFER LETTER DTD 10/6/2023 | HARKLESS, GUY<br>ADDRESS REDACTED |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO LEASE   DTD 9/1/2023 (AMENDS RETAIL LEASE DTD 6/17/2019)<br>7840 LONG PT RD, HOUSTON, TX 77055 [LEASE ID 713] | HCL LONG POINT LLC<br>7800 WASHINGTON AVE, #800<br>HOUSTON, TX  77007 |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT SERVICES AGREEMENT DTD 6/11/2024 | HEART & HUSTLE PRODUCTIONS LLC<br>ATTN RASHAD FLOYD<br>850 SE 3RD AVE, STE 204<br>PORTLAND, OR  97214 |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MANAGED PRINT SERVICES AND SUPPORT SCHEDULE | HP INC<br>ATTN RAYMOND LEE<br>11311 CHINDEN BLVD, MS 335<br>BOISE, ID  83714 |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ASSET PURCHASE AND SALES AGREEMENT  DTD 12/14/2018 | HUGE BY CHOICE INC<br>D/B/A FIT2000<br>PO BOX 821039<br>NORTH RICHLAND HILLS, TX  76182 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 6/10/2021 | ILEGRA CORPORATION<br>ATTN ADMINISTRATOR<br>299 ALHAMBRA CIR, #403<br>CORAL GABLES, FL 33134 |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AND PRICING AGREEMENT DTD 2/8/2016 | IMPACT SPECIALTIES<br>ATTN RJ DADD, VP GENERAL MGR<br>4005 ROYAL DRIVE, STE 300<br>KENNESAW, GA 30144 |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CCPA PRIVACY ADDENDUM DTD 2/15/2022<br>RE: MSA DTD 2/15/2022 | INSIDER SERVICES US LLC<br>ATTN DIRECTOR<br>16192 COASTAL HWY<br>LEWES, DE 19958 |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AND PRICING AGREEMENT DTD 2/9/2016 | IRON GRIP BARBELL COMPANY<br>ATTN VP SALES<br>4012 W GARRY AVE<br>SANTA ANA, CA 92704 |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PERSONAL & CONFIDENTIAL ATTORNEY-CLIENT & WORK PRODUCT DTD 6/21/2017 | JACKSON LEWIS PC<br>666 3RD AVE<br>NEW YORK, NY 10017 |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AND PRICING AGREEMENT DTD 1/13/2016 | JOHNSON HEALTH TECH NORTH AMERICA INC<br>ATTN SCOTT ROBISON<br>1600 LANDMARK DR<br>COTTAGE GROVE, WI 53527 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | US-IN HOUSE WARRANTY SERVICE AGREEMENT DTD 4/19/2024 | JOHNSON HEALTH TECH NORTH AMERICA INC<br>ATTN SCOTT ROBISON<br>1600 LANDMARK DR<br>COTTAGE GROVE, WI 53527 |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1ST AMENDMENT TO EQUIPMENT PURCHASE AGREEMENT DTD 1/1/2024 | JOHNSON HEALTH TECH NORTH AMERICA INC<br>D/B/A MATRIX FITNESS<br>ATTN NICOLE TOAY<br>1600 LANDMARK DR<br>COTTAGE GROVE, WI 53527 |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EQUIPMENT PURCHASE AGREEMENT DTD 11/14/2022 | JOHNSON HEALTH TECH NORTH AMERICA INC<br>D/B/A MATRIX FITNESS<br>ATTN NICOLE TOAY<br>1600 LANDMARK DR<br>COTTAGE GROVE, WI 53527 |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT LETTER DTD 6/29/2018 | KATTEN MUCHIN ROSENMAN LLP<br>ATTN DORON S GOLDSTEIN<br>575 MADISON AVE<br>NEW YORK, NY 10022-2585 |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT TERMS OF THE AGREEMENT OFFER LETTER DTD 4/18/2024 | KLOCEK, CYNTHIA<br>ADDRESS REDACTED |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT 2023 COMPENSATION SUMMARY | KRAL, ALEXANDER<br>ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AND PRICING AGREEMENT DTD 3/16/2016 | KRG ENTERPRISE INC ATTN VP 9901 BLUE GRASS RD PHILADELPHIA, PA 19114 |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE LEVEL AGREEMENT | LEGION TECHNOLOGIES INC 101 JEFFERSON DR MENLO PARK, CA 94025 |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUBSCRIPTION AGREEMENT | LEGION TECHNOLOGIES INC 399 BRADFORD ST, STE 100 REDWOOD CITY, CA 94063 |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER #1 | LEGION TECHNOLOGIES INC 399 BRADFORD ST, STE 100 REDWOOD CITY, CA 94063 |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST LEASE MODIFICATION AGREEMENT DTD 10/2/2020 (AMENDS LEASE DTD 2/3/2014) 1006 RT 46, CLIFTON, NJ 07013 [LEASE ID 639] | LEVIN PROPERTIES LP C/O LEVIN MANAGEMENT CORP PO BOX 326 PLAINFIELD, NJ 07061-0326 |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND LEASE MODIFICATION AGREEMENT DTD 10/25/2021 (AMENDS LEASE DTD 2/3/2014) 1006 RT 46, CLIFTON, NJ 07013 [LEASE ID 639] | LEVIN PROPERTIES LP C/O LEVIN MANAGEMENT CORP PO BOX 326 PLAINFIELD, NJ 07061-0326 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT OF LEASE DTD 7/1/2020 (AMENDS LEASE DTD 11/12/2015) 102-16 LIBERTY AVE, QUEENS, NY 11416 [LEASE ID 646] | LIBERTY SQUARE IN OZONE PARK LLC C/O REDA GROUP LTD ATTN JOSPEH YUNASON 71-13 AUSTIN ST FOREST HILLS, NY 11375 |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT OF LEASE DTD 9/14/2020 (AMENDS LEASE DTD 11/12/2015) 102-16 LIBERTY AVE, QUEENS, NY 11416 [LEASE ID 646] | LIBERTY SQUARE IN OZONE PARK LLC C/O REDA GROUP LTD ATTN JOSPEH YUNASON 71-13 AUSTIN ST FOREST HILLS, NY 11375 |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLID WASTE & RECYCLING MANAGEMENT PROGRAM AGREEMENT DTD 5/31/2019 | LINCOLN WASTE SOLUTIONS LLC ATTN JOYN AYVAS, CEO 2075 SILAS DEANE HIGHWAY, STE 101 ROCKY HILL, CT 6067 |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO LEASE DTD 1/25/2024 (AMENDS RETAIL LEASE DTD 3/31/2014) 1701 W EDGAR RD, LINDEN, NJ 07036 [LEASE ID 640] | LINDEN COMMONS RETAIL LLC ATTN PRES 330 PASSAIC AVE, STE 110 FAIRFIELD, NJ 07004 |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM CONTRACT #CS3487640-17 DTD 12/8/2017 | LINKEDLN CORPORATION ATTN SR MGR, REVENUE RECOGNITION 1000 W MAUDE AVE SUNNYVALE, CA 94085 |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AND PRICING AGREEMENT DTD 2/19/2016 | LIST INDUSTRIES INC ATTN RUSTY DEVINE, VP 2823 WEST ORANGE AVE APOPKA, FL 32703 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT  DTD 7/21/2020 | LISTRAK INC<br>ATTN VP OF SALES<br>100 W MILLPORT RD<br>LITITZ, PA  17543 |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING LETTER AGREEMENT | LIV TO ORGANIZE LLC<br>ATTN OWNER<br>470 MALCOLM X BLVD, APT 4E<br>NEW YORK, NY  10037 |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER EQUIPMENT FINANCING AGREEMENT #27526 DTD 7/21/2016 | MACROLEASE CORORATION<br>1 W AMES CRT<br>PLAINVIEW, NY  11803 |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCHEDULE #27526-6 DTD 2/10/2020<br>RE: FINANCE EQUIPMENT AGREEMENT #27526 DTD 7/21/2016 | MACROLEASE CORORATION<br>185 EXPRESS ST, STE 100<br>PLAINVIEW, NY  11803 |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCHEDULE #9 DTD 6/1/2020<br>RE: FINANCE EQUIPMENT AGREEMENT #27526 DTD 7/21/2016 | MACROLEASE CORORATION<br>185 EXPRESS ST, STE 100<br>PLAINVIEW, NY  11803 |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT OF LEASE & REAFFIRMATION OF GUARANTY DTD 1/4/2021 (AMENDS RETAIL LEASE DTD 10/31/2013)<br>1490 MACOMBS RD, BRONX, NY 10452<br>[LEASE ID 636] | MADINA ECO FRIENDLY INC<br>ATTN ARANIT AHMETAJ<br>234 W 56TH ST<br>NEW YORK, NY  10019 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL SETTLEMENT AGREEMENT DTD 9/8/2022 (RE: COMMERCIAL LEASE DTD 10/31/2013) 1490 MACOMBS RD, BRONX, NY 10452 [LEASE ID 636] | MADINA ECO FRIENDLY INC ATTN ARANIT AHMETAJ 234 W 56TH ST NEW YORK, NY  10019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | MODIFICATION OF RETAIL LEASE DTD 7/15/2015 (AMENDS LEASE DTD 10/31/2013) 1490 MACOMBS RD, BRONX, NY 10452 [LEASE ID 636] | MADINA ECO FRIENDLY INC ATTN ARANIT AHMETAJ 234 W 56TH ST NEW YORK, NY  10019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AND PRICING AGREEMENT DTD 3/11/2016 | MANNINGTON COMMERCIAL ATTN HARVEY MCWHORTER, CONTROLLER 1844 US HWY 41 SE CALHOUN, GA  30701 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGED SERVICES AGREEMENT DTD 2/6/2019 | MARCUM TECHNOLOGY LLC ATTN VP OF TECHNOLOGY 10 MELVILLE PARK RD MELVILLE, NY  11747 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGED SERVICES STATEMENT OF WORK DTD 2/6/2019 RE: MSA DTD 2/6/2019 | MARCUM TECHNOLOGY LLC ATTN VP OF TECHNOLOGY 10 MELVILLE PARK RD MELVILLE, NY  11747 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT  DTD 5/31/2019 | MASS MOVEMENT INC ATTN JAMES SULLIVAN, TREASURER 65 GREEN ST, STE 1 FOXBORO, MA  2035 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT OF LEASE (AMENDS LEASE DTD 3/27/2013) 32-27 STEINWAY ST, ASTORIA, NY 11103 [LEASE ID 624] | MEHRAN EQUITIES LTD 33 E CARVER ST, STE 5 HUNTINGTON, NY 11743 |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT OF LEASE (AMENDS LEASE DTD 3/27/2013) 32-27 STEINWAY ST, ASTORIA, NY 11103 [LEASE ID 624] | MEHRAN EQUITIES LTD 33 E CARVER ST, STE 5 HUNTINGTON, NY 11743 |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT TERMS OF THE AGREEMENT OFFER LETTER DTD 8/30/2022 | MEKHJIAN, SALPI ADDRESS REDACTED |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AND PRICING AGREEMENT DTD 1/19/2016 | MFAC LLC ATTN MARY DRAPETIS, ACCOUNT MGR 1600 DIVISON RD WEST WARWICK, RI 2893 |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE ORDER FORM DTD 9/6/2018 | MONOTYPE IMAGING INC ATTN SR VP, AMERICAS REVENUE 600 UNICORN PARK DR WOBURN, MA 1801 |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK #BLINKSA572019 DTD 5/28/2019 RE: AGREEMENT DTD 8/29/2014 | MOTIONSOFT INC ATTN CHIEF FINANCIAL OFFIVER 1801 ROCKVILLE AVE, STE 501 ROCKVILLE, MD 20582 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM DTD 12/14/2022 | MOTIONSOFT INC<br>ATTN LEGAL DEPT<br>600 UNIVERSITY PARK PL, STE 500<br>BIRMINGHAM, AL 35209 |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK NO. 1 DTD 8/21/2015 | MOVABLE INC<br>ATTN TIM BRYAN, CRO<br>636 6TH AVE, 5TH FL<br>NEW YORK, NY 10011 |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK NO. 2 DTD 8/21/2016 | MOVABLE INC<br>ATTN TIM BRYAN, CRO<br>636 6TH AVE, 5TH FL<br>NEW YORK, NY 10011 |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMS AND CONDITIONS FOR PREMIUM SERVICES DTD 8/21/2015 | MOVABLE INC<br>ATTN TIM BRYAN, CRO<br>636 6TH AVE, 5TH FL<br>NEW YORK, NY 10011 |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MULTI TERRITORY ACCOUNT SERVICE AGREEMENT DTD 1/24/2017 | MUZAK LLC<br>D/B/A MOOD MEDIA<br>ATTN SR CORP COUNSEL<br>1703 W 5TH ST, STE 600<br>AUSTIN, TX 78703 |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT AMENDMENT DTD 2/19/2019<br>AMENDS AGREEMENT DTD 1/24/2017 | MUZAK LLC<br>D/B/A MOOD MEDIA<br>ATTN SR CORP COUNSEL<br>1703 W 5TH ST, STE 600<br>AUSTIN, TX 78703 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT AGREEMENT DTD 1/24/2017<br>SERVICE AGREEMENT AMENDMENT DTD 2/19/2019 | MUZAK LLC<br>D/B/A MOOD MEDIA<br>ATTN SR CORPORATE COUNSEL<br>1703 W 5TH ST, STE 600<br>AUSTIN, TX 78703 |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER EQUIPMENT FINANCE AGREEMENT | NAVITAS CREDIT CORP<br>201 EXECUTIVE CENTER DR, STE 100<br>COLUMBIA, SC 29210 |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO LEASE DTD 9/20/2021 (AMENDS LEASE DTD 3/31/2019)<br>9 WEST FORDHAM ROAD, BRONX, NY 10468 [LEASE ID 708] | NEW GOLD EQUITIES CORP<br>C/O BLDG MANAGEMENT CO INC<br>ATTN LLOYD GOLDMAN<br>417 5TH AVE, 4TH FL<br>NEW YORK, NY 10016-2204 |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT DTD 5/5/2022 (RE: AMENDMENT OF LEASE DTD 9/20/2021)<br>9 WEST FORDHAM ROAD, BRONX, NY 10468 [LEASE ID 708] | NEW GOLD EQUITIES CORP<br>C/O BLDG MANAGEMENT CO INC<br>ATTN LLOYD GOLDMAN<br>417 5TH AVE, 4TH FL<br>NEW YORK, NY 10016-2204 |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO LEASE DTD 1/26/2022 (AMENDS TITLE OF CONTRACT DTD 3/31/2019)<br>9 WEST FORDHAM ROAD, BRONX, NY 10468 [LEASE ID 708] | NEW GOLD EQUITIES CORP<br>C/O BLDG MANAGEMENT CO INC<br>ATTN LLOYD GOLDMAN<br>417 5TH AVE, 4TH FL<br>NEW YORK, NY 10016-2204 |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT DTD 5/19/2022 (AMENDS LEASE DTD 3/31/2019)<br>9 WEST FORDHAM ROAD, BRONX, NY 10468 [LEASE ID 708] | NEW GOLD EQUITIES CORP<br>C/O BLDG MANAGEMENT CO INC<br>ATTN LLOYD GOLDMAN<br>417 5TH AVE, 4TH FL<br>NEW YORK, NY 10016-2204 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ASSET PURCHASE AND SALES AGREEMENT DTD 12/14/2018 | NORTH AMERICAN TITLE COMPANY ATTN CHARLIE BADGETT, VP SAINT ANN CT 2501 N HARWOOD DALLAS, TX 75201 |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SECOND AMENDMENT TO LEASE AGREEMENT DTD 9/7/2022 (AMENDS LEASE DTD 6/10/2013) 3779 NOSTRAND AVE, BROOKLYN, NY 11235 [LEASE ID 627] | NOSTRAND PROPERTY OWNER LLC 150 EAST 58TH STREET, PH NEW YORK, NY 10155 |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | THIRD AMENDMENT TO LEASE DTD 2/21/2024 (AMENDS LEASE DTD 6/10/2013) 3779 NOSTRAND AVE, BROOKLYN, NY 11235 [LEASE ID 627] | NOSTRAND PROPERTY OWNER LLC 150 EAST 58TH STREET, PH NEW YORK, NY 10155 |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VERTICAL TRANSPORTATION PREVENTATIVE MAINTENANCE SERVICE CONTRACT DTD 5/4/2023 | NOUVEAU ELEVATOR INDURSTRIES LLC ATTN VP SALES 47-55 37TH ST LONG ISLAND CITY, NY 11101 |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SUBSCRIPTION AGREEMENT DTD 8/30/2019 | OKTA INC 100 FIRST ST SAN FRANCISCO, CA 94105 |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | QUOTATION #PC72988 DTD 9/17/2018 | ONTARIO REFRIGERATION SERVICE INC 6002 SAN FERNANDO RD GLENDALE, CA 91202 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUOTATION #PC73079 DTD 12/3/2018 | ONTARIO REFRIGERATION SERVICE INC<br>6002 SAN FERNANDO RD<br>GLENDALE, CA  91202 |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUOTATION #PC73101 DTD 1/14/2019 | ONTARIO REFRIGERATION SERVICE INC<br>6002 SAN FERNANDO RD<br>GLENDALE, CA  91202 |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUOTATION #PC73242 DTD 7/30/2019 | ONTARIO REFRIGERATION SERVICE INC<br>6002 SAN FERNANDO RD<br>GLENDALE, CA  91202 |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUOTATION #PC73680 DTD 3/23/2021 | ONTARIO REFRIGERATION SERVICE INC<br>6002 SAN FERNANDO RD<br>GLENDALE, CA  91202 |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUOTATION #PC73698 DTD 3/29/2021 | ONTARIO REFRIGERATION SERVICE INC<br>6002 SAN FERNANDO RD<br>GLENDALE, CA  91202 |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUOTATION #PC73957 DTD 1/4/2022 | ONTARIO REFRIGERATION SERVICE INC<br>6002 SAN FERNANDO RD<br>GLENDALE, CA  91202 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FITNESS PASSPORT SERVICE AGREEMENT DTD 12/1/2017 | OPTUMHEALTH CARE SOLUTIONS LLC<br>ATTN CONTRACTS ADMINISTRATION<br>11000 OPTUM CIR<br>EDEN PRAIRIE, MN 55344 |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT TERMS OF THE AGREEMENT OFFER LETTER DTD 1/26/2023 | PANTANO, LAUREN<br>ADDRESS REDACTED |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AND PRICING AGREEMENT DTD 2/19/2016 | PARIS EQUIPMENT MANUFACTURING LTD<br>ATTN MARIO CANTIN, VP FINANCE<br>259 3RD CONCESSION RD<br>PO BOX 490<br>PRINCETON, ON NOJ 1V0<br>CANADA |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1ST AMENDMENT TO LEASE (AMENDS LEASE DTD 9/6/2011) 1382 METROPOLITAN AVE, BRONX, NY 10462 [LEASE ID 605] | PARKCHESTER PRESERVATION COMPANY LP<br>C/O MALL PROPERTIES<br>ATTN LEASE ADMIN 654 MADISON AVE<br>5500 ALBANY RD E, 3RD FL<br>NEW ALBANY, OH 43054 |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIMITED GUARANTY 1382 METROPOLITAN AVE, BRONX, NY 10462 [LEASE ID 605] | PARKCHESTER PRESERVATION COMPANY LP<br>C/O MALL PROPERTIES<br>ATTN LEASE ADMIN 654 MADISON AVE<br>5500 ALBANY RD E, 3RD FL<br>NEW ALBANY, OH 43054 |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMBERSHIP SALES AGREEMENT DTD 10/1/2017 | PEAR SPORTS LLC<br>2211 MICHELSON DR.<br>IRVINE, CA 92612 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMBERSHIP SALES AGREEMENT DTD 12/1/2017 | PEAR SPORTS LLC<br>2211 MICHELSON DR.<br>IRVINE, CA 92612 |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PACKAGED BEVERAGE PRODUCT SALES AGREEMENT | PEPSI-COLA ADVERTISING AND MARKETING INC<br>ATTN NAB GENERAL COUNSEL<br>1111 WESTCHESTER AVE<br>WHITE PLAINS, NY 10604 |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO LEASE DTD 6/2/2021 (AMENDS LEASE DTD 9/27/2017)<br>2251 BALL RD, ANAHEIM, CA 92804<br>[LEASE ID 677] | PK II BROOKHURST CENTER LP<br>C/O KIMCO REALTY CORP<br>ATTN LEGAL DEPT<br>2429 PARK AVE<br>TUSTIN, CA 92782 |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT DTD 6/21/2021 (AMENDS LEASE DTD 9/27/2017)<br>2251 BALL RD, ANAHEIM, CA 92804<br>[LEASE ID 677] | PK II BROOKHURST CENTER LP<br>C/O KIMCO REALTY CORP<br>ATTN LEGAL DEPT<br>2429 PARK AVE<br>TUSTIN, CA 92782 |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2ND AMENDMENT OF LEASE DTD 6/18/2020 (AMENDS LEASE DTD 3/10/2017)<br>235-255 E FRONT ST, PLAINFIELD, NJ 07060 [LEASE ID 670] | PLAINFIELD REALTY ASSOCIATES LLC<br>C/O JJ OPERATING INC<br>112 W 34TH ST, STE 2106<br>NEW YORK, NY 10120 |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 3RD AMENDMENT OF LEASE DTD 3/15/2021 (AMENDS LEASE DTD 3/10/2017)<br>235-255 E FRONT ST, PLAINFIELD, NJ 07060 [LEASE ID 670] | PLAINFIELD REALTY ASSOCIATES LLC<br>C/O JJ OPERATING INC<br>112 W 34TH ST, STE 2106<br>NEW YORK, NY 10120 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.287 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 4TH AMENDMENT OF LEASE (AMENDS LEASE DTD 3/10/2017) 235-255 E FRONT ST, PLAINFIELD, NJ 07060 [LEASE ID 670] | PLAINFIELD REALTY ASSOCIATES LLC C/O JJ OPERATING INC 112 W 34TH ST, STE 2106 NEW YORK, NY 10120 |
| 2.288 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT DTD 12/13/2017 (AMENDS RETAIL LEASE AGREEMENT DTD 3/10/2017) 235-255 E FRONT ST, PLAINFIELD, NJ 07060 [LEASE ID 670] | PLAINFIELD REALTY ASSOCS LLC C/O JJ OPERATING INC 112 W 34TH ST, STE 2106 NEW YORK, NY 10120 |
| 2.289 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT DTD 3/19/2018 (AMENDS RETAIL LEASE AGREEMENT DTD 3/10/2017) 235-255 E FRONT ST, PLAINFIELD, NJ 07060 [LEASE ID 670] | PLAINFIELD REALTY ASSOCS LLC C/O JJ OPERATING INC 112 W 34TH ST, STE 2106 NEW YORK, NY 10120 |
| 2.290 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENT TO PREFERRED SUPPLIER AGREEMENT | PRECOR INCORPORATED ATTN PRES 20031 142ND AVE NE WOODINVILLE, WA 98072 |
| 2.291 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO LEASE DTD 9/1/2020 (AMENDS LEASE DTD 11/5/2018) 9901 S ALAMEDA RD, LOS ANGELES, CA 90002 [LEASE ID 686] | PRIMESTOR JORDAN DOWNS LLC C/O PRIMESTOR DEVELOPMENT ATTN VP OF REAL ESTATE 201 S FIGUEROA ST, STE 300 LOS ANGELES, CA 90012 |
| 2.292 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO LEASE DTD 4/27/2021 (AMENDS LEASE DTD 11/5/2018) 9901 S ALAMEDA RD, LOS ANGELES, CA 90002 [LEASE ID 686] | PRIMESTOR JORDAN DOWNS LLC C/O PRIMESTOR DEVELOPMENT ATTN VP OF REAL ESTATE 201 S FIGUEROA ST, STE 300 LOS ANGELES, CA 90012 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT TERMS OF THE AGREEMENT OFFER LETTER DTD 11/2/2023 | PRYBYLSKI, MATTHEW ADDRESS REDACTED |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RESELLER OF GOOGLE OFFICE PRODUCTIVITY SOLUTIONS | PYTHIAN SERVICES INC 319 MCRAE AVE STE 700 OTTAWA, ON  K1Z 0B9 CANADA |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO SHOPPING CENTER LEASE  DTD 9/28/2021 (AMENDS LEASE DTD 8/20/2018) 1060 W ALAMEDA AVE, BURBANK, CA 91506 [LEASE ID 682] | RANCHO MARKETPLACE GATEWAY LLC C/O ROBERTSON PROPERTIES GROUP ATTN PROPERTY MGR 120 N ROBERTSON BLVD, 3RD FL LOS ANGELES, CA  90048-3115 |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO SHOPPING CENTER LEASE  DTD 2/1/2024 (AMENDS LEASE DTD 8/20/2018) 1060 W ALAMEDA AVE, BURBANK, CA 91506 [LEASE ID 682] | RANCHO MARKETPLACE GATEWAY LLC C/O ROBERTSON PROPERTIES GROUP ATTN PROPERTY MGR 120 N ROBERTSON BLVD, 3RD FL LOS ANGELES, CA  90048-3115 |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK #11 DTD 6/1/2024 RE: MSA DTD 2/20/2020 | RECYCLE TRACK SYSTEMS INC C/O ROBERTSON PROPERTIES GROUP ATTN PROPERTY MGR 120 N ROBERTSON BLVD, 3RD FL LOS ANGELES, CA  90048-3115 |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK #8 DTD 6/1/2022 RE: MSA DTD 2/20/2020 | RECYCLE TRACK SYSTEMS INC C/O ROBERTSON PROPERTIES GROUP ATTN PROPERTY MGR 120 N ROBERTSON BLVD, 3RD FL LOS ANGELES, CA  90048-3115 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM #Q-35371 DTD 4/30/2024 | RESOLVER INC<br>111 PETER ST SUITE 804<br>TORONTO, ON  M5V 2H1<br>CANADA |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMS OF SERVICE  DTD 5/8/2024 | RESOLVER INC<br>111 PETER ST SUITE 804<br>TORONTO, ON  M5V 2H1<br>CANADA |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUBSCRIPTION AND SERVICES AGREEMENT  DTD 6/7/2017 | RETURN PATH INC<br>ATTN LEGAL<br>3 PARK AVE 41ST FL<br>NEW YORK, NY  10016 |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012)<br>833 FLATBUSH AVE, BROOKLYN, NY 11226 [LEASE ID 613] | RIDGEWOOD FLATBUSH LLC<br>ATTN MANAGER<br>999 WATERSIDE DR, STE 2300<br>NORFOLK, VA  23510 |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT OF LEASE  DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012)<br>833 FLATBUSH AVE, BROOKLYN, NY 11226 [LEASE ID 613] | RIDGEWOOD FLATBUSH LLC<br>ATTN T RICHARD LITTON, PRES<br>999 WATERSIDE DR, STE 2300<br>NORFOLK, VA  23510 |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIALITY/NDAS/INDEMNIFICATION<br>EMPLOYEE CONFIDENTIALITY, NON-COMPETITION AND NON-SOLICITATION AGREEMENT | RIVAS, TIANNA<br>ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT TERMS OF THE AGREEMENT OFFER LETTER DTD 8/17/2021 | RIVAS, TIANNA ADDRESS REDACTED |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012) 833 FLATBUSH AVE, BROOKLYN, NY 11226 [LEASE ID 613] | RIVERSIDE FLATBUSH LLC ATTN MANAGER 999 WATERSIDE DR, STE 2300 NORFOLK, VA 23510 |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT OF LEASE DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012) 833 FLATBUSH AVE, BROOKLYN, NY 11226 [LEASE ID 613] | RIVERSIDE FLATBUSH LLC ATTN T RICHARD LITTON, PRES 999 WATERSIDE DR, STE 2300 NORFOLK, VA 23510 |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT OF LEASE DTD 10/23/2020 35 JOURNAL SQ, JERSEY CITY, NJ 07306 [LEASE ID 625] | SALMAN CAPITAL LLC 35 JOURNAL SQ JERSEY CITY, NJ 7306 |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO LEASE DTD 7/7/2020 (AMENDS LEASE DTD 3/25/2016) 287 BROADWAY, BROOKLYN, NY 11211 [LEASE ID 658] | SAM SPILKES LLC C/O MIDWOOD MGMT CORP ATTN JOHN USDAN 430 PARK AVE, STE 505 NEW YORK, NY 10022 |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT DTD 4/20/2015 | SERIVCECHANNEL.COM INC 18 E 16TH NEW YORK, NY 10003 |

Debtor    Blink Holdings, Inc.

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO AGREEMENT DTD 1/22/2018<br>AMENDS AGREEMENT DTD 2/18/2015 | SERVICE MANAGEMENT GROUP INC<br>ATTN ANDRY FROMM, CEO<br>1737 MCGREE ST<br>KANSAS CITY, MO  64108 |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT  DTD 2/18/2015 | SERVICE MANAGEMENT GROUP INC<br>ATTN ANDRY FROMM, CEO<br>1737 MCGREE ST<br>KANSAS CITY, MO  64108 |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SAAS PRODUCT ORDER FORM<br>RE: MASTER SERVICE AGREEMENT DTD 4/20/2015 | SERVICECHANNEL.COM INC<br>18 EAST 16TH STREET 2ND FLR<br>NEW YORK, NY  10003 |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCM PRODUCT ORDER FORM<br>RE: MASTER SERVICE AGREEMENT DTD 4/20/2015 | SERVICECHANNEL.COM INC<br>18 EAST 16TH STREET 2ND FLR<br>NEW YORK, NY  10003 |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO.1 TO PRODUCT ORDER FORM DTD 12/20/2023<br>AMENDS ORDER FORM DTD 1/1/2023 | SERVICECHANNEL.COM INC<br>ATTN CHIEF FINANCIAL OFFICER<br>18 E 16TH ST<br>NEW YORK, NY  10003 |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT ORDER FORM - SAAS DTD 1/26/2024<br>RE: MSA DTD 4/10/2015 | SERVICECHANNEL.COM INC<br>ATTN CHIEF FINANCIAL OFFICER<br>18 E 16TH ST<br>NEW YORK, NY  10003 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT ORDER FORM - SC DIRECT DTD 1/26/2024<br>RE: MSA DTD 4/10/2015 | SERVICECHANNEL.COM INC<br>ATTN CHIEF FINANCIAL OFFICER<br>18 E 16TH ST<br>NEW YORK, NY 10003 |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT ORDER FORM DTD 12/22/2022<br>RE: MSA DTD 4/22/2015 | SERVICECHANNEL.COM INC<br>ATTN CHIEF FINANCIAL OFFICER<br>18 E 16TH ST<br>NEW YORK, NY 10003 |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DTD 4/20/2015 | SERVICECHANNEL.COM INC<br>ATTN CHIEF FINANCIAL OFFICER<br>18 E 16TH ST<br>NEW YORK, NY 10003 |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT ORDER FORM ADDENDUM DTD 5/17/2021<br>RE: MSA DTD 4/22/2015 | SERVICECHANNEL.COM INC<br>ATTN GENERAL COUNSEL<br>18 E 16TH ST<br>NEW YORK, NY 10003 |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT ORDER FORM DTD 2/10/2020<br>RE: MSA DTD 4/22/2015 | SERVICECHANNEL.COM INC<br>ATTN GENERAL COUNSEL<br>18 E 16TH ST<br>NEW YORK, NY 10003 |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO.1 TO PRODUCT ORDER FORM DTD 11/1/2021<br>AMENDS ORDER FORM DTD 6/1/2021 | SERVICECHANNEL.COM INC<br>ATTN GENERAL COUNSEL<br>6200 STONERIDGE MALL RD, STE 450<br>PLEASANTON, CA 94588 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO.2 TO PRODUCT ORDER FORM DTD 11/1/2022 AMENDS ORDER FORM DTD 6/1/2021 | SERVICECHANNEL.COM INC ATTN GENERAL COUNSEL 6200 STONERIDGE MALL RD, STE 450 PLEASANTON, CA 94588 |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERFORMANCE LICENSE  DTD 1/1/2014 | SESAC LLC 55 MUSIC SQUARE EAST NASHVILLE, TN 37203 |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT   DTD 1/7/2019 | SHAPU LLC D/B/A FITMANGO ATTN CEO 1734 MARYLAND AVE, STE 142 BALTIMORE, MD 21201 |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT TERMS OF THE AGREEMENT OFFER LETTER DTD 5/17/2022 | SHARMA, VIKRANT ADDRESS REDACTED |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012) 833 FLATBUSH AVE, BROOKLYN, NY 11226 [LEASE ID 613] | SILHOFF FLATBUSH LLC ATTN MANAGER 999 WATERSIDE DR, STE 2300 NORFOLK, VA 23510 |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT OF LEASE  DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012) 833 FLATBUSH AVE, BROOKLYN, NY 11226 [LEASE ID 613] | SILHOFF FLATBUSH LLC ATTN T RICHARD LITTON, PRES 999 WATERSIDE DR, STE 2300 NORFOLK, VA 23510 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOURTH AMENDMENT TO LEASE DTD 12/14/2023 (AMENDS LEASE DTD 9/10/2015)<br>98 AVE A, NEW YORK, NY 10009 [LEASE ID 653] | SKY SA CORPORATION |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT TO LEASE DTD 12/22/2022 (AMENDS LEASE DTD 9/10/2015)<br>98 AVE A, NEW YORK, NY 10009 [LEASE ID 653] | SKY SA CORPORATION |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT | SMS ASSIST LLC<br>ATTN JASON MOOS<br>875 N MICHIGAN AVE, STE 2800<br>CHICAGO, IL  60611 |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIMITED GUARANTY OF LEASE DTD 9/20/2013<br>1413 FULTON ST, BROOKLYN, NY 11216 [LEASE ID 635] | STATHAKOS, BILL<br>ADDRESS REDACTED |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO API & EMBEDDABLE PLAYER LICENSE AGREEMENT DTD 5/11/2021<br>AMENDS AGREEMENT DTD 5/18/2019 | STUDIO SWEAT LLC<br>ATTN CEO<br>10806 WILLOW CRT, STE 2<br>SAN DIEGO, CA  92128 |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO STREAMING AGREEMENT DTD 5/11/2021<br>AMENDS AGREEMENT DTD 5/18/2019 | STUDIO SWEAT LLC<br>ATTN CEO<br>10806 WILLOW CRT, STE 2<br>SAN DIEGO, CA  92128 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.335 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | API AND EMBEDDABLE PLAYER LICENSE AGREEMENT | STUDIO SWEAT LLC <br> ATTN CEO <br> 10806 WILLOW CRT, STE 2 <br> SAN DIEGO, CA  92128 |
| 2.336 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STREAMING AGREEMENT | STUDIO SWEAT LLC <br> ATTN CEO <br> 10806 WILLOW CRT, STE 2 <br> SAN DIEGO, CA  92128 |
| 2.337 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MARKETING PARTNERSHIP AGREEMENT DTD 12/10/2018 | SUN BASKET INC <br> ATTN HEAD OF BUS DEVELOPMENT <br> 1170 OLINDER CRT <br> SAN JOSE, CA  95122 |
| 2.338 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONFIDENTIAL SETTLEMENT AGREEMENT DTD 2/28/2022 (RE: COMMERCIAL LEASE DTD 10/15/2018) 14 BROOKLYN AVE, VALLEY STREAM, NY 11581 [LEASE ID 641] | SUN VALLEY TOWERS INC <br> C/O ALMA REALTY CORP <br> 31-10 37TH AVE, 5TH FL <br> LONG ISLAND CITY, NY  11101 |
| 2.339 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRE-SALES LICENSE AGREEMENT DTD 4/3/2019 5160 S PULASKI RD, CHICAGO, IL 60632 [LEASE ID 685] | TCB-MIDWAY LLC <br> C/O NEWPORT CAPITAL PARTNERS <br> 350 N LASALLE ST, STE 700 <br> CHICAGO, IL  60654 |
| 2.340 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO DEFERRAL AGREEMENT DTD 9/24/2020 AMENDS LEASE AGREEMENT DTD 4/4/2017 | TD EQUIPMENT FINANCE INC <br> ATTN SR MANAGER <br> 2059 SPRINGDALE RD <br> CHERRY HILL, NJ  08034 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COVID-19 RELIEF AGREEMENT DTD 4/4/2017 | TD EQUIPMENT FINANCE INC<br>ATTN SR MANAGER<br>2059 SPRINGDALE RD<br>CHERRY HILL, NJ 08034 |
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER LEASE SCHEDULE #40154955 DTD 1/21/2020<br>RE: MASTER LEASE AGREEMENT DTD 4/4/2017 | TD EQUIPMENT FINANCE INC<br>ATTN SR MANAGER<br>2059 SPRINGDALE RD<br>CHERRY HILL, NJ 08034 |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER LEASE SCHEDULE #40156243 DTD 2/24/2020<br>RE: MASTER LEASE AGREEMENT DTD 4/4/2017 | TD EQUIPMENT FINANCE INC<br>ATTN SR MANAGER<br>2059 SPRINGDALE RD<br>CHERRY HILL, NJ 08034 |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER LEASE SCHEDULE #40157179 DTD 1/27/2020<br>RE: MASTER LEASE AGREEMENT DTD 4/4/2017 | TD EQUIPMENT FINANCE INC<br>ATTN SR MANAGER<br>2059 SPRINGDALE RD<br>CHERRY HILL, NJ 08034 |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO LEASE AND GUARANTY DTD 4/1/2020 (AMENDS LEASE & GUARANTY DTD 3/26/2012)<br>600 3RD AVE, NEW YORK, NY 10016<br>[LEASE ID 611] | THIRD AVENUE TOWER OWNER LLC<br>C/O L&L HOLDING CO LLC<br>ATTN SR VP, ASSET MGMT<br>142 W 57TH ST<br>NEW YORK, NY 10019 |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO LEASE AND GUARANTIES DTD 7/21/2022 (AMENDS AGREEMENT OF LEASE & GUARANTY DTD 3/26/2012)<br>600 3RD AVE, NEW YORK, NY 10016<br>[LEASE ID 611] | THIRD AVENUE TOWER OWNER LLC<br>C/O L&L HOLDING CO LLC<br>ATTN SR VP, ASSET MGMT<br>142 W 57TH ST<br>NEW YORK, NY 10019 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM 1 TO PARNTER LOCATION AGREEMENT DTD 7/1/2024 RE: PARTNER LOCATION AGMT DTD 9/5/2019 | TIVITY HEALTH SERVICES LLC C/O L&L HOLDING CO LLC ATTN SR VP, ASSET MGMT 142 W 57TH ST NEW YORK, NY 10019 |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AND SUBSCRIPTION AGREEMENT DTD 6/18/2018 | TOPCAST NETWORKS LLC 56 GAINSBOROUGH ST BOSTON, MA 2115 |
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT TERMS OF THE AGREEMENT OFFER LETTER DTD 11/17/2014 | TRUED, LYLE ADDRESS REDACTED |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DTD 7/24/2019 | ULTERIOR MOTIVES INTERNATIONAL LLC ATTN VP CLIENT SERVICES 1081 OHIO DR PLANO, TX 75093 |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK NO 1 DTD 7/24/2019 RE: MASTER AGENCY AGREEMENT DTD 7/24/2019 | ULTERIOR MOTIVES INTERNATIONAL LLC ATTN VP CLIENT SERVICES 1081 OHIO DR PLANO, TX 75093 |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SAAS MODEL AGREEMENT DTD 8/21/2017 | ULTIMATE SOFTWARE GROUP INC, THE ATTN VP 2000 ULTIMATE WAY WESTON, FL 33326 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LIMITED GUARANTY DTD 9/13/2012 RE: LEASE DTD 9/13/2012 | UTICA PLACE COMMERCIAL LLC ATTN DIR COMMERICIAL REAL ESTATE 1865 PALMER AVE, STE 203 LARCHMONT, NY 10538 |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2ND LEASE MODIFICATION AGREEMENT  DTD 3/4/2014 (AMENDS LEASE DTD 9/13/2012) 250 UTICA AVE, BROOKLYN, NY 11213 [LEASE ID 620] | UTICA PLACE COMMERCIAL LLC ATTN LENNY RUEBEN 1865 PALMER AVE, STE 203 LARCHMONT, NY 10538 |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE MODIFICATION AGREEMENT (AMENDS AGREEMENT DTD 9/13/2012) 250 UTICA AVE, BROOKLYN, NY 11213 [LEASE ID 620] | UTICA PLACE COMMERCIAL LLC ATTN LENNY RUEBEN 1865 PALMER AVE, STE 203 LARCHMONT, NY 10538 |
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #1 DTD 12/1/2018 AMENDS AGREEMENT DTD 1/1/2017 | VERICOM GROUP LLC, THE ATTN MANAGING MEMBER 312 MILLBROOK RD, STE 233 RALEIGH, NC 27616 |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CABLE & TV AUDIT AGREEMENT DTD 3/8/2018 | VERICOM GROUP LLC, THE ATTN MANAGING MEMBER 312 MILLBROOK RD, STE 233 RALEIGH, NC 27616 |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK NO 1  DTD 1/1/2017 | VERICOM GROUP LLC, THE ATTN MANAGING MEMBER 312 MILLBROOK RD, STE 233 RALEIGH, NC 27616 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TENANT ESTOPPEL DTD 7/17/2023 (RE: LEASE DTD 5/13/2010)<br>692 BROADWAY, NEW YORK, NY 10012<br>[LEASE ID 601] | VORNADO 692 BROADWAY LLC<br>210 ROUTE 4 E<br>PARAMUS, NJ 07652-0910 |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AND LICENSE AGREEMENT DTD 12/18/2023 | WELLD HEALTH LLC<br>ATTN CHRIS CRAYTOR<br>455 2ND ST, STE 300<br>CHARLOTTESVILLE, VA 22902 |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY REIMBURSEMENT AGREEMENT DTD 3/1/2024 | WELLD HEALTH LLC<br>ATTN CHRIS CRAYTOR<br>455 2ND ST, STE 300<br>CHARLOTTESVILLE, VA 22902 |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2ND LEASE MODIFICATION AGREEMENT DTD 3/4/2014 (AMENDS LEASE DTD 9/13/2012)<br>23 W 116TH ST, NEW YORK, NY 10026<br>[LEASE ID 619] | WEST 116 OWNERS RETAIL LLC<br>1865 PALMER AVE, STE 203<br>LARCHMONT, NY 10538 |
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AMENDMENT RELATING TO ACCESS RELEASE & INDEMNIFICATION AGREEMENT DTD 6/18/2015 (AMENDS LEASE DTD 9/13/2012)<br>23 W 116TH ST, NEW YORK, NY 10026<br>[LEASE ID 619] | WEST 116 OWNERS RETAIL LLC<br>1865 PALMER AVE, STE 203<br>LARCHMONT, NY 10538 |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE MODIFICATION AGREEMENT (AMENDS LEASE DTD 9/13/2012)<br>23 W 116TH ST, NEW YORK, NY 10026<br>[LEASE ID 619] | WEST 116 OWNERS RETAIL LLC<br>1865 PALMER AVE, STE 203<br>LARCHMONT, NY 10538 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2ND LEASE MODIFICATION AGREEMENT  DTD 3/4/2014 (AMENDS LEASE DTD 9/13/2012)<br>23 W 116TH ST, NEW YORK, NY 10026<br>[LEASE ID 619] | WEST 117 RENTAL LLC<br>1865 PALMER AVE, STE 203<br>LARCHMONT, NY  10538 |
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AMENDMENT RELATING TO ACCESS RELEASE & INDEMNIFICATION AGREEMENT DTD 6/18/2015 (AMENDS LEASE DTD 9/13/2012)<br>23 W 116TH ST, NEW YORK, NY 10026<br>[LEASE ID 619] | WEST 117 RENTAL LLC<br>1865 PALMER AVE, STE 203<br>LARCHMONT, NY  10538 |
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE MODIFICATION AGREEMENT (AMENDS LEASE DTD 9/13/2012)<br>23 W 116TH ST, NEW YORK, NY 10026<br>[LEASE ID 619] | WEST 117 RENTAL LLC<br>1865 PALMER AVE, STE 203<br>LARCHMONT, NY  10538 |
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DTD 1/10/2018 | WHERE 2 GET IT INC<br>D/B/A BRANDIFY<br>ATTN CONTRACTS DEPT<br>222 S HARBOR BLVD, STE 500<br>ANAHEIM, CA  92805 |
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO MSA  DTD 4/23/2018 AMENDS AGREEMENT DTD 1/10/2018 | WHERE 2 GET IT INC<br>D/B/A BRANDIFY<br>ATTN CONTRACTS DEPT<br>222 S HARBOR BLVD, STE 600<br>ANAHEIM, CA  92805 |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DTD 1/25/2018 RE: MSA DDTD 1/10/2018 | WHERE 2 GET IT INC<br>D/B/A BRANDIFY<br>ATTN CONTRACTS DEPT<br>222 S HARBOR BLVD, STE 600<br>ANAHEIM, CA  92805 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIMITED GUARANTY | WHITE PLAINS GALLERIA LP |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGENCY AGREEMENT DTD 8/15/2022 | WOMENS MARKETING INC D/B/A STELLA RISING 1221 POST RD E, STE 303 WESTPORT, CT 06880 |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK NO 1 DTD 3/1/2022 RE: MASTER SERVICE AGREEMENT DTD 8/15/2022 | WOMENS MARKETING INC D/B/A STELLA RISING 2425 POST RD SOUTHPORT, CT 06890 |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUBSCRIPTION AGREEMENT | YEXT INC ATTN GENERAL COUNSEL ONE MADISON AVE, 5TH FL NEW YORK, NY 10010 |
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT TERMS OF THE AGREEMENT OFFER LETTER DTD 5/21/2018 | YOUMANS, STEPHANIE ADDRESS REDACTED |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT OF LEASE DTD 7/1/2020 (AMENDS LEASE DTD 11/12/2015) 102-16 LIBERTY AVE, QUEENS, NY 11416 [LEASE ID 646] | YUNASON, JOSEPH ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT OF LEASE DTD 9/14/2020 (AMENDS LEASE DTD 11/12/2015) 102-16 LIBERTY AVE, QUEENS, NY 11416 [LEASE ID 646] | YUNASON, JOSEPH ADDRESS REDACTED |
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AFFILIATE ADDENDUM TO EQUIPMENT PURCHASE AND NETWORK OPERATION AGREEMENT DTD 1/17/2016 RE: AGREEMENT EFF 03/31/2011 | ZEROIN MEDIA INC ATTN PRES 1123 ROADWAY, STE 704 NEW YORK, NY 10010 |

**Fill in this information to identify the case:**

Debtor    Blink Holdings, Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number   24-11686
(if known)

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors             12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.**    **Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.**    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1   692 BROADWAY FITNESS CLUB, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY  10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2   BERGEN TOWN CENTER FITNESS CLUB, INC | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY  10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3   BLINK 101 W 87TH STREET, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY  10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4   BLINK 1060 W ALAMEDA, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY  10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5   BLINK 1065 6TH AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY  10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6   BLINK 108-14 ROOSEVELT, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY  10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.7   BLINK 1134 FULTON, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY  10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.8   BLINK 116TH STREET, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY  10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.9   BLINK 12201 VICTORY BLVD INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY  10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.10   BLINK 125 PARK, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY  10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.11   BLINK 125TH STREET, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY  10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply |
| 2.12 | BLINK 130 W.G. STREET, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.13 | BLINK 16123 BELLFLOWER BLVD., INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.14 | BLINK 16TH STREET, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.15 | BLINK 18TH AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.16 | BLINK 19500 PLUMMER, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.17 | BLINK 2192 TEXAS PARKWAY, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.18 | BLINK 229 E. FOOTHILL BOULEVARD, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.19 | BLINK 2374 GRAND CONCOURSE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.20 | BLINK 2465 JEROME INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.21 | BLINK 2862 FULTON STREET, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.22 | BLINK 287 BROADWAY, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.23 | BLINK 2883 3RD AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.24 | BLINK 3779 NOSTRAND, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.25 | BLINK 56-02 ROOSEVELT, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.26 | BLINK 600 THIRD AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.27 | BLINK 69TH STREET INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.28 | BLINK 78-14 ROOSEVELT, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.29 | BLINK 79TH HOLDINGS INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.30 | BLINK 8201 BROADWAY, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.31 | BLINK 833 FLATBUSH, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.32 | BLINK 886 BROADWAY, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.33 | BLINK 88TH STREET, INC. (F/K/A BLINK HYLAN BLVD., INC.) | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.34 | BLINK 97-01 NORTHERN BLVD., INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.35 | BLINK 98TH STREET, INC. (F/K/A BLINK 25 BROADWAY, INC.) | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.36 | BLINK 9901 S. ALAMEDA, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.37 | BLINK ABRAMS ROAD INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.38 | BLINK AIRLINE DRIVE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.39 | BLINK AMBOY ROAD INC. (F/K/A BLINK 1239 FULTON, INC.) | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.40 | BLINK ASHLAND AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.41 | BLINK ASHLAND INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.42 | BLINK ATLANTIC AVE LB INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.43 | BLINK ATLANTIC AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.44 | BLINK AVENUE A, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.45 | BLINK BALDWIN, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.46 BLINK BEACH STREET, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.47 BLINK BEDFORD, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.48 BLINK BELLEVILLE INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.49 BLINK BISSONNET, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.50 BLINK BRADDOCK AVENUE INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.51 BLINK BRENTWOOD, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.52 BLINK BROADWAY MARKETPLACE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.53 BLINK BROOKHURST, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.54 BLINK CLIFTON, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.55 BLINK COMMERCIAL BOULEVARD, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.56 BLINK COMPANY INTERMEDIATE HOLDCO INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.57 BLINK COMPTON & CENTRAL AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.58 BLINK CONCOURSE HOLDINGS, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.59 BLINK COURTESY PLAZA INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.60 BLINK DEERWOOD INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.61 BLINK DIVERSEY, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |
| 2.62 BLINK EAST 54TH STREET, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.63 | BLINK EAST ORANGE, INC. (F/K/A BLINK BELLEVILLE, INC.) | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.64 | BLINK EAST TREMONT AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.65 | BLINK EIGHTH AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.66 | BLINK FARMERS BOULEVARD INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.67 | BLINK FITNESS FRANCHISING, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.68 | BLINK FITNESS RIALTO INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.69 | BLINK FLATLANDS AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.70 | BLINK FOURTH AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.71 | BLINK FRANKFORD AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.72 | BLINK FULTON STREET, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.73 | BLINK GAGE PARK LLC | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.74 | BLINK GATES, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.75 | BLINK GEORGETOWN INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.76 | BLINK HAWTHORNE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.77 | BLINK HICKSVILLE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.78 | BLINK HIGHWAY 249, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.79 | BLINK IRVINGTON INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.80 | BLINK ISLANDIA, INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.81 | BLINK JAMAICA AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.82 | BLINK JEROME AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.83 | BLINK JOURNAL SQUARE, INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.84 | BLINK KELLER, INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.85 | BLINK KENDALL MARKET PLACE INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.86 | BLINK KENWOOD, INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.87 | BLINK KNICKERBOCKER, INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.88 | BLINK KWT HOLDCO LLC | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.89 | BLINK LIBERTY AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.90 | BLINK LINDEN, INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.91 | BLINK LODI, INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.92 | BLINK LONG POINT, INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.93 | BLINK MACOMBS ROAD, INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.94 | BLINK MELVILLE, INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.95 | BLINK METROPOLITAN AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.96 | BLINK MIRAMAR PARKWAY INC. | 45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.97 | BLINK MYRTLE AVENUE, INC. (F/K/A BLINK 3780 BROADWAY, INC.) | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.98 | BLINK NASSAU STREET, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.99 | BLINK NEWARK, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.100 | BLINK NORMANDIE AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.101 | BLINK NORTH 10TH STREET CORP. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.102 | BLINK NORTH RIVERSIDE LLC | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.103 | BLINK NOSTRAND AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.104 | BLINK NRH, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.105 | BLINK NUTLEY, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.106 | BLINK PACIFIC BOULEVARD, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.107 | BLINK PARSIPPANY, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.108 | BLINK PASSAIC, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.109 | BLINK PATERSON, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.110 | BLINK PERTH AMBOY, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.111 | BLINK PLAINFIELD, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.112 | BLINK RICHMOND ROAD, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.113 | BLINK RIDGELAND AVE.., INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.114 | BLINK RIVERDALE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.115 | BLINK SELDEN, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.116 | BLINK SER PORTFOLIO, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.117 | BLINK SOUTH ORANGE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.118 | BLINK SOUTHERN BOULEVARD, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.119 | BLINK ST. ANN'S AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.120 | BLINK STEINWAY STREET, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.121 | BLINK STONEBROOK, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.122 | BLINK SUNSET PARK, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.123 | BLINK UNION, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.124 | BLINK UTICA AVENUE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.125 | BLINK VALLEY STREAM, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.126 | BLINK WEBSTER AVENUE, INC. (F\K\A BLINK BOSTON POST ROAD. INC.) | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.127 | BLINK WEST 31ST STREET, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.128 | BLINK WEST 8TH STREET, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.129 | BLINK WEST ISLIP, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.130 | BLINK WESTCHASE INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.131 BLINK WHITE PLAINS, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.132 BLINK WHITMAN, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.133 BLINK WILLIAMSBRIDGE, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.134 BLINK WILLINGBORO, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.135 BLINK WISSINOMING, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.136 CROSS COUNTY FITNESS CLUB, INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VARAGON CAPITAL PARTNERS AGENT, LLC | ☒ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Blink Holdings, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11686 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/9/2024
       MM / DD / YYYY

✖ /s/ Steven Shenker
Signature of individual signing on behalf of debtor

Steven Shenker
Printed name

Chief Restructuring Officer
Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Blink Holdings, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>24-11686</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From  1/1/2024 | To  7/31/2024 | ☑ Operating a business<br>☐ Other | $577,019.75 |
| FOR PRIOR YEAR: | From  1/1/2023 | To  12/31/2023 | ☑ Operating a business<br>☐ Other | $605,493.43 |
| FOR THE YEAR BEFORE THAT: | From  1/1/2022 | To  12/31/2022 | ☑ Operating a business<br>☐ Other | $428,581.88 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From  1/1/2024 | To  7/31/2024 | RENTAL INCOME | $6,300.00 |
| FOR PRIOR YEAR: | From  1/1/2023 | To  12/31/2023 | RENTAL INCOME | $11,888.71 |
| FOR THE YEAR BEFORE THAT: | From  1/1/2022 | To  12/31/2022 | RENTAL INCOME | $5,250.00 |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 108-18 LLC<br>102-10 METROPOLITAN AVE, SUITE# 200<br>FOREST HILLS, NY  11375 | 05/16/2024 | $285.00 | LANDLORD |
| | 06/07/2024 | $55,349.67 | LANDLORD |
| | 06/14/2024 | $1,938.01 | LANDLORD |
| | 07/08/2024 | $55,349.67 | LANDLORD |
| | **TOTAL FOR 108-18 LLC** | **$112,922.35** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 125 PARK OWNER LLC<br>420 LEXINGTON AVENUE, SUITE 1800<br>NEW YORK, NY 10170 | 06/07/2024 | $111,916.67 | LANDLORD |
| | 06/14/2024 | $9,616.07 | LANDLORD |
| | 07/08/2024 | $111,916.67 | LANDLORD |
| **TOTAL FOR 125 PARK OWNER LLC** | | **$233,449.41** | |
| 130-20 FARMERS LLC<br>97-77 QUEENS BLVD<br>REGO PARK, NY 11374 | 06/07/2024 | $48,600.52 | LANDLORD |
| | 07/08/2024 | $48,600.52 | LANDLORD |
| **TOTAL FOR 130-20 FARMERS LLC** | | **$97,201.04** | |
| 134-140 SMITH LLC<br>P.O. BOX 32190<br>NEWARK, NJ 07102 | 06/07/2024 | $36,185.74 | LANDLORD |
| | 07/08/2024 | $36,185.74 | LANDLORD |
| **TOTAL FOR 134-140 SMITH LLC** | | **$72,371.48** | |
| 1413 FULTON MANAGEMENT LLC<br>97-77 QUEENS BLVD, SUITE 620<br>REGO PARK, NY 11374 | 06/07/2024 | $59,000.00 | LANDLORD |
| | 07/08/2024 | $59,000.00 | LANDLORD |
| **TOTAL FOR 1413 FULTON MANAGEMENT LLC** | | **$118,000.00** | |
| 1421 WEBSTER AVENUE LLC<br>PO BOX 660007<br>FRESH MEADOWS, NY 11366 | 05/16/2024 | $16,250.00 | LANDLORD |
| | 06/07/2024 | $44,844.55 | LANDLORD |
| | 06/14/2024 | $13,243.00 | LANDLORD |
| | 07/08/2024 | $58,087.55 | LANDLORD |
| **TOTAL FOR 1421 WEBSTER AVENUE LLC** | | **$132,425.10** | |
| 15519 NORMANDIE, LLC<br>1901 AVENUE OF THE STARS, SUITE 630<br>LOS ANGELES, CA 90067 | 06/07/2024 | $55,752.39 | LANDLORD |
| | 07/08/2024 | $55,752.39 | LANDLORD |
| **TOTAL FOR 15519 NORMANDIE, LLC** | | **$111,504.78** | |
| 2 FERRY LLC<br>P.O. BOX 32190<br>NEWARK, NJ 07102 | 06/07/2024 | $51,744.41 | LANDLORD |
| | 07/08/2024 | $51,744.41 | LANDLORD |
| **TOTAL FOR 2 FERRY LLC** | | **$103,488.82** | |
| 2146 NOSTRAND AVENUE ASSOCIATES, LLC<br>ACHS MANAGEMENT CORP., 1412 BROADWAY, 3RD FLOOR<br>NEW YORK, NY 10018 | 06/07/2024 | $52,937.50 | LANDLORD |
| | 06/14/2024 | $2,796.75 | LANDLORD |
| | 07/08/2024 | $52,937.50 | LANDLORD |
| **TOTAL FOR 2146 NOSTRAND AVENUE ASSOCIATES, LLC** | | **$108,671.75** | |
| 2374 GC LLC<br>60 MADISON AVENUE<br>NEW YORK, NY 10010 | 06/07/2024 | $44,629.56 | LANDLORD |
| | 07/08/2024 | $49,029.56 | LANDLORD |
| **TOTAL FOR 2374 GC LLC** | | **$93,659.12** | |
| 250 UTICA OWNERS LLC<br>45 BROADWAY #1850<br>NEW YORK, NY 10006 | 06/07/2024 | $33,084.77 | LANDLORD |
| | 06/14/2024 | $563.74 | LANDLORD |
| | 07/08/2024 | $33,084.77 | LANDLORD |
| **TOTAL FOR 250 UTICA OWNERS LLC** | | **$66,733.28** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 2857 WEST 8TH STREET DEVELOPERS LLC<br>2093 PHILADELPHIA PIKE #4848<br>CLAYMONT, DE 19703 | 06/07/2024<br>07/08/2024 | $48,618.83<br>$48,618.83 | LANDLORD<br>LANDLORD |
| **TOTAL FOR 2857 WEST 8TH STREET DEVELOPERS LLC** | | **$97,237.66** | |
| 2883 THIRD AVENUE REALTY ASSOCIATES LP<br>110 WEST 34TH STREET 9TH FLOOR<br>NEW YORK, NY 10001 | 06/07/2024<br>07/08/2024 | $48,167.00<br>$48,167.00 | LANDLORD<br>LANDLORD |
| **TOTAL FOR 2883 THIRD AVENUE REALTY ASSOCIATES LP** | | **$96,334.00** | |
| 301-303 WEST 125 LLC<br>1412 BROADWAY, 3RD FLOOR<br>NEW YORK, NY 10018 | 06/07/2024<br>06/14/2024<br>07/08/2024 | $68,566.67<br>$5,146.40<br>$68,566.67 | LANDLORD<br>LANDLORD<br>LANDLORD |
| **TOTAL FOR 301-303 WEST 125 LLC** | | **$142,279.74** | |
| 302 BROADWAY LLC<br>MIDWOOD MANAGEMENT CORPORATION,<br>430 PARK AVENUE, SUITE 505<br>NEW YORK, NY 10022 | 06/07/2024<br>06/14/2024<br>07/08/2024 | $62,310.00<br>$34,825.71<br>$69,006.00 | LANDLORD<br>LANDLORD<br>LANDLORD |
| **TOTAL FOR 302 BROADWAY LLC** | | **$166,141.71** | |
| 3572 WPR LLC<br>121 TWEED BLVD<br>NYACK, NY 10960 | 06/07/2024<br>07/08/2024 | $68,599.91<br>$68,599.91 | LANDLORD<br>LANDLORD |
| **TOTAL FOR 3572 WPR LLC** | | **$137,199.82** | |
| 386 PARK SOUTH LLC<br>PO BOX 780207<br>PHILADELPHIA, PA 191780207 | 06/07/2024<br>06/14/2024<br>07/08/2024 | $200,000.00<br>$3,359.34<br>$256,880.93 | LANDLORD<br>LANDLORD<br>LANDLORD |
| **TOTAL FOR 386 PARK SOUTH LLC** | | **$460,240.27** | |
| 399 KNICKERBOCKER LLC<br>C/O JENEL MANAGEMENT CORP., 275<br>MADISON AVE # 1100<br>NEW YORK, NY 10016 | 06/07/2024<br>07/08/2024 | $75,634.99<br>$75,634.99 | LANDLORD<br>LANDLORD |
| **TOTAL FOR 399 KNICKERBOCKER LLC** | | **$151,269.98** | |
| 4704 AIRLINE DRIVE PARTNERS LLC<br>362 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10001 | 05/16/2024<br>06/07/2024<br>06/21/2024<br>07/08/2024 | $39,471.48<br>$51,471.72<br>$39,471.48<br>$51,471.72 | LANDLORD<br>LANDLORD<br>LANDLORD<br>LANDLORD |
| **TOTAL FOR 4704 AIRLINE DRIVE PARTNERS LLC** | | **$181,886.40** | |
| 480 SUFFOLK AVENUE, LLC<br>45 CUTTERMILL ROAD, SUITE 1<br>GREAT NECK, NY 11021 | 06/07/2024<br>07/08/2024 | $37,326.58<br>$37,326.58 | LANDLORD<br>LANDLORD |
| **TOTAL FOR 480 SUFFOLK AVENUE, LLC** | | **$74,653.16** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 5 BORO LAUNDRY INC.<br>114-29 135TH AVE S<br>OZONE PARK, NY 11420 | 06/14/2024 | $37,319.48 | SERVICES |
| | 07/11/2024 | $42,265.49 | SERVICES |
| | 08/08/2024 | $33,954.74 | SERVICES |
| **TOTAL FOR 5 BORO LAUNDRY INC.** | | **$113,539.71** | |
| 5 BRYANT PARK PROPERTY INVESTORS IV, LLC<br>PO BOX 392676<br>PITTSBURGH, PA 15251-9676 | 05/16/2024 | $23,116.35 | LANDLORD |
| | 06/07/2024 | $106,802.02 | LANDLORD |
| | 06/14/2024 | $44,122.15 | LANDLORD |
| | 07/08/2024 | $106,802.02 | LANDLORD |
| **TOTAL FOR 5 BRYANT PARK PROPERTY INVESTORS IV, LLC** | | **$280,842.54** | |
| 5111 4TH AVENUE EQUITY HOLDINGS LLC<br>4403 15TH AVENUE SUITE #530<br>BROOKLYN, NY 11218 | 06/07/2024 | $48,125.00 | LANDLORD |
| | 07/08/2024 | $48,125.00 | LANDLORD |
| **TOTAL FOR 5111 4TH AVENUE EQUITY HOLDINGS LLC** | | **$96,250.00** | |
| 582 CENTRAL LLC<br>P.O. BOX 32190<br>NEWARK, NJ 07102 | 06/07/2024 | $55,632.87 | LANDLORD |
| | 07/08/2024 | $55,632.87 | LANDLORD |
| **TOTAL FOR 582 CENTRAL LLC** | | **$111,265.74** | |
| 645 EAST TREMONT, LLC<br>38 WEST 34TH STREET, 3RD FLOOR<br>NEW YORK, NY 10001 | 06/07/2024 | $59,052.17 | LANDLORD |
| | 07/08/2024 | $59,052.17 | LANDLORD |
| **TOTAL FOR 645 EAST TREMONT, LLC** | | **$118,104.34** | |
| 663 MAIN MASTER TENANT LLC<br>87 HALSEY ST, 2ND FLOOR<br>NEWARK, NJ 07102 | 06/07/2024 | $35,668.17 | LANDLORD |
| | 07/08/2024 | $35,668.17 | LANDLORD |
| **TOTAL FOR 663 MAIN MASTER TENANT LLC** | | **$71,336.34** | |
| 692 BROADWAY PROPCO LLC<br>ATTN: EILEEN SAWYER, 500 ENTERPRISE DRIVE<br>ALLEN PARK, MI 48101 | 06/07/2024 | $108,926.38 | LANDLORD |
| | 07/08/2024 | $108,926.38 | LANDLORD |
| **TOTAL FOR 692 BROADWAY PROPCO LLC** | | **$217,852.76** | |
| 78-14 ROOSEVELT LLC<br>1430 BROADWAY, SUITE 1505<br>NEW YORK, NY 10018 | 06/07/2024 | $64,666.66 | LANDLORD |
| | 07/08/2024 | $64,666.66 | LANDLORD |
| **TOTAL FOR 78-14 ROOSEVELT LLC** | | **$129,333.32** | |
| ABC FITNESS SOLUTIONS, LLC<br>208 EAST KIEHL AVENUE<br>SHERWOOD, AR 72120 | 05/16/2024 | $17,400.00 | SERVICES |
| | 06/14/2024 | $17,400.00 | SERVICES |
| | 08/01/2024 | $17,400.00 | SERVICES |
| **TOTAL FOR ABC FITNESS SOLUTIONS, LLC** | | **$52,200.00** | |
| AFCO<br>PO BOX 360572<br>PITTSBURGH, PA 15250 | 08/08/2024 | $9,414.31 | SERVICES |
| **TOTAL FOR AFCO** | | **$9,414.31** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| AFIAA 45 WEST 45TH STREET, LLC<br>7 PENN PLAZA, SUITE 804<br>NEW YORK, NY 10001 | 07/16/2024 | $102,875.00 | LANDLORD |
| **TOTAL FOR AFIAA 45 WEST 45TH STREET, LLC** | | **$102,875.00** | |
| ALDI INC.<br>12661 ALDI PLACE<br>MORENO VALLEY, CA 92555-6703 | 06/07/2024<br>07/08/2024 | $39,951.10<br>$39,951.10 | LANDLORD<br>LANDLORD |
| **TOTAL FOR ALDI INC.** | | **$79,902.20** | |
| AMAZON WEB SERVICES, INC.<br>410 TERRY AVENUE NORTH<br>SEATTLE, WA 98109 | 06/14/2024<br>07/18/2024<br>08/08/2024 | $31,471.84<br>$36,735.54<br>$29,453.85 | SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR AMAZON WEB SERVICES, INC.** | | **$97,661.23** | |
| AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07101 | 05/16/2024<br>06/14/2024<br>07/11/2024<br>08/08/2024 | $51,905.82<br>$56,922.25<br>$57,237.49<br>$72,315.46 | CREDIT CARD PAYMENTS<br>CREDIT CARD PAYMENTS<br>CREDIT CARD PAYMENTS<br>CREDIT CARD PAYMENTS |
| **TOTAL FOR AMERICAN EXPRESS** | | **$238,381.02** | |
| ANN/NASSAU REALTY, LLC<br>770 LEXINGTON AVENUE, 18TH FLOOR<br>NEW YORK, NY 10065 | 06/07/2024<br>06/14/2024<br>06/21/2024<br>07/08/2024 | $58,221.28<br>$9,616.68<br>$4,790.17<br>$58,221.28 | LANDLORD<br>LANDLORD<br>LANDLORD<br>LANDLORD |
| **TOTAL FOR ANN/NASSAU REALTY, LLC** | | **$130,849.41** | |
| ARTISAN COLOUR, INC<br>8970 E. BAHIA DRIVE<br>SCOTTSDALE, AZ 85260 | 05/23/2024<br>06/06/2024<br>07/11/2024 | $6,291.53<br>$3,987.15<br>$13,276.39 | SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR ARTISAN COLOUR, INC** | | **$23,555.07** | |
| ASCEND NETWORK SOLUTIONS LLC<br>1251 LYNNE ST<br>BALDWIN, NY 11510 | 06/06/2024<br>07/18/2024<br>08/08/2024 | $5,302.50<br>$9,765.00<br>$6,772.50 | SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR ASCEND NETWORK SOLUTIONS LLC** | | **$21,840.00** | |
| ASJ COMMUNICATIONS, INC.<br>94 SYOSSET CIRCLE<br>SYOSSET, NY 11791 | 05/16/2024<br>06/21/2024 | $13,609.38<br>$11,867.38 | SERVICES<br>SERVICES |
| **TOTAL FOR ASJ COMMUNICATIONS, INC.** | | **$25,476.76** | |
| AVENUE CODE, LLC<br>26 O' FARRELL STREET, STE. 600<br>SAN FRANCISCO, CA 94108 | 06/14/2024<br>07/18/2024<br>07/25/2024 | $52,024.00<br>$87,106.00<br>$139,768.00 | SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR AVENUE CODE, LLC** | | **$278,898.00** | |

Debtor    Blink Holdings, Inc. _____    Case number (if known) 24-11686
        (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| BAMKO, INC.<br>PO BOX 748020<br>CINCINNATI, OH 452748020 | 06/14/2024 | $40,536.42 | SUPPLIER/VENDOR |
| | 06/27/2024 | $368.85 | SUPPLIER/VENDOR |
| | 07/18/2024 | $27,341.99 | SUPPLIER/VENDOR |
| **TOTAL FOR BAMKO, INC.** | | **$68,247.26** | |
| BEACH STREET MARKET LLC<br>PO BOX 279<br>LEANDER, TX 78646 | 06/07/2024 | $28,195.80 | LANDLORD |
| | 06/14/2024 | $109.27 | LANDLORD |
| | 07/08/2024 | $28,195.80 | LANDLORD |
| **TOTAL FOR BEACH STREET MARKET LLC** | | **$56,500.87** | |
| BERMUDA REALTY LLC<br>15 OCEAN AVENUE<br>BROOKLYN, NY 11225 | 06/07/2024 | $31,250.00 | LANDLORD |
| | 07/08/2024 | $31,250.00 | LANDLORD |
| **TOTAL FOR BERMUDA REALTY LLC** | | **$62,500.00** | |
| BOERUM PLACE LLC<br>1019 AVE P, SUITE 501<br>BROOKLYN, NY 11223 | 06/07/2024 | $49,500.00 | LANDLORD |
| | 07/08/2024 | $49,500.00 | LANDLORD |
| **TOTAL FOR BOERUM PLACE LLC** | | **$99,000.00** | |
| BRIXMOR HOLDINGS 12 SPE LLC<br>PO BOX 645341<br>CINCINNATI, OH 45264-5341 | 06/07/2024 | $29,338.70 | LANDLORD |
| | 07/08/2024 | $25,776.28 | LANDLORD |
| **TOTAL FOR BRIXMOR HOLDINGS 12 SPE LLC** | | **$55,114.98** | |
| BRIXMOR MORRIS HILLS LLC<br>PO BOX 645344<br>CINCINNATI, OH 452645344 | 06/07/2024 | $54,451.75 | LANDLORD |
| | 07/08/2024 | $54,451.75 | LANDLORD |
| **TOTAL FOR BRIXMOR MORRIS HILLS LLC** | | **$108,903.50** | |
| BROADHOLLOW/PINELAWN CW NF, LLC<br>500 BI COUNTY BLVD, SUITE 230<br>FARMINGDALE, NY 11735 | 06/07/2024 | $37,472.13 | LANDLORD |
| | 06/14/2024 | $5,179.09 | LANDLORD |
| | 07/08/2024 | $37,472.13 | LANDLORD |
| **TOTAL FOR BROADHOLLOW/PINELAWN CW NF, LLC** | | **$80,123.35** | |
| BROOKS SHOPPING CENTERS LLC<br>PO BOX 849737<br>LOS ANGELES, CA 900849737 | 06/07/2024 | $47,462.50 | LANDLORD |
| | 07/08/2024 | $47,462.50 | LANDLORD |
| **TOTAL FOR BROOKS SHOPPING CENTERS LLC** | | **$94,925.00** | |
| CHAMELEON COLLECTIVE INC<br>3428 BRADENHAM LANE<br>DAVIE, FL 33328 | 05/23/2024 | $11,280.00 | SERVICES |
| | 08/08/2024 | $46,640.00 | SERVICES |
| **TOTAL FOR CHAMELEON COLLECTIVE INC** | | **$57,920.00** | |
| CHELSEA W26, LLC<br>PO BOX 328<br>EMERSON, NJ 07630 | 06/07/2024 | $63,000.00 | LANDLORD |
| | 07/08/2024 | $63,000.00 | LANDLORD |
| **TOTAL FOR CHELSEA W26, LLC** | | **$126,000.00** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| CHICAGO, IL 4644-4658 S DREXEL LLC<br>1400 16TH STREET, SUITE 300<br>HINSDALE, IL 60523 | 06/07/2024 | $20,833.33 | LANDLORD |
| | 07/08/2024 | $20,833.33 | LANDLORD |
| **TOTAL FOR CHICAGO, IL 4644-4658 S DREXEL LLC** | | **$41,666.66** | |
| CINTAS CORPORATION # 016<br>P.O BOX 631025<br>CINCINNATI, OH 452631025 | 05/16/2024 | $4,895.77 | SUPPLIER/VENDOR |
| | 05/23/2024 | $3,349.40 | SUPPLIER/VENDOR |
| | 06/06/2024 | $289.73 | SUPPLIER/VENDOR |
| | 06/27/2024 | $4,882.30 | SUPPLIER/VENDOR |
| | 07/25/2024 | $1,035.67 | SUPPLIER/VENDOR |
| **TOTAL FOR CINTAS CORPORATION # 016** | | **$14,452.87** | |
| COMMERCIAL LIGHTING INDUSTRIES<br>81161 INDIO BOULEVARD<br>INDIO, CA 92201 | 05/16/2024 | $466.77 | SUPPLIER/VENDOR |
| | 05/23/2024 | $3,735.98 | SUPPLIER/VENDOR |
| | 06/27/2024 | $934.31 | SUPPLIER/VENDOR |
| | 07/11/2024 | $1,664.81 | SUPPLIER/VENDOR |
| | 08/01/2024 | $4,164.08 | SUPPLIER/VENDOR |
| | 08/08/2024 | $135.55 | SUPPLIER/VENDOR |
| **TOTAL FOR COMMERCIAL LIGHTING INDUSTRIES** | | **$11,101.50** | |
| DARVISH INVESTMENT GROUP, LLC<br>709 MORENO AVENUE<br>LOS ANGELES, CA 90049 | 06/07/2024 | $15,983.79 | LANDLORD |
| | 06/14/2024 | $260.98 | LANDLORD |
| | 07/08/2024 | $42,204.29 | LANDLORD |
| **TOTAL FOR DARVISH INVESTMENT GROUP, LLC** | | **$58,449.06** | |
| DATASITE,LLC<br>733 S. MARQUETTE AVE, SUITE 600<br>MINNEAPOLIS, MN 55402 | 08/08/2024 | $24,757.79 | SUPPLIER/VENDOR |
| **TOTAL FOR DATASITE,LLC** | | **$24,757.79** | |
| DDR SOUTHEAST UNION, LLC<br>DEPT 338762-30105-00056289, PO BOX 83400<br>CHICAGO, IL 60691-3400 | 05/16/2024 | $879.55 | LANDLORD |
| | 06/07/2024 | $49,029.17 | LANDLORD |
| | 07/08/2024 | $49,029.17 | LANDLORD |
| **TOTAL FOR DDR SOUTHEAST UNION, LLC** | | **$98,937.89** | |
| DERP ASSOCIATES LLC<br>DERP ASSOCIATES LLC, 474 FULTON AVE 3RD FL<br>HEMPSTEAD, NY 11550 | 06/07/2024 | $39,245.00 | LANDLORD |
| | 07/08/2024 | $39,245.00 | LANDLORD |
| **TOTAL FOR DERP ASSOCIATES LLC** | | **$78,490.00** | |
| DIALOG SOCIAL INC<br>519 8TH AVENUE 3RD FLOOR<br>NEW YORK, NY 10018 | 07/25/2024 | $25,000.00 | SERVICES |
| **TOTAL FOR DIALOG SOCIAL INC** | | **$25,000.00** | |
| EAST 54TH STREET PARTNERS LLC<br>C/O JTRE, PO BOX 1705<br>NEW YORK, NY 10150 | 06/07/2024 | $150,084.82 | LANDLORD |
| | 07/08/2024 | $150,084.82 | LANDLORD |
| **TOTAL FOR EAST 54TH STREET PARTNERS LLC** | | **$300,169.64** | |

Debtor    Blink Holdings, Inc.
(Name)                                          Case number (if known)  24-11686

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| EASTERN FUNDING LLC<br>213 W35TH AVE., 2ND FL<br>NEW YORK, NY  10001 | 06/06/2024 | $59,542.00 | EQUIPMENT LEASES |
| **TOTAL FOR EASTERN FUNDING LLC** | | **$59,542.00** | |
| ECLIPSE CAPITAL LLC<br>4979 W TAFT RD<br>LIVERPOOL, NY  13088 | 05/16/2024 | $40,452.97 | FRANCHISEE |
| | 06/14/2024 | $1,789.66 | FRANCHISEE |
| | 07/25/2024 | $1,897.88 | FRANCHISEE |
| **TOTAL FOR ECLIPSE CAPITAL LLC** | | **$44,140.51** | |
| ELEPHANT VENTURES, LLC<br>442 5TH AVENUE, #1065<br>NEW YORK, NY  10018 | 06/14/2024 | $22,984.00 | SERVICES |
| **TOTAL FOR ELEPHANT VENTURES, LLC** | | **$22,984.00** | |
| ENEL X NORTH AMERICA, INC.<br>ONE MARINA PARK DRIVE, SUITE 400<br>BOSTON, MA  02210 | 05/16/2024 | $88,805.49 | UTILITIES |
| | 05/23/2024 | $124,078.70 | UTILITIES |
| | 06/06/2024 | $129,799.68 | UTILITIES |
| | 06/14/2024 | $77,592.80 | UTILITIES |
| | 06/21/2024 | $91,296.19 | UTILITIES |
| | 06/27/2024 | $158,095.94 | UTILITIES |
| | 07/03/2024 | $116,808.50 | UTILITIES |
| | 07/11/2024 | $168,386.22 | UTILITIES |
| | 07/18/2024 | $110,881.13 | UTILITIES |
| | 07/25/2024 | $186,854.33 | UTILITIES |
| **TOTAL FOR ENEL X NORTH AMERICA, INC.** | | **$1,252,598.98** | |
| ESCAPE FITNESS USA LLC<br>PORTER CAPITAL CORPORATION, 14906<br>COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693 | 05/23/2024 | $612.34 | SUPPLIER/VENDOR |
| | 06/06/2024 | $3,166.35 | SUPPLIER/VENDOR |
| | 07/18/2024 | $4,835.82 | SUPPLIER/VENDOR |
| | 08/01/2024 | $678.87 | SUPPLIER/VENDOR |
| | 08/08/2024 | $344.16 | SUPPLIER/VENDOR |
| **TOTAL FOR ESCAPE FITNESS USA LLC** | | **$9,637.54** | |
| EURPAC SERVICE INCORPORATED<br>40 DANBURY ROAD SUITE 7<br>WILTON, CT  06897 | 06/14/2024 | $50,261.19 | SUPPLIER/VENDOR |
| | 06/27/2024 | $75,853.93 | SUPPLIER/VENDOR |
| | 07/18/2024 | $50,395.15 | SUPPLIER/VENDOR |
| | 07/25/2024 | $56,395.00 | SUPPLIER/VENDOR |
| | 08/01/2024 | $125,562.68 | SUPPLIER/VENDOR |
| | 08/08/2024 | $100,967.56 | SUPPLIER/VENDOR |
| **TOTAL FOR EURPAC SERVICE INCORPORATED** | | **$459,435.51** | |
| FEDERAL EXPRESS<br>P.O.BOX 371461<br>PITTSBURGH, PA  152507461 | 05/16/2024 | $832.96 | SERVICES |
| | 06/06/2024 | $1,468.31 | SERVICES |
| | 06/13/2024 | $1,141.97 | SERVICES |
| | 07/11/2024 | $1,460.74 | SERVICES |
| | 08/01/2024 | $774.43 | SERVICES |
| | 08/08/2024 | $928.53 | SERVICES |
| | 08/09/2024 | $1,174.95 | SERVICES |
| **TOTAL FOR FEDERAL EXPRESS** | | **$7,781.89** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| FIDELIS RETAIL OPPORTUNITY FUND II LP 8600 WARD PARKWAY, SUITE 2085 KANSAS CITY, MO 64114 | 06/07/2024 | $40,084.35 | LANDLORD |
|  | 06/14/2024 | $1,235.43 | LANDLORD |
|  | 07/08/2024 | $40,084.35 | LANDLORD |
| **TOTAL FOR FIDELIS RETAIL OPPORTUNITY FUND II LP** | | **$81,404.13** | |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP. PO BOX 403532 ATLANTA, GA 30384-3532 | 06/21/2024 | $20,639.07 | SERVICES |
|  | 07/18/2024 | $23,812.29 | SERVICES |
| **TOTAL FOR FIRST ADVANTAGE BACKGROUND SERVICES CORP.** | | **$44,451.36** | |
| FIXED FITNESS LLC 6517-A SMITHFIELD ROAD NORTH RICHLAND HILLS, TX 76182 | 05/16/2024 | $1,231.11 | SUPPLIER/VENDOR |
|  | 05/23/2024 | $1,458.19 | SUPPLIER/VENDOR |
|  | 06/14/2024 | $180.00 | SUPPLIER/VENDOR |
|  | 06/27/2024 | $572.50 | SUPPLIER/VENDOR |
|  | 07/11/2024 | $1,250.76 | SUPPLIER/VENDOR |
|  | 08/01/2024 | $3,424.31 | SUPPLIER/VENDOR |
|  | 08/08/2024 | $7,175.23 | SUPPLIER/VENDOR |
| **TOTAL FOR FIXED FITNESS LLC** | | **$15,292.10** | |
| FLATBUSH RETAIL ASSOCIATES, LLC C/O HARBOR GROUP MANAGEMENT CO., 55 BROADWAY, SUITE 205 NEW YORK, NY 10006 | 06/07/2024 | $50,379.90 | LANDLORD |
|  | 06/14/2024 | $31,420.99 | LANDLORD |
|  | 07/08/2024 | $50,379.90 | LANDLORD |
| **TOTAL FOR FLATBUSH RETAIL ASSOCIATES, LLC** | | **$132,180.79** | |
| FLORENCE POLIZZOTTO ADDRESS ON FILE | 06/07/2024 | $45,794.12 | LANDLORD |
|  | 07/08/2024 | $45,794.12 | LANDLORD |
| **TOTAL FOR FLORENCE POLIZZOTTO** | | **$91,588.24** | |
| FORDEC REALTY CORP 234 WEST 56TH STREET NEW YORK, NY 10019 | 06/07/2024 | $48,318.48 | LANDLORD |
|  | 06/14/2024 | $1,222.13 | LANDLORD |
|  | 07/08/2024 | $49,132.05 | LANDLORD |
| **TOTAL FOR FORDEC REALTY CORP** | | **$98,672.66** | |
| FTI CONSULTING (SC) INC. 555 12TH STREET NW, SUITE 700 WASHINGTON, DC 20004 | 07/25/2024 | $75,500.00 | SERVICES |
|  | 08/01/2024 | $75,500.00 | SERVICES |
|  | 08/08/2024 | $128,100.00 | SERVICES |
| **TOTAL FOR FTI CONSULTING (SC) INC.** | | **$279,100.00** | |
| FW IL-RIVERSIDE/RIVERS EDGE, LLC 3040 SOLUTIONS CENTER CHICAGO, IL 60677-3000 | 05/16/2024 | $493.71 | LANDLORD |
|  | 06/07/2024 | $52,458.75 | LANDLORD |
|  | 06/14/2024 | $6,026.19 | LANDLORD |
|  | 07/08/2024 | $52,458.75 | LANDLORD |
| **TOTAL FOR FW IL-RIVERSIDE/RIVERS EDGE, LLC** | | **$111,437.40** | |
| GATES AVENUE PROPERTIES LLC 1030 OCEAN AVENUE BROOKLYN, NY 11226 | 06/07/2024 | $53,752.67 | LANDLORD |
|  | 07/08/2024 | $53,752.67 | LANDLORD |
| **TOTAL FOR GATES AVENUE PROPERTIES LLC** | | **$107,505.34** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| GNDP HOLDINGS LLC<br>1 STATE STREET 32ND FLOOR<br>NEW YORK, NY 10004 | 06/07/2024 | $78,091.67 | LANDLORD |
| | 07/08/2024 | $78,091.67 | LANDLORD |
| **TOTAL FOR GNDP HOLDINGS LLC** | | **$156,183.34** | |
| GO FITNESS LLC<br>238 S. EGRET BAY BLVD, #182<br>LEAGUE CITY, TX 77573 | 05/23/2024 | $1,957.98 | SUPPLIER/VENDOR |
| | 06/14/2024 | $9,201.27 | SUPPLIER/VENDOR |
| | 06/27/2024 | $1,483.03 | SUPPLIER/VENDOR |
| | 07/11/2024 | $2,568.23 | SUPPLIER/VENDOR |
| | 08/01/2024 | $1,160.99 | SUPPLIER/VENDOR |
| | 08/08/2024 | $395.12 | SUPPLIER/VENDOR |
| **TOTAL FOR GO FITNESS LLC** | | **$16,766.62** | |
| GOOD EARTH DISTRIBUTION, LLC<br>440 WEST STREET<br>FORT LEE, NJ 07024 | 05/16/2024 | $2,367.86 | SUPPLIER/VENDOR |
| | 05/23/2024 | $287,183.49 | SUPPLIER/VENDOR |
| | 06/06/2024 | $4,870.88 | SUPPLIER/VENDOR |
| | 06/14/2024 | $6,086.35 | SUPPLIER/VENDOR |
| | 06/21/2024 | $209,296.19 | SUPPLIER/VENDOR |
| | 06/27/2024 | $56,870.59 | SUPPLIER/VENDOR |
| | 07/03/2024 | $17,273.05 | SUPPLIER/VENDOR |
| | 07/11/2024 | $15,031.04 | SUPPLIER/VENDOR |
| | 07/18/2024 | $24,132.09 | SUPPLIER/VENDOR |
| | 07/25/2024 | $214,172.12 | SUPPLIER/VENDOR |
| | 08/01/2024 | $64,508.18 | SUPPLIER/VENDOR |
| **TOTAL FOR GOOD EARTH DISTRIBUTION, LLC** | | **$901,791.84** | |
| GOOGLE LLC<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 | 06/21/2024 | $233,043.74 | SUPPLIER/VENDOR |
| | 07/18/2024 | $217,834.56 | SUPPLIER/VENDOR |
| | 08/01/2024 | $250,692.48 | SUPPLIER/VENDOR |
| **TOTAL FOR GOOGLE LLC** | | **$701,570.78** | |
| GORON PROPERTIES, INC.<br>203 MESEROLE AVENUE<br>BROOKLYN, NY 11222 | 06/07/2024 | $38,333.33 | LANDLORD |
| | 07/08/2024 | $38,333.33 | LANDLORD |
| **TOTAL FOR GORON PROPERTIES, INC.** | | **$76,666.66** | |
| GRAINGER<br>DEPT. 860037498<br>PALATINE, IL 600380001 | 05/16/2024 | $409.03 | SUPPLIER/VENDOR |
| | 05/23/2024 | $3,629.28 | SUPPLIER/VENDOR |
| | 06/06/2024 | $1,946.55 | SUPPLIER/VENDOR |
| | 06/14/2024 | $1,073.43 | SUPPLIER/VENDOR |
| | 06/27/2024 | $2,932.82 | SUPPLIER/VENDOR |
| | 07/11/2024 | $1,941.10 | SUPPLIER/VENDOR |
| | 07/18/2024 | $1,609.66 | SUPPLIER/VENDOR |
| | 08/01/2024 | $2,276.23 | SUPPLIER/VENDOR |
| | 08/08/2024 | $1,523.08 | SUPPLIER/VENDOR |
| **TOTAL FOR GRAINGER** | | **$17,341.18** | |
| GRAND BALDWIN ASSOCIATES<br>33 SOUTH SERVICE ROAD<br>JERICHO, NY 117531006 | 06/07/2024 | $44,777.82 | LANDLORD |
| | 07/08/2024 | $29,747.58 | LANDLORD |
| **TOTAL FOR GRAND BALDWIN ASSOCIATES** | | **$74,525.40** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| GS FIT IL-1, LLC<br>1926 DEMPSTER STREET<br>EVANSTON, IL  60202 | 05/16/2025 | $20,205.25 | FRANCHISEE |
|  | 06/14/2024 | $2,732.40 | FRANCHISEE |
|  | 07/25/2024 | $2,833.00 | FRANCHISEE |
| **TOTAL FOR GS FIT IL-1, LLC** | | **$25,770.65** | |
| GWB ACQUISITIONS LLC<br>1407 BROADWAY, 41ST FLOOR<br>NEW YORK, NY  10018 | 06/07/2024 | $42,256.30 | LANDLORD |
|  | 07/08/2024 | $42,256.30 | LANDLORD |
| **TOTAL FOR GWB ACQUISITIONS LLC** | | **$84,512.60** | |
| HAMILTON, KANE, MARTIN ENTERPRISES, INC.<br>P.O. BOX 369<br>WEST ISLIP, NY  11795 | 06/07/2024 | $37,604.87 | LANDLORD |
|  | 07/08/2024 | $37,604.87 | LANDLORD |
| **TOTAL FOR HAMILTON, KANE, MARTIN ENTERPRISES, INC.** | | **$75,209.74** | |
| HANDI-LIFT SERVICE COMPANY<br>730 GARDEN STREET<br>CARLSTADT, NJ  07072 | 05/16/2024 | $5,142.89 | SUPPLIER/VENDOR |
|  | 08/08/2024 | $5,142.90 | SUPPLIER/VENDOR |
| **TOTAL FOR HANDI-LIFT SERVICE COMPANY** | | **$10,285.79** | |
| HAUPPAUGE PROPERTIES LLC<br>1975 HEMPSTEAD TURNPIKE, SUITE 309<br>EAST MEADOW, NY  11554 | 06/07/2024 | $24,736.25 | LANDLORD |
|  | 07/08/2024 | $24,736.25 | LANDLORD |
| **TOTAL FOR HAUPPAUGE PROPERTIES LLC** | | **$49,472.50** | |
| HCL LONG POINT LLC<br>7800 WASHINGTON AVE, #800<br>HOUSTON, TX  77007 | 06/07/2024 | $28,702.33 | LANDLORD |
|  | 07/08/2024 | $28,702.33 | LANDLORD |
| **TOTAL FOR HCL LONG POINT LLC** | | **$57,404.66** | |
| HEART AND HUSTLE PRODUCTIONS<br>850 SE 3RD AVE<br>PORTLAND, OR  97214 | 06/21/2024 | $125,000.00 | SUPPLIER/VENDOR |
| **TOTAL FOR HEART AND HUSTLE PRODUCTIONS** | | **$125,000.00** | |
| ILEGRA CORPORATION<br>299 ALHAMBRA CIR SUITE 403<br>CORAL GABLES, FL  33134 | 06/14/2024 | $51,984.62 | SERVICES |
|  | 08/08/2024 | $88,678.13 | SERVICES |
| **TOTAL FOR ILEGRA CORPORATION** | | **$140,662.75** | |
| INFLUX INC.<br>SANTA MONICA BLVD #63484<br>WEST HOLLYWOOD, CA  90069 | 05/23/2024 | $5,250.00 | SERVICES |
|  | 06/27/2024 | $5,250.00 | SERVICES |
|  | 08/08/2024 | $5,250.00 | SERVICES |
| **TOTAL FOR INFLUX INC.** | | **$15,750.00** | |
| IRON GRIP BARBELL COMPANY<br>11377 MARKON DRIVE<br>GARDEN GROVE, CA  92841 | 05/16/2024 | $20,388.41 | SUPPLIER/VENDOR |
|  | 06/14/2024 | $37,672.76 | SUPPLIER/VENDOR |
|  | 06/27/2024 | $2,706.98 | SUPPLIER/VENDOR |
|  | 07/11/2024 | $4,082.04 | SUPPLIER/VENDOR |
|  | 08/01/2024 | $820.49 | SUPPLIER/VENDOR |
| **TOTAL FOR IRON GRIP BARBELL COMPANY** | | **$65,670.68** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| ISLANDIA SC HOLDINGS LLC<br>280 PARK AVENUE, 5TH FLOOR EAST<br>NEW YORK, NY  10017 | 05/16/2024 | $1,646.38 | LANDLORD |
| | 06/07/2024 | $48,747.69 | LANDLORD |
| | 07/08/2024 | $48,747.69 | LANDLORD |
| **TOTAL FOR ISLANDIA SC HOLDINGS LLC** | | **$99,141.76** | |
| J.B.HUNT TRANSPORT INC<br>615 JB HUNT CORPORATE DR<br>LOWELL, AR  72745 | 07/25/2024 | $10,200.00 | SUPPLIER/VENDOR |
| **TOTAL FOR J.B.HUNT TRANSPORT INC** | | **$10,200.00** | |
| JBL MARKET AT WESTCHASE LLC<br>2028 HARRISON STREET, SUITE 202<br>HOLLYWOOD, FL  33020 | 06/07/2024 | $13,140.62 | LANDLORD |
| | 06/14/2024 | $14,815.87 | LANDLORD |
| | 06/21/2024 | $19,828.08 | LANDLORD |
| | 07/08/2024 | $30,212.50 | LANDLORD |
| **TOTAL FOR JBL MARKET AT WESTCHASE LLC** | | **$77,997.07** | |
| JEFFREY MANAGMENT CORP<br>7 PENN PLAZA, 370 SEVENTH AVE<br>NEW YORK, NY  10001 | 06/07/2024 | $75,575.51 | LANDLORD |
| | 06/21/2024 | $5,304.98 | LANDLORD |
| | 07/08/2024 | $75,870.56 | LANDLORD |
| **TOTAL FOR JEFFREY MANAGMENT CORP** | | **$156,751.05** | |
| JOHNSON HEALTH TECH NA, INC.<br>27829 NETWORK PLACE<br>CHICAGO, IL  60673-1278 | 06/06/2024 | $78,149.90 | SUPPLIER/VENDOR |
| | 06/07/2024 | $56,546.58 | SUPPLIER/VENDOR |
| | 06/14/2024 | $74,796.62 | SUPPLIER/VENDOR |
| | 06/21/2024 | $67,334.08 | SUPPLIER/VENDOR |
| | 06/27/2024 | $15,465.21 | SUPPLIER/VENDOR |
| | 07/03/2024 | $44,711.39 | SUPPLIER/VENDOR |
| | 07/08/2024 | $16,012.20 | SUPPLIER/VENDOR |
| | 07/18/2024 | $21,934.68 | SUPPLIER/VENDOR |
| | 07/25/2024 | $41,559.55 | SUPPLIER/VENDOR |
| **TOTAL FOR JOHNSON HEALTH TECH NA, INC.** | | **$416,510.21** | |
| JPMORGAN CHASE BANK, N.A.<br>1111 POLARIS PARKWAY<br>COLUMBUS, OH  43240 | 06/21/2024 | $44,324.26 | EQUIPMENT LEASES |
| **TOTAL FOR JPMORGAN CHASE BANK, N.A.** | | **$44,324.26** | |
| JTRE 240 EAST 54TH STREET LLC<br>362 FIFTH AVENUE<br>NEW YORK, NY  10001 | 06/07/2024 | $53,500.00 | LANDLORD |
| | 07/08/2024 | $53,500.00 | LANDLORD |
| **TOTAL FOR JTRE 240 EAST 54TH STREET LLC** | | **$107,000.00** | |
| K&K INSURANCE GROUP, INC<br>1712 MAGNAVOX WAY<br>FORT WAYNE, IN  46804 | 06/06/2024 | $28,865.38 | SERVICES |
| | 08/08/2024 | $13,529.70 | SERVICES |
| **TOTAL FOR K&K INSURANCE GROUP, INC** | | **$42,395.08** | |
| K/BTF BROADWAY LLC<br>34 SOUTH DEAN ST<br>ENGLEWOOD, NJ  07631 | 06/07/2024 | $49,854.22 | LANDLORD |
| | 07/08/2024 | $49,854.22 | LANDLORD |
| **TOTAL FOR K/BTF BROADWAY LLC** | | **$99,708.44** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| KATTEN MUCHIN ROSENMAN LLP<br>525 WEST MONROE STREET<br>CHICAGO, IL 60661-3693 | 05/16/2024<br>08/08/2024 | $13,105.35<br>$480,000.00 | LENDER FEES<br>LENDER FEES |
| **TOTAL FOR KATTEN MUCHIN ROSENMAN LLP** | | **$493,105.35** | |
| KORA RAE CLOTHING LLC DBA/EVR BRANDS<br>19 WILLARD ROAD<br>NORWALK, CT 06851 | 06/06/2024<br>06/14/2024 | $8,327.27<br>$4,010.45 | SUPPLIER/VENDOR<br>SUPPLIER/VENDOR |
| **TOTAL FOR KORA RAE CLOTHING LLC DBA/EVR BRANDS** | | **$12,337.72** | |
| KRE BKLYNER 1134 FULTON LLC<br>390 BERRY ST, STE 200<br>BROOKLYN, NY 11249 | 06/07/2024<br>07/08/2024 | $55,833.33<br>$55,833.33 | LANDLORD<br>LANDLORD |
| **TOTAL FOR KRE BKLYNER 1134 FULTON LLC** | | **$111,666.66** | |
| LEVIN MANAGEMENT CORP<br>PO BOX 326<br>PLAINFIELD, NJ 07061 | 06/07/2024<br>06/14/2024<br>07/08/2024 | $41,233.33<br>$1,000.00<br>$41,233.33 | LANDLORD<br>LANDLORD<br>LANDLORD |
| **TOTAL FOR LEVIN MANAGEMENT CORP** | | **$83,466.66** | |
| LIBERTY SQUARE IN OZONE PARK LLC<br>70-13 AUSTIN STREET<br>FLUSHING, NY 11375 | 06/07/2024<br>07/08/2024 | $64,132.85<br>$64,132.85 | LANDLORD<br>LANDLORD |
| **TOTAL FOR LIBERTY SQUARE IN OZONE PARK LLC** | | **$128,265.70** | |
| LINDEN COMMONS & DEVELOPMENT ,LLC<br>546 FIFTH AVENUE. 15TH FLOOR<br>NEW YORK, NY 10036 | 06/07/2024<br>06/14/2024<br>07/08/2024 | $74,191.46<br>$320.98<br>$53,443.18 | LANDLORD<br>LANDLORD<br>LANDLORD |
| **TOTAL FOR LINDEN COMMONS & DEVELOPMENT ,LLC** | | **$127,955.62** | |
| LITTLER MENDELSON, PC<br>101 2ND STREET SUITE 1000<br>SAN FRANCISCO, CA 94105 | 05/16/2024<br>07/18/2024 | $11,736.00<br>$560.00 | SERVICES<br>SERVICES |
| **TOTAL FOR LITTLER MENDELSON, PC** | | **$12,296.00** | |
| LIV TO ORGANIZE<br>470 MALCOLM X BLVD. APT 4E<br>NEW YORK, NY 10037 | 06/06/2024<br>07/11/2024<br>07/25/2024<br>08/01/2024 | $11,040.00<br>$4,920.00<br>$10,160.00<br>$10,240.00 | SERVICES<br>SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR LIV TO ORGANIZE** | | **$36,360.00** | |
| LOS ANGELES COUNTY TAX COLLECTOR<br>KENNETH HAHN HALL OF ADMINISTRATION, 500 W TEMPLE STREET<br>LOS ANGELES, CA 90012 | 06/21/2024<br>07/18/2024 | $4,084.01<br>$9,744.40 | TAXING/REGULATORY AUTHORITY<br>TAXING/REGULATORY AUTHORITY |
| **TOTAL FOR LOS ANGELES COUNTY TAX COLLECTOR** | | **$13,828.41** | |
| M.C.P. ASSOCIATES, L.P.<br>4 BRIGHTON ROAD<br>CLIFTON, NJ 07012 | 05/16/2024<br>06/07/2024<br>07/08/2024 | $927.51<br>$28,487.13<br>$28,487.13 | LANDLORD<br>LANDLORD<br>LANDLORD |
| **TOTAL FOR M.C.P. ASSOCIATES, L.P.** | | **$57,901.77** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| MADINA ECO FRIENDLY, INC<br>234 WEST 56TH STREET, SUITE 400<br>NEW YORK, NY 10019 | 06/07/2024 | $54,083.00 | LANDLORD |
| | 07/08/2024 | $54,083.00 | LANDLORD |
| **TOTAL FOR MADINA ECO FRIENDLY, INC** | | **$108,166.00** | |
| MAHINDER SINGH RAWAT<br>ADDRESS ON FILE | 06/21/2024 | $5,990.00 | SUPPLIER/VENDOR |
| | 07/11/2024 | $5,750.00 | SUPPLIER/VENDOR |
| | 08/08/2024 | $5,510.00 | SUPPLIER/VENDOR |
| **TOTAL FOR MAHINDER SINGH RAWAT** | | **$17,250.00** | |
| MALIK ADAM ELZARIF<br>ADDRESS ON FILE | 05/16/2024 | $2,460.00 | SERVICES |
| | 06/04/2024 | $2,160.00 | SERVICES |
| | 06/14/2024 | $2,520.00 | SERVICES |
| | 06/28/2024 | $2,520.00 | SERVICES |
| | 07/11/2024 | $2,520.00 | SERVICES |
| | 07/25/2024 | $3,375.00 | SERVICES |
| | 08/08/2024 | $3,270.00 | SERVICES |
| **TOTAL FOR MALIK ADAM ELZARIF** | | **$18,825.00** | |
| MEHRAN PROPERTY MANAGEMENT, LTD.<br>33 EAST CARVER STREET, SUITE # 5<br>HUNTINGTON, NY 11743 | 06/07/2024 | $63,146.49 | LANDLORD |
| | 06/14/2024 | $707.69 | LANDLORD |
| | 07/08/2024 | $63,677.98 | LANDLORD |
| **TOTAL FOR MEHRAN PROPERTY MANAGEMENT, LTD.** | | **$127,532.16** | |
| META PLATFORMS, INC.<br>1601 WILLOW ROAD<br>MENLO PARK, CA 94025 | 06/06/2024 | $238,553.47 | SUPPLIER/VENDOR |
| | 07/18/2024 | $236,797.57 | SUPPLIER/VENDOR |
| | 08/08/2024 | $268,508.07 | SUPPLIER/VENDOR |
| **TOTAL FOR META PLATFORMS, INC.** | | **$743,859.11** | |
| MF ATHLETIC<br>PO BOX 8090<br>CRANSTON, RI 02920 | 05/16/2024 | $445.36 | SUPPLIER/VENDOR |
| | 05/23/2024 | $9,429.51 | SUPPLIER/VENDOR |
| | 06/06/2024 | $1,280.34 | SUPPLIER/VENDOR |
| | 07/18/2024 | $6,156.40 | SUPPLIER/VENDOR |
| | 08/01/2024 | $16,751.67 | SUPPLIER/VENDOR |
| **TOTAL FOR MF ATHLETIC** | | **$34,063.28** | |
| MOOD MEDIA NORTH AMERICA HOLDINGS<br>CORP<br>PO BOX 71070<br>CHARLOTTE, NC 28272-1070 | 06/06/2024 | $4,113.58 | SERVICES |
| | 07/11/2024 | $4,113.58 | SERVICES |
| | 08/08/2024 | $4,113.58 | SERVICES |
| **TOTAL FOR MOOD MEDIA NORTH AMERICA HOLDINGS<br>CORP** | | **$12,340.74** | |
| MORRIS, NICHOLS,ARSHT & TUNNELL LLP<br>PO BOX 1347<br>WILMINGTON, DE 19899-1347 | 08/08/2024 | $80,831.00 | LENDER FEES |
| **TOTAL FOR MORRIS, NICHOLS,ARSHT & TUNNELL LLP** | | **$80,831.00** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| MOTIONSOFT, INC.<br>1451 ROCKVILLE PIKE, SUITE 500<br>ROCKVILLE, MD 20852 | 05/16/2024 | $923.44 | SERVICES |
| | 06/14/2024 | $95,103.57 | SERVICES |
| | 07/11/2024 | $129,329.60 | SERVICES |
| | 07/18/2024 | $227,436.10 | SERVICES |
| **TOTAL FOR MOTIONSOFT, INC.** | | **$452,792.71** | |
| MOURI TECH LLC<br>1183 W JOHN CARPENTER FWY<br>IRVING, TX 75039 | 06/06/2024 | $6,000.00 | SERVICES |
| | 08/01/2024 | $6,000.00 | SERVICES |
| | 08/28/2024 | $6,000.00 | SERVICES |
| **TOTAL FOR MOURI TECH LLC** | | **$18,000.00** | |
| MOWAX VISUAL LLC<br>8350 N. CENTRAL EXPY STE M1009<br>DALLAS, TX 75206 | 05/16/2024 | $1,100.00 | SERVICES |
| | 05/23/2024 | $3,525.00 | SERVICES |
| | 06/06/2024 | $3,810.62 | SERVICES |
| **TOTAL FOR MOWAX VISUAL LLC** | | **$8,435.62** | |
| NEW GOLD EQUITIES<br>417 FIFTH AVENUE, 4TH FLOOR<br>NEW YORK, NY 10016 | 06/07/2024 | $63,903.53 | LANDLORD |
| | 06/14/2024 | $680.62 | LANDLORD |
| | 07/08/2024 | $63,903.53 | LANDLORD |
| **TOTAL FOR NEW GOLD EQUITIES** | | **$128,487.68** | |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION & FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 05/24/2024 | $425,087.96 | TAXING/REGULATORY AUTHORITY |
| | 06/25/2024 | $423,323.23 | TAXING/REGULATORY AUTHORITY |
| | 07/24/2024 | $421,612.95 | TAXING/REGULATORY AUTHORITY |
| **TOTAL FOR NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE** | | **$1,270,024.14** | |
| NOSTRAND PROPERTY OWNER LLC<br>150 EAST 58TH STREET, PH<br>NEW YORK, NY 10155 | 06/07/2024 | $93,361.78 | LANDLORD |
| | 06/14/2024 | $2,040.61 | LANDLORD |
| | 07/08/2024 | $93,361.78 | LANDLORD |
| **TOTAL FOR NOSTRAND PROPERTY OWNER LLC** | | **$188,764.17** | |
| NYC DEPARTMENT OF FINANCE<br>66 JOHN STREET, ROOM 104<br>NEW YORK, NY 10038 | 06/20/2024 | $23,841.42 | TAXING/REGULATORY AUTHORITY |
| **TOTAL FOR NYC DEPARTMENT OF FINANCE** | | **$23,841.42** | |
| OAK LAWN JOINT VENTURE I, L.L.C.<br>302 DATURA STREET STE 100<br>WEST PALM BEACH, FL 33401-5481 | 06/07/2024 | $25,234.35 | LANDLORD |
| | 06/21/2024 | $10,480.80 | LANDLORD |
| | 07/08/2024 | $25,234.35 | LANDLORD |
| **TOTAL FOR OAK LAWN JOINT VENTURE I, L.L.C.** | | **$60,949.50** | |
| OHASHI & HORN LLP<br>325 N. ST PAUL STREET, SUITE 4400<br>DALLAS, TX 75201 | 06/07/2024 | $25,000.00 | LANDLORD |
| | 07/08/2024 | $25,000.00 | LANDLORD |
| **TOTAL FOR OHASHI & HORN LLP** | | **$50,000.00** | |
| ONIX NETWORKING CORP<br>1991 CROCKER ROAD, SUITE 600<br>WESTLAKE, OH 44145 | 08/08/2024 | $45,887.04 | SERVICES |
| | 08/09/2024 | $45,887.04 | SERVICES |
| **TOTAL FOR ONIX NETWORKING CORP** | | **$91,774.08** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| ONSITE MEDIA SOLUTIONS, LLC<br>P O BOX 682675<br>PARK CITY, UT  84068 | 06/06/2024 | $22,103.21 | SUPPLIER/VENDOR |
| **TOTAL FOR ONSITE MEDIA SOLUTIONS, LLC** | | **$22,103.21** | |
| OTIS ELEVATOR COMPANY<br>P.O. BOX 13716<br>NEWARK, NJ  71880716 | 05/23/2024<br>08/01/2024 | $4,478.25<br>$3,617.40 | SUPPLIER/VENDOR<br>SUPPLIER/VENDOR |
| **TOTAL FOR OTIS ELEVATOR COMPANY** | | **$8,095.65** | |
| PACIFIC BLVD HOLDINGS 26 LLC<br>1330 FACTORY PLACE BUILDING E<br>LOS ANGELES, CA  90013 | 06/07/2024<br>07/08/2024 | $77,911.10<br>$77,911.10 | LANDLORD<br>LANDLORD |
| **TOTAL FOR PACIFIC BLVD HOLDINGS 26 LLC** | | **$155,822.20** | |
| PANOS FITNESS<br>C/O DEAN PANOS<br>4979 W. TAFT RD<br>LIVERPOOL, NY  13088 | 05/16/2024 | $41,339.29 | FRANCHISEE |
| **TOTAL FOR PANOS FITNESS** | | **$41,339.29** | |
| PARAMOUNT GLOBAL<br>1515 BROADWAY, 50TH FL<br>NEW YORK, NY  10036 | 06/07/2024<br>07/08/2024 | $100,000.00<br>$100,000.00 | LANDLORD<br>LANDLORD |
| **TOTAL FOR PARAMOUNT GLOBAL** | | **$200,000.00** | |
| PARAMOUNT PROPERTY MANAGEMENT, INC.<br>PO BOX 32190<br>NEWARK, NJ  07102 | 06/07/2024<br>07/08/2024 | $42,173.89<br>$44,507.23 | LANDLORD<br>LANDLORD |
| **TOTAL FOR PARAMOUNT PROPERTY MANAGEMENT, INC.** | | **$86,681.12** | |
| PAYCLEARLY<br>1905 S FLORIDA AVENUE<br>LAKELAND, FL  33803 | 08/08/2024<br>08/09/2024 | $51,518.87<br>$7,207.39 | SUPPLIER/VENDOR<br>SUPPLIER/VENDOR |
| **TOTAL FOR PAYCLEARLY** | | **$58,726.26** | |
| PEPSI COLA BOTTLING COMPANY OF NEW YORK<br>P.O. BOX 741076<br>ATLANTA, GA  303741076 | 05/16/2024<br>05/23/2024<br>06/06/2024<br>06/14/2024<br>06/21/2024<br>06/27/2024<br>07/11/2024<br>08/01/2024 | $18,923.26<br>$7,987.92<br>$24,943.89<br>$7,598.33<br>$10,388.33<br>$8,993.13<br>$14,936.68<br>$25,243.38 | SUPPLIER/VENDOR<br>SUPPLIER/VENDOR<br>SUPPLIER/VENDOR<br>SUPPLIER/VENDOR<br>SUPPLIER/VENDOR<br>SUPPLIER/VENDOR<br>SUPPLIER/VENDOR<br>SUPPLIER/VENDOR |
| **TOTAL FOR PEPSI COLA BOTTLING COMPANY OF NEW YORK** | | **$119,014.92** | |
| PEPSI-COLA<br>P.O BOX 75948<br>CHICAGO, IL  60675-5948 | 06/14/2024<br>06/21/2024<br>08/08/2024 | $19,147.90<br>$3,574.79<br>$10,869.46 | SUPPLIER/VENDOR<br>SUPPLIER/VENDOR<br>SUPPLIER/VENDOR |
| **TOTAL FOR PEPSI-COLA** | | **$33,592.15** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| PHILADELPHIA HARBISON LP<br>1401 BROAD ST.<br>CLIFTON, NJ 07013 | 06/07/2024 | $46,354.00 | LANDLORD |
| | 06/14/2024 | $260.11 | LANDLORD |
| | 07/08/2024 | $46,354.00 | LANDLORD |
| **TOTAL FOR PHILADELPHIA HARBISON LP** | | **$92,968.11** | |
| PK II BROOKHURST CENTER LP<br>3333 NEW HYDE PARK ROAD, SUITE 100<br>NEW HYDE PARK, NY 11042 | 06/07/2024 | $37,093.12 | LANDLORD |
| | 07/08/2024 | $32,860.71 | LANDLORD |
| **TOTAL FOR PK II BROOKHURST CENTER LP** | | **$69,953.83** | |
| PLAINFIELD REALTY, LLC<br>112 W. 34TH STREET, SUITE 2106<br>NEW YORK, NY 10120 | 06/07/2024 | $30,021.69 | LANDLORD |
| | 07/08/2024 | $30,021.69 | LANDLORD |
| **TOTAL FOR PLAINFIELD REALTY, LLC** | | **$60,043.38** | |
| PLATINUM GYM ONE, INC<br>71 DODGE STREET, ROUTE 1A<br>BEVERLY, MA 01915 | 05/16/2024 | $16,066.88 | FRANCHISEE |
| | 06/14/2024 | $1,124.96 | FRANCHISEE |
| | 07/25/2024 | $1,171.61 | FRANCHISEE |
| **TOTAL FOR PLATINUM GYM ONE, INC** | | **$18,363.45** | |
| PLATINUM GYM TWO, INC DBA BLINK<br>MEDFORD<br>465 SALEM STREET<br>MEDFORD, MA 02155 | 05/16/2024 | $28,502.60 | FRANCHISEE |
| | 06/14/2024 | $2,496.54 | FRANCHISEE |
| | 07/25/2024 | $2,441.38 | FRANCHISEE |
| **TOTAL FOR PLATINUM GYM TWO, INC DBA BLINK MEDFORD** | | **$33,440.52** | |
| PPC COMMERCIAL LLC<br>C/O MALL PROPERTIES, INC., P.O. BOX 304, DEPT. 5000<br>EMERSON, NJ 07630 | 06/07/2024 | $43,801.45 | LANDLORD |
| | 06/14/2024 | $2,930.76 | LANDLORD |
| | 07/08/2024 | $43,641.89 | LANDLORD |
| **TOTAL FOR PPC COMMERCIAL LLC** | | **$90,374.10** | |
| PRECOR<br>PO BOX 3136<br>CAROL STREAM, IL 601323136 | 05/23/2024 | $2,352.11 | SUPPLIER/VENDOR |
| | 06/06/2024 | $3,362.14 | SUPPLIER/VENDOR |
| | 06/14/2024 | $4,198.13 | SUPPLIER/VENDOR |
| | 07/11/2024 | $1,429.04 | SUPPLIER/VENDOR |
| | 07/18/2024 | $971.48 | SUPPLIER/VENDOR |
| | 08/01/2024 | $6,812.98 | SUPPLIER/VENDOR |
| | 08/08/2024 | $6,267.78 | SUPPLIER/VENDOR |
| **TOTAL FOR PRECOR** | | **$25,393.66** | |
| PRIMESTOR<br>JORDAN DOWNS<br>10000 WASHINGTON BLVD, SUITE 300<br>CULVER CITY, CA 90232 | 06/07/2024 | $82,374.19 | LANDLORD |
| | 06/14/2024 | $868.35 | LANDLORD |
| | 07/08/2024 | $82,663.64 | LANDLORD |
| **TOTAL FOR PRIMESTOR** | | **$165,906.18** | |
| PROTRAININGS LLC<br>6452 E FULTON, STE #1<br>ADA, MI 49301 | 06/06/2024 | $6,210.00 | SUPPLIER/VENDOR |
| | 07/18/2024 | $6,330.00 | SUPPLIER/VENDOR |
| **TOTAL FOR PROTRAININGS LLC** | | **$12,540.00** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| QUALITY BUILDING SERVICES CORP.<br>PO BOX 4525<br>NEW YORK, NY 10163 | 06/06/2024 | $2,845.14 | SERVICES |
| | 07/18/2024 | $2,845.14 | SERVICES |
| | 08/08/2024 | $2,845.14 | SERVICES |
| **TOTAL FOR QUALITY BUILDING SERVICES CORP.** | | **$8,535.42** | |
| RANA PROPERTY HOLDINGS, LLC<br>C/O QUINE & ASSOCIATES<br>301 SOUTH SHERMAN, SUITE 100<br>RICHARDSON, TX 75081 | 06/07/2024 | $25,196.25 | LANDLORD |
| | 06/13/2024 | $297.69 | LANDLORD |
| | 07/08/2024 | $25,196.25 | LANDLORD |
| **TOTAL FOR RANA PROPERTY HOLDINGS, LLC** | | **$50,690.19** | |
| RANCHO MARKETPLACE GATEWAY, LLC<br>120 NORTH ROBERTSON BLVD., 3RD<br>FLOOR<br>LOS ANGELES, CA 90048 | 06/07/2024 | $43,554.85 | LANDLORD |
| | 06/14/2024 | $29,131.63 | LANDLORD |
| | 07/08/2024 | $43,554.85 | LANDLORD |
| **TOTAL FOR RANCHO MARKETPLACE GATEWAY, LLC** | | **$116,241.33** | |
| RAY MEDIA ADVISORY<br>85 LACKAWAXEN ROAD<br>NARROWSBURG, NY 12764 | 06/21/2024 | $16,400.00 | SUPPLIER/VENDOR |
| | 08/01/2024 | $33,469.69 | SUPPLIER/VENDOR |
| **TOTAL FOR RAY MEDIA ADVISORY** | | **$49,869.69** | |
| RECYCLE TRACK SYSTEMS INC<br>435 HUDSON STREET, SUITE 404<br>NEW YORK, NY 10014 | 05/16/2024 | $38,539.66 | SERVICES |
| | 05/23/2024 | $46,561.34 | SERVICES |
| | 06/06/2024 | $44,857.57 | SERVICES |
| | 06/27/2024 | $45,587.43 | SERVICES |
| | 08/01/2024 | $45,358.99 | SERVICES |
| | 08/08/2024 | $45,569.15 | SERVICES |
| **TOTAL FOR RECYCLE TRACK SYSTEMS INC** | | **$266,474.14** | |
| REGENCY CENTERS, L.P<br>5510-5520 BROADWAY LLC, P.O. BOX<br>844235<br>BOSTON, MA 22844235 | 06/07/2024 | $59,631.44 | LANDLORD |
| | 06/14/2024 | $200.00 | LANDLORD |
| | 07/08/2024 | $59,631.44 | LANDLORD |
| **TOTAL FOR REGENCY CENTERS, L.P** | | **$119,462.88** | |
| RELIABLE PROPERTIES<br>6420 WILSHIRE BLVD, STE 1500<br>LOS ANGELES, CA 90048 | 06/07/2024 | $43,060.27 | LANDLORD |
| | 07/08/2024 | $43,060.27 | LANDLORD |
| **TOTAL FOR RELIABLE PROPERTIES** | | **$86,120.54** | |
| RESOLVER INC<br>111 PETER ST SUITE 804<br>TORONTO, ON M5V 2H1<br>CANADA | 07/18/2024 | $25,270.75 | SERVICES |
| **TOTAL FOR RESOLVER INC** | | **$25,270.75** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| RICHARD BONSU<br>ADDRESS ON FILE | 05/23/2024 | $2,975.00 | CONTRACTOR |
| | 06/06/2024 | $3,010.00 | CONTRACTOR |
| | 06/21/2024 | $3,010.00 | CONTRACTOR |
| | 07/03/2024 | $3,000.00 | CONTRACTOR |
| | 07/18/2024 | $2,975.00 | CONTRACTOR |
| | 08/01/2024 | $3,150.00 | CONTRACTOR |
| | 08/09/2024 | $1,610.00 | CONTRACTOR |
| **TOTAL FOR RICHARD BONSU** | | **$19,740.00** | |
| SALMAN CAPITAL LLC<br>35 JOURNAL SQUARE, 4TH FLOOR<br>JERSEY CITY, NJ 07306 | 06/07/2024 | $42,291.38 | LANDLORD |
| | 07/08/2024 | $42,291.38 | LANDLORD |
| **TOTAL FOR SALMAN CAPITAL LLC** | | **$84,582.76** | |
| SBC TAX COLLECTOR<br>268 W. HOSPITALITY LANE, FIRST FLOOR<br>SAN BERNARDINO, CA 92415 | 08/08/2024 | $17,636.77 | TAXING/REGULATORY AUTHORITY |
| **TOTAL FOR SBC TAX COLLECTOR** | | **$17,636.77** | |
| SERVICECHANNEL.COM, INC<br>18 EAST 16TH STREET 2ND FLR<br>NEW YORK, NY 10003 | 05/16/2024 | $137,610.54 | SUPPLIER/VENDOR |
| | 06/06/2024 | $134,511.55 | SUPPLIER/VENDOR |
| | 06/14/2024 | $205,836.08 | SUPPLIER/VENDOR |
| | 06/21/2024 | $129,778.11 | SUPPLIER/VENDOR |
| | 07/18/2024 | $439,648.19 | SUPPLIER/VENDOR |
| | 07/25/2024 | $201,856.81 | SUPPLIER/VENDOR |
| | 08/01/2024 | $163,876.71 | SUPPLIER/VENDOR |
| **TOTAL FOR SERVICECHANNEL.COM, INC** | | **$1,413,117.99** | |
| SERVICECHANNEL.COM, INC-FEE<br>PO BOX 392642<br>PITTSBURGH, PA 15251-9642 | 06/14/2024 | $8,328.95 | SUPPLIER/VENDOR |
| | 08/01/2024 | $16,657.90 | SUPPLIER/VENDOR |
| **TOTAL FOR SERVICECHANNEL.COM, INC-FEE** | | **$24,986.85** | |
| SJU PROPERTY HOLDINGS LLC<br>26 SOUTH VALLEY ROAD<br>WEST ORANGE, NJ 07052 | 06/07/2024 | $35,495.41 | LANDLORD |
| | 07/08/2024 | $29,500.00 | LANDLORD |
| **TOTAL FOR SJU PROPERTY HOLDINGS LLC** | | **$64,995.41** | |
| SOL GOLDMAN INVESTMENTS, LLC<br>1185 6TH AVENUE, 10TH FLOOR<br>NEW YORK, NY 100362604 | 06/07/2024 | $135,500.00 | LANDLORD |
| | 07/08/2024 | $135,500.00 | LANDLORD |
| **TOTAL FOR SOL GOLDMAN INVESTMENTS, LLC** | | **$271,000.00** | |
| SOUTHERN BLVD DEVELOPMENT LLC<br>33-06 88TH ST, STE 210<br>JACKSON HEIGHTS, NY 11372 | 06/07/2024 | $41,575.00 | LANDLORD |
| | 06/14/2024 | $1,415.14 | LANDLORD |
| | 07/08/2024 | $41,575.00 | LANDLORD |
| **TOTAL FOR SOUTHERN BLVD DEVELOPMENT LLC** | | **$84,565.14** | |

Debtor    Blink Holdings, Inc. _____    Case number (if known) 24-11686
          (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| SOUTH-WHIT SHOPPING CENTER<br>ASSOCIATES LP<br>500 OLD COUNTRY ROAD, SUITE 200<br>GARDEN CITY, NY  11530 | 06/07/2024<br>07/08/2024 | $41,435.13<br>$41,916.55 | LANDLORD<br>LANDLORD |
| **TOTAL FOR SOUTH-WHIT SHOPPING CENTER ASSOCIATES LP** | | **$83,351.68** | |
| STELLA RISING INC.<br>1221 POST ROAD EAST<br>WESTPORT, CT  06880 | 06/14/2024 | $23,586.19 | SERVICES |
| **TOTAL FOR STELLA RISING INC.** | | **$23,586.19** | |
| STERLING VALUE ADD INVESTMENTS<br>302 DATURA STREET, SUITE 100<br>WEST PALM BEACH, FL  33401 | 06/07/2024<br>07/08/2024 | $46,526.55<br>$46,526.55 | LANDLORD<br>LANDLORD |
| **TOTAL FOR STERLING VALUE ADD INVESTMENTS** | | **$93,053.10** | |
| STERN ENVIRONMENTAL GROUP, LLC<br>30 SEAVIEW DRIVE<br>SECAUCUS, NJ  07094 | 05/16/2024<br>05/23/2024<br>06/06/2024<br>06/14/2024<br>06/27/2024<br>07/11/2024<br>07/25/2024<br>08/08/2024 | $488.81<br>$550.00<br>$8,460.18<br>$163.31<br>$814.37<br>$9,826.37<br>$1,122.80<br>$9,341.44 | SUPPLIER/VENDOR<br>SUPPLIER/VENDOR<br>SUPPLIER/VENDOR<br>SUPPLIER/VENDOR<br>SUPPLIER/VENDOR<br>SUPPLIER/VENDOR<br>SUPPLIER/VENDOR<br>SUPPLIER/VENDOR |
| **TOTAL FOR STERN ENVIRONMENTAL GROUP, LLC** | | **$30,767.28** | |
| STRENGTH 365 CORP.<br>115 WEST 27TH STREET, 11TH FLOOR<br>NEW YORK, NY  10001 | 05/23/2024<br>07/03/2024 | $8,375.00<br>$8,375.00 | SERVICES<br>SERVICES |
| **TOTAL FOR STRENGTH 365 CORP.** | | **$16,750.00** | |
| SUITE SPOT LLC<br>162 WEST 21ST STREET, 2ND FLOOR<br>NEW YORK, NY  10011 | 06/14/2024<br>08/01/2024 | $11,500.00<br>$11,500.00 | SUPPLIER/VENDOR<br>SUPPLIER/VENDOR |
| **TOTAL FOR SUITE SPOT LLC** | | **$23,000.00** | |
| SUN VALLEY TOWERS, LLC<br>31-10 37TH AVE, SUITE 500<br>LONG ISLAND CITY, NY  11101 | 06/07/2024<br>07/08/2024 | $45,702.67<br>$45,702.67 | LANDLORD<br>LANDLORD |
| **TOTAL FOR SUN VALLEY TOWERS, LLC** | | **$91,405.34** | |
| TCB-STONEBROOK, LLC<br>353 N. CLARK ST., SUITE 3625<br>CHICAGO, IL  60654 | 06/07/2024<br>07/08/2024 | $26,181.84<br>$26,181.84 | LANDLORD<br>LANDLORD |
| **TOTAL FOR TCB-STONEBROOK, LLC** | | **$52,363.68** | |
| TD EQUIPMENT FINANCE, INC<br>1006 ASTORIA BOULEVARD<br>CHERRY HILL, NJ  08034 | 06/06/2024 | $42,701.10 | EQUIPMENT LEASES |
| **TOTAL FOR TD EQUIPMENT FINANCE, INC** | | **$42,701.10** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer <br> *Check all that apply* |
|---|---|---|---|
| TECHNOGYM USA CORP <br> 700 US HIGHWAY 46 EAST, 2ND FLOOR <br> FAIRFIELD, NJ 07004 | 06/14/2024 <br> 08/08/2024 | $26,542.44 <br> $26,652.60 | SERVICES <br> SERVICES |
| **TOTAL FOR TECHNOGYM USA CORP** | | **$53,195.04** | |
| THE ABS COMPANY <br> 8429 LORRAINE RD #362 <br> LAKEWOOD RANCH, FL 34202 | 06/14/2024 <br> 06/27/2024 <br> 07/11/2024 <br> 08/01/2024 <br> 08/08/2024 | $6,598.00 <br> $6,448.00 <br> $1,050.00 <br> $908.60 <br> $774.80 | SUPPLIER/VENDOR <br> SUPPLIER/VENDOR <br> SUPPLIER/VENDOR <br> SUPPLIER/VENDOR <br> SUPPLIER/VENDOR |
| **TOTAL FOR THE ABS COMPANY** | | **$15,779.40** | |
| THE THEATER BUILDING ENTERPRISE, LLC <br> PO BOX 180075 <br> BROOKLYN, NY 11218 | 06/07/2024 <br> 06/14/2024 <br> 07/08/2024 | $49,500.00 <br> $1,232.54 <br> $49,500.00 | LANDLORD <br> LANDLORD <br> LANDLORD |
| **TOTAL FOR THE THEATER BUILDING ENTERPRISE, LLC** | | **$100,232.54** | |
| THIRD AVENUE TOWER OWNER, LLC <br> PO BOX 49038 <br> BALTIMORE, MD 21297 | 06/07/2024 <br> 06/14/2024 <br> 07/08/2024 | $84,963.22 <br> $762.50 <br> $77,311.79 | LANDLORD <br> LANDLORD <br> LANDLORD |
| **TOTAL FOR THIRD AVENUE TOWER OWNER, LLC** | | **$163,037.51** | |
| THREE PILLAR GLOBAL, INC. <br> PO BOX 347731 <br> PITTSBURGH, PA 152514731 | 06/14/2024 | $44,178.94 | SERVICES |
| **TOTAL FOR THREE PILLAR GLOBAL, INC.** | | **$44,178.94** | |
| TOWEL TRACKER LLC <br> 950 VITALITY DR NW, SUITE A <br> COMSTOCK PARK, MI 49321 | 05/23/2024 <br> 06/06/2024 <br> 07/11/2024 <br> 08/01/2024 | $3,303.00 <br> $7,755.86 <br> $3,408.00 <br> $2,688.00 | SUPPLIER/VENDOR <br> SUPPLIER/VENDOR <br> SUPPLIER/VENDOR <br> SUPPLIER/VENDOR |
| **TOTAL FOR TOWEL TRACKER LLC** | | **$17,154.86** | |
| TRIANGLE SIGN SERVICES <br> 11 AZAR COURT <br> BALTIMORE, MD 21227 | 07/03/2024 | $12,261.09 | SUPPLIER/VENDOR |
| **TOTAL FOR TRIANGLE SIGN SERVICES** | | **$12,261.09** | |
| UE BERGEN MALL OWNER LLC <br> P.O. BOX 646411 <br> CINCINNATI, OH 45264 | 06/07/2024 <br> 07/08/2024 | $63,010.54 <br> $63,010.54 | LANDLORD <br> LANDLORD |
| **TOTAL FOR UE BERGEN MALL OWNER LLC** | | **$126,021.08** | |
| US FITNESS SERVICE <br> 377 TROWBIDGE RD <br> ELK GROVE VILLAGE, IL 60007 | 05/23/2024 <br> 06/27/2024 <br> 07/11/2024 <br> 07/25/2024 | $3,027.00 <br> $1,845.00 <br> $2,634.66 <br> $7,858.20 | SUPPLIER/VENDOR <br> SUPPLIER/VENDOR <br> SUPPLIER/VENDOR <br> SUPPLIER/VENDOR |
| **TOTAL FOR US FITNESS SERVICE** | | **$15,364.86** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| UTILISAVE, LLC<br>8 LOMBARDY ST. #43000. NEWARK<br>NEWARK, NJ 07102 | 06/27/2024 | $15,684.28 | UTILITIES |
| **TOTAL FOR UTILISAVE, LLC** | | **$15,684.28** | |
| VALIDITY, INC.<br>100 SUMMER STREET. SUITE 2900<br>BOSTON, MA 02110 | 07/25/2024 | $54,177.38 | SUPPLIER/VENDOR |
| **TOTAL FOR VALIDITY, INC.** | | **$54,177.38** | |
| VBGO PENN PLAZA, LLC<br>292 MADISON AVENUE. 7TH FLOOR<br>NEW YORK, NY 10017 | 06/07/2024 | $120,000.00 | LANDLORD |
| | 07/08/2024 | $120,000.00 | LANDLORD |
| **TOTAL FOR VBGO PENN PLAZA, LLC** | | **$240,000.00** | |
| VERICOM GROUP, LLC<br>312 W. MILLBROOK RD, SUITE 233<br>RALEIGH, NC 27609 | 06/06/2024 | $88,308.65 | SERVICES |
| | 06/21/2024 | $98,284.15 | SERVICES |
| | 07/11/2024 | $29,987.07 | SERVICES |
| | 08/01/2024 | $37,881.45 | SERVICES |
| **TOTAL FOR VERICOM GROUP, LLC** | | **$254,461.32** | |
| W.B. MASON CO., INC.<br>59 CENTRE ST<br>BROCKTON, MA 02303 | 05/23/2024 | $7,899.77 | SUPPLIER/VENDOR |
| | 06/06/2024 | $2,143.02 | SUPPLIER/VENDOR |
| | 06/14/2024 | $944.75 | SUPPLIER/VENDOR |
| | 06/27/2024 | $6,358.98 | SUPPLIER/VENDOR |
| | 07/11/2024 | $2,148.53 | SUPPLIER/VENDOR |
| **TOTAL FOR W.B. MASON CO., INC.** | | **$19,495.05** | |
| WB RANCOCAS HOLDINGS, LLC<br>PO BOX 1575<br>LAKEWOOD, NJ 08701 | 06/07/2024 | $10,000.00 | LANDLORD |
| | 07/08/2024 | $9,778.34 | LANDLORD |
| **TOTAL FOR WB RANCOCAS HOLDINGS, LLC** | | **$19,778.34** | |
| WEST 116 OWNERS RETAIL, LLC<br>1735 PARK AVENUE<br>NEW YORK, NY 10035 | 06/07/2024 | $60,910.15 | LANDLORD |
| | 07/08/2024 | $60,910.15 | LANDLORD |
| **TOTAL FOR WEST 116 OWNERS RETAIL, LLC** | | **$121,820.30** | |
| WHITESTONE REIT OPERATING<br>PARTNERSHIP, L.P.<br>WHITESTONE HERITAGE TRACE PLAZA 1<br>LLC<br>2600 SOUTH GESSNER ROAD, SUITE 500<br>HOUSTON, TX 77063 | 06/07/2024 | $26,063.33 | LANDLORD |
| | 07/08/2024 | $26,063.33 | LANDLORD |
| **TOTAL FOR WHITESTONE REIT OPERATING PARTNERSHIP, L.P.** | | **$52,126.66** | |
| WILLIS (BERMUDA) LTD<br>WELLESLEY HOUSE. 2ND FLOOR. 90 PITTS<br>BAY ROAD<br>PEMBROKE HM08<br>BERMUDA | 05/23/2024 | $9,200.00 | SERVICES |
| **TOTAL FOR WILLIS (BERMUDA) LTD** | | **$9,200.00** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| WILLIS TOWERS WATSON NORTHEAST, INC.<br>200 LIBERTY STREET<br>NEW YORK, NY 10281 | 07/18/2024 | $9,414.31 | SERVICES |
|  | 08/08/2024 | $443,000.00 | SERVICES |
| **TOTAL FOR WILLIS TOWERS WATSON NORTHEAST, INC.** | | **$452,414.31** | |
| WISETAIL<br>BIGART-ECOSYSTIMES, LLC, 5301 RIATA PARK COURT F<br>AUSTIN, TX 78727 | 06/14/2024 | $3,963.05 | SERVICES |
|  | 07/18/2024 | $3,963.05 | SERVICES |
|  | 08/08/2024 | $3,963.05 | SERVICES |
| **TOTAL FOR WISETAIL** | | **$11,889.15** | |
| XL- REAL PROPERTY MANAGEMENT LLC<br>80 FIFTH AVENUE, SUITE 1501<br>NEW YORK, NY 10011 | 06/07/2024 | $114,124.00 | LANDLORD |
|  | 06/14/2024 | $2,753.05 | LANDLORD |
|  | 07/08/2024 | $114,124.00 | LANDLORD |
| **TOTAL FOR XL- REAL PROPERTY MANAGEMENT LLC** | | **$231,001.05** | |
| YEXT, INC.<br>1 MADISON AVENUE, 5TH FLOOR<br>NEW YORK, NY 10010 | 08/08/2024 | $44,140.32 | SUPPLIER/VENDOR |
| **TOTAL FOR YEXT, INC.** | | **$44,140.32** | |
| ZONES LLC<br>1102 – 15TH ST. S.W. SUITE #102<br>AUBURN, WA 98001 | 05/16/2024 | $2,912.49 | SERVICES |
|  | 05/23/2024 | $6,679.96 | SERVICES |
|  | 06/06/2024 | $923.30 | SERVICES |
|  | 06/14/2024 | $58.46 | SERVICES |
|  | 06/27/2024 | $4,401.49 | SERVICES |
|  | 07/11/2024 | $2,354.25 | SERVICES |
|  | 07/18/2024 | $10,103.74 | SERVICES |
|  | 07/25/2024 | $7,998.99 | SERVICES |
|  | 08/01/2024 | $172.42 | SERVICES |
| **TOTAL FOR ZONES LLC** | | **$35,605.10** | |
| **GRAND TOTAL:** | | **$23,962,638.84** | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| CARISSA GANELLI<br>ADDRESS ON FILE<br><br>**Relationship to Debtor**<br>SENIOR VICE PRESIDENT, TECHNOLOGY | 08/18/2023 | $59.54 | EMPLOYEE BENEFIT |
|  | 08/18/2023 | $15,307.69 | SALARY AND WAGES |
|  | 09/01/2023 | $74.37 | EMPLOYEE BENEFIT |
|  | 09/01/2023 | $15,307.69 | SALARY AND WAGES |
|  | 09/15/2023 | $59.54 | EMPLOYEE BENEFIT |
|  | 09/15/2023 | $15,307.69 | SALARY AND WAGES |
|  | 09/29/2023 | $59.54 | EMPLOYEE BENEFIT |
|  | 09/29/2023 | $15,307.69 | SALARY AND WAGES |
|  | 10/13/2023 | $74.37 | EMPLOYEE BENEFIT |
|  | 10/13/2023 | $15,307.69 | SALARY AND WAGES |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | 10/27/2023 | $59.54 | EMPLOYEE BENEFIT |
| | 10/27/2023 | $15,307.69 | SALARY AND WAGES |
| | 11/10/2023 | $74.37 | EMPLOYEE BENEFIT |
| | 11/10/2023 | $15,307.69 | SALARY AND WAGES |
| | 11/24/2023 | $59.54 | EMPLOYEE BENEFIT |
| | 11/24/2023 | $15,307.69 | SALARY AND WAGES |
| | 12/08/2023 | $74.37 | EMPLOYEE BENEFIT |
| | 12/08/2023 | $15,307.69 | SALARY AND WAGES |
| | 12/22/2023 | $559.54 | EMPLOYEE BENEFIT |
| | 12/22/2023 | $15,307.69 | SALARY AND WAGES |
| | 01/05/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 01/05/2024 | $15,307.69 | SALARY AND WAGES |
| | 01/19/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 01/19/2024 | $15,307.69 | SALARY AND WAGES |
| | 01/31/2024 | $15,666.67 | EMPLOYEE BONUS |
| | 02/02/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 02/02/2024 | $15,307.69 | SALARY AND WAGES |
| | 02/16/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 02/16/2024 | $15,307.69 | SALARY AND WAGES |
| | 03/01/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 03/01/2024 | $15,307.69 | SALARY AND WAGES |
| | 03/15/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 03/15/2024 | $15,307.69 | SALARY AND WAGES |
| | 03/29/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 03/29/2024 | $113,430.00 | EMPLOYEE BONUS |
| | 03/29/2024 | $15,307.69 | SALARY AND WAGES |
| | 04/12/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 04/12/2024 | $15,499.04 | SALARY AND WAGES |
| | 04/26/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 04/26/2024 | $15,690.38 | SALARY AND WAGES |
| | 05/10/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 05/10/2024 | $15,690.38 | SALARY AND WAGES |
| | 05/24/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 05/24/2024 | $15,690.38 | SALARY AND WAGES |
| | 06/07/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 06/07/2024 | $15,690.38 | SALARY AND WAGES |
| | 06/21/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 06/21/2024 | $15,690.38 | SALARY AND WAGES |
| | 07/05/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 07/05/2024 | $15,690.38 | SALARY AND WAGES |
| | 07/19/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 07/19/2024 | $15,690.38 | SALARY AND WAGES |
| | 08/02/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 08/02/2024 | $15,690.38 | SALARY AND WAGES |
| | 08/09/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 08/09/2024 | $15,690.38 | SALARY AND WAGES |
| **TOTAL FOR CARISSA GANELLI** | | **$548,325.40** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| CYNTHIA A. KLOCEK<br>ADDRESS ON FILE | 05/24/2024 | $5,288.46 | SALARY AND WAGES |
| | 06/07/2024 | $15.58 | EMPLOYEE BENEFIT |
| **Relationship to Debtor**<br>VICE PRESIDENT, FIELD OPERATIONS | 06/07/2024 | $10,576.92 | SALARY AND WAGES |
| | 06/21/2024 | $15.58 | EMPLOYEE BENEFIT |
| | 06/21/2024 | $10,576.92 | SALARY AND WAGES |
| | 07/05/2024 | $15.58 | EMPLOYEE BENEFIT |
| | 07/05/2024 | $341.41 | EMPLOYEE REIMBURSEMENT |
| | 07/05/2024 | $10,576.92 | SALARY AND WAGES |
| | 07/19/2024 | $30.41 | EMPLOYEE BENEFIT |
| | 07/19/2024 | $10,576.92 | SALARY AND WAGES |
| | 08/02/2024 | $30.41 | EMPLOYEE BENEFIT |
| | 08/02/2024 | $10,576.92 | SALARY AND WAGES |
| **TOTAL FOR CYNTHIA A. KLOCEK** | | **$58,622.03** | |
| EQUINOX HOLDING, INC.<br>31 HUDSON YARDS<br>NEW YORK, NY  10001 | 08/15/2023 | $2,004,975.91 | TSA SERVICES |
| | 11/17/2023 | $1,609,648.98 | TSA SERVICES |
| **Relationship to Debtor**<br>SHAREHOLDER | 02/23/2024 | $1,799,230.48 | TSA SERVICES |
| | 06/01/2024 | $2,540,395.30 | TSA SERVICES |
| | 06/17/2024 | $579,196.66 | TSA SERVICES |
| | 06/27/2024 | $206,542.31 | TSA SERVICES |
| | 07/03/2024 | $469,569.40 | TSA SERVICES |
| | 07/25/2024 | $1,155,330.44 | TSA SERVICES |
| | 08/01/2024 | $139,783.99 | TSA SERVICES |
| | 08/08/2024 | $1,456,473.86 | TSA SERVICES |
| **TOTAL FOR EQUINOX HOLDING, INC.** | | **$11,961,147.33** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| GUY HARKLESS<br>ADDRESS ON FILE<br><br>**Relationship to Debtor**<br>PRESIDENT AND SECRETARY | 11/10/2023 | $59.54 | EMPLOYEE BENEFIT |
| | 11/10/2023 | $3,136.76 | EXPENSE REIMBURSEMENT |
| | 11/10/2023 | $20,000.00 | SALARY AND WAGES |
| | 11/24/2023 | $74.37 | EMPLOYEE BENEFIT |
| | 11/24/2023 | $4,818.22 | EXPENSE REIMBURSEMENT |
| | 11/24/2023 | $20,000.00 | SALARY AND WAGES |
| | 12/08/2023 | $74.37 | EMPLOYEE BENEFIT |
| | 12/08/2023 | $20,000.00 | SALARY AND WAGES |
| | 12/22/2023 | $59.54 | EMPLOYEE BENEFIT |
| | 12/22/2023 | $20,000.00 | SALARY AND WAGES |
| | 01/05/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 01/05/2024 | $20,000.00 | SALARY AND WAGES |
| | 01/19/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 01/19/2024 | $20,000.00 | SALARY AND WAGES |
| | 02/02/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 02/02/2024 | $20,000.00 | SALARY AND WAGES |
| | 02/16/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 02/16/2024 | $20,000.00 | SALARY AND WAGES |
| | 03/01/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 03/01/2024 | $20,000.00 | SALARY AND WAGES |
| | 03/15/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 03/15/2024 | $20,000.00 | SALARY AND WAGES |
| | 03/29/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 03/29/2024 | $46,693.00 | EMPLOYEE BONUS |
| | 03/29/2024 | $20,000.00 | SALARY AND WAGES |
| | 04/12/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 04/12/2024 | $20,000.00 | SALARY AND WAGES |
| | 04/26/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 04/26/2024 | $20,000.00 | SALARY AND WAGES |
| | 05/10/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 05/10/2024 | $20,000.00 | SALARY AND WAGES |
| | 05/24/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 05/24/2024 | $20,000.00 | SALARY AND WAGES |
| | 06/07/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 06/07/2024 | $20,000.00 | SALARY AND WAGES |
| | 06/21/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 06/21/2024 | $20,000.00 | SALARY AND WAGES |
| | 07/05/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 07/05/2024 | $20,000.00 | SALARY AND WAGES |
| | 07/19/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 07/19/2024 | $20,000.00 | SALARY AND WAGES |
| | 08/02/2024 | $74.37 | EMPLOYEE BENEFIT |
| | 08/02/2024 | $20,000.00 | SALARY AND WAGES |
| | 08/09/2024 | $59.54 | EMPLOYEE BENEFIT |
| | 08/09/2024 | $20,000.00 | SALARY AND WAGES |
| | **TOTAL FOR GUY HARKLESS** | **$476,046.62** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| LAUREN WOOD<br>ADDRESS ON FILE | 08/18/2023 | $9.26 | EMPLOYEE BENEFIT |
| | 08/18/2023 | $10,498.08 | SALARY AND WAGES |
| **Relationship to Debtor**<br>VICE PRESIDENT, FINANCE AND<br>ASSISTANT SECRETARY | 09/01/2023 | $24.09 | EMPLOYEE BENEFIT |
| | 09/01/2023 | $10,498.08 | SALARY AND WAGES |
| | 09/15/2023 | $9.26 | EMPLOYEE BENEFIT |
| | 09/15/2023 | $10,498.08 | SALARY AND WAGES |
| | 09/29/2023 | $9.26 | EMPLOYEE BENEFIT |
| | 09/29/2023 | $10,498.08 | SALARY AND WAGES |
| | 10/13/2023 | $24.09 | EMPLOYEE BENEFIT |
| | 10/13/2023 | $10,498.08 | SALARY AND WAGES |
| | 10/27/2023 | $9.26 | EMPLOYEE BENEFIT |
| | 10/27/2023 | $10,498.08 | SALARY AND WAGES |
| | 11/10/2023 | $24.09 | EMPLOYEE BENEFIT |
| | 11/10/2023 | $10,498.08 | SALARY AND WAGES |
| | 11/24/2023 | $9.26 | EMPLOYEE BENEFIT |
| | 11/24/2023 | $10,498.08 | SALARY AND WAGES |
| | 12/08/2023 | $24.09 | EMPLOYEE BENEFIT |
| | 12/08/2023 | $10,498.08 | SALARY AND WAGES |
| | 12/22/2023 | $309.26 | EMPLOYEE BENEFIT |
| | 12/22/2023 | $10,498.08 | SALARY AND WAGES |
| | 01/05/2024 | $24.09 | EMPLOYEE BENEFIT |
| | 01/05/2024 | $10,498.08 | SALARY AND WAGES |
| | 01/19/2024 | $9.26 | EMPLOYEE BENEFIT |
| | 01/19/2024 | $10,498.08 | SALARY AND WAGES |
| | 02/02/2024 | $24.09 | EMPLOYEE BENEFIT |
| | 02/02/2024 | $10,498.08 | SALARY AND WAGES |
| | 02/16/2024 | $9.26 | EMPLOYEE BENEFIT |
| | 02/16/2024 | $10,498.08 | SALARY AND WAGES |
| | 03/01/2024 | $24.09 | EMPLOYEE BENEFIT |
| | 03/01/2024 | $10,498.08 | SALARY AND WAGES |
| | 03/15/2024 | $9.26 | EMPLOYEE BENEFIT |
| | 03/15/2024 | $10,498.08 | SALARY AND WAGES |
| | 03/29/2024 | $9.26 | EMPLOYEE BENEFIT |
| | 03/29/2024 | $77,791.00 | EMPLOYEE BONUS |
| | 03/29/2024 | $212.99 | EMPLOYEE REIMBURSEMENT |
| | 03/29/2024 | $10,498.08 | SALARY AND WAGES |
| | 04/12/2024 | $24.38 | EMPLOYEE BENEFIT |
| | 04/12/2024 | $10,629.23 | SALARY AND WAGES |
| | 04/26/2024 | $9.55 | EMPLOYEE BENEFIT |
| | 04/26/2024 | $5,380.19 | SALARY AND WAGES |
| **TOTAL FOR LAUREN WOOD** | | **$273,075.93** | |
| LIBERATION INVESTMENT GROUP LLC<br>350 E 79TH ST, STE 4D<br>NEW YORK, NY  NEW YORK | 06/27/2024 | $20,000.00 | BOARD FEES |
| | 07/25/2024 | $20,000.00 | BOARD FEES |
| **Relationship to Debtor**<br>ASSOCIATED WITH BOARD MEMBER | | | |
| **TOTAL FOR LIBERATION INVESTMENT GROUP LLC** | | **$40,000.00** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| MADELEINE MERCHANT | 08/18/2023 | $14.75 | EMPLOYEE BENEFIT |
| ADDRESS ON FILE | 08/18/2023 | $578.07 | EMPLOYEE REIMBURSEMENT |
| **Relationship to Debtor** | 08/18/2023 | $10,086.54 | SALARY AND WAGES |
| VICE PRESIDENT, HUMAN RESOURCES | 09/01/2023 | $29.58 | EMPLOYEE BENEFIT |
| | 09/01/2023 | $10,086.54 | SALARY AND WAGES |
| | 09/15/2023 | $14.75 | EMPLOYEE BENEFIT |
| | 09/15/2023 | $10,086.54 | SALARY AND WAGES |
| | 09/29/2023 | $14.75 | EMPLOYEE BENEFIT |
| | 09/29/2023 | $10,086.54 | SALARY AND WAGES |
| | 10/13/2023 | $29.58 | EMPLOYEE BENEFIT |
| | 10/13/2023 | $10,086.54 | SALARY AND WAGES |
| | 10/27/2023 | $14.75 | EMPLOYEE BENEFIT |
| | 10/27/2023 | $10,086.54 | SALARY AND WAGES |
| | 11/10/2023 | $29.58 | EMPLOYEE BENEFIT |
| | 11/10/2023 | $10,086.54 | SALARY AND WAGES |
| | 11/24/2023 | $14.75 | EMPLOYEE BENEFIT |
| | 11/24/2023 | $10,086.54 | SALARY AND WAGES |
| | 12/08/2023 | $29.58 | EMPLOYEE BENEFIT |
| | 12/08/2023 | $10,086.54 | SALARY AND WAGES |
| | 12/22/2023 | $14.75 | EMPLOYEE BENEFIT |
| | 12/22/2023 | $10,086.54 | SALARY AND WAGES |
| | 01/05/2024 | $29.58 | EMPLOYEE BENEFIT |
| | 01/05/2024 | $10,086.54 | SALARY AND WAGES |
| | 01/19/2024 | $14.75 | EMPLOYEE BENEFIT |
| | 01/19/2024 | $10,086.54 | SALARY AND WAGES |
| | 01/31/2024 | $21,666.67 | EMPLOYEE BONUS |
| | 02/02/2024 | $29.58 | EMPLOYEE BENEFIT |
| | 02/02/2024 | $10,086.54 | SALARY AND WAGES |
| | 02/16/2024 | $14.75 | EMPLOYEE BENEFIT |
| | 02/16/2024 | $10,086.54 | SALARY AND WAGES |
| | 03/01/2024 | $29.58 | EMPLOYEE BENEFIT |
| | 03/01/2024 | $10,086.54 | SALARY AND WAGES |
| | 03/15/2024 | $14.75 | EMPLOYEE BENEFIT |
| | 03/15/2024 | $10,086.54 | SALARY AND WAGES |
| | 03/29/2024 | $14.75 | EMPLOYEE BENEFIT |
| | 03/29/2024 | $87,198.00 | EMPLOYEE BONUS |
| | 03/29/2024 | $10,086.54 | SALARY AND WAGES |
| | 04/12/2024 | $29.99 | EMPLOYEE BENEFIT |
| | 04/12/2024 | $10,212.69 | SALARY AND WAGES |
| | 04/26/2024 | $15.16 | EMPLOYEE BENEFIT |
| | 04/26/2024 | $10,338.85 | SALARY AND WAGES |
| | 05/10/2024 | $29.99 | EMPLOYEE BENEFIT |
| | 05/10/2024 | $10,338.85 | SALARY AND WAGES |
| | 05/24/2024 | $15.16 | EMPLOYEE BENEFIT |
| | 05/24/2024 | $5,169.42 | SALARY AND WAGES |
| **TOTAL FOR MADELEINE MERCHANT** | | **$317,418.59** | |

**GRAND TOTAL:**    **$13,674,635.90**

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Debtor | Blink Holdings, Inc. | Case number (if known) | 24-11686 |
|---|---|---|---|
| | (Name) | | |

---

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒  None

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.

☐  None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| AURORA ALCANTARA V. BLINK FITNESS, BLINK HOLDINGS, INC.<br><br>**Case number**<br>2023-02321; 2023-02331 | PERSONAL INJURY | NEW YORK SUPREME COURT, APPELLATE DIVISION – FIRST DEPARTMENT<br>27 MADISON AVE<br>NEW YORK, NY  10010 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| BAJINDER SINGH V. BLINK FITNESS<br><br>**Case number**<br>INDEX NO. 710300/2023 | PERSONAL INJURY | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF QUEENS<br>88-11 SUTPHIN BLVD<br>JAMAICA, NY  11435 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| BENJAMIN A. COMMODORE V. BLINK FITNESS MEMBER SERVICE<br><br>**Case number**<br>INDEX NO.: SC-016164-20/BX | SMALL CLAIMS | CIVIL COURT OF THE CITY OF NEW YORK<br>11 CENTRE ST<br>NEW YORK, NY  10013 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| BLINK HOLDINGS, INC. V. FLEXIT INC.<br><br>**Case number**<br>INDEX NO. 653560/2024 | BREACH OF CONTRACT | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| CHRISTAL LEWIS V. BLINK HOLDINGS, INC., AND BLINK FITNESS<br><br>**Case number**<br>INDEX NO. 806911/2021E | PERSONAL INJURY | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF BRONX<br>851 GRAND CONCOURSE<br>BRONX, NY  10451 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| CRAIG PINTADO V. BLINK FITNESS<br><br>**Case number**<br>DCR DOCKET NO. P2023-000370 | COMPLAINT ALLEGING VIOLATIONS | STATE OF NEW JERSEY OFFICE OF THE ATTORNEY GENERAL DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION ON CIVIL RIGHTS<br>31 CLINTON ST, 3RD FL<br>NEWARK, NJ  07102 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| DARSHAWN AMERSON V. BLINK INTERMEDIATE HOLDINGS, LLC; BLINK HOLDINGS, INC. DBA BLINK FITNESS DBA BLINK FITNESS CLUB; RACHEL CORTEZ; AND DOES 1 THROUGH 20<br><br>**Case number**<br>CASE NO.:  22STCV37689 | EMPLOYMENT CLAIM | SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES<br>600 S COMMONWEALTH AVE<br>LOS ANGELES, CA  90005 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| ELVIN BROGSDALE V. BLINK FITNESS, BLINK HOLDINGS INC., AND CP ASSOCIATES LLC<br><br>**Case number**<br>INDEX NO. 801974/2023E | PERSONAL INJURY | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF BRONX<br>851 GRAND CONCOURSE<br>BRONX, NY  10451 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| HERNAN ORTIZ V. BLINK FITNESS, BLINK HOLDINGS, INC., AND BLINK MACOMBS ROAD, INC.<br><br>**Case number**<br>INDEX NO. 801354/2024E | PERSONAL INJURY | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF BRONX<br>851 GRAND CONCOURSE<br>BRONX, NY 10451 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| HERVE LORISTIN V. BLINK FITNESS, NOSTRAND PROPERTY OWNER LLC, AND LEONARD REPLACEMENT OWNER LLC<br><br>**Case number**<br>INDEX NO. 520113/2023 | PERSONAL INJURY | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF KINGS<br>360 ADAMS ST<br>BROOKLYN, NY 11201 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ISCARET NEGRETE V. BLINK HOLDINGS INC.<br><br>**Case number**<br>WC-CM-921620 | NOTICE OF CLAIM AND CONFERENCE REMOTE | STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATION<br>LABOR COMMISSIONER'S OFFICE<br>6150 VAN NUYS BOULEVARD, ROOM 206<br>VAN NUYS, CA 91401 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ISHRAT USMAN V. BLINK HOLDINGS, INC. D/B/A BLINK FITNESS AND EQUINOX HOLDINGS, INC. D/B/A EQUINOX FITNESS<br><br>**Case number**<br>INDEX NO. 35778/2020E | PERSONAL INJURY | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF BRONX<br>851 GRAND CONCOURSE<br>BRONX, NY 10451 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| JASMIN LIMON V. BLINK HOLDINGS, INC. A DELAWARE CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE<br><br>**Case number**<br>CASE NO.: 24CMCV01002 | WAGE CLAIM | SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES<br>600 S COMMONWEALTH AVE<br>LOS ANGELES, CA 90005 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| JASON KORTBAWI V. BLINK HOLDINGS, INC.<br><br>**Case number**<br>INDEX NO.: 27642/2019E | WAGE CLAIM | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF BRONX<br>851 GRAND CONCOURSE<br>BRONX, NY 10451 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| JOEL TORRES V. BLINK FITNESS<br><br>**Case number**<br>INDEX NO.: 157147/2024 | PERSONAL INJURY | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| JUANA GONZALEZ V. BLINK HOLDINGS, INC., D/B/A BLINK FITNESS, NEW GOLD EQUITIES CORP., AND BLDG MANAGEMENT CO., INC.<br><br>**Case number**<br>INDEX NO. 800787/2024E | PERSONAL INJURY | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF BRONX<br>851 GRAND CONCOURSE<br>BRONX, NY 10451 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| MARLON WILLIAMS V. BLINK HOLDINGS, INC. D/B/A BLINK FITNESS, 3560 WPR LLC AND 3572 WPR LLC.<br><br>**Case number**<br>INDEX NO. 809796/2023E | PERSONAL INJURY | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF BRONX<br>851 GRAND CONCOURSE<br>BRONX, NY 10451 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| MBB REALTY LP V. BLINK FRANKFORD AVE, INC. AND BLINK HOLDINGS, INC.<br><br>**Case number**<br>CIVIL CASE NO. 230901208 | BREACH OF LEASE; GUARANTEE | COURT OF COMMON PLEAS OF PHILDELPHIA COUNTY<br>1400 JOHN F KENNEDY BLVD<br>PHILADELPHIA, PA 19107 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| MUHAMMAD SAHIBZADA V. BLINK FITNESS<br><br>**Case number**<br>10237147 | EMPLOYMENT CLAIM | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>NEW YORK DISTRICT OFFICE<br>33 WHITEHALL ST, 5TH FL<br>NEW YORK, NY 10004-2112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| PAULINA WOLINSKA V. PARTNERS VII/98 AVENUE A OWNER, LLC AND SKY. S.A. CORPORATION<br><br>**Case number**<br>INDEX NO. 158515/2021 | PERSONAL INJURY | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| QUINTIN WILKERSON V. BLINK HOLDINGS INC. INDIVIDUALLY AND D/B/A "BLINK FITNESS,"<br><br>**Case number**<br>CASE NO. 23-09178-JPO | EMPLOYMENT CLAIM | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK<br>500 PEARL ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| RHYS GREGORY V. BLINK HOLDINGS, INC. D/B/A BLINK FITNESS<br><br>**Case number**<br>INDEX NO.: 517038/2022 | WAGE CLAIM | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF KINGS<br>360 ADAMS ST<br>BROOKLYN, NY 11201 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| RUBEN NAPOLES V. BLINK HOLDINGS INC., BLINK FITNESS, ABC CORP. I-X, ABC MAINTENANCE CORP. I-X, XYZ MFR 1-X<br><br>**Case number**<br>DOCKET NO. ESX-L-004317-22 | PERSONAL INJURY | SUPERIOR COURT OF NEW JERSEY, LAW DIVISION: ESSEX COUNTY<br>470 DR. MARTIN LUTHER KING, JR. BLVD<br>NEWARK, NJ 07102 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| SHAHIEM BIBBY V. BLINK FITNESS<br><br>**Case number**<br>NY-2024-00041-10-G | EMPLOYMENT CLAIM | US DEPARTMENT OF LABOR VETERANS' EMPLOYMENT AND TRAINING SERVICE<br>OFFICE OF THE ASSISTANT SECRETARY<br>HARRIMAN STATE CAMPUS<br>BUILDING 12, ROOM 208<br>ALBANY, NY 12240-0099 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| SHAYRA BROWN V. BLINK HOLDINGS INC<br><br>**Case number**<br>520-2023-06777 | EMPLOYMENT CLAIM | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>NEW YORK DISTRICT OFFICE<br>33 WHITEHALL ST, 5TH FL<br>NEW YORK, NY 10004-2112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| SHOKANNI MCKEN V. BLINK FITNESS<br><br>**Case number**<br>INDEX NO.: 156385/2022 | PERSONAL INJURY | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| SIGRID SUTTER V. BLINK HOLDINGS, INC.<br><br>**Case number**<br>INDEX NO.: 502710/2024 | PERSONAL INJURY | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF KINGS<br>360 ADAMS ST<br>BROOKLYN, NY 11201 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| VIVIAN DERAS V. BLINK FITNESS, BLINK HOLDINGS INC., LIFE FITNESS, ABC COMPANIES 1-10, XYZ COMPANIES 1-10, AND XYZ COMPANIES 11-20<br><br>**Case number**<br>DOCKET NO. BER-L-2893-22 | PERSONAL INJURY | SUPERIOR COURT OF NEW JERSEY, LAW DIVISION: BERGEN COUNTY<br>10 MAIN ST<br>HACKENSACK, NJ 07601 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| WESLEY LAWYER V. BLINK FITNESS<br><br>**Case number**<br>524-2023-01085 | EMPLOYMENT CLAIM | STATE OF NEW JERSEY OFFICE OF THE ATTORNEY GENERAL DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION ON CIVIL RIGHTS<br>31 CLINTON ST, 3RD FL<br>NEWARK, NJ 07102 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| BEST BUDDIES<br>100 SOUTHEAST SECOND ST<br>SUITE 2200<br>MIAMI, FL 33131<br><br>**Recipient's relationship to debtor**<br>N/A | CASH | 5/19/2024 | $2,200.00 |
| BEST BUDDIES<br>100 SOUTHEAST SECOND ST<br>SUITE 2200<br>MIAMI, FL 33131<br><br>**Recipient's relationship to debtor**<br>N/A | CASH | 5/16/2023 | $1,145.00 |
| THE OUT FOUNDATION<br>477 MADISON AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022<br><br>**Recipient's relationship to debtor**<br>N/A | CASH | 10/27/2023 | $11,189.00 |
| THE OUT FOUNDATION<br>477 MADISON AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022<br><br>**Recipient's relationship to debtor**<br>N/A | CASH | 7/17/2023 | $10,000.00 |

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| EPIQ CORPORATE RESTRUCTURING LLC<br>777 3RD AVENUE<br>12TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>HTTPS://WWW.EPIQGLOBAL.COM/ | | 7/11/2024 | $25,000.00 |
| EPIQ CORPORATE RESTRUCTURING LLC<br>777 3RD AVENUE<br>12TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>HTTPS://WWW.EPIQGLOBAL.COM/ | | 8/8/2024 | $135,000.00 |
| MOELIS & COMPANY LLC<br>399 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10022<br><br>**Email or website address**<br>HTTPS://MOELIS.COM | | 6/27/2024 | $325,000.00 |
| MOELIS & COMPANY LLC<br>399 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10022<br><br>**Email or website address**<br>HTTPS://MOELIS.COM | | 7/18/2024 | $154,757.47 |
| MOELIS & COMPANY LLC<br>399 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10022<br><br>**Email or website address**<br>HTTPS://MOELIS.COM | | 8/8/2024 | $184,500.00 |
| TRIPLE P RTS LLC<br>640 5TH AVENUE<br>10TH FLOOR<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>HTTPS://PORTAGEPOINTPARTNERS.COM/ | | 6/20/2024 | $200,000.00 |
| TRIPLE P RTS LLC<br>640 5TH AVENUE<br>10TH FLOOR<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>HTTPS://PORTAGEPOINTPARTNERS.COM/ | | 6/27/2024 | $162,075.50 |
| TRIPLE P RTS LLC<br>640 5TH AVENUE<br>10TH FLOOR<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>HTTPS://PORTAGEPOINTPARTNERS.COM/ | | 7/3/2024 | $126,227.75 |
| TRIPLE P RTS LLC<br>640 5TH AVENUE<br>10TH FLOOR<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>HTTPS://PORTAGEPOINTPARTNERS.COM/ | | 7/11/2024 | $111,234.25 |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| TRIPLE P RTS LLC<br>640 5TH AVENUE<br>10TH FLOOR<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>HTTPS://PORTAGEPOINTPARTNERS.COM/ | | 7/18/2024 | $200,000.00 |
| TRIPLE P RTS LLC<br>640 5TH AVENUE<br>10TH FLOOR<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>HTTPS://PORTAGEPOINTPARTNERS.COM/ | | 7/25/2024 | $200,000.00 |
| TRIPLE P RTS LLC<br>640 5TH AVENUE<br>10TH FLOOR<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>HTTPS://PORTAGEPOINTPARTNERS.COM/ | | 8/1/2024 | $200,000.00 |
| TRIPLE P RTS LLC<br>640 5TH AVENUE<br>10TH FLOOR<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>HTTPS://PORTAGEPOINTPARTNERS.COM/ | | 8/8/2024 | $215,000.00 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE, 1000 NORTH KING STREET<br>WILMINGTON, DE  19801<br><br>**Email or website address**<br>HTTPS://YOUNGCONAWAY.COM | | 6/20/2024 | $150,000.00 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE, 1000 NORTH KING STREET<br>WILMINGTON, DE  19801<br><br>**Email or website address**<br>HTTPS://YOUNGCONAWAY.COM | | 7/3/2024 | $150,922.30 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE, 1000 NORTH KING STREET<br>WILMINGTON, DE  19801<br><br>**Email or website address**<br>HTTPS://YOUNGCONAWAY.COM | | 7/11/2024 | $212,774.00 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE, 1000 NORTH KING STREET<br>WILMINGTON, DE  19801<br><br>**Email or website address**<br>HTTPS://YOUNGCONAWAY.COM | | 7/25/2024 | $384,942.50 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE, 1000 NORTH KING STREET<br>WILMINGTON, DE  19801<br><br>**Email or website address**<br>HTTPS://YOUNGCONAWAY.COM | | 8/1/2024 | $157,440.35 |

Debtor    Blink Holdings, Inc.
(Name)

Case number (if known) 24-11686

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE, 1000 NORTH KING STREET<br>WILMINGTON, DE  19801<br><br>**Email or website address**<br>HTTPS://YOUNGCONAWAY.COM | | 8/8/2024 | $520,231.70 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE, 1000 NORTH KING STREET<br>WILMINGTON, DE  19801<br><br>**Email or website address**<br>HTTPS://YOUNGCONAWAY.COM | | 8/9/2024 | $50,000.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑  None

**13. Transfers not already listed on this statement**
List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑  None

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐  Does not apply

| Address | Dates of occupancy |
|---|---|
| 386 PARK AVENUE<br>NEW YORK, NY  10016 | From 3/28/2016    To 7/31/2024 |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for :
—    diagnosing or treating injury, deformity, or disease, or
—    providing any surgical, psychiatric, drug treatment, or obstetric care?

☑  No. Go to Part 9.

| Part 9: | Personal Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
☑  Yes.  State the nature of the information collected and retained.          Customer contact and payment information

Does the debtor have a privacy policy about that information?

☐  No
☑  Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No.  Go to Part 10.
☑  Yes.  Does the debtor serve as plan administrator?

Debtor    Blink Holdings, Inc.
(Name)

Case number (if known)  24-11686

☒ No.
☐ Yes.  Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| BLINK FITNESS 401(K) PLAN | 27-2776354 |

Has the plan been terminated?
☐ No
☒ Yes

| THE EQUINOX HOLDINGS, INC 401(K) PLAN | 13-4034296 |
|---|---|

Has the plan been terminated?
☒ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name , or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒  None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒  None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐  None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| SUPERIOR UNIFORM GROUP 202 LAMONT ST OAK GROVE, LA  71263-8695 | N/A | UNIFORMS, RETAIL CLOTHING, ACCESSORIES AND PROMOTIONAL MATERIALS | ☐ No ☒ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒  None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.
☒ No
☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 692 BROADWAY FITNESS CLUB, INC.<br>16 EAST 4TH STREET<br>NEW YORK, NY  10012 | HEALTH AND FITNESS FACILITY | 27-1908592<br>**Date business existed**<br>From: 7/1/2010    To: PRESENT |
| BERGEN TOWN CENTER FITNESS CLUB, INC<br>151 BERGEN TOWN CTR RD<br>PARAMUS, NJ  07652 | HEALTH AND FITNESS FACILITY | 27-2538809<br>**Date business existed**<br>From: 11/8/2010    To: PRESENT |
| BLINK 101 W 87TH STREET, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY  10036 | HEALTH AND FITNESS FACILITY | 83-1783466<br>**Date business existed**<br>From: 9/7/2018    To: PRESENT |
| BLINK 1060 W ALAMEDA, INC.<br>1060 W ALMEDA AVE<br>BURBANK, CA  91506 | HEALTH AND FITNESS FACILITY | 83-1265606<br>**Date business existed**<br>From: 7/23/2018    To: PRESENT |
| BLINK 1065 6TH AVENUE, INC.<br>5 BRYANT PARK<br>NEW YORK, NY  10018 | HEALTH AND FITNESS FACILITY | 90-1019542<br>**Date business existed**<br>From: 10/1/2013    To: PRESENT |
| BLINK 108-14 ROOSEVELT, INC.<br>108-14 ROOSEVELT AVE<br>QUEENS, NY  11368 | HEALTH AND FITNESS FACILITY | 37-1777158<br>**Date business existed**<br>From: 2/5/2015    To: PRESENT |
| BLINK 1134 FULTON, INC.<br>1134 FULTON ST<br>BROOKLYN, NY  11216 | HEALTH AND FITNESS FACILITY | 83-2810654<br>**Date business existed**<br>From: 12/7/2018    To: PRESENT |
| BLINK 116TH STREET, INC.<br>23 W 116TH ST<br>NEW YORK, NY  10026 | HEALTH AND FITNESS FACILITY | 30-0749666<br>**Date business existed**<br>From: 9/24/2012    To: PRESENT |
| BLINK 12201 VICTORY BLVD INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY  10036 | HEALTH AND FITNESS FACILITY | 84-3211199<br>**Date business existed**<br>From: 9/3/2019    To: PRESENT |
| BLINK 125 PARK, INC.<br>125 PARK AVE<br>NEW YORK, NY  10017 | HEALTH AND FITNESS FACILITY | 38-3954457<br>**Date business existed**<br>From: 2/5/2015    To: PRESENT |
| BLINK 125TH STREET, INC.<br>301 W 125TH ST<br>NEW YORK, NY  10027 | HEALTH AND FITNESS FACILITY | 35-2432332<br>**Date business existed**<br>From: 12/8/2011    To: PRESENT |
| BLINK 130 W.G. STREET, INC.<br>130 W G ST, UNIT #B<br>ONTARIO, CA  91762 | HEALTH AND FITNESS FACILITY | 37-1893849<br>**Date business existed**<br>From: 4/3/2018    To: PRESENT |

| Debtor | Blink Holdings, Inc. | | | Case number (if known) | 24-11686 | |
|---|---|---|---|---|---|---|
| | (Name) | | | | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. | | |
|---|---|---|---|---|
| BLINK 16123 BELLFLOWER BLVD., INC.<br>16123 BELLFLOWER BLVD<br>BELLFLOWER, CA 90706 | HEALTH AND FITNESS FACILITY | 83-2965389<br>**Date business existed**<br>From: 12/18/2018 | To: PRESENT | |
| BLINK 16TH STREET, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 35-2482999<br>**Date business existed**<br>From: 7/17/2013 | To: PRESENT | |
| BLINK 18TH AVENUE, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 32-0559117<br>**Date business existed**<br>From: 3/8/2018 | To: PRESENT | |
| BLINK 19500 PLUMMER, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 84-1994631<br>**Date business existed**<br>From: 5/6/2019 | To: PRESENT | |
| BLINK 2192 TEXAS PARKWAY, INC.<br>2192 TEXAS PARKWAY<br>MISSOURI CITY, TX 77489 | HEALTH AND FITNESS FACILITY | 84-2945470<br>**Date business existed**<br>From: 8/8/2019 | To: PRESENT | |
| BLINK 229 E. FOOTHILL BOULEVARD, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 37-1895426<br>**Date business existed**<br>From: 4/3/2018 | To: PRESENT | |
| BLINK 2374 GRAND CONCOURSE, INC.<br>2374-2386 GRAND CONCOURSE AVE<br>BRONX, NY 10458 | HEALTH AND FITNESS FACILITY | 46-0787144<br>**Date business existed**<br>From: 8/7/2012 | To: PRESENT | |
| BLINK 2465 JEROME INC.<br>1 WEST FORDHAM ROAD<br>BRONX, NY 10468 | HEALTH AND FITNESS FACILITY | 83-2903660<br>**Date business existed**<br>From: 12/14/2018 | To: PRESENT | |
| BLINK 2862 FULTON STREET, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 38-4086152<br>**Date business existed**<br>From: 6/15/2018 | To: PRESENT | |
| BLINK 287 BROADWAY, INC.<br>287 BROADWAY<br>BROOKLYN, NY 11211 | HEALTH AND FITNESS FACILITY | 32-0489864<br>**Date business existed**<br>From: 4/12/2016 | To: PRESENT | |
| BLINK 2883 3RD AVENUE, INC.<br>2883 THIRD AVE<br>BRONX, NY 10455 | HEALTH AND FITNESS FACILITY | 38-3979327<br>**Date business existed**<br>From: 9/4/2015 | To: PRESENT | |
| BLINK 3779 NOSTRAND, INC.<br>3779 NOSTRAND AVE<br>BROOKLYN, NY 11235 | HEALTH AND FITNESS FACILITY | 90-0991412<br>**Date business existed**<br>From: 6/5/2013 | To: PRESENT | |
| BLINK 56-02 ROOSEVELT, INC.<br>56-02 ROOSEVELT AVE<br>QUEENS, NY 11377 | HEALTH AND FITNESS FACILITY | 32-0458357<br>**Date business existed**<br>From: 2/5/2015 | To: PRESENT | |
| BLINK 600 THIRD AVENUE, INC.<br>600 THIRD AVE<br>NEW YORK, NY 10016 | HEALTH AND FITNESS FACILITY | 45-4495006<br>**Date business existed**<br>From: 2/9/2012 | To: PRESENT | |
| BLINK 69TH STREET INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 36-4883652<br>**Date business existed**<br>From: 11/22/2017 | To: PRESENT | |
| BLINK 78-14 ROOSEVELT, INC.<br>7802 ROOSEVELT AVE<br>JACKSON HEIGHTS, NY 11372 | HEALTH AND FITNESS FACILITY | 36-4763657<br>**Date business existed**<br>From: 6/5/2013 | To: PRESENT | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| BLINK 79TH HOLDINGS INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 83-2909310<br>**Date business existed**<br>From: 12/18/2018    To: PRESENT |
| BLINK 8201 BROADWAY, INC.<br>8201 BROADWAY<br>HOUSTON, TX 77061 | HEALTH AND FITNESS FACILITY | 84-2616273<br>**Date business existed**<br>From: 7/23/2019    To: PRESENT |
| BLINK 833 FLATBUSH, INC.<br>833 FLATBUSH AVE<br>BROOKLYN, NY 11226 | HEALTH AND FITNESS FACILITY | 45-5092397<br>**Date business existed**<br>From: 4/19/2012    To: PRESENT |
| BLINK 886 BROADWAY, INC.<br>886 BROADWAY<br>BROOKLYN, NY 11206 | HEALTH AND FITNESS FACILITY | 83-4227471<br>**Date business existed**<br>From: 3/21/2019    To: PRESENT |
| BLINK 88TH STREET, INC. (F/K/A BLINK HYLAN BLVD., INC.)<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 46-1952665<br>**Date business existed**<br>From: 1/28/2013    To: PRESENT |
| BLINK 97-01 NORTHERN BLVD., INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 83-3318749<br>**Date business existed**<br>From: 1/31/2019    To: PRESENT |
| BLINK 98TH STREET, INC. (F/K/A BLINK 25 BROADWAY, INC.)<br>81-83 E 98TH ST<br>BROOKLYN, NY 11212 | HEALTH AND FITNESS FACILITY | 45-4982583<br>**Date business existed**<br>From: 3/12/2012    To: PRESENT |
| BLINK 9901 S. ALAMEDA, INC.<br>9901 S ALAMEDA RD<br>LOS ANGELES, CA 90002 | HEALTH AND FITNESS FACILITY | 30-1061345<br>**Date business existed**<br>From: 4/3/2018    To: PRESENT |
| BLINK ABRAMS ROAD INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 84-2870711<br>**Date business existed**<br>From: 7/31/2019    To: PRESENT |
| BLINK AIRLINE DRIVE, INC.<br>4704 AIRLINE DRIVE<br>HOUSTON, TX 77022 | HEALTH AND FITNESS FACILITY | 84-2005358<br>**Date business existed**<br>From: 5/22/2019    To: PRESENT |
| BLINK AMBOY ROAD INC. (F/K/A BLINK 1239 FULTON, INC.)<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 46-0777652<br>**Date business existed**<br>From: 5/15/2012    To: PRESENT |
| BLINK ASHLAND AVENUE, INC.<br>3145 SOUTH ASHLAND AVENUE<br>CHICAGO, IL 60608 | HEALTH AND FITNESS FACILITY | 83-2658290<br>**Date business existed**<br>From: 11/16/2018    To: PRESENT |
| BLINK ASHLAND INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 84-3234185<br>**Date business existed**<br>From: 9/17/2019    To: PRESENT |
| BLINK ATLANTIC AVE LB INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 84-3175172<br>**Date business existed**<br>From: 9/3/2019    To: PRESENT |
| BLINK ATLANTIC AVENUE, INC.<br>97 BOERUM PLACE/252-260 ATLANTIC AVE<br>BROOKLYN, NY 11201 | HEALTH AND FITNESS FACILITY | 80-0961483<br>**Date business existed**<br>From: 11/21/2013    To: PRESENT |
| BLINK AVENUE A, INC.<br>98 AVE A<br>NEW YORK, NY 10009 | HEALTH AND FITNESS FACILITY | 61-1770310<br>**Date business existed**<br>From: 9/8/2015    To: PRESENT |

Debtor    Blink Holdings, Inc.    Case number (if known)  24-11686
          (Name)

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| BLINK BALDWIN, INC.<br>1745 GRAND AVE<br>BALDWIN, NY  11510 | HEALTH AND FITNESS FACILITY | 46-1827913<br>**Date business existed**<br>From: 1/22/2013          To: PRESENT |
| BLINK BEACH STREET, INC.<br>7410 N BEACH ST<br>FORT WORTH, TX  76137 | HEALTH AND FITNESS FACILITY | 83-3167941<br>**Date business existed**<br>From: 1/9/2019          To: PRESENT |
| BLINK BEDFORD, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY  10036 | HEALTH AND FITNESS FACILITY | 83-3194165<br>**Date business existed**<br>From: 1/9/2019          To: PRESENT |
| BLINK BELLEVILLE INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY  10036 | HEALTH AND FITNESS FACILITY | 36-4921832<br>**Date business existed**<br>From: 1/23/2019          To: PRESENT |
| BLINK BISSONNET, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY  10036 | HEALTH AND FITNESS FACILITY | 84-5091686<br>**Date business existed**<br>From: 2/27/2020          To: PRESENT |
| BLINK BRADDOCK AVENUE INC.<br>220-05 HILLSIDE AVE<br>QUEENS VILLAGE, NY  11427 | HEALTH AND FITNESS FACILITY | 35-2632603<br>**Date business existed**<br>From: 6/15/2018          To: PRESENT |
| BLINK BRENTWOOD, INC.<br>480 SUFFOLK AVE<br>BRENTWOOD, NY  11717 | HEALTH AND FITNESS FACILITY | 45-5556468<br>**Date business existed**<br>From: 6/15/2012          To: PRESENT |
| BLINK BROADWAY MARKETPLACE, INC.<br>4200 BROADWAY<br>NEW YORK, NY  10033 | HEALTH AND FITNESS FACILITY | 27-3900800<br>**Date business existed**<br>From: 11/5/2010          To: PRESENT |
| BLINK BROOKHURST, INC.<br>2251 WEST BALL RD<br>ANAHEIM, CA  92804 | HEALTH AND FITNESS FACILITY | 30-1004151<br>**Date business existed**<br>From: 9/26/2017          To: PRESENT |
| BLINK CLIFTON, INC.<br>1006 U.S. 46<br>CLIFTON, NJ  07013 | HEALTH AND FITNESS FACILITY | 90-1026972<br>**Date business existed**<br>From: 11/21/2013          To: PRESENT |
| BLINK COMMERCIAL BOULEVARD, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY  10036 | HEALTH AND FITNESS FACILITY | 83-4461645<br>**Date business existed**<br>From: 4/9/2019          To: PRESENT |
| BLINK COMPTON & CENTRAL AVENUE, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY  10036 | HEALTH AND FITNESS FACILITY | 38-4074958<br>**Date business existed**<br>From: 4/3/2018          To: PRESENT |
| BLINK CONCOURSE HOLDINGS, INC.<br>820 CONCOURSE VILLAGE WEST<br>BRONX, NY  10451 | HEALTH AND FITNESS FACILITY | 45-5565698<br>**Date business existed**<br>From: 6/15/2012          To: PRESENT |
| BLINK COURTESY PLAZA INC.<br>5160 S PULASKI RD<br>CHICAGO, IL  60632 | HEALTH AND FITNESS FACILITY | 83-1805160<br>**Date business existed**<br>From: 8/29/2018          To: PRESENT |
| BLINK DEERWOOD INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY  10036 | HEALTH AND FITNESS FACILITY | 84-2882616<br>**Date business existed**<br>From: 7/31/2019          To: PRESENT |
| BLINK DIVERSEY, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY  10036 | HEALTH AND FITNESS FACILITY | 30-1095520<br>**Date business existed**<br>From: 6/15/2018          To: PRESENT |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| BLINK EAST 54TH STREET, INC.<br>240 E 54TH ST<br>NEW YORK, NY 10022 | HEALTH AND FITNESS FACILITY | 30-0844661<br>**Date business existed**<br>From: 10/30/2014    To: PRESENT |
| BLINK EAST ORANGE, INC. (F/K/A<br>BLINK BELLEVILLE, INC.)<br>600 CENTRAL AVE<br>EAST ORANGE, NJ 07018 | HEALTH AND FITNESS FACILITY | 37-1784847<br>**Date business existed**<br>From: 6/1/2015    To: PRESENT |
| BLINK EAST TREMONT AVENUE,<br>INC.<br>645 E TREMONT AVE<br>BRONX, NY 10457 | HEALTH AND FITNESS FACILITY | 61-1775251<br>**Date business existed**<br>From: 11/24/2015    To: PRESENT |
| BLINK EIGHTH AVENUE, INC.<br>307 8TH AVE<br>NEW YORK, NY 10001 | HEALTH AND FITNESS FACILITY | 46-1939235<br>**Date business existed**<br>From: 1/28/2013    To: PRESENT |
| BLINK FARMERS BOULEVARD<br>INC.<br>130-20 FARMERS BLVD<br>JAMAICA, NY 11434 | HEALTH AND FITNESS FACILITY | 61-1807517<br>**Date business existed**<br>From: 10/27/2016    To: PRESENT |
| BLINK FITNESS FRANCHISING,<br>INC.<br>45 WEST 45TH STREET, 10TH<br>FLOOR<br>NEW YORK, NY 10036 | FRANCHISE | 30-0838012<br>**Date business existed**<br>From: 8/18/2014    To: PRESENT |
| BLINK FITNESS RIALTO INC.<br>1205-1209 W FOOTHILL BLVD<br>RIALTO, CA 92376 | HEALTH AND FITNESS FACILITY | 83-2986020<br>**Date business existed**<br>From: 12/18/2018    To: PRESENT |
| BLINK FLATLANDS AVENUE, INC.<br>9029 FLATLANDS AVE<br>BROOKLYN, NY 11236 | HEALTH AND FITNESS FACILITY | 37-1757211<br>**Date business existed**<br>From: 5/15/2014    To: PRESENT |
| BLINK FOURTH AVENUE, INC.<br>227 4TH AVE<br>BROOKLYN, NY 11215 | HEALTH AND FITNESS FACILITY | 61-1762535<br>**Date business existed**<br>From: 6/27/2015    To: PRESENT |
| BLINK FRANKFORD AVENUE, INC.<br>45 WEST 45TH STREET, 10TH<br>FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 36-4853685<br>**Date business existed**<br>From: 11/30/2016    To: PRESENT |
| BLINK FULTON STREET, INC.<br>1413 FULTON ST<br>BROOKLYN, NY 11216 | HEALTH AND FITNESS FACILITY | 61-1723329<br>**Date business existed**<br>From: 10/15/2013    To: PRESENT |
| BLINK GATES, INC.<br>1002 GATES AVE<br>BROOKLYN, NY 11221 | HEALTH AND FITNESS FACILITY | 36-4759927<br>**Date business existed**<br>From: 4/25/2013    To: PRESENT |
| BLINK GEORGETOWN INC.<br>45 WEST 45TH STREET, 10TH<br>FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 37-1902616<br>**Date business existed**<br>From: 6/15/2018    To: PRESENT |
| BLINK HAWTHORNE, INC.<br>45 WEST 45TH STREET, 10TH<br>FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 30-0992856<br>**Date business existed**<br>From: 6/5/2017    To: PRESENT |
| BLINK HICKSVILLE, INC.<br>358 N BROADWAY<br>HICKSVILLE, NY 11801 | HEALTH AND FITNESS FACILITY | 38-3941155<br>**Date business existed**<br>From: 10/2/2014    To: PRESENT |
| BLINK HIGHWAY 249, INC.<br>45 WEST 45TH STREET, 10TH<br>FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 84-5052871<br>**Date business existed**<br>From: 2/27/2020    To: PRESENT |
| BLINK IRVINGTON INC.<br>440 EASTERN PKWY<br>IRVINGTON, NJ 07111 | HEALTH AND FITNESS FACILITY | 45-5161528<br>**Date business existed**<br>From: 4/20/2012    To: PRESENT |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| BLINK ISLANDIA, INC.<br>1750 VETERANS MEMORIAL HWY<br>ISLANDIA, NY 11749 | HEALTH AND FITNESS FACILITY | 45-5092358<br>**Date business existed**<br>From: 4/4/2012          To: PRESENT |
| BLINK JAMAICA AVENUE, INC.<br>163-02 JAMAICA AVE<br>QUEENS, NY 11432 | HEALTH AND FITNESS FACILITY | 45-4494871<br>**Date business existed**<br>From: 1/25/2012          To: PRESENT |
| BLINK JEROME AVENUE, INC.<br>3000 JEROME AVE<br>BRONX, NY 10468 | HEALTH AND FITNESS FACILITY | 37-1878960<br>**Date business existed**<br>From: 1/3/2018          To: PRESENT |
| BLINK JOURNAL SQUARE, INC.<br>35 JOURNAL SQ<br>JERSEY CITY, NJ 07306 | HEALTH AND FITNESS FACILITY | 38-3904829<br>**Date business existed**<br>From: 4/25/2013          To: PRESENT |
| BLINK KELLER, INC.<br>3529 HERITAGE TRACE PKWY,<br>STE 123<br>KELLER, TX 76244 | HEALTH AND FITNESS FACILITY | 83-3233569<br>**Date business existed**<br>From: 1/9/2019          To: PRESENT |
| BLINK KENDALL MARKET PLACE<br>INC.<br>45 WEST 45TH STREET, 10TH<br>FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 84-2918310<br>**Date business existed**<br>From: 7/31/2019          To: PRESENT |
| BLINK KENWOOD, INC.<br>45 WEST 45TH STREET, 10TH<br>FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 84-2028594<br>**Date business existed**<br>From: 5/22/2019          To: PRESENT |
| BLINK KNICKERBOCKER, INC.<br>399 KNICKERBOCKER AVE<br>BROOKLYN, NY 11237 | HEALTH AND FITNESS FACILITY | 37-1778698<br>**Date business existed**<br>From: 3/9/2015          To: PRESENT |
| BLINK KWT HOLDCO LLC<br>45 WEST 45TH STREET, 10TH<br>FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 84-3088279<br>**Date business existed**<br>From: 9/18/2019          To: PRESENT |
| BLINK LIBERTY AVENUE, INC.<br>102-16 LIBERTY AVE<br>OZONE PARK, NY 11416 | HEALTH AND FITNESS FACILITY | 37-1766505<br>**Date business existed**<br>From: 10/2/2014          To: PRESENT |
| BLINK LINDEN, INC.<br>1701 W EDGAR RD<br>LINDEN, NJ 07036 | HEALTH AND FITNESS FACILITY | 30-0818706<br>**Date business existed**<br>From: 4/3/2014          To: PRESENT |
| BLINK LODI, INC.<br>4 MEMORIAL DR<br>LODI, NJ 07644 | HEALTH AND FITNESS FACILITY | 80-0850640<br>**Date business existed**<br>From: 9/25/2012          To: PRESENT |
| BLINK LONG POINT, INC.<br>7840 LONG PT RD<br>HOUSTON, TX 77055 | HEALTH AND FITNESS FACILITY | 83-4487415<br>**Date business existed**<br>From: 4/9/2019          To: PRESENT |
| BLINK MACOMBS ROAD, INC.<br>1490 MACOMBS RD<br>BRONX, NY 10452 | HEALTH AND FITNESS FACILITY | 90-1018701<br>**Date business existed**<br>From: 9/26/2013          To: PRESENT |
| BLINK MELVILLE, INC.<br>121 BROADHOLLOW RD<br>MELVILLE, NY 11747 | HEALTH AND FITNESS FACILITY | 45-2705999<br>**Date business existed**<br>From: 7/6/2011          To: PRESENT |
| BLINK METROPOLITAN AVENUE,<br>INC.<br>1382 METROPOLITAN AVE<br>BRONX, NY 10462 | HEALTH AND FITNESS FACILITY | 45-2119721<br>**Date business existed**<br>From: 5/5/2011          To: PRESENT |
| BLINK MIRAMAR PARKWAY INC.<br>45 WEST 45TH STREET, 10TH<br>FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 83-4112458<br>**Date business existed**<br>From: 3/11/2019          To: PRESENT |

Debtor    Blink Holdings, Inc.

(Name)

Case number (if known) 24-11686

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| BLINK MYRTLE AVENUE, INC. (F/K/A BLINK 3780 BROADWAY, INC.) 55-27 MYRTLE AVE RIDGEWOOD, NY 11385 | HEALTH AND FITNESS FACILITY | 46-1795639 **Date business existed** From: 1/15/2016        To: PRESENT |
| BLINK NASSAU STREET, INC. 111 NASSAU ST NEW YORK, NY 10038 | HEALTH AND FITNESS FACILITY | 32-0440767 **Date business existed** From: 5/14/2014        To: PRESENT |
| BLINK NEWARK, INC. 2-14 FERRY ST NEWARK, NJ 07105 | HEALTH AND FITNESS FACILITY | 36-4868064 **Date business existed** From: 5/11/2017        To: PRESENT |
| BLINK NORMANDIE AVENUE, INC. 15519 NORMANDIE AVE LOS ANGELES, CA 90247 | HEALTH AND FITNESS FACILITY | 30-0964950 **Date business existed** From: 1/18/2017        To: PRESENT |
| BLINK NORTH 10TH STREET CORP. 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 84-4669850 **Date business existed** From: 2/7/2020        To: PRESENT |
| BLINK NOSTRAND AVENUE, INC. 2166 NOSTRAND AVE BROOKLYN, NY 11210 | HEALTH AND FITNESS FACILITY | 45-2711259 **Date business existed** From: 7/6/2011        To: PRESENT |
| BLINK NRH, INC. 7901 MID CITIES BLVD, STE 156 GRAND PRAIRIE, TX 75050 | HEALTH AND FITNESS FACILITY | 83-3150472 **Date business existed** From: 1/9/2019        To: PRESENT |
| BLINK NUTLEY, INC. 364 CENTRE ST NUTLEY, NJ 07110 | HEALTH AND FITNESS FACILITY | 37-1888946 **Date business existed** From: 3/8/2018        To: PRESENT |
| BLINK PACIFIC BOULEVARD, INC. 6714 PACIFIC BLVD HUNTINGTON PARK, CA 90255 | HEALTH AND FITNESS FACILITY | 30-0963403 **Date business existed** From: 1/3/2017        To: PRESENT |
| BLINK PARSIPPANY, INC. 3035 U.S. 46 PARSIPPANY, NJ 07054 | HEALTH AND FITNESS FACILITY | 61-1709122 **Date business existed** From: 4/4/2013        To: PRESENT |
| BLINK PASSAIC, INC. 633 MAIN AVE PASSAIC, NJ 07055 | HEALTH AND FITNESS FACILITY | 30-0943994 **Date business existed** From: 6/17/2016        To: PRESENT |
| BLINK PATERSON, INC. 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 84-4567879 **Date business existed** From: 2/7/2020        To: PRESENT |
| BLINK PERTH AMBOY, INC. 133 NEW BRUNSWICK AVE PERTH AMBOY, NJ 08861 | HEALTH AND FITNESS FACILITY | 38-4010715 **Date business existed** From: 8/8/2016        To: PRESENT |
| BLINK PLAINFIELD, INC. 235-255 E FRONT ST PLAINFIELD, NJ 07060 | HEALTH AND FITNESS FACILITY | 30-0950363 **Date business existed** From: 8/22/2016        To: PRESENT |
| BLINK RICHMOND ROAD, INC. 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 84-2055108 **Date business existed** From: 5/23/2019        To: PRESENT |
| BLINK RIDGELAND AVE., INC. 8749 S RIDGELAND AVE OAK LAWN, IL 60453 | HEALTH AND FITNESS FACILITY | 83-1823664 **Date business existed** From: 9/11/2018        To: PRESENT |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| BLINK RIVERDALE, INC.<br>5530 BROADWAY<br>BRONX, NY 10463 | HEALTH AND FITNESS FACILITY | 36-4790560<br>**Date business existed**<br>From: 8/8/2014          To: PRESENT |
| BLINK SELDEN, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 45-2120221<br>**Date business existed**<br>From: 5/5/2011          To: PRESENT |
| BLINK SER PORTFOLIO, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HOLDING COMPANY | 83-2806426<br>**Date business existed**<br>From: 11/29/2018          To: PRESENT |
| BLINK SOUTH ORANGE, INC.<br>451 VALLEY ST<br>SOUTH ORANGE, NJ 07079 | HEALTH AND FITNESS FACILITY | 32-0469363<br>**Date business existed**<br>From: 6/25/2015          To: PRESENT |
| BLINK SOUTHERN BOULEVARD, INC.<br>932 SOUTHERN BLVD<br>BRONX, NY 10459 | HEALTH AND FITNESS FACILITY | 80-0807202<br>**Date business existed**<br>From: 3/30/2012          To: PRESENT |
| BLINK ST. ANN'S AVENUE, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 90-0770908<br>**Date business existed**<br>From: 10/17/2011          To: PRESENT |
| BLINK STEINWAY STREET, INC.<br>32-27 STEINWAY ST<br>ASTORIA, NY 11103 | HEALTH AND FITNESS FACILITY | 32-0403766<br>**Date business existed**<br>From: 3/5/2013          To: PRESENT |
| BLINK STONEBROOK, INC.<br>3243 W 115TH ST<br>CHICAGO, IL 60655 | HEALTH AND FITNESS FACILITY | 83-2663967<br>**Date business existed**<br>From: 11/16/2018          To: PRESENT |
| BLINK SUNSET PARK, INC.<br>5109 4TH AVE<br>BROOKLYN, NY 11220 | HEALTH AND FITNESS FACILITY | 32-0502888<br>**Date business existed**<br>From: 8/9/2016          To: PRESENT |
| BLINK UNION, INC.<br>2700 U.S. 22<br>UNION, NJ 07083 | HEALTH AND FITNESS FACILITY | 90-1018825<br>**Date business existed**<br>From: 9/26/2013          To: PRESENT |
| BLINK UTICA AVENUE, INC.<br>250 UTICA AVE<br>BROOKLYN, NY 11213 | HEALTH AND FITNESS FACILITY | 80-0850078<br>**Date business existed**<br>From: 9/21/2012          To: PRESENT |
| BLINK VALLEY STREAM, INC.<br>14 BROOKLYN AVE<br>VALLEY STREAM, NY 11581 | HEALTH AND FITNESS FACILITY | 61-1737539<br>**Date business existed**<br>From: 5/15/2014          To: PRESENT |
| BLINK WEBSTER AVENUE, INC.<br>(F\K\A BLINK BOSTON POST ROAD. INC.)<br>1421 WEBSTER AVE<br>BRONX, NY 10456 | HEALTH AND FITNESS FACILITY | 45-2120528<br>**Date business existed**<br>From: 5/5/2011          To: PRESENT |
| BLINK WEST 31ST STREET, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 80-0931806<br>**Date business existed**<br>From: 6/5/2013          To: PRESENT |
| BLINK WEST 8TH STREET, INC.<br>2857 W 8TH ST<br>BROOKLYN, NY 11224 | HEALTH AND FITNESS FACILITY | 35-2519404<br>**Date business existed**<br>From: 11/18/2014          To: PRESENT |
| BLINK WEST ISLIP, INC.<br>175 SUNRISE HWY S BAY COMMONS S/C<br>WEST ISLIP, NY 11795 | HEALTH AND FITNESS FACILITY | 45-4494932<br>**Date business existed**<br>From: 2/9/2012          To: PRESENT |
| BLINK WESTCHASE INC.<br>11145 WESTHEIMER RD<br>HOUSTON, TX 77042 | HEALTH AND FITNESS FACILITY | 83-4582685<br>**Date business existed**<br>From: 4/10/2019          To: PRESENT |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| BLINK WHITE PLAINS, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 45-4982614<br>**Date business existed**<br>From: 3/9/2012    To: PRESENT |
| BLINK WHITMAN, INC.<br>330 W OREGON AVE<br>PHILADELPHIA, PA 19148 | HEALTH AND FITNESS FACILITY | 35-2578935<br>**Date business existed**<br>From: 11/30/2016    To: PRESENT |
| BLINK WILLIAMSBRIDGE, INC.<br>3560 WHITE PLAINS RD<br>BRONX, NY 10467 | HEALTH AND FITNESS FACILITY | 90-0993963<br>**Date business existed**<br>From: 6/20/2013    To: PRESENT |
| BLINK WILLINGBORO, INC.<br>45 WEST 45TH STREET, 10TH FLOOR<br>NEW YORK, NY 10036 | HEALTH AND FITNESS FACILITY | 37-1830171<br>**Date business existed**<br>From: 6/21/2016    To: PRESENT |
| BLINK WISSINOMING, INC.<br>5597 TULIP ST, BLDG C1-4<br>PHILADELPHIA, PA 19124 | HEALTH AND FITNESS FACILITY | 32-0503005<br>**Date business existed**<br>From: 8/9/2016    To: PRESENT |
| CROSS COUNTY FITNESS CLUB, INC.<br>8000 MALL WALK<br>YONKERS, NY 10704 | HEALTH AND FITNESS FACILITY | 27-2776540<br>**Date business existed**<br>From: 7/2/2010    To: PRESENT |

26. **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| DAVID PHILLIPPS<br>31 HUDSON YARDS<br>NEW YORK, NY 10001 | From 10/7/2020    To 5/3/2024 |
| WILLIAM HOLDEN<br>31 HUDSON YARDS<br>NEW YORK, NY 10001 | From 6/10/2024    To PRESENT |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| KPMG, LLP<br>P.O.BOX 120001<br>DALLAS, TX 75312-0511 | From 8/12/2022    To 8/12/2024 |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed .

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| EQUINOX HOLDINGS, INC<br>31 HUDSON YARDS<br>NEW YORK, NY 10001 | |
| KPMG, LLP<br>P.O.BOX 120001<br>DALLAS, TX 75312-0511 | |
| WILLIAM HOLDEN<br>31 HUDSON YARDS<br>NEW YORK, NY 10001 | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ None

---

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

☐ None

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| BLINK COMPANY INTERMEDIATE HOLDCO INC. | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | SHAREHOLDER | 100.00% |
| BENJAMIN BALICK | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | VICE PRESIDENT, FINANCE | 0.00% |
| EMMANUEL PEARLMAN | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | INDEPENDENT DIRECTOR | 0.00% |
| GUY HARKLESS | 45 WEST 45TH STREET, 10TH FLOOR NEW YORK, NY 10036 | PRESIDENT AND BOARD MEMBER | 0.00% |
| STEVEN SHENKER | 640 5TH AVENUE 10TH FLOOR NEW YORK, NY 10019 | CHIEF RESTRUCTURING OFFICER | 0.00% |

---

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ None

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| DAVID PHILLIPPS | 31 HUDSON YARDS NEW YORK, NY 10001 | EXECUTIVE VICE PRESIDENT AND CHIEF FINANCIAL OFFICER | From 12/31/2020 To 5/3/2024 |
| EMILY CHILDS | 31 HUDSON YARDS NEW YORK, NY 10001 | VICE PRESIDENT, ACCOUNTING | From 5/3/2024 To 6/23/2024 |
| HARVEY SPEVAK | 31 HUDSON YARDS NEW YORK, NY 10001 | BOARD MEMBER | From 6/2/2010 To 8/2/2024 |
| JEFFREY WEINHAUS | 31 HUDSON YARDS NEW YORK, NY 10001 | EXECUTIVE VICE PRESIDENT AND CHIEF DEVELOPMENT OFFICER | From 6/2/2010 To 6/23/2024 |
| LAUREN WOOD | ADDRESS ON FILE | VICE PRESIDENT, FINANCE AND ASSISTANT SECRETARY | From 8/29/2022 To 4/12/2024 |

---

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ None

SEE RESPONSE TO SOFA PART 2, QUESTION 4

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ None

| Name of the parent corporation | Employer identification number of the parent corporation. |
|--------------------------------|-----------------------------------------------------------|
| BLINK HOLDINGS II, INC. | 84-4018470 |
| BLINK HOLDINGS, INC. | 27-2776354 |
| RELATED EQUINOX HOLDINGS II, LLC | 20-4188238 |

Debtor    Blink Holdings, Inc.                                                    Case number (if known)    24-11686

(Name)

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ None

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/09/2024.

✘   /s/ Steven Shenker           Steven Shenker

Signature of individual signing on behalf of the debtor      Printed Name

Chief Restructuring Officer

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☐ Yes