# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, BENJAMIN JOHNSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 29, 2024, I caused to be served the *customized* "Letter Re: Blink Holdings, Inc., *et al.*, Case No. 24-11686 (JKS) Rejection of Real Property Lease," dated August 30, 2024, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Benjamin Johnson*
Benjamin Johnson

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

# EXHIBIT A



August 30, 2024

PACIFIC 26 HOLDINGS, LLC
CAPITAL INSIGHT HOLDINGS LLC
PO BOX 69344
WEST HOLLYWOOD, CA  90069

**Re:** *In re Blink Holdings, Inc., et al.*, **Case No. 24-11686 (JKS)**
**Rejection of Real Property Lease for Club # 668 6714 Pacific Blvd, Huntington Park CA, 90255**

To Whom It May Concern:

On August 12, 2024 (the "Petition Date"), Blink Holdings, Inc. and certain of its affiliated debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware (the "Court") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  The Debtors' chapter 11 cases are being jointly administered under case number 24-11686 (JKS).  I write to you regarding that certain non-residential real property lease (the "Lease") for the premises located at 6714 Pacific Blvd, Huntington Park CA, 90255 (the "Premises") to which one or more of the Debtors are a party.

On August 30, 2024, the Debtors will file or have filed with the Court a motion (the "Rejection Motion") to reject the Lease pursuant to section 365 of the Bankruptcy Code, effective as of August 30, 2024 (the "Rejection Date").  You will be served with a copy of the Rejection Motion.

Please take notice that, as of the Rejection Date, the Debtors unequivocally surrender their interest in the Premises.  In conjunction with the Debtors' unequivocal surrender of their possession of the Premises, the Debtors also abandoned any personal property remaining in the Premises.  If the Debtors retain possession of the keys to the Premises (i.e., if the Debtors have not either returned the keys or given them to you or a subtenant) then the keys are provided in a lockbox at the Premises.  Delivery of the keys is not a condition to rejection of the Lease and is intended only to accommodate your physical access to the Premises.  Please be further advised that the Debtors will no longer maintain the utilities, security, or insurance coverage related to the Premises as of the Rejection Date.

If you have any questions regarding this matter, please contact me at lyle.trued@blinkfitness.com.  You may obtain additional information about the Debtors' chapter 11 cases or obtain copies of the pleadings filed in the chapter 11 cases, including the Rejection Motion, at the case website maintained by the Debtors' claims and noticing agent:  **https://dm.epiq11.com/BlinkFitness**.

Sincerely,

Lyle Trued

668/Huntington Park

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| 1421 WEBSTER AVENUE, LLC | 1421 WEBSTER AVENUE, LLC 215-15 NORTHERN BLVD BAYSIDE NY 11361 |
| 1421 WEBSTER AVENUE, LLC | PETER J PRUZAN, ESQ. 48 WALL ST, 26TH FLOOR NEW YORK NY 10005 |
| 7901 MIDCITIES, LLC | 7901 MIDCITIES LLC CHAMPIONS DFW MANAGEMENT GROUP 1725 E SOUTHLAKE BLVD, SUITE 100 SOUTHLAKE TX 76092 |
| 7901 MIDCITIES, LLC | 7901 MIDCITIES LLC QUINE & ASSOCIATES, INC./CONNIE ALLEN 301 S SHERMAN STREET, SUITE 100 RICHARDSON TX 75081 |
| BEACH STREET MARKET, LLC | BEACH STREET MARKET, LLC LEGACY PROPERTIES, LP PO BOX 279 LEANDER TX 78646 |
| BRIXMOR MORRIS HILLS LLC | BRIXMOR MORRIS HILLS LLC BRIXMOR PROPERTY GROUP 200 RIDGE PIKE, SUITE 100 CONSHOHOCKEN PA 19428 |
| DILLWAY ASSOCIATES, LP | DILWAY ASSOCIATES, LP RELIABLE PROPERTIES 6420 WILSHIRE BLVD, #1500 LOS ANGELES CA 90048 |
| DT ROUTE 22 RETAIL LLC | DT ROUTE 22 RETIAIL LLC EXECUTIVE VICE PRESIDENT – LEASING 3300 ENTERPRISE PARKWAY BEACHWOOD OH 44122 |
| DT ROUTE 22 RETAIL LLC | SITE CENTERS CORP. GENERAL COUNSEL 3300 ENTERPRISE PARKWAY BEACHWOOD OH 44122 |
| ISLANDIA SC I LLC | ISLANDIA SC OWNER LLC BLUMENFELD DEVELOPMENT GROUP, LTD. 300 ROBBINS LANE SYOSSET NY 11791 |
| ISLANDIA SC I LLC | SONTAG & HYMAN PC 69 ROSLYN RD ROSLYN HEIGHTS NY 11572 |
| ISLANDIA SC I LLC | ISLANDIA SC I ABRO MANAGEMENT CORP. 734 WEST BROADWAY WOODMERE NY 11598 |
| OAK LAWN JOINT VENTURE I, L.L.C. | OAK LAWN JOINT VENTURE I, LLC GREG MOROSS 302 DATURA ST, SUITE 100 WEST PALM BEACH FL 33401 |
| PACIFIC 26 HOLDINGS, LLC | CAPITAL INSIGHT HOLDINGS LLC PO BOX 69344 WEST HOLLYWOOD CA 90069 |
| PACIFIC 26 HOLDINGS, LLC | PACIFIC 26 HOLDINGS, LLC 1242 PALMETTO STREET LOS ANGELES CA 90013 |
| PACIFIC 26 HOLDINGS, LLC | PACIFIC BACH LLC 495 MARTIN LANE BEVERLY HILLS CA 90210 |
| PACIFIC 26 HOLDINGS, LLC | RAVID LAW GROUP NADAV RAVID, ESQ. 601 S FIGUEROA STREET, SUITE 600 LOS ANGELES CA 90017 |
| PHILADELPHIA HARBISON, L.P. | PHILADELPHIA HARBISON, LP 1401 BROAD STREET CLIFTON NJ 07013 |
| PHILADELPHIA HARBISON, L.P. | LAW OFFICES OF JEFFREY R HOFFMANN LLC 636 OLD YORK RD, 2ND FL JENKINTOWN PA 19046 |
| SOUTH-WHIT SHOPPING CENTER | ASSOCIATES BRESLIN REALTY DEVELOPMENT GROUP 500 OLD COUNTRY RD GARDEN CITY NY 11530 |
| SOUTH-WHIT SHOPPING CENTER | ASSOCIATES;WESTERMAN BALL EDERER; MILLER ZUCKER & SHARFSTEIN, LLP; STUART S. BALL, ESQ. 1201 RXR PLAZA UNIONDALE NY 11556 |
| WHITESTONE HERITAGE TRACE PLAZA 1 | LLC WHITESTONE HERITAGE TRACE PLAZA 1 LLC; WHITESTONE REIT 2600 SOUTH GESSNER RD, SUITE 300 HOUSTON TX 77063 |
| WHITESTONE HERITAGE TRACE PLAZA 1 | LLC WHITESTONE HERITAGE TRACE PLAZA 1 LLC; WHITESTONE REIT 6959 LEBANON ROAD, SUITE 214 FRISCO TX 75034 |

**Total Creditor count  23**