# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*, [1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for The Theatre Building Enterprises, LLC (the "Theatre Building"), pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned requests that all notices given or required to be given in the above-captioned cases be given to and served on the following:

> Frederick B. Rosner, Esq.
> **THE ROSNER LAW GROUP LLC**
> 824 N. Market St., Suite 810
> Wilmington, DE 19801
> rosner@teamrosner.com
>
> and-
>
> **BELKIN BURDEN GOLDMAN, LLP**
> Jay B. Solomon, Esq., admitted pro hac vice
> One Grand Central Place
> 60 E 42nd Street, 16th Floor
> New York, New York 10165
> Telephone: (212) 867-4466, Ext. 497
> Fax: (212) 297-1859
> Email: jsolomon@bbgllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings,

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Theatre Building's (a) right to (i) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) rights, claims, actions, defenses, setoffs, or recoupments to which Theatre Building may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Theatre Building expressly reserves.

| | |
|---|---|
| Dated: September 9, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>**THE ROSNER LAW GROUP LLC**<br><br>By: /s/ *Frederick B. Rosner*<br>Frederick B. Rosner, Esq.<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 319-6301<br>Email: rosner@teamrosner.com<br><br> -and-<br><br>**BELKIN BURDEN GOLDMAN, LLP**<br><br>By: /s/ Jay B. Solomon<br>Jay B. Solomon, Esq., admitted pro hac vice<br>One Grand Central Place<br>60 E 42nd Street, 16th Floor<br>New York, New York 10165<br>Telephone: (212) 867-4466, Ext. 497<br>Fax: (212) 297-1859<br>Email: jsolomon@bbgllp.com<br><br>*Counsel for The Theatre Building Enterprises, LLC* |