**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*, | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Terence G. Banich of Katten Muchin Rosenman LLP to represent Varagon Capital Partners Agent, LLC in the above-captioned cases.

Dated: September 11, 2024

/s/ Echo Yi Qian
Echo Yi Qian (No. 7330)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: eqian@morrisnichols.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of Illinois, the State of California  and the District of Columbia, the United States Supreme Court, the United States Court of Appeals for the Sixth, Seventh, Tenth and Eleventh Circuits, the United States District Court for the Central and Southern Districts of California, the United States District Court for the Northern District of Florida, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan and the United States District Court for the Western District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised December 21, 2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 11, 2024

/s/ Terence G. Banich
Terence G. Banich
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5665
Email: terence.banich@katten.com

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.