# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtor. | (Jointly Administered) |
| | Related to Docket Nos. 183 and 185 |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT** the Official Committee of Unsecured Creditors, by and through their undersigned proposed counsel, hereby provides notice of their withdrawal of the redacted and sealed versions of the *Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order (I) Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief* [Docket Nos. 183 and 185] filed on September 6, 2024 with the United States Bankruptcy Court for the District of Delaware.

Dated: September 11, 2024

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
       bkeilson@morrisjames.com
       scerra@morrisjames.com

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed counsel for the Debtors.

16931992/1

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
   kelliott@kelleydrye.com
   abarajas@kelleydrye.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*