## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 96 & 161** |

### SUPPLEMENTAL DECLARATION OF STEVEN SHENKER IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN TRIPLE P RTS, LLC TO PROVIDE STEVEN SHENKER AS CHIEF RESTRUCTURING OFFICER AND ADDITIONAL PERSONNEL, AS NECESSARY, EFFECTIVE AS OF THE PETITION DATE AND (II) GRANTING RELATED RELIEF

I, Steven Shenker, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.     I am a Managing Director of Triple P RTS, LLC ("**Portage Point**"), which is wholly owned by Portage Point Partners, LLC.  Portage Point has its principal place of business at 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.  I am authorized to submit this supplemental declaration (this "**Supplemental Declaration**") on behalf of Portage Point.

2.     I submit this Supplemental Declaration in support of the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Employ and Retain Triple P RTS, LLC to Provide Steven Shenker as Chief Restructuring Officer and Additional Personnel, as Necessary, Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 96] (the "**Motion**"),[2] and my original declaration attached thereto as Exhibit C (the "**Original Declaration**") filed by

---

[1]     The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Engagement Letter, as applicable.

the Debtors in the above-captioned cases before the United States Bankruptcy Court for the District of Delaware (this "**Court**") – which Motion the Court granted on September 5, 2024 [Docket No. 161] (the "**Retention Order**").  This Supplemental Declaration is submitted in accordance with paragraph 28 of my Original Declaration and pursuant to Bankruptcy Rule 2014(a) and the obligations for continuing disclosure set forth in the Retention Order.

3.       Except as otherwise noted, I have personal knowledge of the matters set forth herein.  If called as a witness, I could, and would, testify competently to the matters set forth herein.  Certain of the disclosures herein, however, relate to matters within the personal knowledge of other professionals at Portage Point and are based on information provided to me by such professionals.   In addition to the disclosures set forth in my Original Declaration, I hereby supplement as follows:

## PORTAGE POINT'S SUPPLEMENTAL DISCLOSURES

4.       Since my Original Declaration, an affiliate of Portage Point has been engaged by an affiliate of Three Pillar Global, Inc., identified as a Potential Party in Interest on Schedule 1 to my Original Declaration.  The engagement is unrelated to the Debtors or these Chapter 11 Cases, and does not change the statement in my Original Declaration that Portage Point "does not have an interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason."

5.       To the extent that any new material facts or relationships bearing on the matters described herein, or in my Original Declaration, during the period of Portage Point's retention are discovered or arise, Portage Point will use reasonable efforts to file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

2

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

Dated: September 12, 2024

_/s/ Steven Shenker_
Steven Shenker
Managing Director

US_ACTIVE\127796967\V-3