## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 158** |
| | **Objection Deadline:**<br>**September 27, 2024 at 4:00 p.m. (ET)** |

### NOTICE OF FILING OF SUPPLEMENT TO LIST OF
### ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that, on September 5, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 158] (the "**Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that, in addition to the professionals listed on Exhibit 2 to the Order, and pursuant to paragraph 3 of the Order, the Debtors hereby supplement OCP List (the "**Supplemental OCP List**"), as reflected in Exhibit A hereto.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures set forth in the Order, the Debtors hereby file the declaration of Stacey Brandenburg of ZwillGen PLLC, attached hereto as Exhibit B.

---

[1]  The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Supplemental OCP List must be in writing, filed with the Court, 5th Floor, 824 North Market Street, Wilmington, Delaware 19801, and served upon the Debtors' undersigned counsel on or before **4:00 p.m. (ET) on September 27, 2024**.

Dated: Wilmington, Delaware
September 13, 2024

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Allison S. Mielke*
Michael R. Nestor (No. 3526)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Timothy R. Powell (No. 6894)
Rebecca L. Lamb (No. 7223)
Benjamin C. Carver (No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
       sgreecher@ycst.com
       amielke@ycst.com
       tpowell@ycst.com
       rlamb@ycst.com
       bcarver@ycst.com

*Counsel to the Debtors and Debtors in Possession*

## EXHIBIT A

### Supplemental OCP List

| Firm Name | Address | Description of Service | OCP Cap |
|---|---|---|---|
| ZwillGen PLLC | 1900 M Street NW, Suite 250, Washington, DC 20036 | Legal Services – Regulatory and Compliance Counsel | $30,000 |

**<u>EXHIBIT B</u>**

**Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 158** |
| | **Obj. Deadline: September 27, 2024 at 4:00 p.m. (ET)** |

**DECLARATION OF DISINTERESTEDNESS OF ZWILLGEN PLLC
PURSUANT TO THE ORDER (I) AUTHORIZING THE DEBTORS
TO RETAIN AND COMPENSATE PROFESSIONALS UTILIZED IN THE
ORDINARY COURSE OF BUSINESS AND (II) GRANTING RELATED RELIEF**

I, Stacey Brandenburg, declare under penalty of perjury:

1. I am a Shareholder of ZwillGen PLLC, located at 1900 M Street NW, Suite 250, Washington, DC 20036 (the "**Firm**").

2. Blink Holdings, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), have requested that the Firm provide legal guidance on regulatory, acquisition, and compliance services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for persons that are parties in interest in the Chapter 11 Cases. The Firm, however, does not perform

---

[1]    The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

services for any such person in connection with the Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.      As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in the Chapter 11 Cases.

5.      Neither I nor any principal, partner, director, officer, shareholder of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6.      Neither I nor any principal, partner, director, officer, shareholder of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

7.      The Firm's current customary hourly rates, subject to change from time to time, are $805 per hour for "Shareholders," "Senior Legal Directors," and "Legal Directors"; $900 per hour for Marc Zwillinger (founder and managing member); $530 per hour for "Attorneys"; and $385 for "Fellows."  In the normal course of business, the Firm typically revises its regular hourly rates every two years or so and advises that, effective January 1 of the relevant years, the aforementioned rates will be revised to the regular hourly rates that will be in effect at that time.

8.      As of the Petition Date, which was the date on which the Debtors commenced the Chapter 11 Cases, the Firm was not party to an agreement for indemnification with certain of the Debtors.

9.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:  September 13, 2024

_____
Stacey Brandenburg