# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | : | Case No. 24-11686 (JKS) |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in the above-captioned cases for 1413 Stathan Realty LLC, pursuant 11 U.S.C. §§ 102(1) *et seq.*, and Fed. R. Bankr. P. 2002, 3017, 9007 and 9010(b), and request that all notices given or required to be given, and all papers served or required to be served in this case, in this case be provided to and served upon 1413 Stathan Realty LLC through its undersigned counsel, as follows:

> Douglas J. Pick, Esq.
> Pick & Zabicki LLP
> 369 Lexington Avenue, 12th Floor
> New York, New York 10017
> Tel. No.:  (212) 695-6000
> Fax No.:  (212) 695-6007
> E-mail:   dpick@picklaw.net

**PLEASE TAKE FURTHER NOTICE** that that the foregoing request includes, without limitation, all orders, notices, pleading, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, whether formal or

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/BlinkFitness, or by contacting the proposed counsel for the Debtors.

informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphy, telex, facsimile or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Notices and Papers* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute be a waiver of any substantive or procedural right of 1413 Stathan Realty LLC including, without limitation: (i) to have final orders in noncore matters entered only after *de novo* review by the district court; (ii) the right to trial by jury in any proceeding relating to this case or any case, controversy, or proceeding related to these cases; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the district court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments which 1413 Stathan Realty LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until it expressly states otherwise, 1413 Stathan Realty LLC does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final order or judgments consistent with Article II of the United States Constitution.

Dated: New York, New York
September 16, 2024

**PICK & ZABICKI LLP**
Counsel to 1413 Stathan Realty LLC

By:   /s/Douglas J. Pick
Douglas J. Pick, Esq.
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

**CERTIFICATE OF SERVICE**

      I certify that on September 16, 2024, a true copy of the foregoing *Notice of Appearance and Request for Service of Notices and Papers* was electronically filed via the Bankruptcy Court's ECF System. Notice of said filing will be sent via e-mail to all parties receiving such notice by operation of the ECF System. Parties may access said filing through the ECF System. In addition, copies were also served via first class United States mail upon the following parties:

    Young Conaway Stargatt & Taylor, LLP
    Rodney Square
    1000 North King Street
    Wilmington, DE 19801

I hereby certify that the foregoing statements made by me are true.

                                                */s/Eric C. Zabicki*
                                                ERIC C. ZABICKI