**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC.*, et al.,* | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that 480 Suffolk Avenue, LLC ("480 Suffolk"), creditor and party-in-interest in the above-captioned cases, hereby appears by its counsel, Cooch and Taylor, P.A. and Jaspan Schlesinger Narendran LLP, and pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. L.R. 2002-1, and Section 1109(b) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), requests that the following names and addresses be added to the mailing list maintained by the Clerk of Court and Debtors' counsel in these cases and further demands that all notices given or required to be given in this case and all papers served or required to be served in these cases by all counsel, parties-in-interest, and this Court be given to and served upon the following counsel:

| | |
|---|---|
| R. Grant Dick IV, Esq | Sophia A. Perna-Plank, Esq. |
| Kevin D. Levitsky, Esq | Jaspan Schlesinger Narendran LLP |
| Cooch and Taylor, P.A | 300 Garden City Plaza, 5th Floor |
| 1000 N. West St., Suite 1500 | Garden City, NY 11530 |
| Wilmington, DE 19801 | Telephone: 516-746-8000 |
| Telephone: 302-984-3867 | spernaplank@jaspanllp.com |
| gdick@coochtaylor.com | |
| klevitsky@coochtaylor.com | |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and

00670072

whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, facsimile, e-mail or otherwise, which affects any of the Debtors or property of the Debtors or the rights of creditors and parties-in-interest.

**PLEASE TAKE FURTHER NOTICE** that 480 Suffolk does not intend that this Notice of Appearance and Request for Service of Papers or any later appearance or pleading be deemed or construed to be a waiver of its right: (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, setoffs, or recoupments to which 480 Suffolk is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments 480 Suffolk expressly reserves.

Dated:  September 16, 2024

**COOCH AND TAYLOR, P.A.**

*/s/ Kevin D. Levitsky*
R. Grant Dick IV (No. 5123)
Kevin D. Levitsky (No. 7228)
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 984-3800
Facsimile:  (302) 984-3989
Email:  gdick@coochtaylor.com
          klevitsky@coochtaylor.com

-and-

**JASPAN SCHLESINGER NARENDRAN LLP**
Sophia A. Perna-Plank, Esq.
Jaspan Schlesinger Narendran LLP
300 Garden City Plaza, 5th Floor
Garden City, NY 11530
Telephone: (516) 746-8000
spernaplank@jaspanllp.com

*Counsel for 480 Suffolk Avenue, LLC*