# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC*, et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Sophia A. Perna-Plank, Esquire of Jaspan Schlesinger Narendran LLP to represent 480 Suffolk Avenue, LLC in the above-captioned cases.

Dated: September 16, 2024            **COOCH AND TAYLOR, P.A**.

*/s/ Kevin D. Levitsky*
Kevin D. Levitsky (No. 7228)
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 984-3800
Facsimile:  (302) 984-3989
Email: klevitsky@coochtaylor.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: September 16, 2024            **JASPAN SCHLESINGER NARENDRAN LLP**

*/s/Sophia A. Perna-Plank*
Sophia A. Perna-Plank, Esq
300 Garden City Plaza, 5th Floor
Garden City, NY 11530
Telephone: (516) 746-8000
Email: spernaplank@jaspanllp.com
*Counsel for 480 Suffolk Avenue, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.