IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 102(1) of title 11 of the United States Code (the "Bankruptcy Code"), Connolly Gallagher LLP ("CG") and Meltzer, Lippe, Goldstein & Breitstone, LLP ("MLG&B") hereby enter their appearance in the above-captioned cases as counsel to KRE Broadway Owner LLC ("Landlord"), and hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the above-captioned cases and copies of all papers served or required to be served in the above-captioned cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Landlord through service upon CG and MLG&B at the addresses and e-mail addresses set forth below:

| | |
|---|---|
| Karen C. Bifferato, Esq.<br>**CONNOLLY GALLAGHER LLP**<br>1201 North Market Street<br>20th Floor<br>Wilmington, DE 19801<br>kbifferato@connollygallagher.com | Gary Meltzer, Esq.<br>Scott A. Steinberg, Esq.<br>**MELTZER, LIPPE, GOLDSTEIN &**<br>**BREITSTONE, LLP**<br>190 Willis Ave<br>Mineola, NY 11501<br>gmeltzer@meltzerlippe.com<br>ssteinberg@meltzerlippe.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and any proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Landlord's (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Landlord is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

[continued on next page]

| | |
|---|---|
| Dated: September 16, 2024 | CONNOLLY GALLAGHER LLP |

*/s/ Karen C. Bifferato*
Karen C. Bifferato (#3279)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
kbifferato@connollygallagher.com

-and-

Gary Meltzer, Esq.
Scott A. Steinberg, Esq.
MELTZER, LIPPE, GOLDSTEIN &
BREITSTONE, LLP
190 Willis Avenue
Mineola, NY 11501
(516) 747-0300
gmeltzer@meltzerlippe.com
ssteinberg@meltzerlippe.com

*Attorneys for KRE Broadway Owner LLC*