## **CERTIFICATE OF SERVICE**

I, Karen C. Bifferato, hereby certify that on the 16th of September, 2024, a copy of the foregoing was served via the Court's Electronic Filing (ECF) system on all parties registered to receive electronic notices in this case.

*/s/ Karen C. Bifferato*
Karen C. Bifferato (#3279)