**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Latham & Watkins LLP and Cole Schotz P.C. hereby enter their appearance (this "**Notice of Appearance**") in the above-captioned cases as counsel for Pinnacle US Holdings LLC pursuant to Section 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**"); Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| George A. Davis (*pro hac vice* pending) **LATHAM & WATKINS LLP** 1271 Avenue of the Americas New York, New York 10020 Telephone: (212) 906-1200 Facsimile: (212) 751-4864 Email: george.davis@lw.com | Norman L Pernick, Esq. G. David Dean, Esq. **COLE SCHOTZ P.C.** 500 Delaware Avenue, Suite 1410 Wilmington, Delaware 19801 Telephone: (302) 652-3131 Facsimile: (302) 652-3117 Email:  npernick@coleschotz.com         ddean@coleschotz.com |

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

Ted A. Dillman (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: ted.dillman@lw.com

Whit Morley (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: whit.morley@lw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have any matter or proceeding for which a bankruptcy court lacks the authority to enter a final order or judgment without the consent of the parties adjudicated by an Article III court, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) any right to have the District Court withdraw the reference in any matter subject to

mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

[*Signature page follows*]

| | |
|---|---|
| Dated: September 17, 2024 | */s/ Norman L. Pernick*<br>Norman L Pernick (No. 2290)<br>G. David Dean (No. 6403)<br>**COLE SCHOTZ P.C.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email: npernick@coleschotz.com<br>        ddean@coleschotz.com<br><br>-and-<br><br>George A. Davis (*pro hac vice* pending)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email: george.davis@lw.com<br><br>Ted A. Dillman (*pro hac vice* pending)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email: ted.dillman@lw.com<br><br>Whit Morley (*pro hac vice* pending)<br>**LATHAM & WATKINS LLP**<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: whit.morley@lw.com<br><br>*Counsel to Pinnacle US Holdings LLC* |