## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 157-165** |

## <u>CERTIFICATE OF SERVICE</u>

I, BENJAMIN JOHNSON, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 5, 2024, I caused to be served the:

    a.  "Final Order (I) Authorizing Debtors to (A) Continue Operating Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Affiliate Transactions; (II) Authorizing Debtors' Continued Use of Corporate Credit Cards and Granting Administrative Expenses Status to Postpetition Credit Card Obligations; (III) Waiving Certain U.S. Trustee Guidelines; and (IV) Granting Related Relief," dated September 5, 2024 [Docket No. 157], (the "Final Cash Management Order"),

    b.  "Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief," dated September 5, 2024 [Docket No. 158], (the "OCP Retention Order"),

    c.  "Order Authorizing the Debtors to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effecive[*sic*] as of Petition Date," dated September 5, 2024 [Docket No. 159], (the "Epiq Retention Order"),

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

d.   "Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief," dated September 5, 2024 [Docket No. 160], (the "Final Critical Vendor Order"),

e.   "Order (I) Authorizing the Debtors to Employ and Retain Triple P RTS, LLC to Provide Steven Shenker as Chief Restructuring Officer, Scott Canna as Deputy Chief Restructuring Officer, and Additional Personnel, as Necessary, Effective as of the Petition Date and (II) Granting Related Relief," dated September 5, 2024 [Docket No. 161], (the "Triple P Retention Order"),

f.   "Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief," dated September 5, 2024 [Docket No. 162], (the "Interim Compensation Order"),

g.   "Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief," dated September 5, 2024 [Docket No. 163], (the "Final Taxes Order"),

h.   "Final Order (I) Authorizing (A) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance and Surety Programs, Including Payment of Policy Premiums, Broker Fees, and Claims Administrator Fees, and (B) Continuation of Insurance Premium Financing Program; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief," dated September 5, 2024 [Docket No. 164], (the "Final Insurance Order"), and

i.   "Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors, Effective as of the Petition Date," dated September 5, 2024 [Docket No. 165], (the "YCST Retention Order"),

by causing true and correct copies of the:

i.   Final Cash Management Order, OCP Retention Order, Epiq Retention Order, Final Critical Vendor Order, Triple P Retention Order, Interim Compensation Order, Final Taxes Order, Final Insurance Order, and YCST Retention Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii.   Final Cash Management Order, Final Critical Vendor Order, and Final Insurance Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    iii.   Final Insurance Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

    iv.   Final Cash Management Order, OCP Retention Order, Epiq Retention Order, Final Critical Vendor Order, Triple P Retention Order, Interim Compensation Order, Final Taxes Order, Final Insurance Order, and YCST Retention Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>,

    v.   Final Cash Management Order, Final Critical Vendor Order, and Final Insurance Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>, and

    vi.   Final Insurance Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>*/s/ Benjamin Johnson*</u>
Benjamin Johnson

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| 125 PARK OWNER LLC | ATTN: BRETT HERSCHENFELD 420 LEXINGTON AVENUE, SUITE 1800 NEW YORK NY 10170 |
| 96 NORTH 10TH STREET HOLDINGS LLC | ATTN: MORDY GETZ C/O TRANSITIONS ACQUISITIONS LLC 232 BROADWAY, SUITE 400 BROOKLYN NY 11211 |
| A&G REALTY PARTNERS, LLC | ATTN: ANDY GRAISER 445 BROADHOLLOW RD, SUITE 410 MELVILLE NY 11747 |
| ALSTON & BIRD LLP | COUNSEL TO BOFA STEPHEN M. BLANK 90 PARK AVENUE NEW YORK NY 10016-1387 |
| ALSTON & BIRD LLP | COUNSEL TO BOFA JACOB A. JOHNSON ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET, SUITE 4900 ATLANTA GA 30309-3424 |
| ASHBY & GEDDES, P.A. | COUNSEL TO EQUINOX RICARDO PALACIO & DESTINY KOSLOSKE 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON DE 19801 |
| AVENUE CODE, LLC | ATTN: MICHELE MARQUES 26 O FARRELL STREET, STE. 600 SAN FRANCISCO CA 94108 |
| AWESOMENESSTV HOLDINGS, LLC | ATTN: TRUPTI PATEL C/O VIACOM REALTY CORPORATION 1515 BROADWAY NEW YORK NY 10036 |
| BALLARD SPAHR LLP | COUNSEL TO THE "LANDLORDS" LESLIE C. HEILMAN, LAUREL D. ROGLEN & MARGARET A. VESPER 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801-3034 |
| BELKIN BURDEN GOLDMAN, LLP | (COUNSEL TO THEATRE BUILDING) ATTN JAY B. SOLOMON ONE GRAND CENTRAL PLACE 60 E 42ND STREET, 16TH FLOOR NEW YORK NY 10165 |
| BRIXMOR SPE 6LLC | ATTN: DAVID GERSTENHABER C/O DOWNTOWN L.A. LAW GROUP 601 N. VERMONT AVE. LOS ANGELES CA 90004 |
| CHARLES E. BOULBOL, P.C. | COUNSEL TO 78-14 ROOSEVELT LLC CHARLES E. BOULBOL 26 BROADWAY, 17TH FLOOR NEW YORK NY 10004 |
| CHICAGO, IL 4644-4658 S DREXEL LLC | ATTN: SCOTT NICHOLSON C/O INSITE REAL ESTATE LLC 1400 16TH ST, STE 300 OAK BROOK IL 60523 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO EQUINOX LISA M. SCHWEITZER & THOMAS S. KESSLER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| DUARTE BROTHERS WOODWORK INC. | ATTN: NORBEY DUARTE 97-21 78TH STREET OZONE PARK NY 11416 |
| EAST 54TH STREET PARTNERS LLC | ATTN: JACK TERZI C/O JTRE 362 5TH AVE, 12TH FL NEW YORK NY 10001 |
| ENEL X NORTH AMERICA, INC. | ATTN: RALPH CAMPANELLI ONE MARINA PARK DRIVE, SUITE 400 BOSTON MA 02210 |
| EQUINOX HOLDINGS, INC. | ATTN: ARLENE HONG 31 HUDSON YARDS, 15TH FL NEW YORK NY 10001 |
| EQUINOX HOLDINGS, INC. | C/O CLEARY GOTTLIEB STEEN HAMILTON ATTN: TOM BEDNAR 2112 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20037 |
| FARRELL FRITZ, P.C. | COUNSEL TO SAM SPILKES, LLC PATRICK COLLINS & DARREN A. PASCARELLA 400 RXR PLAZA UNIONDALE NY 11556 |
| GLE-III, LLC | ATTN: TODD BUCKSTEIN C/O KIMCO REALTY CORP, 3333 NEW HYDE PARK RD, STE 100, PO BOX 5020 NEW HYDE PARK NY 11042 |
| GOOD EARTH DISTRIBUTION, LLC | ATTN: MEREDITH COVE 440 WEST STREET FORT LEE NJ 07024 |
| HPS INVESTMENT PARTNERS, LLC | ADMINISTRATIVE & COLLATERAL AGT ATTN: ALEXEY PAZUKHA, COLBERT CANNON 40 WEST 57TH STREET, 33RD FLOOR NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| JOHNSON HEALTH TECH NA, INC. | ATTN: PHYLLIS DANNIN 27829 NETWORK PLACE CHICAGO IL 60673-1278 |
| JTRE 23 WS (DEL) LLC | ATTN: JACK TERZI C/O JTRE 362 5TH AVE, 12TH FL NEW YORK NY 10001 |
| KATTEN MUCHIN ROSENMAN LLP | COUNSEL TO VARAGON PETER P. KNIGHT & ALLISON E. YAGER 525 W. MONROE STREET CHICAGO IL 60661 |
| KELLEY DRYE & WARREN LLP | COUNSEL TO THE COMMITTEE KRISTIN S. ELLIOTT, ANDRES BARAJAS CONNIE Y. CHOE 3 WORLD TRADE CENTER NEW YORK NY 10007 |
| LEECH TISHMAN FUSCALDO & LAMPL | COUNSEL TO CP ASSOCIATES LLC JEFFREY M. CARBINO 1007 N. ORANGE STREET, SUITE 420 WILMINGTON DE 19801 |
| LEECH TISHMAN ROBINSON BROG, PLLC | COUNSEL TO CP ASSOCIATES LLC CLEMENT K. YEE ONE DAG HAMMARSKJOLD PLAZA 885 SECOND AVENUE, 3RD FLOOR NEW YORK NY 10017 |
| LEVIN PROPERTIES, L.P. | ATTN: JOHN VESSIE PHILLIPS & ASSOCIATES, PLLC 45 BROADWAY, SUITE 430 NEW YORK NY 10006 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO TARRANT COUNTY 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS TX 75207 |

| Claim Name | Address Information |
|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO CITY OF HOUSTON, HOUSTON COMM COLL SYSTEM, HOUSTON ISD & FORT BEND COUNTY PO BOX 3064 HOUSTON TX 77253-3064 |
| MBB REALTY LIMITED PARTNERSHIP | ATTN: MICHAEL WILLNER 33 ROCK HILL ROAD, SUITE 350 BALA CYNWYD PA 19004 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | COUNSEL TO HARTFORD GARY D. BRESSLER, ESQ. 300 DELAWARE AVENUE, SUITE 1014 WILMINGTON DE 19801 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP | COUNSEL TO HARTFORD SCOTT A. LEVIN, ESQ. 300 DELAWARE AVENUE, SUITE 1014 WILMINGTON DE 19801 |
| MONZACK MERSKY AND BROWDER, P.A. | COUNSEL TO KIMCO RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | COUNSEL TO THE COMMITTEE ERIC J. MONZO, BRYA M. KEILSON SIENA B. CERRA 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COUNSEL TO VARAGON CURTIS S. MILLER & AVERY JUE MENG 1201 N. MARKET STREET, 16TH FLOOR P.O. BOX 1347 WILMINGTON DE 19899-1347 |
| MOTIONSOFT, INC. | ATTN: JEFF VANDIXHORN 1451 ROCKVILLE PIKE, SUITE 500 ROCKVILLE MD 20852 |
| MURPHY DESMOND S.C. | (COUNSEL TO JOHNSON HEALTH) ATTN JEFFERY P. PHILLIPS 33 EAST MAIN STREET, SUITE 500 MADISON WI 53703 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N MARKET ST STE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE 844 KING ST, STE 2207, LOCKBOX 35 ATTN: BENJAMIN A. HACKMAN WILMINGTON DE 19801 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | FORT BEND INDEPENDENT SCHOOL DISTRICT C/O MELISSA E. VALDEZ 1235 NORTH LOOP WEST, SUITE 600 HOUSTON TX 77008 |
| RICHARDS, LAYTON & FINGER, P.A. | (COUNSEL TO JOHNSON HEALTH) ATTN JOHN KNIGHT, MATTHEW MILANA, ZACHARY JAVORSKY ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 |
| RW 5901 FLATLANDS LLC | ATTN: ALEX WEISS 97-77 QUEENS BOULEVARD, SUITE 620 REGO PARK NY 11374 |
| SAUL EWING LLP | COUNSEL TO PHILADELPHIA HARBISON, LP TURNER N. FALK, ESQUIRE CENTRE SQUARE WEST 1500 MARKET STREET, 38TH FLOOR PHILADELPHIA PA 19102 |
| SAUL EWING LLP | COUNSEL TO PHILADELPHIA HARBISON, LP MONIQUE B. DISABATINO, ESQUIRE 1201 NORTH MARKET STREET, SUITE 2300 P.O. BOX 1266 WILMINGTON DE 19899 |
| SHIPMAN & GOODWIN LLP | COUNSEL TO LEVIN MANAGEMENT CORPORATION ERIC S. GOLDSTEIN, ESQ. ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| SIRLIN LESSER & BENSON, P.C. | COUNSEL TO MBB REALTY, LINDEN COMMONS RETAIL LLC DANA S. PLON 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| STARK & STARK, P.C. | ATTN: THOMAS S. ONDER & JOSEPH H. LEMKIN P.O. BOX 5315 PRINCETON NJ 08543 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF MASSACHUSETTS ATTY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF NEW JERSEY ATTY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF PENNSYLVANIA ATTY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STELLA RISING INC. | ATTN: ANTHONY VESPUCCI 920 BROADWAY, 2ND FLOOR NEW YORK NY 10010 |
| THE ROSNER LAW GROUP LLC | COUNSEL TO THIRD AVENUE TOWER, THEATRE BUILDING FREDERICK B. ROSNER & ZHAO (RUBY) LIU 824 N. MARKET ST, SUITE 810 WILMINGTON DE 19801 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | 299 PARK AVENUE, 3RD FLOOR NEW YORK NY 10171 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | C/O MORRIS NICHOLS ARSHT TUNNELL ATTN: CURTIS S. MILLER 1201 NORTH MARKET STREET, 16TH FL WILMINGTON DE 19899 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | C/O KATTEN MUCHIN ROSENMAN LLP ATTN: PETER P. KNIGHT, MICHAEL HOWALD 525 WEST MONROE STREET CHICAGO IL 60661 |
| VBGO PENN PLAZA LLC | ATTN: BRETT THEIS 292 MADISON AVENUE. 7TH FLOOR NEW YORK NY 10017 |

BLINK FITNESS, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WOMBLE BOND DICKINSON (US) LLP | COUNSEL TO BOFA MATTHEW P. WARD 1313 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |

Total Creditor count  67

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA | 100 NORTH TRYON STREET CHARLOTTE NC 28255 |
| CITIZENS BANK | ATTN: NICOLE BATEMAN MAILSTOP: ROP15D 1 CITIZENS DRIVE RIVERSIDE RI 02915 |
| FIRST CITIZENS BANK | ATTN: LESLIE RUDOWSKI ONE CITIZENS BANK WAY JOHNSTON RI 02919 |
| JP MORGAN | ATTN: EDWARD HASSE; JANE SPEKTOR MAIL CODE LA4-7200 700 KANSAS LANE MONROE LA 71203 |

**Total Creditor count  4**

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| ACE AMERICAN INSURANCE COMPANY | 5505 N. CUMBERLAND AVE SUITE 307 CHICAGO IL 60656 |
| AFFILITATED FM INSURANCE CO | 300 KIMBALL DR, STE 200 PARSIPPANY NJ 07054 |
| AFFILITATED FM INSURANCE CO | P.O. BOX 7500 JOHNSTON RI 02919 |
| ALLIED WORLD ASSURANCE COMPANY (US) INC | 199 WATER ST, 24TH FL NEW YORK NY 10038 |
| ALLIED WORLD ASSURANCE COMPANY, LTD. | PO BOX HM 3010 HAMILTON HM MX BERMUDA |
| AMERICAN INTL REINSURANCE CO LTD | 27 RICHMOND RD PEMBROKE HM 08 BERMUDA |
| ARROWHEAD GENERAL INSURANCE AGENCY | 701 B. STREET SUITE 2100 SAN DIEGO CA 92101 |
| AXIS INSURANCE COMPANY | 233 SOUTH WACKER DRIVE, SUITE 4930 CHICAGO IL 60606 |
| BEAZLEY INSURANCE COMPANY, INC. | 1 LINCOLN STREET. 26TH FLOOR BOSTON MA 02111 |
| BERKLEY INSURANCE COMPANY | 475 STEAMBOAT ROAD GREENWICH CT 06830 |
| BERKSHIRE HATHAWAY SPECIALTY INS CO | 1214 DOUGLAS ST, STE 1400 OMAHA NE 68102 |
| COMMONWEALTH OF PENNSYLVANIA | BUREAU OF CONSUMER PROTECTION 15TH FLOOR, STRAWBERRY SQUARE HARRISBURG PA 17120 |
| CONTINENTAL CASUALTY COMPANY | 151 N. FRANKLIN STREET, FLOOR 9 CHICAGO IL 60606 |
| ENDURANCE AMERICAN INSURANCE COMPANY | 4 MANHATTANVILLE RD PURCHASE NY 10577 |
| ENDURANCE ASSURANCE CORPORATION | 4 MANHATTANVILLE RD PURCHASE NY 10577 |
| FEDERAL INSURANCE COMPANY | 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GENERAL SECURITY IDEMNITY CO OF ARIZONA | 28 LIBERTY STREET, SUITE 5400 NEW YORK NY 10005 |
| GREENWICH INSURANCE COMPANY | 505 EAGLEVIEW BLVD EXTON PA 19341 |
| HARTFORD FIRE INSURANCE COMPANY | 200 COLONIAL PKWY, STE 500 LAKE MARY FL 32746 |
| HARTFORD FIRE INSURANCE COMPANY | P.O. BOX 660916 DALLAS TX 75266 |
| HOMESITE INSURANCE COMPANY | ONE FEDERAL ST BOSTON MA 02110 |
| HOMESITE INSURANCE COMPANY | PO BOX 912470 DENVER CO 80291 |
| HUDSON INSURANCE COMPANY | 100 WILLIAM ST, 5TH FL NEW YORK NY 10038 |
| K&K INSURANCE GROUP, INC | 1712 MAGNAVOX WAY FORT WAYNE IN 46804 |
| LIBERTY MUTUAL | 175 BERKELEY STREET BOSTON MA 02116 |
| LLOYDS OF LONDON SYNDICATES | 1 TOWER PLACE WEST LONDON EC3R 5BU UNITED KINGDOM |
| MAGNA CARTA INSURANCE, LTD. | WINDSOR PLACE, 2ND FL 22 QUEEN ST HAMILTON HM 12 BERMUDA |
| MARKEL AMERICAN INSURANCE COMPANY | 4521 HIGHWOODS PKWY GLEN ALLEN VA 23060 |
| MARKEL AMERICAN INSURANCE COMPANY | P.O. BOX 660862 DALLAS TX 75266 |
| MARKEL BERMUDA LIMITED | MARKEL HOUSE 2 FRONT STREET HAMILTON HM 11 BERMUDA |
| MARKEL INSURANCE COMPANY | 10275 WEST HIGGINS ROAD, SUITE 750 ROSEMONT IL 60018 |
| MARSH USA INC | 1166 AVE OF THE AMERICAS NEW YORK NY 10036 |
| NA UNION FIRE INS CO OF PITTSBURGH, PA | 28 LIBERTY STREET 48TH FLOOR NEW YORK NY 10005 |
| NATIONAL CASUALTY COMPANY | ONE WEST NATIONWIDE BLVD, 1-14-301 COLUMBUS OH 43215-2200 |
| NATIONAL UNION FIRE INS CO | OF PITTSBURGH, PA. 1271 AVE OF THE AMERICAS, 3TH FL NEW YORK NY 10020-1304 |
| NAVIGATORS INSURANCE COMPANY | ONE PENN PLAZA, 50TH FLOOR NEW YORK NY 10119 |
| NEW YORK DEPARTMENT OF STATE | 123 WILLIAM ST NEW YORK NY 10038-3804 |
| ONE BEACON SURETY GROUP | C/O INTACT INSURANCE SPECIALTY SOLUTIONS 605 HIGHWAY 169 NORTH SUITE 800 PLYMOUTH MN 55441 |
| SECRETARY OF STATE (AUSTIN) | REGISTRATION UNIT 1019 BRAZOS, 5TH FLOOR AUSTIN TX 78701 |
| STATE OF CALIFORNIA | DEPT OF CONSUMER AFFAIRS 1625 N MARKET BLVD SUITE N 112 SACRAMENTO CA 95834 |
| STEADFAST INSURANCE COMPANY | 801 ADLAI STEVENSON DRIVE SPRINGFIELD IL 62703 |
| THE OHIO CASUALTY INSURANCE COMPANY | 175 BERKELEY ST BOSTON MA 02116 |
| TREASURER, STATE OF NEW JERSEY | 125 W STATE ST TRENTON NJ 08608-1101 |
| TREASURER, STATE OF NEW JERSEY | PO BOX 663 TRENTON NJ 08646-0663 |
| TRISURA SPECIALTY INSURANCE COMPANY | 210 PARK AVENUE, SUITE 1300 OKLAHOMA CITY OK 73102 |
| WILLIS TOWERS WATSON NORTHEAST, INC. | 200 LIBERTY STREET NEW YORK NY 10281 |
| XL BERMUDA LTD | OHARA HOUSE ONE BERMUDIANA RD HAMILTON HM 08 BERMUDA |

BLINK FITNESS, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| XL BERMUDA LTD | P.O. BOX 211547 DALLAS TX 75211 |
| XL INSURANCE AMERICA, INC. | ONE WORLD FINANCIAL CENTER 200 LIBERTY STREET, 22ND FLOOR NEW YORK NY 10281 |
| ZURICH AMERICAN INSURANCE COMPANY | 1299 ZURICH WAY SCHAUMBURG IL 60196 |

**Total Creditor count  50**

**EXHIBIT D**

BLINK HOLDINGS, INC., *et al* .,

Case No. 24-11686 (JKS)

Email Master Service List

| Name | Email Address |
|------|---------------|
| EQUINOX HOLDINGS, INC. | arlene.hong@equinox.com |
| EQUINOX HOLDINGS, INC. | tbednar@cgsh.com; drkramer@cgsh.com; spyun@cgsh.com |
| HPS INVESTMENT PARTNERS, LLC | alexey.pazukha@hpspartners.com; colbert.cannon@hpspartners.com |
| INTERNAL REVENUE SERVICES | victoria.g.mosby@irs.gov; millie.h.agent@irs.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | benjamin.a.hackman@usdoj.gov |
| STATE OF NEW JERSEY ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| VARAGON CAPITAL PARTNERS AGENT, LLC | peter.knight@katten.com; michael.howald@katten.com); scott.lyons@katten.com |
| VARAGON CAPITAL PARTNERS AGENT, LLC | cmiller@morrisnichols.com |
| 125 PARK OWNER LLC | brett.herschenfeld@slgreen.com |
| 96 NORTH 10TH STREET HOLDINGS LLC | mordy@sparkremgmt.com |
| A&G REALTY PARTNERS, LLC | andy@agrep.com |
| AVENUE CODE, LLC | mmarques@avenuecode.com |
| AWESOMENESSTV HOLDINGS, LLC | trupti.patel@paramount.com |
| BRIXMOR SPE 6LLC | david.gerstenhaber@brixmor.com |
| CHICAGO, IL 4644-4658 S DREXEL LLC | snicholson@insiterealestate.com |
| DUARTE BROTHERS WOODWORK INC. | duartebrothers@aol.com |
| EAST 54TH STREET PARTNERS LLC | jack@jtreholdings.com |
| ENEL X NORTH AMERICA, INC. | ralph.campanelli@enel.com |
| GLE-III, LLC | tbuckstein@kimcorealty.com |
| GOOD EARTH DISTRIBUTION, LLC | rich.hebert@goodearthproducts.com |
| JOHNSON HEALTH TECH NA, INC. | phyllis.dannin@matrixfitness.com |
| JTRE 23 WS (DEL) LLC | jack@jtreholdings.com |
| LEVIN PROPERTIES, L.P. | jvessie@levinmgt.com |
| MBB REALTY LIMITED PARTNERSHIP | michael@pomre.com |
| MOTIONSOFT, INC. | jeff@clubautomation.com |
| RW 5901 FLATLANDS LLC | aweiss@laundrycapital.com |
| STELLA RISING INC. | avespucci@stellarising.com |
| VBGO PENN PLAZA LLC | btheis@rosenbergestis.com |
| MONZACK MERSKY AND BROWDER, P.A. | rmersky@monlaw.com |
| KATTEN MUCHIN ROSENMAN LLP | peter.knight@katten.com; allison.yager@katten.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; ameng@morrisnichols.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |

BLINK HOLDINGS, INC., *et al* .,

Case No. 24-11686 (JKS)

Email Master Service List

| Name | Email Address |
|------|---------------|
| STARK & STARK, P.C. | tonder@stark-stark.com; jlemkin@stark-stark.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | lschweitzer@cgsh.com; tkessler@cgsh.com |
| ASHBY & GEDDES, P.A. | rpalacio@ashbygeddes.com; dkosloske@ashbygeddes.com |
| CHARLES E. BOULBOL, P.C. | rtrack@msn.com |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; liu@teamrosner.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| MURPHY DESMOND S.C. | jphillips@murphydesmond.com |
| RICHARDS, LAYTON & FINGER, P.A. | knight@rlf.com; milana@rlf.com; javorsky@rlf.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| MCELROY, DEUTSCH, MULVANEY  & CARPENTER, LLP | gbressler@mdmc-law.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| FARRELL FRITZ, P.C. | pcollins@farrellfritz.com; dpascarella@farrellfritz.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | mvaldez@pbfcm.com |
| LEECH TISHMAN ROBINSON BROG, PLLC | cyee@leechtishman.com; jcarbino@leechtishman.com |
| KELLEY DRYE & WARREN LLP | kelliott@kelleydrye.com; abarajas@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |
| SHIPMAN & GOODWIN | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| ALSTON & BIRD LLP | jacob.johnson@alston.com; stephen.blank@alston.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| SAUL EWING LLP | monique.disabatino@saul.com; turner.falk@saul.com |
| MCELROY, DEUTSCH, MULVANEY  & CARPENTER, LLP | slevin@mdmc-law.com |

# EXHIBIT E

BLINK HOLDINGS, INC., *et al* .,

Case No. 24-11686 (JKS)

Email Service List

| Name | Email Address |
|---|---|
| CITIZENS BANK | nicole.bateman@citizensbank.com |
| FIRST CITIZENS BANK | leslie.rudowski@citizensbank.com; socheata.cheath@citizensbank.com |
| JP MORGAN | edward.haase@jpmorgan.com; jane.spektor@jpmorgan.com |

# EXHIBIT F

BLINK HOLDINGS, INC., *et al*.,

Case No. 24-11686 (JKS)

Email Service List

| Name | Email Address |
|---|---|
| ACE AMERICAN INSURANCE COMPANY | brian.rawson@chubb.com |
| AFFILITATED FM INSURANCE CO | dataprotection@fmglobal.com |
| AFFILITATED FM INSURANCE CO | dataprotection@fmglobal.com |
| ALLIED WORLD ASSURANCE COMPANY (US) INC | info@awac.com; noticeofloss@awac.com |
| ALLIED WORLD ASSURANCE COMPANY, LTD. | info@awac.com; noticeofloss@awac.com |
| ARROWHEAD GENERAL INSURANCE AGENCY | marketinginfo@arrowheadgrp.com |
| AXIS INSURANCE COMPANY | dpo@axiscapital.com |
| BEAZLEY INSURANCE COMPANY, INC. | jennifer.pashby@beazley.com |
| BERKLEY INSURANCE COMPANY | investorrelations@berkley.com |
| BERKSHIRE HATHAWAY SPECIALTY INS CO | susana.dongallo@bhspecialty.com |
| CONTINENTAL CASUALTY COMPANY | cidirectbill@cna.com; kelly.messina@cna.com; cna_help@cna.com |
| ENDURANCE AMERICAN INSURANCE COMPANY | insuranceclaims@sompo-intl.com; fmarslal@sompo-intl.com |
| ENDURANCE ASSURANCE CORPORATION | insuranceclaims@sompo-intl.com; fmarslal@sompo-intl.com |
| HARTFORD FIRE INSURANCE COMPANY | billingresolution@thehartford.com |
| HOMESITE INSURANCE COMPANY | customerservice@homesite.com |
| HUDSON INSURANCE COMPANY | cmorkan@hudsoninsgroup.com |
| K&K INSURANCE GROUP, INC | kk.general@kandkinsurance.com |
| LLOYDS OF LONDON SYNDICATES | enquiries@lloyds.com |
| MAGNA CARTA INSURANCE, LTD. | claims@occusure.com; info@agmrinc.com |
| MARKEL AMERICAN INSURANCE COMPANY | cook@markelcorp.com; marcia.admas@markel.com |
| MARSH USA INC | contact@mmc.com; davidblackburn@mmc.com |
| NA UNION FIRE INS CO OF PITTSBURGH, PA | steve.maulberger@cropriskservices.com |
| NATIONAL CASUALTY COMPANY | madina.depauw@nationwide.com |
| NATIONAL UNION FIRE INS CO | steve.maulberger@cropriskservices.com |
| NAVIGATORS INSURANCE COMPANY | billingresolution@thehartford.com |
| ONE BEACON SURETY GROUP | customer.experience@intact.net |
| SECRETARY OF STATE (AUSTIN) | webmaster@sos.texas.gov |
| TREASURER, STATE OF NEW JERSEY | yvette.debronzo@treas.state.nj.us |
| WILLIS TOWERS WATSON NORTHEAST, INC. | greg.doherty@willis.com |
| ZURICH AMERICAN INSURANCE COMPANY | info.source@zurichna.com; walter.nicoletti@zurichna.com |