**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 363 & 364** |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 13, 2024, I caused to be served the:

   a. "Declaration of Disinterestedness of Plave Koch PLC Pursuant to the Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief," dated September 13, 2024 [Docket No. 363], and

   b. "Notice of Filing of Supplement to List of Ordinary Course Professionals," dated September 13, 2024 [Docket No. 364],

   by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Geoff Zahm*
Geoff Zahm

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

# EXHIBIT A

BLINK HOLDINGS, INC., *et al*.,
Case No. 24-11686 (JKS)
Email Service List

| Name | Email Address |
|---|---|
| DEBTORS | sshenker@pppllc.com; scanna@pppllc.com |
| YOUNG CONAWAY STARGATT & TAYLOR | sgreecher@ycst.com; amielke@ycst.com |
| US TRUSTEE | benjamin.a.hackman@usdoj.gov |
| KELLEY DRYE & WARREN LLP | ewilson@kelleydrye.com; kelliott@kelleydrye.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| ZWILLGEN PLLC | stacey@zwillgen.com |