**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| _____ ) | |
| In re: | ) Chapter 11 |
| | ) |
| **BLINK HOLDINGS, INC.,** *et al.*, | ) Case No. 24-11686 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re:  Docket Nos. 6, 116 |
| _____ ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION OF CERTAIN UTILITY COMPANIES TO THE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (I) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING UTILITY SERVICES; (II) DEEMING UTILITY COMPANIES ADEQUATELY ASSURED OF FUTURE PAYMENT; (III) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT; AND (IV) GRANTING RELATED RELIEF**

Commonwealth Edison Company, Consolidated Edison Company of New York, Inc., Public Service Electric and Gas Company, PSEG Long Island and Southern California Edison Company (collectively, the "Utilities"), hereby withdraw their *Objection* (Docket No. 116) to the *Debtors' Motion For Interim and Final Orders (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Payment; (III) Establishing Procedures For Determining Additional Adequate Assurance of Payment; and (IV) Granting Related Relief* Docket No. 6), pursuant to a settlement between the Utilities and the Debtors.

Dated:  September 18, 2024          WHITEFORD TAYLOR & PRESTON LLC

                                    /s/ *William F. Taylor, Jr.*
                                    William F. Taylor, Jr. (#2936)
                                    600 North King Street, Suite 300
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 353-4145
                                    wtaylor@whitefordlaw.com

                                    and

                                    LAW FIRM OF RUSSELL R. JOHNSON III, PLC
                                    Russell R. Johnson III (VSB No. 31468)
                                    John M. Craig (VSB No. 32977)
                                    2258 Wheatlands Drive
                                    Manakin-Sabot, Virginia  23103
                                    Telephone: (804) 749-8861
                                    russell@russelljohnsonlawfirm.com
                                    john@russelljohnsonlawfirm.com

                                    *Counsel for Commonwealth Edison Company,
                                    Consolidated Edison Company of New York,
                                    Inc., Public Service Electric and Gas
                                    Company, PSEG Long Island and Southern
                                    California Edison Company*