**CERTIFICATE OF SERVICE**

I, William F. Taylor, Jr., do hereby certify that on the 18th day of September, 2024, I caused a copy of the foregoing *Notice Of Withdrawal Of Objection Of Certain Utility Companies to the Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Payment; (III) Establishing Procedures for Determining Adequate Assurance of Payment; and (IV) Granting Related Relief* to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding.

*/s/    William F. Taylor, Jr.*
William F. Taylor, Jr. (DE No. 2936)