# SCHEDULE 1

## Rejected Leases[1]

| | Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 1. | 1421 Webster Avenue, LLC<br>215-15 Northern Boulevard<br>Bayside, New York 11361 | Blink Webster Avenue, Inc. | Lease agreement for store space located at 1421 Webster Ave, Bronx, NY, 10456, dated as of December 22, 2017 |
| 2. | 7901 MIDCITIES, LLC<br>c/o Champions DFW Management Group<br>1725 E Southlake Blvd, Suite 100<br>Southlake, Texas 76092 | Blink NRH, Inc. | Lease agreement for store space located at 7901 Mid Cities Blvd Ste 156, Grand Prairie, TX, 75050, dated as of March 4, 2019 |
| 3. | Beach Street Market, LLC<br>Legacy Properties<br>PO Box 279<br>Leander, Texas 78746 | Blink Beach Street, Inc. | Lease agreement for store space located at 7410 - 7430 N Beach St, Fort Worth, TX, 76137, dated as of March 7, 2019 |
| 4. | Brixmor Morris Hills LLC<br>c/o Brixmor Property Group<br>420 Lexington Avenue<br>New York, New York 10170 | Blink Parsippany, Inc. | Lease agreement for store space located at 3035-3189 RTE 46, Parsippany, NJ, 07054, dated as of May 20, 2013 |
| 5. | DDR Southeast Union, L.L.C.,<br>c/o DDR Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122 | Blink Union, Inc. | Lease agreement for store space located at 2700 US 22, Union, NJ, 07083, dated as of November 5, 2013 |

---

[1] The Rejected Leases shall include, as applicable, any and all supplements, schedules, amendments, modifications, guarantees, settlements or other agreements in connection therewith to which any Debtor is a party.

|  | **Counterparty & Address** | **Debtor Counterparty** | **Contract Description** |
|---|---|---|---|
| 6. | Dillway Associates, LP<br>c/o Reliable Properties<br>6420 Wilshire Blvd., Suite 1500<br>Los Angeles, California 90048-5561 | Blink 130 W.G. Street, Inc. | Lease agreement for store space located at 130 W G St Unit #B, Ontario, CA, 91762, dated as of January 22, 2019 |
| 7. | HTP Center, LLC<br>766 Riverside Drive<br>Coral Springs, Florida 33071 | Blink Keller, Inc. | Lease agreement for store space located at 3529 Heritage Trace Pkwy Ste 123, Keller, TX, 76244, dated as of September 24, 2013 |
| 8. | Islandia SCI LLC<br>c/o Abro Management Corp.<br>734 West Broadway<br>Woodmere, New York 11598 | Blink Islandia, Inc. | Lease agreement for store space located at 1750 Veterans Memorial Hwy, Islandia, NY, 11749, dated as of April 23, 2012 |
| 9. | Oak Lawn Joint Venture I, L.L.C.<br>340 Royal Poinciana Way, Suite 316<br>Palm Beach, Florida 33480 | Blink Ridgeland Ave., Inc. | Lease agreement for store space located at 8749 S Ridgeland Ave, Oak Lawn, IL, 60453, dated as of February 5, 2019 |
| 10. | Pacific Blvd Holdings 26 LLC<br>1330 Factory Place, Building E<br>Los Angeles, California 90013<br><br>with a copy to:<br>Ravid Law Group<br>601 S. Figueroa Street, Suite 4475<br>Los Angeles, California 90017 | Blink Pacific Boulevard, Inc. | Lease agreement for store space located at 6714 Pacific Boulevard, Huntington Park, California 90255, dated as of January 23, 2017 |
| 11. | Philadelphia Harbison, LP<br>1401 Broad Street<br>Clifton, New Jersey 07013 | Blink Wissinoming, Inc. | Lease agreement for store space located at 5597 Tulip St Bldg C1-4, Philadelphia, PA, 19124, dated as of December 19, 2016 |

| | **Counterparty & Address** | **Debtor Counterparty** | **Contract Description** |
|---|---|---|---|
| 12. | South-Whit Shopping Center Associates<br>c/o Breslin Realty Development Corp.<br>500 Old Country Road<br>Garden City, New York 11530 | Blink Whitman Inc. | Lease agreement for store space located at 330 W Oregon Ave, Philadelphia, PA, 19148, dated as of January 6, 2017 |