IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: October 10, 2024 at 4:00 p.m. (ET) |

**SUMMARY OF FIRST MONTHLY FEE APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP, AS COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 11, 2024 THROUGH AUGUST 31, 2024**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | September 5, 2024 (Effective as of August 11, 2024) |
| Period for which compensation and reimbursement is sought: | August 11, 2024 – August 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $548,536.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $583.10 |

This is an: _X_ interim _____ final application

This application includes 0 hours and $0 in fees incurred in connection with the preparation of Fee Applications.

Prior applications: None

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32101997.1

**COMPENSATION BY INDIVIDUAL**

| Name | Position, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael R. Nestor | Partner since 2003. Joined firm as an associate in 1998. Member of the DE Bar since 1996. | $1,335.00 | 81.60 | $108,936.00 |
| Craig D. Grear | Partner since 2000. Joined firm as an associate in 1996. Member of DE Bar since 1990. | $1,400.00 | 38.40 | $53,760.00 |
| James P. Hughes | Partner since 2002. Joined firm as an associate in 1992. Member of DE Bar since 1992. | $1,400.00 | 7.40 | $10,360.00 |
| Sean T. Greecher | Partner since 2014. Joined the firm as an associate in 2003. Member of the DE Bar since 2004. | $1,005.00 | 125.10 | $125,725.50 |
| Daniel P. Johnson | Joined firm as a partner in 1999. Member of the PA Bar since 1987, DE Bar since 1988. | $605.00 | 11.00 | $6,655.00 |
| Michael P. Stafford | Partner since 2021. Joined the firm as an associate in 2003. Member of the DE Bar since 2003. | $620.00 | 2.70 | $1,674.00 |
| Leah E. Burcat | Joined firm as an associate in 2023. Member of the TX Bar since 2014 and CA Bar since 2016. | $780.00 | 2.80 | $2,184.00 |
| Allison S. Mielke | Joined firm as an associate in 2017. Member of DE Bar since 2013. | $780.00 | 122.70 | $95,706.00 |
| Lauren McCrery | Joined firm as an associate in 2021. Member of DE Bar since 2012. | $705.00 | 26.10 | $18,400.50 |
| Timothy R. Powell | Joined firm as an associate in 2020. Member of the DE Bar since 2019. | $630.00 | 34.90 | $21,987.00 |
| Daniel M. Cole | Joined firm as an associate in 2023. Member of DE Bar since 2023. | $595.00 | 10.10 | $6,009.50 |
| Rebecca L. Lamb | Joined firm as an associate in 2023. Member of the DE Bar since 2023. | $530.00 | 64.60 | $34,238.00 |

32101997.1

| Andrew M. Lee | Joined firm as an associate in 2023. Member of the DE Bar since 2023. | $475.00 | 52.70 | $25,032.50 |
|---|---|---|---|---|
| Benjamin C. Carver | Joined firm as an associate in 2023. Member of the DE Bar since 2023. | $455.00 | 57.50 | $26,162.50 |
| Debbie Laskin | Paralegal | $385.00 | 25.30 | $9,740.50 |
| Brenda Walters | Paralegal | $385.00 | 1.80 | $693.00 |
| Troy Bollman | Paralegal | $375.00 | 1.50 | $562.50 |
| Jorge Martinez | Paralegal | $375.00 | 1.50 | $562.50 |
| Ashley Clark | Paralegal | $245.00 | 0.20 | $49.00 |
| Amber C. Puszkarczuk | Paralegal | $245.00 | 0.40 | $98.00 |
| **Grand Total:** | | | **668.30** | **$548,536.00** |

## **COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration (docketing, calendar preparation, paperflow) (B001) | 61.80 | $39,709.50 |
| Court Hearings (attendance and preparation) (B002) | 43.20 | $30,009.00 |
| Cash Collateral/DIP Financing (B003) | 49.90 | $44,099.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 59.20 | $32,790.50 |
| Lease / Executory Contract Issues (B005) | 53.40 | $41,784.50 |
| Use, Sale or Lease of Property (B006) | 188.20 | $194,065.00 |
| Claims Analysis, Objections & Resolutions (B007) | 11.60 | $8,857.50 |
| Meetings (B008) | 32.90 | $31,213.00 |
| Stay Relief Matters (B009) | 3.30 | $2,011.50 |
| Reclamation Claims and Adversaries (B010) | 3.00 | $1,782.50 |
| Other Adversary Proceedings (B011) | 9.30 | $6,867.00 |
| Plan and Disclosure Statement (B012) | 25.40 | $19,009.50 |
| Creditor Inquiries (B013) | 3.70 | $2,621.00 |
| General Corporate Matters (B014) | 29.60 | $21,673.00 |
| Employee Matters (B015) | 30.80 | $25,974.00 |
| Special Committee Investigation (B016B) | 14.00 | $15,335.50 |
| Retention of Professionals / Fee Issues (B017) | 43.90 | $28,053.00 |
| Utility Services (B020) | 5.10 | $2,681.00 |
| **TOTALS** | **668.30** | **$548,536.00** |

**EXPENSE SUMMARY**

| Expenses Category | Total Expenses |
|---|---:|
| Delivery/Courier | $60.00 |
| Docket Retrieval/Search | $55.20 |
| Filing Fee | $199.00 |
| Reproduction Charges | $268.90 |
| **TOTAL DISBURSEMENTS** | **$583.10** |

32101997.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: October 10, 2024 at 4:00 p.m. (ET) |

**FIRST MONTHLY FEE APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP, AS COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 11, 2024 THROUGH AUGUST 31, 2024**

Pursuant to section 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Young Conaway Stargatt & Taylor, LLP (hereinafter "**Young Conaway**") hereby moves (this "**Application**") the United States Bankruptcy Court for the District of Delaware (the "**Court**") for reasonable compensation for professional legal services rendered as co-counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") in the amount of $548,536.00, together with reimbursement for actual and necessary expenses incurred in the amount of $583.10, for the period commencing August 11, 2024 through and including August 31, 2024 (the "**Fee Period**"). In support of this Application, Young Conaway respectfully represents as follows:

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32101997.1

1. Young Conaway was employed to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases, pursuant to an order entered by the Court on September 5, 2024 [D.I. 165] (the "**Young Conaway Retention Order**"). The Young Conaway Retention Order authorized Young Conaway to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested by Young Conaway were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Fee Period, showing the amount of $548,536.00 due for fees.

4. The services rendered by Young Conaway during the Fee Period are grouped into the categories set forth in **Exhibit A**. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibit A**.

## DISBURSEMENTS

5. Attached hereto as **Exhibit B** is a detailed statement of expenses during the Fee Period, showing the amount of $583.10 for reimbursement of expenses. This disbursement sum is broken down into categories of charges, including, among other things, delivery charges, photocopying charges, teleconference charges, and transcription costs. A complete review by category of the expenses incurred for the Fee Period may be found in **Exhibit B**.

6. Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), Young Conaway represents that: (i) its rate for copying charges is $0.10 per page for black and white copies and $0.80 per page for color copies; (ii) its rate for outgoing telecopier transmissions is

32101997.1

$0.25 per page (excluding related long distance transmission charges) with no charge for incoming telecopier transmissions; and (iii) there is no surcharge for computerized research.

## VALUATION OF SERVICES

7.    Attorneys and paraprofessionals of Young Conaway have expended a total of 668.30 hours in connection with this matter during the Fee Period.

8.    The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as **Exhibit A**. The hourly rates set forth therein are Young Conaway's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Young Conaway for the Period as co-counsel for the Debtors is $548,536.00.

9.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (i) the complexity of the chapter 11 cases, (ii) the time expended, (iii) the nature and extent of the services rendered, (iv) the value of such services, and (v) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code. In addition, Young Conaway has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with the requirements set forth therein.

WHEREFORE, Young Conaway requests that allowance be made to it in the sum of $548,536.00 as compensation for necessary professional services rendered to the Debtor for the Fee Period, and the sum of $583.10 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 19, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Sean T. Greecher*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  mnestor@ycst.com<br>          sgreecher@ycst.com<br>          amielke@ycst.com<br>          tpowell@ycst.com<br>          rlamb@ycst.com<br>          bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

32101997.1

4

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2016-2

I, Sean T. Greecher, hereby certify as follows:

1. I am a partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP ("**Young Conaway**"), and have been admitted to the bar of the Supreme Court of Delaware since 2004.

2. I have personally performed many of the legal services rendered by Young Conaway, as counsel for the Debtors, and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and submit that the Application complies with such requirements.

Dated: September 19, 2024

>   */s/ Sean T. Greecher*
>   Sean T. Greecher (No. 4484)

32101997.1