**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 188-196** |

### CERTIFICATE OF SERVICE

I, BENJAMIN JOHNSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 9, 2024, I caused to be served the:

   a. "Notice of Filing of *Revised* Proposed Order (I) Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief," dated September 9, 2024 [Docket No. 188], (the "KEIP Notice"),

   b. "Debtors' Reply in Support of Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Utilize Cash Collateral; (II) Granting Liens, Super-Priority Claims, and Adequate Protection; (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief," dated September 9, 2024 [Docket No. 189], (the "DIP Reply"),

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

c. "Notice of Filing of *Revised* Proposed Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (IV) Approving Form and Manner of Notice Thereof," dated September 9, 2024 [Docket No. 190], (the "Revised Bar Date Order Notice"),

d. "Debtors' Omnibus Reply in Support of Motions for Orders (I) Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Establishing, Among Other Things, Bar Dates for Filing Proofs of Claim," dated September 9, 2024 [Docket No. 191], (the "KEIP Reply"),

e. "Final Order (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Payment; (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment; and (IV) Granting Related Relief," dated September 9, 2024 [Docket No. 192], (the "Final Utility Order"),

f. "Debtors' Motion for Entry of an Order Granting Leave and Permission to File Replies in Support of Motions for Orders (I) (A) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral, (B) Granting Liens, Super-Priority Claims, and Adequate Protection, (C) Modifying the Automatic Stay, and Granting Related Relief; (II) Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (III) Establishing, Among Other Things, Bar Dates for Filing Proofs of Claim," dated September 9, 2024 [Docket No. 193], (the "File Motion"),

g. "Notice of Filing of *Revised* Proposed Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, and (B) Utilize Cash Collateral; (II) Granting Senior Secured Priming Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection to the Prepetition Secured Parties; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief," dated September 9, 2024 [Docket No. 194], (the "Revised DIP Order Notice"),

h. "Notice of Amended Agenda for Hearing of Matters Scheduled for September 10, 2024 at 1:00 p.m. (ET)," dated September 9, 2024 [Docket No. 195], (the "Agenda"), and

i. "Debtors' Witness List for Hearing Scheduled for September 10, 2024 at 1:00 p.m. (Prevailing Eastern Time)," dated September 9, 2024 [Docket No. 196], (the "Witness List"),

by causing true and correct copies of the:

i. Final Utility Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. KEIP Notice, DIP Reply, Revised Bar Date Order Notice, KEIP Reply, Final Utility Order, File Motion, Revised DIP Order Notice, Agenda, and Witness List to be delivered via electronic mail to those parties listed on the annexed Exhibit B, and

iii. Final Utility Order to be delivered via electronic mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Benjamin Johnson*
Benjamin Johnson

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 125 PARK OWNER LLC | ATTN: BRETT HERSCHENFELD 420 LEXINGTON AVENUE, SUITE 1800 NEW YORK NY 10170 |
| 96 NORTH 10TH STREET HOLDINGS LLC | ATTN: MORDY GETZ C/O TRANSITIONS ACQUISITIONS LLC 232 BROADWAY, SUITE 400 BROOKLYN NY 11211 |
| A&G REALTY PARTNERS, LLC | ATTN: ANDY GRAISER 445 BROADHOLLOW RD, SUITE 410 MELVILLE NY 11747 |
| ALSTON & BIRD LLP | COUNSEL TO BOFA STEPHEN M. BLANK 90 PARK AVENUE NEW YORK NY 10016-1387 |
| ALSTON & BIRD LLP | COUNSEL TO BOFA JACOB A. JOHNSON ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET, SUITE 4900 ATLANTA GA 30309-3424 |
| ASHBY & GEDDES, P.A. | COUNSEL TO EQUINOX RICARDO PALACIO & DESTINY KOSLOSKE 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON DE 19801 |
| AVENUE CODE, LLC | ATTN: MICHELE MARQUES 26 O FARRELL STREET, STE. 600 SAN FRANCISCO CA 94108 |
| AWESOMENESSTV HOLDINGS, LLC | ATTN: TRUPTI PATEL C/O VIACOM REALTY CORPORATION 1515 BROADWAY NEW YORK NY 10036 |
| BALLARD SPAHR LLP | COUNSEL TO THE "LANDLORDS" LESLIE C. HEILMAN, LAUREL D. ROGLEN & MARGARET A. VESPER 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801-3034 |
| BELKIN BURDEN GOLDMAN, LLP | (COUNSEL TO THEATRE BUILDING) ATTN JAY B. SOLOMON ONE GRAND CENTRAL PLACE 60 E 42ND STREET, 16TH FLOOR NEW YORK NY 10165 |
| BRADLEY ARANT BOULT CUMMINGS LLP | COUNSEL TO MOTIONSOFT JAMES B. BAILEY, ESQUIRE ONE FEDERAL PLACE 1819 5TH AVENUE N BIRMINGHAM AL 35203 |
| BRIXMOR SPE 6LLC | ATTN: DAVID GERSTENHABER C/O DOWNTOWN L.A. LAW GROUP 601 N. VERMONT AVE. LOS ANGELES CA 90004 |
| CHARLES E. BOULBOL, P.C. | COUNSEL TO 78-14 ROOSEVELT LLC CHARLES E. BOULBOL 26 BROADWAY, 17TH FLOOR NEW YORK NY 10004 |
| CHICAGO, IL 4644-4658 S DREXEL LLC | ATTN: SCOTT NICHOLSON C/O INSITE REAL ESTATE LLC 1400 16TH ST, STE 300 OAK BROOK IL 60523 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO EQUINOX LISA M. SCHWEITZER & THOMAS S. KESSLER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COOCH AND TAYLOR, P.A. | COUNSEL TO MOTIONSOFT R. GRANT DICK IV & KEVIN D. LEVITSKY 1000 N. WEST ST., SUITE 1500 WILMINGTON DE 19801 |
| DUARTE BROTHERS WOODWORK INC. | ATTN: NORBEY DUARTE 97-21 78TH STREET OZONE PARK NY 11416 |
| EAST 54TH STREET PARTNERS LLC | ATTN: JACK TERZI C/O JTRE 362 5TH AVE, 12TH FL NEW YORK NY 10001 |
| ENEL X NORTH AMERICA, INC. | ATTN: RALPH CAMPANELLI ONE MARINA PARK DRIVE, SUITE 400 BOSTON MA 02210 |
| EQUINOX HOLDINGS, INC. | ATTN: ARLENE HONG 31 HUDSON YARDS, 15TH FL NEW YORK NY 10001 |
| EQUINOX HOLDINGS, INC. | C/O CLEARY GOTTLIEB STEEN HAMILTON ATTN: TOM BEDNAR 2112 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20037 |
| FARRELL FRITZ, P.C. | COUNSEL TO SAM SPILKES, LLC PATRICK COLLINS & DARREN A. PASCARELLA 400 RXR PLAZA UNIONDALE NY 11556 |
| GLE-III, LLC | ATTN: TODD BUCKSTEIN C/O KIMCO REALTY CORP, 3333 NEW HYDE PARK RD, STE 100, PO BOX 5020 NEW HYDE PARK NY 11042 |
| GOOD EARTH DISTRIBUTION, LLC | ATTN: MEREDITH COVE 440 WEST STREET FORT LEE NJ 07024 |
| HPS INVESTMENT PARTNERS, LLC | ADMINISTRATIVE & COLLATERAL AGT ATTN: ALEXEY PAZUKHA, COLBERT CANNON 40 WEST 57TH STREET, 33RD FLOOR NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| JOHNSON HEALTH TECH NA, INC. | ATTN: PHYLLIS DANNIN 27829 NETWORK PLACE CHICAGO IL 60673-1278 |
| JTRE 23 WS (DEL) LLC | ATTN: JACK TERZI C/O JTRE 362 5TH AVE, 12TH FL NEW YORK NY 10001 |
| KATTEN MUCHIN ROSENMAN LLP | COUNSEL TO VARAGON PETER P. KNIGHT & ALLISON E. YAGER 525 W. MONROE STREET CHICAGO IL 60661 |
| KELLEY DRYE & WARREN LLP | COUNSEL TO THE COMMITTEE KRISTIN S. ELLIOTT, ANDRES BARAJAS CONNIE Y. CHOE 3 WORLD TRADE CENTER NEW YORK NY 10007 |
| LEECH TISHMAN FUSCALDO & LAMPL | COUNSEL TO CP ASSOCIATES LLC JEFFREY M. CARBINO 1007 N. ORANGE STREET, SUITE 420 WILMINGTON DE 19801 |
| LEECH TISHMAN ROBINSON BROG, PLLC | COUNSEL TO CP ASSOCIATES LLC CLEMENT K. YEE ONE DAG HAMMARSKJOLD PLAZA 885 |

| Claim Name | Address Information |
|---|---|
| LEECH TISHMAN ROBINSON BROG, PLLC | SECOND AVENUE, 3RD FLOOR NEW YORK NY 10017 |
| LEVIN PROPERTIES, L.P. | ATTN: JOHN VESSIE PHILLIPS & ASSOCIATES, PLLC 45 BROADWAY, SUITE 430 NEW YORK NY 10006 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO TARRANT COUNTY 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO CITY OF HOUSTON, HOUSTON COMM COLL SYSTEM, HOUSTON ISD & FORT BEND COUNTY PO BOX 3064 HOUSTON TX 77253-3064 |
| MBB REALTY LIMITED PARTNERSHIP | ATTN: MICHAEL WILLNER 33 ROCK HILL ROAD, SUITE 350 BALA CYNWYD PA 19004 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | COUNSEL TO HARTFORD GARY D. BRESSLER, ESQ. 300 DELAWARE AVENUE, SUITE 1014 WILMINGTON DE 19801 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP | COUNSEL TO HARTFORD SCOTT A. LEVIN, ESQ. 300 DELAWARE AVENUE, SUITE 1014 WILMINGTON DE 19801 |
| MONZACK MERSKY AND BROWDER, P.A. | COUNSEL TO KIMCO RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | COUNSEL TO THE COMMITTEE ERIC J. MONZO, BRYA M. KEILSON SIENA B. CERRA 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COUNSEL TO VARAGON CURTIS S. MILLER & AVERY JUE MENG 1201 N. MARKET STREET, 16TH FLOOR P.O. BOX 1347 WILMINGTON DE 19899-1347 |
| MOTIONSOFT, INC. | ATTN: JEFF VANDIXHORN 1451 ROCKVILLE PIKE, SUITE 500 ROCKVILLE MD 20852 |
| MURPHY DESMOND S.C. | (COUNSEL TO JOHNSON HEALTH) ATTN JEFFERY P. PHILLIPS 33 EAST MAIN STREET, SUITE 500 MADISON WI 53703 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N MARKET ST STE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE 844 KING ST, STE 2207, LOCKBOX 35 ATTN: BENJAMIN A. HACKMAN WILMINGTON DE 19801 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | FORT BEND INDEPENDENT SCHOOL DISTRICT C/O MELISSA E. VALDEZ 1235 NORTH LOOP WEST, SUITE 600 HOUSTON TX 77008 |
| RICHARDS, LAYTON & FINGER, P.A. | (COUNSEL TO JOHNSON HEALTH) ATTN JOHN KNIGHT, MATTHEW MILANA, ZACHARY JAVORSKY ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 |
| RW 5901 FLATLANDS LLC | ATTN: ALEX WEISS 97-77 QUEENS BOULEVARD, SUITE 620 REGO PARK NY 11374 |
| SAUL EWING LLP | COUNSEL TO PHILADELPHIA HARBISON, LP TURNER N. FALK, ESQUIRE CENTRE SQUARE WEST 1500 MARKET STREET, 38TH FLOOR PHILADELPHIA PA 19102 |
| SAUL EWING LLP | COUNSEL TO PHILADELPHIA HARBISON, LP MONIQUE B. DISABATINO, ESQUIRE 1201 NORTH MARKET STREET, SUITE 2300 P.O. BOX 1266 WILMINGTON DE 19899 |
| SHIPMAN & GOODWIN LLP | COUNSEL TO LEVIN MANAGEMENT CORPORATION ERIC S. GOLDSTEIN, ESQ. ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| SIRLIN LESSER & BENSON, P.C. | COUNSEL TO MBB REALTY, LINDEN COMMONS RETAIL LLC DANA S. PLON 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| STARK & STARK, P.C. | ATTN: THOMAS S. ONDER & JOSEPH H. LEMKIN P.O. BOX 5315 PRINCETON NJ 08543 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF MASSACHUSETTS ATTY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF NEW JERSEY ATTY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF PENNSYLVANIA ATTY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STELLA RISING INC. | ATTN: ANTHONY VESPUCCI 920 BROADWAY, 2ND FLOOR NEW YORK NY 10010 |
| THE ROSNER LAW GROUP LLC | COUNSEL TO THIRD AVENUE TOWER, THEATRE BUILDING FREDERICK B. ROSNER & ZHAO (RUBY) LIU 824 N. MARKET ST, SUITE 810 WILMINGTON DE 19801 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | 299 PARK AVENUE, 3RD FLOOR NEW YORK NY 10171 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | C/O MORRIS NICHOLS ARSHT TUNNELL ATTN: CURTIS S. MILLER 1201 NORTH MARKET |

| Claim Name | Address Information |
|---|---|
| VARAGON CAPITAL PARTNERS AGENT, LLC | STREET, 16TH FL WILMINGTON DE 19899 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | C/O KATTEN MUCHIN ROSENMAN LLP ATTN: PETER P. KNIGHT, MICHAEL HOWALD 525 WEST MONROE STREET CHICAGO IL 60661 |
| VBGO PENN PLAZA LLC | ATTN: BRETT THEIS 292 MADISON AVENUE. 7TH FLOOR NEW YORK NY 10017 |
| WOMBLE BOND DICKINSON (US) LLP | COUNSEL TO BOFA MATTHEW P. WARD 1313 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |

**Total Creditor count  69**

# Blink Fitness, Inc.
## Service List

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA | 100 NORTH TRYON STREET CHARLOTTE NC 28255 |
| CITIZENS BANK | ATTN: NICOLE BATEMAN MAILSTOP: ROP15D 1 CITIZENS DRIVE RIVERSIDE RI 02915 |
| FIRST CITIZENS BANK | ATTN: LESLIE RUDOWSKI ONE CITIZENS BANK WAY JOHNSTON RI 02919 |
| JP MORGAN | ATTN: EDWARD HASSE; JANE SPEKTOR MAIL CODE LA4-7200 700 KANSAS LANE MONROE LA 71203 |

**Total Creditor count  4**

Blink Fitness, Inc.
Service List

| Claim Name | Address Information |
|---|---|
| ALTICE | 1 COURT SQUARE LONG ISLAND CITY NY 11101 |
| ANAHEIM PUBLIC UTILS DEPT | 201 SOUTH ANAHEIM BLVD ANAHEIM CA 92805 |
| ASJ COMMUNICATIONS, INC. | 94 SYOSSET CIRCLE SYOSSET NY 11791 |
| AT&T | 2270 LAKESIDE BLVD, 7TH FLOOR RICHARDSON TX 75082 |
| ATMOS ENERGY | PO BOX 740353 CINCINNATI OH 45274-0353 |
| ATMOS ENERGY | 1800 THREE LINCOLN CENTRE DALLAS TX 75240 |
| AW BILLING SERVICES LLC | 4431 NORTH DIXIE HIGHWAY BOCA RATON FL 33431 |
| BCM ONE | 295 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| BELLFLOWER-SOMERSET MUTUAL WAT | 16121 BELLFLOWER BLVD BELLFLOWER CA 90706 |
| BP ENERGY RETAIL COMPANY LLC | PO BOX 74007029 CHICAGO IL 60674-7029 |
| BP ENERGY RETAIL COMPANY LLC | 501 WESTLAKE PARK BLVD HOUSTON TX 77079-2696 |
| BRILLIANT ENERGY | 7373 KIRKWOOD CT, STE 200 MAPLE GROVE MN 55369 |
| BURBANK (CITY OF) | 164 W. MAGNOLIA BLVD BURBANK CA 91502 |
| CASS INFORMATION SYSTEMS, INC. | 12444 POWERSCOURT DRIVE, SUITE 550 SAINT LOUIS MO 63131 |
| CENTERPOINT ENERGY | 1111 LOUSIANA ST HOUSTON TX 77002 |
| CENTERPOINT ENERGY | PO BOX 4981 HOUSTON TX 77210-4981 |
| CHARTER COMMUNICATIONS HOLDINGS, LLC | SUNDRY BILLING, PO BOX 83180 CHICAGO IL 60691 |
| CLIFTON (CITY OF) | 900 CLIFTON AVENUE CLIFTON NJ 07013 |
| COGENT COMMUNICATIONS | 2450 N STREET, NW WASHINGTON DC 20037 |
| COMCAST BUSINESS | 1701 JOHN F KENNEDY BLVD PHILADELPHIA PA 19103 |
| COMMONWEALTH EDISON | PO BOX 6111 CAROL STREAM IL 60197-6111 |
| COMMONWEALTH EDISON | 10 S DEARBORN ST, 52ND FL CHICAGO IL 60603-2300 |
| CONEDISON COMPANY OF NEW YORK | PO BOX 1701 NEW YORK NY 10116-1701 |
| CONEDISON COMPANY OF NEW YORK | 1775 GRAND COURSE BRONX NY 10458 |
| CONSTELLATION NEW ENERGY INC. | 1310 POINT ST BALTIMORE MD 21231 |
| CONSTELLATION NEW ENERGY INC. | PO BOX 4640 CAROL STREAM IL 60197-4640 |
| DIRECT ENERGY BUSINESS | P.O BOX 70220 PHILADELPHIA PA 19176 |
| DIRECT ENERGY BUSINESS | ATTN CUSTOMER RELATIONS 1001 LIBERTY AVE PITTSBURGH PA 15222 |
| DIRECT ENERGY BUSINESS CA | PO BOX 70220 PHILADELPHIA PA 19176-0220 |
| DIRECT ENERGY BUSINESS CA | 1001 LIBERTY AVE PITTSBURGH PA 15222 |
| DIRECTV | P.O. BOX 105249 ATLANTA GA 30348-5249 |
| DIRECTV | 2230 E IMPERIAL HWY EL SEGUNDO CA 90245 |
| EAST COAST POWER AND GAS | 340 JACKSON AVE BRONX NY 10454-1619 |
| ELIZABETHTOWN GAS | 520 GREEN LN UNION NJ 07083 |
| ELIZABETHTOWN GAS | PO BOX 6031 BELLMAWR NJ 08099 |
| ENEL X NORTH AMERICA, INC. | ATTN: RALPH CAMPANELLI ONE MARINA PARK DRIVE, SUITE 400 BOSTON MA 02210 |
| FRONTIER COMMUNICATIONS | 1919 MCKINNEY AVE DALLAS TX 75201 |
| GOLDEN STATE WATER COMPANY | PO BOX 51133 LOS ANGELES CA 90051-1133 |
| GOLDEN STATE WATER COMPANY | 630 FOOTHILL BLVD SAN DIMAS CA 91773 |
| GRANITE COMMUNICATIONS | 100 NEWPORT AVENUE EXT QUINCY MA 02171 |
| HOUSTON (CITY OF) | 901 BAGBY HOUSTON TX 77002 |
| HOUSTON (CITY OF) | PO BOX 1560 HOUSTON TX 77251-1560 |
| HUNTINGTON PARK (CITY OF) | PO BOX 840231 LOS ANGELES CA 90084-0231 |
| HUNTINGTON PARK (CITY OF) | 6550 MILES AVE, RM 127 HUNTINGTON PARK CA 90255 |
| JERSEY CENTRAL PWR & LGT CO | 300 MADISON AVE MORRISTOWN NJ 07960 |
| JERSEY CENTRAL PWR & LGT CO | PO BOX 3687 AKRON OH 44309-3687 |
| LIBERTY UTILITIES NEW YORK | 60 BROOKLYN AVE MERRICK NY 11566 |
| LIBERTY UTILITIES NEW YORK | PO BOX 371332 PITTSBURGH PA 15250-7332 |
| LIGHTPATH | 1111 STEWART AVENUE BETHPAGE NY 11714 |

| Claim Name | Address Information |
|---|---|
| LOS ANGELES (CITY OF) DWP | 111 N HOPE ST LOS ANGELES CA 90012 |
| LOS ANGELES (CITY OF) DWP | PO BOX 515407 LOS ANGELES CA 90051-6707 |
| METTEL | 55 WATER STREET, 32ND FLOOR NEW YORK NY 10041 |
| MP2 ENERGY TEXAS LLC | PO BOX 733560 DALLAS TX 75373-3560 |
| MP2 ENERGY TEXAS LLC | 21 WATERWAY AVE, STE 450 THE WOODLANDS TX 77380 |
| NATIONAL GRID | 1 METROTECH CENTER, 16TH FL BROOKYLN NY 11201 |
| NATIONAL GRID PA | 1 METROTECH CENTER, 16TH FL BROOKYLN NY 11201 |
| NATIONAL GRID PA | PO BOX 371416 PITTSBURGH PA 15250-7416 |
| NEW HORIZON COMMUNICATIONS | 200 BAKER AVE CONCORD MA 01742 |
| NEW JERSEY AMERICAN WATER | 1 WATER ST CAMDEN NJ 08102 |
| NEW JERSEY AMERICAN WATER | PO BOX 371331 PITTSBURGH PA 15250-7331 |
| NEXTIVA | 9451 EAST VIA DE VENTURA SCOTTSDALE AZ 85256 |
| NICOR GAS | 1598 BEVERLY CT AURORA IL 60502 |
| NICOR GAS | PO BOX 2020 AURORA IL 60507-2020 |
| NJ NATURAL GAS | PO BOX 11743 NEWARK NJ 07101-4743 |
| NJ NATURAL GAS | 1215 WYCKOFF WALL NJ 07719 |
| NRG BUSINESS MARKETING | PO BOX 1532 HOUSTON TX 60631-9022 |
| NRG BUSINESS MARKETING | 910 LOUISIANA ST HOUSTON TX 77022 |
| NRG BUSINESS SOLUTIONS | PO BOX 1532 HOUSTON TX 60631-9022 |
| NRG BUSINESS SOLUTIONS | 910 LOUISIANA ST HOUSTON TX 77022 |
| NUTLEY WATER DEPARTMENT | 1 KENNEDY DRIVE NUTLEY NJ 07110 |
| NYC WATER BOARD NJ | PO BOX 11863 NEWARK NJ 07101-8163 |
| NYC WATER BOARD NJ | ATTN DEPT OF ENVIRONMENTAL PROTECTION 59-17 JUNCTION BLVD, 8TH FL FLUSHING NY 11373 |
| ONESOURCE COMMUNICATIONS | 1655 E ARLINGTON BLVD GREENVILLE NC 27858 |
| ONESOURCE COMMUNICATIONS | 4800 KELLER HICKS RD FORT WORTH TX 76244 |
| ONTARIO MUNICIPAL UTILITIES COMPANY | 1333 S BON VIEW AVE ONTARIO CA 91761 |
| OPTIMUM (CABLEVISION) | 29 WINSOR STREET MILPITAS CA 95035 |
| PARSIPPANY (TOWNSHIP OF) | 1001 PARSIPPANY BLVD PARSIPPANY NJ 07054 |
| PASSAIC VALLEY WATER COMM | 1525 MAIN AVE CLIFTON NJ 07011 |
| PASSAIC VALLEY WATER COMM | PO BOX 11393 NEWARK NJ 07101-4393 |
| PECO | PO BOX 37629 PHILADELPHIA PA 19101-0629 |
| PECO | 2301 MARKET ST PHILADELPHIA PA 19103 |
| PEOPLES GAS | PO BOX 6050 COLUMBUS OH 60197-6050 |
| PEOPLES GAS | ATTN CUSTOMER SERVICE 200 E RANDOLPH ST CHICAGO IL 60601-6302 |
| PHILADELPHIA GAS WORKS | PO BOX 11700 NEWARK NJ 07101-4700 |
| PHILADELPHIA GAS WORKS | 2430 S 28TH ST PHILADELPHIA PA 19145 |
| PSE&G | 80 PARK PLAZA NEWARK NJ 07102 |
| PSE&G | PO BOX 14444 NEW BRUNSWICH NJ 08906-4444 |
| PSEG LONG ISLAND | 333 EARLE OVINGTON BLVD UNIONDALE NY 11553 |
| PSEG LONG ISLAND | PO BOX 888 HICKSVILLE NY 11802-0888 |
| RCN/ASTOUND BUSINESS SOLUTIONS | 650 COLLEGE ROAD EAST, SUITE 3100 PRINCETON NJ 08540 |
| RECYCLE TRACK SYSTEMS INC. | 435 HUDSON STREET, SUITE 404 NEW YORK NY 10014 |
| SHORE TEL, INC./MITEL | 2160 W BROADWAY RD. SUITE103 MESA AZ 85202 |
| SIMPOLOGY LLC. | 420 LEXINGTON AVENUE NEW YORK NY 10017 |
| SOCALGAS | ATTN REMITTANCE PROC, ML 711D 1801 S ATLANTIC BLVD MONTEREY PARK CA 91754 |
| SOCALGAS | PO BOX C MONTEREY PARK CA 91756-5111 |
| SOUTH ORANGE VILLAGE WATER UTI | BOX 371852 PITTSBURGH PA 15250-7852 |
| SOUTHERN CALIFORNIA EDISON COM | 2244 WALNUT GROVE AVE ROSEMEAD CA 91770-3714 |

| Claim Name | Address Information |
|---|---|
| SOUTHERN CALIFORNIA EDISON COM | PO BOX 300 ROSEMEAD CA 91772-0001 |
| SPECTRUM | 12405 POWERSCOURT DRIVE ST. LOUIS MO 63131-3660 |
| SUFFOLK COUNTY WATER AUTH | 2045 ROUTE 112, SUITE 5 CORAM NY 11727 |
| TRI-COUNTY ELECTRIC COOPERATIVE | 200 BAILEY RANCH ROAD ALEDO TX 76008 |
| TXU ENERGY | 6555 SIERRA DR IRVING TX 75039 |
| TXU ENERGY | PO BOX 650638 DALLAS TX 75265-0638 |
| UTILISAVE, LLC | 8 LOMBARDY ST. 43000. NEWARK NEWARK NJ 07102 |
| VEOLIA WATER NEW JERSEY | 6981 N PARK DR, STE 600 PENNSAUKEN NJ 08109 |
| VEOLIA WATER NEW JERSEY | PO BOX 371804 PITTSBURGH PA 15250-7804 |
| VERIZON WIRELESS | 500 TECHNOLOGY DRIVE, SUITE 550 WELDON SPRING MO 63304 |
| VILLAGE OF MERRIONETTE PARK | 11720 S. KEDZIE AVE. MERRIONETTE PARK IL 60803 |

**Total Creditor count  108**

**EXHIBIT B**

**BLINK HOLDINGS, INC., *et al*.,**
Case No. 24-11686 (JKS)
Email Master Service List

| Name | Email Address |
|---|---|
| EQUINOX HOLDINGS, INC. | arlene.hong@equinox.com |
| EQUINOX HOLDINGS, INC. | tbednar@cgsh.com; drkramer@cgsh.com; spyun@cgsh.com |
| HPS INVESTMENT PARTNERS, LLC | alexey.pazukha@hpspartners.com; colbert.cannon@hpspartners.com |
| INTERNAL REVENUE SERVICES | victoria.g.mosby@irs.gov; millie.h.agent@irs.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | benjamin.a.hackman@usdoj.gov |
| STATE OF NEW JERSEY ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| VARAGON CAPITAL PARTNERS AGENT, LLC | peter.knight@katten.com; michael.howald@katten.com; scott.lyons@katten.com |
| VARAGON CAPITAL PARTNERS AGENT, LLC | cmiller@morrisnichols.com |
| 125 PARK OWNER LLC | brett.herschenfeld@slgreen.com |
| 96 NORTH 10TH STREET HOLDINGS LLC | mordy@sparkremgmt.com |
| A&G REALTY PARTNERS, LLC | andy@agrep.com |
| AVENUE CODE, LLC | mmarques@avenuecode.com |
| AWESOMENESSTV HOLDINGS, LLC | trupti.patel@paramount.com |
| BRIXMOR SPE 6LLC | david.gerstenhaber@brixmor.com |
| CHICAGO, IL 4644-4658 S DREXEL LLC | snicholson@insiterealestate.com |
| DUARTE BROTHERS WOODWORK INC. | duartebrothers@aol.com |
| EAST 54TH STREET PARTNERS LLC | jack@jtreholdings.com |
| ENEL X NORTH AMERICA, INC. | ralph.campanelli@enel.com |
| GLE-III, LLC | tbuckstein@kimcorealty.com |
| GOOD EARTH DISTRIBUTION, LLC | rich.hebert@goodearthproducts.com |
| JOHNSON HEALTH TECH NA, INC. | phyllis.dannin@matrixfitness.com |
| JTRE 23 WS (DEL) LLC | jack@jtreholdings.com |
| LEVIN PROPERTIES, L.P. | jvessie@levinmgt.com |
| MBB REALTY LIMITED PARTNERSHIP | michael@pomre.com |
| MOTIONSOFT, INC. | jeff@clubautomation.com |
| RW 5901 FLATLANDS LLC | aweiss@laundrycapital.com |
| STELLA RISING INC. | avespucci@stellarising.com |
| VBGO PENN PLAZA LLC | btheis@rosenbergestis.com |
| MONZACK MERSKY AND BROWDER, P.A. | rmersky@monlaw.com |
| KATTEN MUCHIN ROSENMAN LLP | peter.knight@katten.com; allison.yager@katten.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; ameng@morrisnichols.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |

**BLINK HOLDINGS, INC.,** *et al* **.,**
Case No. 24-11686 (JKS)
Email Master Service List

| Name | Email Address |
|---|---|
| STARK & STARK, P.C. | tonder@stark-stark.com; jlemkin@stark-stark.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | lschweitzer@cgsh.com; tkessler@cgsh.com |
| ASHBY & GEDDES, P.A. | rpalacio@ashbygeddes.com; dkosloske@ashbygeddes.com |
| CHARLES E. BOULBOL, P.C. | rtrack@msn.com |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; liu@teamrosner.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| MURPHY DESMOND S.C. | jphillips@murphydesmond.com |
| RICHARDS, LAYTON & FINGER, P.A. | knight@rlf.com; milana@rlf.com; javorsky@rlf.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | gbressler@mdmc-law.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| FARRELL FRITZ, P.C. | pcollins@farrellfritz.com; dpascarella@farrellfritz.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | mvaldez@pbfcm.com |
| LEECH TISHMAN ROBINSON BROG, PLLC | cyee@leechtishman.com; jcarbino@leechtishman.com |
| KELLEY DRYE & WARREN LLP | kelliott@kelleydrye.com; abarajas@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |
| SHIPMAN & GOODWIN | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| ALSTON & BIRD LLP | jacob.johnson@alston.com; stephen.blank@alston.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| SAUL EWING LLP | monique.disabatino@saul.com; turner.falk@saul.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | slevin@mdmc-law.com |
| COOCH AND TAYLOR, P.A | gdick@coochtaylor.com; klevitsky@coochtaylor.com |

BLINK HOLDINGS, INC., *et al*.,
Case No. 24-11686 (JKS)
Email Master Service List

| Name | Email Address |
|---|---|
| BRADLEY ARANT BOULT CUMMINGS LLP | jbailey@bradley.com |

**EXHIBIT C**

BLINK HOLDINGS, INC., *et al* .,
Case No. 24-11686 (JKS)
Email Service List

| Name | Email Address |
|---|---|
| CITIZENS BANK | nicole.bateman@citizensbank.com |
| FIRST CITIZENS BANK | leslie.rudowski@citizensbank.com; socheata.cheath@citizensbank.com |
| JP MORGAN | edward.haase@jpmorgan.com; jane.spektor@jpmorgan.com |

BLINK HOLDINGS, INC., *et al*.,
Case No. 24-11686 (JKS)
Email Service List

| Name | Email Address |
|---|---|
| ALTICE | sarah.freedman@alticeusa.com |
| ANAHEIM PUBLIC UTILS DEPT | customerservice@anaheim.net |
| AT&T | km1426@att.com |
| ATMOS ENERGY | gregory.wofford@atmosenergy.com |
| BCM ONE | info@bcmone.com |
| BELLFLOWER-SOMERSET MUTUAL WAT | customerservice@bsmwc.com |
| BP ENERGY RETAIL COMPANY LLC | jeffrey.chen@bp.com; retailcustreceivable@bp.com |
| BURBANK (CITY OF) | jlillio@burbankca.gov |
| CLIFTON (CITY OF) | nferrigno@cliftonnj.org |
| COGENT COMMUNICATIONS | dc@cogentco.com |
| COMCAST BUSINESS | eric_kassab@comcast.com; shonterra_jordan@comcast.com |
| COMMONWEALTH EDISON | comedbankruptcygroup@exeloncorp.com |
| CONEDISON COMPANY OF NEW YORK | investorrelations@coned.com |
| CONSTELLATION NEW ENERGY INC. | support@constellationrates.com |
| DIRECT ENERGY BUSINESS | customerrelations@directenergy.com |
| DIRECT ENERGY BUSINESS CA | businessinfo@directenergy.com |
| DIRECTV | poc_ais@aisinfo.com |
| ELIZABETHTOWN GAS | correspondenceetg@sjindustries.com |
| FRONTIER COMMUNICATIONS | marianne.broughton@ftr.com |
| GOLDEN STATE WATER COMPANY | customerservice@gswater.com |
| GRANITE COMMUNICATIONS | bankruptcy@granitenet.com |
| HOUSTON (CITY OF) | customer.service@houstontx.gov |
| HUNTINGTON PARK (CITY OF) | parks@hpca.gov |
| JERSEY CENTRAL PWR & LGT CO | bankruptcyeast@firstenergycorp.co |
| LIBERTY UTILITIES NEW YORK | investorrelations@apucorp.com; corporate.communications@libertyutilities.com |
| LIGHTPATH | scott.callahan1@lightpathfiber.com |
| LOS ANGELES (CITY OF) DWP | commission@ladwp.com |
| METTEL | clientexperience@mettel.net |
| MP2 ENERGY TEXAS LLC | asstauditor@co.wise.tx.us; mp2energy.commercial@is-t.net |
| NATIONAL GRID | bankruptcy@nationalgrid.com |
| NATIONAL GRID PA | bankruptcy@nationalgrid.com |
| NEW HORIZON COMMUNICATIONS | custservice@nhcgrp.com |
| NEW JERSEY AMERICAN WATER | denise.free@amwater.com |
| NEXTIVA | support@nextiva.com |
| NICOR GAS | customercare@nicorgas.com. |
| NJ NATURAL GAS | customercare@njng.com |
| NRG BUSINESS MARKETING | powersupport@nrg.com |
| NUTLEY WATER DEPARTMENT | dferry@nutleynj.org |
| ONESOURCE COMMUNICATIONS | support@1scom.com |
| ONTARIO MUNICIPAL UTILITIES COMPANY | customerservice@ontarioca.gov |
| OPTIMUM (CABLEVISION) | scott.callahan1@lightpathfiber.com |

BLINK HOLDINGS, INC., *et al*.,
Case No. 24-11686 (JKS)
Email Service List

| Name | Email Address |
| --- | --- |
| PARSIPPANY (TOWNSHIP OF) | sandres@parsippany.net |
| PASSAIC VALLEY WATER COMM | customerservice@pvwc.com |
| PECO | lynn.zack@exeloncorp.com |
| PHILADELPHIA GAS WORKS | tony.santana@pgworks.com |
| PSE&G | bankruptcy@pseg.com |
| PSEG LONG ISLAND | bankruptcy@pseg.com |
| RECYCLE TRACK SYSTEMS INC. | info@rts.com |
| SIMPOLOGY LLC. | info@simpology.io |
| SOCALGAS | arojas3@semrautilities.com |
| SUFFOLK COUNTY WATER AUTH | press@scwa.com |
| TXU ENERGY | mariette.reites@vistracorp.com |
| VEOLIA WATER NEW JERSEY | csallendale@veolia.com |
| VERIZON WIRELESS | william.vermette@verizon.com; paul.adamec@verizon.com |
| VILLAGE OF MERRIONETTE PARK | john.lind@merrionettepark.org |