IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BLINK HOLDINGS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-11686 (JKS) <br><br> (Jointly Administered) <br><br> Ref. Docket No. 158 <br><br> Obj. Deadline: October 7, 2024 at 4:00 p.m. (ET) |

**DECLARATION OF DISINTERESTEDNESS OF HUNTON ANDREWS KURTH LLP
PURSUANT TO THE ORDER (I) AUTHORIZING THE DEBTORS
TO RETAIN AND COMPENSATE PROFESSIONALS UTILIZED IN THE
<u>ORDINARY COURSE OF BUSINESS AND (II) GRANTING RELATED RELIEF</u>**

I, Michael La Marca, declare under penalty of perjury:

      1.     I am a partner of Hunton Andrews Kurth LLP, with offices located at 200 Park Avenue, New York, New York 10166 (the "**Firm**").

      2.     Blink Holdings, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), have requested that the Firm provide legal services to the Debtors as regulatory and compliance counsel with respect to certain general privacy advice, and the Firm has consented to provide such services.

      3.     The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for persons that are parties in interest in the Chapter 11 Cases. The Firm, however, does not perform

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

services for any such person in connection with the Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in the Chapter 11 Cases.

5. The Firm has no agreement with any party or person, other than with the partners, counsel, associates and employees associated with the Firm, to share any compensation received concerning the representation of the Debtors.

6. Neither I nor any partner, counsel, associate or employee of the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

7. The Firm's current hourly rates for this engagement, which have been discounted from the Firm's standard hourly rates, range as follows:

Partners:  $1,130-$1,795

Associates/Counsel: $695-$750

In the normal course of business, the Firm adjusts it standard hourly rates periodically to reflect new market conditions and to recognize individual changes such as promotions, increased expertise, and seniority.

8. The Debtors owe the Firm $0 for prepetition services.

9. As of the Petition Date, which was the date on which the Debtors commenced the Chapter 11 Cases, the Firm was not party to an agreement for indemnification with certain of the Debtors.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:  September 23, 2024

*/s/ Michael La Marca*
Michael La Marca