**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket No. 158** <br> **Obj. Deadline: October 8, 2024 at 4:00 p.m. (ET)** |

**DECLARATION OF DISINTERESTEDNESS OF DLA PIPER LLP (US)
PURSUANT TO THE ORDER (I) AUTHORIZING THE DEBTORS
TO RETAIN AND COMPENSATE PROFESSIONALS UTILIZED IN THE
ORDINARY COURSE OF BUSINESS AND (II) GRANTING RELATED RELIEF**

I, Keith W. Medansky, declare under penalty of perjury:

1.      I am a Partner in DLA Piper LLP (US) ("DLA Piper"), in its location at 444 West Lake Street, Suite 900, Chicago, Illinois 60606.

2.      Blink Holdings, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), have requested that DLA Piper provide intellectual property legal advice to the Debtors, including, but not limited to, maintaining the Debtors' trademark portfolio, and DLA Piper has consented to provide such services.

3.      DLA Piper may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for parties in interest in the Chapter 11 Cases.  DLA Piper, however, does not perform services for

---

[1]     The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036.  Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

any such party in connection with the Chapter 11 Cases, or have any relationship with any such party, their attorneys, or accountants which would be adverse to the Debtors or their estates.

4.      As part of its customary practice, DLA Piper is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in the Chapter 11 Cases.

5.      Neither I nor any principal, partner, director, officer of, or professional employed by, DLA Piper has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of DLA Piper.

6.      Neither I nor any principal, partner, director, officer, of, or professional employed by, DLA Piper, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which DLA Piper is to be employed.

7.      DLA Piper's current customary hourly rates, subject to change from time to time, are: Partner $1,395.00; Of Counsel $1,295.00; attorney $770.00; and paralegal $500.00.  In the normal course of business, DLA Piper revises its regular hourly rates and advises, effective January 1st of each year, the aforementioned rates will be revised to the regular hourly rates which will be in effect at that time.

8.      The Debtors owe DLA Piper $2,344.80 for prepetition services, the payment of which is subject to limitations contained in title 11 of the United States Code, 11 U.S.C. §§ 101–1532.  DLA Piper agrees to waive any prepetition claims against the Debtors' estates.

9.      As of the Petition Date, which was the date on which the Debtors commenced the Chapter 11 Cases, DLA Piper was not party to an agreement for indemnification with certain of the Debtors.

1613392819

10.     DLA Piper has compared the Interested Parties List provided by the Debtors, attached hereto as **Schedule 1**, against DLA Piper's client list.  Attached hereto as **Schedule 2** is the list of Interested Parties who are DLA Piper clients in matters unrelated to these Chapter 11 Cases.  DLA Piper has conducted inquiries regarding its retention by any creditors of the Debtors and has concluded it has not been retained to represent any creditors or other parties in connection with these Chapter 11 Cases.  DLA Piper will conduct further inquiries which upon conclusion of such inquiries, or at any time during the period of its employment, if DLA Piper should discover any facts bearing on the matters described herein, DLA Piper will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

Date:   September 24, 2024                     _/s/  Keith W. Medansky_____
                                                                    Keith W. Medansky

## <u>SCHEDULE 1</u>

**Interested Parties List**

## **Blink Holdings, Inc.**

### *Potential Parties in Interest*

**Debtors**

692 Broadway Fitness Club, Inc.
Bergen Town Center Fitness Club, Inc
Blink Holdings II, Inc.
Blink Holdings, Inc.
Cross County Fitness Club, Inc.
Blink Broadway Marketplace, Inc.
Blink Metropolitan Avenue, Inc.
Blink Webster Avenue, Inc. (f\k\a Blink Boston Post Road. Inc.)
Blink Selden, Inc.
Blink Melville, Inc.
Blink Nostrand Avenue, Inc.
Blink St. Ann's Avenue, Inc.
Blink 125th Street, Inc.
Blink Jamaica Avenue, Inc.
Blink West Islip, Inc.
Blink 600 Third Avenue, Inc.
Blink White Plains, Inc.
Blink 98th Street, Inc. (f/k/a Blink 25 Broadway, Inc.)
Blink Southern Boulevard, Inc.
Blink Islandia, Inc.
Blink 833 Flatbush, Inc.
Blink Irvington Inc.
Blink Lodi, Inc.
Blink Amboy Road Inc. (f/k/a Blink 1239 Fulton, Inc.)
Blink Brentwood, Inc.
Blink Concourse Holdings, Inc.
Blink 2374 Grand Concourse, Inc.
Blink 116th Street, Inc.
Blink Utica Avenue, Inc.
Blink Myrtle Avenue, Inc. (f/k/a Blink 3780 Broadway, Inc.)
Blink Baldwin, Inc.
Blink 88th Street, Inc. (f/k/a Blink Hylan Blvd., Inc.)
Blink Eighth Avenue, Inc.
Blink Steinway Street, Inc.
Blink Parsippany, Inc.
Blink Journal Square, Inc.
Blink Gates, Inc.
Blink 78-14 Roosevelt, Inc.
Blink 3779 Nostrand, Inc.
Blink West 31st Street, Inc.
Blink Williamsbridge, Inc.
Blink 16th Street, Inc.
Blink Union, Inc.
Blink 1065 6th Avenue, Inc.
Blink Macombs Road, Inc.
Blink Fulton Street, Inc.
Blink Clifton, Inc.
Blink Atlantic Avenue, Inc.
Blink Linden, Inc.
Blink Nassau Street, Inc.
Blink Flatlands Avenue, Inc.
Blink Valley Stream, Inc.
Blink Riverdale, Inc.
Blink Fitness Franchising, Inc.
Blink Liberty Avenue, Inc.
Blink Hicksville, Inc.
Blink East 54th Street, Inc.
Blink West 8th Street, Inc.
Blink 108-14 Roosevelt, Inc.
Blink 56-02 Roosevelt, Inc.
Blink 125 Park, Inc.
Blink Knickerbocker, Inc.
Blink Fourth Avenue, Inc.
Blink East Orange, Inc. (f/k/a Blink Belleville, Inc.)
Blink South Orange, Inc.
Blink 2883 3rd Avenue, Inc.
Blink Avenue A, Inc.
Blink East Tremont Avenue, Inc.
Blink 287 Broadway, Inc.
Blink Passaic, Inc.
Blink Willingboro, Inc.
Blink Perth Amboy, Inc.
Blink Plainfield, Inc.
Blink Sunset Park, Inc.
Blink Wissinoming, Inc.
Blink Farmers Boulevard Inc.
Blink Frankford Avenue, Inc.

1

Blink Whitman, Inc.
Blink Pacific Boulevard, Inc.
Blink Normandie Avenue, Inc.
Blink Newark, Inc.
Blink Hawthorne, Inc.
Blink Brookhurst, Inc.
Blink 69th Street Inc.
Blink Jerome Avenue, Inc.
Blink 18th Avenue, Inc.
Blink Nutley, Inc.
Blink 229 E. Foothill Boulevard, Inc.
Blink 130 W.G. Street, Inc.
Blink 9901 S. Alameda, Inc.
Blink Compton & Central Avenue, Inc.
Blink Diversey, Inc.
Blink Braddock Avenue Inc.
Blink 2862 Fulton Street, Inc.
Blink Georgetown Inc.
Blink 1060 W Alameda, Inc.
Blink 101 W 87th Street, Inc.
Blink Courtesy Plaza Inc.
Blink Ridgeland Ave, Inc.
Blink Ashland Avenue, Inc.
Blink Stonebrook, Inc.
Blink SER Portfolio, Inc.
Blink Dallas, Inc.
Blink 1134 Fulton, Inc.
Blink 2465 Jerome Inc.
Blink 16123 Bellflower Blvd., Inc.
Blink 79th Holdings Inc.
Blink Fitness Rialto Inc.
Blink Beach Street, Inc.
Blink NRH, Inc.
Blink Keller, Inc.
Blink Bedford, Inc.
Blink Belleville Inc.
Blink 97-01 Northern Blvd., Inc.
Blink Miramar Parkway Inc.
Blink 886 Broadway, Inc.
Blink Commercial Boulevard, Inc.
Blink Long Point, Inc.
Blink Westchase Inc.
Blink 19500 Plummer, Inc.
Blink Kenwood, Inc.
Blink Airline Drive, Inc.
Blink Richmond Road, Inc.

Blink 8201 Broadway, Inc.
Blink Abrams Road Inc.
Blink Kendall Market Place Inc.
Blink Deerwood Inc.
Blink 2192 Texas Parkway, Inc.
Blink Atlantic Avenue LB, Inc.
Blink 12201 Victory Blvd, Inc.
Blink Ashland Inc.
Blink KWT Holdco LLC
Blink Gage Park LLC
Blink North Riverside LLC
Blink Company Intermediate Holdco, Inc.
Blink Paterson, Inc.
Blink North 10th Street Corp.
Blink Highway 249, Inc.
Blink Bissonnet, Inc.

**Current and Recent Directors and Officers**
Manny Pearlman
Harvey Spevak
Jeffery M. Weinhaus
David Phillipps
Guy Harkless
Lauren Wood
Ben Balick
Emily Childs

**Material (5% or Greater) Shareholders**
Blink Intermediate Holdings II, LLC

**Debtors' Professionals**
Young Conaway Stargatt & Taylor, LLP
Portage Point Partners LLC
Moelis & Company LLC
Epiq Systems, Inc.
FTI Consulting, Inc.

**Secured Creditors**
Varagon Capital Partners Agent, LLC
The Variable Annuity Life Insurance Company
National Union Fire Insurance Company
Life Insurance Company of the Southwest
US MML Portfolio V of Global Investment Fund I

2

Viva I Funding, LLC
John Hancock Life Insurance Company (U.S.A.)
Manulife SDF SPV-OH, LLC
AB Private Credit Investors Corporations
AB Private Investors Middle Market Direct Lending Fund, SICAV-SIF S.C.SP. – First Compartment
ABPCI Direct Lending Fund CLO I LTD
ABPCI Direct Lending Fund CLO II LTD
ABPCI Direct Lending Fund CLO III LTD
ABPCI Direct Lending Fund CLO V LTD
ABPCI Direct Lending Fund CLO VI LTD
ABPCI Direct Lending Fund CLO VII LP
ABPCI Direct Lending Fund CLO VIII LTD
ABPCI II Direct Lending Funding III LP
Addington Square Funding III, L.P.
Addington Square Private Credit Fund (AIV), L.P.
Addington Square Private Credit Fund, L.P.
Equitable Financial Life Insurance Company
Monroe Capital MML CLO IX, LTD.
Monroe Capital MML CLO VIII, LTD.
Monroe Capital MML CLO 2017-1, LTD.
Monroe Capital MML CLO VI, LTD.

**Top Unsecured Creditors**
Johnson Health Tech NA, Inc.
ServiceChannel.com, Inc.
A&G Realty Partners, LLC
Meta Platforms, Inc.
Google LLC
Eurpac Service Incorporated
Motionsoft, Inc.
Stella Rising Inc.
Good Earth Distribution, LLC
Avenue Code, LLC
Recycle Track Systems Inc.
ILEGRA CORPORATION
Three Pillar Global, Inc.
Vericom Group, LLC
Cro Metrics
Chameleon Collective Inc.
TD Equipment Finance, Inc.
Onix Networking Corp.

**Material Vendors**
Equinox Holding, Inc.
ServiceChannel.com, Inc
Enel X North America, Inc.
Meta Platforms, Inc.
Good Earth Distribution, LLC
Google LLC
Motionsoft, Inc.
Eurpac Service Incorporated
Avenue Code, LLC
Vericom Group, LLC
Johnson Health Tech NA, Inc.
American Express
Eastern Funding LLC
Women's Marketing Inc
TD Equipment Finance, Inc
Chameleon Collective Inc
A&G Realty Partners, LLC
Kora Rae Clothing LLC dba/EVR Brands
Three Pillar Global, Inc.
Pepsi Cola Bottling Company of New York
UtiliSave, LLC
Recycle Track Systems Inc
5 Boro Laundry Inc.
Amazon Web Services, Inc.
Bamko, Inc.
ILEGRA CORPORATION
Legion Technologies Inc.
Citizens Asset Finance, Inc.
First Advantage Background Services Corp.
Cro Metrics
Insider Services Us LLC
ABC Fitness Solutions, LLC
SMS Assist, L.L.C.
Modern Executive Solutions LLC
Onix Networking Corp
Elephant Ventures, LLC
Iron Grip Barbell Company

**Landlords**
H Street Building Corporation
Brooks Shopping Centers LLC
UE Bergen Mall Owner LLC
GWB Acquisition LLC

3

PPC Commercial LLC
2146 Nostrand Avenue Associates, LLC
Broadhollow/Pinelawn CW NF, LLC
Jackson Joy Retail Master, LLC
SOL Goldman Investments, LLC
301-303 West 125 LLC
Third Avenue Tower Owner, LLC
Islandia SC I, LLC
Flatbush Retail Associates, LLC
Hamilton, Kane, Martin Enterprises, Inc.
480 Suffolk Avenue, LLC
WP Galleria Realty LP
Jeffrey Management Corp.
West 116 Owners Retail, LLC
250 Utica Owners LLC
EIB Grand Concourse LLC
Chelsea W26, LLC
UE Lodi Delaware LLC
Mehran Property Management, Ltd.
Salman Capital LLC
Brixmor Morris Hills LLC
Nostrand Property Owner LLC
Gates Avenue Properties LLC
78-14 Roosevelt LLC
VBGO Penn Plaza, LLC
Grand Baldwin Associates
3572 WPR LLC
5 Bryant Park Sub REIT, L.P.
1413 Fulton Management LLC
Madina Eco Friendly, Inc.
DDR Southeast Union, LLC
Boerum Place LLC
Levin Management Corp.
Linden Commons & Development, LLC
Sun Valley Towers, LLC
Ann/Nassau Realty, LLC
Florence Polizzotto
Regency Centers, L.P.
East 54th Street Partners LLC
JTRE 240 East 54th Street LLC
Liberty Square in Ozone Park LLC
2857 West 8th Street Developers LLC
KRE Broadway Owner LLC
125 Park Owner LLC
399 Knickerbocker LLC
GNDP Holdings LLC

Goron Properties, Inc.
XL - Real Property Management LLC
108-18 LLC
SJU Holdings
2883 Third Avenue Realty Associates LP
Southern Blvd Development LLC
302 Broadway LLC
645 East Tremont LLC
Paramount Property Management, Inc.
663 Main Master Tenant LLC
5111 4th Avenue Equity Holdings LLC
WB Rancocas Holdings, LLC
134-140 Smith LLC
MBB Realty Limited Partnership
Philadelphia Harbison LP
South-Whit Shopping Center Associates LP
Pacific Blvd Holdings 26 LLC
582 Central LLC
Plainfield Realty, LLC
130-20 Farmers LLC
1421 Webster Avenue LLC
15501 Gardena, LLC
2 Ferry LLC
Bermuda Realty LLC
PK II Brookhurst Center LP
The Theater Building Enterprise, LLC
Fordec Realty Corp
M.C.P. Associates, L.P.
Rancho Marketplace Gateway, LLC
Derp Associates LLC
Hauppauge Properties LLC
Primestor Jordan Downs
GRI-Regency, LLC
FW IL-Riverside/Rivers Edge, LLC
Porter Avenue Holdings LLC
Reliable Properties
Oak Lawn Joint Venture I, L.L.C.
Whitestone REIT
7901 Midcities LLC
Matrix Commercial Group LLC
Beach Street Market LLC
Matlock Green Holdings LLC
Miramar Plaza Partners, LLC
HCL Long Point LLC
JBL Market at Westchase LLC
Brixmor Holdings 12 SPE LLC

4

Aldi Inc.
Viacom ATV Inc.
386 Park South LLC
Sterling Value Add Investments
TCB-Stonebrook, LLC
Township of Nutley
4704 Airline Drive Partners LLC
NR Park Associates, LLC
Islandia SC Holdings LLC
Darvish Investment Group, LLC
New Gold Equities
2374 GC LLC
KRE Bklyner 1134 Fulton LLC
Raha Property Holdings, LLC
Paramount Global
Sterling Ashland LLC
692 Broadway Propco LLC
Chicago, IL 4644-4658 S Drexel LLC
2192 Texas Parkway Partners LLC
Johnson Health Tech NA, Inc.
Ohashi & Horn LLP
K/BTF Broadway LLC
886 Broadway LLC

### Banks
J.P. Morgan Chase Bank, N.A.
First Citizens Bank, N.A.
Citizens Bank, N.A.
Bank of America, N.A.

### Insurance Carriers
Federal Insurance Company
Berkshire Hathaway Specialty Insurance Company
Markel Insurance Company
ACE American Insurance Company
Endurance American Insurance Company
Berkley Insurance Company
Federal Insurance Company
Hudson Insurance Company
Endurance Assurance Corporation
Magna Carta Insurance, LTD.
Zurich American Insurance Company
AXIS Insurance Company
Greenwich Insurance Company
Beazley Insurance Company, Inc.
Affiliated FM Insurance Company

Lloyd's of London Syndicates
Homesite Insurance Company
Markel Insurance Company
National Casualty Company
Allied World Assurance Company (U.S.), Inc.
Allied World Assurance Company, Ltd.
Navigators Insurance Company
XL Insurance America, Inc.
XL Bermuda Ltd.
Markel American Insurance Company
Markel Bermuda Limited
The Ohio Casualty Insurance Company
National Union Fire Insurance Company of
Pittsburgh Pa.
American International Reinsurance Company,
Ltd.
Steadfast Insurance Company
General Security Indemnity Company of
Arizona
Trisura Specialty Insurance Company

### Material Contract Counterparties
3WB Mason Company Inc.
5 Boro Laundry Inc.
A&G Realty Partners LLC
Ab Coaster LLC
ABC Financial Services, LLC
ADT LLC
AFIAA 45 West 45Th Street, LLC
Allpoints Public Relations LLC
Alshaya International LLC
Amazon Fulfilment Services
Amazon.Com Inc.
American Society of Composers Authors &
Publishers
American Specialty Health Fitness, Inc.
Analogfolk LLC
Artisan Colour, Inc.
Ascend Network Solutions LLC
ASI Signage Innovations
Bamko, LLC
Betterworks Systems, Inc.
Bigart Ecosystems LLC
Brand Amp, LLC
Buxton Company LLC
Casiana Fitness VB1, LLC

5

Chameleon Collective Inc
CINTAS Corporation No.2
ClassPass Inc.
ClubCom LLC
Commercial Lighting Industries, Inc.
Concur Technologies, Inc.
Constellation Navigator, LLC
Corporate Synergies Group, LLC
Creative Materials Corp.
David Energy Supply, LLC
Dialog Social Inc.
DLA Piper LLP
The Dot Net Factory, LLC
Dragon Door Publications
Eclipse Capital LLC
Ecore International
Elephant Ventures, LLC
Enel X Advisory Services USA LLC
ENGIE Resources LLC
Epsilon Data Management, LLC
Equinox Group, LLC
Equinox Holdings
Equinox Holdings, Inc.
EQX KWT Holdco, LLC
Factory 77 Inc.
Ferguson Enterprises, Inc.
First Advantage
First Advantage Enterprise Screening Corporation
Fitness 2000
Fitness 2000-Bedford
Fitness On Demand
FloWater, Inc.
Gaiam Americas Inc.
Glassdoor, Inc.
Global Affiliates Inc
GoodEarth Distribution, LLC
Group FX
GS FIT IL-1, LLC
GS FIT MI-1, LLC
Gym Source USA, LLC
Gympass US LLC
Heart & Hustle Productions, LLC
HP Inc.
Hyperice, Inc.
Impact Specialties

Insider Services US LLC
Iron Grip Barbell Company
Jackson Lewis P.C.
Johnson Health Tech NA
Johnson Health Tech North America, Inc.
Katten Muchin Rosenman LLP
KRG Enterprise, Inc.
Legion Technologies, Inc.
Les Mills United States Trading, Inc.
Life Fitness
Lincoln Waste Solutions, LLC
LinkedIn Corporation
List Industries Inc.
Listrak Inc.
Mannington Commercial
Marcum Technology LLC
Mass Movement, Inc.
MFAC, LLC
M.H Alshaya Co. WLL
Monotype Imaging Inc.
Motionsoft Inc.
MOURI Tech, LLC
Movable, Inc.
Muzak LLC
Navitas Credit Corp.
NESCTC Security Agency, LLC
Okta, Inc.
Optimizely, Inc.
OptumHealth Care Solutions, LLC
Oracle America, Inc.
Panos Fitness LLC
Panos Fitness of Greece LLC
Panos Fitness of Onondaga LLC
Panos, Dean
Paris Equipment Manufacturing Ltd.
Pear Sports LLC
Pepsi-Cola Advertising and Marketing, Inc.
Platinum Gym One, Inc.
Platinum Gym Two, Inc.
Precor Incorporated
Recycle Track Systems, Inc.
Resolver Inc.
Return Path, Inc.
SC KWT Holdco, LLC
Service Management Group Inc.
ServiceChannel.com Inc.

6

SESAC LLC
Shapu LLC
SMS Assist, L.L.C.
Steifman LLP
Studio Sweat, LLC
Sun Basket, Inc.
TOPCAST Networks, LLC
Touchland LLC
Ulterior Motives International, LLC
The Ultimate Software Group Inc.
UtiliSave, LLC
Validity, Inc.
Varagon Capital Partners Agent LLC
Th eVericom Group, LLC
Welld Health, LLC
Where 2 Get It, Inc.
World Energy Solutions, Inc.
Yext, Inc.
Young Conaway Stargatt & Taylor LLP
Zeroin Media, Inc.
Zimmerman Reed, LLP

**Litigation Parties**
Quintin Wilkerson
Jasmin Limon
Jason Kortbawi
Gregory Rhys
Darshawn Amerson
Aurora Alcantara
Elvin Brogsdale
Vivian Deras
Ricardo Duncan
Raquel Torres
Juana Gonzalez
Christal Lewis
Herve Loristin
Shokanni McKen
Ruben Napoles
Tracey Nelson
Hernan Ortiz
Baljinder Singh
Sigrid Sutter
Ishrat Usman
Marlon Williams
Paulina Wolinska
Brixmor SPE 6 LLC

DT Route 22 Retail, LLC
MBB Realty Limited Partnership
Levin Properties, L.P.

**Taxing and Regulatory Authorities**
ALIEF I.S.D
Ann Harris Bennett, Tax Assessor Collector
City of Newark-Payroll Tax
Los Angeles County Tax Collector
SBC Tax Collector
Spring Branch ISD, Tax Assessor
NYS Department of Taxation and Finance
Florida Department of Revenue
Illinois Department of Revenue
State of NJ - Department of the Treasury -
Division of Taxation
Texas Comptroller of Public Accounts
California Franchise Tax Board
Philadelphia Department of Revenue

**Delaware Bankruptcy Judges**
Dorsey, John T.
Goldblatt, Craig T.
Horan, Thomas M.
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

**Office of the United States Trustee**
Benjamin Hackman
Christine Green
Diane Giordano
Dion Wynn
Edith A. Serrano
Elizabeth Thomas
Fang Bu
Hannah M. McCollum
Hawa Konde
Holly Dice
James R. O'Malley
Jane Leamy
Jonathon Lipshie
Jonathon Nyaku
Joseph Cudia

31839088.3

Joseph McMahon
Lauren Attix
Linda Casey
Linda Richenderfer
Malcolm M. Bates
Michael Girello
Nyanqoui Jones
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**Noteholders**
Equinox Group, LLC

**Ordinary Course Professionals**
Blank Rome, LLP
Paul Hastings, LLP
KPMG, LLP
LaRocca, Hornik, Greenberg, Kittredge,
Carlin & McParland LLP
Gordon Rees Scully Mansukhani, LLP
Madeline Schwarz LLC
Willis (Bermuda) Ltd.
Vcorp Services, LLC

## SCHEDULE 2

**Interested Parties / DLA Piper Client List**

**Interested Parties that Currently Employ or Have Formerly
Employed DLA Piper LLP (US) in Matters Unrelated to
Debtors or the Chapter 11 Cases**

| Party Name[1] | Relationship to Debtors[2] | Relationship to DLA[3] |
|---|---|---|
| Blink Holdings II, Inc. | Debtors | Affiliate of current clients in this Chapter 11 Case. |
| Blink Holdings, Inc. | Debtors | Current client and affiliate of current clients in this Chapter 11 Case. |
| Moelis & Company LLC | Debtors' Professionals | Current and former client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Epiq Systems, Inc. | Debtors' Professionals | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| FTI Consulting, Inc. | Debtors' Professionals | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| The Variable Annuity Life Insurance Company | Secured Creditors | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| National Union Fire Insurance Company | Secured Creditors | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Life Insurance Company of the Southwest | Secured Creditors | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |

---

[1] Where a party and the Debtors maintain multiple relationships, the Debtors listed such parties under each applicable category on the Debtors' Interested Parties List. Where numerous affiliated entities appeared in the Debtors' Interested Parties List, DLA Piper performed conflicts searches for all such entities, yet herein list only the most generic and generally applicable name for such affiliated entities.

[2] This column lists the relationship(s) between the party and the Debtors as reported on the Debtors' Interested Parties List.

[3] A "current client" is an entity for which DLA Piper is presently engaged; a "former client" is an entity for which there were no active matters as of the date hereof, but there may in the future be active matters. Use of the word "potential" before such designations signifies entities for which DLA was unable to determine whether any similarities of names were a coincidence or whether the party in interest is related to a client in DLA's databases. DLA does not represent any "potential" clients in matters related to the Debtors or these Chapter 11 Cases. The identification of a party in interest herein is not an admission of a conflict, disabling or otherwise.

| | | |
|---|---|---|
| John Hancock Life Insurance Company (U.S.A.) | Secured Creditors | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Manulife SDF SPV-OH, LLC | Secured Creditors | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| AB Private Credit Investors Corporations | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| AB Private Investors Middle Market Direct Lending Fund, SICAV-SIF S.C.SP. –First Compartment | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ABPCI Direct Lending Fund CLO I LTD | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ABPCI Direct Lending Fund CLO II LTD | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ABPCI Direct Lending Fund CLO III LTD | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ABPCI Direct Lending Fund CLO V LTD | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ABPCI Direct Lending Fund CLO VI LTD | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ABPCI Direct Lending Fund CLO VII LP | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ABPCI Direct Lending Fund CLO VIII LTD | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ABPCI II Direct Lending Funding III LP | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Addington Square Funding III, L.P. | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |

| | | |
|---|---|---|
| Addington Square Private Credit Fund (AIV), L.P. | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Addington Square Private Credit Fund, L.P. | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Equitable Financial Life Insurance Company | Secured Creditors | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Monroe Capital MML CLO IX, LTD. | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Monroe Capital MML CLO VIII, LTD. | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Monroe Capital MML CLO 2017-1, LTD. | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Monroe Capital MML CLO VI, LTD. | Secured Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ServiceChannel.com, Inc. | Top Unsecured Creditors | Former client and affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Avenue Code, LLC | Top Unsecured Creditors | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| TD Equipment Finance, Inc. | Top Unsecured Creditors | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Equinox Holdings, Inc. | Material Vendors | Current client and affiliate of current clients in this Chapter 11 Case. |
| Enel X North America, Inc. | Material Vendors | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| American Express | Material Vendors | Current and former client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Pepsi Cola Bottling Company of New York | Material Vendors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |

| Amazon Web Services, Inc. | Material Vendors | Current and former client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Citizens Asset Finance, Inc. | Material Vendors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ABC Fitness Solutions, LLC | Material Vendors | Current on matters unrelated to the Debtors or this Chapter 11 Case. |
| H Street Building Corporation | Landlords | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| 78-14 Roosevelt LLC | Landlords | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Aldi Inc. | Landlords | Current and former client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Viacom ATV Inc. | Landlords | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Paramount Global | Landlords | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| J.P. Morgan Chase Bank, N.A. | Banks | Current and former client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| First Citizens Bank, N.A. | Banks | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Citizens Bank, N.A. | Banks | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Bank of America, N.A. | Banks | Current and former client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |

| Federal Insurance Company | Insurance Carriers | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Berkshire Hathaway Specialty Insurance Company | Insurance Carriers | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Markel Insurance Company | Insurance Carriers | Current client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ACE American Insurance Company | Insurance Carriers | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Endurance American Insurance Company | Insurance Carriers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Berkley Insurance Company | Insurance Carriers | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Hudson Insurance Company | Insurance Carriers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Endurance Assurance Corporation | Insurance Carriers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Zurich American Insurance Company | Insurance Carriers | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| AXIS Insurance Company | Insurance Carriers | Current client and affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Beazley Insurance Company, Inc. | Insurance Carriers | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Affiliated FM Insurance Company | Insurance Carriers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Lloyd's of London Syndicates | Insurance Carriers | Affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |

| Homesite Insurance Company | Insurance Carriers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
|---|---|---|
| National Casualty Company | Insurance Carriers | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Allied World Assurance Company (U.S.), Inc. | Insurance Carriers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Navigators Insurance Company | Insurance Carriers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| XL Insurance America, Inc. | Insurance Carriers | Affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| XL Bermuda Ltd. | Insurance Carriers | Affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Markel American Insurance Company | Insurance Carriers | Current client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| National Casualty Company | Insurance Carriers | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Allied World Assurance Company (U.S.), Inc. | Insurance Carriers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Allied World Assurance Company, Ltd. | Insurance Carriers | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Markel Bermuda Limited | Insurance Carriers | Affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| The Ohio Casualty Insurance Company | Insurance Carriers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| American International Reinsurance Company, Ltd. | Insurance Carriers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |

| Steadfast Insurance Company | Insurance Carriers | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
|---|---|---|
| General Security Indemnity Company of Arizona | Insurance Carriers | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Trisura Specialty Insurance Company | Insurance Carriers | Potential former client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ABC Financial Services, LLC | Material Contract Counterparties | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| AFIAA 45 West 45Th Street, LLC | Material Contract Counterparties | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Amazon Fulfillment Services | Material Contract Counterparties | Current and former client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Amazon.Com Inc. | Material Contract Counterparties | Current and former client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| American Society of Composers Authors & Publishers | Material Contract Counterparties | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ClassPass Inc. | Material Contract Counterparties | Current client and affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Dialog Social Inc. | Material Contract Counterparties | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Ecore International | Material Contract Counterparties | Former client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Enel X Advisory Services USA LLC | Material Contract Counterparties | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ENGIE Resources LLC | Material Contract Counterparties | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |

| Equinox Group, LLC | Material Contract Counterparties | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
|---|---|---|
| Equinox Holdings | Material Contract Counterparties | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Glassdoor, Inc. | Material Contract Counterparties | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Gympass US LLC | Material Contract Counterparties | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| HP Inc. | Material Contract Counterparties | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Jackson Lewis P.C. | Material Contract Counterparties | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Katten Muchin Rosenman LLP | Material Contract Counterparties | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Life Fitness | Material Contract Counterparties | Potential affiliate of client on matters unrelated to the Debtors or this Chapter 11 Case. |
| LinkedIn Corporation | Material Contract Counterparties | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Marcum Technology LLC | Material Contract Counterparties | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Marcum Technology LLC | Material Contract Counterparties | Former client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Navitas Credit Corp. | Material Contract Counterparties | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Okta, Inc. | Material Contract Counterparties | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |

| Oracle America, Inc. | Material Contract Counterparties | Current client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Pepsi-Cola Advertising and Marketing, Inc. | Material Contract Counterparties | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Baljinder Singh | Litigation Parties | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| California Franchise Tax Board | Taxing and Regulatory Authorities | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Blank Rome, LLP | Ordinary Course Professionals | Current and former client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Paul Hastings, LLP | Ordinary Course Professionals | Current and former client and affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| KPMG, LLP | Ordinary Course Professionals | Current client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Willis (Bermuda) Ltd. | Ordinary Course Professionals | Affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Vcorp Services, LLC | Ordinary Course Professionals | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |