# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 102(1) of title 11 of the United States Code (the "Bankruptcy Code"), CONNOLLY GALLAGHER LLP ("Connolly Gallagher") and RUBIN & LEVIN, P.C. ("Rubin & Levin") hereby enter their appearance in the above-captioned cases ("Cases") as counsel to AI California LLC ("Party"), and hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the Cases and copies of all papers served or required to be served in the Cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Party through service upon Connolly Gallagher and Rubin & Levin at the addresses or e-mail addresses set forth below:

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed counsel for the Debtors.

| | |
|---|---|
| Karen C. Bifferato, Esq.<br>**CONNOLLY GALLAGHER LLP**<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801<br>Email: kbifferato@connollygallagher.com | James E. Rossow Jr., Esq.<br>**RUBIN & LEVIN, P.C.**<br>135 N. Pennsylvania St., Ste. 1400<br>Indianapolis, IN 46204<br>Email: jim@rubin-levin.net |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the Cases and any proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Party's (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Party is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated:  September 25, 2024
       Wilmington, Delaware

           **CONNOLLY GALLAGHER LLP**

           */s/ Karen C. Bifferato*
           Karen C. Bifferato (No. 3279)
           1201 North Market Street, 20th Floor
           Wilmington, DE 19801
           Telephone: (302) 888-6221
           Email: kbifferato@connollygallagher.com

           -and-

           James E. Rossow Jr. ((IN Atty No 21063-29)
           **RUBIN & LEVIN, P.C.**
           135 N. Pennsylvania St., Suite 1400
           Indianapolis, IN 46204
           Telephone: (317) 634-0300
           Email:  jim@rubin-levin.com

           *Counsel to AI California LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*, | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 25, 2024, I did cause the foregoing *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

**CONNOLLY GALLAGHER LLP**

*/s/ Karen C. Bifferato*
Karen C. Bifferato (No. 3279)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 888-6221
Email: kbifferato@connollygallagher.com