# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September 2024, a true and correct copy of the foregoing was served upon those parties registered to receive electronic notices via the Court's CM/ECF electronic noticing system and to the persons listed below as indicated:

Michael R. Nestor
Sean T. Greecher
Allison S. Mielke
Timothy R. Powell
Rebecca L. Lamb
Benjamin C. Carver
**Young Conaway Stargatt & Taylor, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
mnestor@ycst.com
sgreecher@ycst.com
amielke@ycst.com
tpowell@ycst.com
rlamb@ycst.com
bcarver@ycst.com
(*Counsel to the Debtors*)

Benjamin A. Hackman
**Office of United States Trustee**
844 King Street, Suite 2207
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov
(*U.S. Trustee*)

Eric J. Monzo
**Morris James LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com
(*Counsel to the Official Committee
  of Unsecured Creditors*)

Kristin Elliott
Eric R. Wilson
**Kelley Drye & Warren LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
kelliott@kelleydrye.com
ewilson@kelleydrye.com
(*Counsel to the Official Committee
  of Unsecured Creditors*)

Peter P. Knight
Allison E. Yager
**Katten Muchin Rosenman LLP**
525 W. Monroe Street
Chicago, IL  60661
peter.knight@katten.com
allison.yager@katten.com
(*Counsel to Prepetition Agent & DIP Agent*)

Curtis S. Miller
**Morris, Nichols Arsht & Tunnell LLP**
1201 North Market Street
Wilmington, DE 19801
cmiller@morrisnichols.com
(*Counsel to Prepetition Agent & DIP Agent*)

*/s/ J. Cory Falgowski*
J. Cory Falgowski (DE No. 4546)

55339605 v1