**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| BLINK HOLDINGS, INC., *et al.* | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Dana L. Robbins, Esquire to represent Rancho Marketplace Gateway, LLC in this action.

Dated: September 25, 2024        **BURR & FORMAN LLP**

/s/ *J. Cory Falgowski*
J. Cory Falgowski (DE No. 4546)
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
Telephone: (302) 830-2300
Email: jfalgowski@burr.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 25, 2024        /s/ *Dana L. Robbins*
Dana L. Robbins
BURR & FORMAN LLP
201 North Franklin Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 367-5760
Email: drobbins@burr.com,

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.