# EXHIBIT B

# DECLARATION OF ERIC R. WILSON

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered) |

## DECLARATION OF ERIC R. WILSON

I, Eric R. Wilson, hereby declare that the following statements are true and correct to the best of my knowledge after due inquiry as described herein:

1. I am a partner of the law firm of Kelley Drye & Warren LLP ("Kelley Drye"), which maintains offices at 3 World Trade Center, 175 Greenwich Street, New York, New York 10007. I am an attorney admitted to practice law in California, New York, and Connecticut.

2. I am familiar with the matters set forth herein and make this declaration in support of the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Kelley Drye & Warren LLP as Lead Counsel Effective as of August 26, 2024* (the "Application").[2]

3. On August 23, 2024, the Office of the United States Trustee for Region 3 appointed the Committee that currently consists of: (i) Johnson Health Tech NA, Inc.;

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

[2] Capitalized terms used but not otherwise defined in this declaration have the meanings ascribed to them in the Application.

2

(ii) Motionsoft, Inc.; (iii) FW IL-Riverside/Rivers Edge, LLC; (iv) 96 N. 10th Street Holdings, LLC; and (v) GS FIT ILL-1 LLC.[3]

4.      On August 26, 2024, the Committee selected Kelley Drye as its lead counsel.  On August 27, 2024, the Committee selected Dundon Advisors LLC ("Dundon") as its financial advisor.  On August 28, 2024, the Committee selected Morris James LLP ("Morris James") as Delaware co-counsel.

5.      Kelley Drye began rendering services to the Committee immediately following its selection by the Committee.

### KELLEY DRYE'S DISCLOSURE PROCEDURES

6.      To prepare this declaration, I, or someone under my supervision, took the Debtors' list of interested persons and entities involved in these cases (the "Search List"), which is attached hereto as Schedule 1, and compared the Search List with the information contained in the conflict systems and indexes of adverse parties currently maintained by Kelley Drye (the "Conflict System").

7.      The Conflict System is designed to include every matter on which the firm is now or has been engaged since 1993, sorted by the entity which has engaged the firm and, in each instance, listing the identity of the clients, related parties and adverse parties, and the attorneys in the firm who are knowledgeable about each matter.  It is Kelley Drye's policy that a new matter may be opened within the firm only after completing and submitting to those charged with maintaining the Conflict System the information necessary to check each such matter for conflicts, including the identity of the prospective client and related adverse parties.  Kelley Drye

---

[3]     Docket No. 109.

maintains and updates the Conflict System in the regular course of the firm's business, and it is the regular practice of the firm to maintain these records.

8. Further, an email was sent to each attorney of Kelley Drye to determine if any attorney (a) has a connection to (i) the Debtors, or (ii) current and former officers and directors of the Debtors; or (b) is a relative of (i) any of the Judges or the Clerk of the United States Bankruptcy Court for the District of Delaware, or (ii) the personnel of the Office of the United States Trustee for the District of Delaware.

### KELLEY DRYE'S CONNECTIONS WITH PARTIES IN INTEREST IN THESE CHAPTER 11 CASES

9. I, or a person under my supervision, reviewed the Conflict System results for the Search List to determine whether Kelley Drye has an adverse interest to the Debtors' estates. Kelley Drye ran the names of all parties in interest on the Search List through its Conflict System, and Kelley Drye does not represent, or have any other connection with, any of the parties in interest listed on the Search List, subject to the disclosures set forth on Schedule 2, which is incorporated herein by reference.

10. The Committee is aware that Kelley Drye has previously represented or currently represents certain creditors or parties in interest and/or their affiliates in matters unrelated to the Debtors and these chapter 11 cases.

11. I believe the connections disclosed on Schedule 2 do not affect Kelley Drye's representation of the Committee in these cases. Kelley Drye's representation of the parties disclosed on Schedule 2 in prior and unrelated matters does not comprise a material component of Kelley Drye's practice, nor does Kelley Drye currently represent the parties on any issue relating to the Debtors and these chapter 11 cases.

3

12. Kelley Drye does not represent the Debtors or any of their affiliates, partners or subsidiaries in these cases, and Kelley Drye will not undertake the representation of the Debtors or any related entities during this engagement.

13. Kelley Drye will not, while employed by the Committee, represent any other entity having an adverse interest in connection with these chapter 11 cases.

14. Insofar as I have been able to ascertain, neither I, Kelley Drye, nor any Kelley Drye attorney:

    (a) is a creditor, equity security holder, or insider of the Debtors;

    (b) is, or was within two years before the date of the filing of the petitions, a director, officer, or employee of the Debtors; or

    (c) has an interest materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtors or for any other reason.

15. Insofar as I have been able to ascertain, subject to the disclosures on Schedule 2, no attorney of Kelley Drye has any connection with the Debtors, the Debtors' officers and directors, the Debtors' creditors, the Debtors' equity security holders, and other known parties in interest or their attorneys and financial advisors, or the members of the Committee. To the best of my knowledge formed after reasonable inquiry, neither I, nor any attorney of Kelley Drye is related to the bankruptcy judge assigned to these cases.

16. Based upon the information available to me, Kelley Drye is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, and neither represents nor holds an interest adverse to the interests of the Committee, the Debtors, or their estates with respect to the matters on which Kelley Drye is to be employed. To the extent Kelley Drye discovers any connection with any party or enters into any new relationship with

any party that would otherwise have had to have been disclosed in this Application, Kelley Drye will promptly supplement its disclosures to the Court.

## KELLEY DRYE'S RATES AND BILLING PRACTICES

17. No promises have been received by Kelley Drye or any Kelley Drye attorney as to payment or compensation in connection with these cases. Kelley Drye has no agreement with any other entity to share with such entity any compensation received by Kelley Drye or by such entity.

18. Kelley Drye intends to apply to this Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order for all services performed and expenses incurred since August 26, 2024.

19. Kelley Drye's current standard hourly rates for its attorneys are set forth below:

| Title | 2024 Rates |
|---|---|
| Partners | $800 - $1,375 |
| Special Counsel | $665 - $975 |
| Associates | $530 - $870 |
| Paraprofessionals | $290 - $375 |

20. Kelley Drye has advised the Committee that the hourly rates are subject to annual increases in the normal course of Kelley Drye's business. In the event of any increase, Kelley Drye will provide the U.S. Trustee and the Committee with notice of any such increase and file a supplemental affidavit (a "Supplemental Affidavit") with the Court. Any Supplemental Affidavit will explain the basis for the requested rate increase in accordance with section 330(a)(3)(F) of the Bankruptcy Code. Pursuant to section B(2)(d) of the U.S. Trustee Guidelines, Kelley Drye will provide justification of the reasonableness of any rate increase.

21. The Application requests, pursuant to section 327, 328(a), 1103, 330, and 331 of the Bankruptcy Code, approval of the Committee's employment of Kelley Drye as its counsel. The hourly rates set forth above and in the Application are the firm's standard hourly rates for work of this nature. The firm's standard rates are set at a level designed to compensate the firm fairly for the work of its attorneys and paralegals and to cover fixed overhead expenses.

22. Kelley Drye will charge for expenses in a manner and at rates consistent with charges made to its other clients and the U.S. Trustee Guidelines, and in accordance with the Bankruptcy Rules, Local Bankruptcy Rules, and any compensation order entered by the Court. Such expenses include, among other things, long-distance telephone, fax (outgoing only) not exceeding $0.25 per page, mail and express mail charges, special or hand delivery charges, photocopying charges at the rate of $0.10 per page for black and white and $0.80 for color copies, travel expenses, expenses for computerized research, and transcription costs.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

23. In 2013, the Executive Office for the United States Trustee (the "EOUST") adopted the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "Appendix B Guidelines"). By their terms, the Appendix B Guidelines "apply to the U.S. Trustee's review of applications for compensation filed by attorneys in larger chapter 11 cases," and are intended as an update to the original Appendix A Guidelines adopted by the EOUST in 1996. Kelley Drye will comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee's Guidelines, both in connection with the Application and any fee applications to be filed by Kelley Drye in these chapter 11 cases.

6

## ATTORNEY STATEMENT PURSUANT TO APPENDIX B GUIDELINES

24. The following is provided in response to the request for additional information set forth in ¶ D.1 of the Appendix B Guidelines.

**Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

**Answer:** No.

**Question:** Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

**Answer**: No.

**Question**: If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments the 12 months prepetition. If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference.

**Answer**: Kelley Drye did not represent the Committee in the 12 months prepetition. Kelley Drye has represented other committees in the 12 months prepetition in other bankruptcy cases.

**Question:** Has your client approved your prospective budget and staffing plan and, if so, for what budget period.

**Answer**: Yes, for the period of August 26, 2024 through October 31, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Executed on September 25, 2024

                                                */s/ Eric R. Wilson*
                                                Eric R. Wilson

## SCHEDULE 1

### Parties in Interest

**Debtors**

- 692 Broadway Fitness Club, Inc.
- Bergen Town Center Fitness Club, Inc
- Blink Holdings II, Inc.
- Blink Holdings, Inc.
- Cross County Fitness Club, Inc.
- Blink Broadway Marketplace, Inc.
- Blink Metropolitan Avenue, Inc.
- Blink Webster Avenue, Inc. (f\k\a Blink Boston Post Road. Inc.)
- Blink Selden, Inc.
- Blink Melville, Inc.
- Blink Nostrand Avenue, Inc.
- Blink St. Ann's Avenue, Inc.
- Blink 125th Street, Inc.
- Blink Jamaica Avenue, Inc.
- Blink West Islip, Inc.
- Blink 600 Third Avenue, Inc.
- Blink White Plains, Inc.
- Blink 98th Street, Inc. (f/k/a Blink 25 Broadway, Inc.)
- Blink Southern Boulevard, Inc.
- Blink Islandia, Inc.
- Blink 833 Flatbush, Inc.
- Blink Irvington Inc.
- Blink Lodi, Inc.
- Blink Amboy Road Inc. (f/k/a Blink 1239 Fulton, Inc.)
- Blink Brentwood, Inc.
- Blink Concourse Holdings, Inc.
- Blink 2374 Grand Concourse, Inc.
- Blink 116th Street, Inc.
- Blink Utica Avenue, Inc.
- Blink Myrtle Avenue, Inc. (f/k/a Blink 3780 Broadway, Inc.)
- Blink Baldwin, Inc.
- Blink 88th Street, Inc. (f/k/a Blink Hylan Blvd., Inc.)
- Blink Eighth Avenue, Inc.
- Blink Steinway Street, Inc.
- Blink Parsippany, Inc.
- Blink Gates, Inc.
- Blink 78-14 Roosevelt, Inc.
- Blink 3779 Nostrand, Inc.
- Blink West 31st Street, Inc.
- Blink Williamsbridge, Inc.
- Blink 16th Street, Inc.
- Blink Union, Inc.
- Blink 1065 6th Avenue, Inc.
- Blink Macombs Road, Inc.
- Blink Fulton Street, Inc.
- Blink Clifton, Inc.
- Blink Atlantic Avenue, Inc.
- Blink Linden, Inc.
- Blink Nassau Street, Inc.
- Blink Flatlands Avenue, Inc.
- Blink Valley Stream, Inc.
- Blink Riverdale, Inc.
- Blink Fitness Franchising, Inc.
- Blink Liberty Avenue, Inc.
- Blink Hicksville, Inc.
- Blink East 54th Street, Inc.
- Blink West 8th Street, Inc.
- Blink 108-14 Roosevelt, Inc.
- Blink 56-02 Roosevelt, Inc.
- Blink 125 Park, Inc.
- Blink Knickerbocker, Inc.
- Blink Fourth Avenue, Inc.
- Blink East Orange, Inc. (f/k/a Belleville, Inc.)
- Blink South Orange, Inc.
- Blink 2883 3rd Avenue, Inc.
- Blink Avenue A, Inc.
- Blink East Tremont Avenue, Inc.
- Blink 287 Broadway, Inc.
- Blink Passaic, Inc.
- Blink Willingboro, Inc.
- Blink Perth Amboy, Inc.

Blink Journal Square, Inc.
Blink Whitman, Inc.
Blink Pacific Boulevard, Inc.
Blink Normandie Avenue, Inc.
Blink Newark, Inc.
Blink Hawthorne, Inc.
Blink Brookhurst, Inc.
Blink 69th Street Inc.
Blink Jerome Avenue, Inc.
Blink 18th Avenue, Inc.
Blink Nutley, Inc.
Blink 229 E. Foothill Boulevard, Inc.
Blink 130 W.G. Street, Inc.
Blink 9901 S. Alameda, Inc.
Blink Compton & Central Avenue, Inc.
Blink Diversey, Inc.
Blink Braddock Avenue Inc.
Blink 2862 Fulton Street, Inc.
Blink Georgetown Inc.
Blink 1060 W Alameda, Inc.
Blink 101 W 87th Street, Inc.
Blink Courtesy Plaza Inc.
Blink Ridgeland Ave, Inc.
Blink Ashland Avenue, Inc.
Blink Stonebrook, Inc.
Blink SER Portfolio, Inc.
Blink Dallas, Inc.
Blink 1134 Fulton, Inc.
Blink 2465 Jerome Inc.
Blink 16123 Bellflower Blvd., Inc.
Blink 79th Holdings Inc.
Blink Fitness Rialto Inc.
Blink Beach Street, Inc.
Blink NRH, Inc.
Blink Keller, Inc.
Blink Bedford, Inc.
Blink Belleville Inc.
Blink 97-01 Northern Blvd., Inc.
Blink Miramar Parkway Inc.
Blink 886 Broadway, Inc.
Blink Commercial Boulevard, Inc.
Blink Long Point, Inc.
Blink Westchase Inc.
Blink 19500 Plummer, Inc.
Blink Kenwood, Inc.
Blink Airline Drive, Inc.

Blink Plainfield, Inc.
Blink Sunset Park, Inc.
Blink Wissinoming, Inc.
Blink Farmers Boulevard Inc.
Blink Frankford Avenue, Inc.
Blink 8201 Broadway, Inc.
Blink Abrams Road Inc.
Blink Kendall Market Place Inc.
Blink Deerwood Inc.
Blink 2192 Texas Parkway, Inc.
Blink Atlantic Avenue LB, Inc.
Blink 12201 Victory Blvd, Inc.
Blink Ashland Inc.
Blink KWT Holdco LLC
Blink Gage Park LLC
Blink North Riverside LLC
Blink Company Intermediate Holdco, Inc.
Blink Paterson, Inc.
Blink North 10th Street Corp.
Blink Highway 249, Inc.
Blink Bissonnet, Inc.

**Current and Recent Directors and Officers**
Manny Pearlman
Harvey Spevak
Jeffery M. Weinhaus
David Phillipps
Guy Harkless
Lauren Wood
Ben Balick
Emily Childs

**Material (5% or Greater) Shareholders**
Blink Intermediate Holdings II, LLC

**Debtors' Professionals**
Young Conaway Stargatt & Taylor, LLP
Portage Point Partners LLC
Moelis & Company LLC
Epiq Systems, Inc.
FTI Consulting, Inc.

**Secured Creditors**
Varagon Capital Partners Agent, LLC
The Variable Annuity Life Insurance Company
National Union Fire Insurance Company

Blink Richmond Road, Inc.
Viva I Funding, LLC
John Hancock Life Insurance Company (U.S.A.)
Manulife SDF SPV-OH, LLC
AB Private Credit Investors Corporations

AB Private Investors Middle Market Direct Lending Fund, SICAV-SIF S.C.SP. – First Compartment
ABPCI Direct Lending Fund CLO I LTD
ABPCI Direct Lending Fund CLO II LTD
ABPCI Direct Lending Fund CLO III LTD
ABPCI Direct Lending Fund CLO V LTD
ABPCI Direct Lending Fund CLO VI LTD
ABPCI Direct Lending Fund CLO VII LP
ABPCI Direct Lending Fund CLO VIII LTD
ABPCI II Direct Lending Funding III LP
Addington Square Funding III, L.P.
Addington Square Private Credit Fund (AIV), L.P.
Addington Square Private Credit Fund, L.P.
Equitable Financial Life Insurance Company
Monroe Capital MML CLO IX, LTD.
Monroe Capital MML CLO VIII, LTD.
Monroe Capital MML CLO 2017-1, LTD.
Monroe Capital MML CLO VI, LTD.

**Top Unsecured Creditors**
Johnson Health Tech NA, Inc.
ServiceChannel.com, Inc.
A&G Realty Partners, LLC
Meta Platforms, Inc.
Google LLC
Eurpac Service Incorporated
Motionsoft, Inc.
Stella Rising Inc.
Good Earth Distribution, LLC
Avenue Code, LLC
Recycle Track Systems Inc.
ILEGRA CORPORATION
Three Pillar Global, Inc.
Vericom Group, LLC
Cro Metrics
Chameleon Collective Inc.
TD Equipment Finance, Inc.

Life Insurance Company of the Southwest
US MML Portfolio V of Global Investment Fund I

**Material Vendors**
Equinox Holding, Inc.
ServiceChannel.com, Inc
Enel X North America, Inc.
Meta Platforms, Inc.
Good Earth Distribution, LLC
Google LLC
Motionsoft, Inc.
Eurpac Service Incorporated
Avenue Code, LLC
Vericom Group, LLC
Johnson Health Tech NA, Inc.
American Express
Eastern Funding LLC

Women's Marketing Inc
TD Equipment Finance, Inc
Chameleon Collective Inc
A&G Realty Partners, LLC
Kora Rae Clothing LLC dba/EVR Brands
Three Pillar Global, Inc.
Pepsi Cola Bottling Company of New York
UtiliSave, LLC
Recycle Track Systems Inc
5 Boro Laundry Inc.
Amazon Web Services, Inc.
Bamko, Inc.
ILEGRA CORPORATION
Legion Technologies Inc.
Citizens Asset Finance, Inc.
First Advantage Background Services Corp.
Cro Metrics
ABC Fitness Solutions, LLC
SMS Assist, L.L.C.
Modern Executive Solutions LLC
Onix Networking Corp
Elephant Ventures, LLC
Iron Grip Barbell Company

| | **Landlords** |
|---|---|
| Onix Networking Corp. | H Street Building Corporation |
| GWB Acquisition LLC | Brooks Shopping Centers LLC |
| PPC Commercial LLC | UE Bergen Mall Owner LLC |
| 2146 Nostrand Avenue Associates, LLC | Goron Properties, Inc. |
| Broadhollow/Pinelawn CW NF, LLC | XL - Real Property Management LLC |
| Jackson Joy Retail Master, LLC | 108-18 LLC |
| SOL Goldman Investments, LLC | SJU Holdings |
| 301-303 West 125 LLC | 2883 Third Avenue Realty Associates LP |
| Third Avenue Tower Owner, LLC | Southern Blvd Development LLC |
| Islandia SC I, LLC | 302 Broadway LLC |
| Flatbush Retail Associates, LLC | 645 East Tremont, LLC |
| Hamilton, Kane, Martin Enterprises, Inc. | Paramount Property Management, Inc. |
| 480 Suffolk Avenue, LLC | 663 Main Master Tenant LLC |
| WP Galleria Realty LP | 5111 4th Avenue Equity Holdings LLC |
| Jeffrey Management Corp. | WB Rancocas Holdings, LLC |
| West 116 Owners Retail, LLC | 134-140 Smith LLC |
| 250 Utica Owners LLC | MBB Realty Limited Partnership |
| EIB Grand Concourse LLC | Philadelphia Harbison LP |
| Chelsea W26, LLC | South-Whit Shopping Center Associates LP |
| UE Lodi Delaware LLC | Pacific Blvd Holdings 26 LLC |
| Mehran Property Management, Ltd. | 582 Central LLC |
| Salman Capital LLC | Plainfield Realty, LLC |
| Brixmor Morris Hills LLC | 130-20 Farmers LLC |
| Nostrand Property Owner LLC | 1421 Webster Avenue LLC |
| Gates Avenue Properties LLC | 15501 Gardena, LLC |
| 78-14 Roosevelt LLC | 2 Ferry LLC |
| VBGO Penn Plaza, LLC | Bermuda Realty LLC |
| Grand Baldwin Associates | PK II Brookhurst Center LP |
| 3572 WPR LLC | The Theater Building Enterprise, LLC |
| 5 Bryant Park Sub REIT, L.P. | Fordec Realty Corp |
| 1413 Fulton Management LLC | M.C.P. Associates, L.P. |
| Madina Eco Friendly, Inc. | Rancho Marketplace Gateway, LLC |
| DDR Southeast Union, LLC | Derp Associates LLC |
| Boerum Place LLC | Hauppauge Properties LLC |
| Levin Management Corp. | Primestor Jordan Downs |
| Linden Commons & Development, LLC | GRI-Regency, LLC |
| Sun Valley Towers, LLC | FW IL-Riverside/Rivers Edge, LLC |
| Ann/Nassau Realty, LLC | Porter Avenue Holdings LLC |
| Florence Polizzotto | Reliable Properties |
| Regency Centers, L.P. | Oak Lawn Joint Venture I, L.L.C. |
| East 54th Street Partners LLC | Whitestone REIT |
| JTRE 240 East 54th Street LLC | 7901 Midcities LLC |
| Liberty Square in Ozone Park LLC | Matrix Commercial Group LLC |
| 2857 West 8th Street Developers LLC | Beach Street Market LLC |
| KRE Broadway Owner LLC | Matlock Green Holdings LLC |

125 Park Owner LLC
399 Knickerbocker LLC
GNDP Holdings LLC
Aldi Inc.
Viacom ATV Inc.
386 Park South LLC
Sterling Value Add Investments
TCB-Stonebrook, LLC
Township of Nutley
4704 Airline Drive Partners LLC
NR Park Associates, LLC
Islandia SC Holdings LLC
Darvish Investment Group, LLC
New Gold Equities
2374 GC LLC
KRE Bklyner 1134 Fulton LLC
Raha Property Holdings, LLC

Paramount Global

Sterling Ashland LLC
692 Broadway Propco LLC

Chicago, IL 4644-4658 S Drexel LLC
2192 Texas Parkway Partners LLC
Johnson Health Tech NA, Inc.
Ohashi & Horn LLP
K/BTF Broadway LLC
886 Broadway LLC

**Banks**
J.P. Morgan Chase Bank, N.A.
First Citizens Bank, N.A.
Citizens Bank, N.A.
Bank of America, N.A.

**Insurance Carriers**
Federal Insurance Company

Berkshire Hathaway Specialty Insurance Company
Markel Insurance Company
ACE American Insurance Company
Endurance American Insurance Company
Berkley Insurance Company
Federal Insurance Company

Miramar Plaza Partners, LLC
HCL Long Point LLC
JBL Market at Westchase LLC
Brixmor Holdings 12 SPE LLC
Lloyd's of London Syndicates
Homesite Insurance Company
Markel Insurance Company
National Casualty Company
Allied World Assurance Company (U.S.), Inc.
Allied World Assurance Company, Ltd.
Navigators Insurance Company
XL Insurance America, Inc.
XL Bermuda Ltd.
Markel American Insurance Company
Markel Bermuda Limited
The Ohio Casualty Insurance Company
National Union Fire Insurance Company of Pittsburgh Pa.
American International Reinsurance Company, Ltd.
Steadfast Insurance Company
General Security Indemnity Company of Arizona
Trisura Specialty Insurance Company

**Material Contract Counterparties**
3WB Mason Company Inc.
5 Boro Laundry Inc.
A&G Realty Partners LLC
Ab Coaster LLC
ABC Financial Services, LLC
ADT LLC
AFIAA 45 West 45Th Street, LLC
Allpoints Public Relations LLC
Alshaya International LLC
Amazon Fulfillment Services
Amazon.Com Inc.
American Society of Composers Authors & Publishers
American Specialty Health Fitness, Inc.

Analogfolk LLC
Artisan Colour, Inc.
Ascend Network Solutions LLC
ASI Signage Innovations
Bamko, LLC

Hudson Insurance Company
Endurance Assurance Corporation
Magna Carta Insurance, LTD.
Zurich American Insurance Company
AXIS Insurance Company
Greenwich Insurance Company
Beazley Insurance Company, Inc.
Affiliated FM Insurance Company
Chameleon Collective Inc
CINTAS Corporation No.2
ClassPass Inc.
ClubCom LLC
Commercial Lighting Industries, Inc.
Concur Technologies, Inc.
Constellation Navigator, LLC
Corporate Synergies Group, LLC
Creative Materials Corp.
David Energy Supply, LLC
Dialog Social Inc.
DLA Piper LLP
The Dot Net Factory, LLC
Dragon Door Publications
Eclipse Capital LLC
Ecore International
Elephant Ventures, LLC
Enel X Advisory Services USA LLC
ENGIE Resources LLC
Epsilon Data Management, LLC
Equinox Group, LLC
Equinox Holdings
Equinox Holdings, Inc.
EQX KWT Holdco, LLC
Factory 77 Inc.
Ferguson Enterprises, Inc.
First Advantage
First Advantage Enterprise Screening Corporation
Fitness 2000
Fitness 2000-Bedford
Fitness On Demand
FloWater, Inc.
Gaiam Americas Inc.
Glassdoor, Inc.
Global Affiliates Inc
GoodEarth Distribution, LLC
Group FX

Betterworks Systems, Inc.
Bigart Ecosystems LLC
Brand Amp, LLC
Buxton Company LLC
Casiana Fitness VB1, LLC
Insider Services US LLC
Iron Grip Barbell Company
Jackson Lewis P.C.
Johnson Health Tech NA
Johnson Health Tech North America, Inc.
Katten Muchin Rosenman LLP
KRG Enterprise, Inc.
Legion Technologies, Inc.
Les Mills United States Trading, Inc.
Life Fitness
Lincoln Waste Solutions, LLC
LinkedIn Corporation
List Industries Inc.
Listrak Inc.
Mannington Commercial
Marcum Technology LLC
Mass Movement, Inc.
MFAC, LLC
M.H Alshaya Co. WLL
Monotype Imaging Inc.
Motionsoft Inc.
MOURI Tech, LLC
Movable, Inc.
Muzak LLC
Navitas Credit Corp.
NESCTC Security Agency, LLC
Okta, Inc.
Optimizely, Inc.
OptumHealth Care Solutions, LLC
Oracle America, Inc.
Panos Fitness LLC
Panos Fitness of Greece LLC
Panos Fitness of Onondaga LLC
Panos, Dean
Paris Equipment Manufacturing Ltd.
Pear Sports LLC
Pepsi-Cola Advertising and Marketing, Inc.
Platinum Gym One, Inc.
Platinum Gym Two, Inc.
Precor Incorporated
Recycle Track Systems, Inc.

GS FIT IL-1, LLC
GS FIT MI-1, LLC
Gym Source USA, LLC
Gympass US LLC
Heart & Hustle Productions, LLC
HP Inc.
Hyperice, Inc.
Impact Specialties
SESAC LLC
Shapu LLC
SMS Assist, L.L.C.
Steifman LLP
Studio Sweat, LLC
Sun Basket, Inc.
TOPCAST Networks, LLC
Touchland LLC
Ulterior Motives International, LLC
The Ultimate Software Group Inc.
UtiliSave, LLC
Validity, Inc.
Varagon Capital Partners Agent LLC
TheVericom Group, LLC
Welld Health, LLC
Where 2 Get It, Inc.
World Energy Solutions, Inc.
Yext, Inc.
Young Conaway Stargatt & Taylor LLP
Zeroin Media, Inc.
Zimmerman Reed, LLP

**Litigation Parties**
Quintin Wilkerson
Jasmin Limon
Jason Kortbawi
Gregory Rhys
Darshawn Amerson
Aurora Alcantara
Elvin Brogsdale
Vivian Deras
Ricardo Duncan
Raquel Torres
Juana Gonzalez
Christal Lewis
Herve Loristin
Shokanni McKen
Ruben Napoles

Resolver Inc.
Return Path, Inc.
SC KWT Holdco, LLC
Service Management Group Inc.
ServiceChannel.com Inc.
DT Route 22 Retail, LLC
MBB Realty Limited Partnership
Levin Properties, L.P.

**Taxing and Regulatory Authorities**
ALIEF I.S.D
Ann Harris Bennett, Tax Assessor Collector
City of Newark-Payroll Tax
Los Angeles County Tax Collector
SBC Tax Collector
Spring Branch ISD, Tax Assessor
NYS Department of Taxation and Finance
Florida Department of Revenue
Illinois Department of Revenue
State of NJ - Department of the Treasury - Division of Taxation
Texas Comptroller of Public Accounts
California Franchise Tax Board
Philadelphia Department of Revenue

**Delaware Bankruptcy Judges**
Dorsey, John T.
Goldblatt, Craig T.
Horan, Thomas M.
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

**Office of the United States Trustee**
Benjamin Hackman
Christine Green
Diane Giordano
Dion Wynn
Edith A. Serrano
Elizabeth Thomas
Fang Bu
Hannah M. McCollum
Hawa Konde
Holly Dice

Tracey Nelson
Hernan Ortiz
Baljinder Singh
Sigrid Sutter
Ishrat Usman
Marlon Williams
Paulina Wolinska
Brixmor SPE 6 LLC
Joseph McMahon
Lauren Attix
Linda Casey
Linda Richenderfer
Malcolm M. Bates
Michael Girello
Nyanqoui Jones
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

James R. O'Malley
Jane Leamy
Jonathon Lipshie
Jonathon Nyaku
Joseph Cudia

**Noteholders**
Equinox Group, LLC

**Ordinary Course Professionals**
Blank Rome, LLP
Paul Hastings, LLP
KPMG, LLP
LaRocca, Hornik, Greenberg, Kittredge, Carlin & McParland LLP
Gordon Rees Scully Mansukhani, LLP
Madeline Schwarz LLC
Willis (Bermuda) Ltd.
Vcorp Services, LLC

## SCHEDULE 2

## DISCLOSURES TO KELLEY DRYE'S RETENTION APPLICATION

Kelley Drye currently represents or has represented the following creditors, parties-in-interest and/or their affiliates on various matters wholly unrelated to the Debtors. In each of the three years prior to the Petition Date, such matters have accounted for the percentage indicated below of Kelley Drye's collected revenue.

| Party | Relationship to Kelley Drye | Years of Representation | 2022 % of Revenue Collected | 2023 % of Revenue Collected | YTD 2024 % of Revenue Collected |
|---|---|---|---|---|---|
| ADT LLC | Current Client | 2012 – Present | 0.00% | 0.00% | <0.01% |
| Allied World Assurance Company (U.S.), Inc. | Current Client | 2006 – Present | <0.01% | <0.01% | <0.01% |
| Epsilon Data Management, LLC | Current Client | 2024 – Present | N/A | N/A | 0.03% |
| Equitable Financial Life Insurance Company | Current Client | 1985 – Present | 0.05% | 0.08% | 0.02% |
| FW IL-Riverside/Rivers Edge, LLC[1] | Affiliate of Current Client | 2008 – Present | 0.11% | 0.38% | 0.10% |
| GRI-Regency, LLC[2] | Affiliate of Current Client | 2008 – Present | 0.11% | 0.38% | 0.10% |
| J.P. Morgan Chase Bank, N.A. | Current Client | 1991 – Present | 0.05% | 0.02% | 0.00% |
| John Hancock Life Insurance Company | Current Client | 1995 – Present | 0.12% | 0.07% | 0.16% |
| KPMG, LLP | Current Client | 2015 – Present | 0.06% | 0.05% | 0.08% |

---

[1] Figures reflect aggregate amounts for Regency Centers, L.P., of which this client is an affiliate.

[2] Figures reflect aggregate amounts for Regency Centers, L.P., of which this client is an affiliate.

| Party | Relationship to Kelley Drye | Years of Representation | 2022 % of Revenue Collected | 2023 % of Revenue Collected | YTD 2024 % of Revenue Collected |
|---|---|---|---|---|---|
| Life Insurance Company of the Southwest | Current Client | 2019 – Present | 0.05% | 0.02% | 0.04% |
| List Industries Inc. | Current Client | 2016 – Present | 0.09% | 0.02% | 0.12% |
| Meta Platforms, Inc | Current Client | 2020 – Present | 0.38% | 0.17% | 0.02% |
| Okta, Inc. | Current Client | 2023 – Present | N/A | 0.02% | <0.01% |
| Oracle America, Inc. | Current Client | 2021 – Present | 0.01% | 0.01% | 0.03% |
| Regency Centers, L.P. | Current Client | 2008 – Present | 0.11% | 0.38% | 0.10% |
| ServiceChannel.com Inc. | Current Client | 2023 – Present | N/A | <0.01% | 0.01% |
| SITE Centers Corp. | Current Client | 2005 – Present | 0.04% | 0.14% | 0.01% |
| SMS Assist, L.L.C. | Current Client | 2023 – Present | N/A | 0.03% | 0.00% |