**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: November 6, 2024 at 11:00 a.m. (ET)**<br>**Obj. Deadline: October 9, 2024 at 4:00 p.m. (ET)** |

**NOTICE OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF MORRIS JAMES LLP AS
DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS *NUNC PRO TUNC* TO AUGUST 28, 2024**

**PLEASE TAKE NOTICE** that on September 25, 2024, the Official Committee of Unsecured Creditors (the "Committee") of Blink Holdings, Inc., *et al*., the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed the attached *Application for entry of Order Authorizing the Retention and employment of Morris James LLP as Delaware Counsel to the Official Committee of Unsecured Creditors nunc pro tunc August 28, 2024* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Application shall conform with the Bankruptcy Code, the Bankruptcy Rules and the Delaware Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and shall be filed with the Court and served upon the undersigned so as to be received no later than **4:00 p.m. (ET) on October 9, 2024.**

---

[1] Due to the larger number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

**PLEASE TAKE FURTHER NOTICE** that the Application will be considered at a hearing on **November 6, 2024, at 11:00 a.m. (ET)**, or as soon thereafter as counsel may be heard, before the Honorable J Kate Sickles, United States Bankruptcy Judge for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 25, 2024

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
         bkeilson@morrisjames.com
         scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
         kelliott@kelleydrye.com
         abarajas@kelleydrye.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*