## **EXHIBIT A**

Monzo Declaration

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF ERIC J. MONZO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MORRIS JAMES LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO AUGUST 28, 2024

I, Eric J. Monzo, being duly sworn, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury that deposes and says:

1.      I am a partner with the law firm of Morris James LLP ("Morris James" or the "Firm")[2] with offices located at 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801 and am duly admitted to practice law in the State of Delaware, the United States District Court for the District of Delaware, the State of Maryland, the United States District Court for the District of Maryland, the State of New Jersey, the United States District Court for the District of New Jersey, the Commonwealth of Pennsylvania, the United States District Courts for the Eastern and Western Districts of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

2.      I submit this Declaration pursuant to Rule 2014 of the Federal Rules of Civil Procedure in support of the *Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Delaware Counsel to The Official Committee of Unsecured*

---

[1]      Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

*Creditors* Nunc Pro Tunc *to August 28, 2024* (the "Application").  The information set forth herein regarding connections to parties-in-interest and fees and expenses is based primarily upon books and records of the Firm and information provided by other attorneys and personnel at Morris James.  Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein, which is true and correct, and if called as a witness, would testify competently thereto.

3.      In preparing this declaration, I and other attorneys within the Firm followed Morris James' conflict procedures, which are intended to adhere to the requirements of the Bankruptcy Code and Bankruptcy Rules for retention of professionals and the Rules of Professional Conduct governing members of the bar for the State of Delaware.  I have received a list of significant interested parties in this case and submitted the names of these parties through the Firm's conflicts resolution system.

4.      In connection with preparing this Declaration, Morris James submitted the names of parties-in-interest in the Chapter 11 Cases (the "Parties-in-Interest") for review in the computerized conflict database system maintained by Morris James.  The list of the Parties-in-Interest was obtained from the above-captioned Debtors.  Morris James maintains and systematically updates its conflict check system in the regular course of business of the Firm, and it is the regular practice of the Firm to make and maintain these records.  The conflict check system maintained by Morris James is designed to include every matter on which the Firm is now or has been engaged, the entity for which the Firm is now or has been engaged, and in each instance, the identity of related parties and adverse parties and the attorney in the Firm that is knowledgeable about the matter.  It is the policy of Morris James that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the

2

identity of the prospective client, as well as related and adverse parties.  Accordingly, the database is regularly updated for every new matter undertaken by Morris James.

5.      The Parties-in-Interest which Morris James submitted to its conflict database include, but are not limited to, the following categories derived from various pleadings and docket entries as set forth on **Exhibit 1**, and as provided by the Debtors, including the Debtors, their affiliates & subsidiaries, current officers and directors, noteholders, material shareholders (5% or greater), secured creditors, material vendors, landlords, banks, insurance carriers material contract counterparties, litigation parties, taxing and regulatory authorities, Bankruptcy Court judges, Office of the U.S. Trustee, Region 3, and parties entering a notice of appearance, as set forth therein.

6.      Upon a review of the report generated by our conflicts search, I do not represent and, to the best of my knowledge, none of the other attorneys of Morris James currently represent any of the searched entities except as set forth on the schedule annexed hereto as **Exhibit 2**.  The various matters set forth on **Exhibit 2** are unrelated to the Debtors or the Chapter 11 Cases.

7.      I do not have and, to the best of my knowledge, none of the other attorneys of Morris James have, any connection with the Debtors, their major creditors, or any other significant Party-in-Interest which would disqualify Morris James from this representation.

8.      Based on the conflicts and connection search conducted and described herein, to the best of my knowledge, neither I, or Morris James, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors or any other Parties-in-Interest herein, except as stated below and as set forth on **Exhibit 2**.

9.      Brya M. Keilson, Partner with the Firm, was a trial attorney at the Office of the United States Trustee for Region 3 until March 13, 2019.  During her tenure at the United States

Trustee's Office, she did not work on this matter. In accordance with Bankruptcy Rule 2014, Morris James does not have any other connection with the Office of the United States Trustee for the District of Delaware, or any persons employed by the United States Trustee, except as set forth on **Exhibit 2**.

10.     Jeffrey R. Waxman previously served as a law clerk for the Honorable Mary F. Walrath, United States Bankruptcy Judge.  The Honorable Kent A. Jordan of the Third Circuit Court of Appeals was formerly associated with Morris James as an attorney in private practice.

11.     The Honorable Thomas M. Horan was formerly associated with Morris James as an attorney in private practice.  In accordance with Bankruptcy Rule 2014, Morris James does not have any other connection with the Bankruptcy Court Judges and Staff (including visiting Judges), District Judges (including visiting Judges), District Magistrate Judges (including visiting Judges), except as set forth on **Exhibit 2**.

12.     Jackson Nestor, a son of Michael Nestor, a partner with Young Conaway Stargatt & Taylor, LLP and Debtors' counsel, was a summer associate of Morris James and has accepted an offer of employment to work as an associate attorney in the fall of 2025, following completion of law school.  Jackson Nestor will not work on this matter.

13.     From time to time, Morris James may represent, or may have represented one or more of the Debtors' creditors or other parties in matters unrelated either to the Debtors' Chapter 11 Cases or to those entities' transactions or dealings with the Debtors.  The Firm, however, is not representing any of those entities in the Chapter 11 Cases in any claims that they may have collectively or individually against the Debtors.

14. Neither I, Morris James, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, its creditors, or any other Parties-in-Interest herein, or their respective attorneys and accountants, except as stated herein.

15. Morris James has previously worked with and may continue to work with one or more of the Debtors' professionals on various representations in matters unrelated to the Chapter 11 Cases, at times representing the same parties and at other times representing parties with similar interests or parties with adverse interests.

16. Morris James is a "disinterested person" as that term is defined in section 101(14) of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), as modified by section 1103(b) of the Bankruptcy Code, in that the Firm, its partners, counsel, and associates:

    a.  are not creditors, equity security holders or insiders of the Debtors;

    b.  are not and were not within two (2) years before the date of the filing of the Debtors' Chapter 11 petition, a director, officer, or employee of the Debtors; and

    c.  do not have an interest materially adverse to the interest of the Debtors' estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason, except as disclosed herein.

17. As of the date hereof, the Firm has conducted a review of potential conflicts as to the entities identified at **Exhibit 1** hereto. Morris James has followed its standard conflict procedures with respect to potential conflicts, and Morris James is aware of its continuing obligation to review and supplement its conflict review pursuant Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014-1. Morris James and certain of its partners, counsel and associates may have in the past represented, and may currently represent and likely in the future will represent interested parties in connection with matters unrelated to the Chapter 11 Cases. A list of potential

conflicts, including parties in which Morris James has any connection to, including those it represented and currently represents in unrelated matters is attached hereto as **Exhibit 2**.

18.     Morris James will not represent any of the entities identified on **Exhibit 1** in their individual capacities in the Chapter 11 Cases.  As appropriate, other counsel will serve as Committee counsel for such matters, or the Committee will seek approval of retention of additional conflicts counsel.

19.     The Firm intends to apply for compensation for professional services rendered in connection with the Chapter 11 Cases subject to approval of this Court and compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm.  Although Morris James may utilize the services of additional attorneys, the principal attorneys and paralegals likely to represent the Committee in this case are as follows:

| **Individual** | **Position** | **Hourly Rate** |
|----------------|--------------|-----------------|
| Eric J. Monzo | Partner | $825.00 |
| Brya M. Keilson | Partner | $790.00 |
| Siena B. Cerra | Associate | $390.00 |
| Stephanie Lisko | Paralegal | $365.00 |
| Douglas J. Depta | Paralegal | $365.00 |

Other attorneys and paralegals may from time to time assist the Committee in connection with the matters herein described and are subject to periodic adjustment to reflect economic or other conditions.

20.     The hourly rates set forth above are the Firm's standard hourly rates for work of this nature and are subject to modification annually effective as of January 1st.  These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  The expenses charged include, among other things, telephone and telecopy toll and other charges, mail and express mail charges, special or hand

delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, and transcription costs.  Any such expenses will be recorded in accordance with Morris James' customary practices and will be incurred at the same rate as customarily charged in similar engagements or as otherwise limited by the local rules of the Court.

 21. Subject to Court approval, and in consultation with lead counsel Kelley Drye & Warren LLP ("Kelley Drye"), so as to avoid duplication, the professional services that Morris James will render to the Committee include, but shall not be limited to, the following:

- Provide legal advice and assistance to the Committee in its consultation with the Debtors relative to the Debtors' administration of their reorganization and the Chapter 11 Cases;

- Review and analyze all applications, motions, orders, statements of operations, and schedules filed with the Court by the Debtors or third parties, advise the Committee as to their propriety, and after consultation with the Committee, take appropriate action;

- Prepare necessary applications, motions, responses, answers, orders, reports, and other legal papers on behalf of the Committee;

- Represent the Committee at hearings held before the Court and communicate with the Committee regarding the issues raised, as well as the decisions of the Court; and

- Performing such other legal services to the Committee in connection with the prosecution of the Chapter 11 Cases as are necessary and appropriate.

 22. In addition to the services listed above, Morris James, in accordance with Delaware counsel's obligations, will prepare and review all pleadings, motions, responses, objections, and other documents prepared on behalf of the Committee.  Morris James will assure that any pleadings comply with the Local Rules.  Morris James will advise the Committee on matters of Delaware

practice and procedure and Delaware law. Morris James has substantial experience in Delaware courts and dealing with issues in the Court. A Morris James attorney will also personally attend all proceedings before the Court and will attend all meetings in Delaware between the Committee, the Debtors, and/or Parties-in-Interest at which Committee counsel is requested, or required, to be present after consulting with lead counsel. Morris James will also, upon identification of such matters, handle any matters where lead counsel has determined that it has a conflict to ensure compliance with the United States Trustee Guidelines.

23.     Pursuant to Part F of the 2013 U.S. Trustee Guidelines, Morris James is proposed to serve as Delaware co-counsel for the Committee with Kelley Drye. In the Application and this Declaration, I disclose, in general, the services to be provided to the Committee by Morris James. In some cases, the description of these services may appear duplicative of the services set forth in Kelley Drye's retention application. Morris James expects that there will be occasions where Kelley Drye will take the lead role in drafting or responding to pleadings, or otherwise addressing issues. On other occasions, Morris James will be tasked to take the lead on issues and matters. In such instances, Morris James and Kelley Drye do not expect to duplicate services.

24.     To the extent that Morris James is assigned by the Committee, in consultation with Kelley Drye, to perform new matters as requested by the Committee that may be necessary and proper in these proceedings and that are materially different from the above described services and the services described in the Application or this Declaration, Morris James will file a supplemental declaration in accordance with Bankruptcy Rule 2014, as required by Part F.1.c of the United States Trustee Guidelines.

25.     No promises have been received by the Firm nor by any partners, counsel, or associate thereof as to compensation in connection with the Chapter 11 Cases other than in

accordance with the provisions of the Bankruptcy Code.  The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with the Chapter 11 Cases, except among the partners, counsel, and associates of the Firm.

26.     To the extent that the Firm discovers any connection with any interested party or enters into any new relationship with any interested party, the Firm will promptly supplement its disclosure to the Court.

27.     In order to comply with the United States Trustees' Appendix B – Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, as required to be answered in all applications for employment filed under section 327 or 1103 of the Bankruptcy Code, which became effective on November 1, 2013, I make the following disclosures:

   a. Morris James did not agree to a variation of its standard or customary billing arrangements for this engagement;

   b. None of the professionals included in this engagement have varied their rate based upon the geographic location of the Chapter 11 Cases; and

   c. The Committee retained Morris James on August 28, 2024.  The billing rates for the period prior to this application are the same as indicated in this application;

   d. Morris James anticipates filing a budget at the time it files its interim fee applications. In accordance with the United States Trustee Guidelines, the budget may be amended as necessary to reflect changed circumstances or unanticipated developments.

The facts set forth in the Application and herein are true and correct to the best of my knowledge, information, and belief.

Dated:  September 25, 2024                    */s/ Eric J. Monzo*
                                              Eric J. Monzo (DE Bar No. 5214)

**Exhibit 1 to Monzo Declaration**

**Debtors**
692 Broadway Fitness Club, Inc.
Bergen Town Center Fitness Club, Inc
Blink Holdings II, Inc.
Blink Holdings, Inc.
Cross County Fitness Club, Inc.
Blink Broadway Marketplace, Inc.
Blink Metropolitan Avenue, Inc.
Blink Webster Avenue, Inc. (f\k\a Blink Boston Post Road. Inc.)
Blink Selden, Inc.
Blink Melville, Inc.
Blink Nostrand Avenue, Inc.
Blink St. Ann's Avenue, Inc.
Blink 125th Street, Inc.
Blink Jamaica Avenue, Inc.
Blink West Islip, Inc.
Blink 600 Third Avenue, Inc.
Blink White Plains, Inc.
Blink 98th Street, Inc. (f/k/a Blink 25 Broadway, Inc.)
Blink Southern Boulevard, Inc.
Blink Islandia, Inc.
Blink 833 Flatbush, Inc.
Blink Irvington Inc.
Blink Lodi, Inc.
Blink Amboy Road Inc. (f/k/a Blink 1239 Fulton, Inc.)
Blink Brentwood, Inc.
Blink Concourse Holdings, Inc.
Blink 2374 Grand Concourse, Inc.
Blink 116th Street, Inc.
Blink Utica Avenue, Inc.
Blink Myrtle Avenue, Inc. (f/k/a Blink 3780 Broadway, Inc.)
Blink Baldwin, Inc.
Blink 88th Street, Inc. (f/k/a Blink Hylan Blvd., Inc.)
Blink Eighth Avenue, Inc.
Blink Steinway Street, Inc.
Blink Parsippany, Inc.
Blink Journal Square, Inc.
Blink Gates, Inc.
Blink 78-14 Roosevelt, Inc.
Blink 3779 Nostrand, Inc.
Blink West 31st Street, Inc.
Blink Williamsbridge, Inc.
Blink 16th Street, Inc.
Blink Union, Inc.
Blink 1065 6th Avenue, Inc.
Blink Macombs Road, Inc.
Blink Fulton Street, Inc.
Blink Clifton, Inc.

Blink Atlantic Avenue, Inc.
Blink Linden, Inc.
Blink Nassau Street, Inc.
Blink Flatlands Avenue, Inc.
Blink Valley Stream, Inc.
Blink Riverdale, Inc.
Blink Fitness Franchising, Inc.
Blink Liberty Avenue, Inc.
Blink Hicksville, Inc.
Blink East 54th Street, Inc.
Blink West 8th Street, Inc.
Blink 108-14 Roosevelt, Inc.
Blink 56-02 Roosevelt, Inc.
Blink 125 Park, Inc.
Blink Knickerbocker, Inc.
Blink Fourth Avenue, Inc.
Blink East Orange, Inc. (f/k/a Blink Belleville, Inc.)
Blink South Orange, Inc.
Blink 2883 3rd Avenue, Inc.
Blink Avenue A, Inc.
Blink East Tremont Avenue, Inc.
Blink 287 Broadway, Inc.
Blink Passaic, Inc.
Blink Willingboro, Inc.
Blink Perth Amboy, Inc.
Blink Plainfield, Inc.
Blink Sunset Park, Inc.
Blink Wissinoming, Inc.
Blink Farmers Boulevard Inc.
Blink Frankford Avenue, Inc.
Blink Whitman, Inc.
Blink Pacific Boulevard, Inc.
Blink Normandie Avenue, Inc.
Blink Newark, Inc.
Blink Hawthorne, Inc.
Blink Brookhurst, Inc.
Blink 69th Street Inc.
Blink Jerome Avenue, Inc.
Blink 18th Avenue, Inc.
Blink Nutley, Inc.
Blink 229 E. Foothill Boulevard, Inc.
Blink 130 W.G. Street, Inc.
Blink 9901 S. Alameda, Inc.
Blink Compton & Central Avenue, Inc.
Blink Diversey, Inc.
Blink Braddock Avenue Inc.
Blink 2862 Fulton Street, Inc.
Blink Georgetown Inc.
Blink 1060 W Alameda, Inc.

2

Blink 101 W 87th Street, Inc.
Blink Courtesy Plaza Inc.
Blink Ridgeland Ave, Inc.
Blink Ashland Avenue, Inc.
Blink Stonebrook, Inc.
Blink SER Portfolio, Inc.
Blink Dallas, Inc.
Blink 1134 Fulton, Inc.
Blink 2465 Jerome Inc.
Blink 16123 Bellflower Blvd., Inc.
Blink 79th Holdings Inc.
Blink Fitness Rialto Inc.
Blink Beach Street, Inc.
Blink NRH, Inc.
Blink Keller, Inc.
Blink Bedford, Inc.
Blink Belleville Inc.
Blink 97-01 Northern Blvd., Inc.
Blink Miramar Parkway Inc.
Blink 886 Broadway, Inc.
Blink Commercial Boulevard, Inc.
Blink Long Point, Inc.
Blink Westchase Inc.
Blink 19500 Plummer, Inc.
Blink Kenwood, Inc.
Blink Airline Drive, Inc.
Blink Richmond Road, Inc.
Blink 8201 Broadway, Inc.
Blink Abrams Road Inc.
Blink Kendall Market Place Inc.
Blink Deerwood Inc.
Blink 2192 Texas Parkway, Inc.
Blink Atlantic Avenue LB, Inc.
Blink 12201 Victory Blvd, Inc.
Blink Ashland Inc.
Blink KWT Holdco LLC
Blink Gage Park LLC
Blink North Riverside LLC
Blink Company Intermediate Holdco, Inc.
Blink Paterson, Inc.
Blink North 10th Street Corp.
Blink Highway 249, Inc.
Blink Bissonnet, Inc.


**Current and Recent Directors and Officers**
Manny Pearlman
Harvey Spevak
Jeffery M. Weinhaus

3

David Phillipps
Guy Harkless
Lauren Wood
Ben Balick
Emily Childs

**<u>Material (5% or Greater) Shareholders</u>**
Blink Intermediate Holdings II, LLC

**<u>Debtors' Professionals</u>**
Young Conaway Stargatt & Taylor, LLP
Portage Point Partners LLC
Moelis & Company LLC
Epiq Systems, Inc.
FTI Consulting, Inc.
Triple P RTS, LLC

**<u>Secured Creditors</u>**
Varagon Capital Partners Agent, LLC
The Variable Annuity Life Insurance Company
National Union Fire Insurance Company
Life Insurance Company of the Southwest
US MML Portfolio V of Global Investment Fund I
Viva I Funding, LLC
John Hancock Life Insurance Company (U.S.A.)
Manulife SDF SPV-OH, LLC
AB Private Credit Investors Corporations
AB Private Investors Middle Market Direct
Lending Fund, SICAV-SIF S.C.SP. – First Compartment
ABPCI Direct Lending Fund CLO I LTD
ABPCI Direct Lending Fund CLO II LTD
ABPCI Direct Lending Fund CLO III LTD
ABPCI Direct Lending Fund CLO V LTD
ABPCI Direct Lending Fund CLO VI LTD
ABPCI Direct Lending Fund CLO VII LP
ABPCI Direct Lending Fund CLO VIII LTD
ABPCI II Direct Lending Funding III LP
Addington Square Funding III, L.P.
Addington Square Private Credit Fund (AIV), L.P.
Addington Square Private Credit Fund, L.P.
Equitable Financial Life Insurance Company
Monroe Capital MML CLO IX, LTD.
Monroe Capital MML CLO VIII, LTD.
Monroe Capital MML CLO 2017-1, LTD.
Monroe Capital MML CLO VI, LTD.
Top Unsecured Creditors
Johnson Health Tech NA, Inc.
ServiceChannel.com, Inc.
A&G Realty Partners, LLC

Meta Platforms, Inc.
Google LLC
Eurpac Service Incorporated
Motionsoft, Inc.
Stella Rising Inc.
Good Earth Distribution, LLC
Avenue Code, LLC
Recycle Track Systems Inc.
ILEGRA CORPORATION
Three Pillar Global, Inc.
Vericom Group, LLC
Cro Metrics
Chameleon Collective Inc.
TD Equipment Finance, Inc.
Onix Networking Corp.

**Material Vendors**
Equinox Holding, Inc.
ServiceChannel.com, Inc
Enel X North America, Inc.
Meta Platforms, Inc.
Good Earth Distribution, LLC
Google LLC
Motionsoft, Inc.
Eurpac Service Incorporated
Avenue Code, LLC
Vericom Group, LLC
Johnson Health Tech NA, Inc.
American Express
Eastern Funding LLC
Women's Marketing Inc
TD Equipment Finance, Inc
Chameleon Collective Inc
A&G Realty Partners, LLC
Kora Rae Clothing LLC dba/EVR Brands
Three Pillar Global, Inc.
Pepsi Cola Bottling Company of New York
UtiliSave, LLC
Recycle Track Systems Inc
5 Boro Laundry Inc.
Amazon Web Services, Inc.
Bamko, Inc.
ILEGRA CORPORATION
Legion Technologies Inc.
Citizens Asset Finance, Inc.
First Advantage Background Services Corp.
Cro Metrics
Insider Services Us LLC
ABC Fitness Solutions, LLC

SMS Assist, L.L.C.
Modern Executive Solutions LLC
Onix Networking Corp
Elephant Ventures, LLC
Iron Grip Barbell Company

**<u>Landlords</u>**
H Street Building Corporation
Brooks Shopping Centers LLC
UE Bergen Mall Owner LLC
GWB Acquisition LLC
PPC Commercial LLC
2146 Nostrand Avenue Associates, LLC
Broadhollow/Pinelawn CW NF, LLC
Jackson Joy Retail Master, LLC
SOL Goldman Investments, LLC
301-303 West 125 LLC
Third Avenue Tower Owner, LLC
Islandia SC I, LLC
Flatbush Retail Associates, LLC
Hamilton, Kane, Martin Enterprises, Inc.
480 Suffolk Avenue, LLC
WP Galleria Realty LP
Jeffrey Management Corp.
West 116 Owners Retail, LLC
250 Utica Owners LLC
EIB Grand Concourse LLC
Chelsea W26, LLC
UE Lodi Delaware LLC
Mehran Property Management, Ltd.
Salman Capital LLC
Brixmor Morris Hills LLC
Nostrand Property Owner LLC
Gates Avenue Properties LLC
78-14 Roosevelt LLC
VBGO Penn Plaza, LLC
Grand Baldwin Associates
3572 WPR LLC
5 Bryant Park Sub REIT, L.P.
1413 Fulton Management LLC
Madina Eco Friendly, Inc.
DDR Southeast Union, LLC
Boerum Place LLC
Levin Management Corp.
Linden Commons & Development, LLC
Sun Valley Towers, LLC
Ann/Nassau Realty, LLC
Florence Polizzotto
Regency Centers, L.P.

6

East 54th Street Partners LLC
JTRE 240 East 54th Street LLC Liberty
Square in Ozone Park LLC 2857 West
8th Street Developers LLC KRE
Broadway Owner LLC
125 Park Owner LLC
399 Knickerbocker LLC
GNDP Holdings LLC
Goron Properties, Inc.
XL - Real Property Management LLC
108-18 LLC
SJU Holdings
2883 Third Avenue Realty Associates LP
Southern Blvd Development LLC
302 Broadway LLC
645 East Tremont, LLC
Paramount Property Management, Inc.
663 Main Master Tenant LLC
5111 4th Avenue Equity Holdings LLC
WB Rancocas Holdings, LLC
134-140 Smith LLC
MBB Realty Limited Partnership
Philadelphia Harbison LP
South-Whit Shopping Center Associates LP
Pacific Blvd Holdings 26 LLC
582 Central LLC
Plainfield Realty, LLC
130-20 Farmers LLC
1421 Webster Avenue LLC
15501 Gardena, LLC
2 Ferry LLC
Bermuda Realty LLC
PK II Brookhurst Center LP
The Theater Building Enterprise, LLC
Fordec Realty Corp
M.C.P. Associates, L.P.
Rancho Marketplace Gateway, LLC
Derp Associates LLC
Hauppauge Properties LLC
Primestor Jordan Downs
GRI-Regency, LLC
FW IL-Riverside/Rivers Edge, LLC
Porter Avenue Holdings LLC
Reliable Properties
Oak Lawn Joint Venture I, L.L.C.
Whitestone REIT
7901 Midcities
Matrix Commercial Group LLC
Beach Street Market LLC

Matlock Green Holdings LLC
Miramar Plaza Partners, LLC
HCL Long Point LLC
JBL Market at Westchase LLC
Brixmor Holdings 12 SPE LLC
Aldi Inc.
Viacom ATV Inc.
386 Park South LLC
Sterling Value Add Investments
TCB-Stonebrook, LLC
Township of Nutley
4704 Airline Drive Partners LLC
NR Park Associates, LLC
Islandia SC Holdings LLC
Darvish Investment Group, LLC
New Gold Equities
2374 GC LLC
KRE Bklyner 1134 Fulton LLC
Raha Property Holdings, LLC
Paramount Global
Sterling Ashland LLC
692 Broadway Propco LLC
Chicago, IL 4644-4658 S Drexel LLC
2192 Texas Parkway Partners LLC
Johnson Health Tech NA, Inc.
Ohashi & Horn LLP
K/BTF Broadway LLC
886 Broadway LLC

**Banks**
J.P. Morgan Chase Bank, N.A.
First Citizens Bank, N.A.
Citizens Bank, N.A.
Bank of America, N.A.

**Insurance Carriers**
Federal Insurance Company
Berkshire Hathaway Specialty Insurance Company
Markel Insurance Company
ACE American Insurance Company
Endurance American Insurance Company
Berkley Insurance Company
Federal Insurance Company
Hudson Insurance Company
Endurance Assurance Corporation
Magna Carta Insurance, LTD.
Zurich American Insurance Company
AXIS Insurance Company
Greenwich Insurance Company

Beazley Insurance Company, Inc.
Affiliated FM Insurance Company
Lloyd's of London Syndicates
Homesite Insurance Company
Markel Insurance Company
National Casualty Company
Allied World Assurance Company (U.S.), Inc.
Allied World Assurance Company, Ltd.
Navigators Insurance Company
XL Insurance America, Inc.
XL Bermuda Ltd.
Markel American Insurance Company
Markel Bermuda Limited
The Ohio Casualty Insurance Company
National Union Fire Insurance Company of Pittsburgh Pa.
American International Reinsurance Company, Ltd.
Steadfast Insurance Company
General Security Indemnity Company of Arizona
Trisura Specialty Insurance Company

**Material Contract Counterparties**
3WB Mason Company Inc.
5 Boro Laundry Inc.
A&G Realty Partners LLC
Ab Coaster LLC
ABC Financial Services, LLC
ADT LLC
AFIAA 45 West 45Th Street, LLC
Allpoints Public Relations LLC
Alshaya International LLC
Amazon Fulfillment Services
Amazon.Com Inc.
American Society of Composers Authors & Publishers
American Specialty Health Fitness, Inc.
Analogfolk LLC
Artisan Colour, Inc.
Ascend Network Solutions LLC
ASI Signage Innovations
Bamko, LLC
Betterworks Systems, Inc.
Bigart Ecosystems LLC
Brand Amp, LLC
Buxton Company LLC
Casiana Fitness VB1, LLC
Chameleon Collective Inc
CINTAS Corporation No.2
ClassPass Inc.
ClubCom LLC
Commercial Lighting Industries, Inc.

Concur Technologies, Inc.
Constellation Navigator, LLC
Corporate Synergies Group, LLC
Creative Materials Corp.
David Energy Supply, LLC
Dialog Social Inc.
DLA Piper LLP
The Dot Net Factory, LLC
Dragon Door Publications
Eclipse Capital LLC
Ecore International
Elephant Ventures, LLC
Enel X Advisory Services USA LLC
ENGIE Resources LLC
Epsilon Data Management, LLC
Equinox Group, LLC
Equinox Holdings
Equinox Holdings, Inc.
EQX KWT Holdco, LLC
Factory 77 Inc.
Ferguson Enterprises, Inc.
First Advantage
First Advantage Enterprise Screening Corporation
Fitness 2000
Fitness 2000-Bedford
Fitness On Demand
FloWater, Inc.
Gaiam Americas Inc.
Glassdoor, Inc.
Global Affiliates Inc
GoodEarth Distribution, LLC
Group FX
GS FIT IL-1, LLC
GS FIT MI-1, LLC
Gym Source USA, LLC
Gympass US LLC
Heart & Hustle Productions, LLC
HP Inc.
Hyperice, Inc.
Impact Specialties
Insider Services US LLC
Iron Grip Barbell Company
Jackson Lewis P.C.
Johnson Health Tech NA
Johnson Health Tech North America, Inc.
Katten Muchin Rosenman LLP
KRG Enterprise, Inc.
Legion Technologies, Inc.
Les Mills United States Trading, Inc.

Life Fitness
Lincoln Waste Solutions, LLC
Linkedln Corporation
List Industries Inc.
Listrak Inc.
Mannington Commercial
Marcum Technology LLC
Mass Movement, Inc.
MFAC, LLC
M.H Alshaya Co. WLL
Monotype Imaging Inc.
Motionsoft Inc.
MOURI Tech, LLC
Movable, Inc.
Muzak LLC
Navitas Credit Corp.
NESCTC Security Agency, LLC
Okta, Inc.
Optimizely, Inc.
OptumHealth Care Solutions, LLC
Oracle America, Inc.
Panos Fitness LLC
Panos Fitness of Greece LLC
Panos Fitness of Onondaga LLC
Panos, Dean
Paris Equipment Manufacturing Ltd.
Pear Sports LLC
Pepsi-Cola Advertising and Marketing, Inc.
Platinum Gym One, Inc.
Platinum Gym Two, Inc.
Precor Incorporated
Recycle Track Systems, Inc.
Resolver Inc.
Return Path, Inc.
SC KWT Holdco, LLC
Service Management Group Inc.
ServiceChannel.com Inc.
SESAC LLC
Shapu LLC
SMS Assist, L.L.C.
Steifman LLP
Studio Sweat, LLC
Sun Basket, Inc.
TOPCAST Networks, LLC
Touchland LLC
Ulterior Motives International, LLC
The Ultimate Software Group Inc.
UtiliSave, LLC
Validity, Inc.

Varagon Capital Partners Agent LLC
Th eVericom Group, LLC
Welld Health, LLC
Where 2 Get It, Inc.
World Energy Solutions, Inc.
Yext, Inc.
Young Conaway Stargatt & Taylor LLP
Zeroin Media, Inc.
Zimmerman Reed, LLP

**Litigation Parties**
Quintin Wilkerson
Jasmin Limon
Jason Kortbawi
Gregory Rhys
Darshawn Amerson
Aurora Alcantara
Elvin Brogsdale
Vivian Deras
Ricardo Duncan
Raquel Torres
Juana Gonzalez
Christal Lewis
Herve Loristin
Shokanni McKen
Ruben Napoles
Tracey Nelson
Hernan Ortiz
Baljinder Singh
Sigrid Sutter
Ishrat Usman
Marlon Williams
Paulina Wolinska
Brixmor SPE 6 LLC
DT Route 22 Retail, LLC
MBB Realty Limited Partnership
Levin Properties, L.P.

**Taxing and Regulatory Authorities**
ALIEF I.S.D
Ann Harris Bennett, Tax Assessor Collector
City of Newark-Payroll Tax
Los Angeles County Tax Collector
SBC Tax Collector
Spring Branch ISD, Tax Assessor
NYS Department of Taxation and Finance
Florida Department of Revenue
Illinois Department of Revenue
State of NJ - Department of the Treasury - Division of Taxation

Texas Comptroller of Public Accounts
California Franchise Tax Board
Philadelphia Department of Revenue

**Delaware Bankruptcy Judges**
Dorsey, John T.
Goldblatt, Craig T.
Horan, Thomas M.
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

**Office of the United States Trustee**
Benjamin Hackman
Christine Green
Diane Giordano
Dion Wynn
Edith A. Serrano
Elizabeth Thomas
Fang Bu
Hannah M. McCollum
Hawa Konde
Holly Dice
James R. O'Malley
Jane Leamy
Jonathon Lipshie
Jonathon Nyaku
Joseph Cudia
Joseph McMahon
Lauren Attix
Linda Casey
Linda Richenderfer
Malcolm M. Bates
Michael Girello
Nyanqoui Jones
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**Noteholders**
Equinox Group, LLC

**Ordinary Course Professionals**
Blank Rome, LLP
Paul Hastings, LLP
KPMG, LLP

13

LaRocca, Hornik, Greenberg, Kittredge,
Carlin & McParland LLP
Gordon Rees Scully Mansukhani, LLP
Madeline Schwarz LLC
Willis (Bermuda) Ltd.
Vcorp Services, LLC

**Exhibit 2 to Monzo Declaration**

| **CLIENT** | **RELATIONSHIP TO DEBTORS** | **MATTER** |
|---|---|---|
| Ace American Insurance Co. | Insurance Carriers | The Firm previously represented Ace American Insurance Co. in matters unrelated to these Chapter 11 Cases. |
| Affiliated FM Insurance Company | Insurance Carriers | The Firm previously represented Affiliated FM Insurance Company in matters unrelated to these Chapter 11 Cases. |
| Amazon.com Inc. | Material Contract Counterparties | The Firm previously represented Amazon Fulfillment Services and Amazon Web Services, Inc., affiliates of Amazon.com Inc. in matters unrelated to these Chapter 11 Cases. |
| Bank of America, N.A. | Banks | The Firm previously represented Bank of America N.A. and has been adverse to Bank of America, N.A. in matters unrelated to these Chapter 11 Cases. |
| AXIS Insurance Company | Insurance Carriers | The Firm previously represented AXIS Insurance Company in matters unrelated to these Chapter 11 Cases. |
| Ferguson Enterprises, Inc. | Material Contract Counterparties | The Firm previously represented Ferguson Enterprises, Inc. in matters unrelated to these Chapter 11 Cases. |
| Fox, Jr., Timothy J. | Office of the United States Trustee | The Firm previously represented an individual named Timothy Fox in a non-bankruptcy matter unrelated to these Chapter 11 Cases. |
| Endurance Assurance Corporation | Insurance Carriers | The Firm represents Endurance Assurance Corporation in matters unrelated to these Chapter 11 Cases. |
| Listrak Inc. | Material Contract Counterparties | The Firm previously represented Listrak Inc.in matters unrelated to these Chapter 11 Cases. |
| Lloyd's of London Syndicates | Insurance Carriers | The Firm previously represented Lloyd's of London Syndicates in matters unrelated to these Chapter 11 Cases. |
| Muzak LLC | Material Contract Counterparties | The Firm previously represented Muzak LLC in matters unrelated to these Chapter 11 Cases. |

| CLIENT | RELATIONSHIP TO DEBTORS | MATTER |
|---|---|---|
| National Union Fire Insurance Company of Pittsburgh Pa. | Insurance Carries | The Firm previously represented National Union Fire Insurance Company of Pittsburgh Pa. in matters unrelated to these Chapter 11 Cases. |
| Regency Centers, L.P. | Landlords | The Firm represents Regency Centers, L.P. in matters unrelated to these Chapter 11 Cases. |
| Thomas, Elizabeth | Office of the United States Trustee | The Firm previously represented an individual named Elizabeth Thomas in a non-bankruptcy matter unrelated to these Chapter 11 Cases. |
| UtiliSave, LLC | Material Vendor/ Material Contract Counterparties | The Firm previously represented UtiliSave, LLC in matters unrelated to these Chapter 11 Cases. |

**(MORRIS JAMES' CONFLICT RESOLUTION PROCEDURE
IS ONGOING, AND MORRIS JAMES WILL UNDERTAKE
TO SUPPLEMENT THIS DECLARATION AS NECESSARY)**

2