## EXHIBIT A

**Hurwitz Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF PETER HURWITZ IN SUPPORT OF THE APPLICATION OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF BLINK
HOLDINGS, INC., ET AL., FOR ENTRY OF AN ORDER AUTHORIZING AND
APPROVING THE EMPLOYMENT AND RETENTION OF DUNDON ADVISERS LLC
AS FINANCIAL ADVISOR EFFECTIVE AS OF AUGUST 27, 2024**

Pursuant to 28 U.S.C. § 1746, Peter Hurwitz declares as follows:

1.    I am a Principal with Dundon Advisers LLC ("Dundon Advisers"), a financial advisory and investment management firm.  On behalf of Dundon Advisers, I submit this declaration (the "Declaration") in support of the *Application of the Official Committee of Unsecured Creditors of Blink Holdings, INC., et al., for Entry of an Order Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor Effective as of August 27, 2024* (the "Application").[2]  Unless otherwise stated, I have personal knowledge of the facts stated herein.  To the extent any information disclosed herein requires amendment or modification upon Dundon Advisers' completion of further review or as additional party-in-interest information becomes available to it, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

---

[1]    Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

## Dundon Advisers' Qualifications

2.     Dundon Advisers is a financial advisory firm whose professionals' experience with distressed assets and the bankruptcy process goes back to the 1990s. Dundon Advisers presently acts or recently acted as financial advisor to: Official Committees of Unsecured Creditors of *1 Global* (S.D. Fla.), *Agera Energy* (S.D.N.Y.), *Aequor Management* (E.D. Tex.), *Aerofarms* (D. Del.), *AfterShock Comics* (C.D. Cal.), *Alamo Drafthouse* (D. Del.), *All American Oil and Gas* (W.D. Tex.), *Allegiance Coal* (D. Del. ), *Alpha Entertainment* (D. Del.), *Alpha Media* (E.D. Va.), *AmeriMark* (D. Del.), *American Virtual Cloud Technologies* (D. Del.), *Aralez Pharmaceuticals* (S.D.N.Y.), *Aztec Shaeffer* (W.D. Tex.), *BeavEx* (D. Del.), *Better Nutritionals* (C.D. Cal.), *Big Village* (D. Del.), *Celadon* (D. Del.), *Comcar* (D. Del.), *Endo Pharmaceuticals* (S.D.N.Y.), *Franks Theatres* (D.N.J.), *Front Sight Management* (D. Nev.), *Fuse Media* (D. Del.), *García Grain Trading* (S.D. Tex.), *Glostation USA* (C.D. Cal.), *Gold's Gym* (N.D. Tex.), *Goodrich Quality Theaters* (W.D. Mich.), *Ho Wan Kwok* (Connecticut), *HyreCar* (D. Del.), *Impresa Aerospace* (D. Del.), *In-Shape* (D. Del.), *iPic* (D. Del.), *Jagged Peak/Trade Global* (D. Nev.), *Juno USA* (D. Del.), *K&W Cafeterias* (M.D.N.C.), *Lannett* (D. Del.), *LaSalle Group* (N.D. Tex.), *LBI Media* (D. Del.), *Lifesize* (S.D. Tex.), *Loot Crate* (D. Del.), *Lucira Health* (D. Del.), *Madison Square Boys & Girls Clubs* (S.D.N.Y.), *Maines Paper & Food* (D. Del.), *Mallinckrodt* (D. Del.), *Matheson* (ED CA), *McClatchy* (S.D.N.Y.), *Meridian Restaurants* (D. Utah), *Miles Keller Trucking* (C.D. Ill.), *Mitchell Gold (D. Del)*,  *NewAge* (D. Del.), *NG Purvis Farms* (E.D. Va.), *Nova Shurline Wildcat* (D. Del.), *Open Road Films* (D. Del.), *Pear Therapeutics* (D. Del.), *Peer Street* (D. Del.), *Packable* (D. Del.), *Pipeline Foods* (D. Del.), *Platinum Corral* (E.D.N.C.), *Professional Technical Security Services* (N.D. Cal.), *Proteus Heath* (D. Del.), *Quanergy* (D.N.J.), *Remnant Oil Company* (W.D. Tex.), *Rive Gauche Television* (C.D. Cal.), *Rocking M Media* (D. Kan.), *SIW Holdings* (D. Del.),

*Slidebelts* (E.D. Cal.), *South American Beef* (SD IA), *Structurlam* (D. Del.) *Studio Movie Grill* (N.D. Tex.), *Sunergy* (E.D. Cal.), *Sungard Availability Services* (S.D. Tex.), *Tehum Care Services, Inc.* (S.D. Tex.), *TOMS King* (N.D. Ohio), *TPC Group* (D. Del.), *Valmiera Glass* (N.D. Ga.), *Vector Launch* (D. Del.), *Video Corporation of America* (D.N.J.), *Volunteer Energy* (S.D. Ohio), *Wave Technologies* (N.D. Cal.), *YogaWorks* (N.D. Tex.), and *YouFit* (D. Del.), and the Ad Hoc Noteholder Group in the *Woodbridge Group of Companies* (D. Del.), the Ad Hoc Group of Consumer and Worker Litigation Claimants in *Hertz* (D. Del.), the Committee of Customers in *Lear Capital* (D. Del.), the Official Committee of Tort Claimants in *PG&E* (N.D. Cal.), the Ad Hoc Group of Individual Victims in *Purdue* (S.D.N.Y.), the Ad Hoc Group of Second Lien Bondholders in *CalPlant* (D. Del.), the Official Committee of Unsecured Commercial Creditors of the *Roman Catholic Archdiocese of New Orleans* (E.D. La.), the Ad Hoc Group of Equity Security Holders in *RAIT* (D. Del.), and the Ad Hoc Group of Equity Interest Holders in *Voyager* (S.D.N.Y.).  All of the foregoing are highly complex chapter 11 cases.

3.      I believe that the Committee has selected Dundon Advisers as its financial advisor based upon, among other things: (a) the Committee's need to retain a financial advisory firm to provide advice relevant to the scope of the Committee's mandate; (b) Dundon Advisers' senior professionals' extensive experience and excellent reputation in providing financial advisory services in chapter 11 cases such as the Chapter 11 Cases; and (c) Dundon Advisers' and its professionals' extensive experience in the field.

4.      I further believe that the Committee determined that Dundon Advisers is able to provide a unique blend of case-specific knowledge, relevant experience, and expertise given the firm's experience and familiarity with the Debtors.

**Professional Compensation**

5.     Subject to the Court's approval, and in accordance with Bankruptcy Code section 328(a), Dundon Advisers proposes to render its services on an hourly fee basis according to its customary hourly rates in effect when the services are rendered.  Dundon Advisers' professionals will bill for services at their currently-effective standard hourly rates as set forth below:

| Rank | Standard Hourly Rate |
| --- | --- |
| Principal | $960 |
| Managing Director and Senior Adviser | $850 |
| Senior Director | $755 |
| Director | $700 |
| Associate Director | $590 |
| Senior Associate | $485 |
| Associate: | $350 |

Dundon Advisers' next scheduled rate adjustment, set to take effect on July 1, 2025, will not, to the extent of any increase in rates, take effect with respect to the Chapter 11 Cases without notice of same, as more particularly set forth in the proposed order.  Non-working travel time is billed at 50% of otherwise applicable rates.

6.     Dundon Advisers will be reimbursed for its reasonable and necessary out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger, and telephone charges.  Dundon Advisers will charge for these expenses at rates consistent with or discounted to charges made to other Dundon Advisers clients and subject to the guidelines of the U.S. Trustee.

7.     Dundon Advisers will maintain detailed records of fees and expenses incurred in connection with the rendering of the professional services described above, in accordance with applicable rules and guidelines.

8.     Dundon Advisers will work closely with representatives of the Debtors and other

professionals retained by the Committee to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

9.      I believe that this fee structure is reasonable, market-based, and designed to fairly compensate Dundon Advisers for its work in the Chapter 11 Cases.

**Disinterestedness**

10.     Neither Dundon Advisers, any director, officer, or employee thereof, nor I, insofar as I have been able to ascertain, represents any interest adverse to that of the Debtors' estates in the matters upon which the Committee seeks to engage Dundon Advisers, and I believe the firm to be a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

11.     From time to time, Dundon Advisers has provided services and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to the Chapter 11 Cases.  As described below, however, Dundon Advisers has undertaken a detailed search to determine and to disclose whether it is providing or has provided services to any significant creditor, investor, insider, or other party in interest in such unrelated matters.

12.     Dundon Advisers provides services in connection with numerous cases, proceedings, and transactions unrelated to the Chapter 11 Cases.  Those unrelated matters involve numerous attorneys, financial advisors, and creditors, some of whom may be claimants or parties with actual or potential interests in the Chapter 11 Cases or may represent such parties.

13.     Dundon Advisers' personnel may have business associations with certain creditors of the Debtors unrelated to the Chapter 11 Cases.  In addition, in the ordinary course of its business, Dundon Advisers may engage counsel or other professionals in unrelated matters who now represent, or who may in the future represent, creditors or other parties in interest in the Chapter

5

11 Cases.

14.    In connection with the preparation of this Declaration, Dundon Advisers conducted a review of its contacts with the Debtors, their non-Debtors affiliates, and certain entities holding large claims against or interests in the Debtors that were made known to Dundon Advisers by counsel to the Debtors in the Chapter 11 Cases.  A listing of the parties reviewed is reflected in **Schedule 1** attached to this Declaration.

15.    Dundon Advisers has a past or present association with certain firms set forth on **Schedule 1**.  None of these relationships has any connection to the Chapter 11 Cases.  I believe that none of these associations individually, nor all of them in the aggregate, constitute(s) any conflict of interest in Dundon Advisers' performance of its duties.  These associations are described as follows:

- Principal, Matthew Dundon was employed by Katten Muchin Rosenman from 2001-2002, but had no assignments in connection with the Debtors nor does he retain any interests in connection with such employment.

- The firm receives payment card services from Chase Bank, a unit of JP Morgan, in the ordinary course of their respective businesses.

- The firm receives insurance coverage from The Hartford in the ordinary course of their respective businesses.

16.    Based on the results of its review, Dundon Advisers has no relationship with any of the parties listed in **Schedule 1** in matters related to these proceedings and has no relationship whatever with such parties except as disclosed above.

17.    Further, as part of its diverse practice, Dundon Advisers is involved in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties in interest in the

Chapter 11 Cases. Further, Dundon Advisers (including its employees) has performed in the past, and may perform in the future, consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. Based on Dundon Advisers' current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships creates interests materially adverse to the Debtors and none is in connection with the Chapter 11 Cases.

18.     On a going-forward basis, Dundon Advisers shall disclose any and all facts that may have a bearing on whether the firm, and/or any individuals working on the engagement, hold or represent any interest adverse to the Debtors, its creditors, or other parties-in-interest.

19.     To the best of my knowledge, neither I, Dundon Advisers, nor any of its employees is a "creditor" of the Debtors within the meaning of Bankruptcy Code section 101(1); a holder of any of the Debtors' outstanding debt, equity or preferred stock investments; is or has been an insider of the Debtors; or is so connected with the Judges of the United States Bankruptcy Court for the District of Delaware, the U.S. Trustee or the Assistant Trustee, or Trial Attorneys for the Office of the U.S. Trustee, as to render the employment of Dundon Advisers as financial advisor for the Committee inappropriate under Bankruptcy Rule 5002(b).

20.     None of Dundon Advisers, any director, officer, or employee thereof, nor I, insofar as I have been able to ascertain, is or was a director, officer, or employee of the Debtors as defined in Bankruptcy Code sections 101(14)(B) or (C) within two years before the date of filing of the Chapter 11 Cases.

21.     On the basis of the above, I believe Dundon Advisers to be a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 25, 2024

*/s/ Peter Hurwitz*
_____
Peter Hurwitz
Dundon Advisers LLC

**SCHEDULE 1**

**Blink Holdings, Inc.,** *et al*.

***Potential Parties in Interest***

**Debtors**
692 Broadway Fitness Club, Inc.
Bergen Town Center Fitness Club, Inc
Blink Holdings II, Inc.
Blink Holdings, Inc.
Cross County Fitness Club, Inc.
Blink Broadway Marketplace, Inc.
Blink Metropolitan Avenue, Inc.
Blink Webster Avenue, Inc. (f\k\a Blink Boston Post Road. Inc.)
Blink Selden, Inc.
Blink Melville, Inc.
Blink Nostrand Avenue, Inc.
Blink St. Ann's Avenue, Inc.
Blink 125th Street, Inc.
Blink Jamaica Avenue, Inc.
Blink West Islip, Inc.
Blink 600 Third Avenue, Inc.
Blink White Plains, Inc.
Blink 98th Street, Inc. (f/k/a Blink 25 Broadway, Inc.)
Blink Southern Boulevard, Inc.
Blink Islandia, Inc.
Blink 833 Flatbush, Inc.
Blink Irvington Inc.
Blink Lodi, Inc.
Blink Amboy Road Inc. (f/k/a Blink 1239 Fulton, Inc.)
Blink Brentwood, Inc.
Blink Concourse Holdings, Inc.
Blink 2374 Grand Concourse, Inc.
Blink 116th Street, Inc.
Blink Utica Avenue, Inc.
Blink Myrtle Avenue, Inc. (f/k/a Blink 3780 Broadway, Inc.)
Blink Baldwin, Inc.
Blink 88th Street, Inc. (f/k/a Blink Hylan Blvd., Inc.)
Blink Eighth Avenue, Inc.
Blink Steinway Street, Inc.
Blink Parsippany, Inc.
Blink Journal Square, Inc.
Blink Gates, Inc.
Blink 78-14 Roosevelt, Inc.
Blink 3779 Nostrand, Inc.
Blink West 31st Street, Inc.
Blink Williamsbridge, Inc.

Blink 16th Street, Inc.
Blink Union, Inc.
Blink 1065 6th Avenue, Inc.
Blink Macombs Road, Inc.
Blink Fulton Street, Inc.
Blink Clifton, Inc.
Blink Atlantic Avenue, Inc.
Blink Linden, Inc.
Blink Nassau Street, Inc.
Blink Flatlands Avenue, Inc.
Blink Valley Stream, Inc.
Blink Riverdale, Inc.
Blink Fitness Franchising, Inc.
Blink Liberty Avenue, Inc.
Blink Hicksville, Inc.
Blink East 54th Street, Inc.
Blink West 8th Street, Inc.
Blink 108-14 Roosevelt, Inc.
Blink 56-02 Roosevelt, Inc.
Blink 125 Park, Inc.
Blink Knickerbocker, Inc.
Blink Fourth Avenue, Inc.
Blink East Orange, Inc. (f/k/a Blink Belleville, Inc.)
Blink South Orange, Inc.
Blink 2883 3rd Avenue, Inc.
Blink Avenue A, Inc.
Blink East Tremont Avenue, Inc.
Blink 287 Broadway, Inc.
Blink Passaic, Inc.
Blink Willingboro, Inc.
Blink Perth Amboy, Inc.
Blink Plainfield, Inc.
Blink Sunset Park, Inc.
Blink Wissinoming, Inc.
Blink Farmers Boulevard Inc.
Blink Frankford Avenue, Inc.
Blink Whitman, Inc.
Blink Pacific Boulevard, Inc.
Blink Normandie Avenue, Inc.
Blink Newark, Inc.
Blink Hawthorne, Inc.
Blink Brookhurst, Inc.
Blink 69th Street Inc.
Blink Jerome Avenue, Inc.
Blink 18th Avenue, Inc.
Blink Nutley, Inc.
Blink 229 E. Foothill Boulevard, Inc.
Blink 130 W.G. Street, Inc.

Blink 9901 S. Alameda, Inc.
Blink Compton & Central Avenue, Inc.
Blink Diversey, Inc.
Blink Braddock Avenue Inc.
Blink 2862 Fulton Street, Inc.
Blink Georgetown Inc.
Blink 1060 W Alameda, Inc.
Blink 101 W 87th Street, Inc.
Blink Courtesy Plaza Inc.
Blink Ridgeland Ave, Inc.
Blink Ashland Avenue, Inc.
Blink Stonebrook, Inc.
Blink SER Portfolio, Inc.
Blink Dallas, Inc.
Blink 1134 Fulton, Inc.
Blink 2465 Jerome Inc.
Blink 16123 Bellflower Blvd., Inc.
Blink 79th Holdings Inc.
Blink Fitness Rialto Inc.
Blink Beach Street, Inc.
Blink NRH, Inc.
Blink Keller, Inc.
Blink Bedford, Inc.
Blink Belleville Inc.
Blink 97-01 Northern Blvd., Inc.
Blink Miramar Parkway Inc.
Blink 886 Broadway, Inc.
Blink Commercial Boulevard, Inc.
Blink Long Point, Inc.
Blink Westchase Inc.
Blink 19500 Plummer, Inc.
Blink Kenwood, Inc.
Blink Airline Drive, Inc.
Blink Richmond Road, Inc.
Blink 8201 Broadway, Inc.
Blink Abrams Road Inc.
Blink Kendall Market Place Inc.
Blink Deerwood Inc.
Blink 2192 Texas Parkway, Inc.
Blink Atlantic Avenue LB, Inc.
Blink 12201 Victory Blvd, Inc.
Blink Ashland Inc.
Blink KWT Holdco LLC
Blink Gage Park LLC
Blink North Riverside LLC
Blink Company Intermediate Holdco, Inc.
Blink Paterson, Inc.
Blink North 10th Street Corp.

Blink Highway 249, Inc.
Blink Bissonnet, Inc.


**Current and Recent Directors and Officers**
Manny Pearlman
Harvey Spevak
Jeffery M. Weinhaus
David Phillipps
Guy Harkless
Lauren Wood
Ben Balick
Emily Childs


**Material (5% or Greater) Shareholders**
Blink Intermediate Holdings II, LLC

**Debtors' Professionals**
Young Conaway Stargatt & Taylor, LLP
Portage Point Partners LLC
Moelis & Company LLC
Epiq Systems, Inc.
FTI Consulting, Inc.
Triple P RTS, LLC

**Secured Creditors**
Varagon Capital Partners Agent, LLC
The Variable Annuity Life Insurance Company
National Union Fire Insurance Company
Life Insurance Company of the Southwest
US MML Portfolio V of Global Investment Fund I
Viva I Funding, LLC
John Hancock Life Insurance Company (U.S.A.)
Manulife SDF SPV-OH, LLC
AB Private Credit Investors Corporations
AB Private Investors Middle Market Direct
Lending Fund, SICAV-SIF S.C.SP. – First Compartment
ABPCI Direct Lending Fund CLO I LTD
ABPCI Direct Lending Fund CLO II LTD
ABPCI Direct Lending Fund CLO III LTD
ABPCI Direct Lending Fund CLO V LTD
ABPCI Direct Lending Fund CLO VI LTD
ABPCI Direct Lending Fund CLO VII LP
ABPCI Direct Lending Fund CLO VIII LTD
ABPCI II Direct Lending Funding III LP
Addington Square Funding III, L.P.
Addington Square Private Credit Fund (AIV), L.P.
Addington Square Private Credit Fund, L.P.

Equitable Financial Life Insurance Company
Monroe Capital MML CLO IX, LTD.
Monroe Capital MML CLO VIII, LTD.
Monroe Capital MML CLO 2017-1, LTD.
Monroe Capital MML CLO VI, LTD.
Top Unsecured Creditors
Johnson Health Tech NA, Inc.
ServiceChannel.com, Inc.
A&G Realty Partners, LLC
Meta Platforms, Inc.
Google LLC
Eurpac Service Incorporated
Motionsoft, Inc.
Stella Rising Inc.
Good Earth Distribution, LLC
Avenue Code, LLC
Recycle Track Systems Inc.
ILEGRA CORPORATION
Three Pillar Global, Inc.
Vericom Group, LLC
Cro Metrics
Chameleon Collective Inc.
TD Equipment Finance, Inc.
Onix Networking Corp.

**<u>Material Vendors</u>**
Equinox Holding, Inc.
ServiceChannel.com, Inc
Enel X North America, Inc.
Meta Platforms, Inc.
Good Earth Distribution, LLC
Google LLC
Motionsoft, Inc.
Eurpac Service Incorporated
Avenue Code, LLC
Vericom Group, LLC
Johnson Health Tech NA, Inc.
American Express
Eastern Funding LLC
Women's Marketing Inc
TD Equipment Finance, Inc
Chameleon Collective Inc
A&G Realty Partners, LLC
Kora Rae Clothing LLC dba/EVR Brands
Three Pillar Global, Inc.
Pepsi Cola Bottling Company of New York
UtiliSave, LLC
Recycle Track Systems Inc

5 Boro Laundry Inc.
Amazon Web Services, Inc.
Bamko, Inc.
ILEGRA CORPORATION
Legion Technologies Inc.
Citizens Asset Finance, Inc.
First Advantage Background Services Corp.
Cro Metrics
Insider Services Us LLC
ABC Fitness Solutions, LLC
SMS Assist, L.L.C.
Modern Executive Solutions LLC
Onix Networking Corp
Elephant Ventures, LLC
Iron Grip Barbell Company

**Landlords**
H Street Building Corporation
Brooks Shopping Centers LLC
UE Bergen Mall Owner LLC
GWB Acquisition LLC
PPC Commercial LLC
2146 Nostrand Avenue Associates, LLC
Broadhollow/Pinelawn CW NF, LLC
Jackson Joy Retail Master, LLC
SOL Goldman Investments, LLC
301-303 West 125 LLC
Third Avenue Tower Owner, LLC
Islandia SC I, LLC
Flatbush Retail Associates, LLC
Hamilton, Kane, Martin Enterprises, Inc.
480 Suffolk Avenue, LLC
WP Galleria Realty LP
Jeffrey Management Corp.
West 116 Owners Retail, LLC
250 Utica Owners LLC
EIB Grand Concourse LLC
Chelsea W26, LLC
UE Lodi Delaware LLC
Mehran Property Management, Ltd.
Salman Capital LLC
Brixmor Morris Hills LLC
Nostrand Property Owner LLC
Gates Avenue Properties LLC
78-14 Roosevelt LLC
VBGO Penn Plaza, LLC
Grand Baldwin Associates
3572 WPR LLC

5 Bryant Park Sub REIT, L.P.
1413 Fulton Management LLC
Madina Eco Friendly, Inc.
DDR Southeast Union, LLC
Boerum Place LLC
Levin Management Corp.
Linden Commons & Development, LLC
Sun Valley Towers, LLC
Ann/Nassau Realty, LLC
Florence Polizzotto
Regency Centers, L.P.
East 54th Street Partners LLC
JTRE 240 East 54th Street LLC Liberty
Square in Ozone Park LLC 2857 West
8th Street Developers LLC KRE
Broadway Owner LLC
125 Park Owner LLC
399 Knickerbocker LLC
GNDP Holdings LLC
Goron Properties, Inc.
XL - Real Property Management LLC
108-18 LLC
SJU Holdings
2883 Third Avenue Realty Associates LP
Southern Blvd Development LLC
302 Broadway LLC
645 East Tremont, LLC
Paramount Property Management, Inc.
663 Main Master Tenant LLC
5111 4th Avenue Equity Holdings LLC
WB Rancocas Holdings, LLC
134-140 Smith LLC
MBB Realty Limited Partnership
Philadelphia Harbison LP
South-Whit Shopping Center Associates LP
Pacific Blvd Holdings 26 LLC
582 Central LLC
Plainfield Realty, LLC
130-20 Farmers LLC
1421 Webster Avenue LLC
15501 Gardena, LLC
2 Ferry LLC
Bermuda Realty LLC
PK II Brookhurst Center LP
The Theater Building Enterprise, LLC
Fordec Realty Corp
M.C.P. Associates, L.P.
Rancho Marketplace Gateway, LLC

7

Derp Associates LLC
Hauppauge Properties LLC
Primestor Jordan Downs
GRI-Regency, LLC
FW IL-Riverside/Rivers Edge, LLC
Porter Avenue Holdings LLC
Reliable Properties
Oak Lawn Joint Venture I, L.L.C.
Whitestone REIT
7901 Midcities LLC
Matrix Commercial Group LLC
Beach Street Market LLC
Matlock Green Holdings LLC
Miramar Plaza Partners, LLC
HCL Long Point LLC
JBL Market at Westchase LLC
Brixmor Holdings 12 SPE LLC
Aldi Inc.
Viacom ATV Inc.
386 Park South LLC
Sterling Value Add Investments
TCB-Stonebrook, LLC
Township of Nutley
4704 Airline Drive Partners LLC
NR Park Associates, LLC
Islandia SC Holdings LLC
Darvish Investment Group, LLC
New Gold Equities
2374 GC LLC
KRE Bklyner 1134 Fulton LLC
Raha Property Holdings, LLC
Paramount Global
Sterling Ashland LLC
692 Broadway Propco LLC
Chicago, IL 4644-4658 S Drexel LLC
2192 Texas Parkway Partners LLC
Johnson Health Tech NA, Inc.
Ohashi & Horn LLP
K/BTF Broadway LLC
886 Broadway LLC

**<u>Banks</u>**
J.P. Morgan Chase Bank, N.A.
First Citizens Bank, N.A.
Citizens Bank, N.A.
Bank of America, N.A.

**<u>Insurance Carriers</u>**

Federal Insurance Company
Berkshire Hathaway Specialty Insurance Company
Markel Insurance Company
ACE American Insurance Company
Endurance American Insurance Company
Berkley Insurance Company
Federal Insurance Company
Hudson Insurance Company
Endurance Assurance Corporation
Magna Carta Insurance, LTD.
Zurich American Insurance Company
AXIS Insurance Company
Greenwich Insurance Company
Beazley Insurance Company, Inc.
Affiliated FM Insurance Company
Lloyd's of London Syndicates
Homesite Insurance Company
Markel Insurance Company
National Casualty Company
Allied World Assurance Company (U.S.), Inc.
Allied World Assurance Company, Ltd.
Navigators Insurance Company
XL Insurance America, Inc.
XL Bermuda Ltd.
Markel American Insurance Company
Markel Bermuda Limited
The Ohio Casualty Insurance Company
National Union Fire Insurance Company of Pittsburgh Pa.
American International Reinsurance Company, Ltd.
Steadfast Insurance Company
General Security Indemnity Company of Arizona
Trisura Specialty Insurance Company

**<u>Material Contract Counterparties</u>**
3WB Mason Company Inc.
5 Boro Laundry Inc.
A&G Realty Partners LLC
Ab Coaster LLC
ABC Financial Services, LLC
ADT LLC
AFIAA 45 West 45Th Street, LLC
Allpoints Public Relations LLC
Alshaya International LLC
Amazon Fulfillment Services
Amazon.Com Inc.
American Society of Composers Authors & Publishers
American Specialty Health Fitness, Inc.
Analogfolk LLC

Artisan Colour, Inc.
Ascend Network Solutions LLC
ASI Signage Innovations
Bamko, LLC
Betterworks Systems, Inc.
Bigart Ecosystems LLC
Brand Amp, LLC
Buxton Company LLC
Casiana Fitness VB1, LLC
Chameleon Collective Inc
CINTAS Corporation No.2
ClassPass Inc.
ClubCom LLC
Commercial Lighting Industries, Inc.
Concur Technologies, Inc.
Constellation Navigator, LLC
Corporate Synergies Group, LLC
Creative Materials Corp.
David Energy Supply, LLC
Dialog Social Inc.
DLA Piper LLP
The Dot Net Factory, LLC
Dragon Door Publications
Eclipse Capital LLC
Ecore International
Elephant Ventures, LLC
Enel X Advisory Services USA LLC
ENGIE Resources LLC
Epsilon Data Management, LLC
Equinox Group, LLC
Equinox Holdings
Equinox Holdings, Inc.
EQX KWT Holdco, LLC
Factory 77 Inc.
Ferguson Enterprises, Inc.
First Advantage
First Advantage Enterprise Screening Corporation
Fitness 2000
Fitness 2000-Bedford
Fitness On Demand
FloWater, Inc.
Gaiam Americas Inc.
Glassdoor, Inc.
Global Affiliates Inc
GoodEarth Distribution, LLC
Group FX
GS FIT IL-1, LLC
GS FIT MI-1, LLC

Gym Source USA, LLC
Gympass US LLC
Heart & Hustle Productions, LLC
HP Inc.
Hyperice, Inc.
Impact Specialties
Insider Services US LLC
Iron Grip Barbell Company
Jackson Lewis P.C.
Johnson Health Tech NA
Johnson Health Tech North America, Inc.
Katten Muchin Rosenman LLP
KRG Enterprise, Inc.
Legion Technologies, Inc.
Les Mills United States Trading, Inc.
Life Fitness
Lincoln Waste Solutions, LLC
Linkedln Corporation
List Industries Inc.
Listrak Inc.
Mannington Commercial
Marcum Technology LLC
Mass Movement, Inc.
MFAC, LLC
M.H Alshaya Co. WLL
Monotype Imaging Inc.
Motionsoft Inc.
MOURI Tech, LLC
Movable, Inc.
Muzak LLC
Navitas Credit Corp.
NESCTC Security Agency, LLC
Okta, Inc.
Optimizely, Inc.
OptumHealth Care Solutions, LLC
Oracle America, Inc.
Panos Fitness LLC
Panos Fitness of Greece LLC
Panos Fitness of Onondaga LLC
Panos, Dean
Paris Equipment Manufacturing Ltd.
Pear Sports LLC
Pepsi-Cola Advertising and Marketing, Inc.
Platinum Gym One, Inc.
Platinum Gym Two, Inc.
Precor Incorporated
Recycle Track Systems, Inc.
Resolver Inc.

11

Return Path, Inc.
SC KWT Holdco, LLC
Service Management Group Inc.
ServiceChannel.com Inc.
SESAC LLC
Shapu LLC
SMS Assist, L.L.C.
Steifman LLP
Studio Sweat, LLC
Sun Basket, Inc.
TOPCAST Networks, LLC
Touchland LLC
Ulterior Motives International, LLC
The Ultimate Software Group Inc.
UtiliSave, LLC
Validity, Inc.
Varagon Capital Partners Agent LLC
Th eVericom Group, LLC
Welld Health, LLC
Where 2 Get It, Inc.
World Energy Solutions, Inc.
Yext, Inc.
Young Conaway Stargatt & Taylor LLP
Zeroin Media, Inc.
Zimmerman Reed, LLP

**<u>Litigation Parties</u>**
Quintin Wilkerson
Jasmin Limon
Jason Kortbawi
Gregory Rhys
Darshawn Amerson
Aurora Alcantara
Elvin Brogsdale
Vivian Deras
Ricardo Duncan
Raquel Torres
Juana Gonzalez
Christal Lewis
Herve Loristin
Shokanni McKen
Ruben Napoles
Tracey Nelson
Hernan Ortiz
Baljinder Singh
Sigrid Sutter
Ishrat Usman
Marlon Williams

Paulina Wolinska
Brixmor SPE 6 LLC
DT Route 22 Retail, LLC
MBB Realty Limited Partnership
Levin Properties, L.P.

**Taxing and Regulatory Authorities**
ALIEF I.S.D
Ann Harris Bennett, Tax Assessor Collector
City of Newark-Payroll Tax
Los Angeles County Tax Collector
SBC Tax Collector
Spring Branch ISD, Tax Assessor
NYS Department of Taxation and Finance
Florida Department of Revenue
Illinois Department of Revenue
State of NJ - Department of the Treasury - Division of Taxation
Texas Comptroller of Public Accounts
California Franchise Tax Board
Philadelphia Department of Revenue

**Delaware Bankruptcy Judges**
Dorsey, John T.
Goldblatt, Craig T.
Horan, Thomas M.
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

**Office of the United States Trustee**
Benjamin Hackman
Christine Green
Diane Giordano
Dion Wynn
Edith A. Serrano
Elizabeth Thomas
Fang Bu
Hannah M. McCollum
Hawa Konde
Holly Dice
James R. O'Malley
Jane Leamy
Jonathon Lipshie
Jonathon Nyaku
Joseph Cudia
Joseph McMahon

Lauren Attix
Linda Casey
Linda Richenderfer
Malcolm M. Bates
Michael Girello
Nyanqoui Jones
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**Noteholders**
Equinox Group, LLC

**Ordinary Course Professionals**
Blank Rome, LLP
Paul Hastings, LLP
KPMG, LLP
LaRocca, Hornik, Greenberg, Kittredge,
Carlin & McParland LLP
Gordon Rees Scully Mansukhani, LLP
Madeline Schwarz LLC
Willis (Bermuda) Ltd.
Vcorp Services, LLC