# EXHIBIT A

**(Cure Amount Calculations)**

{00039758. }

9/25/2024 1:34 PM

**Aging Detail**

DB Caption: Property  Property: tf179  Tenant: t0355345  Status: Current  Age As Of: 09/30/2024  Post To: 09/2024

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| **600 Third Ave (tf179)** | | | | | | | | | | | | | | |
| **Blink 600 Third Avenue, Inc. (t0355345)** | | | | | | | | | | | | | | |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18300842 | rent | 1/1/2021 | 01/2021 | 3,494.76 | 0.00 | 0.00 | 0.00 | 3,494.76 | 0.00 | 3,494.76 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18335231 | rent | 2/1/2021 | 02/2021 | 31,766.61 | 0.00 | 0.00 | 0.00 | 31,766.61 | 0.00 | 31,766.61 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18363580 | rent | 3/1/2021 | 03/2021 | 31,766.61 | 0.00 | 0.00 | 0.00 | 31,766.61 | 0.00 | 31,766.61 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18390898 | rent | 4/1/2021 | 04/2021 | 31,766.61 | 0.00 | 0.00 | 0.00 | 31,766.61 | 0.00 | 31,766.61 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18421922 | rent | 5/1/2021 | 05/2021 | 31,548.45 | 0.00 | 0.00 | 0.00 | 31,548.45 | 0.00 | 31,548.45 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18445543 | rent | 6/1/2021 | 06/2021 | 29,794.90 | 0.00 | 0.00 | 0.00 | 29,794.90 | 0.00 | 29,794.90 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18502007 | rent | 8/1/2021 | 08/2021 | 61,561.51 | 0.00 | 0.00 | 0.00 | 61,561.51 | 0.00 | 61,561.51 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18536934 | rent | 9/1/2021 | 09/2021 | 18,136.57 | 0.00 | 0.00 | 0.00 | 18,136.57 | 0.00 | 18,136.57 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18567740 | rent | 10/1/2021 | 10/2021 | 18,136.57 | 0.00 | 0.00 | 0.00 | 18,136.57 | 0.00 | 18,136.57 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18596376 | rent | 11/1/2021 | 11/2021 | 18,136.57 | 0.00 | 0.00 | 0.00 | 18,136.57 | 0.00 | 18,136.57 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18619658 | rent | 12/1/2021 | 12/2021 | 18,136.57 | 0.00 | 0.00 | 0.00 | 18,136.57 | 0.00 | 18,136.57 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18729014 | rent | 4/1/2022 | 04/2022 | 5,232.73 | 0.00 | 0.00 | 0.00 | 5,232.73 | 0.00 | 5,232.73 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18733576 | water | 4/1/2022 | 04/2022 | 579.87 | 0.00 | 0.00 | 0.00 | 579.87 | 0.00 | 579.87 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | R-12546903 | Prepay | 4/21/2022 | 05/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -8,950.00 | -8,950.00 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18759075 | misc | 5/1/2022 | 05/2022 | 1,971.71 | 0.00 | 0.00 | 0.00 | 1,971.71 | 0.00 | 1,971.71 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18759076 | rent | 5/1/2022 | 05/2022 | 3,261.02 | 0.00 | 0.00 | 0.00 | 3,261.02 | 0.00 | 3,261.02 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18759593 | water | 5/1/2022 | 05/2022 | 615.44 | 0.00 | 0.00 | 0.00 | 615.44 | 0.00 | 615.44 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | R-12553693 | Prepay | 5/5/2022 | 05/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10,465.46 | -10,465.46 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18785203 | water | 6/1/2022 | 06/2022 | 591.72 | 0.00 | 0.00 | 0.00 | 591.72 | 0.00 | 591.72 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18810195 | water | 7/1/2022 | 07/2022 | 586.34 | 0.00 | 0.00 | 0.00 | 586.34 | 0.00 | 586.34 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18836226 | water | 8/1/2022 | 08/2022 | 575.56 | 0.00 | 0.00 | 0.00 | 575.56 | 0.00 | 575.56 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18909095 | water | 11/1/2022 | 11/2022 | 568.59 | 0.00 | 0.00 | 0.00 | 568.59 | 0.00 | 568.59 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18936890 | water | 12/1/2022 | 12/2022 | 680.51 | 0.00 | 0.00 | 0.00 | 680.51 | 0.00 | 680.51 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18952547 | realetx | 12/1/2022 | 12/2022 | 21,160.67 | 0.00 | 0.00 | 0.00 | 21,160.67 | 0.00 | 21,160.67 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18959132 | rent | 1/1/2023 | 01/2023 | 7,651.43 | 0.00 | 0.00 | 0.00 | 7,651.43 | 0.00 | 7,651.43 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18983140 | rent | 2/1/2023 | 02/2023 | 5,679.72 | 0.00 | 0.00 | 0.00 | 5,679.72 | 0.00 | 5,679.72 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-18986589 | water | 2/1/2023 | 02/2023 | 694.07 | 0.00 | 0.00 | 0.00 | 694.07 | 0.00 | 694.07 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19012125 | rent | 3/1/2023 | 03/2023 | 7,651.43 | 0.00 | 0.00 | 0.00 | 7,651.43 | 0.00 | 7,651.43 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19034431 | water | 4/1/2023 | 04/2023 | 738.16 | 0.00 | 0.00 | 0.00 | 738.16 | 0.00 | 738.16 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19035682 | rent | 4/1/2023 | 04/2023 | 183.19 | 0.00 | 0.00 | 0.00 | 183.19 | 0.00 | 183.19 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19056597 | rent | 5/1/2023 | 05/2023 | 183.19 | 0.00 | 0.00 | 0.00 | 183.19 | 0.00 | 183.19 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | R-12665703 | Prepay | 6/6/2023 | 06/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -11,491.83 | -11,491.83 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | R-12676806 | Prepay | 7/7/2023 | 07/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5,654.32 | -5,654.32 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19134469 | water | 8/1/2023 | 08/2023 | 750.59 | 0.00 | 0.00 | 0.00 | 750.59 | 0.00 | 750.59 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | R-12685916 | Prepay | 8/4/2023 | 08/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5,654.32 | -5,654.32 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | R-12695951 | Prepay | 9/8/2023 | 09/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5,654.32 | -5,654.32 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | R-12713231 | Prepay | 11/8/2023 | 11/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5,654.32 | -5,654.32 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19231182 | rent | 12/1/2023 | 12/2023 | 74,603.46 | 0.00 | 0.00 | 0.00 | 74,603.46 | 0.00 | 74,603.46 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19231183 | water | 12/1/2023 | 12/2023 | 2,708.33 | 0.00 | 0.00 | 0.00 | 2,708.33 | 0.00 | 2,708.33 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19294253 | rent | 3/1/2024 | 03/2024 | 7,651.16 | 0.00 | 0.00 | 0.00 | 7,651.16 | 0.00 | 7,651.16 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | R-12741532 | Prepay | 3/6/2024 | 03/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.27 | -0.27 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | R-12748191 | Prepay | 4/4/2024 | 04/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.27 | -0.27 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | R-12755496 | Prepay | 5/6/2024 | 05/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.27 | -0.27 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19357719 | water | 7/1/2024 | 07/2024 | 792.02 | 0.00 | 0.00 | 0.00 | 792.02 | 0.00 | 792.02 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19358987 | realetx | 7/1/2024 | 07/2024 | 28,349.24 | 0.00 | 0.00 | 0.00 | 28,349.24 | 0.00 | 28,349.24 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19375651 | water | 8/1/2024 | 08/2024 | 807.37 | 0.00 | 807.37 | 0.00 | 0.00 | 0.00 | 807.37 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19377035 | rent | 8/1/2024 | 08/2024 | 74,603.46 | 0.00 | 74,603.46 | 0.00 | 0.00 | 0.00 | 74,603.46 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19395160 | water | 9/1/2024 | 09/2024 | 873.12 | 873.12 | 0.00 | 0.00 | 0.00 | 0.00 | 873.12 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19395301 | rent | 9/1/2024 | 09/2024 | 7,651.43 | 7,651.43 | 0.00 | 0.00 | 0.00 | 0.00 | 7,651.43 |
| tf179 | | Blink 600 Third Avenue, Inc. | Current | C-19395302 | water | 9/1/2024 | 09/2024 | 2,708.33 | 2,708.33 | 0.00 | 0.00 | 0.00 | 0.00 | 2,708.33 |
| | | **Blink 600 Third Avenue, Inc.** | | | | | | **554,349.59** | **11,232.88** | **75,410.83** | **0.00** | **467,705.88** | **-53,525.38** | **500,824.21** |
| **tf179** | | | | | | | | **554,349.59** | **11,232.88** | **75,410.83** | **0.00** | **467,705.88** | **-53,525.38** | **500,824.21** |
| **Grand Total** | | | | | | | | **554,349.59** | **11,232.88** | **75,410.83** | **0.00** | **467,705.88** | **-53,525.38** | **500,824.21** |

UserId : randi.kaufman@ll-holding.com  Date : 9/24/2024  Time : 4:13 PM