IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BLINK HOLDINGS, INC., *et al.*,[1] | : | Case No. 24-11686 (JKS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**OBJECTION OF 1413 STATHAN REALTY LLC TO PROPOSED
CURE AMOUNT WITH RESPECT TO ASSUMPTION OF
<u>UNEXPIRED LEASE RE: 1413 FULTON STREET, BROOKLYN, NY</u>**

1413 Stathan Realty LLC ("1413 Stathan"), by and through its undersigned counsel, respectfully represents and alleges as follows:

1.	1413 Stathan, as landlord, and debtor Blink Fulton Street, Inc., as tenant, are parties to a written lease, dated October 11, 2013, and a written amendment thereto, dated July 22, 2020 (collectively, the "1413 Fulton Lease"), with respect to certain non-residential real property in the building known as and located at 1413 Fulton Street, Brooklyn, New York.

2.	On September 12, 2024, the Debtors' filed a *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* (Docket No. 361) (the "Assumption Notice"). The 1413 Fulton Lease is among the "Other Potentially Assigned Agreements" listed on Schedule A to the Assumption Notice.

3.	The "Cure Amount" listed on Schedule A to the Assumption Notice with respect to the 1413 Fulton Lease is $26,216.68. However, the correct Cure Amount is $31,335.53, which is due and owing under the 1413 Fulton Lease and calculated as follows:

---

[1]	The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/BlinkFitness, or by contacting the proposed counsel for the Debtors.

| Charge Date | Amount Outstanding | Notes |
|---|---|---|
| 9/1/2024 | 1,250.89 | Water meter reading 5/14-8/13/2024 |
| 6/1/2024 | 1,320.67 | Water meter reading 2/14-5/14/2024 |
| 3/1/2024 | 1,204.37 | Water meter reading 11/17/23-2/14/2024 |
| 9/1/2023 | 1,342.92 | Water meter reading 5/15-8/14/2023 |
| 7/1/2023 | 1,431.88 | Water - 9/30/22 - 2/7/23 |
| 7/1/2023 | 62.32 | Water - 2/8/23 - 5/15/23 |
|  | **6,613.05** |  |
| 8/1/2024 | 19,516.13 | Rent (08/2024) |
|  | **19,516.13** |  |
| 8/1/2024 | 4,000.00 | Rebilled RealEstate Tax Estimate (08/2024) |
|  | **4,000.00** |  |
| 9/14/2023 | 786.35 | Legal Fees - JK INV# 105061 |
| 8/3/2023 | 420.00 | Legal Fees - JK Inv# 104837 |
|  | **1,206.35** |  |
|  | **31,335.53** | **Total Amount Due** |

**WHEREFORE**, 1413 Stathan respectfully requests that the Court deny any request to assume the 1413 Fulton Lease to the extent it misstates the amount necessary to cure the defaults thereunder and grant such other and further relief as may be just and proper.

Dated: New York, New York
September 25, 2024

                 **PICK & ZABICKI LLP**
                 Counsel to 1413 Stathan Realty LLC

              By: /s/Douglas J. Pick
                  Douglas J. Pick, Esq.
                  369 Lexington Avenue, 12th Floor
                  New York, New York 10017
                  (212) 695-6000

## **CERTIFICATE OF SERVICE**

      I certify that on September 25, 2024, a true copy of the foregoing *Objection of 1413 Stathan Realty LLLC to Proposed Cure Amount With Respect to Assumption of Unexpired Lease Re: 1413 Fulton Street, Brooklyn, NY* was electronically filed via the Bankruptcy Court's ECF System. Notice of said filing will be sent via e-mail to all parties receiving such notice by operation of the ECF System. Parties may access said filing through the ECF System. In addition, copies were also served directly upon the following parties via e-mail:

(i) counsel for the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801, Attn: Michael R. Nestor (mnestor@ycst.com), Sean T. Greecher (sgreecher@ycst.com), and Allison S. Mielke (amielke@ycst.com);

(ii) counsel to the Prepetition Agent and the DIP Agent, (a) Katten Muchin Rosenman LLP, 525 W. Monroe Street, Chicago, Illinois 60661, Attn: Peter P. Knight (peter.knight@katten.com) and Allison E. Yager (allison.yager@katten.com), and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899, Attn: Curtis S. Miller (cmiller@morrisnichols.com);

(iii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov); and

(iv) proposed counsel to the Official Committee of Unsecured Creditors, (a) Kelley Drye & Warren LLP, 3 World Trade Center, New York, New York 10017, Attn: Eric R. Wilson (ewilson@kelleydrye.com) and Kristin S. Elliott (kelliott@kelleydrye.com), and (b) Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801, Attn: Eric J. Monzo (emonzo@morrisjames.com).

      I hereby certify that the foregoing statements made by me are true.

                                                            */s/Eric C. Zabicki*
                                                           ERIC C. ZABICKI