## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2024, a true and correct copy of the foregoing Objection was served via the Court's electronic case filing systems (CM/ECF) to all parties registered to receive such notice in the above-captioned cases, as well as to the parties in the manner indicated below:

### Via Hand Delivery and Email

**Counsel for the Debtors:**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Attn: Michael R. Nestor (mnestor@ycst.com),
Sean T. Greecher (sgreecher@ycst.com)
Allison S. Mielke (amielke@ycst.com)

**Counsel to the Prepetition/DIP Agent:**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Attn: Curtis S. Miller
(cmiller@morrisnichols.com)

**Office of the United States Trustee:**
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn: Benjamin A. Hackman
(benjamin.a.hackman@usdoj.gov)

**Proposed counsel to the Official Committee of Unsecured Creditors:**
Morris James LLP
500 Delaware Avenue,
Suite 1500
Wilmington, Delaware 19801
Attn: Eric J. Monzo
(emonzo@morrisjames.com)

### Via Email and First Class Mail

**Counsel to the Prepetition/DIP Agent:**
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661
Attn: Peter P. Knight
(peter.knight@katten.com)
Allison E. Yager (allison.yager@katten.com)

**Proposed counsel to the Official Committee of Unsecured Creditors:**
Kelley Drye & Warren LLP
3 World Trade Center
New York, New York 10017
Attn: Eric R. Wilson
(ewilson@kelleydrye.com)
Kristin S. Elliott (kelliott@kelleydrye.com)

      /s/ *R. Grant Dick IV*
    R. Grant Dick IV (No. 5123)

00670391