# Tenant Ledger

**Tenants:** BLINK BRENTWOOD, INC.

**Mobile:** (646) 572-3291

**Unit:** 480-1

**Property:** 480 SUFFOLK PLAZA - 480 SUFFOLK AVENUE BRENTWOOD, NY 11717

**Status:** Current

**Move in date:** 10/05/2012

**Move out date:** --

**Lease Expiration:** 11/30/2028

**Rent:** 0.00

**Deposit Paid:** 0.00

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| Starting Balance | | | | | 0.00 |
| 01/01/2023 | | RE TAX INCOME - 2020-2021 DEFERRAL 4TH AMEND | 295.00 | | 295.00 |
| 02/01/2023 | | Commercial Rent - February 2023 | 25,000.00 | | 25,295.00 |
| 02/01/2023 | | CAM REIMBURSEMENT - February 2023 | 2,784.30 | | 28,079.30 |
| 02/01/2023 | | TAX REIMBURSEMENT - February 2023 | 1,364.15 | | 29,443.45 |
| 02/01/2023 | | Commercial Rent - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 37,078.40 |
| 02/01/2023 | | TAX REIMBURSEMENT - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 37,377.61 |
| 02/01/2023 | | CAM REIMBURSEMENT - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 37,984.45 |
| 02/03/2023 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) FEBRUARY RENT | | 37,394.45 | 590.00 |
| 03/01/2023 | | Commercial Rent - March 2023 - MONTHLY RENT | 25,000.00 | | 25,590.00 |
| 03/01/2023 | | CAM REIMBURSEMENT - March 2023 - COMMON AREA MAINTENANCE - ESTIMATE | 2,784.30 | | 28,374.30 |
| 03/01/2023 | | TAX REIMBURSEMENT - March 2023 - REAL ESTATE TAX 2021-2022 | 1,364.15 | | 29,738.45 |
| 03/01/2023 | | TAX REIMBURSEMENT - March 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 30,037.66 |
| 03/01/2023 | | CAM REIMBURSEMENT - March 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 30,644.50 |
| 03/01/2023 | | Commercial Rent - March 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 38,279.45 |
| 03/06/2023 | BLINK BRENTWOOD, INC. | Payment March Rent | | 37,394.45 | 885.00 |
| 04/01/2023 | | Commercial Rent - April 2023 - MONTHLY RENT | 25,000.00 | | 25,885.00 |
| 04/01/2023 | | CAM REIMBURSEMENT - April 2023 - COMMON AREA MAINTENANCE - ESTIMATE | 2,784.30 | | 28,669.30 |
| 04/01/2023 | | TAX REIMBURSEMENT - April 2023 - REAL ESTATE TAX 2021-2022 | 1,364.15 | | 30,033.45 |
| 04/01/2023 | | TAX REIMBURSEMENT - April 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 30,332.66 |
| 04/01/2023 | | CAM REIMBURSEMENT - April 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 30,939.50 |
| 04/01/2023 | | Commercial Rent - April 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 38,574.45 |
| 04/07/2023 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) APRIL RENT | | 37,394.45 | 1,180.00 |
| 05/01/2023 | | Commercial Rent - May 2023 - MONTHLY RENT | 25,000.00 | | 26,180.00 |
| 05/01/2023 | | Commercial Rent - May 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 33,814.95 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 05/01/2023 | | CAM REIMBURSEMENT - May 2023 - COMMON AREA MAINTENANCE - ESTIMATE | 2,784.30 | | 36,599.25 |
| 05/01/2023 | | CAM REIMBURSEMENT - May 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 37,206.09 |
| 05/01/2023 | | TAX REIMBURSEMENT - May 2023 - REAL ESTATE TAX 2021-2022 | 1,364.15 | | 38,570.24 |
| 05/01/2023 | | TAX REIMBURSEMENT - May 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 38,869.45 |
| 05/09/2023 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) MAY RENT | | 37,394.45 | 1,475.00 |
| 06/01/2023 | | Commercial Rent - June 2023 - MONTHLY RENT | 25,000.00 | | 26,475.00 |
| 06/01/2023 | | Commercial Rent - June 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 34,109.95 |
| 06/01/2023 | | CAM REIMBURSEMENT - June 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 34,716.79 |
| 06/01/2023 | | CAM REIMBURSEMENT - June 2023 - COMMON AREA MAINTENANCE - ESTIMATE | 2,833.68 | | 37,550.47 |
| 06/01/2023 | | CAM REIMBURSEMENT - June 2023 - 2022 CAM RECONCILIATION | 5,855.55 | | 43,406.02 |
| 06/01/2023 | | TAX REIMBURSEMENT - June 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 43,705.23 |
| 06/01/2023 | | TAX REIMBURSEMENT - June 2023 - REAL ESTATE TAX 2022-2023 | 951.90 | | 44,657.13 |
| 06/06/2023 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) RENT | | 43,250.00 | 1,407.13 |
| 07/01/2023 | | Commercial Rent - July 2023 - MONTHLY RENT | 25,000.00 | | 26,407.13 |
| 07/01/2023 | | Commercial Rent - July 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 34,042.08 |
| 07/01/2023 | | CAM REIMBURSEMENT - July 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 34,648.92 |
| 07/01/2023 | | CAM REIMBURSEMENT - July 2023 - COMMON AREA MAINTENANCE - ESTIMATE | 2,833.68 | | 37,482.60 |
| 07/01/2023 | | TAX REIMBURSEMENT - July 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 37,781.81 |
| 07/01/2023 | | TAX REIMBURSEMENT - July 2023 - REAL ESTATE TAX 2022-2023 | 951.90 | | 38,733.71 |
| 07/07/2023 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) RENT | | 29,148.45 | 9,585.26 |
| 07/11/2023 | | LATE FEES - Late Fee for Jul 2023 | 215.19 | | 9,800.45 |
| 08/01/2023 | | Commercial Rent - August 2023 - MONTHLY RENT | 25,000.00 | | 34,800.45 |
| 08/01/2023 | | Commercial Rent - August 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 42,435.40 |
| 08/01/2023 | | CAM REIMBURSEMENT - August 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 43,042.24 |
| 08/01/2023 | | CAM REIMBURSEMENT - August 2023 - COMMON AREA MAINTENANCE - ESTIMATE | 2,833.68 | | 45,875.92 |
| 08/01/2023 | | TAX REIMBURSEMENT - August 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 46,175.13 |
| 08/01/2023 | | TAX REIMBURSEMENT - August 2023 - REAL ESTATE TAX 2022-2023 | 951.90 | | 47,127.03 |
| 08/04/2023 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) RENT | | 29,148.45 | 17,978.58 |
| 09/01/2023 | | Commercial Rent - September 2023 - MONTHLY RENT | 25,000.00 | | 42,978.58 |
| 09/01/2023 | | Commercial Rent - September 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 50,613.53 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 09/01/2023 | | CAM REIMBURSEMENT - September 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 51,220.37 |
| 09/01/2023 | | CAM REIMBURSEMENT - September 2023 - 2023 MONTHLY CAM ESTIMATE | 2,833.68 | | 54,054.05 |
| 09/01/2023 | | TAX REIMBURSEMENT - September 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 54,353.26 |
| 09/01/2023 | | TAX REIMBURSEMENT - September 2023 - REAL ESTATE TAX 2022-2023 | 951.90 | | 55,305.16 |
| 09/07/2023 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) RENT | | 29,148.45 | 26,156.71 |
| 10/01/2023 | | Commercial Rent - October 2023 - MONTHLY RENT | 25,000.00 | | 51,156.71 |
| 10/01/2023 | | Commercial Rent - October 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 58,791.66 |
| 10/01/2023 | | CAM REIMBURSEMENT - October 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 59,398.50 |
| 10/01/2023 | | CAM REIMBURSEMENT - October 2023 - 2023 MONTHLY CAM ESTIMATE | 2,833.68 | | 62,232.18 |
| 10/01/2023 | | TAX REIMBURSEMENT - October 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 62,531.39 |
| 10/01/2023 | | TAX REIMBURSEMENT - October 2023 - REAL ESTATE TAX 2022-2023 | 951.90 | | 63,483.29 |
| 10/11/2023 | BLINK BRENTWOOD, INC. | Payment October Rent | | 29,148.45 | 34,334.84 |
| 10/13/2023 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) RENT | | 3,196.90 | 31,137.94 |
| 10/16/2023 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) RENT | | 32,984.00 | -1,846.06 |
| 11/01/2023 | | Commercial Rent - November 2023 - MONTHLY RENT | 25,000.00 | | 23,153.94 |
| 11/01/2023 | | Commercial Rent - November 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 30,788.89 |
| 11/01/2023 | | CAM REIMBURSEMENT - November 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 31,395.73 |
| 11/01/2023 | | CAM REIMBURSEMENT - November 2023 - 2023 MONTHLY CAM ESTIMATE | 2,833.68 | | 34,229.41 |
| 11/01/2023 | | TAX REIMBURSEMENT - November 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 34,528.62 |
| 11/01/2023 | | TAX REIMBURSEMENT - November 2023 - REAL ESTATE TAX 2022-2023 | 951.90 | | 35,480.52 |
| 11/10/2023 | BLINK BRENTWOOD, INC. | Payment | | 37,326.58 | -1,846.06 |
| 12/01/2023 | | Commercial Rent - December 2023 - MONTHLY RENT | 25,000.00 | | 23,153.94 |
| 12/01/2023 | | Commercial Rent - December 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 30,788.89 |
| 12/01/2023 | | CAM REIMBURSEMENT - December 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 31,395.73 |
| 12/01/2023 | | CAM REIMBURSEMENT - December 2023 - 2023 MONTHLY CAM ESTIMATE | 2,833.68 | | 34,229.41 |
| 12/01/2023 | | TAX REIMBURSEMENT - December 2023 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 34,528.62 |
| 12/01/2023 | | TAX REIMBURSEMENT - December 2023 - REAL ESTATE TAX 2022-2023 | 951.90 | | 35,480.52 |
| 12/05/2023 | BLINK BRENTWOOD, INC. | Payment December Rent | | 37,326.58 | -1,846.06 |
| 01/01/2024 | | Commercial Rent - January 2024 - MONTHLY RENT | 25,000.00 | | 23,153.94 |
| 01/01/2024 | | Commercial Rent - January 2024 - 2020-2021 | 7,634.95 | | 30,788.89 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| | | DEFERRAL - 4TH AMENDMENT | | | |
| 01/01/2024 | | CAM REIMBURSEMENT - January 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 31,395.73 |
| 01/01/2024 | | CAM REIMBURSEMENT - January 2024 - 2024 MONTHLY CAM ESTIMATE | 2,833.68 | | 34,229.41 |
| 01/01/2024 | | TAX REIMBURSEMENT - January 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 34,528.62 |
| 01/01/2024 | | TAX REIMBURSEMENT - January 2024 - REAL ESTATE TAX 2022-2023 | 951.90 | | 35,480.52 |
| 01/09/2024 | BLINK BRENTWOOD, INC. | Payment JANUARY RENT | | 37,326.58 | -1,846.06 |
| 02/01/2024 | | Commercial Rent - February 2024 - MONTHLY RENT | 25,000.00 | | 23,153.94 |
| 02/01/2024 | | Commercial Rent - February 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 30,788.89 |
| 02/01/2024 | | CAM REIMBURSEMENT - February 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 31,395.73 |
| 02/01/2024 | | CAM REIMBURSEMENT - February 2024 - 2024 MONTHLY CAM ESTIMATE | 2,833.68 | | 34,229.41 |
| 02/01/2024 | | TAX REIMBURSEMENT - February 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 34,528.62 |
| 02/01/2024 | | TAX REIMBURSEMENT - February 2024 - REAL ESTATE TAX 2022-2023 | 951.90 | | 35,480.52 |
| 02/07/2024 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) RENT | | 37,326.58 | -1,846.06 |
| 03/01/2024 | | Commercial Rent - March 2024 - MONTHLY RENT | 25,000.00 | | 23,153.94 |
| 03/01/2024 | | Commercial Rent - March 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 30,788.89 |
| 03/01/2024 | | CAM REIMBURSEMENT - March 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 31,395.73 |
| 03/01/2024 | | CAM REIMBURSEMENT - March 2024 - 2024 MONTHLY CAM ESTIMATE | 2,833.68 | | 34,229.41 |
| 03/01/2024 | | TAX REIMBURSEMENT - March 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 34,528.62 |
| 03/01/2024 | | TAX REIMBURSEMENT - March 2024 - REAL ESTATE TAX 2022-2023 | 951.90 | | 35,480.52 |
| 03/07/2024 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) RENT | | 37,326.58 | -1,846.06 |
| 03/18/2024 | | Legal - LEGAL FEES - INV 3262-021-2310DF | 11.76 | | -1,834.30 |
| 03/18/2024 | | Legal - LEGAL FEES 3262-021-2310DD | 231.29 | | -1,603.01 |
| 03/18/2024 | | Legal - LEGAL FEES - BILL 113795 | 49.25 | | -1,553.76 |
| 03/18/2024 | | Legal - LEGAL FEES - BILL 118725 | 35.08 | | -1,518.68 |
| 03/18/2024 | | Legal - LEGAL FEES - BILL 118722 | 38.56 | | -1,480.12 |
| 03/18/2024 | | Legal - LEGAL FEES - BILL 122929 | 49.25 | | -1,430.87 |
| 03/18/2024 | | Legal - LEGAL FEES - BILL 113801 | 19.70 | | -1,411.17 |
| 03/18/2024 | | Legal - LEGAL FEES - BILL 93781 | 98.50 | | -1,312.67 |
| 03/18/2024 | | Legal - LEGAL FEES - BILL 93776 | 348.75 | | -963.92 |
| 03/18/2024 | | Legal - LEGAL FEES - BILL 93778 | 232.50 | | -731.42 |
| 04/01/2024 | | Commercial Rent - April 2024 - MONTHLY RENT | 25,000.00 | | 24,268.58 |
| 04/01/2024 | | Commercial Rent - April 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 31,903.53 |
| 04/01/2024 | | CAM REIMBURSEMENT - April 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 32,510.37 |
| 04/01/2024 | | CAM REIMBURSEMENT - April 2024 - 2024 MONTHLY | 2,833.68 | | 35,344.05 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| | | CAM ESTIMATE | | | |
| 04/01/2024 | | TAX REIMBURSEMENT - April 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 35,643.26 |
| 04/01/2024 | | TAX REIMBURSEMENT - April 2024 - REAL ESTATE TAX 2022-2023 | 951.90 | | 36,595.16 |
| 04/08/2024 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH Blink PAYMENTS 0-5644751569-00) RENT | | 37,326.58 | -731.42 |
| 05/01/2024 | | Commercial Rent - May 2024 - MONTHLY RENT | 25,000.00 | | 24,268.58 |
| 05/01/2024 | | Commercial Rent - May 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 31,903.53 |
| 05/01/2024 | | CAM REIMBURSEMENT - May 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 32,510.37 |
| 05/01/2024 | | CAM REIMBURSEMENT - May 2024 - 2024 MONTHLY CAM ESTIMATE | 2,833.68 | | 35,344.05 |
| 05/01/2024 | | TAX REIMBURSEMENT - May 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 35,643.26 |
| 05/01/2024 | | TAX REIMBURSEMENT - May 2024 - REAL ESTATE TAX 2022-2023 | 951.90 | | 36,595.16 |
| 05/07/2024 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) RENT | | 35,480.52 | 1,114.64 |
| 06/01/2024 | | Commercial Rent - June 2024 - MONTHLY RENT | 25,000.00 | | 26,114.64 |
| 06/01/2024 | | Commercial Rent - June 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 33,749.59 |
| 06/01/2024 | | CAM REIMBURSEMENT - June 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 34,356.43 |
| 06/01/2024 | | CAM REIMBURSEMENT - June 2024 - 2024 MONTHLY CAM ESTIMATE | 2,833.68 | | 37,190.11 |
| 06/01/2024 | | TAX REIMBURSEMENT - June 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 37,489.32 |
| 06/01/2024 | | TAX REIMBURSEMENT - June 2024 - REAL ESTATE TAX 2022-2023 | 951.90 | | 38,441.22 |
| 06/10/2024 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) Rent | | 37,326.58 | 1,114.64 |
| 07/01/2024 | | Commercial Rent - July 2024 - MONTHLY RENT | 25,000.00 | | 26,114.64 |
| 07/01/2024 | | Commercial Rent - July 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 33,749.59 |
| 07/01/2024 | | CAM REIMBURSEMENT - July 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 34,356.43 |
| 07/01/2024 | | CAM REIMBURSEMENT - July 2024 - 2024 MONTHLY CAM ESTIMATE | 2,833.68 | | 37,190.11 |
| 07/01/2024 | | TAX REIMBURSEMENT - July 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 37,489.32 |
| 07/01/2024 | | TAX REIMBURSEMENT - July 2024 - REAL ESTATE TAX 2022-2023 | 951.90 | | 38,441.22 |
| 07/09/2024 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) RENT | | 37,326.58 | 1,114.64 |
| 08/01/2024 | | Commercial Rent - August 2024 - MONTHLY RENT | 25,000.00 | | 26,114.64 |
| 08/01/2024 | | Commercial Rent - August 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 33,749.59 |
| 08/01/2024 | | CAM REIMBURSEMENT - August 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 34,356.43 |
| 08/01/2024 | | CAM REIMBURSEMENT - August 2024 - 2024 MONTHLY CAM ESTIMATE | 2,833.68 | | 37,190.11 |
| 08/01/2024 | | TAX REIMBURSEMENT - August 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 37,489.32 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
| --- | --- | --- | --- | --- | --- |
| 08/01/2024 | | TAX REIMBURSEMENT - August 2024 - REAL ESTATE TAX 2023-2024 | 940.53 | | 38,429.85 |
| 08/11/2024 | | LATE FEES - Late Fee for Aug 2024 | 381.75 | | 38,811.60 |
| 08/11/2024 | | LATE FEES - Late Fee for Aug 2024 | 1,250.00 | | 40,061.60 |
| 09/01/2024 | | Commercial Rent - September 2024 - MONTHLY RENT | 25,000.00 | | 65,061.60 |
| 09/01/2024 | | Commercial Rent - September 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 7,634.95 | | 72,696.55 |
| 09/01/2024 | | CAM REIMBURSEMENT - September 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 606.84 | | 73,303.39 |
| 09/01/2024 | | CAM REIMBURSEMENT - September 2024 - 2024 MONTHLY CAM ESTIMATE | 2,833.68 | | 76,137.07 |
| 09/01/2024 | | TAX REIMBURSEMENT - September 2024 - 2020-2021 DEFERRAL - 4TH AMENDMENT | 299.21 | | 76,436.28 |
| 09/01/2024 | | TAX REIMBURSEMENT - September 2024 - REAL ESTATE TAX 2023-2024 | 940.53 | | 77,376.81 |
| 09/04/2024 | BLINK BRENTWOOD, INC. | Payment (Reference #ACH) Rent | | 37,315.21 | 40,061.60 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Total** | | | | | **40,061.60** |