# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 399-401** |

## CERTIFICATE OF SERVICE

I, BENJAMIN JOHNSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 23, 2024, I caused to be served the:

   a. "Declaration of Disinterestedness of Hunton Andrews Kurth LLP Pursuant to the Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief," dated September 23, 2024 [Docket No. 399] (the "Hunton Declaration"),

   b. "Notice of Agenda for Hearing of Matters Scheduled for September 26, 2024 at 10:30 a.m. (ET)," dated September 23, 2024 [Docket No. 400] (the "Agenda"), and

   c. "Declaration of Disinterestedness of Littler Mendelson, P.C., Pursuant to the Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief," dated September 23, 2024 [Docket No. 401] (the "Littler Declaration"),

   by causing true and correct copies of the:

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

      i.     Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

      ii.    Agenda to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

      iii.   Hunton Declaration and Littler Declaration to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C.</u>

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Benjamin Johnson*
Benjamin Johnson

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BELKIN BURDEN GOLDMAN, LLP | COUNSEL TO THE THEATRE BUILDING JAY B. SOLOMON, ESQ. ONE GRAND CENTRAL PLACE 60 E. 42ND STREET, 16TH FLOOR NEW YORK NY 10165 |
| CONNOLLY GALLAGHER LLP | COUNSEL TO KRE BROADWAY OWNER LLC KAREN C. BIFFERATO, ESQ. 1201 NORTH MARKET STREET, 20TH FLOOR WILMINGTON DE 19801 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF MASSACHUSETTS ATTY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF PENNSYLVANIA ATTY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | 299 PARK AVENUE, 3RD FLOOR NEW YORK NY 10171 |

**Total Creditor count  9**

# EXHIBIT B

BLINK HOLDINGS, INC., *et al*.,
Case No. 24-11686 (JKS)
Electronic Mail Service List

| Creditor Name | Email Address |
| --- | --- |
| EQUINOX HOLDINGS, INC. | arlene.hong@equinox.com |
| EQUINOX HOLDINGS, INC. | tbednar@cgsh.com; drkramer@cgsh.com; spyun@cgsh.com |
| HPS INVESTMENT PARTNERS, LLC | alexey.pazukha@hpspartners.com; colbert.cannon@hpspartners.com |
| INTERNAL REVENUE SERVICES | victoria.g.mosby@irs.gov; millie.h.agent@irs.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov; |
| OFFICE OF THE UNITED STATES TRUSTEE | benjamin.a.hackman@usdoj.gov |
| STATE OF NEW JERSEY ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| VARAGON CAPITAL PARTNERS AGENT, LLC | peter.knight@katten.com; michael.howald@katten.com); scott.lyons@katten.com |
| VARAGON CAPITAL PARTNERS AGENT, LLC | cmiller@morrisnichols.com |
| 125 PARK OWNER LLC | brett.herschenfeld@slgreen.com |
| 96 NORTH 10TH STREET HOLDINGS LLC | mordy@sparkremgmt.com |
| A&G REALTY PARTNERS, LLC | andy@agrep.com |
| AVENUE CODE, LLC | mmarques@avenuecode.com |
| AWESOMENESSTV HOLDINGS, LLC | trupti.patel@paramount.com |
| BRIXMOR SPE 6LLC | david.gerstenhaber@brixmor.com |
| CHICAGO, IL 4644-4658 S DREXEL LLC | snicholson@insiterealestate.com |
| DUARTE BROTHERS WOODWORK INC. | duartebrothers@aol.com |
| EAST 54TH STREET PARTNERS LLC | jack@jtreholdings.com |
| ENEL X NORTH AMERICA, INC. | ralph.campanelli@enel.com |
| GLE-III, LLC | tbuckstein@kimcorealty.com |
| GOOD EARTH DISTRIBUTION, LLC | rich.hebert@goodearthproducts.com |
| JOHNSON HEALTH TECH NA, INC. | phyllis.dannin@matrixfitness.com |
| JTRE 23 WS (DEL) LLC | jack@jtreholdings.com |
| LEVIN PROPERTIES, L.P. | rmeno@levinmgt.com |
| MBB REALTY LIMITED PARTNERSHIP | michael@pomre.com |
| MOTIONSOFT, INC. | jeff@clubautomation.com |
| RW 5901 FLATLANDS LLC | aweiss@laundrycapital.com |
| STELLA RISING INC. | avespucci@stellarising.com |
| VBGO PENN PLAZA LLC | btheis@rosenbergestis.com |
| MONZACK MERSKY AND BROWDER, P.A. | rmersky@monlaw.com |

BLINK HOLDINGS, INC., *et al*.,
Case No. 24-11686 (JKS)
Electronic Mail Service List

| Creditor Name | Email Address |
|---|---|
| KATTEN MUCHIN ROSENMAN LLP | peter.knight@katten.com; allison.yager@katten.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; ameng@morrisnichols.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| STARK & STARK, P.C. | tonder@stark-stark.com; jlemkin@stark-stark.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | lschweitzer@cgsh.com; tkessler@cgsh.com |
| ASHBY & GEDDES, P.A. | rpalacio@ashbygeddes.com; dkosloske@ashbygeddes.com |
| CHARLES E. BOULBOL, P.C. | rtrack@msn.com |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; liu@teamrosner.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| MURPHY DESMOND S.C. | jphillips@murphydesmond.com |
| RICHARDS, LAYTON & FINGER, P.A. | knight@rlf.com; milana@rlf.com; javorsky@rlf.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | gbressler@mdmc-law.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| FARRELL FRITZ, P.C. | pcollins@farrellfritz.com; dpascarella@farrellfritz.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | mvaldez@pbfcm.com |
| LEECH TISHMAN ROBINSON BROG, PLLC | cyee@leechtishman.com; jcarbino@leechtishman.com |
| KELLEY DRYE & WARREN LLP | kelliott@kelleydrye.com; abarajas@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |

BLINK HOLDINGS, INC., *et al* .,
Case No. 24-11686 (JKS)
Electronic Mail Service List

| Creditor Name | Email Address |
|---|---|
| SHIPMAN & GOODWIN | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| ALSTON & BIRD LLP | jacob.johnson@alston.com; stephen.blank@alston.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| SAUL EWING LLP | monique.disabatino@saul.com; turner.falk@saul.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | slevin@mdmc-law.com |
| COOCH AND TAYLOR, P.A | gdick@coochtaylor.com; klevitsky@coochtaylor.com |
| BRADLEY ARANT BOULT CUMMINGS LLP | jbailey@bradley.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| PICK & ZABICKI LLP | dpick@picklaw.net |
| JASPAN SCHLESINGER NARENDRAN LLP | spernaplank@jaspanllp.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com |
| MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP | gmeltzer@meltzerlippe.com; ssteinberg@meltzerlippe.com |
| LATHAM & WATKINS LLP | george.davis@lw.com; ted.dillman@lw.com; whit.morley@lw.com |
| COLE SCHOTZ P.C. | npernick@coleschotz.com; ddean@coleschotz.com |
| STARK & STARK, P.C. | tduggan@stark-stark.com |

# EXHIBIT C

BLINK HOLDINGS, INC., *et al.,*
Case No. 24-11686 (JKS)
Electronic Mail Service List

| Party | Email |
|---|---|
| Debtors | sshenker@pppllc.com; scanna@pppllc.com |
| Young Conaway Stargatt & Taylor | sgreecher@ycst.com; amielke@ycst.com |
| US Trustee | benjamin.a.hackman@usdoj.gov |
| Kelley Drye & Warren LLP | ewilson@kelleydrye.com; kelliott@kelleydrye.com |
| Morris James LLP | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| ZwillGen PLLC | stacey@zwillgen.com |