UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Blink Holdings, Inc., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered) |

### OBJECTION TO PROPOSED CURE AMOUNT

CP Associates LLC ("CPA"), by its undersigned counsel respectfully files this objection to the proposed cure amount set forth by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") and respectfully states as follows:

### BACKGROUND

1. On August 12, 2024 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").

2. On September 12, 2024, the Debtors filed their Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts (ECF361) (the "Notice"). The Notice identified the below four agreements (together, the "Lease Agreement") relating to Blink Concourse Holdings, Inc.'s lease of the real property located at 820 Concourse West, Bronx, New York. The Notice lists an aggregate proposed cure amount of $77,042.98 (the "Proposed Cure").

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

4879-0494-3337, v. 1

| # | Case Number | Debtor Entity | Counterparty | Contract Description | Cure Amount |
|---|---|---|---|---|---|
| 415 | 24-11768 | Blink Concourse Holdings, Inc. | CP Associates LLC | Letter Agreement DTD 9/16/2020 | $0.00 |
| 417 | 24-11686 | Blink Holdings Inc. | CP Associates LLC | Letter Agreement DTD 9/16/2020 | $0.00 |
| 416 | 24-11768 | Blink Concourse Holdings, Inc. | CP Associates LLC | Letter Agreement DTD 1/6/2022 | $0.00 |
| 418 | 24-11686 | Blink Holdings, Inc. | CP Associates LLC | Letter Agreement DTD1/6/2022 | $0.00 |
| 413 | 24-11768 | Blink Concourse Holdings, Inc. | CP Associates LLC | Store Lease Agreement DTD 8/28/2012 | $77,042.98 |
| 414 | 24-11768 | Blink Concourse Holdings, Inc. | CP Associates LLC | Temporary Licensee Agreement DTD 7/19/2012 | $0.00 |

Notice at p. 24.

**OBJECTION**

3.  CPA objects to the Proposed Cure as being insufficient to fully cure the defaults under the Lease Agreement.  To the extent the Debtors seek to assume the Lease Agreement, CPA objects to any such assumption unless the Debtors pay the actual "cure amount" with respect to the Lease Agreement. Pursuant to the CPA's rent ledger, a copy of which is attached as **Exhibit A**, $84,956.14 ("Actual Cure")[2] remains outstanding as of the Petition Date.

4.  Any assumption of the Lease must be conditioned on the Debtors' compliance with the requirements of section 365 of the Bankruptcy Code and the Lease Agreement, including but not limited to, paying all amounts due and owing under the Lease Agreement through the effective date of the assumption of the Lease Agreement.  Section 365(b)(1) of the Bankruptcy Code requires that before a debtor may assume an unexpired lease, it must cure all defaults under the Lease Agreement. *See* 11

---

[2] The Actual Cure does not include any legal fees incurred by CPA and CPA reserves the right to assert attorneys' fees that may be due under the Lease Agreement.

U.S.C. § 365(b)(1) ("[i]f there has been a default in an [] unexpired lease of the debtor, the trustee may not assume such [] lease unless, at the time of assumption of such [] lease, the trustee—(A) cures, or provides adequate assurance that the trustee will promptly cure, such default . . . ."). Here, the Proposed Cure is not the correct amount required to "cure" the Lease Agreement. To the extent the Debtors seek to assume the Lease Agreement, the Debtors must pay the Actual Cure in full. Accordingly, CPA objects to the assumption of the Lease Agreement unless the Debtors fully comply with all of the requirements of the Bankruptcy Code, including section 365(b). Absent such full compliance, any proposed assumption must be denied.

## RESERVATION OF RIGHTS

5.    CPA reserves the right to amend, modify and supplement this objection and the Actual Cure at or prior to the conclusion of the hearing to consider this objection.

## CONCLUSION

WHEREFORE, CPA respectfully requests the entry of an order (i) establishing the Actual Cure Amount for the Lease Agreement of at least $84,956.14 and (ii) and grant CPA any additional and further relief the Court deems just and proper

Dated: September 26, 2024
       Wilmington, Delaware

Respectfully submitted,

 /s/Jeffrey M. Carbino
Jeffrey M. Carbino (DE No. 4062)
LEECH TISHMAN FUSCALDO & LAMPL
1007 N. Orange Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 985-9805
Email: jcarbino@leechtishman.com

# Exhibit A

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| | | | | Date:09/25/2024 | | |
| C3 0100A | INC., | CP ASSOCIATES LLC | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 |

**Results based on:** Start Date = 01/01/2019 AND End Date = None

| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
|---|---|---|---|---|---|---|---|
| 5/1/2019 | ME - METERED ELECTRC | 254080 | Debit | 3,831.93 | | 3,831.91 | 2/14/19-3/18/19 |
| 5/1/2019 | WR - WATER/SEWER | 254207 | Debit | 496.87 | | 4,328.78 | 3/12/19-4/12/19 |
| 5/1/2019 | RT - R/E TAX ESC. | 260655 | Invoice | 7,448.47 | | 11,777.25 | |
| 5/1/2019 | RC - RENT BILL-COMM. | 260655 | Invoice | 54,869.96 | | 66,647.21 | |
| 5/10/2019 | **Payments** | 0 | Cash | | 66,647.24 | -0.03 | |
| 6/1/2019 | ME - METERED ELECTRC | 263439 | Debit | 4,086.77 | | 4,086.74 | 3/18/19-4/16/19 |
| 6/1/2019 | RT - R/E TAX ESC. | 269633 | Invoice | 7,448.47 | | 11,535.21 | |
| 6/1/2019 | RC - RENT BILL-COMM. | 269633 | Invoice | 54,869.96 | | 66,405.17 | |
| 6/5/2019 | **Payments** | 0 | Cash | | 66,405.21 | -0.04 | |
| 7/1/2019 | ME - METERED ELECTRC | 271655 | Debit | 3,972.98 | | 3,972.94 | 4/16/19-5/15/19 |
| 7/1/2019 | WR - WATER/SEWER | 271849 | Debit | 424.14 | | 4,397.08 | 4/12/19-5/8/19 |
| 7/1/2019 | WR - WATER/SEWER | 271850 | Debit | 569.6 | | 4,966.68 | 5/8/19-6/12/19 |
| 7/1/2019 | RT - R/E TAX ESC. | 277757 | Invoice | 12,358.42 | | 17,325.10 | |
| 7/1/2019 | RC - RENT BILL-COMM. | 277757 | Invoice | 54,869.96 | | 72,195.06 | |
| 7/10/2019 | **Payments** | 22158 | Cash | | 67,285.16 | 4,909.90 | |
| 8/1/2019 | WR - WATER/SEWER | 279813 | Debit | 974.16 | | 5,884.06 | 6/12/19-7/12/19 |
| 8/1/2019 | ME - METERED ELECTRC | 279822 | Debit | 4,256.85 | | 10,140.91 | 5/15/19-6/14/19 |
| 8/1/2019 | RT - R/E TAX ESC. | 286121 | Invoice | 12,358.42 | | 22,499.33 | |
| 8/1/2019 | RC - RENT BILL-COMM. | 286121 | Invoice | 54,869.96 | | 77,369.29 | |
| 8/6/2019 | **Payments** | 0 | Cash | | 67,549.45 | 9,819.84 | |
| 9/1/2019 | WR - WATER/SEWER | 288008 | Debit | 458.5 | | 10,278.34 | 7.12.19-8.7.19 |
| 9/1/2019 | ME - METERED ELECTRC | 288398 | Debit | 4,671.11 | | 14,949.45 | 6/14/19-7/16/19 |
| 9/1/2019 | RT - R/E TAX ESC. | 294147 | Invoice | 12,358.42 | | 27,307.87 | |
| 9/1/2019 | RC - RENT BILL-COMM. | 294147 | Invoice | 54,869.96 | | 82,177.83 | |
| 9/6/2019 | **Payments** | 22579 | Cash | | 66,989.55 | 15,188.28 | |
| 10/1/2019 | ME - METERED ELECTRC | 296046 | Debit | 4,630.71 | | 19,818.99 | 7/16/19-8/15/19 |
| 10/1/2019 | WR - WATER/SEWER | 296338 | Debit | 632.11 | | 20,451.10 | 8/7/19-9/12/19 |
| 10/1/2019 | RT - R/E TAX ESC. | 302253 | Invoice | 12,358.42 | | 32,809.52 | |

| | | | | | | Date:09/25/2024 | |
|---|---|---|---|---|---|---|---|
| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit | |
| C3 0100A | INC., | CP ASSOCIATES LLC | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 | |

**Results based on:** Start Date = 01/01/2019 AND End Date = None

| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
|---|---|---|---|---|---|---|---|
| 10/1/2019 | RC - RENT BILL-COMM. | 302253 | Invoice | 54,869.96 | | 87,679.48 | |
| 10/10/2019 | **Payments** | 0 | Cash | | 87,679.40 | 0.08 | |
| 11/1/2019 | WR - WATER/SEWER | 304319 | Debit | 540.13 | | 540.21 | 9/12/19-10/12/19 |
| 11/1/2019 | ME - METERED ELECTRC | 304328 | Debit | 3,852.28 | | 4,392.49 | 8/15/19-9/13/19 |
| 11/1/2019 | RT - R/E TAX ESC. | 310497 | Invoice | 12,358.42 | | 16,750.91 | |
| 11/1/2019 | RC - RENT BILL-COMM. | 310497 | Invoice | 54,869.96 | | 71,620.87 | |
| 11/14/2019 | **Payments** | 0 | Cash | | 71,620.80 | 0.07 | |
| 12/1/2019 | ME - METERED ELECTRC | 312386 | Debit | 4,414.39 | | 4,414.46 | 9/13/19-10/15/19 |
| 12/1/2019 | WR - WATER/SEWER | 312556 | Debit | 528.77 | | 4,943.23 | 10.12.19--11.12.19 |
| 12/1/2019 | RT - R/E TAX ESC. | 318631 | Invoice | 12,358.42 | | 17,301.65 | |
| 12/1/2019 | RC - RENT BILL-COMM. | 318631 | Invoice | 54,869.96 | | 72,171.61 | |
| 12/11/2019 | **Payments** | 0 | Cash | | 72,171.55 | 0.06 | |
| 12/17/2019 | RT - R/E TAX ESC. | 321101 | Debit | 385.74 | | 385.8 | 2019/20 R/E TAXES |
| 1/1/2020 | ME - METERED ELECTRC | 320843 | Debit | 3,402.85 | | 3,788.65 | 10/15/19-11/13/19 |
| 1/1/2020 | RT - R/E TAX ESC. | 327131 | Invoice | 12,422.71 | | 16,211.36 | |
| 1/1/2020 | RC - RENT BILL-COMM. | 327131 | Invoice | 54,869.96 | | 71,081.32 | |
| 1/10/2020 | **Payments** | 0 | Cash | | 70,695.53 | 385.79 | |
| 2/1/2020 | WR - WATER/SEWER | 329406 | Debit | 582.5 | | 968.29 | 12.8.19-1.12.20 |
| 2/1/2020 | ME - METERED ELECTRC | 329605 | Debit | 4,159.59 | | 5,127.88 | 11/13/19-12/16/19 |
| 2/1/2020 | WR - WATER/SEWER | 329805 | Debit | 496.87 | | 5,624.75 | 12/12/18-1/12/19 |
| 2/1/2020 | ME - METERED ELECTRC | 329835 | Debit | 3,049.60 | | 8,674.35 | 11/13/18-12/14/18 |
| 2/1/2020 | RT - R/E TAX ESC. | 336229 | Invoice | 12,422.71 | | 21,097.06 | |
| 2/1/2020 | RC - RENT BILL-COMM. | 336229 | Invoice | 54,869.96 | | 75,967.02 | |
| 2/7/2020 | **Payments** | 23560 | Cash | | 67,292.68 | 8,674.34 | |
| 3/1/2020 | WR - WATER/SEWER | 338218 | Debit | 620.74 | | 9,295.08 | 1/12/20-2/8/20 |
| 3/1/2020 | RT - R/E TAX ESC. | 344747 | Invoice | 12,422.71 | | 21,717.79 | |
| 3/1/2020 | RC - RENT BILL-COMM. | 344747 | Invoice | 54,869.96 | | 76,587.75 | |
| 3/6/2020 | **Payments** | 23754 | Cash | | 67,913.42 | 8,674.33 | |

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| | | | | Date:09/25/2024 | | |
| C3 0100A | INC., | CP ASSOCIATES LLC | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 |

**Results based on:** Start Date = 01/01/2019 AND End Date = None

| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
|---|---|---|---|---|---|---|---|
| 4/1/2020 | ME - METERED ELECTRC | 346765 | Debit | 3,548.61 | | 12,222.94 | 1/15/20-2/14/20 |
| 4/1/2020 | ME - METERED ELECTRC | 347058 | Debit | 3,229.80 | | 15,452.74 | 12/16/19-1/15/20 |
| 4/1/2020 | RT - R/E TAX ESC. | 353407 | Invoice | 12,422.71 | | 27,875.45 | |
| 4/1/2020 | RC - RENT BILL-COMM. | 353407 | Invoice | 54,869.96 | | 82,745.41 | |
| 5/1/2020 | WR - WATER/SEWER | 355338 | Debit | 185.68 | | 82,931.09 | 3.8.20-4.12.20 |
| 5/1/2020 | RT - R/E TAX ESC. | 361358 | Invoice | 12,422.71 | | 95,353.80 | |
| 5/1/2020 | RC - RENT BILL-COMM. | 361358 | Invoice | 54,869.96 | | 150,223.76 | |
| 6/1/2020 | WR - WATER/SEWER | 363351 | Debit | 16.2 | | 150,239.96 | 4.12.20-5.8.20 |
| 6/1/2020 | RT - R/E TAX ESC. | 369325 | Invoice | 12,422.71 | | 162,662.67 | |
| 6/1/2020 | RC - RENT BILL-COMM. | 369325 | Invoice | 54,869.96 | | 217,532.63 | |
| 7/1/2020 | WR - WATER/SEWER | 371418 | Debit | 17.23 | | 217,549.86 | 5.8.20-6.12.20 |
| 7/1/2020 | RT - R/E TAX ESC. | 377320 | Invoice | 18,479.32 | | 236,029.18 | |
| 7/1/2020 | RC - RENT BILL-COMM. | 377320 | Invoice | 54,869.96 | | 290,899.14 | |
| 8/1/2020 | ME - METERED ELECTRC | 379328 | Debit | 1,251.30 | | 292,150.44 | 3.17.20-4.15.20 |
| 8/1/2020 | ME - METERED ELECTRC | 379329 | Debit | 1,274.46 | | 293,424.90 | 4.15.20-5.18.20 |
| 8/1/2020 | ME - METERED ELECTRC | 379330 | Debit | 3,307.06 | | 296,731.96 | 2.14.20-3.17.20 |
| 8/1/2020 | WR - WATER/SEWER | 379418 | Debit | 655.88 | | 297,387.84 | 2.8.20 - 3.8.20 |
| 8/1/2020 | RT - R/E TAX ESC. | 385454 | Invoice | 18,479.32 | | 315,867.16 | |
| 8/1/2020 | RC - RENT BILL-COMM. | 385454 | Invoice | 54,869.96 | | 370,737.12 | |
| 9/1/2020 | RT - R/E TAX ESC. | 393363 | Invoice | 18,479.32 | | 389,216.44 | |
| 9/1/2020 | RC - RENT BILL-COMM. | 393363 | Invoice | 54,869.96 | | 444,086.40 | |
| 10/1/2020 | WR - WATER/SEWER | 395676 | Debit | 87.51 | | 444,173.91 | 8.8.20 - 9.12.20 |
| 10/1/2020 | RT - R/E TAX ESC. | 400894 | Invoice | 18,479.32 | | 462,653.23 | |
| 10/1/2020 | RC - RENT BILL-COMM. | 400894 | Invoice | 54,869.96 | | 517,523.19 | |
| 10/22/2020 | DF - DEFERRED RENT | 409242 | Credit | -329,219.76 | | 188,303.43 | 100% DEFERRED RENT APR-SEP |
| 10/22/2020 | DT - DEFERRED RE TAX | 409243 | Credit | -37,268.13 | | 151,035.30 | 100% RE TAX DEF- APR-JUN |
| 10/22/2020 | DT - DEFERRED RE TAX | 409244 | Credit | -55,437.96 | | 95,597.34 | 100% RE TAX DEF- JULY - SEPT |
| 10/22/2020 | DF - DEFERRED RENT | 409245 | Credit | -82,304.94 | | 13,292.40 | 50% DEF RENT OCT-DEC |

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| | | | | Date:09/25/2024 | | |
| C3 0100A | INC., | CP ASSOCIATES LLC | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 |

**Results based on:** Start Date = 01/01/2019 AND End Date = None

| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
|---|---|---|---|---|---|---|---|
| 10/22/2020 | DT - DEFERRED RE TAX | 409246 | Credit | -27,718.98 | | -14,426.58 | 50% DEF RE TAX OCT-DEC |
| 10/28/2020 | DT - DEFERRED RE TAX | 409455 | Debit | 27,718.98 | | 13,292.40 | ENTRY ERROR-ADJ |
| 10/28/2020 | DF - DEFERRED RENT | 409455 | Debit | 82,304.94 | | 95,597.34 | ENTRY ERROR-ADJ |
| 10/28/2020 | DT - DEFERRED RE TAX | 409457 | Credit | -9,239.66 | | 86,357.68 | OCT 50% DEFERRAL |
| 10/28/2020 | DF - DEFERRED RENT | 409457 | Credit | -27,434.98 | | 58,922.70 | OCT 50% DEFERRAL |
| 11/1/2020 | WR - WATER/SEWER | 402966 | Debit | 198.08 | | 59,120.78 | 9.12.20 - 10.8.20 |
| 11/1/2020 | RT - R/E TAX ESC. | 408017 | Invoice | 18,479.32 | | 77,600.10 | |
| 11/1/2020 | RC - RENT BILL-COMM. | 408017 | Invoice | 54,869.96 | | 132,470.06 | |
| 11/1/2020 | DT - DEFERRED RE TAX | 409458 | Credit | -9,239.66 | | 123,230.40 | NOV 50% DEFERRAL |
| 11/1/2020 | DF - DEFERRED RENT | 409458 | Credit | -27,434.98 | | 95,795.42 | NOV 50% DEFERRAL |
| 11/20/2020 | **Payments** | 0 | Cash | | 73,349.30 | 22,446.12 | |
| 12/1/2020 | WR - WATER/SEWER | 409958 | Debit | 245.62 | | 22,691.74 | 10.8.20-11.8.20 |
| 12/1/2020 | WR - WATER/SEWER | 410862 | Debit | 18.27 | | 22,710.01 | 7.8.20 - 8.8.20 |
| 12/1/2020 | WR - WATER/SEWER | 410869 | Debit | 18.27 | | 22,728.28 | 6.8.20 - 7.8.20 |
| 12/1/2020 | DT - DEFERRED RE TAX | 415575 | Credit | -9,239.66 | | 13,488.62 | |
| 12/1/2020 | RT - R/E TAX ESC. | 415575 | Invoice | 18,479.32 | | 31,967.94 | |
| 12/1/2020 | DF - DEFERRED RENT | 415575 | Credit | -27,434.98 | | 4,532.96 | |
| 12/1/2020 | RC - RENT BILL-COMM. | 415575 | Invoice | 54,869.96 | | 59,402.92 | |
| 12/14/2020 | RT - R/E TAX ESC. | 418266 | Debit | 3,173.46 | | 62,576.38 | 2020/21 R/E TAXES |
| 12/21/2020 | **Payments** | 0 | Cash | | 58,520.31 | 4,056.07 | 12.18.20 ACH PYMNT |
| 1/1/2021 | WR - WATER/SEWER | 418724 | Debit | 250.78 | | 4,306.85 | 11.8.20- 12.8.20 |
| 1/1/2021 | ME - METERED ELECTRC | 419105 | Debit | 3,550.45 | | 7,857.30 | 9.14.20-10.13.20 |
| 1/1/2021 | ME - METERED ELECTRC | 419106 | Debit | 4,382.68 | | 12,239.98 | 10.13.20-11.12.20 |
| 1/1/2021 | DT - DEFERRED RE TAX | 423805 | Invoice | 4,014.17 | | 16,254.15 | |
| 1/1/2021 | DF - DEFERRED RENT | 423805 | Invoice | 13,717.49 | | 29,971.64 | |
| 1/1/2021 | RT - R/E TAX ESC. | 423805 | Invoice | 19,008.23 | | 48,979.87 | |
| 1/1/2021 | RC - RENT BILL-COMM. | 423805 | Invoice | 54,869.96 | | 103,849.83 | |
| 1/22/2021 | **Payments** | 0 | Cash | | 45,914.31 | 57,935.52 | 1.22.21 ACH PYMNT |

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| | | | | Date:09/25/2024 | | |
| C3 0100A | INC., | CP ASSOCIATES LLC | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 |

**Results based on:** Start Date = 01/01/2019 AND End Date = None

| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
|---|---|---|---|---|---|---|---|
| 2/1/2021 | DT - DEFERRED RE TAX | 430723 | Invoice | 4,014.17 | | 61,949.69 | |
| 2/1/2021 | DF - DEFERRED RENT | 430723 | Invoice | 13,717.49 | | 75,667.18 | |
| 2/1/2021 | RT - R/E TAX ESC. | 430723 | Invoice | 19,008.23 | | 94,675.41 | |
| 2/1/2021 | RC - RENT BILL-COMM. | 430723 | Invoice | 54,869.96 | | 149,545.37 | |
| 2/4/2021 | **Payments** | 0 | Cash | | 46,972.13 | 102,573.24 | 2.4.21 ACH PYNT |
| 2/12/2021 | **Payments** | 0 | Cash | | 3,173.46 | 99,399.78 | 2.12.21 ACH PYMNT |
| 3/1/2021 | DT - DEFERRED RE TAX | 437518 | Invoice | 4,014.17 | | 103,413.95 | |
| 3/1/2021 | DF - DEFERRED RENT | 437518 | Invoice | 13,717.49 | | 117,131.44 | |
| 3/1/2021 | RT - R/E TAX ESC. | 437518 | Invoice | 19,008.23 | | 136,139.67 | |
| 3/1/2021 | RC - RENT BILL-COMM. | 437518 | Invoice | 54,869.96 | | 191,009.63 | |
| 3/8/2021 | **Payments** | 0 | Cash | | 46,443.22 | 144,566.41 | 3.8.21 ACH PYMNT |
| 4/1/2021 | ME - METERED ELECTRC | 440168 | Debit | 3,132.33 | | 147,698.74 | 11.12.20- 12.15.20 |
| 4/1/2021 | ME - METERED ELECTRC | 440171 | Debit | 4,191.17 | | 151,889.91 | 12.15.20- 1.15.21 |
| 4/1/2021 | DT - DEFERRED RE TAX | 445716 | Invoice | 4,014.17 | | 155,904.08 | |
| 4/1/2021 | DF - DEFERRED RENT | 445716 | Invoice | 13,717.49 | | 169,621.57 | |
| 4/1/2021 | RT - R/E TAX ESC. | 445716 | Invoice | 19,008.23 | | 188,629.80 | |
| 4/1/2021 | RC - RENT BILL-COMM. | 445716 | Invoice | 54,869.96 | | 243,499.76 | |
| 4/6/2021 | **Payments** | 0 | Cash | | 53,766.72 | 189,733.04 | 4.6.21 ACH PYMNT |
| 5/1/2021 | WR - WATER/SEWER | 447911 | Debit | 338.62 | | 190,071.66 | 3.8.21 - 4.8.21 |
| 5/1/2021 | DT - DEFERRED RE TAX | 452938 | Invoice | 4,014.17 | | 194,085.83 | |
| 5/1/2021 | DF - DEFERRED RENT | 452938 | Invoice | 13,717.49 | | 207,803.32 | |
| 5/1/2021 | RT - R/E TAX ESC. | 452938 | Invoice | 19,008.23 | | 226,811.55 | |
| 5/1/2021 | RC - RENT BILL-COMM. | 452938 | Invoice | 54,869.96 | | 281,681.51 | |
| 5/4/2021 | **Payments** | 0 | Cash | | 46,443.22 | 235,238.29 | 5.4.21 ACH PYMNT |
| 6/1/2021 | ME - METERED ELECTRC | 455200 | Debit | 3,876.48 | | 239,114.77 | 1/15/21 - 2/17/21 |
| 6/1/2021 | ME - METERED ELECTRC | 455201 | Debit | 3,733.29 | | 242,848.06 | 2.17.21 - 3.18.21 |
| 6/1/2021 | DT - DEFERRED RE TAX | 461524 | Invoice | 4,014.17 | | 246,862.23 | |
| 6/1/2021 | DF - DEFERRED RENT | 461524 | Invoice | 13,717.49 | | 260,579.72 | |

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| | | | | Date:09/25/2024 | | |
| C3 0100A | INC., | CP ASSOCIATES LLC | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 |

**Results based on:** Start Date = 01/01/2019 AND End Date = None

| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
|---|---|---|---|---|---|---|---|
| 6/1/2021 | RT - R/E TAX ESC. | 461524 | Invoice | 19,008.23 | | 279,587.95 | |
| 6/1/2021 | RC - RENT BILL-COMM. | 461524 | Invoice | 54,869.96 | | 334,457.91 | |
| 7/1/2021 | WR - WATER/SEWER | 463414 | Debit | 318.99 | | 334,776.90 | 5.8.21 - 6.8.21 |
| 7/1/2021 | WR - WATER/SEWER | 463529 | Debit | 264.22 | | 335,041.12 | 1.8.21-2.8.21 |
| 7/1/2021 | DT - DEFERRED RE TAX | 468870 | Invoice | 4,014.17 | | 339,055.29 | |
| 7/1/2021 | DF - DEFERRED RENT | 468870 | Invoice | 13,717.49 | | 352,772.78 | |
| 7/1/2021 | RT - R/E TAX ESC. | 468870 | Invoice | 20,959.84 | | 373,732.62 | |
| 7/1/2021 | RC - RENT BILL-COMM. | 468870 | Invoice | 54,869.96 | | 428,602.58 | |
| 7/2/2021 | **Payments** | 0 | Cash | | 73,878.20 | 354,724.38 | 7.2.21 ACH |
| 8/1/2021 | WR - WATER/SEWER | 471146 | Debit | 333.89 | | 355,058.27 | 6.8.21 - 7.8.21 |
| 8/1/2021 | ME - METERED ELECTRC | 471367 | Debit | 3,942.03 | | 359,000.30 | 3.18.21 -4.16.21 |
| 8/1/2021 | ME - METERED ELECTRC | 471385 | Debit | 4,121.45 | | 363,121.75 | 4.16.21 - 5.14.21 |
| 8/1/2021 | ME - METERED ELECTRC | 471386 | Debit | 4,695.75 | | 367,817.50 | 5.14.21 -6.15.21 |
| 8/1/2021 | DT - DEFERRED RE TAX | 476525 | Invoice | 4,014.17 | | 371,831.67 | |
| 8/1/2021 | DF - DEFERRED RENT | 476525 | Invoice | 13,717.49 | | 385,549.16 | |
| 8/1/2021 | RT - R/E TAX ESC. | 476525 | Invoice | 20,959.84 | | 406,509.00 | |
| 8/1/2021 | RC - RENT BILL-COMM. | 476525 | Invoice | 54,869.96 | | 461,378.96 | |
| 9/1/2021 | WR - WATER/SEWER | 478544 | Debit | 328.57 | | 461,707.53 | 7.8.21 - 8.8.21 |
| 9/1/2021 | DT - DEFERRED RE TAX | 484112 | Invoice | 4,014.17 | | 465,721.70 | |
| 9/1/2021 | DF - DEFERRED RENT | 484112 | Invoice | 13,717.49 | | 479,439.19 | |
| 9/1/2021 | RT - R/E TAX ESC. | 484112 | Invoice | 20,959.84 | | 500,399.03 | |
| 9/1/2021 | RC - RENT BILL-COMM. | 484112 | Invoice | 54,869.96 | | 555,268.99 | |
| 10/1/2021 | WR - WATER/SEWER | 485887 | Debit | 285.92 | | 555,554.91 | 4.8.21-5.8.21 |
| 10/1/2021 | WR - WATER/SEWER | 485888 | Debit | 269.38 | | 555,824.29 | 2.8.21-3.8.21 |
| 10/1/2021 | WR - WATER/SEWER | 486265 | Debit | 356.18 | | 556,180.47 | 8.8.21 - 9.12.21 |
| 10/1/2021 | DT - DEFERRED RE TAX | 491389 | Invoice | 4,014.17 | | 560,194.64 | |
| 10/1/2021 | DF - DEFERRED RENT | 491389 | Invoice | 13,717.49 | | 573,912.13 | |
| 10/1/2021 | RT - R/E TAX ESC. | 491389 | Invoice | 20,959.84 | | 594,871.97 | |

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| | | | | Date:09/25/2024 | | |
| C3 0100A | INC., | CP ASSOCIATES LLC | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 |

**Results based on:** Start Date = 01/01/2019 AND End Date = None

| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
|---|---|---|---|---|---|---|---|
| 10/1/2021 | RC - RENT BILL-COMM. | 491389 | Invoice | 54,869.96 | | 649,741.93 | |
| 10/5/2021 | **Payments** | 0 | Cash | | 48,394.82 | 601,347.11 | 10.5.21 ACH PYMNT |
| 10/30/2021 | **Payments** | 0 | Cash | | 48,394.82 | 552,952.29 | 9.1.21 ACH |
| 11/1/2021 | ME - METERED ELECTRC | 493434 | Debit | 5,616.32 | | 558,568.61 | 7.15.21-8.13.21 |
| 11/1/2021 | ME - METERED ELECTRC | 493439 | Debit | 5,228.34 | | 563,796.95 | 8.13.21-9.14.21 |
| 11/1/2021 | WR - WATER/SEWER | 493999 | Debit | 351.93 | | 564,148.88 | 9.12.21 - 10.12.21 |
| 11/1/2021 | DT - DEFERRED RE TAX | 498969 | Invoice | 4,014.17 | | 568,163.05 | |
| 11/1/2021 | DF - DEFERRED RENT | 498969 | Invoice | 13,717.49 | | 581,880.54 | |
| 11/1/2021 | RT - R/E TAX ESC. | 498969 | Invoice | 20,959.84 | | 602,840.38 | |
| 11/1/2021 | RC - RENT BILL-COMM. | 498969 | Invoice | 54,869.96 | | 657,710.34 | |
| 11/5/2021 | **Payments** | 0 | Cash | | 75,829.81 | 581,880.53 | 11.5.21 ACH PAYMNT |
| 12/1/2021 | WR - WATER/SEWER | 500978 | Debit | 392.28 | | 582,272.81 | 10.12.21 - 11.10.21 |
| 12/1/2021 | ME - METERED ELECTRC | 500989 | Debit | 6,084.43 | | 588,357.24 | 6.15.21 - 7.15.21 |
| 12/1/2021 | DT - DEFERRED RE TAX | 505974 | Invoice | 4,014.17 | | 592,371.41 | |
| 12/1/2021 | DF - DEFERRED RENT | 505974 | Invoice | 13,717.49 | | 606,088.90 | |
| 12/1/2021 | RT - R/E TAX ESC. | 505974 | Invoice | 20,959.84 | | 627,048.74 | |
| 12/1/2021 | RC - RENT BILL-COMM. | 505974 | Invoice | 54,869.96 | | 681,918.70 | |
| 12/7/2021 | **Payments** | 0 | Cash | | 54,869.97 | 627,048.73 | 12.7.21 ACH PYMNT |
| 12/16/2021 | RT - R/E TAX ESC. | 508605 | Debit | 1,299.36 | | 628,348.09 | 2021/22 R/E TAXES |
| 1/1/2022 | ME - METERED ELECTRC | 508210 | Debit | 3,226.72 | | 631,574.81 | 5.18.20 - 6.16.20 |
| 1/1/2022 | ME - METERED ELECTRC | 508211 | Debit | 3,628.65 | | 635,203.46 | 6.16.20 - 7.15.20 |
| 1/1/2022 | ME - METERED ELECTRC | 508212 | Debit | 2,512.00 | | 637,715.46 | 7.15.20 - 8.13.20 |
| 1/1/2022 | ME - METERED ELECTRC | 508213 | Debit | 4,334.69 | | 642,050.15 | 8.13.20 - 9.14.20 |
| 1/1/2022 | WR - WATER/SEWER | 508234 | Debit | 379.54 | | 642,429.69 | 11.10.21 - 12.12.21 |
| 1/1/2022 | ME - METERED ELECTRC | 508235 | Debit | 4,915.42 | | 647,345.11 | 9.14.21-10.14.21 |
| 1/1/2022 | DT - DEFERRED RE TAX | 513493 | Invoice | 4,014.17 | | 651,359.28 | |
| 1/1/2022 | DF - DEFERRED RENT | 513493 | Invoice | 13,717.49 | | 665,076.77 | |
| 1/1/2022 | RT - R/E TAX ESC. | 513493 | Invoice | 21,176.40 | | 686,253.17 | |

|  |  |  |  |  |  |  | Date:09/25/2024 |  |
|---|---|---|---|---|---|---|---|---|
| Tenant ID | Tenant Name |  | Property Name |  | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
| C3 0100A | INC., |  | CP ASSOCIATES LLC |  | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 |
| **Results based on:** Start Date = 01/01/2019 AND End Date = None |  |  |  |  |  |  |  |  |
| Date IN | A/R Desc |  | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
| 1/1/2022 | RC - RENT BILL-COMM. |  | 513493 | Invoice | 54,869.96 |  | 741,123.13 |  |
| 1/10/2022 | **Payments** |  | 0 | Cash |  | 119,433.44 | 621,689.69 | 1.10.22 ACH |
| 1/10/2022 | DT - DEFERRED RE TAX |  | 515545 | Debit | 9,239.66 |  | 630,929.35 | REVERSE DF 4/20-12/20 |
| 1/10/2022 | DT - DEFERRED RE TAX |  | 515545 | Debit | 9,239.66 |  | 640,169.01 | REVERSE DF 4/20-12/20 |
| 1/10/2022 | DT - DEFERRED RE TAX |  | 515545 | Debit | 9,239.66 |  | 649,408.67 | REVERSE DF 4/20-12/20 |
| 1/10/2022 | DF - DEFERRED RENT |  | 515545 | Debit | 27,434.98 |  | 676,843.65 | REVERSE DF 4/20-12/20 |
| 1/10/2022 | DF - DEFERRED RENT |  | 515545 | Debit | 27,434.98 |  | 704,278.63 | REVERSE DF 4/20-12/20 |
| 1/10/2022 | DF - DEFERRED RENT |  | 515545 | Debit | 27,434.98 |  | 731,713.61 | REVERSE DF 4/20-12/20 |
| 1/10/2022 | DT - DEFERRED RE TAX |  | 515545 | Debit | 37,268.13 |  | 768,981.74 | REVERSE DF 4/20-12/20 |
| 1/10/2022 | DT - DEFERRED RE TAX |  | 515545 | Debit | 55,437.96 |  | 824,419.70 | REVERSE DF 4/20-12/20 |
| 1/10/2022 | DF - DEFERRED RENT |  | 515545 | Debit | 329,219.76 |  | 1,153,639.46 | REVERSE DF 4/20-12/20 |
| 1/10/2022 | DT - DEFERRED RE TAX |  | 515546 | Credit | -52,184.21 |  | 1,101,455.25 | REV DF BILLING 1/21-1/22 |
| 1/10/2022 | DF - DEFERRED RENT |  | 515546 | Credit | -178,327.37 |  | 923,127.88 | REV DF BILLING 1/21-1/22 |
| 1/10/2022 | C2 - COMMERCIAL CONC |  | 515547 | Credit | -274,349.80 |  | 648,778.08 | ABATED 4/2020-8/2020 |
| 1/10/2022 | DF - DEFERRED RENT |  | 515548 | Credit | -768,179.44 |  | -119,401.36 | DEFERRED RENT 9/2020-10/2021 |
| 1/10/2022 | RT - R/E TAX ESC. |  | 515549 | Credit | -63,529.20 |  | -182,930.56 | CR NOV2021-JAN2022 RET |
| 1/11/2022 | RT - R/E TAX ESC. |  | 515565 | Debit | 6,504.51 |  | -176,426.05 | NOV.2021-JAN.2022 REVISED RET |
| 2/1/2022 | WR - WATER/SEWER |  | 515898 | Debit | 431.57 |  | -175,994.48 | 12.12.21 - 1.11.22 |
| 2/1/2022 | RT - R/E TAX ESC. |  | 520842 | Invoice | 2,168.17 |  | -173,826.31 |  |
| 2/1/2022 | RC - RENT BILL-COMM. |  | 520842 | Invoice | 54,869.96 |  | -118,956.35 |  |
| 2/4/2022 | **Payments** |  | 0 | Cash |  | 54,869.97 | -173,826.32 | 2.4.22 ACH |
| 3/1/2022 | WR - WATER/SEWER |  | 523690 | Debit | 377.42 |  | -173,448.90 | 1.11.22 - 2.8.22 |
| 3/1/2022 | ME - METERED ELECTRC |  | 523749 | Debit | 4,563.10 |  | -168,885.80 | 10.14.21-11.12.21 |
| 3/1/2022 | ME - METERED ELECTRC |  | 523766 | Debit | 5,078.39 |  | -163,807.41 | 11.12.21-12.16.21 |
| 3/1/2022 | ME - METERED ELECTRC |  | 523796 | Debit | 6,799.52 |  | -157,007.89 | 12.16.21 - 1.14.22 |
| 3/1/2022 | RT - R/E TAX ESC. |  | 529051 | Invoice | 2,168.17 |  | -154,839.72 |  |
| 3/1/2022 | RC - RENT BILL-COMM. |  | 529051 | Invoice | 54,869.96 |  | -99,969.76 |  |
| 3/4/2022 | **Payments** |  | 0 | Cash |  | 54,869.97 | -154,839.73 | 3.4.22 ACH |

| | | | | | Date:09/25/2024 | | |
|---|---|---|---|---|---|---|---|
| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit | |
| C3 0100A | INC., | CP ASSOCIATES LLC | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 | |

**Results based on:** Start Date = 01/01/2019 AND End Date = None

| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
|---|---|---|---|---|---|---|---|
| 4/1/2022 | ME - METERED ELECTRC | 530980 | Debit | 5,729.35 | | -149,110.38 | 1.14.22-2.15.22 |
| 4/1/2022 | WR - WATER/SEWER | 531152 | Debit | 434.76 | | -148,675.62 | 2.8.22 - 3.13.22 |
| 4/1/2022 | RT - R/E TAX ESC. | 536643 | Invoice | 2,168.17 | | -146,507.45 | |
| 4/1/2022 | RC - RENT BILL-COMM. | 536643 | Invoice | 54,869.96 | | -91,637.49 | |
| 4/7/2022 | **Payments** | 0 | Cash | | 5,729.35 | -97,366.84 | 4.7.22 ACH |
| 5/1/2022 | ME - METERED ELECTRC | 539082 | Debit | 5,010.78 | | -92,356.06 | 2.15.22 - 3.17.22 |
| 5/1/2022 | RT - R/E TAX ESC. | 544965 | Invoice | 2,168.17 | | -90,187.89 | |
| 5/1/2022 | RC - RENT BILL-COMM. | 544965 | Invoice | 54,869.96 | | -35,317.93 | |
| 5/6/2022 | **Payments** | 0 | Cash | | 54,869.97 | -90,187.90 | 5.6.22 ACH PYMNT |
| 6/1/2022 | WR - WATER/SEWER | 546933 | Debit | 753.33 | | -89,434.57 | 3.13.22 - 5.8.22 |
| 6/1/2022 | RT - R/E TAX ESC. | 552200 | Invoice | 2,168.17 | | -87,266.40 | |
| 6/1/2022 | RC - RENT BILL-COMM. | 552200 | Invoice | 54,869.96 | | -32,396.44 | |
| 6/3/2022 | **Payments** | 0 | Cash | | 54,869.97 | -87,266.41 | 6.3.22 ACH PYMNT |
| 7/1/2022 | WR - WATER/SEWER | 554851 | Debit | 434.76 | | -86,831.65 | 5.8.22 - 6.9.22 |
| 7/1/2022 | ME - METERED ELECTRC | 554879 | Debit | 5,471.15 | | -81,360.50 | 4.14.22 - 5.16.22 |
| 7/1/2022 | RT - R/E TAX ESC. | 560515 | Invoice | 78.3 | | -81,282.20 | |
| 7/1/2022 | AF - ADMIN FEE | 560515 | Invoice | 801.82 | | -80,480.38 | |
| 7/1/2022 | DF - DEFERRED RENT | 560515 | Invoice | 12,802.99 | | -67,677.39 | |
| 7/1/2022 | RC - RENT BILL-COMM. | 560515 | Invoice | 54,869.96 | | -12,807.43 | |
| 7/5/2022 | **Payments** | 0 | Cash | | 54,869.97 | -67,677.40 | 7.5.22 ACH PYMNT |
| 8/1/2022 | ME - METERED ELECTRC | 562575 | Debit | 6,967.73 | | -60,709.67 | 5.16.22 - 6.15.22 |
| 8/1/2022 | WR - WATER/SEWER | 562586 | Debit | 586.28 | | -60,123.39 | 6.9.22 -7.8.22 |
| 8/1/2022 | RT - R/E TAX ESC. | 567794 | Invoice | 78.3 | | -60,045.09 | |
| 8/1/2022 | AF - ADMIN FEE | 567794 | Invoice | 801.82 | | -59,243.27 | |
| 8/1/2022 | DF - DEFERRED RENT | 567794 | Invoice | 12,802.99 | | -46,440.28 | |
| 8/1/2022 | RC - RENT BILL-COMM. | 567794 | Invoice | 54,869.96 | | 8,429.68 | |
| 8/8/2022 | **Payments** | 0 | Cash | | 55,456.25 | -47,026.57 | 8.8.22 ACH PYMNT |
| 9/1/2022 | WR - WATER/SEWER | 569095 | Debit | 502.59 | | -46,523.98 | 7.8.22 - 8.10.22 |

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| | | | | Date:09/25/2024 | | |
| C3 0100A | INC., | CP ASSOCIATES LLC | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 |

**Results based on:** Start Date = 01/01/2019 AND End Date = None

| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
|---|---|---|---|---|---|---|---|
| 9/1/2022 | ME - METERED ELECTRC | 569458 | Debit | 6,830.40 | | -39,693.58 | 6.15.22 - 7.15.22 |
| 9/1/2022 | RT - R/E TAX ESC. | 574924 | Invoice | 78.3 | | -39,615.28 | |
| 9/1/2022 | AF - ADMIN FEE | 574924 | Invoice | 801.82 | | -38,813.46 | |
| 9/1/2022 | DF - DEFERRED RENT | 574924 | Invoice | 12,802.99 | | -26,010.47 | |
| 9/1/2022 | RC - RENT BILL-COMM. | 574924 | Invoice | 54,869.96 | | 28,859.49 | |
| 9/6/2022 | **Payments** | 0 | Cash | | 54,869.97 | -26,010.48 | 9.6.22 ACH |
| 10/1/2022 | WR - WATER/SEWER | 576526 | Debit | 471.06 | | -25,539.42 | 8.10.22 -9.13.22 |
| 10/1/2022 | ME - METERED ELECTRC | 576766 | Debit | 8,705.18 | | -16,834.24 | 7.15.22 - 8.15.22 |
| 10/1/2022 | ME - METERED ELECTRC | 577290 | Debit | 5,486.91 | | -11,347.33 | 3.17.22 - 4.14.22 |
| 10/1/2022 | RT - R/E TAX ESC. | 582358 | Invoice | 78.3 | | -11,269.03 | |
| 10/1/2022 | AF - ADMIN FEE | 582358 | Invoice | 801.82 | | -10,467.21 | |
| 10/1/2022 | DF - DEFERRED RENT | 582358 | Invoice | 12,802.99 | | 2,335.78 | |
| 10/1/2022 | RC - RENT BILL-COMM. | 582358 | Invoice | 54,869.96 | | 57,205.74 | |
| 10/5/2022 | **Payments** | 0 | Cash | | 62,202.96 | -4,997.22 | 10.5.22 ACH PYMNT |
| 11/1/2022 | ME - METERED ELECTRC | 584226 | Debit | 7,425.47 | | 2,428.25 | 8.15.22 - 9.14.22 |
| 11/1/2022 | WR - WATER/SEWER | 584277 | Debit | 412.59 | | 2,840.84 | 9.13.22 - 10.12.22 |
| 11/1/2022 | RT - R/E TAX ESC. | 590212 | Invoice | 78.3 | | 2,919.14 | |
| 11/1/2022 | AF - ADMIN FEE | 590212 | Invoice | 801.82 | | 3,720.96 | |
| 11/1/2022 | DF - DEFERRED RENT | 590212 | Invoice | 12,802.99 | | 16,523.95 | |
| 11/1/2022 | RC - RENT BILL-COMM. | 590212 | Invoice | 54,869.96 | | 71,393.91 | |
| 11/3/2022 | **Payments** | 0 | Cash | | 77,179.97 | -5,786.06 | 11.3.22 ACH |
| 12/1/2022 | WR - WATER/SEWER | 592215 | Debit | 436.62 | | -5,349.44 | 10.12.12 - 11.11.22 |
| 12/1/2022 | RT - R/E TAX ESC. | 597617 | Invoice | 78.3 | | -5,271.14 | |
| 12/1/2022 | AF - ADMIN FEE | 597617 | Invoice | 801.82 | | -4,469.32 | |
| 12/1/2022 | DF - DEFERRED RENT | 597617 | Invoice | 12,802.99 | | 8,333.67 | |
| 12/1/2022 | RC - RENT BILL-COMM. | 597617 | Invoice | 54,869.96 | | 63,203.63 | |
| 12/5/2022 | **Payments** | 0 | Cash | | 68,474.78 | -5,271.15 | |
| 12/15/2022 | RT - R/E TAX ESC. | 599913 | Credit | -469.8 | | -5,740.95 | 2022/23 R/E TAXES |

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| | | | | Date:09/25/2024 | | |
| C3 0100A | INC., | CP ASSOCIATES LLC | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 |

**Results based on:** Start Date = 01/01/2019 AND End Date = None

| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
|---|---|---|---|---|---|---|---|
| 1/1/2023 | WR - WATER/SEWER | 599847 | Debit | 472.2 | | -5,268.75 | 11.11.22 - 12.11.22 |
| 1/1/2023 | AF - ADMIN FEE | 605231 | Invoice | 801.82 | | -4,466.93 | |
| 1/1/2023 | DF - DEFERRED RENT | 605231 | Invoice | 12,802.99 | | 8,336.06 | |
| 1/1/2023 | RC - RENT BILL-COMM. | 605231 | Invoice | 54,869.96 | | 63,206.02 | |
| 1/5/2023 | **Payments** | 0 | Cash | | 68,474.78 | -5,268.76 | 1.5.23 ACH PYMNT |
| 2/1/2023 | WR - WATER/SEWER | 606985 | Debit | 411.37 | | -4,857.39 | 12.11.22 - 1.12.23 |
| 2/1/2023 | ME - METERED ELECTRC | 607386 | Debit | 6,559.62 | | 1,702.23 | 9.14.22 -10.13.22 |
| 2/1/2023 | AF - ADMIN FEE | 613018 | Invoice | 801.82 | | 2,504.05 | |
| 2/1/2023 | DF - DEFERRED RENT | 613018 | Invoice | 12,802.99 | | 15,307.04 | |
| 2/1/2023 | RC - RENT BILL-COMM. | 613018 | Invoice | 54,869.96 | | 70,177.00 | |
| 2/3/2023 | **Payments** | 0 | Cash | | 68,474.78 | 1,702.22 | 2.3.23 ACH PYMNT |
| 2/3/2023 | PR - PERCENTAGE RENT | 614493 | Debit | 58,650.00 | | 60,352.22 | % Rent for Period End 12/2022 |
| 3/1/2023 | WR - WATER/SEWER | 615005 | Debit | 507.62 | | 60,859.84 | 1.12.23 - 2.8.23 |
| 3/1/2023 | ME - METERED ELECTRC | 615007 | Debit | 6,442.46 | | 67,302.30 | 12.14.22 - 1.17.23 |
| 3/1/2023 | AF - ADMIN FEE | 620551 | Invoice | 801.82 | | 68,104.12 | |
| 3/1/2023 | DF - DEFERRED RENT | 620551 | Invoice | 12,802.99 | | 80,907.11 | |
| 3/1/2023 | RC - RENT BILL-COMM. | 620551 | Invoice | 54,869.96 | | 135,777.07 | |
| 3/6/2023 | **Payments** | 0 | Cash | | 68,474.78 | 67,302.29 | 3.6.23 ACH |
| 4/1/2023 | WR - WATER/SEWER | 622449 | Debit | 600.75 | | 67,903.04 | 2.8.23 - 3.12.23 |
| 4/1/2023 | ME - METERED ELECTRC | 623440 | Debit | 5,502.56 | | 73,405.60 | 1.17.23 - 2.15.23 |
| 4/1/2023 | ME - METERED ELECTRC | 623441 | Debit | 5,608.40 | | 79,014.00 | 10.13.22 - 11.14.22 |
| 4/1/2023 | ME - METERED ELECTRC | 623444 | Debit | 5,239.87 | | 84,253.87 | 11.14.22 -12.14.22 |
| 4/1/2023 | AF - ADMIN FEE | 629602 | Invoice | 801.82 | | 85,055.69 | |
| 4/1/2023 | DF - DEFERRED RENT | 629602 | Invoice | 12,802.99 | | 97,858.68 | |
| 4/1/2023 | RC - RENT BILL-COMM. | 629602 | Invoice | 54,869.96 | | 152,728.64 | |
| 4/7/2023 | **Payments** | 0 | Cash | | 68,474.78 | 84,253.86 | |
| 5/1/2023 | ME - METERED ELECTRC | 632562 | Debit | 4,635.16 | | 88,889.02 | 2.15.23 - 3.17.23 |
| 5/1/2023 | WR - WATER/SEWER | 632565 | Debit | 599.86 | | 89,488.88 | 3.12.23 - 4.11.23 |

|  |  |  |  |  |  | Date:09/25/2024 |  |
|---|---|---|---|---|---|---|---|
| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |  |
| C3 0100A | INC., | CP ASSOCIATES LLC | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 |  |

**Results based on:** Start Date = 01/01/2019 AND End Date = None

| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
|---|---|---|---|---|---|---|---|
| 5/1/2023 | AF - ADMIN FEE | 640065 | Invoice | 801.82 |  | 90,290.70 |  |
| 5/1/2023 | DF - DEFERRED RENT | 640065 | Invoice | 12,802.99 |  | 103,093.69 |  |
| 5/1/2023 | RC - RENT BILL-COMM. | 640065 | Invoice | 54,869.96 |  | 157,963.65 |  |
| 5/5/2023 | **Payments** | 0 | Cash |  | 68,474.78 | 89,488.87 | 5.5.23 ACH PYMNT |
| 6/1/2023 | WR - WATER/SEWER | 641850 | Debit | 541.6 |  | 90,030.47 | 4.11.23 - 5.8.23 |
| 6/1/2023 | AF - ADMIN FEE | 648760 | Invoice | 801.82 |  | 90,832.29 |  |
| 6/1/2023 | DF - DEFERRED RENT | 648760 | Invoice | 12,802.99 |  | 103,635.28 |  |
| 6/1/2023 | RC - RENT BILL-COMM. | 648760 | Invoice | 61,454.36 |  | 165,089.64 |  |
| 6/6/2023 | **Payments** | 0 | Cash |  | 68,474.78 | 96,614.86 | 6.6.23 ACH PYMNT |
| 7/1/2023 | WR - WATER/SEWER | 650902 | Debit | 566.11 |  | 97,180.97 | 5.8.23 - 6.8.23 |
| 7/1/2023 | ME - METERED ELECTRC | 651152 | Debit | 5,336.61 |  | 102,517.58 | 3.17.23 - 4.17.23 |
| 7/1/2023 | RT - R/E TAX ESC. | 656997 | Invoice | 703.42 |  | 103,221.00 |  |
| 7/1/2023 | AF - ADMIN FEE | 656997 | Invoice | 801.82 |  | 104,022.82 |  |
| 7/1/2023 | DF - DEFERRED RENT | 656997 | Invoice | 12,802.99 |  | 116,825.81 |  |
| 7/1/2023 | RC - RENT BILL-COMM. | 656997 | Invoice | 61,454.36 |  | 178,280.17 |  |
| 7/7/2023 | **Payments** | 0 | Cash |  | 75,059.17 | 103,221.00 | 7.7.23 ACH PYMNT |
| 7/7/2023 | **Payments** | 0 | Cash |  | 94,912.68 | 8,308.32 | 7.7.23 ACH PYMNT |
| 8/1/2023 | WR - WATER/SEWER | 658789 | Debit | 487.24 |  | 8,795.56 | 6.8.23 - 7.8.23 |
| 8/1/2023 | ME - METERED ELECTRC | 659180 | Debit | 4,345.76 |  | 13,141.32 | 4.17.23 - 5.15.23 |
| 8/1/2023 | ME - METERED ELECTRC | 659181 | Debit | 5,451.85 |  | 18,593.17 | 5.15.23 - 6.14.23 |
| 8/1/2023 | ME - METERED ELECTRC | 659187 | Debit | 5,502.56 |  | 24,095.73 | 1.17.23 - 2.15.23 |
| 8/1/2023 | RT - R/E TAX ESC. | 664665 | Invoice | 703.42 |  | 24,799.15 |  |
| 8/1/2023 | AF - ADMIN FEE | 664665 | Invoice | 801.82 |  | 25,600.97 |  |
| 8/1/2023 | DF - DEFERRED RENT | 664665 | Invoice | 12,802.99 |  | 38,403.96 |  |
| 8/1/2023 | RC - RENT BILL-COMM. | 664665 | Invoice | 61,454.36 |  | 99,858.32 |  |
| 8/4/2023 | **Payments** | 0 | Cash |  | 75,059.17 | 24,799.15 | 8.4.23 ACH PYMNT |
| 9/1/2023 | WR - WATER/SEWER | 666777 | Debit | 550.56 |  | 25,349.71 | 7.8.23 - 8.8.23 |
| 9/1/2023 | ME - METERED ELECTRC | 666781 | Debit | 7,344.96 |  | 32,694.67 | 6.14.23 - 7.14.23 |

| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
|---|---|---|---|---|---|---|
| | | | | Date:09/25/2024 | | |
| C3 0100A | INC., | CP ASSOCIATES LLC | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 |

**Results based on:** Start Date = 01/01/2019 AND End Date = None

| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
|---|---|---|---|---|---|---|---|
| 9/1/2023 | RT - R/E TAX ESC. | 672557 | Invoice | 703.42 | | 33,398.09 | |
| 9/1/2023 | AF - ADMIN FEE | 672557 | Invoice | 801.82 | | 34,199.91 | |
| 9/1/2023 | DF - DEFERRED RENT | 672557 | Invoice | 12,802.99 | | 47,002.90 | |
| 9/1/2023 | RC - RENT BILL-COMM. | 672557 | Invoice | 61,454.36 | | 108,457.26 | |
| 9/7/2023 | **Payments** | 0 | Cash | | 86,047.44 | 22,409.82 | 9.7.23 ACH PYMNT |
| 10/1/2023 | ME - METERED ELECTRC | 674737 | Debit | 6,379.37 | | 28,789.19 | 7.14.23 - 8.14.23 |
| 10/1/2023 | RT - R/E TAX ESC. | 680372 | Invoice | 703.42 | | 29,492.61 | |
| 10/1/2023 | AF - ADMIN FEE | 680372 | Invoice | 801.82 | | 30,294.43 | |
| 10/1/2023 | DF - DEFERRED RENT | 680372 | Invoice | 12,802.99 | | 43,097.42 | |
| 10/1/2023 | RC - RENT BILL-COMM. | 680372 | Invoice | 61,454.36 | | 104,551.78 | |
| 10/6/2023 | **Payments** | 0 | Cash | | 8,598.94 | 95,952.84 | 10.6 23 ACH PYMNT |
| 10/6/2023 | **Payments** | 0 | Cash | | 75,762.59 | 20,190.25 | 10.6.23 ACH PYMNT |
| 11/1/2023 | ME - METERED ELECTRC | 682158 | Debit | 7,308.17 | | 27,498.42 | 8.14.23 - 9.15.23 |
| 11/1/2023 | WR - WATER/SEWER | 682247 | Debit | 543.82 | | 28,042.24 | 8.8.23 - 9.8.23 |
| 11/1/2023 | WR - WATER/SEWER | 682300 | Debit | 579.52 | | 28,621.76 | 9.8.23 - 10.11.23 |
| 11/1/2023 | RT - R/E TAX ESC. | 688066 | Invoice | 703.42 | | 29,325.18 | |
| 11/1/2023 | AF - ADMIN FEE | 688066 | Invoice | 801.82 | | 30,127.00 | |
| 11/1/2023 | DF - DEFERRED RENT | 688066 | Invoice | 12,802.99 | | 42,929.99 | |
| 11/1/2023 | RC - RENT BILL-COMM. | 688066 | Invoice | 61,454.36 | | 104,384.35 | |
| 11/7/2023 | **Payments** | 0 | Cash | | 82,141.96 | 22,242.39 | 11.7.23 ACH PYMNT |
| 12/1/2023 | ME - METERED ELECTRC | 690016 | Debit | 5,532.96 | | 27,775.35 | 9.13.23 - 10.13.23 |
| 12/1/2023 | WR - WATER/SEWER | 690021 | Debit | 506.14 | | 28,281.49 | 10.11.23 - 11.8.23 |
| 12/1/2023 | RT - R/E TAX ESC. | 696981 | Invoice | 703.42 | | 28,984.91 | |
| 12/1/2023 | AF - ADMIN FEE | 696981 | Invoice | 801.82 | | 29,786.73 | |
| 12/1/2023 | DF - DEFERRED RENT | 696981 | Invoice | 12,802.99 | | 42,589.72 | |
| 12/1/2023 | RC - RENT BILL-COMM. | 696981 | Invoice | 61,454.36 | | 104,044.08 | |
| 12/5/2023 | **Payments** | 0 | Cash | | 75,762.59 | 28,281.49 | 12.5.23 ACH PYMNT |
| 12/12/2023 | RT - R/E TAX ESC. | 698829 | Credit | -1,122.48 | | 27,159.01 | 2023/24 R/E TAXES |

|  |  |  |  |  |  |  | Date:09/25/2024 |  |
|---|---|---|---|---|---|---|---|---|
| Tenant ID | Tenant Name |  | Property Name |  | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
| C3 0100A | INC., |  | CP ASSOCIATES LLC |  | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 |
| **Results based on:** Start Date = 01/01/2019 AND End Date = None |  |  |  |  |  |  |  |  |
| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |  |
| 1/1/2024 | ME - METERED ELECTRC | 699186 | Debit | 5,171.15 |  | 32,330.16 | 10.13.23 - 11.9.23 |  |
| 1/1/2024 | WR - WATER/SEWER | 699236 | Debit | 583.24 |  | 32,913.40 | 11.8.23 - 12.12.23 |  |
| 1/1/2024 | RT - R/E TAX ESC. | 705528 | Invoice | 516.34 |  | 33,429.74 |  |  |
| 1/1/2024 | AF - ADMIN FEE | 705528 | Invoice | 801.82 |  | 34,231.56 |  |  |
| 1/1/2024 | DF - DEFERRED RENT | 705528 | Invoice | 12,802.99 |  | 47,034.55 |  |  |
| 1/1/2024 | RC - RENT BILL-COMM. | 705528 | Invoice | 61,454.36 |  | 108,488.91 |  |  |
| 1/1/2024 | WR - WATER/SEWER | 706867 | Credit | -5 |  | 108,483.91 | ADJUST WR CHARGE |  |
| 1/5/2024 | **Payments** | 0 | Cash |  | 75,575.51 | 32,908.40 | 1.5.24 ACH PYMNT |  |
| 1/19/2024 | **Payments** | 0 | Cash |  | 11,788.49 | 21,119.91 | 1.19.24 ACH PYMNT |  |
| 2/1/2024 | WR - WATER/SEWER | 707760 | Debit | 527.77 |  | 21,647.68 | 12.12.23 - 1.8.24 |  |
| 2/1/2024 | RT - R/E TAX ESC. | 713381 | Invoice | 516.34 |  | 22,164.02 |  |  |
| 2/1/2024 | AF - ADMIN FEE | 713381 | Invoice | 801.82 |  | 22,965.84 |  |  |
| 2/1/2024 | DF - DEFERRED RENT | 713381 | Invoice | 12,802.99 |  | 35,768.83 |  |  |
| 2/1/2024 | RC - RENT BILL-COMM. | 713381 | Invoice | 61,454.36 |  | 97,223.19 |  |  |
| 2/7/2024 | **Payments** | 0 | Cash |  | 74,453.03 | 22,770.16 | 2.7.24 ACH PYMNT |  |
| 2/15/2024 | **Payments** | 0 | Cash |  | 522.77 | 22,247.39 |  |  |
| 3/1/2024 | ME - METERED ELECTRC | 715574 | Debit | 5,956.75 |  | 28,204.14 | 11.9.23 - 12.13.23 |  |
| 3/1/2024 | ME - METERED ELECTRC | 715577 | Debit | 5,107.30 |  | 33,311.44 | 12.13.23 - 1.12.24 |  |
| 3/1/2024 | WR - WATER/SEWER | 715637 | Debit | 751.64 |  | 34,063.08 | 1.8.24 - 2.12.24 |  |
| 3/1/2024 | PR - PERCENTAGE RENT | 715712 | Debit | 167,763.00 |  | 201,826.08 | % RENT PERIOD ENDING 12/2023 |  |
| 3/1/2024 | RT - R/E TAX ESC. | 721367 | Invoice | 516.34 |  | 202,342.42 |  |  |
| 3/1/2024 | AF - ADMIN FEE | 721367 | Invoice | 801.82 |  | 203,144.24 |  |  |
| 3/1/2024 | DF - DEFERRED RENT | 721367 | Invoice | 12,802.99 |  | 215,947.23 |  |  |
| 3/1/2024 | RC - RENT BILL-COMM. | 721367 | Invoice | 61,454.36 |  | 277,401.59 |  |  |
| 3/6/2024 | **Payments** | 0 | Cash |  | 75,575.51 | 201,826.08 |  |  |
| 3/22/2024 | **Payments** | 0 | Cash |  | 11,810.69 | 190,015.39 | 3.22.24 ACH PYMNT |  |
| 4/1/2024 | WR - WATER/SEWER | 723483 | Debit | 518.35 |  | 190,533.74 | 2.12.24 - 3.8.24 |  |
| 4/1/2024 | ME - METERED ELECTRC | 723666 | Debit | 6,769.54 |  | 197,303.28 | 1.12.24 - 2.14.24 |  |

|  |  |  |  |  |  | Date:09/25/2024 |  |
|---|---|---|---|---|---|---|---|
| Tenant ID | Tenant Name | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |  |
| C3 0100A | INC., | CP ASSOCIATES LLC | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 |  |

**Results based on:** Start Date = 01/01/2019 AND End Date = None

| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
|---|---|---|---|---|---|---|---|
| 4/1/2024 | RT - R/E TAX ESC. | 729264 | Invoice | 516.34 |  | 197,819.62 |  |
| 4/1/2024 | AF - ADMIN FEE | 729264 | Invoice | 801.82 |  | 198,621.44 |  |
| 4/1/2024 | DF - DEFERRED RENT | 729264 | Invoice | 12,802.99 |  | 211,424.43 |  |
| 4/1/2024 | RC - RENT BILL-COMM. | 729264 | Invoice | 61,454.36 |  | 272,878.79 |  |
| 4/4/2024 | **Payments** | 0 | Cash |  | 75,575.51 | 197,303.28 |  |
| 4/12/2024 | **Payments** | 0 | Cash |  | 83,881.50 | 113,421.78 | 4.12.24 ACH PYMNT |
| 5/1/2024 | WR - WATER/SEWER | 731178 | Debit | 615.69 |  | 114,037.47 | 3.8.2024 - 4.8.2024 |
| 5/1/2024 | RT - R/E TAX ESC. | 736964 | Invoice | 516.34 |  | 114,553.81 |  |
| 5/1/2024 | AF - ADMIN FEE | 736964 | Invoice | 801.82 |  | 115,355.63 |  |
| 5/1/2024 | DF - DEFERRED RENT | 736964 | Invoice | 12,802.99 |  | 128,158.62 |  |
| 5/1/2024 | RC - RENT BILL-COMM. | 736964 | Invoice | 61,454.36 |  | 189,612.98 |  |
| 5/6/2024 | **Payments** | 0 | Cash |  | 75,575.51 | 114,037.47 | 5.6.24 ACH PYMNT |
| 5/10/2024 | **Payments** | 0 | Cash |  | 83,881.50 | 30,155.97 | 5.10.24 ACH PYMNT |
| 6/1/2024 | WR - WATER/SEWER | 738925 | Debit | 659.53 |  | 30,815.50 | 4.8.24 - 5.8.24 |
| 6/1/2024 | ME - METERED ELECTRC | 738932 | Debit | 4,650.45 |  | 35,465.95 | 2.14.24 - 3.14.24 |
| 6/1/2024 | RT - R/E TAX ESC. | 745150 | Invoice | 516.34 |  | 35,982.29 |  |
| 6/1/2024 | AF - ADMIN FEE | 745150 | Invoice | 801.82 |  | 36,784.11 |  |
| 6/1/2024 | DF - DEFERRED RENT | 745150 | Invoice | 12,802.99 |  | 49,587.10 |  |
| 6/1/2024 | RC - RENT BILL-COMM. | 745150 | Invoice | 61,454.36 |  | 111,041.46 |  |
| 6/7/2024 | **Payments** | 0 | Cash |  | 75,575.51 | 35,465.95 | 6.7.24 ACH PYMNT |
| 6/12/2024 | **Payments** | 0 | Cash |  |  | 35,465.95 |  |
| 6/12/2024 | WR - WATER/SEWER | 747603 | Credit | -5 |  | 35,460.95 | CORRECT 6.1.24 BILLING |
| 6/21/2024 | **Payments** | 0 | Cash |  | 5,304.98 | 30,155.97 | 6.21.24 ACH PYMNT |
| 7/1/2024 | WR - WATER/SEWER | 747589 | Debit | 650.93 |  | 30,806.90 | 5.8.24 - 6.8.24 |
| 7/1/2024 | ME - METERED ELECTRC | 747835 | Debit | 4,950.51 |  | 35,757.41 | 3.14.24 - 4.12.24 |
| 7/1/2024 | ME - METERED ELECTRC | 747939 | Debit | 5,821.97 |  | 41,579.38 | 4.12.24 - 5.13.24 |
| 7/1/2024 | AF - ADMIN FEE | 753747 | Invoice | 801.82 |  | 42,381.20 |  |
| 7/1/2024 | RT - R/E TAX ESC. | 753747 | Invoice | 811.39 |  | 43,192.59 |  |

|  |  |  |  |  | Date:09/25/2024 |  |
|---|---|---|---|---|---|---|
| Tenant ID | Tenant Name |  | Property Name | Lease Start Date | Lease End Date | Square Feet | Security Deposit |
| C3 0100A | INC., |  | CP ASSOCIATES LLC | 1/7/2013 | 5/31/2030 | 18,119 | $0.00 |

**Results based on:** Start Date = 01/01/2019 AND End Date = None

| Date IN | A/R Desc | Inv # | Type | Amount Billed | Payments | Running Bal. | Description |
|---|---|---|---|---|---|---|---|
| 7/1/2024 | DF - DEFERRED RENT | 753747 | Invoice | 12,802.99 |  | 55,995.58 |  |
| 7/1/2024 | RC - RENT BILL-COMM. | 753747 | Invoice | 61,454.36 |  | 117,449.94 |  |
| 7/8/2024 | **Payments** | 0 | Cash |  | 75,870.56 | 41,579.38 | 7.8.24 ACH PYMNT |
| 8/1/2024 | ME - METERED ELECTRC | 80124 | Debit | 6,517.13 |  | 48,096.51 | 5.13.24 - 6.12.24 |
| 8/1/2024 | WR - WATER/SEWER | 756018 | Debit | 637.04 |  | 48,733.55 | 6.8.24 - 7.8.24 |
| 8/1/2024 | AF - ADMIN FEE | 761809 | Invoice | 801.82 |  | 49,535.37 |  |
| 8/1/2024 | RT - R/E TAX ESC. | 761809 | Invoice | 811.39 |  | 50,346.76 |  |
| 8/1/2024 | DF - DEFERRED RENT | 761809 | Invoice | 12,802.99 |  | 63,149.75 |  |
| 8/1/2024 | RC - RENT BILL-COMM. | 761809 | Invoice | 61,454.36 |  | 124,604.11 |  |
| 9/19/2024 | **Payments** | 0 | Cash |  | 39,647.97 | 84,956.14 | 9.19.24 ach payment (8/12-8/31) |
|  |  |  |  |  |  | **84,956.14** |  |