<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of September, 2024, a true and correct copy of the foregoing Objection was served via the Court's electronic case filing systems (CM/ECF) to all parties registered to receive such notice in the above-captioned cases, as well as to the parties in the manner indicated below:

**<u>Via Email and First-Class Mail</u>**

| **Counsel for the Debtors:** | **Office of the United States Trustee:** |
|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Rodney Square 1000 N. King Street<br>Wilmington, Delaware 19801<br>Attn: Michael R. Nestor (mnestor@ycst.com),<br>Sean T. Greecher (sgreecher@ycst.com)<br>Allison S. Mielke (amielke@ycst.com) | J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Attn: Benjamin A. Hackman<br>(benjamin.a.hackman@usdoj.gov) |
| **Counsel to the Prepetition/DIP Agent:** | **Counsel to the Prepetition/DIP Agent:** |
| Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>Attn: Curtis S. Miller<br>(cmiller@morrisnichols.com) | Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, Illinois 60661<br>Attn: Peter P. Knight (peter.knight@katten.com)<br>Allison E. Yager (allison.yager@katten.com) |
| **Proposed counsel to the Official Committee of Unsecured Creditors:** | **Proposed counsel to the Official Committee of Unsecured Creditors:** |
| Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>Attn: Eric J. Monzo (emonzo@morrisjames.com) | Kelley Drye & Warren LLP<br>3 World Trade Center<br>New York, New York 10017<br>Attn: Eric R. Wilson (ewilson@kelleydrye.com)<br>Kristin S. Elliott (kelliott@kelleydrye.com) |

                                               */s/Jeffrey M. Carbino*
                                               Jeffrey M. Carbino (DE No. 4062)