# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 10106

**PLEASE TAKE NOTICE** that GoodEarth Distribution, LLC (**"GoodEarth"**) voluntarily withdraws its proof of claim pursuant to Federal Rule of Bankruptcy Procedure 3006, filed on September 17, 2024, and designated as Claim No. 10106 on the claims register maintained in connection with the above-captioned case.

No objections have been filed with respect to the proof of claim, no adversary proceeding has been filed against GoodEarth, and GoodEarth has not voted on a plan or otherwise participated in the Debtors' cases.

[*Remainder of Page Intentionally Left Blank*.]

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

33735019v.1

Dated: Wilmington, Delaware
      September 26, 2024

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

<u>*/s/ Michael Ingrassia*</u>
Michael Ingrassia (No. 7068)
600 North King Street, Suite 800
Wilmington, DE 19801
Phone: (302) 467-4503
Fax:    (302) 467-4550
Email:  ingrassiam@whiteandwilliams.com

***Counsel for GoodEarth Distribution, LLC***