**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

　　　I, Michael A. Ingrassia, certify that the *Notice of Withdrawal of Proof of Claim No. 10106* was served on September 26, 2024 by CM/ECF, upon the parties who have registered for CM/ECF service of notices and pleadings in this case.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: September 26, 2024　　　　　　　　　　　WHITE AND WILLIAMS LLP

　　　　　　　　　　　　　　　　By:　*/s/ Michael Ingrassia*
　　　　　　　　　　　　　　　　　　Michael Ingrassia (No. 7068)
　　　　　　　　　　　　　　　　　　600 N. King Street, Suite 800
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 467-4503
　　　　　　　　　　　　　　　　　　Facsimile: (302) 467-4550
　　　　　　　　　　　　　　　　　　ingrassiam@whiteandwilliams.com

　　　　　　　　　　　　　　　　　　*Counsel to GoodEarth Distribution, LLC*

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

33735019v.1