IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BLINK HOLDINGS, INC., et al.,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: 9/26/24 by 4:00p.m. (ET)**<br><br>**Related to Docket No. 361** |

### AI CALIFORNIA LLC'S LIMITED OBJECTION TO *NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS* [Docket No. 361] AND RESERVATION OF RIGHTS

AI California LLC ("Aldi"), by counsel, respectfully submits this limited objection to the *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* (the "Cure and Assignment Notice") [Docket No. 361] and reserves its rights as to the assignment of the unexpired lease pertaining to Aldi for the reasons summarized herein.

**Background**

1. Aldi, as lessee, and Shadrall Bellflower, LP, as lessor, entered into an Aldi Lease Agreement dated effective as of March 29, 2019, concerning certain retail space including the property commonly known as 16123 Bellflower Blvd., Bellflower, California 90706 (the "Leased Premises").

2. Aldi, as sublessor, and debtor Blink 16123 Bellflower Blvd., Inc. ("Debtor"), as sublessee, entered into a Sublease dated August 30, 2019, as amended by a First Amendment to

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036.

Sublease dated June 1, 2021 (collectively, the "Sublease"), pursuant to which Aldi subleased to Debtor approximately 14,000 square feet of the Leased Premises.

## Limited Objection and Reservation of Rights

3. The Cure and Assignment Notice identifies the Sublease and lists two different cure amounts: "$0.00" on pages 20 and 58 and "$18,963.86" on page 21.

4. As of September 25, 2024, the amount due and owing to Aldi pursuant to the Sublease is not less than $18,963.87. In addition, there may exist accrued obligations that are due and payable, and accrued obligations that are not yet due and payable about which Aldi does not yet have knowledge, plus Debtor's continuing obligations to pay postpetition rent and other Sublease obligations that will accrue through the effective date of the assumption of the Sublease that are not yet fixed or due. The proposed cure amount also does not take into account Aldi's attorneys' fees relating to its efforts to protect its rights and interests under the Sublease, which are provided for under the Sublease and applicable law. *See In re Crown Books Co.*, 269 B.R. 12, 15 (Bankr. D. Del. 2001) (attorneys' fees are recoverable as part of a cure claim if the lease specifically so provides); *Elkton Assocs. v. Shelco, Inc.*, 107 B.R. 483, 487 (Bankr. Del. 1989).

5. Therefore, Debtor and potential bidders should be on notice that the Cure and Assignment Notice does not fix the cure obligations for the Sublease at zero, and the actual amount of cure should be determined and established at such time as a closing is scheduled following any approval of assumption and assignment.

6. As such, Aldi does not object to Debtor assuming the Sublease provided that it pays the correct amounts due pursuant to the Sublease as of the effective date of assumption.

7. Aldi reserves all rights in connection with the Sublease, the Cure and Assignment Notice and the proposed assumption and assignment of the Sublease. Aldi expressly reserves the

rights to amend and supplement this objection, to provide updated monetary cure amounts and to ensure that all non-monetary obligations that are required to be cured in connection with any assumption and assignment are in fact cured in accordance with 11 U.S.C. § 365(b)(1). Furthermore, Aldi reserves the right to voluntarily consent to and approve an assumption and assignment transaction notwithstanding the objections raised herein on such terms and conditions as Aldi deems acceptable.

Dated:  September 26, 2024

Respectfully submitted,

**CONNOLLY GALLAGHER LLP**

*/s/ Karen C. Bifferato*
Karen C. Bifferato (No. 3279)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 888-6221
Email: kbifferato@connollygallagher.com

 -and-

James E. Rossow Jr. ((IN Atty No 21063-29)
**RUBIN & LEVIN, P.C.**
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204
Telephone: (317) 634-0300
Email:  jim@rubin-levin.com

*Counsel to AI California LLC*