## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on the 26th of September, 2024, a copy of the foregoing was served via the Court's Electronic Filing (ECF) system on all parties registered to receive electronic notices in this case, and on the parties listed below by electronic mail.

*/s/ Karen C. Bifferato*
Karen C. Bifferato (#3279)

Michael R. Nestor, Esq.
Sean T. Greecher, Esq.
Allison S. Mielke, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
mnestor@ycst.com
sgreecher@ycst.com
amielke@ycst.com

Curtis S. Miller, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
cmiller@morrisnichols.com

Eric R. Wilson, Esq.
Kristin S. Elliott, Esq.
KELLEY DRYE & WARREN LLP
ewilson@kelleydrye.com
kelliott@kelleydrye.com

Peter P. Knight, Esq.
Allison E. Yager, Esq.
KATTEN MUCHIN ROSENMAN LLP
peter.knight@katten.com
allison.yager@katten.com

Benjamin A. Hackman, Esq.
U.S. TRUSTEE
benjamin.a.hackman@usdoj.gov

Eric J. Monzo, Esq.
MORRIS JAMES LLP
emonzo@morrisjames.com