# **EXHIBIT 1**

| Landlord | Shopping Center | Location | Debtor's Proposed Cure Amount | Landlord's Cure Amount | As of |
|---|---|---|---|---|---|
| HCL Long Point LLC (Appendix A) | Long Point Shopping Center | Houston, TX | $0.00 | $25,933.54 | 9/16/2024 |
| Brooks Shopping Centers, LLC | Cross County Center | Yonkers, NY | $0.00<br>$0.00<br>$16,841.53<br>$0.00<br>$0.00 | $16,841.53 | 9/23/2024 |

**APPENDIX A**

**HCL LONG POINT LLC**
**Location: Long Point Shopping Center, Houston, Texas**

## Lease Unpaid Charges

Tenant: Blink Long Point Inc.(t0007650)

| Date | Description | Ctl | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|---|
| 08/05/2024 | Common Area Maintenance (08/2024) | C-84091 | 2,769.00 | 2,768.79 | 0.21 | 0.21 |
| 08/05/2024 | Insurance (08/2024) | C-84092 | 1,595.00 | 0.00 | 1,595.00 | 1,595.21 |
| 08/05/2024 | Rent (08/2024) | C-84093 | 19,333.33 | 0.00 | 19,333.33 | 20,928.54 |
| 08/05/2024 | Tax (08/2024) | C-84094 | 5,005.00 | 0.00 | 5,005.00 | 25,933.54 |