# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC, *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024, a true and correct copy of the foregoing **Objection Of HCL Long Point LLC And Brooks Shopping Centers, LLC To Notice Of (I) Potential Assumption And Assignment Of Executory Contracts And Unexpired Leases And (II) Cure Amounts** was sent to the following as indicated:

**VIA E-MAIL ONLY**

Michael R. Nestor
Sean T. Greecher
Allison S. Mielke
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
mnestor@ycst.com
sgreecher@ycst.com
amielke@ycst.com

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

Peter P. Knight
Allison E. Yager
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661
peter.knight@katten.com
allison.yager@katten.com

Curtis S. Miller
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
cmiller@morrisnichols.com

Benjamin A. Hackman
Office of the United States Trustee
for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
benjamin.a.hackman@usdoj.gov

Eric R. Wilson
Kristin S. Elliott
Kelley Drye & Warren LLP
3 World Trade Center
New York, New York 10017
ewilson@kelleydrye.com
kelliott@kelleydrye.com

Eric J. Monzo
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
emonzo@morrisjames.com

        LAW OFFICE OF SUSAN E. KAUFMAN, LLC

        */s/ Susan E. Kaufman*
        Susan E. Kaufman, (DSB# 3381)
        919 North Market Street, Suite 460
        Wilmington, DE 19801
        (302) 472-7420 / (302) 792-7420 Fax
        skaufman@skaufmanlaw.com

Dated: September 26, 2024