**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BLINK HOLDINGS, INC., *et al.*,[1] | ) | Case No. 24-11686 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned attorneys hereby enter their appearance

on behalf of 125 Park Owner LLC, c/o SL Green Realty Corp., pursuant to 11 U.S.C. § 1109(b)

and Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007 and 9010, and request that copies

of all notices and pleadings given or filed in the above-captioned cases be given and served up on

the following:

> Andrew K. Glenn
> Malak S. Doss
> **GLENN AGRE BERGMAN & FUENTES LLP**
> 1185 Avenue of the Americas, 22nd Floor
> New York, New York 10036
> Telephone: (212) 970-1600
> Email:  aglenn@glennagre.com
>             mdoss@glennagre.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without

limitation, any notice, application, complaint, demand, motion, petition, pleading or request,

whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail,

---

[1]     The last four digits of Bling Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for
Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036.  Due to the large number
of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax
identification numbers, and their addresses are not provided herein.  A complete list of such information may be
obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by
contacting counsel for the Debtors.

facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any later appearance, pleading, claim, or suit shall waive any right of 125 Park Owner LLC, c/o SL Green Realty Corp. (1) to have final orders in non-core matters entered only after de novo review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, or defenses, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses, are expressly reserved.

Dated: September 26, 2024
New York, New York

**GLENN AGRE BERGMAN & FUENTES LLP**

*/s/ Andrew K. Glenn*
Andrew K. Glenn
Malak S. Doss
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
        mdoss@glennagre.com

*Counsel to 125 Park Owner LLC,*
*c/o SL Green Realty Corp.*