# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., et al.,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 361** |

**OBJECTION OF BROADHOLLOW/PINELAWN CW NF LLC TO THE PROPOSED CURE AMOUNT IDENTIFIED BY DEBTORS IN THE NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS**

Broadhollow/Pinelawn CW NF LLC, a Delaware limited liability company, successor in interest to Broadhollow/Pinelawn CW NF LLC and Broadhollow/Pinelawn J.E.S. NF LLC (the "Landlord"), by and through its attorneys, Flaster Greenberg, PC, hereby objects to the Notice of (i) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (ii) Cure Amounts (Dkt. No: 361), respecting the lease between the Landlord and Blink Melville, Inc. (the "Debtor"), respectfully shows as follows:

1. The Landlord and the Debtor are parties to an Agreement and Lease dated December 1, 2011 (the "Original Lease"), as amended by that certain Amendment of Lease dated June 18, 2020 (the "First Amendment"), with respect to the premises located at 121 Broadhollow Road, Melville, New York 11747 (the "Premises"). A copy of the Lease and First Amendment are attached hereto as **Exhibit "A".**

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number is 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/BlinkFitness, or by contacting the counsel for the Debtors.

2.    On or about January 2, 2024 ("Effective Date"), the Landlord and the Debtor entered a Second Amendment of Lease ("Second Amendment", and the Original Lease, First Amendment and Second Amendment, collectively, the "Lease"). The Second Amendment extended the term of the Original Lease from August 1, 2027 until 11:59 p.m. on July 31, 2032. As of the Effective Date of the Second Amendment, Landlord and the Debtor confirmed and agreed that the aggregate amount of base rent and additional rent outstanding was $490,630.56 (the "Outstanding Rent Balance").  As of the date of the Second Amendment, the Landlord agreed to a portion of the Outstanding Rent Balance in the amount of $159,844.81 was deemed abated and of no further force unless the Debtor commits a default during the remaining term of the Lease. Pursuant to Paragraph 2C(2) of the Second Amendment, the remaining $330,785.75 of the Outstanding Rent Balance due and owing to the Landlord by the Debtor was to be paid as follows: (i) $51,057.34 on or before January 15, 2024; (ii) $39,961.20 on or before January 15, 2024; (iii) $79,922.41 in four equal monthly installments of $19,980.60 during the 4 month period commencing on January 1, 2024 and expiring on April 30, 2024; (iv) $159,844.80 of the remaining Outstanding Rent Balance in 36 monthly installments of $4,440.13 commencing August 1, 2024 and expiring on July 31, 2027. Annexed hereto as **"Exhibit B"** is a copy of the Second Amendment.

3.    Debtor has defaulted pursuant to the terms of the Original Lease, First Amendment and Second Amendment, and Landlord is owed as of the Petition Date no less than the sum of $265,344.38 representing the remaining amounts owed from the Outstanding Rent Balance.

4.    On September 12, 2024, the Debtor filed its Notice of (i) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (ii) Cure Amounts (the "Notice"), which inter alia, identified what the Debtor asserts is the cure amount associated with the Lease

which may be the subject of a subsequent assumption and assignment request. The Notice indicates that a cure amount in the sum of $42,062.26 is due and owing to Landlord.

5. Pursuant to the Lease Ledger dated September 24, 2024, the cure amount due and owing for the Premises, for the period of August 11, 2024 through and including the date of this objection is $302,439.30, which is comprised as follows: $159,844.81 outstanding rent pursuant to the Second Amendment (annexed as Exhibit B); $38,420.60 additional rent pursuant to the Second Amendment; $67,078.97 back rent credit pursuant to the Second Amendment; $18,657.48 utilities for June and July 2024; $18,437.44 Stub Rent (See Page 8 of 8 of Lease Ledger). Annexed hereto as **Exhibit "C"** is a copy of the Lease Ledger reflecting the Debtors cure amount.

6. To the extent the Debtor seeks Bankruptcy Court approval to assume and assign the Lease at any period of time after September 25, 2024, the Landlord reserves its right to further amend its Objection to the Debtor's assertion of a cure amount to the extent of any unpaid rent or other charges which may become due and owing under the Lease arising for periods of time from and after September 25, 2024. The Landlord also reserves all other potential objections to the assumption and assignment of the Lease, including, but not limited to the requirement to provide evidence of adequate assurance of future performance.

**WHEREFORE**, Broadhollow/Pinelawn CW NF LLC respectfully requests entry of a Bankruptcy Court Order determining the cure obligation due and owing by the Debtor to Broadhollow/Pinelawn CW NF LLC, as of the filing of the within Objection, to be in the amount of $302,439.30.

                                                                             _____

                                                                           RICHARD J. MCCORD, ESQ.
                                                                           90 Merick Avenue, 9th Avenue
                                                                           East Meadow, New York 11554
                                                                           Telephone: (516) 296-7801
                                                                           Facsimile: (516) 296-7111
                                                                           Email: rmccord@certilmanbalin.com
                                                                           *Pro Hac Vice* Admission to be filed