# EXHIBIT B

## SECOND AMENDMENT OF LEASE

This Second Amendment of Lease (this "Amendment"), dated as of December ___, 2023 (the "Effective Date"), by and between **BROADHOLLOW/PINELAWN CW NF LLC**, a Delaware limited liability company, successor in interest to BROADHOLLOW/PINELAWN CW NF LLC and BROADHOLLOW/PINELAWN J.E.S. NF LLC, ("Landlord"), and **BLINK MELVILLE, INC.**, a New York corporation, as tenant ("Tenant").

### W I T N E S S E T H :

**WHEREAS**, Landlord and Tenant are the parties to that certain Agreement of Lease dated November ___, 2011 (the "Original Lease"), as amended by that certain Amendment of Lease dated June 18, 2020 (the "First Amendment" and together with the Original Lease, collectively, the "Existing Lease"), demising to Tenant that certain premises consisting of approximately 18,150 rentable square feet of space, as more particularly set forth in the Existing Lease in the building located at 121 Broadhollow Road, Melville, New York 11747; and

**WHEREAS**, BLINK HOLDINGS, INC. ("Guarantor") has guaranteed certain of Tenant's obligations under and pursuant to the First Amendment, as expressly set forth and subject to the limitations set forth in Section 5 of the First Amendment;

**WHEREAS**, the initial Term of the Lease is set to expire on July 31, 2027, pursuant to the Original Lease; and

**WHEREAS**, Landlord and Tenant desire to extend the initial Term of the Lease and otherwise modify certain terms of the Existing Lease.

**NOW, THEREFORE**, in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, Landlord and Tenant hereby agree that the Original Fourth Amendment is no longer applicable and is amended and restated in its entirety as follows:

1.     Definitions. All capitalized terms contained in this Amendment shall, for the purposes hereof, have the same meanings ascribed to them in the Existing Lease unless otherwise defined herein. As used herein, the term "Lease" shall mean the Existing Lease, as amended by this Amendment and as the same may hereafter be further amended.

2.     Amended Terms. Notwithstanding anything to the contrary set forth in the Existing Lease, effective as of the Effective Date, the Existing Lease is hereby amended as follows:

(A)     Extension of Term. The initial Term of the Lease is hereby extended for five (5) years from August 1, 2027 until 11:59 p.m. on July 31, 2032. Accordingly, Section 3.1 of the Original Lease and the other provisions of the Existing Lease are hereby revised to reflect that the Expiration Date of the initial Term of the Lease shall be July 31, 2032. For avoidance of doubt, (i) this extension of the initial Term to July 31, 2032 shall not be deemed to be Tenant's exercise of the Extension Option or such Extended Term, and (ii) the foregoing shall have no effect on Tenant's Extension Option pursuant to Section 3.3 of the Original Lease, which shall continue in full force and effect, recognizing, for avoidance of doubt, that the Extension Period, if exercised, shall commence on August 1, 2032, and the required dates for the sending of Tenant's Second Extension Notice shall be calculated from the Expiration Date of July 31, 2032. In connection

8183579.2

DocuSign Envelope ID: DD2E441F-7670-4894-9E20-CF0921DE199F

therewith, the Rent Schedule set forth in Section 4.1(a) of the Original Lease shall be deemed amended to revise the Extension Period years from "16-20" to "Years 21-25".

(B)   Base Rent.   Notwithstanding anything to the contrary in Section 4.1(a) of the Original Lease or any other provisions of the Existing Lease, in lieu of the Base Rent amounts set forth in said Section 4.1(a): (I) during the period commencing on January 1, 2024 and continuing through and including July 31, 2025, the Annual Base Rent shall be Four Hundred Thirty-Seven Thousand Seven Hundred Seventy-Eight and No/100 Dollars ($437,778.00), payable by Tenant in equal monthly installments of Thirty-Six Thousand Four Hundred Eighty-One and 50/100 Dollars ($36,481.50), in accordance with the Lease; (ii) during the period commencing on August 1, 2025 and continuing through and including July 31, 2027, the Annual Base Rent shall be Four Hundred Sixty-Five Thousand One Hundred Eighty-Five and No/100 Dollars ($465,185.00), payable by Tenant in equal monthly installments of Thirty-Eight Thousand Seven Hundred Sixty-Five and 42/100 Dollars ($38,765.42), in accordance with the Lease; and (iii) during the period commencing on August 1, 2027 and continuing through and including Expiration Date, the Annual Base Rent shall be Five Hundred Eleven Thousand Six Hundred Forty-Nine and No/100 Dollars ($511,649.00), payable by Tenant in equal monthly installments of Forty-Two Thousand Six Hundred Thirty-Seven and 42/100 Dollars ($42,637.42), in accordance with the Lease. (The difference between the amount payable pursuant to the preceding sentence and the amount that would be payable pursuant said Section 4.1 but for the reduction hereunder, the "Abated Rent"). Notwithstanding anything to the contrary in the Existing Lease and except as set forth below, the Abated Rent is hereby deemed waived and of no further force and effect, and all obligations under the Lease to pay same are hereby deemed similarly conditionally waived and of no further force and effect; provided that if Tenant commits a default during the remaining Term of the Lease (including the Extension Option, if exercised) which is not cured within the applicable notice and cure period, or if there shall occur an Event of Bankruptcy (as such term is defined in the Original Lease) then, in addition to all rights and remedies of Landlord under the Lease, as amended by this Amendment, Tenant shall pay to Landlord upon demand the full Abated Rent.

(C)   Payment of Outstanding Rent Balance. Landlord and Tenant confirm and agree that the aggregate amount of Base Rent and Additional Rent which is outstanding as of the Effective Date is Four Hundred Ninety Thousand Six Hundred Thirty and 56/100 Dollars ($490,630.56) (the "Outstanding Rent Balance").

(1)   Landlord agrees that notwithstanding anything to the contrary in the Existing Lease, a portion of the Outstanding Rent Balance in the amount of One Hundred Fifty-Nine Thousand Eight Hundred Forty-Four and 81/100 Dollars ($159,844.81) (the "Abated Rent Balance") is hereby deemed waived and of no further force and effect, and all obligations under the Lease to pay same are hereby deemed similarly conditionally waived and of no further force and effect; provided that if Tenant commits a default during the remaining Term of the Lease (including the Extension Option, if exercised) which is not cured within the applicable notice and cure period, or if there shall occur an Event of Bankruptcy (as such term is defined in the Original Lease), then, in addition to all rights and remedies of Landlord under the Lease, as amended by this Amendment, Tenant shall pay to Landlord upon demand the full Abated Rent Balance.

(2)   Tenant shall pay the remaining Three Hundred Thirty Thousand Seven Hundred Eighty-Five and 75/100 Dollars ($330,785.75) of the Outstanding Rent Balance to Landlord as follows: (i) Tenant shall pay the amount of Fifty-One Thousand Fifty-Seven and 34/100 Dollars

8183579.2

DocuSign Envelope ID: DD2E441F-7670-4894-9E20-CF0921DE199F

($51,057.34) on or before January 15, 2024; (ii) Tenant shall pay Thirty-Nine Thousand Nine Hundred Sixty-One and 20/100 Dollars ($39,961.20) on or before January 15, 2024; (iii) Tenant shall pay Seventy-Nine Thousand Nine Hundred Twenty-Two and 41/100 Dollars ($79,922.41) of the remaining Outstanding Rent Balance in 4 equal monthly installments of Nineteen Thousand Nine Hundred Eighty and 60/100 Dollars ($19,980.60) during the 4 month period commencing on January 1, 2024 and expiring on April 30, 2024.; and (iv) Tenant shall pay One Hundred Fifty-Nine Thousand Eight Hundred Forty-Four and 80/100 Dollars ($159,844.80) of the remaining Outstanding Rent Balance in 36 equal monthly installments of Four Thousand Four Hundred Forty and 13/100 Dollars ($4,440.13) during the 36 month period commencing on August 1, 2024 and expiring on July 31, 2027. Should Landlord not obtain Lender Approval on or before January 15, 2024, payments (i), (ii) and the first payment of (iii) shall then instead be due within three (3) business days of Landlord obtaining Lender Approval. Subject to the provisions of this Amendment, including but not limited to Tenant's timely payment of amounts due hereunder, Landlord waives all penalties, interest payments, late fees, defaults, events of default, and enforcement actions in connection with the Outstanding Rent Balance amounts as set forth under this Amendment.

3. <u>Lease and Guaranty Ratified</u>. Except as modified by this Amendment, the Existing Lease and all terms and conditions thereof shall remain in full force and effect and are hereby ratified and confirmed. By execution hereof, Guarantor hereby ratifies and confirms that the Lease and the Guaranty remain in full force and effect (subject to such terms as are specifically set forth therein). Each Landlord Party hereby acknowledges and confirms that it is and shall be jointly and severally liable with the other Landlord Party with respect to the performance and observance of Landlord's obligations under the Lease.

4. <u>Certifications</u>. Tenant hereby certifies to Landlord, that to Tenant's actual knowledge, as of the Effective Date, that Landlord is not in default under the Lease by reason of its failure to perform any obligations thereunder. Landlord hereby certifies to Tenant that, as of the Effective Date, to Landlord's actual knowledge, Tenant is not in default under the Lease by reason of its failure to perform any obligations thereunder, except for the Outstanding Rent Balance, which shall not be deemed a default provided Tenant complies with the provisions of this Amendment.

5. <u>Lender Approval</u>. This Amendment and Landlord's obligations hereunder are contingent upon the approval by the holder of the mortgage encumbering the land and building of which the Demised Premises are a part (the "Lender"). Should Landlord not obtain Lender approval of this Amendment within thirty (30) days from the Effective Date, this Amendment shall be automatically deemed null and void.

6. <u>Successors and Assigns</u>. This Amendment shall bind and inure to the benefit of the parties hereto and their respective successors and assigns.

7. <u>Counterparts</u>. This Amendment may be executed in one or more counterparts, each of which shall be an original and all of which taken together shall constitute one and the same instrument. Executed copies of this Amendment may be delivered between the parties via facsimile or electronic mail of a .pdf document or using electronic signature technology (e.g., via DocuSign or similar electronic signature technology) and the same shall be deemed effective and binding upon the parties to the same extent as if such document(s) were originals. The parties further agree that (1) to the extent a party signs this Amendment using electronic signature

DocuSign Envelope ID: DD2E441F-7670-4894-9E20-CF0921DE199F

technology, by clicking "SIGN", such party is signing this Amendment electronically, and (2) the signatures appearing on this Amendment which are delivered by facsimile, email or any other electronic transmission method shall be treated, for purposes of validity, enforceability and admissibility, the same as handwritten signatures.

**[SIGNATURES ON FOLLOWING PAGE]**

8183579.2

DocuSign Envelope ID: DD2E441F-7670-4894-9E20-CF0921DE199F

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the day and year first above written.

**LANDLORD:**

**BROADHOLLOW/PINELAWN CW NF LLC**
By: SK Manager LLC, its Manager

By: _____
Name: Gregory Katz
Title: Authorized Signatory

**TENANT:**

**BLINK MELVILLE, INC.**

By: _____
Name: Lauren Wood
Title: VP, Finance

**Accepted and Agreed as to Paragraph 3:**

**Blink Holdings, Inc.**

By: _____
Name: Lauren Wood
Title: VP, Finance

8183579.2