# EXHIBIT C

## Lease Ledger

Date: 09/24/2024
Property: wkbropin
Tenant: wkblinkm Blink - c/o Equinox
Unit(S): 0120

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 1/1/2020 | Office Rent (01/2020) | 0120 | 41,518.13 | 0.00 | 41,518.13 | C-1965223 |
| 1/1/2020 | Electric - November | | 3,773.08 | 0.00 | 45,291.21 | C-1965352 |
| 1/1/2020 | Sales tax | | 325.43 | 0.00 | 45,616.64 | C-1965353 |
| 1/1/2020 | Gas - November | | 1,387.45 | 0.00 | 47,004.09 | C-1965356 |
| 1/1/2020 | Sales tax | | 119.67 | 0.00 | 47,123.76 | C-1965357 |
| 1/6/2020 | Chk# ACH | | 0.00 | 47,123.76 | 0.00 | R-1304887 |
| 2/1/2020 | Electric - December | | 4,018.43 | 0.00 | 4,018.43 | C-1965941 |
| 2/1/2020 | Sales tax | | 346.59 | 0.00 | 4,365.02 | C-1965942 |
| 2/1/2020 | Gas - December | | 1,508.05 | 0.00 | 5,873.07 | C-1965945 |
| 2/1/2020 | Sales tax | | 130.07 | 0.00 | 6,003.14 | C-1965946 |
| 2/1/2020 | Office Rent (02/2020) | 0120 | 41,518.13 | 0.00 | 47,521.27 | C-1965980 |
| 2/4/2020 | Chk# ACH | | 0.00 | 41,518.13 | 6,003.14 | R-1305509 |
| 3/1/2020 | Office Rent (03/2020) | 0120 | 41,518.13 | 0.00 | 47,521.27 | C-1966308 |
| 3/1/2020 | Electric - January | | 4,737.33 | 0.00 | 52,258.60 | C-1966393 |
| 3/1/2020 | Sales tax | | 408.59 | 0.00 | 52,667.19 | C-1966394 |
| 3/1/2020 | Gas - January | | 1,306.53 | 0.00 | 53,973.72 | C-1966775 |
| 3/1/2020 | Sales tax | | 112.69 | 0.00 | 54,086.41 | C-1966776 |
| 3/5/2020 | Chk# ACH | | 0.00 | 46,664.05 | 7,422.36 | R-1306096 |
| 4/1/2020 | Real Estate Tax Reconciliation | | 7,698.36 | 0.00 | 15,120.72 | C-1966929 |
| 4/1/2020 | Office Rent (04/2020) | 0120 | 41,518.13 | 0.00 | 56,638.85 | C-1967263 |
| 4/1/2020 | Electric - February | | 4,074.23 | 0.00 | 60,713.08 | C-1967491 |
| 4/1/2020 | Sales tax | | 351.40 | 0.00 | 61,064.48 | C-1967492 |
| 4/1/2020 | Gas - February | | 962.34 | 0.00 | 62,026.82 | C-1967495 |
| 4/1/2020 | Sales tax | | 83.00 | 0.00 | 62,109.82 | C-1967496 |
| 5/1/2020 | Office Rent (05/2020) | 0120 | 41,518.13 | 0.00 | 103,627.95 | C-1968293 |
| 5/1/2020 | Electric - March | | 3,799.84 | 0.00 | 107,427.79 | C-1968344 |
| 5/1/2020 | Sales tax | | 327.74 | 0.00 | 107,755.53 | C-1968345 |
| 5/1/2020 | Gas - March | | 708.26 | 0.00 | 108,463.79 | C-1968348 |
| 5/1/2020 | Sales tax | | 61.09 | 0.00 | 108,524.88 | C-1968349 |
| 6/1/2020 | Electric - April | | 2,420.22 | 0.00 | 110,945.10 | C-1968781 |
| 6/1/2020 | Sales tax | | 208.74 | 0.00 | 111,153.84 | C-1968782 |
| 6/1/2020 | Gas - April | | 415.34 | 0.00 | 111,569.18 | C-1968785 |
| 6/1/2020 | Sales tax | | 35.82 | 0.00 | 111,605.00 | C-1968786 |
| 6/1/2020 | Office Rent (06/2020) | 0120 | 41,518.13 | 0.00 | 153,123.13 | C-1968825 |
| 7/1/2020 | Office Rent (07/2020) | 0120 | 41,518.13 | 0.00 | 194,641.26 | C-1969248 |
| 7/1/2020 | Electric - May | | 1,704.73 | 0.00 | 196,345.99 | C-1969410 |
| 7/1/2020 | Sales tax | | 147.03 | 0.00 | 196,493.02 | C-1969411 |
| 7/1/2020 | Gas - May | | 229.44 | 0.00 | 196,722.46 | C-1969416 |
| 7/1/2020 | Sales tax | | 19.79 | 0.00 | 196,742.25 | C-1969417 |
| 8/1/2020 | Office Rent (08/2020) | 0120 | 41,518.13 | 0.00 | 238,260.38 | C-1969965 |
| 8/1/2020 | Electric - June | | 2,179.07 | 0.00 | 240,439.45 | C-1969983 |
| 8/1/2020 | Sales tax | | 187.94 | 0.00 | 240,627.39 | C-1969984 |
| 8/1/2020 | Gas - June | | 122.43 | 0.00 | 240,749.82 | C-1969987 |
| 8/1/2020 | Sales tax | | 10.56 | 0.00 | 240,760.38 | C-1969988 |
| 9/1/2020 | Office Rent (09/2020) | 0120 | 41,518.13 | 0.00 | 282,278.51 | C-1970783 |
| 9/1/2020 | Electric - July | | 3,953.46 | 0.00 | 286,231.97 | C-1970803 |
| 9/1/2020 | Sales tax | | 340.99 | 0.00 | 286,572.96 | C-1970804 |
| 9/1/2020 | Gas - July | | 122.35 | 0.00 | 286,695.31 | C-1970809 |
| 9/1/2020 | Sales tax | | 10.55 | 0.00 | 286,705.86 | C-1970810 |
| 9/21/2020 | Chk# ACH | | 0.00 | 46,247.69 | 240,458.17 | R-1309996 |
| 10/1/2020 | Office Rent (10/2020) | 0120 | 41,518.13 | 0.00 | 281,976.30 | C-1971609 |
| 10/1/2020 | Electric - August | | 3,838.08 | 0.00 | 285,814.38 | C-1971663 |
| 10/1/2020 | Sales tax | | 331.03 | 0.00 | 286,145.41 | C-1971664 |
| 10/1/2020 | Gas - August | | 142.22 | 0.00 | 286,287.63 | C-1971667 |

## Lease Ledger

Date: 09/24/2024
Property: wkbropin
Tenant: wkblinkm Blink - c/o Equinox
Unit(S): 0120

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 10/1/2020 | Sales tax | | 12.27 | 0.00 | 286,299.90 | C-1971668 |
| 10/6/2020 | Chk# ACH | | 0.00 | 20,759.07 | 265,540.83 | R-1310387 |
| 11/1/2020 | Office Rent (11/2020) | 0120 | 41,518.13 | 0.00 | 307,058.96 | C-1972235 |
| 11/1/2020 | Electric - September | | 7,376.85 | 0.00 | 314,435.81 | C-1972255 |
| 11/1/2020 | Sales tax | | 636.25 | 0.00 | 315,072.06 | C-1972256 |
| 11/1/2020 | Gas - September | | 229.13 | 0.00 | 315,301.19 | C-1972259 |
| 11/1/2020 | Sales tax | | 19.76 | 0.00 | 315,320.95 | C-1972260 |
| 11/6/2020 | Chk# ACH | | 0.00 | 20,759.07 | 294,561.88 | R-1310924 |
| 12/1/2020 | Office Rent (12/2020) | 0120 | 41,518.13 | 0.00 | 336,080.01 | C-1972849 |
| 12/1/2020 | Electric - October | | 5,753.87 | 0.00 | 341,833.88 | C-1972905 |
| 12/1/2020 | Sales tax | | 496.27 | 0.00 | 342,330.15 | C-1972906 |
| 12/1/2020 | Gas - October | | 354.32 | 0.00 | 342,684.47 | C-1972909 |
| 12/1/2020 | Sales tax | | 30.56 | 0.00 | 342,715.03 | C-1972910 |
| 12/18/2020 | Chk# ACH | | 0.00 | 20,759.07 | 321,955.96 | R-1311673 |
| 1/1/2021 | Electric - November | | 3,944.15 | 0.00 | 325,900.11 | C-1973308 |
| 1/1/2021 | Sales tax | | 340.18 | 0.00 | 326,240.29 | C-1973309 |
| 1/1/2021 | Office Rent (01/2021) | 0120 | 41,518.13 | 0.00 | 367,758.42 | C-1973343 |
| 1/1/2021 | Gas - November | | 636.93 | 0.00 | 368,395.35 | C-1974255 |
| 1/1/2021 | Sales tax | | 54.94 | 0.00 | 368,450.29 | C-1974256 |
| 1/22/2021 | Chk# ACH | | 0.00 | 20,759.07 | 347,691.22 | R-1312337 |
| 2/1/2021 | Office Rent (02/2021) | 0120 | 41,518.13 | 0.00 | 389,209.35 | C-1974164 |
| 2/1/2021 | Electric - December | | 4,070.20 | 0.00 | 393,279.55 | C-1974184 |
| 2/1/2021 | Sales tax | | 351.06 | 0.00 | 393,630.61 | C-1974185 |
| 2/1/2021 | Gas - December | | 1,296.33 | 0.00 | 394,926.94 | C-1974188 |
| 2/1/2021 | Sales tax | | 111.81 | 0.00 | 395,038.75 | C-1974189 |
| 2/4/2021 | Chk# ACH | | 0.00 | 20,759.07 | 374,279.68 | R-1312624 |
| 3/1/2021 | Office Rent (03/2021) | 0120 | 41,518.13 | 0.00 | 415,797.81 | C-1974539 |
| 3/1/2021 | Electric - January | | 3,759.98 | 0.00 | 419,557.79 | C-1974568 |
| 3/1/2021 | Sales tax | | 324.30 | 0.00 | 419,882.09 | C-1974569 |
| 3/1/2021 | Gas - January | | 1,633.77 | 0.00 | 421,515.86 | C-1974574 |
| 3/1/2021 | Sales tax | | 140.91 | 0.00 | 421,656.77 | C-1974575 |
| 3/8/2021 | Chk# ACH   Reversed by ctrl# 1313312 reallocate monies | | 0.00 | 68,752.66 | 352,904.11 | R-1313302 |
| 3/8/2021 | Chk# ACH :Prog Gen Reverses receipt Ctrl# 1313302 reallocate monies | | 0.00 | -68,752.66 | 421,656.77 | R-1313312 |
| 3/8/2021 | Chk# ACH | | 0.00 | 68,752.66 | 352,904.11 | R-1313313 |
| 4/1/2021 | Electric - February | | 3,549.91 | 0.00 | 356,454.02 | C-1975353 |
| 4/1/2021 | Sales tax | | 306.18 | 0.00 | 356,760.20 | C-1975354 |
| 4/1/2021 | Gas - February | | 1,381.88 | 0.00 | 358,142.08 | C-1975357 |
| 4/1/2021 | Sales tax | | 119.19 | 0.00 | 358,261.27 | C-1975358 |
| 4/1/2021 | RE Tax Escalation | | 8,287.54 | 0.00 | 366,548.81 | C-1975445 |
| 4/1/2021 | Concession-New Tenant (04/2021) | 0120 | -20,759.07 | 0.00 | 345,789.74 | C-1975472 |
| 4/1/2021 | Office Rent (04/2021) | 0120 | 41,518.13 | 0.00 | 387,307.87 | C-1975473 |
| 4/6/2021 | Chk# ACH | | 0.00 | 20,759.07 | 366,548.80 | R-1313823 |
| 5/1/2021 | Concession-New Tenant (05/2021) | 0120 | -20,759.07 | 0.00 | 345,789.73 | C-1975824 |
| 5/1/2021 | Office Rent (05/2021) | 0120 | 41,518.13 | 0.00 | 387,307.86 | C-1975825 |
| 5/1/2021 | Electric - March | | 4,339.05 | 0.00 | 391,646.91 | C-1975970 |
| 5/1/2021 | Sales tax | | 374.24 | 0.00 | 392,021.15 | C-1975971 |
| 5/1/2021 | Gas - March | | 958.84 | 0.00 | 392,979.99 | C-1975972 |
| 5/1/2021 | Sales tax | | 82.70 | 0.00 | 393,062.69 | C-1975973 |
| 5/4/2021 | Chk# ACH | | 0.00 | 20,759.06 | 372,303.63 | R-1314389 |
| 6/1/2021 | Office Rent (06/2021) | 0120 | 41,518.13 | 0.00 | 413,821.76 | C-1976401 |
| 6/1/2021 | Electric - April | | 4,698.24 | 0.00 | 418,520.00 | C-1976444 |
| 6/1/2021 | Sales tax | | 405.22 | 0.00 | 418,925.22 | C-1976445 |
| 6/1/2021 | Gas - April | | 958.84 | 0.00 | 419,884.06 | C-1976448 |
| 6/1/2021 | Sales tax | | 82.70 | 0.00 | 419,966.76 | C-1976449 |

## Lease Ledger

Date: 09/24/2024
Property: wkbropin
Tenant: wkblinkm Blink - c/o Equinox
Unit(S): 0120

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---:|---:|---:|---|
| 6/1/2021 | reverse April gas charge | | -958.84 | 0.00 | 419,007.92 | C-1976552 |
| 6/1/2021 | reverse gas sales tax | | -82.70 | 0.00 | 418,925.22 | C-1976553 |
| 6/1/2021 | Gas - April | | 452.61 | 0.00 | 419,377.83 | C-1976554 |
| 6/1/2021 | Sales tax | | 39.04 | 0.00 | 419,416.87 | C-1976555 |
| 6/2/2021 | Chk# ACH   Reversed by ctrl# 1315376 reallocate monies | | 0.00 | 20,759.06 | 398,657.81 | R-1314904 |
| 6/2/2021 | Chk# ACH :Prog Gen Reverses receipt Ctrl# 1314904 reallocate monies | | 0.00 | -20,759.06 | 419,416.87 | R-1315376 |
| 6/2/2021 | Chk# ACH | | 0.00 | 20,759.06 | 398,657.81 | R-1315377 |
| 7/1/2021 | Office Rent (07/2021) | 0120 | 41,518.13 | 0.00 | 440,175.94 | C-1977107 |
| 7/1/2021 | Electric - May | | 4,321.51 | 0.00 | 444,497.45 | C-1977145 |
| 7/1/2021 | Sales tax | | 372.73 | 0.00 | 444,870.18 | C-1977146 |
| 7/1/2021 | Gas - May | | 285.95 | 0.00 | 445,156.13 | C-1977149 |
| 7/1/2021 | Sales tax | | 24.66 | 0.00 | 445,180.79 | C-1977150 |
| 7/2/2021 | Chk# ACH   Reversed by ctrl# 1315990 reallocate monies | | 0.00 | 66,512.77 | 378,668.02 | R-1315378 |
| 7/2/2021 | Chk# ACH :Prog Gen Reverses receipt Ctrl# 1315378 reallocate monies | | 0.00 | -66,512.77 | 445,180.79 | R-1315990 |
| 7/2/2021 | Chk# ACH | | 0.00 | 66,512.77 | 378,668.02 | R-1315992 |
| 8/1/2021 | Office Rent (08/2021) | 0120 | 41,518.13 | 0.00 | 420,186.15 | C-1977506 |
| 8/1/2021 | Electric - June | | 7,349.45 | 0.00 | 427,535.60 | C-1977527 |
| 8/1/2021 | Sales tax | | 633.89 | 0.00 | 428,169.49 | C-1977528 |
| 8/1/2021 | Gas - June | | 285.95 | 0.00 | 428,455.44 | C-1977531 |
| 8/1/2021 | Sales tax | | 24.66 | 0.00 | 428,480.10 | C-1977532 |
| 8/3/2021 | Chk# ACH | | 0.00 | 13,298.80 | 415,181.30 | R-1315977 |
| 9/1/2021 | Electric - July | | 9,589.92 | 0.00 | 424,771.22 | C-1977802 |
| 9/1/2021 | Sales tax | | 827.13 | 0.00 | 425,598.35 | C-1977803 |
| 9/1/2021 | Gas - July | | 252.69 | 0.00 | 425,851.04 | C-1977806 |
| 9/1/2021 | Sales tax | | 21.79 | 0.00 | 425,872.83 | C-1977807 |
| 9/1/2021 | Office Rent (09/2021) | 0120 | 41,518.13 | 0.00 | 467,390.96 | C-1978125 |
| 9/1/2021 | Chk# ACH | | 0.00 | 31,450.59 | 435,940.37 | R-1316590 |
| 10/1/2021 | Office Rent (10/2021) | 0120 | 41,518.13 | 0.00 | 477,458.50 | C-1978579 |
| 10/1/2021 | Electric - August | | 9,491.06 | 0.00 | 486,949.56 | C-1978604 |
| 10/1/2021 | Sales tax | | 818.60 | 0.00 | 487,768.16 | C-1978605 |
| 10/1/2021 | Gas - August | | 237.35 | 0.00 | 488,005.51 | C-1978681 |
| 10/1/2021 | Sales tax | | 20.47 | 0.00 | 488,025.98 | C-1978682 |
| 10/5/2021 | Chk# ACH | | 0.00 | 31,326.54 | 456,699.44 | R-1317120 |
| 10/7/2021 | Chk# ACH   Reversed by ctrl# 1317119 reverse | | 0.00 | 31,666.48 | 425,032.96 | R-1317118 |
| 10/7/2021 | Chk# ACH :Prog Gen Reverses receipt Ctrl# 1317118 reverse | | 0.00 | -31,666.48 | 456,699.44 | R-1317119 |
| 11/1/2021 | Office Rent (11/2021) | 0120 | 41,518.13 | 0.00 | 498,217.57 | C-1984542 |
| 11/1/2021 | Electric - September | | 9,267.40 | 0.00 | 507,484.97 | C-1984563 |
| 11/1/2021 | Sales tax | | 799.31 | 0.00 | 508,284.28 | C-1984564 |
| 11/1/2021 | Gas - September | | 233.47 | 0.00 | 508,517.75 | C-1984565 |
| 11/1/2021 | Sales tax | | 20.14 | 0.00 | 508,537.89 | C-1984566 |
| 11/5/2021 | Chk# ACH | | 0.00 | 43,534.82 | 465,003.07 | R-1318957 |
| 12/1/2021 | Electric - October | | 6,901.39 | 0.00 | 471,904.46 | C-1985137 |
| 12/1/2021 | Sales tax | | 595.24 | 0.00 | 472,499.70 | C-1985138 |
| 12/1/2021 | Gas - October | | 358.30 | 0.00 | 472,858.00 | C-1985141 |
| 12/1/2021 | Sales tax | | 30.90 | 0.00 | 472,888.90 | C-1985142 |
| 12/1/2021 | Office Rent (12/2021) | 0120 | 41,518.13 | 0.00 | 514,407.03 | C-1985175 |
| 12/7/2021 | Chk# ACH | | 0.00 | 34,872.61 | 479,534.42 | R-1319630 |
| 1/1/2022 | Electric - November | | 4,345.95 | 0.00 | 483,880.37 | C-1985520 |
| 1/1/2022 | Sales tax | | 374.84 | 0.00 | 484,255.21 | C-1985521 |
| 1/1/2022 | Gas - November | | 995.94 | 0.00 | 485,251.15 | C-1985524 |
| 1/1/2022 | Sales tax | | 85.90 | 0.00 | 485,337.05 | C-1985525 |
| 1/1/2022 | Office Rent (01/2022) | 0120 | 41,518.13 | 0.00 | 526,855.18 | C-1985594 |
| 1/7/2022 | Chk# ACH | | 0.00 | 26,986.79 | 499,868.39 | R-1320109 |
| 2/1/2022 | Electric - December | | 4,709.10 | 0.00 | 504,577.49 | C-1986007 |

## Lease Ledger

Date: 09/24/2024
Property: wkbropin
Tenant: wkblinkm Blink - c/o Equinox
Unit(S): 0120

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 2/1/2022 | Sales tax | | 406.16 | 0.00 | 504,983.65 | C-1986008 |
| 2/1/2022 | Gas - December | | 1,416.35 | 0.00 | 506,400.00 | C-1986011 |
| 2/1/2022 | Sales tax | | 122.16 | 0.00 | 506,522.16 | C-1986012 |
| 2/1/2022 | Office Rent (02/2022) | 0120 | 41,518.13 | 0.00 | 548,040.29 | C-1986263 |
| 2/4/2022 | Chk# ACH | | 0.00 | 47,320.76 | 500,719.53 | R-1320528 |
| 3/1/2022 | Office Rent (03/2022) | 0120 | 41,518.13 | 0.00 | 542,237.66 | C-1986849 |
| 3/1/2022 | Gas - January | | 2,173.03 | 0.00 | 544,410.69 | C-1986903 |
| 3/1/2022 | Sales tax | | 187.42 | 0.00 | 544,598.11 | C-1986904 |
| 3/1/2022 | Electric - January | | 4,548.43 | 0.00 | 549,146.54 | C-1986905 |
| 3/1/2022 | Sales tax | | 392.30 | 0.00 | 549,538.84 | C-1986906 |
| 3/4/2022 | Chk# ACH | | 0.00 | 41,518.13 | 508,020.71 | R-1321227 |
| 4/1/2022 | Electric - February | | 4,157.87 | 0.00 | 512,178.58 | C-1987356 |
| 4/1/2022 | Sales Tax | | 89.99 | 0.00 | 512,268.57 | C-1987357 |
| 4/1/2022 | Gas - February | | 1,699.77 | 0.00 | 513,968.34 | C-1987358 |
| 4/1/2022 | Sales tax | | 146.60 | 0.00 | 514,114.94 | C-1987359 |
| 4/1/2022 | Real Estate Tax Reconciliation | | 3,235.86 | 0.00 | 517,350.80 | C-1987360 |
| 4/1/2022 | Sales Tax | | -89.99 | 0.00 | 517,260.81 | C-1987365 |
| 4/1/2022 | Sales tax | | 358.62 | 0.00 | 517,619.43 | C-1987366 |
| 4/1/2022 | Real Estate Tax (04/2022) | 0120 | 808.96 | 0.00 | 518,428.39 | C-1987423 |
| 4/1/2022 | Office Rent (04/2022) | 0120 | 41,518.13 | 0.00 | 559,946.52 | C-1987424 |
| 4/7/2022 | Chk# ACH | | 0.00 | 66,457.15 | 493,489.37 | R-1321654 |
| 5/1/2022 | Electric - March | | 4,712.57 | 0.00 | 498,201.94 | C-1988080 |
| 5/1/2022 | Sales tax | | 406.46 | 0.00 | 498,608.40 | C-1988081 |
| 5/1/2022 | Gas - March | | 1,026.83 | 0.00 | 499,635.23 | C-1988082 |
| 5/1/2022 | Sales tax | | 88.56 | 0.00 | 499,723.79 | C-1988083 |
| 5/1/2022 | Real Estate Tax (05/2022) | 0120 | 808.96 | 0.00 | 500,532.75 | C-1988123 |
| 5/1/2022 | Office Rent (05/2022) | 0120 | 41,518.13 | 0.00 | 542,050.88 | C-1988124 |
| 5/9/2022 | Chk# ACH | | 0.00 | 61,707.50 | 480,343.38 | R-1322052 |
| 6/1/2022 | Electric - April | | 5,246.66 | 0.00 | 485,590.04 | C-1988490 |
| 6/1/2022 | Sales tax | | 452.52 | 0.00 | 486,042.56 | C-1988491 |
| 6/1/2022 | Gas - April | | 571.48 | 0.00 | 486,614.04 | C-1988492 |
| 6/1/2022 | Sales tax | | 49.29 | 0.00 | 486,663.33 | C-1988493 |
| 6/1/2022 | Real Estate Tax (06/2022) | 0120 | 808.96 | 0.00 | 487,472.29 | C-1988532 |
| 6/1/2022 | Office Rent (06/2022) | 0120 | 41,518.13 | 0.00 | 528,990.42 | C-1988533 |
| 6/3/2022 | Chk# ACH | | 0.00 | 41,518.13 | 487,472.29 | R-1322421 |
| 7/1/2022 | Real Estate Tax (07/2022) | 0120 | 808.96 | 0.00 | 488,281.25 | C-1988916 |
| 7/1/2022 | Office Rent (07/2022) | 0120 | 41,518.13 | 0.00 | 529,799.38 | C-1988917 |
| 7/1/2022 | Electric - May | | 5,090.61 | 0.00 | 534,889.99 | C-1988938 |
| 7/1/2022 | Sales tax | | 439.06 | 0.00 | 535,329.05 | C-1988939 |
| 7/1/2022 | Gas - May | | 331.85 | 0.00 | 535,660.90 | C-1988940 |
| 7/1/2022 | Sales tax | | 28.62 | 0.00 | 535,689.52 | C-1988941 |
| 7/5/2022 | Chk# ACH | | 0.00 | 55,346.14 | 480,343.38 | R-1322902 |
| 8/1/2022 | Electric - June | | 8,131.37 | 0.00 | 488,474.75 | C-1989447 |
| 8/1/2022 | Sales tax | | 701.33 | 0.00 | 489,176.08 | C-1989448 |
| 8/1/2022 | Gas - June | | 261.36 | 0.00 | 489,437.44 | C-1989449 |
| 8/1/2022 | Sales tax | | 22.54 | 0.00 | 489,459.98 | C-1989450 |
| 8/1/2022 | Real Estate Tax (08/2022) | 0120 | 808.96 | 0.00 | 490,268.94 | C-1989488 |
| 8/1/2022 | Office Rent (08/2022) | 0120 | 45,601.88 | 0.00 | 535,870.82 | C-1989489 |
| 8/9/2022 | Chk# ACH | | 0.00 | 41,518.13 | 494,352.69 | R-1323357 |
| 9/1/2022 | Real Estate Tax (09/2022) | 0120 | 808.96 | 0.00 | 495,161.65 | C-1989810 |
| 9/1/2022 | Office Rent (09/2022) | 0120 | 45,601.88 | 0.00 | 540,763.53 | C-1989811 |
| 9/1/2022 | Electric - July | | 10,404.08 | 0.00 | 551,167.61 | C-1989828 |
| 9/1/2022 | Sales tax | | 897.35 | 0.00 | 552,064.96 | C-1989829 |
| 9/1/2022 | Gas - July | | 290.96 | 0.00 | 552,355.92 | C-1989830 |

9/25/2024 2:24 PM

## Lease Ledger

Date: 09/24/2024
Property: wkbropin
Tenant: wkblinkm Blink - c/o Equinox
Unit(S): 0120

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 9/1/2022 | Sales tax | | 25.10 | 0.00 | 552,381.02 | C-1989831 |
| 9/6/2022 | Chk# ACH | | 0.00 | 53,135.62 | 499,245.40 | R-1323733 |
| 10/1/2022 | Real Estate Tax (10/2022) | 0120 | 808.96 | 0.00 | 500,054.36 | C-1990380 |
| 10/1/2022 | Office Rent (10/2022) | 0120 | 45,601.88 | 0.00 | 545,656.24 | C-1990381 |
| 10/1/2022 | Electric - August | | 11,772.31 | 0.00 | 557,428.55 | C-1990398 |
| 10/1/2022 | Sales tax | | 1,015.36 | 0.00 | 558,443.91 | C-1990399 |
| 10/1/2022 | Gas - August | | 290.96 | 0.00 | 558,734.87 | C-1990400 |
| 10/1/2022 | Sales tax | | 25.10 | 0.00 | 558,759.97 | C-1990401 |
| 10/1/2022 | Add'l gas - August | | 24.59 | 0.00 | 558,784.56 | C-1990404 |
| 10/1/2022 | Add'l tax gas - August | | 2.12 | 0.00 | 558,786.68 | C-1990405 |
| 10/5/2022 | Chk# ACH | | 0.00 | 50,634.73 | 508,151.95 | R-1324134 |
| 11/1/2022 | Real Estate Tax (11/2022) | 0120 | 808.96 | 0.00 | 508,960.91 | C-1990664 |
| 11/1/2022 | Office Rent (11/2022) | 0120 | 45,601.88 | 0.00 | 554,562.79 | C-1990665 |
| 11/1/2022 | Electric - September | | 10,766.79 | 0.00 | 565,329.58 | C-1990682 |
| 11/1/2022 | Sales tax | | 928.64 | 0.00 | 566,258.22 | C-1990683 |
| 11/1/2022 | Gas - September | | 341.88 | 0.00 | 566,600.10 | C-1990684 |
| 11/1/2022 | Sales tax | | 29.49 | 0.00 | 566,629.59 | C-1990685 |
| 11/3/2022 | Chk# ACH | | 0.00 | 70,135.66 | 496,493.93 | R-1324538 |
| 12/1/2022 | Real Estate Tax (12/2022) | 0120 | 808.96 | 0.00 | 497,302.89 | C-1990923 |
| 12/1/2022 | Office Rent (12/2022) | 0120 | 45,601.88 | 0.00 | 542,904.77 | C-1990924 |
| 12/1/2022 | Electric - October | | 6,840.12 | 0.00 | 549,744.89 | C-1991139 |
| 12/1/2022 | Sales tax | | 589.96 | 0.00 | 550,334.85 | C-1991140 |
| 12/1/2022 | Gas - October | | 485.26 | 0.00 | 550,820.11 | C-1991143 |
| 12/1/2022 | Sales tax | | 41.85 | 0.00 | 550,861.96 | C-1991144 |
| 12/5/2022 | Chk# ACH | | 0.00 | 41,518.13 | 509,343.83 | R-1324889 |
| 1/1/2023 | Electric - November | | 5,177.96 | 0.00 | 514,521.79 | C-1991427 |
| 1/1/2023 | Sales tax | | 446.60 | 0.00 | 514,968.39 | C-1991428 |
| 1/1/2023 | Gas - November | | 1,090.27 | 0.00 | 516,058.66 | C-1991429 |
| 1/1/2023 | Sales tax | | 94.04 | 0.00 | 516,152.70 | C-1991430 |
| 1/1/2023 | Real Estate Tax (01/2023) | 0120 | 808.96 | 0.00 | 516,961.66 | C-1991466 |
| 1/1/2023 | Office Rent (01/2023) | 0120 | 45,601.88 | 0.00 | 562,563.54 | C-1991467 |
| 1/5/2023 | Chk# ACH | | 0.00 | 41,518.13 | 521,045.41 | R-1325323 |
| 2/1/2023 | Real Estate Tax (02/2023) | 0120 | 808.96 | 0.00 | 521,854.37 | C-1991870 |
| 2/1/2023 | Office Rent (02/2023) | 0120 | 45,601.88 | 0.00 | 567,456.25 | C-1991871 |
| 2/1/2023 | Electric - December | | 4,214.27 | 0.00 | 571,670.52 | C-1991888 |
| 2/1/2023 | Sales tax | | 363.48 | 0.00 | 572,034.00 | C-1991889 |
| 2/1/2023 | Gas - December | | 2,183.72 | 0.00 | 574,217.72 | C-1991890 |
| 2/1/2023 | Sales tax | | 188.35 | 0.00 | 574,406.07 | C-1991891 |
| 2/3/2023 | Chk# ACH | | 0.00 | 41,518.13 | 532,887.94 | R-1325883 |
| 2/21/2023 | Chk# ACH | | 0.00 | 41,510.99 | 491,376.95 | R-1326080 |
| 3/1/2023 | Real Estate Tax (03/2023) | 0120 | 808.96 | 0.00 | 492,185.91 | C-1992413 |
| 3/1/2023 | Office Rent (03/2023) | 0120 | 45,601.88 | 0.00 | 537,787.79 | C-1992414 |
| 3/1/2023 | Electric - January | | 4,591.09 | 0.00 | 542,378.88 | C-1992433 |
| 3/1/2023 | Sales tax | | 395.98 | 0.00 | 542,774.86 | C-1992434 |
| 3/1/2023 | Gas - January | | 1,686.93 | 0.00 | 544,461.79 | C-1992435 |
| 3/1/2023 | Sales tax | | 145.50 | 0.00 | 544,607.29 | C-1992436 |
| 3/6/2023 | Chk# ACH | | 0.00 | 41,518.13 | 503,089.16 | R-1326275 |
| 4/1/2023 | Real Estate Tax Reconciliation | | 454.40 | 0.00 | 503,543.56 | C-1992715 |
| 4/1/2023 | Real Estate Tax (04/2023) | 0120 | 922.56 | 0.00 | 504,466.12 | C-1992879 |
| 4/1/2023 | Office Rent (04/2023) | 0120 | 45,601.88 | 0.00 | 550,068.00 | C-1992880 |
| 4/1/2023 | Electric - February | | 3,742.58 | 0.00 | 553,810.58 | C-1992897 |
| 4/1/2023 | Sales tax | | 322.80 | 0.00 | 554,133.38 | C-1992898 |
| 4/1/2023 | Gas - February | | 1,627.01 | 0.00 | 555,760.39 | C-1992901 |
| 4/1/2023 | Sales tax | | 140.33 | 0.00 | 555,900.72 | C-1992902 |

## Lease Ledger

Date: 09/24/2024
Property: wkbropin
Tenant: wkblinkm Blink - c/o Equinox
Unit(S): 0120

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 4/7/2023 | Chk# ACH | | 0.00 | 47,350.85 | 508,549.87 | R-1326814 |
| 5/1/2023 | Real Estate Tax (05/2023) | 0120 | 922.56 | 0.00 | 509,472.43 | C-1993237 |
| 5/1/2023 | Office Rent (05/2023) | 0120 | 45,601.88 | 0.00 | 555,074.31 | C-1993238 |
| 5/1/2023 | Electric - March | | 3,224.74 | 0.00 | 558,299.05 | C-1993342 |
| 5/1/2023 | Sales tax | | 278.13 | 0.00 | 558,577.18 | C-1993343 |
| 5/1/2023 | Gas - March | | 1,197.87 | 0.00 | 559,775.05 | C-1993346 |
| 5/1/2023 | Sales tax | | 103.32 | 0.00 | 559,878.37 | C-1993347 |
| 5/5/2023 | Chk# ACH   Reversed by ctrl# 1327293 change allocation | | 0.00 | 74,617.33 | 485,261.04 | R-1327161 |
| 5/5/2023 | Chk# ACH :Prog Gen Reverses receipt Ctrl# 1327161 change allocation | | 0.00 | -74,617.33 | 559,878.37 | R-1327293 |
| 5/5/2023 | Chk# ACH | | 0.00 | 74,617.33 | 485,261.04 | R-1327294 |
| 6/1/2023 | Electric - April | | 3,975.40 | 0.00 | 489,236.44 | C-1993813 |
| 6/1/2023 | Sales tax | | 342.88 | 0.00 | 489,579.32 | C-1993814 |
| 6/1/2023 | Gas - April | | 415.55 | 0.00 | 489,994.87 | C-1993815 |
| 6/1/2023 | Sales tax | | 35.84 | 0.00 | 490,030.71 | C-1993816 |
| 6/1/2023 | Real Estate Tax (06/2023) | 0120 | 922.56 | 0.00 | 490,953.27 | C-1993857 |
| 6/1/2023 | Office Rent (06/2023) | 0120 | 45,601.88 | 0.00 | 536,555.15 | C-1993858 |
| 6/6/2023 | Chk# ACH | | 0.00 | 51,294.11 | 485,261.04 | R-1327523 |
| 7/1/2023 | Real Estate Tax (07/2023) | 0120 | 922.56 | 0.00 | 486,183.60 | C-1994184 |
| 7/1/2023 | Office Rent (07/2023) | 0120 | 45,601.88 | 0.00 | 531,785.48 | C-1994185 |
| 7/1/2023 | Electric - May | | 3,396.83 | 0.00 | 535,182.31 | C-1994285 |
| 7/1/2023 | Sales tax | | 292.98 | 0.00 | 535,475.29 | C-1994286 |
| 7/1/2023 | Gas - May | | 304.71 | 0.00 | 535,780.00 | C-1994289 |
| 7/1/2023 | Sales tax | | 26.28 | 0.00 | 535,806.28 | C-1994290 |
| 7/7/2023 | Chk# ACH | | 0.00 | 46,524.44 | 489,281.84 | R-1327897 |
| 7/7/2023 | Chk# ACH | | 0.00 | 922.56 | 488,359.28 | R-1327916 |
| 8/1/2023 | Real Estate Tax (08/2023) | 0120 | 922.56 | 0.00 | 489,281.84 | C-1994589 |
| 8/1/2023 | Office Rent (08/2023) | 0120 | 45,601.88 | 0.00 | 534,883.72 | C-1994590 |
| 8/1/2023 | Electric - June | | 5,959.35 | 0.00 | 540,843.07 | C-1994610 |
| 8/1/2023 | Sales tax | | 513.99 | 0.00 | 541,357.06 | C-1994611 |
| 8/1/2023 | Gas - June | | 266.04 | 0.00 | 541,623.10 | C-1994614 |
| 8/1/2023 | Sales tax | | 22.95 | 0.00 | 541,646.05 | C-1994615 |
| 8/4/2023 | Chk# ACH | | 0.00 | 46,524.44 | 495,121.61 | R-1328294 |
| 9/1/2023 | Real Estate Tax (09/2023) | 0120 | 922.56 | 0.00 | 496,044.17 | C-1995009 |
| 9/1/2023 | Office Rent (09/2023) | 0120 | 45,601.88 | 0.00 | 541,646.05 | C-1995010 |
| 9/1/2023 | Electric - July | | 9,271.22 | 0.00 | 550,917.27 | C-1995029 |
| 9/1/2023 | Sales tax | | 799.64 | 0.00 | 551,716.91 | C-1995030 |
| 9/1/2023 | Gas - July | | 260.66 | 0.00 | 551,977.57 | C-1995033 |
| 9/1/2023 | Sales tax | | 22.48 | 0.00 | 552,000.05 | C-1995034 |
| 9/7/2023 | Chk# ACH | | 0.00 | 72,465.63 | 479,534.42 | R-1328679 |
| 10/1/2023 | Real Estate Tax (10/2023) | 0120 | 922.56 | 0.00 | 480,456.98 | C-1995427 |
| 10/1/2023 | Office Rent (10/2023) | 0120 | 45,601.88 | 0.00 | 526,058.86 | C-1995428 |
| 10/1/2023 | Electric - August | | 8,964.35 | 0.00 | 535,023.21 | C-1995447 |
| 10/1/2023 | Sales tax | | 773.18 | 0.00 | 535,796.39 | C-1995448 |
| 10/1/2023 | Gas - August | | 274.38 | 0.00 | 536,070.77 | C-1995451 |
| 10/1/2023 | Sales tax | | 23.67 | 0.00 | 536,094.44 | C-1995452 |
| 10/6/2023 | Chk# ACH | | 0.00 | 10,035.58 | 526,058.86 | R-1329013 |
| 10/20/2023 | Chk# ACH | | 0.00 | 46,524.44 | 479,534.42 | R-1329126 |
| 11/1/2023 | Real Estate Tax (11/2023) | 0120 | 922.56 | 0.00 | 480,456.98 | C-1995874 |
| 11/1/2023 | Office Rent (11/2023) | 0120 | 45,601.88 | 0.00 | 526,058.86 | C-1995875 |
| 11/1/2023 | Electric - September | | 9,925.70 | 0.00 | 535,984.56 | C-1995918 |
| 11/1/2023 | Sales tax | | 856.09 | 0.00 | 536,840.65 | C-1995919 |
| 11/1/2023 | Gas - September | | 289.39 | 0.00 | 537,130.04 | C-1995920 |
| 11/1/2023 | Sales tax | | 24.96 | 0.00 | 537,155.00 | C-1995921 |
| 11/7/2023 | Chk# ACH | | 0.00 | 46,524.44 | 490,630.56 | R-1329343 |

9/25/2024 2:24 PM

**Lease Ledger**

Date: 09/24/2024
Property: wkbropin
Tenant: wkblinkm Blink - c/o Equinox
Unit(S): 0120

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 12/1/2023 | Real Estate Tax (12/2023) | 0120 | 922.56 | 0.00 | 491,553.12 | C-1996370 |
| 12/1/2023 | Office Rent (12/2023) | 0120 | 45,601.88 | 0.00 | 537,155.00 | C-1996371 |
| 12/1/2023 | Electric - October | | 5,414.87 | 0.00 | 542,569.87 | C-1996413 |
| 12/1/2023 | Sales tax | | 467.03 | 0.00 | 543,036.90 | C-1996414 |
| 12/1/2023 | Gas - October | | 395.36 | 0.00 | 543,432.26 | C-1996417 |
| 12/1/2023 | Sales tax | | 34.10 | 0.00 | 543,466.36 | C-1996418 |
| 12/5/2023 | Chk# ACH | | 0.00 | 52,835.80 | 490,630.56 | R-1329619 |
| 12/29/2023 | Abated rent as per 2nd Amendment | | -159,844.81 | 0.00 | 330,785.75 | C-1996856 |
| 1/1/2024 | Electric - November | | 4,021.99 | 0.00 | 334,807.74 | C-1996565 |
| 1/1/2024 | Sales tax | | 346.90 | 0.00 | 335,154.64 | C-1996566 |
| 1/1/2024 | Gas - November | | 395.36 | 0.00 | 335,550.00 | C-1996569 |
| 1/1/2024 | Sales tax | | 34.10 | 0.00 | 335,584.10 | C-1996570 |
| 1/1/2024 | Real Estate Tax (01/2024) | 0120 | 922.56 | 0.00 | 336,506.66 | C-1996609 |
| 1/1/2024 | Office Rent (01/2024) | 0120 | 45,601.88 | 0.00 | 382,108.54 | C-1996610 |
| 1/1/2024 | Add'l Gas - November | | 666.88 | 0.00 | 382,775.42 | C-1996716 |
| 1/1/2024 | Add'l Sales tax | | 57.52 | 0.00 | 382,832.94 | C-1996717 |
| 1/1/2024 | Reduce rent as per 2nd Amend | | -9,120.38 | 0.00 | 373,712.56 | C-1996857 |
| 1/5/2024 | Chk# ACH | | 0.00 | 46,524.44 | 327,188.12 | R-1330028 |
| 1/12/2024 | Chk# ACH | | 0.00 | 118,497.64 | 208,690.48 | R-1330074 |
| 2/1/2024 | Real Estate Tax (02/2024) | 0120 | 922.56 | 0.00 | 209,613.04 | C-1997186 |
| 2/1/2024 | Office Rent (02/2024) | 0120 | 36,481.50 | 0.00 | 246,094.54 | C-1997187 |
| 2/1/2024 | Electric - December | | 3,092.23 | 0.00 | 249,186.77 | C-1997217 |
| 2/1/2024 | Sales tax | | 266.71 | 0.00 | 249,453.48 | C-1997218 |
| 2/1/2024 | Gas - December | | 1,062.24 | 0.00 | 250,515.72 | C-1997221 |
| 2/1/2024 | Sales tax | | 91.62 | 0.00 | 250,607.34 | C-1997222 |
| 2/1/2024 | Add'l Gas- December | | 372.12 | 0.00 | 250,979.46 | C-1997223 |
| 2/1/2024 | Add'l sale tax - December | | 32.09 | 0.00 | 251,011.55 | C-1997224 |
| 2/8/2024 | Chk# ACH | | 0.00 | 57,384.66 | 193,626.89 | R-1330408 |
| 2/15/2024 | Chk# ACH | | 0.00 | 4,917.01 | 188,709.88 | R-1330464 |
| 3/1/2024 | Electric - January | | 3,854.68 | 0.00 | 192,564.56 | C-1997428 |
| 3/1/2024 | Sales tax | | 332.47 | 0.00 | 192,897.03 | C-1997429 |
| 3/1/2024 | Gas - January | | 1,963.38 | 0.00 | 194,860.41 | C-1997432 |
| 3/1/2024 | Sales tax | | 169.34 | 0.00 | 195,029.75 | C-1997433 |
| 3/1/2024 | Real Estate Tax (03/2024) | 0120 | 922.56 | 0.00 | 195,952.31 | C-1997475 |
| 3/1/2024 | Office Rent (03/2024) | 0120 | 36,481.50 | 0.00 | 232,433.81 | C-1997476 |
| 3/6/2024 | Chk# ACH | | 0.00 | 63,704.52 | 168,729.29 | R-1330701 |
| 4/1/2024 | Annual RE Tax Reconciliation | | 272.29 | 0.00 | 169,001.58 | C-1997997 |
| 4/1/2024 | Electric - February | | 3,436.09 | 0.00 | 172,437.67 | C-1998028 |
| 4/1/2024 | Sales tax | | 296.36 | 0.00 | 172,734.03 | C-1998029 |
| 4/1/2024 | Gas - February | | 1,800.37 | 0.00 | 174,534.40 | C-1998032 |
| 4/1/2024 | Sales tax | | 155.28 | 0.00 | 174,689.68 | C-1998033 |
| 4/1/2024 | Real Estate Tax (04/2024) | 0120 | 990.63 | 0.00 | 175,680.31 | C-1998072 |
| 4/1/2024 | Office Rent (04/2024) | 0120 | 36,481.50 | 0.00 | 212,161.81 | C-1998073 |
| 4/4/2024 | Chk# ACH | | 0.00 | 57,452.73 | 154,709.08 | R-1331068 |
| 5/1/2024 | Electric - March | | 3,644.73 | 0.00 | 158,353.81 | C-1998224 |
| 5/1/2024 | Sales tax | | 314.36 | 0.00 | 158,668.17 | C-1998225 |
| 5/1/2024 | Gas - March | | 1,386.98 | 0.00 | 160,055.15 | C-1998226 |
| 5/1/2024 | Sales tax | | 119.63 | 0.00 | 160,174.78 | C-1998227 |
| 5/1/2024 | Real Estate Tax (05/2024) | 0120 | 990.63 | 0.00 | 161,165.41 | C-1998350 |
| 5/1/2024 | Office Rent (05/2024) | 0120 | 36,481.50 | 0.00 | 197,646.91 | C-1998351 |
| 5/7/2024 | Chk# ACH | | 0.00 | 37,744.42 | 159,902.49 | R-1331378 |
| 5/13/2024 | Chk# ACH | | 0.00 | 11,153.80 | 148,748.69 | R-1331432 |
| 5/17/2024 | Electric-April | | 4,089.87 | 0.00 | 152,838.56 | C-1998848 |
| 5/17/2024 | Electric-April-Sales Tax | | 352.75 | 0.00 | 153,191.31 | C-1998849 |



| | | | |
|---|---|---|---|
| Ledger balance 8/11/24 | 198,265.41 | | |
| Add back Rent Credit 2nd Amendment | 67,078.97 | (1/1/24 - 8/11/24) 9120.38*7mos,11 days | |
| | 265,344.38 | | |
| Utilities only (June, July) | 18,657.48 | | |
| Pro-rated August charges (8/1/24-8/11/24) | 18,437.44 | Includes rent, utilities, taxes 11 days | |
| | 302,439.30 | | |

| | | |
|---|---|---|
| Deferred rent subject to 2nd Amendment | 159,844.81 | inclusive of 4k unpaid in August and 4k paid by the tenant in September |
| August (pro-rated) | 18,437.44 | |
| Electric - June | 6,706.24 | |
| Electric - June - Sales Tax | 578.42 | |
| Gas - June | 281.76 | |
| Gas - June - Sales Tax | 24.30 | |
| Electric - July | 9,898.87 | |
| Electric - July - Sales Tax | 853.78 | |
| Gas - July | 289.17 | |
| Gas - July - Sales Tax | 24.94 | 18,657.48 |
| | 196,939.73 | |

| August 1, 2024 - August 11, 2024 | Full Month | Pro-Rated 11/31 days |
|---|---|---|

9/25/2024 2:24 PM

## Lease Ledger

Date: 09/24/2024
Property: wkbropin
Tenant: wkblinkm Blink - c/o Equinox
Unit(S): 0120

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 5/17/2024 | Gas-April | | 677.99 | 0.00 | 153,869.30 | C-1998850 |
| 5/17/2024 | Gas-April-Sales Tax | | 58.48 | 0.00 | 153,927.78 | C-1998851 |
| 6/1/2024 | Real Estate Tax (06/2024) | 0120 | 990.63 | 0.00 | 154,918.41 | C-1998889 |
| 6/1/2024 | Office Rent (06/2024) | 0120 | 36,481.50 | 0.00 | 191,399.91 | C-1998890 |
| 6/10/2024 | Chk# ACH | | 0.00 | 37,472.13 | 153,927.78 | R-1331763 |
| 6/14/2024 | Chk# ACH | | 0.00 | 5,179.09 | 148,748.69 | R-1331812 |
| 6/20/2024 | Electric April - True up | | -529.43 | 0.00 | 148,219.26 | C-1999354 |
| 6/20/2024 | Electric April Sales Tax - True up | | -45.66 | 0.00 | 148,173.60 | C-1999355 |
| 6/20/2024 | Electric May | | 4,257.89 | 0.00 | 152,431.49 | C-1999366 |
| 6/20/2024 | Electric May - Sales Tax | | 367.24 | 0.00 | 152,798.73 | C-1999367 |
| 6/20/2024 | Gas May | | 371.77 | 0.00 | 153,170.50 | C-1999368 |
| 6/20/2024 | Gas May - Sales Tax | | 32.06 | 0.00 | 153,202.56 | C-1999369 |
| 7/1/2024 | Real Estate Tax (07/2024) | 0120 | 990.63 | 0.00 | 154,193.19 | C-1999410 |
| 7/1/2024 | Office Rent (07/2024) | 0120 | 36,481.50 | 0.00 | 190,674.69 | C-1999411 |
| 7/8/2024 | Chk# ACH | | 0.00 | 37,472.13 | 153,202.56 | R-1332117 |
| 8/1/2024 | Electric - June | | 6,706.24 | 0.00 | 159,908.80 | C-1999545 |
| 8/1/2024 | Electric - June - Sales Tax | | 578.42 | 0.00 | 160,487.22 | C-1999546 |
| 8/1/2024 | Gas - June | | 281.76 | 0.00 | 160,768.98 | C-1999547 |
| 8/1/2024 | Gas - June - Sales Tax | | 24.30 | 0.00 | 160,793.28 | C-1999548 |
| 8/1/2024 | Real Estate Tax (08/2024) | 0120 | 990.63 | 0.00 | 161,783.91 | C-1999619 |
| 8/1/2024 | Office Rent (08/2024) | 0120 | 36,481.50 | 0.00 | 198,265.41 | C-1999620 |
| 9/1/2024 | Real Estate Tax (09/2024) | 0120 | 990.63 | 0.00 | 199,256.04 | C-2000177 |
| 9/1/2024 | Office Rent (09/2024) | 0120 | 36,481.50 | 0.00 | 235,737.54 | C-2000178 |
| 9/1/2024 | Electric - July | | 9,898.87 | 0.00 | 245,636.41 | C-2000214 |
| 9/1/2024 | Electric - July - Sales Tax | | 853.78 | 0.00 | 246,490.19 | C-2000215 |
| 9/1/2024 | Gas - July | | 289.17 | 0.00 | 246,779.36 | C-2000216 |
| 9/1/2024 | Gas - July - Sales Tax | | 24.94 | 0.00 | 246,804.30 | C-2000217 |
| 9/4/2024 | Chk# ACH | | 0.00 | 41,912.26 | 204,892.04 | R-1332700 |
| 9/19/2024 | Chk# ACH | | 0.00 | 23,536.45 | 181,355.59 | R-1332818 |
| 10/1/2024 | Electric - August | | 8,976.91 | 0.00 | 190,332.50 | C-2000414 |
| 10/1/2024 | Electric - August - Sales Tax | | 774.26 | 0.00 | 191,106.76 | C-2000415 |
| 10/1/2024 | Gas - August | | 273.09 | 0.00 | 191,379.85 | C-2000416 |
| 10/1/2024 | Gas - August - Sales Tax | | 23.55 | 0.00 | 191,403.40 | C-2000417 |
| 10/1/2024 | Real Estate Tax (10/2024) | 0120 | 990.63 | 0.00 | 192,394.03 | C-2000457 |
| 10/1/2024 | Office Rent (10/2024) | 0120 | 36,481.50 | 0.00 | 228,875.53 | C-2000458 |

| | | |
|---|---|---|
| Office Rent (08/2024) | 36,481.50 | 12,945.05 |
| Real Estate Tax (08/2024) | 990.63 | 351.51 |
| Additional Rent (08/2024) | 4,440.13 | 1,575.53 |
| Electric (08/2024) | 8,976.91 | 3,185.36 |
| Electric Sales Tax (08/2024) | 774.26 | 274.74 |
| Gas (08/2024) | 273.09 | 96.90 |
| Gas Sales Tax (08/2024) | 23.55 | 8.36 |
| | | **18,437.44** |

---

**Blink**
Telephone
Fax
Giro
Tax registration number

1 Park Ave
New York, NY 10016 USA

**Payment advice**

Page: 1 of 1
Date: 9/3/2024
Payment reference:

Broadhollow/Pinelawn CW NF, LLC
500 Bi County Blvd
Suite 230
Farmingdale, NY 11735 USA

| Invoice | Invoice date | Invoice amount | Invoice currency | Payment date | Cash discount | Payment amount | Payment currency |
|---|---|---|---|---|---|---|---|
| Sept2024RET | 9/1/2024 | 990.63 | USD | 9/3/2024 | 0.00 | 990.63 | USD |
| Sept2024Deferral | 9/1/2024 | 4,440.13 | USD | 9/3/2024 | 0.00 | 4,440.13 | USD |
| Sept2024BaseRent | 9/1/2024 | 36,481.50 | USD | 9/3/2024 | 0.00 | 36,481.50 | USD |
| | | | | Total | | 41,912.26 | |

---

**Blink**
Telephone
Fax
Giro
Tax registration number

1 Park Ave
New York, NY 10016 USA

**Payment advice**

Page: 1 of 1
Date: 9/19/2024
Payment reference:

Broadhollow/Pinelawn CW NF, LLC
500 Bi County Blvd
Suite 230
Farmingdale, NY 11735 USA

| Invoice | Invoice date | Invoice amount | Invoice currency | Payment date | Cash discount | Payment amount | Payment currency |
|---|---|---|---|---|---|---|---|
| Aug2024BaseRent | 8/1/2024 | 36,481.50 | USD | 9/18/2024 | 0.00 | 23,536.45 | USD |
| | | | | Total | | 23,536.45 | |