# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., et al., [1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

Certificate of Service

      I hereby certify that on September 26, 2024, a true and correct copy of the foregoing, Objection of Broadhollow/Pinelawn CW NF LLC to the Proposed Cure Amount Identified by Debtors in the Notice of (i) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (ii) Cure Amounts was sent to the following as indicated:

***VIA EMAIL***

Michael R. Nester
Sean T. Greecher
Allison S. Mielke
Young Conway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
mnester@ycst.com
sgreecher@ycst.com
amielke@ycst.com

Peter P. Knight
Allison E. Yager
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661
peter.knight@katten.com
allison.yager@katten.com

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number is 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/BlinkFitness, or by contacting the counsel for the Debtors.

Curtis S. Miller
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
cmiller@morrisnichols.com

Benjamin A. Hackman
Office of the United States Trustee
for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
benjamin.a.hackman@usdoj.gov

Eric R. Wilson
Kristin S. Elliott
Kelley Drye & Warren LLP
3 World Trade Center
New York, New York 10017
ewilson@kelleydrye.com
kelliott@kelleydrye.com

Eric J. Monzo
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
emonzo@morrisjames.com

*VIA CM/ECF*

All parties registered to receive electronic notice

                                      **FLASTER/GREENBERG P.C.**

Dated: September 26, 2024        By: /s/ *Damien Nicholas Tancredi*
                                            Damien Nicholas Tancredi (DE No. 5395)
                                            221 W. 10th Street, 4th Floor
                                            Wilmington, DE  19801
                                            Telephone: 302-351-1910
                                            Damien.tancredi@flastergreenberg.com