**<u>EXHIBIT 2</u>**

## AMENDMENT TO LEASE AGREEMENT

THIS AMENDMENT TO LEASE AGREEMENT (this "Amendment"), is made as of the 28th day of March, 2018 (the "Effective Date"), by and between **3560 WPR LLC**, a New York limited liability company, and **3572 WPR LLC**, a New York limited liability company (collectively known as "Landlord"), and **BLINK WILLIAMSBRIDGE, INC.**, a New York corporation ("Tenant"). Each of Landlord and Tenant is a "Party" and are collectively referred to herein as the "Parties."

### W I T N E S S E T H :

WHEREAS, Landlord and Tenant entered into that certain Lease Agreement dated July 19, 2013 (the "Existing Lease"), under which Landlord leased to Tenant, and Tenant leased from Landlord, approximately 16,621 square feet of floor area located at 3560-3570 and 3572-3584 White Plains Road, Bronx, New York 10467 (collectively, the "Premises"), under and subject to the terms and conditions set forth in such Existing Lease;

WHEREAS, the parties have previously been unable to agree on the date on which the Rent Commencement Date (as defined in the Existing Lease) shall occur;

WHEREAS, the Parties desire to agree upon the Rent Commencement Date; and

WHEREAS, the Parties desire to modify the Existing Lease as more particularly set forth herein. The Existing Lease as modified by this Amendment is hereinafter referred to as the "Lease."

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein, and intending to be legally bound, the Parties hereto agree as follows:

1.     The recitals set forth above are, and are deemed to be material provisions of this Amendment and are incorporated by reference as though fully set forth at length herein. All capitalized terms used herein which are not otherwise defined shall have the same respective meanings as set forth in the Lease.

2.     The Parties hereby acknowledge and agree that the Rent Commencement Date referenced in Section 4.01(a) of the Lease is January 15, 2018. Contemporaneous with the execution and delivery of this Amendment, the Parties shall execute and deliver a letter substantially in the form attached as Exhibit A hereto.

3.     This Amendment and the terms and provisions hereof shall be governed by and construed under and in accordance with the laws of the State of New York, without reference to conflicts of law principles.

4.     Miscellaneous.

a.     Except as specifically set forth above in this Amendment, the Lease shall continue unmodified and otherwise remain in full force and effect in accordance with its terms in all respects and Landlord and Tenant hereby ratify and restate all the terms and conditions thereof.

b.     This Amendment contains the sole and entire agreement and understanding of the Parties with respect to its entire subject matter and all prior negotiations, discussions, representations, agreements and understandings heretofore had among the Parties with respect thereto are merged herein.

c.     Each of Landlord and Tenant acknowledges that this Amendment shall not be binding on either party until Landlord and Tenant shall have executed this Amendment and a counterpart thereof shall have been delivered to Tenant.

d.     Each party to this Amendment represents that it is authorized to execute, deliver and perform pursuant to this Amendment.

e.      This Amendment may not be modified orally, but only in a writing signed by the Parties hereto.

f.      This Amendment may be executed in counterparts. Each such counterpart shall for all purposes be deemed to be an original, and all such counterparts shall further constitute and be but one and the same instrument. Facsimile/PDF copies shall be deemed originals.

g.      In the event of a conflict between this Amendment and the Lease, the terms of this Amendment shall prevail. This Amendment shall be binding upon, and shall inure to the benefit of, the Parties hereto and their respective heirs, executors, personal representatives, successors and assigns.

**The Remainder of this Page Intentionally Left Blank**

2

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the date and year first written above.

**LANDLORD**

**3560 WPR LLC**
a New York limited liability company

By: _____
Name: Mark Irgang
Title: Manager

**Landlord's Acknowledgment**

STATE OF ~~NEW YORK~~ *New Jersey* )
                                    ) SS.
COUNTY OF Bergen )

The foregoing instrument was acknowledged before me, a Notary Public, this _28_ day of March, 2018, by Mark Irgang, the Manager of 3560 WPR LLC.

_____
NOTARY PUBLIC

Silvia J. Monto
Notary Public of New Jersey
My Commission Expires 8/14/2021

[Signatures Continue on Following Page]

3

**LANDLORD**

**3572 WPR LLC**
a New York limited liability company

By:
Name: Mark Irgang
Title: Manager

<u>Landlord's Acknowledgment</u>

STATE OF ~~NEW YORK~~ New Jersey    )
                                    ) SS.
COUNTY Bergen                       )

    The foregoing instrument was acknowledged before me, a Notary Public, this ___ day   of March, 2018, by Mark Irgang, the Manager of 3572 WPR LLC.

_____
NOTARY PUBLIC

[Signatures Continue on Following Page]

Silvia J. Monto
Notary Public of New Jersey
My Commission Expires 8/14/2021

4

**TENANT**

**BLINK WILLIAMSBRIDGE, INC.,**

By: _____

Name: _____

Title: _____

<u>Tenant's Acknowledgment</u>

STATE OF NEW YORK

CITY OF NEW YORK                    ) SS.

The foregoing instrument was acknowledged before me, a Notary Public, this ____ day of March, 2018, by MARC BERATHEN , the SENIOR VICE PRESIDENT _____ of BLINK WILLIAMSBRIDGE, INC.

ERIC MARRELLO
Notary Public - State of New York
NO. 01MA6255517
Qualified in New York County
My Commission Expires Feb 6, 2020

_____
NOTARY PUBLIC

5