**EXHIBIT 3**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 52
------------------------------------------------------------------------X
3560 WPR LLC

        Petitioner-Landlord,        L&T Index No. 305967/2020

-against-        **STIPULATION**
        **OF SETTLEMENT**

BLINK WILLIAMSBRIDGE INC.

        Respondent-Tenant.
------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties herein, and their respective counsel as follows:

1. Respondents appear through counsel in this proceeding, consent to the Court's jurisdiction and waive any and all personal jurisdictional defenses herein. Petition amended to include all rent due through May 31, 2024.

2. Parties agreed that $423,597.06 is due as all rent/use and occupancy due through May 31, 2024.

3. Respondent shall pay said amount as follows: $11,766.58 on or before the 5th of each month in addition to current monthly rent from June 5, 2024 through and including May 5, 2027;

4. Any additional rent for real estate taxes, water/sewer, etc shall be timely paid when due pursuant to the terms of the parties' written lease dated as of July 19, 2013, as amended (the "Lease").

5. The Landlord and Tenant Judgment dated February 21, 2024 and entered in the office of the Clerk of the Bronx County Civil Court on February 26, 2024 is hereby vacated.

6. This stipulation of settlement shall constitute the full and complete agreement by and between the parties and may not be altered and / or modified in any manner except in a

subsequent writing signed by the parties hereto.

7. The parties acknowledge that the within agreement is the result of extensive negotiations between the parties. It is understood and agreed that the parties shall be deemed to have collectively drawn this document in order to avoid any negative inference drawn by any Court as against the drafter of this document.

8. Upon default of any of the above terms and conditions, and after a Five (5) day Notice to Cure to acarlin@lhgkcm.com either side may move to restore on eight (8) days written notice to seek the appropriate relief including but not limited to a judgment and warrant of eviction. All notices to Respondent under this stipulation of settlement shall be emailed to Lyle Trued at lyle.trued@blinkfitness.com, with a copy to Amy D. Carlin at acarlin@lhgkcm.com.

9. In addition to the above, in the event of default, it shall be a condition to cure that Respondent pay and all reasonable attorney fees and costs incurred in moving to restore this case for a judgment.

10. For purposes of this stipulation only, facsimile signatures shall have the same force and effect as originals.

Dated: New York, New York
May 15, 2024

_____
Green & Cohen, P.C.
Attorneys for Petitioner
By: Jason M. Green, Esq.
319 East 91st Street, Prof. Suite
New York, New York 10128
Phone: (212) 831-4400
jason@greenandcohenlaw.com

3560 WPRLLC

By: _____

_____
Amy D. Carlin, Esq.
Attorneys for Respondent
By: Amy D. Carlin, Esq.
40 Wall Street, 32nd Fl.
New York, New York 10005
Phone: (212) 530-4835
ACARLIN@LHGKCM.com

BLINK WILLIAMSBRIDGE, INC.

By: _____

2