**EXHIBIT 4**

# Rental Statement

| | |
|---|---|
| CONTACT: | LARRY M. SEGALL |
| COMPANY: | BLINK WILLIAMSBRIDGE, INC |
| PREMISES: | |
| ADDRESS: | 3580 WHITE PLAINS ROAD |
| | BRONX   NY   10467 |
| TELEPHONE: | 212-359-8750 |

# Irgang
**(212) 370-5573**

| | |
|---|---|
| DATE: | Thursday, August 08, 2024 |
| ID#: | 80S3572 |
| BUILDING#: | 3572 |

## Monthly Rents Due

| Date Due | Month | Amount | Comments |
|---|---|---|---|
| 1/1/2024 | Jan | $56,833.33 | |
| 2/1/2024 | Feb | $56,833.33 | |
| 3/1/2024 | Mar | $56,833.33 | |
| 4/1/2024 | Apr | $56,833.33 | |
| 5/1/2024 | May | $56,833.33 | |
| 6/1/2024 | Jun | $56,833.33 | |
| 7/1/2024 | Jul | $56,833.33 | |
| 8/1/2024 | Aug | $56,833.33 | |

## Monthly Rent Payments

| Date | Amount | Type | Rcpt. # | Comments |
|---|---|---|---|---|
| 1/11/2024 | $64,583.67 | check | 36747 | |
| 2/13/2024 | $64,583.67 | check | 36792 | |
| 3/13/2024 | $64,583.67 | check | 36819 | |
| 4/12/2024 | $64,583.67 | check | 36852 | |
| 5/10/2024 | $64,583.67 | check | 36887 | |
| 6/14/2024 | $68,599.91 | check | 36925 | |
| 7/12/2024 | $68,599.91 | check | 36940 | |

## Monthly Rent Balance: $366,541.38

## Miscellaneous Charges

| Date: | Type | Base Amt. | Curr. Amt. | % | Adj. | Amount: | Comments: |
|---|---|---|---|---|---|---|---|
| 2/1/2024 | Water | $0.00 | $7,782.76 | 100 | $0.00 | $7,782.76 | Cu. Ft.:73284, D |
| 8/8/2024 | RE | $120,581.00 | $188,404.04 | 60% | $0.00 | $40,727.74 | Real Estate Tax |

## Miscellaneous Balance: $123,333.25
## Total Due: $489,874.63

Please make checks payable to Irgang Group, and mail payment to:
Irgang Group
P.O. Box 581
Orangeburg, NY  10962

| | |
|---|---|
| Minus Rent from 8/12/2024-8/31/2024 | $36,666.66 |
| The Cure Amount is | $453,207.97 |