## <u>CERTIFICATE OF SERVICE</u>

I, Morgan L. Patterson, do hereby certify that on September 26, 2024, I caused a copy of

the **Objection to Proposed Cure Amount** to be served on the parties listed on the attached  service

list via Electronic Mail.

*/s/ Morgan L. Patterson*       
Morgan L. Patterson (DE Bar No. 5388)

12671917.v1

**SERVICE LIST**

| | |
|---|---|
| ***Counsel to the Debtors***<br>Young Conaway Stargatt & Taylor, LLP<br>Attn: Michael R. Nestor<br>     Sean T. Greecher<br>     Allison S. Mielke<br>Rodney Square, 1000 N. King Street<br>Wilmington, Delaware 19801<br>Email:  mnestor@ycst.com<br>     sgreecher@ycst.com<br>     amielke@ycst.com | **Counsel to the Prepetition Agent**<br>**and the DIP Agent**<br>Katten Muchin Rosenman LLP<br>Attn: Peter P. Knight<br>     Allison E. Yager<br>525 W. Monroe Street<br>Chicago, Illinois 60661<br>Email: peter.knight@katten.com<br>     allison.yager@katten.com |
| **Counsel to the Prepetition Agent**<br>**and the DIP Agent**<br>Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Curtis S. Miller<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>Email: cmiller@morrisnichols.com | ***Counsel to the Committee***<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>New York, New York 10017<br>Attn: Eric R. Wilson<br>     Kristin S. Elliott<br>Email: ewilson@kelleydrye.com<br>     kelliott@kelleydrye.com |
| ***Counsel to the Committee***<br>Morris James LLP<br>Attn: Eric J. Monzo<br>500 Delaware Avenue, Suite 1500,<br>Wilmington, Delaware 19801,<br>Email: emonzo@morrisjames.com | Office of the United States Trustee<br>for the District of Delaware<br>Attn. Benjamin A. Hackman<br>844 King Street, Suite 2207, Lockbox 35,<br>Wilmington, Delaware 19801<br>Email: benjamin.a.hackman@usdoj.gov@usdoj.gov |