**EXHIBIT "A"**

# Transactions

Date Range: All

| Tenant | Account | Property | Unit | Active Start | Active End |
|---|---|---|---|---|---|
| Blink Fitness | 1193 | 55-27 Myrtle Avenue | 001 | 10/26/2018 | |

| Date | Reference | Account Name | Description | Comment | Amount | Balance |
|---|---|---|---|---|---|---|
| 10/26/18 | | | Rent Charge | Pro Rated Rent | 8,709.68 | 8,709.68 |
| 10/26/18 | | | Move In Special Credit (free months) | Rent Concession - Partial (45,000-36290.32 applied in January) | -8,709.68 | 0.00 |
| 11/01/18 | | | Rent Charge | | 45,000.00 | 45,000.00 |
| 11/01/18 | | | Move In Special Credit (free months) | Second Month Rent Concession | -45,000.00 | 0.00 |
| 12/01/18 | | | Rent Charge | | 45,000.00 | 45,000.00 |
| 12/01/18 | | | Move In Special Credit (free months) | Third Month Rent Concession | -45,000.00 | 0.00 |
| 01/01/19 | | | Rent Charge | | 45,000.00 | 45,000.00 |
| 01/01/19 | | | Move In Special Credit (free months) | Move in Special Credit (Balance of 45K) | -36,290.32 | 8,709.68 |
| 01/21/19 | | | Payment Received | Rent January 2019 | -8,709.68 | 0.00 |
| 02/01/19 | | | Rent Charge | | 45,000.00 | 45,000.00 |
| 02/08/19 | | | Payment Received | Rent Feb 2019 | -45,000.00 | 0.00 |
| 03/01/19 | | | Rent Charge | | 45,000.00 | 45,000.00 |
| 03/04/19 | | | Payment Received | Rent March 2019 | -45,000.00 | 0.00 |
| 04/01/19 | | | Rent Charge | | 45,000.00 | 45,000.00 |
| 04/02/19 | | | Payment Received | Rent April 2019 | -45,000.00 | 0.00 |
| 05/01/19 | | | Rent Charge | | 45,000.00 | 45,000.00 |
| 05/03/19 | | | Payment Received | Rent May 2019 | -45,000.00 | 0.00 |
| 06/01/19 | | | Rent Charge | | 45,000.00 | 45,000.00 |
| 06/03/19 | | | Payment Received | June Rent 2019 | -45,000.00 | 0.00 |
| 06/20/19 | | | Water Commercial | Water Usage 05/09/19 - 06/03/19 | 323.36 | 323.36 |
| 07/01/19 | | | Rent Charge | | 45,000.00 | 45,323.36 |
| 07/03/19 | | | Payment Received | July Rent 2019 | -45,000.00 | 323.36 |
| 07/03/19 | | | Payment Received | Water 5/9/19 - 6/03/19 | -323.36 | 0.00 |
| 08/01/19 | | | Rent Charge | | 45,000.00 | 45,000.00 |
| 08/05/19 | | | Payment Received | August Rent 2019 | -45,000.00 | 0.00 |
| 09/01/19 | | | Rent Charge | September 2019 | 45,000.00 | 45,000.00 |
| 09/03/19 | | | Payment Received | | -45,000.00 | 0.00 |
| 09/25/19 | | | Water Commercial | Water Usage 06/03/19 - 08/01/19 | 662.34 | 662.34 |
| 09/25/19 | | | Water Commercial | Water Usage 08/01/19 - 09/03/19 | 402.05 | 1,064.39 |
| 10/01/19 | | | Rent Charge | October Rent | 45,000.00 | 46,064.39 |
| 10/03/19 | | | Payment Received | | -45,000.00 | 1,064.39 |
| 10/03/19 | | | Payment Received | Water 8/1-9/3/19 | -402.05 | 662.34 |
| 10/03/19 | | | Payment Received | Water 6/30-8/1/19 | -662.34 | 0.00 |
| 11/01/19 | | | Rent Charge | November Rent | 45,000.00 | 45,000.00 |
| 11/01/19 | | | Water Commercial | Water Usage 10/02 - 11/01/19 | 381.80 | 45,381.80 |
| 11/04/19 | | | Payment Received | | -45,000.00 | 381.80 |
| 12/01/19 | | | Rent Charge | December Rent | 45,000.00 | 45,381.80 |
| 12/04/19 | ACH | | Payment Received | | -45,381.80 | 0.00 |
| 01/01/20 | | | Rent Charge | | 45,000.00 | 45,000.00 |
| 01/06/20 | ACH | | Payment Received | | -45,000.00 | 0.00 |
| 01/10/20 | | | Water Commercial | Water Usage 09/03/19 - 10/02/19 | 384.80 | 384.80 |
| 01/10/20 | | | Water Commercial | Water Usage 11/01/19 - 12/01/19 | 388.00 | 772.80 |
| 01/15/20 | | | Water Commercial | Water Usage 12/01/19 - 01/08/20 | 924.64 | 1,697.44 |
| 02/01/20 | | | Rent Charge | | 45,000.00 | 46,697.44 |
| 02/05/20 | ACH | | Payment Received | | -46,697.44 | 0.00 |
| 03/01/20 | | | Rent Charge | Monthly Rent Charge | 45,000.00 | 45,000.00 |
| 03/01/20 | 11314 | | Payment Received | | -45,000.00 | 0.00 |
| 03/03/20 | | | Water Commercial | Water Usage 01/08/20 - 02/07/20 | 497.50 | 497.50 |
| 04/01/20 | | | Rent Charge | Monthly Rent Charge | 45,000.00 | 45,497.50 |
| 04/15/20 | | | Late Charge | Late Charge & Interest | 2,047.39 | 47,544.89 |
| 05/01/20 | | | Rent Charge | Monthly Rent Charge | 45,000.00 | 92,544.89 |
| 05/15/20 | | | Late Charge | Late Charge & Interest | 4,164.52 | 96,709.41 |
| 06/01/20 | | | Rent Charge | Monthly Rent Charge | 45,000.00 | 141,709.41 |

| Date | Ref | Type | Description | Amount | Balance |
|---|---|---|---|---:|---:|
| 06/10/20 | | Water Commercial | Water Usage 02/07/20 - 03/03/20 | 397.50 | 142,106.91 |
| 06/10/20 | | Water Commercial | Water Usage 03/03/20 - 06/18/20 | 235.84 | 142,342.75 |
| 06/15/20 | | Late Charge | Late Charge & Interest | 6,405.42 | 148,748.17 |
| 07/01/20 | | Rent Charge | Monthly Rent Charge | 45,000.00 | 193,748.17 |
| 07/06/20 | | Late Charge | Late Charge & Interest | 8,718.67 | 202,466.84 |
| 07/15/20 | | Water Commercial | Water Usage - 06/18/20 - 07/02/20 | 82.85 | 202,549.69 |
| 08/01/20 | | Bldg Sign Fee | | 455.00 | 203,004.69 |
| 08/01/20 | | Rent Charge | Monthly Rent Charge | 45,000.00 | 248,004.69 |
| 08/06/20 | | Late Charge | Late Charge & Interest | 11,139.74 | 259,144.43 |
| 08/12/20 | | Water Commercial | Water Usage 07/02/20 - 08/06/20 | 80.58 | 259,225.01 |
| 09/01/20 | | Rent Charge | Monthly Rent Charge | 45,000.00 | 304,225.01 |
| 09/06/20 | | Late Charge | Late Charge & Interest | 13,669.65 | 317,894.66 |
| 09/09/20 | | Water Commercial | Water Usage 08/06/20 - 08/30/20 | 103.10 | 317,997.76 |
| 10/01/20 | | Rent Charge | Monthly Rent Charge | 45,000.00 | 362,997.76 |
| 10/06/20 | | Late Charge | Late Charge & Interest | 16,314.42 | 379,312.18 |
| 10/14/20 | | Water Commercial | Water Usage 08/31/20 - 10/07/20 | 254.64 | 379,566.82 |
| 11/01/20 | | Rent Charge | Monthly Rent Charge | 45,000.00 | 424,566.82 |
| 11/06/20 | 12280 | Payment Received | | -67,500.00 | 357,066.82 |
| 11/15/20 | | Late Charge | Late Charge & Interest | 16,064.94 | 373,131.76 |
| 11/16/20 | | Water Commercial | Water Usage 10/07/20 - 11/11/20 | 386.86 | 373,518.62 |
| 12/01/20 | | Rent Charge | Monthly Rent Charge | 45,000.00 | 418,518.62 |
| 12/06/20 | | Late Charge | Late Charge & Interest | 18,812.86 | 437,331.48 |
| 12/18/20 | ACH | Payment Received | | -22,500.00 | 414,831.48 |
| 01/01/21 | | Commercial Rent Charge | | 45,000.00 | 459,831.48 |
| 01/06/21 | | Late Charge | Late Charge & Interest | 20,671.94 | 480,503.42 |
| 01/08/21 | | Water Commercial | Water Usage 12/02/20 - 01/05/21 | 284.29 | 480,787.71 |
| 01/12/21 | | Water Commercial | Water Usage 11/11/20 - 12/02/20 (December Statement) | 209.60 | 480,997.31 |
| 01/22/21 | ACH | Payment Received | | -22,500.00 | 458,497.31 |
| 02/01/21 | | Commercial Rent Charge | | 45,000.00 | 503,497.31 |
| 02/05/21 | ACH | Payment Received | | -22,500.00 | 480,997.31 |
| 02/15/21 | | Late Charge | Late Charge & Interest | 21,624.40 | 502,621.71 |
| 03/01/21 | | Commercial Rent Charge | | 45,000.00 | 547,621.71 |
| 03/04/21 | | Water Commercial | Water Usage 01/05/21-02/17/21 | 388.10 | 548,009.81 |
| 03/08/21 | ACH | Payment Received | | -22,500.00 | 525,509.81 |
| 03/15/21 | | Late Charge | Late Charge & Interest | 23,627.47 | 549,137.28 |
| 03/18/21 | | Water Commercial | Water Usage 2/17/21 - 03/09/21 | 260.94 | 549,398.22 |
| 04/01/21 | | Commercial Rent Charge | | 45,000.00 | 594,398.22 |
| 04/06/21 | ACH | Payment Received | | -22,760.94 | 571,637.28 |
| 04/15/21 | | Water Commercial | Water Usage 03/09/21 - 04/09/21 | 339.45 | 571,976.73 |
| 04/15/21 | | Late Charge | Late Charge & Interest | 25,718.48 | 597,695.21 |
| 05/01/21 | | Commercial Rent Charge | | 45,000.00 | 642,695.21 |
| 05/04/21 | ACH | Payment Received | | -22,500.00 | 620,195.21 |
| 05/15/21 | | Late Charge | Late Charge & Interest | 27,888.31 | 648,083.52 |
| 05/25/21 | | Water Commercial | Water Usage - 04/09/21 - 05/11/21 | 328.91 | 648,412.43 |
| 06/01/21 | | Commercial Rent Charge | | 45,000.00 | 693,412.43 |
| 06/02/21 | ACH | Payment Received | | -22,500.00 | 670,912.43 |
| 06/15/21 | | Late Charge | Late Charge & Interest | 30,170.58 | 701,083.01 |
| 06/28/21 | | Water Commercial | Water Usage 05/11/21 - 06/10/21 | 315.69 | 701,398.70 |
| 07/01/21 | | Commercial Rent Charge | | 45,000.00 | 746,398.70 |
| 07/06/21 | ACH | Payment Received | | -45,000.00 | 701,398.70 |
| 07/15/21 | | Late Charge | Late Charge & Interest | 31,542.47 | 732,941.17 |
| 07/19/21 | | Water Commercial | Water Usage 06/10/21 - 07/05/21 | 277.88 | 733,219.05 |
| 08/01/21 | | Bldg Sign Fee | | 455.00 | 733,674.05 |
| 08/01/21 | | Commercial Rent Charge | | 45,000.00 | 778,674.05 |
| 08/03/21 | | Payment Received | | -29,250.00 | 749,424.05 |
| 08/09/21 | | Water Commercial | Water Usage 07/05/21 - 08/09/21 | 383.96 | 749,808.01 |
| 08/15/21 | | Late Charge | Late Charge & Interest | 33,683.13 | 783,491.14 |
| 09/01/21 | | Commercial Rent Charge | | 45,000.00 | 828,491.14 |
| 09/01/21 | ACH | Payment Received | | -29,250.00 | 799,241.14 |
| 09/09/21 | | Water Commercial | Water Usage 08/09/21 - 09/09/21 | 368.79 | 799,609.93 |
| 09/15/21 | | Late Charge | Late Charge & Interest | 35,907.62 | 835,517.55 |
| 10/01/21 | | Commercial Rent Charge | | 45,000.00 | 880,517.55 |

| Date | Type | Category | Description | Amount | Balance |
|---|---|---|---|---:|---:|
| 10/05/21 | ACH | Payment Received | Blink | -29,250.00 | 851,267.55 |
| 10/07/21 | | Water Commercial | Water Usage 09/09/21 - 10/07/21 | 325.71 | 851,593.26 |
| 10/15/21 | | Late Charge | Late Charge & Interest | 38,232.22 | 889,825.48 |
| 11/01/21 | | Commercial Rent Charge | | 45,000.00 | 934,825.48 |
| 11/03/21 | | Water Commercial | Water Usage 10/07/21 - 11/03/21 | 328.05 | 935,153.53 |
| 11/05/21 | ACH | Payment Received | | -29,250.00 | 905,903.53 |
| 11/15/21 | | Late Charge | Late Charge & Interest | 40,690.84 | 946,594.37 |
| 12/01/21 | | Commercial Rent Charge | | 45,000.00 | 991,594.37 |
| 12/07/21 | ACH | Payment Received | | -29,250.00 | 962,344.37 |
| 12/08/21 | | Water Commercial | Water Usage 11/03/21 - 12/08/21 | 430.86 | 962,775.23 |
| 12/15/21 | | Late Charge | Late Charge & Interest | 43,230.67 | 1,006,005.90 |
| 01/01/22 | | Commercial Rent Charge | | 45,000.00 | 1,051,005.90 |
| 02/01/22 | | Commercial Rent Charge | | 45,000.00 | 1,096,005.90 |
| 02/01/22 | | Legal | | 28,000.00 | 1,124,005.90 |
| 02/01/22 | | Water Commercial | Water Usage 12/08/21 - 12/31/21 | 278.61 | 1,124,284.51 |
| 02/03/22 | ACH | Payment Received | | -208,425.54 | 915,858.97 |
| 02/09/22 | | Water Commercial | Water Usage 12/31/21 - 2/09/22 | 515.31 | 916,374.28 |
| 02/18/22 | | Miscellaneous | FDNY Permit-Inspection/gym-physical cultural estblsmt fee reimbursement | 677.50 | 917,051.78 |
| 03/01/22 | | Commercial Rent Charge | | 45,000.00 | 962,051.78 |
| 03/07/22 | ACH | Payment Received | | -138,606.71 | 823,445.07 |
| 03/10/22 | | Water Commercial | Water Usage 2/09/22 - 3/10/22 | 438.50 | 823,883.57 |
| 04/01/22 | | Commercial Rent Charge | | 45,000.00 | 868,883.57 |
| 04/08/22 | ACH | Payment Received | | -138,606.71 | 730,276.86 |
| 05/01/22 | | Commercial Rent Charge | | 45,000.00 | 775,276.86 |
| 05/06/22 | ACH | Payment Received | | -138,606.71 | 636,670.15 |
| 05/11/22 | | Water Commercial | Water Usage 4/14/22 - 5/11/22 | 405.82 | 637,075.97 |
| 06/01/22 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 682,075.97 |
| 06/03/22 | ACH | Payment Received | | -138,606.71 | 543,469.26 |
| 06/15/22 | | Water Commercial | Water Usage 5/11/22 - 6/15/22 | 501.73 | 543,970.99 |
| 07/01/22 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 588,970.99 |
| 07/05/22 | ACH | Payment Received | | -138,606.71 | 450,364.28 |
| 07/06/22 | | Late Charge | Late Charge | 1,350.00 | 451,714.28 |
| 07/20/22 | | Miscellaneous Repair Fee | Mobilization Fee for unrepaired fireproofing delay in schedule | 1,000.00 | 452,714.28 |
| 08/01/22 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 497,714.28 |
| 08/01/22 | | R.E. Taxes | BID Tax | 8,586.16 | 506,300.44 |
| 08/06/22 | | Late Charge | Late Charge | 1,350.00 | 507,650.44 |
| 08/08/22 | ACH | Payment Received | | -56,352.00 | 451,298.44 |
| 08/09/22 | | Water Commercial | 6/15/22-7/8/22 | 231.38 | 451,529.82 |
| 09/01/22 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 496,529.82 |
| 09/06/22 | | Late Charge | Late Charge | 1,350.00 | 497,879.82 |
| 09/06/22 | ACH | Payment Received | Blink | -56,352.00 | 441,527.82 |
| 09/07/22 | | Water Commercial | 7/8/22-8/23/22 | 710.51 | 442,238.33 |
| 10/01/22 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 487,238.33 |
| 10/05/22 | ACH | Payment Received | | -56,352.00 | 430,886.33 |
| 10/06/22 | | Late Charge | Late Charge | 1,350.00 | 432,236.33 |
| 11/01/22 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 477,236.33 |
| 11/01/22 | | Water Commercial | 8/23/22-10/21/22 | 146.28 | 477,382.61 |
| 11/03/22 | ACH | Payment Received | | -56,352.00 | 421,030.61 |
| 11/06/22 | | Late Charge | Late Charge | 1,350.00 | 422,380.61 |
| 11/08/22 | | Water Commercial | 10/21/22-11/8/22 | 284.83 | 422,665.44 |
| 12/01/22 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 467,665.44 |
| 12/05/22 | ACH | Payment Received | Blink | -56,352.00 | 411,313.44 |
| 12/23/22 | ACH | Payment Received | Blink Payment Misc Charges | -20,248.00 | 391,065.44 |
| 12/23/22 | | Payment Received | | -0.02 | 391,065.42 |
| 01/01/23 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 436,065.42 |
| 01/02/23 | | Water Commercial | 11/8/22-12/28/22 | 641.79 | 436,707.21 |
| 01/05/23 | ACH | Payment Received | | -56,352.00 | 380,355.21 |
| 02/01/23 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 425,355.21 |
| 02/05/23 | | Payment Received | | -56,352.00 | 369,003.21 |
| 03/01/23 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 414,003.21 |
| 03/02/23 | | Water Commercial | 12/28/22-02/23/23 | 779.71 | 414,782.92 |

| Date | Type | Description | Memo | Amount | Balance |
|---|---|---|---|---:|---:|
| 03/06/23 | ACH | Payment Received | Blink | -56,352.00 | 358,430.92 |
| 04/01/23 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 403,430.92 |
| 04/07/23 | ACH | Payment Received | Blink | -56,352.00 | 347,078.92 |
| 05/01/23 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 392,078.92 |
| 05/03/23 | | Water Commercial | 02/23/23-05/01/23 | 911.38 | 392,990.30 |
| 05/05/23 | ACH | Payment Received | | -56,352.00 | 336,638.30 |
| 06/01/23 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 381,638.30 |
| 06/01/23 | | Water Commercial | 05.01.23-05.16.23 | 242.95 | 381,881.25 |
| 06/06/23 | ACH | Payment Received | Blink | -56,352.00 | 325,529.25 |
| 07/01/23 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 370,529.25 |
| 07/06/23 | | Water Commercial | 05.16.23-06.01.23 | 403.75 | 370,933.00 |
| 07/07/23 | ACH | Payment Received | | -45,000.00 | 325,933.00 |
| 07/21/23 | ACH | Payment Received | | -2,860.66 | 323,072.34 |
| 07/28/23 | ACH | Payment Received | | -11,352.00 | 311,720.34 |
| 08/01/23 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 356,720.34 |
| 08/04/23 | ACH | Payment Received | | -56,352.00 | 300,368.34 |
| 08/07/23 | | Water Commercial | 6.16.23-7.18.23 | 410.32 | 300,778.66 |
| 09/01/23 | | Commercial Rent Charge | Monthly Rent Charge | 45,000.00 | 345,778.66 |
| 09/07/23 | ACH | Payment Received | | -56,352.00 | 289,426.66 |
| 09/07/23 | | Water Commercial | 7.18.23-8.30.23 | 613.83 | 290,040.49 |
| 10/01/23 | | Commercial Rent Charge | Monthly Rent Charge | 49,500.00 | 339,540.49 |
| 10/06/23 | ACH | Payment Received | | -56,352.00 | 283,188.49 |
| 10/07/23 | | Water Commercial | 8.30.23-9.20.23 | 250.85 | 283,439.34 |
| 11/01/23 | | Commercial Rent Charge | Monthly Rent Charge | 49,500.00 | 332,939.34 |
| 11/07/23 | ACH | Payment Received | | -66,627.00 | 266,312.34 |
| 12/01/23 | | Commercial Rent Charge | Monthly Rent Charge | 49,500.00 | 315,812.34 |
| 12/05/23 | ACH | Payment Received | | -60,852.00 | 254,960.34 |
| 12/07/23 | | Water Commercial | 9.20.23-11.1.23 | 685.93 | 255,646.27 |
| 01/01/24 | | Commercial Rent Charge | Monthly Rent Charge | 49,500.00 | 305,146.27 |
| 01/05/24 | ACH | Payment Received | | -56,352.00 | 248,794.27 |
| 01/17/24 | | Commercial Rent Charge | Rev 10/23-12/23 Rnt increase error | -13,500.00 | 235,294.27 |
| 01/26/24 | | Commercial Rent Charge | Adjust 1/24 RNT increase | -3,609.23 | 231,685.04 |
| 02/01/24 | | Commercial Rent Charge | Monthly Rent Charge | 49,500.00 | 281,185.04 |
| 02/07/24 | ACH | Payment Received | | -36,000.00 | 245,185.04 |
| 03/01/24 | | Commercial Rent Charge | Monthly Rent Charge | 49,500.00 | 294,685.04 |
| 03/01/24 | ACH | Payment Received | | -1,229.51 | 293,455.53 |
| 03/01/24 | | Commercial Rent Charge | correct 1/24 rent adjust to 4500 | -890.77 | 292,564.76 |
| 03/01/24 | | Miscellaneous | Credit as per payment plan agreement. | -228,854.21 | 63,710.55 |
| 03/01/24 | | Bad Debt | Clearing account balance as per agreement. | -14,210.55 | 49,500.00 |
| 03/06/24 | ACH | Payment Received | | -51,374.40 | -1,874.40 |
| 03/07/24 | | Water Commercial | 11.01.23-12.01.23 | 543.58 | -1,330.82 |
| 03/07/24 | | Water Commercial | 12.01.23-02.08.24 | 1,330.82 | 0.00 |
| 04/01/24 | | Commercial Rent Charge | Monthly Rent Charge | 49,500.00 | 49,500.00 |
| 04/04/24 | ACH | Payment Received | | -49,500.00 | 0.00 |
| 05/01/24 | IV# 395 | Water Commercial | water charge 02/08/24-03/13/24 61.92 | 745.13 | 745.13 |
| 05/01/24 | | Commercial Rent Charge | Monthly Rent Charge | 49,500.00 | 50,245.13 |
| 05/06/24 | ACH | Payment Received | | -49,500.00 | 745.13 |
| 05/10/24 | ACH | Payment Received | | -745.13 | 0.00 |
| 06/01/24 | | Commercial Rent Charge | Monthly Rent Charge | 49,500.00 | 49,500.00 |
| 06/07/24 | IV# 425 | Water Commercial | 03/13/2024-05/13/2024 103.83 | 1,232.54 | 50,732.54 |
| 06/07/24 | ACH | Payment Received | | -49,500.00 | 1,232.54 |
| 06/14/24 | ACH | Payment Received | | -1,232.54 | 0.00 |
| 07/01/24 | | Commercial Rent Charge | Monthly Rent Charge | 49,500.00 | 49,500.00 |
| 07/07/24 | IV# 456 | Water Commercial | 05/13/2024 - 06/01/2024 33.62 HCF | 416.00 | 49,916.00 |
| 07/08/24 | ACH | Payment Received | | -49,500.00 | 416.00 |
| 08/01/24 | IV# 473 | Water Commercial | 06/01/2024 - 07/01/2024 49.55 HCF | 601.27 | 1,017.27 |
| 08/01/24 | | Commercial Rent Charge | Monthly Rent Charge | 49,500.00 | 50,517.27 |
| 08/14/24 | | Late Charge | Late Charge August | 1,536.13 | 52,053.40 |
| 09/01/24 | | Commercial Rent Charge | Monthly Rent Charge | 49,500.00 | 101,553.40 |
| 09/05/24 | ACH | Payment Received | Blink | -49,500.00 | 52,053.40 |

| Date | Ref | Description | Detail | Amount | Balance |
|---|---|---|---|---:|---:|
| 09/06/24 | | Late Charge | Late Charge | 1,485.00 | 53,538.40 |
| 09/07/24 | IV# 505 | Water Commercial | 07/01/2024 - 08/01/2024 52.49 HCF | 686.90 | 54,225.30 |
| 09/19/24 | ACH | Payment Received | | -31,935.45 | 22,289.85 |
| 10/01/24 | IV# 532 | Water Commercial | 08/01/2024 - 09/01/2024 49.70 HCF | 651.72 | 22,941.57 |
| 10/01/24 | | Commercial Rent Charge | Monthly Rent Charge | 49,500.00 | 72,441.57 |