**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Blink Holdings Inc., *et al.*,<br><br>             Debtors. | Chapter 11<br><br>Case No. 24-11686 (KLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 348, 361** |

### DECLARATION OF STEPHEN L. STABILE

I, Stephen L. Stabile, pursuant to 28 U.S.C. §1746, hereby declare under penalty of perjury as follows:

1. I am the owner of Platinum Gym One, Inc. ("Platinum One") and Platinum Gym Two, Inc. ("Platinum Two," and together with Platinum One "Platinum"). I submit this Declaration in support of Platinum One and Platinum Two's Objection to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts and Leases and Cure Amounts (the "**Notice**"), dated September 12, 2024 [D.I. 361]. If called upon, I could testify to all matters set forth in this statement, except for those portions specified as being otherwise.

2. Blink Fitness Franchising, Inc. ("**BFF**") started offering franchise and development rights to third parties to own and operate health and fitness centers identified by trademarks, services marks and other symbols that the Debtors designate, including BLINK in 2015. BFF registered its first Franchise Disclosure Document ("**FDD**") in New York in March of 2016. Annexed hereto as **Exhibit A** is the 2016 FDD.

3. On or about March 10, 2017, Platinum One entered into a Unit Franchise Agreement with BFF which granted Platinum One ("**Platinum One Franchise Agreement**") the

1

right to own and operate a Blink Fitness Gym in Beverly, MA. A copy of the Platinum One Franchise Agreement is attached hereto as **Exhibit "B"**.

4. Simultaneously, Platinum One entered into a Development Rights Agreement ("**DRA**") with BFF, giving Platinum One and its affiliates the right to develop three new Blink Fitness gyms. An Amendment to the Development Rights Agreement was signed and made effective as of March 10, 2017. A second amendment was executed on or about October 31, 2017. A copy of the DRA with the amendments is annexed hereto as **Exhibit "C"**.

5. As of August 1, 2018, I opened a second location using Platinum Two under the DRA. The Unit Franchise Agreement with BFF for that second location granted Platinum Two the right to own and operate a Blink Fitness Gym in Medford, MA ("**Platinum Two Franchise Agreement**"). A copy of the Platinum Two Franchise Agreement is annexed hereto as **Exhibit "D"**.

6. The Blink marketing materials which included but were not limited to the Blink Franchise Guide presented to potential franchisees the picture of a tremendous business opportunity to bring "a luxury experience to the value segment." It promised world-class support from the VP of Franchise Operations, turn-key assets and systems for marketing development and execution, seamless end-to-end billing, collections and customer service process and expert financial/business model guidance.

7. Additionally, BFF boasted a seasoned and diverse leadership team presented in the Franchise Guide and in the first FDD issued by the Debtors and registered in New York.

8. Upon information and belief, Todd Magazine, President and Director of BFF, Executive Vice-President and General Manager of Blink Holdings and formerly VP of New Business at the affiliated company Equinox, was brought in to develop and grow the franchise business.

9. BFF, however, struggled at the outset in developing and maintaining a franchise system. In June 2019, BFF announced the addition of Thomas Flaherty as President of Blink Franchising, a newly created position. He was supposed to oversee the entire franchise business and help accelerate the franchise efforts, both domestically and internationally. The purpose of this newly created position was to better integrate the Blink franchise business within the organization and to better leverage Blink's company-owned infrastructure to accelerate BFF's franchise growth. However, surprisingly, five months after the announcement, he left the company and was never replaced.

10. The rest of the seasoned executive team also did not last long. Todd Magazine left in January 2023. Dos Condon, Vice President Operations left in June 2017. Marc Benathen, Vice President Finance left in February 2021. David Collignon, who stepped in as a Chief Operating Officer in 2017 left the company in February 2023.

11. Since 2018, there has also been turnover of Chief Marketing Officers, Creative Agencies, Digital Agencies, Department heads which has led to the inability to drive leads to the franchise gyms. BFF has acknowledged that the Debtors were having the same issues and have made poor decisions on low sign up offers and low membership rates that impacted the business. For many years the franchisees have asked to control their Social Media channels (Instagram, Facebook), since this was the best way to drive leads and communicate with members

without any productive response from BFF. Ultimately in the summer of 2022, BFF relented but at that point the damage was already done.

12. In addition, I and the other franchisees have periodically brought to the attention of the BFF leadership issues related to customer billing, collections and service, Blink software issues, business model guidance/KPI tracking. For example, I and the other franchisees incur unnecessary fees related to credit card processing charges as a result of BFF's failure to provide information necessary for Platinum to be PCI Compliant. As of the date of this declaration, Platinum has incurred more than $20,000 in such fees and these charges continue to accrue.

13. In February 2024, I discovered that payments for certain services made through the Blink Mobile App were not funded properly to Platinum since the App was created by Blink in 2019. This resulted in a reimbursement to Platinum Gyms in the amount of $89,138.96. To my knowledge the issue created with the Blink Mobile App has not been fully resolved which further deprives Platinum from payments from its members.

14. BFF has failed to update its FDD since 2020 despite the material changes in its executive management, its financial statements, the financial performance of its gym locations, and the status of the franchise system overall, including significant closures of corporate and franchisee-owned gyms.

15. As a result, Platinum has been and continues to be harmed. Without a current FDD Platinum could not obtain financing and open additional gyms as planned under the DRA, nor could Platinum sell its existing locations. Platinum is entitled to damages in an amount, yet to be determined but not less than $500,000 in actual damages and over $5,000,000 in lost profits.

16.     Accordingly, because of BFF's breaches, Platinum was forced to terminate its agreements with BFF. Annexed hereto as **Exhibit E** is a copy of the termination letter, dated July 3, 2024.

17.     BFF did not take any steps to cure the deficiencies prior to its bankruptcy filing and instead terminated the DRA.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: September 26, 2024