**BLINK FITNESS FRANCHISING, INC.**
**DEVELOPMENT INCENTIVE ADDENDUM TO UNIT FRANCHISE AGREEMENT**

THIS DEVELOPMENT INCENTIVE ADDENDUM TO UNIT FRANCHISE AGREEMENT (this "**Addendum**") is entered into by and between **BLINK FITNESS FRANCHISING, INC.**, a Delaware corporation ("**we**," "**us**," or "**our**"), and **PLATINUM GYM ONE, INC.**, a Massachusetts corporation ("**you**" or "**your**").

1. **Background**. Simultaneously with signing this Addendum, we and you are signing that certain Unit Franchise Agreement for the right to develop and operate a Blink Fitness Gym (the "**Franchise Agreement**"). We and you wish to make certain additions and modifications to the Franchise Agreement to reflect certain incentives we have offered you under an incentive program for new development. This Addendum shall be annexed to and form a part of the Franchise Agreement, and all initial capitalized terms used but not defined in this Addendum have the meanings given to those terms in the Franchise Agreement.

2. **Initial Franchise Fee**. Section 5.A of the Franchise Agreement is deleted in its entirety. You have no obligation to pay us an initial franchise fee.

3. **Royalty**. The following is added at the end of the first paragraph of Section 5.B of the Franchise Agreement:

> Notwithstanding the foregoing, if you signed a Development Rights Agreement with us granting you the right to develop and operate three (3) Blink Fitness Gyms within a certain geographic area over a certain period of time, then we will reduce the Royalty payable under this Agreement, in the following manner, for the Gym if it opens for business on or before the specific opening deadline for the Gym listed on the mandatory development schedule identified on Exhibit A to the Development Rights Agreement by: (1) two percent (2%) of the Gross Sales of the Gym for the first full twelve (12) months of the Term during which you operate the Gym; and (2) three percent (3%) of the Gross Sales of the Gym for the second full twelve (12) months of the Term during which you operate the Gym. The five percent (5%) Royalty will apply during the balance of the Term.

> For the avoidance of doubt, we will not reduce the Royalty payable under this Section if you fail to open the Gym for business on or before the opening deadline listed on the mandatory development schedule identified on Exhibit A to the Development Rights Agreement.

4. **New Member Fee**. The following sentence is added to the end of Section 5.C of the Franchise Agreement:

> For the avoidance of doubt, no New Member Fee will be due for any new or former member who signs a new membership agreement through the System Website or Intranet while physically present at the premises of the Gym.

5. **Condition and Appearance of Gym**. The first sentence of the second paragraph of Section 7.A of the Franchise Agreement is deleted and replaced with the following:

In addition to your obligations described above, we may from time to time, but not more than two (2) times during the Term (after the Gym's opening), require you to substantially alter the Gym's appearance, branding, layout and/or design, and/or replace a material portion of the Operating Assets, in order to meet our then current requirements for new Blink Fitness Gyms; provided, however, that if we require you to substantially alter the Gym's appearance, branding, layout and/or design, and/or replace a material portion of the Operating Assets, during the first five (5) years of the Term, we will not require you to spend more than Two Hundred Thousand Dollars ($200,000) during that five (5)-year period. Nothing in this paragraph shall limit our rights in the paragraph above in this Section.

      **6.**    **Notification of Brand Fund**. The first sentence of the first paragraph of Section 13.B of the Franchise Agreement is deleted and replaced with the following:

We may, upon sixty (60) days' prior written notice to you, establish and then administer and maintain a fund ("**Brand Fund**" or "**Fund**") for advertising, marketing, research, and public relations programs and materials, the purpose of which is to enhance, promote, and protect the Blink Fitness brand and Franchise System.

      **7.**    **Local Marketing**. The first two (2) sentences of the first paragraph of Section 13.D of the Franchise Agreement are deleted and replaced with the following:

You agree to spend a total of at least three percent (3%) of the Gym's Gross Sales each calendar year on approved Marketing Materials and other approved advertising, marketing and promotional programs for the Gym (the "**Local Marketing Spending Requirement**"). If we have not begun collecting Brand Fund contributions as of the date on which the Gym opens to the public for business under the Marks, then your Local Marketing Spending Requirement will be five percent (5%) of the Gym's Gross Sales until we require you to make Brand Fund contributions (after which time your Local Marketing Spending Requirement for the balance of the Term will be at least three percent (3%) of the Gym's Gross Sales, as provided in this Section 13.D). If, at any time during the Term, you and your affiliates fail to comply fully with this Agreement or any related agreement(s) between us (or our affiliates) and you, then we will have the right, in addition to all other remedies under this Agreement, to increase your Local Marketing Spending Requirement from three percent (3%) to five percent (5%) of the Gym's Gross Sales effective immediately upon delivery of written notice to you.

      **8.**    **Brand Fund**. Notwithstanding anything to the contrary in Sections 13.B and 13.D of the Franchise Agreement, if we have begun collecting Brand Fund contributions as of the date on which the Gym opens to the public for business under the Marks (or if we begin collecting Brand Fund contributions during the first full twelve (12) months of the Term during which you operate the Gym), then for the first full twelve (12) months of the Term during which you operate the Gym (or the balance of those first full twelve (12) months if we begin collecting

Brand Fund contributions during the first full twelve (12) months), you may spend the two percent (2%) of Gross Sales that we otherwise would require you to contribute to the Brand Fund on local marketing, advertising, and promotional programs for the Gym, meaning that during the first full twelve (12) months of the Term during which you operate the Gym (or the balance of those first full twelve (12) months, as noted above), the Local Marketing Spending Requirement would be five percent (5%) of the Gym's Gross Sales (rather than three percent (3%)).

9. **Guaranty**. Notwithstanding anything to the contrary contained in the Guaranty, any indebtedness by you to the Guarantor unrelated to any obligation of the Guarantor to us under the Guaranty may be repaid to the Guarantor periodically provided that you are not in default of the Unit Franchise Agreement.

**IN WITNESS WHEREOF**, the parties have executed and delivered this Addendum as of the dates below, to be effective on the Effective Date stated in the Franchise Agreement.

**BLINK FITNESS FRANCHISING, INC.**, a Delaware corporation

By: Marc Bernstein  
Title: VP, Finance  
Date: March 10, 2017

**PLATINUM GYM ONE, INC.**, a Massachusetts corporation

By: Stephen L. Stabile  
Title: President  
Date: 3/10, 2017

# AMENDMENT TO THE BLINK FITNESS FRANCHISING, INC. DEVELOPMENT RIGHTS AGREEMENT

**THIS AMENDMENT** (the "**Amendment**") is made and entered into by and between **BLINK FITNESS FRANCHISING, INC.**, a Delaware corporation whose principal business address is 386 Park Avenue South, 11th Floor, New York, New York 10016 ("**we**," "**us**," or "**our**"), and **PLATINUM GYM ONE, INC.**, a Massachusetts corporation ("**you**" or "**your**").

## RECITALS

**WHEREAS**, simultaneously with signing this Amendment, we and you are signing that certain Development Rights Agreement, to be effective as of the Effective Date, pursuant to which you have agreed to develop and operate a certain minimum number of new Blink Fitness Gyms within the Area (the "**DRA**"). All initial capitalized terms used but not defined in this Amendment shall have the meanings set forth in the DRA;

**WHEREAS**, you have asked us to amend certain provisions of the DRA as a condition to your willingness to sign the DRA, and we are willing to make the requested changes; and

**WHEREAS**, the parties therefore desire to amend the DRA as set forth in this Amendment.

**NOW, THEREFORE**, in consideration of the mutual promises contained in this Amendment and the DRA, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. **Development Fee**. The first sentence and subsections (a), (b) and (c) of Section 2 of the DRA are deleted and replaced with the following:

   Simultaneously with signing this Agreement, you must pay us a fee of Sixty-Seven Thousand Five Hundred Dollars ($67,500) (the "**Development Fee**").

2. **Development Obligations**. The third sentence of the first paragraph of Section 3 of the DRA is deleted and replaced with the following:

   The franchise agreement (and related documents) that you or your Controlled Affiliate will sign for each Blink Fitness Gym will be our then current form of franchise agreement and related documents, including, without limitation, personal guarantees (collectively, the "**Franchise Documents**"), any or all of the terms of which may differ substantially from the terms contained in the Unit Franchise Agreement, provided, however, that: (a) no initial franchise fee is due for any of the three (3) Blink Fitness Gyms you develop and open under this Agreement; (b) you will pay a reduced royalty fee (see below) during the initial years you operate the Blink Fitness Gyms you develop in compliance with the deadlines in the Schedule; (c) your required contributions to a fund ("**Brand Fund**") for advertising, marketing, research, and public relations programs and materials during the first year you operate each Blink Fitness Gym may (assuming we have begun collecting Brand Fund contributions) be spent instead on local

store marketing; and (d) we and you (and/or your Controlled Affiliates) will sign an amendment to such Franchise Documents to modify their provisions to provide you (and/or your Controlled Affiliates) with the same benefits, subject to the same conditions and restrictions, as are contained herein and in that certain Development Incentive Addendum to Unit Franchise Agreement we and you are signing concurrently with signing the Unit Franchise Agreement (the "**Development Incentive Addendum**").

3. **Grant of Franchises**. The following sentence is added after the first sentence of Section 5 of the DRA:

We will not unreasonably withhold approval of you or a Controlled Affiliate as the franchisee of a proposed Blink Fitness Gym, provided your or the Controlled Affiliate's financial and operational qualifications have not adversely changed since we first granted you the rights to develop and operate Blink Fitness Gyms in the Area under this Agreement.

4. **Term**. Section 7 of the DRA is deleted and replaced with the following:

This Agreement's term begins on the Effective Date and ends, subject to earlier termination as provided in Section 8, on the date that is four and one half (4.5) years after the Effective Date.

5. **Club Managers**. Section 6 of the DRA is hereby deleted and replaced with the following:

Notwithstanding anything to the contrary in Section 7.D of the Unit Franchise Agreement, each of your Blink Fitness Gyms must have a designated manager (the "**Club Manager**"). The individual you designate and retain to serve as the operating principal of the Blink Fitness Gym you develop and open under the Unit Franchise Agreement (the "**Operating Principal**") may serve as the Operating Principal for all other Blink Fitness Gyms you open and operate under the Franchise Documents, except that the Operating Principal may not serve as the Club Manager for any other Blink Fitness Gym you open and operate under the Franchise Documents. We must approve the Operating Principal in writing prior to the earlier of the Effective Date of this Agreement or the execution of the Unit Franchise Agreement.

Notwithstanding anything to the contrary in Section 7.D of the Unit Franchise Agreement, if Stephen L. Stabile, your owner, serves as the Operating Principal of any Blink Fitness Gym you develop and open under the Unit Franchise Agreement and/or Franchise Documents, we agree that he may engage in other business activities (other than the development and operation of Blink Fitness Gyms pursuant to the Unit Franchise Agreement and Franchise Documents) that do not violate Sections 12 and 19.E of the Unit Franchise Agreement; provided, however, that, if in our sole reasonable discretion, Stephen L. Stabile's other business activities are preventing him from fulfilling his obligations as Operating

Principal under the Unit Franchise Agreement or any Franchise Documents, we shall notify you, and you must designate a Replacement Operating Principal in accordance with Paragraph (vi) of Section 7.D of the Unit Franchise Agreement.

6.  **Additional Development**. The following is added as a new Section 11 of the DRA:

11. **Additional Development**. If, during the term of this Agreement, you (and/or any of your Controlled Affiliates) request the right to develop and operate additional Blink Fitness Gyms within the Area (beyond the three (3) Blink Fitness Gyms to which you already have committed) and we agree to such request, we and you agree to amend the Schedule identified on Exhibit A to this Agreement to reflect the deadlines by which you must develop such additional Blink Fitness Gyms. No development fee will be due in order for you to obtain the right to develop the additional Blink Fitness Gyms during this Agreement's term. You (and/or any of your Controlled Affiliates) must sign our then current form of Franchise Documents for each such additional Blink Fitness Gym, any or all of the terms of which may differ substantially from any or all of the terms contained in the Unit Franchise Agreement, provided, however, that, subject to your and your Controlled Affiliates' compliance with all development rights agreements, franchise agreements and other agreements with us and our affiliates relating to the development and operation of Blink Fitness Gyms: (a) we will reduce the initial franchise fee to Twenty Thousand Dollars ($20,000) for the fourth and fifth Blink Fitness Gyms you agree to develop and open, and we will further reduce the initial franchise fee to Ten Thousand Dollars ($10,000) for each of the sixth and subsequent Blink Fitness Gym you agree to develop and open thereafter; (b) you will pay the reduced royalty fees set forth in Section 3.i of this Agreement during the specified initial years you operate those additional Blink Fitness Gyms (beyond the three (3) Blink Fitness Gyms to which you already have committed); (c) your required contributions to a Brand Fund during the first year you operate each additional Blink Fitness Gym may (assuming we have begun collecting Brand Fund contributions) be spent instead on local store marketing; and (d) we and you (and/or your Controlled Affiliates) will sign an amendment to such additional Franchise Documents to modify their provisions to provide you (and/or your Controlled Affiliates) with substantially the same benefits, subject to substantially the same conditions and restrictions, as are contained herein and in the Development Incentive Addendum.

7.  **Miscellaneous**. This Amendment is an amendment to, and forms a part of, the DRA. Except as amended by this Amendment, the DRA will continue in full force and effect. The recitals to this Amendment are a part of this Amendment, which, together with the DRA, constitutes the entire agreement between the parties with respect to the subject matter of the DRA, and there are no oral or other written understandings, representations or agreements between the parties relating to the subject matter of this Amendment. No modification, change or alteration of this Amendment shall be effective unless in writing and executed by the parties. If there is a conflict between any provision of the DRA and a provision of this Amendment, the provision of this Amendment controls.

**IN WITNESS WHEREOF**, the parties have executed and delivered this Amendment to be effective as of the Effective Date of the DRA.

| | |
|---|---|
| **BLINK FITNESS FRANCHISING, INC.**, a Delaware corporation | **PLATINUM GYM ONE, INC.**, a Massachusetts corporation |
| By: *Marc Benatten* MBB <br> Title: VP, Finance <br> Date: March 10, 2017 | By: Stephen L. Stabile <br> Title: President <br> Date: 3/10, 2017 |

# BLINK FITNESS FRANCHISING, INC.
## DEVELOPMENT RIGHTS AGREEMENT

**THIS DEVELOPMENT RIGHTS AGREEMENT** (this "**Agreement**") is made effective as of March 10, 2017 (the "**Effective Date**," regardless of when the parties execute and date this Agreement), by and between **BLINK FITNESS FRANCHISING, INC.**, a Delaware corporation whose principal business address is 386 Park Avenue South, 11th Floor, New York, New York 10016 ("**we**," "**us**," or "**our**"), and **PLATINUM GYM ONE, INC.**, a Massachusetts corporation ("**you**" or "**your**").

## RECITALS

A.  We and our affiliates have designed and developed a method of developing and operating health and fitness centers identified by the Marks (defined below) that currently provide cardiovascular and strength training equipment and related products and services ("**Blink Fitness Gyms**").

B.  We and our affiliates have developed, and use, promote and license, certain trademarks, service marks and other commercial symbols in operating Blink Fitness Gyms, including "BLINK®," and we may from time to time create, use and license other trademarks, service marks and commercial symbols for Blink Fitness Gyms (collectively, the "**Marks**").

C.  Simultaneously with signing this Agreement, we and you (or your Controlled Affiliate, as defined below) are signing a franchise agreement dated as of March 10, 2017 pursuant to which you (or such Controlled Affiliate) will operate a Blink Fitness Gym (the "**Unit Franchise Agreement**"). We and you are signing this Agreement because you have requested the right to develop and operate three (3), or five (5) or more, Blink Fitness Gyms within a certain geographic area over a certain period of time, and we are willing to grant you such rights if you comply with the terms of this Agreement.

**NOW, THEREFORE**, in consideration of the mutual covenants, agreements, and obligations set forth in this Agreement, we and you agree as follows:

1.  **Grant of Development and Territorial Rights**. Subject to your compliance with this Agreement, we hereby grant you (and/or any of your approved Controlled Affiliates) the right to develop three (3) new Blink Fitness Gyms, including the Blink Fitness Gym to be developed under the Unit Franchise Agreement being signed simultaneously with this Agreement, according to the mandatory development schedule (the "**Schedule**") identified on Exhibit A to this Agreement, within the geographic area described on Exhibit B to this Agreement (the "**Area**"). In this Agreement, the term "**Controlled Affiliate**" means any corporation, limited liability company or other business entity of which you or one or more of your majority owners owns at least fifty-one percent (51%) of the total authorized ownership interests, as long as you or such owner(s) has the right to control the entity's management and policies.

Provided you and your Controlled Affiliates are in full compliance with this Agreement and all other agreements between you (or any of the Controlled Affiliates) and us (or any of our

BLINK FITNESS - 2016 DRA
EAST\140385679.3

affiliates), including, without limitation, the Unit Franchise Agreement and all other franchise agreements then in effect between you (or any Controlled Affiliate) and us for the operation of Blink Fitness Gyms, then, during this Agreement's term only, except as otherwise provided in this Agreement, neither we nor our affiliates will operate, or authorize any other party to operate, a Blink Fitness Gym that has its physical location within the Area. You acknowledge and agree that we may exercise in the Area any and all of the rights that we now reserve in the Unit Franchise Agreement (and related documents), including in Section 3.D of the Unit Franchise Agreement. After this Agreement expires or is terminated, regardless of the reason, we and our affiliates may engage, and allow others to engage, in any activities we desire within and outside the Area without any restrictions whatsoever, subject only to your (or any Controlled Affiliate's) rights under franchise agreements with us then in effect.

    **2.**    **Development Fee**. Simultaneously with signing this Agreement, you must pay us a fee of Seventy-Five Thousand Dollars ($75,000) (the "**Development Fee**"). We calculate the Development Fee as follows:

    a.    If you agree to develop three (3) Blink Fitness Gyms under the Schedule, then the Development Fee is Seventy-Five Thousand Dollars ($75,000), which is Twenty-Five Thousand Dollars ($25,000) multiplied by the three (3) Blink Fitness Gyms you agree to develop, including the Blink Fitness Gym covered by the Unit Franchise Agreement.

    b.    If you agree to develop five (5) Blink Fitness Gyms under the Schedule, then the Development Fee is One Hundred Thousand Dollars ($100,000), which is Twenty Thousand Dollars ($20,000) multiplied by the five (5) Blink Fitness Gyms you agree to develop, including the Blink Fitness Gym covered by the Unit Franchise Agreement.

    c.    If you agree to develop six (6) or more Blink Fitness Gyms under the Schedule, then the Development Fee is One Hundred Thousand Dollars ($100,000) for the first five (5) Blink Fitness Gyms you agree to develop, including the Blink Fitness Gym covered by the Unit Franchise Agreement, plus an additional Ten Thousand Dollars ($10,000) for each of the sixth and each successive Blink Fitness Gym you agree to develop under the Schedule.

The Development Fee is fully earned by us when this Agreement is signed and is non-refundable. We do not charge you any initial franchise fees when you sign franchise agreements for the Blink Fitness Gyms you have agreed to develop under the Schedule.

    **3.**    **Development Obligations**. To maintain your rights under this Agreement, you and/or approved Controlled Affiliates must sign franchise agreements for, develop, and open for business the agreed-upon number of Blink Fitness Gyms within the Area by the dates set forth on the Schedule. You or a Controlled Affiliate will operate each Blink Fitness Gym under a separate franchise agreement (and related documents) with us. The franchise agreement (and related documents) that you or your Controlled Affiliate will sign for each Blink Fitness Gym will be our then current form of franchise agreement and related documents, including, without limitation, personal guarantees (collectively, the "**Franchise Documents**"), any or all of the

2

terms of which may differ substantially from the terms contained in the Unit Franchise Agreement, provided, however, that: (a) no initial franchise fee is due for any Blink Fitness Gym you develop and open under this Agreement; (b) you will pay a reduced royalty fee (see below) during the initial years you operate the Blink Fitness Gyms you develop in compliance with the deadlines in the Schedule; and (c) your required contributions to a fund ("**Brand Fund**") for advertising, marketing, research, and public relations programs and materials during the first year you operate each Blink Fitness Gym may (assuming we have begun collecting Brand Fund contributions) be spent instead on local store marketing. Your reduced royalty fee depends on the number of Blink Fitness Gyms you agree to develop under this Agreement:

    i.    If you agree to develop three (3) Blink Fitness Gyms, then we will reduce the royalty fee payable under the Unit Franchise Agreement and the Franchise Documents, in the following manner, for each Blink Fitness Gym if it opens for business on or before the specific opening deadline for that Blink Fitness Gym listed on the Schedule: (1) two percent (2%) of the Gross Sales of the Blink Fitness Gym for the first full twelve (12) months of the franchise term during which you operate the Blink Fitness Gym; and (2) three percent (3%) of the Gross Sales of the Blink Fitness Gym for the second full twelve (12) months of the franchise term during which you operate the Blink Fitness Gym. A five percent (5%) royalty fee will apply during the balance of the franchise term.

    ii.    If you agree to develop five (5) or more Blink Fitness Gyms, then we will reduce the royalty fee payable under the Unit Franchise Agreement and the Franchise Documents, in the following manner, for each Blink Fitness Gym if it opens for business on or before the specific opening deadline for that Blink Fitness Gym listed on the Schedule: (1) you will pay no royalty fee for the first full twelve (12) months of the franchise term during which you operate the Blink Fitness Gym; and (2) we will reduce the royalty fee payable under the Unit Franchise Agreement and the Franchise Documents to (A) two percent (2%) of the Gross Sales of the Blink Fitness Gym for the second full twelve (12) months of the franchise term during which you operate the Blink Fitness Gym, (B) three percent (3%) of the Gross Sales of the Blink Fitness Gym for the third full twelve (12) months of the franchise term during which you operate the Blink Fitness Gym, and (C) four percent (4%) of the Gross Sales of the Blink Fitness Gym for the fourth full twelve (12) months of the franchise term during which you operate the Blink Fitness Gym. A five percent (5%) royalty fee will apply during the balance of the franchise term.

To retain your development rights under this Agreement, each Blink Fitness Gym opened pursuant to this Agreement must operate continuously throughout this Agreement's term.

    After you sign both the Unit Franchise Agreement and this Agreement, we or a designated third party supplier of site evaluation, leasing and related services (the "**Site Consultant**") will assist you by reviewing potential sites for the Blink Fitness Gym you must develop pursuant to the Unit Franchise Agreement. You must use a licensed commercial real estate broker during the site selection process, and we have the right to pre-approve your proposed broker before you move forward. We may, but have no obligation to, physically visit

3

your proposed sites. We may condition our making a proposed site visit and our acceptance of a proposed site on your first sending us complete site reports and other materials (including, without limitation, photographs and video recordings) we request. We or the Site Consultant will provide you with our then current criteria for sites for Blink Fitness Gyms to assist you in selecting and identifying your site. However, even if we or the Site Consultant gives you information regarding a potential site for a future Blink Fitness Gym, you acknowledge that (i) the Site Consultant is solely responsible for its activities, its communications, and the information it shares with you and they are not activities, communications, or information from us, and (ii) we have made and will make no representations or warranties of any kind, express or implied, about the suitability of any particular site for a new Blink Fitness Gym or any other purpose, or of the likelihood that we ultimately will accept a particular site for a future Blink Fitness Gym location.

        4.       **No Sublicensing Rights**. This Agreement does not grant you any right to license others to operate Blink Fitness Gyms. Only you (and your approved Controlled Affiliates) may open and operate Blink Fitness Gyms pursuant to this Agreement and only under Franchise Documents with us.

        5.       **Grant of Franchises**. You agree to give us all information and materials we request to assess each proposed Blink Fitness Gym site and your (or your Controlled Affiliate's) financial and operational ability to develop and operate each proposed Blink Fitness Gym. We will not unreasonably withhold acceptance of any site you propose that meets our then current criteria for population density and other demographic characteristics, visibility, traffic flow, competition, accessibility, parking, size, and other physical and commercial characteristics. However, we have the absolute right to reject any site that does not meet these criteria. We agree to use reasonable efforts to review and accept in writing the sites you propose within thirty (30) days after we receive all requested information and materials (including, without limitation, photographs and video recordings). If we accept a proposed site and your (or your Controlled Affiliate's) financial and operational ability to develop and operate the proposed Blink Fitness Gym, then you or your approved Controlled Affiliate (and your or the Controlled Affiliate's owners) must sign separate Franchise Documents for that Blink Fitness Gym. If you or the Controlled Affiliate (and such owners) do not do so, or are unable to obtain lawful possession of the proposed site within a reasonable time after we accept the proposed site, we may withdraw our acceptance. Neither you nor any Controlled Affiliate may sign any lease or sublease for a site without our written acceptance and first signing, and complying with, the Franchise Documents. After you (or your Controlled Affiliate) signs the Franchise Documents, their terms and conditions will control the development and operation of the Blink Fitness Gym, although the opening deadline is controlled by the Schedule.

This Agreement is not a franchise agreement and does not grant you the right to engage in the business of offering, selling or distributing goods and services under the Marks or to use the Marks in any manner. These rights are granted only by Franchise Documents signed by you (or your approved Controlled Affiliates) and us. Subject to Section 7(b), any and all Franchise Documents are independent of this Agreement.

        6.       **Club Managers**. Notwithstanding anything to the contrary in Section 7.D of the Unit Franchise Agreement, each of your Blink Fitness Gyms must have a designated manager

4

(the "**Club Manager**").  The individual you designate and retain to serve as the operating principal of the Blink Fitness Gym you develop and open under the Unit Franchise Agreement (the "**Operating Principal**") may not serve as the Club Manager for any other Blink Fitness Gym you open and operate under the Franchise Documents.  We must approve the Operating Principal in writing prior to the earlier of the Effective Date of this Agreement or the execution of the Unit Franchise Agreement.

7. **Term**.  This Agreement's term begins on the Effective Date and ends on the date when (a) you open the final Blink Fitness Gym under the Schedule, or (b) this Agreement otherwise is terminated, but in any event the term will end no later than March 1, 2021.

8. **Termination**.  We may terminate this Agreement and your right to develop additional Blink Fitness Gyms within the Area at any time, effective upon delivery of written notice of termination, if:  (a) you fail to satisfy either your development obligations under the Schedule or any other obligation under this Agreement, which defaults you have no right to cure; or (b) the Unit Franchise Agreement or any other franchise agreement between us and you (or any Controlled Affiliate) for a Blink Fitness Gym is terminated by us or you (or the Controlled Affiliate) for any reason.  If this Agreement is terminated for any reason, you will lose all rights to further develop Blink Fitness Gyms in the Area; provided, however, termination will not affect your right to operate any Blink Fitness Gym in existence or under development provided you are in compliance with the Franchise Documents for any such Blink Fitness Gym.  No portion of the Development Fee is refundable.

9. **Assignment**.  You (and your owners) acknowledge that we are granting you the rights under this Agreement because of our perception of your (and your owners') individual and collective character, skill, business acumen, financial capability and ability to operate Blink Fitness Gyms according to our Brand Standards.  These rights are personal to you and your owners.  Therefore, you and your owners may not assign this Agreement or any of your ownership interests without our prior written approval, which we may grant or withhold for any or no reason.  We may assign this Agreement or any of our ownership interests without restriction.

10. **Incorporation of Other Terms**.  Sections 20-21 and 23-24 of the Unit Franchise Agreement, entitled "Relationship of the Parties; Indemnification," "Enforcement," "Notices and Payments" and "Electronic Mail," respectively, including, without limitation, the mediation and arbitration obligations under Sections 21.F and 21.G of the Unit Franchise Agreement, are incorporated by reference in this Agreement and will govern all aspects of this Agreement and our and your relationship as if fully restated within the text of this Agreement.

**[Signature Page Follows]**

**IN WITNESS WHEREOF**, the parties have executed and delivered this Agreement as of the dates below, to be effective on the Effective Date stated on the first page above.

| | |
|---|---|
| **BLINK FITNESS FRANCHISING, INC.**, a Delaware corporation | **PLATINUM GYM ONE, INC.**, a Massachusetts corporation |
| By: Marc Benathen /s/ MDB<br>Title: VP, Finance<br>Date: March 10, 2017 | By: Stephen L. Stabile /s/<br>Title: President<br>Date: 3/10, 2017 |

6

**EXHIBIT A**
**TO THE BLINK FITNESS FRANCHISING, INC.**
**DEVELOPMENT RIGHTS AGREEMENT**

You agree to open three (3) new Blink Fitness Gyms within the Area (including the Blink Fitness Gym governed by the Unit Franchise Agreement) according to the following Schedule:

| Franchise Agreement To Be Executed By (Date) | Gym Opening by (Date) | Cumulative Minimum Number of New Blink Fitness Gyms To Be Open and Operating No Later Than the Opening Date (in Previous Column) |
|---|---|---|
| Simultaneously with this Agreement | June 1, 2018 | 1 |
| February 1, 2018 | June 1, 2019 | 2 |
| November 1, 2019 | March 1, 2021 | 3 |

**BLINK FITNESS FRANCHISING, INC.**, a Delaware corporation

By: Marc Benathen (MPB)
Title: VP, Finance
Date: March 10, 2017

**PLATINUM GYM ONE, INC.**, a Massachusetts corporation

By: Stephen L. Stabile
Title: President
Date: 3/10, 2017

**EXHIBIT B**
**TO THE BLINK FITNESS FRANCHISING, INC.**
**DEVELOPMENT RIGHTS AGREEMENT**

The Area is defined as the entire territory encompassed by Middlesex County in the State of Massachusetts. If the Area is identified by city or other political subdivisions, political boundaries will be considered fixed as of the date of this Agreement, notwithstanding any political reorganization or change to the boundaries. The Area is depicted on the map attached to this Exhibit B. However, if there is an inconsistency between the language in this Exhibit B and the attached map, the language in this Exhibit B shall control. All street boundaries will be deemed to end at the street center line unless otherwise specified.

**BLINK FITNESS FRANCHISING,**
**INC.**, a Delaware corporation

By: Marc Benathen _MPB_
Title: VP, Finance
Date: March 10, 2017

**PLATINUM GYM ONE, INC.**, a
Massachusetts corporation

By: Stephen L. Stabile
Title: President
Date: 3/10, 2017

## MAP OF AREA

B-2