# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Blink Holdings Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (KLS)<br><br>(Jointly Administered)<br><br>Objection Deadline: September 26, 2024<br><br>**Related Docket No. 361, 348** |

## CERTIFICATE OF SERVICE

I, Brian McLaughlin, do hereby certify that on September, 2024, I served the Creditor Platinum Gym One, Inc. and Platinum Gym Two, Inc.'s Limited Objection to the Proposed Assumption and Assignment of Certain Agreements Between Blink Fitness Franchising and Platinum Gym One, Inc. and Platinum Gym Two, Inc. on the following parties by the United States Bankruptcy Court's Electronic Filing and Notification System.

OFFIT KURMAN, P.A.

/s/   Brian J. McLaughlin

Brian J. McLaughlin, Esquire
222 Delaware Avenue, Suite 1105
Wilmington, DE 19899
(302) 351-0916

Attorney for Platinum Gym One, Inc. and Platinum Gym Two, Inc.

Benjamin C. Carver
Young Conaway Stargatt & Taylor, LLP
1000 N. King Street
Wilmington, DE 19801
bcarver@ycst.com

Sean T. Greecher
Young Conaway Stargatt & Taylor, LLP
1000 N. King Street
Wilmington, DE 19801
sgreecher@ycst.com

Rebecca L. Lamb
Young Conaway Stargatt & Taylor, LLP
1000 N. King Street
Wilmington, DE 19801
Rlamb@ycst.com

Allison S. Mielke
Young Conaway Stargatt & Taylor, LLP
1000 N. King Street
Wilmington, DE 19801
amielke@ycst.com

Timothy R. Powell
Young Conaway Stargatt & Taylor, LLP
1000 N. King Street
Wilmington, DE 19801
tpowell@ycst.com

Peter P. Knight
Ketten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
peter.knight@katten.com

Allison E. Yager
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago. IL 60661
Allison.yager@katten.com

Curtis S. Miller
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street,
P.O. Box 1347
Wilmington, DE 19899
cmiller@morrisnichols.com

Benjamin A. Hackman
Office of the United States Trustee
For the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Bengamin.a.hackman@usdoj.gov

Eric R. Wilson
Kelley Drye & Warren LLP
3 World Trade Center
New York, New York 10017
ewilson@kelleydrye.com

Kristin S. Elliott
Kelley Drye & Warren LLP
3 World Trade Center
New York, New York 10017
kelliott@kellydrye.com

Eric J. Monzo
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com

Case 24-11686-JKS    Doc 435-8    Filed 09/26/24    Page 4 of 4