# **<u>EXHIBIT A</u>**

# Tenant Statement

*09/04/2024*

**BOERUM B**  **252 ATLANTIC AVE**  **BLINK FITNESS, Tel. (646) 871-7448**

Type: Comm

Lease: 04/01/2021-04/30/2026
Rent: 49,500.00
Rent Balance: 165,698.94

Included in Rent Balance:
Rent Due: 99,098.94
Late Due: 66,600.00

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 03/30/2016 | | Move in: BLINK FITNESS, | | | | |
| 04/18/2016 | | Rent Charge | 19,500.00 | | 19,500.00 | |
| 05/01/2016 | | Rent Charge | 45,000.00 | | 64,500.00 | |
| 05/19/2016 | | Rent Receipt | | 64,500.00 | 0.00 | wire |
| 06/01/2016 | | Rent Charge | 45,000.00 | | 45,000.00 | |
| 06/03/2016 | | Rent Receipt | | 45,000.00 | 0.00 | WIRE |
| 07/01/2016 | | Rent Charge | 45,000.00 | | 45,000.00 | |
| 07/07/2016 | | Rent Receipt | | 45,000.00 | 0.00 | wire |
| 08/01/2016 | | Rent Charge | 45,000.00 | | 45,000.00 | |
| 08/08/2016 | | Rent Receipt | | 45,000.00 | 0.00 | |
| 08/17/2016 | | Water Charges | 2,033.48 | | 2,033.48 | 03/16-06/28 |
| 09/01/2016 | | Rent Charge | 45,000.00 | | 47,033.48 | |
| 09/06/2016 | | Rent Receipt | | 45,000.00 | 2,033.48 | 15063 |
| 09/25/2016 | | Water Charges | 1,618.94 | | 3,652.42 | 06/28-09/19/2016 |
| 10/01/2016 | | Rent Charge | 45,000.00 | | 48,652.42 | |
| 10/06/2016 | | Rent Receipt | | 45,000.00 | 3,652.42 | |
| 11/01/2016 | | Rent Charge | 45,000.00 | | 48,652.42 | |
| 11/03/2016 | | Rent Receipt | | 45,000.00 | 3,652.42 | |
| 12/01/2016 | | Rent Charge | 45,000.00 | | 48,652.42 | |
| 12/06/2016 | | Rent Receipt | | 45,000.00 | 3,652.42 | |
| 12/28/2016 | | Water Charges | 1,885.43 | | 5,537.85 | 09/19-12/15/2016 |
| 01/01/2017 | | Rent Charge | 45,000.00 | | 50,537.85 | |
| 01/03/2017 | | Rent Receipt | | 45,000.00 | 5,537.85 | |
| 02/01/2017 | | Rent Charge | 45,000.00 | | 50,537.85 | |
| 02/06/2017 | | Rent Receipt | | 45,000.00 | 5,537.85 | |
| 03/01/2017 | | Rent Charge | 45,000.00 | | 50,537.85 | |
| 03/02/2017 | | Rent Receipt | | 45,000.00 | 5,537.85 | |
| 04/01/2017 | | Rent Charge | 45,000.00 | | 50,537.85 | |
| 04/15/2017 | | Water Charges | 2,665.16 | | 53,203.01 | 12/15/-03/30/2017 |
| 04/19/2017 | | Rent Receipt | | 45,000.00 | 8,203.01 | wire |
| 05/01/2017 | | Rent Charge | 45,000.00 | | 53,203.01 | |
| 05/05/2017 | | Rent Receipt | | 45,000.00 | 8,203.01 | |

*Page 1*

# Tenant Statement

*09/04/2024*

| | | | | |
|---|---|---|---|---|
| **BOERUM B** | 252 ATLANTIC AVE<br>BLINK FITNESS,  Tel. (646) 871-7448 | Type: Comm | Lease: 04/01/2021-04/30/2026<br>Rent:<br>Rent Balance: | 49,500.00<br>165,698.94 |
| | | | *Included in Rent Balance:*<br>Rent Due:<br>Late Due: | 99,098.94<br>66,600.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---:|---:|---:|---|
| 06/01/2017 | | Rent Charge | 45,000.00 | | 53,203.01 | |
| 06/06/2017 | | Rent Receipt | | 45,000.00 | 8,203.01 | wire |
| 06/30/2017 | | Water Charges | 2,250.62 | | 10,453.63 | 03/30-06/26/2017 |
| 07/01/2017 | | Rent Charge | 45,000.00 | | 55,453.63 | |
| 07/01/2017 | | Rent Receipt | | 45,000.00 | 10,453.63 | |
| 08/01/2017 | | Rent Charge | 45,000.00 | | 55,453.63 | |
| 08/01/2017 | | Rent Receipt | | 45,000.00 | 10,453.63 | |
| 09/01/2017 | | Rent Charge | 45,000.00 | | 55,453.63 | |
| 09/01/2017 | | Rent Receipt | | 45,000.00 | 10,453.63 | |
| 09/30/2017 | | Water Charges | 2,033.48 | | 12,487.11 | 06/26-09/26 |
| 10/01/2017 | | Rent Charge | 45,000.00 | | 57,487.11 | |
| 10/04/2017 | | Rent Receipt | | 45,000.00 | 12,487.11 | |
| 11/01/2017 | | Rent Charge | 45,000.00 | | 57,487.11 | |
| 11/07/2017 | | Rent Receipt | | 45,000.00 | 12,487.11 | |
| 12/01/2017 | | Rent Charge | 45,000.00 | | 57,487.11 | |
| 12/01/2017 | | Rent Receipt | | 45,000.00 | 12,487.11 | |
| 12/18/2017 | | Water Charges | 1,796.60 | | 14,283.71 | 09/26-12/11/2017 |
| 01/01/2018 | | Rent Charge | 45,000.00 | | 59,283.71 | |
| 01/10/2018 | | Rent Receipt | | 45,000.00 | 14,283.71 | |
| 02/01/2018 | | Rent Charge | 45,000.00 | | 59,283.71 | |
| 02/05/2018 | | Rent Receipt | | 45,000.00 | 14,283.71 | |
| 03/01/2018 | | Rent Charge | 45,000.00 | | 59,283.71 | |
| 03/03/2018 | | Rent Receipt | | 45,000.00 | 14,283.71 | |
| 04/01/2018 | | Rent Charge | 45,000.00 | | 59,283.71 | |
| 04/03/2018 | | Rent Receipt | | 45,000.00 | 14,283.71 | |
| 04/24/2018 | | Water Charges | 3,316.58 | | 17,600.29 | 12/11-04/16 |
| 05/01/2018 | | Rent Charge | 45,000.00 | | 62,600.29 | |
| 05/03/2018 | | Rent Receipt | | 45,000.00 | 17,600.29 | eire |
| 06/01/2018 | | Rent Charge | 45,000.00 | | 62,600.29 | |
| 06/11/2018 | | Rent Receipt | | 45,000.00 | 17,600.29 | wire |
| 06/26/2018 | | Water Charges | 1,806.47 | | 19,406.76 | 04/16-06/21 |
| 07/01/2018 | | Rent Charge | 45,000.00 | | 64,406.76 | |
| 07/01/2018 | | Real Estate Tax | 4,323.88 | | 68,730.64 | |

*Page 2*

# Tenant Statement

*09/04/2024*

| **BOERUM B** | **252 ATLANTIC AVE** <br> **BLINK FITNESS,  Tel. (646) 871-7448** | Type: Comm | Lease: 04/01/2021-04/30/2026 |
|---|---|---|---|

| | Rent: | 49,500.00 |
|---|---|---|
| | Rent Balance: | 165,698.94 |
| | *Included in Rent Balance:* | |
| | Rent Due: | 99,098.94 |
| | Late Due: | 66,600.00 |

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 07/05/2018 | | Rent Receipt | | 45,000.00 | 23,730.64 | wire |
| 08/01/2018 | | Rent Charge | 45,000.00 | | 68,730.64 | |
| 08/06/2018 | | Rent Receipt | | 45,000.00 | 23,730.64 | wire |
| 09/01/2018 | | Rent Charge | 45,000.00 | | 68,730.64 | |
| 09/04/2018 | | Rent Receipt | | 45,000.00 | 23,730.64 | wire |
| 10/01/2018 | | Rent Charge | 45,000.00 | | 68,730.64 | |
| 10/05/2018 | | Rent Receipt | | 45,000.00 | 23,730.64 | |
| 11/01/2018 | | Rent Charge | 45,000.00 | | 68,730.64 | |
| 11/01/2018 | | Rent Receipt | | 45,000.00 | 23,730.64 | WR |
| 12/01/2018 | | Rent Charge | 45,000.00 | | 68,730.64 | |
| 12/04/2018 | | Rent Receipt | | 45,000.00 | 23,730.64 | wr |
| 01/01/2019 | | Rent Charge | 45,000.00 | | 68,730.64 | |
| 01/07/2019 | | Rent Receipt | | 45,000.00 | 23,730.64 | wr |
| 02/01/2019 | | Rent Charge | 45,000.00 | | 68,730.64 | |
| 02/01/2019 | | Rent Receipt | | 45,000.00 | 23,730.64 | |
| 03/01/2019 | | Rent Charge | 45,000.00 | | 68,730.64 | |
| 03/01/2019 | | Rent Receipt | | 45,000.00 | 23,730.64 | |
| 04/01/2019 | | Rent Charge | 45,000.00 | | 68,730.64 | |
| 04/04/2019 | | Rent Receipt | | 45,000.00 | 23,730.64 | wire |
| 05/01/2019 | | Rent Charge | 45,000.00 | | 68,730.64 | |
| 05/07/2019 | | Rent Receipt | | 45,000.00 | 23,730.64 | |
| 05/07/2019 | | Water Payment | | 9,985.51 | 13,745.13 | wire |
| 05/07/2019 | | Water Payment | | 1,582.82 | 12,162.31 | |
| 06/01/2019 | | Rent Charge | 45,000.00 | | 57,162.31 | |
| 06/04/2019 | | Rent Receipt | | 45,000.00 | 12,162.31 | |
| 07/01/2019 | | Rent Charge | 45,000.00 | | 57,162.31 | |
| 07/01/2019 | | Real Estate Tax | 4,382.38 | | 61,544.69 | |
| 07/08/2019 | | Rent Receipt | | 45,000.00 | 16,544.69 | wie |
| 08/01/2019 | | Rent Charge | 45,000.00 | | 61,544.69 | |
| 08/06/2019 | | Rent Receipt | | 45,000.00 | 16,544.69 | wire |
| 09/01/2019 | | Rent Charge | 45,000.00 | | 61,544.69 | |
| 09/05/2019 | | Rent Receipt | | 45,000.00 | 16,544.69 | wire |

# Tenant Statement

*09/04/2024*

| BOERUM B | 252 ATLANTIC AVE BLINK FITNESS, Tel. (646) 871-7448 | | Type: Comm | | Lease: 04/01/2021-04/30/2026 Rent: 49,500.00 Rent Balance: 165,698.94 |

*Included in Rent Balance:*
Rent Due: 99,098.94
Late Due: 66,600.00

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 10/01/2019 | | Rent Charge | 45,000.00 | | 61,544.69 | |
| 10/02/2019 | | Rent Receipt | | 45,000.00 | 16,544.69 | |
| 11/01/2019 | | Rent Charge | 45,000.00 | | 61,544.69 | |
| 11/02/2019 | | Rent Receipt | | 45,000.00 | 16,544.69 | |
| 12/01/2019 | | Rent Charge | 45,000.00 | | 61,544.69 | |
| 12/18/2019 | | Rent Receipt | | 45,000.00 | 16,544.69 | |
| 12/31/2019 | | Water Charges | 2,282.27 | | 18,826.96 | 09/25-12/31/2019 |
| 01/01/2020 | | Rent Charge | 45,000.00 | | 63,826.96 | |
| 01/07/2020 | | Rent Receipt | | 45,000.00 | 18,826.96 | wire |
| 02/01/2020 | | Rent Charge | 45,000.00 | | 63,826.96 | |
| 02/06/2020 | | Rent Receipt | | 45,000.00 | 18,826.96 | wire |
| 03/01/2020 | | Rent Charge | 45,000.00 | | 63,826.96 | |
| 03/12/2020 | | Rent Receipt | | 45,000.00 | 18,826.96 | wire |
| 03/12/2020 | | Water Payment | | 9,522.32 | 9,304.64 | wire |
| 04/01/2020 | | Rent Charge | 45,000.00 | | 54,304.64 | |
| 05/01/2020 | | Rent Charge | 45,000.00 | | 99,304.64 | |
| 06/01/2020 | | Rent Charge | 45,000.00 | | 144,304.64 | |
| 07/01/2020 | | Rent Charge | 45,000.00 | | 189,304.64 | |
| 07/01/2020 | | Real Estate Tax | 4,781.84 | | 194,086.48 | |
| 08/01/2020 | | Rent Charge | 45,000.00 | | 239,086.48 | |
| 09/01/2020 | | Rent Charge | 45,000.00 | | 284,086.48 | |
| 10/01/2020 | | Rent Charge | 45,000.00 | | 329,086.48 | |
| 10/06/2020 | | Rent Receipt | | 45,000.00 | 284,086.48 | wire |
| 10/15/2020 | | Water Charges | 2,292.60 | | 286,379.08 | 12/31-09/30/2020 |
| 11/01/2020 | | Rent Charge | 45,000.00 | | 331,379.08 | |
| 11/06/2020 | | Rent Receipt | | 22,500.00 | 308,879.08 | wire |
| 12/01/2020 | | Rent Charge | 45,000.00 | | 353,879.08 | |
| 12/18/2020 | | Rent Receipt | | 22,500.00 | 331,379.08 | |
| 01/01/2021 | | Rent Charge | 45,000.00 | | 376,379.08 | |
| 01/22/2021 | | Rent Receipt | | 22,500.00 | 353,879.08 | wire |
| 02/01/2021 | | Rent Charge | 45,000.00 | | 398,879.08 | |
| 02/04/2021 | | Rent Receipt | | 22,500.00 | 376,379.08 | wire |

# Tenant Statement

*09/04/2024*

| | | | |
|---|---|---|---|
| **BOERUM B** | **252 ATLANTIC AVE**<br>**BLINK FITNESS, Tel. (646) 871-7448** | Type: Comm | Lease: 04/01/2021-04/30/2026<br>Rent: 49,500.00<br>Rent Balance: 165,698.94 |

*Included in Rent Balance:*
Rent Due:  99,098.94
Late Due:  66,600.00

**LB**
**CC**
**AC**

| Date | CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 02/12/2021 | | Real Estate Tax Rece | | 13,488.10 | 362,890.98 | |
| 03/01/2021 | | Rent Charge | 45,000.00 | | 407,890.98 | |
| 03/09/2021 | | Rent Receipt | | 22,500.00 | 385,390.98 | wire |
| 03/09/2021 | | Water Payment | | 2,891.08 | 382,499.90 | 12-12/2020 |
| 03/12/2021 | | Rent Receipt | | 22,500.00 | 359,999.90 | wire |
| 03/30/2021 | | Water Charges | 1,011.68 | | 361,011.58 | 12/11/21-03/31/21 |
| 04/01/2021 | | Rent Charge | 49,500.00 | | 410,511.58 | |
| 04/06/2021 | | Rent Receipt | | 22,500.00 | 388,011.58 | wire |
| 04/12/2021 | | Rent Receipt | | 22,500.00 | 365,511.58 | |
| 04/30/2021 | | Rent Receipt | | 22,500.00 | 343,011.58 | wire |
| 05/01/2021 | | Rent Charge | 49,500.00 | | 392,511.58 | |
| 05/08/2021 | | Rent Receipt | | 27,000.00 | 365,511.58 | |
| 06/01/2021 | | Rent Charge | 49,500.00 | | 415,011.58 | |
| 06/02/2021 | | Rent Receipt | | 22,500.00 | 392,511.58 | wire |
| 06/15/2021 | | Rent Receipt | | 27,000.00 | 365,511.58 | |
| 06/18/2021 | | Water Charges | 918.71 | | 366,430.29 | 03/30-06/18/21 |
| 07/01/2021 | | Rent Charge | 49,500.00 | | 415,930.29 | |
| 07/01/2021 | | Rent Receipt | | 49,500.00 | 366,430.29 | |
| 07/01/2021 | | Real Estate Tax | 4,781.86 | | 371,212.15 | 21/22 tax |
| 08/01/2021 | | Rent Charge | 49,500.00 | | 420,712.15 | |
| 08/04/2021 | | Rent Receipt | | 49,500.00 | 371,212.15 | |
| 09/01/2021 | | Rent Charge | 49,500.00 | | 420,712.15 | |
| 09/01/2021 | | Rent Receipt | | 49,500.00 | 371,212.15 | |
| 09/20/2021 | | Water Charges | 1,299.44 | | 372,511.59 | 06/18-09/20-2021 |
| 10/01/2021 | | Rent Charge | 49,500.00 | | 422,011.59 | |
| 10/06/2021 | | Rent Receipt | | 49,500.00 | 372,511.59 | |
| 11/01/2021 | | Rent Charge | 49,500.00 | | 422,011.59 | |
| 11/05/2021 | | Rent Receipt | | 49,500.00 | 372,511.59 | |
| 12/01/2021 | | Rent Charge | 49,500.00 | | 422,011.59 | |
| 12/03/2021 | | Rent Receipt | | 49,500.00 | 372,511.59 | wire |
| 12/07/2021 | | Water Charges | 1,367.47 | | 373,879.06 | 09/20-12/27/21 |
| 01/01/2022 | | Rent Charge | 49,500.00 | | 423,379.06 | |
| 01/07/2022 | | Rent Receipt | | 49,500.00 | 373,879.06 | wire |
| 02/01/2022 | | Rent Charge | 49,500.00 | | 423,379.06 | |

# Tenant Statement

*09/04/2024*

| | | | | |
|---|---|---|---|---|
| **BOERUM B** | **252 ATLANTIC AVE** <br> **BLINK FITNESS, Tel. (646) 871-7448** | Type: Comm | Lease: 04/01/2021-04/30/2026 <br> Rent: 49,500.00 <br> Rent Balance: 165,698.94 | |

Included in Rent Balance:
Rent Due: 99,098.94
Late Due: 66,600.00

| Date | LB CC AC CP | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 02/08/2022 | | Rent Receipt | | 49,500.00 | 373,879.06 | |
| 03/01/2022 | | Rent Charge | 49,500.00 | | 423,379.06 | |
| 03/11/2022 | | Rent Receipt | | 49,500.00 | 373,879.06 | |
| 03/18/2022 | | Water Charges | 1,325.03 | | 375,204.09 | 12/27-03/18/22 |
| 04/01/2022 | | Rent Charge | 49,500.00 | | 424,704.09 | |
| 05/01/2022 | | Rent Charge | 49,500.00 | | 474,204.09 | |
| 05/23/2022 | | Rent Receipt | | 99,000.00 | 375,204.09 | Wire |
| 06/01/2022 | | Rent Charge | 49,500.00 | | 424,704.09 | |
| 06/01/2022 | | Rent Receipt | | 49,500.00 | 375,204.09 | |
| 06/24/2022 | | Water Charges | 1,844.92 | | 377,049.01 | 03-18-06/24/22 |
| 06/29/2022 | | Real Estate Tax | 4,937.07 | | 381,986.08 | Tax 2022-23 |
| 07/01/2022 | | Rent Charge | 49,500.00 | | 431,486.08 | |
| 07/05/2022 | | Rent Receipt | | 49,500.00 | 381,986.08 | wire |
| 08/01/2022 | | Rent Charge | 49,500.00 | | 431,486.08 | |
| 08/05/2022 | | Legal Fees | 5,000.00 | | 436,486.08 | Legal Fee |
| 08/05/2022 | | Late Fee | 27,000.00 | | 463,486.08 | 5% 04/2020-03/28/21 |
| 08/05/2022 | | Late Fee | 39,600.00 | | 503,086.08 | 04/2021-08/31/2022 |
| 08/06/2022 | | Rent Receipt | | 49,500.00 | 453,586.08 | wire |
| 08/06/2022 | | Real Estate Tax Rece | | 4,937.07 | 448,649.01 | |
| 09/01/2022 | | Rent Charge | 49,500.00 | | 498,149.01 | |
| 09/06/2022 | | Rent Receipt | | 49,500.00 | 448,649.01 | |
| 09/20/2022 | | Water Charges | 1,749.23 | | 450,398.24 | 06/24-09/20 |
| 10/01/2022 | | Rent Charge | 49,500.00 | | 499,898.24 | |
| 10/05/2022 | | Rent Receipt | | 63,500.00 | 436,398.24 | wire |
| 10/28/2022 | | Rent Receipt | | 225,000.00 | 211,398.24 | wire |
| 10/28/2022 | | Water Payment | | 9,516.48 | 201,881.76 | |
| 10/28/2022 | | Real Estate Tax Rece | | 4,781.86 | 197,099.90 | |
| 10/28/2022 | | Misc. Income Rec | | 5,000.00 | 192,099.90 | |
| 11/01/2022 | | Rent Charge | 49,500.00 | | 241,599.90 | |
| 11/03/2022 | | Rent Receipt | | 63,500.00 | 178,099.90 | cash |
| 12/01/2022 | | Rent Charge | 49,500.00 | | 227,599.90 | |
| 12/01/2022 | | Rent Receipt | | 63,500.00 | 164,099.90 | |
| 12/06/2022 | | Water Charges | 1,599.04 | | 165,698.94 | 09/20-12/06/22 |

# Transactions

Date Range: From 1/01/23

| Tenant | Account | Property | Unit | Active Start | Active End |
|---|---|---|---|---|---|
| BLINK FITNESS | 540 | Boerum Place LLC | B | 3/30/2016 | |

| Date | Reference | Description | Comment | Amount | Balance |
|---|---|---|---|---|---|
| 01/01/23 | | Rent Charge | | 49,500.00 | 215,198.94 |
| 01/05/23 | | Payment Received | | -63,500.00 | 151,698.94 |
| 02/01/23 | | Rent Charge | | 49,500.00 | 201,198.94 |
| 02/03/23 | MO | Payment Received | wire | -63,500.00 | 137,698.94 |
| 03/01/23 | | Rent Charge | | 49,500.00 | 187,198.94 |
| 03/08/23 | MO | Payment Received | wire | -63,500.00 | 123,698.94 |
| 03/20/23 | | CAM - Utilities | 12/06-03/20/2023 | 2,410.80 | 126,109.74 |
| 04/01/23 | | Rent Charge | | 49,500.00 | 175,609.74 |
| 04/07/23 | | Payment Received | | -63,500.00 | 112,109.74 |
| 05/01/23 | | Rent Charge | | 49,500.00 | 161,609.74 |
| 05/08/23 | | Payment Received | | -63,500.00 | 98,109.74 |
| 06/01/23 | | Rent Charge | | 49,500.00 | 147,609.74 |
| 06/06/23 | wire | Payment Received | | -63,500.00 | 84,109.74 |
| 06/11/23 | | CAM - Utilities | 03/20-06/21/2023 | 2,377.44 | 86,487.18 |
| 07/01/23 | | Rent Charge | | 49,500.00 | 135,987.18 |
| 07/01/23 | | CAM - Taxes | | 6,674.46 | 142,661.64 |
| 07/06/23 | | Payment Received | | -49,500.00 | 93,161.64 |
| 08/01/23 | | Rent Charge | | 49,500.00 | 142,661.64 |
| 08/04/23 | | Payment Received | | -49,500.00 | 93,161.64 |
| 09/01/23 | | Rent Charge | | 49,500.00 | 142,661.64 |
| 09/07/23 | wire | Payment Received | | -77,500.00 | 65,161.64 |
| 10/01/23 | | Rent Charge | | 49,500.00 | 114,661.64 |
| 10/06/23 | wire | Payment Received | | -63,500.00 | 51,161.64 |
| 10/06/23 | wire | Payment Received | | -11,462.70 | 39,698.94 |
| 11/01/23 | | Rent Charge | | 49,500.00 | 89,198.94 |
| 11/07/23 | wire | Payment Received | | -49,500.00 | 39,698.94 |
| 12/01/23 | | Rent Charge | | 49,500.00 | 89,198.94 |
| 12/05/23 | wire | Payment Received | | -49,500.00 | 39,698.94 |
| 12/15/23 | | CAM - Utilities | 06/21-12/15/23 | 4,379.74 | 44,078.68 |
| 01/01/24 | | Rent Charge | | 49,500.00 | 93,578.68 |
| 01/03/24 | waire | Payment Received | | -49,500.00 | 44,078.68 |
| 02/01/24 | | Rent Charge | | 49,500.00 | 93,578.68 |
| 02/08/24 | wire | Payment Received | | -49,500.00 | 44,078.68 |
| 03/01/24 | | Rent Charge | | 49,500.00 | 93,578.68 |
| 03/06/24 | wire | Payment Received | | -49,500.00 | 44,078.68 |
| 03/06/24 | | CAM - Utilities | 12/15-03/06 | 2,136.66 | 46,215.34 |
| 04/01/24 | | Rent Charge | | 49,500.00 | 95,715.34 |
| 04/09/24 | wire | Payment Received | | -49,500.00 | 46,215.34 |
| 05/01/24 | | Rent Charge | | 49,500.00 | 95,715.34 |
| 05/09/24 | wire | Payment Received | | -49,500.00 | 46,215.34 |
| 06/01/24 | | Rent Charge | | 49,500.00 | 95,715.34 |
| 06/07/24 | wire | Payment Received | | -49,500.00 | 46,215.34 |
| 06/20/24 | | CAM - Utilities | 03/06-06/19/24 | 2,741.42 | 48,956.76 |
| 07/01/24 | | Rent Charge | | 49,500.00 | 98,456.76 |
| 07/01/24 | | CAM - Taxes | | 4,522.33 | 102,979.09 |
| 07/09/24 | wire | Payment Received | | -49,500.00 | 53,479.09 |
| 08/01/24 | | Rent Charge | | 49,500.00 | 102,979.09 |
| 09/01/24 | | Rent Charge | | 49,500.00 | 152,479.09 |
| 09/04/24 | CASH | Payment Received | | -49,500.00 | 102,979.09 |
| 09/23/24 | wire | Payment Received | | -31,935.48 | 71,043.61 |
| 10/01/24 | | Rent Charge | | 49,500.00 | 120,543.61 |