# **EXHIBIT A**

## Aging Detail

DB Caption: LIVE   Property: 5bppi   Status: Current, Past, Future   Age As Of: 09/30/2024   Post To: 09/2024

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **5 Bryant Park (5bppi)** | | | | | | | | | | | | | | |
| **Blink 1065 6th Avenue, Inc. (t0000961)** | | | | | | | | | | | | | | |
| 5bppi | | Blink 1065 6th Avenue, Inc. | Current | R-59055 | Prepay | 7/8/2024 | 07/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -9,544.79 | -9,544.79 |
| 5bppi | | Blink 1065 6th Avenue, Inc. | Current | C-168903 | wtr | 8/1/2024 | 08/2024 | 1,032.74 | 0.00 | 1,032.74 | 0.00 | 0.00 | 0.00 | 1,032.74 |
| 5bppi | | Blink 1065 6th Avenue, Inc. | Current | C-169065 | rru | 8/1/2024 | 08/2024 | 106,802.02 | 0.00 | 106,802.02 | 0.00 | 0.00 | 0.00 | 106,802.02 |
| 5bppi | | Blink 1065 6th Avenue, Inc. | Current | C-169163 | ele | 8/1/2024 | 08/2024 | 13,672.06 | 0.00 | 13,672.06 | 0.00 | 0.00 | 0.00 | 13,672.06 |
| 5bppi | | Blink 1065 6th Avenue, Inc. | Current | C-169164 | stx | 8/1/2024 | 08/2024 | 1,213.40 | 0.00 | 1,213.40 | 0.00 | 0.00 | 0.00 | 1,213.40 |
| 5bppi | | Blink 1065 6th Avenue, Inc. | Current | C-169430 | sundry | 8/1/2024 | 08/2024 | 689.54 | 0.00 | 689.54 | 0.00 | 0.00 | 0.00 | 689.54 |
| 5bppi | | Blink 1065 6th Avenue, Inc. | Current | C-170281 | wtr | 9/1/2024 | 09/2024 | 1,103.69 | 1,103.69 | 0.00 | 0.00 | 0.00 | 0.00 | 1,103.69 |
| 5bppi | | Blink 1065 6th Avenue, Inc. | Current | C-170497 | ele | 9/1/2024 | 09/2024 | 22,030.79 | 22,030.79 | 0.00 | 0.00 | 0.00 | 0.00 | 22,030.79 |
| 5bppi | | Blink 1065 6th Avenue, Inc. | Current | C-170498 | stx | 9/1/2024 | 09/2024 | 1,955.23 | 1,955.23 | 0.00 | 0.00 | 0.00 | 0.00 | 1,955.23 |
| 5bppi | | Blink 1065 6th Avenue, Inc. | Current | C-170774 | tax | 9/1/2024 | 09/2024 | 118,159.84 | 118,159.84 | 0.00 | 0.00 | 0.00 | 0.00 | 118,159.84 |
| 5bppi | | Blink 1065 6th Avenue, Inc. | Current | C-171037 | rru | 9/1/2024 | 09/2024 | 106,802.02 | 106,802.02 | 0.00 | 0.00 | 0.00 | 0.00 | 106,802.02 |
| 5bppi | | Blink 1065 6th Avenue, Inc. | Current | R-60008 | Prepay | 9/18/2024 | 09/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -68,904.53 | -68,904.53 * |
| | | **Blink 1065 6th Avenue, Inc.** | | | | | | **373,461.33** | **250,051.57** | **123,409.76** | **0.00** | **0.00** | **-78,449.32** | **295,012.01** |

Payment received, Not Yet logged in Yardi:  -106,802.02

*Payment for August 12th - August 31st

Total current Arrears:  **188,209.99**

{200.000-W0077537.}