# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*, | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Joshua B. Brooks, Esquire, hereby certify that a true and correct copy of the *Limited Objection of 5 Bryant Park Property Investors IV, LLC to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* was caused to be served on September 26, 2024 via electronic mail on the following parties:

**VIA EMAIL**
Michael R. Nestor
Sean T. Greecher
Allison S. Mielke
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: mnestor@ycst.com
       sgreecher@ycst.com
       amielke@ycst.com

**VIA EMAIL**
Peter P. Knight
Allison E. Yager
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, Illinois 60661
Email: peter.knight@katten.com
       allison.yager@katten.com

**VIA EMAIL**
Curtis S. Miller
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Email: cmiller@morrisnichols.com

**VIA EMAIL**
Benjamin A. Hackman
Office of the United States Trustee for the District of Delaware
J. Caleb Boggs Federal Building,
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: benjamin.a.hackman@usdoj.gov

| | |
|---|---|
| **VIA EMAIL**<br>Eric R. Wilson<br>Kristin S. Elliott<br>**KELLEY DRYE & WARREN LLP**<br>3 World Trade Center<br>New York, New York 10017<br>Email:  ewilson@kelleydrye.com<br>            kelliott@kelleydrye.com | **VIA EMAIL**<br>Eric J. Monzo<br>Morris James LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, Delaware 19801<br>Email:  emonzo@morrisjames.com |

Dated: September 26, 2024
         Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Joshua A. Brooks*
Kimberly A. Brown (No. 5138)
Joshua B. Brooks (No. 6765)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
         Email:   brown@lrclaw.com
                     brooks@lrclaw.com

-and-

**LOEB & LOEB LLP**
Bethany D. Simmons, Esq. (*pro hac vice* pending)
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990
Email: bsimmons@loeb.com

*Counsel to the 5 Bryant Park Property Investors IV, LLC*