# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al*.,  [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Re: 434** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2024, a true and correct copy of Limited Objection *of Creditor The Theatre Building Enterprises, LLC to Debtors' Proposed Cure Amount for Assumption of Unexpired Lease for Premises at 3611 14th Avenue, Suite 400, Brooklyn, New York* [D.I. 434; filed on 09/26/24] was served via the Court's electronic case filing systems (CM/ECF) to all parties registered to receive such notice in the above-captioned cases, as well as to the parties listed below by email and first class mail:

| Counsel for the Debtors: | Counsel to the Prepetition/DIP Agent: |
|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Attn: Michael R. Nestor (mnestor@ycst.com),<br>Sean T. Greecher (sgreecher@ycst.com)<br>Allison S. Mielke (amielke@ycst.com) | Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>Attn: Curtis S. Miller<br>(cmiller@morrisnichols.com) |
| Office of the United States Trustee:<br><br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35 | Proposed counsel to the Official Committee of Unsecured Creditors:<br><br>Morris James LLP<br>500 Delaware Avenue, |

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

| | |
|---|---|
| Wilmington, Delaware 19801<br>Attn: Benjamin A. Hackman<br>(benjamin.a.hackman@usdoj.gov) | Suite 1500<br>Wilmington, Delaware 19801<br>Attn: Eric J. Monzo<br>(emonzo@morrisjames.com) |
| Counsel to the Prepetition/DIP Agent:<br><br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, Illinois 60661<br>Attn: Peter P. Knight<br>(peter.knight@katten.com)<br>Allison E. Yager (allison.yager@katten.com) | Proposed counsel to the Official Committee of Unsecured Creditors:<br><br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>New York, New York 10017<br>Attn: Eric R. Wilson<br>(ewilson@kelleydrye.com)<br>Kristin S. Elliott (kelliott@kelleydrye.com) |

Dated: September 26, 2024
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: /s/ *Frederick B. Rosner*
Frederick B. Rosner, Esq.
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 319-6301
Email: rosner@teamrosner.com

-and-

**BELKIN BURDEN GOLDMAN, LLP**

By: /s/ Jay B. Solomon
Jay B. Solomon, Esq., admitted pro hac vice
One Grand Central Place
60 E 42nd Street, 16th Floor
New York, New York 10165
Telephone: (212) 867-4466, Ext. 497
Fax: (212) 297-1859
Email: jsolomon@bbgllp.com

*Counsel for The Theatre Building Enterprises, LLC*