**Lease Ledger**  Page 1

Date: 09/26/2024
Property: 3000com
Tenant: t0000213 Blink Metropolitan Ave
From Date: 12/12/2012  To Date: 12/31/2027
Move In Date: 12/12/2012
Unit(S): 1380-C



EXHIBIT 1

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 01/03/2020 | Water | | 2,055.67 | 0.00 | 2,055.67 | C-1289 | No |
| 04/01/2020 | Common Area Maintenance | | 1,811.18 | 0.00 | 3,866.85 | C-1290 | No |
| 04/01/2020 | Insurance | | 15.13 | 0.00 | 3,881.98 | C-1291 | No |
| 04/01/2020 | Minimum Rent | | 38,014.17 | 0.00 | 41,896.15 | C-1292 | No |
| 04/15/2020 | Water | | 1,818.08 | 0.00 | 43,714.23 | C-1293 | No |
| 05/01/2020 | Common Area Maintenance | | 1,811.18 | 0.00 | 45,525.41 | C-1294 | No |
| 05/01/2020 | Insurance | | 15.13 | 0.00 | 45,540.54 | C-1295 | No |
| 05/01/2020 | Late Fee | | 7,968.10 | 0.00 | 53,508.64 | C-1296 | No |
| 05/01/2020 | Minimum Rent | | 38,014.17 | 0.00 | 91,522.81 | C-1297 | No |
| 06/01/2020 | Common Area Maintenance | | 1,811.18 | 0.00 | 93,333.99 | C-1298 | No |
| 06/01/2020 | Insurance | | 15.13 | 0.00 | 93,349.12 | C-1299 | No |
| 06/01/2020 | Late Fee | | 7,968.10 | 0.00 | 101,317.22 | C-1300 | No |
| 06/01/2020 | Minimum Rent | | 38,014.17 | 0.00 | 139,331.39 | C-1301 | No |
| 06/11/2020 | CAM Recovery Reconciliation | | 9,778.86 | 0.00 | 149,110.25 | C-1302 | No |
| 06/12/2020 | INS Recovery Reconciliation | | 3,614.57 | 0.00 | 152,724.82 | C-1303 | No |
| 06/21/2020 | RET Recovery Reconciliation | | 1,370.13 | 0.00 | 154,094.95 | C-1304 | No |
| 07/01/2020 | Common Area Maintenance | | 1,811.18 | 0.00 | 155,906.13 | C-1305 | No |
| 07/01/2020 | Insurance | | 15.13 | 0.00 | 155,921.26 | C-1306 | No |
| 07/01/2020 | Late Fee | | 7,968.10 | 0.00 | 163,889.36 | C-1307 | No |
| 07/01/2020 | Minimum Rent | | 38,014.17 | 0.00 | 201,903.53 | C-1308 | No |
| 07/15/2020 | Water | | 113.63 | 0.00 | 202,017.16 | C-1309 | No |
| 08/01/2020 | Common Area Maintenance | | 1,811.18 | 0.00 | 203,828.34 | C-1310 | No |
| 08/01/2020 | Insurance | | 15.13 | 0.00 | 203,843.47 | C-1311 | No |
| 08/01/2020 | Minimum Rent | | 38,014.17 | 0.00 | 241,857.64 | C-1312 | No |
| 08/10/2020 | Late Fee | | 1,992.02 | 0.00 | 243,849.66 | C-1313 | No |
| 09/01/2020 | Common Area Maintenance | | 1,811.18 | 0.00 | 245,660.84 | C-1314 | No |
| 09/01/2020 | Insurance | | 15.13 | 0.00 | 245,675.97 | C-1315 | No |
| 09/01/2020 | Minimum Rent | | 38,014.17 | 0.00 | 283,690.14 | C-1316 | No |
| 09/10/2020 | Late Fee | | 1,992.02 | 0.00 | 285,682.16 | C-1317 | No |
| 10/01/2020 | Common Area Maintenance | | 1,811.18 | 0.00 | 287,493.34 | C-1318 | No |
| 10/01/2020 | Insurance | | 15.13 | 0.00 | 287,508.47 | C-1319 | No |
| 10/01/2020 | Late Fee | | 1,992.02 | 0.00 | 289,500.49 | C-1320 | No |
| 10/01/2020 | Minimum Rent | | 38,014.17 | 0.00 | 327,514.66 | C-1321 | No |
| 10/15/2020 | Water | | 144.62 | 0.00 | 327,659.28 | C-1322 | No |
| 11/01/2020 | Common Area Maintenance | | 1,811.18 | 0.00 | 329,470.46 | C-1323 | No |
| 11/01/2020 | Insurance | | 15.13 | 0.00 | 329,485.59 | C-1324 | No |

## Lease Ledger

Page 2

Date: 09/26/2024
Property: 3000com
Tenant: t0000213 Blink Metropolitan Ave
From Date: 12/12/2012  To Date: 12/31/2027
Move In Date: 12/12/2012
Unit(S): 1380-C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 11/01/2020 | Late Fee | | 1,992.02 | 0.00 | 331,477.61 | C-1325 | No |
| 11/01/2020 | Minimum Rent | | 38,014.17 | 0.00 | 369,491.78 | C-1326 | No |
| 12/01/2020 | Common Area Maintenance | | 1,811.18 | 0.00 | 371,302.96 | C-1327 | No |
| 12/01/2020 | Insurance | | 15.13 | 0.00 | 371,318.09 | C-1328 | No |
| 12/01/2020 | Minimum Rent | | 38,014.17 | 0.00 | 409,332.26 | C-1329 | No |
| 12/10/2020 | Late Fee | | 1,992.02 | 0.00 | 411,324.28 | C-1330 | No |
| 01/01/2021 | Common Area Maintenance | | 1,811.18 | 0.00 | 413,135.46 | C-1331 | No |
| 01/01/2021 | Insurance | | 15.13 | 0.00 | 413,150.59 | C-1332 | No |
| 01/01/2021 | Late Fee | | 1,992.02 | 0.00 | 415,142.61 | C-1333 | No |
| 01/01/2021 | Minimum Rent | | 38,014.17 | 0.00 | 453,156.78 | C-1334 | No |
| 02/01/2021 | Common Area Maintenance | | 1,811.18 | 0.00 | 454,967.96 | C-1335 | No |
| 02/01/2021 | Insurance | | 15.13 | 0.00 | 454,983.09 | C-1336 | No |
| 02/01/2021 | Minimum Rent | | 38,014.17 | 0.00 | 492,997.26 | C-1337 | No |
| 02/10/2021 | Late Fee | | 2,188.49 | 0.00 | 495,185.75 | C-1338 | No |
| 03/01/2021 | Common Area Maintenance | | 1,811.18 | 0.00 | 496,996.93 | C-1339 | No |
| 03/01/2021 | Insurance | | 15.13 | 0.00 | 497,012.06 | C-1340 | No |
| 03/01/2021 | Minimum Rent | | 38,014.17 | 0.00 | 535,026.23 | C-1341 | No |
| 03/10/2021 | Late Fee | | 2,188.49 | 0.00 | 537,214.72 | C-1342 | No |
| 04/01/2021 | Common Area Maintenance | | 1,811.18 | 0.00 | 539,025.90 | C-1343 | No |
| 04/01/2021 | Insurance | | 15.13 | 0.00 | 539,041.03 | C-1344 | No |
| 04/01/2021 | Minimum Rent | | 38,014.17 | 0.00 | 577,055.20 | C-1345 | No |
| 04/10/2021 | Late Fee | | 2,188.49 | 0.00 | 579,243.69 | C-1346 | No |
| 04/15/2021 | Water | | 78.51 | 0.00 | 579,322.20 | C-1347 | No |
| 05/01/2021 | Common Area Maintenance | | 1,811.18 | 0.00 | 581,133.38 | C-1348 | No |
| 05/01/2021 | Insurance | | 15.13 | 0.00 | 581,148.51 | C-1349 | No |
| 05/01/2021 | Minimum Rent | | 38,014.17 | 0.00 | 619,162.68 | C-1350 | No |
| 05/19/2021 | INS Recovery Reconciliation | | 1,108.06 | 0.00 | 620,270.74 | C-1351 | No |
| 06/01/2021 | Common Area Maintenance | | 1,811.18 | 0.00 | 622,081.92 | C-1352 | No |
| 06/01/2021 | Insurance | | 15.13 | 0.00 | 622,097.05 | C-1353 | No |
| 06/01/2021 | Minimum Rent | | 38,014.17 | 0.00 | 660,111.22 | C-1354 | No |
| 06/10/2021 | Late Fee | | 2,188.49 | 0.00 | 662,299.71 | C-1355 | No |
| 06/23/2021 | RET Recovery Reconciliation | | 1,514.90 | 0.00 | 663,814.61 | C-1356 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 1,811.18 | 0.00 | 665,625.79 | C-9434 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 15.13 | 0.00 | 665,640.92 | C-9435 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 38,014.17 | 0.00 | 703,655.09 | C-9436 | No |
| 07/08/2021 | Chk# ACH   NSFed by ctrl# 9963 returned | | 0.00 | 39,840.48 | 663,814.61 | R-1119 | |

## Lease Ledger

Page 3

Date: 09/26/2024

Property: 3000com

Tenant: t0000213 Blink Metropolitan Ave

From Date: 12/12/2012  To Date: 12/31/2027

Move In Date: 12/12/2012

Unit(S): 1380-C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 07/30/2021 | Chk# ACH NSF receipt Ctrl# 1119 returned | | 0.00 | (39,840.48) | 703,655.09 | R-9963 | |
| 08/01/2021 | Common Area Maintenance (08/2021) | 1380-C | 1,811.18 | 0.00 | 705,466.27 | C-16689 | No |
| 08/01/2021 | Commercial Rental (08/2021) | 1380-C | 38,014.17 | 0.00 | 743,480.44 | C-16690 | No |
| 08/01/2021 | Insurance (08/2021) | 1380-C | 15.13 | 0.00 | 743,495.57 | C-16691 | No |
| 08/01/2021 | Water/ Sewer (2Q/2021) | | 78.51 | 0.00 | 743,574.08 | C-19917 | No |
| 09/01/2021 | Common Area Maintenance (09/2021) | 1380-C | 1,811.18 | 0.00 | 745,385.26 | C-21297 | No |
| 09/01/2021 | Commercial Rental (09/2021) | 1380-C | 38,014.17 | 0.00 | 783,399.43 | C-21298 | No |
| 09/01/2021 | Insurance (09/2021) | 1380-C | 15.13 | 0.00 | 783,414.56 | C-21299 | No |
| 09/11/2021 | Late Fee, 5% of $39840.48 | | 1,992.02 | 0.00 | 785,406.58 | C-28528 | No |
| 09/11/2021 | Late Fee(2), 1.5% of $79680.96 | | 1,195.21 | 0.00 | 786,601.79 | C-28529 | No |
| 10/01/2021 | Common Area Maintenance (10/2021) | 1380-C | 1,811.18 | 0.00 | 788,412.97 | C-25350 | No |
| 10/01/2021 | Commercial Rental (10/2021) | 1380-C | 38,014.17 | 0.00 | 826,427.14 | C-25351 | No |
| 10/01/2021 | Insurance (10/2021) | 1380-C | 15.13 | 0.00 | 826,442.27 | C-25352 | No |
| 10/01/2021 | 2020 CAM reconciliation | | (21,734.16) | 0.00 | 804,708.11 | C-27920 | No |
| 10/01/2021 | to adjust 2Q WS | | 42.35 | 0.00 | 804,750.46 | C-30859 | No |
| 10/01/2021 | to remove credit, system error-doing manual recomputation | | 21,734.16 | 0.00 | 826,484.62 | C-33146 | No |
| 10/11/2021 | Late Fee, 5% of $39840.48 | | 1,992.02 | 0.00 | 828,476.64 | C-32690 | No |
| 10/11/2021 | Late Fee(2), 1.5% of $119521.44 | | 1,792.82 | 0.00 | 830,269.46 | C-32691 | No |
| 11/01/2021 | Common Area Maintenance (11/2021) | 1380-C | 1,811.18 | 0.00 | 832,080.64 | C-32504 | No |
| 11/01/2021 | Commercial Rental (11/2021) | 1380-C | 38,014.17 | 0.00 | 870,094.81 | C-32505 | No |
| 11/01/2021 | Insurance (11/2021) | 1380-C | 15.13 | 0.00 | 870,109.94 | C-32506 | No |
| 11/01/2021 | WS for period 6/28/21 - 10/12/21 | | 157.07 | 0.00 | 870,267.01 | C-33026 | No |
| 11/11/2021 | Late Fee, 5% of $39840.48 | | 1,992.02 | 0.00 | 872,259.03 | C-33318 | No |
| 11/11/2021 | Late Fee(2), 1.5% of $159361.92 | | 2,390.43 | 0.00 | 874,649.46 | C-33319 | No |
| 12/01/2021 | Common Area Maintenance (12/2021) | 1380-C | 1,811.18 | 0.00 | 876,460.64 | C-37322 | No |
| 12/01/2021 | Commercial Rental (12/2021) | 1380-C | 38,014.17 | 0.00 | 914,474.81 | C-37323 | No |
| 12/01/2021 | Insurance (12/2021) | 1380-C | 15.13 | 0.00 | 914,489.94 | C-37324 | No |
| 12/11/2021 | Late Fee, 5% of $39840.48 | | 1,992.02 | 0.00 | 916,481.96 | C-39520 | No |
| 12/11/2021 | Late Fee(2), 1.5% of $199202.40 | | 2,988.04 | 0.00 | 919,470.00 | C-39521 | No |
| 12/31/2021 | 10/04/2021-12/28/20021 | | 132.74 | 0.00 | 919,602.74 | C-43804 | No |
| 01/01/2022 | Common Area Maintenance (01/2022) | 1380-C | 1,811.18 | 0.00 | 921,413.92 | C-42266 | No |
| 01/01/2022 | Commercial Rental (01/2022) | 1380-C | 38,014.17 | 0.00 | 959,428.09 | C-42267 | No |
| 01/01/2022 | Insurance (01/2022) | 1380-C | 15.13 | 0.00 | 959,443.22 | C-42268 | No |
| 01/11/2022 | Late Fee, 5% of $39840.48 | | 1,992.02 | 0.00 | 961,435.24 | C-43411 | No |
| 01/11/2022 | Late Fee(2), 1.5% of $239042.88 | | 3,585.64 | 0.00 | 965,020.88 | C-43412 | No |

## Lease Ledger

Page 4

Date: 09/26/2024

Property: 3000com

Tenant: t0000213 Blink Metropolitan Ave

From Date: 12/12/2012  To Date: 12/31/2027

Move In Date: 12/12/2012

Unit(S): 1380-C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 02/01/2022 | Common Area Maintenance (02/2022) | 1380-C | 1,811.18 | 0.00 | 966,832.06 | C-45996 | No |
| 02/01/2022 | Commercial Rental (02/2022) | 1380-C | 38,014.17 | 0.00 | 1,004,846.23 | C-45997 | No |
| 02/01/2022 | Insurance (02/2022) | 1380-C | 15.13 | 0.00 | 1,004,861.36 | C-45998 | No |
| 02/11/2022 | Late Fee, 5% of $39840.48 | | 1,992.02 | 0.00 | 1,006,853.38 | C-49021 | No |
| 02/11/2022 | Late Fee(2), 1.5% of $278883.36 | | 4,183.25 | 0.00 | 1,011,036.63 | C-49022 | No |
| 03/01/2022 | Common Area Maintenance (03/2022) | 1380-C | 1,811.18 | 0.00 | 1,012,847.81 | C-51294 | No |
| 03/01/2022 | Commercial Rental (03/2022) | 1380-C | 38,014.17 | 0.00 | 1,050,861.98 | C-51295 | No |
| 03/01/2022 | Insurance (03/2022) | 1380-C | 15.13 | 0.00 | 1,050,877.11 | C-51296 | No |
| 03/11/2022 | Late Fee, 5% of $39840.48 | | 1,992.02 | 0.00 | 1,052,869.13 | C-53195 | No |
| 03/11/2022 | Late Fee(2), 1.5% of $318723.84 | | 4,780.86 | 0.00 | 1,057,649.99 | C-53196 | No |
| 03/31/2022 | 12/29/2021-03/30/2022 | | 1,837.09 | 0.00 | 1,059,487.08 | C-59811 | No |
| 04/01/2022 | Common Area Maintenance (04/2022) | 1380-C | 1,811.18 | 0.00 | 1,061,298.26 | C-57938 | No |
| 04/01/2022 | Commercial Rental (04/2022) | 1380-C | 38,014.17 | 0.00 | 1,099,312.43 | C-57939 | No |
| 04/01/2022 | Insurance (04/2022) | 1380-C | 15.13 | 0.00 | 1,099,327.56 | C-57940 | No |
| 04/11/2022 | Late Fee, 5% of $39840.48 | | 1,992.02 | 0.00 | 1,101,319.58 | C-60063 | No |
| 04/11/2022 | Late Fee(2), 1.5% of $358564.32 | | 5,378.46 | 0.00 | 1,106,698.04 | C-60064 | No |
| 05/01/2022 | Common Area Maintenance (05/2022) | 1380-C | 1,811.18 | 0.00 | 1,108,509.22 | C-63161 | No |
| 05/01/2022 | Commercial Rental (05/2022) | 1380-C | 38,014.17 | 0.00 | 1,146,523.39 | C-63162 | No |
| 05/01/2022 | Insurance (05/2022) | 1380-C | 15.13 | 0.00 | 1,146,538.52 | C-63163 | No |
| 05/11/2022 | Late Fee, 5% of $39840.48 | | 1,992.02 | 0.00 | 1,148,530.54 | C-64971 | No |
| 05/11/2022 | Late Fee(2), 1.5% of $1146538.52 | | 17,198.08 | 0.00 | 1,165,728.62 | C-64972 | No |
| 06/01/2022 | Common Area Maintenance (06/2022) | 1380-C | 1,811.18 | 0.00 | 1,167,539.80 | C-67723 | Hold |
| 06/01/2022 | Commercial Rental (06/2022) | 1380-C | 38,014.17 | 0.00 | 1,205,553.97 | C-67724 | No |
| 06/01/2022 | Insurance (06/2022) | 1380-C | 15.13 | 0.00 | 1,205,569.10 | C-67725 | No |
| 06/06/2022 | Repairs and Maintenance | | (7,877.11) | 0.00 | 1,197,691.99 | C-68874 | No |
| 06/11/2022 | Late Fee, 5% of $31963.37 | | 1,598.17 | 0.00 | 1,199,290.16 | C-69401 | No |
| 06/11/2022 | Late Fee(2), 1.5% of $1,197,691.99 | | 17,965.38 | 0.00 | 1,217,255.54 | C-69402 | No |
| 06/23/2022 | 2021 Real Estate Tax Reconciliation | | 1,733.25 | 0.00 | 1,218,988.79 | C-73695 | No |
| 06/27/2022 | to reverse 2020 CAM Recovery credit that was calculated incorrectly :Reversed by Charge Ctrl# 73749 | | 21,734.16 | 0.00 | 1,240,722.95 | C-73725 | No |
| 06/27/2022 | 2021 INS recovery reconciliation | | 2,806.99 | 0.00 | 1,243,529.94 | C-73739 | No |
| 06/27/2022 | :Reverse Charge Ctrl#73725 remove duplicated reversal | | (21,734.16) | 0.00 | 1,221,795.78 | C-73749 | Yes |
| 06/28/2022 | 2020 CAM recovery reconciliation | | 20,140.53 | 0.00 | 1,241,936.31 | C-73746 | No |
| 06/28/2022 | 2021 CAM recovery reconciliation | | 26,481.45 | 0.00 | 1,268,417.76 | C-73747 | No |
| 07/01/2022 | Common Area Maintenance (07/2022) | 1380-C | 1,811.18 | 0.00 | 1,270,228.94 | C-70033 | No |

# Lease Ledger

Page 5

Date: 09/26/2024

Property: 3000com

Tenant: t0000213 Blink Metropolitan Ave

From Date: 12/12/2012  To Date: 12/31/2027

Move In Date: 12/12/2012

Unit(S): 1380-C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 07/01/2022 | Commercial Rental (07/2022) | 1380-C | 38,014.17 | 0.00 | 1,308,243.11 | C-70034 | No |
| 07/01/2022 | Insurance (07/2022) | 1380-C | 15.13 | 0.00 | 1,308,258.24 | C-70035 | No |
| 07/11/2022 | Late Fee, 5% of $39840.48 | | 1,992.02 | 0.00 | 1,310,250.26 | C-74448 | No |
| 07/11/2022 | Late Fee(2), 1.5% of $1,308,258.24 | | 19,623.87 | 0.00 | 1,329,874.13 | C-74449 | No |
| 07/13/2022 | Chk# ACH | | 0.00 | 39,840.48 | 1,290,033.65 | R-35703 | |
| 08/01/2022 | Common Area Maintenance (08/2022) | 1380-C | 1,811.18 | 0.00 | 1,291,844.83 | C-80685 | No |
| 08/01/2022 | Commercial Rental (08/2022) | 1380-C | 38,014.17 | 0.00 | 1,329,859.00 | C-80686 | No |
| 08/01/2022 | Insurance (08/2022) | 1380-C | 15.13 | 0.00 | 1,329,874.13 | C-80687 | No |
| 08/04/2022 | 03/31/2022-06/29/2022 | | 1,975.13 | 0.00 | 1,331,849.26 | C-113161 | No |
| 08/11/2022 | Late Fee, 5% of $41815.61 | | 2,090.78 | 0.00 | 1,333,940.04 | C-113616 | No |
| 08/11/2022 | Late Fee(2), 1.5% of $1331849.26 | | 19,977.74 | 0.00 | 1,353,917.78 | C-113617 | No |
| 09/01/2022 | Common Area Maintenance (09/2022) | 1380-C | 1,811.18 | 0.00 | 1,355,728.96 | C-176214 | No |
| 09/01/2022 | Commercial Rental (09/2022) | 1380-C | 38,014.17 | 0.00 | 1,393,743.13 | C-176215 | No |
| 09/01/2022 | Insurance (09/2022) | 1380-C | 15.13 | 0.00 | 1,393,758.26 | C-176216 | No |
| 09/01/2022 | CAM Reconciliation (01/2020 - 12/2020) | | (3,301.25) | 0.00 | 1,390,457.01 | C-178784 | No |
| 09/11/2022 | Late Fee, 5% of $36,539.23 | | 1,826.96 | 0.00 | 1,392,283.97 | C-179265 | No |
| 09/11/2022 | Late Fee(2), 1.5% of $1,390,457.01 | | 20,856.86 | 0.00 | 1,413,140.83 | C-179266 | No |
| 09/12/2022 | Chk# ACH | | 0.00 | 39,840.48 | 1,373,300.35 | R-68327 | |
| 09/29/2022 | Chk# WIRE | | 0.00 | 450,000.00 | 923,300.35 | R-71905 | |
| 10/01/2022 | Common Area Maintenance (10/2022) | 1380-C | 1,811.18 | 0.00 | 925,111.53 | C-213326 | No |
| 10/01/2022 | Commercial Rental (10/2022) | 1380-C | 38,014.17 | 0.00 | 963,125.70 | C-213327 | No |
| 10/01/2022 | Insurance (10/2022) | 1380-C | 15.13 | 0.00 | 963,140.83 | C-213328 | No |
| 10/05/2022 | Chk# WIRE | | 0.00 | 39,840.48 | 923,300.35 | R-76848 | |
| 10/12/2022 | Chk# WIRE | | 0.00 | 382,724.61 | 540,575.74 | R-81382 | |
| 10/17/2022 | Chk# WIRE | | 0.00 | 39,840.48 | 500,735.26 | R-84362 | |
| 10/26/2022 | 06/28/2022-09/28/2022 | | 2,025.41 | 0.00 | 502,760.67 | C-271717 | No |
| 10/27/2022 | Chk# WIRE | | 0.00 | 180,033.65 | 322,727.02 | R-104775 | |
| 11/01/2022 | Common Area Maintenance (11/2022) | 1380-C | 1,811.18 | 0.00 | 324,538.20 | C-249751 | No |
| 11/01/2022 | Commercial Rental (11/2022) | 1380-C | 38,014.17 | 0.00 | 362,552.37 | C-249752 | No |
| 11/01/2022 | Insurance (11/2022) | 1380-C | 15.13 | 0.00 | 362,567.50 | C-249753 | No |
| 11/03/2022 | Chk# WIRE | | 0.00 | 89,840.48 | 272,727.02 | R-110789 | |
| 12/01/2022 | Common Area Maintenance (12/2022) | 1380-C | 1,811.18 | 0.00 | 274,538.20 | C-320102 | No |
| 12/01/2022 | Commercial Rental (12/2022) | 1380-C | 38,014.17 | 0.00 | 312,552.37 | C-320103 | No |
| 12/01/2022 | Insurance (12/2022) | 1380-C | 15.13 | 0.00 | 312,567.50 | C-320104 | No |
| 12/05/2022 | Chk# WIRE | | 0.00 | 89,840.48 | 222,727.02 | R-138353 | |
| 12/06/2022 | Settlement | | 127,272.98 | 0.00 | 350,000.00 | C-322367 | No |

## Lease Ledger

Page 6

Date: 09/26/2024

Property: 3000com

Tenant: t0000213 Blink Metropolitan Ave

From Date: 12/12/2012  To Date: 12/31/2027

Move In Date: 12/12/2012

Unit(S): 1380-C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 12/06/2022 | Deferred Rent | | (350,000.00) | 0.00 | 0.00 | C-322368 | No |
| 01/01/2023 | Common Area Maintenance (01/2023) | 1380-C | 1,811.18 | 0.00 | 1,811.18 | C-366162 | No |
| 01/01/2023 | Commercial Rental (01/2023) | 1380-C | 41,815.58 | 0.00 | 43,626.76 | C-366163 | No |
| 01/01/2023 | Commercial Rent - Deferred Rent (01/2023) | 1380-C | 50,000.00 | 0.00 | 93,626.76 | C-366164 | No |
| 01/01/2023 | Insurance (01/2023) | 1380-C | 15.13 | 0.00 | 93,641.89 | C-366165 | No |
| 01/05/2023 | Chk# WIRE | | 0.00 | 89,840.48 | 3,801.41 | R-159675 | |
| 01/11/2023 | 09/28/2022-12/21/2022 | | 2,049.76 | 0.00 | 5,851.17 | C-369162 | No |
| 02/01/2023 | Common Area Maintenance (02/2023) | 1380-C | 1,811.18 | 0.00 | 7,662.35 | C-413358 | No |
| 02/01/2023 | Commercial Rental (02/2023) | 1380-C | 41,815.58 | 0.00 | 49,477.93 | C-413359 | No |
| 02/01/2023 | Commercial Rent - Deferred Rent (02/2023) | 1380-C | 50,000.00 | 0.00 | 99,477.93 | C-413360 | No |
| 02/01/2023 | Insurance (02/2023) | 1380-C | 15.13 | 0.00 | 99,493.06 | C-413361 | No |
| 02/03/2023 | Chk# WIRE | | 0.00 | 89,840.48 | 9,652.58 | R-182659 | |
| 03/01/2023 | Common Area Maintenance (03/2023) | 1380-C | 1,811.18 | 0.00 | 11,463.76 | C-464519 | No |
| 03/01/2023 | Commercial Rental (03/2023) | 1380-C | 41,815.58 | 0.00 | 53,279.34 | C-464520 | No |
| 03/01/2023 | Commercial Rent - Deferred Rent (03/2023) | 1380-C | 50,000.00 | 0.00 | 103,279.34 | C-464521 | No |
| 03/01/2023 | Insurance (03/2023) | 1380-C | 15.13 | 0.00 | 103,294.47 | C-464522 | No |
| 03/06/2023 | Chk# WIRE | | 0.00 | 89,840.48 | 13,453.99 | R-206146 | |
| 04/01/2023 | Common Area Maintenance (04/2023) | 1380-C | 1,811.18 | 0.00 | 15,265.17 | C-509710 | No |
| 04/01/2023 | Commercial Rental (04/2023) | 1380-C | 41,815.58 | 0.00 | 57,080.75 | C-509711 | No |
| 04/01/2023 | Commercial Rent - Deferred Rent (04/2023) | 1380-C | 50,000.00 | 0.00 | 107,080.75 | C-509712 | No |
| 04/01/2023 | Insurance (04/2023) | 1380-C | 15.13 | 0.00 | 107,095.88 | C-509713 | No |
| 04/07/2023 | Chk# WIRE | | 0.00 | 89,840.48 | 17,255.40 | R-230169 | |
| 04/11/2023 | Late Fee, 5% of $3801.41 | | 190.07 | 0.00 | 17,445.47 | C-514306 | No |
| 04/11/2023 | Late Fee(2), 1.5% of $17255.40 | | 258.83 | 0.00 | 17,704.30 | C-514307 | No |
| 05/01/2023 | Common Area Maintenance (05/2023) | 1380-C | 1,811.18 | 0.00 | 19,515.48 | C-555190 | No |
| 05/01/2023 | Commercial Rental (05/2023) | 1380-C | 41,815.58 | 0.00 | 61,331.06 | C-555191 | No |
| 05/01/2023 | Commercial Rent - Deferred Rent (05/2023) | 1380-C | 50,000.00 | 0.00 | 111,331.06 | C-555192 | No |
| 05/01/2023 | Insurance (05/2023) | 1380-C | 15.13 | 0.00 | 111,346.19 | C-555193 | No |
| 05/05/2023 | 12/21/2022-03/27/2023 | | 2,551.06 | 0.00 | 113,897.25 | C-557601 | No |
| 05/05/2023 | Chk# WIRE | | 0.00 | 89,840.48 | 24,056.77 | R-250414 | |
| 06/01/2023 | Common Area Maintenance (06/2023) | 1380-C | 1,811.18 | 0.00 | 25,867.95 | C-601107 | No |
| 06/01/2023 | Commercial Rental (06/2023) | 1380-C | 41,815.58 | 0.00 | 67,683.53 | C-601108 | No |
| 06/01/2023 | Commercial Rent - Deferred Rent (06/2023) | 1380-C | 50,000.00 | 0.00 | 117,683.53 | C-601109 | No |
| 06/01/2023 | Insurance (06/2023) | 1380-C | 15.13 | 0.00 | 117,698.66 | C-601110 | No |
| 06/06/2023 | Chk# WRE-A06062023 | | 0.00 | 89,840.48 | 27,858.18 | R-271840 | |
| 07/01/2023 | Common Area Maintenance (07/2023) | 1380-C | 1,811.18 | 0.00 | 29,669.36 | C-648138 | No |

# Lease Ledger

Page 7

Date: 09/26/2024

Property: 3000com

Tenant: t0000213 Blink Metropolitan Ave

From Date: 12/12/2012  To Date: 12/31/2027

Move In Date: 12/12/2012

Unit(S): 1380-C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 07/01/2023 | Commercial Rental (07/2023) | 1380-C | 41,815.58 | 0.00 | 71,484.94 | C-648139 | No |
| 07/01/2023 | Commercial Rent - Deferred Rent (07/2023) | 1380-C | 50,000.00 | 0.00 | 121,484.94 | C-648140 | No |
| 07/01/2023 | Insurance (07/2023) | 1380-C | 15.13 | 0.00 | 121,500.07 | C-648141 | No |
| 07/07/2023 | Chk# WRE-A07072023 | | 0.00 | 89,840.48 | 31,659.59 | R-293846 | |
| 07/26/2023 | 03/27/23-07/10/23 water | | 3,087.52 | 0.00 | 34,747.11 | C-695785 | No |
| 08/01/2023 | Common Area Maintenance (08/2023) | | 1,811.18 | 0.00 | 36,558.29 | C-695040 | No |
| 08/01/2023 | Commercial Rent (08/2023) | | 41,815.58 | 0.00 | 78,373.87 | C-695041 | No |
| 08/01/2023 | Commercial Rent -Deferred Rent (08/2023) | | 50,000.00 | 0.00 | 128,373.87 | C-695042 | No |
| 08/01/2023 | Insurance (08/2023) | | 15.13 | 0.00 | 128,389.00 | C-695043 | No |
| 08/01/2023 | CAM Reconciliation (01/2022 - 12/2022) | | 31,075.03 | 0.00 | 159,464.03 | C-696325 | No |
| 08/01/2023 | Insurance Reconciliation (01/2022 - 12/2022) | | 2,852.26 | 0.00 | 162,316.29 | C-696326 | No |
| 08/01/2023 | Real Estate Tax Reconciliation (01/2022 - 12/2022) | | 1,527.04 | 0.00 | 163,843.33 | C-696327 | No |
| 08/04/2023 | Chk# WIRE | | 0.00 | 43,641.89 | 120,201.44 | R-316442 | |
| 09/01/2023 | Common Area Maintenance (09/2023) | | 1,811.18 | 0.00 | 122,012.62 | C-743246 | No |
| 09/01/2023 | Commercial Rent (09/2023) | | 41,815.58 | 0.00 | 163,828.20 | C-743247 | No |
| 09/01/2023 | Commercial Rent - Deferred Rent (09/2023) | | 50,000.00 | 0.00 | 213,828.20 | C-743248 | No |
| 09/01/2023 | Insurance (09/2023) | | 15.13 | 0.00 | 213,843.33 | C-743249 | No |
| 09/07/2023 | Chk# WIRE | | 0.00 | 61,398.59 | 152,444.74 | R-340147 | |
| 09/25/2023 | Rev Commercial Rent - Deferred Rent (08/2023) | | (50,000.00) | 0.00 | 102,444.74 | C-792634 | No |
| 09/25/2023 | Rev Commercial Rent - Deferred Rent (09/2023) | | (50,000.00) | 0.00 | 52,444.74 | C-792635 | No |
| 10/01/2023 | Common Area Maintenance (10/2023) | | 1,811.18 | 0.00 | 54,255.92 | C-792755 | No |
| 10/01/2023 | Commercial Rent (10/2023) | | 41,815.58 | 0.00 | 96,071.50 | C-792756 | No |
| 10/01/2023 | Insurance (10/2023) | | 15.13 | 0.00 | 96,086.63 | C-793988 | No |
| 10/06/2023 | Chk# WIRE | | 0.00 | 43,641.89 | 52,444.74 | R-364105 | |
| 10/11/2023 | Late Fee(2), 1.5% of $11404.23 | | 171.06 | 0.00 | 52,615.80 | C-795118 | No |
| 10/20/2023 | 07/10/2023-09/20/2023 | | 2,139.92 | 0.00 | 54,755.72 | C-836278 | No |
| 11/01/2023 | Common Area Maintenance (11/2023) | 1380-C | 1,811.18 | 0.00 | 56,566.90 | C-835655 | No |
| 11/01/2023 | Commercial Rental (11/2023) | 1380-C | 41,815.58 | 0.00 | 98,382.48 | C-835656 | No |
| 11/01/2023 | Insurance (11/2023) | 1380-C | 15.13 | 0.00 | 98,397.61 | C-835657 | No |
| 11/07/2023 | Chk# WIRE | | 0.00 | 43,641.89 | 54,755.72 | R-387704 | |
| 12/01/2023 | Common Area Maintenance (12/2023) | 1380-C | 1,811.18 | 0.00 | 56,566.90 | C-873062 | No |
| 12/01/2023 | Commercial Rental (12/2023) | 1380-C | 41,815.58 | 0.00 | 98,382.48 | C-873063 | No |
| 12/01/2023 | Insurance (12/2023) | 1380-C | 15.13 | 0.00 | 98,397.61 | C-873064 | No |
| 12/05/2023 | Chk# WIRE | | 0.00 | 43,641.89 | 54,755.72 | R-408417 | |
| 12/11/2023 | Late Fee(2), 1.5% of $11404.23 | | 171.06 | 0.00 | 54,926.78 | C-885414 | No |
| 01/01/2024 | Common Area Maintenance (01/2024) | 1380-C | 1,811.18 | 0.00 | 56,737.96 | C-925971 | No |

## Lease Ledger

Page 8

Date: 09/26/2024

Property: 3000com

Tenant: t0000213 Blink Metropolitan Ave

From Date: 12/12/2012  To Date: 12/31/2027

Move In Date: 12/12/2012

Unit(S): 1380-C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 01/01/2024 | Commercial Rental (01/2024) | 1380-C | 41,815.58 | 0.00 | 98,553.54 | C-925972 | No |
| 01/01/2024 | Insurance (01/2024) | 1380-C | 15.13 | 0.00 | 98,568.67 | C-925973 | No |
| 01/05/2024 | Chk# WIRE | | 0.00 | 43,641.89 | 54,926.78 | R-431128 | |
| 02/01/2024 | Common Area Maintenance (02/2024) | 1380-C | 1,811.18 | 0.00 | 56,737.96 | C-972252 | No |
| 02/01/2024 | Commercial Rental (02/2024) | 1380-C | 41,815.58 | 0.00 | 98,553.54 | C-972253 | No |
| 02/01/2024 | Insurance (02/2024) | 1380-C | 15.13 | 0.00 | 98,568.67 | C-972254 | No |
| 02/01/2024 | Real Estate Tax Reconciliation (01/2023 - 07/2023) | | 1,019.41 | 0.00 | 99,588.08 | C-980095 | No |
| 02/07/2024 | Chk# WIRE | | 0.00 | 97,777.65 | 1,810.43 | R-455162 | |
| 02/09/2024 | 09/20/2023-12/19/2023 water | | 2,523.71 | 0.00 | 4,334.14 | C-982372 | No |
| 02/15/2024 | Chk# WIRE | | 0.00 | 1,019.41 | 3,314.73 | R-459695 | |
| 03/01/2024 | Common Area Maintenance (03/2024) | 1380-C | 1,811.18 | 0.00 | 5,125.91 | C-1023260 | No |
| 03/01/2024 | Commercial Rental (03/2024) | 1380-C | 41,815.58 | 0.00 | 46,941.49 | C-1023261 | No |
| 03/01/2024 | Insurance (03/2024) | 1380-C | 15.13 | 0.00 | 46,956.62 | C-1023262 | No |
| 03/06/2024 | Chk# WIRE | | 0.00 | 43,801.45 | 3,155.17 | R-479196 | |
| 04/01/2024 | Common Area Maintenance (04/2024) | 1380-C | 1,811.18 | 0.00 | 4,966.35 | C-1071965 | No |
| 04/01/2024 | Commercial Rental (04/2024) | 1380-C | 41,815.58 | 0.00 | 46,781.93 | C-1071966 | No |
| 04/01/2024 | Insurance (04/2024) | 1380-C | 15.13 | 0.00 | 46,797.06 | C-1071967 | No |
| 04/01/2024 | 2023 Insurance Recovery Reconciliation | | 4,830.88 | 0.00 | 51,627.94 | C-1072318 | No |
| 04/04/2024 | Chk# WIRE | | 0.00 | 43,801.45 | 7,826.49 | R-505061 | |
| 05/01/2024 | Common Area Maintenance (05/2024) | 1380-C | 1,811.18 | 0.00 | 9,637.67 | C-1125772 | No |
| 05/01/2024 | Commercial Rental (05/2024) | 1380-C | 41,815.58 | 0.00 | 51,453.25 | C-1125773 | No |
| 05/01/2024 | Insurance (05/2024) | 1380-C | 15.13 | 0.00 | 51,468.38 | C-1125774 | No |
| 05/06/2024 | Chk# WIRE05062024 | | 0.00 | 43,801.45 | 7,666.93 | R-530508 | |
| 05/10/2024 | Chk# WIRE05102024 | | 0.00 | 7,354.59 | 312.34 | R-534639 | |
| 05/24/2024 | 12/19/2023 - 03/25/2024 water | | 2,930.76 | 0.00 | 3,243.10 | C-1175685 | No |
| 06/01/2024 | Common Area Maintenance (06/2024) | 1380-C | 1,811.18 | 0.00 | 5,054.28 | C-1174408 | No |
| 06/01/2024 | Commercial Rental (06/2024) | 1380-C | 41,815.58 | 0.00 | 46,869.86 | C-1174409 | No |
| 06/01/2024 | Insurance (06/2024) | 1380-C | 15.13 | 0.00 | 46,884.99 | C-1174410 | No |
| 06/01/2024 | Real Estate Tax Reconciliation 2019 | | 27,926.14 | 0.00 | 74,811.13 | C-1177070 | No |
| 06/01/2024 | Real Estate Tax Reconciliation 2020 | | 32,956.44 | 0.00 | 107,767.57 | C-1177071 | No |
| 06/01/2024 | Real Estate Tax Reconciliation 2021 | | 36,272.11 | 0.00 | 144,039.68 | C-1177072 | No |
| 06/01/2024 | Real Estate Tax Reconciliation 2022 | | 35,721.32 | 0.00 | 179,761.00 | C-1177073 | No |
| 06/01/2024 | Real Estate Tax Reconciliation 2023 | | 38,625.75 | 0.00 | 218,386.75 | C-1177074 | No |
| 06/07/2024 | Chk# WIRE06072024 | | 0.00 | 43,801.45 | 174,585.30 | R-555832 | |
| 06/17/2024 | Chk# WIRE06172024 | | 0.00 | 2,930.76 | 171,654.54 | R-560501 | |
| 07/01/2024 | Common Area Maintenance (07/2024) | 1380-C | 1,811.18 | 0.00 | 173,465.72 | C-1220494 | No |

## Lease Ledger

Page 9

Date: 09/26/2024

Property: 3000com

Tenant: t0000213 Blink Metropolitan Ave

From Date: 12/12/2012  To Date: 12/31/2027

Move In Date: 12/12/2012

Unit(S): 1380-C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 07/01/2024 | Commercial Rental (07/2024) | 1380-C | 41,815.58 | 0.00 | 215,281.30 | C-1220495 | No |
| 07/01/2024 | Insurance (07/2024) | 1380-C | 15.13 | 0.00 | 215,296.43 | C-1220496 | No |
| 07/08/2024 | Chk# WIRE07082024 | | 0.00 | 43,641.89 | 171,654.54 | R-577361 | |
| 07/25/2024 | 03/25/2024-06/26/2024 water | | 3,047.06 | 0.00 | 174,701.60 | C-1268666 | No |
| 08/01/2024 | Common Area Maintenance (08/2024) | 1380-C | 1,811.18 | 0.00 | 176,512.78 | C-1265411 | No |
| 08/01/2024 | Commercial Rental (08/2024) | 1380-C | 41,815.58 | 0.00 | 218,328.36 | C-1265412 | No |
| 08/01/2024 | Insurance (08/2024) | 1380-C | 15.13 | 0.00 | 218,343.49 | C-1265413 | No |
| 08/11/2024 | Late Fee, 5% of $43641.89 | | 2,182.09 | 0.00 | 220,525.58 | C-1315677 | No |
| 08/11/2024 | Late Fee(2), 1.5% of $218,981.73 | | 3,284.76 | 0.00 | 223,810.34 | C-1315678 | No |
| 09/01/2024 | Common Area Maintenance (09/2024) | 1380-C | 1,811.18 | 0.00 | 225,621.52 | C-1312484 | No |
| 09/01/2024 | Commercial Rental (09/2024) | 1380-C | 41,815.58 | 0.00 | 267,437.10 | C-1312485 | No |
| 09/01/2024 | Insurance (09/2024) | 1380-C | 15.13 | 0.00 | 267,452.23 | C-1312486 | No |
| 09/04/2024 | Chk# Wire090424   Reversed by ctrl# 636201 Should have been applied to Sept | | 0.00 | 43,641.89 | 223,810.34 | R-621782 | |
| 09/04/2024 | Chk# Wire 090424 | | 0.00 | 43,641.89 | 180,168.45 | R-636202 | |
| 09/13/2024 | Late Fee(2), 1.5% of $173,910.48 | | 2,608.66 | 0.00 | 182,777.11 | C-1356993 | No |
| 09/19/2024 | Chk# Wire 091924   Reversed by ctrl# 636198 Should be as a Pre-Pay due to Bankruptcy | | 0.00 | 28,156.05 | 154,621.06 | R-634064 | |
| 09/19/2024 | Chk# Wire 091924 | | 0.00 | 28,156.15 | 126,464.91 | R-636200 | |
| 09/25/2024 | Chk# Wire 091924 :Prog Gen Reverses receipt Ctrl# 634064 Should be as a Pre-Pay due to Bankruptcy | | 0.00 | (28,156.05) | 154,620.96 | R-636198 | |
| 09/25/2024 | Chk# Wire090424 :Prog Gen Reverses receipt Ctrl# 621782 Should have been applied to Sept | | 0.00 | (43,641.89) | 198,262.85 | R-636201 | |
| 10/01/2024 | Common Area Maintenance (10/2024) | 1380-C | 1,811.18 | 0.00 | 200,074.03 | C-1359066 | No |
| 10/01/2024 | Commercial Rental (10/2024) | 1380-C | 41,815.58 | 0.00 | 241,889.61 | C-1359067 | No |
| 10/01/2024 | Insurance (10/2024) | 1380-C | 15.13 | 0.00 | 241,904.74 | C-1359068 | No |

Thursday, September 26, 2024

12:39 PM