# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| BLINK HOLDINGS, INC., *et al.* | Case No. 24-11686 (JKS) <br> (Jointly Administered) <br> Hearing Date 11/6/2024 @ 11:00 a.m. |
| Debtors. | **Ref. Docket No. 348** |

## LIMITED OBJECTION OF KIMCO LANDLORDS TO NOTICE OF POTENTIAL ASSUMPTION OF EXECUTORY CONTRACTS, UNEXPIRED LEASES AND CURE AMOUNTS

Comes now Kimco Landlords, by and through their undersigned counsel, Monzack Mersky and Browder, PA, and files this Limited Objection to Notice of Potential Assumption of Executory Contracts, Unexpired Leases and Cures (the "Possible Assumption Notice") and in support thereof states as follows:

1. Kimco Landlords is the owner of nonresidential real property identified in the Possible Assumption Notice which incorrectly identifies the cures. As set forth below the cures are as follows:

| Site Name | Claimed Cure | Correct Cure |
|---|---|---|
| PK II BROOKHURST CENTER LP | $15,915.48 | $40,028.34 |

2. Attached as Exhibit A is the itemization of the correct cures. Kimco objects to any assumption and assignment without the payment of the cures identified herein as itemized in Exhibit A.

{00250246-3}

3.      Kimco Landlord reserves all rights regarding objections to adequate assurance as provided for in the procedures approved by the Court.

**MONZACK MERSKY AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esquire (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155
Telephone:     (302) 656-8162
Facsimile:      (302) 656-2769
Email:            rmersky@monlaw.com

*Attorneys for Kimco Landlords*

Dated: September 27, 2024