# EXHIBIT A

*Filed 8/12/2024*

**114030-021507**  **Blink Fitness**
**Brookhurst Center**

| Date | Code | Description | | AR Bal as of 9/26/24 | Pre-Petition thru 8/11/24 | Post-Petition 8/12/2024 - 8/31/2024 |
|---|---|---|---|---|---|---|
| 1/1/2024 | FXR | Fixed CAM RTL | CH | 3,855.75 | 3,855.75 | 0.00 |
| 3/1/2024 | EGR | RE Tax Escrow Gen RTL | CH | 2,234.69 | 2,234.69 | 0.00 |
| 4/1/2024 | FXR | Fixed CAM RTL | CH | 2,715.22 | 2,715.22 | 0.00 |
| 6/1/2024 | FXR | Fixed CAM RTL | CH | 2,715.22 | 2,715.22 | 0.00 |
| 6/1/2024 | UWR | TT Water Sub Escrow RTL | CH | 220.00 | 220.00 | 0.00 |
| 6/4/2024 | RCR | RE PY Tax Rec County RTL | NC | (4,232.41) | (4,232.41) | 0.00 |
| 7/1/2024 | EGR | RE Tax Escrow Gen RTL | CH | 4,267.78 | 4,267.78 | 0.00 |
| 7/1/2024 | FXR | Fixed CAM RTL | CH | 2,679.85 | 2,679.85 | 0.00 |
| 7/1/2024 | UWR | TT Water Sub Escrow RTL | CH | 220.00 | 220.00 | 0.00 |
| 8/1/2024 | BRN | Base Rent RTL | CH | 8,724.03 | 10,610.27 | 19,291.40 |
| 8/1/2024 | EGR | RE Tax Escrow Gen RTL | CH | 4,267.78 | 1,514.37 | 2,753.41 |
| 8/1/2024 | FXR | Fixed CAM RTL | CH | 5,638.89 | 2,000.90 | 3,637.99 |
| 8/1/2024 | UWR | TT Water Sub Escrow RTL | CH | 220.00 | 78.06 | 141.94 |
| | | | | **33,526.80** | **28,879.70** | **25,824.74** |
| 9/1/2024 | FXR | Fixed CAM RTL | CH | 2,715.22 | 0.00 | 2,715.22 |
| 9/1/2024 | UWR | TT Water Sub Escrow RTL | CH | 220.00 | 0.00 | 220.00 |
| | | **Blink Fitness Total:** | | 2,935.22 | 0.00 | 2,935.22 |
| | | | | **36,462.02** | **28,879.70** | **28,759.96** |
| | | BRN | | 29,901.67 | 10,610.27 | 19,291.40 |
| | | RE Tax Escrow | | 4,267.78 | 1,514.37 | 2,753.41 |
| | | Fixed CAM | | 5,638.89 | 2,000.90 | 3,637.99 |
| | | TT Water Sub Escrow | | 220.00 | 78.06 | 141.94 |
| | | **TOTAL RENT** | | 40,028.34 | 14,203.60 | 25,824.74 |
| | | | | | (21,177.64) | Payment Made 9/18/24 |
| | | | | | | **4,647.10** |