# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*<br><br>                                  Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I Rachel B. Mersky, Esq., hereby certify that on September 27, 2024, I served or caused to be served a correct copy of the foregoing by the Court's CM/ECF system on all counsel or record registered in this case through CM/ECF and by separate email upon the following:

(1)     Michael R. Nestor, Sean T. Greecher, Allison S. Mielke, YOUNG CONAWAY STARGATT & TAYLOR LLP Rodney Square 1000 North King Street Wilmington, Delaware 19801 Email: mnestor@ycst.com; sgreecher@ycst.com; amielke@ycst.com.

(2)     Peter P. Knight, Allison E. Yager, KATTEN MUCHIN ROSENMAN LLP 525 W. Monroe Street Chicago, Illinois 60661, Email: peter.knight@katten.com; allison.yager@katten.com .

(3)     Curtis S. Miller, MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 North Market Street P.O. Box 1347 Wilmington, Delaware 19899, Email: cmiller@morrisnichols.com.

(4)     Benjamin A. Hackman, Office of the United States Trustee for the District of Delaware J. Caleb Boggs Federal Building, 844 King Street, Suite 2207 Lockbox 35 Wilmington, Delaware 19801, Email: benjamin.a.hackman@usdoj.gov.

...

(5)     Eric R. Wilson, Kristin S. Elliott, KELLEY DRYE & WARREN LLP, 3 World Trade Center New York, New York 10017, Email: ewilson@kelleydrye.com; kelliott@kelleydrye.com.

(6)     Eric J. Monzo, Morris James LLP 500 Delaware Avenue Suite 1500 Wilmington, Delaware 19801, Email: emonzo@morrisjames.com.

            MONZACK MERSKY AND BROWDER, P.A.

            */s/ Rachel B. Mersky*
            Rachel B. Mersky (DE No. 2049)
            Del. Bar No. 2049
            1201 Orange Street, Suite 400
            Wilmington, DE 19801
            P: (302) 656-8162
            F: (302) 656-2769
            E: rmersky@monlaw.com
            *Attorneys for Kimco Landlords*

Dated: September 27, 2024