# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| BLINK HOLDINGS INC., *et al*. | ) | Case No 24-11686 (KLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Albena Petrakov to represent Platinum Gym One, Inc. and Platinum Gym Two, Inc. in this action.

/s/ Brian J. McLaughlin
Brian J. McLaughlin (DE#2462)
OFFIT KURMAN, P.A.
222 Delaware Avenue, Suite 1105
Wilmington, DE  19801
(302) 351.0916
brian.mclaughlin@offitkurman.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and currently in good standing in the United States District Court(s) for the Southern and Eastern District of New York submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Albena Petrakov
Albena Petrakov
OFFIT KURMAN, P.A.
590 Madison Avenue, 6th Floor
New York, New York 10022
(212) 545.1656
apetrakov@offitkurman.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

|  |  |
|---|---|
| **Dated: September 27th, 2024**<br>**Wilmington, Delaware** | J. KATE STICKLES<br>UNITED STATES BANKRUPTCY JUDGE |

4893-9834-2122, v. 1