**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BLINK HOLDINGS, INC., et al., | : | Case No: 24-11686 (JKS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | | Related Docket No.: 361 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**OBJECTION OF VORNADO 692 BROADWAY LLC TO**
**NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS**

Vornado 692 Broadway LLC, as the landlord ("Landlord"), by and through its undersigned counsel, files this objection to the *Notice of (I) Potential Assumption of Executory Contracts, Unexpired Leases, and (II) Cure Amounts* [Doc 361] (the "Possible Assumption Notice") and in support thereof states as follows. Landlord did not receive proper notice of the Possible Assumption Notice which alleges a Cure Amount of $0.00 for its lease(s) when the correct Cure Amount is no less than $414,463.78 along with any other outstanding amounts provided under Landlord's lease(s) as amended and under the Tenant Estoppel attached hereto as **Exhibit A**. Landlord reserves all rights to amend or supplement this objection as well as any additional grounds for objection to the proposed assumption and assignment.

*[Signature Page to Follow]*

Dated: Wilmington, Delaware
September 27, 2024

       /s/ Michael J. Joyce
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

John D. Giampolo, Esq.
**ROSENBERG & ESTIS, P.C.**
733 Third Avenue
New York, New York 10017
Tel: (212) 551-1273
Email: jgiampolo@rosenbergestis.com

*Attorneys for Vornado 692 Broadway, LLC*

- 2 -