**CERTIFICATE OF SERVICE**

      I, Michael J. Joyce, hereby certify that on September 27, 2024, I caused a copy of the foregoing *Objection of Vornado 692 Broadway LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* to be filed electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and on the parties on the attached service list via CM/ECF and first-class mail.

Counsel for the Debtors,
Young Conaway Stargatt & Taylor, LLP,
Rodney Square, 1000 N. King Street,
Wilmington, Delaware 19801,
 Attn: Michael R. Nestor (mnestor@ycst.com),
Sean T. Greecher (sgreecher@ycst.com), and
Allison S. Mielke (amielke@ycst.com);

Counsel to the Prepetition Agent and the DIP Agent,
Katten Muchin Rosenman LLP,
525 W. Monroe Street, Chicago, Illinois 60661,
Attn: Peter P. Knight (peter.knight@katten.com) and
Allison E. Yager (allison.yager@katten.com),

Morris, Nichols, Arsht & Tunnell LLP,
1201 North Market Street,
P.O. Box 1347,
Wilmington, Delaware 19899, Attn:
Curtis S. Miller (cmiller@morrisnichols.com);

The Office of the United States Trustee
for the District of Delaware,
J. Caleb Boggs Federal Building,
 844 King Street, Suite 2207, Lockbox 35,
Wilmington, Delaware 19801,
Attn: Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov);

 Proposed counsel to the Official Committee
 of Unsecured Creditors,
 Kelley Drye & Warren LLP, 3 World Trade Center,
 New York, New York 10017, Attn:
 Eric R. Wilson (ewilson@kelleydrye.com)
 and Kristin S. Elliott (kelliott@kelleydrye.com),

Morris James LLP,
500 Delaware Avenue,
Suite 1500,
Wilmington, Delaware 19801
Attn: Eric J. Monzo (emonzo@morrisjames.com

,
).