**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC, *et al.*, | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## REQUEST FOR SERVICE OF NOTICE

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

> RICHARD L. ZUCKER, ESQ.
> Lasser Hochman, LLC
> 75 Eisenhower Parkway
> Suite 120
> Roseland, New Jersey 07068
> 973-226-2700
> rzucker@lasserhochman.com
> Attorneys for Grand Baldwin Associates

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also include, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone , telegraph, telex or

1

otherwise, which may affect the rights or interest, in any way, of Grand Baldwin Associates.

        RICHARD L. ZUCKER, ESQ.
        Lasser Hochman, LLC
        75 Eisenhower Parkway
        Suite 120
        Roseland, New Jersey 07068
        973-226-2700
        rzucker@lasserhochman.com
        Attorneys for Grand Baldwin Associates

          s/ Richard L. Zucker
        _____
        RICHARD L. ZUCKER, ESQ.

DATED:       September 27, 2024