**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 361** |

**LIMITED OBJECTION TO (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS AND RESERVATION OF RIGHTS WITH RESPECT TO ASSUMPTION AND ASSIGNMENT OF CONTRACT**

Panos Fitness LLC ("Panos") hereby files this limited objection and reservation of rights (the "Limited Objection") to the *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 361] (the "Cure/Assignment Notice")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors").

## OBJECTION

As set forth in the Cure/Assignment Notice, the Debtors seek Bankruptcy Court authority to, among other things, designate certain executory contracts for assumption and assignment.

The cure amounts for the Panos contracts identified on the Cure/Assignment Notice by the Debtors are all listed as $0.  Panos is still reviewing whether amounts may be owed under the

---

[1]    The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2]    A capitalized term used but not defined herein shall have the meaning ascribed to it in the Cure/Assignment Notice.

listed contracts and files this Limited Objection out of an abundance of caution. Additionally, Panos believes that certain contracts listed may have been terminated prepetition and cannot be assumed. Finally, the proposed cure amounts set forth in the Cure/Assignment Notice are insufficient to cure all pre-petition defaults owed to Panos as required under Section 365(b)(1) of the Bankruptcy Code before the Panos contracts can be assumed and assigned. Accordingly, Panos objects to the cure costs set forth on the Cure/Assignment Notice.

## <u>RESERVATION OF RIGHTS</u>

Panos has not received any adequate assurance information. Accordingly, Panos cannot, at this time, make an informed decision regarding whether it consents or objects to the assumption and assignment of the Panos contracts. For the foregoing reasons, Panos reserves its rights to object to the assumption and assignment of the Panos contracts.

Panos reserves its rights to amend or supplement this Limited Objection and to object to the assumption and assignment of the Panos contracts for lack of adequate assurance of future payment with respect to any prevailing bidder, if any.

DE:4890-9833-9818.1 68700.001

Dated:  September 27, 2024

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*

Robert J. Feinstein
Bradford J. Sandler (Bar No. 4142)
Colin R. Robinson (Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  rfeinstein@pszjlaw.com
              bsandler@pszjlaw.com
              crobinson@pszjlaw.com

*Counsel for Panos Fitness LLC*

DE:4890-9833-9818.1 68700.001