# **Exhibit B**

Case 24-11686-JKS    Doc 450-2    Filed 09/30/24    Page 1 of 3

L E V I N   M A N A G E M E N T   C O R P .

********** A R H ******                                                           PAGE    1

```
           3C/053    CLIFTON PLAZA,              DATES ARE FOR:  6/01/24-12/31/50        09/04/24
                     Blink Clifton Inc.,         08/14-02/30      WITH TBLALLX CODES: (SHOW CASH)
                                    +Accounts Payable              ALL TBLALLX CODES
                                     MO RNT  37,125.00
                     FLAGS:         SECURITY:$       0.00


                     *-indicates Manual Adjustment
SL DATE IN  A/R DSC  INV/CK  TYPE    AMT. BILLED  CASH RECEIVED  RUNNING BAL.  AGE~   INV DATE    LONG DESCRIPTION
---------------------------------------------------------------------------------------------------------------------
--------- OPENING BALANCE ---------------------------------        0.00
 6/01/24  BLG       335283   INV        833.33                   833.33          9
 6/01/24  MO MTN    335283   INV      3,275.00                 4,108.33          9
 6/01/24  RENT      335283   INV     37,125.00                41,233.33          9
 6/10/24  **CASH*            CASH                  41,233.33       0.00                06/10/24   WT 06.07.24
 6/17/24  **CASH*            CASH                   1,000.00   1,000.00-               06/17/24   WT 06.14.24
 7/01/24  BLG       336516   INV        833.33                   166.67-         8
 7/01/24  MO MTN    336516   INV      3,275.00                 3,108.33          8
 7/01/24  RENT      336516   INV     37,125.00                40,233.33          8
 7/09/24  **CASH*            CASH                  41,233.33   1,000.00-               07/09/24   WT 07.08.24
 7/23/24  RE TAX    338259*  DEB     22,046.91                21,046.91         29     07/23/24   LOCAL TXS FOR 7/24 THRU 9/24
 8/01/24  BLG       337733   INV        833.33                21,880.24         20
 8/01/24  MO MTN    337733   INV      3,275.00                25,155.24         20
 8/01/24  RENT      337733   INV     37,125.00                62,280.24         20
 8/21/24  **CASH*            CASH                       0.00  62,280.24                08/21/24
 8/21/24  BLG       341058*  CR         833.33-               61,446.91          0     08/21/24   PREPETITION TRF 3C702
 8/21/24  UN PYMT   341058*  DEB      1,000.00                62,446.91          0     08/21/24   PREPETITION TRF 3C702
 8/21/24  MO MTN    341058*  CR       3,275.00-               59,171.91          0     08/21/24   PREPETITION TRF 3C702
 8/21/24  RE TAX    341058*  CR      22,046.91-               37,125.00          0     08/21/24   PREPETITION TRF 3C702
 8/21/24  RENT      341058*  CR      37,125.00-                    0.00          0     08/21/24   PREPETITION TRF 3C702
 9/01/24  BLG       340533   INV        833.33                   833.33          3*
 9/01/24  MO MTN    340533   INV      3,275.00                 4,108.33          3*
 9/01/24  RENT      340533   INV     37,125.00                41,233.33          3*
 9/04/24  **CASH*            CASH                  41,233.33       0.00                09/04/24   WT 09.04.24
                                     ----------  ----------  ----------
          TENANT TOTAL:               124,699.99   124,699.99       0.00
```

L E V I N   M A N A G E M E N T   C O R P .

********** A R H ******                                                                 PAGE    1

```
         3C/702   CLIFTON PLAZA,              DATES ARE FOR:  6/01/24-12/31/50           09/04/24
         Blink Clifton  Pre-petition, 08/24-12/49   WITH TBLALLX CODES: (SHOW CASH)
                            (000)000-0000           ALL TBLALLX CODES
                    FLAGS:   MO RNT     0.00        SECURITY:$       0.00
```

\*-indicates Manual Adjustment

```
SL DATE IN  A/R DSC  INV/CK   TYPE   AMT. BILLED  CASH RECEIVED  RUNNING BAL.   AGE~   INV DATE   LONG DESCRIPTION
---------  OPENING BALANCE -----------------------------------        0.00             08/21/24   TRF FROM 3C053
  8/21/24  MISC     341059*  DEB         833.33                      833.33     14*    08/21/24   TRF FROM 3C053
  8/21/24  UN PYMT  341059*  CR        1,000.00-                     166.67-    14*    08/21/24   TRF FROM 3C053
  8/21/24  MO MTN   341059*  DEB       3,275.00                    3,108.33     14*    08/21/24   TRF FROM 3C053
  8/21/24  RE TAX   341059*  DEB      22,046.91                   25,155.24     14*    08/21/24   TRF FROM 3C053
  8/21/24  MISC     341059*  DEB      37,125.00                   62,280.24     14*    08/21/24   TRF FROM 3C053
                                     ----------    ----------    ----------
           TENANT TOTAL:              62,280.24          0.00     62,280.24
```