## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System. In addition, I hereby certify that I have served a copy of the foregoing via electronic mail, unless otherwise noted, upon the below-listed parties.

| | |
|---|---|
| Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, Illinois 60661<br>Attn: Peter P. Knight (peter.knight@katten.com) and Allison E. Yager (allison.yager@katten.com)<br><br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, Delaware 19899<br>Attn: Curtis S. Miller (cmiller@morrisnichols.com)<br><br>*Counsel for the Prepetition Agent and the DIP Agent* | Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801,<br>Attn: Michael R. Nestor (mnestor@ycst.com), Sean T. Greecher (sgreecher@ycst.com), and Allison S. Mielke (amielke@ycst.com)<br><br>*Counsel for the Debtors* |
| Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Attention: Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq.<br><br>*Counsel for the Debtors* | Office of the United States Trustee for the District of Delaware<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35,<br>Wilmington, Delaware 19801<br>Attn: Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov)<br><br>*U.S. Trustee* |
| Kelley Drye & Warren LLP<br>3 World Trade Center<br>New York, New York 10017 | |

| | |
|---|---|
| Attn: Eric R. Wilson (ewilson@kelleydrye.com) and Kristin S. Elliott (kelliott@kelleydrye.com)<br><br>Morris James LLP<br>500 Delaware Avenue, Suite 1500,<br>Wilmington, Delaware 19801<br>Attn: Eric J. Monzo (emonzo@morrisjames.com).<br><br>*Counsel to the Committee* | |

/s/ *Joseph C. Barsalona II*
Joseph C. Barsalona II

8

12327557