# **EXHIBIT 1**

Blink Fitness
Freedom Plaza, Los Angeles, CA
Landlord:  Primestor Jordan Downs, LLC
Security Deposit:
Guarantor:
Date:  September 23, 2024
Chapter 11 File Date:  August 12, 2024
Lease Expiration Date:

**Pre-petition**

| Date | Description | Amount |
|---|---|---|
| 03/01/2024 | 0324 - Balance of Minimum Rent Retail | 289.45 |
| 08/01/2024 | 0824 - CAM Majors Estimate (8/1-8/11/24 - 11 days) | 7,118.06 |
| 08/01/2024 | 0824 - Deferred Charges - ALL (8/1-8/11/24 - 11 days) | 3,922.26 |
| 08/01/2024 | 0824 - Minimum Rent Retail (8/1-8/11/24 - 11 days) | 15,080.65 |
| 08/01/2024 | 0824 - RE Tax Majors Monthly (8/1-8/11/24 - 11 days) | 3,211.29 |
| | Total: | 29,621.71 |

**Post-petition**

| Date | Description | Amount | |
|---|---|---|---|
| 8/1/2024 | 0824 - CAM Majors Estimate (8/21 - 8/31/24 - 20 days) | 12,941.94 | |
| 8/1/2024 | 0824 - Deferred Charges - ALL  (8/21 - 8/31/24 - 20 days) | 7,131.38 | 7,131.38 |
| 8/1/2024 | 0824 - Minimum Rent Retail  (8/21 - 8/31/24 - 20 days) | 27,419.35 | |
| 8/1/2024 | 0824 - RE Tax Majors Monthly  (8/21 - 8/31/24 - 20 days) | 5,838.71 | 5,838.71 |
| 9/1/2024 | 0924 - CAM Majors Estimate | 42,500.00 | |
| 9/1/2024 | 0924 - Deferred Charges - ALL | 11,053.64 | |
| 9/1/2024 | 0924 - Minimum Rent Retail | 20,060.00 | |
| 9/1/2024 | 0924 - RE Tax Majors Monthly | 9,050.00 | |
| 9/4/2024 | Payment | (82,663.64) | |
| 09/19/2024 | Payment | (40,361.29) | |
| | Total: | 12,970.09 | 12,970.09 |

**TOTAL:**    42,591.80

| Date | Description | Amount | |
|---|---|---|---|
| 10/1/2024 | 1024 - Minimum Rent Retail | 42,500.00 | |
| 10/1/2024 | 1024 - Deferred Charges - ALL | 11,053.64 | for th |
| 10/1/2024 | 1024 - CAM Majors Estimate | 20,060.00 | |
| 10/1/2024 | 1024 - RE Tax Majors Monthly | 9,050.00 | |
| | Balance to JDE | 125,255.44 | |