# EXHIBIT 2

**Statement of Account**
**Urban Edge Properties**
**RBER:  Bergen Mall**
**Blink Fitness #603**
**Master Occupant ID:  RBER0072A**
**Statement Date:  09-18-2024**

| Invoice Date | Category | Category Description | Transaction Description | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months | Additional Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2024 | TTT | Real Estate Tax | AUTOCHRG @T3/31/2024 @R | 1,128.69 | 0.00 | 0.00 | 0.00 | 0.00 | 1,128.69 | Rate Change: 24,230.16 to 25,358.85 |
| 8/1/2024 | BRR | Base Rent - Retail | AUTOCHRG @T8/31/2024 | 31,057.37 | 31,057.37 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 8/1/2024 | CCF | ReimbOperating Fixed CAM | AUTOCHRG @T8/31/2024 | 5,870.58 | 5,870.58 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 8/1/2024 | MDF | Marketing Fund | AUTOCHRG @T8/31/2024 | 407.03 | 407.03 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 8/1/2024 | TTT | Real Estate Tax | AUTOCHRG @T8/31/2024 | 25,358.85 | 25,358.85 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 8/1/2024 | WAT | TT - Water & Sewer | AUTOCHRG @T8/31/2024 | 316.71 | 316.71 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Blink Fitness #603 Total:** | | | | **64,139.23** | **63,010.54** | **0.00** | **0.00** | **0.00** | **1,128.69** | |