# EXHIBIT 3

# Unpaid Charges and Unapplied Prepayments

9/25/2024 1:18:07 PM

**w21c1 - 92-01/92-15 Guy R Brewer Boulevard / 163-02 Jamaica Avenue, Unit  0101, 0201**

**Blink Jamaica Avenue Inc., ho002860**

| Date Occurred | Charge Type | Charge Amount | Amount Paid | Total | Remark |
|---|---|---|---|---|---|
| 07/01/2020 | RET | $56,906.69 | $0.00 | $56,906.69 | Real Estate Taxes (07/2020) |
| 08/24/2020 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 09/23/2020 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 10/01/2020 | BRC | $55,000.00 | $28,520.16 | $26,479.84 | Base Rent   Commercial (10/2020) |
| 10/22/2020 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 11/01/2020 | BRC | $55,000.00 | $40,942.83 | $14,057.17 | Base Rent   Commercial (11/2020) |
| 11/13/2020 | MSC | $420.00 | $0.00 | $420.00 | Refrig/Air condition |
| 11/20/2020 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 12/14/2020 | RET | $2,632.39 | $0.00 | $2,632.39 | RE Tax - 2021 2nd H Adj |
| 12/23/2020 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 01/22/2021 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 02/19/2021 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 03/01/2021 | SIG | $541.25 | $0.00 | $541.25 | 4 Signs 2019 |
| 03/01/2021 | SIG | $541.25 | $0.00 | $541.25 | 4 Signs 2020 |
| 03/01/2021 | ELV | $100.00 | $0.00 | $100.00 | Elevator 2021 |
| 03/24/2021 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 04/22/2021 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 05/24/2021 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 06/21/2021 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 07/01/2021 | RET | $48,805.17 | $0.00 | $48,805.17 | Real Estate Taxes (07/2021) |
| 07/28/2021 | MSC | $420.00 | $0.00 | $420.00 | Refrig/Air condition |
| 08/17/2021 | SIG | $541.25 | $0.00 | $541.25 | 4 Signs 2021 |
| 08/20/2021 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 09/22/2021 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 10/21/2021 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 11/22/2021 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 12/20/2021 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 01/01/2022 | RET | $960.85 | $0.00 | $960.85 | Recovery Reconciliation 01/22 |
| 01/25/2022 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 02/14/2022 | FPR | $210.00 | $0.00 | $210.00 | Air condition |
| 02/23/2022 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 03/21/2022 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 04/25/2022 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 05/19/2022 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 06/20/2022 | MSC | $225.00 | $0.00 | $225.00 | Bldg Hazardous Reinspection |
| 07/01/2022 | RET | $48,805.17 | $15,442.66 | $33,362.51 | Real Estate Taxes (07/2022) |
| 07/21/2022 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 08/25/2022 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 09/23/2022 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 10/19/2022 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 11/16/2022 | FPR | $520.00 | $0.00 | $520.00 | Ac/Ref and .or Roof.ceil |
| 11/23/2022 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 12/23/2022 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 01/24/2023 | LAT | $2,200.00 | $0.00 | $2,200.00 | LATE FEE |
| 03/23/2023 | LAT | $2,420.00 | $0.00 | $2,420.00 | LATE FEE |
| 04/25/2023 | LAT | $2,420.00 | $0.00 | $2,420.00 | LATE FEE |
| 06/26/2023 | LAT | $2,420.00 | $0.00 | $2,420.00 | LATE FEE |
| 07/01/2023 | RET | $37,846.63 | $0.00 | $37,846.63 | Real Estate Taxes (07/2023) |
| 07/21/2023 | LAT | $2,420.00 | $0.00 | $2,420.00 | LATE FEE |
| 08/23/2023 | LAT | $2,420.00 | $0.00 | $2,420.00 | LATE FEE |
| 11/19/2023 | MSC | $730.00 | $0.00 | $730.00 | FDNY Inspection |

| Date Occurred | Charge Type | Charge Amount | Amount Paid | Total | Remark |
|---|---|---|---|---|---|
| 01/25/2024 | FPR | $425.00 | $0.00 | $425.00 | Hourly Rate Fee |
| 05/01/2024 | RETADJ | ($817.07) | $0.00 | ($817.07) | Real Estate Tax Adjustment (07/2023 - 06/2024) |
| 07/01/2024 | RET | $45,447.77 | $0.00 | $45,447.77 | Real Estate Taxes (07/2024-06/2025) |
| 08/01/2024 | BRC | $60,500.00 | $39,032.26 | $21,467.74 | Base Rent   Commercial (08/2024) |
| 08/15/2024 | VIO | $50.00 | $0.00 | $50.00 | Violation  048425190N |
| 10/01/2024 | BRC | $60,500.00 | $0.00 | $60,500.00 | Base Rent   Commercial (10/2024) |
| **Total For  Blink Jamaica Avenue Inc.** | | **$550,011.35** | **$123,937.91** | **$426,073.44** | |

| Charge Type | SubTotal |
|---|---|
| BRC | 122,504.75 |
| ELV | 100.00 |
| FPR | 1,155.00 |
| LAT | 73,700.00 |
| MSC | 1,795.00 |
| RET | 225,962.01 |
| RETADJ | -817.07 |
| SIG | 1,623.75 |
| VIO | 50.00 |
| | 426,073.44 |

Page : 2