# EXHIBIT 4

| Alternate BU | Legal Entity Name | Lease Number | Tenant Number | Store Number | GL Date | Bill Code | Name - Remark | Date Range Billed | Gross Amount | Total Amt Due | Pre-Petition Charges thru 08/11/2024 | Post-Petition Charges -current 08/12/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 140801 - Broadway | Brixmor Holdings 12 SPE, LLC | 1408035 | 948407 - Blink Holdings, Inc. | | 8/1/2024 | AMR | Annual Minimum Rent | 8/1/24-8/31/24 | 20,995.00 | 20,995.00 | 7,449.84 | 13,545.16 |
| 140801 - Broadway | Brixmor Holdings 12 SPE, LLC | 1408035 | 948407 - Blink Holdings, Inc. | | 8/1/2024 | CAM | CAM (Escrow / Deposit) | 8/1/24-8/31/24 | 5,237.08 | 5,237.08 | 1,858.32 | 3,378.76 |
| 140801 - Broadway | Brixmor Holdings 12 SPE, LLC | 1408035 | 948407 - Blink Holdings, Inc. | | 8/1/2024 | INS | Insurance | 8/1/24-8/31/24 | 373.71 | 373.71 | 132.61 | 241.10 |
| 140801 - Broadway | Brixmor Holdings 12 SPE, LLC | 1408035 | 948407 - Blink Holdings, Inc. | | 8/1/2024 | RETX | Real Estate Tax (Escrow) | 8/1/24-8/31/24 | 2,732.91 | 2,732.91 | 969.74 | 1,763.17 |
| 140801 - Broadway | Brixmor Holdings 12 SPE, LLC | 1408035 | 948407 - Blink Holdings, Inc. | | 9/19/2024 | OPP | ACH-Sept rent tt status Z | | (17,165.02) | (17,165.02) | | (17,165.02) |
| | | | | | | | | Totals | 12,173.68 | 12,173.68 | 10,410.51 | 1,763.17 |