## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, hereby certify that, on this 30th day of September, 2024, I caused a true and correct copy of the foregoing *Limited Objection of 16302 Jamaica Avenue LLC, 15519 Normandie, LLC, Brixmor Holdings 12 SPE, LLC, Primestor Jordan Downs, LLC, Lodi Value Add II, LLC, and UE Bergen Mall Owner LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* to be served by electronic service via Court's CM/ECF system on all parties who have registered for electronic service in these cases, as well as on the following parties in the manner indicated.

*Via Hand Delivery & E-mail*
Michael R. Nestor
Sean T. Greecher
Allison S. Mielke
**Young Conaway Stargatt & Taylor, LLP**
Rodney Square, 1000 N. King Street,
Wilmington, Delaware 19801
E-mail: mnestor@ycst.com
sgreecher@ycst.com
amielke@ycst.com

*Counsel to the Debtors*

*Via Hand Delivery & E-mail*
Curtis S. Miller
**Morris, Nichols, Arsht & Tunnell LLP**
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899
E-mail: cmiller@morrisnichols.com

*Counsel for the Prepetition Agent and the DIP Agent*

*Via First-Class Mail & E-mail*
Peter P. Knight
Allison E. Yager
**Katten Muchin Rosenman LLP**
525 W. Monroe Street
Chicago, Illinois 60661
E-mail: peter.knight@katten.com
allison.yager@katten.com

*Counsel for the Prepetition Agent and the DIP Agent*

*Via Hand Delivery and E-mail*
Office of the United States Trustee
Attn: Benjamin A. Hackman
J. Caleb Boggs Federal Building
844 King Street, Suite 2008 – Lockbox #35
Wilmington, DE 19801
E-mail: Benjamin.A.Hackman@usdoj.gov

*Office of the United States Trustee*

| | |
|---|---|
| *Via First-Class Mail and E-mail* | *Via Hand Delivery and E-mail* |
| Eric R. Wilson | Eric J. Monzo |
| Kristin S. Elliott | **Morris James LLP** |
| **Kelley Drye & Warren LLP** | 500 Delaware Avenue, Suite 1500, |
| 3 World Trade Center | Wilmington, Delaware 19801 |
| New York, New York 10017 | E-mail: emonzo@morrisjames.com |
| E-mail: ewilson@kelleydrye.com | |
| kelliott@kelleydrye.com | *Counsel to the Creditors' Committee* |
| | |
| *Counsel to the Creditors' Committee* | |
| | |
| Dated: September 30, 2024 | /s/ *Leslie C. Heilman* |
| Wilmington, Delaware | Leslie C. Heilman (No. 4716) |
| | BALLARD SPAHR LLP |