# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>Re: D.I. 361 & 417 |

**MOTION TO ALLOW REPLY OF THIRD AVENUE TOWER OWNER LLC TO:**

**DEBTORS' INFORMAL OBJECTION TO THIRD AVENUE TOWER OWNER LLC'S LIMITED OBJECTION TO DEBTORS' NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS**

Third Avenue Tower Owner LLC (the "Landlord"), by and through its undersigned counsel, hereby moves (the "Motion) for leave to file its Reply to Debtors' Informal Objection to Third Avenue Tower Owner LLC's Limited Objection to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts (the "Reply")[2]. A copy of the Reply is attached hereto as **Exhibit 1.** In support of its Motion, Landlord respectfully states as follows:

## RELIEF REQUESTED

1. By this Motion, Landlord seeks entry of an order, substantially in the form attached hereto as **Exhibit 2**, granting leave to file the Reply.

## BASIS FOR RELIEF

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

[2] Unless defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Reply.

{00039869. }

2.    On September 12, 2024, Debtor filed *Notice of Assumption of Lease/Executory Contract - Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [D.I. 361].

3.    On September 25, 2024, Landlord filed its *Limited Objection of Third Avenue Tower Owner LLC to Debtors' Notice of Assumption of Lease/Executory Contract - Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [D.I. 417] (the "Limited Objection").

4.    After Landlord filed its Limited Objection setting forth its cure amount as $550,824.21, Debtor emailed Landlord that any COVID-19 deferred Payments should be excluded from the Cure Claim and requested a revised cure claim be filed (the "Informal Objection"). See Reply at Ex. A. Landlord disputes the Informal Objection and needs to supplement the record by its proposed Reply.

5.    The Reply is necessary to respond to the Informal Objection and avoid severe prejudice to Landlord.

**WHEREFORE**, Landlord respectfully requests that the Court enter an order, substantially in the form attached hereto, allowing the filing of the Reply and granting such other and further relief as is just and proper.

Respectfully Submitted,

Dated: September 30, 2024
    Wilmington, Delaware    **THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111

*Counsel to Landlord*

{00039869. }