IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 347 & 358 |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER
WAIVING CERTAIN PROOF OF CLAIM REQUIREMENTS
FOR HARTFORD FIRE INSURANCE COMPANY**

The undersigned hereby certifies as follows:

1. On August 12, 2024, Blink Holdings, Inc. and its affiliated debtors (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors are operating their business as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. On August 23, 2024, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors in the Debtors' chapter 11 cases (the "UCC") [D.I. 109].

3. On September 10, 2024, the Bankruptcy Court entered an order [D.I. 347] (the "Bar Date Order") that, among other things, established the general bar date for filing proofs

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32148715.2

of claim and procedures that require that each proof of claim be filed against only one Debtor and clearly indicate the Debtor against which the claim is asserted. Bar Date Order at ¶7(e).

4. For administrative efficiency, the Debtors and Hartford Fire Insurance Company ("Hartford") have agreed to a form of order, attached hereto as **Exhibit A** (the "Proposed Order"), authorizing Hartford to file a single proof of claim solely in the chapter 11 case of Blink Holdings, Inc., Case No. 24-11686 (JKS), and such proof of claim will be deemed to be filed in each of the Debtors' jointly administered chapter 11 cases.

5. The undersigned further certifies that the Proposed Order has been shared with counsel to the UCC and the U.S. Trustee, and such parties do not object to entry of the Proposed Order.

WHEREFORE, for the forgoing reasons, the Debtors respectfully request entry of the Proposed Order at the Court's earliest convenience without further notice or a hearing.

| | |
|---|---|
| Dated: October 1, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Benjamin C. Carver*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253<br>Email: mnestor@ycst.com<br>      sgreecher@ycst.com<br>      amielke@ycst.com<br>      tpowell@ycst.com<br>      rlamb@ycst.com<br>      bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

32148715.2

## **EXHIBIT A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 347, 358 & __** |

## ORDER WAIVING CERTAIN PROOF OF CLAIM REQUIREMENTS FOR HARTFORD FIRE INSURANCE COMPANY

Upon consideration of the *Certification of Counsel Regarding Proposed Order Waiving Certain Proof of Claim Requirements for Hartford Fire Insurance Company* (the "Certification of Counsel");[2] and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this matter constituting a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Certification of Counsel in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and it appearing that entry of this Order is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation and sufficient cause appearing therefor,

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Certification of Counsel.

32148715.2

**IT IS HEREBY ORDERED THAT:**

1. Notwithstanding anything to the contrary set forth in the Bar Date Order, any related orders or notices, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware or otherwise that would require Hartford Fire Insurance Company ("Hartford") to file a separate proof of claim against each of the Debtors on account of each claim against such entities, any proof of claim or amendment thereto (collectively, the "Proof of Claim") filed by Hartford in the chapter 11 case of Debtor Blink Holdings, Inc., Case No. 24-11686 (JKS) (the "Lead Case"), shall be deemed to constitute the filing of such proof of claim or proofs of claim in each of the Debtors' jointly administered chapter 11 cases. Accordingly, the Proof of Claim filed by Hartford in the Lead Case shall constitute a separate claim asserted against each of the Debtors.

2. Subject to the provisions of paragraph 1, above, the Bar Date Order shall continue in full force and effect and shall not be modified by this Order.

3. Nothing herein shall constitute an acknowledgement or finding with respect to any parties' rights relative to the Proof of Claim, and any and all parties' rights, claims, and defenses with respect thereto are reserved. This Order shall not be used for any purpose other than as expressly set forth herein.

4. The Court shall retain jurisdiction over all matters or disputes concerning this Order.

*[Continues on Next Page]*

3

5. Hartford and the Debtors are each authorized to take any and all actions necessary to effectuate the relief granted in this Order.

6. This Order shall be effective immediately upon entry.

32148715.2

3