**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 358 & 359** |

<u>**CERTIFICATE OF SERVICE**</u>

I, BENJAMIN JOHNSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 2, 2024, I caused to be served the:

   a. "Notice of Deadlines for the Filing of Proofs of Claim, Including Requests for Payment Pursuant to Section 503(b)(9) of the Bankruptcy Code," dated September 12, 2024 [Docket No. 358], (the "Bar Date Notice"),

   b. "Notice of Auction and Sale Hearing," dated September 12, 2024 [Docket No. 359], (the "Sale Notice"), and

   c. "Proof of Claim Form (Official Form 410) with Instructions," a sample of which is annexed hereto as <u>Exhibit A</u>, (the "POC Form")

by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

    */s/ Benjamin Johnson*
    Benjamin Johnson

**EXHIBIT A**

**United States Bankruptcy Court for the District of Delaware**
**Blink Holdings, Inc.**
**Claims Processing Center**
**c/o Epiq Corporate Restructuring, LLC**
**P.O. Box 4420**
**Beaverton, OR 97076-4420**

To submit your form online please go to https://dm.epiq11.com/BlinkFitness

☐ Check box if the address on the envelope sent to you by the court needs to be updated. Identify your replacement address in Part 1 (Section 3) below.

**For Court Use Only**

# Proof of Claim (Official Form 410)

**12/23**

United States Bankruptcy Court for the District of Delaware

Indicate Debtor against which you assert a claim by checking the appropriate box below. (**Check only one Debtor per claim form.**)

- ☐ Blink Holdings, Inc. (Case No. 24-11686)
- ☐ 692 Broadway Fitness Club, Inc. (Case No. 24-11687)
- ☐ Bergen Town Center Fitness Club, Inc (Case No. 24-11688)
- ☐ Blink Lodi, Inc. (Case No. 24-11689)
- ☐ Blink 101 W 87th Street, Inc. (Case No. 24-11690)
- ☐ Blink Selden, Inc. (Case No. 24-11691)
- ☐ Blink 1060 W Alameda, Inc. (Case No. 24-11692)
- ☐ Blink Long Point, Inc. (Case No. 24-11693)
- ☐ Blink 1065 6th Avenue, Inc. (Case No. 24-11694)
- ☐ Blink Macombs Road, Inc. (Case No. 24-11695)
- ☐ Blink SER Portfolio, Inc. (Case No. 24-11696)
- ☐ Blink Melville, Inc. (Case No. 24-11697)
- ☐ Blink South Orange, Inc. (Case No. 24-11698)
- ☐ Blink Metropolitan Avenue, Inc. (Case No. 24-11699)
- ☐ Blink Southern Boulevard, Inc. (Case No. 24-11700)
- ☐ Blink Bedford, Inc. (Case No. 24-11701)
- ☐ Blink Frankford Avenue, Inc. (Case No. 24-11702)
- ☐ Blink Miramar Parkway Inc. (Case No. 24-11703)
- ☐ Blink St. Ann's Avenue, Inc. (Case No. 24-11704)
- ☐ Blink Fulton Street, Inc. (Case No. 24-11705)
- ☐ Blink Belleville Inc. (Case No. 24-11706)
- ☐ Blink Myrtle Avenue, Inc.   add (f/k/a Blink 3780 Broadway, Inc.) (Case No. 24-11707)
- ☐ Blink Steinway Street, Inc. (Case No. 24-11708)
- ☐ Blink Gage Park LLC (Case No. 24-11709)
- ☐ Blink Stonebrook, Inc. (Case No. 24-11710)
- ☐ Blink Nassau Street, Inc. (Case No. 24-11711)
- ☐ Blink Gates, Inc. (Case No. 24-11712)
- ☐ Blink 2883 3rd Avenue, Inc. (Case No. 24-11713)
- ☐ Blink Bissonnet, Inc. (Case No. 24-11714)
- ☐ Blink Sunset Park, Inc. (Case No. 24-11715)
- ☐ Blink Georgetown Inc. (Case No. 24-11716)
- ☐ Blink Newark, Inc. (Case No. 24-11717)
- ☐ Blink Union, Inc. (Case No. 24-11718)
- ☐ Blink Braddock Avenue Inc. (Case No. 24-11719)
- ☐ Blink Hawthorne, Inc. (Case No. 24-11720)
- ☐ Blink Normandie Avenue, Inc. (Case No. 24-11721)
- ☐ Blink Utica Avenue, Inc. (Case No. 24-11722)
- ☐ Blink Hicksville, Inc. (Case No. 24-11723)
- ☐ Blink Brentwood, Inc. (Case No. 24-11724)
- ☐ Blink 3779 Nostrand, Inc. (Case No. 24-11725)
- ☐ Blink North 10th Street Corp. (Case No. 24-11726)
- ☐ Blink Valley Stream, Inc. (Case No. 24-11727)
- ☐ Blink Broadway Marketplace, Inc. (Case No. 24-11728)
- ☐ Blink Highway 249, Inc. (Case No. 24-11729)
- ☐ Blink North Riverside LLC (Case No. 24-11730)
- ☐ Blink 56-02 Roosevelt, Inc. (Case No. 24-11731)

- ☐ Blink Webster Avenue, Inc. (f/k/a Blink Boston Post Road. Inc.) (Case No. 24-11732)
- ☐ Blink Holdings II, Inc. (Case No. 24-11733)
- ☐ Blink Nostrand Avenue, Inc. (Case No. 24-11734)
- ☐ Blink West 31st Street, Inc. (Case No. 24-11735)
- ☐ Blink 600 Third Avenue, Inc. (Case No. 24-11736)
- ☐ Blink NRH, Inc. (Case No. 24-11737)
- ☐ Blink Irvington Inc. (Case No. 24-11738)
- ☐ Blink West 8th Street, Inc. (Case No. 24-11739)
- ☐ Blink Islandia, Inc. (Case No. 24-11740)
- ☐ Blink Brookhurst, Inc. (Case No. 24-11741)
- ☐ Blink Nutley, Inc. (Case No. 24-11742)
- ☐ Blink 69th Street Inc. (Case No. 24-11743)
- ☐ Blink Jamaica Avenue, Inc. (Case No. 24-11744)
- ☐ Blink West Islip, Inc. (Case No. 24-11745)
- ☐ Blink Clifton, Inc. (Case No. 24-11746)
- ☐ Blink 78-14 Roosevelt, Inc. (Case No. 24-11747)
- ☐ Blink Jerome Avenue, Inc. (Case No. 24-11748)
- ☐ Blink Pacific Boulevard, Inc. (Case No. 24-11749)
- ☐ Blink Westchase Inc. (Case No. 24-11750)
- ☐ Blink 108-14 Roosevelt, Inc. (Case No. 24-11751)
- ☐ Blink Commercial Boulevard, Inc. (Case No. 24-11752)
- ☐ Blink 79th Holdings Inc. (Case No. 24-11753)
- ☐ Blink Journal Square, Inc. (Case No. 24-11754)
- ☐ Blink 1134 Fulton, Inc. (Case No. 24-11755)
- ☐ Blink Parsippany, Inc. (Case No. 24-11756)
- ☐ Blink White Plains, Inc. (Case No. 24-11757)
- ☐ Blink Company Intermediate Holdco Inc. (Case No. 24-11758)
- ☐ Blink 116th Street, Inc. (Case No. 24-11759)
- ☐ Blink Keller, Inc. (Case No. 24-11760)
- ☐ Blink Passaic, Inc. (Case No. 24-11761)
- ☐ Blink 8201 Broadway, Inc. (Case No. 24-11762)
- ☐ Blink Whitman, Inc. (Case No. 24-11763)
- ☐ Blink Compton & Central Avenue, Inc. (Case No. 24-11764)
- ☐ Blink Kendall Market Place Inc. (Case No. 24-11765)
- ☐ Blink Paterson, Inc. (Case No. 24-11766)
- ☐ Blink Williamsbridge, Inc. (Case No. 24-11767)
- ☐ Blink Concourse Holdings, Inc. (Case No. 24-11768)
- ☐ Blink Kenwood, Inc. (Case No. 24-11769)
- ☐ Blink 833 Flatbush, Inc. (Case No. 24-11770)
- ☐ Blink Knickerbocker, Inc. (Case No. 24-11771)
- ☐ Blink Perth Amboy, Inc. (Case No. 24-11772)
- ☐ Blink Willingboro, Inc. (Case No. 24-11773)
- ☐ Blink Courtesy Plaza Inc. (Case No. 24-11774)
- ☐ Blink 886 Broadway, Inc. (Case No. 24-11775)
- ☐ Blink KWT Holdco LLC (Case No. 24-11776)
- ☐ Blink Plainfield, Inc. (Case No. 24-11777)

- ☐ Blink Deerwood Inc. (Case No. 24-11778)
- ☐ Blink Liberty Avenue, Inc. (Case No. 24-11779)
- ☐ Blink 88th Street, Inc. (f/k/a Blink Hylan Blvd., Inc.) (Case No. 24-11780)
- ☐ Blink Richmond Road, Inc. (Case No. 24-11781)
- ☐ Blink Diversey, Inc. (Case No. 24-11782)
- ☐ Blink Linden, Inc. (Case No. 24-11783)
- ☐ Blink 97-01 Northern Blvd., Inc. (Case No. 24-11784)
- ☐ Blink Ridgeland Ave., Inc. (Case No. 24-11785)
- ☐ Blink East 54th Street, Inc. (Case No. 24-11786)
- ☐ Blink 12201 Victory Blvd Inc. (Case No. 24-11787)
- ☐ Blink Riverdale, Inc. (Case No. 24-11788)
- ☐ Blink 98th Street, Inc. (f/k/a Blink 25 Broadway, Inc.) (Case No. 24-11789)
- ☐ Blink East Orange, Inc. (f/k/a Blink Belleville, Inc.) (Case No. 24-11790)
- ☐ Blink 125 Park, Inc. (Case No. 24-11791)
- ☐ Blink East Tremont Avenue, Inc. (Case No. 24-11792)
- ☐ Blink 9901 S. Alameda, Inc. (Case No. 24-11793)
- ☐ Blink Eighth Avenue, Inc. (Case No. 24-11794)
- ☐ Blink Abrams Road Inc. (Case No. 24-11795)
- ☐ Blink 2192 Texas Parkway, Inc. (Case No. 24-11796)
- ☐ Blink Farmers Boulevard Inc. (Case No. 24-11797)
- ☐ Blink 125th Street, Inc. (Case No. 24-11798)
- ☐ Blink Airline Drive, Inc. (Case No. 24-11799)
- ☐ Blink 229 E. Foothill Boulevard, Inc. (Case No. 24-11800)
- ☐ Blink Fitness Franchising, Inc. (Case No. 24-11801)
- ☐ Blink 130 W.G. Street, Inc. (Case No. 24-11802)
- ☐ Blink 2374 Grand Concourse, Inc. (Case No. 24-11803)
- ☐ Blink Amboy Road Inc. (f/k/a Blink 1239 Fulton, Inc.) (Case No. 24-11804)
- ☐ Blink Fitness Rialto Inc. (Case No. 24-11805)
- ☐ Blink 2465 Jerome Inc. (Case No. 24-11806)
- ☐ Blink 16123 Bellflower Blvd., Inc. (Case No. 24-11807)
- ☐ Blink Flatlands Avenue, Inc. (Case No. 24-11808)
- ☐ Blink Ashland Avenue, Inc. (Case No. 24-11809)
- ☐ Blink 2862 Fulton Street, Inc. (Case No. 24-11810)
- ☐ Blink Fourth Avenue, Inc. (Case No. 24-11811)
- ☐ Blink 16th Street, Inc. (Case No. 24-11812)
- ☐ Blink Ashland Inc. (Case No. 24-11813)
- ☐ Cross County Fitness Club, Inc. (Case No. 24-11814)
- ☐ Blink 287 Broadway, Inc. (Case No. 24-11815)
- ☐ Blink 18th Avenue, Inc. (Case No. 24-11816)
- ☐ Blink 19500 Plummer, Inc. (Case No. 24-11817)
- ☐ Blink Atlantic Avenue LB Inc. (Case No. 24-11818)
- ☐ Blink Atlantic Avenue, Inc. (Case No. 24-11819)
- ☐ Blink Avenue A, Inc. (Case No. 24-11820)
- ☐ Blink Baldwin, Inc. (Case No. 24-11821)
- ☐ Blink Beach Street, Inc. (Case No. 24-11822)
- ☐ Blink Wissinoming, Inc. (Case No. 24-11823)

**Your claim can be filed electronically on Epiq's website at https://dm.epiq11.com/BlinkFitness.**

Official Form 410

# Proof of Claim

12/23

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Other than a claim under 11 U.S.C. § 503(b)(9), this form should not be used to make a claim for an administrative expense arising after the commencement of these cases.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies or any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**Fill in all the information about the claim as of the date these cases were filed.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | **Who is the current creditor?** | Name of the current creditor (the person or entity to be paid for this claim) _____ <br><br> Other names the creditor used with the debtor _____ |
| --- | --- | --- |

| 2. | **Has this claim been acquired from someone else?** | ☐ No <br><br> ☐ Yes.   From whom? _____ |
| --- | --- | --- |

| 3. | **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Name _____ <br><br> Number      Street _____ <br><br> City                State        ZIP Code <br><br> Country _____ <br><br> Contact phone _____ <br><br> Contact email _____ <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br><br> ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ | **Where should payments to the creditor be sent?** (if different) <br><br> Name _____ <br><br> Number      Street _____ <br><br> City                State        ZIP Code <br><br> Country _____ <br><br> Contact phone _____ <br><br> Contact email _____ |
| --- | --- | --- | --- |

| 4. | **Does this claim amend one already filed?** | ☐ No <br><br> ☐ Yes.   Claim number on court claims registry (if known) _____          Filed on ___ / ___ / _____ <br>                                                                                          MM  /  DD  /  YYYY |
| --- | --- | --- |

| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No <br><br> ☐ Yes. Who made the earlier filing? _____ |
| --- | --- | --- |

2

| **Part 2:** | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**

$ _____. Does this amount include interest or other charges?

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate: If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amount should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☐ **Yes.** Identify the property: _____

---

| | |
|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br><br>☐ Yes. *Check all that apply:*            **Amount entitled to priority**<br><br>  ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____<br><br>  ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____<br><br>  ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____<br><br>  ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____<br><br>  ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____<br><br>  ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.    $_____<br><br>\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.<br><br>  $_____ |

4

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                    MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
            First name                 Middle name                 Last name

Title _____

Company _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
            Number          Street

            _____
            City                         State          ZIP Code          Country

Contact phone _____          Email _____

# Official Form 410 - Instructions for Proof of Claim

United States Bankruptcy Court

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.** The full list of debtors is provided under the general information section on the Claims Agent's website: https://dm.epiq11.com/BlinkFitness

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of redaction below.) Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt.  In addition to the documents, a summary may be added.  Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information.  Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St, City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or you may access the Claims Agent's website (https://dm.epiq11.com/BlinkFitness) to view your filed form under "Claims."

## Where to File Proof of Claim Form

**First Class Mail:**
Blink Holdings, Inc.
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
PO Box 4420
Beaverton, OR 97076-4420

**Hand Delivery or Overnight Mail:**
Blink Holdings, Inc.
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

**Electronic Filing:**
**By accessing the E-filing Claims link at**
https://dm.epiq11.com/BlinkFitness

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5).  A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim for the value of any goods that were sold to the Debtor in the ordinary course of its business and were received by the Debtor within 20 days before the date of commencement of the above case. Attached documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information**: Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim.  A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**EXHIBIT B**

NYC Department of Buildings
280 Broadway
1st Floor
New York, NY 10007

NYC Law Department
100 Church St
New York, NY 10007