# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 348 & 361 |

## SUPPLEMENTAL NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    1.    On August 12, 2024, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed a motion seeking approval of the Bidding Procedures for the sale (the "**Sale**") of certain of the Debtors' assets (the "**Assets**") and approval of the Sale of such Assets (the "**Bidding Procedures and Sale Motion**") to the highest or best qualified bidder (the "**Successful Bidder**"). On September 10, 2024, the United States Bankruptcy Court for the District of Delaware entered an order [Docket No. 348] (the "**Bidding Procedures Order**") approving the relief requested in the Bidding Procedures and Sale Motion. The Debtors have further requested that a hearing be scheduled on November 6, 2024 at 11:00 a.m. (prevailing Eastern Time) to approve the Sale of the Assets to the Successful Bidder.

    2.    Pursuant to the Bidding Procedures Order, on September 12, 2024, the Debtors filed the *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 361] (the "**Assumption/Assignment Notice**").[2] The Debtors indicated on Schedule A to the Assumption/Assignment Notice (the "**Initial Cure Schedule**") the cure amounts, if any, that the Debtors believe must be paid to cure any prepetition defaults and pay all amounts accrued (in each instance, the "**Cure Amount**") under the Other Potentially Assigned Agreements.[3]

---

[1]    The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2]    Capitalized terms used but not defined herein shall have the meanings set forth in the Assumption/Assignment Notice.

[3]    For the avoidance of doubt, the assumption of any Potentially Assigned Agreement, including any Additional Other Potentially Assigned Agreement (as defined below), includes, without limitation, any and all amendments,

3.      The Debtors are hereby filing this *Supplemental Notice of (I) Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Cure Amounts* to (a) add certain executory contracts and unexpired leases (the "**Additional Other Potentially Assigned Agreements**") and the corresponding Cure Amount, if any, that is required to be paid to the applicable counterparty to each Additional Other Potentially Assigned Agreement, as listed on Schedule A annexed hereto (the "**Additional Agreements Schedule**"), and (b) disclose certain revisions to the Cure Amounts (the "**Revised Cure Amounts**") from the Initial Cure Schedule, as listed in Schedule B listed hereto. Each of the Revised Cure Amounts was made with the consent of the applicable counterparties.

4.      Any party seeking to object to the validity of the Cure Amount as determined by the Debtors on the Additional Agreements Schedule or otherwise assert that any other amounts, defaults, conditions or pecuniary losses must be cured or satisfied under any of the Additional Other Potentially Assigned Agreements in order for such contract or lease to be assumed and assigned, must file an objection (the "**Assumption/Assignment Objection**") that (a) is in writing; (b) sets forth the specific monetary amount the objector asserts to be due, and the specific types of the alleged defaults; pecuniary losses, accrued amounts and conditions to assignment and the support therefor; (c) attaches any applicable documentation in support of such claimed amount; (d) is filed with the Clerk of the Bankruptcy Court; and (e) is served on the following (collectively, the "**Notice Parties**") by no later than **4:00 p.m. (prevailing Eastern Time) on October 18, 2024** (the "**Assumption/Assignment Objection Deadline**"):

(a)     counsel for the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801, Attn: Michael R. Nestor (mnestor@ycst.com), Sean T. Greecher (sgreecher@ycst.com), and Allison S. Mielke (amielke@ycst.com);

(b)     counsel to the Prepetition Agent and the DIP Agent, (a) Katten Muchin Rosenman LLP, 525 W. Monroe Street, Chicago, Illinois 60661, Attn: Peter P. Knight (peter.knight@katten.com) and Allison E. Yager (allison.yager@katten.com), and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899, Attn: Curtis S. Miller (cmiller@morrisnichols.com);

(c)     the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov); and

(d)     proposed counsel to the Official Committee of Unsecured Creditors, (a) Kelley Drye & Warren LLP, 3 World Trade Center, New York, New York 10017, Attn: Eric R. Wilson (ewilson@kelleydrye.com) and Kristin S. Elliott (kelliott@kelleydrye.com), and (b) Morris James LLP, 500 Delaware Avenue,

---

modifications, side letters, memoranda of understanding, documents incorporated by reference, attachments and exhibits thereto.

Suite 1500, Wilmington, Delaware 19801, Attn: Eric J. Monzo (emonzo@morrisjames.com).

5. The Debtors shall file a notice identifying the Successful Bidder with the Bankruptcy Court and serve such notice upon parties in interest. The deadline for objecting to the assignment of the Additional Other Potentially Assigned Agreements to such Successful Bidder on the basis of adequate assurance of future performance ("**Adequate Assurance Objections**") shall be November 1, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "**Adequate Assurance Objection Deadline**").

6. Unless an Assumption/Assignment Objection is timely and properly filed and served before the Assumption/Assignment Objection Deadline or an Adequate Assurance Objection is timely raised before the Adequate Assurance Objection Deadline, the non-debtor party to an Additional Other Potentially Assigned Agreement shall (i) be forever barred from objecting to the Cure Amount and from asserting any additional cure or other amounts with respect to such Additional Other Potentially Assigned Agreement, and the Debtors and the Successful Bidder(s) shall be entitled to rely solely upon the Cure Amount; (ii) be deemed to have consented to any assumption and assignment to the Successful Bidder(s) of such Additional Other Potentially Assigned Agreement; and (iii) be forever barred and estopped from asserting or claiming against the Debtors or the Successful Bidder(s) that any additional amounts are due or other defaults exist, that conditions to assignment must be satisfied under such Additional Other Potentially Assigned Agreement or that there is any objection or defense to the assumption and assignment of such Additional Other Potentially Assigned Agreement.

7. Where a non-debtor counterparty to an Additional Other Potentially Assigned Agreement timely and properly files an objection asserting a cure amount higher or different than the proposed Cure Amount, (the "**Disputed Cure Amount**"), then (y) the cure amount shall be as agreed between the parties or (z) to the extent the parties are unable to consensually resolve the dispute, then the amount to be paid under section 365 of the Bankruptcy Code with respect to such Disputed Cure Amount will be determined at the Sale Hearing, or at such other date and time as may be fixed by the Bankruptcy Court. All other objections to the proposed assumption and assignment of an Additional Other Potentially Assigned Agreement will likewise be heard at the Sale Hearing, unless adjourned by agreement of the parties.

8. An Assumption/Assignment Objection shall not constitute an objection to the relief generally requested in the Bidding Procedures and Sale Motion. Parties wishing to otherwise object to the relief requested in the Sale Motion must file and serve a separate objection, stating with particularity such party's grounds for objection, on each of the Notice Parties listed above no later than **October 14, 2024 at 4:00 p.m. (prevailing Eastern Time)**.

9. If you agree with the Cure Amount indicated herein and on <u>Schedule A</u> and otherwise do not object to the Debtors' assignment of your lease or contract, you need not take any further action.

10. The Debtors' decision to assume and assign the Additional Other Potentially Assigned Agreements is subject to Bankruptcy Court approval and consummation of the sale of the Assets.

**Inclusion of any document on the Additional Agreements Schedule shall not constitute or be deemed to be a determination or admission by the Debtors or the Successful Bidder(s) that such document (including, for the avoidance of doubt, any Membership Agreement) is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code, and all rights with respect thereto are being expressly reserved.**

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 4, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>       sgreecher@ycst.com<br>       amielke@ycst.com<br>       tpowell@ycst.com<br>       rlamb@ycst.com<br>       bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## Schedule A

### Additional Agreements Schedule

| | CASE NUMBER | DEBTOR ENTITY | COUNTERPARTY | CONTRACT DESCRIPTION | REVISED CURE AMOUNT |
|---|---|---|---|---|---|
| 1 | 24-11686 | Blink Holdings, Inc. | Amazon Web Services, Inc.<br>c/o K&L Gates LLP<br>Attn: Brian T. Peterson<br>925 Fourth Avenue, Ste. 2900<br>Seattle, WA 98104 | AWS Customer Agreement | $43,319.58 |
| 2 | 24-11801 | Blink Fitness Franchising, Inc. | MotionSoft Inc.<br>Attn: Chief Financial Officer<br>1801 Rockville Ave, Ste. 501<br>Rockville, MD 20592 | Blink Fitness Franchisee Referral Agreement DTD 6/1/2020 | $0.00 |

**Schedule B**

**Revised Cure Amounts**

| REF. NO. ON INITIAL CURE SCHEDULE | CASE NUMBER | DEBTOR ENTITY | COUNTERPARTY | CONTRACT DESCRIPTION | REVISED CURE AMOUNT |
|---|---|---|---|---|---|
| 160 | 24-11724 | Blink Brentwood, Inc. | 480 Suffolk Avenue LLC c/o AD Real Estate Investors Inc. 45 Cuttermill Rd, Ste. 1 Great Neck, NY 11021 | Fourth Amendment to Lease DTD 2/21/2022 (Amends Lease Agreement DTD 6/20/2012) | $23,051.99 |
| 157 | 24-11724 | Blink Brentwood, Inc. | 480 Suffolk Avenue LLC c/o AD Real Estate Investors Inc. 45 Cuttermill Rd, Ste. 1 Great Neck, NY 11021 | Second Amendment to Lease DTD 10/25/2016 (Amends Lease DTD 6/20/2012) | $0.00 |
| 32 | 24-11705 | Blink Fulton Street, Inc. | 1413 Stathan Realty LLC c/o 1413 Fulton Management LLC 95-25 Queens Blvd, 10th Fl Rego Park, NY 11374 | Amendment of Lease DTD 7/22/2020 (Amends Lease DTD 10/11/2013) | $31,335.53 |
| 190 | 21-11788 | Blink Riverdale, Inc. | 5510-5520 Broadway LLC 5520 Broadway Bronx, NY 10463 | First Lease Amendment Agreement DTD 4/20/2016 (Amends Lease DTD 8/22/2014) | $43,376.83 |
| 413 | 24-11768 | Blink Concourse Holdings, Inc. | CP Associates LLC 7 Penn Plaza, Ste. 618 New York, NY 10001 | Store Lease Agreement 8/28/2012 DTD 8/28/2012 | $84,956.14 |

| REF. NO. ON INITIAL CURE SCHEDULE | CASE NUMBER | DEBTOR ENTITY | COUNTERPARTY | CONTRACT DESCRIPTION | REVISED CURE AMOUNT |
|---|---|---|---|---|---|
| 616 | 24-11686 | Blink Holdings, Inc. | Johnson Heath Tech North America Inc. Attn: Scott Robison 1600 Landmark Dr. Cottage Grove, WI 53527 | Supply and Pricing Agreement DTD 1/13/2016 | $0.00 |
| 617 | 24-11686 | Blink Holdings, Inc. | Johnson Heath Tech North America Inc. Attn: Scott Robison 1600 Landmark Dr. Cottage Grove, WI 53527 | US-In House Warranty Service Agreement DTD 4/19/2024 | $47,961.59 |
| 618 | 24-11686 | Blink Holdings, Inc. | Johnson Health Tech North America Inc. d/b/a Matrix Fitness Attn: Nicole Toay 1600 Landmark Dr. Cottage Grove, WI 53527 | 1st Amendment to Equipment Purchase Agreement DTD 1/1/2024 | $0.00 |
| 619 | 24-11686 | Blink Holdings, Inc. | Johnson Health Tech North America Inc. d/b/a Matrix Fitness Attn: Nicole Toay 1600 Landmark Dr. Cottage Grove, WI 53527 | Equipment Purchase Agreement DTD 11/14/2022 | $1,487,372.59 |
| 648 | 24-11746 | Blink Clifton, Inc. | Levin Properties LP c/o Levin Management Corp. P.O. Box 326 Plainfield, NJ 07061-0326 | Retail Lease DTD 2/3/2014 | $37,269.60[4] |

---

[4] Plus any valid obligations accrued or that become due under the lease on and after September 1, 2024 shall be satisfied in the ordinary course of business.

| REF. NO. ON INITIAL CURE SCHEDULE | CASE NUMBER | DEBTOR ENTITY | COUNTERPARTY | CONTRACT DESCRIPTION | REVISED CURE AMOUNT |
|---|---|---|---|---|---|
| 793 | 24-11741 | Blink Brookhurst, Inc. | PK II Brookhurst Center LP c/o Kimco Realty Corp. Attn: Legal Dept. 2429 Park Ave Tustin, CA 92782 | Letter Agreement DTD 6/21/2021 (Amends Lease DTD 9/27/2017) | $18,850.70 |
| 1093 | 24-11686 | Blink Holdings, Inc. | TD Equipment Finance Inc. Attn: Senior Manager 2059 Springdale Rd. Cherry Hill, NJ 08034 | Master Lease Schedule #40156243 DTD 2/24/2020 | $57,464.00 |