# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., et al.,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 433** |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF
## OBJECTION TO PROPOSED CURE AMOUNT

3560 WPR LLC and 3572 WPR LLC, by and through its undersigned counsel, hereby withdraws the *Objection to Proposed Cure Amount* without prejudice [Docket No. 433] filed on September 26, 2024.

Dated: October 3, 2024

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Morgan L. Patterson (DE Bar # 5388)
1313 North Market Street, Suite 1200
Wilmington, DE, US 19801
Telephone: (302) 252-4320
Email: morgan.patterson@wbd-us.com

-and-

Wojciech F. Jung
David M. Banker
950 Third Avenue, Suite 2400
New York, NY 10022
Telephone: (332) 258-8400
Email: wojciech.jung@wbd-us.com
         david.banker@wbd-us.com

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors

- and –

**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-4779
Email: steele@sillscummis.com

*Counsel for 3560 WPR LLC and 3572 WPR LLC*