## **CERTIFICATE OF SERVICE**

I, Morgan L. Patterson, do hereby certify that on October 4, 2024, I caused a copy of the **Notice of Withdrawal Without Prejudice to Objection to Proposed Cure Amount** to be served on the parties listed on the attached service list via Electronic Mail.

*/s/ Morgan L. Patterson*
Morgan L. Patterson (DE Bar No. 5388)

**SERVICE LIST**

| | |
|---|---|
| *Counsel to the Debtors*<br>Young Conaway Stargatt & Taylor, LLP<br>Attn: Michael R. Nestor<br>         Sean T. Greecher<br>         Allison S. Mielke<br>Rodney Square, 1000 N. King Street<br>Wilmington, Delaware 19801<br>Email:  mnestor@ycst.com<br>           sgreecher@ycst.com<br>           amielke@ycst.com | **Counsel to the Prepetition Agent**<br>**and the DIP Agent**<br>Katten Muchin Rosenman LLP<br>Attn: Peter P. Knight<br>         Allison E. Yager<br>525 W. Monroe Street<br>Chicago, Illinois 60661<br>Email: peter.knight@katten.com<br>           allison.yager@katten.com |
| **Counsel to the Prepetition Agent**<br>**and the DIP Agent**<br>Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Curtis S. Miller<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>Email: cmiller@morrisnichols.com | *Counsel to the Committee*<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>New York, New York 10017<br>Attn: Eric R. Wilson<br>         Kristin S. Elliott<br>Email: ewilson@kelleydrye.com<br>           kelliott@kelleydrye.com |
| *Counsel to the Committee*<br>Morris James LLP<br>Attn: Eric J. Monzo<br>500 Delaware Avenue, Suite 1500,<br>Wilmington, Delaware 19801,<br>Email: emonzo@morrisjames.com | Office of the United States Trustee<br>for the District of Delaware<br>Attn. Benjamin A. Hackman<br>844 King Street, Suite 2207,<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Email: benjamin.a.hackman@usdoj.gov |