IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 347 |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED ORDER WAIVING CERTAIN PROOF
OF CLAIM REQUIREMENTS FOR THE EQUINOX ENTITIES**

Ricardo Palacio, an attorney with the law firm of Ashby & Geddes, P.A., counsel to Equinox Group, LLC and Equinox Holdings Inc. (together, "**Equinox**" and, Equinox, along with its Affiliates[2] and Insiders, collectively, the "**Equinox Entities**"), hereby certifies the following:

1.  On August 12, 2024 (the "**Petition Date**"), Blink Holdings, Inc. and its affiliated debtors (collectively, the "**Debtors**"), filed voluntary petitions (collectively, the "**Chapter 11 Cases**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

2.  On August 23, 2024, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed the Official Committee of Unsecured Creditors in the Chapter 11 Cases [D.I. 109] (the "**Committee**").

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the counsel for the Debtors.

[2] Capitalized terms used but not defined herein shall having the meaning ascribed to such terms in Section 101 of the Bankruptcy Code.

3. On September 10, 2024 the Court entered an order [D.I. 347] (the "**Bar Date Order**") that, among other things, established the general bar date for filing proofs of claim and procedures that require that each proof of claim be filed against only one Debtor and clearly indicate the Debtor against which the claim is asserted. *See* Bar Date Order at ¶7.e.

4. Notwithstanding the requirements of the Bar Date Order, the Debtors and Equinox, through their respective counsel, met and conferred regarding the filing of proofs of claim by the Equinox Entities against the Debtors. In particular, Equinox requested that the Equinox Entities each be permitted to include all claims of a particular Equinox Entity on a single or "master" proof of claim, rather than filing separate proofs of claim against each Debtor entity. The Debtors agreed to such request provided each such proof of claim allocates the asserted obligations set forth therein to a specific Debtor, as the case may be.

5. To reflect the Parties' agreement, the Parties have agreed to a form of order, attached hereto as **Exhibit A** (the "**Proposed Order**"), authorizing the Equinox Entities to each file a single proof of claim solely in the chapter 11 case of Blink Holdings, Inc., Case No. 24-11686 (JKS), and such proof of claim will be deemed to be filed in each of the Debtors' jointly administered Chapter 11 Cases.

WHEREFORE, Equinox respectfully requests entry of the Proposed Order at the Court's earliest convenience.

| | |
|---|---|
| Dated: October 8, 2024<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br> /s/ *Ricardo Palacio*<br>Ricardo Palacio, Esq. (Del. Bar No. 3765)<br>Destiny Kosloske (AL Bar No. 2983W00U)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Email: rpalacio@ashbygeddes.com<br>       dkosloske@ashbygeddes.com<br><br>-and-<br><br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>Lisa M. Schweitzer, Esq.<br>Thomas S. Kessler, Esq.<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2000<br>Email: lschweitzer@cgsh.com<br>       tkessler@cgsh.com<br><br>*Counsel for Equinox Group, LLC and Equinox Holdings Inc.* |