**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 470** |

**NOTICE OF WITHDRAWAL OF CERTIFICATION OF COUNSEL REGARDING
PROPOSED ORDER WAIVING CERTAIN PROOF OF CLAIM REQUIREMENTS
<u>FOR THE EQUINOX ENTITIES</u>**

**PLEASE TAKE NOTICE** that Equinox Group, LLC and Equinox Holdings Inc. (together, "**Equinox**" and, Equinox, along with its Affiliates and Insiders, collectively, the "**Equinox Entities**"), hereby withdraws the *Certification of Counsel Regarding Proposed Order Waiving Certain Proof of Claim Requirements for the Equinox Entities* [D.I. 470].

| | |
|---|---|
| Dated: October 8, 2024<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br> */s/ Ricardo Palacio*<br>Ricardo Palacio, Esq. (Del. Bar No. 3765)<br>Destiny Kosloske (AL Bar No. 2983W00U)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Email:  rpalacio@ashbygeddes.com<br>          dkosloske@ashbygeddes.com<br><br>-and- |

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the counsel for the Debtors.

{02058116;v1 }

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Lisa M. Schweitzer, Esq.
Thomas S. Kessler, Esq.
One Liberty Plaza
New York, NY  10006
Telephone: (212) 225-2000
Email: lschweitzer@cgsh.com
          tkessler@cgsh.com

*Counsel for Equinox Group, LLC and Equinox Holdings Inc.*