# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 347 & |

**ORDER WAIVING CERTAIN**
**PROOF OF CLAIM REQUIREMENTS FOR THE EQUINOX ENTITIES**

Upon consideration of the *Certification of Counsel Regarding Proposed Order Waiving Certain Proof of Claim Requirements for the Equinox Entities* (the "**Certification of Counsel**");[2] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that venue of the Chapter 11 Cases and the Certification of Counsel in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that it may enter a final order consistent with Article III of the United States Constitution; and after due deliberation thereon; and this Court having found that the relief herein is in the best interests of the Debtors' estates; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Certification of Counsel.

1. Notwithstanding anything to the contrary set forth in the Bar Date Order, Equinox and its Affiliates[3] and Insiders each shall be authorized to file a single proof of claim (the "**Proof of Claim**") solely in the chapter 11 case of Blink Holdings, Inc., Case No. 24-11686 (JKS), and each such Proof of Claim will be deemed to be filed in each of the Debtors' jointly administered Chapter 11 Cases against which a claim is asserted, provided that each Proof of Claim shall separately describe the basis for and allocate the asserted obligations set forth therein to a specific Debtor, as the case may be.

2. Subject to the provisions of the above paragraph 1, the Bar Date Order shall continue in full force and effect and shall not be modified by this Order.

3. Nothing herein shall constitute an acknowledgment or finding with respect to any parties' rights relative to the Proof of Claim, and any and all parties' rights, claims, and defenses with respect thereto are reserved. This Order shall not be used for any purposes other than as expressly set forth herein.

4. Equinox and the Debtors are each authorized to take any and all actions necessary to effectuate the relief granted in this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

---

[3] Affiliates and Insiders shall have the meaning ascribed to such terms in Section 101 of the Bankruptcy Code.