IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> BLINK HOLDINGS, INC., *et al.*,[1] | Chapter 11 <br><br> Case No. 24-11686 (JKS) <br><br> (Jointly Administered) <br><br> **Ref. Docket No. 179** |

**FIRST SUPPLEMENTAL DECLARATION OF BARAK KLEIN
IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF ORDER
AUTHORIZING EMPLOYMENT AND RETENTION OF MOELIS & COMPANY LLC
AS FINANCIAL ADVISOR, PLACEMENT AGENT AND INVESTMENT BANKER
EFFECTIVE AS OF THE PETITION DATE**

I, Barak Klein, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a Managing Director at the investment banking firm of Moelis & Company LLC ("Moelis").

2. On or about August 20, 2024, I submitted the *Declaration of Barak Klein in Support of Debtors' Application for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Financial Advisor, Placement Agent and Investment Banker Effective as of the Petition Date* (the "Initial Declaration"),[2] attached as Exhibit B to the *Debtors' Application for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Debtors' Investment Banker Effective as of the Petition Date* (the "Application") [D.I. 94].

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application or the Initial Declaration.

32222291.1

3. On September 6, 2024, the Court entered the *Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date* (the "Retention Order") [D.I. 179].

4. I am authorized to submit this first supplemental declaration (this "First Supplemental Declaration") on behalf of Moelis to supplement the disclosures set forth in the Initial Declaration.

5. The facts set forth in this First Supplemental Declaration are based upon my personal knowledge, upon information and belief, or upon client matter records kept in the ordinary course of business that were reviewed either by me or other employees of Moelis under my supervision and direction. If called and sworn as a witness, I could testify competently to the facts set forth herein.

## SUPPLEMENTAL DISCLOSURES

6. My Initial Declaration disclosed relationships between Moelis and certain Potential Parties in Interest (or their known affiliates as the case may be) within the past three years (the "Connections Check Time Period"), all of which were in matters unrelated to these cases.

7. Moelis recently identified certain additional relationships between Moelis and Emanuel R. Pearlman ("Mr. Pearlman") during the Connections Check Time Period. Mr. Pearlman was appointed as independent director to serve as the sole member of the special restructuring committee for each of the Debtors' boards of directors.

8. Following Moelis' engagement by the Debtors, Mr. Pearlman was one of a few independent director candidates that were recommended by Moelis in response to a request by the Debtors for possible candidates to serve in the above capacity in connection with their Chapter 11 Cases.

32222291.1

9. Mr. Pearlman has previously worked with, or been involved in transactions with, Moelis or its affiliates in matters unrelated to the Debtors and their Chapter 11 Cases, including the following:

- Mr. Pearlman previously served as independent director for Empire Resorts, Inc., while Moelis served as investment banker and financial advisor for Empire Resorts, Inc. and certain of its affiliates. These engagements have concluded and were unrelated to the Debtors and their Chapter 11 Cases.

- Mr. Pearlman previously served as independent director for Fountainebleau Florida Hotel LLC ("Fountainebleau"), while Moelis served as investment banker and financial advisor for Fountainebleau and certain of its affiliated entities. This engagement has concluded and was unrelated to the Debtors and their Chapter 11 Cases.

- Mr. Pearlman previously served as a director for Associated Materials, LLC ("Associated"), while Moelis served as investment banker and financial advisor for Associated and certain of its affiliates. This engagement has concluded and was unrelated to the Debtors and their Chapter 11 Cases.

- Mr. Pearlman was an independent director and investor in connection with certain special purpose acquisition companies ("SPACs") prior to and during the Connections Check Time Period (which directorship concluded in December 2022) where Moelis & Company Group LP (parent of Moelis) and certain of Moelis' officers, directors and employees were also investors, officers, directors and/or managing members in relation to such SPACs. Moelis acted as underwriter and financial advisor to certain of the SPACs.

32222291.1

3

Mr. Pearlman is also currently a co-defendant with Kenneth Moelis (chairman and CEO of Moelis & Company), Moelis & Company LLC and Moelis & Company Group LP, among other defendants, in a pending litigation proceeding relating to one of such SPACs. All such SPACs referenced herein and the aforementioned litigation proceeding are unrelated to the Debtors and their Chapter 11 Cases.

10. Notwithstanding the above, I believe that Moelis remains a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the interests of the Debtors.

11. Accordingly, I believe that Moelis remains disinterested and eligible for retention by the Debtors in these Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 9th day of October 2024.

*/s/ Barak Klein*
Barak Klein
Managing Director
Moelis & Company LLC

32222291.1

4