# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 3, 2024, I caused to be served the *letter* "Re: Pinnacle US Holdings LLC Adequate Assurance of Future Performance," dated October 3, 2024, the content of which is confidential and therefore not included, by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 108-118 LLC | 102-10 METROPOLITAN AVE, STE 200 FOREST HILLS NY 11375 |
| 108-18 LLC | 102-10 METROPOLITAN AVE, STE 200 FOREST HILLS NY 11375 |
| 119 PARK SLOPE LLC | C/O LINCOLN OAK MANAGEMENT LLC 314 W 92ND ST, #1R NEW YORK NY 10025 |
| 125 PARK OWNER LLC | C/O SL GREEN REALTY CORP 420 LEXINGTON AVE NEW YORK NY 10170 |
| 125 PARK OWNER LLC | ATTN: BRETT HERSCHENFELD 420 LEXINGTON AVENUE, SUITE 1800 NEW YORK NY 10170 |
| 130-20 FARMERS LLC | C/O PLATTE, KLARSFELD, LEVINE ATTN JEFFREY M PLATTE, ESQ 10 E 40TH ST, 46TH FL NEW YORK NY 10016 |
| 130-20 FARMERS LLC | ATTN OREN SAUBERMAN 97-77 QUEENS BLVD, STE 620 REGO PARK NY 11374 |
| 130-20 FARMERS LLC | 97-77 QUEENS BLVD, STE 620 REGO PARK NY 11374 |
| 134-140 SMITH LLC | C/O PARAMOUNT ASSETS LLC 142 BROAD ST, 2ND FL ELIZABETH NJ 07201 |
| 13602 JAMAICA AVENUE LLC | C/O SOLIL MANAGEMENT LLC 1185 6TH AVE NEW YORK NY 10036 |
| 137-139 WEST 116TH STREET HDFC | C/O JLP METRO MANAGEMENT INC 3397 E TREMONT AVE BRONX NY 10461 |
| 1413 STATHAN REALTY LLC | C/O 1413 FULTON MANAGEMENT LLC 95-25 QUEENS BLVD, 10TH FL REGO PARK NY 11374 |
| 15 REALTY MANAGEMENT LLC | 26 S VALLEY RD WEST ORANGE NJ 07052 |
| 16302 JAMAICA AVE LLC | C/O SOL GOLDMAN INVESTMENTS LLC 640 5TH AVE NEW YORK NY 10003 |
| 16302 JAMAICA AVE LLC | 640 5TH AVE, 3RD FL NEW YORK NY 10019 |
| 2 FERRY LLC | C/O PARAMOUNT ASSETS LLC ATTN HOWARD BERMAN, ESQ 142 BROAD ST, 2ND FL ELIZABETH NJ 07201 |
| 200 EAST FRONT ET AL | PARAMOUNT ASSETS 142 BROAD ST, 2FL ELIZABETH NJ 07201 |
| 2146 NOSTRAND AVENUE ASSOCIATES LLC | C/O ACHS MANAGEMENT CORP 1412 BROADWAY, 3RD FL NEW YORK NY 10018 |
| 22-26 FLATBUSH LLC | ATTN T RICHARD LITTON, PRES 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| 22-26 FLATBUSH LLC | ATTN MANAGER 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| 2374 CONCOURSE ASSOCIATES LLC | C/O COMJEM ASSOCIATES LTD 1430 BROADWAY, STE 1505 NEW YORK NY 10018 |
| 2374 CONCOURSE ASSOCIATES LLC | 1430 BROADWAY, STE 1505 NEW YORK NY 10018 |
| 250 UTICA OWNERS LLC | C/O JACKSON PROPERTY MANAGEMENT LLC 45 BROADWAY, STE 1850 NEW YORK NY 10006 |
| 250 UTICA OWNERS LLC | ATTN GABRIEL CHEHEBAR C/O JACKSON GROUP HOLDINGS LLC 45 BROADWAY, STE 1850 NEW YORK NY 10006 |
| 2857 W 8TH ST ASSOCIATES LLC | C/O STEVEN SAMUELS 1960 BAY BLVD ATLANTIC BEACH NY 11509 |
| 2857 WEST 8TH STREET ASSOCIATES LLC | C/O REZNICK LAW PLLC ATTN FELIX REZNICK 323 SUNNY ISLES BLVD, 7TH FL SUNNY ISLES FL 33160 |
| 2857 WEST 8TH STREET DEVELOPERS LLC | C/O REZNICK LAW PLLC ATTN FELIX REZNICK 323 SUNNY ISLES BLVD, 7TH FL SUNNY ISLES FL 33160 |
| 2883 THIRD AVE REALTY ASSOCIATES | ATTN JOE JEMAL 110 WEST 34TH ST, 9 FL NEW YORK NY 10001 |
| 2883 THIRD AVENUE REALTY ASSOCIATES | C/O ISJ MANAGEMENT CORP 110 W 34TH ST, 9TH FL NEW YORK NY 10001 |
| 2917 3RD AVE REALTY INC | C/O ACHS MANAGEMENT CORP 1412 BROADWAY, 3RD FL NEW YORK NY 10018 |
| 30 JOURNAL SQUARE PARTNERS LLC | ATTN TRENT TAYLOR 85 CHALLENGER RD, STE 501 RIDGEFIELD PARK NJ 07660 |
| 301-303 WEST 125 LLC | C/O ACHS MANAGEMENT CORP 1412 BROADWAY, 3RD FL NEW YORK NY 10018 |
| 324 KNICKERBOCKER ASSOCIATES LLC | 258-01 HILLSIDE AVE FLORAL PARK NY 11004 |
| 3560 WPR LLC | ATTN MARK IRGANG 121 TWEED BOULEVARD NYACK NY 10960 |
| 3560 WPR LLC | C/O IRGANG GROUP ATTN MARK IRGANG 121 TWEED BLVD NYACK NY 10960 |
| 3572 WPR LLC | ATTN MARK IRGANG 121 TWEED BOULEVARD NYACK NY 10960 |
| 3572 WPR LLC | C/O IRGANG GROUP ATTN MARK IRGANG 121 TWEED BLVD NYACK NY 10960 |
| 358 N BROADWAY CAPITAL LLC | 10 STATE HOUSE SQ, 15TH FL HARTFORD CT 06103 |
| 399 KNICKERBOCKER LLC | C/O JENEL MANAGEMENT CORP 275 MADISON AVE NEW YORK NY 10016 |
| 4221 BROADWAY OWNER LLC | ATTN AGENT 1465A FLATBUSH AVE BROOKLYN NY 11210 |
| 451 REALTY MANAGEMENT LLC | 26 S VALLEY RD WEST ORANGE NJ 07052 |
| 451 REALTY MANAGEMENT LLC | ATTN ABRAHAM KINSTLINGER, ESQ 9 ATLANTIC ST HACKENSACK NJ 07601 |
| 480 SUFFOLK AVENUE LLC | C/O NAVID AMINZADEH, ESQ 600 LEXINGTON AVE, 10TH FL NEW YORK NY 10017 |
| 480 SUFFOLK AVENUE LLC | C/O AD REAL ESTATE INVESTORS INC 45 CUTTERMILL RD, STE 1 GREAT NECK NY 11021 |
| 4TH AVENUE DEVELOPMENT II LLC | C/O GREYSTONE PROPERTY DEV II CORP 152 W 57TH ST, 60TH FL NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| 5 BRYANT PARK PROPERTY INVESTORS IV LLC | C/O SAVANNAH REAL ESTATE FUNDS 430 PARK AVE, 12TH FL NEW YORK NY 10022 |
| 5111 4TH AVE EQUITY REALTY | C/O ABRAHAM NEUHAUS LLC ATTN ABRAHAM NEUHAUS ESQ 124 BENJAMIN ST TOMS RIVER NJ 08755 |
| 5111 4TH AVE EQUITY REALTY HOLDINGS LLC | C/O ABRAHAM NEUHAUS LLC ATTN ABRAHAM NEUHAUS ESQ 124 BENJAMIN ST TOMS RIVER NJ 08755 |
| 5111 4TH AVE EQUITY REALTY HOLDINGS LLC | 1368 38TH ST BROOKLYN NY 11218 |
| 5510-5520 BROADWAY LLC | 5520 BROADWAY BRONX NY 10463 |
| 582 CENTRAL LLC | C/O PARAMOUNT ASSETS LLC 142 BROAD ST, 2ND FL ELIZABETH NJ 07201 |
| 582 CENTRAL LLC | ATTN HOWARD BERMAN, ESQ 142 BROAD ST, 2ND FL ELIZABETH NJ 07201 |
| 582 CENTRAL URBAN RENEWAL LLC | 600 CENTRAL AVE EAST ORANGE NJ 07018 |
| 631 TREMONT LLC | 138-64 63RD AVE FLUSHING NY 11367 |
| 645 EAST TREMONT LLC | C/O PORTA BELLA 38 W 34TH ST NEW YORK NY 10001 |
| 663 MAIN MASTER TENANT LLC | 87 HALSEY ST, 2ND FLOOR NEWARK NJ 07102 |
| 663 MAIN URBAN RENEWAL LLC | ATTN MANAGER 45 ACADEMY ST, STE 503 NEWARK NJ 07102 |
| 78-14 ROOSEVELT LLC | C/O COMJEM ASSOCIATES LTD 1430 BROADWAY, STE 1505 NEW YORK NY 10018 |
| 833 FLATBUSH LLC | C/O JEM REALTY MGMT INC 1430 BROADWAY, STE 1103 NEW YORK NY 10018 |
| 833 FLATBUSH LLC | C/O JEM REALTY MGMT INC ATTN ALAN JEMAL 1430 BROADWAY, STE 1103 NEW YORK NY 10018 |
| 874 SPRINGFIELD LLC | 45 ACADEMY ST, 5TH FL NEWARK NJ 07102 |
| 874 SPRINGFIELD LLC | C/O PARAMOUNT ASSETS LLC 142 BROAD ST, 2ND FL ELIZABETH NJ 07201 |
| 874 SPRINGFIELD LLC | C/O JEM REALTY MANAGEMENT INC ATTN ALAN JEMAL, MEMBER 1430 BROADWAY, STE 1103 NEW YORK NY 10018 |
| 886 BROADWAY LLC | C/O TRANSITIONS ACQUISITIONS LLC ATTN PHIL POPWITZ, ESQ 232 BROADWAY, STE 400 BROOKLYN NY 11211 |
| 886 BROADWAY LLC | ATTN MORDECHAI GETZ 232 BROADWAY, STE 400 BROOKLYN NY 11211 |
| 932 SOUTHERN BOULEVARD REALTY LLC | C/O FALCON RETAIL LLC 766 SHREWSBURY AVE, STE 306 TINTON FALLS NJ 07724 |
| 932 SOUTHERN BOULEVARD REALTY LLC | C/O AB CAPSTONE 215-15 NORTHERN BLVD, 3RD FL BAYSIDE NY 10016 |
| 932 SOUTHERN BOULEVARD REALTY LLC | C/O AB CAPSTONE 215-15 NORTHERN BLVD, 3RD FL BAYSIDE NY 11361 |
| 933 SOUTHERN BLVD REALTY LLC | C/O FALCON RETAIL LLC 766 SHREWSBURY AVE, STE 306 TINTON FALLS NJ 07724 |
| 961 SOUTHERN BOULEVARD PARTNERS LLC | C/O JEM REALTY MANAGEMENT INC 1430 BROADWAY, STE 1103 NEW YORK NY 10018 |
| ANN/NASSAU REALTY INC | C/O FRIEDMAN MANAGEMENT CO 770 LEXINGTON AVE, 18TH FL NEW YORK NY 10065 |
| ANN/NASSAU REALTY LLC | ATTN TODD MAGAZINE 386 PARK AVE S, 16TH FL NEW YORK NY 10016 |
| ANN/NASSAU REALTY LLC | C/O FRIEDMAN MANAGEMENT CO 770 LEXINGTON AVE, 18TH FL NEW YORK NY 10065 |
| BALLARD SPAHR LLP, COUNSEL TO THE | 'LANDLORDS', LESLIE C. HEILMAN, LAUREL D ROGLEN & MARGARET A. VESPER 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801-3034 |
| BANK LEUMI USA | ATTN VP 579 5TH AVE NEW YORK NY 10017 |
| BANK OF AMERICA NA | ATTN CLOSING COORDINATOR 214 NORTH TRYON ST NC1-027-20-03 CHARLOTTE NC 28255 |
| BDG 115 LAND LLC | C/O BLUMENFELD DEVELOPMENT GROUP LTD 300 ROBBINS LN SYOSSET NY 11791 |
| BERMUDA REALTY LLC | 15 OCEAN AVE BROOKLYN NY 11225 |
| BETHPAGE FEDERAL CREDIT UNION | 899 S OYSTER BAY RD BETHPAGE NY 11714 |
| BOERUM PLACE LLC | ATTN REAL ESTATE DEPT 1946 CONEY ISLAND AVENUE BROOKLYN NY 11223 |
| BROADHOLLOW/PINELAWN CW NF LLC | C/O WK EQUITIES 500 BI-COUNTY BLVD, STE 230S FARMINGDALE NY 11735 |
| BROADHOLLOW/PINELAWN CW NF LLC | C/O WACHTLER KNOPF EQUITIES 500 BI-COUNTY BLVD, STE 230S FARMINGDALE NY 11735 |
| BROADHOLLOW/PINELAWN JES NF LLC | C/O WK EQUITIES 500 BI-COUNTY BLVD, STE 230S FARMINGDALE NY 11735 |
| BROADHOLLOW/PINELAWN JES NF LLC | C/O WACHTLER KNOPF EQUITIES 500 BI-COUNTY BLVD, STE 230S FARMINGDALE NY 11735 |
| BROOKS SHOPPING CENTERS LLC | C/O MARX REALTY 10 GRAND CENTRAL 155 E 44TH ST, 7TH FL NEW YORK NY 10017 |
| BROOKS SHOPPING CENTERS LLC | C/O MACERICH MGMT CO AS AGENT 401 WILSHIRE BLVD, STE 700 SANTA MONICA CA 90401 |
| BROOKS SHOPPING CENTERS LLC | C/O MACERICH MGMT CO AS AGENT ATTN LEGAL DEPT 401 WILSHIRE BLVD, STE 700 SANTA MONICA CA 90401 |
| C & C MANAGEMENT LLC | C/O COVINGTON REALTY SERVICES INC 270 W 123RD ST, GRND FL NEW YORK NY 10027 |

| Claim Name | Address Information |
|---|---|
| CHARLES E. BOULBOL, P.C. | COUNSEL TO 78-14 ROOSEVELT LLC CHARLES E. BOULBOL 26 BROADWAY, 17TH FLOOR NEW YORK NY 10004 |
| CHELSEA W26 LLC | C/O ARTIMUS 316 W 118TH ST NEW YORK NY 10026 |
| CHELSEA W26 LLC | C/O K&R REALTY MANAGEMENT 316 W 118TH ST NEW YORK NY 10026 |
| CHELSEA W26 LLC | C/O ARTIMUS ATTN BENJAMIN F KURSMAN, ESQ 37W 65TH ST NEW YORK NY 10174 |
| CITIGROUP GLOBAL MARKETS REALTY CORP | ATTN CMBS REAL ESTATE LEGAL NOTICES 388 GREENWICH ST, 19TH FL NEW YORK NY 10013 |
| COMPASS BANK | ATTN BILL KNICKERBOCKER, SVP 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| CONNOLLY GALLAGHER LLP | COUNSEL TO KRE BROADWAY OWNER LLC & AI CALIFORNIA LLC, KAREN C. BIFFERATO, ESQ., 1201 NORTH MARKET STREET, 20TH FL WILMINGTON DE 19801 |
| COUNTRY LEASING LIMITED PARTNERSHIP | C/O LEFRAK ORGANIZATION INC 40 W 57TH ST, 23RD FL NEW YORK NY 10019 |
| COUNTRY LEASING LIMITED PARTNERSHIP | ATTN VP 40 W 57TH ST, 23RD FL NEW YORK NY 10019 |
| COUNTRY LEASING LP | ATTN MARYLOU BERK, COMMERCIAL DEPT 40 W 57TH ST, 23RD FL NEW YORK NY 10019 |
| CP ASSOCIATES LLC | 7 PENNSYLVANIA PLAZA, 11TH FL NEW YORK NY 10001 |
| CP ASSOCIATES LLC | 7 PENN PLAZA, STE 618 NEW YORK NY 10001 |
| DERP ASSOCIATES LLC | C/O DANS SUPREME SUPERMARKETS INC ATTN RICHARD GROBMAN 474 FULTON AVE HEMPSTEAD NY 11550 |
| DVCI CDE II LLC | C/O DUDLEY VENTURES LLC 22 E JACKSON ST PHOENIX AZ 85004 |
| E 54TH STREET PARTNERS LLC | C/O JTRE 385 5TH AVE NEW YORK NY 10016 |
| EAST 54TH STREET PARTNERS LLC | ATTN: JACK TERZI C/O JTRE 362 5TH AVE, 12TH FL NEW YORK NY 10001 |
| EIB GRAND CONCOURSE LLC | C/O VANBARTON GROUP LLC ATTN LEGAL DEPT 292 MADISON AVE, 7TH FL NEW YORK NY 10017 |
| EIB GRAND CONCOURSE LLC | C/O EMMES ASSET MANAGEMENT CO LLC 420 LEXINGTON AVE, STE 900 NEW YORK NY 10170 |
| EQUITY ONE (NORTHEAST PORTFOLIO) INC | C/O EQUITY ONE INC 410 PARK AVE, STE 1220 NEW YORK NY 10022 |
| ESTATE OF FLORENCE POLIZZOTTO | 6911 18TH AVE BROOKLYN NY 11204 |
| FIRST REPUBLIC BANK | ATTN LOAN SERVICING DEPT 111 PINE ST SAN FRANCISCO CA 94111 |
| FLATBUSH RETAIL ASSOCIATES LLC | ATTN T RICHARD LITTON, PRES 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| FLATBUSH RETAIL ASSOCIATES LLC | ATTN MANAGER 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| FLUSHING SAVINGS BANK FSB | 144-51 NORTHERN BLVD FLUSHING NY 11354 |
| FORDEC REALTY CORP | C/O ZANE & RUDOFSKY ATTN ERIC S HOROWITZ, ESQ 601 W 26TH ST, STE 1315 NEW YORK NY 10001 |
| FORDEC REALTY CORP | C/O BROADWAY WEST ENTERPRISES LTD 234 W 56TH ST NEW YORK NY 10019 |
| FW IL-RIVERSIDE/RIVERS EDGE LLC | C/O REGENCY CENTERS CORP ATTN LEASE ADMIN 1 INDEPENDENT DR, STE 114 JACKSONVILLE FL 32202-5019 |
| GATES AVE PROPERTIES LLC | ATTN GENERAL COUNSEL 6321 NEW UTRECHT AVE BROOKLYN NY 11219 |
| GLENN AGRE BERGMAN & FUENTES LLP | COUNSEL TO SL GREEN REALTY CORP ANDREW K. GLENN & MALAK S. DOSS 1185 AVE OF THE AMERICAS, 22ND FLOOR NEW YORK NY 10036 |
| GNDP HOLDINGS LLC | C/O LINEAGE PROPERTIES ATTN EPHRAIM FRUCHTHANDLER 1 STATE ST, 32ND FL NEW YORK NY 10004 |
| GORON PROPERTY INC | C/O GORON PROPERTIES 203 MESEROLE AVE BROOKLYN NY 11222 |
| GRAND BALDWIN ASSOCIATES | ATTN VP 895 BROADWAY, 3RD FL NEW YORK NY 10003 |
| GRAND BALDWIN ASSOCIATES | C/O ROSEN ASSOCIATES ATTN VICE PRESIDENT 33 S SERVICE RD JERICHO NY 11753 |
| GSB NMTC INVESTOR LLC (AS ADMIN AGENT) | C/O GOLDMAN SACHS BANK USA ATTN JAMES PATCHETT 200 WEST ST NEW YORK NY 10282-2198 |
| GWB BUS STATION & INFRASTRUCTURE DEV | FUND LLC, C/O D'AGOSTINO LEVINE LANDSMAN & LEDERMAN LLP, ATTN BRIAN T SAMPSON, ESQ, 345 7TH AVE, 23RD FL NEW YORK NY 10001 |
| GWB BUS STATION DEV VENTURE LLC | C/O P/A ASSOCIATES 250 W 57TH ST, STE 1120 NEW YORK NY 10107 |
| GWB BUS STATION DEVELOPMENT VENTURE LLC | C/O ACKERMAN SENTERFITT LLP ATTN STEVEN P POLIVY, ESQ 335 MADISON AVE, 26TH FL NEW YORK NY 10017 |
| HAMILTON KANE MARTIN ENTERPRISES INC | C/O SALAMON GRUBER BLAYOMORE ATTN MICHAEL D BLAYMORE, ESQ 97 POWERHOUSE RD ROSLYN HEIGHTS NY 11577 |

| Claim Name | Address Information |
|---|---|
| HAMILTON KANE MARTIN ENTERPRISES INC | 170 BULL PATH EAST HAMPTON NY 11932 |
| ISRAEL DISCOUNT BANK OF NEW YORK | 511 5TH AVE NEW YORK NY 10017 |
| JASPAN SCHLESINGER NARENDRAN LLP | COUNSEL TO 480 SUFFOLK SOPHIA A. PERNA-PLANK, ESQ. 300 GARDEN CITY PLAZA, 5TH FLOOR GARDEN CITY NY 11530 |
| JOSEPH, BERNARD | ADDRESS ON FILE |
| JOURNAL SQUARE PROPERTIES LLC | 165 W 73RD ST NEW YORK NY 10023 |
| JPMORGAN CHASE BANK NA | ATTN LANRE WILLIAMS, ESQ/REAL ESTATE COUNSEL 237 PARK AVE, 12TH FL NEW YORK NY 10017 |
| JPMORGAN CHASE BANK NA | 383 MADISON AVE NEW YORK NY 10179 |
| JTRE 23 WS (DEL) LLC | ATTN: JACK TERZI C/O JTRE 362 5TH AVE, 12TH FL NEW YORK NY 10001 |
| KRE BROADWAY OWNER LLC | ATTN MANAGING PRINCIPAL 100 N PACIFIC COAST HWY, STE 1925 EL SEGUNDO CA 90245 |
| KRE BROADWAY OWNER LLC | ATTN MANAGING PRINCIPAL 222 N SEPULVEDA BLVD, STE 2350 EL SEGUNDO CA 90245 |
| KRE BROADWAY OWNER LLC | 222 N SEPULVEDA BLVD, STE 2350 EL SEGUNDO CA 90245 |
| L&M MASTER FUND SERIES B | 116 117 OWNER LLC 1865 PALMER AVE, 2ND FL LARCHMONT NY 10538 |
| LANDESBANK HESSEN-THURINGEN GIROZENTRALE | ATTN GENERAL MANAGER 420 FIFTH AVE, 24TH FL NEW YORK NY 10018-2729 |
| LASSER HOCHMAN, LLC | COUNSEL TO GRAND BALDWIN ASSOCIATES RICHARD L. ZUCKER, ESQ. 75 EISENHOWER PARKWAY, SUITE 120 ROSELAND NJ 07068 |
| LEECH TISHMAN FUSCALDO & LAMPL | COUNSEL TO CP ASSOCIATES LLC JEFFREY M. CARBINO 1007 N. ORANGE STREET, SUITE 420 WILMINGTON DE 19801 |
| LEECH TISHMAN ROBINSON BROG, PLLC | COUNSEL TO CP ASSOCIATES LLC CLEMENT K YEE,ONE DAG HAMMARSKJOLD PLAZA 885 SECOND AVENUE, 3RD FLOOR NEW YORK NY 10017 |
| LEVIN PROPERTIES LP | C/O LEVIN MANAGEMENT CORP PO BOX 326 PLAINFIELD NJ 07061-0326 |
| LEVIN PROPERTIES, L.P. | ATTN: JOHN VESSIE PHILLIPS & ASSOCIATES, PLLC 45 BROADWAY, SUITE 430 NEW YORK NY 10006 |
| LIBERTY AVENUE DEVELOPMENT LLC | ATTN RICHARD GROBMAN 474 FULTON AVE HEMPSTEAD NY 11550 |
| LIBERTY SQUARE IN OZONE PARK LLC | C/O REDA GROUP LTD ATTN JOSPEH YUNASON 71-13 AUSTIN ST FOREST HILLS NY 11375 |
| LIBERTY SQUARE IN ZONE PARK LLC | C/O REDA GROUP LTD ATTN JOSEPH YUNASON 71-13 AUSTIN ST FOREST HILLS NY 11375 |
| LIIF SUB-CDE XVII LLC | C/O LOW INCOME INVESTMENT FUND 100 PINE ST, STE 1800 SAN FRANCISCO CA 94111 |
| LINDEN COMMONS RETAIL LLC | ATTN PRES 330 PASSIAC AVE, STE 110 FAIRFIELD NJ 07004 |
| MADINA ECO FRIENDLY INC | ATTN ARANIT AHMETAJ 234 W 56TH ST NEW YORK NY 10019 |
| MANATT PHELPS & PHILLIPS LLP | ATTN NEIL S FADEN 7 TIMES SQ NEW YORK NY 10036 |
| MCP ASSOCIATES LP | ATTN LEONARD I KANAREK, GEN COUNSEL 4 BRIGHTON RD, STE 204 CLIFTON NJ 07012 |
| MEHRAN EQUITES LTD | 33 E CARVER ST, STE 5 HUNTINGTON NY 11743 |
| MEHRAN EQUITIES LTD | 33 E CARVER ST, STE 5 HUNTINGTON NY 11743 |
| MELTZER LIPPE GOLDSTEIN & BREITSTONE LLP | COUNSEL TO KRE BROADWAY OWNER LLC GARY MELTZER & SCOTT A. STEINBERG 190 WILLIS AVE MINEOLA NY 11501 |
| NEW GOLD EQUITIES CORP | C/O BLDG MANAGEMENT CO INC ATTN LLOYD GOLDMAN 417 5TH AVE, 4TH FL NEW YORK NY 10016-2204 |
| NIXON PEABODY LLP | ATTN MICHAEL GOLDMAN, ESQ 401 9TH ST NW, STE 900 WASHINGTON DC 20004-2128 |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | NEW YORK BRANCH 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| NOSTRAND PROPERTY OWNER LLC | 150 EAST 58TH STREET, PH NEW YORK NY 10155 |
| ORITANI FINANCE COMPANY | C/O ORITANI BANK ATTN DAVID GARCIA 370 PASCACK RD WASHINGTON TOWNSHIP NJ 07676 |
| PARKCHESTER PRESERVATION COMPANY LP | C/O MALL PROPERTIES ATTN LEASE ADMIN 654 MADISON AVE 5500 ALBANY RD E, 3RD FL NEW ALBANY OH 43054 |
| PARTNERS VII/98 AVENUE A OWNER LLC | C/O MAGNUM REAL ESTATE GROUP ATTN BEN SHAOUL 594 BROADWAY, STE 1010 NEW YORK NY 10012 |
| PATRIOT NATIONAL BANK | 1177 SUMMER ST STAMFORD CT 06905 |
| PEOPLES UNITED BANK | ATTN CHRISTOPHER MCDANIEL, SVP 730 3RD AVE, 23RD FL NEW YORK NY 10017 |
| PLAINFIELD REALTY ASSOCIATES LLC | C/O JJ OPERATING INC 112 W 34TH ST, STE 2106 NEW YORK NY 10120 |
| PLAINFIELD REALTY ASSOCS LLC | ATTN DAVID J JEMAL, ESQ 110 W 34TH ST, 9TH FL NEW YORK NY 10001 |

| Claim Name | Address Information |
|---|---|
| PLAINFIELD REALTY ASSOCS LLC | C/O JJ OPERATING INC 112 W 34TH ST, STE 2106 NEW YORK NY 10120 |
| PLAZA CORONA HOLDINGS LLC | ATTN PRESIDENT 50 JACKSON AVE, STE 301 SYOSSET NY 11791 |
| POLIZZOTTO, FLORENCE | 6911 18TH AVE BROOKLYN NY 11204 |
| PORTER AVE HOLDINGS LLC | 390 BERRY ST, STE 200 BROOKLYN NY 11249 |
| PPT MANAGEMENT HOLDINGS LLC | C/O MELVILLE PLLC 2142 UTOPIA PKWY WHITESTONE NY 11357 |
| PPT MANAGEMENT HOLDINGS LLC | ATTN LEGAL - REAL ESTATE 576 BROADHOLLOW RD MELVILLE NY 11747 |
| PPT MANAGEMENT LLC | ATTN KATHLEEN FARRELL, ESQ 333 EARLE OVINGTON BLVD, STE 225 UNIONDALE NY 11553 |
| PPT MANAGEMENT LLC | ATTN LEGAL DEPT 576 BROADHOLLOW RD MELVILLE NY 11747 |
| PROFESSIONAL ORTHOPEDIC & | SPORTS PHYSICAL THERAPY PC ATTN ADAM ELBERG 21-42 UTOPIA PKWY WHITESTONE NY 11537 |
| PT ADMINISTRATIVE SERVICES LLC | ATTN GEN COUNSEL 981 US 22, 2ND FL BRIDGEWATER NJ 08807 |
| RIDGEWOOD FLATBUSH LLC | ATTN T RICHARD LITTON, PRES 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| RIDGEWOOD FLATBUSH LLC | ATTN MANAGER 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| RIVERSIDE FLATBUSH LLC | ATTN T RICHARD LITTON, PRES 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| RIVERSIDE FLATBUSH LLC | ATTN MANAGER 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| S&C INVESTORS LLC PROFIT SHARING PLAN | 9 WACCABUC RIVER LN SOUTH SALEM NY 10590 |
| SALMAN CAPITAL LLC | 35 JOURNAL SQ JERSEY CITY NJ 07306 |
| SAM SPILKES LLC | C/O MIDWOOD MGMT CORP ATTN JOHN USDAN 430 PARK AVE, STE 505 NEW YORK NY 10022 |
| SHIPMAN & GOODWIN LLP | COUNSEL TO LEVIN MANAGEMENT CORPORATION ERIC S. GOLDSTEIN, ESQ. ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| SIGNATURE BANK | ATTN KENNETH STAGNARI 68 S SERVICE RD MELVILLE NY 11747 |
| SIGNATURE BANK | ATTN KIM CARSON 68 S SERVICE RD MELVILLE NY 11747 |
| SILHOFF FLATBUSH LLC | ATTN T RICHARD LITTON, PRES 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| SILHOFF FLATBUSH LLC | ATTN MANAGER 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| SIRLIN LESSER & BENSON, P.C., COUNSEL TO | MBB REALTY, LINDEN COMMONS RETAIL LLC DANA S. PLON, 123 SOUTH BROAD ST, STE 2100 PHILADELPHIA PA 19109 |
| SNR DENTON | ATTN SEAN LEONARD, ESQ 101 FEDERAL ST, STE 2750 BOSTON MA 02110 |
| SOULCYCLE 384 LAFAYETTE STREET LLC | 609 GREENWICH ST NEW YORK NY 10014 |
| SOULCYCLE HOLDINGS LLC | ATTN ELIZABETH CUTLER 609 GREENWICH ST NEW YORK NY 10014 |
| SOUTHERN BLVD DEVELOPMENT LLC | C/O AB CAPSTONE 215-15 NORTHERN BLVD, 3RD FL BAYSIDE NY 11361 |
| SOVEREIGN BANK NA | 195 MONTAGUE ST BROOKLYN NY 11201 |
| STATHAKOS, BILL | ADDRESS ON FILE |
| STERLING NATIONAL BANK | ATTN COMMERCIAL LOAN DEPT 400 RELLA BOULEVARD MONTEBELLO NY 10901 |
| SUN VALLEY TOWERS INC | C/O ALMA REALTY CORP 31-10 37TH AVE, 5TH FL LONG ISLAND CITY NY 11101 |
| SUN VALLEY TOWERS LLC | C/O ALMA REALTY CORP 31-10 37TH AVE, 5TH FL LONG ISLAND CITY NY 11101 |
| TD BANK NA | ATTN CLAYTON A TADLER, VP 317 MADISON AVE, 3RD FL NEW YORK NY 10017 |
| TGT REALTY CO | ATTN JIM TOTARO 391 GRAND AVE, STE 1 ENGLEWOOD NJ 07631 |
| THE ROSNER LAW GROUP LLC, COUNSEL TO | THIRD AVENUE TOWER, THEATRE BUILDING FREDERICK B. ROSNER & ZHAO (RUBY) LIU 824 N. MARKET ST, SUITE 810 WILMINGTON DE 19801 |
| THEATER BUILDING ENTERPRISE, THE | 3611 14TH AVE, STE 400 BROOKLYN NY 11218 |
| THIRD AVENUE TOWER OWNER LLC | C/O L&L HOLDING CO LLC ATTN SR VP, ASSET MGMT 142 W 57TH ST NEW YORK NY 10019 |
| TRIZECHAHN 1065 AVE OF THE AMERICAS PROP | OWNER, C/O EQUITY OFFICE ATTN ANGELA MORONEY 1140 AVE OF THE AMERICAS NEW YORK NY 10036 |
| UBEROI, AGATHA | ADDRESS ON FILE |
| UE BERGEN MALL OWNER LLC | F/K/A VNO BERGEN MALL OWNER LLC ATTN EXEC VP 210 RTE 4 EAST PARAMUS NJ 07652 |
| UE LODI DELAWARE LLC | F/K/A VORNADO LODI DELEWARE LLC ATTN EVP & COO 210 RTE 4 E PARAMUS NJ 07652 |
| UTICA PLACE COMMERCIAL LLC | ATTN LENNY RUEBEN 1865 PALMER AVE, STE 203 LARCHMONT NY 10538 |
| UTICA PLACE COMMERCIAL LLC | ATTN RONALD MOELIS 1865 PALMER AVE, STE 203 LARCHMONT NY 10538 |
| VII/98 AVENUE A OWNER LLC | C/O MAGNUM REAL ESTATE GROUP ATTN BEN SHAOUL 594 BROADWAY, STE 1010 NEW YORK |

| Claim Name | Address Information |
|---|---|
| VII/98 AVENUE A OWNER LLC | NY 10012 |
| VORNADO 692 BROADWAY LLC | 210 ROUTE 4 E PARAMUS NJ 07652-0910 |
| VORNADO 692 BROADWAY LLC | C/O VORNADO REALTY LP 888 7TH AVE NEW YORK NY 10019 |
| VORNADO 692 BROADWAY LLC | C/O VORNADO OFFICE MGMNT LLC 888 7TH AVE NEW YORK NY 10019 |
| VORNADO 692 BROADWAY LLC | C/O VORNADO REALTY LP 888 7TH AVE NEW YORK NY 10106 |
| VORNADO 692 BROADWAY LLC | C/O GOLDFARB & FLEECE ATTN MARC J BECKER, ESQ 345 PARK AVE NEW YORK NY 10154 |
| VORNADO BERGEN MALL LLC | ATTN EVP, RETAIL REAL ESTATE 210 ROUTE 4 E PARAMUS NJ 07652 |
| VORNADO LODI DELAWARE LLC | ATTN EVP, RETAIL REAL ESTATE 210 ROUTE 4 E PARAMUS NJ 07652 |
| WEST 116 OWNERS RETAIL LLC | 1865 PALMER AVE, STE 203 LARCHMONT NY 10538 |
| WEST 117 RENTAL LLC | 1865 PALMER AVE, STE 203 LARCHMONT NY 10538 |
| YUNASON, JOSEPH | ADDRESS ON FILE |
| YUNASON, JOSEPH | ADDRESS ON FILE |
| ZEICHNER ELLMAN & KRAUSE LLP | ATTN MARK W SCHLUSSEL, ESQ 575 LEXINGTON AVE NEW YORK NY 10022 |

**Total Creditor count  222**

**EXHIBIT B**

BLINK HOLDINGS, INC., *et al.,*   Case No. 24-11686 (JKS)

ELectronic Mail Service List

| NAME | EMAIL ADDRESS |
|---|---|
| 125 PARK OWNER LLC | BRETT.HERSCHENFELD@SLGREEN.COM |
| BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; VESPERM@BALLARDSPAHR.COM |
| CHARLES E. BOULBOL, P.C. | RTRACK@MSN.COM |
| EAST 54TH STREET PARTNERS LLC | JACK@JTREHOLDINGS.COM |
| GLENN AGRE BERGMAN & FUENTES LLP | AGLENN@GLENNAGRE.COM; MDOSS@GLENNAGRE.COM |
| JASPAN SCHLESINGER NARENDRAN LLP | SPERNAPLANK@JASPANLLP.COM |
| JTRE 23 WS (DEL) LLC | JACK@JTREHOLDINGS.COM |
| LASSER HOCHMAN, LLC | RZUCKER@LASSERHOCHMAN.COM |
| LEECH TISHMAN FUSCALDO & LAMPL | JCARBINO@LEECHTISHMAN.COM |
| LEECH TISHMAN ROBINSON BROG, PLLC | CYEE@LEECHTISHMAN.COM |
| LEVIN PROPERTIES, L.P. | RMENO@LEVINMGT.COM |
| MELTZER LIPPE GOLDSTEIN & BREITSTONE LLP | GMELTZER@MELTZERLIPPE.COM; SSTEINBERG@MELTZERLIPPE.COM |
| SHIPMAN & GOODWIN LLP | EGOLDSTEIN@GOODWIN.COM; BANKRUPTCY@GOODWIN.COM; BANKRUPTCYPARALEGAL@GOODWIN.COM |
| SIRLIN LESSER & BENSON, P.C. | DPLON@SIRLINLAW.COM |
| THE ROSNER LAW GROUP LLC | ROSNER@TEAMROSNER.COM; LIU@TEAMROSNER.COM |