**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 4, 2024, I caused to be served the:

    a.  *letter* "Re: Pinnacle US Holdings LLC Adequate Assurance of Future Performance," dated October 3, 2024, the content of which is confidential and therefore not included, (the "Non-Landlord Letter"), and

    b.  *letter* "Re: Pinnacle US Holdings LLC Adequate Assurance of Future Performance," dated October 3, 2024, the content of which is confidential and therefore not included, (the "Landlord Letter"),

by causing true and correct copies of the:

    i.  Non-Landlord Letter to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii.  Landlord Letter enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    iii.  Non-Landlord Letter to be delivered via electronic mail to those parties listed on the annexed Exhibit C, and

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

     iv.     Landlord Letter to be delivered via electronic mail to those parties listed on the annexed Exhibit D.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

**EXHIBIT A**

Blink Holdings, Inc., et al., Case No. 24-11686 (JKS)
First Class Mail Service List - Non-Landlords

COOCH AND TAYLOR, P.A.
Counsel for Motionsoft, Inc.
R. Grant Dick IV
Kevin D. Levitsky
1000 N. West Street, Suite 1500
Wilmington, DE  19801

BRADLEY ARANT BOULT CUMMINGS LLP
Counsel for Motionsoft, Inc.
James B. Bailey, Esquire
One Federal Place
1819 5th Avenue N
Birmingham, AL 35203

OFFIT KURMAN, P.A.
Counsel for Platinum One and Platinum Two
Brian McLaughlin
222 Delaware Ave Suite 1105
Wilmington, DE 19801

OFFIT KURMAN, P.A.
Counsel for Platinum One and Platinum Two
Albena Petrakov
590 Madison Avenue. 6th Floor
New York, New York 10022

PACHULSKI STANG ZIEHL & JONES LLP
Counsel for Panos Fitness LLC
Counsel for Eclipse Capital LLC and BEC Capital Corp.
Robert J. Feinstein, Bradford J. Sandler & Colin R. Robinson
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899

**EXHIBIT B**

Blink Holdings, Inc., et al., Case No. 24-11686 (JKS)
First Class Mail Service List - Landlords

Susan E. Kaufman
LAW OFFICE OF SUSAN E. KAUFMAN, LLC
Attorney for HCL Long Point, LLC and Brooks Shopping Centers, LLC
919 North Market Street, Suite 460
Wilmington, DE 19801

BARCLAY DAMON LLP
Niclas A. Ferland
Attorney for HCL Long Point, LLC and Brooks Shopping Centers, LLC
545 Long Wharf Drive, Ninth Floor
New Haven, CT 06511

BARCLAY DAMON LLP
Scott L. Fleischer
Attorney for HCL Long Point, LLC and Brooks Shopping Centers, LLC
1270 Avenue of the Americas, Suite 501
New York, NY 10020

MONZACK MERSKY AND BROWDER, P.A.
Rachel B. Mersky, Esquire
Attorney for Kimco Landlords
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155

**EXHIBIT C**

Blink Holdings, Inc., *et al.*, Case No. 24-11686 (JKS)
Electronic Mail Service List - Non-Landlords

| Email Address |
| --- |
| gdick@coochtaylor.com |
| klevitsky@coochtaylor.com |
| jbailey@bradley.com |
| Brian.Mclaughlin@offitkurman.com |
| rfeinstein@pszjlaw.com |
| bsandler@pszjlaw.com |
| crobinson@pszjlaw.com |

**EXHIBIT D**

Blink Holdings, Inc., *et al.* , Case No. 24-11686 (JKS)

Electronic Mail Service List - Landlords

| Email Address |
|---|
| skaufman@skaufmanlaw.com |
| nferland@barclaydamon.com |
| sfleischer@barclaydamon.com |
| rmersky@monlaw.com |