## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, hereby certify that, on this 14th day of October, 2024, I caused a true and correct copy of the foregoing *Limited Objection of 15519 Normandie, LLC, 16302 Jamaica Avenue LLC, Brixmor Holdings 12 SPE, LLC, Primestor Jordan Downs, LLC, Lodi Value Add II, LLC, and UE Bergen Mall Owner LLC to Debtors' Motion For Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II)(A) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief* to be served by electronic service via Court's CM/ECF system on all parties who have registered for electronic service in these cases, as well as on the following parties in the manner indicated.

| *Via Hand Delivery & E-mail* | *Via First-Class Mail & E-mail* |
|---|---|
| Michael R. Nestor | Peter P. Knight |
| Sean T. Greecher | Allison E. Yager |
| Allison S. Mielke | **Katten Muchin Rosenman LLP** |
| **Young Conaway Stargatt & Taylor, LLP** | 525 W. Monroe Street |
| Rodney Square, 1000 N. King Street, | Chicago, Illinois 60661 |
| Wilmington, Delaware 19801 | E-mail: peter.knight@katten.com |
| E-mail: mnestor@ycst.com | allison.yager@katten.com |
| sgreecher@ycst.com | |
| amielke@ycst.com | *Counsel for the Prepetition Agent and the DIP Agent* |
| *Counsel to the Debtors* | |

| | |
|---|---|
| *Via Hand Delivery & E-mail*<br>Curtis S. Miller<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, Delaware 19899<br>E-mail: cmiller@morrisnichols.com<br><br>*Counsel for the Prepetition Agent and the DIP Agent* | *Via Hand Delivery and E-mail*<br>Office of the United States Trustee<br>Attn: Benjamin A. Hackman<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2008 – Lockbox #35<br>Wilmington, DE 19801<br>E-mail: Benjamin.A.Hackman@usdoj.gov<br><br>*Office of the United States Trustee* |
| *Via First-Class Mail and E-mail*<br>Eric R. Wilson<br>Kristin S. Elliott<br>**Kelley Drye & Warren LLP**<br>3 World Trade Center<br>New York, New York 10017<br>E-mail: ewilson@kelleydrye.com<br>kelliott@kelleydrye.com<br><br>*Counsel to the Creditors' Committee* | *Via Hand Delivery and E-mail*<br>Eric J. Monzo<br>**Morris James LLP**<br>500 Delaware Avenue, Suite 1500,<br>Wilmington, Delaware 19801<br>E-mail: emonzo@morrisjames.com<br><br>*Counsel to the Creditors' Committee* |

*Via First Class Mail and E-mail*
Ted Dillman
Whit Morley
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071
E-mail: ted.dillman@lw.com
whit.morley@lw.com

*Counsel for the Stalking Horse Bidder*

| | |
|---|---|
| Dated: October 14, 2024<br>Wilmington, Delaware | */s/ Leslie C. Heilman*<br>Leslie C. Heilman (No. 4716)<br>BALLARD SPAHR LLP |