# EXHIBIT A — SUMMARY TIME RECORDS FOR COMPENSATION PERIOD

*Blink Fitness*

**Moelis & Company**
**Summary of Hours Worked Detail**
*August 12, 2024 - September 30, 2024*

| Date | Barak Klein<br>Managing Director | Andrew Swift<br>Managing Director | Justin Craig<br>Managing Director | Jeremy Burke<br>Executive Director | Forrest Drucker<br>Vice President |
|---|---|---|---|---|---|
| 08/12/24 | 1.0 hour(s) | 2.5 hour(s) | 1.0 hour(s) | 7.0 hour(s) | 1.5 hour(s) |
| 08/13/24 | 1.5 hour(s) | 1.5 hour(s) | - | 9.0 hour(s) | 1.5 hour(s) |
| 08/14/24 | 1.0 hour(s) | 0.5 hour(s) | - | 5.0 hour(s) | 1.5 hour(s) |
| 08/15/24 | 1.5 hour(s) | 0.5 hour(s) | 1.5 hour(s) | 13.5 hour(s) | 0.5 hour(s) |
| 08/16/24 | 0.5 hour(s) | 0.5 hour(s) | - | 8.0 hour(s) | 2.0 hour(s) |
| 08/17/24 | - | 1.0 hour(s) | - | 3.0 hour(s) | - |
| 08/18/24 | - | - | - | 3.5 hour(s) | - |
| 08/19/24 | 1.0 hour(s) | 0.5 hour(s) | - | 5.0 hour(s) | 2.0 hour(s) |
| 08/20/24 | 0.5 hour(s) | 0.5 hour(s) | 1.0 hour(s) | 4.5 hour(s) | 1.0 hour(s) |
| 08/21/24 | - | 1.5 hour(s) | 1.0 hour(s) | 5.0 hour(s) | 1.5 hour(s) |
| 08/22/24 | 1.0 hour(s) | - | 1.5 hour(s) | 3.5 hour(s) | 1.0 hour(s) |
| 08/23/24 | 0.5 hour(s) | 3.0 hour(s) | 1.0 hour(s) | 4.0 hour(s) | 2.0 hour(s) |
| 08/24/24 | - | 1.0 hour(s) | - | - | - |
| 08/25/24 | - | 1.0 hour(s) | - | 2.0 hour(s) | - |
| 08/26/24 | 0.5 hour(s) | 4.0 hour(s) | 0.5 hour(s) | 4.0 hour(s) | 3.0 hour(s) |
| 08/27/24 | 0.5 hour(s) | 3.0 hour(s) | - | 5.0 hour(s) | 1.5 hour(s) |
| 08/28/24 | - | 2.0 hour(s) | - | 3.0 hour(s) | 2.0 hour(s) |
| 08/29/24 | 1.5 hour(s) | 2.0 hour(s) | 1.0 hour(s) | 5.5 hour(s) | 2.0 hour(s) |
| 08/30/24 | - | 4.0 hour(s) | - | 3.5 hour(s) | 1.5 hour(s) |
| 08/31/24 | - | 0.5 hour(s) | - | 0.5 hour(s) | - |
| 09/01/24 | - | 0.5 hour(s) | - | 4.0 hour(s) | - |
| 09/02/24 | - | - | - | 2.0 hour(s) | - |
| 09/03/24 | - | 3.0 hour(s) | - | 3.0 hour(s) | - |
| 09/04/24 | 0.5 hour(s) | 7.0 hour(s) | 1.0 hour(s) | 7.0 hour(s) | 1.5 hour(s) |
| 09/05/24 | 1.5 hour(s) | 6.0 hour(s) | 2.5 hour(s) | 6.0 hour(s) | 1.0 hour(s) |
| 09/06/24 | 0.5 hour(s) | 4.0 hour(s) | - | - | 1.0 hour(s) |
| 09/07/24 | 0.5 hour(s) | 4.0 hour(s) | - | 6.0 hour(s) | - |
| 09/08/24 | 0.5 hour(s) | 6.5 hour(s) | - | 4.0 hour(s) | - |
| 09/09/24 | 0.5 hour(s) | 6.0 hour(s) | - | 8.0 hour(s) | 1.0 hour(s) |
| 09/10/24 | 1.5 hour(s) | 6.0 hour(s) | - | 7.0 hour(s) | 0.5 hour(s) |
| 09/11/24 | - | 2.0 hour(s) | - | 4.0 hour(s) | 0.5 hour(s) |
| 09/12/24 | 1.0 hour(s) | 2.0 hour(s) | 1.0 hour(s) | 5.0 hour(s) | 1.5 hour(s) |
| 09/13/24 | - | - | - | 1.5 hour(s) | - |
| 09/14/24 | - | - | - | - | - |
| 09/15/24 | - | - | - | - | - |
| 09/16/24 | - | 1.0 hour(s) | - | 3.0 hour(s) | - |
| 09/17/24 | 0.5 hour(s) | 0.5 hour(s) | - | 4.0 hour(s) | - |
| 09/18/24 | - | 0.5 hour(s) | - | 1.0 hour(s) | 1.5 hour(s) |
| 09/19/24 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 3.5 hour(s) | - |
| 09/20/24 | - | - | - | - | - |
| 09/21/24 | - | - | - | - | - |
| 09/22/24 | - | - | - | - | - |
| 09/23/24 | - | - | - | 2.0 hour(s) | - |
| 09/24/24 | - | 0.5 hour(s) | - | 1.5 hour(s) | - |
| 09/25/24 | - | 2.0 hour(s) | - | 2.5 hour(s) | - |
| 09/26/24 | - | 0.5 hour(s) | - | 4.0 hour(s) | - |
| 09/27/24 | - | 0.5 hour(s) | - | 1.0 hour(s) | - |
| 09/28/24 | - | - | - | 1.0 hour(s) | - |
| 09/29/24 | - | - | - | - | - |
| 09/30/24 | - | 1.0 hour(s) | - | 1.5 hour(s) | - |
| **Total** | **19.0 hour(s)** | **84.0 hour(s)** | **14.0 hour(s)** | **177.0 hour(s)** | **33.0 hour(s)** |

32228142.3

## Blink Fitness

**Moelis & Company**
**Summary of Hours Worked Detail**
*August 12, 2024 - September 30, 2024*

| Date | Jeremy Dennis<br>Associate | Harrison Aronoff<br>Associate | Avery Bradshaw<br>Analyst | Erik Wihlborn<br>Analyst |
|---|---|---|---|---|
| 08/12/24 | 3.5 hour(s) | 1.5 hour(s) | 5.0 hour(s) | 1.5 hour(s) |
| 08/13/24 | 2.5 hour(s) | - | 4.0 hour(s) | - |
| 08/14/24 | 3.5 hour(s) | 1.0 hour(s) | 10.0 hour(s) | 2.0 hour(s) |
| 08/15/24 | 3.0 hour(s) | 0.5 hour(s) | 11.0 hour(s) | 0.5 hour(s) |
| 08/16/24 | 4.0 hour(s) | 1.0 hour(s) | 6.0 hour(s) | 1.5 hour(s) |
| 08/17/24 | - | - | - | - |
| 08/18/24 | - | - | 5.0 hour(s) | - |
| 08/19/24 | 3.5 hour(s) | - | 3.5 hour(s) | 2.0 hour(s) |
| 08/20/24 | 2.5 hour(s) | - | 2.5 hour(s) | - |
| 08/21/24 | 3.5 hour(s) | - | 3.5 hour(s) | 3.0 hour(s) |
| 08/22/24 | 3.0 hour(s) | - | 7.0 hour(s) | 2.0 hour(s) |
| 08/23/24 | 4.0 hour(s) | - | 4.0 hour(s) | 0.5 hour(s) |
| 08/24/24 | - | - | - | - |
| 08/25/24 | - | - | - | - |
| 08/26/24 | 10.0 hour(s) | - | - | 1.5 hour(s) |
| 08/27/24 | 11.0 hour(s) | - | - | 5.0 hour(s) |
| 08/28/24 | 9.0 hour(s) | - | 1.5 hour(s) | 7.0 hour(s) |
| 08/29/24 | 10.0 hour(s) | - | - | 5.0 hour(s) |
| 08/30/24 | 10.0 hour(s) | - | - | 3.0 hour(s) |
| 08/31/24 | - | - | - | - |
| 09/01/24 | - | - | - | 3.0 hour(s) |
| 09/02/24 | 14.0 hour(s) | - | 2.0 hour(s) | - |
| 09/03/24 | 14.0 hour(s) | 1.0 hour(s) | 14.0 hour(s) | 2.0 hour(s) |
| 09/04/24 | 10.0 hour(s) | 6.5 hour(s) | 12.0 hour(s) | 6.5 hour(s) |
| 09/05/24 | 12.0 hour(s) | 7.0 hour(s) | 13.0 hour(s) | 6.5 hour(s) |
| 09/06/24 | 10.0 hour(s) | 5.0 hour(s) | 10.0 hour(s) | 6.0 hour(s) |
| 09/07/24 | - | 5.0 hour(s) | 5.0 hour(s) | 5.0 hour(s) |
| 09/08/24 | 2.5 hour(s) | 6.0 hour(s) | 5.0 hour(s) | 6.0 hour(s) |
| 09/09/24 | 7.0 hour(s) | - | 7.0 hour(s) | 5.5 hour(s) |
| 09/10/24 | 10.0 hour(s) | - | 7.0 hour(s) | 3.0 hour(s) |
| 09/11/24 | 8.0 hour(s) | - | 8.0 hour(s) | - |
| 09/12/24 | 9.0 hour(s) | - | 9.0 hour(s) | - |
| 09/13/24 | 9.0 hour(s) | - | 9.0 hour(s) | - |
| 09/14/24 | - | - | - | - |
| 09/15/24 | - | - | 2.0 hour(s) | - |
| 09/16/24 | 8.0 hour(s) | - | 8.0 hour(s) | - |
| 09/17/24 | 9.0 hour(s) | - | 9.0 hour(s) | - |
| 09/18/24 | 10.0 hour(s) | 2.0 hour(s) | 11.0 hour(s) | - |
| 09/19/24 | 10.0 hour(s) | - | 10.0 hour(s) | - |
| 09/20/24 | 9.0 hour(s) | - | 11.0 hour(s) | - |
| 09/21/24 | - | - | 1.0 hour(s) | - |
| 09/22/24 | - | - | 2.0 hour(s) | - |
| 09/23/24 | 9.0 hour(s) | - | 10.0 hour(s) | - |
| 09/24/24 | 8.0 hour(s) | - | 7.0 hour(s) | - |
| 09/25/24 | 9.0 hour(s) | 2.0 hour(s) | 9.0 hour(s) | - |
| 09/26/24 | 8.0 hour(s) | - | 9.0 hour(s) | - |
| 09/27/24 | 9.0 hour(s) | - | 7.0 hour(s) | - |
| 09/28/24 | - | - | - | - |
| 09/29/24 | - | - | - | - |
| 09/30/24 | 7.0 hour(s) | - | 8.0 hour(s) | 2.0 hour(s) |
| **Total** | **284.5 hour(s)** | **38.5 hour(s)** | **268.0 hour(s)** | **80.0 hour(s)** |

32228142.3

# EXHIBIT B — EXPENSE SUPPLEMENT[1]

*($ in actuals)*

| Out-of-Pocket Expenses | |
|---|---:|
| **Compensation Period Expenses (August 12, 2024 - September 30,204)** | |
| Meals - Overtime | $3,679.04 |
| Airfare / Transportation / Hotels | 16,251.43 |
| Legal Counsel | 8,384.00 |
| Third-Party Graphics Design Service | 633.77 |
| Phone / Internet | 152.81 |
| **Total Expenses (August 12, 2024 - September 30,204)** | **$29,101.05** |

| Additional Detail on Airfare / Transportation / Hotels | | | |
|---|---|---|---:|
| Date | Deal Team Member / Party | Description | Amount |
| 8/14/2024 | Jeremy Burke | Travel to New York for in-person management / diligence meetings | $430.12 |
| 8/19/2024 - 8/20/2024 | Jeremy Burke | Travel to New York for in-person management / diligence meetings | 663.16 |
| 8/17/2024 - 8/24/2024 | Blink / Stalking Horse | Car transportation for 5-day site visits for Blink / Stalking Horse in New York / New Jersey | 11,783.17 |
| 9/6/2024 - 9/9/2024 | Andrew Swift | Travel to attend Second Day Hearing in Delaware | 1,051.52 |
| 9/10/2024 | Blink / Stalking Horse | Car transportation for all-day site visit Blink / Stalking Horse in New York / New Jersey | 649.22 |
| 9/10/2024 - 9/12/2024 | Jeremy Burke | Travel to New York for in-person management / diligence meetings | 518.85 |
| 9/17/2024 - 9/19/2024 | Jeremy Burke | Travel to New York for in-person management / diligence meetings | 1,155.39 |

---

[1] Certain expenses related to Airfare / Transportation / Hotels included ground transportation that Moelis arranged for the Debtor and Stalking Horse Bidder, who participated in several all-day site visits as part of the Stalking Horse Bidder's due diligence process. The Debtors and Stalking Horse Bidder participated in over forty (40) such site visits across New York and New Jersey, and requested that Moelis help coordinate related transportation. As a result, Moelis incurred these expenses for the benefit of the Debtors and their estates.

32228142.3



Pashman Stein Walder Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ  07601
(201) 488-8200
Tax I.D. 22-3384189

Tiffany Lundquist, Managing Director
Moelis & Company, LLC
399 Park Avenue
4th Floor
New York, NY  10022

September 9, 2024

Invoice #163322

File Number: 30415-021

INVOICE SUMMARY

RE:  Blink Fitness

| | |
|---|---|
| Total Fees | $8,384.00 |
| Total Due This Invoice | $8,384.00 |

| Domestic Wiring Instructions | | International Wiring Instructions | |
|---|---|---|---|
| Peapack Routing No. | 021205237 | Intermediary Bank: | Wells Fargo |
| | | | 420 Montgomery St. |
| Bank: | Peapack-Gladstone Bank | | San Francisco, CA 94104 |
| | 500 Hills Drive, Suite 300 | Wells Fargo ABA: | 121000248 |
| | P.O. Box 700 | SWIFT Code: | WFBIUS6S |
| | Bedminster, NJ 07921 | Chips ID: | 0407 |
| Account No. | 400057428 (Business Account) | Beneficiary Bank: | Peapack-Gladstone Bank |
| Account Name: | Pashman Stein, PC | Account No. | 2000090251838 |
| | | Beneficiary Name: | Pashman Stein, PC |
| | | Account No. | 400057428 |

| Moelis & Company, LLC | Pashman Stein Walder Hayden |
|---|---|
| Blink Fitness | September 9, 2024 |
| Invoice #  163322 | Page:  2 |

RE:  Blink Fitness

## PROFESSIONAL SERVICES

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 08/05/2024 | JWeiss | 0.40 | Corr with Moelis team and Debtors' counsel re: draft retention documentation for Moelis and related next steps (0,2); Briefly review related documentation (0.2). | $370.00 |
| | | | TASK:  B160 Fee/Employment Applications | |
| 08/07/2024 | JWeiss | 1.10 | Corr with Moelis team and Debtors' counsel re: Moelis retention documentation and related revisions (0.1); Briefly review related documentation (0.1); Review and revise draft Moelis Declaration i/s/o DIP Financing (0.8); Corr with Moelis team re: same and related open issues (0.1). | $1,017.50 |
| | | | TASK:  B160 Fee/Employment Applications | |
| 08/09/2024 | JWeiss | 0.50 | Review further revised drafts of Moelis declaration in support of proposed DIP financing (0.4); Related corr with Moelis team (0.1). | $462.50 |
| | | | TASK:  B160 Fee/Employment Applications | |
| 08/11/2024 | JWeiss | 0.30 | Multiple corr with Moelis team re: Moelis Declaration in support of DIP financing (0.3). | $277.50 |
| | | | TASK:  B160 Fee/Employment Applications | |
| 08/12/2024 | JWeiss | 0.20 | Corr with Moelis team and Debtors' counsel re: pending Moelis retention application and related open issue and next steps (0.2). | $185.00 |
| | | | TASK:  B160 Fee/Employment Applications | |
| 08/13/2024 | DPatel | 0.10 | Conference with J. Weiss to review docket on updates for a retention agreement. | $42.00 |
| | | | TASK:  B160 Fee/Employment Applications | |
| | DPatel | 0.10 | Reviewed docket for retention precedent per J. Weiss. | $42.00 |
| | | | TASK:  B160 Fee/Employment Applications | |
| 08/15/2024 | JWeiss | 1.70 | Review and comment on latest drafts of Moelis retention documentation received from Debtors' counsel (1.0); Corr and conf with Solow (Pashman) re: revising same (0.4); Multiple corr with Moelis team and Debtors' counsel re: same and final related open issues (0.3). | $1,572.50 |
| | | | TASK:  B160 Fee/Employment Applications | |

Moelis & Company, LLC                                                                        Pashman Stein Walder Hayden
Blink Fitness                                                                                             September 9, 2024
Invoice #  163322                                                                                              Page:    3

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
|  | RSolow | 0.30 | Call with J. Weiss on YCST comments to retention application. | $150.00 |
|  |  |  | TASK:  B160 Fee/Employment Applications |  |
|  | RSolow | 1.50 | Revise employment application to incorporate comments. | $750.00 |
|  |  |  | TASK:  B160 Fee/Employment Applications |  |
| 08/19/2024 | JWeiss | 0.20 | Corr with Moelis team re: final open issues with Moelis retention documentation prior to filing same (0.2). | $185.00 |
|  |  |  | TASK:  B160 Fee/Employment Applications |  |
| 08/21/2024 | JWeiss | 0.40 | Confirmed filing and scheduling w/r/t Moelis retention documentation (0.3); Related corr with Moelis team (0.1). | $370.00 |
|  |  |  | TASK:  B160 Fee/Employment Applications |  |
| 08/26/2024 | JWeiss | 0.60 | Review and comment on draft Moelis declaration in support of bidding procedures (0.5); Related corr with Moelis team (0.1). | $555.00 |
|  |  |  | TASK:  B160 Fee/Employment Applications |  |
| 08/28/2024 | JWeiss | 1.30 | Extensive review, research and analysis of proposed issues raised by UST w/r/t proposed Moelis retention and related relevant prior precedent and background documentation (0.8); Preparation of proposed responses and revised Moelis retention order addressing same (0.4); Related corr with Moelis team (0.1). | $1,202.50 |
|  |  |  | TASK:  B160 Fee/Employment Applications |  |
| 08/30/2024 | JWeiss | 0.40 | Review and corr with Debtors' counsel and Moelis team re: comments to Moelis retention terms received from UCC (0.4). | $370.00 |
|  |  |  | TASK:  B160 Fee/Employment Applications |  |
|  | JWeiss | 0.90 | Review and analysis of additional issues raised by UST w/r/t proposed Moelis retention order and background documentation relevant to same (0.5); Related corr with Debtors' counsel and Moelis team (0.2); Preparation of revised proposed Moelis retention order addressing same (0.2). | $832.50 |
|  |  |  | TASK:  B160 Fee/Employment Applications |  |
|  | Total |  |  10.00 | $8,384.00 |

TASK CODE SUMMARY

Moelis & Company, LLC  Pashman Stein Walder Hayden
Blink Fitness  September 9, 2024
Invoice #  163322  Page:     4

|  |  | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Patel, Dwij | Associate | 0.20 | $420.00 | $84.00 |
| Weiss, John W. | Partner | 8.00 | $925.00 | $7,400.00 |
| Solow, Richard C. | Associate | 1.80 | $500.00 | $900.00 |
| Subtotal for: B160 Fee/Employment Applications | | 10.00 | | $8,384.00 |

PROFESSIONAL SERVICES SUMMARY

| Attorney |  | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| DPatel | Patel, Dwij | Associate | 0.20 | $420.00 | $84.00 |
| JWeiss | Weiss, John W. | Partner | 8.00 | $925.00 | $7,400.00 |
| RSolow | Solow, Richard C. | Associate | 1.80 | $500.00 | $900.00 |
| Total | | | 10.00 | | $8,384.00 |

Total Fees & Disbursements  $8,384.00