IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **BLINK HOLDINGS, INC.**, *et al.*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF GREG DAILY IN SUPPORT OF HARTFORD FIRE INSURANCE COMPANY'S LIMITED OBJECTION TO DEBTORS' SALE MOTION AND *PROPOSED* SALE ORDER (I) APPROVING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF [SEE DOCKET NOS. 81, 348, 466].**

I, GREG DAILY, of full age, hereby declare as follows:

1. I am Vice President, Bond Claims, The Hartford Financial Services Group, Inc. As such, I am fully familiar with the facts contained in this Declaration.

2. I make this Declaration on behalf of Hartford Fire Insurance Company (the "Surety").

3. Prior to the Petition Date, the Surety issued certain health club/spa surety bonds in which various Debtors were listed as principal on the bonds, and, which were issued, generally, in favor of members of such Debtors' health clubs/spas who suffer a financial loss as a result of the closure of a facility. In aggregate, such active bonds have a penal sum of $1,285,000.00 (the "Bonds).

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, which the Debtors have requested be jointly administered, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting counsel for the Debtors.

4. In connection with the Surety's execution and/or issuance of the Bonds, Debtor Blink Holdings, Inc. agreed to indemnify, exonerate and hold harmless the Surety.

5. Specifically, Debtor Blink Holdings, Inc. executed in favor of the Surety as indemnitee, a General Indemnity Agreement dated November 2, 2020 ("Indemnity Agreement").

6. The Indemnity Agreement, among other provisions provides in pertinent part:

> 1(g) **"Loss"** means all payments made or obligations incurred by Hartford: (i) as a result of or arising out of any Default; and/or (ii) in the belief that it was or might be liable as a result of having Underwritten ay Bond; and/or (iii) in investigating and responding to any Claim; and/or (iv) in enforcing this Agreement or any Other Surety Documents; and/or (v) in the belief that it would mitigate its exposure. Loss shall include, but not be limited to, Claim payments, attorney fees, consultant fees, court costs, mediation fees, arbitration fees, expert witness fees, travel expenses, unpaid premiums, advances and guarantees on behalf of an Indemnitor and interest on all amounts paid at the maximum statutory rate.
>
> 4. **Indemnification, Hold Harmless and Exoneration**. The Indemnitors shall indemnify, hold harmless and exonerate Hartford from and against any and Default, Loss, Claims and exposure or liabilities relating to Underwriting. The Indemnitors shall immediately be liable to Hartford for all Loss from the date such Loss was incurred by Hartford….
>
> \*\*\*
>
> 6. **Additional Rights**. Hartford has the absolute right to: (a) Underwrite or decline to Underwrite any Bond; (b) consent to or refuse to modify any Bond; and (c) consistent with the Bond or applicable law continue, cancel, or non-renew any Bond.
>
> \*\*\*
>
> 14. **Books and Records.** Until Hartford's liability or potential liability for all Bonds, Underwriting and Claims has been terminated and Hartford is without Loss or Claim, Hartford shall have the right to review and copy in their entirety each Indemnitor's Books and Records or other information it deems necessary. Indemnitors agree to fully cooperate and provide immediate access to Books and Records or other information requested and shall direct third parties to cooperate and disclose same to Hartford.
>
> \*\*\*

16. **Set-off.** Hartford shall have the absolute right to set off any amount owed to any Principal or Indemnitor against any amount owed by any Principal or Indemnitor to Hartford. Hartford shall have the absolute right to apply any amount owed to any Principal or Indemnitor against any amount owed by any Principal or Indemnitor to Hartford. Hartford shall have the absolute right to apply any amount owed to any third party owned or controlled by any Principal or Indemnitor against the amount owed by any Principal or Indemnitor to Hartford whether the transactions are related or not.

(See Exhibit "A," a true and correct redacted copy of the Indemnity Agreement).

[The Remainder of this Page is Left Blank, Intentionally]

I declare under penalty of perjury that this Declaration is true and correct to the best of my knowledge.

Executed on: October 15, 2024

_____
Greg Daily
Vice President, Bond Claims

4