# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on Wednesday, October 16, 2024, *Hartford Fire Insurance Company's Limited Objection to Debtors' Sale Motion and Proposed Sale Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief*, supporting *Declaration* and *Exhibit* thereto (together, the "Limited Objection") were e-efiled and served via CM/ECF on all parties registered to receive notification of such filings. Additionally, the Limited Objection was served on the following parties by email:

| | |
|---|---|
| Michael R. Nestor<br>Sean T. Greecher<br>Allison S. Mielke<br>**Young, Conaway, Stargatt & Taylor, LLP**<br>mnestor@ycst.com<br>sgreecher@ycst.com<br>amielke@ycst.com<br><br>*Counsel to the Debtors* | Peter P. Knight<br>Allison E. Yager<br>**Katten Muchin Rosenman LLP**<br>Peter.knight@katten.com<br>Allison.yager@katten.com<br><br>*Counsel to the Prepetition Agent and the DIP Agent* |

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, which the Debtors have requested be jointly administered, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting counsel for the Debtors.

| | |
|---|---|
| Curtis S. Miller<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>cmiller@morrisnichols.com<br><br>*Co-Counsel to the Prepetition Agent & DIP Agent* | Benjamin A. Hackman<br>**Office of the United States Trustee**<br>**For the District of Delaware**<br>Benjamin.a.hackman@usdoj.gov<br><br>*U.S. Trustee* |
| Eric R. Wilson<br>Kristin S. Elliott<br>**Kelley Drye & Warren LLP**<br>ewilson@kelleydrye.com<br>kelliott@kelleydrye.com<br><br>*Counsel to the Committee* | Eric J. Monzo<br>**Morris James LLP**<br>emonzo@morrisjames.com<br><br>*Co-Counsel to the Committee* |

 

        **McELROY, DEUTSCH, MULVANEY**
        **& CARPENTER, LLP**

Dated: October 15, 2024      */s/ Gary D. Bressler*
        Gary D. Bressler, Esq. (No. 5544)

        *Counsel to Hartford Fire Insurance Company*