IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*, [3]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>Re: D.I. 452 |

## ORDER GRANTING LEAVE TO FILE REPLY

Upon consideration of the *Motion to Allow a Reply of Third Avenue Tower Owner LLC to Debtors' Informal Objection to Third Avenue Tower Owner LLC's Limited Objection to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* (the "Motion"), filed by Third Avenue Tower Owner LLC (the "Landlord"), and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Landlord is authorized to file the Reply attached to the Motion as Exhibit 1.

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: October 16th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

---

[3] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

{00039869. }