## **EXHIBIT A**

**(Email Exchange with Debtor Counsel)**

{00039860. }

| | |
|---|---|
| **From:** | Lamb, Rebecca L. |
| **To:** | Frederick B. Rosner; Zhao (Ruby) Liu |
| **Cc:** | Mielke, Allison S.; Cora Dong |
| **Subject:** | RE: Blink - Cure Objection [DI 417] |
| **Date:** | Thursday, September 26, 2024 4:28:50 PM |
| **Attachments:** | image001.png |
| | 611 - 600 Third - Blink - Second Amendment - Fully Executed_76060331_1.pdf |
| | 611 - 600 Third - Blink - Third Amendment (1).pdf |

Hi Fred,

Sure – please see attached for the two lease amendments that discuss the rent abatements from 2020-2022.

Thank you,
Rebecca



**Rebecca L. Lamb, Associate**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.6610
RLamb@ycst.com  |  www.youngconaway.com
Pronouns: she/her/hers

---

**From:** Frederick B. Rosner <rosner@teamrosner.com>
**Sent:** Thursday, September 26, 2024 3:26 PM
**To:** Lamb, Rebecca L. <RLamb@ycst.com>; Zhao (Ruby) Liu <liu@teamrosner.com>
**Cc:** Mielke, Allison S. <AMielke@ycst.com>; Cora Dong <dong@teamrosner.com>
**Subject:** RE: Blink - Cure Objection [DI 417]

Thanks.  Will discuss with client.

Can you share documentation that Company is reviewing in reaching that conclusion?

Best,

Fred

---

**From:** Lamb, Rebecca L. <RLamb@ycst.com>
**Sent:** Thursday, September 26, 2024 3:15 PM
**To:** Frederick B. Rosner <rosner@teamrosner.com>; Zhao (Ruby) Liu <liu@teamrosner.com>
**Cc:** Mielke, Allison S. <AMielke@ycst.com>
**Subject:** Blink - Cure Objection [DI 417]

Hi Rosner team,

Hope all is well. We are in receipt of your objection filed at Docket No. 417 in the Blink Holdings chapter 11 cases. We understand from the Company that the proposed cure amount you included in your objection includes certain COVID deferrals that are not subject to acceleration and should be excluded from the cure calculation. Can you please share a revised, proposed cure amount excluding those deferrals?

Thank you,
Rebecca



**Rebecca L. Lamb, Associate**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.6610
RLamb@ycst.com  |  www.youngconaway.com

Pronouns: she/her/hers