# EXHIBIT C

## (Cure Amount Calculations)

| | | Rent | Deferred Rent | Total Rent | RET | Water/Sewer | Electric | Total | Payments | Owed/(Credit) | Arrears |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **05/10/24** | **Arrears Balance** | | | | | | | | | | **$353,353.95** |
| 06/01/22 | 4th Rent Period | $66,794.24 | $1,971.71 | **$68,765.95** | $23,624.35 | $2,708.33 | $591.72 | **$95,690.35** | $71,474.28 | $24,216.07 | $377,570.02 |
| 07/01/22 | 4th Rent Period | $66,794.24 | $1,971.71 | **$68,765.95** | | $2,708.33 | $586.34 | **$72,060.62** | $95,098.63 | -$23,038.01 | $354,532.01 |
| 08/01/22 | 4th Rent Period | $66,794.24 | $1,971.71 | **$68,765.95** | | $2,708.33 | $575.56 | **$72,049.84** | $71,474.28 | $575.56 | $355,107.57 |
| 09/01/22 | 4th Rent Period | $66,794.24 | $1,971.71 | **$68,765.95** | | $2,708.33 | $601.38 | **$72,075.66** | $71,474.28 | $601.38 | $355,708.95 |
| 10/01/22 | 4th Rent Period | $66,794.24 | $1,971.71 | **$68,765.95** | | $2,708.33 | $671.46 | **$72,145.74** | $72,075.66 | $70.08 | $355,779.03 |
| 11/01/22 | 4th Rent Period | $66,794.24 | $1,971.71 | **$68,765.95** | | $2,708.33 | $568.59 | **$72,042.87** | $72,145.74 | -$102.87 | $355,676.16 |
| 12/01/22 | 4th Rent Period | $66,794.24 | $1,971.71 | **$68,765.95** | $21,160.67 | $2,708.33 | $680.51 | **$93,315.46** | $71,474.28 | $21,841.18 | $377,517.34 |
| 01/01/23 | 4th Rent Period | $66,794.24 | $1,971.71 | **$68,765.95** | | $2,708.33 | $646.60 | **$72,120.88** | $79,125.28 | -$7,004.40 | $370,512.94 |
| 02/01/23 | 4th Rent Period | $66,794.24 | $1,971.71 | **$68,765.95** | | $2,708.33 | $694.07 | **$72,168.35** | $81,743.59 | -$9,575.24 | $360,937.70 |
| 03/01/23 | 4th Rent Period | $66,794.24 | $1,971.71 | **$68,765.95** | | $2,708.33 | $587.81 | **$72,062.09** | $79,125.28 | -$7,063.19 | $353,874.51 |
| 04/01/23 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $738.16 | **$70,398.52** | $84,779.60 | -$14,381.08 | $339,493.43 |
| 05/01/23 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $785.63 | **$70,445.99** | $85,367.41 | -$14,921.42 | $324,572.01 |
| 06/01/23 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | $30,709.50 | $2,708.33 | $718.93 | **$101,088.79** | $97,240.25 | $3,848.54 | $328,420.55 |
| 07/01/23 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $660.16 | **$70,320.52** | $115,054.70 | -$44,734.18 | $283,686.37 |
| 08/01/23 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $750.59 | **$70,410.95** | $82,966.11 | -$12,555.16 | $271,131.21 |
| 09/01/23 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $788.47 | **$70,448.83** | $82,966.11 | -$12,517.28 | $258,613.93 |
| 10/01/23 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $723.56 | **$70,383.92** | $83,754.58 | -$13,370.66 | $245,243.27 |
| 11/01/23 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $656.27 | **$70,316.63** | $84,345.94 | -$14,029.31 | $231,213.96 |
| 12/01/23 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | $29,383.12 | $2,708.33 | $689.34 | **$99,732.82** | $0.00 | $99,732.82 | $330,946.78 |
| 01/01/24 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $722.39 | **$70,382.75** | $108,106.64 | -$37,723.89 | $293,222.89 |
| 02/01/24 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $722.39 | **$70,382.75** | $78,034.18 | -$7,651.43 | $285,571.46 |
| 03/01/24 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $626.77 | **$70,287.13** | $77,938.83 | -$7,651.70 | $277,919.76 |
| 04/01/24 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $788.47 | **$70,448.83** | $77,312.06 | -$6,863.23 | $271,056.53 |
| 05/01/24 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $790.84 | **$70,451.20** | $78,891.37 | -$8,440.17 | $262,616.36 |
| 06/01/24 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $762.50 | **$70,422.86** | $85,725.72 | -$15,302.86 | $247,313.50 |
| 07/01/24 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | $28,349.24 | $2,708.33 | $792.02 | **$98,801.62** | $77,311.79 | $21,489.83 | $268,803.33 |
| 08/01/24 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $807.37 | **$70,467.73** | $0.00 | $70,467.73 | $339,271.06 |
| 09/01/24 | 5th Rent Period | $66,952.03 | $0.00 | **$66,952.03** | | $2,708.33 | $873.12 | **$70,533.48** | $114,602.53 | -$44,069.05 | $295,202.01 |
| **1/1/21 - 9/1/24** | **Late Fees** | **$0.00** | **$0.00** | **$0.00** | | **$0.00** | **$0.00** | **$145,010.66** | **$0.00** | **$145,010.66** | **$440,212.67** |
| **TOTAL** | | **$1,873,078.94** | **$19,717.10** | **$1,892,796.04** | **$133,226.88** | **$75,833.24** | **$19,601.02** | **$2,266,467.84** | **$2,179,609.12** | **$86,858.72** | |