| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 27 |
| | | Claim Date:   /  / |
| | | Debtor: DEBTOR NOT FOUND |
| | | Comments: EXPUNGED |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| 108-18 LLC | | Claim Number: 10156 |
|---|---|---|
| C/O PICK & ZABICKI LLP | | Claim Date: 10/02/2024 |
| 369 LEXINGTON AVE, 12TH FL | | Debtor: BLINK HOLDINGS, INC. |
| NEW YORK, NY 10017 | | |

| UNSECURED | Claimed: | $22,149.72 |
|---|---|---|

| 108-18 LLC | | Claim Number: 10157 |
|---|---|---|
| C/O PICK & ZABICKI LLP | | Claim Date: 10/02/2024 |
| 369 LEXINGTON AVE, 12TH FL | | Debtor: BLINK 108-14 ROOSEVELT, INC. |
| NEW YORK, NY 10017 | | |

| UNSECURED | Claimed: | $22,149.72 |
|---|---|---|

| 130-20 FARMERS LLC | | Claim Number: 10154 |
|---|---|---|
| C/O PICK & ZABICKI LLP | | Claim Date: 10/02/2024 |
| 369 LEXINGTON AVE, 12TH FL | | Debtor: BLINK HOLDINGS, INC. |
| NEW YORK, NY 10017 | | |

| UNSECURED | Claimed: | $19,236.24 |
|---|---|---|

| 130-20 FARMERS LLC | | Claim Number: 10155 |
|---|---|---|
| C/O PICK & ZABICKI LLP | | Claim Date: 10/02/2024 |
| 369 LEXINGTON AVE, 12TH FL | | Debtor: BLINK FARMERS BOULEVARD INC. |
| NEW YORK, NY 10017 | | |

| UNSECURED | Claimed: | $19,236.24 |
|---|---|---|

| | | |
|---|---|---|
| 1413 STATHAN REALTY LLC<br>C/O PICK & ZABICKI LLP<br>369 LEXINGTON AVE, 12TH FL<br>NEW YORK, NY 10017 | Claim Number: 10151<br>Claim Date: 10/02/2024<br>Debtor: BLINK HOLDINGS, INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $31,335.53 |

| | | |
|---|---|---|
| 1413 STATHAN REALTY LLC<br>C/O PICK & ZABICKI LLP<br>369 LEXINGTON AVE, 12TH FL<br>NEW YORK, NY 10017 | Claim Number: 10152<br>Claim Date: 10/02/2024<br>Debtor: BLINK FULTON STREET, INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $31,335.53 |

| | | |
|---|---|---|
| 3PILLAR GLOBAL INC<br>4100 MONUMENT CORNER DR, STE 200<br>FAIRFAX, VA 22030-8609 | Claim Number: 10048<br>Claim Date: 08/30/2024<br>Debtor: BLINK HOLDINGS, INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $148,213.21   UNLIQ |

| | | |
|---|---|---|
| 5 BORO LAUNDRY INC<br>114-29 135TH AVE<br>SOUTH OZONE PARK, NY 11420 | Claim Number: 10101<br>Claim Date: 09/16/2024<br>Debtor: BLINK HOLDINGS, INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $33,814.37 |

| | | |
|---|---|---|
| 5 BORO LAUNDRY INC<br>114-29 135TH AVE<br>SOUTH OZONE PARK, NY 11420 | Claim Number: 10121<br>Claim Date: 09/23/2024<br>Debtor: BLINK HOLDINGS, INC. | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10,326.27 |

| | | |
|---|---|---|
| 663 MAIN MASTER TENANT LLC<br>87 HALSEY ST, 2ND FL<br>NEWARK, NJ 07102 | | Claim Number: 10133<br>Claim Date: 09/25/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $44,345.24 |
| 833 FLATBUSH LLC<br>C/O PICK & ZABICKI LLP<br>369 LEXINGTON AVE, 12TH FL<br>NEW YORK, NY 10017 | | Claim Number: 10158<br>Claim Date: 10/02/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $399,145.21 |
| 833 FLATBUSH LLC<br>C/O PICK & ZABICKI LLP<br>369 LEXINGTON AVE, 12TH FL<br>NEW YORK, NY 10017 | | Claim Number: 10159<br>Claim Date: 10/02/2024<br>Debtor: BLINK 833 FLATBUSH, INC. |
| UNSECURED | Claimed: | $399,145.21 |
| ALIEF INDEPENDENT SCHOOL DISTRICT<br>C/O MELISSA E VALDEZ<br>1235 NORTH LOOP W, STE 600<br>HOUSTON, TX 77008 | | Claim Number: 10052<br>Claim Date: 09/04/2024<br>Debtor: BLINK HOLDINGS, INC. |
| SECURED | Claimed: | $7,375.25   UNLIQ |
| AMERSON, DARSHAWN<br>ADDRESS ON FILE | | Claim Number: 10123<br>Claim Date: 09/23/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $0.00   UNDET |

| ANAHEIM PUBLIC UTILS DEPT<br>C/O CITY OF ANAHEIM<br>ATTN CREDIT AND COLLECTIONS<br>PO BOX 3069<br>ANAHEIM, CA 92803 | | Claim Number: 10160<br>Claim Date: 10/02/2024<br>Debtor: BLINK HOLDINGS, INC. |
|---|---|---|
| UNSECURED | Claimed: | $7,264.00 |
| ATMOS ENERGY CORPORATION<br>ATTN BNKRPT GROUP<br>PO BOX 650205<br>DALLAS, TX 75265 | | Claim Number: 10049<br>Claim Date: 09/03/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $249.12 |
| AYALA, ALVIN<br>ADDRESS ON FILE | | Claim Number: 10105<br>Claim Date: 09/17/2024<br>Debtor: BLINK 56-02 ROOSEVELT, INC. |
| PRIORITY | Claimed: | $0.00   UNDET |
| SECURED | Claimed: | $0.00   UNDET |
| BEE LOCKSMITH LLC<br>122 THE PROMENADE<br>EDGEWATER, NJ 07020 | | Claim Number: 10047<br>Claim Date: 08/30/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $150,000.00 |
| BRICKNER-MCDONALD, RYLAND<br>ADDRESS ON FILE | | Claim Number: 10122<br>Claim Date: 09/23/2024<br>Debtor: BLINK PARSIPPANY, INC. |
| UNSECURED | Claimed: | $60.90 |

| | | |
|---|---|---|
| BROWN, CHLOE<br>ADDRESS ON FILE | | Claim Number: 10094<br>Claim Date: 09/13/2024<br>Debtor: BLINK 1060 W ALAMEDA, INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| BURRIS, AMELDA<br>ADDRESS ON FILE | | Claim Number: 39<br>Claim Date: 09/30/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $200,000.00 |
| CARRION, PAOLA<br>ADDRESS ON FILE | | Claim Number: 10009<br>Claim Date: 08/20/2024<br>Debtor: BLINK 2374 GRAND CONCOURSE, INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| CARTER, KALEIGH<br>ADDRESS ON FILE | | Claim Number: 10102<br>Claim Date: 09/16/2024<br>Debtor: BLINK HOLDINGS, INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| PRIORITY | Claimed: | $0.00   UNDET |
| CINTRON, SONIA<br>ADDRESS ON FILE | | Claim Number: 10129<br>Claim Date: 09/24/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| CITY OF HOUSTON<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 6<br>Claim Date: 08/29/2024<br>Debtor: BLINK AIRLINE DRIVE, INC. |

| SECURED | Claimed: | $4,414.06   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| CITY OF HOUSTON<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 9<br>Claim Date: 08/29/2024<br>Debtor: BLINK FITNESS FRANCHISING, INC. |

| SECURED | Claimed: | $2,599.65   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| CITY OF HOUSTON<br>C/O MELISSA E VALDEZ<br>1235 NORTH LOOP W, STE 600<br>HOUSTON, TX 77008 | | Claim Number: 10053<br>Claim Date: 09/04/2024<br>Debtor: BLINK HOLDINGS, INC. |

| SECURED | Claimed: | $3,880.77   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| CITY OF HOUSTON<br>C/O MELISSA E VALDEZ<br>1235 NORTH LOOP W, STE 600<br>HOUSTON, TX 77008 | | Claim Number: 10119<br>Claim Date: 09/23/2024<br>Debtor: BLINK LONG POINT, INC. |

| SECURED | Claimed: | $3,214.28   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| COLBURN, MUSHIRAH<br>ADDRESS ON FILE | | Claim Number: 10117<br>Claim Date: 09/23/2024<br>Debtor: BLINK HOLDINGS, INC. |

| UNSECURED | Claimed: | $120.00 |
|---|---|---|

| COMMERCIAL LIGHTING INDUSTRIES<br>81161 INDIO BLVD<br>INDIO, CA 92201 | | Claim Number: 10140<br>Claim Date: 09/27/2024<br>Debtor: BLINK HOLDINGS, INC.<br>Comments: POSSIBLY AMENDED BY 10141<br>AMENDS CLAIM #10104 | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,246.04 | |
| UNSECURED | | Scheduled: | $4,897.24 |

| COMMERCIAL LIGHTING INDUSTRIES<br>81161 INDIO BLVD<br>INDIO, CA 92201 | | Claim Number: 10141<br>Claim Date: 09/27/2024<br>Debtor: BLINK HOLDINGS, INC.<br>Comments:<br>AMENDS CLAIM #10140 |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,407.06 |

| COMMERCIAL LIGHTING INDUSTRIES INC<br>81161 INDIO BLVD<br>INDIO, CA 92201 | | Claim Number: 10104<br>Claim Date: 09/16/2024<br>Debtor: BLINK HOLDINGS, INC.<br>Comments: POSSIBLY AMENDED BY 10140 |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $8,279.37 |

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>ATTN BANKRUPTCY 24-11811-JKS<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | | Claim Number: 10015<br>Claim Date: 08/23/2024<br>Debtor: BLINK FOURTH AVENUE, INC. |
|---|---|---|
| UNSECURED | Claimed: | $2,263.34 |

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | | Claim Number: 10016<br>Claim Date: 08/26/2024<br>Debtor: BLINK 56-02 ROOSEVELT, INC. |
|---|---|---|
| UNSECURED | Claimed: | $1,315.68 |

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10017<br>Claim Date: 08/26/2024<br>Debtor: BLINK 78-14 ROOSEVELT, INC. |
|---|---|

| UNSECURED | Claimed: | $6,538.65 |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10018<br>Claim Date: 08/26/2024<br>Debtor: BLINK 98TH STREET, INC. (F/K/A BLINK 25 BROADWAY, INC.) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10019<br>Claim Date: 08/26/2024<br>Debtor: BLINK 287 BROADWAY, INC. |
|---|---|

| UNSECURED | Claimed: | $6,112.27 |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10020<br>Claim Date: 08/26/2024<br>Debtor: BLINK 600 THIRD AVENUE, INC. |
|---|---|

| UNSECURED | Claimed: | $138.83 |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10021<br>Claim Date: 08/26/2024<br>Debtor: BLINK 886 BROADWAY, INC. |
|---|---|

| UNSECURED | Claimed: | $6,622.46 |
|---|---|---|

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10022<br>Claim Date: 08/26/2024<br>Debtor: BLINK 1134 FULTON, INC. |

| UNSECURED | Claimed: | $2,942.61 |
|---|---|---|

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10023<br>Claim Date: 08/26/2024<br>Debtor: BLINK 2374 GRAND CONCOURSE, INC. |

| UNSECURED | Claimed: | $8,167.65 |
|---|---|---|

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10024<br>Claim Date: 08/26/2024<br>Debtor: BLINK ATLANTIC AVENUE, INC. |

| UNSECURED | Claimed: | $2,970.10 |
|---|---|---|

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10025<br>Claim Date: 08/26/2024<br>Debtor: BLINK AVENUE A, INC. |

| UNSECURED | Claimed: | $4,569.66 |
|---|---|---|

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10026<br>Claim Date: 08/26/2024<br>Debtor: BLINK BRADDOCK AVENUE INC. |

| UNSECURED | Claimed: | $2,923.32 |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10027<br>Claim Date: 08/26/2024<br>Debtor: BLINK BROADWAY MARKETPLACE, INC. |
|---|---|
| UNSECURED          Claimed: | $12,667.99 |
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10028<br>Claim Date: 08/26/2024<br>Debtor: BLINK EAST 54TH STREET, INC. |
| UNSECURED          Claimed: | $2,211.98 |
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10029<br>Claim Date: 08/26/2024<br>Debtor: BLINK EIGHTH AVENUE, INC. |
| UNSECURED          Claimed: | $361.07 |
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10030<br>Claim Date: 08/26/2024<br>Debtor: BLINK FLATLANDS AVENUE, INC. |
| UNSECURED          Claimed: | $622.58 |
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10031<br>Claim Date: 08/26/2024<br>Debtor: BLINK 2862 FULTON STREET, INC. |
| UNSECURED          Claimed: | $11,120.84 |

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10032<br>Claim Date: 08/27/2024<br>Debtor: BLINK 833 FLATBUSH, INC. |

| UNSECURED | Claimed: | $11,211.62 |
|---|---|---|

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10033<br>Claim Date: 08/27/2024<br>Debtor: BLINK 3779 NOSTRAND, INC. |

| UNSECURED | Claimed: | $18,316.26 |
|---|---|---|

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10034<br>Claim Date: 08/27/2024<br>Debtor: BLINK GATES, INC. |

| UNSECURED | Claimed: | $14,208.02 |
|---|---|---|

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10035<br>Claim Date: 08/27/2024<br>Debtor: BLINK HOLDINGS, INC. |

| UNSECURED | Claimed: | $5,632.84 |
|---|---|---|

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10036<br>Claim Date: 08/27/2024<br>Debtor: BLINK JAMAICA AVENUE, INC. |

| UNSECURED | Claimed: | $3,167.02 |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10037<br>Claim Date: 08/27/2024<br>Debtor: BLINK LIBERTY AVENUE, INC. |
|---|---|

| UNSECURED | Claimed: | $5,808.66 |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10038<br>Claim Date: 08/27/2024<br>Debtor: BLINK METROPOLITAN AVENUE, INC. |
|---|---|

| UNSECURED | Claimed: | $1,956.93 |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10039<br>Claim Date: 08/28/2024<br>Debtor: BLINK MYRTLE AVENUE, INC. F/K/A BLINK 3780 BROADWAY, INC. |
|---|---|

| UNSECURED | Claimed: | $5,548.67 |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10040<br>Claim Date: 08/28/2024<br>Debtor: BLINK NASSAU STREET, INC. |
|---|---|

| UNSECURED | Claimed: | $5,526.19 |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10041<br>Claim Date: 08/28/2024<br>Debtor: BLINK SOUTHERN BOULEVARD, INC. |
|---|---|

| UNSECURED | Claimed: | $4,949.66 |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10042<br>Claim Date: 08/28/2024<br>Debtor: BLINK STEINWAY STREET, INC. |
|---|---|

| UNSECURED | Claimed: | $6,447.33 |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10043<br>Claim Date: 08/28/2024<br>Debtor: BLINK SUNSET PARK, INC. |
|---|---|

| UNSECURED | Claimed: | $326.11 |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10044<br>Claim Date: 08/28/2024<br>Debtor: BLINK UTICA AVENUE, INC. |
|---|---|

| UNSECURED | Claimed: | $10,573.56 |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10045<br>Claim Date: 08/28/2024<br>Debtor: BLINK WEBSTER AVENUE, INC. (F\K\A BLINK BOSTON POST ROAD. IN |
|---|---|

| UNSECURED | Claimed: | $153.77 |
|---|---|---|

| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 10046<br>Claim Date: 08/28/2024<br>Debtor: BLINK WILLIAMSBRIDGE, INC. |
|---|---|

| UNSECURED | Claimed: | $6,192.00 |
|---|---|---|

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY<br>C/O CNA COMMERCIAL INSURANCE<br>500 COLONIAL CENTER PKWY<br>LAKE MARY, FL 32746 | Claim Number: 37<br>Claim Date: 09/24/2024<br>Debtor: BLINK HOLDINGS, INC. | |
| UNSECURED | Claimed: | $75,000.00 |
| CRO METRICS<br>2930 DOMINGO AVE, #1328<br>BERKELEY, CA 94705 | Claim Number: 10014<br>Claim Date: 08/22/2024<br>Debtor: BLINK HOLDINGS, INC. | |
| UNSECURED | Claimed: | $53,074.00 |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10054<br>Claim Date: 09/04/2024<br>Debtor: BLINK 125TH STREET, INC.<br>Comments: POSSIBLY AMENDED BY 10059 | |
| UNSECURED | Claimed: | $990.22 |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10055<br>Claim Date: 09/05/2024<br>Debtor: BLINK 116TH STREET, INC.<br>Comments: POSSIBLY AMENDED BY 10058 | |
| UNSECURED | Claimed: | $2,879.19   UNLIQ |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10056<br>Claim Date: 09/05/2024<br>Debtor: BLINK EAST 54TH STREET, INC.<br>Comments: POSSIBLY AMENDED BY 10064 | |
| UNSECURED | Claimed: | $3,832.40   UNLIQ |

| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10057<br>Claim Date: 09/05/2024<br>Debtor: BLINK BELLEVILLE INC.<br>Comments: POSSIBLY AMENDED BY 10060 |
|---|---|
| UNSECURED                    Claimed: | $3,832.40 |

| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10058<br>Claim Date: 09/05/2024<br>Debtor: BLINK 116TH STREET, INC.<br>Comments: POSSIBLY AMENDED BY 10061<br>AMENDS CLAIM #10055 |
|---|---|
| UNSECURED                    Claimed: | $2,879.19 |

| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10059<br>Claim Date: 09/05/2024<br>Debtor: BLINK 125TH STREET, INC.<br>Comments:<br>AMENDS CLAIM #10054 |
|---|---|
| UNSECURED                    Claimed: | $990.22 |

| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10060<br>Claim Date: 09/05/2024<br>Debtor: BLINK BEDFORD, INC.<br>Comments:<br>AMENDS CLAIM #10057 |
|---|---|
| UNSECURED                    Claimed: | $3,832.40 |

| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10061<br>Claim Date: 09/05/2024<br>Debtor: BLINK 116TH STREET, INC.<br>Comments:<br>AMENDS CLAIM #10058 |
|---|---|
| UNSECURED                    Claimed: | $2,879.19 |

| | | |
|---|---|---|
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10062<br>Claim Date: 09/05/2024<br>Debtor: BLINK 125TH STREET, INC.<br>Comments:<br>AMENDS CLAIM #10054 | |
| UNSECURED | Claimed: | $990.22 |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10063<br>Claim Date: 09/05/2024<br>Debtor: BLINK EAST 54TH STREET, INC.<br>Comments:<br>AMENDS CLAIM #10057 | |
| UNSECURED | Claimed: | $3,832.40 |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10064<br>Claim Date: 09/05/2024<br>Debtor: BLINK BEDFORD, INC.<br>Comments:<br>AMENDS CLAIM #10056 | |
| UNSECURED | Claimed: | $1,775.20 |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10065<br>Claim Date: 09/05/2024<br>Debtor: BLINK WEBSTER AVENUE, INC. (F\K\A BLINK BOSTON POST ROAD. IN | |
| UNSECURED | Claimed: | $4,270.00 |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10066<br>Claim Date: 09/05/2024<br>Debtor: BLINK 2374 GRAND CONCOURSE, INC. | |
| UNSECURED | Claimed: | $2,741.47 |

| | | |
|---|---|---|
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10067<br>Claim Date: 09/05/2024<br>Debtor: BLINK EAST TREMONT AVENUE, INC. | |
| UNSECURED | Claimed: | $1,305.42 |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10068<br>Claim Date: 09/05/2024<br>Debtor: BLINK 2374 GRAND CONCOURSE, INC. | |
| UNSECURED | Claimed: | $4,743.71 |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10069<br>Claim Date: 09/05/2024<br>Debtor: BLINK SOUTHERN BOULEVARD, INC. | |
| UNSECURED | Claimed: | $592.28 |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10070<br>Claim Date: 09/05/2024<br>Debtor: BLINK NEWARK, INC. | |
| UNSECURED | Claimed: | $444.63 |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10071<br>Claim Date: 09/05/2024<br>Debtor: BLINK LODI, INC. | |
| UNSECURED | Claimed: | $866.33 |

| | | |
|---|---|---|
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10072<br>Claim Date: 09/05/2024<br>Debtor: BLINK MACOMBS ROAD, INC. | |
| UNSECURED | Claimed: | $1,162.79 |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10075<br>Claim Date: 09/06/2024<br>Debtor: BLINK NUTLEY, INC. | |
| UNSECURED | Claimed: | $2,087.18 |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10076<br>Claim Date: 09/06/2024<br>Debtor: BLINK LIBERTY AVENUE, INC. | |
| UNSECURED | Claimed: | $2,375.76 |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10077<br>Claim Date: 09/06/2024<br>Debtor: BERGEN TOWN CENTER FITNESS CLUB, INC | |
| UNSECURED | Claimed: | $482.48 |
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10078<br>Claim Date: 09/06/2024<br>Debtor: BLINK METROPOLITAN AVENUE, INC. | |
| UNSECURED | Claimed: | $853.58 |

| | | |
|---|---|---|
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10079<br>Claim Date: 09/06/2024<br>Debtor: BLINK PARSIPPANY, INC. | |

| UNSECURED | Claimed: | $6,561.44 |
|---|---|---|

| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10080<br>Claim Date: 09/06/2024<br>Debtor: BLINK PERTH AMBOY, INC. | |
|---|---|---|

| UNSECURED | Claimed: | $1,784.36 |
|---|---|---|

| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10081<br>Claim Date: 09/06/2024<br>Debtor: CROSS COUNTY FITNESS CLUB, INC. | |
|---|---|---|

| UNSECURED | Claimed: | $2,833.46 |
|---|---|---|

| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10082<br>Claim Date: 09/06/2024<br>Debtor: BLINK MYRTLE AVENUE, INC. F/K/A BLINK 3780 BROADWAY, INC. | |
|---|---|---|

| UNSECURED | Claimed: | $5,824.54 |
|---|---|---|

| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10083<br>Claim Date: 09/06/2024<br>Debtor: BLINK RIVERDALE, INC. | |
|---|---|---|

| UNSECURED | Claimed: | $1,120.32 |
|---|---|---|

| | | |
|---|---|---|
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10084<br>Claim Date: 09/06/2024<br>Debtor: BLINK 2883 3RD AVENUE, INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,763.26 |

| | | |
|---|---|---|
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10085<br>Claim Date: 09/06/2024<br>Debtor: BLINK BROADWAY MARKETPLACE, INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,429.05 |

| | | |
|---|---|---|
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10086<br>Claim Date: 09/06/2024<br>Debtor: BLINK 2465 JEROME INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $617.54 |

| | | |
|---|---|---|
| CROSSROADS PLUMBING AND HEATING<br>14 SPRING AVE<br>BERGENFIELD, NJ 07621 | Claim Number: 10137<br>Claim Date: 09/26/2024<br>Debtor: BLINK HOLDINGS, INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,125.79   UNLIQ |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 13<br>Claim Date: 09/03/2024<br>Debtor: BLINK FITNESS FRANCHISING, INC. | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,500.00   UNLIQ |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 14<br>Claim Date: 09/03/2024<br>Debtor: BLINK HOLDINGS, INC. |

| PRIORITY | Claimed: | $5,621.23 |
|---|---|---|
| UNSECURED | Claimed: | $598.84 |

| | | |
|---|---|---|
| DMC PROMOTIONS<br>ATTN SCOTT ROTHBART<br>72 W MAIN ST<br>ROCKAWAY, NJ 07866 | | Claim Number: 10000<br>Claim Date: 08/13/2024<br>Debtor: BLINK HOLDINGS, INC. |

| UNSECURED | Claimed: | $13,307.55 |
|---|---|---|

| | | |
|---|---|---|
| FIXED FITNESS LLC<br>ATTN CHASE ROJAS<br>4103 WOOD CREEK CT<br>COLLEYVILLE, TX 76034 | | Claim Number: 19<br>Claim Date: 09/16/2024<br>Debtor: BLINK NRH, INC.<br>Comments: POSSIBLY AMENDED BY 32 |

| UNSECURED | Claimed: | $1,333.69 |
|---|---|---|

| | | |
|---|---|---|
| FIXED FITNESS LLC<br>ATTN CHASE ROJAS<br>4103 WOOD CREEK CT<br>COLLEYVILLE, TX 76034 | | Claim Number: 20<br>Claim Date: 09/16/2024<br>Debtor: BLINK BEACH STREET, INC.<br>Comments: POSSIBLY AMENDED BY 33 |

| UNSECURED | Claimed: | $1,657.30 |
|---|---|---|

| | | |
|---|---|---|
| FIXED FITNESS LLC<br>ATTN CHASE ROJAS<br>4103 WOOD CREEK CT<br>COLLEYVILLE, TX 76034 | | Claim Number: 21<br>Claim Date: 09/16/2024<br>Debtor: BLINK ASHLAND AVENUE, INC.<br>Comments: POSSIBLY AMENDED BY 30 |

| UNSECURED | Claimed: | $1,456.08 |
|---|---|---|

| | | | |
|---|---|---|---|
| FIXED FITNESS LLC<br>ATTN CHASE ROJAS<br>4103 WOOD CREEK CT<br>COLLEYVILLE, TX 76034 | | Claim Number: 22<br>Claim Date: 09/16/2024<br>Debtor: BLINK KELLER, INC.<br>Comments: POSSIBLY AMENDED BY 31 | |
| UNSECURED | Claimed: | $4,077.10 | |
| FIXED FITNESS LLC<br>ATTN CHASE ROJAS<br>4103 WOOD CREEK CT<br>COLLEYVILLE, TX 76034 | | Claim Number: 30<br>Claim Date: 09/25/2024<br>Debtor: BLINK ASHLAND AVENUE, INC.<br>Comments:<br>AMENDS CLAIM #21 | |
| ADMINISTRATIVE | Claimed: | $818.58 | |
| FIXED FITNESS LLC<br>ATTN CHASE ROJAS<br>4103 WOOD CREEK CT<br>COLLEYVILLE, TX 76034 | | Claim Number: 31<br>Claim Date: 09/25/2024<br>Debtor: BLINK KELLER, INC.<br>Comments:<br>AMENDS CLAIM #22 | |
| ADMINISTRATIVE | Claimed: | $4,077.10 | |
| FIXED FITNESS LLC<br>ATTN CHASE ROJAS<br>4103 WOOD CREEK CT<br>COLLEYVILLE, TX 76034 | | Claim Number: 32<br>Claim Date: 09/25/2024<br>Debtor: BLINK NRH, INC.<br>Comments:<br>AMENDS CLAIM #19 | |
| ADMINISTRATIVE | Claimed: | $1,333.69 | |
| FIXED FITNESS LLC<br>ATTN CHASE ROJAS<br>4103 WOOD CREEK CT<br>COLLEYVILLE, TX 76034 | | Claim Number: 33<br>Claim Date: 09/25/2024<br>Debtor: BLINK BEACH STREET, INC.<br>Comments:<br>AMENDS CLAIM #20 | |
| ADMINISTRATIVE | Claimed: | $1,347.30 | |
| UNSECURED | Claimed: | $310.00 | |

| FORT BEND COUNTY<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 17<br>Claim Date: 09/13/2024<br>Debtor: BLINK 2192 TEXAS PARKWAY, INC. |
|---|---|

| SECURED | Claimed: | $12,413.25   UNLIQ |
|---|---|---|

| FRAGA, MELISSA<br>ADDRESS ON FILE | Claim Number: 29<br>Claim Date: 09/24/2024<br>Debtor: BLINK PARSIPPANY, INC. |
|---|---|

| UNSECURED | Claimed: | $88.50 |
|---|---|---|

| GATES AVENUE PROPERTIES LLC<br>C/O DAVID & MYRON WINIARSKI, ESQ<br>1030 OCEAN AVE, APT 1E<br>BROOKLYN, NY 11226 | Claim Number: 10127<br>Claim Date: 09/24/2024<br>Debtor: BLINK GATES, INC. |
|---|---|

| UNSECURED | Claimed: | $199,141.00 |
|---|---|---|

| GLOBAL FACILITY MGMT & CONSTRUCTION INC<br>525 BROADHOLLOW RD, STE 100<br>MELVILLE, NY 11747 | Claim Number: 10087<br>Claim Date: 09/09/2024<br>Debtor: BLINK HOLDINGS, INC. |
|---|---|

| UNSECURED | Claimed: | $69,388.46 |
|---|---|---|

| GONZALEZ, JUAN CARLOS<br>ADDRESS ON FILE | Claim Number: 10099<br>Claim Date: 09/15/2024<br>Debtor: BLINK LINDEN, INC. |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $137.00 |

| | | |
|---|---|---|
| GONZALEZ, JUANA | | Claim Number: 10006 |
| ADDRESS ON FILE | | Claim Date: 08/19/2024 |
| | | Debtor: BLINK HOLDINGS, INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,000,000.00 |

| | | |
|---|---|---|
| GOODEARTH DISTRIBUTION LLC | | Claim Number: 10106 |
| C/O GOODEARTH PRODUCTS | | Claim Date: 09/17/2024 |
| ATTN RICH HEBERT | | Debtor: BLINK HOLDINGS, INC. |
| 440 WEST ST | | Comments: WITHDRAWN |
| FORT LEE, NJ 07024 | | DOCKET: 428 (09/26/2024) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $290,821.26 |
| UNSECURED | Claimed: | $7,684.43 |

| | | |
|---|---|---|
| GOOGLE LLC | | Claim Number: 10145 |
| C/O WHITE AND WILLIAMS LLP | | Claim Date: 10/01/2024 |
| ATTN JAMES VANDERMARK | | Debtor: BLINK HOLDINGS, INC. |
| 1650 MARKET ST, STE 1800 | | |
| PHILADELPHIA, PA 19103 | | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $362,043.48 |

| | | |
|---|---|---|
| HAYES, KELLY M | | Claim Number: 10125 |
| ADDRESS ON FILE | | Claim Date: 09/23/2024 |
| | | Debtor: BLINK 116TH STREET, INC. |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |

| | | |
|---|---|---|
| HOUSTON COMM COLL SYSTEM | | Claim Number: 5 |
| C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP | | Claim Date: 08/29/2024 |
| PO BOX 3064 | | Debtor: BLINK WESTCHASE INC. |
| HOUSTON, TX 77253-3064 | | |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $626.72 | UNLIQ |

| HOUSTON COMM COLL SYSTEM<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 7<br>Claim Date: 08/29/2024<br>Debtor: BLINK AIRLINE DRIVE, INC. |
|---|---|

| SECURED | Claimed: | $784.16   UNLIQ |
|---|---|---|

| HOUSTON COMM COLL SYSTEM<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 10<br>Claim Date: 08/29/2024<br>Debtor: BLINK FITNESS FRANCHISING, INC. |
|---|---|

| SECURED | Claimed: | $461.81   UNLIQ |
|---|---|---|

| HOUSTON ISD<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 8<br>Claim Date: 08/29/2024<br>Debtor: BLINK AIRLINE DRIVE, INC. |
|---|---|

| SECURED | Claimed: | $7,382.13   UNLIQ |
|---|---|---|

| HOUSTON ISD<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 11<br>Claim Date: 08/29/2024<br>Debtor: BLINK FITNESS FRANCHISING, INC. |
|---|---|

| SECURED | Claimed: | $4,347.69   UNLIQ |
|---|---|---|

| IRL SYSTEMS INC<br>1650 BATH AVE<br>BROOKLYN, NY 11214 | Claim Number: 10112<br>Claim Date: 09/19/2024<br>Debtor: BLINK SUNSET PARK, INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,017.98 |
|---|---|---|
| UNSECURED | Claimed: | $642.44 |

| JACKSON LEWIS PC<br>1133 WESTCHESTER AVE, STE S125<br>WEST HARRISON, NY 10604 | Claim Number: 24<br>Claim Date: 09/16/2024<br>Debtor: BLINK HOLDINGS, INC. |
|---|---|

| UNSECURED | Claimed: | $6,294.60 |
|---|---|---|

| KAWAHIGASHI, JULIE<br>ADDRESS ON FILE | Claim Number: 10097<br>Claim Date: 09/14/2024<br>Debtor: BLINK BEACH STREET, INC. |
|---|---|

| UNSECURED | Claimed: | $9.74 |
|---|---|---|

| KINGS III OF AMERICA INC<br>751 CANYON DR, STE 100<br>COPPELL, TX 75019 | Claim Number: 10132<br>Claim Date: 09/25/2024<br>Debtor: BLINK HOLDINGS, INC. |
|---|---|

| UNSECURED | Claimed: | $5,235.15 |
|---|---|---|

| LEVIN PROPERTIES LP<br>C/O SHIPMAN & GOODWIN LLP<br>ATTN ERIC S GOLDSTEIN<br>ONE CONSTITUTION PLZ<br>HARTFORD, CT 06103 | Claim Number: 10143<br>Claim Date: 09/30/2024<br>Debtor: BLINK CLIFTON, INC. |
|---|---|

| UNSECURED | Claimed: | $37,269.60   UNLIQ |
|---|---|---|

| LEVY, SEBRINA<br>ADDRESS ON FILE | Claim Number: 23<br>Claim Date: 09/18/2024<br>Debtor: BLINK 2192 TEXAS PARKWAY, INC. |
|---|---|

| UNSECURED | Claimed: | $270.00 |
|---|---|---|

| | | | |
|---|---|---|---|
| LIFE FITNESS LLC<br>9525 BRYN MAWR AVE<br>ROSEMONT, IL 60018 | | Claim Number: 10013<br>Claim Date: 08/22/2024<br>Debtor: BLINK HOLDINGS, INC. | |

| ADMINISTRATIVE | Claimed: | $20,455.48 |
|---|---|---|
| UNSECURED | Claimed: | $143,862.09 |

| | | | |
|---|---|---|---|
| MACMONIGLE, BRETT<br>ADDRESS ON FILE | | Claim Number: 34<br>Claim Date: 09/26/2024<br>Debtor: BLINK ISLANDIA, INC. | |

| SECURED | Claimed: | $150.00 |
|---|---|---|

| | | | |
|---|---|---|---|
| MACOMB COUNTY TREASURER'S OFFICE<br>ATTN LAWRENCE ROCCA, TREASURER<br>ONE S MAIN ST, 2ND FL<br>MOUNT CLEMENS, MI 48043 | | Claim Number: 1<br>Claim Date: 08/21/2024<br>Debtor: BLINK FITNESS FRANCHISING, INC. | |

| SECURED | Claimed: | $57,408.55 |
|---|---|---|

| | | | |
|---|---|---|---|
| MACOMB COUNTY TREASURER'S OFFICE<br>ATTN LAWRENCE ROCCA, TREASURER<br>ONE S MAIN ST, 2ND FL<br>MOUNT CLEMENS, MI 48043 | | Claim Number: 2<br>Claim Date: 08/21/2024<br>Debtor: BLINK FITNESS RIALTO INC. | |

| SECURED | Claimed: | $57,408.55 |
|---|---|---|

| | | | |
|---|---|---|---|
| MADERA, NINA<br>ADDRESS ON FILE | | Claim Number: 10010<br>Claim Date: 08/20/2024<br>Debtor: BLINK HOLDINGS, INC. | |

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| MARCUM TECHNOLOGY LLC<br>10 MELVILLE PARK RD<br>MELVILLE, NY 11747 | | Claim Number: 10128<br>Claim Date: 09/24/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $12,689.64 |
| MARSHALL, KRYSTEN<br>ADDRESS ON FILE | | Claim Number: 10098<br>Claim Date: 09/14/2024<br>Debtor: BLINK 2192 TEXAS PARKWAY, INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| MARVELIS<br>ADDRESS ON FILE | | Claim Number: 10096<br>Claim Date: 09/14/2024<br>Debtor: BLINK WISSINOMING, INC. |
| UNSECURED | Claimed: | $137.00 |
| MATRIX COMMERCIAL GROUP<br>545 S KIMBALL AVE, STE 100<br>SOUTHLAKE, TX 76092 | | Claim Number: 38<br>Claim Date: 09/30/2024<br>Debtor: BLINK NRH, INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| META PLATFORMS INC<br>C/O MCMAHON SEREPCA LLP<br>ATTN DAVID SEREPCA, ESQ<br>1900 S NORFOLK ST, STE 350<br>SAN MATEO, CA 94403 | | Claim Number: 10142<br>Claim Date: 09/27/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $377,832.53 |

| | | |
|---|---|---|
| MORALE, SALVATOR<br>ADDRESS ON FILE | Claim Number: 10135<br>Claim Date: 09/25/2024<br>Debtor: BLINK ISLANDIA, INC. | |
| UNSECURED          Claimed: | $52.00 | |
| NATIONAL HANGER COMPANY INC<br>276 WATER ST<br>PO BOX 818<br>NORTH BENNINGTON, VT 05257 | Claim Number: 10130<br>Claim Date: 09/24/2024<br>Debtor: BLINK HOLDINGS, INC. | |
| UNSECURED          Claimed: | $812.94          Scheduled: | $812.94 |
| NESCTC SECURITY AGENCY<br>46 MOLTER ST<br>CRANSTON, RI 02910 | Claim Number: 10126<br>Claim Date: 09/24/2024<br>Debtor: BLINK HOLDINGS, INC. | |
| UNSECURED          Claimed: | $1,156.01 | |
| NEW JERSEY UNCLAIMED PROPERTY ADMIN<br>PO BOX 214<br>TRENTON, NJ 08625 | Claim Number: 18<br>Claim Date: 09/16/2024<br>Debtor: BLINK HOLDINGS, INC. | |
| UNSECURED          Claimed: | $0.00    UNDET | |
| NEW YORK STATE DEPARTMENT OF LABOR<br>C/O UNEMPLOYMENT INSURANCE DIVISION<br>ATTN INSOLVENCY UNIT<br>HARRIMAN STATE CAMPUS, BLDG 12, RM 256<br>ALBANY, NY 12240 | Claim Number: 25<br>Claim Date: 09/19/2024<br>Debtor: BLINK HOLDINGS, INC. | |
| PRIORITY          Claimed: | $89,819.84 | |

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF LABOR<br>1220 WASHINGTON AVE, BLDG 12, RM 256<br>ALBANY, NY 12226 | Claim Number: 26<br>Claim Date: 09/20/2024<br>Debtor: BLINK HOLDINGS, INC.<br>Comments: POSSIBLE DUPLICATE OF 25 | |

| PRIORITY | Claimed: | $89,819.84 |
|---|---|---|

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF LABOR<br>1220 WASHINGTON AVE, BLDG 12, RM 256<br>ALBANY, NY 12226 | Claim Number: 28<br>Claim Date: 09/20/2024<br>Debtor: BLINK FITNESS FRANCHISING, INC. | |

| PRIORITY | Claimed: | $53.30 |
|---|---|---|

| | | |
|---|---|---|
| NEW YORK STATE DEPT OF TAX AND FINANCE<br>ATTN BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205 | Claim Number: 10088<br>Claim Date: 09/10/2024<br>Debtor: BLINK FOURTH AVENUE, INC. | |

| PRIORITY | Claimed: | $2,171.79   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $250.00   UNLIQ |

| | | |
|---|---|---|
| NJ DEPT OF LABOR DIV EMPLOYER ACCOUNTS<br>PO BOX 379<br>TRENTON, NJ 08625 | Claim Number: 10134<br>Claim Date: 09/25/2024<br>Debtor: BLINK HOLDINGS, INC. | |

| PRIORITY | Claimed: | $1,746.95 |
|---|---|---|

| | | |
|---|---|---|
| OGANDO, AMBERLY<br>ADDRESS ON FILE | Claim Number: 10139<br>Claim Date: 09/26/2024<br>Debtor: BLINK 56-02 ROOSEVELT, INC. | |

| UNSECURED | Claimed: | $570.64 |
|---|---|---|

| | | |
|---|---|---|
| PANTALEON, MARIELY MEDRANO<br>ADDRESS ON FILE | | Claim Number: 10100<br>Claim Date: 09/15/2024<br>Debtor: BLINK HOLDINGS, INC. |

| ADMINISTRATIVE | Claimed: | $59.99 |
|---|---|---|

| | | |
|---|---|---|
| PELLETIER, ASHLYN<br>ADDRESS ON FILE | | Claim Number: 10092<br>Claim Date: 09/13/2024<br>Debtor: BLINK KNICKERBOCKER, INC. |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| PEOPLES GAS LIGHT & COKE COMPANY<br>200 E RANDOLPH ST<br>CHICAGO, IL 60601 | | Claim Number: 10073<br>Claim Date: 09/06/2024<br>Debtor: BLINK COURTESY PLAZA INC. |

| UNSECURED | Claimed: | $459.81 |
|---|---|---|

| | | |
|---|---|---|
| PEOPLES GAS LIGHT & COKE COMPANY<br>200 E RANDOLPH ST<br>CHICAGO, IL 60601 | | Claim Number: 10074<br>Claim Date: 09/06/2024<br>Debtor: BLINK HOLDINGS, INC. |

| UNSECURED | Claimed: | $332.92 |
|---|---|---|

| | | |
|---|---|---|
| PHILADELPHIA GAS WORKS<br>ATTN BANKRUPTCY DEPT<br>800 W MONTGOMERY AVE, 3RD FL<br>PHILADELPHIA, PA 19122 | | Claim Number: 36<br>Claim Date: 09/24/2024<br>Debtor: BLINK WHITMAN, INC. |

| UNSECURED | Claimed: | $222.61 |
|---|---|---|

| | | |
|---|---|---|
| PLAVE KOCH PLC<br>3120 FAIRVIEW PARK DR, STE 420<br>FALLS CHURCH, VA 22042 | | Claim Number: 12<br>Claim Date: 09/05/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $4,130.55 |
| PLAVE KOCH PLC<br>3120 FAIRVIERW PARK DR, STE 420<br>FALLS CHURCH, VA 22042 | | Claim Number: 15<br>Claim Date: 09/04/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $4,130.55 |
| PROSTAR LLC<br>221 WASHINGTON ST<br>MOUNT VERNON, NY 10553 | | Claim Number: 10115<br>Claim Date: 09/23/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $2,287.03 |
| PSE&G<br>ATTN BANKRUPTCY DEPT<br>PO BOX 709<br>NEWARK, NJ 07101-0709 | | Claim Number: 10131<br>Claim Date: 09/24/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $115,425.77 |
| PSEG LONG ISLAND<br>15 PARK DR<br>MELVILLE, NY 11747 | | Claim Number: 3<br>Claim Date: 08/28/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $55,954.85 |

| | | |
|---|---|---|
| PYROCOMM SYSTEMS INC<br>ATTN MARIA CAMPOS<br>15215 ALTON PKWY, STE 100<br>IRVINE, CA 92618 | | Claim Number: 10113<br>Claim Date: 09/19/2024<br>Debtor: BLINK HOLDINGS, INC. |

| UNSECURED | Claimed: | $605.00 |
|---|---|---|

| | | |
|---|---|---|
| REDA GROUP LTD<br>C/O LIBERTY SQUARE IN OZONE PARK LLC<br>7013 AUSTIN ST<br>FOREST HILLS, NY 11375 | | Claim Number: 10120<br>Claim Date: 09/23/2024<br>Debtor: BLINK LIBERTY AVENUE, INC. |

| UNSECURED | Claimed: | $30,866.22 |
|---|---|---|

| | | |
|---|---|---|
| REYES, JONATHAN<br>ADDRESS ON FILE | | Claim Number: 10124<br>Claim Date: 09/23/2024<br>Debtor: BLINK HOLDINGS, INC. |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| RJ CAPITAL HOLDINGS LLC<br>215-15 NORTHERN BLVD, STE 301<br>BAYSIDE, NY 11361 | | Claim Number: 10004<br>Claim Date: 08/16/2024<br>Debtor: BLINK WEBSTER AVENUE, INC. (F\K\A BLINK BOSTON POST ROAD. IN |

| UNSECURED | Claimed: | $37,195.07 |
|---|---|---|

| | | |
|---|---|---|
| RJ CAPITAL HOLDINGS LLC<br>215-15 NORTHERN BLVD, STE 301<br>BAYSIDE, NY 11361 | | Claim Number: 10005<br>Claim Date: 08/16/2024<br>Debtor: BLINK WEBSTER AVENUE, INC. (F\K\A BLINK BOSTON POST ROAD. IN |

| UNSECURED | Claimed: | $6,545,000.00 |
|---|---|---|

| ROBERTSON, CLEVELAND | Claim Number: 10153 |
| ADDRESS ON FILE | Claim Date: 10/02/2024 |
| | Debtor: BLINK HOLDINGS, INC. |

| UNSECURED | Claimed: | $0.00  UNDET |

| RW 5901 FLATLANDS LLC | Claim Number: 10149 |
| C/O PICK & ZABICKI LLP | Claim Date: 10/02/2024 |
| 369 LEXINGTON AVE, 12TH FL | Debtor: BLINK HOLDINGS, INC. |
| NEW YORK, NY 10017 | |

| UNSECURED | Claimed: | $1,408,835.17 |

| RW 5901 FLATLANDS LLC | Claim Number: 10150 |
| C/O PICK & ZABICKI LLP | Claim Date: 10/02/2024 |
| 369 LEXINGTON AVE, 12TH FL | Debtor: BLINK GEORGETOWN INC. |
| NEW YORK, NY 10017 | |

| UNSECURED | Claimed: | $1,408,835.17 |

| SALAKO, ITEOLUWAKISHA | Claim Number: 10111 |
| ADDRESS ON FILE | Claim Date: 09/18/2024 |
| | Debtor: BLINK SOUTH ORANGE, INC. |

| UNSECURED | Claimed: | $500,000.00 |

| SATELLITES UNLIMITED INC | Claim Number: 4 |
| 756 FRANCIS DR | Claim Date: 08/29/2024 |
| WANTAGH, NY 11793 | Debtor: BLINK HOLDINGS, INC. |

| UNSECURED | Claimed: | $19,275.73 |

| | | |
|---|---|---|
| SCHALLER, ROSEANN B<br>ADDRESS ON FILE | | Claim Number: 10103<br>Claim Date: 09/16/2024<br>Debtor: BLINK ISLANDIA, INC. |
| UNSECURED | Claimed: | $216.00 |
| SERVICECHANNEL.COM INC<br>30 PATEWOOD DR, BLDG 2, STE 350<br>GREENVILLE, SC 29615 | | Claim Number: 10050<br>Claim Date: 09/03/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $91,630.28 |
| SOCALGAS<br>PO BOX 30337<br>LOS ANGELES, CA 90030 | | Claim Number: 35<br>Claim Date: 09/19/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $770.84 |
| SPECTRUM<br>1600 DUBLIN RD<br>COLUMBUS, OH 43215 | | Claim Number: 10116<br>Claim Date: 09/23/2024<br>Debtor: BLINK HOLDINGS, INC. |
| UNSECURED | Claimed: | $7,480.60 |
| SPILKES, SAM<br>ADDRESS ON FILE | | Claim Number: 10090<br>Claim Date: 09/12/2024<br>Debtor: BLINK 287 BROADWAY, INC. |
| UNSECURED | Claimed: | $138,657.41 |

| | | |
|---|---|---|
| SPRING BRANCH ISD<br>C/O MELISSA E VALDEZ<br>1235 NORTH LOOP W, STE 600<br>HOUSTON, TX 77008 | | Claim Number: 10118<br>Claim Date: 09/23/2024<br>Debtor: BLINK LONG POINT, INC. |

| SECURED | Claimed: | $6,679.41   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| STERN ENVIRONMENTAL GROUP LLC<br>30 SEAVIEW DR<br>SECAUCUS, NJ 07094 | | Claim Number: 10051<br>Claim Date: 09/04/2024<br>Debtor: BLINK HOLDINGS, INC. |

| ADMINISTRATIVE | Claimed: | $4,107.79 |
|---|---|---|

| | | |
|---|---|---|
| T&J ELECTRICAL ASSOCIATES LLC<br>419 RTE 146<br>CLIFTON PARK, NY 12065 | | Claim Number: 10114<br>Claim Date: 09/20/2024<br>Debtor: BLINK HOLDINGS, INC. |

| UNSECURED | Claimed: | $78,680.48   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| TARRANT COUNTY<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN JOHN KENDRICK TURNER<br>2777 N STEMMONS FWY, STE 1000<br>DALLAS, TX 75207 | | Claim Number: 10001<br>Claim Date: 08/15/2024<br>Debtor: BLINK NRH, INC. |

| SECURED | Claimed: | $4,812.43   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| TARRANT COUNTY<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN JOHN KENDRICK TURNER<br>2777 N STEMMONS FWY, STE 1000<br>DALLAS, TX 75207 | | Claim Number: 10002<br>Claim Date: 08/15/2024<br>Debtor: BLINK KELLER, INC. |

| SECURED | Claimed: | $6,013.88   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| TARRANT COUNTY<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN JOHN KENDRICK TURNER<br>2777 N STEMMONS FWY, STE 1000<br>DALLAS, TX 75207 | | Claim Number: 10003<br>Claim Date: 08/15/2024<br>Debtor: BLINK BEACH STREET, INC. |

| SECURED | Claimed: | $5,324.95   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| TD EQUIPMENT FINANCE INC<br>C/O STARK AND STARK PC<br>ATTN TIMOTHY DUGGAN, ESQ<br>PO BOX 5315<br>PRINCETON, NJ 08543 | | Claim Number: 10091<br>Claim Date: 09/13/2024<br>Debtor: BLINK HOLDINGS, INC. |

| SECURED | Claimed: | $57,464.98 |
|---|---|---|

| | | |
|---|---|---|
| TWYMAN, KEITH, JR<br>ADDRESS ON FILE | | Claim Number: 10136<br>Claim Date: 09/25/2024<br>Debtor: BLINK HOLDINGS, INC. |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| UKG INC<br>C/O AKERMAN LLP<br>ATTN CATHERINE R CHOE, ESQ<br>420 S ORANGE AVE, STE 1200<br>ORLANDO, FL 32801 | | Claim Number: 10109<br>Claim Date: 09/18/2024<br>Debtor: BLINK HOLDINGS, INC. |

| UNSECURED | Claimed: | $324.10 |
|---|---|---|

| | | |
|---|---|---|
| US FITNESS SERVICE<br>377 TROWBRIDGE RD<br>ELK GROVE VILLAGE, IL 60007 | | Claim Number: 10089<br>Claim Date: 09/11/2024<br>Debtor: BLINK HOLDINGS, INC. |

| UNSECURED | Claimed: | $19,609.41 |
|---|---|---|

VALENTINO POMPEO ARCHITECT PC
437 BEACH 129TH ST
BELLE HARBOR, NY 11694

Claim Number: 10146
Claim Date: 10/01/2024
Debtor: BLINK HOLDINGS, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,237.72 | Scheduled: | $27,616.86 |

VALOR ENTERPRISES LLC
345 E 147TH ST
BRONX, NY 10451

Claim Number: 10138
Claim Date: 09/26/2024
Debtor: BLINK HOLDINGS, INC.

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $250,000.00 | UNLIQ |
| UNSECURED | Claimed: | $750,000.00 | UNLIQ |

VIRGO, MONICA
ADDRESS ON FILE

Claim Number: 10011
Claim Date: 08/20/2024
Debtor: BLINK HOLDINGS, INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

VIZCARRA, KANANI A
ADDRESS ON FILE

Claim Number: 10144
Claim Date: 10/01/2024
Debtor: BLINK HOLDINGS, INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |

W W GRAINGER INC
401 S WRIGHT RD
JANESVILLE, WI 53546

Claim Number: 16
Claim Date: 08/29/2024
Debtor: BLINK FITNESS FRANCHISING, INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,940.43 |
| UNSECURED | Claimed: | $7,537.98 |

| | | | |
|---|---|---|---|
| WASHINGTON, JOHNATHAN<br>ADDRESS ON FILE | | Claim Number: 10093<br>Claim Date: 09/13/2024<br>Debtor: BLINK WISSINOMING, INC. | |
| UNSECURED | Claimed: | $0.00  UNDET | |
| WB MASON COMPANY INC<br>ATTN LISA FIORE<br>59 CENTRE ST<br>BROCKTON, MA 02301 | | Claim Number: 10147<br>Claim Date: 10/01/2024<br>Debtor: BLINK HOLDINGS, INC. | |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $9,785.59<br>$9,599.59 | |
| WB MASON COMPANY INC<br>ATTN LISA M FIORE<br>59 CENTRE ST<br>BROCKTON, MA 02301 | | Claim Number: 10148<br>Claim Date: 10/01/2024<br>Debtor: BLINK HOLDINGS, INC. | |
| UNSECURED | Claimed: | $9,599.59 | |
| WILLIAMS, MARLON<br>ADDRESS ON FILE | | Claim Number: 10007<br>Claim Date: 08/19/2024<br>Debtor: BLINK HOLDINGS, INC. | |
| UNSECURED | Claimed: | $0.00  UNDET | |
| WILLOUGHBY, VICKI<br>ADDRESS ON FILE | | Claim Number: 10107<br>Claim Date: 09/17/2024<br>Debtor: BLINK HOLDINGS, INC. | |
| UNSECURED | Claimed: | $918.00 | |

| | | |
|---|---|---|
| WOMEN'S MARKETING INC | | Claim Number: 10012 |
| D/B/A STELLA RISING | | Claim Date: 08/20/2024 |
| 2425 POST RD, STE 302 | | Debtor: BLINK HOLDINGS, INC. |
| SOUTHPORT, CT 06890 | | |

| UNSECURED | Claimed: | $202,418.56 |
|---|---|---|

| | | |
|---|---|---|
| WOODARD, RODNEY | | Claim Number: 10095 |
| ADDRESS ON FILE | | Claim Date: 09/14/2024 |
| | | Debtor: BLINK 125TH STREET, INC. |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| WOODARD, RODNEY | | Claim Number: 10108 |
| ADDRESS ON FILE | | Claim Date: 09/18/2024 |
| | | Debtor: BLINK 125TH STREET, INC. |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| YOUNG, BRIAN | | Claim Number: 10008 |
| ADDRESS ON FILE | | Claim Date: 08/19/2024 |
| | | Debtor: BLINK GATES, INC. |

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| ZENDESK INC | | Claim Number: 10110 |
| 989 MARKET ST | | Claim Date: 09/18/2024 |
| SAN FRANCISCO, CA 94103 | | Debtor: BLINK HOLDINGS, INC. |

| UNSECURED | Claimed: | $82,601.68 |
|---|---|---|

## Summary Page

Total Number of Filed Claims:   200

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $619,023.93 | $0.00 |
| Priority: | $202,732.95 | $0.00 |
| Secured: | $242,899.52 | $0.00 |
| Unsecured: | $16,718,149.83 | $0.00 |
| Total: | $17,782,806.23 | $0.00 |