IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF RULE 30(b)(6) DEPOSITION OF DEBTORS**

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, as made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Rule 9014, the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned Debtors will take the deposition upon oral examination of the Debtors' Investment Banker, Moelis & Company LLC ("Moelis"), 399 Park Avenue, 4th Floor, New York, New York 10022 (c/o Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attention: Michael R. Nestor, Sean T. Greecher and Allison S. Mielke) recorded by video and/or stenographic means, before a court reporter authorized by law to take depositions.

The deposition is being taken in connection with the Debtors' *Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of The Sale of All or Substantially All of the Debtors Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II)(A) Authorizing*

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed counsel for the Debtors.

16995294/1

*and Approving the Debtors Entry Into An Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief* [D.I. 81] (the "Sale Motion"). The deposition will commence on **Wednesday, October 23, 2024, at 8:30 a.m. (ET)**, or at some other time mutually agreed upon by the parties, and will continue until completed or adjourned, and shall take place at the office of Kelley Drye & Warren LLP, 3 World Trade Center, New York, NY 10007. The deposition will be taken for purposes of discovery, preservation of testimony, for use at trial, and any other purposes permitted by the Federal Rules of Civil Procedure, the Bankruptcy Rules, the Federal Rules of Evidence, or other applicable law.

Pursuant to Rule 30(b)(6), the Debtors or Moelis are required to designate one or more knowledgeable persons to testify on the Debtors' behalf with respect to the matters set forth in Exhibit A, and the person(s) so designated shall be required to testify to those matters known or reasonably available to the Debtors. For each person designated, the Debtors shall advise counsel for the Committee of the identity of the person and identify the topic(s) on which that person shall testify at least one (1) business day before the deposition. To the extent such person(s) will rely on documents or information not yet produced, the Debtors or Moelis are further requested to produce documents or that information as soon as its available, and no less than one (1) business day before the deposition.

The Committee reserves its rights to issue other or further notices of deposition.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: October 21, 2024 | **MORRIS JAMES LLP**<br><br>*/s/ Eric J. Monzo*<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>Siena B. Cerra (DE Bar No. 7290)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>         bkeilson@morrisjames.com<br>         scerra@morrisjames.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson, Esq. (admitted *pro hac vice*)<br>Kristin S. Elliott, Esq. (admitted *pro hac vice*)<br>Andres Barajas, Esq. (admitted *pro hac vice*)<br>3 World Trade Center<br>New York, NY 10007<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br>E-mail: ewilson@kelleydrye.com<br>         kelliott@kelleydrye.com<br>         abarajas@kelleydrye.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

**Exhibit A**

Topics for Examination

1. All aspects of any sales and marketing processes, or other strategic alternatives, regarding any potential sale or refinancing of the Debtors business or assets, including all expressions of interest the Debtors have received with respect to the foregoing since 2016.

2. The Debtors' communications with potential bidders during the sales and marketing effort conducted by Moelis.

3. All aspects of the Stalking Horse Agreement, except for the Debtors' decision to enter into such agreement.

16995294/1