# EXHIBIT 1

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

### STIPULATION BY AND BETWEEN
### THE DEBTORS AND BANK OF AMERICA, N.A.

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") and Bank of America, N.A. ("**BofA**," and together with the Debtors, the "**Parties**") hereby enter into this stipulation (this "**Stipulation**") to increase the reserve (the "**Reserve**") held by BofA pursuant to that certain *Merchant Services Agreement* (including all exhibits, schedules, addenda, and supplements thereto, and as amended from time to time, collectively and as used herein, the "**MSA**"), dated April 28, 2017, by and among the Parties, as further described below:

### RECITALS

WHEREAS, on August 12, 2024 (the "**Petition Date**"), each of the Debtors commenced a voluntary case (collectively, the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

WHEREAS, on the Petition Date, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Maintain and Honor Certain Prepetition*

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

*Customer Programs; (II) Authorizing the Debtors to Serve Customers Certain Pleadings Filed in the Chapter 11 Cases by Electronic Means; (III) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief* [Docket No. 11] (the "**Motion**") with the Court.

WHEREAS, on August 14, 2024, the Court entered an order [Docket No. 65] (the "**Interim Order**"), approving the Motion on an interim basis and permitting BofA to increase the Reserve solely on the terms set forth therein.

WHEREAS, on September 3, 2024, BofA filed its *Reservation of Rights of Bank of America, N.A. Related to the Relief Sought in the Customer Programs Motion* [Docket No. 133].

WHEREAS, on September 6, 2024, the Court entered an order [Docket No. 173] (the "**Final Order**," and together with the Interim Order, the "**Orders**"), approving the Motion on a final basis.[2]

WHEREAS, the Parties have agreed to increase the Reserve on the terms set forth herein.

## STIPULATION

1. This Stipulation is subject to the approval of the Court and shall take effect only once approved by the Court (the date that the Stipulation is approved, the "**Effective Date**").

2. The Reserve shall be (a) increased in the amount of one million two hundred and fifty thousand dollars ($1,250,000) (such amount, the "**Reserve Increase**"), which funds shall be wired by the Debtors to BofA within five (5) business days following the later of (i) the Effective Date, and (ii) the date upon which BofA provides the Debtors with wire instructions

---

[2] Capitalized terms used but not defined herein shall have the meaning given to them in the Motion or the Orders, as applicable.

32085229.5

sufficient to transfer funds; and (b) maintained by BofA pursuant to the terms of the MSA (subject to applicable law, such as the Bankruptcy Code, and the Orders).  For the avoidance of doubt, the Reserve Increase shall be in addition to BofA's pre-petition Reserve as identified in the Orders and the postpetition increase in the Reserve reflected in the Orders.  Except as set forth above, BofA shall not further increase the Debtors' Reserve requirement without further order of the Court; *provided*, *however*, that upon the earlier of (i) January 1, 2025 or (ii) irregular Card sales by the Debtors, excessive Chargebacks experienced by the Debtors, or other circumstances which present a material increase in BofA's risk exposure sufficient to constitute an "Event of Default" under Section 18.2(iv) of the MSA.

3. The terms of the Orders shall remain in full force and effect, except as expressly stated herein.

4. Solely to the extent necessary to permit the Parties to effectuate this Stipulation, relief from the automatic stay under section 362 of the Bankruptcy Code is hereby granted.

5. This Stipulation together with the Orders, constitutes the entire agreement and supersedes all other prior agreements and understandings, both written and oral, between the Debtors and BofA with respect to the increase of the Debtors' Reserve requirement during the Chapter 11 Cases, and, except as otherwise expressly provided herein, is not intended to confer upon any other person any rights or remedies hereunder.  For the avoidance of doubt, except as set forth in Paragraph 2 hereof and the Orders nothing herein modifies, diminishes or otherwise impacts the MSA and the rights, privileges and powers conferred on either party pursuant to, and consistent with, the MSA.

6. This Stipulation is governed by and shall be construed in accordance with the laws of the State of Delaware without regard to its conflicts of law provisions.

7. The undersigned persons represent and warrant that they have full authority to execute this Stipulation on behalf of the Parties, as applicable, and that the undersigned persons have full knowledge of and have consented to this Stipulation.

8. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. This Stipulation may be executed by electronic signatures, and such electronic signatures will be deemed to be valid whether or not confirmed by delivering the original signatures in person, by courier, or mail.

9. This Stipulation may not be amended without the express written consent of the Parties.

10. This Stipulation shall be binding upon the Parties and upon all of their affiliates, assigns, and successors, including, without limitation, any bankruptcy trustee that may be appointed in the future.

11. It is acknowledged that the Debtors and BofA participated in and jointly consented to the drafting of this Stipulation and that any claimed ambiguity shall not be construed for or against either of the Parties on account of such drafting.

*[Signature Page Follows]*

| | |
|---|---|
| **WOMBLE BOND DICKINSON (US) LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| */s/ Matthew P. Ward* | */s/ Allison S. Mielke* |
| Matthew P. Ward (No. 4471) | Michael R. Nestor (No. 3526) |
| 1313 North Market Street, Suite 1200 | Sean T. Greecher (No. 4484) |
| Wilmington, Delaware 19801 | Allison S. Mielke (No. 5934) |
| Telephone: (302) 252-4320 | Timothy R. Powell (No. 6894) |
| Facsimile: (302) 252-4330 | Rebecca L. Lamb (No. 7223) |
| Email: matthew.ward@wbd-us.com | Benjamin C. Carver (No. 7176) |
| | Rodney Square |
| -and- | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| **ALSTON & BIRD LLP** | Telephone: (302) 571-6600 |
| Jacob A. Johnson (admitted *pro hac vice*) | Facsimile: (302) 571-1253 |
| (Georgia Bar No. 849407) | Email: mnestor@ycst.com |
| One Atlantic Center | sgreecher@ycst.com |
| 1201 West Peachtree Street, Suite 4900 | amielke@ycst.com |
| Atlanta, GA 30309-3424 | tpowell@ycst.com |
| Telephone: (404) 881-7000 | rlamb@ycst.com |
| Facsimile: (404) 881-7777 | bcarver@ycst.com |
| Email: jacob.johnson@alston.com | |
| | *Counsel to the Debtors and Debtors in Possession* |
| Stephen M. Blank (admitted *pro hac vice*) | |
| (New York Bar No. 227323) | |
| 90 Park Avenue | |
| New York, NY 10016-1387 | |
| Telephone: (212) 210-9400 | |
| Facsimile: (212) 210-9444 | |
| Email: stephen.blank@alston.com | |
| | |
| *Counsel to Bank of America, N.A.* | |

32085229.5

5