**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 348, 361, 464 & 474** |

**THIRD SUPPLEMENTAL NOTICE OF (I) POTENTIAL ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND
UNEXPIRED LEASES AND (II) CURE AMOUNTS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.     On August 12, 2024, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed a motion seeking approval of the Bidding Procedures for the sale (the "**Sale**") of certain of the Debtors' assets (the "**Assets**") and approval of the Sale of such Assets (the "**Bidding Procedures and Sale Motion**") to the highest or best qualified bidder (the "**Successful Bidder**"). On September 10, 2024, the United States Bankruptcy Court for the District of Delaware entered an order [Docket No. 348] (the "**Bidding Procedures Order**") approving the relief requested in the Bidding Procedures and Sale Motion.  The Debtors have further requested that a hearing be scheduled on November 6, 2024 at 11:00 a.m. (prevailing Eastern Time) to approve the Sale of the Assets to the Successful Bidder.

2.     Pursuant to the Bidding Procedures Order, on September 12, 2024, the Debtors filed the *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 361] (the "**Assumption/Assignment Notice**").[2]   The Debtors indicated on Schedule A to the Assumption/Assignment Notice (the "**Initial Cure Schedule**") the cure amounts, if any, that the Debtors believe must be paid to cure any prepetition defaults and pay all amounts accrued (in each instance, the "**Cure Amount**") under the Other Potentially Assigned Agreements.[3]

---

[1]     The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036.  Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2]     Capitalized terms used but not defined herein shall have the meanings set forth in the Assumption/Assignment Notice.

[3]     For the avoidance of doubt, the assumption of any Potentially Assigned Agreement, including any Additional Other Potentially Assigned Agreement (as defined below), includes, without limitation, any and all amendments,

3.      Thereafter, on October 4, 2024 and October 9, 2024, respectively, the Debtors filed the *Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 464] and the *Second Supplemental Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 474] (the "**Second Supplemental Notice**"), adding certain executory contracts and unexpired leases and disclosing certain revisions to the Cure Amounts.

4.      The Debtors are hereby filing this *Third Supplemental Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Cure Amounts* to disclose certain revisions to the Cure Amounts (the "**Revised Cure Amounts**") from the Initial Cure Schedule, as listed in <u>Schedule A</u> hereto.  Each of the Revised Cure Amounts was made with the consent of the applicable counterparties.

Dated: Wilmington, Delaware
      October 24, 2024

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Allison S. Mielke*
Michael R. Nestor (No. 3526)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Timothy R. Powell (No. 6894)
Rebecca L. Lamb (No. 7223)
Benjamin C. Carver (No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
      sgreecher@ycst.com
      amielke@ycst.com
      tpowell@ycst.com
      rlamb@ycst.com
      bcarver@ycst.com

*Counsel to the Debtors and Debtors in Possession*

---

modifications, side letters, memoranda of understanding, documents incorporated by reference, attachments and exhibits thereto.

**Schedule A**

**Revised Cure Amounts**

| REF. NO. ON INITIAL CURE SCHEDULE | CASE NUMBER | DEBTOR ENTITY | COUNTERPARTY | CONTRACT DESCRIPTION | REVISED CURE AMOUNT |
|---|---|---|---|---|---|
| 87 | 24-11722 | Blink Utica Avenue, Inc. | 250 Utica Owners LLC Attn: Gabriel Chehebar c/o Jackson Group Holdings LLC 45 Broadway, Ste 1850 New York, NY 10006 | Subordination, Non-Disturbance and Attornment Agreement DTD 1/28/2020 (Re: Lease DTD 9/13/2012) | $0.00 |
| 109 | 24-11798 | Blink 125th Street, Inc. | 301-303 West 125 LLC c/o ACHS Management Corp 1412 Broadway, 3rd Fl New York, NY 10018 | Amendment of Lease DTD 10/15/2020 (Amends Lease DTD 1/19/2012) | $73,846.54 |
| 329 | 24-11819 | Blink Atlantic Avenue, Inc. | Boerum Place LLC Attn: Real Estate Dept 1946 Coney Island Avenue Brooklyn, NY 11223 | Retail Lease DTD 1/15/2014 | $71,043.61 |
| 380 | 24-11794 | Blink Eighth Avenue, Inc. | Chelsea W26 LLC c/o Artimus Attn: Benjamin F. Kursman, Esq 37W 65th St New York, NY 10174 | Lease Agreement DTD 4/5/2013 | $23,162.81 |
| 618 | 24-11686 | Blink Holdings, Inc. | Johnson Health Tech North America Inc. d/b/a Matrix Fitness Attn: Nicole Toay | 1st Amendment to Equipment Purchase Agreement DTD 1/1/2024 | $1,487,372.59 |

| REF. NO. ON INITIAL CURE SCHEDULE | CASE NUMBER | DEBTOR ENTITY | COUNTERPARTY | CONTRACT DESCRIPTION | REVISED CURE AMOUNT |
|---|---|---|---|---|---|
| | | | 1600 Landmark Dr Cottage Grove, WI 53527 | | |
| 619 | 24-11686 | Blink Holdings, Inc. | Johnson Health Tech North America Inc. d/b/a Matrix Fitness Attn: Nicole Toay 1600 Landmark Dr Cottage Grove, WI 53527 | Equipment Purchase Agreement DTD 11/14/2022 | $0.00 |
| 772 | 24-11686 | Blink Holdings, Inc. | PPC Commercial, LLC, successor-in-interest to Parkchester Preservation Company, L.P. c/o Olshan Properties 6525 W. Campus Oval, Suite 100 New Albany, OH 43054 | Limited Guaranty[4] | $0.00 |
| 775 | 24-11699 | Blink Metropolitan Avenue, Inc. | PPC Commercial, LLC, successor-in-interest to Parkchester Preservation Company, L.P. c/o Olshan Properties 6525 W. Campus Oval, Suite 100 New Albany, OH 43054 | Standard Commercial Building Lease DTD 9/6/2011[5] | $246,904.74 |

[4]   For the avoidance of doubt, contract identified as #773 on the Initial Cure Schedule was listed in error. The Cure Amount for such contract, as revised in the Second Supplemental Notice, shall not be applicable to such contract and is instead listed on the contract identified herein as #775.

[5]   For the avoidance of doubt, contract identified as #774 on the Initial Cure Schedule was listed in error and should not be considered a contract to be assumed at this location for this counterparty.

| REF. NO. ON INITIAL CURE SCHEDULE | CASE NUMBER | DEBTOR ENTITY | COUNTERPARTY | CONTRACT DESCRIPTION | REVISED CURE AMOUNT |
|---|---|---|---|---|---|
| 777 | 24-11699 | Blink Metropolitan Avenue, Inc. | PPC Commercial, LLC, successor-in-interest to Parkchester Preservation Company, L.P. c/o Olshan Properties 6525 W. Campus Oval, Suite 100 New Albany, OH 43054 | 1st Amendment to Lease (Amends Lease DTD 9/6/2011)[6] | $0.00 |
| 854 | 24-11692 | Blink 1060 W Alameda, Inc. | Rancho Marketplace Gateway LLC c/o Robertson Properties Group Attn: Property Mgr 120 N Robertson Blvd, 3rd Fl Los Angeles, CA 90048-3115 | Lease Agreement DTD 8/20/2018 | $0.00 |
| 1093 | 24-11686 | Blink Holdings, Inc. | TD Equipment Finance Inc Attn: Sr Manager 2059 Springdale Rd Cherry Hill, NJ 08034 | Master Lease Schedule #4015955 DTD 1/21/2020 | $57,646.00 |
| 1094 | 21-11686 | Blink Holdings, Inc. | TD Equipment Finance Inc Attn: Sr Manager 2059 Springdale Rd Cherry Hill, NJ 08034 | Master Lease Schedule #40156243 DTD 2/24/2020 | $0.00 |

---

[6] For the avoidance of doubt, contract identified as #776 on the Initial Cure Schedule was listed in error.

| REF. NO. ON INITIAL CURE SCHEDULE | CASE NUMBER | DEBTOR ENTITY | COUNTERPARTY | CONTRACT DESCRIPTION | REVISED CURE AMOUNT |
|---|---|---|---|---|---|
| 952 | 24-11707 | Blink Myrtle Avenue, Inc. | Theater Building Enterprise, The<br>3611 14th Ave, Ste 400<br>Brooklyn, NY 11218 | Retail Lease DTD 10/3/2017 | $22,289.85 |