**Exhibit A**
**(Gage Declaration)**

16999539/1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,* | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF RICHARD D. GAGE IN
SUPPORT OF THE OBJECTION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' SALE MOTION**

I, Richard D. Gage, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a special counsel at the law firm of Kelley Drye & Warren LLP, counsel to the Official Committee of Unsecured Creditors (the "Committee") of *Blink Holdings, Inc., et al.*, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). I am admitted to appear *pro hac vice* in this action.

2. I submit this Declaration in support of the *Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Assumed Contracts, and (IV) Granting Related Relief* (the "Sale Objection").[1] I am authorized to execute this declaration on behalf of the Committee.

3. I have personal knowledge of the facts set forth herein. If called to testify, I could and would testify competently as to the matters stated herein.

---

[1] Capitalized terms used but not defined in this declaration have the meanings ascribed to them in the Sale Objection.

2

4. Beginning on September 3, 2024, the Committee issued discovery requests to the Debtors, Equinox and Varagon and held various meet and confer sessions with each of those parties. While the Committee has received some documents from the Debtors, Equinox and Varagon, many requests remain outstanding. The Committee continues to work with the producing parties to obtain requested information.

5. The Committee has faced significant challenges obtaining books and records from the Debtors. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███

6. ████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████

7. This arrangement has caused confusion and delay.

## I. **Conflicted Board and Management**

8. Attached hereto as **Exhibit 1** is a true and correct copy of the ████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████ as produced to the Committee by the Debtors.

2

9. Attached hereto as **Exhibit 2** is a true and correct copy of a ███████████████████████████████████████████████████████████████████████████████ as produced to the Committee by the Debtors.

10. Attached hereto as **Exhibit 3** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████ as produced to the Committee by the Debtors.

11. Attached hereto as **Exhibit 4** is a true and correct copy of ███████████████████████████████████████████ as produced to the Committee by the Debtors.

12. Attached hereto as **Exhibit 5** is a true and correct copy of the ███████████████████████████████████████████████████████████████████████████████ as produced to the Committee by the Debtors.

13. Attached hereto as **Exhibit 6** is a true and correct copy of ███████████████████████████████████████████████████████, all as produced to the Committee by the Debtors.

14. Attached hereto as **Exhibit 7** is a true and correct copy of ███████████████████████████████████████████████████████, as produced to the Committee by Equinox.

15. Attached hereto as **Exhibit 8** is a true and correct copy of ███████████████████████████████████████████████████████████, as produced to the Committee by the Debtors.

16. Attached hereto as **Exhibit 9** is a true and correct copy of ███████████████████████████████████████████████████ as produced by Equinox, as produced to the Committee by Equinox.

**II.    Control Through the TSA**

17. The Debtors' counsel has advised that ███████████████████████████████████████████████████████. The Debtors' counsel advised me that ███████████████████████████████████████████████████████████████████. According to the Debtors' counsel, ███████████████████████████████████████████████████████

18. Attached hereto as **Exhibit 10** is a true and correct copy of the Transition Services Agreement, dated as of December 1, 2016, between Equinox Holdings Inc. and Blink Holdings, Inc., as produced to the Committee by the Debtors.

19. Attached hereto as **Exhibit 11** is a true and correct copy of the First Amendment to Transition Services Agreement, dated as of February 2024, between Equinox Holdings Inc. and Blink Holdings, Inc., as produced to the Committee by the Debtors.

20. Attached hereto as **Exhibit 12** is a true and correct copy of the Second Amendment to Transition Services Agreement, dated as of August 2, 2024, between Equinox Holdings Inc. and Blink Holdings, Inc., as produced to the Committee by the Debtors.

### III. Preferred Stock Redemption

21. Attached hereto as **Exhibit 13** is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, as produced to the Committee by the Debtors.

22. Attached hereto as **Exhibit 14** is a true and correct copy of a letter, dated October 21, 2024, that I sent to counsel to the Debtors and counsel to Equinox.

23. Neither the Debtors nor Equinox have produced ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Among other deficiencies, the Committee has not received documentation of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

24. The Debtors' production of documents shows that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

### IV. The Alshaya Investment

25. Attached hereto as **Exhibit 15** is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, as produced to the Committee by the Debtors.

26. Attached hereto as **Exhibit 16** is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, as produced to the Committee by the Debtors.

27. The Debtors have produced ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

16999300/1

28. Attached hereto as **Exhibit 17** is a true and correct copy of ███████████████████████████████████████████████████████████████████, as produced to the Committee by the Debtors.

## V. The Equinox "Loans"

29. Attached hereto as **Exhibit 18** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ as produced to the Committee by Varagon.

30. Attached hereto as **Exhibit 19** is a true and correct copy of █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████, as produced to the Committee by Varagon.

31. Attached hereto as **Exhibit 20** is a true and correct copy of ██████████████████████████████████████████████████████████████████████████ as produced to the Committee by Varagon.

32. Attached hereto as **Exhibit 21** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████, as produced to the Committee by Varagon.

33. Attached hereto as **Exhibit 22** is a true and correct copy of ██

██████████████████████████████████████████

████████████████████████████████████

34. Attached hereto as **Exhibit 23** is a true and correct copy of ███████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████, as produced to the Committee by Varagon.

## VI. The 2022 IOI

35. Attached hereto as **Exhibit 24** is a true and correct copy of ███████

██████████████████████████████████████████, as produced to the Committee by the Debtors.

36. Attached hereto as **Exhibit 25** is a true and correct copy of ███████

████████████████████████████████, as produced to the Committee by the Debtors.

37. Attached hereto as **Exhibit 26** is a true and correct copy of ███████

██████████████████████████████████, as produced to the Committee by Equinox.

## VII. Pre-Filing Corporate Governance Changes

38.     The Committee requested that the Debtors produce all Board minutes since June 1, 2019. In response, the Debtors produced ███████████████████████████████████ ███████████████████████████████.

39.     ███████████████████████████████████████████████████████████ ███████████████████████████.

40.     Attached hereto as **Exhibit 27** are true and correct copies of ████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████, all as produced to the Committee by the Debtors.

## VIII. The Sale

41.     Attached hereto as **Exhibit 28** is a true and correct copy of ████████ ███████████████████████████████████████████████████████████████████ ██████████, as produced to the Committee by the Debtors.

42.     Attached hereto as **Exhibit 29** is a true and correct copy of ████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████.

## IX. The Varagon TSA

43.     The Committee requested documents from the Debtors, Varagon and Equinox ████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ █████████ ████████████████████████████████████████████████. Neither the Debtors nor Equinox produced any documents in response to this request.

44. Attached hereto as **Exhibit 30** is a true and correct copy of ██████ ████████████████████████████████████████████████████ ████████████████████████████

45. Attached hereto as **Exhibit 31** is a true and correct copy of ██████ ████████████████████████████████████████████████████ ████████████████████████████

46. Attached hereto as **Exhibit 32** are true and correct copy of ██████ ████████████████████████████████████████████████████ ████████████████████████████████████████

47. Attached hereto as **Exhibit 33** is a true and correct copy of ██████ ████████████████████████████████████████████████████ ██████████████████████████████████████████████████.

48. Attached hereto as **Exhibit 34** is a true and correct copy of ██████ ████████████████████████████████████████████████████ ████████████████████████████████████████

## X.     The Committee's TSA Extension Request

49. On October 17, 2024, the Committee requested that Equinox extend the Original TSA beyond December 31, 2024. Attached hereto as **Exhibit 35** is a true and correct copy of an email, dated October 17, 2024, from Eric Wilson, a Kelley Drye partner, to Lisa Schweitzer, Equinox's counsel.

50. On October 22, 2024, Equinox's counsel responded to the Committee's extension request. Attached hereto as **Exhibit 36** is a true and correct copy of an email, dated October 22, 2024, from Lisa Schweitzer, Equinox's counsel, to Eric Wilson, a Kelley Drye partner.

9

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 22, 2024
       New York, New York.

*/s/ Richard D. Gage*
Richard D. Gage

## EXHIBITS 1 - 36

[FILED UNDER SEAL]