**Exhibit B**
**(Hurwitz Declaration)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,* | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF PETER HURWITZ IN
SUPPORT OF THE OBJECTION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' SALE MOTION**

I, Peter Hurwitz, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Principal of Dundon Advisers LLC ("Dundon Advisers"), a financial advisory and investment management firm.

2. The Official Committee of Unsecured Creditors (the "Committee") of *Blink Holdings, Inc.*, *et al.*, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") has retained Dundon Advisers as its financial advisor. I am authorized to execute this declaration on behalf of the Committee and Dundon Advisers.

3. I have over 20 years of experience including as a financial advisor, acquisitions, and corporate finance. I joined Dundon Advisers in 2018 and am the head of the firm's unsecured creditors practice. In my role at Dundon Advisers, I have extensive experience leading engagements serving as advisor to unsecured creditor committees. I have also served as an assignee for the benefit of creditors and as a plan administrator and liquidating trustee in many cases. Dundon Advisers has advised the creditor committees of, or certain creditors of, fitness chains 24 Hour Fitness, Gold's Gym, In-Shape, Town Sports, YogaWorks, and You Fit.

16999431/1

4. Prior to joining Dundon Advisers, I was the CEO and President of CORE Media Group. In this role, I oversaw all television, music, live touring, and digital operations of the $100,000,000 revenue diversified media and entertainment business. Prior to my role at CORE, I was a member of the senior leadership team at Martha Stewart Omnimedia, an NYSE-listed integrated media and merchandising company. In my role as Executive Vice President and General Counsel I supervised all legal and business affairs functions, and spearheaded the re-launch of Martha's syndicated show on the Hallmark Channel.

5. I have a BA in economics from Middlebury College (magna cum laude and phi beta kappa), and a JD from Georgetown University (cum laude).

6. I submit this Declaration in support of the *Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Assumed Contracts, and (IV) Granting Related Relief* (the "Sale Objection").[1] I understand one of the primary grounds of the Sale Objection is that the Sale contemplates releases of Equinox and other insiders for no or insufficient consideration.

7. I am the leader of the Dundon Advisers team advising the Committee in this matter. As such, unless otherwise indicated, I have personal knowledge of the facts set forth herein. If I were called to testify as a witness in this matter, I could and would testify competently to each of the facts set forth herein.

---

[1] Capitalized terms not defined in this declaration have the meanings ascribed to them in the Sale Objection.

2

8. In connection with the Objection, the Committee requested that Dundon Advisers perform an analysis of the Debtors' financial performance, the Debtors' proposed Sale, and the terms of the Debtors' Original TSA (as defined below) and the TSA Amendments (as defined below). In conducting this analysis, Dundon Advisers reviewed relevant documents produced by the Debtors and have had several conversations with the Debtors and their advisors, including Triple P RTS, LLC ("Portage") and Moelis & Company LLC ("Moelis").

9. ███████████████████████████████████████████████████████████████████████████

10. As of the Petition Date, the Debtors' debts totaled approximately $284.8 million, consisting of (i) $161.5 million of the Prepetition Debt (defined below), (ii) $103.5 million of Equinox Loans (defined below), and (iii) approximately $19.8 million of other general unsecured claims. Together with the New Money DIP Financing (defined below), the Debtors' debts currently total approximately $305.8 million.

11. Based on my communications with Portage and Moelis, it is my understanding that ███████████████████████████████████████████████████████████████████

12. Based on information Dundon Advisers received from the Debtors and their professionals, Dundon Advisers has determined that, during the years of 2020 through the Petition Date, the Debtors paid the following amounts to Equinox for fees under the Original TSA: ███████████████████████████████████████████. Based on Dundon Advisers review of the Debtors' filed schedules,

during the year before the Petition Date, the Debtors paid Equinox $12.0 million under the Original TSA, including $6.6 million during the 90 days before the Petition Date.

13. Beginning in September 2024, Dundon Advisers began ███████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████. The Debtors have not provided the information as of the date of this declaration.

14. ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████

15. ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████

16. I am informed that the ███████████████████████████████ ███████████████████████████████████████████████████

17. At the direction of counsel, Dundon Advisers requested information regarding the roles that Houlihan Lokey and Cleary Gottlieb Steen & Hamilton LLP performed for the Debtors in order to better understand the nature of the payments made to these firms.

5

Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of an email, dated October 10, 2024, that I received from Scott Cana of Portage in response to our request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   October 22, 2024
          White Plains, New York.

                                             */s/ Peter Hurwitz*
                                             Peter Hurwitz

## **EXHIBIT 1**

[FILED UNDER SEAL]