## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2024, I caused to be served a true and correct copy of the *Notice of Deposition of Will Holden* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was completed via electronic mail on the parties listed below.

| | |
|---|---|
| ASHBY & GEDDES, P.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Ricardo Palacio, Esq. | Lisa M. Schweitzer, Esq. |
| Destiny Kosloske, Esq. | Thomas S. Kessler, Esq. |
| 500 Delaware Avenue, 8th Floor | One Liberty Plaza |
| Wilmington, Delaware 19801 | New York, NY 10006 |
| Email: RPalacio@ashbygeddes.com | Email: lschweitzer@cgsh.com |
| DKosloske@ashbygeddes.com | tkessler@cgsh.com |

Dated: October 25, 2024        */s/ Eric J. Monzo*
                               Eric J. Monzo (DE Bar No. 5214)

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed counsel for the Debtors.