# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEPOSITION OF STEVEN SHENKER

PLEASE TAKE NOTICE THAT the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned Debtors, through undersigned counsel, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure made applicable here by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, will take the deposition upon oral examination of Steven Shenker, Chief Restructuring Officer of the Debtors, as the Debtors' witness relating to the Debtors' *Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of The Sale of All or Substantially All of the Debtors Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II)(A) Authorizing and Approving the Debtors Entry Into An Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief* [D.I. 81] (the "Sale Motion"), recorded by video and/or stenographic means, before a court reporter authorized by law to take depositions on **Thursday,**

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed counsel for the Debtors.

17009480/1

**October 31, 2024, at 10:00 a.m. (ET)**, or at some other time mutually agreed upon by the parties, and will continue until completed or adjourned, and shall take place at the office of Kelley Drye & Warren LLP, 3 World Trade Center, New York, NY 10007.

The deposition will be taken for purposes of discovery, preservation of testimony, for use at trial, and any other purposes permitted by the Federal Rules of Civil Procedure, the Bankruptcy Rules, the Federal Rules of Evidence, or other applicable law.

| | |
|---|---|
| Dated: October 29, 2024 | **MORRIS JAMES LLP** |
| | */s/ Siena B. Cerra* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar No. 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | bkeilson@morrisjames.com |
| | scerra@morrisjames.com |
| | -and- |
| | **KELLEY DRYE & WARREN LLP** |
| | Eric R. Wilson, Esq. (admitted *pro hac vice*) |
| | Kristin S. Elliott, Esq. (admitted *pro hac vice*) |
| | Andres Barajas, Esq. (admitted *pro hac vice*) |
| | 3 World Trade Center |
| | New York, NY 10007 |
| | Telephone: (212) 808-7800 |
| | Facsimile: (212) 808-7897 |
| | E-mail: ewilson@kelleydrye.com |
| | kelliott@kelleydrye.com |
| | abarajas@kelleydrye.com |
| | *Counsel to the Official Committee of Unsecured Creditors* |