# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al*.,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 521 & 522** |

## CERTIFICATE OF SERVICE

I, AMY HENAULT, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2024, I caused to be served the:

   a. "Notice of Rule 30(b)(6) Deposition of the Official Committee of Unsecured Creditors," dated October 28, 2024 [Docket No. 521], and

   b. "Notice of Deposition of Peter Hurwitz," dated October 28, 2024 [Docket No. 522],

by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Amy Henault*
Amy Henault

# EXHIBIT A

BLINK HOLDINGS, INC., *et al.,*
Case No. 24-11686 (JKS)
First Class Mail Service List

KELLEY DRYE & WARREN LLP
ATTN: KRISTIN ELLIOTT; ANDRES BARAJAS; CONNIE CHOE
3 WORLD TRADE CENTER
NEW YORK, NY 10007

MORRIS JAMES LLP
ATTN: ERIC MONZO; BRYA KEILSON; SIENNA CERRA
500 DELAWARE AVE, STE 1500
WILMINGTON, DE 19801

**EXHIBIT B**

BLINK HOLDINGS, INC., *et al.,*  Case No. 24-11686 (JKS)

Electronic Mail Service List

| EMAIL |
| --- |
| kelliott@kelleydrye.com |
| abarajas@kelleydrye.com |
| cchoe@kelleydrye.com |
| kdwbankruptcydepartment@kelleydrye.com |
| emonzo@morrisjames.com |
| bkeilson@morrisjames.com |
| scerra@morrisjames.com |