# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al*.,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 350 & 359 & 397** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2024, I caused to be served the:

    a. "Notice of Filing of Stalking Horse Supplement," dated October 28, 2024 [Docket No. 350],

    b. "Notice of Auction and Sale Hearing," dated October 28, 2024 [Docket No. 359], and

    c. "Order Approving the Stalking Horse Bid Protections," dated October 28, 2024 [Docket No. 397],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelope and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

*/s/ Geoff Zahm*
Geoff Zahm

# EXHIBIT A

BLINK HOLDINGS, INC., *et al.,*
Case No. 24-11686 (JKS)
First Class Mail Service List

Office of the Attorney General of California
300 S Spring St #1700
Los Angeles, CA 90013

Page **1** of **1**