IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Orders (i) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (ii) Establishing Solicitation and Tabulation Procedures; (iii) Approving the Form of Ballot and Solicitation Materials; (iv) Establishing the Voting Record Date; (v) Fixing the Date, Time, and Place for the Combined Hearing and the Deadline for Filing Objections Related Thereto; and (vi) Granting Related Relief* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail on the parties listed on the attached service list.

*/s/ Siena B. Cerra*
Siena B. Cerra (DE Bar No. 7290)

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting counsel for the Debtors.

17012343/1

2

## Servce List

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Michael R. Nestor, Esq.<br>Sean T. Greecher, Esq.<br>Allison S. Mielke, Esq.<br>Timothy R. Powell, Esq.<br>Rebecca L. Lamb, Esq.<br>Benjamin C. Carver, Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>mnestor@ycst.com<br>sgreecher@ycst.com<br>amielke@ycst.com<br>tpowell@ycst.com<br>rlamb@ycst.com<br>bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Benjamin A. Hackman, Esq.<br>Office of the United States Trustee<br>for the district of Delaware<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov<br><br>*United States Trustee* |