## CERTIFICATE OF SERVICE

    I, Ricardo Palacio, hereby certify that, on October 30, 2024, I caused one copy of the *Limited Response to Debtors' Motion for Entry of an Order (i) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (ii) Establishing Solicitation and Tabulation Procedures; (iii) Approving the Form of Ballot and Solicitation Materials; (iv) Establishing the Voting Record Date; (v) Fixing the Date, Time, and Place for the Combined Hearing and the Deadline for Filing Objections Related Thereto; and (vi) Granting Related Relief* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties listed below via electronic mail.

| | |
|---|---|
| **Katten Muchin Rosenman LLP**<br>525 W. Monroe Street<br>Chicago, Illinois 60661<br>Attn: Peter P. Knight<br>(peter.knight@katten.com)<br>Allison E. Yager<br>(allison.yager@katten.com)<br><br>**Morris, Nichols, Arsht & Tunnell LLP**<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, Delaware 19899<br>Attn: Curtis S. Miller<br>(cmiller@morrisnichols.com)<br><br>*Counsel for the Prepetition Agent and the DIP Agent* | **Young Conaway Stargatt & Taylor, LLP**<br>Rodney Square 1000 N. King Street<br>Wilmington, Delaware 19801<br>Attn: Michael R. Nestor (mnestor@ycst.com)<br>Sean T. Greecher (sgreecher@ycst.com)<br>Allison S. Mielke (amielke@ycst.com)<br><br>*Counsel for the Debtors* |

| | |
|---|---|
| **Kelley Drye & Warren LLP**<br>3 World Trade Center<br>New York, New York 10017<br>Attn: Eric R. Wilson<br>Kristin S. Elliott<br>Email: ewilson@kelleydrye.com<br>kelliott@kelleydrye.com<br><br>*Counsel to the Committee* | **Office of the United States Trustee for the District of Delaware**<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>Attn: Benjamin A. Hackman<br>(benjamin.a.hackman@usdoj.gov)<br><br>*U.S. Trustee* |
| **Morris James LLP**<br>Attn: Eric J. Monzo<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>Email: emonzo@morrisjames.com<br><br>*Counsel to the Committee* | |

Dated: October 30, 2024

 */s/ Ricardo Palacio*
Ricardo Palacio, Esq. (Del. Bar No. 3765)