## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of October, 2024, I caused to be served a true and correct copy of the *Amended Notice of Deposition of Steven Shenker* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was completed via electronic mail on the party listed below.

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Michael R. Nestor, Esq.
Sean T. Greecher, Esq.
Allison S. Mielke, Esq.
Timothy R. Powell, Esq.
Rebecca L. Lamb, Esq.
Benjamin C. Carver, Esq.
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: mnestor@ycst.com
sgreecher@ycst.com
amielke@ycst.com
tpowell@ycst.com
rlamb@ycst.com
bcarver@ycst.com

*Counsel to the Debtors and Debtors in Possession*

Dated: October 30, 2024          */s/ Siena B. Cerra*
                                 Siena B. Cerra (DE Bar No. 7290)

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed counsel for the Debtors.

17009480/1