# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLINK HOLDINGS, INC., *et al.*[1] | ) | Case No.  24-11686 (JKS) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| _____ | ) | Related to Docket No.: _____ |

## ORDER GRANTING MOTION OF MARLON WILLIAMS FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE

AND NOW, upon consideration of the Motion of Marlon Williams ("Movant"), for an Order granting relief from the automatic stay pursuant to Section 362(d) of the Bankruptcy Code in order to allow certain state court litigation to proceed in the State of New York (the "Motion"), and any opposition thereto, and good cause to modify the stay having been found, and the Court having determined that granting the relief requested in the Motion is appropriate.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The stay is lifted and an action may be commenced in the Supreme Court of the State of New York, County of the Bronx, Index No. 809796/2023E (the "State Court Action") and shall be permitted to proceed to adjudication.

3. That Movant shall be entitled to liquidate and satisfy and judgment or other resolution granted, if any, from applicable insurance coverage available to the

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

Debtors.

4. To the extent that insurance proceeds are unavailable, or insufficient, Movant will return to this Court for disposition of his claim.

5. Relief from the automatic stay shall be effective immediately upon entry of this Order and the 14 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply.

6. This Court shall retain jurisdiction over any and all issues arising among or related to the implementation and interpretation of this Order.

           **BY THE COURT:**

           _____
           The Honorable J. Kate Stickles
           United States Bankruptcy Judge

Dated: November ____, 2024