# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BLINK HOLDINGS, INC., *et al.*[1] | ) Case No. 24-11686 (JKS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hearing Date: December 17, 2024 at 11:00 a.m. EST |
| | ) Objection Deadline: November 15, 2024 at 4:00 p.m. EST |
| _____ | ) |

## NOTICE OF MOTION OF MARLON WILLIAMS
## FOR RELIEF FROM THE AUTOMATIC STAY
## PURSUANT TO 11 U.S.C. § 362(d) OF THE BANKRUPTCY CODE

TO:

| | |
|---|---|
| Michael R. Nestor, Esquire<br>Sean T. Greecher, Esquire<br>Allison S. Mielke, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801 | Peter P. Knight, Esquire<br>Allison E. Yager, Esquire<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661 |
| Benjamin A. Hackman, Esquire<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | Curtis S. Miller, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899 |
| Eric R. Wilson, Esquire<br>Kristin S. Elliott, Esquire<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>New York, NY 10017 | Eric J. Monzo, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 |
| Epiq Corporate Restructuring, LLC<br>777 Third Avenue, 12th Floor<br>New York, New York 10017 | |

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

Marlon Williams ("Movant") has filed the attached Motion For Relief From Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code (the "Motion") which seeks an order lifting the stay to allow certain state court litigation to proceed in New York.

**HEARING ON THE MOTION WILL BE HELD ON DECEMBER 17, 2024 AT 11:00AM.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion on or before November 15, 2024 at 4:00PM EST with the Clerk of the Bankruptcy Court for the District of Delaware.

At the same time, you must also serve a copy of the response upon Movant's counsel:

> Louis J. Rizzo, Jr., Esquire
> Reger Rizzo & Darnall LLP
> Brandywine Plaza West
> 1521 Concord Pike, Suite 305
> Wilmington, DE 19803
> (302) 477-7100

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

> **REGER RIZZO & DARNALL LLP**
>
> /s/ *Louis J. Rizzo, Jr., Esquire*
> Louis J. Rizzo, Jr., Esquire (#3374)
> Brandywine Plaza West
> 1521 Concord Pike, Suite 305
> Wilmington, DE 19803
> (302) 477-7100
> *Attorney for Movant,*
> *Marlon Williams*

Dated: October 31, 2024