## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on October 31, 2024, the undersigned caused copies of

*Debtors' Responses & Objections to Committee's Amended Notice of Rule 30(b)(6) Deposition of*

*Debtors* to be served via electronic mail upon the following counsel:

| MORRIS JAMES LLP | KELLEY DRYE & WARREN LLP |
|---|---|
| Eric J. Monzo (DE Bar No. 5214) | Eric R. Wilson, Esq. (admitted pro hac vice) |
| Brya M. Keilson (DE Bar No. 4643) | Kristin S. Elliott, Esq. (admitted pro hac vice) |
| Siena B. Cerra (DE Bar No. 7290) | Andres Barajas, Esq. (admitted pro hac vice) |
| 500 Delaware Avenue, Suite 1500 | 3 World Trade Center |
| Wilmington, DE 19801 | New York, NY 10007 |
| E-mail: emonzo@morrisjames.com | E-mail: ewilson@kelleydrye.com |
| bkeilson@morrisjames.com | kelliott@kelleydrye.com |
| scerra@morrisjames.com | abarajas@kelleydrye.com |

---

[1]     The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

Dated: Wilmington, Delaware
October 31, 2024

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Benjamin C. Carver*

Michael R. Nestor (No. 3526)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Timothy R. Powell (No. 6894)
Rebecca L. Lamb (No. 7223)
Benjamin C. Carver (No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
          sgreecher@ycst.com
          amielke@ycst.com
          tpowell@ycst.com
          rlamb@ycst.com
          bcarver@ycst.com

*Counsel to the Debtors and Debtors in Possession*

32339362.1