## **EXHIBIT A**

**August Time**

17015530/1

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912347

030319          Blink Committee
0001            Case Administration

## Account Summary And Remittance Form

Legal Services:                                                     $24,376.00

Disbursements and Other Charges:                                     $323.46

**Total Amount Due:**                                             **$24,699.46**

## Terms: Payment Due on or Before   October 26, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912347

Client   030319
Matter 0001   Case Administration

Attorney: 05395                                                                      Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 08/26/24 | Conference with E. Wilson, K. Elliott and A. Barajas (all KDW) regarding action items and next steps (.5); follow-up call with K. Elliott (KDW) on next steps (.2); review general docket and status of case for background (.6); create task list (.5); and critical dates (.4). | CC | 2.20 | $1518.00 |
| 08/26/24 | Kickoff and strategy call with E. Wilson, A. Barajas and C. Choe (all KDW) (.5); calls (x2) with C. Choe regarding next steps (.2); email UST regarding selection of KDW as counsel (.1); email with debtors' counsel to schedule introductory call (.2); outline immediate case priorities (.3); emails regarding FA lineup (.3). | KSE | 1.60 | 1584.00 |
| 08/26/24 | Conference call with K. Elliott, et al. (KDW) regarding retention, immediate action items (.5); emails with K. Elliott, et al. (KDW) regarding retention, next steps (.3). | ERW | 0.80 | 936.00 |
| 08/26/24 | Attend call with E. Wilson, K. Elliott, C. Choe (all KDW) regarding creditor committee representation. | AB | 0.50 | 387.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5305107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0001
September 26, 2024
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 08/27/24 | Review and provide comment to committee task list (.2); call with E. Wilson, K. Elliott, C. Choe (all KDW) regarding committee task list and next action items (.5); discuss Committee action items with C. Choe (KDW) (.1). | AB | 0.80 | 620.00 |
| 08/27/24 | Confer with KDW team regarding auction items, next steps (.5); call (.3) and emails (.2) with P. Horowitz (DA) regarding issue; instruction to C. Choe (KDW) regarding today's call (.1); review attendance list (.1). | ERW | 1.20 | 1404.00 |
| 08/27/24 | Review (.2) and revise (.3) task/staffing list; email with E. Wilson (KDW) regarding same (.2); KDW team meeting (E. Wilson, A. Barajas, C. Choe) regarding task list/allocations (.5); follow up meeting with C. Choe (KDW) regarding review of second day motions (.2) and call with A. Barajas (KDW) regarding committee call (.1); review (.1) and comment on contact sheet (.1). | KSE | 1.70 | 1683.00 |
| 08/27/24 | Conference with E. Wilson, K. Elliott and A. Barajas (all KDW) regarding action items and next steps (.5); follow-up meeting with J. Churchill (KDW) (.5); confer with A. Barajas (KDW) regarding action items (.1); confer with G. Karnick (KDW) regarding same (.2); revise task list and critical dates chart (.3); coordinate with A. Barajas and J. Churchill (both KDW) | CC | 2.60 | 1794.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0001
September 26, 2024
Page  3

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | regarding second-day orders and next steps (.5); draft email with precedent regarding same (.5). | | | |
| 08/27/24 | Review initial task list in preparation for meeting (.1); meeting with C. Choe (KDW) to review case status and open to dos (.5); review pitchbook (.2) and first day declaration (.3) for case background. | JC | 1.10 | 682.00 |
| 08/28/24 | Meeting with C. Choe and G. Karnick (both KDW) to review case status and action items (.4); call with C. Choe (KDW) to discuss data room access (.1); provide instruction to G. Karnick (KDW) on updates to committee contact list (.2); strategy conference with internal KDW team to discuss open items and upcoming workstreams (.7); followup discussion with C. Choe (KDW) on next steps (.2). | JC | 1.60 | 992.00 |
| 08/28/24 | Conference with J. Churchill and G. Karnick (Both KDW) regarding action items and next steps (.4); emails with E. Wilson (KDW) regarding status of action items (.2); emails and call with A. Barajas (KDW) regarding status of case (.2); confer with K. Elliott (KDW) on division of tasks (.2); follow-up with J. Churchill (KDW) regarding same (.1); follow-up with G. Karnick (KDW) on | CC | 2.20 | 1518.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | AFFILIATE OFFICE: |
|---|---|---|
| WASHINGTON | NEW YORK | MUMBAI, INDIA |
| LOS ANGELES | STAMFORD | |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0001
September 26, 2024
Page 4

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | outstanding tasks (.1); emails regarding contact sheet (.1); participate in catch-up call with E. Wilson, K. Elliott, J. Ramirez and J. Churchill (all KDW) regarding action items, allocation of tasks and next steps (.7); emails with Morrison James regarding distribution lists, contacts, notice of appearance and pro hac forms (.2). | | | |
| 08/28/24 | Update/status on all open workstreams (.2); KDW team call on case strategy, task allocation and open issues (.7). | KSE | 0.90 | 891.00 |
| 08/28/24 | Review Young Conaway working group list (.1); review and revise task list (.2), critical dates list (.2); emails with C. Choe (KDW) regarding same (.2); review Shenker declaration for case background (.3); email from J. Churchill (KDW) regarding same (.1); confer with KDW team regarding case strategy, upcoming work streams (.7); review revised task list (.2), critical dates chart (.1) preparatory to team meeting. | ERW | 2.10 | 2457.00 |
| 08/28/24 | Call with KDW team regarding open tasks and next steps. | JR | 0.70 | 682.50 |
| 08/29/24 | Revise and edit UCC committee contact list (2.1); communications with C. Choe (KDW) regarding same and task list (.1); discussion with C. Choe regarding next steps and UCC contact list (.2). | GCK | 2.40 | 900.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0001
September 26, 2024
Page 5

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/29/24 | Review further revised task list (.2), critical dates (.1); instruction to C Choe (KDW) regarding same (.1); conference call with KDW and Dundon teams regarding same (.8); follow-up call with K. Elliott (KDW) regarding same (.2); notes to file (.3); review task list (.2), issues list (.3) and critical dates (.1) preparatory to all hands call. | ERW | 2.30 | 2691.00 |
| 08/29/24 | Emails internally regarding distribution lists (.3); review latest confidentiality provision and finalize (.3); email A. Mielke (YC) regarding same (.2); call with G. Karnick (KDW) regarding action items (.2); review and provide comments to case contact sheet (.2); calls with G. Karnick (KDW) regarding same (.1). | CC | 1.30 | 897.00 |
| 08/29/24 | Outline talking points for all hands strategy call on all open workstreams (.4); attend all hands call (.8); follow up with C. Choe (KDW) regarding open workstreams (.2); review (.2) and revise (.4) contact sheet. | KSE | 2.00 | 1980.00 |
| 08/30/24 | Emails and calls regarding issues relating to distribution list including with KDW personnel, Dundon Advisers and Morris James (.5); calls with K. Elliott and A. Barajas (Both KDW) regarding same (.2); review and finalize committee contact sheet (.2); same with bylaws (.2). | CC | 1.10 | 759.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client    030319
Matter 0001
September 26, 2024
Page  6

---

Total Services for this Matter:                                              24,376.00


**<u>Other Charges:</u>**

   Cab Service                                                    $323.46

Total Other Charges for this Matter:                              323.46

Total this Invoice                                               $24,699.46

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0001
September 26, 2024
Page  7

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|------------|-------|------|--------|
| AB | Barajas, Andres | 1.30 | 775.00 | $1,007.50 |
| CC | Choe, Connie | 9.40 | 690.00 | 6,486.00 |
| ERW | Wilson, Eric | 6.40 | 1,170.00 | 7,488.00 |
| GCK | Karnick, Gina C | 2.40 | 375.00 | 900.00 |
| JC | Churchill, John | 2.70 | 620.00 | 1,674.00 |
| JR | Ramirez, John | 0.70 | 975.00 | 682.50 |
| KSE | Elliott, Kristin S | 6.20 | 990.00 | 6,138.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #:

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #:

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912348

030319          Blink Committee
0002            Pleadings Review

## Account Summary And Remittance Form

Legal Services:                                                      $10,882.00

Disbursements and Other Charges:                                          $0.00

**Total Amount Due:**                                          **$10,882.00**

## Terms: Payment Due on or Before   October 26, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**  ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮▮
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024<br>Invoice No. 2912348

Client   030319
Matter 0002   Pleadings Review

---

Attorney: 05395                                                                        Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/26/24 | Review case docket for upcoming hearings and objection deadlines. | AB | 0.40 | $310.00 |
| 08/28/24 | Review docket for landlord creditor impact. | SA | 0.20 | 67.00 |
| 08/28/24 | Review of docket for new entries (.1); updates to the following proposed orders: wages (.3); customer programs (.3); taxes (.2), insurance (.3), and utilities (.1); meeting with C. Choe (KDW) to discuss further order review (.2); creation of second day orders issues list (.5). | JC | 2.00 | 1240.00 |
| 08/28/24 | Analyze and provide committee's comments to draft final cash management order (1.0); markup proposed ordinary course professional order (.2); emails with C. Choe and J. Churchill (both KDW) regarding review and markup of Second Day Orders (.2). | AB | 1.40 | 1085.00 |
| 08/29/24 | Emails with D. Depta (MJ) regarding today's filings. | ERW | 0.20 | 234.00 |
| 08/29/24 | Confer with J.Ramirez (KDW) regarding committee's cash management issues (.1); review and edit second day orders issues list | AB | 0.50 | 387.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0002
September 26, 2024
Page  2

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/29/24 | (.2); call with K. Elliott (KDW) regarding KEIP/KERP and second day issues list (.2). Emails with B. Keilson (MJ) on reviewing key second day proposed orders for local rules impact (.2); communications with C. Choe (KDW) on status of second day order review (.2) updates to Utilities proposed order (.3); further updates to second day orders issues list (1.5); meeting with C. Choe (KDW) to discuss updates to issues list and next steps (.2); review of docket for new entries (.1); emails with A. Mielke (YC) regarding proposed interim compensation order (.2) | JC | 2.70 | 1674.00 |
| 08/29/24 | Review docket for case status updates and update tracker accordingly. | SA | 4.10 | 1373.50 |
| 08/29/24 | Review (.3) and revise (1.1) second day motions issues list for debtors; emails regarding same (.3). | KSE | 1.70 | 1683.00 |
| 08/29/24 | Review docket (.4); update KDW team calendar and task list (.6); review docket for upcoming hearing dates/deadlines and add same to KDW team calendar (.5). | GCK | 1.50 | 562.50 |
| 08/30/24 | Review Dundon analysis of second day motions issues list (.2); emails with B. Keilson (Morris James) regarding second day issues list (.2); revise list accordingly (.6). | KSE | 1.00 | 990.00 |
| 08/30/24 | Review of docket for new entries. | JC | 0.10 | 62.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0002
September 26, 2024
Page  3

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/30/24 | Review latest version of second day order issues list from K. Elliott (KDW). | CC | 0.30 | 207.00 |
| 08/30/24 | Review docket and calendar various dates in KDW team calendar. | GCK | 0.50 | 187.50 |
| 08/30/24 | Review issues list for second day matters (.2); emails from K. Elliott (KDW) and B. Keilson (YC) regarding same (.2); review updated second day issues list (.1). | ERW | 0.50 | 585.00 |
| 08/31/24 | Review second day issues list (.1); email from K. Elliott (KDW) regarding same (.1). | ERW | 0.20 | 234.00 |
| Total Services for this Matter: | | | | 10,882.00 |
| Total this Invoice | | | | $10,882.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0002
September 26, 2024
Page  4

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 2.30 | 775.00 | $1,782.50 |
| CC | Choe, Connie | 0.30 | 690.00 | 207.00 |
| ERW | Wilson, Eric | 0.90 | 1,170.00 | 1,053.00 |
| GCK | Karnick, Gina C | 2.00 | 375.00 | 750.00 |
| JC | Churchill, John | 4.80 | 620.00 | 2,976.00 |
| KSE | Elliott, Kristin S | 2.70 | 990.00 | 2,673.00 |
| SA | Alceus, Sherlly | 4.30 | 335.00 | 1,440.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912349

030319          Blink Committee
0003            Retention Matters

## Account Summary And Remittance Form

Legal Services:                                                          $12,047.50

Disbursements and Other Charges:                                            $0.00

**Total Amount Due:**                                                  **$12,047.50**

## Terms: Payment Due on or Before    October 26, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912349

Client   030319
Matter 0003   Retention Matters

---

Attorney: 05395                                                                 Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/26/24 | Review and analyze the following financial advisor presentation materials: BRG (.3), Dundon (.3), M3 (.2) and Emerald (.2); confer (.6) and emails (.4) with D. Galfus (BRG), P. Hurwitz (DA), B. McGrath (ASK) and R. Winning (M3) regarding same; emails with E. Monzo (MJ) and R. Malone (Gibbons) regarding Delaware counsel (.3); review Gibbons materials (.2); confer with E. Monzo (MJ) (.3) and R. Malone (Gibbons) (.3) regarding same. | ERW | 3.10 | $3627.00 |
| 08/26/24 | Email A. Barajas (KDW) regarding review of debtors' retention applications. | KSE | 0.20 | 198.00 |
| 08/27/24 | Review and analyze debtors' retention applications for compensation terms (1.3); call with K. Elliott (KDW) regarding same (.1); draft email summary of retention application terms (.3). | AB | 1.70 | 1317.50 |
| 08/27/24 | Call (.3) and emails (.2) with E. Monzo (MJ) regarding case strategy; calls (2x) (.6) and | ERW | 2.70 | 3159.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0003
September 26, 2024
Page  2

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | emails (.2) with D. Galfus (BRG) regarding same, Dundon retention; emails to K. Elliott (KDW) and M. Dundon (DA) regarding Dundon materials (.2); review revised materials (.2); review Moelis retention terms summary (.2); cross-reference Moelis retention application (.2); review Triple P retention application (.2); emails with P. Hurwitz (DA) regarding extension, next steps (.2); emails with M. Udem (ASK) regarding Delaware counsel (.2). | | | |
| 08/28/24 | Confer with E. Monzo (MJ) regarding conflicts, next steps (.2); initial review of conflicts parties (.3); emails with E. Monzo, et al. (MJ) regarding case status, next steps (.2). | ERW | 0.70 | 819.00 |
| 08/28/24 | Emails regarding potential parties in interest and conflicts (.2); instruction to J. Churchill and G. Karnick (both KDW) regarding same (.2). | CC | 0.40 | 276.00 |
| 08/28/24 | Emails with conflicts team on running conflict report for parties in interest list (.2); emails to G. Karnick (KDW) on timing of retention applications (.2). | JC | 0.40 | 248.00 |
| 08/29/24 | Emails to E. Monzo, et al. (MJ) regarding retention, first day items (.2); review notice of appearance (.1), pro hac (.1); emails to D. Depta (MJ) regarding same (.1). | ERW | 0.50 | 585.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0003
September 26, 2024
Page  3

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/29/24 | Review various pro hac orders (.2); review notice of appearance for committee counsel (.2); provide comments (.2); email to local counsel regarding same (.2). | CC | 0.80 | 552.00 |
| 08/30/24 | Review potential parties in interest list (.2); draft firm-wide email (.2). | CC | 0.40 | 276.00 |
| 08/30/24 | Revise (.2) and send (.1) firm-wide conflicts email; confer with C. Choe (KDW) regarding same (.1); analyze Moelis retention issues (.3); email C. Choe regarding same (.1). | KSE | 0.80 | 792.00 |
| 08/31/24 | Review Dundon proposal on Moelis compensation. | KSE | 0.20 | 198.00 |
| Total Services for this Matter: | | | | 12,047.50 |
| Total this Invoice | | | | $12,047.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| --- | --- | --- |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0003
September 26, 2024
Page  4

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| AB | Barajas, Andres | 1.70 | 775.00 | $1,317.50 |
| CC | Choe, Connie | 1.60 | 690.00 | 1,104.00 |
| ERW | Wilson, Eric | 7.00 | 1,170.00 | 8,190.00 |
| JC | Churchill, John | 0.40 | 620.00 | 248.00 |
| KSE | Elliott, Kristin S | 1.20 | 990.00 | 1,188.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912350

| 030319 | Blink Committee |
|---|---|
| 0005 | Financing |

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $40,598.50 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$40,598.50** |

## Terms: Payment Due on or Before   October 26, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:**   JP MORGAN CHASE, N.A.

**ABA #:** ▉▉▉▉▉▉

**SWIFT CODE:** ▉▉▉▉▉▉

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:** ▉▉▉▉

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912350

Client   030319
Matter 0005   Financing

Attorney: 05395                                                                                      Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/26/24 | Brief review of DIP financing motion and proposed order and upcoming deadlines. | CC | 0.20 | $138.00 |
| 08/27/24 | Brief review of DIP motion (.2), DIP declaration (.2), credit agreement (.2) and interim DIP Order (.2). | JC | 0.80 | 496.00 |
| 08/27/24 | Emails to K. Elliott (KDW) regarding DIP issues (.1); outline open DIP issues (.3). | ERW | 0.40 | 468.00 |
| 08/27/24 | Confer with A. Barajas (KDW) on DIP objection. | KSE | 0.20 | 198.00 |
| 08/27/24 | Call with K. Elliott (KDW) regarding DIP financing issues. | AB | 0.20 | 155.00 |
| 08/28/24 | Emails to A. Barajas (KDW) regarding precedent DIP objections addressing our issues (.3); review DIP order (3.1) and agreement (.8); draft DIP issues list (1.1). | KSE | 5.30 | 5247.00 |
| 08/28/24 | Confer with P. Hurwitz (DA) regarding DIP budget (.3); review DIP issues list (.3); emails to J. Ramirez (KDW) regarding DIP objections (.2). | ERW | 0.80 | 936.00 |
| 08/28/24 | Review and analyze DIP financing motion for | AB | 1.00 | 775.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5305107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0005
September 26, 2024
Page  2

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | drafting committee objection (.7); call with C. Choe (KDW) regarding DIP issues (.1); call with K. Elliott (KDW) regarding DIP issues and Committee objection to DIP financing motion (.2). | | | |
| 08/28/24 | Analyze DIP motion including proposed order. | JR | 2.70 | 2632.50 |
| 08/29/24 | Continue reviewing and analyzing DIP financing motion for drafting objection to DIP financing motion (1.0); review DIP Issues list (.1); analyze precedent DIP motion objections for drafting DIP objection for committee (.6); call with E. Wilson, K. Elliott, J. Ramirez (all KDW) regarding committee DIP Issues (.9); meeting with J. Ramirez (KDW) regarding committee DIP objection (.5); email R. Gage (KDW) debtors' prepetition debt documents (.1); review and analyze Interim DIP order for DIP objection (1.9). | AB | 5.10 | 3952.50 |
| 08/29/24 | Continue to analyze DIP motion and proposed order (.8); analyze DIP and bid procedures issues list (.3); call with KDW team regarding DIP issues (.9); confer with A. Barajas (KDW) regarding same (.5). | JR | 2.50 | 2437.50 |
| 08/29/24 | Conference call with K. Elliott, A. Barajas and J. Ramirez (all KDW) regarding DIP, sale procedures issues list (.9); review revised sale (.1), DIP (.2) issues lists (.4); cross-reference | ERW | 2.50 | 2925.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0005
September 26, 2024
Page  3

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | interim DIP order (.3), sale procedures (.3); outline open issues (.3). | | | |
| 08/29/24 | Review (.3) and further revise (.6) DIP issues list; KDW team call (E. Wilson, A. Barajas and J. Ramirez) to discuss points to raise in objection and negotiations (.9); email Dundon (.2) and Morris James (.1) regarding their input; revise issues list per Dundon feedback (.3); finalize list (.2) and send to debtors' counsel (.1). | KSE | 2.70 | 2673.00 |
| 08/30/24 | Review A. Barajas (KDW) analysis of prepetition collateral (.2); call with A. Barajas (KDW) to discuss DIP issues (.3); review DIP agreement (.4) and order (.2) in connection with debtor feedback on DIP issues; prepare for (.4) and conduct (.9) call with DIP lenders' counsel on DIP and sale issues. | KSE | 2.40 | 2376.00 |
| 08/30/24 | Draft committee objection to DIP financing motion (5.6); review and analyze security agreement for scope of DIP Lenders collateral (.5); emails with K. Elliott and J. Ramirez (both KDW) analysis of security agreement (.2); call with K. Elliott (KDW) regarding DIP Objection issues (.3); call with E. Wilson, K. Elliott, and J. Ramirez (all KDW) and Katten regarding committee's DIP issues (.9); call with J. Ramirez (KDW) regarding Committee DIP | AB | 8.10 | 6277.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0005
September 26, 2024
Page  4

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | objection issues (.1); draft markup of outstanding Committee DIP issues following call with Katten (.5). | | | |
| 08/30/24 | Review interim DIP order (.3), issues list (.2) preparatory to call with Katten team; call with KDW, Katten teams regarding DIP issues (.9); emails with B. Keilson (MJ) and K. Elliott (KDW) regarding issues lists (.2); emails with A. Barajas, K. Elliott (both KDW), P. Blink and A. Yager (both KM) regarding loan documents, security filings and introductory call (.4); emails with P. Hurwitz (DA) regarding open issues, DIP issues (.3); participate in introductory call (partial) with Katten and KDW teams regarding open issues list (.8); emails with M. Nestor (YC) regarding budget (.2). | ERW | 3.30 | 3861.00 |
| 08/30/24 | Call with DIP lender's counsel regarding open issues (.9); call with A. Barajas (KDW) regarding same (.2); analyze final DIP order (1.1). | JR | 2.20 | 2145.00 |
| 08/31/24 | Emails from K. Elliott (KDW) and A. Mielke (YC) regarding DIP issues, LLC (.1); review Winc, Packable precedent (.3); review latest DIP open issues list (.2); initial review of Equinox subordination agreement (.2); email from A. Barajas (KDW) regarding same (.1). | ERW | 0.90 | 1053.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0005
September 26, 2024
Page  5

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/31/24 | Analyze preliminary draft of DIP objection (1.2); Prepare markup of Final DIP order (.7) | JR | 1.90 | 1852.50 |
| | Total Services for this Matter: | | | 40,598.50 |
| | Total this Invoice | | | $40,598.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0005
September 26, 2024
Page  6

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 14.40 | 775.00 | $11,160.00 |
| CC | Choe, Connie | 0.20 | 690.00 | 138.00 |
| ERW | Wilson, Eric | 7.90 | 1,170.00 | 9,243.00 |
| JC | Churchill, John | 0.80 | 620.00 | 496.00 |
| JR | Ramirez, John | 9.30 | 975.00 | 9,067.50 |
| KSE | Elliott, Kristin S | 10.60 | 990.00 | 10,494.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

JP MORGAN CHASE, N.A.

ABA #:

SWIFT CODE:

ACCOUNT NAME: KELLEY DRYE & WARREN LLP

ACCOUNT #:

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912351

030319      Blink Committee
0006        Asset Analysis and Disposition

## Account Summary And Remittance Form

Legal Services:                                                $25,696.50

Disbursements and Other Charges:                              $0.00

**Total Amount Due:**                                    **$25,696.50**

## Terms: Payment Due on or Before   October 26, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:**   JP MORGAN CHASE, N.A.

**ABA #:**   ▇▇▇▇▇▇

**SWIFT CODE:**   ▇▇▇▇▇▇

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:** ▇▇▇▇

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912351

Client   030319
Matter 0006    Asset Analysis and Disposition

Attorney: 05395                                                              Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/26/24 | Review bid procedures motion and proposed order including sale timeline. | CC | 0.30 | $207.00 |
| 08/27/24 | Brief review of bid procedures motion (.2) and proposed order (.2). | JC | 0.40 | 248.00 |
| 08/27/24 | Emails to K. Elliott (KDW) regarding bid procedures (.1); outline open issues (.2). | ERW | 0.30 | 351.00 |
| 08/27/24 | Review and analyze bidding procedures motion, proposed bidding procedures order, and bidding procedures for committee's sale issues (1.7); draft committee's sale issues list (.7). | AB | 2.40 | 1860.00 |
| 08/27/24 | Confer with A. Barajas (KDW) regarding bid procedures issue list (.2); review bid procedures order (.3); markup with my comments (.6). | KSE | 1.10 | 1089.00 |
| 08/28/24 | Analyze bid procedures motion including order and procedures | JR | 0.80 | 780.00 |
| 08/28/24 | Review (.9) and revise (1.4) bid procedures; confer with C. Choe (KDW) regarding assumption provisions therein (.9); review (.3) | KSE | 4.60 | 4554.00 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5305107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
September 26, 2024
Page  2

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | and revise (.8) bid procedures issues list for debtors; follow up email with A. Barajas (KDW) regarding credit bid issues (.3). | | | |
| 08/28/24 | Review bid procedures generally and assumption/assignment procedures (.7); revise issues list (.3); email debtors' counsel regarding same (.2); confer with K. Elliott (KDW) on comments to bid procedures and order (.9). | CC | 2.10 | 1449.00 |
| 08/28/24 | Confer with S. Balasiano (BA) regarding potential buyer (.3); further emails with K. Elliott and A. Barajas (both KDW) regarding sale issues (.2); emails with K. Elliott (KDW) and P. Hurwitz (DA) regarding sale DIP issues (.2); review revised sale issues list (.2). | ERW | 0.90 | 1053.00 |
| 08/28/24 | Analyze markup of bidding procedures order and committee sale issues list (1.1); call with K. Elliott (KDW) regarding bidding procedure issue (.2); communications with Dundon regarding same (.2). | AB | 1.50 | 1162.50 |
| 08/29/24 | Email P. Weintraub (KDW) regarding bid procedures objection. | KSE | 0.20 | 198.00 |
| 08/29/24 | Emails with A. Barajas and K. Elliott (both KDW) regarding Varagon credit bid (.2); emails with K. Elliott and C. Choe (both KDW) and A. Mielke (YC) regarding data room access (.2); emails with P. Hurwitz (DA) regarding sale status (.2). | ERW | 0.60 | 702.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
September 26, 2024
Page  3

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/29/24 | Confer with P. Weintraub (KDW) regarding bidding procedures issues for Committee objection. | AB | 0.20 | 155.00 |
| 08/29/24 | Email with K. Elliott (KDW) regarding preparation of a draft objection to bid procedures and sale motion (.1); review draft bid procedures issues list (.2); review bid procedures and sale motion and accompanying forms of proposed order and exhibits (1.6); review first day declaration in support of first day motions (.8); confer with A. Barajas (KDW) regarding status of draft DIP objection in connection with preparation of background section of draft bid procedures objection (.2); confer with J. Ramirez (KDW) regarding bid procedures issues for inclusion in draft objection (.1); prepare draft caption and outline for objection to bid procedures (.8). | PAW | 3.80 | 3173.00 |
| 08/30/24 | Draft background section of bid procedures objection (1.3); review case law related to credit bidding issues (.7); draft initial objection section of bid procedures objection related to credit bidding (.9); draft objection section related to stalking horse features of bid procedures (1.2). | PAW | 4.10 | 3423.50 |
| 08/30/24 | Respond to P. Weintraub (KDW) questions regarding bid procedures objection. | KSE | 0.20 | 198.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
September 26, 2024
Page  4

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 08/31/24 | Draft section of bid procedures objection related to additional revisions to bid, auction and assumption and assignment procedures (1.9); research notice issues in connection with bid and sale procedures (1.5); finalize preliminary draft of bid procedures objection (2.7). | PAW | 6.10 | 5093.50 |
| | Total Services for this Matter: | | | 25,696.50 |
| | Total this Invoice | | | $25,696.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
September 26, 2024
Page  5

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 4.10 | 775.00 | $3,177.50 |
| CC | Choe, Connie | 2.40 | 690.00 | 1,656.00 |
| ERW | Wilson, Eric | 1.80 | 1,170.00 | 2,106.00 |
| JC | Churchill, John | 0.40 | 620.00 | 248.00 |
| JR | Ramirez, John | 0.80 | 975.00 | 780.00 |
| KSE | Elliott, Kristin S | 6.10 | 990.00 | 6,039.00 |
| PAW | Weintraub, Philip A | 14.00 | 835.00 | 11,690.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME: KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912352

030319      Blink Committee
0007      Executory Contracts and Leases

## Account Summary And Remittance Form

Legal Services:                                                                                              $6,605.00

Disbursements and Other Charges:                                                           $0.00

**Total Amount Due:**                                                                      **$6,605.00**

**Terms: Payment Due on or Before   October 26, 2024**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:   JP MORGAN CHASE, N.A.**
**ABA #:** ███████
**SWIFT CODE:** █████████
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ██████
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912352

Client   030319
Matter 0007   Executory Contracts and Leases

Attorney: 05395                                                                                       Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 08/27/24 | Emails with debtors' counsel regarding lease rejection order and timing (.2); review, analyze and provide comments to rejection proposed final order (.4); review U.S. Trustee comments to same (.2). | CC | 0.80 | $552.00 |
| 08/28/24 | Email J. Raviele (KDW) on strategy regarding same (.1); instruction to J. Churchill (KDW) on review of second rejection motion (.1); review Delaware precedent regarding abandonment of property (.4); mark-up second rejection order (.2); instruction to J. Churchill, G. Karnick and S. Alceus (all KDW) regarding landlord issues and next steps (.2); email debtors' counsel regarding same (.2); call with Debtors' counsel regarding comments to same (.1); conference with K. Elliott (KDW) on outstanding concerns (.4). | CC | 1.70 | 1173.00 |
| 08/28/24 | Analysis of first (.2) and second (.2) lease rejection motions for impact on committee. | JC | 0.40 | 248.00 |
| 08/28/24 | Emails with H. Michael (SITE) regarding lease | ERW | 0.90 | 1053.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0007
September 26, 2024
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | issues (.2); emails with R. LeHane (KDW) and J. Lerner (LP) regarding same (.2); review omnibus rejection motion (.2); instruction to C. Choe (KDW) regarding same (.3). | | | |
| 08/28/24 | Confer with C. Choe (KDW) regarding debtors' motion to reject additional leases (.4); review proposed language to address landlord issues in the order (.2). | KSE | 0.60 | 594.00 |
| 08/29/24 | Review second omnibus rejection motion (.2); email with R. Lamb (YC) regarding same (.2); review revised omnibus rejection orders (.1); emails with C. Choe (KDW) and R. Lamb (YC) regarding same (.1); emails with P. Bauch (BM) and K. Elliott (KDW) regarding same (.2). | ERW | 0.80 | 936.00 |
| 08/30/24 | Calls with committee member regarding outstanding lease rejection issues (.2); call with A. Mielke (YC) regarding same (.2); follow-up calls with R. LeHane (KDW) (.2); calls and emails with K. Elliott (KDW) regarding negotiated language and next steps (.3); provide additional comments to proposed rejection order (.3); email R. Lamb (YC) with changes (.2); review filed second omnibus rejection motion (.2). | CC | 1.60 | 1104.00 |
| 08/30/24 | Confer with C. Choe (KDW) on property abandonment issues in proposed form of lease | KSE | 0.60 | 594.00 |

## KELLEY DRYE & WARREN LLP

**FEDERAL ID NO. 13-5335107**

| WASHINGTON | NEW YORK | <u>AFFILIATE   OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0007
September 26, 2024
Page  3

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | rejection orders (.3); review (.1) and revise (.2) proposed language to resolve the issue. | | | |
| 08/31/24 | Review further revisions to rejection order (.1); emails with C. Choe (KDW) and R. Lamb (YC) regarding same (.1); emails with R. LeHane (KDW) and H. Michael (SITE) regarding rejection (.1). | ERW | 0.30 | 351.00 |
| Total Services for this Matter: | | | | 6,605.00 |
| Total this Invoice | | | | $6,605.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0007
September 26, 2024
Page  4

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| CC | Choe, Connie | 4.10 | 690.00 | $2,829.00 |
| ERW | Wilson, Eric | 2.00 | 1,170.00 | 2,340.00 |
| JC | Churchill, John | 0.40 | 620.00 | 248.00 |
| KSE | Elliott, Kristin S | 1.20 | 990.00 | 1,188.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912353

| | |
|---|---|
| 030319 | Blink Committee |
| 0009 | Claims Administration |

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $1,937.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$1,937.00** |

## Terms: Payment Due on or Before   October 26, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ███████
**SWIFT CODE:** ████████
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ██████
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912353

Client    030319
Matter 0009    Claims Administration

Attorney: 05395                                                                                          Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 08/28/24 | Edits to proposed bar date order (1.3); meeting with C. Choe (KDW) to review edits to bar date order (.4); further edits to proposed bar date order (.2). | JC | 1.90 | $1178.00 |
| 08/28/24 | Conference with J. Churchill (KDW) regarding bar date order and outstanding issues (.4); follow-up emails regarding same (.2). | CC | 0.60 | 414.00 |
| 08/29/24 | Review comments to bar date order (.2); emails with K. Elliott (KDW) regarding same (.2); emails with J. Ramirez (KDW) regarding comments to bar date order (.1). | CC | 0.50 | 345.00 |
| | Total Services for this Matter: | | | 1,937.00 |
| | Total this Invoice | | | $1,937.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE   OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0009
September 26, 2024
Page  2

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| CC | Choe, Connie | 1.10 | 690.00 | $759.00 |
| JC | Churchill, John | 1.90 | 620.00 | 1,178.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #█████████

SWIFT CODE:█████████

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #█████████

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912354

| 030319 | Blink Committee |
|---|---|
| 0011 | Committee and Creditor Communications |

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $31,782.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$31,782.00** |

## Terms: Payment Due on or Before   October 26, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:**  JP MORGAN CHASE, N.A.

**ABA #:** ▮▮▮▮▮

**SWIFT CODE:** ▮▮▮▮▮

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:** ▮▮▮▮▮

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912354

Client   030319
Matter 0011   Committee and Creditor Communications

---

Attorney: 05395                                                                    Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 08/26/24 | Initial call with the committee (.2); review (.1), revise (.2) introductory email. | KSE | 0.50 | $495.00 |
| 08/26/24 | Confer with C. Choe (KDW) regarding draft email to creditors' committee regarding financial advisor interview. | AB | 0.20 | 155.00 |
| 08/26/24 | Conference call with committee regarding retention, next steps and FAs (.2); confer with M. Udem (ASK) regarding same (.3); review and comment on committee update (.2); instruction to C. Choe (KDW) regarding same (.1); emails with K. Elliott (KDW) and M. Nestor (YC) regarding introductions (.2). | ERW | 1.00 | 1170.00 |
| 08/26/24 | Email financial advisors and coordinate interviews (.6); draft committee update regarding same with schedules for FA interview (.3); confer with A. Barajas (KDW) regarding same (.2); review emails from E. Wilson and K. Elliott (both KDW) on next steps (.3); emails to FA advisors regarding interviews (.5). | CC | 1.90 | 1311.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
September 26, 2024
Page  2

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/27/24 | Prepare (.3); for and participate in financial advisor interviews (1.5); follow-up calls with Dundon and internal KDW group (.5); follow-up with A. Barajas (KDW) regarding next steps (.2); provide update/calendar invite to UCC members for FA interviews (.1); emails regarding same (.2); confer with K. Elliott (KDW) on committee bylaws and confidentiality agreement (.2); review confidentiality provisions (.8); provide comments to same (1.0); emails to K. Elliott (KDW) regarding same (.2); provide update/calendar invite to UCC members for FA interviews (.1); emails regarding same (.2). | CC | 5.30 | 3657.00 |
| 08/27/24 | Conference call with committee and financial advisor interviews (1.5); follow-up call with KDW team and P. Hurwitz, et al. (DA) regarding next steps (.5); follow-up call with K. Elliott, et al. (KDW) regarding same (.3); emails (.2) and call (.3) with E. Bell (RC) regarding case status, next steps; prepare talking points for today's committee call (1.2); emails with K. Elliott (KDW) and C. Draves (JF) regarding case issues (.2); emails with R. LeHane (KDW) and M. Hillary (SITE) regarding lease status (.2), | ERW | 4.40 | 5148.00 |
| 08/27/24 | Email with committee member regarding DIP | KSE | 3.70 | 3663.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
September 26, 2024
Page  3

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | issues (.2); update E. Wilson (KDW) regarding same (.1); email financial advisor candidate for materials for committee meeting (.1); revise (.2) and send (.1) committee update; attend UCC call (1.5); follow up call with E. Wilson (KDW) regarding same (.3) follow up call with KDW and Dundon teams (.5); emails with committee member to schedule update call (.1); high level review of debtors' proposed confidentiality language (.4); confer with C. Choe regarding next steps for incorporating into bylaws (.2). | | | |
| 08/27/24 | Prepare (.3); for and participate in financial advisor interviews (1.5); follow-up calls with Dundon and internal KDW group on action items and next steps (.5). | AB | 2.30 | 1782.50 |
| 08/28/24 | Confer (2x) with P. Hurwitz (DA) regarding professional outreach, Friday's committee call (.4); emails with M. Milanai (RL) regarding Johnson case issues (.2). | ERW | 0.60 | 702.00 |
| 08/28/24 | Emails with C. Choe (KDW) regarding UCC update (.2); email Dundon for information for UCC update (.2); review (.2) and revise (.3) update; follow up email with committee member (.2) and call with C. Choe (KDW) for information required to respond to member's question (.2); confer with C. Choe (KDW) | KSE | 1.50 | 1485.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
September 26, 2024
Page  4

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | regarding confidentiality provisions of bylaws (.2). | | | |
| 08/28/24 | Draft committe bylaws | JC | 1.30 | 806.00 |
| 08/28/24 | Draft committee update (.6); discuss outstanding matters with K. Elliott (KDW) (.2); email to UCC member regarding impact of rejection motion (.3); draft update to committee member regarding status of case and related issues (.3); emails regarding contact sheet and bylaws (.2); confer with K. Elliott (KDW) regarding confidentiality provisions of bylaws (.2); confer with R. Gage (KDW) regarding same (.3); follow-up emails with G. Karnick (KDW) on contact sheet (.2) and start review of committee bylaws (.1). | CC | 2.40 | 1656.00 |
| 08/28/24 | Conferences with C. Choe (KDW) regarding confidentiality provisions of bylaws (.3); revise committee bylaws regarding confidentiality (1.1). | RG | 1.40 | 1365.00 |
| 08/29/24 | Call with committee member and E. Wilson (KDW) (.8); follow-up call with E. Wilson (KDW) (.2); review (.1) and approve (.1) debtors' changes to bylaws' confidentiality provision; review (.3) and revise (.4) bylaws; email my changes to C. Choe and J. Churchill (both KDW) (.1). | KSE | 2.00 | 1980.00 |
| 08/29/24 | Review bylaws and incorporate confidentiality | CC | 1.70 | 1173.00 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

WASHINGTON                    NEW YORK                    AFFILIATE  OFFICE:
LOS ANGELES                    STAMFORD                    MUMBAI, INDIA
CHICAGO                    PARSIPPANY
HOUSTON

Blink Committee
Client   030319
Matter 0011
September 26, 2024
Page  5

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | provision (.6); review comments to confidentiality provisions from Debtors' counsel (.2); review email from K. Elliott (KDW) regarding same (.1); incorporate revised language in committee bylaws (.3); final review of bylaws (.3); emails to J. Ramirez, R. Gage and J. Churchill (all KDW) regarding sign-off of same (.2). | | | |
| 08/29/24 | Confer (.2) and emails (.2) with C. Choe (KDW) and M. Udem (ASK) regarding client outreach, rejection; review and revise committee update (.2); email to K. Elliott (KDW) regarding same (.1); confer with committee member and K. Elliott (KDW) regarding case issues (.8). | ERW | 1.50 | 1755.00 |
| 08/29/24 | Review confidentiality provisions for committee bylaws (.1); conferences with C. Choe (KDW) regarding same (.1). | RG | 0.20 | 195.00 |
| 08/30/24 | Updates to the team calendar (.1); review updates to confi section of bylaws (.2); final review of contact list (.2) and bylaws (.2) before sending to committee. | JC | 0.70 | 434.00 |
| 08/30/24 | Review status of various matters and action items (.4); draft committee update (.6); calls and emails with K. Elliott (KDW) regarding same (.2). | CC | 1.20 | 828.00 |
| 08/30/24 | Call with C. Choe (KDW) regarding drafting | AB | 0.10 | 77.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
September 26, 2024
Page  6

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | committee update email. | | | |
| 08/30/24 | Review bylaws (.3), revised contact sheet (.2); email from C. Choe (KDW) regarding same (.1); emails with K. Elliott (KDW) and P. Hurwitz (DA) regarding today's call (.1); review committee update (.1); email to K. Elliott (KDW) regarding same (.1). | ERW | 0.90 | 1053.00 |
| 08/30/24 | Follow up with Dundon for materials for committee update (.1); email (.1) and call (.1) C. Choe (KDW) regarding same; review (.1) and revise (.3) committee update; call with L. Rooney (Dundon) regarding same (.2). | KSE | 0.90 | 891.00 |
| Total Services for this Matter: | | | | 31,782.00 |
| Total this Invoice | | | | $31,782.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
September 26, 2024
Page  7

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|------------|-------|------|--------|
| AB | Barajas, Andres | 2.60 | 775.00 | $2,015.00 |
| CC | Choe, Connie | 12.50 | 690.00 | 8,625.00 |
| ERW | Wilson, Eric | 8.40 | 1,170.00 | 9,828.00 |
| JC | Churchill, John | 2.00 | 620.00 | 1,240.00 |
| KSE | Elliott, Kristin S | 8.60 | 990.00 | 8,514.00 |
| RG | Gage, Rich | 1.60 | 975.00 | 1,560.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #▮▮▮▮▮▮

SWIFT CODE:▮▮▮▮▮▮

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #▮▮▮▮▮

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912355

030319          Blink Committee
0014            Employee Matters

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $5,489.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$5,489.00** |

## Terms: Payment Due on or Before   October 26, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:** JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912355

Client   030319
Matter 0014   Employee Matters

Attorney: 05395     Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/28/24 | Review KERP/KEIP motion and proposed order and provide comments (.8); instruction to J. Churchill (KDW) regarding issues list for various second-day orders (.4). | CC | 1.20 | $828.00 |
| 08/29/24 | Emails to J. Churchill (KDW) regarding comments to KERP/KEIP proposed final order (.2); review issues list (3); revise (.8); follow-ups with J. Ramirez, A. Barajas, and J. Churchill (all KDW) regarding same (.3). | CC | 1.60 | 1104.00 |
| 08/29/24 | Pull KEIP/KERP documents from data room (.1); email to Dundon and local counsel (.1). | AB | 0.20 | 155.00 |
| 08/30/24 | Conference call with P. Hurwitz (DA) regarding KEIP, Moelis retention (.7); review unredacted KEIP/KERP motion (.2); email from A. Barajas (KDW) regarding same (.1); review L. Rooney (DA) KEIP summary (.2); cross-reference unredacted KEIP/KERP motion (.2); emails with K. Elliott (KDW) regarding KEIP, Moelis (.2). | ERW | 1.60 | 1872.00 |
| 08/31/24 | Review analysis of KEIP/KERP (.2); emails | KSE | 0.60 | 594.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0014
September 26, 2024
Page  2

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | with Dundon, E. Wilson and B. Keilson (Morris James) regarding same (.1); review debtors' initial response to KEIP proposal (.1); follow up emails regarding same (.2). | | | |
| 08/31/24 | Further emails with KDW and MJ teams regarding KEIP (.2); briefly review Dundon analysis (.2) and MJ KEIP settlement proposal (.1) preparatory to call regarding same; emails from M. Nestor (YC), P. Hurwitz (DA) and B. Keilson (MJ) regarding KEIP statement (.3). | ERW | 0.80 | 936.00 |
| Total Services for this Matter: | | | | 5,489.00 |
| Total this Invoice | | | | $5,489.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0014
September 26, 2024
Page  3

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 0.20 | 775.00 | $155.00 |
| CC | Choe, Connie | 2.80 | 690.00 | 1,932.00 |
| ERW | Wilson, Eric | 2.40 | 1,170.00 | 2,808.00 |
| KSE | Elliott, Kristin S | 0.60 | 990.00 | 594.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912356

030319          Blink Committee
0015            Lender Investigation

## Account Summary And Remittance Form

Legal Services:                                                     $909.00

Disbursements and Other Charges:                                      $0.00

**Total Amount Due:**                                          **$909.00**

## Terms: Payment Due on or Before    October 26, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:**   JP MORGAN CHASE, N.A.

**ABA #:** ▮▮▮▮▮▮

**SWIFT CODE:** ▮▮▮▮▮▮▮

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:** ▮▮▮▮▮

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912356

Client   030319
Matter 0015   Lender Investigation

---

Attorney: 05395                                                                    Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/27/24 | Emails to W. Clarke (KDW) regarding lien review. | ERW | 0.20 | $234.00 |
| 08/28/24 | Emails with lender's counsel regarding request for loan documents and introductions (.2); confer with K. Elliott and J. Ramirez (both KDW) regarding same (.1). | CC | 0.30 | 207.00 |
| 08/29/24 | Review Varagon loan confirmation request (.2); emails to R. Gage (KDW) regarding same (2.). | ERW | 0.40 | 468.00 |
| Total Services for this Matter: | | | | 909.00 |
| Total this Invoice | | | | $909.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0015
September 26, 2024
Page  2

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|-----------|-------|------|--------|
| CC | Choe, Connie | 0.30 | 690.00 | $207.00 |
| ERW | Wilson, Eric | 0.60 | 1,170.00 | 702.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #████████

SWIFT CODE:████████

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #████████

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912357

030319          Blink Committee
0016            Debtor Communications

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $8,066.50 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$8,066.50** |

## Terms: Payment Due on or Before    October 26, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:**   JP MORGAN CHASE, N.A.

**ABA #:** ▮▮▮▮▮▮

**SWIFT CODE:** ▮▮▮▮▮▮

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:** ▮▮▮▮

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912357

Client   030319
Matter 0016   Debtor Communications

---

Attorney: 05395                                                                                 Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/27/24 | Conference call with K. Elliott (KDW) and M. Nestor, et al. (YC) regarding retention and next steps (.4); follow-up call with K. Elliott regarding same (.1); emails with K. Elliott (KDW) and A. Mielke (YC) regarding debtor deliverables (.2). | ERW | 0.70 | $819.00 |
| 08/27/24 | Introductory call with debtors' professionals (.4); follow up call with E. Wilson and A. Barajas (both KDW) (.2); email debtors' counsel for global extension of objection deadline (.2); confer with E. Wilson (.1) and C. Choe (.1) regarding same; call (.2) and email (.1) with debtors' counsel regarding extension; update C. Choe (.1) regarding same. | KSE | 1.40 | 1386.00 |
| 08/27/24 | Attend call with K. Elliott and E. Wilson (both KDW) and Young Conaway regarding background of case, sale issues (.4); follow up call with E. Wilson and K. Elliott (.2). | AB | 0.60 | 465.00 |
| 08/28/24 | Review emails from debtors' counsel regarding extension of objection deadline, data room and | CC | 0.50 | 345.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0016
September 26, 2024
Page  2

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | status of case (.3); call with A. Mielke (YC) regarding status of rejected locations and general status of case (.2). | | | |
| 08/28/24 | Emails with K. Elliott (KDW) and A. Mielke (RL) regarding deadline extensions (.2); review proposed confidentiality language (.2). | ERW | 0.40 | 468.00 |
| 08/29/24 | Emails to K. Elliott (KDW) regarding tomorrow's debtor call (.2); review revised confidentiality provision (.1); emails with C. Choe (KDW) regarding same (.1). | ERW | 0.40 | 468.00 |
| 08/30/24 | Review latest bid procedures (.2) and DIP order (.2) preparatory to debtor call; call with Young Conaway and KDW teams regarding same (.8);   follow-up call with K. Elliott (KDW) (.2); emails with A. Meilke (YC) regarding confidentiality provisions (.2). | ERW | 1.60 | 1872.00 |
| 08/30/24 | Call with debtors' counsel regarding open issues and next steps on the various workstreams | JR | 0.80 | 780.00 |
| 08/30/24 | Prepare for (.3) and conduct (.8) call with Debtors' counsel to discuss DIP and bid procedures issues; follow up call with E. Wilson (KDW) regarding same (.2); email issues list to debtors (.1). | KSE | 1.40 | 1386.00 |
| 08/30/24 | Call with E. Wilson, K. Elliott, and J. Ramirez (all KDW) and debtors' counsel regarding DIP and sale issues. | AB | 0.10 | 77.50 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0016
September 26, 2024
Page  3

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | Total Services for this Matter: | | | 8,066.50 |
| | Total this Invoice | | | $8,066.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0016
September 26, 2024
Page  4

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 0.70 | 775.00 | $542.50 |
| CC | Choe, Connie | 0.50 | 690.00 | 345.00 |
| ERW | Wilson, Eric | 3.10 | 1,170.00 | 3,627.00 |
| JR | Ramirez, John | 0.80 | 975.00 | 780.00 |
| KSE | Elliott, Kristin S | 2.80 | 990.00 | 2,772.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912358

030319      Blink Committee
0017        General Investigation

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $7,596.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$7,596.00** |

## Terms: Payment Due on or Before    October 26, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

September 26, 2024
Invoice No. 2912358

Client   030319
Matter 0017   General Investigation

---

Attorney: 05395                                                                                          Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/27/24 | Emails to R. Gage (KDW) regarding investigation demand. | ERW | 0.20 | $234.00 |
| 08/27/24 | Conference with K. Elliott (KDW) regarding demand letters (.3); review first day declaration and other background materials regarding investigation (1.4). | RG | 1.70 | 1657.50 |
| 08/27/24 | Meet with R. Gage (KDW) for background and first steps on non-lien investigation matters. | KSE | 0.30 | 297.00 |
| 08/28/24 | Emails with R. Gage (KDW) regarding investigation demand. | ERW | 0.20 | 234.00 |
| 08/28/24 | Continue reviewing first day declaration and other background materials for investigation (.6); begin drafting outline of demand letters (.6); begin drafting demand letter to debtor (1.4). | RG | 2.60 | 2535.00 |
| 08/28/24 | Review pitchbook (.2); review first day declaration (.8); review demand letter to debtor (.1). | WC | 1.10 | 1039.50 |
| 08/29/24 | Review initial investigation demand (.2); emails with R. Gage (KDW) regarding same, | ERW | 0.70 | 819.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
September 26, 2024
Page  2

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | diligence request (.3); cross-reference draft request (.2). | | | |
| 08/29/24 | Revise demand letter to incorporate changes from E. Wilson (KDW). | RG | 0.70 | 682.50 |
| 08/30/24 | Review materials produced by debtors. | RG | 0.10 | 97.50 |
| | Total Services for this Matter: | | | 7,596.00 |
| | Total this Invoice | | | $7,596.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
September 26, 2024
Page  3

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| ERW | Wilson, Eric | 1.10 | 1,170.00 | $1,287.00 |
| KSE | Elliott, Kristin S | 0.30 | 990.00 | 297.00 |
| RG | Gage, Rich | 5.10 | 975.00 | 4,972.50 |
| WC | Clarke, Wendy | 1.10 | 945.00 | 1,039.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME: KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE