# EXHIBIT C

**Expenses**

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: September 26, 2024 12:47:32　　　　DATE THRU: August 31, 2024　　　　Page: 6
**Billing Timekeeper: 05395 - Wilson, Eric**　　　　　　　　　　　　　　　　**Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1912276　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 08062 | Elliott, K. | 08/30/24 | VENDOR: Elliott, Kristin S; INVOICE#: 6891286008300347; DATE: 8/30/2024  -   Uber - worked late on dip issues - BlinkVENDOR: Elliott, Kristin S; INVOICE#: 6891286008300347; DATE: 8/30/2024  -   Uber - worked late on dip issues - Blink/ **Cab Service** | 323.46 | H  T  W | 8924396 |
|  |  |  | **Totals:** | **$323.46** |  |  |

**KELLEY DRYE & WARREN LLP**
**** CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY ****

**** ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm ****

RUN DATE: September 26, 2024 12:47:32                DATE THRU: August 31, 2024                                Page: 8
**Billing Timekeeper: 05395 - Wilson, Eric**                                                    **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1912276                                                                                          FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

| | **Other Charges Summary** | **Amount** | **Disp** |
|---|---|---|---|
| 000225 | Cab Service | 323.46 | H  T  W |
| | **Total** | **323.46** | |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: October 18, 2024 13:07:10    DATE THRU: September 30, 2024    Page: 9
**Billing Timekeeper: 05395 - Wilson, Eric**    **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1916150    FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
|  |  | 09/23/24 | Duplication | 257.00 | H  T  W | 8926120 |
|  |  | 09/30/24 | Duplication | 1.10 | H  T  W | 8928202 |
| 05395 | Wilson , E.R. | 09/10/24 | VENDOR: Wilson, Eric R. INVOICE#: 6929651609190347 DATE: 9/19/2024 Blink-Omnibus HearingTransaction Date: 09/10/24; Roundtrip Amtrak in connection with attending omnibus hearing in Wilmington, DE/ **Local Travel** | 404.00 | H  T  W | 8925822 |
| 08382 | Barajas , A. | 09/11/24 | VENDOR: Barajas, Andres INVOICE#: 6915811009120347 DATE: 9/12/2024 Hearing Expenses -BLinkTransaction Date: 09/11/24; R/T Train fare to Delaware for hearing in Blink Fitness; 09/10/2024 - 09/10/2024; NY/Delaware/ **Long Distance Travel** | 167.00 | H  T  W | 8924899 |
| 08062 | Elliott , K. | 09/04/24 | VENDOR: Elliott, Kristin S INVOICE#: 6900737209050347 DATE: 9/5/2024 Uber - worked late on dip issues - BlinkTransaction Date: 09/04/24; Uber from office to home - worked late on dip issues - Blink; NY to NJ/ **Cab Service** | 343.68 | H  T  W | 8924140 |
| 08382 | Barajas , A. | 09/05/24 | VENDOR: Barajas, Andres INVOICE#: 6915811009120347 DATE: 9/12/2024 Hearing Expenses -BLinkTransaction Date: 09/05/24; Car Home- Working Late - Blink Fitness; Office/Home/ **Cab Service** | 34.08 | H  T  W | 8924902 |
| 08062 | Elliott , K. | 09/06/24 | VENDOR: Elliott, Kristin S INVOICE#: 6906044909170347 DATE: 9/17/2024 Uber - worked late on dip issues - BlinkTransaction Date: 09/06/24; Uber from office to home - working late on blink dip | 377.48 | H  T  W | 8925261 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: October 18, 2024 13:07:10  
**Billing Timekeeper: 05395 - Wilson, Eric**  
Prebill #: 1916150  
**030319 - Blink Committee**  
**0001 - Case Administration**

DATE THRU: September 30, 2024

Page: 10  
**Responsible Timekeeper: 05395 - Wilson, Eric**  
FORMAT 021

### Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 08382 | Barajas , A. | 09/10/24 | objection; NY to NJ/ **Cab Service** VENDOR: Barajas, Andres INVOICE#: 6915811009120347 DATE: 9/12/2024 Hearing Expenses -BLinkTransaction Date: 09/10/24; Car from train to hearing in Blink Fitness; Train/Hearing/ **Cab Service** | 15.00 | H  T  W | 8924900 |
| 08382 | Barajas , A. | 09/10/24 | VENDOR: Barajas, Andres INVOICE#: 6915811009120347 DATE: 9/12/2024 Hearing Expenses -BLinkTransaction Date: 09/10/24; Food on train to hearing in Blink Fitness; Andres Barajas/ **Meals** | 10.25 | H  T  W | 8924901 |
| 08137 | Karnick , G.C. | 09/17/24 | 1-2' binder   3 tabs/ **Binding** | 6.21 | H  T  W | 8925703 |
| 08334 | Churchill , J. | 09/23/24 | 2-3' binders   28 tabs/ **Binding** | 14.96 | H  T  W | 8926197 |
| 08334 | Churchill , J. | 09/10/24 | Westlaw Research | 553.51 | H  T  W | 8927753 |
| 08382 | Barajas , A. | 09/15/24 | Westlaw Research | 46.13 | H  T  W | 8927755 |
| 08347 | Gage , R. | 09/16/24 | Westlaw Research | 184.50 | H  T  W | 8927754 |
| 07858 | Weintraub , P.A. | 09/19/24 | Lexis Research | 24.38 | H  T  W | 8927447 |
| 07858 | Weintraub , P.A. | 09/27/24 | Lexis Research | 36.58 | H  T  W | 8927448 |
| 05395 | Wilson , E.R. | 09/10/24 | VENDOR: Wilson, Eric R. INVOICE#: 6929651609190347 DATE: 9/19/2024 Blink-Omnibus HearingTransaction Date: 09/10/24; Parking in connection with attending omnibus hearing in Wilmington, DE/ **Parking** | 27.65 | H  T  W | 8925821 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: October 18, 2024 13:07:10  DATE THRU: September 30, 2024  Page: 11
**Billing Timekeeper: 05395 - Wilson, Eric**  **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1916150  FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

### Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| | | | Totals: | $2,503.51 | | |

**KELLEY DRYE & WARREN LLP**
**** CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY ****

**** ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm ****

RUN DATE: October 18, 2024 13:07:10     DATE THRU: September 30, 2024     Page: 13
**Billing Timekeeper: 05395 - Wilson, Eric**     **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1916150     FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

| | Other Charges Summary | Amount | Disp |
|---|---|---:|---|
| 000203 | Duplication | 258.10 | H T W |
| 000211 | Local Travel | 404.00 | H T W |
| 000212 | Long Distance Travel | 167.00 | H T W |
| 000225 | Cab Service | 770.24 | H T W |
| 000226 | Meals | 10.25 | H T W |
| 000227 | Binding | 21.17 | H T W |
| 000254 | Westlaw Research | 784.14 | H T W |
| 000256 | Lexis Research | 60.96 | H T W |
| 000284 | Parking | 27.65 | H T W |
| | **Total** | **2,503.51** | |