# EXHIBIT A

## Compensation By Category – First Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| B110 Case Administration | 53.80 | $33,083.00 |
| B120 Asset Analysis and Recovery | 3.50 | $1,601.00 |
| B130 Asset Disposition | 13.20 | $7,865.50 |
| B150 Meetings/Communications with Committee and/or Creditors | 14.70 | $8,456.50 |
| B160 Retention Applications (MJ) | 9.00 | $4,640.50 |
| B165 Retention Applications (Others) | 8.40 | $5,185.00 |
| B165A Retention Applications (Others - Objections) | 1.30 | $857.00 |
| B170 Fee Applications (MJ) | 0.80 | $292.00 |
| B175 Fee Applications (Others) | 0.10 | $39.00 |
| B185 Assumption/Rejection of Leases and Contracts | 1.00 | $390.00 |
| B220 Employee Benefits/Pensions | 42.10 | $26,385.50 |
| B230 Financing/Cash Collateral | 18.50 | $10,623.00 |
| B310 Claims Administration and Objections | 2.40 | $1,619.50 |
| B430A Court Hearings: Attendance and Preparation | 5.30 | $2,110.50 |
| **Totals** | **174.10** | **$103,148.00** |

16954193/1

## Timekeeper Summary – First Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | $825.00 | 23.10 | $19,057.50 |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Partner in Bankruptcy Department since 2019 | $790.00 | 64.80 | $51,192.00 |
| Tara C. Pakrouh | Member of the Delaware Bar since 2015; Associate in Bankruptcy Department since 2023 | $685.00 | 2.10 | $1,438.50 |
| Siena B. Cerra | Member of the Delaware Bar since 2023; Associate in Bankruptcy Department since 2023 | $390.00 | 47.70 | $18,603.00 |
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | $365.00 | 13.20 | $4,818.00 |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | $365.00 | 16.60 | $6,059.00 |
| Samantha L. Rodriguez | Law Clerk in Bankruptcy Department since 2024 | $300.00 | 6.60 | $1,980.00 |
| | | Totals | 174.10 | $103,148.00 |
| **Blended Rate $592.46** | | | | |

2

16954193/1

# Morris James LLP

500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750
Federal Tax I.D. 51-0023480

Official Committee of Unsecured Creditors of Blink Holdings, Inc.

October 23, 2024
Invoice 608181

| | |
|---|---|
| Matter Name: | Blink Holdings, Inc., Case No. 24-11686 (JKS) |
| Matter Number: | 144585-0001 |
| Attorney: | Eric J. Monzo |

**For Professional Services through September 30, 2024**

| | |
|---|---|
| **Fees** | $103,148.00 |
| **Disbursements** | $1,477.55 |
| **Total Charges** | $104,625.55 |

## Fee Recap

| | | Hours | Rate/Hours | Amount |
|---|---|---|---|---|
| Brya M. Keilson | Partner | 64.80 | 790.00 | 51,192.00 |
| Eric J. Monzo | Partner | 23.10 | 825.00 | 19,057.50 |
| Siena B. Cerra | Associate | 47.70 | 390.00 | 18,603.00 |
| Tara C. Pakrouh | Associate | 2.10 | 685.00 | 1,438.50 |
| Douglas J. Depta | Paralegal | 16.60 | 365.00 | 6,059.00 |
| Stephanie A. Lisko | Paralegal | 13.20 | 365.00 | 4,818.00 |
| Samantha L. Rodriguez | Law Clerk | 6.60 | 300.00 | 1,980.00 |
| **Totals** | | **174.10** | | **103,148.00** |

Matter Number: 144585-0001
10/23/24
Page 2

## Services by Task Code

| Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 53.80 | 33,083.00 |
| B120 | Asset Analysis and Recovery | 3.50 | 1,601.00 |
| B130 | Asset Disposition | 13.20 | 7,865.50 |
| B150 | Meetings/Communications with Committee and/or Creditors | 14.70 | 8,456.50 |
| B160 | Retention Applications (MJ) | 9.00 | 4,640.50 |
| B165 | Retention Applications (Others) | 8.40 | 5,185.00 |
| B165A | Retention Applications (Others - Objections) | 1.30 | 857.00 |
| B170 | Fee Applications (MJ) | 0.80 | 292.00 |
| B175 | Fee Applications (Others) | 0.10 | 39.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 1.00 | 390.00 |
| B220 | Employee Benefits/Pensions | 42.10 | 26,385.50 |
| B230 | Financing/Cash Collateral | 18.50 | 10,623.00 |
| B310 | Claims Administration and Objections | 2.40 | 1,619.50 |
| B430A | Court Hearings: Attendance and Preparation | 5.30 | 2,110.50 |
| | **Totals** | **174.10** | **$103,148.00** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110 Case Administration** | | | | | |
| 08/28/24 | DJD | Draft PHV motions and emails internally and with co-counsel. | 0.60 | 365.00 | 219.00 |
| 08/28/24 | EJM | Emails with proposed co-counsel and internally re action items. | 0.30 | 825.00 | 247.50 |
| 08/28/24 | EJM | Review first day papers and background. | 1.30 | 825.00 | 1,072.50 |
| 08/28/24 | SAL | Emails with E. Monzo re new engagement and co-counsel team. | 0.10 | 365.00 | 36.50 |
| 08/28/24 | SAL | Emails with B. Keilson circulating interim orders and relevant motions. | 0.30 | 365.00 | 109.50 |
| 08/28/24 | SAL | Draft and circulate NOA. | 0.30 | 365.00 | 109.50 |
| 08/28/24 | SAL | Emails with D. Depta re PHV motions and circulate co-counsel admissions. | 0.20 | 365.00 | 73.00 |
| 08/28/24 | SAL | Review pleadings docketed, prepare critical dates, and update case calendar and folder. | 1.50 | 365.00 | 547.50 |
| 08/28/24 | BMK | Emails with team and co-counsel and Dundon regarding updates and review of documents and strategise. | 1.40 | 790.00 | 1,106.00 |
| 08/29/24 | SAL | Review updated NOA draft and emails with D. Depta re same. | 0.10 | 365.00 | 36.50 |
| 08/29/24 | DJD | Update and file NOA and PHV Motions, upload orders, | 1.30 | 365.00 | 474.50 |

Matter Number:  144585-0001
10/23/24
Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | pay filing fees, circulate, and update case folder. | | | |
| 08/29/24 | SBC | Review first day motions. | 0.50 | 390.00 | 195.00 |
| 08/29/24 | BMK | Emails with co-counsel and team regarding review of second day motions and final orders and review same. | 1.60 | 790.00 | 1,264.00 |
| 08/29/24 | BMK | Emails and calls with co-counsel regarding open issues and analysis of pending motions and strategy (1.2); review motions (1.1). | 2.30 | 790.00 | 1,817.00 |
| 08/29/24 | SAL | Prepare and internally circulate critical dates chart. | 0.40 | 365.00 | 146.00 |
| 08/29/24 | SBC | Review wages, customer programs, taxes, and utilities motions. | 0.80 | 390.00 | 312.00 |
| 08/29/24 | EJM | Discussion with financial advisor re update on initial issues call. | 0.20 | 825.00 | 165.00 |
| 08/29/24 | SAL | Call with D. Depta re summary of initial case conference call. | 0.20 | 365.00 | 73.00 |
| 08/29/24 | SAL | Review and circulate entered PHV orders to co-counsel and update case folder. | 0.10 | 365.00 | 36.50 |
| 08/29/24 | SAL | Review order scheduling omnibus hearing date and update critical dates and case calendar. | 0.10 | 365.00 | 36.50 |
| 08/30/24 | SBC | Review committee second day issue list. | 0.20 | 390.00 | 78.00 |
| 08/30/24 | EJM | Coordination of pending assignments with B. Keilson and S. Cerra. | 0.30 | 825.00 | 247.50 |
| 08/30/24 | EJM | Review Order re omnibus hearings. | 0.10 | 825.00 | 82.50 |
| 08/30/24 | BMK | Review final orders and review issues list. | 1.50 | 790.00 | 1,185.00 |
| 09/01/24 | BMK | Emails with S. Cerra regarding review of pleadings and final orders (.8); review documents (.5). | 1.30 | 790.00 | 1,027.00 |
| 09/02/24 | BMK | Review second day motions and final orders (1.3); emails with S. Cerra regarding same (.6). | 1.90 | 790.00 | 1,501.00 |
| 09/03/24 | SBC | Review BofA ROR. | 0.10 | 390.00 | 39.00 |
| 09/03/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 365.00 | 73.00 |
| 09/03/24 | EJM | Review diligence list. | 0.50 | 825.00 | 412.50 |
| 09/03/24 | EJM | Review pending issues and action list and assess strategy and deadlines. | 0.30 | 825.00 | 247.50 |
| 09/03/24 | BMK | Emails with co-counsel regarding negotiations with Debtors and updates (.8); review analysis by FA (.8). | 1.60 | 790.00 | 1,264.00 |
| 09/04/24 | SBC | Review first day order backline's (.4); emails with MJ and KD team re same (.1). | 0.50 | 390.00 | 195.00 |
| 09/04/24 | SBC | Drat motion to seal (.6); emails with MJ team (.1). | 0.70 | 390.00 | 273.00 |
| 09/04/24 | EJM | Discussion with professionals re strategy on issues. | 0.50 | 825.00 | 412.50 |
| 09/04/24 | EJM | Email updates and internal discussions exchange emails with open second day issues. | 0.80 | 825.00 | 660.00 |
| 09/04/24 | EJM | Review revised form of DIP Order and orders for second day motions. | 1.00 | 825.00 | 825.00 |
| 09/05/24 | BMK | Review recently filed pleadings. | 0.80 | 790.00 | 632.00 |
| 09/05/24 | BMK | Emails with D. Depta regarding draft motion to seal and finalizing same (.4); review draft (.8). | 1.20 | 790.00 | 948.00 |
| 09/05/24 | DJD | Draft COS re objections, review hearing notices. | 0.50 | 365.00 | 182.50 |
| 09/05/24 | SAL | Review proposed objections to unresolved motions and emails with D. Depta re same. | 0.20 | 365.00 | 73.00 |
| 09/05/24 | DJD | Review motion to seal objection, draft Order and Notice, and email S. Cerra. | 0.70 | 365.00 | 255.50 |
| 09/05/24 | SAL | Emails from E. Monzo and B. Keilson re extended | 0.10 | 365.00 | 36.50 |

Matter Number:  144585-0001
10/23/24
Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | objection deadline for second day hearing. | | | |
| 09/05/24 | SBC | Research case law re fee allocation (2.1); review transcripts (.6) emails with MJ team and KD teams re DIP objection (.3). | 3.00 | 390.00 | 1,170.00 |
| 09/05/24 | EJM | Discussion with E. Wilson re update on second day issues and strategy. | 0.20 | 825.00 | 165.00 |
| 09/06/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.40 | 365.00 | 146.00 |
| 09/09/24 | SAL | Review relevant pleadings filed and update case folder. | 0.20 | 365.00 | 73.00 |
| 09/09/24 | SAL | Review agenda for September 10 hearing, register all appearances, and email co-counsel re same. | 0.30 | 365.00 | 109.50 |
| 09/09/24 | SAL | Emails with S. Cerra re requirement of witness list. | 0.10 | 365.00 | 36.50 |
| 09/09/24 | DJD | Arrange production of hearing materials, draft index and covers and email internally and with vendor re same. | 0.90 | 365.00 | 328.50 |
| 09/09/24 | SAL | Emails from co-counsel and with Canon re additional materials for hearing binders. | 0.10 | 365.00 | 36.50 |
| 09/09/24 | SBC | Review 9/10 hearing agenda. | 0.10 | 390.00 | 39.00 |
| 09/09/24 | BMK | Emails with S. Cerra and co-counsel regarding research on open issues and review case law. | 1.70 | 790.00 | 1,343.00 |
| 09/09/24 | BMK | Emails with S. Lisko regarding witness list and review same. | 0.60 | 790.00 | 474.00 |
| 09/10/24 | SAL | Emails with co-counsel and Canon coordinating production of supplemental hearing materials. | 0.40 | 365.00 | 146.00 |
| 09/10/24 | SAL | Review relevant pleadings filed and update case folder. | 0.20 | 365.00 | 73.00 |
| 09/10/24 | SAL | Review amended agenda for September 10 hearing, emails with B. Keilson and S. Cerra re hearing time change, and update case calendar. | 0.10 | 365.00 | 36.50 |
| 09/10/24 | DJD | Email transcriber re Sept 10 hearing transcript. | 0.10 | 365.00 | 36.50 |
| 09/11/24 | SAL | Review relevant pleadings filed and update case folder. | 0.20 | 365.00 | 73.00 |
| 09/11/24 | SAL | Update and reconcile critical dates and case calendar. | 0.40 | 365.00 | 146.00 |
| 09/12/24 | DJD | Emails with co-counsel and transcriber re Sep 10 hearing transcript. | 0.20 | 365.00 | 73.00 |
| 09/13/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 365.00 | 73.00 |
| 09/13/24 | BMK | Emails with UST and co-counsel regarding upcoming 341 meeting. | 0.30 | 790.00 | 237.00 |
| 09/13/24 | BMK | Review recently filed pleadings. | 0.80 | 790.00 | 632.00 |
| 09/13/24 | BMK | Emails with landlords' counsel and Debtors' counsel regarding open issues. | 0.70 | 790.00 | 553.00 |
| 09/16/24 | SBC | Discuss case issues with S. Rodriguez. | 0.10 | 390.00 | 39.00 |
| 09/16/24 | EJM | Email update with co-counsel and committee on pending issues and starts of case. | 0.20 | 825.00 | 165.00 |
| 09/16/24 | BMK | Emails with Debtors' counsel and counsel for landlord regarding open issues. | 0.40 | 790.00 | 316.00 |
| 09/16/24 | BMK | Emails with co-counsel and S. Cerra regarding 341 meeting and updates and review updates. | 1.40 | 790.00 | 1,106.00 |
| 09/17/24 | BMK | Emails with co-counsel, Debtors' counsel and counsel for landlord regarding open issues. | 0.50 | 790.00 | 395.00 |
| 09/17/24 | BMK | Attend committee professionals call regarding updates. | 0.60 | 790.00 | 474.00 |
| 09/17/24 | SAL | Review relevant pleadings filed and update case folder. | 0.20 | 365.00 | 73.00 |
| 09/17/24 | SAL | Review, reconcile, and update critical dates and case calendar. | 0.20 | 365.00 | 73.00 |

Matter Number: 144585-0001
10/23/24
Page 5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/17/24 | BMK | Emails with Debtors' counsel and parties in interest regarding updates. | 0.80 | 790.00 | 632.00 |
| 09/17/24 | EJM | Updates in case with internal team, co-counsel and financial advisors. | 0.60 | 825.00 | 495.00 |
| 09/23/24 | SAL | Review agenda cancelling September 26 hearing and update critical dates and case calendar. | 0.10 | 365.00 | 36.50 |
| 09/24/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.40 | 365.00 | 146.00 |
| 09/24/24 | BMK | Emails and calls with professionals regarding updates and open issues including COC submitted. | 1.40 | 790.00 | 1,106.00 |
| 09/25/24 | SAL | Review relevant pleadings filed and update case folder. | 0.10 | 365.00 | 36.50 |
| 09/25/24 | SBC | Review RSA. | 0.40 | 390.00 | 156.00 |
| 09/26/24 | SXR | Researched matters related to case development. | 0.40 | 300.00 | 120.00 |
| 09/26/24 | SXR | Update internal notes regarding client related research. | 1.90 | 300.00 | 570.00 |
| 09/26/24 | BMK | Review recently filed pleadings. | 1.20 | 790.00 | 948.00 |
| 09/27/24 | SXR | Edit and draft overview of similar cases. | 2.00 | 300.00 | 600.00 |
| 09/27/24 | BMK | Review recently filed pleadings. | 1.10 | 790.00 | 869.00 |
| | | **Task Code Subtotal** | **53.80** | | **33,083.00** |

**B120 Asset Analysis and Recovery**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/29/24 | SBC | Research and review similar chapter 11 professional fee budgets (1.8); discuss with S. Rodriguez (.2) emails with MJ team (.2). | 2.20 | 390.00 | 858.00 |
| 08/29/24 | TCP | Emails with MJ re research on committee professional fee issues. | 0.20 | 685.00 | 137.00 |
| 09/05/24 | SBC | Review allocated budgets (.4); emails with co-counsel (.1). | 0.50 | 390.00 | 195.00 |
| 09/13/24 | TCP | Confer (.4) with MJ and emails (.2) with same re budget issues. | 0.60 | 685.00 | 411.00 |
| | | **Task Code Subtotal** | **3.50** | | **1,601.00** |

**B130 Asset Disposition**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/11/24 | SBC | Review stalking horse supplement. | 0.30 | 390.00 | 117.00 |
| 09/12/24 | DJD | Research case re stalking horse bidder and review of fees. | 1.20 | 365.00 | 438.00 |
| 09/12/24 | EJM | Emails internally and with co-counsel re bidding requirements and sharing of information. | 0.50 | 825.00 | 412.50 |
| 09/12/24 | SBC | Emails with KD and MJ teams re stalking horse orders. | 0.20 | 390.00 | 78.00 |
| 09/12/24 | SBC | Review precedent on stalking horse approval order language (.7) emails with KD and MJ teams re same (.3). | 1.00 | 390.00 | 390.00 |
| 09/12/24 | BMK | Review stalking horse agreement and related documents (1.5); emails with team regarding same (.7). | 2.20 | 790.00 | 1,738.00 |
| 09/12/24 | SAL | Emails with B. Keilson, S. Cerra and D. Depta re preserving committee right to review expenses of the stalking horse. | 0.30 | 365.00 | 109.50 |
| 09/12/24 | SAL | Research precedent re preserving committee right to review expenses of the stalking horse. | 0.80 | 365.00 | 292.00 |
| 09/13/24 | SAL | Emails with B. Keilson re objection to stalking horse order. | 0.10 | 365.00 | 36.50 |
| 09/13/24 | SAL | Review draft objection to stalking horse order and draft certificate of service for same. | 0.30 | 365.00 | 109.50 |

Matter Number:  144585-0001
10/23/24
Page 6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/13/24 | SBC | Review stalking horse supplement redline (.2) review limited objection to the stalking horse bid protections (.1); emails KD and MJ teams re same (.2). | 0.50 | 390.00 | 195.00 |
| 09/13/24 | SAL | Emails from co-counsel re extended deadline to object to stalking horse order and update critical dates and case calendar. | 0.10 | 365.00 | 36.50 |
| 09/13/24 | SBC | Prepare Memorandum to file re stalking horse approval orders (.4); emails with MJ team re same (.1). | 0.50 | 390.00 | 195.00 |
| 09/13/24 | SBC | Emails with MJ and KD teams re stalking horse approval order. | 0.20 | 390.00 | 78.00 |
| 09/13/24 | EJM | Emails with co-counsel re update on potential response to stalking horse approval order. | 0.20 | 825.00 | 165.00 |
| 09/13/24 | EJM | Review response to stalking horse designation. | 0.60 | 825.00 | 495.00 |
| 09/13/24 | BMK | Emails with co-counsel and team regarding draft objection to stalking horse approval and updates and strategy (.9); review draft (.8); emails with Debtors' counsel regarding updates (.4). | 2.10 | 790.00 | 1,659.00 |
| 09/13/24 | SAL | Emails from co-counsel re updated objection to stalking horse order, review same, and begin preparing exhibits to same. | 0.30 | 365.00 | 109.50 |
| 09/13/24 | TCP | Emails with MJ re stalking horse research issues. | 0.10 | 685.00 | 68.50 |
| 09/14/24 | BMK | Emails with team and co-counsel regarding updates and stalking horse agreement. | 1.20 | 790.00 | 948.00 |
| 09/17/24 | SBC | Review APA. | 0.30 | 390.00 | 117.00 |
| 09/20/24 | SBC | Review revised proposed order approving the stalking horse bid protections. | 0.20 | 390.00 | 78.00 |
| | | **Task Code Subtotal** | **13.20** | | **7,865.50** |

**B150 Meetings/Communications with Committee and/or Creditors**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/29/24 | SBC | Attend committee professionals call. | 1.00 | 390.00 | 390.00 |
| 08/29/24 | DJD | Attend committee professional case status call. | 1.00 | 365.00 | 365.00 |
| 08/29/24 | EJM | Attend initial committee professionals call. | 1.00 | 825.00 | 825.00 |
| 08/30/24 | SBC | Review committee update and attachments. | 0.30 | 390.00 | 117.00 |
| 08/30/24 | EJM | Emails re second day issues and updates with co-counsel. | 0.60 | 825.00 | 495.00 |
| 08/30/24 | EJM | Emails with committee re issues and update. | 0.10 | 825.00 | 82.50 |
| 09/03/24 | SBC | Review committee call agenda (.1); review committee bylaws (.2). | 0.30 | 390.00 | 117.00 |
| 09/03/24 | EJM | Emails with co-counsel and committee re update. | 0.20 | 825.00 | 165.00 |
| 09/04/24 | SBC | Review committee bylaws (.4); emails with MJ team (.1). | 0.50 | 390.00 | 195.00 |
| 09/04/24 | SBC | Attend weekly committee meeting. | 1.00 | 390.00 | 390.00 |
| 09/04/24 | SBC | Attend committee professionals call. | 0.50 | 390.00 | 195.00 |
| 09/04/24 | EJM | Attend and participate in Committee call. | 1.00 | 825.00 | 825.00 |
| 09/06/24 | BMK | Emails with committee and co-counsel regarding open issues and strategy. | 0.90 | 790.00 | 711.00 |
| 09/09/24 | BMK | Emails with committee and co-counsel regarding updates and review relevant pleadings. | 1.60 | 790.00 | 1,264.00 |
| 09/11/24 | SBC | Attend committee call. | 0.40 | 390.00 | 156.00 |
| 09/11/24 | BMK | Attend committee call. | 0.50 | 790.00 | 395.00 |
| 09/11/24 | EJM | Review email update to committee. | 0.20 | 825.00 | 165.00 |
| 09/16/24 | SBC | Attend 341 meeting. | 1.00 | 390.00 | 390.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/16/24 | SBC | Draft 341 meeting notes (.9); emails with MJ team and KD re same (.2). | 1.10 | 390.00 | 429.00 |
| 09/17/24 | SBC | Attend committee professionals team call re budget and other outstanding items. | 0.50 | 390.00 | 195.00 |
| 09/25/24 | SBC | Attend committee meeting. | 0.50 | 390.00 | 195.00 |
| 09/26/24 | BMK | Emails with counsel for creditor regarding questions. | 0.50 | 790.00 | 395.00 |
|  |  | **Task Code Subtotal** | **14.70** |  | **8,456.50** |

**B160 Retention Applications (MJ)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/29/24 | DJD | Begin drafting retention application. | 0.50 | 365.00 | 182.50 |
| 08/29/24 | DJD | Pull and review parties of interest list and email J. Hoffman re conflicts check. | 0.30 | 365.00 | 109.50 |
| 08/30/24 | DJD | Continue drafting application, review conflicts and update declaration. | 2.30 | 365.00 | 839.50 |
| 09/04/24 | DJD | Update application and email internally for review. | 0.40 | 365.00 | 146.00 |
| 09/04/24 | SBC | Review MJ retention application (.4); emails with MJ team (.1). | 0.50 | 390.00 | 195.00 |
| 09/05/24 | SBC | Emails with MJ team re bylaws and retention application. | 0.20 | 390.00 | 78.00 |
| 09/12/24 | DJD | Emails with S. Cerra re application and deadline. | 0.10 | 365.00 | 36.50 |
| 09/19/24 | DJD | Update application and emails with E. Monzo and J. Churchill re updates. | 0.40 | 365.00 | 146.00 |
| 09/19/24 | BMK | Review draft retention application (.9); emails with D. Depta regarding same (.3). | 1.20 | 790.00 | 948.00 |
| 09/19/24 | EJM | Review and comment to retention application. | 1.50 | 825.00 | 1,237.50 |
| 09/23/24 | DJD | Update application and emails with S. Cerra and B. Keilson. | 0.30 | 365.00 | 109.50 |
| 09/25/24 | DJD | Update and file application, emails with E. Monzo re updates to declaration, and update case folder and calendar. | 1.00 | 365.00 | 365.00 |
| 09/25/24 | EJM | Final review and approval of application. | 0.30 | 825.00 | 247.50 |
|  |  | **Task Code Subtotal** | **9.00** |  | **4,640.50** |

**B165 Retention Applications (Others)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/12/24 | SBC | Emails with MJ and KD teams re retention applications. | 0.30 | 390.00 | 117.00 |
| 09/19/24 | SBC | Emails with MJ and KD team re retention applications. | 0.10 | 390.00 | 39.00 |
| 09/20/24 | DJD | Review draft KDW and Dundon retention application email internally re comments. | 0.60 | 365.00 | 219.00 |
| 09/20/24 | EJM | Emails with co-counsel re retention applications. | 0.20 | 825.00 | 165.00 |
| 09/20/24 | BMK | Emails with D. Depta and professionals regarding draft retention applications (.6); review drafts (1.0). | 1.60 | 790.00 | 1,264.00 |
| 09/23/24 | SBC | Finalize retention applications (.3); discuss same with MJ and KD teams (.2). | 0.50 | 390.00 | 195.00 |
| 09/23/24 | BMK | Emails with team regarding draft retention applications and review drafts. | 1.50 | 790.00 | 1,185.00 |
| 09/25/24 | DJD | Review and file KDW application and update case folder and calendar. | 0.70 | 365.00 | 255.50 |
| 09/25/24 | DJD | Review and file Dundon application and update case folder and calendar. | 0.70 | 365.00 | 255.50 |
| 09/25/24 | DJD | Draft and file COS re applications, emails with claims agent re missing addresses, email counsel for service, | 0.60 | 365.00 | 219.00 |

Matter Number: 144585-0001
10/23/24
Page 8

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and update case folder. | | | |
| 09/25/24 | EJM | Emails with co-counsel re retention applications and final review and comment to same. | 0.20 | 825.00 | 165.00 |
| 09/25/24 | BMK | Review draft retention applications (1.1); emails with D. Depta (.3). | 1.40 | 790.00 | 1,106.00 |
| | | **Task Code Subtotal** | **8.40** | | **5,185.00** |
| **B165A Retention Applications (Others - Objections)** | | | | | |
| 08/30/24 | DJD | Research objections and email B. Keilson. | 0.40 | 365.00 | 146.00 |
| 09/04/24 | BMK | Emails with co-counsel regarding draft objection to Debtors' professional and review draft. | 0.90 | 790.00 | 711.00 |
| | | **Task Code Subtotal** | **1.30** | | **857.00** |
| **B170 Fee Applications (MJ)** | | | | | |
| 09/24/24 | DJD | Draft fee application shell. | 0.80 | 365.00 | 292.00 |
| | | **Task Code Subtotal** | **0.80** | | **292.00** |
| **B175 Fee Applications (Others)** | | | | | |
| 09/20/24 | SBC | Review YCST fee application. | 0.10 | 390.00 | 39.00 |
| | | **Task Code Subtotal** | **0.10** | | **39.00** |
| **B185 Assumption/Rejection of Leases and Contracts** | | | | | |
| 08/30/24 | SBC | Review second omnibus rejection motion. | 0.20 | 390.00 | 78.00 |
| 09/03/24 | SBC | Review debtors' second omnibus rejection motion. | 0.20 | 390.00 | 78.00 |
| 09/17/24 | SBC | Review revised second rejection motion. | 0.20 | 390.00 | 78.00 |
| 09/18/24 | SBC | Review rejection order. | 0.10 | 390.00 | 39.00 |
| 09/26/24 | SBC | Review limited objections to debtors assumption notice. | 0.30 | 390.00 | 117.00 |
| | | **Task Code Subtotal** | **1.00** | | **390.00** |
| **B220 Employee Benefits/Pensions** | | | | | |
| 08/29/24 | EJM | Review employee related motion. | 1.20 | 825.00 | 990.00 |
| 08/30/24 | EJM | Emails with B. Keilson re update on KEIP. | 0.20 | 825.00 | 165.00 |
| 08/30/24 | BMK | Calls and emails with team regarding Moelis retention and KEIP motion and review motion and analyze position strategize. | 3.20 | 790.00 | 2,528.00 |
| 08/31/24 | BMK | Draft objection to KEIP and review Debtors' motion in connection with same. | 3.10 | 790.00 | 2,449.00 |
| 08/31/24 | SBC | Emails with debtors' counsel re KEIP/KERP. | 0.20 | 390.00 | 78.00 |
| 08/31/24 | EJM | Review employment related analysis of advisors. | 1.80 | 825.00 | 1,485.00 |
| 08/31/24 | EJM | Emails re KEIP and sale process. | 0.30 | 825.00 | 247.50 |
| 09/01/24 | SBC | Emails with MJ team re KEIP/KERP. | 0.20 | 390.00 | 78.00 |
| 09/01/24 | SBC | Discuss KEIP objection with B. Keilson. | 0.10 | 390.00 | 39.00 |
| 09/01/24 | SBC | Legal research re section admin expense (.5); review draft objection (.5). | 1.00 | 390.00 | 390.00 |
| 09/01/24 | TCP | Emails with MJ re KEIP/KERP precedent (.2); research precedent on same (.2). | 0.40 | 685.00 | 274.00 |
| 09/02/24 | TCP | Emails with MJ re open KEIP/KERP issues. | 0.20 | 685.00 | 137.00 |

Matter Number:  144585-0001
10/23/24
Page 9

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/24 | TCP | Emails with MJ re KEIP strategy updates. | 0.20 | 685.00 | 137.00 |
| 09/03/24 | SBC | KEIP research (3.0); discuss same with MJ team (.3). | 3.30 | 390.00 | 1,287.00 |
| 09/03/24 | EJM | Emails re draft response to KEIP motion and comment. | 0.80 | 825.00 | 660.00 |
| 09/03/24 | EJM | Review UST objection to KEIP. | 0.30 | 825.00 | 247.50 |
| 09/03/24 | TCP | Emails with MJ re researching KEIP issues. | 0.20 | 685.00 | 137.00 |
| 09/03/24 | TCP | Emails with MJ re analysis of KEIP timing issues. | 0.20 | 685.00 | 137.00 |
| 09/03/24 | BMK | Review KEIP/KERP and calls and emails with co-counsel regarding open issues. | 1.20 | 790.00 | 948.00 |
| 09/04/24 | DJD | Review and update Objection to KEIP motion and emails with B. Keilson. | 0.40 | 365.00 | 146.00 |
| 09/04/24 | SBC | KEIP research. | 1.00 | 390.00 | 390.00 |
| 09/04/24 | BMK | Emails with co-counsel regarding KEIP and KEIP objection (.7); review draft objection (.7). | 1.40 | 790.00 | 1,106.00 |
| 09/04/24 | BMK | Emails with co-counsel regarding sealing motion related to KEIP objection (.6); review draft (.6). | 1.20 | 790.00 | 948.00 |
| 09/05/24 | DJD | Review objections to Moelis and KEIP motions. | 0.30 | 365.00 | 109.50 |
| 09/05/24 | SBC | Draft motion to seal KEIP objection (2.3); discuss same with B. Keilson (.2). | 2.50 | 390.00 | 975.00 |
| 09/05/24 | EJM | Emails and discussions with case team and review emails with debtors' counsel re various issues on requested relief including bidding procedures, KEIP and dip financing. | 1.50 | 825.00 | 1,237.50 |
| 09/06/24 | SBC | Emails with co-counsel and MJ team re KEIP. | 0.20 | 390.00 | 78.00 |
| 09/06/24 | SBC | Discuss KEIP objection with co-counsel (.2); emails with MJ team re same (.2). | 0.40 | 390.00 | 156.00 |
| 09/06/24 | SBC | Review KEIP objection and motion to seal for possible filing (.4); emails with KD and MJ teams (.3). | 0.70 | 390.00 | 273.00 |
| 09/06/24 | SAL | Emails from co-counsel and with B. Keilson and S. Cerra re KEIP/KERP objection. | 0.40 | 365.00 | 146.00 |
| 09/06/24 | SAL | Review KEIP/KERP objection, update, and prepare redacted and unredacted version. | 0.30 | 365.00 | 109.50 |
| 09/06/24 | SAL | Review and update motion to seal KEIP/KERP objection and emails with S. Cerra re same. | 0.20 | 365.00 | 73.00 |
| 09/06/24 | SAL | Emails from co-counsel and with E. Monzo, B. Keilson and S. Cerra re revised KEIP/KERP objection. | 0.10 | 365.00 | 36.50 |
| 09/06/24 | EJM | Continued analysis and review of draft objection to KEIP and emails re discussions and negotiation. | 1.60 | 825.00 | 1,320.00 |
| 09/06/24 | SBC | Discuss filing KEIP and seal motion with MJ team. | 0.20 | 390.00 | 78.00 |
| 09/06/24 | SBC | Review finalized KEIP objection for filing (.2) emails with MJ and KD teams (.2). | 0.40 | 390.00 | 156.00 |
| 09/06/24 | SBC | Review final copies of the KEIP objection and seal motion. | 0.20 | 390.00 | 78.00 |
| 09/06/24 | BMK | Emails with co-counsel regarding KEIP objection and open issues (.7); review draft (.8). | 1.50 | 790.00 | 1,185.00 |
| 09/06/24 | SAL | Finalize, file, and serve redacted KEIP/KERP objection and motion to seal. | 0.60 | 365.00 | 219.00 |
| 09/06/24 | SAL | Finalize and file sealed version of KEIP/KERP objection and prepare same for circulation to counsel. | 0.40 | 365.00 | 146.00 |
| 09/08/24 | BMK | Emails with co-counsel regarding KEIP and objection (.5); review pleadings and documents and prepare for argument (3.2). | 3.70 | 790.00 | 2,923.00 |
| 09/09/24 | SBC | Review Debtors' reply in support of KEIP/KERP. | 0.20 | 390.00 | 78.00 |
| 09/10/24 | SAL | Draft notices of withdrawal of KEIP/KERP objection and motion to seal and emails with B. Keilson re same. | 0.30 | 365.00 | 109.50 |

Matter Number: 144585-0001
10/23/24
Page 10

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/10/24 | BMK | Emails with Debtors' counsel and committee regarding KEIP/KERP order and review updated draft and open issues. | 1.10 | 790.00 | 869.00 |
| 09/11/24 | SAL | Finalize notices of withdrawal of KEIP objection and motion to seal and emails with B. Keilson re same. | 0.20 | 365.00 | 73.00 |
| 09/11/24 | SBC | Review notices of withdrawal KEIP objection and seal motion (.2): emails with MJ and KS team re same (.1). | 0.30 | 390.00 | 117.00 |
| 09/11/24 | SAL | Emails with co-counsel re notices of withdrawal of KEIP objection and motion to seal. | 0.10 | 365.00 | 36.50 |
| 09/11/24 | SAL | File notices of withdrawal of KEIP/KERP objection and motion to seal and circulate same to co-counsel. | 0.30 | 365.00 | 109.50 |
| 09/18/24 | SXR | Update KEIP chart and review related documents. | 1.50 | 300.00 | 450.00 |
| 09/25/24 | SXR | Update internal notes regarding pertinent cases. | 0.80 | 300.00 | 240.00 |
| | | **Task Code Subtotal** | **42.10** | | **26,385.50** |

**B230 Financing/Cash Collateral**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/29/24 | EJM | Coordinate and discussions with internal team re DIP financing issue spotting. | 0.30 | 825.00 | 247.50 |
| 08/29/24 | EJM | Review form of DIP financing order. | 0.60 | 825.00 | 495.00 |
| 08/29/24 | EJM | Emails with co-counsel and debtors' counsel re DIP financing. | 0.20 | 825.00 | 165.00 |
| 09/04/24 | SBC | Review draft DIP and KEIP objections. | 0.60 | 390.00 | 234.00 |
| 09/05/24 | DJD | Review and update objections to DIP and bid procedures motion. | 0.30 | 365.00 | 109.50 |
| 09/05/24 | SBC | Review recent DE DIP Orders (2.2); emails with co-counsel and MJ team re same (.1). | 2.30 | 390.00 | 897.00 |
| 09/05/24 | SBC | Review prior DIP order default language (.8) discuss DIP and default issues with MJ team (.3); emails with co-counsel re same (.1). | 1.20 | 390.00 | 468.00 |
| 09/05/24 | SBC | Emails with co-counsel re DIP order. | 0.10 | 390.00 | 39.00 |
| 09/05/24 | EJM | Review and comment to DIP motion objection. | 0.80 | 825.00 | 660.00 |
| 09/05/24 | BMK | Emails and calls with co-counsel regarding open DIP issues and arguments (.9); review draft objection (.9). | 1.80 | 790.00 | 1,422.00 |
| 09/06/24 | SBC | Discuss filing of DIP objection with co-counsel and MJ team. | 0.20 | 390.00 | 78.00 |
| 09/06/24 | SBC | Review DIP objection (.3); emails with MJ team re filing (.1). | 0.40 | 390.00 | 156.00 |
| 09/06/24 | SAL | Emails from co-counsel and with S. Cerra re DIP objection. | 0.20 | 365.00 | 73.00 |
| 09/06/24 | SAL | Review and update DIP objection, prepare exhibit, and prepare service lists for same. | 0.40 | 365.00 | 146.00 |
| 09/06/24 | SAL | Finalize, file, and serve DIP objection. | 0.40 | 365.00 | 146.00 |
| 09/06/24 | EJM | Emails and update re DIP objection. | 0.40 | 825.00 | 330.00 |
| 09/06/24 | BMK | Emails with co-counsel regarding draft DIP objection and updates (.9); review draft (.6). | 1.50 | 790.00 | 1,185.00 |
| 09/09/24 | SBC | Review and pull final DIP orders re soft marshaling (3.2); emails with KD and MJ teams re same (.3). | 3.50 | 390.00 | 1,365.00 |
| 09/09/24 | SBC | Review debtors' reply in support of DIP. | 0.10 | 390.00 | 39.00 |
| 09/09/24 | BMK | Emails with Debtors' counsel regarding blackline DIP and review. | 0.90 | 790.00 | 711.00 |
| 09/13/24 | SBC | Review final DIP order redline. | 0.30 | 390.00 | 117.00 |

Matter Number:  144585-0001
10/23/24
Page 11

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/13/24 | BMK | Emails with co-counsel and Debtors' counsel regarding revised DIP order and updates (.9); review draft (1.0). | 1.90 | 790.00 | 1,501.00 |
| 09/18/24 | SBC | Review cash collateral final order. | 0.10 | 390.00 | 39.00 |
| | | **Task Code Subtotal** | **18.50** | | **10,623.00** |

**B310 Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/24 | SBC | Review UST objection to bar date motion. | 0.20 | 390.00 | 78.00 |
| 09/25/24 | SBC | Emails re Hartford POC. | 0.10 | 390.00 | 39.00 |
| 09/27/24 | SBC | Review Hardford stipulation COC (.1); emails with debtors counsel re same (.1). | 0.20 | 390.00 | 78.00 |
| 09/27/24 | BMK | Emails with Debtors' counsel and counsel for creditor regarding updates and proposed resolution. | 0.80 | 790.00 | 632.00 |
| 09/30/24 | EJM | Review insurance claim related stipulation. | 0.10 | 825.00 | 82.50 |
| 09/30/24 | SBC | Review order waiting POC requirements for Hartford (.1); emails with YCST re same (.1). | 0.20 | 390.00 | 78.00 |
| 09/30/24 | BMK | Emails with Debtors' counsel and counsel for Hartford Fire Insurance and review stipulation. | 0.80 | 790.00 | 632.00 |
| | | **Task Code Subtotal** | **2.40** | | **1,619.50** |

**B430A Court Hearings: Attendance and Preparation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/09/24 | SBC | Emails with KD and MJ teams re hearing preparation. | 0.20 | 390.00 | 78.00 |
| 09/09/24 | SBC | Review debtors' witness list (.1); review chambers procedures (.1) discuss same with MJ and KD teams (.2). | 0.40 | 390.00 | 156.00 |
| 09/09/24 | SBC | Review supplemental hearing materials (.3); emails with S. Lisko re same (.1). | 0.40 | 390.00 | 156.00 |
| 09/09/24 | EJM | Internal discussions with B. Keilson re handling hearing and strategy. | 0.10 | 825.00 | 82.50 |
| 09/10/24 | SBC | Review hearing binders (.5); emails with KD and MJ teams re same (.1). | 0.60 | 390.00 | 234.00 |
| 09/10/24 | SBC | Discuss hearing details with MJ team. | 0.30 | 390.00 | 117.00 |
| 09/10/24 | SBC | Discuss hearing details with KD and MJ teams. | 0.20 | 390.00 | 78.00 |
| 09/10/24 | SBC | Attend second day omnibus hearing (2.5); travel to and from courthouse (.5). | 3.00 | 390.00 | 1,170.00 |
| 09/10/24 | SBC | Discuss hearing details with MJ team. | 0.10 | 390.00 | 39.00 |
| | | **Task Code Subtotal** | **5.30** | | **2,110.50** |

| | | | | **Sub-Total Fees:** | **103,148.00** |

**For Disbursements through September 30, 2024**

| | Disbursements | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| | Postage | 36.09 |
| | Reproduction | 179.30 |
| | Westlaw | 278.92 |
| 09/05/24 | USDC-DE - 8/30/24 PHV filing fee for Wilson, Elliot, Ramirez and Barajas | 200.00 |

Matter Number: 144585-0001
10/23/24
Page 12

| Date | Description | Amount |
|---|---|---:|
| | REQUEST#: 331009 | |
| 09/10/24 | Delivery - Digital Legal | 60.00 |
| 09/17/24 | Reliable Wilmington - (Production) 9/9/24 Production of Hearing Materials | 723.24 |
| **Total Disbursements** | | **1,477.55** |
| | | |
| **Total Services and Disbursements this period** | | **$104,625.55** |
| **Balance Due** | | **$104,625.55** |