# EXHIBIT B

## Summary of Expenses – First Monthly Compensation Period

|  | Total |
|---|---:|
| Postage | $36.09 |
| Reproduction | 179.30 |
| Westlaw | $278.92 |
| USDC (PHV Fees) | $200.00 |
| Digital Legal – Delivery | $60.00 |
| Reliable (Production) | $733.24 |
| **TOTAL**: | **$1,477.55** |

16954193/1