# EXHIBIT A

## Compensation By Category – First Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis | 235.80 | $173,247.50 |
| Case Administration | 7.50 | $4,221.00 |
| Committee Member/Professional Meetings & Communications | 21.30 | $15,589.00 |
| Debtor Professional and Client Meeting | 6.30 | $3,622.50 |
| Retention and Fee Applications | 3.70 | $2,942.00 |
| Sale Process | 40.00 | $25,448.50 |
| **Totals** | **314.60** | **$225,070.50** |

17015140/1

## Timekeeper Summary – First Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Peter Hurwitz | Principal | $960.00 | 73.80 | $70,848.00 |
| Lee Rooney | Managing Director | $850.00 | 81.70 | $69,445.00 |
| Jennifer Ganzi | Senior Director | $755.00 | 69.50 | $52,472.50 |
| Gregory Hill | Director | $700.00 | 2.7 | $1,890.00 |
| Alec Rovitz | Associate | $350.00 | 86.9 | $30,415 |
|  |  | **Totals** | **314.6** | **$225,070.50** |
| **Blended Rate $715.42** |  |  |  |  |

# Dundon Advisers LLC - Time Entry

Date Start: 7/1/2024 | Date End: 10/27/2024 | Clients: Blink Holdings | Matters: | Users: All | Client Type: All | Matter Type: All | Location: All | Billing Method: All | Paid

| Date | User | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|
| 08/28/2024 | Lee Rooney | Business Analysis | Review of VDR in preparation of professionals' call | 2.30 | $850.00/hr | $1,955.00 |
| 08/28/2024 | Lee Rooney | Business Analysis | Review of Debtor entities | 1.90 | $850.00/hr | $1,615.00 |
| 08/28/2024 | Peter Hurwitz | Sales Process | Review sales dataroom materials | 2.00 | $960.00/hr | $1,920.00 |
| 08/28/2024 | Peter Hurwitz | Business Analysis | Review and analysis of case budget | 1.50 | $960.00/hr | $1,440.00 |
| 08/28/2024 | Peter Hurwitz | Sales Process | Telecon Portage, Moelis, re: sales process diligence | 1.20 | $960.00/hr | $1,152.00 |
| 08/28/2024 | Lee Rooney | Committee Member/Professional Meetings & Communications | Telecon with Debtors' professionals Portage and Moelis re: marketing process and case budget | 1.20 | $850.00/hr | $1,020.00 |
| 08/28/2024 | Alec Rovitz | Business Analysis | Correspond with Dundon team re: budget analysis | 0.30 | $350.00/hr | $105.00 |
| 08/28/2024 | Alec Rovitz | Committee Member/Professional Meetings & Communications | Participate on call with Debtors advisors and Dundon team re: Sales process | 1.20 | $350.00/hr | $420.00 |
| 08/28/2024 | Alec Rovitz | Case Administration | Prepare and disseminate meeting notes internally to Dundon team | 0.40 | $350.00/hr | $140.00 |
| 08/28/2024 | Alec Rovitz | Business Analysis | Review docket re: FDMs / key Declarations | 1.10 | $350.00/hr | $385.00 |
| 08/28/2024 | Alec Rovitz | Case Administration | Correspond with Dundon team re: key deadlines / case calendar | 0.40 | $350.00/hr | $140.00 |
| 08/28/2024 | Alec Rovitz | Sales Process | Review pre-petition sales process | 0.30 | $350.00/hr | $105.00 |
| 08/28/2024 | Lee Rooney | Business Analysis | Budget analysis following call with Portage | 2.10 | $850.00/hr | $1,785.00 |
| 08/29/2024 | Peter Hurwitz | Business Analysis | Review and analysis of bid procedures, create issues list | 1.10 | $960.00/hr | $1,056.00 |
| 08/29/2024 | Peter Hurwitz | Business Analysis | Continue diligence and analysis of case budget, create issues list re: same | 1.40 | $960.00/hr | $1,344.00 |
| 08/29/2024 | Peter Hurwitz | Business Analysis | Telecon L. Rooney, A. Rovits re: issues list on case budget and bid procedures | 1.50 | $960.00/hr | $1,440.00 |
| 08/29/2024 | Peter Hurwitz | Business Analysis | Review and analysis of proposed KERP and KEIP plans | 1.00 | $960.00/hr | $960.00 |
| 08/29/2024 | Peter Hurwitz | Business Analysis | Telecon L. Rooney re: analysis of proposed KERP and KEIP plans | 0.70 | $960.00/hr | $672.00 |
| 08/29/2024 | Peter Hurwitz | Business Analysis | Telecon A. Rovitz, L. Rooney re: DIP comp analysis | 0.20 | $960.00/hr | $192.00 |
| 08/29/2024 | Peter Hurwitz | Business Analysis | Telecon KDW, Morris James, Dundon re: workflows and case update | 1.00 | $960.00/hr | $960.00 |
| 08/29/2024 | Peter Hurwitz | Business Analysis | Email and telecons L. Rooney, A. Rovitz re: DIP buget analysis | 0.40 | $960.00/hr | $384.00 |
| 08/29/2024 | Peter Hurwitz | Business Analysis | Review annd revise presentation re: sales process | 0.40 | $960.00/hr | $384.00 |
| 08/29/2024 | Lee Rooney | Business Analysis | Analysis of bid procedures with email correspondence with committee counsel | 1.90 | $850.00/hr | $1,615.00 |
| 08/29/2024 | Lee Rooney | Business Analysis | Analysis of DIP budget as part of issues list | 2.30 | $850.00/hr | $1,955.00 |
| 08/29/2024 | Lee Rooney | Business Analysis | Telecon with P. Hurwitz and A. Rovitz re: committee issues list with DIP budget / | 1.50 | $850.00/hr | $1,275.00 |
| 08/29/2024 | Lee Rooney | Business Analysis | Review of KEIP/KERP | 1.80 | $850.00/hr | $1,530.00 |
| 08/29/2024 | Alec Rovitz | Sales Process | Prepare pre-petition sales process presentation | 1.30 | $350.00/hr | $455.00 |
| 08/29/2024 | Alec Rovitz | Business Analysis | Analyze Debtors original forecasted cash flow budget | 0.70 | $350.00/hr | $245.00 |
| 08/29/2024 | Alec Rovitz | Business Analysis | Prepare Cash flow budget presentation re: budget to actuals | 1.30 | $350.00/hr | $455.00 |
| 08/29/2024 | Alec Rovitz | Business Analysis | Prepare diligence request list | 1.20 | $350.00/hr | $420.00 |
| 08/29/2024 | Alec Rovitz | Business Analysis | Update diligence request list | 0.70 | $350.00/hr | $245.00 |
| 08/29/2024 | Alec Rovitz | Business Analysis | Prepare DIP comps analysis | 1.40 | $350.00/hr | $490.00 |
| 08/29/2024 | Alec Rovitz | Business Analysis | Update DIP comps analysis | 0.90 | $350.00/hr | $315.00 |
| 08/29/2024 | Alec Rovitz | Business Analysis | Research Deleware DIP comps | 0.70 | $350.00/hr | $245.00 |
| 08/29/2024 | Alec Rovitz | Business Analysis | Update DIP comps analysis | 1.10 | $350.00/hr | $385.00 |
| 08/29/2024 | Alec Rovitz | Business Analysis | Correspond with Dundon team re: bid procedures issues list | 0.10 | $350.00/hr | $35.00 |
| 08/29/2024 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Rooney) re: DIP comps | 0.20 | $350.00/hr | $70.00 |
| 08/29/2024 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Rooney, Hurwitz) re: DIP comps | 0.20 | $350.00/hr | $70.00 |
| 08/29/2024 | Alec Rovitz | Committee | Participate on call with counsel, and Dundon team re: case update call | 1.00 | $350.00/hr | $350.00 |
| 08/29/2024 | Lee Rooney | Business Analysis | Review of issues list and related email correspondence | 1.70 | $850.00/hr | $1,445.00 |
| 08/29/2024 | Lee Rooney | Committee | Telecon with PPP S. Canna re: issues list | 0.30 | $850.00/hr | $255.00 |
| 08/29/2024 | Lee Rooney | Committee | Email correspondence with P. Hurwitz and A. Rovitz re: DIP budget | 0.50 | $850.00/hr | $425.00 |
| 08/29/2024 | Lee Rooney | Business Analysis | Telecon with P. Hurwitz re: case budget and KEIP/KERP | 0.70 | $850.00/hr | $595.00 |
| 08/30/2024 | Lee Rooney | Business Analysis | Call with K. Elliot re: case management | 0.20 | $850.00/hr | $170.00 |
| 08/30/2024 | Lee Rooney | Business Analysis | Telecon with P. Hurwitz, A. Rovitz re: financials, sale process | 0.70 | $850.00/hr | $595.00 |
| 08/30/2024 | Lee Rooney | Business Analysis | Work session with P. Hurwitz re: KEIP professional fees to create exhibits | 0.60 | $850.00/hr | $510.00 |
| 08/30/2024 | Lee Rooney | Business Analysis | Analysis of KEIP metrics, comps | 1.80 | $850.00/hr | $1,530.00 |
| 08/30/2024 | Lee Rooney | Business Analysis | Analysis of debtor professional compensation structure, counter proposal | 2.10 | $850.00/hr | $1,785.00 |
| 08/30/2024 | Lee Rooney | Business Analysis | Telecon with B. Keilson and P. Hurwitz re: KEIP treatment, professional | 0.90 | $850.00/hr | $765.00 |
| 08/30/2024 | Lee Rooney | Business Analysis | Review of second-day issues list | 1.30 | $850.00/hr | $1,105.00 |
| 08/30/2024 | Jennifer Ganzi | Business Analysis | Preliminary review of financial information. | 1.00 | $755.00/hr | $755.00 |
| 08/30/2024 | Peter Hurwitz | Business Analysis | Telecon KDW (K. Elliot), L. Rooney re: case workflows | 0.20 | $960.00/hr | $192.00 |
| 08/30/2024 | Peter Hurwitz | Sales Process | Telecon with L. Rooney, A. Rovitz re: sale process | 0.70 | $960.00/hr | $672.00 |
| 08/30/2024 | Peter Hurwitz | Business Analysis | Telecon with L. Rooney, re: presentation of KEIP professional fees | 0.60 | $960.00/hr | $576.00 |
| 08/30/2024 | Peter Hurwitz | Business Analysis | Review KEIP comps and metrics | 0.60 | $960.00/hr | $576.00 |
| 08/30/2024 | Peter Hurwitz | Business Analysis | Review KEIP comps and metrics and create alternative scenarios | 0.90 | $960.00/hr | $864.00 |
| 08/30/2024 | Peter Hurwitz | Business Analysis | Telecon Morris James (B. Keilson), L. Rooney re: KEIP iissues and analysis | 0.90 | $960.00/hr | $864.00 |
| 08/30/2024 | Peter Hurwitz | Business Analysis | Diligence of underlying assumptions to financial projection model | 0.50 | $960.00/hr | $480.00 |
| 08/30/2024 | Peter Hurwitz | Business Analysis | Telecon KDW, Morris James, Dundon re: workflows and case update | 1.00 | $960.00/hr | $960.00 |
| 08/30/2024 | Alec Rovitz | Business Analysis | Prepare DIP comps analysis presentation | 0.90 | $350.00/hr | $315.00 |
| 08/30/2024 | Alec Rovitz | Case Administration | Correspond with Dundon team re: case update | 0.50 | $350.00/hr | $175.00 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/30/2024 | Alec Rovitz | Business Analysis | Review data room contents re: gym-by-gym performance | 0.30 | $350.00/hr | $105.00 |
| 08/30/2024 | Alec Rovitz | Sales Process | Participate on call with Dundon team (Rooney, Hurwitz) re: sales update | 0.70 | $350.00/hr | $245.00 |
| 08/30/2024 | Alec Rovitz | Business Analysis | Review data room contents re: historical financials | 2.80 | $350.00/hr | $980.00 |
| 08/30/2024 | Alec Rovitz | Business Analysis | Prepare summary of data room contents | 2.10 | $350.00/hr | $735.00 |
| 08/30/2024 | Alec Rovitz | Retention and Fee | Review filed retention applications | 0.40 | $350.00/hr | $140.00 |
| 08/30/2024 | Alec Rovitz | Business Analysis | Correspond with Dundon team re: data room summary | 0.20 | $350.00/hr | $70.00 |
| 08/30/2024 | Alec Rovitz | Committee | Participate on call with counsel re: case admin | 0.10 | $350.00/hr | $35.00 |
| 08/30/2024 | Alec Rovitz | Business Analysis | Correspond with Debtors re: franchise locations | 0.10 | $350.00/hr | $35.00 |
| 08/30/2024 | Alec Rovitz | Business Analysis | Review Moelis detailed financial model re: store level performance assumptions | 0.60 | $350.00/hr | $210.00 |
| 08/31/2024 | Lee Rooney | Business Analysis | Telecon with E. Wilson, B. Keilson, and others re: KEIP, prof fees | 0.20 | $850.00/hr | $170.00 |
| 08/31/2024 | Peter Hurwitz | Business Analysis | Telecon KDW, Morris James (B. Keilson), L. Rooney re: KEIP issues and analysis | 0.20 | $960.00/hr | $192.00 |
| 09/01/2024 | Lee Rooney | Business Analysis | Telecon with S. Shenker, S. Canna, and P. Hurwitz re: KEIP/Moelis comp | 0.80 | $850.00/hr | $680.00 |
| 09/01/2024 | Lee Rooney | Business Analysis | Follow-up call with P. Hurwitz re: KEIP, professional comps | 0.40 | $850.00/hr | $340.00 |
| 09/01/2024 | Peter Hurwitz | Business Analysis | Telecon with S. Shenker, S. Canna, and L. Rooney re: diligence on KEIP. and | 0.80 | $960.00/hr | $768.00 |
| 09/01/2024 | Peter Hurwitz | Business Analysis | Telecon L. Rooney re: diligence on KEIP. and Moelis fee structure | 0.40 | $960.00/hr | $384.00 |
| 09/01/2024 | Peter Hurwitz | Business Analysis | Email exchange MJ (K. Beilson), KDW (K. Elliott) re: KEIP analysis | 0.40 | $960.00/hr | $384.00 |
| 09/01/2024 | Peter Hurwitz | Business Analysis | KEIP market analysis | 1.40 | $960.00/hr | $1,344.00 |
| 09/01/2024 | Peter Hurwitz | Business Analysis | Review and revise financial due diligence request list | 0.50 | $960.00/hr | $480.00 |
| 09/02/2024 | Lee Rooney | Business Analysis | Data room review | 1.10 | $850.00/hr | $935.00 |
| 09/02/2024 | Lee Rooney | Business Analysis | Review of historical financials Moelis model | 3.10 | $850.00/hr | $2,635.00 |
| 09/03/2024 | Gregory Hill | Business Analysis | Analysis of comparable investment banking retention applications and call with | 1.70 | $700.00/hr | $1,190.00 |
| 09/03/2024 | Gregory Hill | Business Analysis | Analysis of KEIP and KERP comps and call with Alec R | 1.00 | $700.00/hr | $700.00 |
| 09/03/2024 | Jennifer Ganzi | Sales Process | Call with Moelis Team to discuss asset sale process. | 0.50 | $755.00/hr | $377.50 |
| 09/03/2024 | Lee Rooney | Business Analysis | Review of IB comps | 1.90 | $850.00/hr | $1,615.00 |
| 09/03/2024 | Lee Rooney | Business Analysis | Preparation/editing of committee materials | 2.20 | $850.00/hr | $1,870.00 |
| 09/03/2024 | Lee Rooney | Business Analysis | Review of KEIP/KERP comps | 1.40 | $850.00/hr | $1,190.00 |
| 09/03/2024 | Peter Hurwitz | Business Analysis | Review financial model and related documents in dataroom | 1.00 | $960.00/hr | $960.00 |
| 09/03/2024 | Peter Hurwitz | Business Analysis | Review summary of IB comps, KEIP/KERP comps, telecon L. Rooney re: same | 1.10 | $960.00/hr | $1,056.00 |
| 09/03/2024 | Peter Hurwitz | Business Analysis | Review and comments to UCC presentation materials | 0.60 | $960.00/hr | $576.00 |
| 09/03/2024 | Peter Hurwitz | Sales Process | Telecon Moelis, Dundon re: sales process update | 0.50 | $960.00/hr | $480.00 |
| 09/03/2024 | Peter Hurwitz | Business Analysis | Telecon KDW (K. Elliot) re: KEIP analysis and counter proposals | 0.70 | $960.00/hr | $672.00 |
| 09/03/2024 | Peter Hurwitz | Sales Process | Review Moelis CIM | 0.90 | $960.00/hr | $864.00 |
| 09/03/2024 | Peter Hurwitz | Business Analysis | Review UST objection to KEIP | 0.40 | $960.00/hr | $384.00 |
| 09/03/2024 | Peter Hurwitz | Business Analysis | Review schedules for funded debt, email exchange L. Rooney re: same | 0.30 | $960.00/hr | $288.00 |
| 09/03/2024 | Jennifer Ganzi | Case Administration | Downloaded documents from data site. | 0.70 | $755.00/hr | $528.50 |
| 09/03/2024 | Jennifer Ganzi | Business Analysis | Review diligence request list. | 1.50 | $755.00/hr | $1,132.50 |
| 09/03/2024 | Jennifer Ganzi | Business Analysis | Began financial analysis - review of CIM presentation. | 1.50 | $755.00/hr | $1,132.50 |
| 09/03/2024 | Jennifer Ganzi | Business Analysis | Compile Banker Comps. | 2.50 | $755.00/hr | $1,887.50 |
| 09/03/2024 | Alec Rovitz | Business Analysis | Correspond with Dundon team re: KEIP/KERP analysis | 0.30 | $350.00/hr | $105.00 |
| 09/03/2024 | Alec Rovitz | Business Analysis | Correspond with Debtors re: sales proccess | 0.10 | $350.00/hr | $35.00 |
| 09/03/2024 | Alec Rovitz | Business Analysis | Correspond with counsel re: diligence request list | 0.10 | $350.00/hr | $35.00 |
| 09/03/2024 | Alec Rovitz | Business Analysis | Research KEIP/KERP comp analysis set | 2.10 | $350.00/hr | $735.00 |
| 09/03/2024 | Alec Rovitz | Business Analysis | Review Debtors KEIP/KERP analysis cases | 1.10 | $350.00/hr | $385.00 |
| 09/03/2024 | Alec Rovitz | Business Analysis | Update Committee presentation re: KEIP/KERP analysis | 0.90 | $350.00/hr | $315.00 |
| 09/03/2024 | Alec Rovitz | Sales Process | Participate on call with Dundon team (Hurwitz, Rooney, Ganzi) re: sales process | 0.50 | $350.00/hr | $175.00 |
| 09/04/2024 | Jennifer Ganzi | Business Analysis | Continue banker comps analysis, rechecked all for accuracy of information. | 3.00 | $755.00/hr | $2,265.00 |
| 09/04/2024 | Jennifer Ganzi | Committee | Call with UCC Counsel to discuss case strategy. | 0.50 | $755.00/hr | $377.50 |
| 09/04/2024 | Peter Hurwitz | Business Analysis | Review and comments to revised UCC presentation materials | 0.80 | $960.00/hr | $768.00 |
| 09/04/2024 | Peter Hurwitz | Business Analysis | Telecon L. Rooney re: committee materials and comps for KEIP/IB | 0.90 | $960.00/hr | $864.00 |
| 09/04/2024 | Peter Hurwitz | Business Analysis | Telecon S. Shenker, B. Keilson, L. Rooney and others re: budget assumptions | 0.50 | $960.00/hr | $480.00 |
| 09/04/2024 | Peter Hurwitz | Committee | Participate on periodic committee meeting | 1.00 | $960.00/hr | $960.00 |
| 09/04/2024 | Peter Hurwitz | Business Analysis | Participate on periodic committee professionals meeting with KDW (E. Wilson), MJ (E. Monzo) and others | 0.50 | $960.00/hr | $480.00 |
| 09/04/2024 | Peter Hurwitz | Business Analysis | Review budget re: critical vendor payments, email exchange KDW (K. Elliot) re: | 0.30 | $960.00/hr | $288.00 |
| 09/04/2024 | Peter Hurwitz | Business Analysis | Telecon KDW (E. Wilson) re: UCC meeting prep and case strategy issues | 0.40 | $960.00/hr | $384.00 |
| 09/04/2024 | Peter Hurwitz | Business Analysis | Review Moelis comparable analysis, telecon Moelis (A. Swift) re: same | 0.50 | $960.00/hr | $480.00 |
| 09/04/2024 | Peter Hurwitz | Business Analysis | Telecon KDW (K. Elliot), MJ (B. Keilson) re: KEIP | 0.50 | $960.00/hr | $480.00 |
| 09/04/2024 | Peter Hurwitz | Retention and Fee | Prepare Dundon retention applicatiion | 2.00 | $960.00/hr | $1,920.00 |
| 09/04/2024 | Peter Hurwitz | Business Analysis | Review draft UCC pleading DIP objection, provide support analysis re: same | 1.20 | $960.00/hr | $1,152.00 |
| 09/04/2024 | Alec Rovitz | Business Analysis | Update KEIP/KERP Analysis re: summary statistics | 1.00 | $350.00/hr | $350.00 |
| 09/04/2024 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Rooney) re: budget forecast | 0.20 | $350.00/hr | $70.00 |
| 09/04/2024 | Alec Rovitz | Sales Process | Prepare sales calendar timeline | 0.20 | $350.00/hr | $70.00 |
| 09/04/2024 | Alec Rovitz | Sales Process | Review Moelis CIP presentation | 0.90 | $350.00/hr | $315.00 |
| 09/04/2024 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Rooney) re: KEIP proposal | 0.50 | $350.00/hr | $175.00 |
| 09/04/2024 | Alec Rovitz | Business Analysis | Analyze banker comp fee re: transaction fees as a percent | 0.40 | $350.00/hr | $140.00 |
| 09/04/2024 | Alec Rovitz | Retention and Fee | Update Dundon retention applications | 0.30 | $350.00/hr | $105.00 |
| 09/04/2024 | Lee Rooney | Committee Member/Professional Meetings & Communications | Presented in the weekly committee meeting with E. Wilson, P. Hurwitz and others | 1.00 | $850.00/hr | $850.00 |
| 09/04/2024 | Lee Rooney | Committee Member/Professional Meetings & Communications | Telecon with committee professionals with E. Wilson, E. Monzo, and others | 0.50 | $850.00/hr | $425.00 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/04/2024 | Lee Rooney | Business Analysis | Telecon with A. Rovitz re: workflow following committee call | 0.40 | $850.00/hr | $340.00 |
| 09/04/2024 | Lee Rooney | Business Analysis | Telecon with S. Canna re: budget issues | 0.30 | $850.00/hr | $255.00 |
| 09/04/2024 | Lee Rooney | Business Analysis | Editing of presentation deck following call with P. Hurwitz | 2.30 | $850.00/hr | $1,955.00 |
| 09/04/2024 | Lee Rooney | Business Analysis | Telecon with P. Hurwitz re: committee materials and comps for KEIP/IB | 0.90 | $850.00/hr | $765.00 |
| 09/04/2024 | Lee Rooney | Business Analysis | Review of KEIP/KERP comps and analysis | 1.30 | $850.00/hr | $1,105.00 |
| 09/04/2024 | Lee Rooney | Business Analysis | Editing of budgetary slides and review of variances | 1.20 | $850.00/hr | $1,020.00 |
| 09/05/2024 | Jennifer Ganzi | Business Analysis | Analysis of financial model | 3.50 | $755.00/hr | $2,642.50 |
| 09/05/2024 | Lee Rooney | Business Analysis | Telecon with S. Shenker, B. Keilson, and others re: KEIP. budget | 0.50 | $850.00/hr | $425.00 |
| 09/05/2024 | Lee Rooney | Business Analysis | Review of location financials with telecon with J. Ganzi | 0.40 | $850.00/hr | $340.00 |
| 09/05/2024 | Peter Hurwitz | Business Analysis | Review and comment on draft DIP objection | 0.70 | $960.00/hr | $672.00 |
| 09/05/2024 | Peter Hurwitz | Business Analysis | Telecon committee professionals KDW (E. Wilson), MJ (E. Monzo) and others re: status of diligence requests | 0.40 | $960.00/hr | $384.00 |
| 09/05/2024 | Peter Hurwitz | Business Analysis | Telecon Debtors professionals, KDW, MJ, Duundon re: bid procesdures | 1.00 | $960.00/hr | $960.00 |
| 09/05/2024 | Peter Hurwitz | Business Analysis | Review and comment on Moelis settlement language, email exchange KDW (K. | 0.40 | $960.00/hr | $384.00 |
| 09/05/2024 | Lee Rooney | Business Analysis | Telecon with A. Barajas re: budget | 0.30 | $850.00/hr | $255.00 |
| 09/05/2024 | Lee Rooney | Committee Member/Professional Meetings & Communications | Telecon with Committee and Debtors' professionals re: outstanding issues | 0.40 | $850.00/hr | $340.00 |
| 09/05/2024 | Alec Rovitz | Business Analysis | Correspond with Dundon team re: Banker comp analysis | 0.20 | $350.00/hr | $70.00 |
| 09/05/2024 | Alec Rovitz | Business Analysis | Correspond with Portage re: budget variance questions | 0.10 | $350.00/hr | $35.00 |
| 09/05/2024 | Alec Rovitz | Case Administration | Participate on call with Dundon team (Rooney) re: case administration | 0.10 | $350.00/hr | $35.00 |
| 09/05/2024 | Alec Rovitz | Committee | Correspond with counsel re: draft objection | 0.10 | $350.00/hr | $35.00 |
| 09/05/2024 | Alec Rovitz | Committee Member/Professional Meetings & Communications | Participate on call with counsel (Barajas) and Dundon team (Ganzi) re: draft objection | 0.20 | $350.00/hr | $70.00 |
| 09/05/2024 | Alec Rovitz | Business Analysis | Review interim compensation order and correspond with Dundon team re: | 0.20 | $350.00/hr | $70.00 |
| 09/05/2024 | Alec Rovitz | Committee | Participate on call with counsel (Barajas) re: budget question | 0.20 | $350.00/hr | $70.00 |
| 09/05/2024 | Alec Rovitz | Debtor Professional and | Correspond with Portage re: 503(c)(9) claims | 0.10 | $350.00/hr | $35.00 |
| 09/06/2024 | Lee Rooney | Business Analysis | Continued KEIP comps and analysis | 1.20 | $850.00/hr | $1,020.00 |
| 09/06/2024 | Jennifer Ganzi | Business Analysis | Continued financial sub-model build out and analysis | 3.00 | $755.00/hr | $2,265.00 |
| 09/06/2024 | Lee Rooney | Business Analysis | Telecon with PPP re: cash flow variances | 0.40 | $850.00/hr | $340.00 |
| 09/06/2024 | Lee Rooney | Business Analysis | Review of budget variances in preparation of call with PPP | 0.80 | $850.00/hr | $680.00 |
| 09/06/2024 | Jennifer Ganzi | Debtor Professional and | Call with Debtors' FA PPP to go over latest budget variance analysis. | 0.40 | $755.00/hr | $302.00 |
| 09/06/2024 | Peter Hurwitz | Business Analysis | Telecon L. Rooney re: KEIP analysis, review same | 0.70 | $960.00/hr | $672.00 |
| 09/06/2024 | Peter Hurwitz | Business Analysis | Telecon Portage, L. Rooney re: budget variances | 0.40 | $960.00/hr | $384.00 |
| 09/06/2024 | Peter Hurwitz | Business Analysis | Review Portage budget variances | 0.40 | $960.00/hr | $384.00 |
| 09/06/2024 | Peter Hurwitz | Business Analysis | Telecon KDW (E. Wilson), UCC member re: bid procedures | 0.70 | $960.00/hr | $672.00 |
| 09/06/2024 | Peter Hurwitz | Business Analysis | Telecons KDW (K. Elliot). MJ (B. Keilson) re: proposed KEIP settlement, multiiple | 1.20 | $960.00/hr | $1,152.00 |
| 09/06/2024 | Peter Hurwitz | Business Analysis | Telecon Debtors, KDW (K. Elliot). MJ (B. Keilson) re: proposed KEIP settlement | 1.00 | $960.00/hr | $960.00 |
| 09/06/2024 | Peter Hurwitz | Business Analysis | Prepare comparison analysis re: proposed KEIP settlement | 0.50 | $960.00/hr | $480.00 |
| 09/06/2024 | Alec Rovitz | Debtor Professional and | Participate on call with PPP re: cash budget variance | 0.40 | $350.00/hr | $140.00 |
| 09/06/2024 | Alec Rovitz | Sales Process | Review stalking horse amendment | 0.10 | $350.00/hr | $35.00 |
| 09/06/2024 | Alec Rovitz | Sales Process | Correspond with Dundon team re: amended stalking horse notice re: expense | 0.10 | $350.00/hr | $35.00 |
| 09/06/2024 | Alec Rovitz | Business Analysis | Review draft DIP objection | 0.50 | $350.00/hr | $175.00 |
| 09/06/2024 | Alec Rovitz | Business Analysis | Review filed Committee objection | 0.20 | $350.00/hr | $70.00 |
| 09/07/2024 | Jennifer Ganzi | Business Analysis | Formulating responses to internal team questions regarding Blink's operations. | 1.00 | $755.00/hr | $755.00 |
| 09/07/2024 | Peter Hurwitz | Business Analysis | Review professional fee budget analysis in preparation for hearing | 0.50 | $960.00/hr | $480.00 |
| 09/08/2024 | Lee Rooney | Case Administration | Review of committee bylaws | 0.60 | $850.00/hr | $510.00 |
| 09/08/2024 | Jennifer Ganzi | Business Analysis | Formulating responses to internal team questions regarding Blink's operations. | 2.00 | $755.00/hr | $1,510.00 |
| 09/08/2024 | Alec Rovitz | Business Analysis | Review KEIP objection correspondence from counsel | 0.40 | $350.00/hr | $140.00 |
| 09/08/2024 | Alec Rovitz | Business Analysis | Analyze KEIP analysis | 0.20 | $350.00/hr | $70.00 |
| 09/08/2024 | Alec Rovitz | Business Analysis | Review potential bidder store level financial data re: valuation considerations | 0.50 | $350.00/hr | $175.00 |
| 09/08/2024 | Alec Rovitz | Business Analysis | Review UST and committee KEIP objection and redlines | 0.40 | $350.00/hr | $140.00 |
| 09/08/2024 | Alec Rovitz | Business Analysis | Review draft committee presentation re: professional fees / run rates budgeted | 0.20 | $350.00/hr | $70.00 |
| 09/08/2024 | Peter Hurwitz | Business Analysis | Finalize professional fee analysis, telecons L. Rooney re: same | 0.50 | $960.00/hr | $480.00 |
| 09/09/2024 | Lee Rooney | Sales Process | Telecon with Debtors' professionals re: sale process | 0.40 | $850.00/hr | $340.00 |
| 09/09/2024 | Peter Hurwitz | Sales Process | Telecon re: sales process update | 0.40 | $960.00/hr | $384.00 |
| 09/09/2024 | Jennifer Ganzi | Debtor Professional and | Call with Debtors FAs to discuss sale process. | 0.40 | $755.00/hr | $302.00 |
| 09/09/2024 | Jennifer Ganzi | Business Analysis | Continued financial analysis. | 2.50 | $755.00/hr | $1,887.50 |
| 09/09/2024 | Alec Rovitz | Sales Process | Review DD questions re: Moelis sales call preparation | 0.20 | $350.00/hr | $70.00 |
| 09/09/2024 | Alec Rovitz | Sales Process | Participate on call with Debtors professionals re: sales process | 0.40 | $350.00/hr | $140.00 |
| 09/09/2024 | Alec Rovitz | Business Analysis | Prepare update cash flow budget report re: budget to actuals | 1.30 | $350.00/hr | $455.00 |
| 09/09/2024 | Alec Rovitz | Sales Process | Update Committee presentation re: sales update | 0.20 | $350.00/hr | $70.00 |
| 09/09/2024 | Peter Hurwitz | Business Analysis | Review and execute UCC bylaws | 0.40 | $960.00/hr | $384.00 |
| 09/09/2024 | Peter Hurwitz | Business Analysis | Email exchange KWD (K. Elliot) re: Debtors professional fee breakdowns | 0.30 | $960.00/hr | $288.00 |
| 09/09/2024 | Peter Hurwitz | Business Analysis | Email exchange KWD (K. Elliot) re: Debtors KEIP proposal, analysis of same | 0.60 | $960.00/hr | $576.00 |
| 09/10/2024 | Jennifer Ganzi | Business Analysis | Worked on banker comps. | 3.00 | $755.00/hr | $2,265.00 |
| 09/10/2024 | Jennifer Ganzi | Case Administration | Listened to Bid Procedures Hearing. | 1.50 | $755.00/hr | $1,132.50 |
| 09/10/2024 | Lee Rooney | Business Analysis | Preparation/editing of committee materials | 1.70 | $850.00/hr | $1,445.00 |
| 09/10/2024 | Lee Rooney | Committee | Attended hearing | 1.30 | $850.00/hr | $1,105.00 |
| 09/10/2024 | Lee Rooney | Business Analysis | DIP Budget analysis, at request of counsel | 1.60 | $850.00/hr | $1,360.00 |
| 09/10/2024 | Peter Hurwitz | Business Analysis | Review revised KEIP order | 0.40 | $960.00/hr | $384.00 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/10/2024 | Peter Hurwitz | Business Analysis | Review and revise UCC presentation materials | 0.80 | $960.00/hr | $768.00 |
| 09/10/2024 | Peter Hurwitz | Business Analysis | Review and analyze budget re: issues raised by counsel | 0.90 | $960.00/hr | $864.00 |
| 09/10/2024 | Alec Rovitz | Committee | Correspond with counsel re: hearing | 0.10 | $350.00/hr | $35.00 |
| 09/10/2024 | Alec Rovitz | Business Analysis | Review Debtors Omnibus Reply in Support of FDMs | 0.50 | $350.00/hr | $175.00 |
| 09/10/2024 | Alec Rovitz | Business Analysis | Review revised proposed KEIP/KERP order | 0.30 | $350.00/hr | $105.00 |
| 09/10/2024 | Alec Rovitz | Business Analysis | Review Debtors reply in Support of DIP Financing Motion re: unencumbered | 0.30 | $350.00/hr | $105.00 |
| 09/10/2024 | Alec Rovitz | Case Administration | Review hearing correspondence from counsel re: agenda | 0.10 | $350.00/hr | $35.00 |
| 09/10/2024 | Alec Rovitz | Case Administration | Attend court hearing | 2.00 | $350.00/hr | $700.00 |
| 09/10/2024 | Alec Rovitz | Case Administration | Correspond with Dundon team (Rooney) re: committee presentation materials | 0.10 | $350.00/hr | $35.00 |
| 09/10/2024 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Ganzi) re: schedules and statements | 0.40 | $350.00/hr | $140.00 |
| 09/10/2024 | Alec Rovitz | Committee | Prepare and deliver hearing notes to committee professionals | 0.20 | $350.00/hr | $70.00 |
| 09/10/2024 | Peter Hurwitz | Business Analysis | Attend hearing | 1.30 | $960.00/hr | $1,248.00 |
| 09/11/2024 | Lee Rooney | Committee Member/Professional Meetings & Communications | Presented in the committee meeting with E. Wilson, P. Hurwitz, and others | 0.80 | $850.00/hr | $680.00 |
| 09/11/2024 | Jennifer Ganzi | Business Analysis | Continued analysis of investment bank comps | 2.00 | $755.00/hr | $1,510.00 |
| 09/11/2024 | Peter Hurwitz | Committee | Prepare for and present at periodic UCC meeting | 0.90 | $960.00/hr | $864.00 |
| 09/11/2024 | Peter Hurwitz | Sales Process | Review and revise stalking horse bid analysis | 0.60 | $960.00/hr | $576.00 |
| 09/11/2024 | Alec Rovitz | Retention and Fee | Update Dundon retention application | 0.30 | $350.00/hr | $105.00 |
| 09/11/2024 | Alec Rovitz | Debtor/Lender | Correspond with Debtors re: SOFA/SOAL data | 0.10 | $350.00/hr | $35.00 |
| 09/11/2024 | Alec Rovitz | Sales Process | Review Stalking Horse APA | 0.90 | $350.00/hr | $315.00 |
| 09/11/2024 | Alec Rovitz | Sales Process | Prepare Stalking Horse Bid analysis | 2.10 | $350.00/hr | $735.00 |
| 09/11/2024 | Alec Rovitz | Sales Process | Update Stalking Horse Bid analysis re: 363 cases / without credit bid | 1.60 | $350.00/hr | $560.00 |
| 09/12/2024 | Jennifer Ganzi | Business Analysis | Stalking Horse Bid Comps QA (takes a long time because have to find correct documents and read through). | 3.00 | $755.00/hr | $2,265.00 |
| 09/12/2024 | Jennifer Ganzi | Business Analysis | Financial and claims analysis for question prep on for call with Debtors FA. | 3.00 | $755.00/hr | $2,265.00 |
| 09/12/2024 | Jennifer Ganzi | Business Analysis | Internal team meeting on best approach to Stalking Horse Bid Comps. | 0.50 | $755.00/hr | $377.50 |
| 09/12/2024 | Lee Rooney | Sales Process | Review of SHB APA | 2.10 | $850.00/hr | $1,785.00 |
| 09/12/2024 | Jennifer Ganzi | Business Analysis | Added new Stalking Horse Bid comps to make a more robust set. | 2.00 | $755.00/hr | $1,510.00 |
| 09/12/2024 | Lee Rooney | Business Analysis | Telecon with P. Hurwitz, J. Ganzi, and A. Rovitz | 0.70 | $850.00/hr | $595.00 |
| 09/12/2024 | Lee Rooney | Sales Process | Review of Stalking Horse Bid comps | 2.60 | $850.00/hr | $2,210.00 |
| 09/12/2024 | Lee Rooney | Business Analysis | Review of committee comments to SHB order | 0.60 | $850.00/hr | $510.00 |
| 09/12/2024 | Peter Hurwitz | Business Analysis | Telecon L. Rooney, J. Ganzi, A. Rovitz re: budget issues | 0.70 | $960.00/hr | $672.00 |
| 09/12/2024 | Peter Hurwitz | Sales Process | Review stalking horse bid order | 0.70 | $960.00/hr | $672.00 |
| 09/12/2024 | Peter Hurwitz | Sales Process | Review stalking horse asset purchase agreement and related exhibits | 2.00 | $960.00/hr | $1,920.00 |
| 09/12/2024 | Peter Hurwitz | Sales Process | Telecon Dundon re: analysis of stalking horse bids and comps | 0.60 | $960.00/hr | $576.00 |
| 09/12/2024 | Alec Rovitz | Sales Process | Participate on call with Dundon team re: stalking Horse Bid Comps | 0.60 | $350.00/hr | $210.00 |
| 09/12/2024 | Alec Rovitz | Sales Process | Research similarly funded 363 stalking horse cases | 2.40 | $350.00/hr | $840.00 |
| 09/12/2024 | Alec Rovitz | Sales Process | Update Stalking Horse Bid analysis re: District of Deleware cases | 0.90 | $350.00/hr | $315.00 |
| 09/12/2024 | Alec Rovitz | Sales Process | Review committees redlines approval of stalking horse order | 0.20 | $350.00/hr | $70.00 |
| 09/12/2024 | Alec Rovitz | Sales Process | Review all Stalking Horse Bid analysis final orders | 1.40 | $350.00/hr | $490.00 |
| 09/12/2024 | Peter Hurwitz | Business Analysis | Review updated DIP budget | 0.50 | $960.00/hr | $480.00 |
| 09/13/2024 | Jennifer Ganzi | Business Analysis | Worked on consolidating / reordering question list to ensure most efficient | 1.40 | $755.00/hr | $1,057.00 |
| 09/13/2024 | Jennifer Ganzi | Business Analysis | Worked on SOFAs / SOALs for location matching for various Debtors. | 2.00 | $755.00/hr | $1,510.00 |
| 09/13/2024 | Jennifer Ganzi | Debtor Professional and Client Meeting | Call between Dundon Team and Debtors' FAs (PPP and Moelis) to answer financial questions. | 0.80 | $755.00/hr | $604.00 |
| 09/13/2024 | Lee Rooney | Business Analysis | Telecon with Portage re: schedules, budget | 1.30 | $850.00/hr | $1,105.00 |
| 09/13/2024 | Lee Rooney | Business Analysis | Telecon with A. Rovitz and J. Ganzi re: SOFA/SOALs | 1.10 | $850.00/hr | $935.00 |
| 09/13/2024 | Peter Hurwitz | Business Analysis | Telecon Portage, Dundon re: sofa/soals and budget diligence | 1.10 | $960.00/hr | $1,056.00 |
| 09/13/2024 | Alec Rovitz | Debtor/Lender Professional and Staff Meetings | Participate on call with Portage, Moelis, and Dundon (Ganzi, Hurwitz, Rooney) re: financial forecast | 0.80 | $350.00/hr | $280.00 |
| 09/13/2024 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Ganzi, Rooney) re: SOFA/SOAL analysis | 0.80 | $350.00/hr | $280.00 |
| 09/13/2024 | Alec Rovitz | Sales Process | Review Committees draft limited objection to stalking horse bid protections | 0.20 | $350.00/hr | $70.00 |
| 09/13/2024 | Peter Hurwitz | Business Analysis | Review assumption and cure notice | 0.40 | $960.00/hr | $384.00 |
| 09/13/2024 | Peter Hurwitz | Sales Process | Review amended draft of SHB approval order | 0.40 | $960.00/hr | $384.00 |
| 09/13/2024 | Peter Hurwitz | Sales Process | Telecon Moelis (A. Swift) re: SHB protections | 0.40 | $960.00/hr | $384.00 |
| 09/13/2024 | Peter Hurwitz | Business Analysis | Email exchange KDW (K. Elliot) re: professional budget analysis | 0.20 | $960.00/hr | $192.00 |
| 09/15/2024 | Jennifer Ganzi | Case Administration | Young Conway dataroom analysis - contracts | 1.00 | $755.00/hr | $755.00 |
| 09/15/2024 | Jennifer Ganzi | Business Analysis | Further location mapping work on Debtors, as well as matching Debtor names | 1.60 | $755.00/hr | $1,208.00 |
| 09/16/2024 | Jennifer Ganzi | Business Analysis | Worked with Alec on Schedules/SOFAs to prepare presentation for UCC. | 3.00 | $755.00/hr | $2,265.00 |
| 09/16/2024 | Jennifer Ganzi | Debtor Professional and Client Meeting | Call between Dundon Team and Debtors' FA PPP and Debtors' investment banker Moelis. | 0.50 | $755.00/hr | $377.50 |
| 09/16/2024 | Lee Rooney | Committee | Telecon with Moelis re: marketing process | 0.50 | $850.00/hr | $425.00 |
| 09/16/2024 | Peter Hurwitz | Business Analysis | Review and comments to UCC presentation materials | 0.60 | $960.00/hr | $576.00 |
| 09/16/2024 | Peter Hurwitz | Sales Process | Telecon Moelis, S. Shenker re: marketing process update | 0.50 | $960.00/hr | $480.00 |
| 09/16/2024 | Alec Rovitz | Business Analysis | Prepare SOFA/SOAL analysis re: geographical breakdown | 2.30 | $350.00/hr | $805.00 |
| 09/16/2024 | Alec Rovitz | Business Analysis | Update SOFA/SOAL analysis re: open/closed locations | 2.50 | $350.00/hr | $875.00 |
| 09/16/2024 | Alec Rovitz | Business Analysis | Update SOFA/SOAL presentation re: summary overview | 2.80 | $350.00/hr | $980.00 |
| 09/16/2024 | Alec Rovitz | Business Analysis | Update SOFA/SOAL presentation re: 90-day payments | 0.70 | $350.00/hr | $245.00 |
| 09/16/2024 | Alec Rovitz | Business Analysis | Update cash flow budget analysis re: budget to actuals analysis | 1.20 | $350.00/hr | $420.00 |
| 09/16/2024 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Rooney, Ganzi) re: open locations per | 0.30 | $350.00/hr | $105.00 |
| 09/16/2024 | Alec Rovitz | Debtor Professional and Client Meeting | Participate on call with Debtors re: sales process update | 0.30 | $350.00/hr | $105.00 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/16/2024 | Alec Rovitz | Sales Process | Prepare sales process update memo | 0.40 | $350.00/hr | $140.00 |
| 09/16/2024 | Alec Rovitz | Sales Process | Prepare sales process update memo | 0.40 | $350.00/hr | $140.00 |
| 09/16/2024 | Alec Rovitz | Committee | Review Morris James Section 341 meeting notes | 0.20 | $350.00/hr | $70.00 |
| 09/16/2024 | Alec Rovitz | Committee Member/Professional Meetings & Communications | Participate on call with Dundon team (Rooney, Hurwitz) re: committee materials | 0.60 | $350.00/hr | $210.00 |
| 09/16/2024 | Alec Rovitz | Business Analysis | Prepare SOFA/SOAL presentation re: line item breakdowns for both assets and | 2.30 | $350.00/hr | $805.00 |
| 09/16/2024 | Peter Hurwitz | Business Analysis | Review 341 meeting summary | 0.30 | $960.00/hr | $288.00 |
| 09/16/2024 | Peter Hurwitz | Business Analysis | Review and confirm DIP order footnote re: fees, email exchange KDW re: same | 0.30 | $960.00/hr | $288.00 |
| 09/17/2024 | Jennifer Ganzi | Business Analysis | Worked with Alec on Schedules/SOFAs to prepare presentation for UCC. | 2.00 | $755.00/hr | $1,510.00 |
| 09/17/2024 | Jennifer Ganzi | Committee | Call with UCC Counsel to prep for call with UCC on bids. | 0.50 | $755.00/hr | $377.50 |
| 09/17/2024 | Lee Rooney | Business Analysis | Telecon with P. Hurwitz re: budgetary issues | 0.90 | $850.00/hr | $765.00 |
| 09/17/2024 | Lee Rooney | Business Analysis | Telecon with E. Wilson, P. Hurwitz, and others | 0.50 | $850.00/hr | $425.00 |
| 09/17/2024 | Lee Rooney | Business Analysis | Review and contribution to DIP Order | 0.90 | $850.00/hr | $765.00 |
| 09/17/2024 | Peter Hurwitz | Business Analysis | Review SOFA/SOALs | 0.80 | $960.00/hr | $768.00 |
| 09/17/2024 | Peter Hurwitz | Business Analysis | Review and comment on presentation re; SOFA/SOAL analysis | 0.50 | $960.00/hr | $480.00 |
| 09/17/2024 | Peter Hurwitz | Business Analysis | Telecon L. Rooney re: budget issues | 0.90 | $960.00/hr | $864.00 |
| 09/17/2024 | Peter Hurwitz | Business Analysis | Telecon KDW (E. Wilson, K. Elliot), L. Rooney and others re: preparation for UCC meeting and case strategy | 0.50 | $960.00/hr | $480.00 |
| 09/17/2024 | Alec Rovitz | Business Analysis | Update SOFA/SOAL presentation re: global commentary | 0.20 | $350.00/hr | $70.00 |
| 09/17/2024 | Alec Rovitz | Committee Member/Professional Meetings & Communications | Participate on call with Dundon team and counsel re: committee call prep | 0.50 | $350.00/hr | $175.00 |
| 09/17/2024 | Alec Rovitz | Sales Process | Review APA schedules | 0.70 | $350.00/hr | $245.00 |
| 09/17/2024 | Alec Rovitz | Business Analysis | Update SOFA/SOAL analysis and presentation re: internal comments | 1.60 | $350.00/hr | $560.00 |
| 09/18/2024 | Jennifer Ganzi | Business Analysis | Analyzed bids for business that came in the night prior. | 2.00 | $755.00/hr | $1,510.00 |
| 09/18/2024 | Alec Rovitz | Case Administration | Review case calendar re: counsel sale timeline correspondence | 0.10 | $350.00/hr | $35.00 |
| 09/18/2024 | Alec Rovitz | Sales Process | Review non-binding indications of interest bids | 0.90 | $350.00/hr | $315.00 |
| 09/18/2024 | Alec Rovitz | Business Analysis | Review location financial data re: non-stalking horse location 4-wall EBITDA | 0.60 | $350.00/hr | $210.00 |
| 09/18/2024 | Peter Hurwitz | Sales Process | Review and analyze IOI's received | 0.40 | $960.00/hr | $384.00 |
| 09/19/2024 | Jennifer Ganzi | Business Analysis | Analyzed the differences in new model vs old model to ensure no material changes, and understand the quantum of any changes. | 2.50 | $755.00/hr | $1,887.50 |
| 09/19/2024 | Alec Rovitz | Business Analysis | Review internal valuation correspondence re: updated projections | 0.20 | $350.00/hr | $70.00 |
| 09/19/2024 | Alec Rovitz | Sales Process | Review Moelis bid summary presentation | 0.20 | $350.00/hr | $70.00 |
| 09/19/2024 | Alec Rovitz | Business Analysis | Participate on working session with Dundon team (Rooney, Ganzi) re: valuation | 1.00 | $350.00/hr | $350.00 |
| 09/19/2024 | Peter Hurwitz | Sales Process | Review Moleis sales process update | 0.30 | $960.00/hr | $288.00 |
| 09/20/2024 | Lee Rooney | Business Analysis | Telecon with J. Ganzi, A. Rovitz, and P. Hurwitz re: IOIs | 1.10 | $850.00/hr | $935.00 |
| 09/20/2024 | Peter Hurwitz | Sales Process | Telecon L. Rooney and others re: indications of interest | 1.10 | $960.00/hr | $1,056.00 |
| 09/20/2024 | Jennifer Ganzi | Business Analysis | Continued model analysis. | 1.70 | $755.00/hr | $1,283.50 |
| 09/20/2024 | Jennifer Ganzi | Committee | Meeting with Dundon Team to go over valuation and bid/IOI analysis. | 1.00 | $755.00/hr | $755.00 |
| 09/20/2024 | Jennifer Ganzi | Debtor Professional and Client Meeting | Put together question list for PPP/Moelis teams based upon analysis and other new information received this week. | 0.40 | $755.00/hr | $302.00 |
| 09/20/2024 | Peter Hurwitz | Retention and Fee | Revise and finalize retention application | 0.70 | $960.00/hr | $672.00 |
| 09/23/2024 | Lee Rooney | Business Analysis | Preparation of committee materials, review of updated SOFA/SOAL analysis | 2.30 | $850.00/hr | $1,955.00 |
| 09/23/2024 | Jennifer Ganzi | Business Analysis | Review of SOFA/SOAL presentation ahead of call with Lee. | 0.40 | $755.00/hr | $302.00 |
| 09/23/2024 | Jennifer Ganzi | Business Analysis | Call with Lee going over SOAL/SOFA analysis. | 0.50 | $755.00/hr | $377.50 |
| 09/23/2024 | Jennifer Ganzi | Business Analysis | Additional research in SOFAs/SOALs. | 0.30 | $755.00/hr | $226.50 |
| 09/23/2024 | Jennifer Ganzi | Business Analysis | Reviewed lease amendment update. | 0.10 | $755.00/hr | $75.50 |
| 09/23/2024 | Alec Rovitz | Business Analysis | Update SOFA/SOAL presentation re: internal comments | 0.40 | $350.00/hr | $140.00 |
| 09/23/2024 | Lee Rooney | Sales Process | Telecon with Moelis re: sales process | 0.50 | $850.00/hr | $425.00 |
| 09/23/2024 | Peter Hurwitz | Sales Process | Telecon Moelis, L. Rooney re: sales process update | 0.50 | $960.00/hr | $480.00 |
| 09/23/2024 | Alec Rovitz | Committee | Participate on call with counsel re: professional fee estimate | 0.20 | $350.00/hr | $70.00 |
| 09/23/2024 | Alec Rovitz | Debtor/Lender Professional and Staff Meetings | Participate on call with Dundon team (Ganzi, Hurwitz, Rooney) and Moelis re: sales proccess update | 0.30 | $350.00/hr | $105.00 |
| 09/23/2024 | Alec Rovitz | Sales Process | Prepare Committee update presentation re: sales process / cash budget | 1.10 | $350.00/hr | $385.00 |
| 09/23/2024 | Alec Rovitz | Sales Process | Update SOFA/SOAL analysis re: internal comments | 0.80 | $350.00/hr | $280.00 |
| 09/23/2024 | Lee Rooney | Committee | Analysis and preparation of committee materials | 1.90 | $850.00/hr | $1,615.00 |
| 09/24/2024 | Jennifer Ganzi | Business Analysis | Review of liabilities at various entities | 0.60 | $755.00/hr | $453.00 |
| 09/24/2024 | Lee Rooney | Business Analysis | Review of payment processor contracts | 2.40 | $850.00/hr | $2,040.00 |
| 09/24/2024 | Lee Rooney | Business Analysis | Telecon with A. Barajas re: payment processor, APA | 0.30 | $850.00/hr | $255.00 |
| 09/24/2024 | Lee Rooney | Committee Member/Professional Meetings & Communications | Telecon with committee professionals to discuss payment processor and upcoming committee materials | 0.50 | $850.00/hr | $425.00 |
| 09/24/2024 | Alec Rovitz | Business Analysis | Review data room contents re: bad debt / BofA processing documents | 0.30 | $350.00/hr | $105.00 |
| 09/24/2024 | Alec Rovitz | Business Analysis | Correspond with Debtors re: diligence requests outstanding | 0.20 | $350.00/hr | $70.00 |
| 09/24/2024 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Rooney, Ganzi) and counsel re: | 0.50 | $350.00/hr | $175.00 |
| 09/24/2024 | Alec Rovitz | Business Analysis | Correspond with Debtors re: BofA payments | 0.20 | $350.00/hr | $70.00 |
| 09/24/2024 | Alec Rovitz | Business Analysis | Review BofA payment processing documents | 0.30 | $350.00/hr | $105.00 |
| 09/24/2024 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Rooney) re: payments to Equinox | 0.20 | $350.00/hr | $70.00 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/24/2024 | Jennifer Ganzi | Committee Member/Professional Meetings & Communications | Meeting with UCC Counsel to prep for call with UCC members the following day. | 0.50 | $755.00/hr | $377.50 |
| 09/24/2024 | Peter Hurwitz | Business Analysis | Review and revise UCC presentation materials | 0.50 | $960.00/hr | $480.00 |
| 09/24/2024 | Peter Hurwitz | Business Analysis | Telecon KDW, Dundon re: review of case strategy, cc processor analysis | 0.50 | $960.00/hr | $480.00 |
| 09/24/2024 | Peter Hurwitz | Business Analysis | Telecon KDW (E. Wilson) re: BofA payment processing contract and deposits | 0.40 | $960.00/hr | $384.00 |
| 09/24/2024 | Peter Hurwitz | Business Analysis | Review and analysis of BofA payment processing contract and deposits | 1.10 | $960.00/hr | $1,056.00 |
| 09/25/2024 | Jennifer Ganzi | Committee Member/Professional Meetings & Communications | Internal Dundon team prep to go over questions for next day's call with Debtors' FA. | 0.50 | $755.00/hr | $377.50 |
| 09/25/2024 | Jennifer Ganzi | Business Analysis | Prep for internal call by reviewing documents sent. | 0.30 | $755.00/hr | $226.50 |
| 09/25/2024 | Peter Hurwitz | Committee | Prepare for and present at periodic UCC meeting | 1.00 | $960.00/hr | $960.00 |
| 09/25/2024 | Lee Rooney | Committee | Presented in the weekly committee meeting | 0.80 | $850.00/hr | $680.00 |
| 09/25/2024 | Lee Rooney | Business Analysis | Telecon with P. Hurwitz and others re: TSA | 0.60 | $850.00/hr | $510.00 |
| 09/25/2024 | Alec Rovitz | Business Analysis | Review past budgets re: BofA reserve amounts | 0.10 | $350.00/hr | $35.00 |
| 09/25/2024 | Alec Rovitz | Business Analysis | Review schedules re: BofA account balance | 0.10 | $350.00/hr | $35.00 |
| 09/25/2024 | Alec Rovitz | Committee Member/Professional Meetings & Communications | Participate on call with Dundon team, counsel and committee re: weekly update (partial) | 0.50 | $350.00/hr | $175.00 |
| 09/25/2024 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Rooney, Hurwitz, Ganzi) re: TSA | 0.60 | $350.00/hr | $210.00 |
| 09/25/2024 | Alec Rovitz | Business Analysis | Correspond with Dundon team re: diligence request items for Debtors | 0.30 | $350.00/hr | $105.00 |
| 09/25/2024 | Alec Rovitz | Business Analysis | Prepare diligence request correspondence for Debtors re: insider payments | 0.20 | $350.00/hr | $70.00 |
| 09/25/2024 | Alec Rovitz | Business Analysis | Review Stathan Realty objection to cure amounts | 0.10 | $350.00/hr | $35.00 |
| 09/25/2024 | Alec Rovitz | Business Analysis | Review Third Avenue Tower Owner LLC objection to assumption notice | 0.10 | $350.00/hr | $35.00 |
| 09/25/2024 | Jennifer Ganzi | Business Analysis | Post internal call, TSA analysis | 0.30 | $755.00/hr | $226.50 |
| 09/25/2024 | Peter Hurwitz | Business Analysis | Telecon L. Rooney re: TSA agreement Review and analysis of BofA deposit | 0.60 | $960.00/hr | $576.00 |
| 09/25/2024 | Peter Hurwitz | Business Analysis | Review overhead comparison analysis, telecon J. Ganzi re: same | 0.40 | $960.00/hr | $384.00 |
| 09/26/2024 | Alec Rovitz | Business Analysis | Review summary of BofA payment analysis | 0.40 | $350.00/hr | $140.00 |
| 09/26/2024 | Alec Rovitz | Business Analysis | Review docketed landlord objections to assumption notice | 0.40 | $350.00/hr | $140.00 |
| 09/26/2024 | Alec Rovitz | Business Analysis | Analyze Debtors chargeback data | 0.30 | $350.00/hr | $105.00 |
| 09/26/2024 | Alec Rovitz | Debtor/Lender Professional and Staff Meetings | Participate on call with Dundon, counsel, and debtors re: BofA payments | 0.80 | $350.00/hr | $280.00 |
| 09/26/2024 | Lee Rooney | Business Analysis | Telecon with A. Barajas re: BofA reserve | 0.20 | $850.00/hr | $170.00 |
| 09/26/2024 | Lee Rooney | Business Analysis | Telecon with S. Shenker, P. Hurwitz, and others re: BofA | 0.80 | $850.00/hr | $680.00 |
| 09/26/2024 | Jennifer Ganzi | Business Analysis | Reviewed materials sent over by Debtors' FA in preparation for call later. | 0.40 | $755.00/hr | $302.00 |
| 09/26/2024 | Jennifer Ganzi | Debtor Professional and Client Meeting | Call with Debtors FA. | 0.50 | $755.00/hr | $377.50 |
| 09/26/2024 | Peter Hurwitz | Business Analysis | Telecon S. Shenker, S. Canna, L. Rooney re: analysis of BofA deposit | 0.80 | $960.00/hr | $768.00 |
| 09/26/2024 | Jennifer Ganzi | Debtor Professional and Client Meeting | Continued call with Debtors' FA | 0.20 | $755.00/hr | $151.00 |
| 09/26/2024 | Peter Hurwitz | Business Analysis | Review cash flow variance report | 0.40 | $960.00/hr | $384.00 |
| 09/26/2024 | Peter Hurwitz | Business Analysis | Review supplemental materials from Portage re: B of A historical deposits | 0.30 | $960.00/hr | $288.00 |
| 09/26/2024 | Peter Hurwitz | Business Analysis | Email exchange KDW (E. Wilson) re: B of A deposit issue | 0.20 | $960.00/hr | $192.00 |
| 09/27/2024 | Jennifer Ganzi | Business Analysis | Discussion with Lee on location and debt analysis approaches. | 0.50 | $755.00/hr | $377.50 |
| 09/27/2024 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Ganzi) re: deferred revenue for closed | 0.20 | $350.00/hr | $70.00 |
| 09/27/2024 | Alec Rovitz | Business Analysis | Review continue limited objections to assumption and assignment of executory | 0.30 | $350.00/hr | $105.00 |
| 09/27/2024 | Peter Hurwitz | Business Analysis | Telecon KDW, Dundon re: open issuues and work flows update | 0.60 | $960.00/hr | $576.00 |
| 09/27/2024 | Jennifer Ganzi | Business Analysis | Analysis of deferred revenue as a percentage of total revenue, to evaluate BofA's reserve request. | 0.70 | $755.00/hr | $528.50 |
| 09/27/2024 | Peter Hurwitz | Business Analysis | Review proposed KERP reallocation, email exchange KDW (K. Elliot) re: same | 0.20 | $960.00/hr | $192.00 |
| 09/27/2024 | Lee Rooney | Business Analysis | Telecon with J. Ganzi re: location status and TSA | 0.50 | $850.00/hr | $425.00 |
| 09/27/2024 | Lee Rooney | Committee | Telecon with K. Elliot and A. Barajas re: workstreams | 0.60 | $850.00/hr | $510.00 |
| 09/29/2024 | Jennifer Ganzi | Business Analysis | Review of VDR debt folder, analyzed nature of subordination between Varragon and Equinox. | 0.40 | $755.00/hr | $302.00 |
| 09/30/2024 | Jennifer Ganzi | Business Analysis | Dundon Team meeting to go over work flow for the coming week. | 0.50 | $755.00/hr | $377.50 |
| 09/30/2024 | Jennifer Ganzi | Business Analysis | Phone call with Alec and Lee on preparing request list, as well as discussion on asset distribution among the subsidiaries. | 1.90 | $755.00/hr | $1,434.50 |
| 09/30/2024 | Jennifer Ganzi | Business Analysis | Review of SOALs as compared to the Moelis financila model | 0.40 | $755.00/hr | $302.00 |
| 09/30/2024 | Lee Rooney | Business Analysis | Telecon with P. Hurwitz, J. Ganzi, and A. Rivitz re: TSA and Reserve accounts | 0.60 | $850.00/hr | $510.00 |
| 09/30/2024 | Lee Rooney | Business Analysis | Review of reserve account analysis and telecon with J. Ganzi and A. Rivitz | 1.90 | $850.00/hr | $1,615.00 |
| 09/30/2024 | Lee Rooney | Sales Process | Telecon with Portage/Moelis re: sales update | 0.30 | $850.00/hr | $255.00 |
| 09/30/2024 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Hurwitz, Rooney, Ganzi) re: work-stream | 0.60 | $350.00/hr | $210.00 |
| 09/30/2024 | Alec Rovitz | Business Analysis | Participate in internal working session with Dundon team (Rooney (partial), Ganzi) re: outstanding diligence items / upcoming analyses | 1.90 | $350.00/hr | $665.00 |
| 09/30/2024 | Alec Rovitz | Sales Process | Participate on call with Debtors re: sales process update | 0.30 | $350.00/hr | $105.00 |
| 09/30/2024 | Alec Rovitz | Business Analysis | Analyze TSA budget analysis re: historical vs actuals | 0.40 | $350.00/hr | $140.00 |
| 09/30/2024 | Alec Rovitz | Business Analysis | Correspond with Debtors re: outstanding diligence requests | 0.20 | $350.00/hr | $70.00 |
| 09/30/2024 | Alec Rovitz | Business Analysis | Review lease renegotiation tracker re: update commentary | 0.20 | $350.00/hr | $70.00 |
| 09/30/2024 | Peter Hurwitz | Sales Process | Telecon Moelis, Dundon re: sales process update | 0.40 | $960.00/hr | $384.00 |
| 09/30/2024 | Peter Hurwitz | Business Analysis | Telecon L. Rooney, J. Ganzi, and A. Rivitz re: TSA and credit card reserve | 0.60 | $960.00/hr | $576.00 |
| 09/30/2024 | Peter Hurwitz | Business Analysis | Review credit card reserve account analysis | 0.80 | $960.00/hr | $768.00 |
| 09/30/2024 | Jennifer Ganzi | Business Analysis | Sources and Uses of Debt/Equity going back to 2018 | 0.80 | $755.00/hr | $604.00 |
| 09/30/2024 | Jennifer Ganzi | Debtor Professional and Client Meeting | Call with Debtors' FA on sale process, as well as other questions on the business performance. | 0.30 | $755.00/hr | $226.50 |
| | | | **TOTALS** | **314.60** | | **$ 225,070.50** |