**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF PETER HURWITZ REGARDING FIRST MONTHLY
APPLICATION OF DUNDON ADVISERS LLC, AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM AUGUST 28, 2024 THROUGH SEPTEMBER 30, 2024**

I, Peter Hurwitz, after being sworn according to law, deposes and says:

a)      I am a principal of the firm Dundon Advisers LLC.

b)      I have personally performed or am familiar with the services rendered by Dundon

Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors.

c)      I have reviewed the foregoing Fee Application and the facts set forth therein are

true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed

Local Rule 2016-2, and submit that the Fee Application complies with such Rule.

Dated: October 31, 2024                    */s/ Peter Hurwitz*_____
                                              Peter Hurwitz

---

[1]      Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17015140/1