## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on the 1st of November, 2024, a copy of the foregoing was served via the Court's Electronic Filing (ECF) system on all parties registered to receive electronic notices in this case, and on the parties listed below by electronic mail.

                                                                            */s/ Karen C. Bifferato*
                                                                            Karen C. Bifferato (#3279)

| | |
|---|---|
| Michael R. Nestor, Esq.<br>Sean T. Greecher, Esq.<br>Allison S. Mielke, Esq.<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>mnestor@ycst.com<br>sgreecher@ycst.com<br>amielke@ycst.com | Peter P. Knight, Esq.<br>Allison E. Yager, Esq.<br>KATTEN MUCHIN ROSENMAN LLP<br>peter.knight@katten.com<br>allison.yager@katten.com |
| Curtis S. Miller, Esq.<br>MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP<br>cmiller@morrisnichols.com | Benjamin A. Hackman, Esq.<br>OFFICE OF THE U.S. TRUSTEE<br>benjamin.a.hackman@usdoj.gov |
| Eric R. Wilson, Esq.<br>Kristin S. Elliott, Esq.<br>KELLEY DRYE & WARREN LLP<br>ewilson@kelleydrye.com<br>kelliott@kelleydrye.com | Eric J. Monzo, Esq.<br>MORRIS JAMES LLP<br>emonzo@morrisjames.com |