# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Supplemental Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Order (I) Authorizing And Approving the Debtors' Entry Into an Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Assumed Contracts, and (IV) Granting Related Relief* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail on the parties listed on the attached service list.

> */s/ Siena B. Cerra*
> Siena B. Cerra (DE Bar No. 7290)

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed counsel for the Debtors.

16998879/1

## Service List

| | |
|---|---|
| Michael R. Nesto, Esq.<br>Sean T. Greecher, Esq.<br>Allison S. Mielke, Esq.Young Conaway Stargatt & Taylor, LLP<br>Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801<br>mnestor@ycst.com<br>sgreecher@ycst.com<br>amielke@ycst.com<br><br>*Counsel for the Debtors* | Peter P. Knight, Esq.<br>Allison E. Yager, Esq.<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, Illinois 60661<br>peter.knight@katten.com<br>allison.yager@katten.com<br><br>and<br><br>Curtis S. Miller, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>cmiller@morrisnichols.com<br><br>*Counsel to the Prepetition Agent and the DIP Agent* |
| Benjamin A. Hackman, Esq.<br>The Office of the United States Trustee for the District of Delaware<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801<br>benjamin.a.hackman@usdoj.gov<br><br>*United States Trustee* | |

16998879/1