UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS) |

**WITNESS AND EXHIBIT LIST OF HARTFORD FIRE INSURANCE RELATING TO MATTERS SCHEDULED FOR HEARING ON NOVEMBER 6, 2024 AT 11:00 A.M.**

Hartford Fire Insurance Company ("Hartford"), by and through its undersigned counsel, hereby submits this Witness and Exhibit List for the hearing to be held on the following matters on November 6, 2024, at 11:00 a.m.:

1. Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II) (A) Authorizing and Approving the Debtors Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially all of the Debtors Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief (the "Bid Procedures & Sale Motion") [D.I. 81];

2. Order (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II) (A) Authorizing and Approving the Debtors Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially all of the Debtors Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief [the "Bid Procedures & Sale Order") [D.I. 348];

3. Notice of Auction and Sale Hearing [D.I. 359];

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, which the Debtors have requested be jointly administered, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting counsel for the Debtors.

4. Notice of Filing of Proposed Sale Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (the "Proposed Sale Order") [D.I. 466];

5. Hartford Fire Insurance Company's Limited Objection to Debtors Sale Motion and Proposed Sale Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (the "Hartford Sale Objection") [D.I. 495];

6. Notice of Successful Bidder [D.I. 532]; and

7. Notice of Filing of Blackline of Amended Stalking Horse Purchase Agreement [D.I. 542]

## WITNESS LIST

Surety reserves the right to call the following witnesses:

1. **Greg Daily,** Vice President, Bond Claims, with The Hartford Financial Services Group, Inc., will testify as to the facts contained in his Declaration in Support of the Hartford Sale Objection (and exhibit thereto), any exhibit listed below, as well as in support of any allegation contained in Hartford's Sale Objection;

3. Any witness listed or called by any other party;

3. Rebuttal witnesses as necessary; and

4. Hartford reserves the right to cross-examine any witness called by any other party.

## EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Motion to Approve Debtor In Possession Financing Filed By Blink Holdings, Inc. [D.I. 13] |
| 2 | Bid Procedures & Sale Motion [D.I. 81] |
| 3 | Bid Procedures & Sale Order [D.I. 348] |
| 4 | Notice of Auction and Sale Hearing [D.I. 359] |
| 5 | Final Order (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting Liens, Superpriority Claims, and Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [D.I. 393] |
| 6 | Proposed Sale Order [D.I. 466] |

| Exhibit | Description |
|---|---|
| 7 | Hartford Sale Objection [D.I. 495] |
| 8 | Declaration of Greg Daily In Support of Hartford Sale Objection [D.I. 495-1] |
| 9 | Exhibit to Declaration of Greg Daily In Support of Hartford Sale Objection [D.I. 495-2] |
| 10 | Notice of Successful Bidder [D.I. 532] |
| 11 | Notice of Filing of Blackline of Amended Stalking Horse Purchase Agreement [D.I. 542] |
| -- | Any exhibit necessary for purposes of impeachment and/or rebuttal |
| -- | Any exhibit identified by any other party |

## **RESERVATION OF RIGHTS**

Hartford reserves (a) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing and add witnesses and/or exhibits, as applicable, and (b) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. Hartford also reserves the right to rely upon and use as evidence (a) exhibits included on the Exhibit Lists of any other parties in interest, and (b) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: November 4, 2024

*/s/ Gary D. Bressler*
Gary D. Bressler, Esq. (#5544)
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
Telephone: (302) 300-4515
Facsimile: (302) 654-4031
E-mail: gbressler@mdmc-law.com

*Counsel to Hartford Fire Insurance Company*