# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on Monday, November 6, 2024, *Hartford Fire Insurance Company's Witness & Exhibit List for Matters Scheduled for Hearing on November 6, 2024 at 11:00 a.m.* (the "Witness & Exhibit List") was e-filed via CM/ECF and served on all parties registered to receive notification of such filings. Additionally, the Witness & Exhibit List was served by email on the following parties:

| | |
|---|---|
| Michael R. Nestor<br>Sean T. Greecher<br>Allison S. Mielke<br>**Young, Conaway, Stargatt & Taylor, LLP**<br>mnestor@ycst.com<br>sgreecher@ycst.com<br>amielke@ycst.com<br><br>*Counsel to the Debtors* | Peter P. Knight<br>Allison E. Yager<br>**Katten Muchin Rosenmann LLP**<br>peter.knight@katten.com<br>allison.yager@katten.com<br><br>*Counsel to the Prepetition Agent and the DIP Agent* |

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, which the Debtors have requested be jointly administered, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting counsel for the Debtors.

| | |
|---|---|
| Curtis S. Miller<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>cmiller@morrisnichols.com<br><br>*Co-Counsel to the Prepetition Agent and the DIP Agent* | Eric R. Wilson<br>Kristin S. Elliott<br>**Kelley Drye & Warren LLP**<br>ewilson@kelleydrye.com<br>kelliott@kelleydrye.com<br><br>*Counsel to the Committee* |
| Eric J. Monzo<br>**Morris James LLP**<br>emonzo@morrisjames.com<br><br>*Co-Counsel to the Committee* | Benjamin A. Hackman<br>**Office of the United States Trustee**<br>**For the District of Delaware**<br>benjamin.a.hackman@usdoj.gov<br><br>*U.S. Trustee* |
| Alex Wood<br>**Pinnacle US Holdings LLC (c/o PureGym)**<br>alex.wood@puregym.com<br><br>*Proposed Buyer* | Ted Dillman<br>Sean Denvir<br>**Latham & Watkins LLP**<br>ted.dillman@lw.com<br>sean.denvir@lw.com<br><br>*Counsel to Pinnacle US Holdings LLC* |
| The Honorable J. Kate Stickles<br>c/o Al Lugano, Courtroom Deputy<br>The United States Bankruptcy Court<br>For the District of Delaware<br>al_lugano@deb.uscourts.gov<br><br>*United States Bankruptcy Judge* | |

|  |  |
|---|---|
| | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
| Dated: November 4, 2024 | */s/ Gary D. Bressler*<br>Gary D. Bressler, Esq. (No. 5544)<br>300 Delaware Avenue, Suite 1014<br>Wilmington, DE 19801<br>Telephone: 302-300-4515<br>Facsimile: 302-645-4031<br>Email: gbressler@mdmc-law.com<br><br>*Counsel to Hartford Fire Insurance Company* |