# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED NOVEMBER 6, 2024 AT 11:00 A.M. (ET)

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby submit the following witnesses and exhibits in connection with the hearing scheduled in the chapter 11 cases for November 6, 2024 at 11:00 a.m. (ET) (the "Hearing").

## WITNESSES

The Committee designates the following witnesses in connection with the Hearing.

1. Moelis & Company LLC;
2. Andrew Swift;
3. Will Holden;
4. Steven Shenker;
5. Richard D. Gage;
6. Lee Rooney
7. David H. Evans; and

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17018527/1

8. Greg Daily.

The Committee reserves the right to question any witness included on any other parties' witness list.

The Committee reserves the right to call any witness necessary to lay foundation or for rebuttal.

## EXHIBITS

| Exhibit | Description | Bates No. | Deposition Exhibit |
|---|---|---|---|
| 1 | Debtors' Motion for Entry of Orders (I) (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II) (A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief [Dkt. No. 81] | | |
| 2 | Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief [Dkt. No. 348] | | |
| 3 | Notice of Filing Proposed Sale Order (A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief [Dkt. No. 466] | | |

| 4 | Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Order (I) Authorizing And Approving the Debtors' Entry Into an Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Assumed Contracts, and (IV) Granting Related Relief [Sealed Dkt. No. 515; Redacted Dkt. No. 518] ("Committee's Objection") | | |
|---|---|---|---|
| 5 | Notice of Successful Bidder [Dkt. No. 532] | | |
| 6 | Declaration of Richard D. Gage in Support of Committee's Objection [Sealed Dkt. No. 515-1; Redacted Dkt. No. 518-1] ("Gage Declaration") | | |
| 7 | Exhibit 1 to Gage Declaration [Sealed Dkt. No. 515-2] | | |
| 8 | Exhibit 2 to Gage Declaration [Sealed Dkt. No. 515-2] | | |
| 9 | Exhibit 3 to Gage Declaration [Sealed Dkt. No. 515-2] | | |
| 10 | Exhibit 4 to Gage Declaration [Sealed Dkt. No. 515-2] | | |
| 11 | Exhibit 5 to Gage Declaration [Sealed Dkt. No. 515-2] | | |
| 12 | Exhibit 6 to Gage Declaration [Sealed Dkt. No. 515-2] | | |
| 13 | Exhibit 7 to Gage Declaration [Sealed Dkt. No. 515-2] | | |
| 14 | Exhibit 8 to Gage Declaration [Sealed Dkt. No. 515-2] | | |
| 15 | Exhibit 9 to Gage Declaration [Sealed Dkt. No. 515-2] | | |
| 16 | Exhibit 10 to Gage Declaration (Transition Services Agreement, dated as of December 1, 2016) [Sealed Dkt. No. 515-2] | | |
| 17 | Exhibit 11 to Gage Declaration (Amendment to Transition Services Agreement, dated as of February 2024) [Sealed Dkt. No. 515-3] | | |
| 18 | Exhibit 12 to Gage Declaration (Amendment to Transition Services Agreement, dated as of August 2, 2024) [Sealed Dkt. No. 515-3] | | |
| 19 | Exhibit 13 to Gage Declaration [Sealed Dkt. No. 515-3] | | |

17018527/1

| | | | |
|---|---|---|---|
| 20 | Exhibit 14 to Gage Declaration (Letter, dated October 21, 2024 Sent to Debtors and Counsel to Equinox) [Sealed Dkt. No. 515-3] | | |
| 21 | Exhibit 15 to Gage Declaration [Sealed Dkt. No. 515-3] | | |
| 22 | Exhibit 16 to Gage Declaration [Sealed Dkt. No. 515-3] | | |
| 23 | Exhibit 17 to Gage Declaration [Sealed Dkt. No. 515-3] | | |
| 24 | Exhibit 18 to Gage Declaration [Sealed Dkt. No. 515-3] | | |
| 25 | Exhibit 19 to Gage Declaration [Sealed Dkt. No. 515-3] | | |
| 26 | Exhibit 20 to Gage Declaration [Sealed Dkt. No. 515-3] | | |
| 27 | Exhibit 21 to Gage Declaration [Sealed Dkt. No. 515-4] | | |
| 28 | Exhibit 22 to Gage Declaration [Sealed Dkt. No. 515-4] | | |
| 29 | Exhibit 23 to Gage Declaration [Sealed Dkt. No. 515-4] | | |
| 30 | Exhibit 24 to Gage Declaration [Sealed Dkt. No. 515-4] | | |
| 31 | Exhibit 25 to Gage Declaration [Sealed Dkt. No. 515-4] | | |
| 32 | Exhibit 26 to Gage Declaration [Sealed Dkt. No. 515-4] | | |
| 33 | Exhibit 27 to Gage Declaration [Sealed Dkt. No. 515-4] | | |
| 34 | Exhibit 28 to Gage Declaration [Sealed Dkt. No. 515-4] | | |
| 35 | Exhibit 29 to Gage Declaration [Sealed Dkt. No. 515-4] | | |
| 36 | Exhibit 30 to Gage Declaration [Sealed Dkt. No. 515-4] | | |
| 37 | Exhibit 31 to Gage Declaration [Sealed Dkt. No. 515-4] | | |
| 38 | Exhibit 32 to Gage Declaration [Sealed Dkt. No. 515-4] | | |
| 39 | Exhibit 33 to Gage Declaration [Sealed Dkt. No. 515-4] | | |
| 40 | Exhibit 34 to Gage Declaration [Sealed Dkt. No. 515-4] | | |
| 41 | Declaration of Peter Hurwitz in Support of Committee's Objection [Sealed Dkt. No. 515-5; Redacted Dkt. No. 518-2] | | |

| | | | |
|---|---|---|---|
| 42 | Exhibit 1 to Declaration of Peter Hurwitz in Support of Committee's Objection [Sealed Dkt. No. 515-5] | | |
| 43 | Notice of Auction and Sale Hearing [Dkt. No. 359] | | |
| 44 | Order Approving the Stalking Horse Bid Protections [Dkt. No. 397] | | |
| 45 | Notice of Filing of Blackline of Amended Stalking Horse Purchase Agreement [Dkt. No. 542] | | |
| 46 | Reply of Varagon Capital Partners Agent, LLC, as DIP Agent and Prepetition Agent to Committee's Sale Objection [Dkt. No. 545] | | |
| 47 | Supplemental Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Order (I) Authorizing And Approving the Debtors' Entry Into an Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Assumed Contracts, and (IV) Granting Related Relief [Dkt. No. 546] | | |
| 48 | August 16, 2024 email from Sean Greecher to Ted Dillman, copying Michael Nestor and Craig Grear, and attaching "Blink – Form APA for Auction.doc" | | |
| 49 | "Blink – Form APA for Auction.doc" | | |
| 50 | August 29, 2024 email from Kristin Elliott to Michael Nestor, Sean Greecher, and Alison Mielke, copying BlinkKDWCounsel and BlinkLocalCounsel, and attaching "Compare Redline – Blink - Bidding Procedures Motion [AS FILED ORDER ONLY]" and "Blink – Committee's Preliminary Sale and DIP Issues List v6.pdf." | | |
| 51 | "Compare Redline – Blink - Bidding Procedures Motion [AS FILED ORDER ONLY]" | | |
| 52 | "Blink – Committee's Preliminary Sale and DIP Issues List v6.pdf." | | |
| 53 | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | |
| 54 | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | |
| 55 | Any exhibit listed by any other party | | |

The Committee reserves the right to amend, withdraw, or supplement this Exhibit List, in whole or in part, at any time prior to the Hearing and/or in compliance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and orders of the Court.

Dated: November 4, 2024

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
         bkeilson@morrisjames.com
         scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
         kelliott@kelleydrye.com
         abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*

17018527/1