**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 81, 348, 350 & 532 |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER GRANTING LEAVE
AND PERMISSION TO FILE REPLY IN SUPPORT OF THE SALE MOTION
AND IN RESPONSE TO THE SALE OBJECTION FILED BY THE COMMITTEE**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby submit this motion (this "**Motion for Leave**"), for entry of an order (the "**Proposed Order**"), substantially in the form attached hereto as Exhibit A, granting the Debtors leave and permission to file their reply (the "**Reply**"), filed concurrently herewith, in support of the *Debtors' Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II)(A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the*

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32335193.2

1

*Assumed Contracts, and (D) Granting Related Relief* [Docket No. 81] (the "**Sale Motion**"); [2] and (ii) in response to the *Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Assumed Contracts, and (IV) Granting Related Relief* [Docket No. 518] (the "**Objection**"). In further support of this Motion for Leave, the Debtors respectfully state as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and, pursuant to rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors confirm their consent to the entry of a final order or judgment by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory and legal predicates for the relief requested herein are section 105 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"),

---

[2] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Reply or the Sale Motion, as context dictates.

32335193.2

rules 2002(a) and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 9029-3 and 9006-1(c) and (e).

## BACKGROUND

4. On August 12, 2024, each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"). The Debtors are authorized to operate their business and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. On August 23, 2024, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed, pursuant to section 1102 of the Bankruptcy Code, an official committee of unsecured creditors [Docket No. 109] (the "**Committee**"). No request has been made for the appointment of a trustee or an examiner.

6. On September 10, 2024, the Court entered an order [Docket No. 348] (the "**Bidding Procedures Order**") approving certain relief requested in the Sale Motion.

7. On October 28, 29, and 30, 2024, an Auction for the Assets was held in accordance with the Bidding Procedures Order. Following the Auction, on July 3, 2024, the Debtors filed the *Notice of Successful Bidder* [Docket No. 532], thereby announcing that Pinnacle US Holdings LLC was selected as the Successful Bidder for the Acquired Assets.

8. A hearing to consider approval of the Sale is scheduled for November 6, 2024 at 11:00 a.m. (ET) (the "**Hearing**"). Objections or responses to the Sale Motion were to be filed and served on or before October 14, 2024 at 4:00 p.m. (ET), which was extended to October 22, 2024, for certain parties including the Committee in an effort to consensually resolve various comments to the relief requested.

9. Additional information regarding the Debtors' businesses, capital structure, and the circumstances leading to the filing of the Chapter 11 Cases is set forth in the *Declaration*

32335193.2

3

*of Steven Shenker, Chief Restructuring Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 2].

## LEAVE TO FILE THE REPLY

10. Pursuant to Local Rule 9029-3, "Delaware Counsel shall file the agenda in the bankruptcy case . . . with the Bankruptcy Court on or before 12:00 p.m. prevailing Eastern Time two (2) business days before the date of the hearing." The deadline to file the agenda for the Hearing is Monday, November 4, 2024 at 12:00 p.m. (ET). Further, pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." The Debtors' deadline to file the Reply under the Local Rules was, therefore, Friday, November 1, 2024 at 4:00 p.m. (ET) (the "**Reply Deadline**").

11. By this Motion for Leave, the Debtors respectfully request that the Court enter an order granting the Debtors leave and permission to file the Reply in support of the Sale Motion and to respond to the various arguments asserted in the Objection after the Reply Deadline. The Debtors and their advisors have dedicated much of their efforts in the previous week to the Auction, which extended for three days in order to reach a determination as to which party would be considered the Successful Bidder. In addition, as noted in the Committee's supplemental objection filed just before the Reply Deadline on Friday, November 1, the Debtors received supplemental bids from the unsuccessful bidder at the auction. The Debtors' reply addresses the additional facts and circumstances raised by that most recent submission. The Debtors submit that the short delay in filing the Reply will not prejudice any interested party, and that the Reply will assist the Court in ruling on the Objection based upon the latest facts and circumstances.

32335193.2

4

**CONCLUSION**

WHEREFORE, the Debtors request entry of the Proposed Order granting the relief requested herein and such other and further relief as is just and proper.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 4, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Sean T. Greecher*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>     sgreecher@ycst.com<br>     amielke@ycst.com<br>     tpowell@ycst.com<br>     rlamb@ycst.com<br>     bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

32335193.2