**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
|  | Ref. Docket No. 81 |

**DEBTORS' WITNESS LIST IN CONNECTION**
**WITH THE DEBTORS' SALE MOTION**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby provide this witness list for the hearing scheduled on November 6, 2024 (the "**Hearing**") to consider the *Debtors' Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice of Notice Thereof, and (D) Granting Related Relief; and (II)(A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief* [Docket No. 81] (as may be supplemented, revised, and/or amended, the "**Sale Motion**").

---

[1]    The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036.  Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

## <u>WITNESSES</u>

1.      Andrew Swift, Managing Director of Moelis & Company, LLC.

2.      Steven Shenker, the Debtors' Chief Restructuring Officer and Managing Director of Triple P RTS, LLC (d/b/a Portage Point Partners).

3.      The Debtors reserve the right to call any witness listed by any other party in interest.  The Debtors further reserve the right to cross examine any witness called by any other party in interest and to call any necessary foundation, rebuttal, and/or impeachment witnesses.

4.      The Debtors reserve the right to amend, supplement, or revise this witness list at any time, including for the purpose of addressing, rebutting, responding, or replying to any facts, allegations, issues, and/or argument raised by any party in interest, including any party in interest opposing the Sale Motion and the relief sought therein, or to identify and call additional witnesses, including expert witnesses for the purposes of addressing, rebutting, responding, replying to any facts, allegations, issues, and/or arguments raised by any party in interest.

*[Signature page follows]*

Dated: Wilmington, Delaware
November 4, 2024

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Allison S. Mielke*
Michael R. Nestor (No. 3526)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Timothy R. Powell (No. 6894)
Rebecca L. Lamb (No. 7223)
Benjamin C. Carver (No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
        sgreecher@ycst.com
        amielke@ycst.com
        tpowell@ycst.com
        rlamb@ycst.com
        bcarver@ycst.com

*Counsel to the Debtors and Debtors in Possession*

32345605