**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION OF THE
<u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure (the "**Rules**"), as made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Bankruptcy Rule 9014, the above-captioned Debtors will take the deposition upon oral examination of the Official Committee of Unsecured Creditors (the "**Committee**") (c/o Kelley Drye & Warren LLP, 3 World Trade Center, New York NY 10007 (Attention: Eric R. Wilson, Kristin S. Elliott, and Andres Barajas).

The Rule 30(b)(6) deposition is being taken in connection with (i) the *Debtors' Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of The Sale of All or Substantially All of the Debtors Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II)(A) Authorizing and Approving the Debtors Entry Into An Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors Assets Free and Clear of All*

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32348195.2

*Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief* [D.I. 81] (the "**Sale Motion**") and (ii) the Committee's objection to the Sale Motion [(filed under seal) D.I. 515 and (public version) D.I. 518] (the "**Sale Objection**").

The Rule 30(b)(6) deposition of the Committee shall be held remotely via Zoom or other remote video conferencing means, beginning on **November 5, 2024 at 2:00 p.m. (Eastern Time)**. The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means and may also be recorded by sound and visual means. The deposition will be taken for purposes of discovery, preservation of testimony, for use at trial, and any other purposes permitted by the Federal Rules of Civil Procedure, the Bankruptcy Rules, the Federal Rules of Evidence, or other applicable law.

Pursuant to Rule 30(b)(6), the Committee is required to designate one or more knowledgeable persons to testify on the Committee's behalf with respect to the matters set forth in <u>Exhibit A</u>, and the person(s) so designated shall be required to testify to those matters known or reasonably available to the Committee. For each person designated, the Committee shall advise counsel for the Debtors of the identity of the person and identify the topic(s) on which that person shall testify at least one (1) business day before the deposition. To the extent such person(s) will rely on documents or information not yet produced, the Committee is further requested to produce documents or that information as soon as its available, and no less than one (1) business day before the deposition.

The Debtors reserve their rights to issue other or further notices of deposition.

*[Remainder of Page Intentionally Left Blank]*

32348195.2

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 4, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Benjamin C. Carver*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  mnestor@ycst.com<br>          sgreecher@ycst.com<br>          amielke@ycst.com<br>          tpowell@ycst.com<br>          rlamb@ycst.com<br>          bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

32348195.2

**Exhibit A**

Topics for Examination

Note: Capitalized terms used but not otherwise defined below shall have the meanings ascribed to such terms in the Sale Motion or Sale Objection, as may be applicable.

1. All aspects of the Sale Objection, including any facts or analyses relating to (i) the allegations that there allegedly is $300 million of Insider Claims, and (ii) the allegations that a full release of Equinox is not necessary to close a going concern sale.

2. All aspects of the Hurwitz Declaration attached as Exhibit B to the Sale Objection, including any analysis by Dundon Advisers of the Debtors' financial performance, the Debtors' proposed sale, and the terms of the Debtors' Original TSA and the TSA Amendments (as such terms are defined in the Hurwitz Declaration).[1]

3. The Committee's (or its counsel's) communications with the Stalking Horse, Supreme Fitness, or any other potential bidders during the Debtors' sales and marketing effort conducted by Moelis.

4. The Stalking Horse APA and the Stalking Horse TSA.

5. The Committee's analyses of the Stalking Horse Bid, the bids submitted by Supreme Fitness, the Debtors' operations, or any other person or entity that submitted a Qualified Bid (as defined in the court-approved bidding procedures [D.I. 348-1]).

---

[1] Based upon the discussion during the November 3, 2024 meet and confer between the Debtors and the Committee, the Debtors understand that the Committee intends to file a declaration by Lee Rooney of Dundon Advisers LLC that is intended to replace the Hurwitz Declaration in support of the Sale Objection. As of the time of this notice, the Rooney Declaration has not yet been filed. Once the Rooney Declaration is filed, topic no. 2 shall be deemed to relate to the Rooney Declaration.

32348195.2