**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 81 |

**PINNACLE US HOLDINGS, LLC'S**
**WITNESS LIST FOR HEARING SCHEDULED FOR**
**NOVEMBER 6, 2024 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Pinnacle US Holdings, LLC (the "Buyer") files this witness list for the hearing scheduled on November 6, 2024 to consider the *Debtors' Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice of Notice Thereof, and (D) Granting Related Relief; and (II)(A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief* [Docket No. 81] (as may be supplemented, revised, and/or amended, the "Sale Motion").

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

68406/0001-48761765

2

## **Witnesses**

1. Alex Wood, Chief Financial Officer of Pinnacle US Holdings, LLC.

2. The Buyer reserves the right to call any witness listed by any other party in interest. The Buyer further reserves the right to cross examine any witness called by any other party in interest and to call any necessary foundation, rebuttal, and/or impeachment witnesses.

3. The Buyer reserves the right to amend, supplement, or revise this witness list at any time, including for the purpose of addressing, rebutting, responding, or replying to any facts, allegations, issues, and/or argument raised by any party in interest, including any party in interest opposing the Sale Motion and the relief sought therein, or to identify and call additional witnesses, including expert witnesses for the purposes of addressing, rebutting, responding, replying to any facts, allegations, issues, and/or arguments raised by any party in interest

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: November 4, 2024 | */s/ G. David Dean* |
| | Norman L Pernick (No. 2290) |
| | G. David Dean (No. 6403) |
| | **COLE SCHOTZ P.C.** |
| | 500 Delaware Avenue, Suite 1410 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 652-3131 |
| | Facsimile: (302) 652-3117 |
| | Email: npernick@coleschotz.com |
| |       ddean@coleschotz.com |
| | |
| | -and- |
| | |
| | George A. Davis (admitted *pro hac vice*) |
| | **LATHAM & WATKINS LLP** |
| | 1271 Avenue of the Americas |
| | New York, New York 10020 |
| | Telephone: (212) 906-1200 |
| | Facsimile: (212) 751-4864 |
| | Email: george.davis@lw.com |
| | |
| | Ted A. Dillman (admitted *pro hac vice*) |
| | **LATHAM & WATKINS LLP** |
| | 355 South Grand Avenue, Suite 100 |
| | Los Angeles, California 90071 |
| | Telephone: (213) 485-1234 |
| | Facsimile: (213) 891-8763 |
| | Email: ted.dillman@lw.com |
| | |
| | Whit Morley (admitted *pro hac vice*) |
| | **LATHAM & WATKINS LLP** |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, Illinois 60611 |
| | Telephone: (312) 876-7700 |
| | Facsimile: (312) 993-9767 |
| | Email: whit.morley@lw.com |
| | |
| | *Counsel to Pinnacle US Holdings LLC* |