**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**VARAGON'S WITNESS AND EXHIBIT LIST**
**FOR NOVEMBER 6, 2024, HEARING**

Varagon Capital Partners Agent, LLC ("Varagon"), in its capacity as DIP Agent for the DIP Lenders and Prepetition Agent for the Prepetition Lenders, files this Witness and Exhibit List identifying the individual that the Varagon may call as witness and the exhibits which the Varagon may introduce into evidence at the hearing scheduled for November 6, 2024 (the "Hearing") to consider the *Debtors' Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice of Notice Thereof, and (D) Granting Related Relief; and (II)(A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the further' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief* (D.I. 81).

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

**WITNESS**

Varagon does not presently intend to offer testimony from any witness but reserves the right to do so. Varagon futher reserves the right to (i) call any witness listed by any other party in interest, (ii) cross examine any witness called by any other party in interest, (iii) call any necessary foundation, rebuttal, and/or impeachment witnesses.

**EXHIBITS**

1. August 2024 email chain among counsel for Agent and counsel for Equinox, Bates No. VAR 014797-14828.

Varagon reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing exhibit list as appropriate. Varagon also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other party in interest, and (ii) any pleading, hearing transcript, order, or other document.

**RESERVATION OF RIGHTS**

Varagon reserves the right to amend, modify, or supplement this list at any time and for any reason, including, without limitation, (i) to identify additional exhibits for rebuttal, cross-examination or impeachment, (ii) for purposes of completeness in accordance with Federal Rule of Evidence 106, or (iii) to identify any witness for direct or cross examination.

[*Signature page follows.*]

| | |
|---|---|
| Dated: November 4, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Echo Yi Qian*<br>Curtis S. Miller (No. 4583)<br>Echo Yi Qian (No. 7330)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Email: cmiller@morrisnichols.com<br>        eqian@morrisnichols.com<br><br>-and-<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Peter P. Knight (admitted *pro hac vice*)<br>Terence G. Banich (admitted *pro hac vice*)<br>Allison E. Yager (admitted *pro hac vice*)<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5200<br>Email: peter.knight@katten.com<br>        terence.banich@katten.com<br>        allison.yager@katten.com<br><br>*Counsel for Varagon Capital Partners Agent, LLC, as Prepetition Agent and DIP Agent* |