## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| BLINK HOLDINGS, INC., *et al.,*. | Case No.  24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On November 1, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via the method indicated on the service list attached hereto as Exhibit A:

| 11/01/2024 | 545 | Reply // Reply of Varagon Capital Partners Agent, LLC, as DIP Agent and Prepetition Agent to Committee's Sale Objection (related document(s)81, 518) Filed by Varagon Capital Partners Agent, LLC, as Prepetition Agent and DIP Agent (Miller, Curtis) (Entered: 11/01/2024) |
|---|---|---|

Dated: November 4, 2024

*/s/  Laurie Heggan*
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

**VIA ELECTRONIC MAIL**
GLENN AGRE BERGMAN & FUENTES LLP
COUNSEL TO SL GREEN REALTY CORP
ANDREW K. GLENN & MALAK S. DOSS
1185 AVENUE OF THE AMERICAS
22ND FLOOR
NEW YORK, NY 10036
AGLENN@GLENNAGRE.COM;
MDOSS@GLENNAGRE.COM

**VIA ELECTRONIC MAIL**
HPS INVESTMENT PARTNERS, LLC
ADMINISTRATIVE & COLLATERAL AGT
ATTN: ALEXEY PAZUKHA, COLBERT CANNON
40 WEST 57TH STREET, 33RD FLOOR
NEW YORK, NY 10019
ALEXEY.PAZUKHA@HPSPARTNERS.COM;
COLBERT.CANNON@HPSPARTNERS.COM

**VIA ELECTRONIC MAIL**
A&G REALTY PARTNERS, LLC
ATTN: ANDY GRAISER
445 BROADHOLLOW RD, SUITE 410
MELVILLE, NY 11747
ANDY@AGREP.COM

**VIA ELECTRONIC MAIL**
EQUINOX HOLDINGS, INC.
ATTN: ARLENE HONG
31 HUDSON YARDS, 15TH FL
NEW YORK, NY 10001
ARLENE.HONG@EQUINOX.COM

**VIA ELECTRONIC MAIL**
STELLA RISING INC.
ATTN: ANTHONY VESPUCCI
920 BROADWAY, 2ND FLOOR
NEW YORK, NY 10010
AVESPUCCI@STELLARISING.COM

**VIA ELECTRONIC MAIL**
RW 5901 FLATLANDS LLC
ATTN: ALEX WEISS
97-77 QUEENS BOULEVARD, SUITE 620
REGO PARK, NY 11374
AWEISS@LAUNDRYCAPITAL.COM

**VIA ELECTRONIC MAIL**
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
844 KING ST, STE 2207, LOCKBOX 35
ATTN: BENJAMIN A. HACKMAN
WILMINGTON, DE 19801
BENJAMIN.A.HACKMAN@USDOJ.GOV

**VIA ELECTRONIC MAIL**
125 PARK OWNER LLC
ATTN: BRETT HERSCHENFELD
420 LEXINGTON AVENUE, SUITE 1800
NEW YORK, NY 10170
BRETT.HERSCHENFELD@SLGREEN.COM

**VIA ELECTRONIC MAIL**
OFFIT KURMAN, P.A.
COUNSEL TO PLATINUM GYM
BRIAN J. MCLAUGHLIN, ESQUIRE
222 DELAWARE AVENUE, SUITE 1105
WILMINGTON, DE 19801
BRIAN.MCLAUGHLIN@OFFITKURMAN.COM

**VIA ELECTRONIC MAIL**
VBGO PENN PLAZA LLC
ATTN: BRETT THEIS
292 MADISON AVENUE. 7TH FLOOR
NEW YORK, NY 10017
BTHEIS@ROSENBERGESTIS.COM

**VIA ELECTRONIC MAIL**
VARAGON CAPITAL PARTNERS AGENT, LLC
C/O MORRIS NICHOLS ARSHT TUNNELL
ATTN: CURTIS S. MILLER
1201 NORTH MARKET STREET, 16TH FL
WILMINGTON, DE 19899
CMILLER@MORRISNICHOLS.COM

**VIA ELECTRONIC MAIL**
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
COUNSEL TO VARAGON
CURTIS S. MILLER & AVERY JUE MENG
1201 N. MARKET STREET, 16TH FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899-1347
CMILLER@MORRISNICHOLS.COM;
AMENG@MORRISNICHOLS.COM

**VIA ELECTRONIC MAIL**
STATE OF TEXAS ATTORNEY GENERAL
ATTN: KEN PAXTON
PO BOX 12548
AUSTIN, TX 78711-2548
COMPLAINTS@OAG.TEXAS.GOV

**VIA ELECTRONIC MAIL**
STATE OF NEW JERSEY ATTY GENERAL
ATTN: MATTHEW J. PLATKIN
RJ HUGHES JUSTICE COMPLEX
25 MARKET ST - PO BOX 080
TRENTON, NJ 08625-0080
CONSUMERS@ATTORNEYGENERAL.GOV

**VIA ELECTRONIC MAIL**
LEECH TISHMAN ROBINSON BROG, PLLC
COUNSEL TO CP ASSOCIATES LLC
CLEMENT K. YEE
ONE DAG HAMMARSKJOLD PLAZA
885 SECOND AVENUE, 3RD FLOOR
NEW YORK, NY 10017
CYEE@LEECHTISHMAN.COM

**VIA ELECTRONIC MAIL**
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
COUNSEL TO TARRANT COUNTY
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207
DALLAS.BANKRUPTCY@LGBS.COM

**VIA ELECTRONIC MAIL**
BRIXMOR SPE 6LLC
ATTN: DAVID GERSTENHABER
1525 FARADAY AVE, STE 350
CARLSBAD, CA 92008
DAVID.GERSTENHABER@BRIXMOR.COM

**VIA ELECTRONIC MAIL**
PICK & ZABICKI LLP
ATTN: DOUGLAS J. PICK, ESQ.
369 LEXINGTON AVENUE, 12TH FLOOR
NEW YORK, NY 10017
DPICK@PICKLAW.NET

**VIA ELECTRONIC MAIL**
SIRLIN LESSER & BENSON, P.C.
COUNSEL TO MBB REALTY, LINDEN COMMONS RETAIL
LLC
DANA S. PLON
123 SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PA 19109
DPLON@SIRLINLAW.COM

**VIA ELECTRONIC MAIL**
SHIPMAN & GOODWIN LLP
COUNSEL TO LEVIN MANAGEMENT CORPORATION
ERIC S. GOLDSTEIN, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919
EGOLDSTEIN@GOODWIN.COM;
BANKRUPTCY@GOODWIN.COM;
BANKRUPTCYPARALEGAL@GOODWIN.COM

**VIA ELECTRONIC MAIL**
MORRIS JAMES LLP
COUNSEL TO THE COMMITTEE
ERIC J. MONZO, BRYA M. KEILSON
SIENA B. CERRA
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON, DE 19801
EMONZO@MORRISJAMES.COM;
BKEILSON@MORRISJAMES.COM;
SCERRA@MORRISJAMES.COM

**VIA ELECTRONIC MAIL**
BURR & FORMAN LLP
COUNSEL TO RANCHO MARKETPLACE
J. ELLSWORTH SUMMERS JR. & DANA L. ROBBINS
50 NORTH LAURA STREET, SUITE 3000
JACKSONVILLE, FL 32202
ESUMMERS@BURR.COM; DROBBINS@BURR.COM

**VIA ELECTRONIC MAIL**
MCELROY DEUTSCH MULVANEY & CARPENTER LLP
COUNSEL TO HARTFORD
GARY D. BRESSLER, ESQ.
300 DELAWARE AVENUE, SUITE 1014
WILMINGTON, DE 19801
GBRESSLER@MDMC-LAW.COM

**VIA ELECTRONIC MAIL**
COOCH AND TAYLOR, P.A.
COUNSEL TO MOTIONSOFT
R. GRANT DICK IV & KEVIN D. LEVITSKY
1000 N. WEST ST., SUITE 1500
WILMINGTON, DE 19801
GDICK@COOCHTAYLOR.COM;
KLEVITSKY@COOCHTAYLOR.COM

**VIA ELECTRONIC MAIL**
LATHAM & WATKINS LLP
COUNSEL TO PINNACLE US HOLDINGS LLC
GEORGE A. DAVIS
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
GEORGE.DAVIS@LW.COM

**VIA ELECTRONIC MAIL**
MELTZER LIPPE GOLDSTEIN & BREITSTONE LLP
COUNSEL TO KRE BROADWAY OWNER LLC
GARY MELTZER & SCOTT A. STEINBERG
190 WILLIS AVE
MINEOLA, NY 11501
GMELTZER@MELTZERLIPPE.COM;
SSTEINBERG@MELTZERLIPPE.COM

**VIA ELECTRONIC MAIL**
BALLARD SPAHR LLP
COUNSEL TO THE "LANDLORDS"
LESLIE C. HEILMAN, LAUREL D. ROGLEN &
MARGARET A. VESPER
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801-3034
HEILMANL@BALLARDSPAHR.COM;
ROGLENL@BALLARDSPAHR.COM;
VESPERM@BALLARDSPAHR.COM

**VIA ELECTRONIC MAIL**
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
COUNSEL TO CITY OF HOUSTON,
HOUSTON COMM COLL SYSTEM, HOUSTON ISD &
FORT BEND COUNTY
PO BOX 3064
HOUSTON, TX 77253-3064
HOUSTON_BANKRUPTCY@LGBS.COM

**VIA ELECTRONIC MAIL**
EAST 54TH STREET PARTNERS LLC
ATTN: JACK TERZI
C/O JTRE
362 5TH AVE, 12TH FL
NEW YORK, NY 10001
JACK@JTREHOLDINGS.COM

**VIA ELECTRONIC MAIL**
JTRE 23 WS (DEL) LLC
ATTN: JACK TERZI
C/O JTRE
362 5TH AVE, 12TH FL
NEW YORK, NY 10001
JACK@JTREHOLDINGS.COM

**VIA ELECTRONIC MAIL**
ALSTON & BIRD LLP
COUNSEL TO BOFA
JACOB A. JOHNSON
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET, SUITE 4900
ATLANTA, GA 30309-3424
JACOB.JOHNSON@ALSTON.COM

**VIA ELECTRONIC MAIL**
BRADLEY ARANT BOULT CUMMINGS LLP
COUNSEL TO MOTIONSOFT
JAMES B. BAILEY, ESQUIRE
ONE FEDERAL PLACE
1819 5TH AVENUE N
BIRMINGHAM, AL 35203
JBAILEY@BRADLEY.COM

**VIA ELECTRONIC MAIL**
MOTIONSOFT, INC.
ATTN: JEFF VANDIXHORN
1451 ROCKVILLE PIKE, SUITE 500
ROCKVILLE, MD 20852
JEFF@CLUBAUTOMATION.COM

**VIA ELECTRONIC MAIL**
BURR & FORMAN LLP
COUNSEL TO RANCHO MARKETPLACE
J. CORY FALGOWSKI
222 DELAWARE AVENUE, SUITE 1030
WILMINGTON, DE 19801
JFALGOWSKI@BURR.COM

**VIA ELECTRONIC MAIL**
RUBIN & LEVIN, P.C.
COUNSEL TO AI CALIFORNIA LLC
JAMES E. ROSSOW JR., ESQ.
135 N. PENNSYLVANIA ST., STE. 1400
INDIANAPOLIS, IN 46204
JIM@RUBIN-LEVIN.NET

**VIA ELECTRONIC MAIL**
MURPHY DESMOND S.C.
(COUNSEL TO JOHNSON HEALTH)
ATTN JEFFERY P. PHILLIPS
33 EAST MAIN STREET, SUITE 500
MADISON, WI 53703
jphillips@murphydesmond.com

**VIA ELECTRONIC MAIL**
BELKIN BURDEN GOLDMAN, LLP
(COUNSEL TO THEATRE BUILDING)
ATTN JAY B. SOLOMON
ONE GRAND CENTRAL PLACE
60 E 42ND STREET, 16TH FLOOR
NEW YORK, NY 10165
jsolomon@bbgllp.com

**VIA ELECTRONIC MAIL**
CONNOLLY GALLAGHER LLP
COUNSEL TO KRE BROADWAY OWNER LLC
& AI CALIFORNIA LLC
KAREN C. BIFFERATO, ESQ.
1201 NORTH MARKET STREET, 20TH FLOOR
WILMINGTON, DE 19801
kbifferato@connollygallagher.com

**VIA ELECTRONIC MAIL**
KELLEY DRYE & WARREN LLP
COUNSEL TO THE COMMITTEE
KRISTIN S. ELLIOTT, ANDRES BARAJAS
CONNIE Y. CHOE
3 WORLD TRADE CENTER
NEW YORK, NY 10007
KELLIOTT@KELLEYDRYE.COM;
ABARAJAS@KELLEYDRYE.COM;
CCHOE@KELLEYDRYE.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

**VIA ELECTRONIC MAIL**
RICHARDS, LAYTON & FINGER, P.A.
(COUNSEL TO JOHNSON HEALTH)
ATTN JOHN KNIGHT, MATTHEW MILANA, ZACHARY
JAVORSKY
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801
knight@rlf.com; milana@rlf.com; javorsky@rlf.com

**VIA ELECTRONIC MAIL**
LEECH TISHMAN FUSCALDO & LAMPL
COUNSEL TO CP ASSOCIATES LLC
LORI SCHWARTZ & NATHANIEL MEYERS
1007 N. ORANGE STREET, SUITE 420
WILMINGTON, DE 19801
LSCHWARTZ@LEECHTISHMAN.COM;
NMEYERS@LEECHTISHMAN.COM

**VIA ELECTRONIC MAIL**
CLEARY GOTTLIEB STEEN & HAMILTON LLP
COUNSEL TO EQUINOX
LISA M. SCHWEITZER & THOMAS S. KESSLER
ONE LIBERTY PLAZA
NEW YORK, NY 10006
LSCHWEITZER@CGSH.COM; TKESSLER@CGSH.COM

**VIA ELECTRONIC MAIL**
WOMBLE BOND DICKINSON (US) LLP
COUNSEL TO BOFA
MATTHEW P. WARD
1313 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE 19801
MATTHEW.WARD@WBD-US.COM

**VIA ELECTRONIC MAIL**
GOOD EARTH DISTRIBUTION, LLC
ATTN: MEREDITH COVE
440 WEST STREET
FORT LEE, NJ 07024
MEREDITH.COVE@GOODEARTHPRODUCTS.COM

**VIA ELECTRONIC MAIL**
MBB REALTY LIMITED PARTNERSHIP
ATTN: MICHAEL WILLNER
33 ROCK HILL ROAD, SUITE 350
BALA CYNWYD, PA 19004
MICHAEL@POMRE.COM

**VIA ELECTRONIC MAIL**
SAUL EWING LLP
COUNSEL TO PHILADELPHIA HARBISON, LP
MONIQUE B. DISABATINO, ESQUIRE
1201 NORTH MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON, DE 19899
MONIQUE.DISABATINO@SAUL.COM

**VIA ELECTRONIC MAIL**
96 NORTH 10TH STREET HOLDINGS LLC
ATTN: MORDY GETZ
C/O TRANSITIONS ACQUISITIONS LLC
232 BROADWAY, SUITE 400
BROOKLYN, NY 11211
MORDY@SPARKREMGMT.COM

**VIA ELECTRONIC MAIL**
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
FORT BEND INDEPENDENT SCHOOL DISTRICT
C/O MELISSA E. VALDEZ
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008
MVALDEZ@PBFCM.COM

**VIA ELECTRONIC MAIL**
COLE SCHOTZ P.C.
COUNSEL TO PINNACLE US HOLDINGS LLC
NORMAN L. PERNICK & G. DAVID DEAN
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801
NPERNICK@COLESCHOTZ.COM;
DDEAN@COLESCHOTZ.COM

**VIA ELECTRONIC MAIL**
FARRELL FRITZ, P.C.
COUNSEL TO SAM SPILKES, LLC
PATRICK COLLINS & DARREN A. PASCARELLA
400 RXR PLAZA
UNIONDALE, NY 11556
PCOLLINS@FARRELLFRITZ.COM;
DPASCARELLA@FARRELLFRITZ.COM

**VIA ELECTRONIC MAIL**
KATTEN MUCHIN ROSENMAN LLP
COUNSEL TO VARAGON
PETER P. KNIGHT & ALLISON E. YAGER
525 W. MONROE STREET
CHICAGO, IL 60661
PETER.KNIGHT@KATTEN.COM;
ALLISON.YAGER@KATTEN.COM

**VIA ELECTRONIC MAIL**
VARAGON CAPITAL PARTNERS AGENT, LLC
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN: PETER P. KNIGHT, MICHAEL HOWALD
525 WEST MONROE STREET
CHICAGO, IL 60661
PETER.KNIGHT@KATTEN.COM;
MICHAEL.HOWALD@KATTEN.COM);
SCOTT.LYONS@KATTEN.COM

**VIA ELECTRONIC MAIL**
JOHNSON HEALTH TECH NA, INC.
ATTN: PHYLLIS DANNIN
27829 NETWORK PLACE
CHICAGO, IL 60673-1278
PHYLLIS.DANNIN@MATRIXFITNESS.COM

**VIA ELECTRONIC MAIL**
ENEL X NORTH AMERICA, INC.
ATTN: RALPH CAMPANELLI
100 BRICKSTONE SQUARE, STE 300
ANDOVER, MA 01810
RALPH.CAMPANELLI@ENEL.COM

**VIA ELECTRONIC MAIL**
LEVIN PROPERTIES, L.P.
ATTN: JOHN VESSIE
PHILLIPS & ASSOCIATES, PLLC
45 BROADWAY, SUITE 430
NEW YORK, NY 10006
RMENO@LEVINMGT.COM

**VIA ELECTRONIC MAIL**
MONZACK MERSKY AND BROWDER, P.A.
COUNSEL TO KIMCO
RACHEL B. MERSKY
1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801
RMERSKY@MONLAW.COM

**VIA ELECTRONIC MAIL**
THE ROSNER LAW GROUP LLC
COUNSEL TO THE THEATRE BUILDING
FREDERICK B. ROSNER, ESQ.
824 N. MARKET ST., SUITE 810
WILMINGTON, DE 19801
ROSNER@TEAMROSNER.COM

**VIA ELECTRONIC MAIL**
THE ROSNER LAW GROUP LLC
COUNSEL TO THIRD AVENUE TOWER, THEATRE
BUILDING
FREDERICK B. ROSNER & ZHAO (RUBY) LIU
824 N. MARKET ST, SUITE 810
WILMINGTON, DE 19801
ROSNER@TEAMROSNER.COM; LIU@TEAMROSNER.COM

**VIA ELECTRONIC MAIL**
ASHBY & GEDDES, P.A.
COUNSEL TO EQUINOX
RICARDO PALACIO & DESTINY KOSLOSKE
500 DELAWARE AVENUE, 8TH FLOOR
WILMINGTON, DE 19801
RPALACIO@ASHBYGEDDES.COM;
DKOSLOSKE@ASHBYGEDDES.COM

**VIA ELECTRONIC MAIL**
CHARLES E. BOULBOL, P.C.
COUNSEL TO 78-14 ROOSEVELT LLC
CHARLES E. BOULBOL
26 BROADWAY, 17TH FLOOR
NEW YORK, NY 10004
RTRACK@MSN.COM

**VIA ELECTRONIC MAIL**
LASSER HOCHMAN, LLC
COUNSEL TO GRAND BALDWIN ASSOCIATES
RICHARD L. ZUCKER, ESQ.
75 EISENHOWER PARKWAY, SUITE 120
ROSELAND, NJ 07068
RZUCKER@LASSERHOCHMAN.COM

**VIA ELECTRONIC MAIL**
BUCHALTER, A PROFESSIONAL CORPORATION
COUNSEL TO ORACLE
SHAWN M. CHRISTIANSON, ESQ.
425 MARKET STREET, SUITE 2900
SAN FRANCISCO, CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

**VIA ELECTRONIC MAIL**
MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP
COUNSEL TO HARTFORD
SCOTT A. LEVIN, ESQ.
300 DELAWARE AVENUE, SUITE 1014
WILMINGTON, DE 19801
SLEVIN@MDMC-LAW.COM

**VIA ELECTRONIC MAIL**
CHICAGO, IL 4644-4658 S DREXEL LLC
ATTN: SCOTT NICHOLSON
C/O INSITE REAL ESTATE LLC
1400 16TH ST, STE 300
OAK BROOK, IL 60523
SNICHOLSON@INSITEREALESTATE.COM

**VIA ELECTRONIC MAIL**
JASPAN SCHLESINGER NARENDRAN LLP
COUNSEL TO 480 SUFFOLK
SOPHIA A. PERNA-PLANK, ESQ.
300 GARDEN CITY PLAZA, 5TH FLOOR
GARDEN CITY, NY 11530
SPERNAPLANK@JASPANLLP.COM

**VIA ELECTRONIC MAIL**
ALSTON & BIRD LLP
COUNSEL TO BOFA
STEPHEN M. BLANK
90 PARK AVENUE
NEW YORK, NY 10016-1387
STEPHEN.BLANK@ALSTON.COM

**VIA ELECTRONIC MAIL**
EQUINOX HOLDINGS, INC.
C/O CLEARY GOTTLIEB STEEN HAMILTON
ATTN: TOM BEDNAR
2112 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20037
TBEDNAR@CGSH.COM; DRKRAMER@CGSH.COM;
SPYUN@CGSH.COM

**VIA ELECTRONIC MAIL**
GLE-III, LLC
ATTN: TODD BUCKSTEIN
C/O KIMCO REALTY CORP, 3333 NEW
HYDE PARK RD, STE 100, PO BOX 5020
NEW HYDE PARK, NY 11042
TBUCKSTEIN@KIMCOREALTY.COM

**VIA ELECTRONIC MAIL**
STARK & STARK, P.C.
COUNSEL TO TD EQUIPMENT FINANCE, INC.
ATTN: TIMOTHY P. DUGGAN, ESQUIRE
P.O. BOX 5315
PRINCETON, NJ 08543
TDUGGAN@STARK-STARK.COM

**VIA ELECTRONIC MAIL**
LATHAM & WATKINS LLP
COUNSEL TO PINNACLE US HOLDINGS LLC
TED A. DILLMAN
355 SOUTH GRAND AVENUE, SUITE 100
LOS ANGELES, CA 90071
TED.DILLMAN@LW.COM

**VIA ELECTRONIC MAIL**
STARK & STARK, P.C.
ATTN: THOMAS S. ONDER & JOSEPH H. LEMKIN
P.O. BOX 5315
PRINCETON, NJ 08543
TONDER@STARK-STARK.COM

**VIA ELECTRONIC MAIL**
AWESOMENESSTV HOLDINGS, LLC
ATTN: TRUPTI PATEL
C/O VIACOM REALTY CORPORATION
1515 BROADWAY
NEW YORK, NY 10036
TRUPTI.PATEL@PARAMOUNT.COM

**VIA ELECTRONIC MAIL**
SAUL EWING LLP
COUNSEL TO PHILADELPHIA HARBISON, LP
TURNER N. FALK, ESQUIRE
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
TURNER.FALK@SAUL.COM

**VIA ELECTRONIC MAIL**
OFFICE OF THE UNITED STATES ATTORNEY
DISTRICT OF DELAWARE
HERCULES BUILDING
1313 N MARKET ST STE 400
WILMINGTON, DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV;

**VIA ELECTRONIC MAIL**
INTERNAL REVENUE SERVICES
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346
VICTORIA.G.MOSBY@IRS.GOV;
MILLIE.H.AGENT@IRS.GOV

**VIA ELECTRONIC MAIL**
INTERNAL REVENUE SERVICES
DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20220
VICTORIA.G.MOSBY@IRS.GOV;
MILLIE.H.AGENT@IRS.GOV

**VIA ELECTRONIC MAIL**
LATHAM & WATKINS LLP
COUNSEL TO PINNACLE US HOLDINGS LLC
WHIT MORLEY
330 NORTH WABASH AVENUE, SUITE 2800
CHICAGO, IL 60611
WHIT.MORLEY@LW.COM

**VIA ELECTRONIC MAIL**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Michael R. Nestor , Sean T. Greecher
Allison S. Mielke, Timothy R. Powell
Rebecca L. Lamb, Benjamin C. Carver
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: mnestor@ycst.com, sgreecher@ycst.com
amielke@ycst.com, tpowell@ycst.com
rlamb@ycst.com, bcarver@ycst.com

**VIA FIRST CLASS MAIL**

OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA
300 S SPRING ST #1700
LOS ANGELES, CA 90013

**VIA FIRST CLASS MAIL**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
DEBTORS' COUNSEL
ATTN: MICHAEL R. NESTOR, SEAN T. GREECHER,
ALLISON S. MIELKE, TIMOTHY R. POWELL,
REBECCA L. LAMB & BENJAMIN C. CARVER
RODNEY SQUARE, 1000 NORTH KING STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS MAIL**

AVENUE CODE, LLC
ATTN: MICHELE MARQUES
26 O FARRELL STREET, STE. 600
SAN FRANCISCO, CA 94108

**VIA FIRST CLASS MAIL**

DUARTE BROTHERS WOODWORK INC.
ATTN: NORBEY DUARTE
97-21 78TH STREET
OZONE PARK, NY 11416

**VIA FIRST CLASS MAIL**

STATE OF ILLINOIS ATTORNEY GENERAL
ATTN: KWAME RAOUL
100 W RANDOLPH ST
CHICAGO, IL 60601

**VIA FIRST CLASS MAIL**

STATE OF MASSACHUSETTS ATTY GENERAL
ATTN: ANDREA JOY CAMPBELL
1 ASHBURTON PLACE, 20TH FL
BOSTON, MA 02108-1518

**VIA FIRST CLASS MAIL**

STATE OF NEW YORK ATTORNEY GENERAL
ATTN: LETITIA A. JAMES
DEPT. OF LAW
THE CAPITOL, 2ND FL
ALBANY, NY 12224-0341

**VIA FIRST CLASS MAIL**

STATE OF PENNSYLVANIA ATTY GENERAL
ATTN: MICHELLE HENRY
STRAWBERRY SQ
16TH FLR
HARRISBURG, PA 17120

**VIA FIRST CLASS MAIL**

STATE OF TEXAS ATTORNEY GENERAL
ATTN: KEN PAXTON
300 W 15TH ST
AUSTIN, TX 78701

**VIA FIRST CLASS MAIL**

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

**VIA FIRST CLASS MAIL**

VARAGON CAPITAL PARTNERS AGENT, LLC
151 W 42ND ST, 53RD FLOOR
NEW YORK, NY 10036

**VIA FIRST CLASS MAIL**

BELKIN BURDEN GOLDMAN, LLP
COUNSEL TO THE THEATRE BUILDING
JAY B. SOLOMON, ESQ.
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, 16TH FLOOR
NEW YORK, NY 10165