## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,. | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On November 4, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 11/04/2024 | 560 | Exhibit(s) // Varagon's Witness and Exhibit List for November 6, 2024, Hearing Filed by Varagon Capital Partners Agent, LLC, as Prepetition Agent and DIP Agent. (Qian, Echo Yi) (Entered: 11/04/2024) |

Dated: November 4, 2024

/s/ *Laurie Heggan*
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

**VIA ELECTRONIC MAIL**
GLENN AGRE BERGMAN & FUENTES LLP
COUNSEL TO SL GREEN REALTY CORP
ANDREW K. GLENN & MALAK S. DOSS
1185 AVENUE OF THE AMERICAS
22ND FLOOR
NEW YORK, NY 10036
AGLENN@GLENNAGRE.COM;
MDOSS@GLENNAGRE.COM

**VIA ELECTRONIC MAIL**
HPS INVESTMENT PARTNERS, LLC
ADMINISTRATIVE & COLLATERAL AGT
ATTN: ALEXEY PAZUKHA, COLBERT CANNON
40 WEST 57TH STREET, 33RD FLOOR
NEW YORK, NY 10019
ALEXEY.PAZUKHA@HPSPARTNERS.COM;
COLBERT.CANNON@HPSPARTNERS.COM

**VIA ELECTRONIC MAIL**
A&G REALTY PARTNERS, LLC
ATTN: ANDY GRAISER
445 BROADHOLLOW RD, SUITE 410
MELVILLE, NY 11747
ANDY@AGREP.COM

**VIA ELECTRONIC MAIL**
EQUINOX HOLDINGS, INC.
ATTN: ARLENE HONG
31 HUDSON YARDS, 15TH FL
NEW YORK, NY 10001
ARLENE.HONG@EQUINOX.COM

**VIA ELECTRONIC MAIL**
STELLA RISING INC.
ATTN: ANTHONY VESPUCCI
920 BROADWAY, 2ND FLOOR
NEW YORK, NY 10010
AVESPUCCI@STELLARISING.COM

**VIA ELECTRONIC MAIL**
RW 5901 FLATLANDS LLC
ATTN: ALEX WEISS
97-77 QUEENS BOULEVARD, SUITE 620
REGO PARK, NY 11374
AWEISS@LAUNDRYCAPITAL.COM

**VIA ELECTRONIC MAIL**
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
844 KING ST, STE 2207, LOCKBOX 35
ATTN: BENJAMIN A. HACKMAN
WILMINGTON, DE 19801
BENJAMIN.A.HACKMAN@USDOJ.GOV

**VIA ELECTRONIC MAIL**
125 PARK OWNER LLC
ATTN: BRETT HERSCHENFELD
420 LEXINGTON AVENUE, SUITE 1800
NEW YORK, NY 10170
BRETT.HERSCHENFELD@SLGREEN.COM

**VIA ELECTRONIC MAIL**
OFFIT KURMAN, P.A.
COUNSEL TO PLATINUM GYM
BRIAN J. MCLAUGHLIN, ESQUIRE
222 DELAWARE AVENUE, SUITE 1105
WILMINGTON, DE 19801
BRIAN.MCLAUGHLIN@OFFITKURMAN.COM

**VIA ELECTRONIC MAIL**
VBGO PENN PLAZA LLC
ATTN: BRETT THEIS
292 MADISON AVENUE. 7TH FLOOR
NEW YORK, NY 10017
BTHEIS@ROSENBERGESTIS.COM

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>VARAGON CAPITAL PARTNERS AGENT, LLC<br>C/O MORRIS NICHOLS ARSHT TUNNELL<br>ATTN: CURTIS S. MILLER<br>1201 NORTH MARKET STREET, 16TH FL<br>WILMINGTON, DE 19899<br>CMILLER@MORRISNICHOLS.COM | **VIA ELECTRONIC MAIL**<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>COUNSEL TO VARAGON<br>CURTIS S. MILLER & AVERY JUE MENG<br>1201 N. MARKET STREET, 16TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON, DE 19899-1347<br>CMILLER@MORRISNICHOLS.COM;<br>AMENG@MORRISNICHOLS.COM |
| **VIA ELECTRONIC MAIL**<br>STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br>COMPLAINTS@OAG.TEXAS.GOV | **VIA ELECTRONIC MAIL**<br>STATE OF NEW JERSEY ATTY GENERAL<br>ATTN: MATTHEW J. PLATKIN<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET ST - PO BOX 080<br>TRENTON, NJ 08625-0080<br>CONSUMERS@ATTORNEYGENERAL.GOV |
| **VIA ELECTRONIC MAIL**<br>LEECH TISHMAN ROBINSON BROG, PLLC<br>COUNSEL TO CP ASSOCIATES LLC<br>CLEMENT K. YEE<br>ONE DAG HAMMARSKJOLD PLAZA<br>885 SECOND AVENUE, 3RD FLOOR<br>NEW YORK, NY 10017<br>CYEE@LEECHTISHMAN.COM | **VIA ELECTRONIC MAIL**<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>COUNSEL TO TARRANT COUNTY<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207<br>DALLAS.BANKRUPTCY@LGBS.COM |
| **VIA ELECTRONIC MAIL**<br>BRIXMOR SPE 6LLC<br>ATTN: DAVID GERSTENHABER<br>1525 FARADAY AVE, STE 350<br>CARLSBAD, CA 92008<br>DAVID.GERSTENHABER@BRIXMOR.COM | **VIA ELECTRONIC MAIL**<br>PICK & ZABICKI LLP<br>ATTN: DOUGLAS J. PICK, ESQ.<br>369 LEXINGTON AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017<br>DPICK@PICKLAW.NET |
| **VIA ELECTRONIC MAIL**<br>SIRLIN LESSER & BENSON, P.C.<br>COUNSEL TO MBB REALTY, LINDEN COMMONS RETAIL LLC<br>DANA S. PLON<br>123 SOUTH BROAD STREET, SUITE 2100<br>PHILADELPHIA, PA 19109<br>DPLON@SIRLINLAW.COM | **VIA ELECTRONIC MAIL**<br>SHIPMAN & GOODWIN LLP<br>COUNSEL TO LEVIN MANAGEMENT CORPORATION<br>ERIC S. GOLDSTEIN, ESQ.<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919<br>EGOLDSTEIN@GOODWIN.COM;<br>BANKRUPTCY@GOODWIN.COM;<br>BANKRUPTCYPARALEGAL@GOODWIN.COM |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>MORRIS JAMES LLP<br>COUNSEL TO THE COMMITTEE<br>ERIC J. MONZO, BRYA M. KEILSON<br>SIENA B. CERRA<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19801<br>EMONZO@MORRISJAMES.COM;<br>BKEILSON@MORRISJAMES.COM;<br>SCERRA@MORRISJAMES.COM | **VIA ELECTRONIC MAIL**<br>BURR & FORMAN LLP<br>COUNSEL TO RANCHO MARKETPLACE<br>J. ELLSWORTH SUMMERS JR. & DANA L. ROBBINS<br>50 NORTH LAURA STREET, SUITE 3000<br>JACKSONVILLE, FL 32202<br>ESUMMERS@BURR.COM; DROBBINS@BURR.COM |
| **VIA ELECTRONIC MAIL**<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>COUNSEL TO HARTFORD<br>GARY D. BRESSLER, ESQ.<br>300 DELAWARE AVENUE, SUITE 1014<br>WILMINGTON, DE 19801<br>GBRESSLER@MDMC-LAW.COM | **VIA ELECTRONIC MAIL**<br>COOCH AND TAYLOR, P.A.<br>COUNSEL TO MOTIONSOFT<br>R. GRANT DICK IV & KEVIN D. LEVITSKY<br>1000 N. WEST ST., SUITE 1500<br>WILMINGTON, DE 19801<br>GDICK@COOCHTAYLOR.COM;<br>KLEVITSKY@COOCHTAYLOR.COM |
| **VIA ELECTRONIC MAIL**<br>LATHAM & WATKINS LLP<br>COUNSEL TO PINNACLE US HOLDINGS LLC<br>GEORGE A. DAVIS<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br>GEORGE.DAVIS@LW.COM | **VIA ELECTRONIC MAIL**<br>MELTZER LIPPE GOLDSTEIN & BREITSTONE LLP<br>COUNSEL TO KRE BROADWAY OWNER LLC<br>GARY MELTZER & SCOTT A. STEINBERG<br>190 WILLIS AVE<br>MINEOLA, NY 11501<br>GMELTZER@MELTZERLIPPE.COM;<br>SSTEINBERG@MELTZERLIPPE.COM |
| **VIA ELECTRONIC MAIL**<br>BALLARD SPAHR LLP<br>COUNSEL TO THE "LANDLORDS"<br>LESLIE C. HEILMAN, LAUREL D. ROGLEN &<br>MARGARET A. VESPER<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801-3034<br>HEILMANL@BALLARDSPAHR.COM;<br>ROGLENL@BALLARDSPAHR.COM;<br>VESPERM@BALLARDSPAHR.COM | **VIA ELECTRONIC MAIL**<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>COUNSEL TO CITY OF HOUSTON,<br>HOUSTON COMM COLL SYSTEM, HOUSTON ISD &<br>FORT BEND COUNTY<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br>HOUSTON_BANKRUPTCY@LGBS.COM |
| **VIA ELECTRONIC MAIL**<br>EAST 54TH STREET PARTNERS LLC<br>ATTN: JACK TERZI<br>C/O JTRE<br>362 5TH AVE, 12TH FL<br>NEW YORK, NY 10001<br>JACK@JTREHOLDINGS.COM | **VIA ELECTRONIC MAIL**<br>JTRE 23 WS (DEL) LLC<br>ATTN: JACK TERZI<br>C/O JTRE<br>362 5TH AVE, 12TH FL<br>NEW YORK, NY 10001<br>JACK@JTREHOLDINGS.COM |

**VIA ELECTRONIC MAIL**
ALSTON & BIRD LLP
COUNSEL TO BOFA
JACOB A. JOHNSON
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET, SUITE 4900
ATLANTA, GA 30309-3424
JACOB.JOHNSON@ALSTON.COM

**VIA ELECTRONIC MAIL**
BRADLEY ARANT BOULT CUMMINGS LLP
COUNSEL TO MOTIONSOFT
JAMES B. BAILEY, ESQUIRE
ONE FEDERAL PLACE
1819 5TH AVENUE N
BIRMINGHAM, AL 35203
JBAILEY@BRADLEY.COM

**VIA ELECTRONIC MAIL**
MOTIONSOFT, INC.
ATTN: JEFF VANDIXHORN
1451 ROCKVILLE PIKE, SUITE 500
ROCKVILLE, MD 20852
JEFF@CLUBAUTOMATION.COM

**VIA ELECTRONIC MAIL**
BURR & FORMAN LLP
COUNSEL TO RANCHO MARKETPLACE
J. CORY FALGOWSKI
222 DELAWARE AVENUE, SUITE 1030
WILMINGTON, DE 19801
JFALGOWSKI@BURR.COM

**VIA ELECTRONIC MAIL**
RUBIN & LEVIN, P.C.
COUNSEL TO AI CALIFORNIA LLC
JAMES E. ROSSOW JR., ESQ.
135 N. PENNSYLVANIA ST., STE. 1400
INDIANAPOLIS, IN 46204
JIM@RUBIN-LEVIN.NET

**VIA ELECTRONIC MAIL**
MURPHY DESMOND S.C.
(COUNSEL TO JOHNSON HEALTH)
ATTN JEFFERY P. PHILLIPS
33 EAST MAIN STREET, SUITE 500
MADISON, WI 53703
jphillips@murphydesmond.com

**VIA ELECTRONIC MAIL**
BELKIN BURDEN GOLDMAN, LLP
(COUNSEL TO THEATRE BUILDING)
ATTN JAY B. SOLOMON
ONE GRAND CENTRAL PLACE
60 E 42ND STREET, 16TH FLOOR
NEW YORK, NY 10165
jsolomon@bbgllp.com

**VIA ELECTRONIC MAIL**
CONNOLLY GALLAGHER LLP
COUNSEL TO KRE BROADWAY OWNER LLC
& AI CALIFORNIA LLC
KAREN C. BIFFERATO, ESQ.
1201 NORTH MARKET STREET, 20TH FLOOR
WILMINGTON, DE 19801
kbifferato@connollygallagher.com

**VIA ELECTRONIC MAIL**
KELLEY DRYE & WARREN LLP
COUNSEL TO THE COMMITTEE
KRISTIN S. ELLIOTT, ANDRES BARAJAS
CONNIE Y. CHOE
3 WORLD TRADE CENTER
NEW YORK, NY 10007
KELLIOTT@KELLEYDRYE.COM;
ABARAJAS@KELLEYDRYE.COM;
CCHOE@KELLEYDRYE.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

**VIA ELECTRONIC MAIL**
RICHARDS, LAYTON & FINGER, P.A.
(COUNSEL TO JOHNSON HEALTH)
ATTN JOHN KNIGHT, MATTHEW MILANA, ZACHARY JAVORSKY
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801
knight@rlf.com; milana@rlf.com; javorsky@rlf.com

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>LEECH TISHMAN FUSCALDO & LAMPL<br>COUNSEL TO CP ASSOCIATES LLC<br>LORI SCHWARTZ & NATHANIEL MEYERS<br>1007 N. ORANGE STREET, SUITE 420<br>WILMINGTON, DE 19801<br>LSCHWARTZ@LEECHTISHMAN.COM;<br>NMEYERS@LEECHTISHMAN.COM | **VIA ELECTRONIC MAIL**<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>COUNSEL TO EQUINOX<br>LISA M. SCHWEITZER & THOMAS S. KESSLER<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006<br>LSCHWEITZER@CGSH.COM; TKESSLER@CGSH.COM |
| **VIA ELECTRONIC MAIL**<br>WOMBLE BOND DICKINSON (US) LLP<br>COUNSEL TO BOFA<br>MATTHEW P. WARD<br>1313 NORTH MARKET STREET, SUITE 1200<br>WILMINGTON, DE 19801<br>MATTHEW.WARD@WBD-US.COM | **VIA ELECTRONIC MAIL**<br>GOOD EARTH DISTRIBUTION, LLC<br>ATTN: MEREDITH COVE<br>440 WEST STREET<br>FORT LEE, NJ 07024<br>MEREDITH.COVE@GOODEARTHPRODUCTS.COM |
| **VIA ELECTRONIC MAIL**<br>MBB REALTY LIMITED PARTNERSHIP<br>ATTN: MICHAEL WILLNER<br>33 ROCK HILL ROAD, SUITE 350<br>BALA CYNWYD, PA 19004<br>MICHAEL@POMRE.COM | **VIA ELECTRONIC MAIL**<br>SAUL EWING LLP<br>COUNSEL TO PHILADELPHIA HARBISON, LP<br>MONIQUE B. DISABATINO, ESQUIRE<br>1201 NORTH MARKET STREET, SUITE 2300<br>P.O. BOX 1266<br>WILMINGTON, DE 19899<br>MONIQUE.DISABATINO@SAUL.COM |
| **VIA ELECTRONIC MAIL**<br>96 NORTH 10TH STREET HOLDINGS LLC<br>ATTN: MORDY GETZ<br>C/O TRANSITIONS ACQUISITIONS LLC<br>232 BROADWAY, SUITE 400<br>BROOKLYN, NY 11211<br>MORDY@SPARKREMGMT.COM | **VIA ELECTRONIC MAIL**<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>FORT BEND INDEPENDENT SCHOOL DISTRICT<br>C/O MELISSA E. VALDEZ<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON, TX 77008<br>MVALDEZ@PBFCM.COM |
| **VIA ELECTRONIC MAIL**<br>COLE SCHOTZ P.C.<br>COUNSEL TO PINNACLE US HOLDINGS LLC<br>NORMAN L. PERNICK & G. DAVID DEAN<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801<br>NPERNICK@COLESCHOTZ.COM;<br>DDEAN@COLESCHOTZ.COM | **VIA ELECTRONIC MAIL**<br>FARRELL FRITZ, P.C.<br>COUNSEL TO SAM SPILKES, LLC<br>PATRICK COLLINS & DARREN A. PASCARELLA<br>400 RXR PLAZA<br>UNIONDALE, NY 11556<br>PCOLLINS@FARRELLFRITZ.COM;<br>DPASCARELLA@FARRELLFRITZ.COM |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>KATTEN MUCHIN ROSENMAN LLP<br>COUNSEL TO VARAGON<br>PETER P. KNIGHT & ALLISON E. YAGER<br>525 W. MONROE STREET<br>CHICAGO, IL 60661<br>PETER.KNIGHT@KATTEN.COM;<br>ALLISON.YAGER@KATTEN.COM | **VIA ELECTRONIC MAIL**<br>VARAGON CAPITAL PARTNERS AGENT, LLC<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN: PETER P. KNIGHT, MICHAEL HOWALD<br>525 WEST MONROE STREET<br>CHICAGO, IL 60661<br>PETER.KNIGHT@KATTEN.COM;<br>MICHAEL.HOWALD@KATTEN.COM);<br>SCOTT.LYONS@KATTEN.COM |
| **VIA ELECTRONIC MAIL**<br>JOHNSON HEALTH TECH NA, INC.<br>ATTN: PHYLLIS DANNIN<br>27829 NETWORK PLACE<br>CHICAGO, IL 60673-1278<br>PHYLLIS.DANNIN@MATRIXFITNESS.COM | **VIA ELECTRONIC MAIL**<br>ENEL X NORTH AMERICA, INC.<br>ATTN: RALPH CAMPANELLI<br>100 BRICKSTONE SQUARE, STE 300<br>ANDOVER, MA 01810<br>RALPH.CAMPANELLI@ENEL.COM |
| **VIA ELECTRONIC MAIL**<br>LEVIN PROPERTIES, L.P.<br>ATTN: JOHN VESSIE<br>PHILLIPS & ASSOCIATES, PLLC<br>45 BROADWAY, SUITE 430<br>NEW YORK, NY 10006<br>RMENO@LEVINMGT.COM | **VIA ELECTRONIC MAIL**<br>MONZACK MERSKY AND BROWDER, P.A.<br>COUNSEL TO KIMCO<br>RACHEL B. MERSKY<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801<br>RMERSKY@MONLAW.COM |
| **VIA ELECTRONIC MAIL**<br>THE ROSNER LAW GROUP LLC<br>COUNSEL TO THE THEATRE BUILDING<br>FREDERICK B. ROSNER, ESQ.<br>824 N. MARKET ST., SUITE 810<br>WILMINGTON, DE 19801<br>ROSNER@TEAMROSNER.COM | **VIA ELECTRONIC MAIL**<br>THE ROSNER LAW GROUP LLC<br>COUNSEL TO THIRD AVENUE TOWER, THEATRE BUILDING<br>FREDERICK B. ROSNER & ZHAO (RUBY) LIU<br>824 N. MARKET ST, SUITE 810<br>WILMINGTON, DE 19801<br>ROSNER@TEAMROSNER.COM; LIU@TEAMROSNER.COM |
| **VIA ELECTRONIC MAIL**<br>ASHBY & GEDDES, P.A.<br>COUNSEL TO EQUINOX<br>RICARDO PALACIO & DESTINY KOSLOSKE<br>500 DELAWARE AVENUE, 8TH FLOOR<br>WILMINGTON, DE 19801<br>RPALACIO@ASHBYGEDDES.COM;<br>DKOSLOSKE@ASHBYGEDDES.COM | **VIA ELECTRONIC MAIL**<br>CHARLES E. BOULBOL, P.C.<br>COUNSEL TO 78-14 ROOSEVELT LLC<br>CHARLES E. BOULBOL<br>26 BROADWAY, 17TH FLOOR<br>NEW YORK, NY 10004<br>RTRACK@MSN.COM |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>LASSER HOCHMAN, LLC<br>COUNSEL TO GRAND BALDWIN ASSOCIATES<br>RICHARD L. ZUCKER, ESQ.<br>75 EISENHOWER PARKWAY, SUITE 120<br>ROSELAND, NJ 07068<br>RZUCKER@LASSERHOCHMAN.COM | **VIA ELECTRONIC MAIL**<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>COUNSEL TO ORACLE<br>SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET, SUITE 2900<br>SAN FRANCISCO, CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM |
| **VIA ELECTRONIC MAIL**<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP<br>COUNSEL TO HARTFORD<br>SCOTT A. LEVIN, ESQ.<br>300 DELAWARE AVENUE, SUITE 1014<br>WILMINGTON, DE 19801<br>SLEVIN@MDMC-LAW.COM | **VIA ELECTRONIC MAIL**<br>CHICAGO, IL 4644-4658 S DREXEL LLC<br>ATTN: SCOTT NICHOLSON<br>C/O INSITE REAL ESTATE LLC<br>1400 16TH ST, STE 300<br>OAK BROOK, IL 60523<br>SNICHOLSON@INSITEREALESTATE.COM |
| **VIA ELECTRONIC MAIL**<br>JASPAN SCHLESINGER NARENDRAN LLP<br>COUNSEL TO 480 SUFFOLK<br>SOPHIA A. PERNA-PLANK, ESQ.<br>300 GARDEN CITY PLAZA, 5TH FLOOR<br>GARDEN CITY, NY 11530<br>SPERNAPLANK@JASPANLLP.COM | **VIA ELECTRONIC MAIL**<br>ALSTON & BIRD LLP<br>COUNSEL TO BOFA<br>STEPHEN M. BLANK<br>90 PARK AVENUE<br>NEW YORK, NY 10016-1387<br>STEPHEN.BLANK@ALSTON.COM |
| **VIA ELECTRONIC MAIL**<br>EQUINOX HOLDINGS, INC.<br>C/O CLEARY GOTTLIEB STEEN HAMILTON<br>ATTN: TOM BEDNAR<br>2112 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20037<br>TBEDNAR@CGSH.COM; DRKRAMER@CGSH.COM; SPYUN@CGSH.COM | **VIA ELECTRONIC MAIL**<br>GLE-III, LLC<br>ATTN: TODD BUCKSTEIN<br>C/O KIMCO REALTY CORP, 3333 NEW HYDE PARK RD, STE 100, PO BOX 5020<br>NEW HYDE PARK, NY 11042<br>TBUCKSTEIN@KIMCOREALTY.COM |
| **VIA ELECTRONIC MAIL**<br>STARK & STARK, P.C.<br>COUNSEL TO TD EQUIPMENT FINANCE, INC.<br>ATTN: TIMOTHY P. DUGGAN, ESQUIRE<br>P.O. BOX 5315<br>PRINCETON, NJ 08543<br>TDUGGAN@STARK-STARK.COM | **VIA ELECTRONIC MAIL**<br>LATHAM & WATKINS LLP<br>COUNSEL TO PINNACLE US HOLDINGS LLC<br>TED A. DILLMAN<br>355 SOUTH GRAND AVENUE, SUITE 100<br>LOS ANGELES, CA 90071<br>TED.DILLMAN@LW.COM |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>STARK & STARK, P.C.<br>ATTN: THOMAS S. ONDER & JOSEPH H. LEMKIN<br>P.O. BOX 5315<br>PRINCETON, NJ 08543<br>TONDER@STARK-STARK.COM | **VIA ELECTRONIC MAIL**<br>AWESOMENESSTV HOLDINGS, LLC<br>ATTN: TRUPTI PATEL<br>C/O VIACOM REALTY CORPORATION<br>1515 BROADWAY<br>NEW YORK, NY 10036<br>TRUPTI.PATEL@PARAMOUNT.COM |
| **VIA ELECTRONIC MAIL**<br>SAUL EWING LLP<br>COUNSEL TO PHILADELPHIA HARBISON, LP<br>TURNER N. FALK, ESQUIRE<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA, PA 19102<br>TURNER.FALK@SAUL.COM | **VIA ELECTRONIC MAIL**<br>OFFICE OF THE UNITED STATES ATTORNEY<br>DISTRICT OF DELAWARE<br>HERCULES BUILDING<br>1313 N MARKET ST STE 400<br>WILMINGTON, DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV; |
| **VIA ELECTRONIC MAIL**<br>INTERNAL REVENUE SERVICES<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346<br>VICTORIA.G.MOSBY@IRS.GOV;<br>MILLIE.H.AGENT@IRS.GOV | **VIA ELECTRONIC MAIL**<br>INTERNAL REVENUE SERVICES<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20220<br>VICTORIA.G.MOSBY@IRS.GOV;<br>MILLIE.H.AGENT@IRS.GOV |
| **VIA ELECTRONIC MAIL**<br>LATHAM & WATKINS LLP<br>COUNSEL TO PINNACLE US HOLDINGS LLC<br>WHIT MORLEY<br>330 NORTH WABASH AVENUE, SUITE 2800<br>CHICAGO, IL 60611<br>WHIT.MORLEY@LW.COM | **VIA ELECTRONIC MAIL**<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Michael R. Nestor , Sean T. Greecher<br>Allison S. Mielke, Timothy R. Powell<br>Rebecca L. Lamb, Benjamin C. Carver<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Email: mnestor@ycst.com, sgreecher@ycst.com<br>amielke@ycst.com, tpowell@ycst.com<br>rlamb@ycst.com, bcarver@ycst.com |
| **VIA FIRST CLASS MAIL**<br><br>OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA<br>300 S SPRING ST #1700<br>LOS ANGELES, CA 90013 | **VIA FIRST CLASS MAIL**<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>DEBTORS' COUNSEL<br>ATTN: MICHAEL R. NESTOR, SEAN T. GREECHER,<br>ALLISON S. MIELKE, TIMOTHY R. POWELL,<br>REBECCA L. LAMB & BENJAMIN C. CARVER<br>RODNEY SQUARE, 1000 NORTH KING STREET<br>WILMINGTON, DE 19801 |

<u>**VIA FIRST CLASS MAIL**</u>

AVENUE CODE, LLC
ATTN: MICHELE MARQUES
26 O FARRELL STREET, STE. 600
SAN FRANCISCO, CA 94108

<u>**VIA FIRST CLASS MAIL**</u>

DUARTE BROTHERS WOODWORK INC.
ATTN: NORBEY DUARTE
97-21 78TH STREET
OZONE PARK, NY 11416

<u>**VIA FIRST CLASS MAIL**</u>

STATE OF ILLINOIS ATTORNEY GENERAL
ATTN: KWAME RAOUL
100 W RANDOLPH ST
CHICAGO, IL 60601

<u>**VIA FIRST CLASS MAIL**</u>

STATE OF MASSACHUSETTS ATTY GENERAL
ATTN: ANDREA JOY CAMPBELL
1 ASHBURTON PLACE, 20TH FL
BOSTON, MA 02108-1518

<u>**VIA FIRST CLASS MAIL**</u>

STATE OF NEW YORK ATTORNEY GENERAL
ATTN: LETITIA A. JAMES
DEPT. OF LAW
THE CAPITOL, 2ND FL
ALBANY, NY 12224-0341

<u>**VIA FIRST CLASS MAIL**</u>

STATE OF PENNSYLVANIA ATTY GENERAL
ATTN: MICHELLE HENRY
STRAWBERRY SQ
16TH FLR
HARRISBURG, PA 17120

<u>**VIA FIRST CLASS MAIL**</u>

STATE OF TEXAS ATTORNEY GENERAL
ATTN: KEN PAXTON
300 W 15TH ST
AUSTIN, TX 78701

<u>**VIA FIRST CLASS MAIL**</u>

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

<u>**VIA FIRST CLASS MAIL**</u>

VARAGON CAPITAL PARTNERS AGENT, LLC
151 W 42ND ST, 53RD FLOOR
NEW YORK, NY 10036

<u>**VIA FIRST CLASS MAIL**</u>

BELKIN BURDEN GOLDMAN, LLP
COUNSEL TO THE THEATRE BUILDING
JAY B. SOLOMON, ESQ.
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, 16TH FLOOR
NEW YORK, NY 10165