**EXHIBIT B**

# Risk-adjusted Value of Supreme's $142mm Bid

| Risk of Intervention | Risk-adjusted Value of Supreme $142mm Bid | PureGym $121mm Bid |
|---|---|---|
| | *(Numbers in millions)* | |
| 0% | $129.5 | $113.6 |
| 5% | 128.6 | 113.6 |
| 10% | 127.8 | 113.6 |
| 15% | 126.9 | 113.6 |
| 20% | 126.0 | 113.6 |
| 25% | 125.1 | 113.6 |
| 30% | 124.2 | 113.6 |
| 35% | 123.3 | 113.6 |
| 40% | 122.4 | 113.6 |
| 45% | 121.5 | 113.6 |
| 50% | 120.6 | 113.6 |
| 55% | 119.7 | 113.6 |
| 60% | 118.8 | 113.6 |
| 65% | 117.9 | 113.6 |
| 70% | 117.1 | 113.6 |
| 75% | 116.2 | 113.6 |
| 80% | 115.3 | 113.6 |
| 85% | 114.4 | 113.6 |
| 90% | 113.5 | 113.6 |
| 95% | 112.6 | 113.6 |
| 100% | 111.7 | 113.6 |

Supreme's $142mm Bid is superior to the current PureGym Bid of $121mm in all cases up to a Risk of Intervention of 89.5%.

| Supreme $142mm Bid Case Inputs | Supreme $142mm Bid | PureGym Original SHB | PureGym $121mm |
|---|---|---|---|
| Cash Offer | $ 142.0 | $ 105.0 | $ 121.0 |
| *Less* Adjustments | (12.5) | (7.5) | (7.5) |
| Net Bid Proceeds | $ 129.5 | $ 97.5 | $ 113.6 |
| *Plus* Supreme Deposit | N/A | 14.2 | |
| Total Value | $ 129.5 | $ 111.7 | |