IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1] | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 179** |

**SECOND SUPPLEMENTAL DECLARATION OF BARAK KLEIN
IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF ORDER
AUTHORIZING EMPLOYMENT AND RETENTION OF MOELIS & COMPANY LLC
AS FINANCIAL ADVISOR, PLACEMENT AGENT AND INVESTMENT BANKER
EFFECTIVE AS OF THE PETITION DATE**

I, Barak Klein, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a Managing Director at the investment banking firm of Moelis & Company LLC ("Moelis").

2. On or about August 20, 2024, I submitted the *Declaration of Barak Klein in Support of Debtors' Application for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Financial Advisor, Placement Agent and Investment Banker Effective as of the Petition Date* (the "Initial Declaration") [2], attached as Exhibit B to the *Debtors' Application for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Debtors' Investment Banker Effective as of the Petition Date* (the "Application") [D.I. 94].

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application or the Initial Declaration.

32352478.1

3. On September 6, 2024, the Court entered the *Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date* (the "Retention Order") [D.I. 179].

4. On or about October 9, 2024, I submitted the *First Supplemental Declaration of Barak Klein in Support of Debtors' Application for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Financial Advisor, Placement Agent and Investment Banker Effective as of the Petition Date* (the "First Supplemental Declaration") [D.I. 437].

5. I am authorized to submit this second supplemental declaration (this "Second Supplemental Declaration") on behalf of Moelis to supplement the disclosures set forth in the Initial Declaration and First Supplemental Declaration.

6. The facts set forth in this Second Supplemental Declaration are based upon my personal knowledge, upon information and belief, or upon client matter records kept in the ordinary course of business that were reviewed either by me or other employees of Moelis under my supervision and direction. If called and sworn as a witness, I could testify competently to the facts set forth herein.

## SUPPLEMENTAL DISCLOSURES

7. My Initial Declaration disclosed relationships between Moelis and certain Potential Parties in Interest (or their known affiliates as the case may be) within the past three years (the "Connections Check Time Period"), all of which were in matters unrelated to these cases.

8. Pinnacle US Holdings LLC (the "Bidder"), a wholly owned subsidiary of PureGym Ltd. ("PureGym"), was recently selected by the Debtors as having provided the highest and best offer with respect to the proposed sale of the Debtors' assets in these cases. Moelis understands that Leonard Green & Partners and/or certain of its affiliates ("Leonard Green"), and KKR & Co.,

Inc. and/or certain of its affiliates ("KKR"), are investors in PureGym. Moelis has in the past provided, and may in the future provide, services to Leonard Green in matters unrelated to the Debtors and these cases. Moelis also has in the past and currently provides services to KKR in matters unrelated to the Debtors and these cases. Finally, Moelis has in the past, currently, and/or may in the future provide services to clients in matters adverse to Leonard Green and KKR, respectively, in matters unrelated to the Debtors and these cases. The aggregate fees paid to Moelis by Leonard Green and KKR respectively in connection with such services have amounted to less than 1% of Moelis' total annual revenue over the past three years.

9. Notwithstanding the above, I believe that Moelis remains a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the interests of the Debtors.

10. Accordingly, I believe that Moelis remains disinterested and eligible for retention by the Debtors in these Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 5th day of November 2024.

*/s/ Barak Klein*
Barak Klein
Managing Director
Moelis & Company LLC

32352478.1