IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 515-5, 518-2** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby provides notice of their withdrawal of the *Declaration of Peter Hurwitz in Support of the Objection of the Official Committee of Unsecured Creditors to Debtors' Sale Motion* [Sealed Docket No. 515-5] filed on October 22, 2024 and [Redacted Docket No. 518-2] filed on October 25, 2024 with the United States Bankruptcy Court for the District of Delaware. In its place, the Committee has filed the *Declaration of Lee Rooney in Support of the Objection of the Official Committee of Unsecured Creditors to Debtors' Sale Motion* [Sealed Docket No. 563; Redacted Docket No. 564].

*[Remainder of Page Intentionally Left Blank]*

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17020704/1

| | |
|---|---|
| Dated: November 5, 2024 | **MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>Siena B. Cerra (DE Bar No. 7290)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>          bkeilson@morrisjames.com<br>          scerra@morrisjames.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson, Esq. (admitted *pro hac vice*)<br>Kristin S. Elliott, Esq. (admitted *pro hac vice*)<br>Andres Barajas, Esq. (admitted *pro hac vice*)<br>3 World Trade Center<br>New York, NY 10007<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br>E-mail: ewilson@kelleydrye.com<br>          kelliott@kelleydrye.com<br>          abarajas@kelleydrye.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |