**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 81 |

**DECLARATION OF ALEX WOOD IN SUPPORT
OF CERTAIN FINDINGS IN PROPOSED SALE ORDER**

  I, Alex Wood, hereby declare under penalty of perjury, pursuant to section 1746 of title 28 of the United States Code, as follows:

  1. I am the Chief Financial Officer of Pinnacle US Holdings LLC (the "**Buyer**").[2] I offer this testimony in support of the proposed *Order (i) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (ii) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (iii) Granting Related Relief* (the "**Sale Order**")[3] filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), including in support of the findings contained in the proposed Sale Order regarding adequate assurance of future performance provided by the Buyer to non-Debtor counterparties to the Specified Leases and other Assumed Agreements in connection with any assumption and assignment thereof pursuant to the Asset Purchase Agreement and the Sale Order.

---

[1]  The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2]  I am also Chief Financial Officer of PureGym Limited, which is the indirect parent of the Buyer.

[3]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Order or Asset Purchase Agreement, as applicable.

68406/0001-48767024v1

2. Except as otherwise indicated, the facts and statements in this declaration are based on my personal knowledge, my review of relevant documents, and my opinion based on experience and knowledge of the circumstances and negotiations in connection with the Asset Purchase Agreement. I am over the age of 18 and am authorized to make this declaration on behalf of the Buyer. If called on to testify, I would testify competently to the facts set forth in this declaration.

## Personal Background

3. I am the Chief Financial Officer of PureGym Limited, and have been in this role since September 2018. I became Chief Financial Officer of the Buyer upon its formation in March 2019. Overall, I have approximately 23 years of experience in professional practice, strategic, financial, operating, and management roles. I previously held positions as Chief Financial Officer at Gala Leisure Limited, Director of Mergers and Acquisitions at Gala Coral Group, and Director of Corporate Finance at KPMG. I was qualified as a Chartered Accountant in 2003. I graduated with first class honors from the University of Nottingham in 2000.

4. Together with our advisors and other members of the PureGym team, I am part of the team that led negotiation of the Asset Purchase Agreement on behalf of the Buyer.

## Background Regarding the Buyer

5. The Buyer is a wholly-owned indirect subsidiary of PureGym Limited (together with its subsidiaries, "**PureGym**"), which is a leading global gym operator with approximately two million members across more than 600 gyms in six countries. PureGym's core vision is to provide members with affordable access to the benefits that activity and exercise can offer by focusing investment on what most people want and use in gyms, and by using innovative technology that makes the process of being a member and the experience of activity as easy and straightforward as possible. This focus on affordable, flexible, and "value-for-money" membership has fundamentally changed the gym industry over the past few years and opened up

increased access to activity, fitness, and exercise. PureGym has a demonstrated track record of acquiring and improving the quality and profitability of other gym operators and successfully integrating acquisitions.

6. Since 2022, PureFitness LLC ("**PureFitness**"), a wholly-owned subsidiary of the Buyer, has been operating in the United States, where it currently has three gyms in the Washington, D.C. area.

7. PureGym is not affiliated with or an insider of the Debtors.

### Background Regarding the Asset Purchase Agreement

8. The transaction memorialized by the Asset Purchase Agreement and the related ancillary agreements reflects PureGym's goal of a strategic expansion in the United States through PureFitness. During this past summer, the Buyer engaged in extensive arm's-length negotiations with the Debtors, which resulted in the Buyer and the Debtors entering into the Asset Purchase Agreement dated September 10, 2024 (as amended, amended and restated, supplemented, or otherwise modified, the "**Asset Purchase Agreement**") pursuant to which the Buyer was designated the stalking horse bidder. [Docket No. 397]. This agreement was then modified at the Auction, which commenced on October 28, 2024 and continued for three days, ultimately concluding on October 30, 2024, when the Buyer was designated the Successful Bidder. [Docket Nos. 532 & 542]. In connection with the Asset Purchase Agreement and other ancillary documents, the Buyer negotiated (a) an Employee Leasing Agreement with the Debtors (the "**Employee Leasing Agreement**"), pursuant to which the Debtors' employees will continue to operate the Acquired Gym Locations for up to 90 days following closing (after which the employees will be retained by PureFitness in accordance with the terms of the Asset Purchase Agreement and Employee Leasing Agreement), and (b) a Transition Services Agreement with Equinox (the "**Transition Services Agreement**"), pursuant to which Equinox will continue to

provide certain essential services for up to 15 months following closing. These ancillary agreements are designed to ensure a smooth transition of the members, operations, and employees in connection with closing.

## Adequate Assurance of Future Performance

### A. Post-Closing Structure and Financial Wherewithal

9. Pursuant to the Asset Purchase Agreement, the Buyer intends to designate PureFitness as the Buyer Designee. As such, PureFitness will serve as the primary operating entity with respect to the Acquired Assets, which will include the Debtors' corporate operations and the Acquired Gym Locations, and all of the Assumed Leases will be assumed and assigned to PureFitness. Unlike the Debtors' structure, PureFitness will be the counterparty to the Assumed Leases rather than using separate entities for each gym location, which will provide greater assurance to landlords than currently afforded by the existing structure that places gym locations in separate entities.

10. Immediately after closing, PureFitness will begin transitioning operations at the Acquired Gym Locations in a manner consistent with PureGym's proven global operating model, while also ensuring continuity of service to existing members at those locations. In addition to PureGym's substantial gym operating and integration experience, this transition will be facilitated by the Employee Leasing Agreement and Transition Services Agreement. In this regard, the Buyer has worked extensively with the Debtors to ensure an orderly transition for members and employees, which will also ensure that the Buyer and PureFitness have the necessary operating capabilities in the United States for the Acquired Gym Locations at closing.

11. Further, the Buyer and PureFitness will have the financial wherewithal necessary to consummate the Sale and to meet its obligations under each Assumed Lease. The Buyer's indirect parent, Pinnacle Bidco plc, closed an additional notes offering in September 2024.

Together with PureGym's existing cash position and borrowing capacity under its existing credit lines, PureGym has access to approximately $550 million in available funds (as of October 31, 2024) to consummate the Sale, fund capital improvements, and support its post-closing operations. In addition, the primary investors in the PureGym group of companies are Leonard Green & Partners, a private equity fund, and KKR (both highly credible investors with significant financial capacity).  The financial condition and operating performance of PureFitness will be notably superior to that of the Debtors as the Business (and gym locations) being acquired generate positive EBITDA, a trend I expect to continue following consummation of the Sale.  Furthermore, PureGym is committed to ensuring that PureFitness maintains strong and sustainable liquidity going forward, including, if necessary, providing access to additional capital.  In particular, PureGym expects to contribute an additional $30 million beyond the purchase price to refurbish and upgrade gym facilities and equipment at the Acquired Gym Locations to grow EBITDA over the next few years.  This is also consistent with PureGym's historical practice of supporting its acquisitions.  For example, PureGym acquired its Danish and Swiss businesses in January 2020, and has since provided substantial additional funding to support and grow these businesses.

        **B.**      **Adequate Assurance Has Been Provided to Specified Lease Counterparties**

12. On October 3, 2024, the Debtors provided all counterparties to the Specified Leases with a copy of the adequate assurance letter (the "**Adequate Assurance Letter**"), which demonstrated the ability to perform post-closing obligations under the Specified Leases. The Adequate Assurance Letter, which is attached hereto as **Exhibit A**, provided background information on PureGym and the Buyer, the post-Sale operations, and the Buyer's financial information. The Adequate Assurance Letter also included an annexed information pack providing additional information on PureGym, including its corporate structure, its financial health and

creditworthiness, and its management team's proven track record of successfully operating and growing its business.

13. The conclusions set forth in the Adequate Assurance Letter have not changed. Based on my understanding of PureFitness's business plan, financial health, access to additional liquidity, in addition to the commitment and experience of its management team, I believe that PureFitness will have sufficient liquidity to meet its obligations under the Assumed Leases. I also believe, based on my understanding that the Debtors currently party to the existing leases have historically had limited assets, that PureFitness's financial condition and operating performance is substantially better than that of the Debtors.

14. Accordingly, I believe that the information set forth in the Adequate Assurance Letter, as supplemented by this declaration, demonstrates that the non-Debtor counterparties to the Assumed Leases have adequate assurance of PureFitness's future performance under the Assumed Leases.

7

Pursuant to 28 U.S.C. § 1746, I declare under penalty and perjury that the foregoing is correct and true to the best of my knowledge and belief.

Dated:  November 5, 2024                             */s/ Alex Wood*
                                                                      Alex Wood