**Exhibit A**

Adequate Assurance Letter

**Pinnacle US Holdings LLC**
Town Centre House
Merrion Centre
Leeds, UK LS2 8LY

October 3, 2024

<u>**STRICTLY PRIVATE & CONFIDENTIAL**</u>

**Please note that this information is confidential and is being shared pursuant to the confidentiality and non-disclosure restrictions set forth in the order approving the Debtors' bidding procedures [Docket No. 348].**

To: Counterparties of Executory Contracts and Unexpired Leases

Re: <u>Pinnacle US Holdings LLC Adequate Assurance of Future Performance</u>

Blink Holdings, Inc. and its subsidiaries (collectively, "**Blink Fitness**" or the "**Debtors**") filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on August 12, 2024, Case No. 24-11686 (the "**Chapter 11 Cases**"). Information related to the Debtors' Chapter 11 Cases is available free of charge at https://dm.epiq11.com/case/blinkfitness/info.

As you may be aware, Pinnacle US Holdings LLC ("**Pinnacle US**"), a subsidiary of PureGym Limited, has agreed, subject to final court approval, to acquire certain assets of the Debtors, including related to the New York and New Jersey markets, as well as various corporate assets and operations, pursuant to the Asset Purchase Agreement dated September 10, 2024 (as amended, restated, supplemented or otherwise modified from time to time, the "**Purchase Agreement**")[1] by and among Pinnacle US and the Debtors.

Pinnacle US was designated as the "stalking horse bidder" by the Debtors on September 10, 2024, which was approved by the Bankruptcy Court on September 20, 2024 [Docket No. 397].

You are receiving this letter because you are a counterparty to one or more executory contracts or unexpired leases (collectively, the "**Assumable Contracts [and/or] Leases**") with Blink Fitness, which the purchaser may elect to have assumed and assigned to Pinnacle US (or its designees) under the Purchase Agreement if the sale to Pinnacle US is consummated.[2]

We are pleased to share with you the enclosed materials (the "**Adequate Assurance Information**"), which is intended to give you sufficient information to evaluate Pinnacle US's ability to perform under Contracts and Leases. We believe that this Adequate Assurance Information demonstrates the clear ability of Pinnacle US to satisfy any and all obligations associated with the Assumable Contracts and Leases. **Note that this Adequate Assurance Information is confidential and is shared pursuant to the confidentiality and non-disclosure provisions of the Bidding Procedures; any use or disclosure of this information contrary to such restrictions is prohibited.**

---

[1] Capitalized terms used but not defined herein have the meanings set forth in the Purchase Agreement.

[2] Please be advised that this Adequate Assurance Information is being provided to you for informational purposes only and does not guarantee that Pinnacle US Holdings will acquire your Assumable Contract or Lease. Pinnacle reserves the right to decide whether to purchase your Assumable Contract or Lease in accordance with the Purchase Agreement, order of the Bankruptcy Court, and applicable law. For the avoidance of doubt, nothing in this latter shall be construed as a promise by Pinnacle US or its affiliates to take any action other than to perform contractual obligations under the Assumed Agreements.

**About Pinnacle US**

Pinnacle US is a wholly owned subsidiary of the PureGym group ("**PureGym**"), which is a leading global gym operator with around two million members across more than 600 gyms in six countries. PureGym's core vision is to provide members with affordable access to the benefits that activity and exercise can offer by focusing investment on what most people want and use in gyms, and by using innovative technology that makes the process of being a member and the experience of activity as easy and straightforward as possible. This focus on affordable, flexible, and "value-for-money" membership has fundamentally changed the gym industry over the past few years and opened up increased access to activity, fitness and exercise for hundreds of thousands more people worldwide.

PureGym's investors include Leonard Green & Partners, KKR, and over 100 members of PureGym's management team.

**Post-Acquisition Operations**

Under the Purchase Agreement, Pinnacle US (and/or its designee(s)) will acquire all of Blink Fitness's corporate operations and a substantial number of yet-to-be-determined gym locations in New York and New Jersey (the "**Acquired Gym Locations**"). Immediately after closing, Pinnacle US will begin transitioning operations at the Acquired Gym Locations in a manner consistent with PureGym's proven global operating model, while also ensuring continuity of service for Blink Fitness's existing members at those locations.

Pursuant to the Purchase Agreement, Pinnacle US will have the right to decide to assume Assumable Contracts and Leases upon closing of the sale or "reserve" its decision to assume (or not assume) the same for up to 90 days after the closing date. After closing, counterparties to "reserved" agreements will receive at least seven days' written notice before their Assumable Contract or Lease will be assumed and assigned to Pinnacle US (and/or its designee(s)).

Pinnacle US began US operations in 2021 and intends for the acquisition of Blink Fitness's business to establish a platform for further expansion in the US market.

As discussed below, Pinnacle US will have sufficient financial strength to service its obligations in its own right. PureGym has a demonstrable track record of acquiring and improving the quality and profitability of other gym operators.

The information pack attached as Exhibit A provides further detail on PureGym, including its operating model, track record, funding and ownership structure.

**Financial Information**

As previously announced, Pinnacle US's parent entity, Pinnacle Bidco plc ("**Pinnacle Bidco**") recently closed an additional notes offering. Together with available credit facility borrowings and cash on hand, Pinnacle US now has access to over £450m ($600m) in available funds to support the Blink Fitness transaction and its operations. As a result, PureGym expects to fund the Purchase Agreement from cash reserves.

Pinnacle Bidco's quarterly financial statements, annual reports and recent investor updates are publicly available via the Investor Relations section of its website[3] and summary information is also included in Exhibit A.

After closing, the financial condition and operating performance of Pinnacle US will be notably superior to that of Blink Fitness. Pinnacle US expects to begin operating the Acquired Gym Locations immediately upon closing and will target improving Gym EBITDA levels over the near term.

PureGym is committed to operating high quality, well invested sites in each of its geographies and has substantial available liquidity to support capital improvements at the Acquired Gym Locations. Indeed, PureGym envisages approximately $30 million of follow on investment to refurbish and upgrade gym facilities and equipment at the Acquired Gym Locations to grow EBITDA over the next few years.

The Directors of PureGym strongly believe that maintaining a high quality estate is essential to the long term success of the group and in doing so, Pinnacle US will have strong, sustainable liquidity going forward, enabling it to perform all obligations under those Assumable Contracts and Leases it decides to acquire from Blink Fitness under the Purchase Agreement.

Should you have any questions or concerns regarding the Adequate Assurance Information, please do not hesitate to contact Ivan Friedman (212.239.1100 (ext. x200) | ifriedman@rcsrealestate.com) or our counsel: Ted Dillman (213.891.8603 | ted.dillman@lw.com) or Whit Morley (312.777.7282 | whit.morley@lw.com).

Sincerely,

*/s/ Alex Wood*

Alex Wood
Chief Financial Officer

---

[3] The web address is: https://corporate.puregym.com/investors/results-reports-and-presentations/default.aspx.

**EXHIBIT A**

PureGym Group Information Pack



Strictly Private & Confidential

PureGym Group Information Pack

September 2024



# PureGym is a financially strong, world class operator

- PureGym is one of the largest value gym operator in the world with over 2 million members and 600 sites[1] globally

- Largest gym operator in UK and Denmark by some distance

- Expanding quickly; more than 40 new UK sites p.a. in 2022 & 2023

- Operating within a growing sector with very attractive dynamics

- Extremely robust, well proven high return on capital business model

- Highly cash generative operating model

- Strong and robust financial position with £277m of cash[2] on balance sheet & £175m of undrawn RCF facility, to give total accessible funds of £452m

- Transparent, regular investor communication at *corporate.puregym.com/home*

- Backed by two ambitious major international strategic investors; LGP and KKR

## >600 sites[1], most in market leading positions

*Top Value operator*



**United Kingdom**
387 sites



**Switzerland**
45 sites



**USA**
3 sites



**Denmark**
161 sites

 

**Saudi Arabia**        **UAE**
*20 franchise sites open*

### Best in Class Support from committed strategic investors

 

Notes: (1) 616 gyms in the estate as at 30 June 2024; (2) As at 30 June; on proforma basis to include £150m capital raised in September 2024

PureGym Group Information Pack | September 2024    2



# With a value proposition that delivers on all the elements most important to members

**Quality kit & classes (Over 50 per week)**



**Flexible membership (no contract)**



**Competitive pricing (variable by gym)**



**National network: Sites open 24/7**



**Easy to join & manage**



**Digitally/tech enabled innovation**





# And a brand & model that is now firmly & consistently established in all geographies



UK: Caerphilly, South Wales



Denmark: Biblioteksvej, Copenhagen suburbs



Switzerland: La Chaux-de-Fonds, Romandy



USA: Tysons Corner near Washington DC



Saudi Arabia: Golden Belt, Alkhobar



# An exceptional growth track record since 2009...



| No. of gyms | 3 | 9 | 60 | 132 | 170 | 192 | 222 | 263 | 492 | 512[2] | 555[2] | 601[2] | 610 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2009** | **2010** | **2013** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** |
| No. of members[1] | ~12k | ~45k | ~280k | ~620k | ~820k | ~930k | ~1.0m | ~1.1m | ~1.5m | ~1.5m | ~1.7m | ~1.9m | ~2.0m |

Timeline events:

- **2009:** 3 clubs & 12k members — First sites open in Leeds, Manchester & Edinburgh
- **2010:** First round of institutional funding of £6m
- **2013:** CCMP Acquires PureGym
- **2015:** 132 gyms & 620k members — #1 UK — PureGym Acquires LA fitness; Humphrey Cobbold appointed as CEO
- **2017:** LGP Leonard Green & Partners Acquires PureGym
- **2018:** PureGym Acquires SOHO GYMS; Alex Wood appointed as CFO
- **2020:** #1 UK — PureGym Acquires FITNESS WORLD; Secured first US site
- **2021:** Switzerland rebranded PureGym; Opened first franchise sites in KSA
- **2022:** Opened first sites in USA; KKR becomes a significant minority investor
- **2023:** Denmark rebranded PureGym; Opened first sites in UAE
- **2024:** Humphrey Cobbold appointed as Chair; Clive Chesser appointed as CEO

Notes: (1) Number of members excludes pre-opening members, includes members at PureGym branded gyms only until the acquisition of Fitness World. (2) Includes 3 franchise sites in the Middle East at Dec 2021, 9 at Dec 2022 & 20 at Dec 2023

# PureGym's credit worthiness is formally rated by Fitch and Moody's providing visibility & assurance

- The Group's Corporate Bonds are publicly traded debt, requiring greater transparency & scrutiny than bank or private debt – making PureGym quasi-public with associated responsibilities

- Unlike a simple credit view from Dunn & Bradstreet, Corporate Bond Credit Rating Agencies consider all elements that impact on the credit risk of a group, not just the basic calculated metrics of an individual trading company from its historic accounts

- Ratings from Fitch & Moodys are based on a robust, detailed view of the underlying financial metrics (including future modelled expectations) & are keenly followed by market investors

- The most recent ratings of "BBB" (Fitch) & "B-" (Moodys), both a 'stable outlook', are strong corporate ratings for a business of our size and nature

- During October 2023 PureGym refinanced its bonds and the group's "credit" was assessed by a wide range of professional financial investors looking to commit long term

- This refinancing was oversubscribed & very competitively priced within the market, reinforcing the positive assessment by investors about PureGym's prospects

**PureGym has just raised £150m of bonds showing very strong support for the business**

