UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF: | Chapter 11 |
| | |
| | Case No. 24-11686 (JKS) |
| Blink Holdings, Inc., *et al.,* | |
| | Jointly Administered |
| | |
| Debtor. | **AMENDED**[1] NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| ----------------------------------------------------------- | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Johnson Health Tech North America, Inc.,** Attn: Christie Draves, 1600 Landmark Drive, Cottage Grove, WI 53527, Phone: 608-839-3674; Fax: 608-839-3675; Email: christie.draves@johnsonfit.com

2. **FW IL-Riverside/Rivers Edge, LLC,** Attn: Ernst Bell, One Independent Drive, Suite 114, Jacksonville, FL 32202, Phone: (904) 598-7685; Email: ernstbell@regencycenters.com

3. **96 N. 10th Street Holdings LLC,** Attn: Phil Popowitz, 100 Challenger Road, Suite 105, Ridgefield Park, NJ 07660, Phone: 551-277-1997 ext. 103; Email: phil@sparkremgmt.com

4. **GS FIT ILL-1 LLC,** Attn: Thomas C. Shumaker, Jr., P. O. Box 9511, Jackson, WY 83001, Phone: 917-929-7600; Email: Thomas.shumaker@gs-fitness.net

ANDREW R. VARA
United States Trustee, Region 3

 /s/ *Benjamin Hackman* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: November 5, 2024

Attorney assigned to this Case: Benjamin A. Hackman, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Benjamin C. Carver, Esq., Phone: (302) 571-6600

---

[1] **Amended to reflect resignation of Motionsoft, Inc. about Nov. 4, 2024.**