# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 550 – 555** |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 4, 2024, I caused to be served the:

    a. "Notice of Successful Bidder and Next-Highest Bidder in Connection with Auction for Outer Market Assets," dated November 4, 2024 [Docket No. 550],

    b. "Debtors' Reply in Support of the Sale Motion and in Response to the Sale Objection Filed by the Committee," dated November 4, 2024 [Docket No. 551],

    c. "Debtors' Motion for Entry of an Order Granting Leave and Permission to File Reply in Support of the Sale Motion and in Response to the Sale Objection Filed by the Committee," dated November 4, 2024 [Docket No. 552],

    d. "Debtors' Witness List in Connection with the Debtors' Sale Motion," dated November 4, 2024 [Docket No. 553],

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

    e. "Notice of Filing of Revised *Proposed* Sale Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief," dated November 4, 2024 [Docket No. 554], and

    f. "Notice of Agenda for Hearing of Matters Scheduled for November 6, 2024 at 11:00 a.m. (ET)," dated November 4, 2024 [Docket No. 555],

by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Geoff Zahm*
                                                             Geoff Zahm

**EXHIBIT A**

# Blink Fitness, Inc.
## Service List

| Claim Name | Address Information |
|---|---|
| AVENUE CODE, LLC | ATTN: MICHELE MARQUES 26 O FARRELL STREET, STE. 600 SAN FRANCISCO CA 94108 |
| BELKIN BURDEN GOLDMAN, LLP | COUNSEL TO THE THEATRE BUILDING JAY B. SOLOMON, ESQ. ONE GRAND CENTRAL PLACE 60 E. 42ND STREET, 16TH FLOOR NEW YORK NY 10165 |
| DUARTE BROTHERS WOODWORK INC. | ATTN: NORBEY DUARTE 97-21 78TH STREET OZONE PARK NY 11416 |
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA | 300 S SPRING ST #1700 LOS ANGELES CA 90013 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF MASSACHUSETTS ATTY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF PENNSYLVANIA ATTY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | 151 W 42ND ST, 53RD FLOOR NEW YORK NY 10036 |

**Total Creditor count  11**

**EXHIBIT B**

BLINK HOLDINGS, INC., *et al.,*  Case No. 24-11686 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| EQUINOX HOLDINGS, INC. | arlene.hong@equinox.com |
| EQUINOX HOLDINGS, INC. | tbednar@cgsh.com; drkramer@cgsh.com; spyun@cgsh.com |
| HPS INVESTMENT PARTNERS, LLC | alexey.pazukha@hpspartners.com; colbert.cannon@hpspartners.com |
| INTERNAL REVENUE SERVICES | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | Benjamin.A.Hackman@usdoj.gov |
| STATE OF NEW JERSEY ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| VARAGON CAPITAL PARTNERS AGENT, LLC | peter.knight@katten.com; michael.howald@katten.com; scott.lyons@katten.com |
| VARAGON CAPITAL PARTNERS AGENT, LLC | cmiller@morrisnichols.com |
| 125 PARK OWNER LLC | BRETT.HERSCHENFELD@SLGREEN.COM |
| 96 NORTH 10TH STREET HOLDINGS LLC | MORDY@SPARKREMGMT.COM |
| A&G REALTY PARTNERS, LLC | ANDY@AGREP.COM |
| AWESOMENESSTV HOLDINGS, LLC | TRUPTI.PATEL@PARAMOUNT.COM |
| BRIXMOR SPE 6LLC | DAVID.GERSTENHABER@BRIXMOR.COM |
| CHICAGO, IL 4644-4658 S DREXEL LLC | SNICHOLSON@INSITEREALESTATE.COM |
| EAST 54TH STREET PARTNERS LLC | JACK@JTREHOLDINGS.COM |
| ENEL X NORTH AMERICA, INC. | RALPH.CAMPANELLI@ENEL.COM |
| GLE-III, LLC | TBUCKSTEIN@KIMCOREALTY.COM |
| GOOD EARTH DISTRIBUTION, LLC | rich.hebert@goodearthproducts.com |
| JOHNSON HEALTH TECH NA, INC. | PHYLLIS.DANNIN@MATRIXFITNESS.COM |
| JTRE 23 WS (DEL) LLC | JACK@JTREHOLDINGS.COM |
| LEVIN PROPERTIES, L.P. | rmeno@levinmgt.com |
| MBB REALTY LIMITED PARTNERSHIP | MICHAEL@POMRE.COM |
| MOTIONSOFT, INC. | JEFF@CLUBAUTOMATION.COM |
| RW 5901 FLATLANDS LLC | AWEISS@LAUNDRYCAPITAL.COM |
| STELLA RISING INC. | AVESPUCCI@STELLARISING.COM |
| VBGO PENN PLAZA LLC | BTHEIS@ROSENBERGESTIS.COM |
| MONZACK MERSKY and BROWDER, P.A. | rmersky@monlaw.com |
| KATTEN MUCHIN ROSENMAN LLP | peter.knight@katten.com; allison.yager@katten.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; ameng@morrisnichols.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| STARK & STARK, P.C. | tonder@stark-stark.com; jlemkin@stark-stark.com |

**BLINK HOLDINGS, INC.,** *et al.,*  Case No. 24-11686 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | lschweitzer@cgsh.com; tkessler@cgsh.com |
| ASHBY & GEDDES, P.A. | RPalacio@ashbygeddes.com; DKosloske@ashbygeddes.com |
| Charles E. Boulbol, P.C. | rtrack@msn.com |
| Sirlin Lesser & Benson, P.C. | dplon@sirlinlaw.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; liu@teamrosner.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| MURPHY DESMOND S.C. | jphillips@murphydesmond.com |
| RICHARDS, LAYTON & FINGER, P.A. | knight@rlf.com; milana@rlf.com; javorsky@rlf.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | gbressler@mdmc-law.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| FARRELL FRITZ, P.C. | pcollins@farrellfritz.com; dpascarella@farrellfritz.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | mvaldez@pbfcm.com |
| Leech Tishman Robinson Brog, PLLC | cyee@leechtishman.com; lschwartz@leechtishman.com; nmeyers@leechtishman.com |
| KELLEY DRYE & WARREN LLP | kelliott@kelleydrye.com; abarajas@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |
| Shipman & Goodwin | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| ALSTON & BIRD LLP | jacob.johnson@alston.com; stephen.blank@alston.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| SAUL EWING LLP | monique.disabatino@saul.com; turner.falk@saul.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | slevin@mdmc-law.com |
| Cooch and Taylor, P.A | gdick@coochtaylor.com; klevitsky@coochtaylor.com |
| Bradley Arant Boult Cummings LLP | jbailey@bradley.com |
| Buchalter, A Professional Corporation | schristianson@buchalter.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |

BLINK HOLDINGS, INC., *et al.,*  Case No. 24-11686 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| Pick & Zabicki LLP | dpick@picklaw.net |
| Jaspan Schlesinger Narendran LLP | spernaplank@jaspanllp.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com |
| MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP | gmeltzer@meltzerlippe.com; ssteinberg@meltzerlippe.com |
| LATHAM & WATKINS LLP | george.davis@lw.com; ted.dillman@lw.com; whit.morley@lw.com |
| COLE SCHOTZ P.C. | npernick@coleschotz.com; ddean@coleschotz.com |
| STARK & STARK, P.C. | tduggan@stark-stark.com |
| RUBIN & LEVIN, P.C. | jim@rubin-levin.net |
| Burr & Forman LLP | jfalgowski@burr.com; esummers@burr.com; drobbins@burr.com |
| GLENN AGRE BERGMAN & FUENTES LLP | aglenn@glennagre.com; mdoss@glennagre.com |
| Offit Kurman, P.A. | brian.mclaughlin@offitkurman.com |
| Lasser Hochman, LLC | rzucker@lasserhochman.com |