## CERTIFICATE OF SERVICE

I, Scott D. Cousins, hereby certify that on this 5th day of November, 2024, I caused the *Statement and Reservation of Rights of Bidder Supreme Orange LLC Concerning the Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (II) Authorizing the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances, (III) Approving the Assumption and Assignment of the Assumed Contracts, and (IV) Granting Related Relief* to be served upon the below service list via electronic mail and upon all parties registered to receive notice via the Court's CM/ECF systems.

Michael R. Nesto
Sean T. Greecher
Allison S. Mielke
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Email: mnestor@ycst.com
  sgreecher@ycst.com
  amielke@ycst.com

Benjamin A. Hackman
**The Office of the United States Trustee**
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, Delaware 19801
Email: benjamin.a.hackman@usdoj.gov

Peter P. Knight
Allison E. Yager
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, Illinois 60661
Email: peter.knight@katten.com
  alison.yager@katten.com

Curtis S. Miller
**MORRIS NICHOLS ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
PO Box 1347
Wilmington, Delaware 19899
Email: cmiller@morrisnichols.com

*[Remainder of Page Intentionally Left Blank]*

12690690-1

2

| | |
|---|---|
| Dated: November 5, 2024<br>Wilmington, Delaware | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br><br>*/s/ Scott D. Cousins*<br>Scott D. Cousins (Del. Bar No. 3079)<br>500 Delaware Avenue, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 295-9940<br>Fax: (302) 985-6001<br>Email: scott.cousins@lewisbrisbois.com |