# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*, | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF JONATHAN T. KOEVARY

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jonathan T. Koevary of Olshan Frome Wolosky LLP to represent Supreme Orange LLC in the above captioned case.

Dated: November 5, 2024

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
500 Delaware Ave., Suite 700
Wilmington, Delaware 19801
Phone: (302) 985-6000
Email: scott.cousins@lewisbrisbois.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the states of New York and Texas, and submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 01/01/24. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 5, 2024

/s/ Jonathan T. Koevary
Jonathan T. Koevary
**OLSHAN FROME WOLOSKY LLP**
1325 Avenue of the Americas
New York, NY 10019
Phone: (212) 451-2300
Email: jkoevary@olshanlaw.com

Dated: November 6th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE