# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BLINK HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 24-11686 (JKS)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Scott A. Steinberg, Esq. to represent K/BTF Broadway LLC in the above-captioned cases.

Dated: November 6, 2024

CONNOLLY GALLAGHER LLP
*/s/ Karen C. Bifferato*
Karen C. Bifferato (No. 3279)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 888-6221
kbifferato@connollygallagher.com
*Attorneys for K/BTF Broadway LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Date: November 6, 2024

*/s/Scott A. Steinberg*
Scott A. Steinberg, Esq. (NY Bar No. 1838218)
MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP
190 Willis Avenue
Mineola, NY 11501
(516) 747-0300
ssteinberg@meltzerlippe.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the motion for admission *pro hac vice* of Scott A. Steinberg, Esq. is granted.