# SIGN-IN SHEET

| CASE NAME   Blink Holdings Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-11686 JKS | DATE: 11/6/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew Ward | Womble Bond Dickinson | Lotemd Fit LLC (buyer) |
| Curtis Miller | Morris Nichols | Varagon |
| Pete Knight | Katten | " |
| Allison Yager | " | " |
| Thomas Kessler | Cleary Gottlieb | Equinox |
| Ricardo Palacio | Ashby & Geddes | Equinox |
| Leslie Heilman | Ballard Spahr | Various Landlords |
| Grant Dick | Cooch Taylor | Motion sft |
| Karen B??rato | Connolly Gallagher LLP | KBTF Broadway |
| Scott Steinberg | Meltzer L??? | " |
| Damien Tancredi | Flaster Greenberg | Broad hollow |
| Benjamin Hackman | | U.S. Trustee |
| Jonathan Koevary | Olshan Frome | Supreme Orange |
| Scott ??? | LBBS | " |
| Christopher Lambe | YCST | Debtors |

# SIGN-IN SHEET

| CASE NAME   Blink Holdings Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-11686 JKS | DATE: 11/6/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Eric Wilson | Kelley Drye | UCC |
| Kristin Elliott | " | UCC |
| Andres Barajas | " | UCC |
| Richard Gage | " | UCC |
| Brya Keilson | Morris James | UCC |
| Siena Cerra | " | UCC |
| Gary Brown | McGlinchey | Hartford Fide Ins co |
| Norm Pernick | Cole Schotz | Rvr Gym |
| Ted Dillman | Latham | " |
| Amy Quartarolo | " | " |
| M. Nestor | YCST | Debtors |
| S. Grooder | | |
| A. Mielke | | |
| M. Neiburg | | |
| C. Lawton | | |