**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 81, 348, 550, & 567 |

**CERTIFICATION OF COUNSEL REGARDING *REVISED* ORDER (I) APPROVING THE SALE OF ASSETS TO LOTEMD FIT LLC FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF**

On November 5, 2024, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Notice of Filing of Asset Purchase Agreement and Proposed Sale Order with Respect to Lotemd Fit LLC* [Docket No. 567] (the "**Notice**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A proposed order approving the APA was attached thereto as Exhibit B (the "**Proposed Order**"). A hearing was conducted on November 7, 2024, (the "**Hearing**") to consider, among other things, the Proposed Order and the relief requested therein.

Prior to the Hearing, the Debtors received informal comments from various responding parties and agreed to a revised form of order (the "**Revised Proposed Order**"). At the Hearing, the Court approved the APA, subject to certain revisions to the Revised Proposed Order.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Notice.

The Debtors have revised the Revised Proposed Order, attached hereto as <u>Exhibit A</u> (the "**Further Revised Proposed Order**"), to reflect the Court's rulings on the record at the Hearing.  For the convenience of the Court and other interested parties, a blackline comparing the Further Revised Proposed Order against the Revised Proposed Order is attached hereto as <u>Exhibit B</u>.

WHEREFORE, the Debtors respectfully request that the Court enter the Further Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

32067653.1

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 7, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  mnestor@ycst.com<br>            sgreecher@ycst.com<br>            amielke@ycst.com<br>            tpowell@ycst.com<br>            rlamb@ycst.com<br>            bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

3