IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 515, 517, 563, 566 |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING THE COMMITTEE TO REDACT CERTAIN CONFIDENTIAL INFORMATION IN CONNECTION WITH THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' MOTION FOR ENTRY OF ORDER (I) AUTHORIZING AND APPROVING THE DEBTORS' ENTRY INTO AN ASSET PURCHASE AGREEMENT, (II) AUTHORIZING THE SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL ENCUMBRANCES, (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF THE ASSUMED CONTRACTS, AND (IV) GRANTING RELATED RELIEF**

The undersigned counsel hereby certifies as follows:

1. On October 22, 2024, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned counsel, filed the *Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Assumed Contracts, and (IV) Granting Related Relief* [Docket No. 515] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17026896/2

2.       On October 25, 2024, the Committee filed the *Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to Redact Certain Confidential Information in Connection With the Committee's Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Assumed Contracts, and (IV) Granting Related Relief* (the "Motion") [Docket No. 517].

3.       On November 4, 2024, the Committee filed the *Declaration of Lee Rooney in Support of the Objection of the Official Committee of Unsecured Creditors to Debtors' Sale Motion* [Docket No. 563] (the "Rooney Declaration").

4.       On November 5, 2024, the Committee filed the *Notice of Withdrawal of Declaration of Peter Hurwitz in Support of the Objection of the Official Committee of Unsecured Creditors to Debtors' Sale Motion* [Docket No. 566] replacing the *Declaration of Peter Hurwitz in Support of the Objection of the Official Committee of Unsecured Creditors to Debtors' Sale Motion* [Docket No. 515-5] filed with the Objection with the Rooney Declaration.

5.       The deadline to object to the Motion was November 6, 2024 at 11:00 a.m. (ET).

6.       On November 6 and 7, 2024, the Court conducted a hearing on, among other things, the Motion.  No no formal answer, objection, or other responsive pleading to the Motion were received.

7.       Attached hereto as **Exhibit A** is revised proposed order ("Revised Proposed Order") incorporating the inclusion of the Rooney Declaration. A redline comparing the Revised Proposed Order to the proposed order filed with the Motion is attached hereto as **Exhibit B**.

-3-

8. The undersigned counsel is available should the Court have any concerns with respect to the foregoing, and respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: November 8, 2024 | **MORRIS JAMES LLP** |

*/s/ Brya M. Keilson*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
         bkeilson@morrisjames.com
         scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
         kelliott@kelleydrye.com
         abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*