# SIGN-IN SHEET

**CASE NAME:** Blink Holdings, Inc.
**CASE NO:** 24-11686
**COURTROOM LOCATION:** 6
**DATE:** 11/7 at 10:30 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | Pure Gym |
| Ted Dillman | Latham | " |
| Amy Quartarolo | " | " |
| Whit Morley | " | " |
| Hartford Fire / Guy Dressler | McElroy Deutsch Mulvaney & Carpenter LLP | Hartford Fire Ins & insurance company et al |
| Kristen Elliott | Kelley Drye & Warren | UCC |
| Eric Wilson | Kelley Drye & Warren | UCC |
| Eric Monzo | Morris James | UCC |
| Siena Cerra | Morris James | UCC |
| Mike Nestor | Young Conaway | Debtors |
| Mike Neiburg | | |
| Sean Greecher | | |
| Allison Mielke | | |
| Derek Abbott | MNAT | Paragon |
| Peter Keane | KM | |
| Allison Yager | KM | |
| Echo Ojo | MNAT | |
| Benjamin Hackman | | U.S. Trustee |
| Jonathan Koevary | Olshan Frome Wolosky LLP | Supreme Orange LLC |
| Thomas Kessler | Cleary Gottlieb Steen & Hamilton | Equinox |
| Ricardo Palacio | Ashby & Geddes | Equinox |
| Lisa Tancredi | Womble Bond Dickinson | LOTEMD Fit LLC |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:**
**CASE NO:**

**COURTROOM LOCATION:**
**DATE:**       at

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Grant Dick | Cooch & Taylor | Motionsoft |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# 11/07/2024 Appearances

### 10:30 AM

☐ 24-11686-JKS Blink Holdings, Inc.

| Party | Firm | Representing |
|---|---|---|
| ☐ Jeremy Dennis | Moelis | |
| ☐ Taylor Harrison | | |
| ☐ Rebecca L Lamb | Young Conaway Stargatt & Taylor LLP | |
| ☐ Manny Pearlman | Liberation Investment Grp | |
| ☐ Timothy R. Powell | Young Conaway Stargatt & Taylor, LLP | |
| ☐ Lisa Bittle Tancredi | Womble Bond Dickinson (US) LLP | Lotemd Fit LLC |
| ☐ Allison Weltman | | |
| ☐ Nichole Wilcher | Womble Bond Dickinson (US) LLP | Lotemd Fit LLC |
| ☐ David Zubkis | | |

| Party | Firm | Representing |
|---|---|---|
| ☐ Chad Bacon | Portage Point Partners | |
| ☐ James Blake Bailey | Bradley Arant Boult Cummings | Motionsoft, Inc. |
| ☐ Ben Balick | Blink | |
| ☐ Terence G. Banich | Katten | Varagon Capital Partners Agent, LLC |
| ☐ Dan Bank | Mercury LLC | Equinox |
| ☐ Andres Barajas | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors |
| ☐ Ernst Bell | FW IL-Riverside/Rivers Edge, LLC | Official Committee of Unsecured Creditors |
| ☐ Raphael Bildirici | JTRE Holdings | Lotemd |
| ☐ Stephen Blank | Alston & Bird LLP | Bank of America, N.A. |
| ☐ Kennedy Bodnarek | Alston & Bird LLP | Bank of America, N.A. |
| ☐ Joshua Brooks | Landis Rath & Cobb LLP | 5 Bryant Park Property Investors IV, LLC |
| ☐ Kimberly A. Brown | Landis Rath & Cobb LLP | 5 Bryant Park Property Investors IV, LLC |
| ☐ Jeremy Burke | Moelis | |
| ☐ Alex Cereste | Varagon | Varagon Capital Partners Agent, LLC |
| ☐ Siena Cerra | Morris James LLP | Official Committee of Unsecured Creditors |
| ☐ Connie Choe | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors |
| ☐ Eli Christopher | Kramer Levin Naftalis & Frankel | Interested Party |
| ☐ John Churchill | Kelley Drye & Warren | Committee |
| ☐ John A. Churchill, Jr. | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors |
| ☐ Jack Cohen | 78-14 Roosevelt LLC | Creditor |

| | Name | Firm | Client |
|---|---|---|---|
| ☐ | Scott D. Cousins | Lewis Brisbois | Supreme Orange LLC |
| ☐ | George Davis | LATHAM & WATKINS LLP | Pure Gym Limited |
| ☐ | Jeremy Dennis | Moelis | |
| ☐ | Ted Dillman | LATHAM & WATKINS LLP | Pure Gym Limited |
| ☐ | Malak Doss | | |
| ☐ | Christie Draves | Johnson Health Tech North America, Inc. | Official Committee of Unsecured Creditors |
| ☐ | Daniel M. Eliades | K&L Gates LLP | Planet Fitness, Inc. |
| ☐ | Kristen S. Elliott | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors |
| ☐ | Niclas A Ferland | Barclay Damon, LLP | Brooks Shopping Center, LLC; HCL Long Point LLC |
| ☐ | Matthew Friedrick | Paul Hastings LLP | Lotemb Fit LLC |
| ☐ | Richard D. Gage | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors |
| ☐ | John Gallagher | Mercury LLC | Equinox |
| ☐ | Jen Ganzi | | UCC |
| ☐ | Andrew Glenn | | |
| ☐ | Blake Goodsell | Motionsoft, Inc. | Official Committee of Unsecured Creditors |
| ☐ | William S. Gyves | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors |
| ☐ | Guy Harkless | Blink | |
| ☐ | Taylor Harrison | | |
| ☐ | Miranda Hatch | CLEARY GOTTLIEB STEEN & HAMILTON LLP | Equinox |
| ☐ | Eric Heller | Equinox | Equinox |
| ☐ | Rob Hoge | Johnson Health Tech North America, Inc. | Official Committee of Unsecured Creditors |
| ☐ | Will Holden | Equinox | Equinox |
| ☐ | Peter R Hurwitz | | |

| | | |
|---|---|---|
| ☐ Zachary Javorsky | Richards, Layton & Finger | Johnson Health Tech NA, Inc |
| ☐ Cody Kachel | | Creditor, SKY SA |
| ☐ Brya Michele Keilson | Morris James LLP | Official Committee of Unsecured Creditors |
| ☐ Thomas Kessler | CLEARY GOTTLIEB STEEN & HAMILTON LLP | Equinox Group, LLC |
| ☐ Baral Klein | Moelis | |
| ☐ Dietrich Knauth | Reuters | media |
| ☐ Peter P. Knight | Katten | Varagon Capital Partners Agent, LLC |
| ☐ John Henry Knight | Richards, Layton & Finger, P.A. | Johnson Health Tech NA, Inc |
| ☐ Tukisha Knox | Morrison Cohen LLP | L&M |
| ☐ Rebecca L Lamb | Young Conaway Stargatt & Taylor LLP | |
| ☐ Jennifer Lappe | LevFin Insights | |
| ☐ Debbie Laskin | | |
| ☐ Dorothy Ma | | |
| ☐ Akiko Matsuda | | Wall Street Journal |
| ☐ James McCauley | Richards, Layton & Finger | Pure Gym Limited |
| ☐ Matthew P. Milana | Richards, Layton & Finger | Johnson Health Tech NA, Inc |
| ☐ Curtis S. Miller | Morris Nichols Arsht & Tunnell LLP | Varagon Capital Partners Agent, LLC |
| ☐ Eric J. Monzo | Morris James LLP | Official Committee of Unsecured Creditors |
| ☐ Whit Morley | LATHAM & WATKINS LLP | Pure Gym Limited |
| ☐ Randall L. Morrison Jr., | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors |
| ☐ Michael R. Nestor | Young Conaway Stargatt & Taylor | Debtors |
| ☐ Manny Pearlman | Liberation Investment Grp | |

| | | |
|---|---|---|
| ☐ Albena Petrakov | Offit Kurman, P.A. | Platinum Gym One, Inc. and Platinum Gym Two, Inc. |
| ☐ Jeffery P. Phillips | Murphy Desmond S.C. | Johnson Health Tech NA, Inc |
| ☐ Phil Popowitz | 96 N. 10th Street Holdings LLC | Official Committee of Unsecured Creditors |
| ☐ Timothy R. Powell | Young Conaway Stargatt & Taylor, LLP | Debtors |
| ☐ Echo Qian | Morris Nichols Arsht & Tunnell LLP | Varagon Capital Partners Agent, LLC |
| ☐ John Ramirez | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors |
| ☐ Jonathan Randles | | Bloomberg News |
| ☐ Lee Rooney | Dundon | UCC |
| ☐ Larry Rosen | Equinox | Equinox |
| ☐ Alec Rovitz | Dundon | UCC |
| ☐ Roopa Sabesan | Offit Kurman, P.A. | Platinum Gym One, Inc. and Platinum Gym Two, Inc. |
| ☐ Gabriel Sasson | Paul Hastings LLP | Lotemd Fit LLC |
| ☐ Robert Schmidt | Kramer Levin Naftalis & Frankel | Interested Party |
| ☐ Lisa Schweitzer | CLEARY GOTTLIEB STEEN & HAMILTON LLP | Equinox Group, LLC |
| ☐ Andrew Scurria | Wall Street Journal | |
| ☐ Erin Powers Severini | Frost Brown Todd LLC | |
| ☐ Kevin D Shang | | Interested Party |
| ☐ Thomas C Shumaker | GS Fitness Holdings LLC | Creditor |
| ☐ Thomas C. Shumaker, Jr. | GS FIT ILL-1 LLC | Official Committee of Unsecured Creditors |
| ☐ Sally Siconolfi | Morrison Cohen LLP | L&M |

| | | |
|---|---|---|
| ☐ Bethany D. Simmons | LOEB & LOEB LLP | 5 Bryant Park Property Investors IV, LLC |
| ☐ Scott Adam Steinberg | Law Office Of Scott A. Steinberg | K/BTF Broadway LLC |
| ☐ Vince Sullivan | Law360 | |
| ☐ Damien Nicholas Tancredi | Flaster/Greenberg P.C. | Broadhollow/Pinelawn CW NF LLC |
| ☐ Jack Terzi | JTRE Holdings | Lotemd |
| ☐ Nicole Toay | Johnson Health Tech North America, Inc. | Official Committee of Unsecured Creditors |
| ☐ Michael Tucker | UB Greensfelder LLP | PPC Commercial, LLC |
| ☐ Justin T. Vartanian | | Planet Fitness, Inc. |
| ☐ Allison L Weltman | | |
| ☐ Eric R. Wilson | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors |
| ☐ Allison E. Yager | Katten | Varagon Capital Partners Agent, LLC |
| ☐ Becky Yerak | Wall Street Journal | News Corp |
| ☐ David Zubkis | | |
| ☐ Gregory de Speville | Portage Point Partners | |
| ☐ dean panos | | panos fitness |