# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 158 & 364 |
| | **Objection Deadline:**<br>**November 26, 2024 at 4:00 p.m. (ET)** |

## NOTICE OF FILING OF SECOND SUPPLEMENT TO LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that, on September 5, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 158] (the "**Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that, on September 13, 2024, the Debtors filed the *Notice of Filing of Supplement to List of Ordinary Course Professionals* [Docket No. 364] (the "**Supplemental OCP List**").

**PLEASE TAKE FURTHER NOTICE** that, in addition to the professionals listed on Exhibit 2 to the Order and Exhibit A to the Supplemental OCP List, and pursuant to paragraph

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order.

3 of the Order, the Debtors hereby supplement the OCP List (the "**Second Supplemental OCP List**"), as reflected in Exhibit A hereto.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures set forth in the Order, the Debtors hereby file the declaration of Lisl Dunlop of Axinn, Veltrop & Harkrider LLP, attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Second Supplemental OCP List must be in writing, filed with the Court, 5th Floor, 824 North Market Street, Wilmington, Delaware 19801, and served upon the Debtors' undersigned counsel on or before **4:00 p.m. (ET) on November 26, 2024**.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 12, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>          sgreecher@ycst.com<br>          amielke@ycst.com<br>          tpowell@ycst.com<br>          rlamb@ycst.com<br>          bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## **EXHIBIT A**

### Second Supplemental OCP List

| Firm Name | Address | Description of Service | OCP Cap |
|---|---|---|---|
| Axinn, Veltrop & Harkrider LLP | 114 West 47th Street, New York, NY 10036 | Legal Services – Regulatory Counsel | $90,000 |

## **EXHIBIT B**

**Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| | (Jointly Administered) |
| Debtors. | Ref. Docket No. 158 |
| | Obj. Deadline: November 26, 2024 at 4:00 p.m. (ET) |

**DECLARATION OF DISINTERESTEDNESS OF
AXINN, VELTROP & HARKRIDER LLP PURSUANT TO
THE ORDER (I) AUTHORIZING THE DEBTORS TO RETAIN AND
COMPENSATE PROFESSIONALS UTILIZED IN THE ORDINARY
COURSE OF BUSINESS AND (II) GRANTING RELATED RELIEF**

I, Lisl Joanne Dunlop, declare under penalty of perjury:

1. I am a partner of Axinn Veltrop & Harkrider LLP, located at 114 West 47th Street, New York, NY 10036 (the "**Firm**").

2. Blink Holdings, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), have requested that the Firm provide antitrust counseling and preparation of merger filings under the Hart-Scott Rodino Antitrust Improvements Act of 1976, as amended, to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for persons that are parties in interest in the Chapter 11 Cases. The Firm, however, does not perform

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

services for any such person in connection with the Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that the Firm knows to be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in the Chapter 11 Cases.

5. Neither I nor any partner of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any partner of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

7. The Firm's current customary hourly rates, subject to change from time to time, are currently $1,635 - $2,030 (partners), $970 - $1,335 (associates), and $400 - $520 (paralegals).  In the normal course of business, the Firm revises its regular hourly rates and advises that, effective January 1 of each year, the aforementioned rates will be revised to the regular hourly rates that will be in effect at that time.

8. As of the Petition Date, which was the date on which the Debtors commenced the Chapter 11 Cases, the Firm was not party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of

its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: November 11, 2024

_____
Lisl Joanne Dunlop