**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING OF MATTERS**
**SCHEDULED FOR NOVEMBER 12, 2024 AT 4:30 P.M. (ET)**

---

This proceeding will be conducted **via Zoom**.
Please refer to Judge Stickles' Chambers Procedures
(https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website
(http://www.deb.uscourts.gov/ecourt-appearances) for information on who may
participate remotely, the method of allowed participation (video or audio), Judge
Stickles' expectations of remote participants, and the advance registration requirements.

Registration is required one hour prior to the hearing.

---

**CONTESTED MATTER GOING FORWARD**

1. Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II) (A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially all of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief [D.I. 81, 8/16/24]

    Objection Deadline:   October 14, 2024 at 10:00 a.m. (ET), as extended for certain parties

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32379451.1

Related Documents:

A. Declaration of Andrew Swift in Support of Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II) (A) Authorizing and Approving the Debtors Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially all of the Debtors Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief [D.I. 174, 9/6/24]

B. Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief [D.I. 348, 9/10/24]

C. Notice of Auction and Sale Hearing [D.I. 359, 9/12/24]

D. Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 361, 9/12/24]

E. Order Approving the Stalking Horse Bid Protections [D.I. 397, 9/20/24]

F. Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 464, 10/4/24]

G. Notice of Filing of Proposed Sale Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [D.I. 466, 10/4/24]

H. Second Supplemental Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 474, 10/9/24]

I. Third Supplemental Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 516, 10/24/24]

J. Notice of Successful Bidder [D.I. 532, 10/30/24]

K. Notice of Filing of Blackline of Amended Stalking Horse Purchase Agreement [D.I. 542, 11/1/24]

L.  Reply of Varagon Capital Partners Agent, LLC, as DIP Agent and Prepetition Agent to Committee's Sale Objection [D.I. 545, 11/1/24]

M.  Witness and Exhibit List of Hartford Fire Insurance Company [D.I. 548, 11/4/24]

N.  Official Committee of Unsecured Creditors' Witness and Exhibit List [D.I. 549, 11/4/24]

O.  Notice of Successful Bidder and Next-Highest Bidder in Connection with Auction for Outer Market Assets [D.I. 550, 11/4/24]

P.  Debtors' Reply in Support of the Sale Motion and in Response to the Sale Objection Filed by the Committee [D.I. 551, 11/4/24]

Q.  Debtors' Motion for Entry of an Order Granting Leave and Permission to File Reply in Support of the Sale Motion and in Response to the Sale Objection Filed by the Committee [D.I. 552, 11/4/24]

R.  Debtors' Witness List in Connection with the Debtors' Sale Motion [D.I. 553, 11/4/24]

S.  Notice of Filing of Revised Proposed Sale Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [D.I. 554, 11/4/24]

T.  Pinnacle US Holdings, LLC's Witness List [D.I. 559, 11/4/24]

U.  Varagon's Witness and Exhibit List [D.I. 560, 11/4/24]

V.  Declaration of Lee Rooney in Support of the Objection of the Official Committee of Unsecured Creditors to Debtors' Sale Motion [(SEALED) D.I. 563, (REDACTED) D.I. 564, 11/4/24]

W.  Notice of Filing of Asset Purchase Agreement and Proposed Sale Order with Respect to Lotemd Fit LLC [D.I. 567, 11/5/24]

X.  Debtors' Amended Witness List in Connection with the Debtors' Sale Motion [D.I. 568, 11/5/24]

Y.  Declaration of Alex Wood in Support of Certain Findings in Proposed Sale Order [D.I. 569, 11/5/24]

Z.  Notice of Filing of Further Revised Proposed Sale Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [D.I. 575, 11/5/24]

AA. Official Committee of Unsecured Creditors Amended Witness and Exhibit List [D.I. 578, 11/5/24]

Responses Received:

A. Informal responses (*See* Schedule A attached hereto)

B. Objection of K/BTF Broadway LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 407, 9/25/24]

C. Limited Objection of Chelsea W26 LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 408, 9/25/24]

D. Limited Objection of Third Avenue Tower Owner LLC to Debtors' Notice of Assumption and Assignment of Executory Contras and Unexpired Leases and (II) Cure Amounts [D.I. 417, 9/25/24]

   i. Motion to Allow Reply of Third Avenue Tower Owner LLC to: Debtors' Informal Objection to Third Avenue Tower Owner LLC's Limited Objection to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 452, 9/30/24]

   ii. Reply of Third Avenue Tower Owner LLC in Support of Its Limited Objection to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 499, 10/16/24]

E. Objection of 1413 Stathan Realty LLC to Proposed Cure Amount with Respect to Assumption of Unexpired Lease re: 1413 Fulton Street, Brooklyn, NY [D.I. 418, 9/25/24]

F. Motionsoft, Inc.'s Preliminary Objection to Cure Notice and Sale and Reservation of Rights [D.I. 423, 9/26/24]

G. Objection of 480 Suffolk Avenue LLC to Proposed Cure Amounts [D.I. 424, 9/26/24]

H. CP Associates LLC's Objection to Proposed Cure Amount [D.I. 426, 9/26/24]

I. AI California LLC's Limited Objection to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 361] and (II) Cure Amounts and Reservation of Rights [D.I. 429, 9/28/24]

J. Objection of HCL Long Point LLC and Brooks Shopping Centers, LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired

Leases and (II) Cure Amounts [D.I. 430, 9/26/24]

K.  Objection of Broadhollow/Pinelawn CW NF LLC to the Proposed Cure Amount Identified by Debtors in the Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 432, 9/26/24]

L.  3560 WPR LLC and 3572 WPR LLC's Objection to Proposed Cure Amount [D.I. 433, 9/26/24] *[Withdrawn]*

   i.  Notice of Withdrawal Without Prejudice [D.I. 465, 10/4/24]

M.  Limited Objection of Creditor The Theatre Building Enterprises, LLC to Debtors' Proposed Cure Amount Identified by Debtors in the Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 434, 9/26/24]

N.  Limited Objection to the Proposed Assumption and Assignment of Certain Agreements Between Blink Fitness Franchising and Platinum Gym One, Inc. and Platinum Gym Two, Inc. [D.I. 435, 9/26/24]

O.  Limited Objection of Boerum Place LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 436, 9/26/24]

P.  Limited Objection of 5 Bryant Park Property Investors IV, LLC to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 437, 9/26/24]

Q.  Objection of PPC Commercial, LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 443, 9/26/24]

R.  Limited Objection of Kimco Landlords to Notice of Potential Assumption of Executory Contracts, Unexpired Leases and Cure Amounts [D.I. 444, 9/27/24]

S.  Objection of Vornado 692 Broadway LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 446, 9/27/24]

T.  Eclipse Capital LLC and BEC Capital Corp.'s Limited Objection to (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts and Reservation of Rights with Respect to Assumption and Assignment of Contract [D.I. 448, 9/27/24]

U.  Panos Fitness LLC's Limited Objection to (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts

and Reservation of Rights with Respect to Assumption and Assignment of Contract [D.I. 449, 9/27/24 [D.I. 449, 9/27/24]

V. Limited Objection of Levin Properties, L.P. to Proposed Assumption of Executory Contracts and Cure Amounts [D.I. 450, 9/30/24]

W. Limited Objection of 16302 Jamaica Avenue LLC, 15519 Normandie, LLC, Brixmor Holdings 12 SPE, LLC, Primestor Jordan Downs, LLC, Lodi Value Add II, LLC and UE Bergen Mall Owner LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 451, 9/30/24]

X. Limited Objection of 15519 Normandie, LLC, 16302 Jamaica Avenue LLC, Brizmor Holdings 12 SPE, LLC, Primestor Jordan Downs, LLC, Lodi Value Add II, LLC, and UE Bergen Mall Owner LLC to Debtors' Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II) (A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially all of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief [D.I. 486, 10/14/24]

Y. Hartford Fire Insurance Company's Limited Objection to Debtors Sale Motion and Proposed Sale Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [D.I. 495, 10/15/24]

Z. Equinox Holdings, Inc.'s Limited Response and Objection to Debtors' Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II)(A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially all of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief [D.I. 512, 10/21/24]

AA. [SEALED] Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All

      Encumbrances, (III) Approving the Assumption and Assignment of the Assumed Contracts, and (IV) Granting Related Relief [D.I. 515, 10/23/24]

BB. Objection of K/BTF Broadway LLC to Proposed Assumption and Assignment of Unexpired Lease with Blink Hicksville, Inc. on Grounds of Failure to Provide Adequate Assurance of Future Performance [D.I. 541, 11/1/24]

CC. Supplemental Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Entry into an Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Assumed Contracts, and (IV) Granting Related Relief [D.I. 546, 11/1/24]

DD. Motionsoft, Inc.'s Supplemental Objection to Sale and Reservation of Rights [D.I. 573, 11/5/24]

EE. Statement and Reservation of Rights of Bidder Supreme Orange LLC Concerning the Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Assumed Contracts, and (IV) Granting Related Relief [D.I. 576, 11/5/24]

Status:    This matter is going forward with respect to approval of the sale of the Debtors' assets to the Successful Bidder, including with respect to Items X, AA, BB, CC, and EE. The Debtors are prepared to present resolutions reached with respect to Items Z and DD. All other responses received have either been resolved or adjourned to the next omnibus hearing, as further detailed on Schedule A hereto.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 12, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Sean T. Greecher*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>       sgreecher@ycst.com<br>       amielke@ycst.com<br>       tpowell@ycst.com<br>       rlamb@ycst.com<br>       bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

**SCHEDULE A**

**Summary of Resolved or Adjourned Objections and Responses[1]**

| | OBJECTION | SPECIFIC OBJECTION | RESPONSE TO OBJECTION / STATUS |
|---|---|---|---|
| **INFORMAL RESPONSES** | | | |
| 1. | Informal Response from the Office of the United States Trustee | The Office of the United States Trustee (the "**UST**") provided comments to the Debtors regarding the form of sale order. | The Debtors filed a revised form of sale order, which resolved the UST's comments. |
| 2. | Informal Response from Bank of America, N.A. | Bank of America, N.A. ("**BofA**") provided comments to the Debtors regarding the form of sale order. | The Debtors filed a revised form of sale order, which resolved BofA's comments. |
| 3. | Informal Response from 250 Utica Owners LLC | 250 Utica Owners LLC ("**Utica**") provided comments to the Debtors regarding the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved Utica's objection. |
| 4. | Informal Response from 301-303 West 125 LLC | 301-303 West 125 LLC ("**West 125**") provided comments to the Debtors regarding the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved West 125's objection. |
| 5. | Informal Response from 5510-5520 Broadway LLC | 5510-5520 Broadway LLC ("**5510-5520 Broadway**") provided comments to the Debtors regarding the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved 5510-5520 Broadway's objection. |
| 6. | Informal Response from Amazon Web Services, Inc. | Amazon Web Services, Inc. ("**AWS**") provided comments to the Debtors regarding the inclusion of its contract in the Assumption and Assignment Notice. | The Debtors filed a supplemental cure notice, which resolved AWS's objection. |
| 7. | Informal Response from FW IL-Riverside/Rivers Edge LLC | FW IL-Riverside/Rivers Edge LLC ("**Riverside**") provided comments to the Debtors regarding the proposed cure amount associated with its contract. | The Debtors resolved Riverside's informal comments. |
| 8. | Informal Response from GoodEarth Distribution LLC | GoodEarth Distribution LLC ("**GoodEarth**") provided comments to the Debtors regarding the proposed cure amount associated with its contract. | The Debtors resolved GoodEarth's informal comments. |

---

[1] Capitalized terms used but not defined in this Schedule A shall have the meanings given to them in the *Debtors' Motion for Entry of Orders (I) (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II) (A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially all of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief* [D.I. 81].

| | OBJECTION | SPECIFIC OBJECTION | RESPONSE TO OBJECTION / STATUS |
|---|---|---|---|
| 9. | Informal Response from Grand Baldwin Associates | Grand Baldwin Associates ("**GBA**") provided comments to the Debtors regarding the proposed cure amount associated with its contract. | The Debtors resolved GBA's informal comments. |
| 10. | Informal Response from Johnson Heath Tech North America Inc. | Johnson Health Tech North America Inc. ("**Johnson Health**") provided comments to the Debtors regarding the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved Johnson Health's objection. |
| 11. | Informal Response from L&M Master Fund Series B | L&M Master Fund Series B ("**L&M**") provided comments to the Debtors regarding the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved L&M's objection. |
| 12. | Informal Response from Linden Commons Retail LLC | Linden Commons Retail LLC ("**Linden**") provided comments to the Debtors regarding the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved Linden's objection. |
| 13. | Informal Response from Rancho Marketplace Gateway LLC | Rancho Marketplace Gateway LLC ("**Rancho**") provided comments to the Debtors regarding the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved Rancho's objection. |
| 14. | Informal Response from Sam Spilkes LLC | Sam Spilkes LLC ("**SS**") provided comments to the Debtors regarding the proposed cure amount associated with its contract. | The Debtors resolved SS's informal comments. |
| 15. | Informal Response from TD Equipment Finance Inc. | TD Equipment Finance Inc. ("**TD**") provided comments to the Debtors regarding the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved TD's objection. |
| 16. | Informal Response from The Ultimate Software Group Inc. | The Ultimate Software Group Inc. ("**USG**") provided comments to the Debtors regarding the proposed cure amount associated with its contract. | The Debtors resolved USG's informal comments. |
| **FORMAL OBJECTIONS**[2] | | | |
| B. | Objection of K/BTF Broadway LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 407, 9/25/24] | K/BTF Broadway LLC ("**K/BFT**") objected to the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved K/BFT's objection. |
| C. | Limited Objection of Chelsea W26 LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 408, 9/25/24] | Chelsea W26 LLC ("**Chelsea W26**") objected to the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved Chelsea W26's objection. |

---

[2] Lettering aligns with above agenda.

| | OBJECTION | SPECIFIC OBJECTION | RESPONSE TO OBJECTION / STATUS |
|---|---|---|---|
| D. | Limited Objection of Third Avenue Tower Owner LLC to Debtors' Notice of Assumption of Lease/Executory Contract – Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 417, 9/25/24]; Motion to Allow Reply of Third Avenue Tower Owner LLC to: Debtors' Informal Objection to Third Avenue Tower Owner LLC's Limited Objection to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 452, 9/30/24]; Reply of Third Avenue Tower Owner LLC in Support of Its Limited Objection to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 499, 10/16/24] | Third Avenue Tower Owner LLC ("**Third Avenue**") objected to the proposed cure amount associated with its contract. | The Debtors and Third Avenue are in discussions to resolve Third Avenue's objection. This matter will be adjourned to the next omnibus hearing. |
| E. | Objection of 1413 Stathan Realty LLC to Proposed Cure Amount with Respect to Assumption of Unexpired Lease re: 1413 Fulton Street, Brooklyn, NY [D.I. 418, 9/25/24] | 1413 Stathan Realty LLC ("**Stathan**") objected to the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved Stathan's objection. |
| F. | Preliminary Objection to Cure Notice and Sale and Reservation of Rights [D.I. 423, 9/26/24] | MotionSoft, Inc. ("**MotionSoft**") objected to the proposed cure amount associated with its contract and the exclusion of certain agreements from the Assumption and Assignment Notice. | The Debtors filed a supplemental cure notice, which resolved MotionSoft's cure objection. |
| G. | Objection of 480 Suffolk Avenue LLC to Proposed Cure Amounts [D.I. 424, 9/26/24] | 480 Suffolk Avenue LLC ("**Suffolk**") objected to the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved Suffolk's objection. |
| H. | Objection to Proposed Cure Amount [D.I. 426, 9/26/24] | CP Associates LLC ("**CP**") objected to the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved CP's objection. |
| I. | AI California LLC's Limited Objection to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 361] and (II) Cure Amounts and Reservation of Rights [D.I. 429, 9/26/24] | AI California LLC filed a reservation of rights with respect to cure. | N/A |
| J. | Objection of HCL Long Point LLC and Brooks Shopping Centers, LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 430, 9/26/24] | HCL Long Point LLC ("**HCL**") objected to the proposed cure amount associated with its contract. Brooks Shopping Centers, LLC reserved all rights with respect to cure. | The Debtors resolved HCL's objection. |

| | OBJECTION | SPECIFIC OBJECTION | RESPONSE TO OBJECTION / STATUS |
|---|---|---|---|
| K. | Objection of Broadhollow/Pinelawn CW NF LLC to the Proposed Cure Amount Identified by Debtors in the Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 432, 9/26/24] | Broadhollow/Pinelawn CW NF LLC ("**B/P**") objected to the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved B/P's objection. |
| L. | Objection to Proposed Cure Amount [D.I. 433, 9/26/24] | 3560 WPR LLC and 3572 WPR LLC (together, "**WPR**") objected to the proposed cure amount associated with its contract. | WPR's objection has been withdrawn [D.I. 465]. |
| M. | Limited Objection of Creditor the Theatre Building Enterprises, LLC to Debtors' Proposed Cure Amount for Assumption of Unexpired Lease for Premises at 3611 14th Avenue, Suite 400, Brooklyn, New York [D.I. 434, 9/26/24] | The Theater Building Enterprises, LLC ("**Theater**") objected to the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved Theater's objection. |
| N. | Limited Objection to the Proposed Assumption and Assignment of Certain Agreements Between Blink Fitness Franchising and Platinum Gym One, Inc. and Platinum Gym Two, Inc. [D.I. 435, 9/26/24] | Platinum Gym One, Inc. and Platinum Gym Two, Inc. filed a reservation of rights with respect to cure. | N/A |
| O. | Limited Objection of Boerum Place LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 436, 9/26/24] | Boerum Place LLC ("**Boerum**") objected to the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved Boerum's objection. |
| P. | Limited Objection of 5 Bryant Park Property Investors IV, LLC to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 437, 9/26/24] | 5 Bryant Park Property Investors IV, LLC ("**Bryant**") objected to the proposed cure amount associated with its contract. | The Debtors will file a supplemental cure notice, which resolves Bryant's objection. |
| Q. | Objection of PPC Commercial, LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 443, 9/26/24] | PPC Commercial, LLC ("**PPC**") objected to the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved PPC's objection. |
| R. | Limited Objection of Kimco Landlords to Notice of Potential Assumption of Executory Contracts, Unexpired Leases and Cure Amounts [D.I. 444, 9/27/24] | Kimco Landlords ("**Kimco**") objected to the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolved Kimco's objection. |
| S. | Objection of Vornado 692 Broadway LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 446, 9/27/24] | Vornado 692 Broadway LLC ("**Vornado**") objected to the proposed cure amount associated with its contract. | The Debtors and Vornado are in discussions to resolve Vornado's objection, which will be adjourned to the next omnibus hearing. |

|  | **OBJECTION** | **SPECIFIC OBJECTION** | **RESPONSE TO OBJECTION / STATUS** |
|---|---|---|---|
| T. | Limited Objection to (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts and Reservation of Rights with Respect to Assumption and Assignment of Contract [D.I. 448, 9/27/24] | Eclipse Capital LLC and BEC Capital Corp. filed a reservation of rights with respect to cure. | N/A |
| U. | Limited Objection to (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts and Reservation of Rights with Respect to Assumption and Assignment of Contract [D.I. 449, 9/27/24] | Panos Fitness LLC filed a reservation of rights with respect to cure. | N/A |
| V. | Limited Objection of Levin Properties, L.P. to Proposed Assumption of Executory Contracts and Cure Amounts [D.I. 361] [D.I. 450, 9/30/24] | Levin Properties, L.P. ("**Levin**") objected to the proposed cure amount associated with its contract. | The Debtors filed a supplemental cure notice, which resolves Levin's objection. |
| W. | Limited Objection of 16302 Jamaica Avenue LLC, 15519 Normandie, LLC, Brixmor Holdings 12 SPE, LLC, Primestor Jordan Downs, LLC, Lodi Value Add II, LLC and UE Bergen Mall Owner LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 451, 9/30/24] | 16302 Jamaica Avenue LLC, 15519 Normandie, LLC, Brixmor Holdings 12 SPE, LLC, Primestor Jordan Downs, LLC, Lodi Value Add II, LLC and UE Bergen Mall Owner LLC (together, the "**D.I. 451 Counterparties**") objected to the proposed cure amount associated with their respective contracts or reserved all rights with respect to cure, as applicable. | The Debtors and the D.I. 451 Counterparties are in discussions to resolve D.I. 451 Counterparties' objection, which will be adjourned to the next omnibus hearing. |