# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 8, 61, 164 & 60̶1 |

## ORDER APPROVING STIPULATION BY AND BETWEEN
## THE DEBTORS AND AFCO PREMIUM CREDIT LLC

Upon consideration of the *Stipulation by and Between the Debtors and AFCO Premium Credit LLC* (the "**Stipulation**"),[2] attached hereto as Exhibit 1, and the related *Certification of Counsel Regarding Stipulation by and Between the Debtors and AFCO Premium Credit LLC*; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that due and appropriate notice of the relief provided for herein has been given under the circumstances; and the Court having determined that the agreement set forth in the Stipulation is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and good and sufficient cause appearing therefor,

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Stipulation.

32354747.3

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation attached hereto as <u>Exhibit 1</u> is hereby APPROVED.

2. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

3. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order or the Stipulation.

**Dated: November 12th, 2024**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

32354747.3

2