# EXHIBIT 1

**Stipulation**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 8, 61, & 164 |

## STIPULATION BY AND BETWEEN
## THE DEBTORS AND AFCO PREMIUM CREDIT LLC

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") and AFCO Premium Credit LLC ("**AFCO**," and together with the Debtors, the "**Parties**") hereby enter into this stipulation (this "**Stipulation**"), granting AFCO relief from the automatic stay pursuant to section 362 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), solely to the extent set forth below.

## RECITALS

WHEREAS, on August 12, 2024 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

WHEREAS, on the Petition Date, the Debtors filed the *Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance and Surety Programs, Including Payment of*

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32354747.3

*Policy Premiums, Broker Fees, and Claims Administrator Fees, and (B) Continuation of Insurance Premium Financing Program; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief* [Docket No. 8] (the "**Motion**")[2] with the Court.

WHEREAS, on August 13, 2024, the Court entered an order approving the Motion on an interim basis [Docket No. 61] (the "**Interim Order**"), and on September 5, 2024, the Court entered an order approving the Motion on a final basis [Docket No. 164] (the "**Final Order**" and together with the Interim Order, the "**Orders**").

WHEREAS, following entry of and in accordance with the Final Order, the Debtors seek to enter into certain commercial premium finance agreements (together, the "**PFAs**") with AFCO.

WHEREAS, after negotiations between the Parties related to the PFAs, the Parties have agreed to grant AFCO limited relief from the automatic stay pursuant to section 362 of the Bankruptcy Code solely on the terms set forth herein.

## STIPULATION

1. This Stipulation is subject to the approval of the Court and shall take effect only once approved by the Court.

2. Upon at least fourteen (14) days' prior written notice to the Debtors, counsel for the official committee appointed in these chapter 11 cases, counsel for Varagon Capital Partners Agent, LLC, and the Office of the United States Trustee, AFCO shall be granted relief from the automatic stay pursuant to section 362 of the Bankruptcy Code to permit AFCO, upon the occurrence and continuance of an event of default beyond the period provided under the PFAs

---

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Motion.

32354747.3

2

to cure any such event of default, to exercise any rights and remedies provided to AFCO under the PFAs or other applicable law, including but not limited to the right to cancel all financed policies to the extent allowed by law or the PFAs and pursue remedies provided under the Bankruptcy Code without further order of the Court; *provided*, *however*, that any unearned premiums shall be reimbursed as provided for under the terms of the PFAs.

3. The terms of the Orders shall remain in full force and effect.

4. This Stipulation constitutes the entire agreement and supersedes all other prior agreements and understandings, both written and oral, between the Debtors and AFCO with respect to the PFAs during the Debtors' chapter 11 cases, and, except as otherwise expressly provided herein, is not intended to confer upon any other person any rights or remedies hereunder.

5. This Stipulation is governed by and shall be construed in accordance with the laws of the State of Delaware without regard to its conflicts of law provisions.

6. The undersigned persons represent and warrant that they have full authority to execute this Stipulation on behalf of the Parties, as applicable, and that the undersigned persons have full knowledge of and have consented to this Stipulation.

7. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. This Stipulation may be executed by electronic signatures, and such electronic signatures will be deemed to be valid whether or not confirmed by delivering the original signatures in person, by courier, or mail.

8. This Stipulation may not be amended without the express written consent of the Parties.

9. This Stipulation shall be binding upon the Parties and upon all of their affiliates, assigns, and successors, including, without limitation, any bankruptcy trustee that may be appointed in the future.

10. It is acknowledged that the Debtors and AFCO participated in and jointly consented to the drafting of this Stipulation and that any claimed ambiguity shall not be construed for or against either of the Parties on account of such drafting.

*[Signature Page Follows]*

| | |
|---|---|
| **AFCODIRECT ‖ CAFO Inc.** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| <u>/s/ Sheri L. Jaillette</u><br>Sheri L. Jaillette<br>Senior Vice President<br>Associate General Counsel<br>Telephone: 843-292-5146<br>Email: sjaillette@truist.com<br><br>*Counsel to AFCO Premium Credit LLC* | <u>/s/ Allison S. Mielke</u><br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  mnestor@ycst.com<br>           sgreecher@ycst.com<br>           amielke@ycst.com<br>           tpowell@ycst.com<br>           rlamb@ycst.com<br>           bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |