# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 81, 348, 350, 397, 466, 554, 575, & 603** |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED SALE ORDER (I) APPROVING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF

On November 12, 2024, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases filed the *Notice of Filing of Second Further Revised Proposed Sale Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 603] (the "**Notice**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**") in advance of a continued hearing (the "**Hearing**") at which the Court approved the sale of a significant portion of the Debtors' assets. A proposed form of order approving the sale of the Debtors' assets was attached as Exhibit A to the Notice (the "**Proposed Order**").

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32383441.2

After the Court issued its ruling at the Hearing, the Debtors worked with counsel for the official committee of unsecured creditors appointed in the Debtors' chapter 11 cases, the Debtors' lenders, and Pinnacle US Holdings LLC (collectively, the "**Interested Parties**") on a consensual form of sale order. The Debtors and the Interested Parties have agreed to a revised form of order (the "**Revised Proposed Order**") that reflects the Court's ruling at the Hearing. For the convenience of the Court and other interested parties, a changed-page only blackline comparing the Revised Proposed Order against the Proposed Order is attached hereto as Exhibit B.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 13, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  mnestor@ycst.com<br>    sgreecher@ycst.com<br>    amielke@ycst.com<br>    tpowell@ycst.com<br>    rlamb@ycst.com<br>    bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |