**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 612**<br>**Hearing Date: January 7, 2025 at 10:30 a.m. (ET)**<br>**Obj. Deadline: December 4, 2024 at 4:00 p.m. (ET)** |

**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
AN ORDER AUTHORIZING THE COMMITTEE TO REDACT CERTAIN
CONFIDENTIAL INFORMATION IN CONNECTION WITH THE
COMMITTEE'S MOTION FOR LEAVE, STANDING AND AUTHORITY
TO COMMENCE, PROSECUTE, AND SETTLE CERTAIN CLAIMS
AND CAUSES OF ACTION ON BEHALF OF THE DEBTORS' ESTATES**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases of the above-captioned cases debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby files this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), pursuant to sections 105(a) and 107 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Committee to file under seal *The Official Committee of Unsecured Creditors Motion for Leave, Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action*

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting counsel for the Debtors.

*on Behalf of Debtors' Estates* (the "Motion for Leave") [Docket No. 612]. In support of this Motion, the Committee respectfully states as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested herein are sections 105 and 107 of the Bankruptcy Code and Bankruptcy Rule 9018.

4. Pursuant to Local Rule 9013-1(f), the Committee consents to the entry of a final judgment or order with respect to this Motion if it is determined that this Court lacks Article III jurisdiction to enter such final order or judgment absent consent of the parties.

## BACKGROUND

5. On August 12, 2024 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court. Since the Petition Date, the Debtors have remained in possession of their assets and continue to operate and manage their business as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6. On October 15, 2024 the Court entered orders authorizing the Committee's retention of Kelley Drye & Warren LLP as lead counsel to the Committee effective as of August 26, 2024 [Docket No. 490]; Morris James LLP as Delaware Counsel to the Committee Nunc Pro Tunc to August 28, 2024 [Docket No. 491]; and Dundon Advisers LLC as financial advisor to the Committee effective as of August 27, 2024 [Docket No. 492], for the specific purposes detailed in

Kelley Drye & Warren LLP's, Morris James LLP's, and Dundon Advisors LLC's retention applications filed on September 25, 2024 (the "Applications") Docket Nos. 414-416].

7. On September 18, 2024, Court entered the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, and (B) Utilize Cash Collateral; (II) Granting Senior Secured Priming Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection to the Prepetition Secured Parties; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* (the "Final DIP Order").[2]

## RELIEF REQUESTED

8. By this Motion, the Committee seeks entry of the Proposed Order authorizing the Committee to file under seal the Motion for Leave.

## BASIS FOR RELIEF

9. Section 107(b) of the Bankruptcy Code provides, in pertinent part:

> On the request of a party in interest, the bankruptcy court shall…(1) protect an entity with respect to a trade secret or confidential research, development, or commercial information…[3]

10. Bankruptcy Rule 9018, in turn, explains the process by which a party-interest may seek relief under Bankruptcy Code section 107(b):

> On motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information….[4]

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9018-1(d)

11. To the best of the knowledge, information, and belief of the undersigned counsel to the Committee, the Motion for Leave contains information that is confidential, as contemplated by

---

[2] Docket No. 393.
[3] 11 U.S.C. § 107(b).
[4] Fed. R. Bankr. P. 9018; *see also* Local Rule 9018-1.

3

Local Rule 9018-1(d)(iii). Counsel for the Committee and counsel for the Debtors have conferred in good faith and reached agreement concerning what information contained the Proposed Sealed Document must remain sealed from public view.

12. In accordance with Local Rule 9018-1(d), the Committee will file with the Court a publicly viewable redacted form of the Motion for Leave.

## NOTICE

13. Notice of this Motion has been or will be provided to: (i) the U.S. Trustee; (ii) counsel to the Debtors; (iii) counsel to the Prepetition Agent and DIP Agent; (iv) counsel to Equinox Holdings, Inc.; and (v) all parties that have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Committee submits that no other or further notice is necessary.

*[Remainder of Page Intentionally Left Blank]*

**CONCLUSION**

WHEREFORE, the Committee requests entry of the Proposed Order, granting the relief requested herein and such other and further relief as just and proper.

Dated: November 15, 2024

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
           bkeilson@morrisjames.com
           scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
           kelliott@kelleydrye.com
           abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*