**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: January 7, 2025 at 10:30 a.m. (ET)**<br>**Obj. Deadline: December 4, 2024 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR AN ORDER AUTHORIZING THE COMMITTEE TO REDACT
CERTAIN CONFIDENTIAL INFORMATION IN CONNECTION WITH THE
COMMITTEE'S MOTION FOR LEAVE, STANDING AND AUTHORITY
TO COMMENCE, PROSECUTE, AND SETTLE CERTAIN CLAIMS
AND CAUSES OF ACTION ON BEHALF OF THE DEBTORS' ESTATES**

  **PLEASE TAKE NOTICE** that on November 15, 2024, the Official Committee of Unsecured Creditors appointed in the above-referenced bankruptcy cases (the "Committee") filed *Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to Redact Certain Confidential Information in Connection with the Committee's Motion for Leave, Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action on Behalf of Debtors' Estates* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

  **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court as to be received prior to **December 4, 2024 at 11:00 a.m. (ET) (the "Objection Deadline").** At the same time, you must also serve a copy of the response upon the undersigned counsel to the Committee:

  **PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held on **January 7, 2025 at 10:30 a.m. (ET) (the "Hearing Date")** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

---

[1]  The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting counsel for the Debtors.

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: November 15, 2024 | **MORRIS JAMES LLP** |

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
   bkeilson@morrisjames.com
   scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
   kelliott@kelleydrye.com
   abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*