## **EXHIBIT A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. ___** |

**ORDER AUTHORIZING THE COMMITTEE TO REDACT CERTAIN
CONFIDENTIAL INFORMATION IN CONNECTION WITH THE
COMMITTEE'S MOTION FOR LEAVE, STANDING AND AUTHORITY
TO COMMENCE, PROSECUTE, AND SETTLE CERTAIN CLAIMS
AND CAUSES OF ACTION ON BEHALF OF THE DEBTORS' ESTATES**

Upon the motion (the "Motion")[2] of the Committee for entry of an order pursuant to sections 105 and 107 of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1 authorizing the Committee to redact certain confidential information in connection with the Motion for Leave, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b); (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interest of all parties; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting counsel for the Debtors.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Motion.

2

        2.        The Committee is authorized to file an un-redacted version of the Motion for Leave under seal.

        3.        The Committee is permitted to file a redacted version of the Motion for Leave.

        4.        The un-redacted version of the Motion for Leave may not be unsealed unless and until permitted by further order of this Court.

        5.        The Committee is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

        6.        This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.