# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 618, 619, 621** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the following pleadings:

- [REDACTED] The Official Committee of Unsecured Creditors' Motion for Leave, Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action on Behalf of the Debtors' Estates [D.I. 618];

- Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to Redact Certain Confidential Information in Connection with the Committee's Motion for Leave, Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action on Behalf of Debtors' Estates [D.I. 619]; and

- Amended Notice of the Official Committee of Unsecured Creditors' Motion for Leave, Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action on Behalf of the Debtors' Estates [D.I. 621]

upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail or First-Class mail, postage prepaid thereon, on the parties listed on the attached service list.

*/s/ Siena B. Cerra*
Siena B. Cerra (DE Bar No. 7290)

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting counsel for the Debtors.

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| 125 PARK OWNER LLC | ATTN: BRETT HERSCHENFELD | 420 LEXINGTON AVENUE, SUITE 1800 | | | | NEW YORK | NY | 10170 | BRETT.HERSCHENFELD@SLGREEN.COM |
| 96 NORTH 10TH STREET HOLDINGS LLC | ATTN: MORDY GETZ | C/O TRANSITIONS ACQUISITIONS LLC | 232 BROADWAY, SUITE 400 | | | BROOKLYN | NY | 11211 | MORDY@SPARKREMGMT.COM |
| A&G REALTY PARTNERS, LLC | ATTN: ANDY GRAISER | 445 BROADHOLLOW RD, SUITE 410 | | | | MELVILLE | NY | 11747 | ANDY@AGREP.COM |
| ALSTON & BIRD LLP | COUNSEL TO BOFA | JACOB A. JOHNSON | ONE ATLANTIC CENTER | 1201 WEST PEACHTREE STREET, SUITE 4900 | | ATLANTA | GA | 30309-3424 | JACOB.JOHNSON@ALSTON.COM |
| ALSTON & BIRD LLP | COUNSEL TO BOFA | STEPHEN M. BLANK | 90 PARK AVENUE | | | NEW YORK | NY | 10016-1387 | STEPHEN.BLANK@ALSTON.COM |
| ASHBY & GEDDES, P.A. | COUNSEL TO EQUINOX | RICARDO PALACIO & DESTINY KOSLOSKE | 500 DELAWARE AVENUE, 8TH FLOOR | | | WILMINGTON | DE | 19801 | RPALACIO@ASHBYGEDDES.COM; DKOSLOSKE@ASHBYGEDDES.COM |
| AVENUE CODE, LLC | ATTN: MICHELE MARQUES | 26 O FARRELL STREET, STE. 600 | | | | SAN FRANCISCO | CA | 94108 | |
| AWESOMENESSTV HOLDINGS, LLC | ATTN: TRUPTI PATEL | C/O VIACOM REALTY CORPORATION | 1515 BROADWAY | | | NEW YORK | NY | 10036 | TRUPTI.PATEL@PARAMOUNT.COM |
| BALLARD SPAHR LLP | COUNSEL TO THE "LANDLORDS" | LESLIE C. HEILMAN, LAUREL D. ROGLEN & | MARGARET A. VESPER | 919 N. MARKET STREET, 11TH FLOOR | | WILMINGTON | DE | 19801-3034 | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; VESPERM@BALLARDSPAHR.COM |
| BELKIN BURDEN GOLDMAN, LLP | (COUNSEL TO THEATRE BUILDING) | ATTN JAY B. SOLOMON | ONE GRAND CENTRAL PLACE | 60 E 42ND STREET, 16TH FLOOR | | NEW YORK | NY | 10165 | jsolomon@bbglllp.com |
| BELKIN BURDEN GOLDMAN, LLP | COUNSEL TO THE THEATRE BUILDING | JAY B. SOLOMON, ESQ. | ONE GRAND CENTRAL PLACE | 60 E. 42ND STREET, 16TH FLOOR | | NEW YORK | NY | 10165 | |
| BRADLEY ARANT BOULT CUMMINGS LLP | COUNSEL TO MOTIONSOFT | JAMES B. BAILEY, ESQUIRE | ONE FEDERAL PLACE | 1819 5TH AVENUE N | | BIRMINGHAM | AL | 35203 | JBAILEY@BRADLEY.COM |
| BRIXMOR SPE 6LLC | ATTN: DAVID GERSTENHABER | 1525 FARADAY AVE, STE 350 | | | | CARLSBAD | CA | 92008 | DAVID.GERSTENHABER@BRIXMOR.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | COUNSEL TO ORACLE | SHAWN M. CHRISTIANSON, ESQ. | 425 MARKET STREET, SUITE 2900 | | | SAN FRANCISCO | CA | 94105-3493 | SCHRISTIANSON@BUCHALTER.COM |
| BURR & FORMAN LLP | COUNSEL TO RANCHO MARKETPLACE | J. CORY FALGOWSKI | 222 DELAWARE AVENUE, SUITE 1030 | | | WILMINGTON | DE | 19801 | JFALGOWSKI@BURR.COM |
| BURR & FORMAN LLP | COUNSEL TO RANCHO MARKETPLACE | J. ELLSWORTH SUMMERS JR. & DANA L. ROBBINS | 50 NORTH LAURA STREET, SUITE 3000 | | | JACKSONVILLE | FL | 32202 | ESUMMERS@BURR.COM; DROBBINS@BURR.COM |
| CHARLES E. BOULBOL, P.C. | COUNSEL TO 78-14 ROOSEVELT LLC | CHARLES E. BOULBOL | 26 BROADWAY, 17TH FLOOR | | | NEW YORK | NY | 10004 | RTRACK@MSN.COM |
| CHICAGO, IL 4644-4658 S DREXEL LLC | ATTN: SCOTT NICHOLSON | C/O INSITE REAL ESTATE LLC | 1400 16TH ST, STE 300 | | | OAK BROOK | IL | 60523 | SNICHOLSON@INSITEREALESTATE.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO EQUINOX | LISA M. SCHWEITZER & THOMAS S. KESSLER | ONE LIBERTY PLAZA | | | NEW YORK | NY | 10006 | LSCHWEITZER@CGSH.COM; TKESSLER@CGSH.COM |
| COLE SCHOTZ P.C. | COUNSEL TO PINNACLE US HOLDINGS LLC | NORMAN L. PERNICK & G. DAVID DEAN | 500 DELAWARE AVENUE, SUITE 1410 | | | WILMINGTON | DE | 19801 | NPERNICK@COLESCHOTZ.COM; DDEAN@COLESCHOTZ.COM |
| CONNOLLY GALLAGHER LLP | COUNSEL TO KRE BROADWAY OWNER LLC | & AI CALIFORNIA LLC | KAREN C. BIFFERATO, ESQ. | 1201 NORTH MARKET STREET, 20TH FLOOR | | WILMINGTON | DE | 19801 | kbifferato@connollygallagher.com |
| COOCH AND TAYLOR, P.A. | COUNSEL TO MOTIONSOFT | R. GRANT DICK IV & KEVIN D. LEVITSKY | 1000 N. WEST ST., SUITE 1500 | | | WILMINGTON | DE | 19801 | GDICK@COOCHTAYLOR.COM; KLEVITSKY@COOCHTAYLOR.COM |
| DUARTE BROTHERS WOODWORK INC. | ATTN: NORBEY DUARTE | 97-21 78TH STREET | | | | OZONE PARK | NY | 11416 | |
| EAST 54TH STREET PARTNERS LLC | ATTN: JACK TERZI | C/O JTRE | 362 5TH AVE, 12TH FL | | | NEW YORK | NY | 10001 | JACK@JTREHOLDINGS.COM |
| ENEL X NORTH AMERICA, INC. | ATTN: RALPH CAMPANELLI | 100 BRICKSTONE SQUARE, STE 300 | | | | ANDOVER | MA | 01810 | RALPH.CAMPANELLI@ENEL.COM |
| EQUINOX HOLDINGS, INC. | ATTN: ARLENE HONG | 31 HUDSON YARDS, 15TH FL | | | | NEW YORK | NY | 10001 | ARLENE.HONG@EQUINOX.COM |
| EQUINOX HOLDINGS, INC. | C/O CLEARY GOTTLIEB STEEN HAMILTON | ATTN: TOM BEDNAR | 2112 PENNSYLVANIA AVENUE, NW | | | WASHINGTON | DC | 20037 | TBEDNAR@CGSH.COM; DRKRAMER@CGSH.COM; SPYUN@CGSH.COM |
| FARRELL FRITZ, P.C. | COUNSEL TO SAM SPILKES, LLC | PATRICK COLLINS & DARREN A. PASCARELLA | 400 RXR PLAZA | | | UNIONDALE | NY | 11556 | PCOLLINS@FARRELLFRITZ.COM; DPASCARELLA@FARRELLFRITZ.COM |
| GLE-III, LLC | | C/O HYDE PARK REALTY COM | HYDE PARK RD, STE 100, PO BOX 5020 | | | NEW HYDE PARK | NY | 11042 | TBUCKSTEIN@KIMCOREALTY.COM |
| GLENN AGRE BERGMAN & FUENTES LLP | COUNSEL TO SL GREEN REALTY CORP | ANDREW K. GLENN & MALAK S. DOSS | 1185 AVENUE OF THE AMERICAS | 22ND FLOOR | | NEW YORK | NY | 10036 | AGLENN@GLENNAGRE.COM; MDOSS@GLENNAGRE.COM |
| GOOD EARTH DISTRIBUTION, LLC | ATTN: MEREDITH COVE | 440 WEST STREET | | | | FORT LEE | NJ | 07024 | MEREDITH.COVE@GOODEARTHPRODUCTS.COM |
| HPS INVESTMENT PARTNERS, LLC | ADMINISTRATIVE & COLLATERAL AGT | ATTN: ALEXEY PAZUKHA, COLBERT CANNON | 40 WEST 57TH STREET, 33RD FLOOR | | | NEW YORK | NY | 10019 | ALEXEY.PAZUKHA@HPSPARTNERS.COM; COLBERT.CANNON@HPSPARTNERS.COM |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY | 1500 PENNSYLVANIA AVENUE, N.W. | | | | WASHINGTON | DC | 20220 | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| JASPAN SCHLESINGER NARENDRAN LLP | COUNSEL TO 480 SUFFOLK | SOPHIA A. PERNA-PLANK, ESQ. | 300 GARDEN CITY PLAZA, 5TH FLOOR | | | GARDEN CITY | NY | 11530 | SPERNAPLANK@JASPANLLP.COM |
| JOHNSON HEALTH TECH NA, INC. | ATTN: PHYLLIS DANNIN | 27829 NETWORK PLACE | | | | CHICAGO | IL | 60673-1278 | PHYLLIS.DANNIN@MATRIXFITNESS.COM |
| JTRE 23 WS (DEL) LLC | ATTN: JACK TERZI | C/O JTRE | 362 5TH AVE, 12TH FL | | | NEW YORK | NY | 10001 | JACK@JTREHOLDINGS.COM |
| KATTEN MUCHIN ROSENMAN LLP | COUNSEL TO VARAGON | PETER P. KNIGHT & ALLISON E. YAGER | 525 W. MONROE STREET | | | CHICAGO | IL | 60661 | PETER.KNIGHT@KATTEN.COM; ALLISON.YAGER@KATTEN.COM |
| KELLEY DRYE & WARREN LLP | COUNSEL TO THE COMMITTEE | KRISTIN S. ELLIOTT, ANDRES BARAJAS | CONNIE Y. CHOE | 3 WORLD TRADE CENTER | | NEW YORK | NY | 10007 | KELLIOTT@KELLEYDRYE.COM; ABARAJAS@KELLEYDRYE.COM; CCHOE@KELLEYDRYE.COM; KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| LASSER HOCHMAN, LLC | COUNSEL TO GRAND BALDWIN ASSOCIATES | RICHARD L. ZUCKER, ESQ. | 75 EISENHOWER PARKWAY, SUITE 120 | | | ROSELAND | NJ | 07068 | RZUCKER@LASSERHOCHMAN.COM |
| LATHAM & WATKINS LLP | COUNSEL TO PINNACLE US HOLDINGS LLC | GEORGE A. DAVIS | 1271 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020 | GEORGE.DAVIS@LW.COM |
| LATHAM & WATKINS LLP | COUNSEL TO PINNACLE US HOLDINGS LLC | TED A. DILLMAN | 355 SOUTH GRAND AVENUE, SUITE 100 | | | LOS ANGELES | CA | 90071 | TED.DILLMAN@LW.COM |
| LATHAM & WATKINS LLP | COUNSEL TO PINNACLE US HOLDINGS LLC | WHIT MORLEY | 330 NORTH WABASH AVENUE, SUITE 2800 | | | CHICAGO | IL | 60611 | WHIT.MORLEY@LW.COM |
| LEECH TISHMAN FUSCALDO & LAMPL | COUNSEL TO CP ASSOCIATES LLC | LORI SCHWARTZ & NATHANIEL MEYERS | 1007 N. ORANGE STREET, SUITE 420 | | | WILMINGTON | DE | 19801 | LSCHWARTZ@LEECHTISHMAN.COM; NMEYERS@LEECHTISHMAN.COM |
| LEECH TISHMAN ROBINSON BROG, PLLC | COUNSEL TO CP ASSOCIATES LLC | CLEMENT K. YEE | ONE DAG HAMMARSKJOLD PLAZA | 885 SECOND AVENUE, 3RD FLOOR | | NEW YORK | NY | 10017 | CYEE@LEECHTISHMAN.COM |
| LEVIN PROPERTIES, L.P. | ATTN: JOHN VESSIE | PHILLIPS & ASSOCIATES, PLLC | 45 BROADWAY, SUITE 430 | | | NEW YORK | NY | 10006 | RMENO@LEVINMGT.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO TARRANT COUNTY | 2777 N. STEMMONS FREEWAY | SUITE 1000 | | | DALLAS | TX | 75207 | DALLAS.BANKRUPTCY@LGBS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO CITY OF HOUSTON, | HOUSTON COMM COLL SYSTEM, HOUSTON ISD & | FORT BEND COUNTY | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM |
| MBB REALTY LIMITED PARTNERSHIP | ATTN: MICHAEL WILLNER | 33 ROCK HILL ROAD, SUITE 350 | | | | BALA CYNWYD | PA | 19004 | MICHAEL@POMRE.COM |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | COUNSEL TO HARTFORD | GARY D. BRESSLER, ESQ. | 300 DELAWARE AVENUE, SUITE 1014 | | | WILMINGTON | DE | 19801 | GBRESSLER@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP | COUNSEL TO HARTFORD | SCOTT A. LEVIN, ESQ. | 300 DELAWARE AVENUE, SUITE 1014 | | | WILMINGTON | DE | 19801 | SLEVIN@MDMC-LAW.COM |
| MELTZER LIPPE GOLDSTEIN & BREITSTONE LLP | COUNSEL TO KRE BROADWAY OWNER LLC | GARY MELTZER & SCOTT A. STEINBERG | 190 WILLIS AVE | | | MINEOLA | NY | 11501 | GMELTZER@MELTZERLIPPE.COM; SSTEINBERG@MELTZERLIPPE.COM |
| MONZACK MERSKY AND BROWDER, P.A. | COUNSEL TO KIMCO | RACHEL B. MERSKY | 1201 N. ORANGE STREET, SUITE 400 | | | WILMINGTON | DE | 19801 | RMERSKY@MONLAW.COM |
| MORRIS JAMES LLP | COUNSEL TO THE COMMITTEE | ERIC J. MONZO, BRYA M. KEILSON | SIENA B. CERRA | 500 DELAWARE AVENUE, SUITE 1500 | | WILMINGTON | DE | 19801 | EMONZO@MORRISJAMES.COM; BKEILSON@MORRISJAMES.COM; SCERRA@MORRISJAMES.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COUNSEL TO VARAGON | CURTIS S. MILLER & AVERY JUE MENG | 1201 N. MARKET STREET, 16TH FLOOR | P.O. BOX 1347 | | WILMINGTON | DE | 19899-1347 | CMILLER@MORRISNICHOLS.COM; AMENG@MORRISNICHOLS.COM |
| MOTIONSOFT, INC. | ATTN: JEFF VANDIXHORN | 1451 ROCKVILLE PIKE, SUITE 500 | | | | ROCKVILLE | MD | 20852 | JEFF@CLUBAUTOMATION.COM |
| MURPHY DESMOND S.C. | (COUNSEL TO JOHNSON HEALTH) | ATTN JEFFERY P. PHILLIPS | 33 EAST MAIN STREET, SUITE 500 | | | MADISON | WI | 53703 | jphillips@murphydesmond.com |
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA | 300 S SPRING ST #1700 | | | | | LOS ANGELES | CA | 90013 | |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE | HERCULES BUILDING | 1313 N MARKET ST STE 400 | | | WILMINGTON | DE | 19801 | USADE.ECFBANKRUPTCY@USDOJ.GOV; |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE | 844 KING ST, STE 2207, LOCKBOX 35 | ATTN: BENJAMIN A. HACKMAN | | | WILMINGTON | DE | 19801 | BENJAMIN.A.HACKMAN@USDOJ.GOV |
| OFFIT KURMAN, P.A. | COUNSEL TO PLATINUM GYM | BRIAN J. MCLAUGHLIN, ESQUIRE | 222 DELAWARE AVENUE, SUITE 1105 | | | WILMINGTON | DE | 19801 | BRIAN.MCLAUGHLIN@OFFITKURMAN.COM |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | FORT BEND INDEPENDENT SCHOOL DISTRICT | C/O MELISSA E. VALDEZ | 1235 NORTH LOOP WEST, SUITE 600 | | | HOUSTON | TX | 77008 | MVALDEZ@PBFCM.COM |
| PICK & ZABICKI LLP | ATTN: DOUGLAS J. PICK, ESQ. | 369 LEXINGTON AVENUE, 12TH FLOOR | | | | NEW YORK | NY | 10017 | DPICK@PICKLAW.NET |
| RICHARDS, LAYTON & FINGER, P.A. | (COUNSEL TO JOHNSON HEALTH) | ATTN JOHN KNIGHT, MATTHEW MILANA, ZACHARY JAVORSKY | ONE RODNEY SQUARE | 920 NORTH KING STREET | | WILMINGTON | DE | 19801 | knight@rlf.com; milana@rlf.com; javorsky@rlf.com |
| RUBIN & LEVIN, P.C. | COUNSEL TO AI CALIFORNIA LLC | JAMES E. ROSSOW JR., ESQ. | 135 N. PENNSYLVANIA ST., STE. 1400 | | | INDIANAPOLIS | IN | 46204 | JIM@RUBIN-LEVIN.NET |
| RW 5901 FLATLANDS LLC | ATTN: ALEX WEISS | 97-77 QUEENS BOULEVARD, SUITE 620 | | | | REGO PARK | NY | 11374 | AWEISS@LAUNDRYCAPITAL.COM |
| SAUL EWING LLP | COUNSEL TO PHILADELPHIA HARBISON, LP | MONIQUE B. DISABATINO, ESQUIRE | 1201 NORTH MARKET STREET, SUITE 2300 | P.O. BOX 1266 | | WILMINGTON | DE | 19899 | MONIQUE.DISABATINO@SAUL.COM |
| SAUL EWING LLP | COUNSEL TO PHILADELPHIA HARBISON, LP | TURNER N. FALK, ESQUIRE | CENTRE SQUARE WEST | 1500 MARKET STREET, 38TH FLOOR | | PHILADELPHIA | PA | 19102 | TURNER.FALK@SAUL.COM |
| SHIPMAN & GOODWIN LLP | COUNSEL TO LEVIN MANAGEMENT CORPORATION | ERIC S. GOLDSTEIN, ESQ. | ONE CONSTITUTION PLAZA | | | HARTFORD | CT | 06103-1919 | EGOLDSTEIN@GOODWIN.COM; BANKRUPTCY@GOODWIN.COM; BANKRUPTCYPARALEGAL@GOODWIN.COM |
| SIRLIN LESSER & BENSON, P.C. | COUNSEL TO MBB REALTY, LINDEN COMMONS RETAIL LLC | DANA S. PLON | 123 SOUTH BROAD STREET, SUITE 2100 | | | PHILADELPHIA | PA | 19109 | DPLON@SIRLINLAW.COM |
| STARK & STARK, P.C. | ATTN: THOMAS S. ONDER & JOSEPH H. LEMKIN | P.O. BOX 5315 | | | | PRINCETON | NJ | 08543 | TONDER@STARK-STARK.COM |
| STARK & STARK, P.C. | COUNSEL TO TD EQUIPMENT FINANCE, INC. | ATTN: TIMOTHY P. DUGGAN, ESQUIRE | P.O. BOX 5315 | | | PRINCETON | NJ | 08543 | TDUGGAN@STARK-STARK.COM |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL | 100 W RANDOLPH ST | | | | CHICAGO | IL | 60601 | |
| STATE OF MASSACHUSETTS ATTY GENERAL | ATTN: ANDREA JOY CAMPBELL | 1 ASHBURTON PLACE, 20TH FL | | | | BOSTON | MA | 02108-1518 | |
| STATE OF NEW JERSEY ATTY GENERAL | ATTN: MATTHEW J. PLATKIN | RJ HUGHES JUSTICE COMPLEX | 25 MARKET ST - PO BOX 080 | | | TRENTON | NJ | 08625-0080 | CONSUMERS@ATTORNEYGENERAL.GOV |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES | DEPT. OF LAW | THE CAPITOL, 2ND FL | | | ALBANY | NY | 12224-0341 | |
| STATE OF PENNSYLVANIA ATTY GENERAL | ATTN: MICHELLE HENRY | STRAWBERRY SQ | 16TH FLR | | | HARRISBURG | PA | 17120 | |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON | 300 W 15TH ST | | | | AUSTIN | TX | 78701 | |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON | PO BOX 12548 | | | | AUSTIN | TX | 78711-2548 | COMPLAINTS@OAG.TEXAS.GOV |
| STELLA RISING INC. | ATTN: ANTHONY VESPUCCI | 920 BROADWAY, 2ND FLOOR | | | | NEW YORK | NY | 10010 | AVESPUCCI@STELLARISING.COM |
| THE ROSNER LAW GROUP LLC | COUNSEL TO THIRD AVENUE TOWER, THEATRE BUILDING | FREDERICK B. ROSNER & ZHAO (RUBY) LIU | 824 N. MARKET ST, SUITE 810 | | | WILMINGTON | DE | 19801 | ROSNER@TEAMROSNER.COM; LIU@TEAMROSNER.COM |
| THE ROSNER LAW GROUP LLC | COUNSEL TO THE THEATRE BUILDING | FREDERICK B. ROSNER, ESQ. | 824 N. MARKET ST., SUITE 810 | | | WILMINGTON | DE | 19801 | ROSNER@TEAMROSNER.COM |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW | | | | | WASHINGTON | DC | 20530-0001 | |
| VARAGON CAPITAL PARTNERS AGENT, LLC | 151 W 42ND ST, 53RD FLOOR | | | | | NEW YORK | NY | 10036 | |
| VARAGON CAPITAL PARTNERS AGENT, LLC | C/O KATTEN MUCHIN ROSENMAN LLP | ATTN: PETER P. KNIGHT, MICHAEL HOWARD | 525 WEST MONROE STREET | | | CHICAGO | IL | 60661 | PETER.KNIGHT@KATTEN.COM; MICHAEL.HOWARD@KATTEN.COM; SCOTT.LYONS@KATTEN.COM |
| VARAGON CAPITAL PARTNERS AGENT, LLC | C/O MORRIS NICHOLS ARSHT TUNNELL | ATTN: CURTIS S. MILLER | 1201 NORTH MARKET STREET, 16TH FL | | | WILMINGTON | DE | 19899 | CMILLER@MORRISNICHOLS.COM |
| VBGO PENN PLAZA LLC | ATTN: BRETT THEIS | 292 MADISON AVENUE. 7TH FLOOR | | | | NEW YORK | NY | 10017 | BTHEIS@ROSENBERGESTIS.COM |
| WOMBLE BOND DICKINSON (US) LLP | COUNSEL TO BOFA | MATTHEW P. WARD | 1313 NORTH MARKET STREET, SUITE 1200 | | | WILMINGTON | DE | 19801 | MATTHEW.WARD@WBD-US.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | DEBTORS' COUNSEL | ATTN: MICHAEL R. NESTOR, SEAN T. GREECHER, | ALLISON S. MIELKE, TIMOTHY R. POWELL, | REBECCA L. LAMB & BENJAMIN C. CARVER | RODNEY SQUARE, 1000 NORTH KING STREET | WILMINGTON | DE | 19801 | |