## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:**<br>**December 6, 2024 at 4:00 p.m. (ET)** |

### COVER SHEET FOR THIRD MONTHLY APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES AS INVESTMENT BANKER TO THE DEBTORS FROM OCTOBER 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024

| | |
|---|---|
| Name of applicant: | Moelis & Company LLC ("**Moelis**") |
| Authorized to provide professional services to: | Debtors |
| Date of retention order: | September 6, 2024, effective as of August 12, 2024 |
| Period for which compensation and reimbursement are sought (the "**Compensation Period**"): | October 1, 2024 through October 31, 2024 |
| Amount of compensation sought: | $150,000.00 |
| Amount of payment requested for compensation: | $120,000.00 (80% of $150,000.00) |
| Amount of expense reimbursement sought: | $15,550.51[2] |
| This is a(n): | Monthly Application |

---

[1]   The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2]   Please note that certain vendor invoices may not be accounted for until after the end of the month in which such expenses were incurred, due to delays in receiving related invoices from vendors. Accordingly, Moelis reserves the right to include such expenses in subsequent fee applications.

**SUMMARY OF PROFESSIONALS' TIME DURING COMPENSATION PERIOD OF**
**OCTOBER 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024**

| Hours Summary | | | | | |
|---|---|---|---|---|---|
| Barak Klein | Andrew Swift | Justin Craig | Jeremy Burke | Forrest Drucker | Total |
| Managing Director | Managing Director | Managing Director | Executive Director | Vice President | |
| **By Month** | | | | | |
| October 2024 | 39.5 hour(s) | 93.0 hour(s) | 11.0 hour(s) | 177.0 hour(s) | 41.5 hour(s) | 362.0 hour(s) |
| **Total** | **39.5 hour(s)** | **93.0 hour(s)** | **11.0 hour(s)** | **177.0 hour(s)** | **41.5 hour(s)** | **362.0 hour(s)** |

| Hours Summary | | | | |
|---|---|---|---|---|
| Jeremy Dennis | Harrison Aronoff | Avery Bradshaw | Erik Wihlborn | Total |
| Associate | Associate | Analyst | Analyst | |
| **By Month** | | | | |
| October 2024 | 217.0 hour(s) | 44.0 hour(s) | 218.0 hour(s) | 46.0 hour(s) | 525.0 hour(s) |
| **Total** | **217.0 hour(s)** | **44.0 hour(s)** | **218.0 hour(s)** | **46.0 hour(s)** | **525.0 hour(s)** |

| **Grand Total (October 1, 2024 - October 31, 2024)** | **887.0 hour(s)** |
|---|---|

32389631.2

## SUMMARY OF COMPENSATION DURING COMPENSATION PERIOD OF
## OCTOBER 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024

*($ in actuals)*

| Moelis Compensation -Third Monthly Fee Application | |
|---|---|
| October 2024 Monthly Fee | 150,000.00 |
| **Total Moelis Compensation Sought (Pre-Holdback)** | **$150,000.00** |
| ( - ) 20% Holdback | (30,000.00) |
| **Total Amount of Payment Requested (Post-Holdback)** | **$120,000.00** |

**SUMMARY OF EXPENSES DURING COMPENSATION PERIOD OF**
**OCTOBER 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024**

*($ in actuals)*

| Out-of-Pocket Expenses | |
| --- | --- |
| **Compensation Period Expenses** | |
| Meals (Overtime & Auction Catering) | $1,776.48 |
| Taxi - Overtime | 866.42 |
| Airfare / Transportation / Hotels | 1,408.13 |
| Legal Counsel | 9,959.00 |
| Third-Party Graphics Design Service | 1,510.50 |
| Phone / Internet | 29.98 |
| **Total Expenses** | **$15,550.51** |

Memo
Delayed Expenses (Incurred Prior to Third Compensation Period)     $1,134.32

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:** **December 6, 2024 at 4:00 p.m. (ET)** |

### THIRD MONTHLY APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES AS INVESTMENT BANKER TO THE DEBTORS FROM OCTOBER 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024

Pursuant to sections 328, 330, and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, as amended (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, and (II) Granting Related Relief* [Docket No. 162] (the "**Interim Compensation Order**"), Moelis & Company LLC ("**Moelis**"), the retained investment banker for the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby submits this third monthly application (this "**Application**") for the allowance of compensation for professional services performed by Moelis for the period from October 1, 2024 through and including October 31, 2024

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

(the "**Compensation Period**"), and reimbursement of its actual and necessary expenses incurred during the Compensation Period.  By this Application, Moelis seeks (a) approval of compensation for services rendered in the amount of $150,000.00, for which it seeks allowance of payment of $120,000.00 (representing 80% of such fees) for the Compensation Period, and (b) reimbursement of actual and necessary expenses in the amount of $15,550.51 incurred during the Compensation Period.  In support of this Application, Moelis respectfully represents as follows:

<u>**Background**</u>

1.      On August 12, 2024 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**").  The Debtors are authorized to operate their business and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On August 23, 2024, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed, pursuant to section 1102 of the Bankruptcy Code, an official committee of unsecured creditors [Docket No. 109] (the "**Committee**").  No request has been made for the appointment of a trustee or an examiner.

3.      Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the filing of the Chapter 11 Cases is set forth in the *Declaration of Steven Shenker in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 2].

4.      On September 5, 2024, the Court entered an order authorizing the Debtors to retain Moelis as investment banker, effective as of the Petition Date [Docket No. 179] (the "**Retention Order**") in accordance with the engagement letter attached thereto (the "**Engagement Letter**"), subject to certain modifications set forth in the Retention Order.

## COMPENSATION REQUESTED FOR
## <u>SERVICES RENDERED DURING THE COMPENSATION PERIOD</u>

5.     Moelis' requested compensation for the Compensation Period includes its Monthly Fee (as defined in the Engagement Letter[2]) approved pursuant to the Moelis Retention Order for the month of October 2024 (as defined in the Engagement Letter).

6.     During the Compensation Period, Moelis' investment banking professionals rendered approximately 887.0 hours of services to the Debtors, based on the time records those professionals maintained pursuant to the Retention Order.  As stated in the Debtors' application to retain Moelis [Docket No. 94]: (a) it is not the general practice of investment banking firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; (b) Moelis does not ordinarily keep time records on a "project category" basis; and (c) Moelis' compensation is based on a fixed Monthly Fee and fixed transaction based fees.

7.     Moelis' work on behalf of the Debtors during the Compensation Period involved tasks that are briefly summarized below.  This summary is not intended to be a detailed description of the work Moelis has performed during the Compensation Period, but rather is a guideline offered for the Court and other interested parties with respect to the services performed by Moelis.

(a)     **Meetings and Calls with Management, Advisors and Creditors.** During the Compensation Period, Moelis participated in frequent calls, diligence sessions, planning sessions and other periodic meetings with the Debtors, the Debtors' other professionals and creditors.  These calls covered various topics, including but not limited to the chapter 11 process, the sale process, qualified bidder selection, due diligence, the state of business operations and strategy, and other related matters.  Moelis provided strategic

---

[2]     As stated in the Engagement Letter, the Monthly Fee is $150,000.00

32389631.2

3

advice regarding the Chapter 11 Cases during these meetings and communications.

(b) **Preparation of Court Filings.** Moelis worked closely with the Debtors and the Debtors' other professionals on the drafting and review of relevant documents including, but not limited to certain sale process related documents, amongst others.

(c) **Sale Process & Auction, Buyer Communications, and Related Diligence.** Moelis has been conducting a comprehensive sale process for all of the Debtors' assets and is coordinating all of the related functions, including managing communications with various potential buyers and their advisors, assisting with financial and operational diligence, facilitating site visits, maintaining the virtual data room through which the Debtors' information is passed on to potential buyers and their advisors, as well as to the other parties in interest, and facilitating the sale auction.

(d) **Assistance with General Bankruptcy Matters.** Moelis conducted strategic and financial advisory, investment banking, and other general administrative services, including, but not limited to, services related to the Chapter 11 Cases generally, retention matters, addressing questions of individual members of the Debtors, chapter 11 procedures, and communications, and other matters not falling into any of the service categories listed above.

8.     Moelis' time records for the Compensation Period, maintained in accordance with the Retention Order, are annexed hereto as **Exhibit A**.  Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and Local Rule 2016-2 have been modified such that Moelis' restructuring professionals are required only to keep summary time records in half hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to keep time records; Moelis' professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedule of hourly rates.

9.    To the extent this Application does not comply in every respect with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and Local Rule 2016-2 (as modified by the Retention Order), Moelis respectfully requests a waiver for any such technical non-compliance.

### REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED DURING THE COMPENSATION PERIOD

10.    Expenses incurred by Moelis for the Compensation Period totaled $15,550.51.  A detailed description of the expenses Moelis incurred during the Compensation Period is annexed hereto as **Exhibit B**.  The expenses incurred by Moelis during the Compensation Period include attorneys' fees and expenses of its outside legal counsel relating to retention fee related issues and services performed by Moelis, invoices supporting which are included in **Exhibit B**.

11.    All of the expenses for which reimbursement is requested by Moelis in this Application were reasonable and necessary. In seeking reimbursement of an expenditure, Moelis is requesting reimbursement "at cost" and does not make a profit on such expenditure.

*[Remainder of page intentionally left blank.]*

32389631.2

**WHEREFORE,** pursuant to the Interim Compensation Order, Moelis respectfully requests that an allowance be made to Moelis for 100% of its fees of $150,000.00 and 100% of its expenses of $15,550.51 incurred during the Compensation Period.  Moelis further respectfully requests payment by the Debtors of $120,000.00 representing 80% of its fees requested herein, plus 100% of the expense reimbursement requested herein.

Dated:  November 15, 2024

**MOELIS & COMPANY LLC**

By:  */s/ Barak Klein*
Name:      Barak Klein
Title:       Managing Director

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No.** |

## CERTIFICATION OF COMPLIANCE WITH GUIDELINES AND LOCAL RULES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN DISTRICT OF DELAWARE BANKRUPTCY CASES

I, Barak Klein, certify that:

1.      I am a Managing Director of Moelis & Company LLC ("**Moelis**"), the investment banker to the Debtors in the Chapter 11 Cases.  This certification is made pursuant to the *United States Trustee's Guidelines for Reviewing applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330* (the "**Guidelines**") in support of Moelis' foregoing third monthly fee application (the "**Application**").[2]  I am Moelis' Certifying Professional as defined in the Guidelines.

2.      I have read the Application and I have reviewed the requirements of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").  I certify that, to the best of my knowledge, information, and belief formed after reasonable inquiry, except as specifically indicated to the

---

[1]     The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036.  Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2]     Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Application.

contrary herein or in the Application or to the extent compliance has been modified or waived by the Retention Order:  (a) the Application complies with the Guidelines and the Local Rules; and (b) the fees and disbursements sought by Moelis fall within the Guidelines and are billed in accordance with practices customarily employed by Moelis and generally accepted by Moelis' clients (though Moelis normally does not bill its clients by the hour).  In seeking reimbursement of an expense, Moelis does not make a profit on that reimbursement.

3.     Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and Local Rule 2016-2 have been modified such that Moelis restructuring professionals are required only to keep summary time records in half hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to keep time records; Moelis' professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedule of hourly rates.  As stated in the Debtors' application to retain Moelis [Docket No. 94]: (a) it is not the general practice of financial advisory firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; (b) Moelis does not ordinarily keep time records on a "project category" basis; and (c) Moelis' compensation is based on a fixed Monthly Fee and fixed transaction fees.

Dated: November 15, 2024

_/s/ Barak Klein_____
Barak Klein
Managing Director
Moelis & Company LLC