## EXHIBIT A — SUMMARY TIME RECORDS FOR COMPENSATION PERIOD

*Blink Fitness*

**Moelis & Company**
**Summary of Hours Worked Detail**
*October 1, 2024 - October 31, 2024*

| Date | Barak Klein<br>Managing Director | Andrew Swift<br>Managing Director | Justin Craig<br>Managing Director | Jeremy Burke<br>Executive Director | Forrest Drucker<br>Vice President |
|---|---|---|---|---|---|
| 10/01/24 | - | 2.0 hour(s) | - | - | - |
| 10/02/24 | 1.0 hour(s) | 2.0 hour(s) | 1.0 hour(s) | 8.0 hour(s) | 1.0 hour(s) |
| 10/03/24 | - | 2.0 hour(s) | - | 6.0 hour(s) | 1.0 hour(s) |
| 10/04/24 | - | 2.0 hour(s) | - | 7.0 hour(s) | - |
| 10/05/24 | - | 1.0 hour(s) | - | - | - |
| 10/06/24 | - | 2.0 hour(s) | - | 5.0 hour(s) | - |
| 10/07/24 | - | 4.5 hour(s) | - | 9.0 hour(s) | 1.0 hour(s) |
| 10/08/24 | - | 6.0 hour(s) | - | 8.0 hour(s) | 1.0 hour(s) |
| 10/09/24 | 1.0 hour(s) | 4.0 hour(s) | - | 8.0 hour(s) | 1.0 hour(s) |
| 10/10/24 | 1.0 hour(s) | 4.0 hour(s) | 1.0 hour(s) | 10.0 hour(s) | - |
| 10/11/24 | - | 3.0 hour(s) | - | 8.0 hour(s) | - |
| 10/12/24 | - | - | - | - | - |
| 10/13/24 | - | - | - | - | - |
| 10/14/24 | 0.5 hour(s) | 2.5 hour(s) | - | 5.0 hour(s) | 1.0 hour(s) |
| 10/15/24 | 1.0 hour(s) | 2.0 hour(s) | - | 6.0 hour(s) | - |
| 10/16/24 | - | 2.0 hour(s) | - | 5.0 hour(s) | - |
| 10/17/24 | - | 3.0 hour(s) | - | 5.0 hour(s) | - |
| 10/18/24 | - | 1.0 hour(s) | - | 8.0 hour(s) | - |
| 10/19/24 | - | 1.0 hour(s) | - | 4.0 hour(s) | - |
| 10/20/24 | - | - | - | 3.0 hour(s) | - |
| 10/21/24 | 0.5 hour(s) | 3.0 hour(s) | - | 6.0 hour(s) | 2.0 hour(s) |
| 10/22/24 | - | 3.0 hour(s) | - | 5.0 hour(s) | 1.5 hour(s) |
| 10/23/24 | 2.0 hour(s) | 3.0 hour(s) | 1.0 hour(s) | 5.0 hour(s) | 1.0 hour(s) |
| 10/24/24 | 1.0 hour(s) | 4.0 hour(s) | - | 6.0 hour(s) | 1.0 hour(s) |
| 10/25/24 | - | 2.0 hour(s) | - | 5.0 hour(s) | - |
| 10/26/24 | 0.5 hour(s) | - | - | 2.0 hour(s) | - |
| 10/27/24 | - | 3.0 hour(s) | - | 4.0 hour(s) | 1.0 hour(s) |
| 10/28/24 | 14.0 hour(s) | 14.0 hour(s) | 4.0 hour(s) | 14.0 hour(s) | 14.0 hour(s) |
| 10/29/24 | 10.0 hour(s) | 10.0 hour(s) | 2.0 hour(s) | 10.0 hour(s) | 8.0 hour(s) |
| 10/30/24 | 7.0 hour(s) | 7.0 hour(s) | 2.0 hour(s) | 15.0 hour(s) | 7.0 hour(s) |
| 10/31/24 | - | - | - | - | - |
| **Total** | **39.5 hour(s)** | **93.0 hour(s)** | **11.0 hour(s)** | **177.0 hour(s)** | **41.5 hour(s)** |

32389631.2

*Blink Fitness*

**Moelis & Company**
**Summary of Hours Worked Detail**
*October 1, 2024 - October 31, 2024*

| Date | Jeremy Dennis Associate | Harrison Aronoff Associate | Avery Bradshaw Analyst | Erik Wihlborn Analyst | |
|---|---|---|---|---|---|
| 10/01/24 | 10.0 hour(s) | - | - | - | - |
| 10/02/24 | 10.0 hour(s) | 2.0 hour(s) | 10.0 hour(s) | 2.0 hour(s) | - |
| 10/03/24 | 10.0 hour(s) | 2.0 hour(s) | 10.0 hour(s) | 4.0 hour(s) | - |
| 10/04/24 | 8.0 hour(s) | 3.0 hour(s) | 8.0 hour(s) | 3.0 hour(s) | - |
| 10/05/24 | - | - | - | - | - |
| 10/06/24 | 5.0 hour(s) | - | 4.0 hour(s) | - | - |
| 10/07/24 | 9.0 hour(s) | 2.0 hour(s) | 9.0 hour(s) | 2.0 hour(s) | - |
| 10/08/24 | 10.0 hour(s) | 1.0 hour(s) | 11.0 hour(s) | - | - |
| 10/09/24 | 12.0 hour(s) | 2.0 hour(s) | 13.0 hour(s) | 2.0 hour(s) | - |
| 10/10/24 | 12.0 hour(s) | - | 13.0 hour(s) | - | - |
| 10/11/24 | 9.0 hour(s) | - | 9.0 hour(s) | - | - |
| 10/12/24 | - | - | - | - | - |
| 10/13/24 | - | - | - | - | - |
| 10/14/24 | 6.0 hour(s) | 1.0 hour(s) | 8.0 hour(s) | - | - |
| 10/15/24 | 6.0 hour(s) | - | 6.0 hour(s) | - | - |
| 10/16/24 | 6.0 hour(s) | - | 6.0 hour(s) | - | - |
| 10/17/24 | 9.0 hour(s) | - | 9.0 hour(s) | - | - |
| 10/18/24 | 10.0 hour(s) | - | 10.0 hour(s) | - | - |
| 10/19/24 | 4.0 hour(s) | - | 4.0 hour(s) | - | - |
| 10/20/24 | 5.0 hour(s) | - | 5.0 hour(s) | - | - |
| 10/21/24 | 8.0 hour(s) | 2.0 hour(s) | 8.0 hour(s) | 3.0 hour(s) | - |
| 10/22/24 | 7.0 hour(s) | 2.5 hour(s) | 7.0 hour(s) | 2.0 hour(s) | - |
| 10/23/24 | 9.0 hour(s) | 1.5 hour(s) | 9.0 hour(s) | - | - |
| 10/24/24 | 8.0 hour(s) | 2.0 hour(s) | 8.0 hour(s) | 2.0 hour(s) | - |
| 10/25/24 | 7.0 hour(s) | - | 7.0 hour(s) | 3.0 hour(s) | - |
| 10/26/24 | 2.0 hour(s) | - | 2.0 hour(s) | - | - |
| 10/27/24 | 4.0 hour(s) | 2.0 hour(s) | 4.0 hour(s) | 2.0 hour(s) | - |
| 10/28/24 | 14.0 hour(s) | 10.0 hour(s) | 14.0 hour(s) | 10.0 hour(s) | - |
| 10/29/24 | 10.0 hour(s) | 7.0 hour(s) | 10.0 hour(s) | 7.0 hour(s) | - |
| 10/30/24 | 7.0 hour(s) | 4.0 hour(s) | 14.0 hour(s) | 4.0 hour(s) | - |
| 10/31/24 | - | - | - | - | - |
| **Total** | **217.0 hour(s)** | **44.0 hour(s)** | **218.0 hour(s)** | **46.0 hour(s)** | |

32389631.2

# EXHIBIT B — EXPENSE SUPPLEMENT

*($ in actuals)*

| Out-of-Pocket Expenses | |
|---|---:|
| **Compensation Period Expenses** | |
| Meals (Overtime & Auction Catering) | $1,776.48 |
| Taxi - Overtime | 866.42 |
| Airfare / Transportation / Hotels | 1,408.13 |
| Legal Counsel | 9,959.00 |
| Third-Party Graphics Design Service | 1,510.50 |
| Phone / Internet | 29.98 |
| **Total Expenses** | **$15,550.51** |

Memo

Delayed Expenses (Incurred Prior to Third Compensation Period)    $1,134.32

| Additional Detail on Airfare / Transportation / Hotels | | | |
|---|---|---|---:|
| Date | Deal Team Member / Party | Description | Amount |
| 10/14/2024 - 10/16/2024 | Jeremy Burke | Travel to New York for in-person management / diligence meetings | $1,408.13 |

32389631.2



Pashman Stein Walder Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200
Tax I.D. 22-3384189

Tiffany Lundquist, Managing Director
Moelis & Company, LLC
399 Park Avenue
4th Floor
New York, NY 10022

October 7, 2024

Invoice #164955

File Number: 30415-021

## INVOICE SUMMARY

RE: Blink Fitness

| | |
|---|---|
| Total Fees | $9,959.00 |
| Total Due This Invoice | $9,959.00 |

| Domestic Wiring Instructions | | International Wiring Instructions | |
|---|---|---|---|
| Peapack Routing No. | 021205237 | Intermediary Bank: | Wells Fargo |
| Bank: | Peapack-Gladstone Bank<br>500 Hills Drive, Suite 300<br>P.O. Box 700<br>Bedminster, NJ 07921 | | 420 Montgomery St.<br>San Francisco, CA 94104 |
| | | Wells Fargo ABA: | 121000248 |
| | | SWIFT Code: | WFBIUS6S |
| Account No. | 400057428 (Business Account) | Chips ID: | 0407 |
| Account Name: | Pashman Stein, PC | Beneficiary Bank:<br>Account No. | Peapack-Gladstone Bank<br>2000090251838 |
| | | Beneficiary Name:<br>Account No. | Pashman Stein, PC<br>400057428 |

| | | | | |
|---|---|---|---|---|
| Moelis & Company, LLC | | | | Pashman Stein Walder Hayden |
| Blink Fitness | | | | October 7, 2024 |
| Invoice #  164955 | | | | Page:  2 |

RE:  Blink Fitness

## PROFESSIONAL SERVICES

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 09/03/2024 | JWeiss | 0.90 | Review and revise proposed Moelis retention order to resolve final open UST and UCC issues w/r/t same (0.6); Related corr with Moelis team (0.2); Corr with Debtors' counsel re: same and submission of related revised retention order for entry by Court (0.1). | $832.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | LSalced | 0.20 | Call with J. Weiss re revised order and COC. | $80.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 09/04/2024 | JWeiss | 0.20 | Review status and corr with Debtors' counsel re: resolution of UST and UCC issues and submission of revised form of Moelis retention order resolving same for entry (0.2). | $185.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| | JWeiss | 0.20 | Briefly review and comment on further revised drafts of Moelis declaration in support of bidding procedures to address final open issue (0.2). | $185.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| | LSalced | 0.20 | Review docket for filing of COC re retention order. | $80.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 09/05/2024 | JWeiss | 0.50 | Review and confirm submission of appropriate revised form of Moelis retention order resolving related UST and UCC issues (0.2); Related corr with Moelis team (0.1); Briefly review revised versions of Moelis declaration in support of bidding procedures (0.2). | $462.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | LSalced | 0.10 | Review docket for COC. | $40.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 09/06/2024 | JWeiss | 0.10 | Briefly review further revised version of Moelis declaration in support of bidding procedures received from Debtors' counsel (0.1). | $92.50 |
| | | | TASK: B160 Fee/Employment Applications | |

Moelis & Company, LLC  Pashman Stein Walder Hayden
Blink Fitness  October 7, 2024
Invoice # 164955  Page: 3

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
|  | JWeiss | 0.40 | Review status of pending Moelis retention application and order, and agenda for 9/10 hearing re: same (0.2); Confirmed entry of appropriate Moelis retention order (0.1); Related corr with Moelis team (0.1). | $370.00 |
|  |  |  | TASK: B160 Fee/Employment Applications |  |
| 09/07/2024 | JWeiss | 0.20 | Corr with Moelis team and Debtors' counsel re: Moelis declaration in support of bidding procedures (0.2). | $185.00 |
|  |  |  | TASK: B170 Fee/Employment Objections |  |
| 09/09/2024 | JWeiss | 0.80 | Review and revise drafts of Moelis declaration in support of bidding procedures supplement (0.6); Related corr with Moelis team (0.2). | $740.00 |
|  |  |  | TASK: B160 Fee/Employment Applications |  |
| 09/10/2024 | JWeiss | 0.40 | Review and comment on latest drafts of Moelis declaration in support of bidding procedures (0.2); Related corr with Moelis team (0.2) | $370.00 |
|  |  |  | TASK: B160 Fee/Employment Applications |  |
| 09/11/2024 | JWeiss | 0.80 | Review and respond to inquiry of Moelis team re: fee application procedures (0.1); Corr and conf with Lundquist (Moelis) re: possible supplemental disclosure issue and related background, considerations and next steps (0.7). | $740.00 |
|  |  |  | TASK: B160 Fee/Employment Applications |  |
| 09/18/2024 | JWeiss | 0.40 | Conf with Lundquist (Moelis) re: possible supplemental disclosure issue, related background and next steps (0.4). | $370.00 |
|  |  |  | TASK: B160 Fee/Employment Applications |  |
| 09/23/2024 | JWeiss | 0.10 | Corr with Lundquist (Moelis) re: possible supplemental retention declaration (0.1). | $92.50 |
|  |  |  | TASK: B160 Fee/Employment Applications |  |
| 09/24/2024 | DSklar | 0.10 | Discussion with J. Weiss concerning preparation of supplemental declaration. | $49.50 |
|  |  |  | TASK: B160 Fee/Employment Applications |  |
|  | JWeiss | 0.60 | Review and analysis of background facts relevant to possible supplemental disclosure declaration (0.4); Related corr with Lundquist (Moelis) and Sklar (Pashman) (0.2). | $555.00 |
|  |  |  | TASK: B160 Fee/Employment Applications |  |

Moelis & Company, LLC                                                              Pashman Stein Walder Hayden
Blink Fitness                                                                      October 7, 2024
Invoice #  164955                                                                  Page:       4

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 09/25/2024 | DSklar | 3.00 | Review of background case documentation (1.9) and begin preparation of supplemental declaration (1.1). | $1,485.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| | JWeiss | 0.40 | Corr and conf with Sklar (Pashman) re: background and preparation of draft Moelis supplemental disclosure declaration (0.5). | $370.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 09/26/2024 | DSklar | 2.50 | Review of docket and case documentation concerning supplemental declaration (.9); review and revise supplemental declaration (1.6). | $1,237.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | JWeiss | 0.40 | Corr with Moelis team re: fee application procedures in the case (0.1); Review and analysis of interim compensation procedures and Moelis retention order to respond to same (0.3). | $370.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 09/30/2024 | DSklar | 0.10 | Discussion with J. Weiss concerning revisions to declaration. | $49.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | JWeiss | 1.10 | Review and revision of draft supplemental disclosure declaration (0.6); Review and analysis of related background facts and documentation (0.2); Related corr with Sklar (Pashman) and Lundquist (Moelis) (0.3). | $1,017.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | Total | | 13.70 | $9,959.00 |

TASK CODE SUMMARY

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| Sklar, David E. | Associate | 5.70 | $495.00 | $2,821.50 |
| Weiss, John W. | Partner | 7.30 | $925.00 | $6,752.50 |
| Salcedo, Leslie | Paralegal | 0.50 | $400.00 | $200.00 |
| Subtotal for: B160 Fee/Employment Applications | | 13.50 | | $9,774.00 |
| | | Hours | Rate | Amount |
| Weiss, John W. | Partner | 0.20 | $925.00 | $185.00 |
| Subtotal for: B170 Fee/Employment Objections | | 0.20 | | $185.00 |

| | | | | | |
|---|---|---|---|---|---|
| Moelis & Company, LLC | | | | | Pashman Stein Walder Hayden |
| Blink Fitness | | | | | October 7, 2024 |
| Invoice #  164955 | | | | | Page: 5 |

PROFESSIONAL SERVICES SUMMARY

| Attorney | | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| DSklar | Sklar, David E. | Associate | 5.70 | $495.00 | $2,821.50 |
| JWeiss | Weiss, John W. | Partner | 7.50 | $925.00 | $6,937.50 |
| LSalced | Salcedo, Leslie | Paralegal | 0.50 | $400.00 | $200.00 |
| | Total | | 13.70 | | $9,959.00 |

| | |
|---|---:|
| Total Fees & Disbursements | $9,959.00 |

Go green • save time and decrease costs • conveniently use e-check online payment
https://pashmansteinwach.securepayments.cardpointe.com/pay