# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING STIPULATION BETWEEN THE DEBTORS AND A&G REALTY PARTNERS, LLC

The undersigned counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies as follows:

1. On August 12, 2024 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. On July 6, 2023, before the Petition Date, the Debtors and A&G Realty Partners, LLC ("**A&G**" and, together with the Debtors, the "**Parties**") entered into a Real Estate Services Agreement pursuant to which, among other things, A&G provided certain real estate consulting and advisory services to the Debtors (the "**RESA**").

3. In accordance with the terms of the RESA, prior to the Petition Date, Blink Holdings, Inc. ("**Holdings**") delivered to A&G a security retainer in the amount of thirty-five thousand dollars ($35,000.00) (the "**Retainer**"), which was to be applied to the invoice(s) for fees

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

and expenses due under the RESA. Holdings' Schedule G of its Schedules of Assets and Liabilities also lists a claim in the amount of $315,529.05 owed to A&G (the "**A&G Claim**") as of the Petition Date for services rendered pursuant to the RESA. As of the Petition Date, the Retainer had not been applied against the A&G Claim.

4. After good faith negotiations, the Parties have agreed to provide A&G with relief from the automatic stay imposed by section 362 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 solely on the terms set forth in the stipulation (the "**Stipulation**")[2] attached to Proposed Order (as defined below) as Exhibit 1. A proposed order approving the Stipulation is attached hereto as <u>Exhibit A</u> (the "**Proposed Order**").

5. The Debtors have circulated the Stipulation to the Office of the United States Trustee, counsel to the Official Committee of Unsecured Creditors, and the Debtors' lenders, none of which object to its approval.

WHEREFORE, the Parties respectfully request entry of the Proposed Order at the Court's earliest convenience and without further notice or a hearing.

*[Signature Page Follows]*

---

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Stipulation.

32397025.1

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 19, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Sean T. Greecher*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  mnestor@ycst.com<br>    sgreecher@ycst.com<br>    amielke@ycst.com<br>    tpowell@ycst.com<br>    rlamb@ycst.com<br>    bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

32397025.1

## EXHIBIT A

**Proposed Order**

32397025.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. _____ |

## ORDER APPROVING STIPULATION BETWEEN
## THE DEBTORS AND A&G REALTY PARTNERS, LLC

Upon consideration of the *Stipulation Between the Debtors and A&G Realty Partners, LLC* (the "**Stipulation**"),[2] attached hereto as Exhibit 1, and the related *Certification of Counsel Regarding Stipulation Between the Debtors and A&G Realty Partners, LLC*; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that due and appropriate notice of the relief provided for herein has been given under the circumstances; and the Court having determined that the agreement set forth in the Stipulation is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and good and sufficient cause appearing therefor,

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Stipulation.

32397025.1

2

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation attached hereto as <u>Exhibit 1</u> is hereby APPROVED.

2. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

3. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order or the Stipulation.

32397025.1

# **EXHIBIT 1**

**Stipulation**

32397025.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BLINK HOLDINGS, INC., et al.,[1] | : | Case No. 24-11686 (JKS) |
| Debtors. | : | (Jointly Administered) |

**STIPULATION BY AND BETWEEN THE DEBTORS AND
A&G REALTY PARTNERS, LLC**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") and A&G Realty Partners, LLC ("**A&G**" and, together with the Debtors, collectively, the "**Parties**" and, each a "**Party**"), by and through their respective undersigned counsel, hereby enter into this stipulation (this "**Stipulation**"), granting A&G relief from the automatic stay pursuant to section 362 of title 11 of the United States Code, 11 U.S.C. §§ 101– 1532 (the "**Bankruptcy Code**"), solely to the extent set forth below:

**RECITALS**

**WHEREAS**, on August 12, 2024 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "**Court**"); and

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

**WHEREAS**, on July 6, 2023, before the Petition Date, the Debtors and A&G entered into a Real Estate Services Agreement pursuant to which, among other things, A&G provided certain real estate consulting and advisory services to the Debtors (the "**RESA**");

**WHEREAS**, in accordance with the terms of the RESA, debtor Blink Holdings, Inc. ("**Holdings**") delivered to A&G a security retainer in the amount of thirty-five thousand dollars ($35,000.00) (the "**Retainer**"), which was to be applied to the invoice(s) for fees and expenses due under the terms of the RESA;

**WHEREAS**, as set forth on Holdings' Schedule G of its Schedules of Assets and Liabilities, A&G was owed the sum of $315,529.05 (the "**A&G Claim**") as of the Petition Date for services rendered pursuant to the RESA;

**WHEREAS**, as of the Petition Date, the Retainer had not been applied against the A&G Claim;

**WHEREAS**, after good faith negotiations, the Debtors have agreed to grant A&G relief from the automatic stay pursuant to section 362 of the Bankruptcy Code for the purpose of allowing A&G to apply the Retainer on the terms set forth in this Stipulation.

**NOW, THEREFORE**, the Parties, by and through their respective attorneys, hereby agree, subject to Court approval, as follows:

1. The Recitals above are incorporated as if fully set forth herein.

2. This Stipulation is subject to the approval of the Court and shall take effect only once approved by the Court.

3. A&G is granted relief from the automatic stay pursuant to section 362 of the Bankruptcy Code to apply the Retainer, in its entirety, against the A&G Claim. Following said

setoff, the A&G Claim shall be reduced to reflect a general unsecured claim in the amount of $280,529.05. The official claims register of these cases shall be updated accordingly.

4. This Stipulation consists of the entire agreement between the Parties and, upon Court approval thereof, supersedes all prior agreements and understandings, whether written or oral, with respect to the subject matter hereof and, except as expressly provided herein, is not intended to confer upon any person any rights or remedies hereunder.

5. The Parties and undersigned counsel represent and warrant that, subject to entry of a Court order approving this Stipulation, they have full authority to execute, deliver and perform their respective obligations under this Stipulation and that the respective Parties have full knowledge of, and have consented to, this Stipulation.

6. Each Party shall bear its own attorneys' fees and costs with respect to the execution and delivery of this Stipulation.

7. This Stipulation shall be binding upon the Parties and all of their respective affiliates, assigns, and successors, including, without limitation, any bankruptcy trustee that may be appointed in the future.

8. This Stipulation may be executed in counterparts, any of which may be transmitted via facsimile or electronic mail, and each of which shall be deemed an original and all of which shall together constitute one and the same instrument.

9. This Stipulation may not be amended, modified, vacated or altered in any way without both Parties' prior written consent.

10. Each Party shall cooperate and take such actions as are reasonably necessary to consummate the actions contemplated by this Stipulation and obtain approval of the Stipulation and entry of an order approving this Stipulation.

11. This Stipulation was the product of negotiations between the Parties and any rule of construction requiring that ambiguities are to be resolved against the drafting party shall not apply in the interpretation of this Stipulation

12. The Court shall retain jurisdiction over any disputes arising from the implementation, interpretation and enforcement of this Stipulation.

Dated: November 19, 2024

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **MCGRAIL & BENSINGER LLP** |
|---|---|
| */s/ Sean T. Greecher*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>    sgreecher@ycst.com<br>    amielke@ycst.com<br>    tpowell@ycst.com<br>    rlamb@ycst.com<br>    bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* | */s/ Ilana Volkov*<br>Ilana Volkov, Esq.<br>888-C 8th Avenue #107<br>New York, New York 10019<br>Phone: (201) 931-6910<br><br>*Counsel to A&G Realty Partners, LLC* |