IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Dkt. No. 537 |

**RESERVATION OF RIGHTS OF VARAGON CAPITAL PARTNERS AGENT, LLC, AS DIP AGENT AND PREPETITION AGENT, TO THE FIRST MONTHLY FEE APPLICATION OF KELLEY DRYE & WARREN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS LEAD COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 26, 2024 THROUGH AND INCLUDING SEPTEMBER 30, 2024[2]**

Varagon Capital Partners Agent, LLC, in its capacity as Prepetition Agent and DIP Agent (collectively, "Agent"), respectfully submits this reservation of rights (this "Reservation of Rights") to the *First Monthly Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period From August 26, 2024 Through and Including September 30, 2024* [Dkt. No. 537] (the "Fee Application"), filed by Kelley Drye & Warren LLP ("Kelley Drye"), as lead counsel to the Official Committee of Unsecured Creditors (the "Committee").

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Final DIP Order (as defined below).

1.  Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, and (B) Utilize Cash Collateral; (II) Granting Senior Secured Priming Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection to the Prepetition Secured Parties; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [Dkt. No. 393] (the "Final DIP Order"), the Committee may not use more than $100,000.00 of proceeds of the DIP Facility, the DIP Collateral, or the Prepetition Collateral to investigate any Challenge or other claims, causes of action, adversary proceedings, or other litigation against the Prepetition Secured Parties concerning the legality, validity, priority, perfection, enforceability, avoidability or extent of the claims, liens, or interests (including the Prepetition Liens and Adequate Protection Liens) held by or on behalf of the Prepetition Secured Parties related to the Prepetition Obligations. (*See* Final DIP Order ¶ 27.)

2.  In the Fee Application, Kelley Drye requests interim approval of its legal fees in the total aggregate amount of $813,438.75 (the "Fees") and of its expenses in the amount of $2,826.97 (the "Expenses"). The Fees and Expenses are divided into categories detailed in paragraphs 10 through 28 of the Fee Application, and Kelley Drye's invoices and time entries for those amounts are set forth in Exhibits A and B thereto. (*See* Fee Application ¶¶ 10-28; Ex. A-B.)

3.  Kelley Drye groups $71,839.50 of its Fees into a "Lender Investigation" category, which includes amounts for legal services provided to the Committee in connection with investigating Agent's liens and claims, analyzing the prepetition loan documents and collateral, and presenting to the Committee regarding its findings. (*Id*. ¶ 25.)

4.  However, the invoices attached to the Fee Application reveal that several other time entries for Fees related to Kelley Drye's investigation of the Prepetition Secured Parties' liens and claims are buried in other categories. Specifically, Kelley Drye seeks allowance and payment of

at least $17,252.00 in Fees included within the "General Investigation" category which are clearly attributable to the investigation of the Prepetition Secured Parties' liens and claims (and which are thus subject to the $100,000.00 cap). Those Fees are summarized on **<u>Exhibit 1</u>** hereto. Additionally, other Fees included in the "General Investigation" category are too vaguely described for Agent to determine whether they are attributable to the investigation of the Prepetition Secured Parties or other Committee investigation targets.

5. Regardless, it is clear that Kelley Drye has incurred Fees related to its investigation of the Prepetition Secured Parties' liens and claims in the amount of at least $89,091.50, and not only the $71,839.50 described in the Fee Application's "Lender Investigation" category. While this amount still appears to be below the Final DIP Order's $100,000.00 investigation cap, Agent expressly reserves its rights under the Final DIP Order and otherwise to the extent Kelley Drye seeks allowance and/or payment of any Fees and Expenses in excess of such cap from the proceeds of the DIP Facility, the DIP Collateral, or the Prepetition Collateral.

6. Agent further expressly reserves the right to object on any and all available grounds to final allowance and payment of the Fees and Expenses and any other applications of the Committee's professionals for allowance and/or payment of other fees and expenses, including to the extent such amounts exceed the scope of those permitted under the Final DIP Order.

WHEREFORE, Agent respectfully submits this Reservation of Rights.

| | |
|---|---|
| Dated: November 21, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |

*/s/ Echo Yi Qian*
Curtis S. Miller (No. 4583)
Echo Yi Qian (No. 7330)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: cmiller@morrisnichols.com
      eqian@morrisnichols.com

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter P. Knight (admitted *pro hac vice*)
Terence G. Banich (admitted *pro hac vice*)
Allison E. Yager (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.knight@katten.com
      terence.banich@katten.com
      allison.yager@katten.com

*Counsel for Varagon Capital Partners Agent, LLC, as Prepetition Agent and DIP Agent*