# **Exhibit 1**

## **Improperly Categorized Investigation Fees**

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/03/2024 | Draft demand letter to Varagon (.5) | RG | 0.5 | $975 | $487.5 |
| 9/11/2024 | Revise demand letter to Varagon (.6); email to K. Elliott (KDW) regarding revisions to demand letters (.1) | RG | 0.7 | $975 | $682.50 |
| 9/12/2024 | Conference with K. Elliott (KDW) regarding demand letters to Varagon and Equinox (.1); finalize demand letter to Varagon (.4); email demand letters to Varagon and Equinox (.1) | RG | 0.6 | $975 | $585.00 |
| 9/17/2024 | Review Varagon production (.1) | RG | 0.1 | $975 | $97.50 |
| 9/23/2024 | Review Varagon (.5) loan documents | JC | 0.5 | $620 | $310.00 |
| 9/24/2024 | Confer with R. Gage and T. Hopper (all KDW) regarding investigation issues (.8); correspondence with T. Hopper regarding timeline document formatting (.1); meeting with T. Hopper regarding document investigation index (.2); correspondence with T. Hopper and R. Gage (KDW) regarding same (.1); begin drafting document indexes for Equinox and Varagon document productions (.3) | SAC | 1.5 | $775 | $1,162.50 |
| 9/25/2024 | Review Varagon production documents (1.4); create a timeline of events to evaluate Varagon's security interest (.5) | TDH | 1.9 | $530 | $1,007.00 |
| 9/26/2024 | Draft demand letter to Varagon (.3) | RG | 0.3 | $975 | $292.50 |
| 9/26/2024 | Review Varagon production documents and create a timeline of events to evaluate Varagon's security interest | TDH | 3.9 | $530 | $2,067.00 |
| 9/27/2024 | Review (.1) and revise (.2) Varagon supplemental demand letter; email (.2) and calls (x2) (.3) with A. Barajas (KDW) to finalize same; final review (.2) and revisions (.3) to demand letter | KSE | 1.3 | $990 | $1,287.0 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/27/2024 | Review draft second demand letters and provide comments (.3); edit draft second demand letters (.7); call with K. Elliott (KDW) regarding finalizing draft second demand letters (.3); call with R. Gage regarding same (.1); edit draft second demand letters to incorporate K. Elliott's (KDW) comments (.2); call with K. Elliott (KDW) regarding finalizing second demand letters (.1) | AB | 1.7 | $775 | $1,317.50 |
| 9/27/2024 | Revise second demand letters to debtors, Varagon, and Equinox (.4); Telephone conference with A. Barajas (KDW) regarding same (.1); finalize and send debtor demand letter (.3); finalize and send Varagon demand letter (.2) | RG | 1 | $975 | $975.00 |
| 9/27/2024 | Review Varagon production documents and create a timeline of events to evaluate Varagon's security interest | TDH | 4.5 | $530 | $2,385.00 |
| 9/28/2024 | Review Varagon production documents (3.1); create a timeline of events to evaluate Varagon's security interest (1.5) | TDH | 4.6 | $530 | $2,438.00 |
| 9/29/2024 | Review Varagon production documents and create a timeline of events to evaluate Varagon's security interest | TDH | 1.1 | $530 | $583.00 |
| 9/30/2024 | Review produced materials (.6); draft email to Debtors, Varagon, and Equinox regarding document deficiencies (.2) | RG | 0.8 | $975 | $780.00 |
| 9/30/2024 | Review Varagon production documents and create a discovery timeline | TDH | 1.5 | $530 | $795.00 |
| | | | | **Total Miscategorized Lender Investigation Fees** | **$17,252.00** |