**CHARLES E. BOULBOL, P.C.**
Charles E. Boulbol
Attorneys for 78-14 Roosevelt LLC
62 85th Street
Brooklyn, New York 11209
(212) 825-9457 – Telephone

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------X

In re:                                                                                    Chapter 11

BLINK HOLDINGS INC., et al,                                      Case No. 24-11686 (JKS)

                                    Debtors.
-------------------------------------------------------------------X

**NOTICE OF CHANGE OF ADDRESS**
**FOR CHARLES E. BOULBOL, PC**

**PLEASE TAKE NOTICE** that effective November 24, 2024, Charles E. Boulbol, PC, counsel to 78-14 Roosevelt LLC, has relocated its office to the following address:

>   Charles E. Boulbol, PC
>   62 85th Street
>   Brooklyn, New York 11209
>   (212) 825-9457 Telephone
>   rtrack@msn.com

Please reflect this change in all future pleadings, notices, and other papers served or filed in the above-captioned matter.

Dated:  New York, New York
            November 24, 2024

                                                            CHARLES E. BOULBOL, P.C.

                                            By:    _____
                                                    Charles E. Boulbol
                                                    62 85th Street
                                                    Brooklyn, New York 11209
                                                    Email: rtrack@msn.com
                                                    *Attorneys for 78-14 Roosevelt LLC*