**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*, [1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 537, 630, 631** |

**CERTIFICATION OF COUNSEL REGARDING FIRST MONTHLY FEE APPLICATION OF KELLEY DRYE & WARREN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS LEAD COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 26, 2024 THROUGH AND INCLUDING SEPTEMBER 30, 2024**

The undersigned hereby certifies as follows:

1. On September 5, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 162] ("Interim Compensation Order").

2. On October 31, 2024, Kelley Drye & Warren LLP ("Kelley Drye"), Lead Counsel to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the above-referenced bankruptcy cases of the above captioned debtors (the "Debtors"), filed the *First Monthly Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from August 26, 2024 Through and Including September 30, 2024* (the "Application") [Docket No. 537] with the Court.

3. The deadline to object to the Application was November 21, 2024 at 4:00 p.m. (ET).

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17050094/1

4. On November 21, 2024, Varagon Capital Partners Agent, LLC filed its *Reservation of Rights of Varagon Capital Partners Agent, LLC, as DIP Agent and Prepetition Agent, to the First Monthly Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period From August 26, 2024 Through and Including September 30, 2024* [Docket No. 630] with the Court.

5. On November 21, 2024, the Debtors filed its *Objection and Reservation of Rights Regarding the First Monthly Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses* [Docket No. 631] with the Court.

6. After discussions with counsel to the Debtors, the Debtors have confirmed that they do not intend that their objection and reservation of rights operate to prevent interim payment of the amounts asserted in the Application pursuant to the Interim Compensation Order.

7. The undersigned further certifies that after reviewing the Court's docket in this case, no other formal answer, objection, or other responsive pleading to the Application appears thereon.

8. The Committee respectfully requests that, pursuant to the Interim Compensation Order [Docket No. 162], no further order is required, and Kelley Drye is entitled to receive 80% of its fees ($650,751.00) and 100% of its expenses ($2,826.97).

Dated: November 25, 2024                **MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
           bkeilson@morrisjames.com
           scerra@morrisjames.com
-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
  kelliott@kelleydrye.com
  abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*