**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING OF MATTERS**
**SCHEDULED FOR DECEMBER 5, 2024 AT 4:00 P.M. (ET)**

**NO MATTERS ARE GOING FORWARD. THE HEARING IS CANCELLED AT THE DIRECTION OF THE COURT.**

**RESOLVED MATTER**

1. Debtors' Motion for an Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors is a Lessee [D.I. 595, 11/8/24]

    Objection Deadline:    November 22, 2024 at 4:00 p.m. (ET)

    Related Documents:

    A. Certification of Counsel [D.I. 639, 11/25/24]

    B. Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors Is a Lessee [D.I. 644, 11/25/24]

    Objections Filed:

    A. Informal comments from certain landlords

    Status: An order has been entered. A hearing is unnecessary.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 27, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ *Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>  sgreecher@ycst.com<br>  amielke@ycst.com<br>  tpowell@ycst.com<br>  rlamb@ycst.com<br>  bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |