# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 25, 2024, I caused to be served the:

    a. letter "*In re Blink Holdings, Inc., et al.*, Case No. 24-11686 (JKS) Rejection of Concession Agreement for Club # 607 121 Broadhollow Rd, Melville, NY 11747," dated November 25, 2024, (the "PT Letter"),

    b. letter "*In re Blink Holdings, Inc., et al.*, Case No. 24-11686 (JKS) Rejection of Real Property Lease for Club # 603 151 Bergen Town Center Rd, Paramus, NJ 07652," dated November 25, 2024, (the "Paramus Letter"),

    c. letter "*In re Blink Holdings, Inc., et al.*, Case No. 24-11686 (JKS) Rejection of Real Property Lease for Club # 607 121 Broadhollow Rd, Melville, NY 11747," dated November 25, 2024, (the "Melville Letter"),

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

    d. *letter* "*In re Blink Holdings, Inc., et al.*, Case No. 24-11686 (JKS) Rejection of Real Property Lease for Club # 614 175 SUNRISE HWY S, BAY COMMONS S/C, West Islip NY 11795," dated November 25, 2024, (the "West Islip Letter"),

    e. *letter* "*In re Blink Holdings, Inc., et al.*, Case No. 24-11686 (JKS) Rejection of Real Property Lease for Club # 640 1701 W Edgar Rd, Linden NJ 07036," dated November 25, 2024, (the "Linden Letter"), and

    f. *letter* "*In re Blink Holdings, Inc., et al.*, Case No. 24-11686 (JKS) Rejection of Real Property Lease for Club # 674 2-14 Ferry St, Newark NJ 07105," dated November 25, 2024, (the "Newark Letter"),

by causing true and correct copies of the:

    i. PT Letter to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit A,

    ii. Paramus Letter to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit B,

    iii. Melville Letter to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit C,

    iv. West Islip Letter to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit D,

    v. Linden Letter to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit E, and

    vi. Newark Letter to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit F.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Geoff Zahm*
                                                                      Geoff Zahm

**EXHIBIT A**

BLINK HOLDINGS, INC., *et al.*, Case No. 24-11686 (JKS)
Overnight Mail Service Party

PT ADMINISTRATIVE SERVICES, LLC
981 US 22, 2nd Floor
Bridgewater, NJ 08807

Page **1** of **1**

**EXHIBIT B**

BLINK HOLDINGS, INC., *et al.*, Case No. 24-11686 (JKS)
Overnight Mail Service Party

UE Bergen Mall Owner LLC
210 Route 4 East
Paramus, NJ 07652

Page **1** of **1**

**EXHIBIT C**

BLINK HOLDINGS, INC., *et al.*, Case No. 24-11686 (JKS)
Overnight Mail Service Party

BROADHOLLOW/PINELAWN CW NF LLC and BROADHOLLOW/PINELAWN J.E.S. NF LLC
c/o Wachtler Knopf Equities
500 Bi County Blvd, Suite 230
Farmingdale, NY 11735

Page **1** of **1**

**EXHIBIT D**

BLINK HOLDINGS, INC., *et al.*, Case No. 24-11686 (JKS)
Overnight Mail Service Party

HAMILTON, KANE, MARTIN ENTERPRISES, INC.
PO Box 369
West Islip, NY 11795

Page **1** of **1**

**EXHIBIT E**

BLINK HOLDINGS, INC., *et al.*, Case No. 24-11686 (JKS)
Overnight Mail Service Party

Linden Commons Retail, LLC
c/o Prestige Properties & Development Co., Inc.
546 Fifth Ave, 15th Floor
New York, NY 10036

Page **1** of **1**

**EXHIBIT F**

BLINK HOLDINGS, INC., *et al.*, Case No. 24-11686 (JKS)
Overnight Mail Service Party

2 Ferry LLC
c/o Paramount Assets, LLC
45 Academy Street, 5th Floor
Newark, NJ 07102

Page **1** of **1**