# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. __ |

### ORDER (I) AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS; AND (II) GRANTING RELATED RELIEF

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for the entry of an order (this "**Order**") (i) authorizing the Debtors to reject, effective as of the Rejection Date, certain executory contracts, including any supplements, schedules, amendments, modifications, or other agreements in connection therewith to which any Debtor is a party, which the Debtors have determined, in their business judgment, should be rejected; and (ii) granting related relief; and upon the First Day Declaration; and upon the statements of counsel made in support of the relief requested in the Motion at the hearing before this Court; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that venue of the Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

32426029.2

to 28 U.S.C. § 157(b)(2) and that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and in accordance with the Bankruptcy Rules and Local Rules and that no other or further notice is necessary; and after due deliberation thereon; and this Court having found that the relief herein is in the best interests of the Debtors' estates; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Rejected Contracts listed on <u>Schedule 1</u> hereto, including, as applicable, any and all supplements, schedules, amendments, modifications, or other agreements in connection therewith to which any Debtor is a party, are hereby rejected, effective as of the Rejection Date.

3. Nothing herein shall prejudice the rights of the Debtors to assert that any of the Rejected Contracts were terminated prior to the Rejection Date, or that any claim for damages arising from the rejection of any of the Rejected Contracts are limited to the remedies available under any applicable termination provision of such lease or contract, as applicable, or that any such claim is an obligation of a third party, and not that of the Debtors or their estates, or to otherwise contest any claims that may be asserted in connection with any of the Rejected Contracts.

4. Nothing in this Order: (i) is intended or shall be deemed to constitute an assumption of any agreement pursuant to section 365 of the Bankruptcy Code or an admission as to the validity of any claim against the Debtors and their estates; (ii) shall impair, prejudice, waive or otherwise affect the rights of the Debtors and their estates with respect to the validity, priority or amount of any claim against the Debtors and their estates; or (iii) shall be construed as a promise to pay a claim.

32426029.2

5. The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

6. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

## SCHEDULE 1

### Rejected Contracts[1]

| | **Counterparty & Address** | **Debtor Counterparty** | **Contract Description** |
|---|---|---|---|
| 1. | Bamko LLC<br>11620 Wilshire Boulevard, Suite 360<br>Los Angeles, CA 90025 | Blink Holdings, Inc. | Master Purchase and Services Agreement, dated as of June 4, 2019 |
| 2. | BEC Capital Corp<br>Attn: Allen Pinero, President<br>64 Locust Lane<br>Oyster Bay, NY 11771<br><br>and<br><br>BEC Capital Inc<br>600 N Wellwood Avenue, Unit H<br>Lindenhurst, NY 11757 | Blink Fitness Franchising, Inc. | Franchise Agreement, dated as of December 20, 2015 |
| 3. | Burton, Richard<br>[ADDRESS ON FILE] | Blink Holdings, Inc. | Employment Agreement |
| 4. | Casiana Fitness Wilson SQ LLC<br>Attn: Carlos Gavidia, Manager<br>212 Spyglass Lane<br>Jupiter, FL 33477 | Blink Fitness Franchising, Inc. | Unit Franchise Agreement, dated as of September 9, 2019 |

---

[1] The Rejected Contracts shall include, as applicable, any and all supplements, schedules, amendments, modifications, or other agreements in connection therewith to which any Debtor is a party.

| | **Counterparty & Address** | **Debtor Counterparty** | **Contract Description** |
|---|---|---|---|
| 5. | Catania, Monica<br>[ADDRESS ON FILE] | Blink Holding, Inc. | Employment Agreement |
| 6. | Commercial Lighting Industries Inc.<br>Attn: CFO<br>81161 Indio Boulevard<br>Indio, CA 92201 | Blink Fitness Franchising, Inc. | Supply and Pricing Agreement, dated as of January 7, 2016 |
| 7. | Commercial Lighting Industries Inc.<br>Attn: CFO<br>81161 Indio Boulevard<br>Indio, CA 92201 | Blink Fitness Franchising, Inc. | Supply and Pricing Agreement Amendment, dated as of April 23, 2018 |
| 8. | Dandan, Maher & Dee<br>P.O. Box 821039<br>North Richland Hills, TX 76182 | Blink Holdings, Inc. | Asset Purchase and Sales Agreement, dated as of December 14, 2018 |
| 9. | DLA Piper LLC<br>Attn: Keith Medansky<br>203 North LaSalle Street, Suite 1900<br>Chicago, IL 60601 | Blink Holdings, Inc. | Engagement Letter, dated as of December 8, 2016 |
| 10. | Eclipse Capital LLC<br>Attn: Allen Pinero<br>64 Locust Lane<br><br>and<br><br>Eclipse Farmingdale LLC<br>450 Main Street, Unit 2<br>Farmingdale, NY 11735 | Blink Fitness Franchising, Inc. | Unit Franchise Agreement, dated as of July 7, 2017 |

|  | **Counterparty & Address** | **Debtor Counterparty** | **Contract Description** |
|---|---|---|---|
| 11. | Ecore International<br>Attn: Linda Lilley<br>715 Fountain Avenue<br>Lancaster, PA 17601 | Blink Fitness Franchising, Inc. | Supply and Pricing Agreement, dated as of January 19, 2016 |
| 12. | GoodEarth Distribution LLC<br>Attn: Stewart Mandler, Pres<br>440 West Street<br>Fort Lee, NJ 07024 | Blink Fitness Franchising, Inc. | 2nd Addendum to Exclusive Supply Agreement, dated as of May 3, 2019 |
| 13. | GS FIT IL-1 LLC<br>Attn: Manager<br>73 W Monroe, Suite 410<br>Chicago, IL 60603<br><br>and<br><br>GS FIT-1 LLC<br>39300 W 12 Mile Road, Suite 100<br>Farmington Hills, MI 48331 | Blink Fitness Franchising, Inc. | Unit Franchise Agreement, dated as of September 29, 2017 |
| 14. | GS Fitness Holdings LLC<br>Attn: Thomas Shumaker<br>1620 Judson Avenue<br>Evanston, IL 60201<br><br>and<br><br>GS Fitness Michigan LLC<br>c/o GS Fitness Holdings LLC<br>Attn: Thomas Shumaker | Blink Holdings, Inc. | Health Club Transition Advisory and Management Services Agreement, dated as of March 31, 2020 |

|  | **Counterparty & Address** | **Debtor Counterparty** | **Contract Description** |
|---|---|---|---|
|  | 1620 Judson Avenue<br>Evanston, IL 60201<br><br>and<br><br>GS Fitness Holdings LLC<br>c/o Jaffe, Raitt, Heuer & Weiss PC<br>Attn: Richard Zussman, Esq.<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034 |  |  |
| 15. | GS Fitness Holdings LLC<br>c/o Owl Services<br>Attn: Doni Fall<br>2211 S Telegraph Road, Suite 7380<br>Bloomfield Hills, MI 48302 | Blink Fitness Franchising, Inc. | Promissory Note, dated as of August 15, 2021 |
| 16. | GS Fitness Holdings LLC<br>c/o Owl Services<br>Attn: Doni Fall<br>2211 S Telegraph Road, Suite 7380<br>Bloomfield Hills, MI 48302 | Blink Fitness Franchising, Inc. | Promissory Note, dated as of September 15, 2021 |
| 17. | Insider Services US LLC<br>Attn: Director<br>16192 Coastal Highway<br>Lewes, DE 19958 | Blink Fitness Franchising, Inc. | Master Services Agreement, dated as of December 15, 2022 |
| 18. | Insider Services US LLC<br>Attn: Director<br>16192 Coastal Highway<br>Lewes, DE 19958 | Blink Fitness Franchising, Inc. | Statement of Work No. 1, dated as of December 15, 2022 |

| | **Counterparty & Address** | **Debtor Counterparty** | **Contract Description** |
|---|---|---|---|
| 19. | Iron Grip Barbell Company<br>Attn: VP Sales<br>4012 W Garry Avenue<br>Santa Ana, CA 92704 | Blink Fitness Franchising, Inc. & Blink Holdings, Inc. | Supply and Pricing Agreement, dated as of February 9, 2016 |
| 20. | Jacksonville Gym Holdings LLC<br>250 Palm Coast Parkway NE, Suite 607-#504<br>Palm Coast, FL 32137 | Blink Fitness Franchising, Inc. | Transfer of Health Club Membership Agreements, dated as of August 12, 2022 |
| 21. | Jackson Lewis PC<br>666 3rd Avenue<br>New York, NY 10017 | Blink Holdings, Inc. | Personal & Confidential Attorney-Client & Work Product Privileged Material, dated as of June 21, 2017 |
| 22. | Jackson Lewis PC<br>666 3rd Avenue<br>New York, NY 10017 | Blink Holdings, Inc. | Personal & Confidential Attorney-Client & Work Product Privileged Material, dated as of June 20, 2018 |
| 23. | John Jr. Holdings LLC<br>4519 Belmont Park Terrace<br>Nashville, TN 37215 | Blink Fitness Franchising, Inc. | Unit Franchising Agreement, dated as of June 18, 2019 |
| 24. | John Jr. Holdings LLC<br>4519 Belmont Park Terrace<br>Nashville, TN 37215 | Blink Fitness Franchising, Inc. | Amendment to Development Rights Agreement, dated as of June 18, 2019 |
| 25. | Johnson Health Tech North America Inc. d/b/a Matrix Fitness<br>Attn: Nicole Toay<br>1600 Landmark Drive<br>Cottage Grove, WI 53527 | Blink Holdings, Inc. | Equipment Purchase Agreement, dated as of November 14, 2022 |

|  | **Counterparty & Address** | **Debtor Counterparty** | **Contract Description** |
|---|---|---|---|
| 26. | Johnson Health Tech North America Inc. d/b/a Matrix Fitness<br>Attn: Nicole Toay<br>1600 Landmark Drive<br>Cottage Grove, WI 53527 | Blink Holdings, Inc. | 1st Amendment to Equipment Purchase Agreement, dated as of January 1, 2024 |
| 27. | Johnson Health Tech North America Inc.<br>Attn: Scott Robison<br>1600 Landmark Drive<br>Cottage Grove, WI 53527 | Blink Holdings, Inc. | Supply and Pricing Agreement, dated as of January 13, 2016 |
| 28. | Johnson Health Tech North America Inc.<br>Attn: Scott Robison<br>1600 Landmark Drive<br>Cottage Grove, WI 53527 | Blink Holdings, Inc. | US-In House Warranty Service Agreement, dated as of April 19, 2024 |
| 29. | KRG Enterprises Inc.<br>Attn: VP<br>9901 Blue Grass Road<br>Philadelphia, PA 19114 | Blink Fitness Franchising, Inc. | Supply and Pricing Agreement, dated as of March 16, 2016 |
| 30. | List Industries Inc.<br>Attn: Rusty Devine, VP<br>2823 West Orange Avenue<br>Apopka, FL 32703 | Blink Fitness Franchising, Inc. | Supply and Pricing Agreement, dated as of February 19, 2016 |
| 31. | MotionSoft Inc.<br>Attn: Chief Financial Officer<br>1801 Rockville Avenue, Suite 501<br>Rockville, MD 20582 | Blink Fitness Franchising, Inc. | Statement of Work, dated as of April 25, 2016 |

32426029.2

|  | **Counterparty & Address** | **Debtor Counterparty** | **Contract Description** |
|---|---|---|---|
| 32. | Motionsoft Inc.<br>Attn: Chief Financial Officer<br>1801 Rockville Avenue, Suite 501<br>Rockville, MD 20582 | Blink Fitness Franchising, Inc. | Blink Fitness Franchisee Referral Agreement, dated as of June 1, 2020 |
| 33. | Muzak LLC d/b/a Mood Media<br>Attn: Sr Corp Counsel<br>1703 W 5th Street, Suite 600<br>Austin, TX 78703 | Blink Fitness Franchising, Inc. | Multi-Territory Account Service Agreement, dated as of January 24, 2017 |
| 34. | Muzak LLC d/b/a Mood Media<br>Attn: Sr Corp Counsel<br>1703 W 5th Street, Suite 600<br>Austin, TX 78703 | Blink Fitness Franchising, Inc. | Service Agreement, dated as of January 24, 2017 |
| 35. | Muzak LLC d/b/a Mood Media<br>Attn: Sr Corp Counsel<br>1703 W 5th Street, Suite 600<br>Austin, TX 78703 | Blink Fitness Franchising, Inc. | Service Agreement Amendment, dated as of February 19, 2019 |
| 36. | Nouveau Elevator Industries LLC<br>Attn: VP Sales<br>47-55 37th Street<br>Long Island City, NY 11101 | Blink Holdings, Inc. | Vertical Transportation Preventative Maintenance Service Contract, dated as of May 4, 2023 |
| 37. | Ontario Refrigeration Service Inc.<br>6002 San Fernando Road<br>Glendale, CA 91202 | Blink Holdings, Inc. | Quotation #PC72988, dated as of September 17, 2018 |
| 38. | Ontario Refrigeration Service Inc.<br>6002 San Fernando Road<br>Glendale, CA 91202 | Blink Holdings, Inc. | Quotation #PC73039, dated as of December 3, 2018 |

| | **Counterparty & Address** | **Debtor Counterparty** | **Contract Description** |
|---|---|---|---|
| 39. | Ontario Refrigeration Service Inc.<br>6002 San Fernando Road<br>Glendale, CA 91202 | Blink Holdings, Inc. | Quotation #PC73101, dated as of January 14, 2019 |
| 40. | Ontario Refrigeration Service Inc.<br>6002 San Fernando Road<br>Glendale, CA 91202 | Blink Holdings, Inc. | Quotation #PC73242, dated as of July 30, 2019 |
| 41. | Ontario Refrigeration Service Inc.<br>6002 San Fernando Road<br>Glendale, CA 91202 | Blink Holdings, Inc. | Quotation #PC73680, dated as of March 23, 2021 |
| 42. | Ontario Refrigeration Service Inc.<br>6002 San Fernando Road<br>Glendale, CA 91202 | Blink Holdings, Inc. | Quotation #PC73698, dated as of March 29, 2021 |
| 43. | Ontario Refrigeration Service Inc.<br>6002 San Fernando Road<br>Glendale, CA 91202 | Blink Holdings, Inc. | Quotation #PC73957, dated as of January 4, 2022 |
| 44. | Panos Fitness LLC<br>Attn: Sole Manager and Member<br>4979 W Taft Road<br>Liverpool, NY 13088 | Blink Fitness Franchising, Inc. | Franchise Agreement, dated as of December 30, 2016 |
| 45. | Panos Fitness of Onondaga LLC<br>Attn: Sole Manager and Member<br>4722 Onondaga Boulevard<br>Syracuse, NY 13219 | Blink Fitness Franchising, Inc. | Franchise Agreement, dated as of August 20, 2019 |
| 46. | Panos, Dean<br>1588 South Ivy Trail<br>Baldwinsville, NY 13027 | Blink Fitness Franchising, Inc. | Development Rights Agreement, dated as of December 30, 2016 |

32426029.2

|  | **Counterparty & Address** | **Debtor Counterparty** | **Contract Description** |
|---|---|---|---|
| 47. | Panos, Dean<br>1588 South Ivy Trail<br>Baldwinsville, NY 13027 | Blink Fitness Franchising, Inc. | Unit Franchise Agreement, dated as of December 30, 2016 |
| 48. | Pinero, Allen Mark and Maria Christina<br>64 Locust Lane<br>Oyster Bay, NY 11771 | Blink Fitness Franchising, Inc. | Addendum to Unit Franchise Agreement, dated as of December 31, 2015 |
| 49. | Platinum Gym One Inc.<br>Attn: Stephen L. Stabile<br>265 Webster Woods Lane<br>North Andover, MA 01845 | Blink Fitness Franchising, Inc. | Development Rights Agreement, dated March 10, 2017 |
| 50. | Platinum Gym One Inc.<br>Attn: Stephen L. Stabile<br>265 Webster Woods Lane<br>North Andover, MA 01845 | Blink Fitness Franchising, Inc. | Unit Franchise Agreement, dated as of March 10, 2017 |
| 51. | Platinum Gym Two Inc.<br>Attn: Stephen L. Stabile<br>265 Webster Woods Lane<br>North Andover, MA 01845 | Blink Fitness Franchising, Inc. | Unit Franchise Agreement, dated as of August 1, 2018 |
| 52. | Platinum Software Partners LLC<br>Attn: Stephen L. Stabile<br>265 Webster Woods Lane<br>North Andover, MA 01845 | Blink Fitness Franchising, Inc. | Software Agreement |

| | **Counterparty & Address** | **Debtor Counterparty** | **Contract Description** |
|---|---|---|---|
| 53. | Service Management Group Inc.<br>Attn: Andry Fromm, CEO<br>1737 McGree Street<br>Kansas City, MO 64108 | Blink Holdings, Inc. | Master Services Agreement, dated as of February 18, 2015 |
| 54. | Service Management Group Inc.<br>Attn: Andry Fromm, CEO<br>1737 McGree Street<br>Kansas City, MO 64108 | Blink Holdings, Inc. | Amendment #1 to Agreement, dated as of January 22, 2018 |
| 55. | Sterling Ashland LLC<br>c/o Blue Star Properties<br>600 W Van Buren, Suite 1000<br>Chicago, IL 60607 | Blink Ashland Inc. | Retail Lease, dated as of February 13, 2020 |
| 56. | TD Equipment Finance Inc.<br>Attn: Sr Manager<br>2059 Springdale Road<br>Cherry Hill, NJ 08034 | Blink Holdings, Inc. | Amendment to Deferral Agreement, dated as of September 24, 2020 |
| 57. | TD Equipment Finance Inc.<br>Attn: Sr Manager<br>2059 Springdale Road<br>Cherry Hill, NJ 08034 | Blink Holdings, Inc. | COVID-19 Relief Agreement, dated as of April 4, 2017 |
| 58. | TD Equipment Finance Inc.<br>Attn: Sr Manager<br>2059 Springdale Road<br>Cherry Hill, NJ 08034 | Blink Holdings, Inc. | Master Lease Schedule #40154955, dated as of January 21, 2020 |

32426029.2

|  | **Counterparty & Address** | **Debtor Counterparty** | **Contract Description** |
|---|---|---|---|
| 59. | TD Equipment Finance Inc.<br>Attn: Sr Manager<br>2059 Springdale Road<br>Cherry Hill, NJ 08034 | Blink Holdings, Inc. | Master Lease Schedule #40156243, dated as of February 24, 2020 |
| 60. | TD Equipment Finance Inc.<br>Attn: Sr Manager<br>2059 Springdale Road<br>Cherry Hill, NJ 08034 | Blink Holdings, Inc. | Master Lease Schedule #40157179, dated as of January 27, 2020 |
| 61. | YP Fitness Inc.<br>Attn: Richard Pawlowski<br>3550 Mowry Ave<br>Fremont, CA 94538 | Blink Fitness Franchising, Inc. | Acknowledgment by Franchisee and Its Owners |
| 62. | YP Fitness Inc.<br>Attn: Richard Pawlowski<br>3550 Mowry Ave<br>Fremont, CA 94538 | Blink Fitness Franchising, Inc. | Development Rights Agreement, dated as of April 29, 2019 |
| 63. | YP Fitness Inc.<br>Attn: Richard Pawlowski<br>3550 Mowry Ave<br>Fremont, CA 94538 | Blink Fitness Franchising, Inc. | Unit Franchise Agreement, dated as of April 29, 2019 |
| 64. | Zeroin Media Inc.<br>Attn: Pres<br>1123 Roadway, Suite 704<br>New York, NY 10010 | Blink Fitness Franchising, Inc. | Affiliate Addendum to Equipment Purchase and Network Operation Agreement, dated as of January 17, 2016 |
| 65. | 659 Grymes LLC<br>9322 3rd Avenue, Suite 502 | Blink Holdings, Inc. | Guaranty, dated as of August 22, 2019 |

|     | **Counterparty & Address** | **Debtor Counterparty** | **Contract Description** |
| --- | --- | --- | --- |
|     | Brooklyn, NY 11209 |     |     |
| 66. | 659 Grymes LLC<br>9322 3rd Avenue, Suite 502<br>Brooklyn, NY 11209 | Blink Richmond Road, Inc. | Retail Lease, dated as of August 22, 2019 |