# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Dkt. No. 630** |

## NOTICE OF SERVICE

I, Echo Yi Qian, hereby certify that on November 21, 2024, copies of *Reservation of Rights of Varagon Capital Partners Agent, LLC, as DIP Agent and Prepetition Agent, to the First Monthly Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period From August 26, 2024 Through and Including September 30, 2024* (D.I. 630) were served in the manner indicated on the parties listed on the attached Service List.

*(Remainder of page intentionally left blank)*

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

Dated: December 2, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Echo Yi Qian*
Curtis S. Miller (No. 4583)
Echo Yi Qian (No. 7330)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: cmiller@morrisnichols.com
         eqian@morrisnichols.com

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter P. Knight (admitted *pro hac vice*)
Terence G. Banich (admitted *pro hac vice*)
Allison E. Yager (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.knight@katten.com
         terence.banich@katten.com
         allison.yager@katten.com

*Counsel for Varagon Capital Partners Agent, LLC, as Prepetition Agent and DIP Agent*