## Service List

**VIA EMAIL**

| | |
|---|---|
| **TRIPLE P RTS, LLC**<br>Steven Shenker<br>Scott Canna<br>300 North LaSelle, Suite 1420<br>Chicago, IL 60654<br>sshenker@pppllc.com<br>scanna@pppllc.com | **KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson<br>Kristin S. Elliott<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>ewilson@kelleydrye.com<br>kelliott@kelleydrye.com |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Sean T. Greecher<br>Allison S. Mielke<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>sgreecher@ycst.com<br>amielke@ycst.com<br><br>*Counsel for the Debtors* | **MORRIS JAMES LLP**<br>Eric Monzo<br>Brya Keilson<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>emonzo@morrisjames.com<br>bkeilson@morrisjames.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |
| **THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**<br>Benjamin A. Hackman<br>J. Caleb Boggs Federal Building<br>844 North King Street, Suite 2207<br>Wilmington, Delaware 19801<br>benjamin.a.hackman@usdoj.gov | |