**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket Nos. 81, 348, & 591** |

**NOTICE OF ASSUMPTION AND ASSIGNMENT OF LEASES
TO LOTEMD FIT LLC**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On August 16, 2024, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All of Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II)(A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief* [Docket No. 81] (the "**Bidding Procedures Motion**").

On September 10, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. 348] approving the relief requested in the Bidding Procedures Motion.

On November 7, 2024, the Court entered the *Order (I) Approving the Sale of Assets to Lotemd Fit LLC Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 591] (the "**Sale Order**"),[2] approving the Asset Purchase Agreement and authorizing the sale (the "**Sale**") of the Acquired Assets to Lotemd

---

[1]   The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036.  Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2]   Capitalized terms used but not defined herein shall have the meanings set forth in the Sale Order.

Fit LLC, a New York limited liability company (the "**Purchaser**").  On November 29, 2024, the Sale closed (the "**Closing**").

Pursuant to section 2.6 of the Asset Purchase Agreement, the Debtors have assumed and assigned the Assumed Leases (as defined in the Asset Purchase Agreement) set forth on **Exhibit A** attached hereto to the Purchaser or its designated assignees as of the Closing.

Dated: Wilmington, Delaware
      December 2, 2024

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Rebecca L. Lamb*
Michael R. Nestor (No. 3526)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Timothy R. Powell (No. 6894)
Rebecca L. Lamb (No. 7223)
Benjamin C. Carver (No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
      sgreecher@ycst.com
      amielke@ycst.com
      tpowell@ycst.com
      rlamb@ycst.com
      bcarver@ycst.com

*Counsel to the Debtors and Debtors in Possession*

## EXHIBIT A

**Assumed Leases**

**Blink Fitness**

*JTRE Assumption List*

| Contract # | CASE NUMBER | DEBTOR ENTITY | ASSIGNEE | COUNTERPARTY NAME | CONTRACT DESCRIPTION |
|---|---|---|---|---|---|
| 855 | 24-11692 | BLINK 1060 W ALAMEDA, INC. | Burbank Gym LLC | RANCHO MARKETPLACE GATEWAY LLC | FIRST AMENDMENT TO SHOPPING CENTER LEASE  DTD 9/28/2021 (AMENDS LEASE DTD 8/20/2018) |
| 854 | 24-11692 | BLINK 1060 W ALAMEDA, INC. | Burbank Gym LLC | RANCHO MARKETPLACE GATEWAY LLC | LEASE AGREEMENT  DTD 8/20/2018 |
| 856 | 24-11692 | BLINK 1060 W ALAMEDA, INC. | Burbank Gym LLC | RANCHO MARKETPLACE GATEWAY LLC | THIRD AMENDMENT TO SHOPPING CENTER LEASE  DTD 2/1/2024 (AMENDS LEASE DTD 8/20/2018) |
| 267 | 24-11807 | BLINK 16123 BELLFLOWER BLVD., INC | Bellflower Gym LLC | AL CALIFORNIA LLC | FIRST AMENDMENT TO SUBLEASE DTD 6/1/2021 (AMENDS SUBLEASE DTD 8/30/2019) |
| 266 | 24-11807 | BLINK 16123 BELLFLOWER BLVD., INC | Bellflower Gym LLC | AL CALIFORNIA LLC | SUBLEASE AGREEMENT DTD 8/30/2019 (RE: LEASE DTD 3/29/2019) |
| 900 | 24-11807 | BLINK 16123 BELLFLOWER BLVD., INC | Bellflower Gym LLC | SHADRALL BELLFLOWER LP | SUBLEASE AGREEMENT DTD 8/30/2019 (RE: LEASE DTD 3/29/2019) |
| 75 | 24-11796 | BLINK 2192 TEXAS PARKWAY, INC. | Missouri City Gym LLC | 2192 TEXAS PARKWAY PARTNERS LLC | FIRST AMENDMENT OF LEASE DTD 11/1/2023 (AMENDS LEASE DTD 11/11/2019) |
| 74 | 24-11796 | BLINK 2192 TEXAS PARKWAY, INC. | Missouri City Gym LLC | 2192 TEXAS PARKWAY PARTNERS LLC | RETAIL LEASE 11/11/2019 |
| 339 | 24-11762 | BLINK 8201 BROADWAY, INC. | Hobby Gym LLC | BRIXMOR HOLDINGS 12 SPE LLC | FIRST AMENDMENT TO RENT FORBEARANCE & LEASE MODIFICATION AGREEMENT DTD 4/15/2021 (AMENDS RETAIL LEASE DTD 6/28/2019) |
| 340 | 24-11762 | BLINK 8201 BROADWAY, INC. | Hobby Gym LLC | BRIXMOR HOLDINGS 12 SPE LLC | RENT FOREBEARANCE & LEASE MODIFICATION AGREEMENT DTD 9/9/2020 (AMENDS RETAIL LEASE DTD 6/28/2019) |
| 341 | 24-11762 | BLINK 8201 BROADWAY, INC. | Hobby Gym LLC | BRIXMOR HOLDINGS 12 SPE LLC | RETAIL LEASE DTD 6/28/2019 |
| 847 | 24-11793 | BLINK 9901 S. ALAMEDA, INC. | Watts Gym LLC | PRIMESTOR JORDAN DOWNS LLC | FIRST AMENDMENT TO LEASE DTD 9/1/2020 (AMENDS LEASE DTD 11/5/2018) |
| 846 | 24-11793 | BLINK 9901 S. ALAMEDA, INC. | Watts Gym LLC | PRIMESTOR JORDAN DOWNS LLC | LEASE AGREEMENT DTD 11/5/2018 |
| 848 | 24-11793 | BLINK 9901 S. ALAMEDA, INC. | Watts Gym LLC | PRIMESTOR JORDAN DOWNS LLC | SECOND AMENDMENT TO LEASE  DTD 4/27/2021 (AMENDS LEASE DTD 11/5/2018) |
| 155 | 24-11799 | BLINK AIRLINE DRIVE, INC. | Northline Gym LLC | 4704 AIRLINE DRIVE PARTNERS LLC | FIRST AMENDMENT OF LEASE (AMENDS TITLE OF CONTRACT DTD 5/31/2019) |
| 154 | 24-11799 | BLINK AIRLINE DRIVE, INC. | Northline Gym LLC | 4704 AIRLINE DRIVE PARTNERS LLC | RETAIL LEASE DTD 5/31/2019 |
| 189 | 24-11809 | BLINK ASHLAND AVENUE, INC. | Bridgeport Gym LLC | 5510-5520 BROADWAY LLC | OMNIBUS RENT DEFERRAL LEASE AMENDMENT DTD 11/23/2020 |
| 192 | 24-11809 | BLINK ASHLAND AVENUE, INC. | Bridgeport Gym LLC | 5510-5520 BROADWAY LLC | OMNIBUS RENT DEFERRAL LEASE AMENDMENT DTD 11/23/2020 |
| 500 | 24-11809 | BLINK ASHLAND AVENUE, INC. | Bridgeport Gym LLC | FW IL-RIVERSIDE/RIVERS EDGE LLC | OMNIBUS RENT DEFERRAL LEASE AMENDMENT DTD 11/23/2020 |
| 502 | 24-11809 | BLINK ASHLAND AVENUE, INC. | Bridgeport Gym LLC | FW IL-RIVERSIDE/RIVERS EDGE LLC | OMNIBUS RENT DEFERRAL LEASE AMENDMENT DTD 11/23/2020 |
| 499 | 24-11809 | BLINK ASHLAND AVENUE, INC. | Bridgeport Gym LLC | FW IL-RIVERSIDE/RIVERS EDGE LLC | SHOPPING CENTER LEASE  DTD 12/3/2018 |
| 796 | 24-11741 | BLINK BROOKHURST, INC. | Anaheim Gym LLC | PK II BROOKHURST CENTER LP | FIRST AMENDMENT TO LEASE DTD 6/2/2021 (AMENDS LEASE DTD 9/27/2017) |
| 793 | 24-11741 | BLINK BROOKHURST, INC. | Anaheim Gym LLC | PK II BROOKHURST CENTER LP | LETTER AGREEMENT DTD 6/21/2021 (AMENDS LEASE DTD 9/27/2017) |
| 795 | 24-11741 | BLINK BROOKHURST, INC. | Anaheim Gym LLC | PK II BROOKHURST CENTER LP | SHOPPING CENTER LEASE DTD 9/27/2017 |
| 409 | 24-11774 | BLINK COURTESY PLAZA INC. | Midway Gym LLC | COURTESY PLAZA LLC | SECOND AMENDMENT OF LEASE  DTD 11/18/2020 (AMENDS LEASE DTD 11/2/2018) |
| 410 | 24-11774 | BLINK COURTESY PLAZA INC. | Midway Gym LLC | COURTESY PLAZA LLC | THIRD AMENDMENT TO LEASE DTD 3/27/2024 (AMENDS LEASE DTD 11/2/2018) |
| 412 | 24-11774 | BLINK COURTESY PLAZA INC. | Midway Gym LLC | COURTESY/KATZ LIMITED PARTNERSHIP | RETAIL LEASE DTD 11/2/2018 |
| 422 | 24-11805 | BLINK FITNESS RIALTO INC. | Rialto Gym LLC | DARVISH INVESTMENT GROUP LLC | FIRST AMENDMENT TO LEASE DTD 6/26/2019 (AMENDS LEASE DTD 1/16/2019) |
| 423 | 24-11805 | BLINK FITNESS RIALTO INC. | Rialto Gym LLC | DARVISH INVESTMENT GROUP LLC | RETAIL LEASE DTD 1/16/2019 |
| 424 | 24-11805 | BLINK FITNESS RIALTO INC. | Rialto Gym LLC | DARVISH INVESTMENT GROUP LLC | SECOND AMENDMENT TO LEASE (AMENDS LEASE DTD 1/16/2019) |
| 39 | 24-11686 | BLINK HOLDINGS, INC. | Gardena Gym LLC | 15519 NORMANDIE LLC | FIRST AMENDMENT OF LEASE  DTD 10/1/2023 (AMENDS LEASE DTD 4/10/2017) |
| 40 | 24-11686 | BLINK HOLDINGS, INC. | Gardena Gym LLC | 15519 NORMANDIE LLC | SETTLEMENT AGREEMENT AND RELEASE  DTD 7/7/2021 |
| 76 | 24-11686 | BLINK HOLDINGS, INC. | Missouri City Gym LLC | 2192 TEXAS PARKWAY PARTNERS LLC | FIRST AMENDMENT OF LEASE DTD 11/1/2023 (AMENDS LEASE DTD 11/11/2019) |
| 156 | 24-11686 | BLINK HOLDINGS, INC. | Northline Gym LLC | 4704 AIRLINE DRIVE PARTNERS LLC | FIRST AMENDMENT OF LEASE (AMENDS TITLE OF CONTRACT DTD 5/31/2019) |
| 193 | 24-11686 | BLINK HOLDINGS, INC. | Bridgeport Gym LLC | 5510-5520 BROADWAY LLC | OMNIBUS RENT DEFERRAL LEASE AMENDMENT DTD 11/23/2020 |
| 268 | 24-11686 | BLINK HOLDINGS, INC. | Bellflower Gym LLC | AL CALIFORNIA LLC | FIRST AMENDMENT TO SUBLEASE DTD 6/1/2021 (AMENDS SUBLEASE DTD 8/30/2019) |
| 342 | 24-11686 | BLINK HOLDINGS, INC. | Hobby Gym LLC | BRIXMOR HOLDINGS 12 SPE LLC | FIRST AMENDMENT TO RENT FORBEARANCE & LEASE MODIFICATION AGREEMENT DTD 4/15/2021 (AMENDS RETAIL LEASE DTD 6/28/2019) |
| 343 | 24-11686 | BLINK HOLDINGS, INC. | Hobby Gym LLC | BRIXMOR HOLDINGS 12 SPE LLC | RENT FOREBEARANCE & LEASE MODIFICATION AGREEMENT DTD 9/9/2020 (AMENDS RETAIL LEASE DTD 6/28/2019) |
| 394 | 24-11686 | BLINK HOLDINGS, INC. | Spring Branch Gym LLC | CM HOUSTON PROPERTIES #1 LLC | FIRST AMENDMENT OF LEASE DTD 7/18/2022 (AMENDS TITLE OF CONTRACT DTD 6/17/2019) |
| 411 | 24-11686 | BLINK HOLDINGS, INC. | Midway Gym LLC | COURTESY PLAZA LLC | SECOND AMENDMENT TO LEASE  DTD 3/27/2024 (AMENDS LEASE DTD 11/2/2018) |
| 425 | 24-11686 | BLINK HOLDINGS, INC. | Rialto Gym LLC | DARVISH INVESTMENT GROUP LLC | SECOND AMENDMENT OF LEASE (AMENDS LEASE DTD 1/16/2019) |
| 503 | 24-11686 | BLINK HOLDINGS, INC. | Bridgeport Gym LLC | FW IL-RIVERSIDE/RIVERS EDGE LLC | OMNIBUS RENT DEFERRAL LEASE AMENDMENT DTD 11/23/2020 |
| 579 | 24-11686 | BLINK HOLDINGS, INC. | Spring Branch Gym LLC | HCL LONG POINT LLC | SECOND AMENDMENT TO LEASE    DTD 9/1/2023 (AMENDS RETAIL LEASE DTD 6/17/2019) |
| 1090 | 24-11686 | BLINK HOLDINGS, INC. | Merionette Gym LLC | MACROLEASE CORORATION | MASTER EQUIPMENT FINANCING AGREEMENT #27526 DTD 7/21/2016 |
| 1091 | 24-11686 | BLINK HOLDINGS, INC. | Merionette Gym LLC | MACROLEASE CORORATION | SCHEDULE #27526-6 DTD 2/10/2020 |
| 1092 | 24-11686 | BLINK HOLDINGS, INC. | Merionette Gym LLC | MACROLEASE CORORATION | SCHEDULE #9 DTD 6/1/2020 |
| 797 | 24-11686 | BLINK HOLDINGS, INC. | Anaheim Gym LLC | PK II BROOKHURST CENTER LP | FIRST AMENDMENT TO LEASE DTD 6/2/2021 (AMENDS LEASE DTD 9/27/2017) |
| 794 | 24-11686 | BLINK HOLDINGS, INC. | Anaheim Gym LLC | PK II BROOKHURST CENTER LP | LETTER AGREEMENT DTD 6/21/2021 (AMENDS LEASE DTD 9/27/2017) |
| 849 | 24-11686 | BLINK HOLDINGS, INC. | Watts Gym LLC | PRIMESTOR JORDAN DOWNS LLC | FIRST AMENDMENT TO LEASE DTD 9/1/2020 (AMENDS LEASE DTD 11/5/2018) |
| 850 | 24-11686 | BLINK HOLDINGS, INC. | Watts Gym LLC | PRIMESTOR JORDAN DOWNS LLC | SECOND AMENDMENT TO LEASE  DTD 4/27/2021 (AMENDS LEASE DTD 11/5/2018) |
| 857 | 24-11686 | BLINK HOLDINGS, INC. | Burbank Gym LLC | RANCHO MARKETPLACE GATEWAY LLC | FIRST AMENDMENT TO SHOPPING CENTER LEASE  DTD 9/28/2021 (AMENDS LEASE DTD 8/20/2018) |
| 858 | 24-11686 | BLINK HOLDINGS, INC. | Burbank Gym LLC | RANCHO MARKETPLACE GATEWAY LLC | THIRD AMENDMENT TO SHOPPING CENTER LEASE  DTD 2/1/2024 (AMENDS LEASE DTD 8/20/2018) |
| 2000 | 24-11686 | BLINK HOLDINGS, INC. | Merionette Gym LLC | MACROLEASE CORORATION | SCHEDULE #2 DTD 10/23/2018 |
| 2001 | 24-11686 | BLINK HOLDINGS, INC. | Merionette Gym LLC | MACROLEASE CORORATION | SCHEDULE #4 DTD 3/4/2019 |
| 2002 | 24-11686 | BLINK HOLDINGS, INC. | Merionette Gym LLC | MACROLEASE CORORATION | SCHEDULE #5 DTD 3/4/2019 |
| 2003 | 24-11686 | BLINK HOLDINGS, INC. | Merionette Gym LLC | MACROLEASE CORORATION | SCHEDULE #27526-7 DTD 10/20/2019 |
| 2004 | 24-11686 | BLINK HOLDINGS, INC. | Merionette Gym LLC | MACROLEASE CORORATION | SCHEDULE #8 DTD 5/28/2020 |
| 395 | 24-11693 | BLINK LONG POINT, INC. | Spring Branch Gym LLC | CM HOUSTON PROPERTIES #1 LLC | FIRST AMENDMENT OF LEASE DTD 7/18/2022 (AMENDS TITLE OF CONTRACT DTD 6/17/2019) |
| 393 | 24-11693 | BLINK LONG POINT, INC. | Spring Branch Gym LLC | CM HOUSTON PROPERTIES #1 LLC | RETAIL LEASE DTD 6/17/2019 |
| 580 | 24-11693 | BLINK LONG POINT, INC. | Spring Branch Gym LLC | HCL LONG POINT LLC | SECOND AMENDMENT TO LEASE   DTD 9/1/2023 (AMENDS RETAIL LEASE DTD 6/17/2019) |
| 38 | 24-11721 | BLINK NORMANDIE AVENUE, INC. | Gardena Gym LLC | 15501 GARDENA LLC | SHOPPING CENTER RETAIL LEASE DTD 4/10/2017 |
| 41 | 24-11721 | BLINK NORMANDIE AVENUE, INC. | Gardena Gym LLC | 15519 NORMANDIE LLC | FIRST AMENDMENT OF LEASE  DTD 10/1/2023 (AMENDS LEASE DTD 4/10/2017) |
| 42 | 24-11721 | BLINK NORMANDIE AVENUE, INC. | Gardena Gym LLC | 15519 NORMANDIE LLC | SETTLEMENT AGREEMENT AND RELEASE  DTD 7/7/2021 |
| 886 | 24-11730 | BLINK NORTH RIVERSIDE LLC | North Riverside Gym LLC | SERITAGE SRC FINANCE LLC | FIRST AMENDMENT TO LEASE  DTD 6/17/2021 (AMENDS LEASE DTD 12/31/2018) |
| 885 | 24-11696 | BLINK SER PORTFOLIO, INC. | North Riverside Gym LLC | SERITAGE SRC FINANCE LLC | LEASE AGREEMENT DTD 12/31/2018 |
| 505 | 24-11710 | BLINK STONEBROOK, INC. | Merionette Gym LLC | FW IL-STONEBROOK PLAZA LLC | SHOPPING CENTER LEASE  DTD 12/3/2018 |
| 945 | 24-11710 | BLINK STONEBROOK, INC. | Merionette Gym LLC | TCB-STONEBROOK LLC | FIRST AMENDMENT TO LEASE  DTD 12/9/2020 (AMENDS LEASE AGREEMENT DTD 12/3/2018) |
| 947 | 24-11710 | BLINK STONEBROOK, INC. | Merionette Gym LLC | TCB-STONEBROOK LLC | SECOND AMENDMENT TO LEASE  DTD 11/3/2021 (AMENDS LEASE DTD 12/3/2018) |
| 609 | 24-11750 | BLINK WESTCHASE INC. | Westchase Gym LLC | JBL MARKET AT WESTCHASE BWSQ LLC | FIRST AMENDMENT TO LEASE AGREEMENT DTD 7/2/2020 (AMENDS LEASE DTD 6/3/2019) |
| 610 | 24-11750 | BLINK WESTCHASE INC. | Westchase Gym LLC | JBL MARKET AT WESTCHASE BWSQ LLC | SECOND AMENDMENT TO LEASE AGREEMENT DTD 2/10/2021 (AMENDS LEASE DTD 6/3/2019) |
| 611 | 24-11750 | BLINK WESTCHASE INC. | Westchase Gym LLC | JBL MARKET AT WESTCHASE LLC | FIRST AMENDMENT TO LEASE AGREEMENT DTD 7/2/2020 (AMENDS LEASE DTD 6/3/2019) |
| 612 | 24-11750 | BLINK WESTCHASE INC. | Westchase Gym LLC | JBL MARKET AT WESTCHASE LLC | SECOND AMENDMENT TO LEASE AGREEMENT DTD 2/10/2021 (AMENDS LEASE DTD 6/3/2019) |
| 1009 | 24-11750 | BLINK WESTCHASE INC. | Westchase Gym LLC | WEINGARTEN REALTY INVESTORS | LEASE AGREEMENT DTD 6/3/2019 |