**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*, | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: TBD**<br>**Objection Deadline: December 4, 2024 at 4:00 p.m. (ET)** |

**NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
MOTION FOR LEAVE, STANDING AND AUTHORITY TO
COMMENCE, PROSECUTE, AND SETTLE CERTAIN CLAIMS
AND CAUSES OF ACTION ON BEHALF OF THE DEBTORS' ESTATES**

  **PLEASE TAKE NOTICE** that on November 13, 2024, the Official Committee of Unsecured Creditors appointed in the above-referenced bankruptcy cases (the "Committee") filed *The Official Committee of Unsecured Creditors' Motion for Leave, Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action on Behalf of Debtors' Estates* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

  **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court as to be received prior to **December 4, 2024 at 4:00 p.m. (ET) (the "Objection Deadline").** At the same time, you must also serve a copy of the response upon the undersigned counsel to the Committee:

  **PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be scheduled **on a date to be determined and noticed** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 13, 2024　　　**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
　　　　bkeilson@morrisjames.com
　　　　scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
　　　　kelliott@kelleydrye.com
　　　　abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*