**Exhibit B**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*, | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. \_\_\_\_** |

### ORDER GRANTING THE COMMITTEE LEAVE, STANDING AND AUTHORITY TO COMMENCE, PROSECUTE AND SETTLE CERTAIN CLAIMS AND CAUSES OF ACTION ON BEHALF OF THE DEBTORS' ESTATES

Upon the Committee's motion (the "Motion")[1] for an order granting the Committee leave, standing and authority to commence, prosecute and settle the Proposed Claims in the Proposed Complaint on behalf of the Debtors' estates; and due and proper notice of the Motion having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested is in the best interest of the Committee, the Debtors, their estates and creditors; and after due deliberation, and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT

1. All objections, if any, to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, including all reservations of rights, are overruled.

2. The Committee shall be, and hereby is, granted standing on behalf of the Debtors' estates to commence and prosecute to conclusion the Proposed Claims set forth in the Proposed Complaint, with the full rights and privileges of, and in the stead of, the Debtors.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

3. To the extent necessary, the right to prosecute and settle the Proposed Claims is hereby assigned to the Committee.

4. The Committee shall have the exclusive right and authority to negotiate and enter into settlements on behalf of the Debtors' estates with respect to the Proposed Claims.

5. The Court shall retain jurisdiction with respect to all matters arising from and related to the implementation of this Order.