IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.,*<br><br>             Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 612 and 663** |

**NOTICE OF FILING OF UNSEALED COPY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR LEAVE, STANDING AND AUTHORITY TO COMMENCE, PROSECUTE, AND SETTLE CERTAIN CLAIMS AND CAUSES OF ACTION ON BEHALF OF THE DEBTORS' ESTATES**

**PLEASE TAKE NOTICE** that on November 13, 2024, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases of the above-captioned cases debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned counsel, filed *The Official Committee of Unsecured Creditors' Motion for Leave, Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action on Behalf of the Debtors' Estates* [Docket No. 612] (the "Motion") under seal with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Committee met with counsel for the Debtors and the United States Trustee (the "U.S. Trustee") on Monday, December 2, 2024, pursuant to Local Rule 9018-1 (the "Meet and Confer"), to discuss information included in the Motion that the Committee had designated "Confidential" and provide this information to the Debtors. During the Meet and Confer, the Debtors, U.S. Trustee and Committee agreed to re-designate such "Confidential" material as public, eliminating the need for the Committee to file a motion to seal with respect to the Motion.

17076027/1

**PLEASE TAKE FURTHER NOTICE** that based on the Debtors' consent that the Committee file a public version of the Motion, the Committee now seeks to withdraw the sealed pleading [Docket No. 612].

**PLEASE TAKE FURTHER NOTICE** that the Committee has now filed an unredacted and unsealed copy of the Motion [Docket No. 663].

| | |
|---|---|
| Dated: December 5, 2024 | **MORRIS JAMES LLP** |
| | */s/ Siena B. Cerra*<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>Siena B. Cerra (DE Bar No. 7290)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>         bkeilson@morrisjames.com<br>         scerra@morrisjames.com |
| | -and- |
| | **KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson, Esq. (admitted *pro hac vice*)<br>Kristin S. Elliott, Esq. (admitted *pro hac vice*)<br>Andres Barajas, Esq. (admitted *pro hac vice*)<br>3 World Trade Center<br>New York, NY 10007<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br>E-mail: ewilson@kelleydrye.com<br>         kelliott@kelleydrye.com<br>         abarajas@kelleydrye.com |
| | *Counsel to the Official Committee of Unsecured Creditors* |