# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al*.,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 662 |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 4, 2024, I caused to be served the "Staffing and Compensation Report of Triple P RTS, LLC for the Period From November 1, 2024 to November 30, 2024," dated December 4, 2024 [Docket No. 662], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Geoff Zahm*
Geoff Zahm

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

**EXHIBIT A**

BLINK HOLDINGS, INC., *et al.*, Case No. 24-11686 (JKS)
Electronic Mail Fee App Parties

| Party | Email |
|---|---|
| Debtors | sshenker@pppllc.com; scanna@pppllc.com |
| Young Conaway Stargatt & Taylor | sgreecher@ycst.com; amielke@ycst.com |
| Katten Muchin Rosenman LLP | peter.knight@katten.com; allison.yager@katten.com |
| Morris, Nichols, Arsht & Tunnell LLP | cmiller@morrisnichols.com |
| US Trustee | benjamin.a.hackman@usdoj.gov |
| Kelley Drye & Warren LLP | ewilson@kelleydrye.com; kelliott@kelleydrye.com |
| Morris James LLP | emonzo@morrisjames.com; bkeilson@morrisjames.com |