## SCHEDULE 1

### Rejected Agreements[1]

| | Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 1. | 2 Ferry, LLC<br>c/o Paramount Assets, LLC<br>142 Broad Street, 2nd Floor<br>Elizabeth, NJ 07201 | Blink Newark, Inc. | Lease agreement for store space located at 2-14 Ferry Street (a/k/a 372-374 Market Street), Newark, NJ 07105, dated as of May 26, 2017 |
| 2. | Broadhollow/Pinelawn CW NF LLC & Broadhollow/Pinelawn J.E.S. NF LLC<br>c/o Wachtler Knopft Equities<br>500 Bi-County Boulevard, Suite 230S<br>Farmingdale, NY 11735 | Blink Melville, Inc. | Lease agreement for store space located at 121 Broadhollow Road, Melville, NJ 11747, dated as of December 1, 2011 |
| 3. | Hamilton, Kane Martin, Enterprises, Inc.<br>P.O. Box 369<br>West Islip, NY 11795 | Blink West Islip, Inc. | Lease agreement for store space located at 175 Sunrise Highway, West Islip, NY 11795, dated as of May 16, 2012 |
| 4. | Linden Commons Retail, LLC<br>546 Fifth Avenue, 15th Floor<br>New York, NY 10036 | Blink Linden, Inc. | Lease agreement for store space located at 1701 West Edgar Road, Linden, NJ 07036, dated as of March 31, 2014 |
| 5. | PT Administrative Services, LLC<br>981 US 22, 2nd Floor<br>Bridgewater, NJ 08807 | Blink Melville, Inc. | Concession agreement, dated as of May 28, 2024 |

---

[1] The Rejected Agreements shall include, as applicable, any and all supplements, schedules, amendments, modifications, guarantees, settlements or other agreements in connection therewith to which any Debtor is a party.

| | Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 6. | UE Bergen Mall Owner LLC<br>210 Route 4 East<br>Paramus, NJ 07652 | Bergen Town Center Fitness Club, Inc. | Lease agreement for store space located at Route 4 East and Forest Avenue, Paramus, NJ 07652, dated as of July 16, 2010 |