# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA FOR HEARING OF MATTERS SCHEDULED FOR DECEMBER 17, 2024 AT 11:00 A.M. (ET)

> This proceeding will be conducted **in-person**.
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.   Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required one hour prior to the hearing.

## RESOLVED MATTER

1. Motion of Marlon Williams for Relief from the Automatic Stay [D.I. 533, 10/31/23]

   Objection Deadline:   November 15, 2024 at 4:00 p.m. (ET)

   Related Documents:

   A. Certification of Counsel [D.I. 11/15/24]

   B. Order Granting Marlon Williams Limited Relief from the Automatic Stay [D.I. 625, 11/19/24]

   Objections Filed:   None.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32445520.1

       Status:       An order has been entered.  No hearing is necessary.

2. Debtors' Motion for an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C § 1452 [D.I. 596, 11/8/24]

    Objection Deadline:    November 22, 2024 at 4:00 p.m. (ET)

    Related Documents:

        A. Certificate of No Objection [D.I. 638, 11/25/24]

        B. Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 643, 11/25/24]

    Objections Filed:    None.

    Status:    An order has been entered.  No hearing is necessary.

3. Debtors' Third Omnibus Motion for an Order (I) Authorizing Rejection of Certain Unexpired Leases of Non-Residential Real Property; (II) Authorizing Abandonment of Any Remaining Property Located at the Premises, in Each Case Effective as of the Rejection Date; and (III) Granting Related Relief [D.I. 646, 11/26/24]

    Objection Deadline:    December 10, 2024 at 4:00 p.m. (ET)

    Related Documents:

        A. Certificate of No Objection [D.I.671, 11/11/24]

        B. Order (I) Authorizing Rejection of Certain Unexpired Leases of Non-Residential Real Property; (II) Authorizing Abandonment of Any Remaining Property Located at the Premises, in Each Case Effective as of the Rejection Date; and (III) Granting Related Relief [D.I. 674, 12/12/24]

    Objections Filed:    None.

    Status:    An order has been entered.

4. Debtors' Motion for Entry of an Order Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [D.I. 649, 11/27/24]

    Objection Deadline:    December 10, 2024 at 4:00 p.m. (ET)

    Related Documents:

        A. Certificate of No Objection [D.I.672, 11/11/24]

        B. Order Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances There of [D.I. 673, 12/12/24]

Objections Filed:    None.

Status:    An order has been entered.

## UNCONTESTED MATTERS GOING FORWARD

5. Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Combined Hearing and the Deadline for Filing Objections Related Thereto; and (VI) Granting Related Relief [D.I. 501, 10/16/24]

    Objection Deadline:    October 30, 2024 at 4:00 p.m. (ET), as extended for certain parties

    Related Document:

    A.  Combined Disclosure Statement and Joint Chapter 11 Plan of Blink Holding, Inc. and Its Affiliated Debtors and Debtors in Possession [D.I. 502, 10/16/24]

    Responses Received:

    B.  Informal response of the Office of the United States Trustee

    C.  Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Combined Hearing and the Deadline for Filing Objections Related Thereto; and (VI) Granting Related Relief [D.I. 528, 10/30/24]

    D.  Equinox Holding, Inc.'s Limited Response to Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Combined Hearing and the Deadline for Filing Objections Related Thereto; and (VI) Granting Related Relief [D.I. 529, 10/30/24]

    Status:    The Debtors, their lenders, and counsel for the official committee of unsecured creditors have reached an agreement in principle, subject to documentation, and anticipate filing a revised order under certification of counsel in advance of the hearing.  This matter is going forward.

6.  Debtors' Fourth Omnibus Motion for an Order (I) Authorizing Rejection of Certain Executory Contracts; and (II) Granting Related Relief [D.I. 654, 11/29/24]

    <u>Objection Deadline</u>:    December 13, 2024 at 4:00 p.m. (ET)

    <u>Related Documents</u>:    None.

    <u>Objections Filed</u>:    None.

    <u>Status</u>:    The Debtors anticipate filing a certification of no objection in advance of the hearing.

Dated: Wilmington, Delaware
December 13, 2024

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Sean T. Greecher*
Michael R. Nestor (No. 3526)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Timothy R. Powell (No. 6894)
Rebecca L. Lamb (No. 7223)
Benjamin C. Carver (No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  mnestor@ycst.com
            sgreecher@ycst.com
            amielke@ycst.com
            tpowell@ycst.com
            rlamb@ycst.com
            bcarver@ycst.com

*Counsel to the Debtors and Debtors in Possession*