**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: January 6, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: January 15, 2025 at 10:30 a.m. (ET)** |

**NOTICE OF FIRST INTERIM FEE APPLICATION OF THE DEBTORS'**
**PROFESSIONALS FOR THE PERIOD FROM AUGUST 12, 2024**
**THROUGH AND INCLUDING OCTOBER 31, 2024**

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 162] (the "**Interim Compensation Order**"), the professionals retained by Blink Holdings, Inc. and its affiliates (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, hereby apply for interim allowance of compensation and reimbursement of expenses (the "**Fee Request**") for all monthly applications covering the period from August 12, 2024 through and including October 31, 2024 (the "**Monthly Applications**"). Summaries of the fees and expenses subject to the Fee Request are provided in the attachment hereto and set forth in the Monthly Applications previously filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order, the Debtors were authorized to pay, on an interim basis, 80% of the amount of compensation requested and 100% of the reimbursable expenses requested in the Monthly Applications without further order from the Court.

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS, IF ANY, TO THE FEE REQUEST ARE REQUIRED TO BE FILED AND SERVED ON THE AFFECTED PROFESSIONAL AND THE PARTIES SET FORTH IN THE INTERIM COMPENSATION ORDER ON OR BEFORE JANUARY 6, 2025 AT 4:00 P.M. (ET).**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Fee Request will be held before the Honorable J. Kate Stickles in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, on **January 15, 2025 at 10:30 a.m. (ET)**.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THE FEE REQUEST, THE COURT MAY ENTER AN ORDER APPROVING THE FEE REQUEST WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: Wilmington, Delaware<br>December 16, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Sean T. Greecher*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>       sgreecher@ycst.com<br>       amielke@ycst.com<br>       tpowell@ycst.com<br>       rlamb@ycst.com<br>       bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF**
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 12, 2024 (order entered on September 5, 2024) |
| Period for which compensation and reimbursement is sought: | August 12, 2024 through October 31, 2024 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 8/11/24-8/31/24 9/19/24 D.I. 395 | $548,536.00 | $583.10 | 10/14/24 D.I. 487 | $438,828.80 | $583.10 | $109,707.20 |
| 9/1/24-9/30/24 10/17/24 D.I. 504 | $895,014.50 | $2,957.06 | 11/8/24 D.I. 598 | $716,011.60 | $2,957.06 | $179,002.90 |
| 10/1/24-10/31/24 11/20/24 D.I. 628 | $1,002,056.00 | $4,525.34 | 12/12/24 D.I. 675 | $801,644.80 | $4,525.34 | $200,411.20 |
| **TOTALS** | **$2,445,606.50** | **$8,065.50** | | **$1,956,485.20** | **$8,065.50** | **$489,121.30** |

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32373271.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF
<u>MOELIS & COMPANY LLC</u>**

| | |
|---|---|
| Name of Applicant: | Moelis & Company LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 12, 2024 (order entered on September 6, 2024) |
| Period for which compensation and reimbursement is sought: | August 12, 2024 through October 31, 2024 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 8/12/24-9/30/24 10/15/24 D.I. 494 | $255,000.00 | $29,101.05 | 11/8/24 D.I. 593 | $204,000.00 | $29,101.05 | $51,000.00 |
| 10/1/24-10/31/24 11/15/24 D.I. 623 | $150,000.00 | $15,550.51 | 12/10/24 D.I. 670 | $120,000.00 | $15,550.51 | $30,000.00 |
| **TOTALS** | **$405,000.00** | **$44,651.56** | | **$324,000.00** | **$44,651.56** | **$81,000.00** |

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32373271.1