**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:  January 6, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date:  January 15, 2025 at 10:30 a.m. (ET)** |

**SUPPLEMENT TO FIRST INTERIM FEE REQUEST OF
<u>YOUNG CONAWAY STARGATT & TAYLOR, LLP</u>**

Young Conaway Stargatt & Taylor, LLP ("**Young Conaway**"), counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby supplements the *First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP* (the "**First Interim Application**") for the period from August 12, 2024 through October 31, 2024 (the "**Application Period**") by attaching, as **<u>Exhibits A</u>** through **<u>E</u>** hereto, certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "**UST Guidelines**").  In addition, Young Conaway respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

a. During the Application Period, Young Conaway did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

b. The fees sought by Young Conaway in the First Interim Application were approximately 18% higher than the fees budgeted in the budget provided by Young Conaway to the Debtors for the Application Period.

c. The professionals included in the First Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy cases.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036.  Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32423159.1

    d.    The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

    e.    The time period covered by the First Interim Application includes approximately 6.90 hours with a value of $6,934.50 spent by Young Conaway to ensure that the time entries subject to the First Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Young Conaway's preparation of each monthly fee application.

    f.    The First Interim Application did not include any rate increases since the effective date of the Court's approval of Young Conaway's retention.

Dated: Wilmington, Delaware  
December 16, 2024

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Sean T. Greecher*  
Michael R. Nestor (No. 3526)  
Sean T. Greecher (No. 4484)  
Allison S. Mielke (No. 5934)  
Timothy R. Powell (No. 6894)  
Rebecca L. Lamb (No. 7223)  
Benjamin C. Carver (No. 7176)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
Email: mnestor@ycst.com  
       sgreecher@ycst.com  
       amielke@ycst.com  
       tpowell@ycst.com  
       rlamb@ycst.com  
       bcarver@ycst.com

*Counsel to the Debtors and Debtors in Possession*

32423159.1

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE
COMPENSATION DISCLOSURES**

Young Conaway's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by similarly skilled bankruptcy attorneys. In addition, Young Conaway's hourly rates for bankruptcy services are comparable to the rates charged by the Firm for other complex corporate and litigation matters. The rates charged by the Firm for the services performed in the prior calendar year in the practice areas that are comparable to the services performed by the Bankruptcy and Corporate Restructuring section – namely, Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation – are set forth below. Also included below is 2023 blended hourly rate information for all sections of the Firm, excluding the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | **Billed** In comparable practice areas for preceding calendar year[1] | **Billed** Firm-wide for preceding calendar year[2] | **Billed** This Application |
| Partner | $905 | $856 | $1,171 |
| Counsel | $799 | $740 | N/A |
| Associate | $520 | $503 | $641 |
| Paralegal | $333 | $235 | $383 |
| **Aggregated:** | $672 | $626 | $855 |

---

[1] This column reflects the blended 2023 rates charged by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation.

[2] This column excludes blended hourly rates for the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

32423159.1

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THE
FIRST INTERIM APPLICATION**

| Name | Title | Department | Date of First Admission | Hourly Rate Billed in the Application Period ($) | Hours Billed in the Application Period | Fees Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| Michael R. Nestor | Partner | Bankruptcy | 1996 | $1,335.00 | 297.10 | $396,628.50 |
| Craig D. Grear | Partner | Business Planning | 1990 | $1,400.00 | 183.80 | $257,320.00 |
| James P. Hughes | Partner | Business Planning | 1992 | $1,400.00 | 100.20 | $140,280.00 |
| Sean T. Greecher | Partner. | Bankruptcy | 2004 | $1,005.00 | 499.10 | $501,595.50 |
| Michael S. Neiburg | Partner. | Bankruptcy | 2009 | $995.00 | 113.60 | $113,032.00 |
| Daniel P. Johnson | Partner | Real Estate | 1988 | $605.00 | 17.50 | $10,587.50 |
| Michael P. Stafford | Partner | Employment | 2003 | $620.00 | 2.70 | $1,674.00 |
| Leah E. Burcat | Associate | Business Planning | 2014 | $780.00 | 93.10 | $72,618.00 |
| Allison S. Mielke | Associate | Bankruptcy | 2013 | $780.00 | 469.30 | $366,054.00 |
| Lauren McCrery | Associates | Bankruptcy | 2012 | $705.00 | 202.70 | $142,903.50 |
| Timothy R. Powell | Associate | Bankruptcy | 2021 | $630.00 | 95.80 | $60,354.00 |
| Christopher M. Lambe | Associate | Bankruptcy | 2022 | $630.00 | 62.90 | $39,627.00 |
| Daniel M. Cole | Associate | Business Planning | 2023 | $595.00 | 33.00 | $19,635.00 |
| Daniel Trager | Associate | Bankruptcy | | $565.00 | 3.70 | $2,090.50 |
| Rebecca L. Lamb | Associate | Bankruptcy | 2023 | $530.00 | 208.40 | $110,452.00 |
| Andrew M. Lee | Associate | Bankruptcy | 2023 | $475.00 | 137.40 | $65,265.00 |
| Benjamin C. Carver | Associate | Bankruptcy | 2023 | $455.00 | 200.60 | $91,273.00 |
| Jennifer Reefe | Associate | Bankruptcy | 2023 | $455.00 | 14.80 | $6,734.00 |
| Amber Zelko | Associate | Business Planning | | $440.00 | 5.00 | $2,200.00 |
| Debbie Laskin | Paralegal | | | $385.00 | 103.90 | $40,001.50 |
| Brenda Walters | Paralegal | | | $385.00 | 4.20 | $1,617.00 |
| Beth Olivere | Paralegal | | | $375.00 | 6.20 | $2,325.00 |

32423159.1

2

| Name | Title | | | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| Troy Bollman | Paralegal | | | $375.00 | 1.50 | $562.50 |
| Jorge Martinez | Paralegal | | | $375.00 | 1.50 | $562.50 |
| Ashley Clark | Paralegal | | | $245.00 | 0.40 | $98.00 |
| Amber C. Puszkarczuk | Paralegal | | | $245.00 | 0.40 | $98.00 |
| Monica Fratticci | Paralegal | | | $185.00 | 0.10 | $18.50 |
| **Totals** | | | | | **2,858.90** | **$2,445,606.50** |

32423159.1

# EXHIBIT C

# BUDGET AND STAFFING PLAN

| BUDGET – August 12, 2024 through October 31, 2024 – $2,067,000.00 | | |
|---|---|---|
| **Project Category** | **Estimated Hours** | **Estimated Fees** |
| Case Administration (B001) | 171.20 | $144,482.80 |
| Court Hearings (B002) | 171.20 | $144,482.80 |
| Cash Collateral/DIP Financing (B003) | 122.30 | $103,202.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 73.40 | $61,921.20 |
| Lease/Executory Contract Issues (B005) | 48.90 | $41,280.80 |
| Use, Sale or Lease of Property (363 issues) (B006) | 978.40 | $825,616.00 |
| Claims Analysis, Objections and Resolutions (B007) | 24.50 | $20,640.40 |
| Meetings (B008) | 97.80 | $82,561.60 |
| Stay Relief Matters (B009) | 12.20 | $10,320.20 |
| Reclamation Claims and Reclamation Adversaries (B010) | 0.00 | $0.00 |
| Other Adversary Proceedings (B011) | 24.50 | $20,640.40 |
| Plan and Disclosure Statement (B012) | 146.80 | $123,842.40 |
| Creditor Inquiries (B013) | 24.50 | $20,640.40 |
| General Corporate Matters (B014) | 24.50 | $20,640.40 |
| Employee Matters (B015) | 48.90 | $41,280.80 |
| Asset Analysis (B016) | 366.90 | $309,606.00 |
| Retention of Professionals/Fee Issues (B017) | 48.90 | $41,280.80 |
| Fee Application Preparation (B018) | 24.50 | $20,640.40 |
| Travel (B019) | 24.50 | $20,640.40 |
| Utility Services (B020) | 24.50 | $20,640.40 |
| **Total** | **2458.40** | **$2,074,360.20** |

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Budgeted Period** | **Average Rate[1]** |
| Partner | 3 | $1,182.18 |
| Counsel | - | - |
| Associate (7 or more years since first admission) | 2 | $780.00 |
| Associate (4-6 years since first admission) | 1 | $580.00 |
| Associate (less than 4 years since first admission) | 1 | $455.00 |
| Paralegal | 2 | $385.00 |

[1]   The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the Budgeted Period.

32423159.1

# EXHIBIT D

## SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought ($)** |
| Case Administration (B001) | 106.20 | $67,308.50 |
| Court Hearings (B002) | 120.10 | $98,618.50 |
| Cash Collateral/DIP Financing (B003) | 242.20 | $201,510.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 127.80 | $70,943.00 |
| Lease/Executory Contract Issues (B005) | 132.10 | $98,138.00 |
| Use, Sale or Lease of Property (B006) | 1,254.00 | $1,157,142.50 |
| Claims Analysis, Objections & Resolutions (B007) | 42.20 | $28,586.50 |
| Meetings (B008) | 88.20 | $79,443.50 |
| (B009) | 12.00 | $9,427.50 |
| (B010) | 3.00 | $1,782.50 |
| Other Adversary Matters (B011) | 21.00 | $16,947.50 |
| Plan and Disclosure Statement (B012) | 93.50 | $77,446.50 |
| Creditor Inquiries (B013) | 20.70 | $11,262.50 |
| General Corporate Matters (B014) | 69.30 | $54,769.50 |
| Employee Matters (B015) | 78.10 | $62,456.50 |
| Asset Analysis (B016) | 333.60 | $331,656.00 |
| Retention of Professionals/Fee Issues (B017) | 73.90 | $44,716.50 |
| Fee Application Preparation (B018) | 13.30 | $10,097.50 |
| Travel (B019) | 14.80 | $15,588.50 |
| Utility Services (B020) | 12.90 | $7,765.00 |
| **Totals** | **2,858.90** | **$2,445,606.50** |

| SUMMARY OF EXPENSE REIMBURSEMENT | |
|---|---:|
| | **Amount ($)** |
| Air/Rail Travel | $436.00 |
| Car/Bus Travel | $1,426.33 |
| Computerized Legal Research | $692.67 |
| Delivery | $155.00 |
| Docket Retrieval | $180.20 |
| Filing Fee | $199.00 |
| Hotel/Lodging | $920.35 |
| Reproduction | $2,475.20 |
| Transcript | $1,038.75 |
| Working Meals | $542.00 |
| **Total** | **$8,065.50** |

32423159.1

**EXHIBIT E**

| SUMMARY OF FIRST INTERIM APPLICATION ||
|---|---|
| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of Client | Debtors and Debtors in Possession |
| Time period covered by First Interim Application | August 12, 2024 through October 31, 2024 |
| Total compensation sought during the Application Period | $2,445,606.50 |
| Total expenses sought during the Application Period | $8,065.50 |
| Petition Date | August 12, 2024 |
| Retention Date | August 12, 2024 |
| Date of order approving employment | September 5, 2024 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $1,154,840.40 |
| Total allowed expenses paid to date | $3,540.16 |
| Blended rate in the First Interim Application for all attorneys | $876.00 |
| Blended rate in the First Interim Application for all timekeepers | $855.00 |
| Compensation sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed (80%) | $1,956,485.20 |
| Expenses sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed (100%) | $8,065.50 |
| Number of professionals included in the First Interim Application | 27 |
| If applicable, number of professionals in the First Interim Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | $2,067,000.00 Budget Amount $2,445,606.50 Amount Sought |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 11 |
| Are any rates higher than those approved or disclosed at retention? | No |

32423159.1