**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: January 6, 2025 at 4:00 p.m. (ET)** |

**NOTICE OF SECOND MONTHLY FEE APPLICATION
OF KELLEY DRYE & WARREN LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS LEAD COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
OCTOBER 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024**

**PLEASE TAKE NOTICE** that on December 16, 2024, Kelley Drye & Warren LLP ("Kelley Drye") filed its *Second Monthly Fee Application for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2024 Through and Including October 31, 2024* (the "Second Application").

**PLEASE TAKE FURTHER NOTICE** that objections to the Second Application, if any, must be filed with the Clerk of the Bankruptcy Court and be served upon the Application Recipients as defined in the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* (the "Interim Compensation Order")[1] so as to be received no later than **4:00 p.m. (prevailing Eastern Time) on January 6, 2025** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Second Application are filed, a hearing on the Second Application will be held before the Honorable J.

---

[1] Docket No. 162.

17091003/1

Kate Stickles at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware, 19801, at a date and time convenient to the Court.

**PLEASE TAKE FURTHER NOTICE** that under the Interim Compensation Order, if no objection to the Second Application is timely filed and served, the Debtors will be authorized to pay Kelley Drye an amount equal to 80% of the fees and 100% of the expenses requested in the Second Application without further order of the Court.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND ACCORDING TO THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SECOND APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 16, 2024

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
          bkeilson@morrisjames.com
          scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
          kelliott@kelleydrye.com
          abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*