# EXHIBIT A

**October Time**

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917869

030319          Blink Committee
0001            Case Administration

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $10,871.50 |
| Disbursements and Other Charges: | $8,934.28 |

**Total Amount Due:**          **$19,805.78**

## Terms: Payment Due on or Before   January 3, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**  ▮▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮▮
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:**▮▮▮▮
PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER
AS PAYMENT REFERENCE

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917869

Client   030319
Matter 0001   Case Administration

---

Attorney: 05395                                              Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 10/01/24 | Outline open questions/issues for Dundon on all open case workstreams (.3); confer with A. Barajas (KDW) regarding same (.1). | KSE | 0.40 | $396.00 |
| 10/01/24 | Compile list of case status questions for Dundon team (.1); confer with K. Elliott (KDW) regarding same (.1). | AB | 0.20 | 155.00 |
| 10/02/24 | Meeting with A. Barajas (KDW) to discuss task list (.3); updates to same (.6). | JC | 0.90 | 558.00 |
| 10/02/24 | Meeting with J. Churchill (KDW) regarding edits to case task list. | AB | 0.30 | 232.50 |
| 10/03/24 | Review task list and case calendar to prepare for team call (.1); email with C. Choe and J. Churchill (both KDW) on status of various items in connection with same (.1); team call on open workstreams (.2). | KSE | 0.40 | 396.00 |
| 10/03/24 | Call with KDW team regarding case strategy and task list. | AB | 0.20 | 155.00 |
| 10/03/24 | Telephone conference with E. Wilson, K. Elliott, C. Choe, A. Barajas, and J. Churchill (all KDW) regarding case management and | RG | 0.20 | 195.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0001
December 4, 2024
Page  2

| Date | Description | Tkpr | Hours | Amount |
| --- | --- | --- | --- | --- |
| | next steps. | | | |
| 10/03/24 | Conference call with KDW team regarding case status, next steps (.2); review task list preparatory to call (.1). | ERW | 0.30 | 351.00 |
| 10/03/24 | Emails with A. Barajas and C. Choe (both KDW) regarding task list (.1); conference with internal team to discuss workstream status and upcoming tasks (.2); followup updates to task list (.3). | JC | 0.60 | 372.00 |
| 10/03/24 | Review and revise task list in advance of internal call (.2); participate in conference call with E. Wilson, K. Elliott (both KDW) and KDW team regarding case updates and action items (.2). | CC | 0.40 | 276.00 |
| 10/09/24 | Meeting with R. Gage (KDW) to discuss status of investigation (.1); follow-up updates to task list (.2). | JC | 0.30 | 186.00 |
| 10/09/24 | Conference with J. Churchill (KDW) regarding task list. | RG | 0.10 | 97.50 |
| 10/10/24 | Review status of case and revise task list regarding same (.3); participate in conference with K. Elliott, R. Gage and A. Barajas (all KDW) regarding various workstreams and action items (.9). | CC | 1.20 | 828.00 |
| 10/10/24 | Conduct KDW team working call on all open workstreams. | KSE | 0.90 | 891.00 |
| 10/10/24 | Call with K. Elliott, R. Gage, and C. Choe (all | AB | 0.90 | 697.50 |

**KELLEY DRYE & WARREN LLP**
FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0001
December 4, 2024
Page  3

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | KDW) regarding open case workstreams. | | | |
| 10/10/24 | Conference with K. Elliott, C. Choe, and A. Barajas (all KDW) regarding all open workstreams and next steps. | RG | 0.90 | 877.50 |
| 10/17/24 | Call with E. Wilson to discuss status and next steps on all open workstreams. | KSE | 0.80 | 792.00 |
| 10/17/24 | Call with K. Elliott (KDW) regarding status and next steps. | ERW | 0.80 | 936.00 |
| 10/22/24 | Updates to the task list. | JC | 0.20 | 124.00 |
| 10/23/24 | Meeting with A. Barajas (KDW) to review case status (.4); revise task list (.2). | JC | 0.60 | 372.00 |
| 10/23/24 | Meet with J. Churchill (KDW) regarding updates to case task list. | AB | 0.40 | 310.00 |
| 10/24/24 | Meeting with R. Gage (KDW) to discuss investigation status (.1); updates to task list (.3). | JC | 0.40 | 248.00 |
| 10/24/24 | Conference with J. Churchill (KDW) regarding task list and ongoing projects. | RG | 0.10 | 97.50 |
| 10/25/24 | Strategy call with E. Wilson (KDW) regarding all open workstreams and case issues. | KSE | 0.50 | 495.00 |
| 10/25/24 | Confer with K. Elliott (KDW) regarding open items, next steps. | ERW | 0.50 | 585.00 |
| 10/26/24 | Updates to team calendar (.1) and task list (.1). | JC | 0.20 | 124.00 |
| 10/30/24 | Updates to team calendar (.1) and task list (.1). | JC | 0.20 | 124.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0001
December 4, 2024
Page  4

---

Total Services for this Matter:                                  10,871.50

**<u>Other Charges:</u>**

| | |
|---|---|
| Color Duplication | $0.25 |
| Duplication | 1,823.20 |
| Miscellaneous Expense | 3,208.00 |
| Cab Service | 497.02 |
| Meals | 198.79 |
| Binding | 52.40 |
| Westlaw Research | 2,562.61 |
| Lexis Research | 569.66 |
| Parking | 22.35 |

Total Other Charges for this Matter:                         8,934.28

Total this Invoice                                               $19,805.78

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0001
December 4, 2024
Page  5

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|-----------|-------|------|--------|
| AB | Barajas, Andres | 2.00 | 775.00 | $1,550.00 |
| CC | Choe, Connie | 1.60 | 690.00 | 1,104.00 |
| ERW | Wilson, Eric | 1.60 | 1,170.00 | 1,872.00 |
| JC | Churchill, John | 3.40 | 620.00 | 2,108.00 |
| KSE | Elliott, Kristin S | 3.00 | 990.00 | 2,970.00 |
| RG | Gage, Rich | 1.30 | 975.00 | 1,267.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917870

| 030319 | Blink Committee |
| 0002 | Pleadings Review |

## Account Summary And Remittance Form

Legal Services: $1,032.50

Disbursements and Other Charges: $0.00

**Total Amount Due:** **$1,032.50**

## Terms: Payment Due on or Before   January 3, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917870

Client   030319
Matter 0002   Pleadings Review

---

Attorney: 05395                                                      Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 10/01/24 | Review of docket for new entries. | JC | 0.10 | $62.00 |
| 10/02/24 | Review of docket for new entries. | JC | 0.10 | 62.00 |
| 10/03/24 | Review of docket for new entries. | JC | 0.10 | 62.00 |
| 10/08/24 | Review docket (.2) and update KDW team calendar to reflect upcoming hearing dates and objection deadlines (.3). | GCK | 0.50 | 187.50 |
| 10/14/24 | Review docket and various pleadings filed (.3) in connection with updating KDW team calendar (.3). | GCK | 0.60 | 225.00 |
| 10/30/24 | Review of Meizner stay relief motion (.3); summary of same (.1) | JC | 0.40 | 248.00 |
| 10/31/24 | Analysis (.2) and summary (.1) of Williams stay relief motion. | JC | 0.30 | 186.00 |
| Total Services for this Matter: | | | | 1,032.50 |
| Total this Invoice | | | | $1,032.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0002
December 4, 2024
Page  2

---

| <u>Tkpr</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| GCK | Karnick, Gina C | 1.10 | 375.00 | $412.50 |
| JC | Churchill, John | 1.00 | 620.00 | 620.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

<u>ABA #</u>

<u>SWIFT CODE:</u>

<u>ACCOUNT NAME:</u>KELLEY DRYE & WARREN LLP

<u>ACCOUNT #</u>

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

<span style="float:right">FEDERAL ID NO. 13-5335107</span>

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917871

030319      Blink Committee
0003        Retention Matters

## Account Summary And Remittance Form

Legal Services:                                              $743.50

Disbursements and Other Charges:                             $0.00

**Total Amount Due:**                                    **$743.50**

## Terms: Payment Due on or Before   January 3, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**  ███████
**SWIFT CODE:** ███████
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ███████
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917871

Client   030319
Matter 0003   Retention Matters

Attorney: 05395                                                        Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/09/24 | Review of Moelis supplemental decaration ISO retention. | JC | 0.20 | $124.00 |
| 10/10/24 | Review (.1) and approve (.1) CNOs for UCC retention applications. | KSE | 0.20 | 198.00 |
| 10/15/24 | Review of retention orders for KDW (.1), Morris James (.1) and Dundon (.1). | JC | 0.30 | 186.00 |
| 10/15/24 | Instruction to J. Churchill (KDW) regarding retention orders. | CC | 0.20 | 138.00 |
| 10/21/24 | Revise pro hac vice motion. | RG | 0.10 | 97.50 |
| Total Services for this Matter: | | | | 743.50 |
| Total this Invoice | | | | $743.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0003
December 4, 2024
Page  2

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|-----------|-------|------|--------|
| CC | Choe, Connie | 0.20 | 690.00 | $138.00 |
| JC | Churchill, John | 0.50 | 620.00 | 310.00 |
| KSE | Elliott, Kristin S | 0.20 | 990.00 | 198.00 |
| RG | Gage, Rich | 0.10 | 975.00 | 97.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #:

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #:

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917872

030319      Blink Committee
0004        Fee Matters

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $18,592.50 |
| Disbursements and Other Charges: | $0.00 |

**Total Amount Due:**                                   **$18,592.50**

## Terms: Payment Due on or Before   January 3, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:**   JP MORGAN CHASE, N.A.

**ABA #:** ▊▊▊▊▊▊

**SWIFT CODE:** ▊▊▊▊▊▊▊

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:** ▊▊▊▊▊

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER
AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917872

Client   030319
Matter 0004   Fee Matters

Attorney: 05395                                                            Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/07/24 | Review Portage monthly fee application (.2); brief review of Portage engagement letter in connection with same (.1). | KSE | 0.30 | $297.00 |
| 10/08/24 | Prepare charts for August monthly fee statement. | GCK | 1.30 | 487.50 |
| 10/15/24 | Discussion with C. Choe (KDW) regarding August and September time invoices. | JC | 0.10 | 62.00 |
| 10/15/24 | Confer with J. Churchill (KDW) regarding redaction of invoices. | CC | 0.10 | 69.00 |
| 10/15/24 | Review September invoices preparatory to October statement for reasonableness. | ERW | 0.20 | 234.00 |
| 10/17/24 | Coordinate with K. Elliott (KDW) regarding combined monthly fee statement (.1); instruction to J. Churchill (both KDW) regarding same (.1). | CC | 0.20 | 138.00 |
| 10/22/24 | Review Aug (.7) and Sept (1.1) invoices for potential redactions; markup redactions (.1); call with C. Choe (KDW) to discuss timeline for fee statement (.1); call with G. Karnick (KDW) regarding same (.1). | JC | 2.10 | 1302.00 |

**KELLEY DRYE & WARREN LLP**                          FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
December 4, 2024
Page  2

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/22/24 | Call with J. Churchill (KDW) regarding combined monthly fee statement. | CC | 0.10 | 69.00 |
| 10/22/24 | Prepare KDW first combined monthly fee statement (1.4); prepare fee statement charts for same (1.6); call with J. Churchill (KDW) regarding same (.1). | GCK | 3.10 | 1162.50 |
| 10/23/24 | Reconcile Aug (1.3) and Sept (.6) invoices to fee worksheet; email to G. Karnick (KDW) regarding discrepancies (.3). | JC | 2.20 | 1364.00 |
| 10/23/24 | Revise and edit KDW fee statement charts for first monthly combined fee statement (.6); emails with J. Churchill (KDW) and billing department regarding discrepancy (.2). | GCK | 0.80 | 300.00 |
| 10/26/24 | Emails with L. Rooney (Dundon) regarding Dundon fee application. | AB | 0.20 | 155.00 |
| 10/27/24 | Emails with A. Barajas (KDW) regarding template for Dundon (.1); updates to draft fee statement narrative (1.0). | JC | 1.10 | 682.00 |
| 10/28/24 | Review of August (.6) and Sept (.8) invoices for input into fee statement narrative; draft fee statement narrative (.9). | JC | 2.30 | 1426.00 |
| 10/30/24 | Calls (2x) with C. Choe on needed updates to fee worksheet (.2); updates to fee worksheet (.2); updates to monthly fee statement (.7). | JC | 1.10 | 682.00 |
| 10/30/24 | Review monthly fee invoices (.8); redact same (.6); provide revisions and comments to monthly fee application (.9); conference with | CC | 2.50 | 1725.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
December 4, 2024
Page 3

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | B. Keilson and S. Cerra (both MJ) regarding same (.2). | | | |
| 10/30/24 | Follow up on KDW fee statement (.1); confer with C. Choe (KDW) regarding procedures for redacting invoices (.1); review (.3) and revise (.4) redactions for filing. | KSE | 0.90 | 891.00 |
| 10/30/24 | Emails with Morris James and Dundon regarding monthly fee applications (.1); emails with J. Churchill and C. Choe (both KDW) regarding review of Morris James monthly fee application (.1); review and provide edits to KDW draft monthly fee application (1.1); email K. Elliott (KDW) regarding same (.1). | AB | 1.40 | 1085.00 |
| 10/31/24 | Review K. Elliott (KDW) updates to invoice redactions (.1); calls with C. Choe (KDW) regarding August time records in fee worksheet (.2); reconcile Aug invoices to fee worksheet (.4); updates to fee statement based on Aug invoices (.3); brief discussion with K. Elliott (KDW) on comments to fee statement (.1); extensive update to fee application based on same (.6); call with C. Choe (KDW) to review latest version of fee application (.2); review of interim compensation order for special requirements on filing with the US Trustee (.2); finalize fee application and exhibits for filing (.3). | JC | 2.40 | 1488.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
December 4, 2024
Page  4

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/31/24 | Review and provide comments to Morris James regarding fee application (.3); revise and finalize KDW fee application (.7); calls (.2) and emails (.2) with J. Churchill (KDW) regarding same. | CC | 1.40 | 966.00 |
| 10/31/24 | Review (1.4) and revise (1.6) first monthly fee application; provide my comments to J. Churchill (KDW) (.1); fix redactions per Morris James request (.4). | KSE | 3.50 | 3465.00 |
| 10/31/24 | Review KDW monthly fee application (.1) and email K. Elliott (KDW) regarding additional comments to same (.1); emails with L. Rooney (Dundon) regarding its fee application (.1); call with L. Rooney (Dundon) regarding same (.1); review and provide edits to draft Dundon fee application (.2); call with S. Cerra (Morris James) regarding filing KDW fee application (.1). | AB | 0.70 | 542.50 |
| Total Services for this Matter: | | | | 18,592.50 |
| Total this Invoice | | | | $18,592.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
December 4, 2024
Page  5

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 2.30 | 775.00 | $1,782.50 |
| CC | Choe, Connie | 4.30 | 690.00 | 2,967.00 |
| ERW | Wilson, Eric | 0.20 | 1,170.00 | 234.00 |
| GCK | Karnick, Gina C | 5.20 | 375.00 | 1,950.00 |
| JC | Churchill, John | 11.30 | 620.00 | 7,006.00 |
| KSE | Elliott, Kristin S | 4.70 | 990.00 | 4,653.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917873

| 030319 | Blink Committee |
| 0005 | Financing |

## Account Summary And Remittance Form

Legal Services:                                                                                          $2,595.00

Disbursements and Other Charges:                                                         $0.00

**Total Amount Due:**                                                                        **$2,595.00**

## Terms: Payment Due on or Before   January 3, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**  ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917873

Client   030319
Matter 0005   Financing

Attorney: 05395                                                                                    Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/03/24 | Review DIP lenders' invoices for fees under final DIP order. | KSE | 0.10 | $99.00 |
| 10/07/24 | Gather running estimates for UCC professional fees/expenses (.3); follow-up internally and Dundon regarding same (.2); draft report to debtors (.2). | CC | 0.70 | 483.00 |
| 10/07/24 | Emails to obtain fee estimates (.1); review and send weekly DIP order estimate to debtors (.1). | KSE | 0.20 | 198.00 |
| 10/08/24 | Review and analyze DIP order with respect to potential claims (.2); provide analysis to A. Barajas (KDW) (.3). | CC | 0.50 | 345.00 |
| 10/10/24 | Email to all UCC professionals regarding weekly fee reporting. | CC | 0.20 | 138.00 |
| 10/13/24 | Emails to UCC professionals regarding weekly DIP fee reporting. | CC | 0.20 | 138.00 |
| 10/14/24 | Call with D. Depta (MJ) regarding fee estimates (.1); update tracker (.2); draft update for fee reporting (.1). | CC | 0.40 | 276.00 |
| 10/14/24 | Review/submit UCC fee estimate under DIP order (.1); review debtors' fee estimate (.1). | KSE | 0.20 | 198.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0005
December 4, 2024
Page  2

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/21/24 | Follow-up emails to UCC professionals regarding fee reporting (.2); update tracker (.2); draft report for updates to debtors' counsel (.1). | CC | 0.50 | 345.00 |
| 10/28/24 | Review professional fees (.2); update reporting chart (.1); prepare email to Debtors' counsel with same (.1). | CC | 0.40 | 276.00 |
| 10/29/24 | Review fee estimates and prepare weekly reporting to debtors under DIP order. | KSE | 0.10 | 99.00 |
| Total Services for this Matter: | | | | 2,595.00 |
| Total this Invoice | | | | $2,595.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE   OFFICE: |
| --- | --- | --- |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0005
December 4, 2024
Page  3

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| CC | Choe, Connie | 2.90 | 690.00 | $2,001.00 |
| KSE | Elliott, Kristin S | 0.60 | 990.00 | 594.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917874

030319      Blink Committee
0006        Asset Analysis and Disposition

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $414,841.50 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$414,841.50** |

## Terms:  Payment Due On or Before December 31, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**  JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917874

Client   030319
Matter 0006   Asset Analysis and Disposition

---

Attorney: 05395                                                                                            Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/01/24 | Detailed review of stalking horse APA (1.3) and schedules (.3); confer with A. Barajas regarding sale objection topics (.1); draft outline of objection/issues (.5). | KSE | 2.20 | $2178.00 |
| 10/01/24 | Continue analyzing TSA for sale objection (.3); meet with K. Elliott (KDW) regarding sale objection issues (.1) analyze stalking horse APA terms for Committee issues list (.3); review draft sale issues list (.2). | AB | 0.90 | 697.50 |
| 10/01/24 | Review and comment on APA issues list (.6); outline open issues (.3). | ERW | 0.90 | 1053.00 |
| 10/02/24 | Develop work plan for sale objection (.2); confer with R. Gage (KDW) on evidentiary issues for sale objection (.2). | KSE | 0.40 | 396.00 |
| 10/02/24 | Conference with K. Elliott (KDW) regarding sale objection strategy and evidentiary issues. | RG | 0.20 | 195.00 |
| 10/02/24 | Draft outline of fact section for committee sale objection. | AB | 1.10 | 852.50 |
| 10/03/24 | Conference with KDW team regarding status of sale. | CC | 0.30 | 207.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  2

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/03/24 | Conference with internal KDW team to discuss issues around sale objection. | JC | 0.30 | 186.00 |
| 10/03/24 | Team call to discuss arguments, strategy and work plan for sale objection (.3); review stalking horse adequate assurance information (.3). | KSE | 0.60 | 594.00 |
| 10/03/24 | Review precedent sale objections for drafting Committee's sale objection (.2); meeting with KDW team regarding sale objection arguments (.3); draft email to Morris James regarding research and additional items in support of Committee sale objection (.3); begin drafting background section of sale objection (.5). | AB | 1.30 | 1007.50 |
| 10/03/24 | Telephone conference with E. Wilson, K. Elliott, C. Choe, A. Barajas, and J. Churchill (all KDW) regarding potential sale objection. | RG | 0.30 | 292.50 |
| 10/03/24 | Conference call with KDW team regarding sale objection. | ERW | 0.30 | 351.00 |
| 10/04/24 | Review update on analysis of new TSA under stalking horse agreement. | KSE | 0.10 | 99.00 |
| 10/04/24 | Analyze Equinox TSA and amendments for sale objection (.7); continue drafting background section of sale objection regarding TSA (.9); review debtors' proposed sale order (.4). | AB | 2.00 | 1550.00 |
| 10/06/24 | Analyze Varagon supplemental production of negotiation versions of APA TSA (.9); outline | KSE | 1.20 | 1188.00 |

## KELLEY DRYE & WARREN LLP

<span style="float:right">FEDERAL ID NO. 13-5335107</span>

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page 3

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | follow-up questions and key new information (.3). | | | |
| 10/06/24 | Analyze facts regarding Equinox subordinated notes and subordination agreement for drafting sale objection (1.3); continue drafting background facts of the Committee sale objection regarding Equinox subordinated debt (.9) and the stalking horse APA (.3). | AB | 2.50 | 1937.50 |
| 10/07/24 | Review DE precedent for limiting acquisition of estate causes of action (.6); emails to clarify holdings in certain precedent cases (.1). | KSE | 0.70 | 693.00 |
| 10/07/24 | Review email from Morris James regarding precedent sale objections (.1); review precedent sale orders (.2); email S. Cerra (Morris James) regarding precedent sale objection cases (.1); review stalking horse adequate assurance package (.1); continue drafting sale objection background facts regarding: Blink's corporate history (1.1), stalking horse APA (.5), the Committee's investigation (.6), bankruptcy case procedural history (.6); edit sale objection section regarding Equinox TSA and amendments (.6); edit footnotes for sale objection background facts (.4); review and analyze documents regarding appointment of Blink officers and directors (.6) draft sale objection section regarding same (.5); review | AB | 7.50 | 5812.50 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page 4

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | and analyze documents regarding Blink's transactions with Equinox (.9) and draft Sale objection section regarding same (.8); draft outline for argument section of sale objection (.2); compile sources cited in sale objection background section (.2). | | | |
| 10/08/24 | Review section 363(m) and (n) (.1); analyze 363(n) argument regarding Equinox and Varagon domination regarding TSA/Equinox release (.4); confer with A. Barajas (KDW) to discuss inclusion of argument in objection and basis therefore (.6); confer with A. Barajas and C. Choe (KDW) regarding legal research on objection topics required as a result of debtors' supplemental document production (.4). | KSE | 1.50 | 1485.00 |
| 10/08/24 | Conference with K. Elliott and A. Barajas (both KDW) regarding sale objection and transition services agreement (.4); follow-up with A. Barajas (KDW) regarding same (.2); follow-up research regarding challenge deadline and sale issues (.5). | CC | 1.10 | 759.00 |
| 10/08/24 | Finalize background facts section of committee sale objection (.6); email K. Elliott (KDW) draft Committee sale objection with sources (.1); meet with K. Elliott (KDW) regarding sale objection issues (.6); email Morris James regarding precedent sale objections (.1); | AB | 3.70 | 2867.50 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page 5

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | analyze debtors' proposed sale order (.2); analyze precedent sale objections for argument section of Committee's sale objection (.9); confer with K. Elliott and C. Choe (both KDW) regarding research issues for sale objection (.4); follow up meeting with C. Choe (KDW) regarding same (.2); begin drafting argument section of Committee sale objection (.6). | | | |
| 10/09/24 | Begin to review (.8) and revise (1.2) factual background section of sale objection; status update call with A. Barajas (KDW) regarding the objection (.2). | KSE | 2.20 | 2178.00 |
| 10/09/24 | Research and analyze sale issues for sale objection (1.4); confer with A. Barajas (KDW) regarding same (.2). | CC | 1.60 | 1104.00 |
| 10/09/24 | Telephone conference with A. Barajas (KDW) regarding declarations and deposition notices related to sale objection. | RG | 0.30 | 292.50 |
| 10/09/24 | Continue drafting legal argument section of committee's sale objection (2.2); edit facts section of committee's sale objection (.4); email Dundon regarding same (.1); call with L. Rooney (Dundon) regarding its declaration in support of committee's sale objection (.4); call with R. Gage (KDW) regarding drafting declarations in support of sale objection (.3); confer with C. Choe (KDW) regarding section | AB | 3.80 | 2945.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5305107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page 6

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | 363 research for committee's sale objection (.2); calls with K. Elliott (KDW) regarding status update on sale objection (.2). | | | |
| 10/09/24 | Emails with R. Gage and K. Elliott (both KDW) and L. Rooney (DA) regarding sale declaration. | ERW | 0.20 | 234.00 |
| 10/10/24 | Work on discovery plan for sale objection/hearing (.2); email E. Wilson (KDW) regarding same (.1); strategy call with E. Wilson and A. Barajas (KDW) on objection (.3); call S. Greecher (YCST) regarding timing for depositions (.1); continue to review (2.1) and revise (3.8) factual background section of sale objection; review investigation documents (2.9) outline preliminary statement (.8); emails (.2) and call (.2) with E. Wilson (KDW) regarding points to cover in the objection. | KSE | 10.70 | 10593.00 |
| 10/10/24 | Conference with A. Barajas (KDW) regarding sale objection and follow-up research (.5); follow-up research regarding same (2.2); follow-up email to A. Barajas (KDW) regarding same (.2). | CC | 2.90 | 2001.00 |
| 10/10/24 | Review and provide comments to draft motion to seal (.4); x2 calls with S. Cerra (Morris James) regarding motion to seal committee sale objection (.2); email R. Gage (KDW) regarding declaration in support of committee's sale | AB | 3.90 | 3022.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | AFFILIATE OFFICE: |
|---|---|---|
| WASHINGTON | NEW YORK | MUMBAI, INDIA |
| LOS ANGELES | STAMFORD | |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page 7

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | objection (.1); review draft Dundon declaration in support of committee's sale objection (.1); review and analyze research regarding section 363 (.6); meet with C. Choe (KDW) regarding same (.5); call with E. Wilson and K. Elliott (KDW) regarding 363(n) claims (.3); call with K. Elliott (KDW) and Peter (Dundon) regarding Dundon's analysis of TSA (.2); review debtor produced documents for fact section of committee's sale objection (.3); call with L. Rooney (Dundon) regarding Dundon's sale objection declaration (.5); edit section 363(n) legal argument of committee's sale objection (.5); confer with P. Weintraub (KDW) regarding releases under new TSA and stalking horse APA (.2). | | | |
| 10/10/24 | Begin drafting Dundon declaration in support of sale objection. | RG | 0.80 | 780.00 |
| 10/10/24 | Confer with K. Elliott (KDW) regarding sale objection and next steps. | ERW | 0.30 | 351.00 |
| 10/11/24 | Continue drafting factual background section of sale objection on retention of outside professionals (.4); prior lack of corporate formalities (.9); prebankruptcy sale effort (.5); review board presentations in connection with same (.4). | KSE | 2.20 | 2178.00 |
| 10/11/24 | Continue follow-up research for sale objection | CC | 2.70 | 1863.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page 8

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | (2.3); conference with A. Barajas (KDW) regarding same and next steps (.4). | | | |
| 10/11/24 | Review and provide comments to C. Choe (KDW) regarding on automatic stay research (.2); call with C. Choe regarding same (.4); review Dundon's analysis of TSA for Dundon's sale objection declaration (.7) and draft Dundon declaration (.5); call with L. Rooney regarding TSA, Stalking Horse APA issues (.4); follow up call with L. Rooney (Dundon) regarding same (.2); review debtors' production of documents for Committee sale objection (.5). | AB | 2.90 | 2247.50 |
| 10/11/24 | Emails to K. Elliott (KDW) regarding termination of TSA (.1); emails with M. Nestor (YC), S. Shenker (PP) and A. Barajas (KDW) regarding sale, extension (.2). | ERW | 0.30 | 351.00 |
| 10/12/24 | Review (.7) and revise (2.4) factual background section of the sale objection; analyze board minutes in connection with same (.7). | KSE | 3.80 | 3762.00 |
| 10/13/24 | Draft section of sale objection describing sale process (1.1); review turns of Varagon-Equinox TSA for timeline for sale objection (.4); review turns for negotiation of right to rehire a certain employee (.3); draft description of Equinox release via | KSE | 3.60 | 3564.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page 9

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | Varagon-Equinox TSA (.8); draft summary of identified Equinox claims (1.0). | | | |
| 10/14/24 | Call with A. Barajas (KDW) regarding next steps on sale objection (.2); call with E. Wilson (KDW) on status of objection (.2); review legal memo on section 363(n) issues (.3); conduct follow-up research regarding same (.5); call from S. Greecher (YCST) regarding bidder request for extension (.2); review letter request for extension (.2); research issue regarding same (.4); email (.1) and call with Dundon (.1) and A. Barajas (KDW) regarding same (.2); review stalking horse documents in connection with sale objection (.4); review caselaw on heightened scrutiny (.9); begin to review (.8) and revise (1.6) legal argument section of the sale objection; call with P. Hurwitz (Dundon) regarding bidder request for extension (.4). | KSE | 6.50 | 6435.00 |
| 10/14/24 | Review and analyze cases in support of sale objection arguments (1.5); provide summaries in support of same (.8); emails with K. Elliott (KDW) regarding same (.2). | CC | 2.50 | 1725.00 |
| 10/14/24 | Call with K. Elliott (KDW) regarding next steps for Committee's sale objection (.2); edit fact sections of sale objection (1.2) and add footnote citations (1.4); review factual documents for fact section of committee's sale | AB | 3.60 | 2790.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  10

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | objection (.6); call with K. Elliott (KDW) regarding potential bidder's letter to Debtors (.2). | | | |
| 10/14/24 | Conference with P. Weintraub (KDW) regarding lender liability research (.1); draft topics for Debtor 30(b)(6) deposition notice (.7). | RG | 0.80 | 780.00 |
| 10/14/24 | Confer with K. Elliott (KDW) regarding sale status and Planet Fitness bid. | ERW | 0.20 | 234.00 |
| 10/15/24 | Review of Brixmore properties limited objection to sale. | JC | 0.20 | 124.00 |
| 10/15/24 | Call with E. Wilson (KDW) and P. Hurwitz (Dundon) regarding bidder request for extension (.3); work on argument section of sale objection (4.4); update call with Dundon regarding bidder extension (.2); team status call on sale objection and related discovery (.4); follow-up call with E. Wilson (KDW) (.2); review (.3) and revise (.6) updated fact section. | KSE | 6.40 | 6336.00 |
| 10/15/24 | Emails with K. Elliott (KDW) regarding sale objection and arguments in support of same (.2); conduct follow-up research on sale-related issues (1.9); conference with E. Wilson, K. Elliott and A. Barajas (all KDW) regarding sale process and objection (.4). | CC | 2.50 | 1725.00 |
| 10/15/24 | Conference with A. Barajas (KDW) regarding sale objection and related declarations. | RG | 0.20 | 195.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

WASHINGTON

LOS ANGELES

CHICAGO

HOUSTON

NEW YORK

STAMFORD

PARSIPPANY

AFFILIATE  OFFICE:

MUMBAI, INDIA

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  11

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 10/15/24 | Emails with L. Rooney (Dundon) regarding TSA fees for fact section of Committee's sale objection (.2); call with L. Rooney (Dundon) regarding same (.2); continue editing fact sections of sale objection (2.8) and adding footnote citations (.8); review factual documents for fact section of committee's sale objection (.2); meeting with R. Gage (KDW) regarding his declaration in support of Committee's sale objection (.2); call with E. Wilson, K. Elliott and C. Choe (all KDW) regarding sale objection issues (.4); review K. Elliott's comments to facts section (.1). | AB | 4.90 | 3797.50 |
| 10/15/24 | Telephone conference with K. Elliott (KDW) regarding strategy and timing of key deposition. | WSG | 0.30 | 280.50 |
| 10/15/24 | Confer with K. Elliott (KDW) and P. Hurwitz (DA) regarding sale issues, TSA (.3); conference call with KDW team regarding open items, next steps (.4); follow-up call with K. Elliott (KDW) (.2); review Supreme Fitness correspondence (.1). | ERW | 1.00 | 1170.00 |
| 10/16/24 | Work on argument regarding rejection of TSA amendments (.8); revise argument on heightened scrutiny (1.5); confer with A. Barajas (2x) (KDW) regarding status of objection (.8); work on section 363(n) | KSE | 5.80 | 5742.00 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client    030319
Matter 0006
December 4, 2024
Page  12

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | argument (1.7); research ability to limit credit bid for cause due to inequitable conduct (.6); review P. Weintraub (KDW) analysis of credit bid treatment under current court orders (.2); analyze impact on credit   bid challenge (.2). | | | |
| 10/16/24 | Review and revise research analysis regarding sale issues for sale objection (.6); conduct follow-up regarding additional sale issues (1.3); follow-up with A. Barajas (KDW) (.2). | CC | 2.10 | 1449.00 |
| 10/16/24 | Conference with A. Barajas (KDW) regarding sale objection and declaration in support of same. | RG | 0.40 | 390.00 |
| 10/16/24 | Continue reviewing K. Elliott's (KDW) comments to fact sections of Committee's sale objection (.2); incorporate K. Elliott's (KDW) edits to fact and legal sections of Committee sale objection (.8); review and provide comments to C. Choe (KDW) regarding automatic stay research for sale objection (.2); review C. Choe's (KDW) updated research (.1) and confer with C. Choe (KDW) regarding same (.2); review and analyze bid procedures (.4) and email E. Wilson (KDW) regarding same (.1); calls with K. Elliott (KDW) regarding sale objection issues (.8); email K. Elliott (KDW) precedent sale objection (.1); confer with R. Gage (KDW) regarding | AB | 5.30 | 4107.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  13

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | declaration in support of sale objection (.4); edit citations of sale objection (1.0) and corresponding facts (.4); edit Dundon declaration in support of sale objection (.6). | | | |
| 10/16/24 | Emails with A. Barajas (KDW) regarding bid procedures (.1); review same (.1); call (2x) with J. Koevary (Olshan) regarding sale process (.6); conference call with J. Koevary (Olshan) and P. Hurwitz (PA) regarding bid, timing (.2). | ERW | 1.00 | 1170.00 |
| 10/17/24 | Update call with Dundon and E. Wilson (KDW) (.4); work on background section of sale objection (3.4); draft discussion of alter ego claim for sale objection (.8); review caselaw in connection with same (.6); revise section 365(n) section of sale objection (1.9); call with E. Wilson on strategic changes to sale arguments (.7); call with A. Barajas (KDW) on next steps on objection (.5); draft D&O claim analysis for sale objection (.9). | KSE | 9.20 | 9108.00 |
| 10/17/24 | Continue research for sale issues related to sale objection. | CC | 0.50 | 345.00 |
| 10/17/24 | Draft declaration in support of sale objection. | RG | 2.10 | 2047.50 |
| 10/17/24 | Edit draft Dundon declaration in support of Committee's sale objection (1.0); review C. Choe's (KDW) research regarding section 363(n) (.1); call with K. Elliott (KDW) | AB | 5.20 | 4030.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client  030319
Matter 0006
December 4, 2024
Page  14

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | regarding sale objection next steps (.5); research applicable law regarding fraudulent transfers (.6), preference (.3), recharacterization (.6), and equitable subordination (.8) for Committee's sale objection; edit sections of sale objection regarding estate claims (1.3). | | | |
| 10/17/24 | Review debtor 30(b)(6) topics (.6); begin to prepare for 30(b)(6) deposition (1.3) | WSG | 1.90 | 1776.50 |
| 10/17/24 | Confer with K. Elliott (KDW) regarding sale objection, open items (.7); conference call with KDW, Dundon, YC and Moelis regarding sale issues (.4); emails with S. Greecher (YC) regarding bid deadline extension (.1). | ERW | 1.20 | 1404.00 |
| 10/18/24 | Continue work on sale objection (4.4); review documents in connection with same (.4); email with W. Gyves (KDW) regarding deposition topics and timing (.2); email A. Barajas (KDW) regarding documents to send to W. Gyves to prepare for depositions (.1); call with R. Gage (KDW) to discuss his declaration supporting the sale objection and to prepare for 30(b)(6) meet and confer with the debtors (.9); update call with E. Wilson (KDW) regarding status of objection and related discovery (.5); email P. Weintraub (KDW) for citation for D&O section of sale objection (.1); emails to | KSE | 6.90 | 6831.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  15

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | coordinate Moelis deposition (.3). | | | |
| 10/18/24 | Edit draft Gage declaration in support of of sale objection (1.1); edit fact section of sale objection citations (.5); call with R. Gage (KDW) regarding draft declaration (.2); edit sale objection facts to address K. Elliott's (KDW) comments (.6); review and analyze case law (1.2); edit legal citations to legal sections of sale objection (.8). | AB | 4.40 | 3410.00 |
| 10/18/24 | Confer with K. Elliott (KDW) regarding objection. | ERW | 0.50 | 585.00 |
| 10/18/24 | Correspondence with KDW team regarding background materials for 30(b)(6) deposition of debtor (.1); begin review of relevant documents (1.3); telephone conference with K. Elliott regarding deposition schedule and strategy (.3). | WSG | 1.70 | 1589.50 |
| 10/18/24 | Telephone conference with K. Elliott (KDW) regarding declaration for sale objection and preparation for Blink 30(b)(6) deposition (.9); email A. Barajas (KDW) regarding Dundon declaration (.1); Telephone conference with A. Barajas (KDW) regarding same (.2). | RG | 1.20 | 1170.00 |
| 10/19/24 | Work on preliminary statement to sale objection (.5); review (.2) and comment (.1) on deposition notice for Moelis. | KSE | 0.80 | 792.00 |
| 10/19/24 | Research case law for sale objection citations (1.4); edit legal sections of sale objection (1.1); | AB | 4.70 | 3642.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page 16

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | edit facts section of sale objection (2.2). | | | |
| 10/19/24 | Analyze prepetition board minutes (1.2) and board presentations (3.9) to prepare for Moelis deposition. | WSG | 5.10 | 4768.50 |
| 10/20/24 | Email traffic with W. Gyves (KDW) to prepare for Moelis deposition (.7); email with Dundon regarding same (.3); draft preliminary statement to sale objection (5.2); draft credit bid section of sale objection (1.2); draft 363(m) section (.8); further revise background section (2.4); review (.9) and revise (1.2) final draft of sale objection; review (.2) and revise (.2) deposition notices; confer with R. Gage (KDW) regarding same (.1); revise citations to the record (2.1) and caselaw (1.8); final revisions (.9) to the objection. | KSE | 18.00 | 17820.00 |
| 10/20/24 | Emails to W. Gyves (KDW) regarding documents for depositions (.1); emails to K. Elliott (KDW) regarding facts for sale objection (.5); review DIP order and add citations to sale objection (.6). | AB | 1.20 | 930.00 |
| 10/20/24 | Continue to analyze prepetition board presentations regarding sale efforts (2.7); analyze corporate governance issues reflected in board minutes (2.3) to prepare for Moelis deposition. | WSG | 5.00 | 4675.00 |
| 10/20/24 | Emails with L. Rooney (DA) regarding sale | ERW | 0.10 | 117.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5305107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  17

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | objection. | | | |
| 10/21/24 | Email traffic with W. Gyves (KDW) regarding evidentiary declarations/exhibits for sale objection (.6); emails with KDW team on updated declaration citations for objection (.2); call with E. Wilson and A. Barajas (both KDW) regarding E. Wilson's (KDW) comments to sale objection (.6); call with P. Hurwitz (Dundon) regarding certain factual statements in the objection (.2); call with A. Barajas on next steps for objection (.2); KDW and Dundon call to prepare for Moelis deposition (.8); revise sale objection per E. Wilson comments (8.7); review (.3) and revise (.4) Gage declaration supporting sale objection; review (.4) and revise (.2) Hurwitz deposition; email with W. Gyves regarding same (.1); review and revise preliminary statement (1.0). | KSE | 13.70 | 13563.00 |
| 10/21/24 | Call with W. Gyves (KDW) regarding deposition logistics and scheduling (.1); correspondence with Golkow court reporter services regarding scheduling (.3); correspondence with A. Barajas (KDW) regarding same (.4); correspondence with E. Green (KDW) regarding deposition arrangements (.3); research deponent A. Swift (1.3); correspondence with W. Gyves (KDW) | SAC | 2.50 | 1937.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  18

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | regarding same (.1). | | | |
| 10/21/24 | Analyze sale motion papers (1.1), APA terms (.8); Equinox TSA (2.2); internal research (3.1); begin to outline deposition questions (2.7); review draft sale objection (.7); telephone conference with Dundon reps in preparation for Moelis deposition (.8). | WSG | 11.40 | 10659.00 |
| 10/21/24 | Review and comment on sale objection (.9); conference call with K. Elliott and A. Barajas (both KDW) regarding same (.6); emails with K. Elliott and A. Barajas (both KDW) regarding redacted sale objection (.2). | ERW | 1.70 | 1989.00 |
| 10/21/24 | Review updated draft of sale objection (.4); create redacted version of sale objection for sharing with committee member (.5); edit motion to seal sale objection (.2); edit Dundon declaration in support of sale objection (1.0); edit exhibits for updated draft sale objection (.7); call with E. Wilson and K. Elliott (both KDW) regarding E. Wilson's (KDW) comments to sale objection (.6); follow up call with K. Elliott (KDW) regarding same (.2); edit Gage declaration in support of sale objection (1.8); call with S. Cerra (Morris James) regarding sale objection filing (.1); review K. Elliott's (KDW) preliminary statement edits (.2) and provide comments (.3); edit sale | AB | 10.40 | 8060.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  19

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | objection to update factual citations (2.1); incorporate K. Elliott's (KDW) edits to Dundon declaration in support of sale objection (.4); email R. Gage (KDW) regarding Gage declaration (.1); edit sale objection to update legal citations (1.7);   email Dundon team regarding Dundon declaration (.1). | | | |
| 10/22/24 | Call with P. Hurwitz (Dundon) to finalize his declaration supporting sale objection (.4); call with E. Wilson and A. Barajas (both KDW) to discuss E. Wilson's changes to revised objection (1.0); review (.3) and revise (.2) updated preliminary statement; final review (1.9) and revisions (3.4) to objection; work on redactions (.8); address issues related to seal process and options (.7). | KSE | 8.70 | 8613.00 |
| 10/22/24 | Review declaration in support of sale objection (.6); Telephone conference with A. Barajas (KDW) regarding same (.1). | RG | 0.70 | 682.50 |
| 10/22/24 | Work on deposition outline (4.3); review board minutes (2.2); presentations (1.8) and sale documents (1.4) to prepare for Moelis deposition; telephone conference with Debtor's counsel regarding deposition protocol (.3). | WSG | 10.00 | 9350.00 |
| 10/22/24 | Review and revise sale objection (.5); call with A. Barajas and K. Elliott (both KDW) regarding sale objection (1.0); emails with L. | ERW | 1.70 | 1989.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  20

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/22/24 | Schweitzer (CG) regarding TSA extension (.2). Calls with P. Hurwitz and L. Rooney (both Dundon) regarding Dundon declaration (.3); emails with L. Rooney (Dundon) regarding same (.2); edit Dundon Declaration to incorporate L. Rooney's (Dundon) comments (.7); edit Gage declaration for filing (.4); call with P. Hurwitz (Dundon) regarding additional edits to Dundon declaration (.1); edit Dundon declaration to incorporate Dundon and K. Elliott's (KDW) comments (.3); make redact Gage declarations (.6); make redactions to Dundon declaration (.4); emails with Morris James regarding exhibits for sale objection (.3); call with K. Elliott and E. Wilson (both KDW) regarding edits to sale objection (1.0); review sale objection for final edits (1.7); make redactions to sale objection (.8); finalize sale objection citations (.3); make additional edits to Gage declaration (.4); email R. Gage (KDW) draft declaration for his review (.1); email K. Elliott (KDW) updated draft sale objection (.1); email Morris James updated exhibits to sale objection (.1). | AB | 7.80 | 6045.00 |
| 10/23/24 | Outline additional topics for Moelis deposition (.4); review documents in connection with same (.2); email with W. Gyves (KDW) | KSE | 6.70 | 6633.00 |

**KELLEY DRYE & WARREN LLP**

<span style="float:right">FEDERAL ID NO. 13-5335107</span>

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  21

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | regarding treatment of confidential information during the deposition (.2); review bid update (.1); attend Moelis deposition (3.2); follow up strategy session with W. Gyves and E. Wilson (both KDW) (.6); update R. Gage (KDW) on material information learned during Moelis deposition (.4); preliminary review of Supreme Fitness bid (.4); call with E. Wilson (KDW) and Dundon to discuss (.3); analyze issues related to ELA and TSA intersection (.9). | | | |
| 10/23/24 | Preparation meeting with B. Gyves and K. Elliott (KDW) regarding deposition strategy (.5); deposition of A. Swift (2.7); post-deposition meeting with B. Gyves and K. Elliott (both KDW) regarding follow up strategy (.6); draft Zoom attendance   list for court reporter for confidentiality marking purposes and correspondence regarding same (.3). | SAC | 4.10 | 3177.50 |
| 10/23/24 | Prepare for and take deposition of A. Swift (Moelis). | WSG | 6.80 | 6358.00 |
| 10/23/24 | Conference with K. Elliott (KDW) regarding Swift deposition. | RG | 0.40 | 390.00 |
| 10/23/24 | Email sale objection exhibits to Dundon team (.1); analyze terms of bidder's asset purchase agreement (.4). | AB | 0.50 | 387.50 |
| 10/23/24 | Review redacted sale objection (.1); emails | ERW | 1.30 | 1521.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  22

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | with B. Keilson (MJ) regarding same (.2); emails with P. Hurwitz (DA) regarding bids (.2); confer with J. Koevary (Olshan) regarding PF bid (.2); conference call with P. Hurwitz (DA) and K. Elliott (KDW) regarding PF bid (.3); initial review of same (.3). | | | |
| 10/24/24 | Read background article on 363(n) (1.0); meeting with A. Barajas (KDW) to discuss 363(n) research (.3); review of sale objection 363(n) arguments (.4); review of C. Choe (KDW) 363(n) research (.3); review Colliers section on 363(n) (.1); review LEXIS annotated code section on 363(n) (.2); review case law in 2nd and 3rd circuit on 363(n) intent requirement (1.8); expand research beyond 2nd and 3rd circuit (.7) | JC | 4.80 | 2976.00 |
| 10/24/24 | Correspondence with court reporter regarding final transcript for A. Swift deposition (.1); obtain final transcript and exhibits, and review and analyze same for quality control (.2); correspondence with copy center regarding transcript for W. Gyves (KDW) (.1). | SAC | 0.40 | 310.00 |
| 10/24/24 | Review C. Choe's (KDW) prior section 363(n) research in advance of meeting (.1); meet with J. Churchill (KDW) regarding additional section 363(n) research (.3); review and provide comments to E. Wilson's (KDW) draft | AB | 1.20 | 930.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  23

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | email to Debtors' counsel regarding auction issues (.3); emails with Morris James team regarding redactions for sale objection (.2); review emails from debtors regarding auction issues (.2); call with L. Rooney (Dundon) regarding auction (.1). | | | |
| 10/24/24 | Emails with K. Elliott (KDW) regarding PF bid (.2); review Dundon (.2) and Gage (.2) sale declarations. | ERW | 0.60 | 702.00 |
| 10/25/24 | Further research into intent requirements of section 363(n) (1.2); summarize findings (.8). | JC | 2.00 | 1240.00 |
| 10/25/24 | Call from S. Greecher (YCST) regarding HSR issues with Supreme Fitness bid (.2); update E. Wilson (KDW) regarding same (.3); email D. Evans (KDW) regarding the issue (.2); review preliminary analysis (.3); call with D. Evans, E. Wilson and A. Barajas (KDW) regarding same (1.2); call with R. Gage, E. Wilson and W. Gyves (KDW) regarding discovery next steps (.5); emails from debtors' counsel regarding refusal to dialog further (.3); emails to finalize redactions for filing (.2); email with R. Gage regarding Varagon search terms (.1) and Equinox deposition notice (.1); review the deposition notice; call with E. Wilson regarding issues on Supreme Fitness bid (.2); review Motionsoft contract (.2) and email | KSE | 4.80 | 4752.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  24

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | regarding same (.1); review additional caselaw supporting 363(n) argument in sale objection (.4); review Moelis deposition transcript (.5). | | | |
| 10/25/24 | Email R. Gage (KDW) sale objection and declaration documents (.2); call with K. Elliott (KDW) regarding auction materials (.1); email W. Gyves (KDW) regarding Gage declaration (.1); confer with R. Gage (KDW) regarding Gage declaration and potential deposition (.5); conduct diligence regarding debtors and Equinox's discovery productions (.7) and emails to R. Gage synthesizing same (.5); email P. Hurwitz (Dundon) regarding sale objection (.1); review J. Churchill's (KDW) section 363(n) research (.2); analyze case law regarding section 363(n) (.2); analyze conditions to close in bids (.1). | AB | 2.70 | 2092.50 |
| 10/25/24 | Conferences with A. Barajas (KDW) regarding review of declaration in preparation for deposition (.5); review of declaration and objection in preparation for deposition (1.4); conference with E. Wilson-partial, K. Elliott, and W. Gyves (all KDW) regarding outstanding discovery related to sale objection (.5); draft Holden deposition notice (.3); email to K. Elliott (KDW) regarding Varagon proposed search terms (.2); email to Varagon | RG | 3.30 | 3217.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  25

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | counsel regarding search terms (.2); email E. Monzo (MJ) regarding Holden deposition notice (.1); email Varagon counsel regarding Holden deposition (.1). | | | |
| 10/25/24 | Correspondence (multiple) with KDW team regarding next round of depositions (.5); review R. Gage (KDW) declaration (.4); prepare for and participate in telephone conference with KDW team regarding next depositions (.5); prepare to defend R. Gage (KDW) deposition (1.9). | WSG | 3.30 | 3085.50 |
| 10/25/24 | Review and draft antitrust analysis of Planet Fitness acquisition and strategic considerations (.8); call with K. Elliott and E. Wilson (both KDW) regarding same (1.2); draft talking points memo for Monday negotiations (.5). | DHE | 2.50 | 2600.00 |
| 10/25/24 | Conference calls (3x) with P. Hurwitz, et al. (DA) regarding sale issues, HSR and Equinox transition (.8); emails with D. Mermel (SP) regarding sale press (.1); emails with S. Greecher (YC) and B. Keilson (MJ) regarding redactions (.1); confer with K. Elliott (KDW) (2x) (.5) and J. Koevary (Olshan) (.3) regarding Supreme bid; conference call with D. Evans, K. Elliott and A. Barajas (all KDW) regarding HSR issues (1.2); conference call (partial) with W. Gyves, K. Elliott and R. Gage (all KDW) | ERW | 3.40 | 3978.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page 26

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | regarding discovery issues (.2); emails with P. Knight (KM) regarding challenge deadline, settlement (.2). | | | |
| 10/26/24 | Outline open questions/issues on discovery and admissibility issues for trial on sale objection (.2); call with S. Greecher (YCST) regarding HSR issues (.1); update KDW team regarding same (.1). | KSE | 0.40 | 396.00 |
| 10/26/24 | Email K. Elliott (KDW) regarding Equinox production of documents (.2); review declaration to prepare for deposition (.2). | RG | 0.40 | 390.00 |
| 10/26/24 | Email W. Gyves (KDW) regarding sale objection declaration. | AB | 0.10 | 77.50 |
| 10/26/24 | Preparation for defense of R. Gage (KDW) deposition (3.4); outline questions for W. Holden deposition (1.5); review (.7) and abstract (1.1) A. Swift deposition transcript. | WSG | 6.70 | 6264.50 |
| 10/26/24 | Research witness W. Holden regarding background information and relevant filings in restructuring cases for information relevant to deposition (2.0); correspondence with W. Gyves (KDW) regarding same (.1). | SAC | 2.10 | 1627.50 |
| 10/27/24 | Call with P. Hurwitz (Dundon) regarding Dundon testimony at sale hearing (.3); call with E. Wilson (KDW) to prepare for auction (.4); call with A. Barajas (KDW) regarding preparation for likely supplemental sale | KSE | 1.20 | 1188.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5305107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page 27

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | objection (.5). | | | |
| 10/27/24 | Research Gawker bankruptcy filings relating to W. Holden (1.8); research Delaware bankruptcy rules of evidence regarding hearsay exception for business records and required testimony (1.2); correspondence with W. Gyves (KDW) regarding same (.3). | SAC | 3.30 | 2557.50 |
| 10/27/24 | Review bidding procedures in advance of auction (.2); email E. Wilson (KDW) information for auction (.1); attend call with counsel to competing bidder and E. Wilson (KDW) (.4); email E. Wilson (KDW) notes regarding same (.1); call with K. Elliott regarding post-auction sale objection (.5); review emails from E. Wilson (KDW) regarding post-auction sale objection (.3). | AB | 1.60 | 1240.00 |
| 10/27/24 | Conduct detailed background diligence regarding W. Holden, temporary Equinox CFO (3.3); prepare for (.2) and conference (.7) with R. Gage (KDW) regarding deposition preparation. | WSG | 4.20 | 3927.00 |
| 10/27/24 | Conference with W. Gyves (KDW) regarding preparation for deposition. | RG | 0.70 | 682.50 |
| 10/27/24 | Confer with Olshan team regarding Supreme bid (.4); emails with H. Yu (Olshan) regarding bid (.1); confer (.3) and email (.1) with B. Goodsell (Motionsoft) regarding contract | ERW | 2.60 | 3042.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  28

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | issues; confer with K. Elliott (KDW) regarding Motionsoft call, sale objection (.4); emails with K. Elliott and D. Evans (both KDW) regarding HSR sale issues (.3); emails with M. Nestor (YC) regarding same (.2); outline issues for supplemental sale objection (.5); email to K. Elliott (KDW) regarding same (.1); review Dundon claims analysis (.2). | | | |
| 10/28/24 | Analysis of case law regarding higher better offers in 363 sales. | JC | 0.40 | 248.00 |
| 10/28/24 | Research witness A. Shenker regarding background information and relevant filings in restructuring cases for information relevant to deposition (2.1); correspondence with Golkow litigation services and facilities regarding scheduling of A. Shenker deposition (.4). | SAC | 2.50 | 1937.50 |
| 10/28/24 | Attend auction. | KSE | 9.90 | 9801.00 |
| 10/28/24 | Email Debtors' counsel regarding Shenker deposition (.1); email A. Barajas (KDW) regarding Debtors' board minutes (.1); email Equinox counsel regarding Holden deposition (.1). | RG | 0.30 | 292.50 |
| 10/28/24 | Analyze local rules for deadline for debtors' to file reply to sale objection (.2);email K. Elliott (KDW) regarding Motionsoft contract (.1); email J. Churchill (KDW) regarding research issues for post-auction sale objection (.2); draft | AB | 4.20 | 3255.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  29

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | fact section of Committee's post-auction sale objection (2.1); draft argument section of post-auction sale objection (1.2); emails with W. Gyves and S. Carroll (KDW) documents for S. Shenker deposition (.2); email debtors' counsel regarding data room access (.1); email S. Carroll (KDW) regarding deposition notices (.1). | | | |
| 10/28/24 | Analyze original TSA (1.7); amendment 1 (.9), amendment 2 (1.4); analyze impact of amendments on debtors' rights (1.8) and Equinox's rights (1.1); review correspondence between Shenker and Equinox regarding TSA issues (.9); analyze impact of same on legal theories (2.2); review Shenker participation in board meetings (.7); review board presentations (1.5) to prepare for S. Shenker deposition; correspondence (multiple) with KDW team regarding deposition schedule for S. Shenker and other witnesses (.4). | WSG | 12.60 | 11781.00 |
| 10/28/24 | Prepare for and attend auction. | ERW | 10.30 | 12051.00 |
| 10/29/24 | Review analysis of Supreme Fitness bid (.2); analyze implications thereof (.2); email with W. Gyves (KDW) to prepare for depositions on sale objection (.3); analyze implications of PureGym's threat to pull stalking horse bid (.4); auction update and strategy calls (3X) with E. | KSE | 5.30 | 5247.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  30

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | Wilson (KDW) and L. Rooney (Dundon) (.6); emails regarding auction change to deposit requirement (.2); prep call with committee chair, E. Wilson and W. Gyves (both KDW) on discovery (.9); strategy call on all open discovery with W. Gyves, E. Wilson (both KDW) and Dundon (.9); draft priority deposition topics for Shenker deposition (1.6). | | | |
| 10/29/24 | Research into debtor release standard in third circuit (.2); summarize findings (.2); follow-up research on different standard for release of insiders (.3); further research into case law regarding higher better offers in 363 sales (2.0); summarize findings (.8). | JC | 3.50 | 2170.00 |
| 10/29/24 | Correspondence regarding deposition scheduling and logistics with Golkow Litigation Services and KDW team. | SAC | 0.50 | 387.50 |
| 10/29/24 | Continue drafting facts for Committee's post-auction sale objection (.4); continue drafting legal section for post-auction sale objection (1.3); review research memo and case law regarding debtor releases of claims against insiders for post-auction sale objection (.7); draft supplemental Dundon declaration (.3); email L. Rooney (Dundon) regarding same (.1); Email Morris James team regarding amendment to deposition notice (.1); email | AB | 5.00 | 3875.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  31

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | YCST regarding deposition logistics (.1); email Katten team regarding deposition (.1); call with R. Gage (KDW) regarding deposition notices (.1); follow up meeting with R. Gage (KDW) regarding draft Shenker deposition notice (.1); edit draft S. Shenker 30(b)(6) deposition notice (.2); emails with W. Gyves, K. Elliott, and R. Gage (all KDW) regarding deposition notice and topics (.2); email documents to W. Gyves (KDW) for Shenker deposition (.1); emails with Morris James regarding filing S. Shenker deposition notice (.1); call with W. Gyves, K. Elliott and R. Gage (all KDW) regarding preparation for S. Shenker deposition (.5); call with K. Elliott (KDW) regarding deposition outline (.3); review and provide comments to deposition outline (.3). | | | |
| 10/29/24 | Outline questions for Shenker deposition (6.2); review documents in connection with same (2.8); confer with E. Wilson and K. Elliott (both KDW) regarding same (.9); preparation for W. Holden deposition (1.0); telephone conference with UCC representatives regarding deposition strategy (.9). | WSG | 11.80 | 11033.00 |
| 10/29/24 | Telephone conference with A. Barajas (KDW) regarding Shenker and Holden depositions (.1); email to N. Panarella (KDW) regarding likely | RG | 0.60 | 585.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  32

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 10/29/24 | deposition testimony (.4); email to debtors' counsel regarding deposition scheduling (.1). Review and comment on sale objection outline (.3); review and analyze bid procedures regarding back-up, bid protections (.3); attend second day auction (5.5); review various iterations of APAs, bids (.8); conference calls with W. Gyves and K. Elliott (both KDW) regarding deposition and sale objection (.9). | ERW | 7.80 | 9126.00 |
| 10/30/24 | Review updated SF bid (.2); revise outline of deposition topics/questions for Shenker deposition (.4); prep session with W. Gyves (1.8); discovery strategy session with A. Barajas and R. Gage (KDW) on all open requests and hearing testimony (1.1); auction update call with E. Wilson (KDW) (.4); follow up research regarding same (1.2); revise supplemental sale objection (2.1); revise supplemental sale objection (.7); email to E. Wilson (KDW) for review (.1). | KSE | 8.00 | 7920.00 |
| 10/30/24 | Correspondence with Golkow Litigation Services and KDW team regarding rescheduling deposition of S. Shenker. | SAC | 0.40 | 310.00 |
| 10/30/24 | Conference with K. Elliott and A. Barajas (both KDW) regarding discovery issues (1.1); conferences with K. Elliott (KDW) regarding auction update and supplemental declaration | RG | 2.50 | 2437.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  33

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | (.6); Telephone conference with K. Elliott (KDW) regarding Equinox objection to disclosure statement (.1); draft email to Debtors counsel regarding committee 30(b)(6) deposition (.2); review Equinox objection to disclosure statement (.2); email to debtors' counsel regarding draft TSA agreement (.1); email to counsel for Varagon regarding discovery (.1); email to debtors' counsel regarding email communications (.1). | | | |
| 10/30/24 | Conference with R. Gage and K. Elliott (both KDW) regarding sale issues, including discovery for sale objection, depositions, sale hearing preparation (1.1); emails with debtors' counsel regarding auction transcript (.1); review sale auction transcripts for post-auction sale objection (1.2); analyze bidding procedures and email E. Wilson (KDW) regarding same (.2); confer with K. Elliott (KDW) regarding research for sale hearing (.3); emails with E. Wilson (KDW) regarding same (.2); continue editing sale objection legal section (.3) and facts (.3); research case law for post-auction sale objection (.7); edit legal citations (.5); and provide additional edits to post-auction sale objection (.3); email W. Gyves (KDW) documents for Shenker | AB | 5.80 | 4495.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  34

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | deposition (.1); conference with W. Gyves (KDW) regarding same (.3); emails with Morris James regarding amended deposition notice (.1); email debtors' counsel and Katten regarding deposition (.1). | | | |
| 10/30/24 | Conference calls with K. Elliott (KDW) and P. Hurwitz (DA) regarding auction status, bids (.4); conference calls with K. Elliott (KDW) regarding same, objection (.3); calls with J. Koevary (Olshan) (.3) and P. Knight (KM) (.2) regarding HSR, bid issues (.5); outline open issues (.3); attend third day of auction (5.2). | ERW | 7.20 | 8424.00 |
| 10/30/24 | Continue outline preparation for S. Shenker deposition (2.1); identify (1.8) and organize (.9) exhibits for questioning; cross-reference exhibits and outline for deposition (3.1); detailed analysis of TSA negotiations to prepare for W. Holden deposition (1.6); prep session with K. Elliott (KDW) (1.8); correspondence to Debtor's counsel regarding Rule 30(b)(6) deposition of UCC (.5). | WSG | 12.80 | 11968.00 |
| 10/31/24 | Consolidate auction transcript and forward to K. Elliott (KDW). | GCK | 0.20 | 75.00 |
| 10/31/24 | Strategy conference with E. Wilson (KDW) regarding supplemental sale objection (.3); call with Debtors' counsel (S. Greecher/YCST) regarding certain final auction points (.1); | KSE | 1.80 | 1782.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page 35

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | update E. Wilson (.1); respond to W. Gyves' (KDW) questions regarding his preparation for Shenker deposition (.3); update committee chair on status of 30(b)(6) deposition (.2); confer with W. Gyves to prepare for Shenker deposition (.8). | | | |
| 10/31/24 | Analyze deposition topics (.7) and outline (2.2) to prepare for S. Shenker deposition; notate key areas of inquiry on exhibits (1.9); detailed review of all exhibits for questioning (3.1); confer with K. Elliott (KDW) to confirm scope and questions for Shenker deposition (.8); work on deposition outline for W. Holden deposition (.8). | WSG | 9.50 | 8882.50 |
| 10/31/24 | Conference with R. Gage (KDW) regarding preparation for sale hearing (.2); email E. Wilson (KDW) regarding legal research for sale hearing preparation (.2). | AB | 0.40 | 310.00 |
| 10/31/24 | Call (.2) and emails (.3) with L. Rooney (DA) regarding sale process, DIP and roll up balance; review various iterations of analysis (.5); confer with J. Koevary (Olshan) regarding revised bid (.2); review sale objection (.3); read Exaeris decision (.2); conference call with K. Elliott (KDW) regarding sale objection, PF bid (.3); review notice of final PG bid (.1). | ERW | 2.10 | 2457.00 |
| Total Services for this Matter: | | | | 414,841.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  36

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| Total this Invoice | | | | $414,841.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
December 4, 2024
Page  37

| Tkpr | Timekeeper | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| AB | Barajas, Andres | 98.60 | 775.00 | $76,415.00 |
| CC | Choe, Connie | 16.20 | 690.00 | 11,178.00 |
| DHE | Evans, David | 2.50 | 1,040.00 | 2,600.00 |
| ERW | Wilson, Eric | 44.70 | 1,170.00 | 52,299.00 |
| GCK | Karnick, Gina C | 0.20 | 375.00 | 75.00 |
| JC | Churchill, John | 11.20 | 620.00 | 6,944.00 |
| KSE | Elliott, Kristin S | 143.30 | 990.00 | 141,867.00 |
| RG | Gage, Rich | 15.20 | 975.00 | 14,820.00 |
| SAC | Carroll, Stephanie A | 15.80 | 775.00 | 12,245.00 |
| WSG | Gyves, William | 103.10 | 935.00 | 96,398.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME: KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917875

030319          Blink Committee
0007            Executory Contracts and Leases

## Account Summary And Remittance Form

Legal Services:                                                        $2,629.00

Disbursements and Other Charges:                                          $0.00

**Total Amount Due:**                                             **$2,629.00**

## Terms: Payment Due on or Before   January 3, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:**   JP MORGAN CHASE, N.A.

**ABA #:** ▇▇▇▇▇▇

**SWIFT CODE:** ▇▇▇▇▇▇

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:** ▇▇▇▇▇▇

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917875

Client   030319
Matter 0007   Executory Contracts and Leases

---

Attorney: 05395                                                                Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/04/24 | Emails with E. Bell (RC) regarding cure (.1); emails to A. Barajas (KDW) regarding same (.1). | ERW | 0.20 | $234.00 |
| 10/04/24 | Review supplemental assumption and cure notice. | CC | 0.20 | 138.00 |
| 10/04/24 | Call with C. Choe regarding review of new cure notice (.1); analysis of same (.3). | JC | 0.40 | 248.00 |
| 10/06/24 | Email with A. Barajas (KDW) regarding debtors' supplemental cure schedule. | KSE | 0.20 | 198.00 |
| 10/07/24 | Emails with A. Barajas (KDW) and B. Goodsell (MS) and C. Draves (JF) regarding cure. | ERW | 0.20 | 234.00 |
| 10/09/24 | Review notice of assumption of contracts (.1); email to A. Barajas and J. Churchill (both KDW) regarding same (.1). | CC | 0.20 | 138.00 |
| 10/09/24 | Analysis of 2nd amended assumption notice. | JC | 0.20 | 124.00 |
| 10/16/24 | Review of Court order granting landlord's motion to file a reply ISO cure objection. | JC | 0.20 | 124.00 |
| 10/21/24 | Review Equinox cure objection. | ERW | 0.10 | 117.00 |
| 10/25/24 | Analysis of third supplemental notice of | JC | 0.60 | 372.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0007
December 4, 2024
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | assumption (.5); emails with A. Barajas (KDW) on same (.1). | | | |
| 10/28/24 | Conference call with B. Goodsell (Microsoft) regarding transition services (.3); review Microsoft agreement regarding termination issues (.3) | ERW | 0.60 | 702.00 |
| Total Services for this Matter: | | | | 2,629.00 |
| Total this Invoice | | | | $2,629.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0007
December 4, 2024
Page  3

---

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| CC | Choe, Connie | 0.40 | 690.00 | $276.00 |
| ERW | Wilson, Eric | 1.10 | 1,170.00 | 1,287.00 |
| JC | Churchill, John | 1.40 | 620.00 | 868.00 |
| KSE | Elliott, Kristin S | 0.20 | 990.00 | 198.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

<u>ABA #</u>

<u>SWIFT CODE:</u>

<u>ACCOUNT NAME:</u>KELLEY DRYE & WARREN LLP

<u>ACCOUNT #</u>

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917876

030319      Blink Committee
0009        Claims Administration

## Account Summary And Remittance Form

Legal Services:                                                     $1,499.00

Disbursements and Other Charges:                                       $0.00

**Total Amount Due:**                                              **$1,499.00**

## Terms: Payment Due on or Before   January 3, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:**   JP MORGAN CHASE, N.A.

**ABA #:**   ▮▮▮▮▮▮

**SWIFT CODE:**   ▮▮▮▮▮▮

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:** ▮▮▮▮▮

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917876

Client   030319
Matter 0009   Claims Administration

Attorney: 05395                                                                 Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 10/08/24 | Review of CoC for Equinox proposed single claim order. | JC | 0.20 | $124.00 |
| 10/08/24 | Review CoC regarding master Equinox proof of claim (.1); confer with B. Keilson (Morris James) (.1) and E. Wilson (KDW) (.1); email with YCST and Equinox's counsel to advise of Committee need to review (.1); markup the proposed order (.2); email counsel to clarify intent of the order (.1). | KSE | 0.70 | 693.00 |
| 10/08/24 | Confer with K. Elliott (KDW) (.1) and emails with K. Elliott (KDW) and S. Greecher (YC) (.1) regarding Equinox claim. | ERW | 0.20 | 234.00 |
| 10/09/24 | Review updated CoC for Equinox proposed single claim order (.1); discussion with C. Choe (KDW) regarding rejection bar date (.1); review of bar date order (.3). | JC | 0.50 | 310.00 |
| 10/09/24 | Coordinate with J. Churchill (KDW) regarding upcoming bar date and communications with creditors. | CC | 0.20 | 138.00 |
| Total Services for this Matter: | | | | 1,499.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0009
December 4, 2024
Page  2

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| Total this Invoice | | | | $1,499.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0009
December 4, 2024
Page  3

---

| <u>Tkpr</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| CC | Choe, Connie | 0.20 | 690.00 | $138.00 |
| ERW | Wilson, Eric | 0.20 | 1,170.00 | 234.00 |
| JC | Churchill, John | 0.70 | 620.00 | 434.00 |
| KSE | Elliott, Kristin S | 0.70 | 990.00 | 693.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

<u>ABA #</u>▮▮▮▮▮▮

<u>SWIFT CODE:</u>▮▮▮▮▮▮

<u>ACCOUNT NAME:</u>KELLEY DRYE & WARREN LLP

<u>ACCOUNT #</u>▮▮▮▮▮

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917877

030319     Blink Committee
0010       Plan and Disclosure Statement

## Account Summary And Remittance Form

Legal Services:                                        $37,709.00

Disbursements and Other Charges:                            $0.00

**Total Amount Due:**                                 **$37,709.00**

**Terms:   Payment Due On or Before December 31, 2024**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917877

Client   030319
Matter 0010   Plan and Disclosure Statement

Attorney: 05395                                                                 Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/01/24 | Review (.6) and markup (.4) A. Barajas (KDW) plan summary/issues list; confer with A. Barajas regarding next steps (.3); analyze confirmation issue under draft plan (.6); confer with A. Barajas (KDW) (3x) regarding same (.7); draft global FRE 408 issues list for discussion with debtors (1.6). | KSE | 4.20 | $4158.00 |
| 10/01/24 | Meeting with K. Elliott (KDW) regarding plan issues (.3); follow up call with K. Elliott (KDW) regarding same (.2); confer with K. Elliott (KDW) regarding plan tax issues (.2). | AB | 0.70 | 542.50 |
| 10/09/24 | Conferences with E. Wilson (KDW) regarding global issues list to approach debtors for settlement discussions (.4); strategy conference with E. Wilson and A. Barajas (both KDW) to review detailed global case issues list for potential settlement discussions (1.4). | KSE | 1.80 | 1782.00 |
| 10/09/24 | Strategy conference with E. Wilson and K. Elliott (both KDW) to review detailed global case issues list for potential settlement | AB | 1.40 | 1085.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
December 4, 2024
Page  2

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | discussions. | | | |
| 10/09/24 | Extended conference call with K. Elliott and A. Barajas (both KDW) regarding investigation, global case issues and next steps (1.4); review and revise talking points for global settlement discussions (.6); confer (2x) (.4) and emails (.2) with K. Elliott (KDW) and P. Hurwitz (DA) regarding same. | ERW | 2.60 | 3042.00 |
| 10/11/24 | Review docket (.2) and circulate notice of amended restructuring support agreement to KDW team (.1); modify KDW distribution list (.1). | GCK | 0.40 | 150.00 |
| 10/11/24 | Confer with K. Elliott (KDW) regarding debtor call, global settlement (.3); call with P. Hurwitz (DA) preparatory to today's call (.2). | ERW | 0.50 | 585.00 |
| 10/15/24 | Confer with E. Wilson (KDW) regarding global settlement issues/contours of potential proposal (.7); emails with case stakeholders regarding same (.3). | KSE | 1.00 | 990.00 |
| 10/15/24 | Confer with K. Elliott (KDW) regarding global settlement, structure. | ERW | 0.70 | 819.00 |
| 10/16/24 | Strategy call with E. Wilson (KDW) regarding global settlement discussions. | KSE | 0.50 | 495.00 |
| 10/16/24 | Confer with K. Elliott (KDW) regarding settlement status. | ERW | 0.50 | 585.00 |
| 10/17/24 | Review and analyze debtors' motion to approve disclosure statement (.1); review | AB | 0.70 | 542.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
December 4, 2024
Page  3

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | Varagon-Equinox TSA documents in connection with Equinox discussion (.4); emails with E. Wilson (KDW) regarding same (.2). | | | |
| 10/17/24 | Initial review of as-filed plan and disclosure statement (.3); review C. Choe's (KDW) plan timeline (.1). | ERW | 0.40 | 468.00 |
| 10/25/24 | Research for precedent disclosure statement objections (.2); call with S. Cerra (Morris James) regarding same (.1). | AB | 0.30 | 232.50 |
| 10/26/24 | Detailed review of combined plan and disclosure statement (2.4); outline points for objection to conditional approval thereof (.4). | KSE | 2.80 | 2772.00 |
| 10/26/24 | Confer with K. Elliott (KDW) regarding classification of claims in debtors' chapter 11 plan. | AB | 0.10 | 77.50 |
| 10/27/24 | Draft objection to conditional approval of disclosure statement (4.1); confer with A. Barajas (KDW) regarding same (.3). | KSE | 4.40 | 4356.00 |
| 10/27/24 | Review and provide edits to draft disclosure statement objection (1.0); research case law for disclosure statement objection (1.1); analyze debtors' plan for edits to disclosure statement objection (.8); call with K. Elliott (KDW) regarding draft disclosure statement (.3); edit disclosure statement objection to incorporate K. Elliott's (KDW) comments (.2). | AB | 3.40 | 2635.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
December 4, 2024
Page  4

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/29/24 | Revise disclosure statement objection (.7); email to E. Wilson (KDW) regarding same (.1); respond to E. Wilson questions (.2); email A. Barajas (KDW) to finalize the objection for filing (.1); emails to effect final changes (.2). | KSE | 1.30 | 1287.00 |
| 10/29/24 | Edit Committee's disclosure statement objection to incorporate E. Wilson's (KDW) edits (.1); review and make cleanup edits to disclosure statement objection (.3); review K. Elliott's (KDW) edits to disclosure statement objection (.2); make additional edits to disclosure statement objection (.2). | AB | 0.80 | 620.00 |
| 10/29/24 | Review and comment on disclosure statement objection (.4); instruction to K. Elliott (KDW) regarding same (.1). | ERW | 0.50 | 585.00 |
| 10/30/24 | Review changes to DS objection (.2); email with E. Wilson (KDW) regarding his final questions prior to filing (.2); revise objection per E. Wilson (KDW) comments (.2); email A. Barajas (KDW) regarding filing (.1). | KSE | 0.70 | 693.00 |
| 10/30/24 | Review of Equinox response to plan and disclosure statement. | JC | 0.20 | 124.00 |
| 10/30/24 | Email K. Elliott (KDW) regarding finalizing committee's DS objection (.1); email with E. Wilson (KDW) regarding same (.1); coordinate with Morris James to file DS objection (.1); review Equinox's limited objection to DS (.1); | AB | 0.50 | 387.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
December 4, 2024
Page 5

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | email debtors regarding DS/Plan (.1). | | | |
| 10/30/24 | Review an revise various iterations of disclosure statement and objections (.5); confer (.2) and emails (.2) with K. Elliott (KDW) regarding same. | ERW | 0.90 | 1053.00 |
| 10/31/24 | Review (.3) and comment (.2) on draft settlement term sheet; call with E. Wilson (KDW) to discuss settlement strategy (.3); review proposed settlement construct (.3); formulate settlement sensitivity analyses (.7); strategy call with E. Wilson to finalize opening offer (.5). | KSE | 2.30 | 2277.00 |
| 10/31/24 | Review precedent settlement term sheets (.1); call with E. Wilson (KDW) regarding drafting settlement term sheet (.1); draft Blink settlement term sheet (1.2); emails with E. Wilson (KDW) regarding same (.1); research equitable subordination (.4) and recharacterization case law (.4) regarding direct versus derivative claims for potential settlement term sheet, analyze stalking horse APA and Stalking Horse TSA terms (.6), and draft analysis (.4) of factual and legal issues regarding Equinox releases for potential settlement term sheet. | AB | 3.30 | 2557.50 |
| 10/31/24 | Review Blink plan regarding settlement (.2); review K. Elliott (KDW) settlement analysis | ERW | 2.40 | 2808.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
December 4, 2024
Page  6

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | (.2); emails with K. Elliott (KDW) regarding same (.4); review and revise Varagon (.6), Equinox (.5) global settlement term sheets; confer with K. Elliott (KDW) regarding same (.5). | | | |
| | Total Services for this Matter: | | | 37,709.00 |
| | Total this Invoice | | | $37,709.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
December 4, 2024
Page  7

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 11.20 | 775.00 | $8,680.00 |
| ERW | Wilson, Eric | 8.50 | 1,170.00 | 9,945.00 |
| GCK | Karnick, Gina C | 0.40 | 375.00 | 150.00 |
| JC | Churchill, John | 0.20 | 620.00 | 124.00 |
| KSE | Elliott, Kristin S | 19.00 | 990.00 | 18,810.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917878

030319      Blink Committee
0011      Committee and Creditor Communications

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $38,277.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$38,277.00** |

## Terms:   Payment Due On or Before December 31, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** █████████
**SWIFT CODE:** █████████
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ████
PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER
AS PAYMENT REFERENCE

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917878

Client   030319
Matter 0011   Committee and Creditor Communications

---

Attorney: 05395                                                                 Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/01/24 | Confer with A. Barajas (KDW) regarding agenda items for 10/2 committee call (.1); professionals call to prepare for 10/2 committee call (.7); follow up calls with E. Wilson (KDW) and A. Barajas (.6) and A. Barajas (.1). | KSE | 1.50 | $1485.00 |
| 10/01/24 | Confer with K. Elliott (KDW) regarding agenda (.1); draft Plan summary and issues presentation for Committee call (1.2); attend call with KDW, Dundon, and Morris James regarding upcoming Committee Call (.7); follow up call with K. Elliott and E. Wilson (both KDW) regarding same (.6); call with K. Elliott regarding Committee call agenda (.1); draft email to Committee with agenda for weekly call (.1); edit lien investigation presentation to incorporate E. Wilson's (KDW) comments (.6); draft talking points for Committee call (.6); email Committee members regarding weekly call (.1). | AB | 4.10 | 3177.50 |

**KELLEY DRYE & WARREN LLP**                              FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
December 4, 2024
Page  2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 10/01/24 | Conference call with K. Elliott, et al. (KDW), Dundon and MJ teams regarding preparation for tomorrow's call (.7); follow-up conference call with K. Elliott and A. Barajas (both KDW) regarding same (.6); review and comment on lien presentation preparatory to tomorrow's call (.8); email to K. Elliott (KDW) regarding same (.1). | ERW | 2.20 | 2574.00 |
| 10/02/24 | Respond to E. Wilson questions on prepetition debt in connection with UCC lien presentation (.3); review Varagon loan amendments in connection with same (.2), assess (.1) and respond to committee member question on sale process (.2); attend committee call (.5). | KSE | 1.30 | 1287.00 |
| 10/02/24 | Attend Committee weekly call (.5); emails with E. Wilson (KDW) regarding draft email to Committee member regarding their question (.1). | AB | 0.60 | 465.00 |
| 10/02/24 | Conduct today's committee call (.5); review the following preparatory to today's call: Dundon budget presentation (.2), KDW lien review presentation (.2), talking points (.1) and revise talking points (.4); emails with A. Barajas, K. Elliott and W. Clarke (all of KDW) regarding revisions to lien presentation (.3); review and comment on agenda (.1); instruction to A. Barajas (KDW) regarding same (.1). | ERW | 1.90 | 2223.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5305107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
December 4, 2024
Page  3

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/04/24 | Review debtors' supplemental cure notice (.1); calls with C. Choe (KDW) (.1) and J. Churchill (KDW) regarding same; draft email to Committee regarding supplemental cure notice (.2). | AB | 0.40 | 310.00 |
| 10/07/24 | Email Committee regarding debtors' supplemental cure notice (.1); draft emails to individual Committee members regarding individual impact of supplemental cure notice (.3). | AB | 0.40 | 310.00 |
| 10/08/24 | Partial attendance at UCC professionals' call to prepare for weekly UCC meeting (.5); outline talking points on investigation progress for 10/9 committee call (.4). | KSE | 0.90 | 891.00 |
| 10/08/24 | Email K. Elliott (KDW) regarding Committee member question (.1); email K. Elliott (KDW) regarding meeting with with Committee professionals (.1); attend meeting with Committee professionals (.7) draft email to Committee regarding weekly call (.2); email Committee update regarding weekly call (.1). | AB | 1.20 | 930.00 |
| 10/08/24 | Conference call with KDW, Dundon teams regarding agenda for this week's committee call, rescheduling. | ERW | 0.70 | 819.00 |
| 10/09/24 | Draft talking points for Committee call. | AB | 0.50 | 387.50 |
| 10/10/24 | Confer with E. Wilson (KDW) regarding talking points for Committee call (.1); edit | AB | 0.80 | 620.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
December 4, 2024
Page  4

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | talking points for Committee call to incorporate E. Wilson's (KDW) comments (.4); email Committee member (.1); call with L. Rooney (Dundon) regarding Dundon's materials for Committee call (.1); draft email with agenda for Committee's call (.1). | | | |
| 10/10/24 | Review and revise draft talking points for tomorrow's call (.4); review agenda (.1); review Dundon materials preparatory to tomorrow's call (.1); instruction to A. Barajas (KDW) (.1). | ERW | 0.70 | 819.00 |
| 10/11/24 | Attend UCC call. | KSE | 0.70 | 693.00 |
| 10/11/24 | Email Committee members agenda for weekly call (.1); attend Weekly Committee Call (.8); draft update email to Committee (.2). | AB | 1.10 | 852.50 |
| 10/11/24 | Attend UCC meeting regarding litigation strategy. | WSG | 0.70 | 654.50 |
| 10/11/24 | Conference call with P. Hurwitz (DA) preparatory to today's call (.2); conduct today's call (.7); conference call with T. Shumaker (GS) regarding case status, next steps (.5); emails with E. Bell (RC) regarding status (.1); review committee update (.1); instruction to A. Barajas (KDW) regarding same (.1). | ERW | 1.70 | 1989.00 |
| 10/12/24 | Review (.1) and respond (.2) to creditor inquiry. | KSE | 0.30 | 297.00 |
| 10/15/24 | Partial attendance on call with committee member to address their questions (.7); follow | KSE | 1.00 | 990.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
December 4, 2024
Page 5

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | up call with the same creditor (.2); professionals call to prepare for committee call (.1). | | | |
| 10/15/24 | Call with Committee professionals regarding weekly Committee call (.1); draft email to Committee regarding weekly call (.1); incorporate E. Wilson's (KDW) edits to same (.1). | AB | 0.30 | 232.50 |
| 10/15/24 | Conference call with Dundon, KDW teams and T. Shumaker (GS) regarding sale issues (.7); conference call with KDW and Dundon teams regarding meet committee (.1); review committee update (.1); instruction to A. Barajas (KDW) regarding same (.1). | ERW | 1.00 | 1170.00 |
| 10/16/24 | Call with E. Wilson (KDW) and committee member on sale questions. | KSE | 0.40 | 396.00 |
| 10/16/24 | Conference call with K. Elliott (KDW), P. Hurwitz (DA) and T. Shumaker (GS) regarding operations. | ERW | 0.40 | 468.00 |
| 10/18/24 | Confer (.3) and emails (.1) with E. Bell (RC) regarding sale objection; call with M. Milana (YC), C. Draves and R. Hoge (both of JF) regarding sale objection (.5); emails with M. Milana (YC) regarding same (.1); outline issues for creditors call (.2); review notes from prior creditor calls (.2); emails with A. Barajas (KDW) regarding same (.1). | ERW | 1.50 | 1755.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
December 4, 2024
Page  6

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/20/24 | Draft agenda (.1) and email to the committee regarding 10/21 call (.1). | KSE | 0.20 | 198.00 |
| 10/20/24 | Draft talking points for Committee call (.3); draft agenda for Committee call (.1). | AB | 0.40 | 310.00 |
| 10/21/24 | Review deadlines for disclosure statement and plan for Committee email (.2); edit draft email to Committee members regarding weekly call (.2); email committee members regarding same (.1); draft email GS Fit regarding same (.1). | AB | 0.60 | 465.00 |
| 10/21/24 | Attend UCC meeting regarding objection. | WSG | 0.30 | 280.50 |
| 10/21/24 | Prepare for (.3) and conduct (.3) today's committee call; review and comment on update to committee (.1); instruction to A. Barajas (KDW) regarding same (.1). | ERW | 0.80 | 936.00 |
| 10/22/24 | Review update to committee (.1); instruction to A. Barajas (KDW) regarding same (.1). | ERW | 0.20 | 234.00 |
| 10/22/24 | Email Committee member regarding status of sale process (.1); draft email to Committee members regarding sale objection and next meeting (.5); incorporate E. Wilson's (KDW) comments to same (.1); redact sale objection for potential bidder committee member (.2); email Committee members (.1). | AB | 1.00 | 775.00 |
| 10/24/24 | Update committee contact list. | GCK | 0.20 | 75.00 |
| 10/24/24 | Telephone conference with E. Wilson, K. Elliott, A. Barajas (all KDW), L. Rooney, and P. Hurwitz (both DA) regarding preparation for | RG | 0.60 | 585.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
December 4, 2024
Page 7

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | committee call. | | | |
| 10/24/24 | Call with KDW and Dundon teams in preparation for Committee call (.6); draft email to Committee regarding call (.2); communications with L. Rooney (Dundon) regarding materials for Committee call (.3); email E. Wilson (KDW) regarding communications with creditor regarding sale/auction (.2). | AB | 1.30 | 1007.50 |
| 10/24/24 | Conference call with Dundon and KDW teams preparatory to tomorrow's call (.6); review Dundon materials preparatory to tomorrow's call (.2). | ERW | 0.80 | 936.00 |
| 10/24/24 | Updates to committee contact sheet. | JC | 0.20 | 124.00 |
| 10/25/24 | Review email with creditor questions on auction (.2); review A. Barajas (KDW) diligence regarding same (.1); email E. Wilson (KDW) regarding proposed response based on current public information (.1); review and approve agenda for 10/25 UCC call (.1); review Dundon materials for the call (.2); attend committee call (.6). | KSE | 1.30 | 1287.00 |
| 10/25/24 | Call with K. Elliott (KDW) regarding agenda for Committee call (.2); email Committee regarding agenda (.1); email GS Fitness regarding same (.1); email J. Churchill (KDW) regarding debtors' supplemental cure notice | AB | 1.40 | 1085.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
December 4, 2024
Page  8

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | (.1); email Johnson Health regarding updated cure notice (.2); email E. Wilson (KDW) documents for Committee call (.1); attend Committee call (.6). | | | |
| 10/25/24 | Outline issues for today's UCC call (.6); review Dundon presentation preparatory to today's call (.2); review and comment on committee update agenda (.1); instruction to A. Barajas (KDW) regarding same (.1); conduct today's committee call (.6). | ERW | 1.60 | 1872.00 |
| 10/28/24 | Draft email to Committee members regarding draft filings and auction update. | AB | 0.30 | 232.50 |
| 10/29/24 | Conference call (partial) (.7) and emails (.1) with R. Hoge and C. Draves (both JF) regarding deposition notice; review UCC 306b (.1); emails with R. Hoge and C. Draves (both JF) regarding same (.2). | ERW | 1.10 | 1287.00 |
| 10/30/24 | Update committee regarding the auction (x2) (.4); respond to follow-up questions from committee members (.3); call debtors (S. Greecher/YCST) to confirm answers to questions (.1). | KSE | 0.80 | 792.00 |
| Total Services for this Matter: | | | | 38,277.00 |
| Total this Invoice | | | | $38,277.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
December 4, 2024
Page  9

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 14.40 | 775.00 | $11,160.00 |
| ERW | Wilson, Eric | 14.60 | 1,170.00 | 17,082.00 |
| GCK | Karnick, Gina C | 0.20 | 375.00 | 75.00 |
| JC | Churchill, John | 0.20 | 620.00 | 124.00 |
| KSE | Elliott, Kristin S | 8.40 | 990.00 | 8,316.00 |
| RG | Gage, Rich | 0.60 | 975.00 | 585.00 |
| WSG | Gyves, William | 1.00 | 935.00 | 935.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917884

| 030319 | Blink Committee |
|---|---|
| 0012 | Business Operations |

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $2,058.50 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$2,058.50** |

## Terms: Payment Due on or Before   January 3, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**  ▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▮▮▮▮
PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER
AS PAYMENT REFERENCE

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917884

Client   030319
Matter 0012   Business Operations

Attorney: 05395                                                                                                    Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 10/02/24 | Emails with P. Hurwitz (DA) and K. Elliott (KDW) regarding BoA processor reserve (.2); cross-reference stipulation (.1). | ERW | 0.30 | $351.00 |
| 10/02/24 | Email with Dundon to resolve issues with BoA credit card deposit. | KSE | 0.20 | 198.00 |
| 10/03/24 | Review monthly operating report. | KSE | 0.20 | 198.00 |
| 10/04/24 | Emails with A. Barajas (KDW) regarding BoA increase, next steps. | ERW | 0.20 | 234.00 |
| 10/09/24 | Call with S. Greecher (YCST) regarding update on BoA holdback negotiations. | KSE | 0.20 | 198.00 |
| 10/17/24 | Call with L. Rooney (Dundon) regarding BoA reserve (.1); review DIP financing order regarding cash collateral issue (.1) and email L. Rooney (Dundon) regarding same (.1). | AB | 0.30 | 232.50 |
| 10/17/24 | Conference call with P. Hurwitz (DA) regarding BoA deposit, today's debtor call and sale. | ERW | 0.40 | 468.00 |
| 10/18/24 | Email to K. Elliott (KDW) regarding BoA stipulation. | ERW | 0.10 | 117.00 |
| 10/22/24 | Review of Bank of America stipulation and | JC | 0.10 | 62.00 |

**KELLEY DRYE & WARREN LLP**

<span>FEDERAL ID NO. 13-5335107</span>

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client  030319
Matter 0012
December 4, 2024
Page  2

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | order. | | | |
| | Total Services for this Matter: | | | 2,058.50 |
| | Total this Invoice | | | $2,058.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0012
December 4, 2024
Page  3

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 0.30 | 775.00 | $232.50 |
| ERW | Wilson, Eric | 1.00 | 1,170.00 | 1,170.00 |
| JC | Churchill, John | 0.10 | 620.00 | 62.00 |
| KSE | Elliott, Kristin S | 0.60 | 990.00 | 594.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917880

030319          Blink Committee
0013            Court Hearings

## Account Summary And Remittance Form

Legal Services:                                    $3,779.00

Disbursements and Other Charges:                       $0.00


**Total Amount Due:**                              **$3,779.00**

## Terms: Payment Due on or Before   January 3, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**  ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE   OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917880

Client   030319
Matter 0013   Court Hearings

Attorney: 05395                                                                 Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/07/24 | Emails regarding upcoming omnibus hearings. | CC | 0.10 | $69.00 |
| 10/07/24 | Review of court order scheduling omnibus hearing. | JC | 0.10 | 62.00 |
| 10/30/24 | Confer with R. Gage (KDW) regarding trial logistics. | KSE | 0.30 | 297.00 |
| 10/30/24 | Conference with K. Elliott (KDW) regarding hearing preparation. | RG | 0.30 | 292.50 |
| 10/31/24 | Conference with K. Elliott (KDW) regarding witness preparation for sale hearing (.3); draft email to Morris James regarding preparation for sale hearing (.4). | RG | 0.70 | 682.50 |
| 10/31/24 | Begin draft hearing outline regarding Equinox claims, releases. | ERW | 1.10 | 1287.00 |
| 10/31/24 | Confer with R. Gage (KDW) regarding witness preparation for sale hearing (.3); outline key evidentiary facts for sale hearing (.6); review summary of hearing exhibit/witness requirements (.2). | KSE | 1.10 | 1089.00 |

Total Services for this Matter:                                          3,779.00
Total this Invoice                                                       $3,779.00

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
December 4, 2024
Page  2

---

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
|------|------------|-------|------|--------|
| CC | Choe, Connie | 0.10 | 690.00 | $69.00 |
| ERW | Wilson, Eric | 1.10 | 1,170.00 | 1,287.00 |
| JC | Churchill, John | 0.10 | 620.00 | 62.00 |
| KSE | Elliott, Kristin S | 1.40 | 990.00 | 1,386.00 |
| RG | Gage, Rich | 1.00 | 975.00 | 975.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7100

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #████████

SWIFT CODE:████████

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #████████

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917882

030319      Blink Committee
0016        Debtor Communications

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $18,212.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$18,212.00** |

## Terms:   Payment Due On or Before December 31, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:   JP MORGAN CHASE, N.A.**
**ABA #:** █████████
**SWIFT CODE:** ██████████
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ████████
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917882

Client   030319
Matter 0016   Debtor Communications

Attorney: 05395                                                                                       Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 10/07/24 | Prepare for meet and confer with debtors (.2); emails with R. Gage regarding same (.2); meet and confer with debtors' counsel (.8); follow up call with R. Gage and A. Barajas (KDW) (.6). | KSE | 1.80 | $1782.00 |
| 10/07/24 | Draft summary of debtor production to K. Elliott (KDW) (.2); prepare for Debtor meet and confer (.2); Telephone conference with K. Elliott (KDW) and counsel for debtors regarding discovery meet and confer (.8); follow up call with K. Elliott and A. Barajas (both KDW) regarding meet and confer (.6). | RG | 1.80 | 1755.00 |
| 10/11/24 | Conference call (.8) and emails (.2) with M. Nestor (YC), P. Hurwitz (DA) and S. Shenker (PP) regarding open issues, settlement and extension. | ERW | 1.00 | 1170.00 |
| 10/11/24 | Meet and confer with debtors' counsel and R. Gage and A. Barajas (both KDW) on depositions (.3); follow up with A. Barajas and R. Gage (both KDW) regarding same (.4); call with E. Wilson (KDW) regarding his | KSE | 1.00 | 990.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0016
December 4, 2024
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | settlement call with the debtors (.3). | | | |
| 10/11/24 | Call with Debtors' counsel regarding discovery schedule (.3); follow up meeting with K. Elliott and R. Gage (both KDW) regarding same (.4). | AB | 0.70 | 542.50 |
| 10/15/24 | Emails with S. Shenker (PP) and M. Nestor (YC) regarding settlement. | ERW | 0.20 | 234.00 |
| 10/16/24 | Outline issues for tomorrow' debtor call, settlement parameters (.2); conference call with K. Elliott (KDW) regarding tomorrow's call with Young Conaway (.2). | ERW | 0.40 | 468.00 |
| 10/16/24 | Confer with E. Wilson (KDW) to prepare for debtor call on case issues. | KSE | 0.20 | 198.00 |
| 10/17/24 | Call with Dundon on issues for debtor call (.3); call with Debtors' professionals, E. Wilson (KDW) and Dundon on case/sale issues (.4). | KSE | 0.70 | 693.00 |
| 10/17/24 | Emails with R. Gage (KDW) regarding discovery status, search terms (.1); review TSA regarding extension, release (.1) and Varagon side letter (.2); emails with A. Barajas (KDW) and L. Schweitzer (CG) regarding same (.1); emails with M. Nestor (YC) regarding bidder messaging (.2); conference call with KDW, YC, Moelis and Dundon teams regarding case issues, sale (.4); review Pure Gym 2022 offer (.2); emails with K. Elliott (KDW) regarding same (.1). | ERW | 1.40 | 1638.00 |
| 10/18/24 | Email with M. Nestor (YC) regarding bidder | ERW | 0.10 | 117.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0016
December 4, 2024
Page  3

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | messaging, objection extension. | | | |
| 10/18/24 | Call with debtors' counsel, K. Elliott and R. Gage (KDW) regarding discovery issues (.8); follow up call with K. Elliott and R. Gage (both KDW) regarding recap of call with debtors and next steps (.6). | AB | 1.40 | 1085.00 |
| 10/18/24 | Meet and confer with debtors on 30(b)(6) topics and document production (.8); follow up with R. Gage and A. Barajas (both KDW) (.6). | KSE | 1.40 | 1386.00 |
| 10/18/24 | Telephone conference with K. Elliott, A. Barajas (both KDW), and debtor counsel regarding 30(b)(6) depositions and outstanding discovery (.8): Telephone conference with K. Elliott and A. Barajas (both KDW) regarding same (.6). | RG | 1.40 | 1365.00 |
| 10/22/24 | Call with S. Greecher (YCST) regarding treatment of confidential information in sale objection (.2); update E. Wilson (KDW) (.1); emails with W. Gyves (KDW) regarding same (.1). | KSE | 0.40 | 396.00 |
| 10/24/24 | Call with debtors regarding Supreme Fitness bid. | KSE | 0.50 | 495.00 |
| 10/24/24 | Call with Debtors professional and Committee professionals regarding bids, auction, and sale objection. | AB | 0.50 | 387.50 |
| 10/24/24 | Conference call with YC, Moelis, Dundon, KDW and Portage teams regarding auction | ERW | 1.70 | 1989.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0016
December 4, 2024
Page  4

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | issues (.5); outline open issues for all hands call with debtor representatives (.6); emails with M. Nestor (YC) regarding auction issues (.6). | | | |
| 10/25/24 | Further emails with M. Nestor, et al. (YC) regarding case issues and auction (.8); emails with K. Elliott and R. Gage (both KDW) regarding discovery, depositions (.2). | ERW | 1.00 | 1170.00 |
| 10/31/24 | Confer (.2) and emails (.1) with M. Nestor (YC) regarding settlement. | ERW | 0.30 | 351.00 |
| Total Services for this Matter: | | | | 18,212.00 |
| Total this Invoice | | | | $18,212.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0016
December 4, 2024
Page  5

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 2.60 | 775.00 | $2,015.00 |
| ERW | Wilson, Eric | 6.10 | 1,170.00 | 7,137.00 |
| KSE | Elliott, Kristin S | 6.00 | 990.00 | 5,940.00 |
| RG | Gage, Rich | 3.20 | 975.00 | 3,120.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917883

030319          Blink Committee
0017            General Investigation

## Account Summary And Remittance Form

Legal Services:                                              $90,233.50

Disbursements and Other Charges:                             $0.00

**Total Amount Due:**                                        **$90,233.50**

## Terms:   Payment Due On or Before December 31, 2024

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917883

Client   030319
Matter 0017   General Investigation

Attorney: 05395                                                                                   Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 10/01/24 | Review demand letters regarding follow up requests to Debtors and Equinox (.4); draft emails to debtors and Equinox regarding follow up requests (.4); research regarding 2004 motion (.3); email to K. Elliott (KDW) regarding same (.3). | RG | 1.40 | $1365.00 |
| 10/02/24 | Review debtors' response to follow-up document requests; email R. Gage (KDW) regarding same (.1); strategy call with E. Wilson (KDW) regarding global issues list and discovery logjam (.3); confer with R. Gage (KDW) regarding debtors' request for extension to produce documents (.3); review request (.1); follow up email with R. Gage and E. Wilson (KDW) regarding same (.1); email Dundon regarding global issues list (.1); confer with R. Gage and A. Barajas (both KDW) regarding document request and review parameters for TSA amendments (.5); research legal theories for and implications of avoiding | KSE | 2.90 | 2871.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page  2

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/02/24 | TSA amendments (1.4). Further edit timeline to include references to Equinox Production documents and summaries (.4); correspondence with R. Gage (KDW) regarding same (.1). | SAC | 0.50 | 387.50 |
| 10/02/24 | Review documents produced by Varagon (.3); partial call with E. Wilson and K. Elliott (both KDW) regarding strategy related to investigation and potential objections (.1); conference with K. Elliott (KDW) regarding response to debtors' request for extension on discovery deadline (.3); conference with K. Elliott and A. Barajas - partial (both KDW) regarding discovery and potential objections (.5); draft two emails to debtors' counsel regarding discovery (.6). | RG | 1.80 | 1755.00 |
| 10/02/24 | Confer with K. Elliott and R. Gage (both KDW) regarding TSA issues and document requests (.5); analyze TSA and its amendments regarding potential avoidance claims (.3). | AB | 0.80 | 620.00 |
| 10/02/24 | Conference call with K. Elliott (KDW) regarding discovery, claims and timeline (.3) and delay in debtor production (.2); emails with A. Mielke (YC), A. Yager (KM) and R. Gage (KDW) regarding production timing (.2). | ERW | 0.70 | 819.00 |
| 10/03/24 | Conference with KDW team regarding status of investigation. | CC | 0.30 | 207.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page  3

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/03/24 | Conference with internal KDW team to discuss results of investigation so far. | JC | 0.30 | 186.00 |
| 10/03/24 | Team call on status, strategy and next steps on Equinox investigation (.3); review form of new TSA (.1); emails regarding term of new TSA (.2); analyze first set of TSA invoices produced by debtors (.5); confer with A. Barajas (KDW) regarding issues and questions raised by same (.3); email follow-up questions to Dundon (.1); update E. Wilson (KDW) (.1); analyze legal implications of certain payments (1.7); review research on DE veil piercing standards (.2). | KSE | 3.50 | 3465.00 |
| 10/03/24 | Call with KDW team regarding TSA and other investigation issues (.3); review recharacterization memo (.2); call with K. Elliott (KDW) regarding diligence related to TSA (.3); analyze credit agreements and amendments (.4); analyze board minutes, organizational documents, and board consents (.6); review and analyze form of new TSA (.6) and draft analysis of TSA investigation issues (.3). | AB | 2.70 | 2092.50 |
| 10/03/24 | Confer with R. Gage (KDW) regarding veil piercing research and related memo (.2); complete initial research on veil piercing in Delaware (1.0); complete draft of internal memo regarding same (1.6). | PAW | 2.80 | 2338.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page  4

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/03/24 | Telephone conference with E. Wilson, K. Elliott, C. Choe, A. Barajas, and J. Churchill (all KDW) regarding status of investigation and next steps (.3); conference with P. Weintraub (KDW) regarding veil piercing research (.2). | RG | 0.50 | 487.50 |
| 10/03/24 | Conference call with KDW team regarding document production, additional research (.3); emails with A. Barajas and K. Elliott (both KDW) regarding Equinox TSA (.2); emails with K. Elliott (KDW) and L. Rooney (DA) regarding Equinox invoices, TSA charges (.2). | ERW | 0.70 | 819.00 |
| 10/04/24 | Emails with B. Carver, A Yager (both YC) and R. Gage (KDW) regarding additional production (.1); review agent response to supplemental demand (.1). | ERW | 0.20 | 234.00 |
| 10/06/24 | Email with A. Barajas (KDW) regarding additional issues (.1); review flow of funds memoranda for original Varagon loan and Equinox loans (.3). | KSE | 0.40 | 396.00 |
| 10/07/24 | Review employment agreements produced by debtors (.3); outline notable facts therefrom (.1); email R. Gage (KDW) regarding debtors' production deficiencies (.1); outline follow-up diligence items from Portage fee application (.1); review deficiencies list regarding debtors' document production (.2); emails with R. Gage (KDW) regarding same (.1); analyze board | KSE | 4.90 | 4851.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page 5

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | minutes produced by debtors (1.7); review pre-6/24 board presentations produced without corresponding minutes (.8); review (.1) and revise (.1) update email to E. Wilson (KDW); high-level review of prepetition valuations (.4); equity payments (.3); and sale efforts (.3); outline follow- up questions for Dundon based on debtors' document production (.2); email A. Barajas regarding same (.1). | | | |
| 10/07/24 | Review debtor production (1.3); telephone conference with K. Elliott (KDW) regarding board minutes (.1); draft email to E. Wilson (KDW) regarding summary of meet and confer with debtors (.4). | RG | 1.80 | 1755.00 |
| 10/07/24 | Email K. Elliott (KDW) regarding Portage engagement letter (.1); email K. Elliott and R. Gage (both KDW) regarding Blink board minutes (.1); review data room for debtor production documents (.2); email lenders' counsel regarding identity of lender group (.1). | AB | 0.50 | 387.50 |
| 10/07/24 | Review summary of debtor discovery deficiencies. | ERW | 0.10 | 117.00 |
| 10/08/24 | Outline deposition topics for debtor employee (.3); Varagon (.2) and Shenker (.3); confer with R. Gage (KDW) regarding same and next steps on investigation discovery (.7); analyze potential lender liability claim(s) against | KSE | 4.10 | 4059.00 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page 6

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | Varagon (.8); confer with E. Wilson (KDW) regarding debtors' supplemental production (.5); review (.4) and revise (.9) supplemental Equinox document demand. | | | |
| 10/08/24 | Conference with K. Elliott (KDW) regarding demand letter to Equinox, outstanding sale issues, and depositions for sale objection (.7); draft third demand letter to Equinox (1.5); revise and finalize demand letter to Equinox (.3); email demand letter to Equinox counsel (.1). | RG | 2.60 | 2535.00 |
| 10/08/24 | Pull insurance related documents and email to R. Morrison (KDW) (.1); review and comment on supplemental Equinox document production demand (.7). | AB | 0.80 | 620.00 |
| 10/08/24 | Confer with K. Elliott (KDW) regarding debtor's latest production, TSA and Equinox (.5); review summary of debtor production documents (.1); instruction to R. Gage (KDW) regarding same (.1). | ERW | 0.70 | 819.00 |
| 10/09/24 | Review debtors' correspondence summarizing status of document production (.2); draft follow-up questions/notes regarding same (.4). | KSE | 0.60 | 594.00 |
| 10/09/24 | Telephone conference with A. Barajas (KDW) regarding follow up letter to debtors (.1); review issues list regarding impact on investigation (.2); draft follow up letter to | RG | 1.10 | 1072.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page  7

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | debtors (.4); finalize follow up letter to debtors (.3); email follow up letter to debtors (.1). | | | |
| 10/09/24 | Call with R. Gage (KDW) regarding discovery letter to debtors (.1); review and provide comments on draft discovery letter (.1); review and analyze Equinox production documents (.2). | AB | 0.40 | 310.00 |
| 10/09/24 | Review diligence progress chart. | ERW | 0.20 | 234.00 |
| 10/10/24 | Email W. Gyves (KDW) bankruptcy case documents (.1); review and analyze debtors' Committee diligence production chart (.2); emails with K. Elliott and R. Morrison (both KDW) regarding D&O Insurance policies (.2); review debtor produced documents regarding TSA (.4) and board changes (.2). | AB | 1.10 | 852.50 |
| 10/10/24 | Telephone conference and correspondence with K. Elliott (KDW) regarding deposition of S. Shenker (.1); review background documents re same (.6). | WSG | 0.70 | 654.50 |
| 10/10/24 | Draft email to debtors regarding document production (.2); revise email to debtors regarding document production (.1); email to debtors regarding document production (.1). | RG | 0.40 | 390.00 |
| 10/11/24 | Review information from debtors regarding prepetition professionals (.2); email E. Wilson (KDW) regarding same (.1); research regarding professional conflict issues (1.4); strategy | KSE | 2.10 | 2079.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page  8

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | conference with R. Gage (KDW) on discovery lapses and legal implications thereof for the debtors (.4). | | | |
| 10/11/24 | Telephone conference with K. Elliott, A. Barajas (both KDW) and counsel for Debtors regarding document review and production (.3); follow up conference with K. Elliott and A. Barajas (both KDW) regarding call with counsel for Debtors (.4); conference with K. Elliott (KDW) regarding discovery and preparation for sale objection (.6). | RG | 1.30 | 1267.50 |
| 10/12/24 | Research potential claims associated with books and records issue (.7); outline Dundon diligence questions regarding such claims (.1). | KSE | 0.80 | 792.00 |
| 10/12/24 | Draft topics for Rule 30(b)(6) notice of deposition to debtors. | RG | 0.70 | 682.50 |
| 10/13/24 | Review debtors' production for financial accounting documents. | AB | 0.20 | 155.00 |
| 10/14/24 | Email with Dundon regarding Equinox books and records failure (.3); research legal theories related to debtors' lack of control of their books and records (1.4); research claims related to refusal to extend TSA (.9). | KSE | 2.60 | 2574.00 |
| 10/14/24 | Email to counsel for Equinox regarding status of document production (.1); Conference with P. Weintraub (KDW) regarding update on investigation (.1); email to counsel for Equinox | RG | 0.30 | 292.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page  9

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | regarding meet and confer (.1). | | | |
| 10/14/24 | Confer with R. Gage (KDW) regarding status of investigation (.1); research equitable subordination case law (.6); research vote designation case law (.7); research lender liability standards (1.4); draft summary and conclusions for K. Elliott (KDW) (1.1); conduct follow-up research related definition of an insider (.4); research related to spoliation and overreach in Delaware and New York (.8); draft email related to same and insider research for K. Elliott (KDW) (.8). | PAW | 5.90 | 4926.50 |
| 10/15/24 | Meet and confer with Equinox, R. Gage and A. Barajas (both KDW) (.5); follow up conference regarding next steps to obtain the committee's required discovery (.3); review (.3) and comment (.2) on 30(b)(6) topics for debtors. | KSE | 1.30 | 1287.00 |
| 10/15/24 | Prepare for meet and confer with counsel for Equinox (.6); telephone conference with K. Elliott (KDW) and counsel for Equinox regarding discovery meet and confer (.5); conference with K. Elliott and A. Barajas-partial (both KDW) regarding follow up from Equinox meet and confer (.3); draft email to counsel for debtors regarding follow up from Equinox meet and confer (.5). | RG | 1.90 | 1852.50 |
| 10/15/24 | Call with R. Gage, K. Elliott (KDW) and | AB | 0.80 | 620.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page  10

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | Cleary regarding Equinox's production of documents (.5); follow up meeting with K. Elliott and R. Gage (both KDW) regarding same (.3). | | | |
| 10/15/24 | Research related to equitable subordination standards in Delaware and New York (.9); email K. Elliott (KDW) regarding findings related to same (.3). | PAW | 1.20 | 1002.00 |
| 10/16/24 | Review (.3) and further revise (.5) rule 30(b)(6) topics for debtors; email R. Gage (KDW) regarding same (.1); email with W. Gyves (KDW) regarding deposition timing and logistics (.2); review Equinox supplemental production (.6); confer with A. Barajas (KDW) (.2) and email E. Wilson (KDW) regarding same (.2); call with R. Morrison to discuss debtors' D&O coverage (.4); confer with E. Wilson (KDW) (.1) and respond to debtors' questions regarding same (.1); email from Portage regarding tail policy binders (.1); email with R. Morrison (KDW) regarding same (.2). | KSE | 3.00 | 2970.00 |
| 10/16/24 | Call with K. Elliott (KDW) regarding Equinox's document production (.2); review Equinox production letter (.1). | AB | 0.30 | 232.50 |
| 10/16/24 | Revise topics for Debtors' 30(b)(6) deposition (.4); draft email to Debtors regarding open discovery issues and deposition (.3); review | RG | 1.00 | 975.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client  030319
Matter 0017
December 4, 2024
Page 11

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | supplemental Equinox production (.3). | | | |
| 10/16/24 | Instruction to J. Ramirez (KDW) regarding standing papers (.1); emails with L. Schweitzer (CG) regarding settlement discussions (.1); telephone call with K. Elliott (KDW) regarding insurance coverage (.1). | ERW | 0.30 | 351.00 |
| 10/16/24 | Email with K. Elliott (KDW) follow-up regarding D&O claim research (.2); research lift stay case law related to termination of contract (.9); review bidding procedures and DIP financing order per research issue on scope of Committee challenge (.8); draft email to K. Elliott regarding same (.5). | PAW | 2.40 | 2004.00 |
| 10/17/24 | Strategy/status call with E. Wilson and R. Gage (both KDW) regarding outstanding investigation document requests (.2); update call with E. Wilson (KDW) regarding his call with Equinox's counsel (.2); email P. Weintraub (KDW) regarding research topics for potential additional D&O claims (.2). | KSE | 0.60 | 594.00 |
| 10/17/24 | Email to E. Wilson (KDW) regarding search terms for TSA communications (.1); telephone conference with E. Wilson and K. Elliott (both KDW) regarding status of investigation and next steps (.2). | RG | 0.30 | 292.50 |
| 10/17/24 | Email with K. Elliott (KDW) regarding outstanding research issues (.2); research lift | PAW | 3.60 | 3006.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page  12

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | stay standards in connection with contract termination (1.2); draft email to K. Elliott regarding same (.5); research negligence issues (1.3); email K. Elliott regarding same (.4). | | | |
| 10/17/24 | Conference call with K. Elliott and R. Gage (both KDW) regarding information requests, status (.2); conference call (.3) and emails (.1) to L. Schweitzer (CG) regarding Equinox release, settlement; confer with K. Elliott (KDW) regarding same (.2). | ERW | 0.80 | 936.00 |
| 10/18/24 | Strategy call with E. Wilson (KDW) on depositions (.4); update call with W. Gyves (KDW) (.3); email R. Gage to press forward to schedule Moelis deposition (.1). | KSE | 0.80 | 792.00 |
| 10/18/24 | Email A. Barajas (KDW) regarding equitable subordination research. | PAW | 0.30 | 250.50 |
| 10/18/24 | Compile documents and email to W. Gyves (KDW) for deposition preparation. | AB | 0.30 | 232.50 |
| 10/18/24 | Confer with K. Elliott (KDW) regarding deposition strategy (.4); emails with K. Elliott and R. Morrison (both KDW) regarding insurance coverage (.2). | ERW | 0.60 | 702.00 |
| 10/18/24 | Review and analyze D&O policy to determine whether there is a retroactive date for claims (.8); multiple emails with K. Elliott (KDW) regarding same (.1). | RLM | 0.90 | 805.50 |
| 10/18/24 | Email to Varagon counsel regarding searches | RG | 0.80 | 780.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page 13

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | for communications (.1); email to K. Elliott (KDW) regarding notice of deposition (.2); email to Debtors' counsel regarding Moelis and Swift depositions (.3); research regarding deposition notices (.1); email to K. Elliott (KDW) regarding same (.1). | | | |
| 10/19/24 | Email W. Gyves (KDW) regarding Swift deposition topics and prior declarations. | RG | 0.20 | 195.00 |
| 10/20/24 | Call with E. Wilson and R. Gage (both KDW) regarding letter and chart summarizing status of Equinox-Debtor document productions (.2); follow up call with R. Gage (KDW) regarding same (.6). | KSE | 0.80 | 792.00 |
| 10/20/24 | Review meet and confer letter to debtors and Equinox (.1); confer with R. Gage and K. Elliott (both KDW) regarding same (.2). | ERW | 0.30 | 351.00 |
| 10/20/24 | Draft letter to Equinox and Debtors regarding document productions (2.6); Telephone conference with E. Wilson and K. Elliott (both KDW) regarding letter to Equinox and Debtors (.2); follow up call with K. Elliott regarding same (.6); revise letter to Equinox and Debtors regarding document productions (.9); review declaration in support of sale objection (.2); review deposition notices (.1). | RG | 4.60 | 4485.00 |
| 10/21/24 | Email with YCST regarding email hits. | KSE | 0.20 | 198.00 |
| 10/21/24 | Email declarations and exhibits to sale | AB | 0.80 | 620.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page  14

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | objection to W. Gyves (KDW) for Moelis deposition (.3); email Moelis deposition notices to W. Gyves (KDW) (.1); email Morris James regarding deposition notices (.1); email W. Gyves (KDW) draft transition services agreement (.1); email with debtors' counsel regarding deposition (.2). | | | |
| 10/21/24 | Review and analyze all D&O policy binders to determine "tower" of primary and excess insurance amounts based on the binder terms (1.5); multiple emails with K. Elliott and E. Wilson (both KDW) regarding same (.3). | RLM | 1.80 | 1611.00 |
| 10/21/24 | Revise letter to Equinox and Debtors (.7); finalize same (.1); email same to counsel for Equinox and Debtors (.1). | RG | 0.90 | 877.50 |
| 10/21/24 | Emails with A. Barajas, K. Elliott (both KDW) and A. Mielke (YC) regarding Moelis deposition (.2); review and comment on meet and confer letter to Equinox and debtor (.1); instruction to R. Gage (KDW) regarding same (.1); further emails with K. Elliott and R. Morrison (both KDW) regarding coverage (.1). | ERW | 0.50 | 585.00 |
| 10/22/24 | Correspondence with W. Gyves (KDW) regarding protective order for deposition exhibits (.1); correspondence with Golkow Litigation Services regarding confirmation of court reporter services (.1); review and analyze | SAC | 2.10 | 1627.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page 15

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | docket and related filings for protective orders (.3); research federal, state and local rules regarding protective orders or treatment of confidential documents at deposition (1.4); correspondence with W. Gyves (KDW) regarding same (.1); correspondence with A. Barajas (KDW) regarding protective order and video conference scheduling (.1). | | | |
| 10/23/24 | Confer with R. Gage (KDW) and A. Barajas (KDW/partial) regarding search terms and scope of debtor email production (.5); confer with R. Gage (KDW) regarding next steps for additional depositions and document demand follow ups (.6); review additional TSA invoices produced by debtors (.3). | KSE | 1.40 | 1386.00 |
| 10/23/24 | Conference with K. Elliott and A. Barajas-partial (both KDW) regarding Varagon email production and search terms for Debtors' production. | RG | 0.50 | 487.50 |
| 10/23/24 | Confer with K. Elliott (KDW) regarding outstanding research requests (.1); research case law on equitable subordination standards (.8). | PAW | 0.90 | 751.50 |
| 10/25/24 | Review debtors' letter regarding document production (.2); review chart responding on request by request basis (.4); outline deficiencies and shortcomings in the | KSE | 1.10 | 1089.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page 16

___

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | production (.5). | | | |
| 10/25/24 | Review and analyze debtors' discovery response letter. | AB | 0.30 | 232.50 |
| 10/25/24 | Research related to equitable subordination standards in connection with auction collusion. | PAW | 1.10 | 918.50 |
| 10/26/24 | High level review of supplemental Equinox production (.3); email KDW litigation team regarding follow up questions/analysis (.1); respond to W. Gyves (KDW) questions regarding discovery (.2); email with W. Gyves regarding admissibility questions related to debtors' discovery failures (.2). | KSE | 0.80 | 792.00 |
| 10/26/24 | Emails with K. Elliott (KDW) regarding Equinox document production (.2); emails with W. Gyves and K. Elliott (both KDW) regarding discovery issues (.2); begin review of Equinox documents regarding 2018 preferred stock redemption (.3). | AB | 0.70 | 542.50 |
| 10/27/24 | Review analysis of stock redemption issues (.2); analyze potential turnover claim against Equinox (.4); analyze potential direct stay violation claim against Equinox (.8). | KSE | 1.40 | 1386.00 |
| 10/27/24 | Analyze Equinox produced documents regarding debtors' 2018 preferred stock redemption (.9); draft email analysis regarding same (.6) | AB | 1.50 | 1162.50 |
| 10/30/24 | Review additional board minutes produced by | KSE | 0.40 | 396.00 |

**KELLEY DRYE & WARREN LLP**

<u>FEDERAL ID NO. 13-5335107</u>

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page  17

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | debtors. | | | |
| | Total Services for this Matter: | | | 90,233.50 |
| | Total this Invoice | | | $90,233.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0017
December 4, 2024
Page  18

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 11.20 | 775.00 | $8,680.00 |
| CC | Choe, Connie | 0.30 | 690.00 | 207.00 |
| ERW | Wilson, Eric | 5.10 | 1,170.00 | 5,967.00 |
| JC | Churchill, John | 0.30 | 620.00 | 186.00 |
| KSE | Elliott, Kristin S | 33.70 | 990.00 | 33,363.00 |
| PAW | Weintraub, Philip A | 18.20 | 835.00 | 15,197.00 |
| RG | Gage, Rich | 22.10 | 975.00 | 21,547.50 |
| RLM | Morrison Jr., Randall | 2.70 | 895.00 | 2,416.50 |
| SAC | Carroll, Stephanie A | 2.60 | 775.00 | 2,015.00 |
| WSG | Gyves, William | 0.70 | 935.00 | 654.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME: KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

**FEDERAL ID NO. 13-5335107**

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917903

030319          Blink Committee
0018            General Litigation

## Account Summary And Remittance Form

Legal Services:                                                             $46,593.00

Disbursements and Other Charges:                                   $0.00

**Total Amount Due:**                                              **$46,593.00**

## Terms:   Payment Due On or Before December 31, 2024

## Please Return This Page With Your Payment

**<u>PAYMENT BY WIRE OR ACH IS PREFERRED:</u>**
**<u>BANK:</u>  JP MORGAN CHASE, N.A.**
**<u>ABA #:</u>**  ▮▮▮▮▮▮
**<u>SWIFT CODE:</u>**  ▮▮▮▮▮▮
**<u>ACCOUNT NAME:</u> KELLEY DRYE & WARREN LLP**
**<u>ACCOUNT #:</u>**▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

**<u>PAYMENT BY CHECK:</u>**
KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

December 4, 2024
Invoice No. 2917903

Client   030319
Matter 0018   General Litigation

---

Attorney: 05395                                                                Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/10/24 | Email P. Weintraub (KDW) regarding research on equitable subordination, vote designation and lender liability claims (.1); confer with P. Weintraub (KDW) regarding background facts and strategy for research (.2). | KSE | 0.30 | $297.00 |
| 10/10/24 | Confer with K. Elliott (KDW) regarding research into potential lender liability issues (.2); research lender liability standards in third circuit and Delaware in connection with potential sale objection (1.5). | PAW | 1.70 | 1419.50 |
| 10/11/24 | Research related to lender liability standards in Delaware and third circuit (.9); research related to vote designation in third circuit (.6); research related to equitable subordination in third circuit (2.3). | PAW | 3.80 | 3173.00 |
| 10/14/24 | Review P. Weintraub (KDW) research on lender challenge theories (.3); email follow up questions to P. Weintraub (KDW) (.1). | KSE | 0.40 | 396.00 |
| 10/15/24 | Review research on lender equitable subordination standards. | KSE | 0.30 | 297.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0018
December 4, 2024
Page  2

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/15/24 | Emails with P. Knight (KM) regarding settlement. | ERW | 0.20 | 234.00 |
| 10/16/24 | Review sample precedent standing papers (.3); email J. Ramirez (KDW) regarding scope of challenges to address against Varagon (.2); call with E. Wilson (KDW) and J. Ramirez (KDW) regarding standing papers (.4); email J. Ramirez (KDW) regarding challenge to include in the papers (.2). | KSE | 1.10 | 1089.00 |
| 10/16/24 | Conference call with K. Elliott and J. Ramirez (both KDW) regarding investigation result, potential challenge. | ERW | 0.40 | 468.00 |
| 10/16/24 | Confer with E. Wilson and K. Elliott regarding challenges to Varagon | JR | 0.40 | 390.00 |
| 10/18/24 | Analyze and review loan and security agreements and presentations related to the collateral package (1.2); begin preparation of standing motion against the prepetition secured parties (2.6) correspondence with KDW team regarding same (.2). | JR | 4.00 | 3900.00 |
| 10/20/24 | Further emails with J. Ramirez and K. Elliott (both KDW) regarding TSA, agent and standing papers. | ERW | 0.20 | 234.00 |
| 10/20/24 | Continue to prepare draft of standing motion with a focus on the facts section (2.8) and portions of colorability argument with respect to perfection issues (1.8). | JR | 4.60 | 4485.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

WASHINGTON
LOS ANGELES
CHICAGO
HOUSTON

NEW YORK
STAMFORD
PARSIPPANY

<u>AFFILIATE  OFFICE:</u>
MUMBAI, INDIA

Blink Committee
Client   030319
Matter 0018
December 4, 2024
Page  3

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/21/24 | Respond to various lien related questions posed by J. Ramirez (KDW). | WC | 0.60 | 567.00 |
| 10/21/24 | Finalize draft of standing motion with a focus on: colorability arguments and facts for claims against varagon related to the TSA (2.0), unjustifiable refusal (1.4), and preliminary statement with conforming revisions to the draft (2.8). | JR | 6.20 | 6045.00 |
| 10/21/24 | Review standing motion. | ERW | 0.30 | 351.00 |
| 10/23/24 | Meet and confer with Katten and R. Gage (KDW) regarding Varagon discovery requests and challenge period (.5); analyze potential vote designation argument (.4) | KSE | 0.90 | 891.00 |
| 10/23/24 | Telephone conference with K. Elliott, A. Barajas (both KDW), and counsel for Varagon regarding discovery meet and confer (.5); email to Debtors' counsel regarding email search terms (.2). | RG | 0.70 | 682.50 |
| 10/23/24 | Attend call with K. Elliott, R. Gage (KDW) and Varagon's counsel regarding discovery (.5); follow up meeting with R. Gage and K. Elliott (KDW) regarding same (.2). | AB | 0.70 | 542.50 |
| 10/23/24 | Continue preparation of standing motion (1.2); continue drafting complaint for standing motion (2.6). | JR | 3.80 | 3705.00 |
| 10/23/24 | Emails to J. Ramirez (KDW) regarding standing motion, additional research. | ERW | 0.20 | 234.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0018
December 4, 2024
Page  4

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 10/24/24 | Research elements/standards for aiding and abetting breach of fiduciary duty under DE law (.4) and unjust enrichment (.3); email E. Wilson (KDW) regarding same (.2). | KSE | 0.90 | 891.00 |
| 10/24/24 | Finalize revised draft of standing motion (.9); Finalize first draft of the complaint for standing motion (2.9). | JR | 3.80 | 3705.00 |
| 10/24/24 | Review and provide comments on draft committee standing motion (1.2); review and provide comments to draft committee complaint for standing motion (.6); confer with J. Ramirez (KDW) regarding facts for committee's standing motion (.1); email J. Ramirez (KDW) information for standing motion (.1) | AB | 2.00 | 1550.00 |
| 10/24/24 | Review of revised standing motion (.2); instruction to J. Ramirez (KDW) regarding same (.1); email to L. Schweitzer (CG) regarding settlement (.1). | ERW | 0.40 | 468.00 |
| 10/25/24 | Research case law regarding Delaware fiduciary duties for potential additional claims in standing motion and complaint (2.0); call with J. Ramirez (KDW) regarding Committee's standing motion issues (.2). | AB | 2.00 | 1550.00 |
| 10/25/24 | Revise standing motion incorporating internal comments. | JR | 1.40 | 1365.00 |
| 10/27/24 | Emails to J. Ramirez (KDW) regarding | ERW | 0.20 | 234.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0018
December 4, 2024
Page 5

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | standing motion, revisions. | | | |
| 10/28/24 | Email K. Elliott (KDW) documents for fact section of standing motion (.1); email J. Ramirez (KDW) regarding same (.1); review discovery materials regarding Alshaya investment (.2) and email J. Ramirez (KDW) regarding same (.1). | AB | 0.50 | 387.50 |
| 10/28/24 | Analyze pleadings, credit agreement, security agreement, and related financing documents with respect to Kuwaiti subsidiary issues (1.2); correspondence with KDW team regarding same (.2); review/revise standing motion and complaint to raise the subsidiary issue (1.5). | JR | 2.90 | 2827.50 |
| 10/29/24 | Review (.7) and revise (1.3) standing motion. | KSE | 2.00 | 1980.00 |
| 10/29/24 | Make redactions to Committee's standing motion (.6); make redactions to Committee's proposed complaint (.4); call with S. Cerra (Morris James) regarding procedural motions related to standing motion (.1); email E. Wilson and K. Elliott (both KDW) regarding same (.1); research fiduciary duties for potential additional claim in standing motion (.5); email S. Cerra (Morris James) regarding motion to seal standing motion (.1). | AB | 1.80 | 1395.00 |
| 10/30/24 | Emails with lenders' counsel regarding challenge deadline (.2); confer with E. Wilson (KDW) regarding same (.1). | KSE | 0.30 | 297.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0018
December 4, 2024
Page  6

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 10/30/24 | Continue making redactions and other cleanup edits to standing motion and complaint for filing (.3); email K. Elliott (KDW) regarding same (.1); review and edit draft motion to seal standing motion (.3). | AB | 0.70 | 542.50 |
| | Total Services for this Matter: | | | 46,593.00 |
| | Total this Invoice | | | $46,593.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0018
December 4, 2024
Page  7

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 7.70 | 775.00 | $5,967.50 |
| ERW | Wilson, Eric | 1.90 | 1,170.00 | 2,223.00 |
| JR | Ramirez, John | 27.10 | 975.00 | 26,422.50 |
| KSE | Elliott, Kristin S | 6.20 | 990.00 | 6,138.00 |
| PAW | Weintraub, Philip A | 5.50 | 835.00 | 4,592.50 |
| RG | Gage, Rich | 0.70 | 975.00 | 682.50 |
| WC | Clarke, Wendy | 0.60 | 945.00 | 567.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE