# **EXHIBIT B**

**Expenses**

17091003/1

## KELLEY DRYE & WARREN LLP
** CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY **

** ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm **

RUN DATE: December 4, 2024 12:04:05　　　DATE THRU: October 31, 2024　　　Page: 4
**Billing Timekeeper: 05395 - Wilson, Eric**　　　**Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1919916　　　FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

### Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| | | 10/28/24 | Color Duplication | 0.25 | H T W | 8931720 |
| | | 10/07/24 | Duplication | 1.80 | H T W | 8929150 |
| | | 10/14/24 | Duplication | 41.00 | H T W | 8929881 |
| | | 10/21/24 | Duplication | 3.90 | H T W | 8930765 |
| | | 10/21/24 | Duplication | 228.20 | H T W | 8930766 |
| | | 10/28/24 | Duplication | 1,004.50 | H T W | 8931721 |
| | | 10/28/24 | Duplication | 102.70 | H T W | 8931722 |
| | | 10/28/24 | Duplication | 441.10 | H T W | 8931719 |
| 05395 | Wilson, E.R. | 10/25/24 | VENDOR: Veritext - PO Box 71303 Chicago IL INVOICE#: 7816718 DATE: 10/25/2024<br>Court transcripts regarding Blink Holdings, Inc./<br>**Miscellaneous Expense** | 2,216.70 | H T W | 8931798 |
| 08062 | Elliott, K. | 10/28/24 | VENDOR: Reliable Philadelphia-1650 Arch St INVOICE#: 11028 DATE: 10/28/2024<br>Court transcript of auction regarding Blink Holdings, Inc./<br>**Miscellaneous Expense** | 380.30 | H T W | 8935219 |
| 08062 | Elliott, K. | 10/30/24 | VENDOR: Reliable Philadelphia-1650 Arch St INVOICE#: 11030 DATE: 10/30/2024<br>Court transcript of auction regarding Blink Holdings, Inc./<br>**Miscellaneous Expense** | 237.50 | H T W | 8935207 |

**KELLEY DRYE & WARREN LLP**
**** CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY ****

**** ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm ****

RUN DATE: December 4, 2024 12:04:05　　　　　DATE THRU: October 31, 2024　　　　　Page: 5
**Billing Timekeeper:** 05395 - Wilson, Eric　　　　　　　　　　　　　　**Responsible Timekeeper:** 05395 - Wilson, Eric
Prebill #: 1919916　　　　　　　　　　　　　　　　　　　　　　　　　　　FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

### Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 08062 | Elliott , K. | 10/31/24 | VENDOR: Reliable Philadelphia-1650 Arch St INVOICE#: 11032 DATE: 10/31/2024<br>Court transcripts regarding Blink Holdings, Inc./ **Miscellaneous Expense** | 373.50 | H T W | 8935210 |
| 06892 | Gyves , W.S. | 10/22/24 | VENDOR: Gyves, William INVOICE#: 7002765310230347 DATE: 10/23/2024<br>Uber to NY office re Blink on 10/22.Transaction Date: 10/22/24; Uber to NY office re Blink on 10/22.; to office, from home/ **Cab Service** | 69.33 | H T W | 8930921 |
| 06892 | Gyves , W.S. | 10/23/24 | VENDOR: Gyves, William INVOICE#: 7004963910240347 DATE: 10/24/2024<br>Uber to NY office re Blink on 10/23.Transaction Date: 10/23/24; Uber to NY office re Blink on 10/23.; from home, to NY office/ **Cab Service** | 68.27 | H T W | 8931121 |
| 08062 | Elliott , K. | 10/23/24 | VENDOR: Elliott, Kristin S INVOICE#: 7004864910240347 DATE: 10/24/2024<br>Uber home regarding BlinkTransaction Date: 10/23/24; Uber from Belford, NJ (ferry) to home regarding Blink; Ferry to home/ **Cab Service** | 32.46 | H T W | 8931130 |
| 05395 | Wilson , E.R. | 10/28/24 | VENDOR: Wilson, Eric R. INVOICE#: 7017280510300347 DATE: 10/30/2024<br>Blink AuctionTransaction Date: 10/28/24; Uber home after attending the auction; Auction/Home/ **Cab Service** | 213.35 | H T W | 8932085 |
| 08062 | Elliott , K. | 10/28/24 | VENDOR: Elliott, Kristin S INVOICE#: 7014526011010347 DATE: 11/1/2024<br>Uber to auction - BlinkTransaction Date: 10/28/24; Uber from 34th St. to auction at Park Ave.- Blink; 34th street to auction/ **Cab Service** | 39.18 | H T W | 8933254 |
| 06892 | Gyves , W.S. | 10/30/24 | VENDOR: Gyves, William INVOICE#: 7021109610310347 | 74.43 | H T W | 8932200 |

**KELLEY DRYE & WARREN LLP**
**** CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY ****

**** ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm ****

RUN DATE: December 4, 2024 12:04:05　　　　DATE THRU: October 31, 2024　　　　Page: 6
**Billing Timekeeper: 05395 - Wilson, Eric**　　　　**Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1919916　　　　FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 03224 | Wessely, J. | 10/25/24 | DATE: 10/31/2024 Uber to NY office re Blink on 10/30.Transaction Date: 10/30/24; Uber to NY office re Blink on 10/30.; to office, from home/ **Cab Service** VENDOR: Chase Card Services INVOICE#: CH10252024JW DATE: 10/25/2024 for depositionsChase Credit CardJW/ **Meals for depositions** | 160.95 | H  T  W | 8933492 |
| 04516 | LaBarbera, J. | 10/31/24 | GrubHub Holdings Inc fka Seamless invoice   SL-2701-220 Catering from Joe's Pizza (The Greenwich Village Institution) delivered on 2024-10-31 12:33:13 for William Gyves ordered by Lucie RobertsMeals | 37.84 | H  T  W | 8933853 |
| 90307 | Federico, V.J. | 10/11/24 | 16 tabs 1 2 inchbinder/ **Binding** | 7.12 | H  T  W | 8929948 |
| 08382 | Barajas, A. | 10/23/24 | 2-3" binders 72-tabs/ **Binding** | 18.04 | H  T  W | 8931184 |
| 90307 | Federico, V.J. | 10/24/24 | 2-2" binders 22-tabs/ **Binding** | 13.54 | H  T  W | 8931303 |
| 06983 | Leon-Garcia, I. | 10/25/24 | 2 one inch binders 15 tabs/ **Binding** | 9.05 | H  T  W | 8931774 |
| 08334 | Churchill, J. | 10/30/24 | 1-1" 2-tabs/ **Binding** | 4.65 | H  T  W | 8932608 |
| 08334 | Churchill, J. | 10/03/24 | Westlaw Research | 150.17 | H  T  W | 8933076 |
| 07750 | Choe, C. | 10/10/24 | Westlaw Research | 575.13 | H  T  W | 8933071 |
| 07750 | Choe, C. | 10/11/24 | Westlaw Research | 206.76 | H  T  W | 8933072 |
| 07750 | Choe, C. | 10/15/24 | Westlaw Research | 374.08 | H  T  W | 8933073 |

**KELLEY DRYE & WARREN LLP**
**** CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY ****

**** ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm ****

RUN DATE: December 4, 2024 12:04:05  
**Billing Timekeeper: 05395 - Wilson, Eric**  
Prebill #: 1919916  
**030319 - Blink Committee**  
**0001 - Case Administration**

DATE THRU: October 31, 2024

Page: 7  
**Responsible Timekeeper: 05395 - Wilson, Eric**  
FORMAT 021

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 07750 | Choe , C. | 10/16/24 | Westlaw Research | 289.60 | H T W | 8933074 |
| 07750 | Choe , C. | 10/17/24 | Westlaw Research | 203.77 | H T W | 8933075 |
| 08382 | Barajas , A. | 10/17/24 | Westlaw Research | 37.54 | H T W | 8933080 |
| 08382 | Barajas , A. | 10/19/24 | Westlaw Research | 87.33 | H T W | 8933081 |
| 08382 | Barajas , A. | 10/21/24 | Westlaw Research | 150.17 | H T W | 8933082 |
| 08334 | Churchill , J. | 10/24/24 | Westlaw Research | 37.54 | H T W | 8933077 |
| 08382 | Barajas , A. | 10/27/24 | Westlaw Research | 187.72 | H T W | 8933083 |
| 07356 | Carroll , S.A. | 10/27/24 | Westlaw Research | 37.54 | H T W | 8933096 |
| 08334 | Churchill , J. | 10/28/24 | Westlaw Research | 112.63 | H T W | 8933078 |
| 08334 | Churchill , J. | 10/29/24 | Westlaw Research | 112.63 | H T W | 8933079 |
| 07858 | Weintraub , P.A. | 10/01/24 | Lexis Research | 8.44 | H T W | 8932519 |
| 07858 | Weintraub , P.A. | 10/03/24 | Lexis Research | 50.64 | H T W | 8932520 |
| 07858 | Weintraub , P.A. | 10/10/24 | Lexis Research | 33.76 | H T W | 8932521 |
| 07858 | Weintraub , P.A. | 10/11/24 | Lexis Research | 8.44 | H T W | 8932522 |
| 07858 | Weintraub , P.A. | 10/14/24 | Lexis Research | 92.84 | H T W | 8932523 |

## KELLEY DRYE & WARREN LLP
## ** CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY **

** ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm **

RUN DATE: December 4, 2024 12:04:05   DATE THRU: October 31, 2024   Page: 8
**Billing Timekeeper: 05395 - Wilson, Eric**   **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1919916   FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

### Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 07858 | Weintraub , P.A. | 10/15/24 | Lexis Research | 50.64 | H  T  W | 8932524 |
| 07858 | Weintraub , P.A. | 10/16/24 | Lexis Research | 16.88 | H  T  W | 8932525 |
| 07858 | Weintraub , P.A. | 10/17/24 | Lexis Research | 101.28 | H  T  W | 8932526 |
| 08382 | Barajas , A. | 10/17/24 | Lexis Research | 8.44 | H  T  W | 8932531 |
| 07858 | Weintraub , P.A. | 10/20/24 | Lexis Research | 67.52 | H  T  W | 8932527 |
| 07858 | Weintraub , P.A. | 10/23/24 | Lexis Research | 8.44 | H  T  W | 8932528 |
| 08334 | Churchill , J. | 10/24/24 | Lexis Research | 8.44 | H  T  W | 8932530 |
| 07858 | Weintraub , P.A. | 10/25/24 | Lexis Research | 50.64 | H  T  W | 8932529 |
| 07356 | Carroll , S.A. | 10/27/24 | Lexis Research | 4.18 | H  T  W | 8932532 |
| 07356 | Carroll , S.A. | 10/27/24 | Lexis Research | 59.08 | H  T  W | 8932533 |
| 05395 | Wilson , E.R. | 10/28/24 | VENDOR: Wilson, Eric R. INVOICE#: 7017280510300347 DATE: 10/30/2024 Blink AuctionTransaction Date: 10/28/24; Parking in connection with attending the auction/ **Parking** | 7.45 | H  T  W | 8932084 |
| 05395 | Wilson , E.R. | 10/29/24 | VENDOR: Wilson, Eric R. INVOICE#: 7024847211010347 DATE: 11/1/2024 Blink Auction- October 29 and 30, 2024Transaction Date: 10/29/24; Parking in connection with attending the auction on | 7.45 | H  T  W | 8933232 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: December 4, 2024 12:04:05　　　DATE THRU: October 31, 2024　　　Page: 9
**Billing Timekeeper: 05395 - Wilson, Eric**　　　**Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1919916　　　FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 05395 | Wilson , E.R. | 10/30/24 | October 29, 2024/ **Parking** VENDOR: Wilson, Eric R. INVOICE#: 7024847211010347 DATE: 11/1/2024 Blink Auction- October 29 and 30, 2024Transaction Date: 10/30/24; Parking in connection with attending the auction on October 30, 2024/ **Parking** | 7.45 | H  T  W | 8933233 |
| | | | **Totals:** | **$8,934.28** | | |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: December 4, 2024 12:04:05　　　DATE THRU: October 31, 2024　　　Page: 11
**Billing Timekeeper: 05395 - Wilson, Eric**　　　**Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1919916　　　FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

| | | Other Charges Summary | Amount | Disp |
|---|---|---|---|---|
| | 000200 | Color Duplication | 0.25 | H T W |
| | 000203 | Duplication | 1,823.20 | H T W |
| | 000224 | Miscellaneous Expense | 3,208.00 | H T W |
| | 000225 | Cab Service | 497.02 | H T W |
| | 000226 | Meals | 198.79 | H T W |
| | 000227 | Binding | 52.40 | H T W |
| | 000254 | Westlaw Research | 2,562.61 | H T W |
| | 000256 | Lexis Research | 569.66 | H T W |
| | 000284 | Parking | 22.35 | H T W |
| | | **Total** | **8,934.28** | |

**KELLEY DRYE & WARREN LLP**
**** CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY ****

**** ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm ****

RUN DATE: December 4, 2024 12:04:05     DATE THRU: October 31, 2024     Page: 12
**Billing Timekeeper: 05395 - Wilson, Eric**     **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1919916     FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

## Bill Summary:

**Total Fees:**     10,871.50
**Total Disbursements:**     8,934.28
**Total Due**:     $19,805.78

Attorney Instructions:

|   |   |   | Amount To |   |
|---|---|---|---|---|
| / | / | Bill Total Time & Expenses at Standard Amount. | be billed. | $_____ |
| / | / | Bill Total Time & Expenses as specified by Amount to be billed. | Approved by | $_____ |
| / | / | Write Off as Unbillable. | | |
| / | / | Hold, do not Bill | | |