# EXHIBIT A

## Compensation By Category – Second Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B110 Case Administration | 11.10 | $6,818.50 |
| B120 Asset Analysis and Recovery | 3.20 | $1,220.50 |
| B130 Asset Disposition | 42.90 | $21,624.00 |
| B150 Meetings/Communications with Committee and/or Creditors | 11.40 | $7,493.00 |
| B160 Retention Applications (MJ) | 1.20 | $650.50 |
| B165 Retention Applications (Others) | 3.70 | $2,285.50 |
| B170 Fee Applications (MJ) | 5.00 | $2,390.00 |
| B175 Fee Applications (Others) | 6.70 | $3,798.50 |
| B196 Litigation | 15.60 | $9,582.00 |
| B220 Employee Benefits/Pensions | 1.80 | $540.00 |
| B310 Claims Administration and Objections | 1.30 | $1,027.00 |
| B320 Plan and Disclosure Statement | 4.90 | $2,403.50 |
| **Totals** | **108.80** | **$59,833.00** |

17019156/1

# Timekeeper Summary – Second Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | $825.00 | 1.80 | $1,485.00 |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Partner in Bankruptcy Department since 2019 | $790.00 | 42.80 | $33,812.00 |
| Tara C. Pakrouh | Member of the Delaware Bar since 2015; Associate in Bankruptcy Department since 2023 | $685.00 | 1.50 | $1,027.50 |
| Siena B. Cerra | Member of the Delaware Bar since 2023; Associate in Bankruptcy Department since 2023 | $390.00 | 29.60 | $11,544.00 |
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | $365.00 | 9.70 | $3,540.50 |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | $365.00 | 21.60 | $7,884.00 |
| Samantha L. Rodriguez | Law Clerk in Bankruptcy Department since 2024 | $300.00 | 1.80 | $540.00 |
| | | **Totals** | **108.80** | **$59,833.00** |
| **Blended Rate $549.94** | | | | |

# Morris James LLP

500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750
Federal Tax I.D. 51-0023480

Official Committee of Unsecured Creditors of Blink Holdings, Inc.
Committee Chairperson: Christie Draves
christie.draves@johnsonfit.com
Johnson Health Tech North America, Inc.
1600 Landmark Drive
Cottage Grove, WI  53527

December 2, 2024
Invoice 609264

| | |
|---|---|
| Matter Name: | Blink Holdings, Inc., Case No. 24-11686 (JKS) |
| Matter Number: | 144585-0001 |
| Attorney: | Eric J. Monzo |

**For Professional Services through October 31, 2024**

| | |
|---|---:|
| **Fees** | $59,833.00 |
| **Disbursements** | $264.55 |
| **Total Charges** | $60,097.55 |

### Fee Recap

| | | Hours | Rate/Hours | Amount |
|---|---|---:|---:|---:|
| Brya M. Keilson | Partner | 42.80 | 790.00 | 33,812.00 |
| Eric J. Monzo | Partner | 1.80 | 825.00 | 1,485.00 |
| Siena B. Cerra | Associate | 29.60 | 390.00 | 11,544.00 |
| Tara C. Pakrouh | Associate | 1.50 | 685.00 | 1,027.50 |
| Douglas J. Depta | Paralegal | 21.60 | 365.00 | 7,884.00 |
| Stephanie A. Lisko | Paralegal | 9.70 | 365.00 | 3,540.50 |
| Samantha L. Rodriguez | Law Clerk | 1.80 | 300.00 | 540.00 |
| | **Totals** | **108.80** | | **59,833.00** |

Matter Number: 144585-0001
12/02/24
Page 2

## Services by Task Code

| | | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 11.10 | 6,818.50 |
| B120 | Asset Analysis and Recovery | 3.20 | 1,220.50 |
| B130 | Asset Disposition | 42.90 | 21,624.00 |
| B150 | Meetings/Communications with Committee and/or Creditors | 11.40 | 7,493.00 |
| B160 | Retention Applications (MJ) | 1.20 | 650.50 |
| B165 | Retention Applications (Others) | 3.70 | 2,285.50 |
| B170 | Fee Applications (MJ) | 5.00 | 2,390.00 |
| B175 | Fee Applications (Others) | 6.70 | 3,798.50 |
| B196 | Litigation | 15.60 | 9,582.00 |
| B220 | Employee Benefits/Pensions | 1.80 | 540.00 |
| B310 | Claims Administration and Objections | 1.30 | 1,027.00 |
| B320 | Plan and Disclosure Statement | 4.90 | 2,403.50 |
| | **Totals** | **108.80** | **$59,833.00** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110 Case Administration** | | | | | |
| 10/01/24 | SAL | Review relevant pleadings filed and update case folder and calendar. | 0.60 | 365.00 | 219.00 |
| 10/01/24 | SAL | Review docket and case calendar and reconcile critical dates. | 0.20 | 365.00 | 73.00 |
| 10/01/24 | BMK | Attend committee professionals call. | 0.80 | 790.00 | 632.00 |
| 10/02/24 | SAL | Emails with E. Monzo circulating second day hearing transcript. | 0.10 | 365.00 | 36.50 |
| 10/02/24 | BMK | Emails with counsel for landlord regarding inquiry. | 0.40 | 790.00 | 316.00 |
| 10/07/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 365.00 | 73.00 |
| 10/09/24 | SAL | Review relevant pleadings filed and update case folder. | 0.10 | 365.00 | 36.50 |
| 10/10/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 365.00 | 73.00 |
| 10/14/24 | DJD | Review relevant pleadings and update case folder. | 0.10 | 365.00 | 36.50 |
| 10/14/24 | BMK | Emails with team regarding updates and strategy. | 0.80 | 790.00 | 632.00 |
| 10/15/24 | BMK | Emails and calls with co-counsel and Debtors' counsel regarding entry of order regarding stipulation with BOA and next steps. | 0.80 | 790.00 | 632.00 |
| 10/16/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 365.00 | 73.00 |
| 10/16/24 | SAL | Draft PHV motion for W. Gyves and emails with co-counsel re same. | 0.20 | 365.00 | 73.00 |
| 10/16/24 | SAL | Finalize, file and circulate PHV motion for W. Gyves, including submission of proposed order and payment to | 0.40 | 365.00 | 146.00 |

Matter Number:  144585-0001
12/02/24
Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | district court. | | | |
| 10/16/24 | BMK | Emails with co-counsel and S. Lisko regarding draft PHV and finalizing and filing same. | 0.90 | 790.00 | 711.00 |
| 10/17/24 | SAL | Review PHV order entered and circulate same to W. Gyves. | 0.10 | 365.00 | 36.50 |
| 10/17/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 365.00 | 73.00 |
| 10/17/24 | BMK | Emails with co-counsel re PHV. | 0.50 | 790.00 | 395.00 |
| 10/21/24 | SAL | Draft and circulate PHV motion for R. Gage. | 0.20 | 365.00 | 73.00 |
| 10/21/24 | SAL | Update, finalize, and file PHV motion for R. Gage, including submission of proposed order and district court fee. | 0.30 | 365.00 | 109.50 |
| 10/22/24 | SAL | Emails with S. Cerra and D. Depta re October 22 hearing link and update case calendar. | 0.10 | 365.00 | 36.50 |
| 10/22/24 | SAL | Review Gage PHV order entered and circulate same to co-counsel. | 0.10 | 365.00 | 36.50 |
| 10/24/24 | BMK | Calls and emails with co-counsel and Debtors' counsel regarding open issues. | 1.20 | 790.00 | 948.00 |
| 10/26/24 | BMK | Emails with co-counsel and Debtors professionals regarding updates and open issues. | 0.50 | 790.00 | 395.00 |
| 10/29/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 365.00 | 73.00 |
| 10/30/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.30 | 365.00 | 109.50 |
| 10/31/24 | SBC | Review chambers procedures (.2); emails with KD and MJ teams re sale hearing details (.3). | 0.50 | 390.00 | 195.00 |
| 10/31/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 365.00 | 73.00 |
| 10/31/24 | SBC | Emails with KD and MJ teams re PHV motion. | 0.10 | 390.00 | 39.00 |
| 10/31/24 | TCP | Emails with MJ re hearing updates. | 0.10 | 685.00 | 68.50 |
| 10/31/24 | BMK | Emails with co-counsel and D. Depta regarding PHVs and finalize same. | 0.50 | 790.00 | 395.00 |
| | | **Task Code Subtotal** | **11.10** | | **6,818.50** |
| **B120 Asset Analysis and Recovery** | | | | | |
| 10/29/24 | SBC | Review draft standing motion and complaint. | 0.40 | 390.00 | 156.00 |
| 10/29/24 | SBC | Discuss standing motion and seal motion with MJ team. | 0.20 | 390.00 | 78.00 |
| 10/29/24 | DJD | Draft motion to seal re motion re standing motion and emails with S. Cerra re same. | 0.90 | 365.00 | 328.50 |
| 10/29/24 | SBC | Draft motion to seal standing motion (.5); emails with KD and MJ teams re same (.1). | 0.60 | 390.00 | 234.00 |
| 10/30/24 | DJD | Compile service for standing motion and motion to seal. | 0.20 | 365.00 | 73.00 |
| 10/30/24 | SBC | Review motion to seal Standing Motion. | 0.50 | 390.00 | 195.00 |
| 10/31/24 | SBC | Revise motion to seal standing motion (.3); emails with KD and MJ teams re same (.1). | 0.40 | 390.00 | 156.00 |
| | | **Task Code Subtotal** | **3.20** | | **1,220.50** |
| **B130 Asset Disposition** | | | | | |
| 10/03/24 | DJD | Review case law re sale and APA. | 2.10 | 365.00 | 766.50 |
| 10/03/24 | SBC | Emails with KD team re sale objection (.1); discuss same | 0.30 | 390.00 | 117.00 |

Matter Number:  144585-0001
12/02/24
Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | with MJ team (.2). | | | |
| 10/03/24 | SBC | Research sale objection samples. | 2.30 | 390.00 | 897.00 |
| 10/04/24 | DJD | Continue review of case law re sale and APA and emails with S. Cerra. | 2.20 | 365.00 | 803.00 |
| 10/04/24 | DJD | Draft seal motion to objection to sale. | 0.70 | 365.00 | 255.50 |
| 10/04/24 | SBC | Research sale order objections. | 3.00 | 390.00 | 1,170.00 |
| 10/04/24 | BMK | Emails with co-counsel, S. Cerra and D. Depta regarding sale objection and motion to seal and finalizing same (.8); review draft motions (.9). | 1.70 | 790.00 | 1,343.00 |
| 10/06/24 | SBC | Draft motion to seal Sale Objection. | 0.80 | 390.00 | 312.00 |
| 10/06/24 | SBC | Analyze precedent sale orders (2.5); emails with KD and MJ teams re same (.1). | 2.60 | 390.00 | 1,014.00 |
| 10/07/24 | DJD | Review case law re sale and APA and emails with A. Barajas. | 0.30 | 365.00 | 109.50 |
| 10/07/24 | SBC | Emails with KD and MJ teams re sale objection. | 0.10 | 390.00 | 39.00 |
| 10/07/24 | BMK | Emails with co-counsel and S. Cerra regarding open issues and sale objection (.9); review relevant case law (.9). | 1.80 | 790.00 | 1,422.00 |
| 10/10/24 | SBC | Discuss sale objection and seal motion with KD and MJ teams. | 0.20 | 390.00 | 78.00 |
| 10/10/24 | SBC | Revise motion to seal sale objection (.8); discuss same with KS team (.2). | 1.00 | 390.00 | 390.00 |
| 10/10/24 | SAL | Emails with S. Cerra re sealing objection to sale. | 0.10 | 365.00 | 36.50 |
| 10/10/24 | BMK | Emails with co-counsel regarding draft objection to sale and motion to seal (1.0) and review same (.9). | 1.90 | 790.00 | 1,501.00 |
| 10/11/24 | SAL | Emails from co-counsel re supplement to omnibus objection, review same, and draft certificate of service. | 0.20 | 365.00 | 73.00 |
| 10/11/24 | SAL | Email from co-counsel and B. Keilson re extended sale objection deadline and update critical dates and case calendar. | 0.10 | 365.00 | 36.50 |
| 10/11/24 | SBC | Emails with KD team re sale objection deadline. | 0.10 | 390.00 | 39.00 |
| 10/14/24 | BMK | Emails with co-counsel regarding extension of objection to deadline to object to sale and updates. | 0.70 | 790.00 | 553.00 |
| 10/21/24 | SBC | Revise motion to seal sale objection (.8); emails with KD and MJ teams re same (.1). | 0.90 | 390.00 | 351.00 |
| 10/21/24 | SBC | Discuss sale objection issues with KD and MJ teams (.2); review exhibits to sale objection (.3). | 0.50 | 390.00 | 195.00 |
| 10/21/24 | BMK | Emails with S. Cerra and co-counsel regarding draft sale objection and related documents (.4); review drafts (1.0). | 1.40 | 790.00 | 1,106.00 |
| 10/22/24 | SBC | Emails with KD and MJ teams re sale objection exhibits and filing details. | 0.30 | 390.00 | 117.00 |
| 10/22/24 | SBC | Review redacted declarations. | 0.20 | 390.00 | 78.00 |
| 10/22/24 | SBC | Discuss seal motion and other issues re sale objection with KD and MJ teams. | 0.60 | 390.00 | 234.00 |
| 10/22/24 | SAL | Emails from co-counsel re status of sale objection and sealing same, call with D. Depta re declaration exhibits, and prepare files of same. | 0.30 | 365.00 | 109.50 |
| 10/22/24 | SBC | Review committee's sale objection. | 0.50 | 390.00 | 195.00 |
| 10/22/24 | DJD | File objection to sale, redact objection and declarations, email counsel for service, and update case folder. | 1.60 | 365.00 | 584.00 |
| 10/22/24 | SAL | Review draft proposed redacted sale objection and emails with D. Depta re same. | 0.20 | 365.00 | 73.00 |

Matter Number:  144585-0001
12/02/24
Page 5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/22/24 | SAL | Emails from co-counsel with D. Depta re sale objection and exhibits. | 0.20 | 365.00 | 73.00 |
| 10/22/24 | DJD | Compile, review and finalize exhibits for objection, emails internally and with A. Barajas, and update case folder. | 1.50 | 365.00 | 547.50 |
| 10/22/24 | SBC | Review exhibits and declarations to sale objection. | 0.50 | 390.00 | 195.00 |
| 10/22/24 | SBC | Emails with KD and MJ teams re sale objection. | 0.20 | 390.00 | 78.00 |
| 10/22/24 | DJD | Draft COS re sale objection. | 0.40 | 365.00 | 146.00 |
| 10/22/24 | DJD | Draft COS re Motion to sale, and compile service list. | 0.50 | 365.00 | 182.50 |
| 10/22/24 | BMK | Emails and calls with committee professionals regarding sale objection and seal motion (1.1); emails with D. Depta regarding filing same (.8); review drafts (1.2). | 3.10 | 790.00 | 2,449.00 |
| 10/23/24 | SBC | Review local rules (.2); revise draft seal motion (.3); emails with MJ and KD teams re conferring with the debtors (.3). | 0.80 | 390.00 | 312.00 |
| 10/23/24 | SAL | Emails from B. Keilson and S. Cerra re motion to seal sale objection and update case calendar. | 0.10 | 365.00 | 36.50 |
| 10/24/24 | SBC | Emails with debtor professionals re sale status. | 0.20 | 390.00 | 78.00 |
| 10/24/24 | SBC | Discuss sale objection redactions and motion to shorten with MJ team. | 0.20 | 390.00 | 78.00 |
| 10/25/24 | SBC | Review revised sale objection and redactions (.8); emails with KD and MJ teams re same (.1). | 0.90 | 390.00 | 351.00 |
| 10/25/24 | SBC | Review final sale objection and exhibits. | 0.50 | 390.00 | 195.00 |
| 10/25/24 | DJD | File motion to seal and redacted objection, review and update redactions to objection, emails with B. Keilson and co-counsel, email counsel for service, arrange mail service, and update case folder and calendar. | 1.90 | 365.00 | 693.50 |
| 10/25/24 | SAL | Emails with B. Keilson and D. Depta re redacted objection and declarations and motion to seal. | 0.20 | 365.00 | 73.00 |
| 10/25/24 | BMK | Attend call with Committee and co-counsel regarding sale. | 0.80 | 790.00 | 632.00 |
| 10/25/24 | BMK | Emails with co-counsel and D. Depta regarding draft sale objection and related documents and filing same (.4); review drafts (.9). | 1.30 | 790.00 | 1,027.00 |
| 10/30/24 | SAL | Emails from co-counsel re supplement to sale objection and standing motion. | 0.10 | 365.00 | 36.50 |
| 10/30/24 | EJM | Correspond with Office of the United States Trustee re inquiry into auction status. | 0.10 | 825.00 | 82.50 |
| 10/31/24 | SBC | Review notice of successful bidder (.2); emails with MJ team re same (.1). | 0.30 | 390.00 | 117.00 |
| 10/31/24 | SBC | Discuss outstanding issues and next steps with MJ team. | 0.20 | 390.00 | 78.00 |
| 10/31/24 | EJM | Emails re update on auction and status. | 0.20 | 825.00 | 165.00 |
| | | **Task Code Subtotal** | **42.90** | | **21,624.00** |

**B150 Meetings/Communications with Committee and/or Creditors**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/24 | SBC | Attend committee professionals call. | 0.50 | 390.00 | 195.00 |
| 10/02/24 | SBC | Attend committee meeting. | 0.50 | 390.00 | 195.00 |
| 10/02/24 | BMK | Review relevant documents and attend committee call. | 0.90 | 790.00 | 711.00 |
| 10/07/24 | BMK | Emails with co-counsel and committee regarding updates and supplemental assumption and cure notice and review same. | 1.10 | 790.00 | 869.00 |
| 10/08/24 | SBC | Attend committee professionals call. | 0.70 | 390.00 | 273.00 |
| 10/08/24 | BMK | Emails with co-counsel and committee regarding updates | 0.90 | 790.00 | 711.00 |

Matter Number: 144585-0001
12/02/24
Page 6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and review relevant documents. | | | |
| 10/11/24 | SBC | Review committee meeting presentation. | 0.10 | 390.00 | 39.00 |
| 10/11/24 | SBC | Attend committee meeting. | 0.80 | 390.00 | 312.00 |
| 10/11/24 | BMK | Emails with co-counsel and committee regarding updates and next steps. | 0.80 | 790.00 | 632.00 |
| 10/15/24 | BMK | Emails with co-counsel and committee regarding updates. | 0.40 | 790.00 | 316.00 |
| 10/21/24 | SBC | Attend weekly committee meeting. | 0.30 | 390.00 | 117.00 |
| 10/22/24 | SBC | Discuss 341 meeting details with MJ and BR teams. | 0.10 | 390.00 | 39.00 |
| 10/22/24 | BMK | Emails with committee and co-counsel regarding updates. | 0.50 | 790.00 | 395.00 |
| 10/25/24 | SBC | Attend committee call. | 0.80 | 390.00 | 312.00 |
| 10/28/24 | BMK | Emails with co-counsel and committee regarding auction updates and open issues. | 1.20 | 790.00 | 948.00 |
| 10/30/24 | BMK | Emails with co-counsel and committee regarding updates on auction and review relevant documents. | 1.60 | 790.00 | 1,264.00 |
| 10/31/24 | EJM | Review notice of successful bidder and emails with committee members. | 0.20 | 825.00 | 165.00 |
| | | **Task Code Subtotal** | **11.40** | | **7,493.00** |
| **B160 Retention Applications (MJ)** | | | | | |
| 10/09/24 | DJD | Draft CNO re application. | 0.30 | 365.00 | 109.50 |
| 10/09/24 | BMK | Emails with D. Depta regarding pending retention application and deadline. | 0.50 | 790.00 | 395.00 |
| 10/10/24 | DJD | File CNO re application, upload order, circulate, and update case folder. | 0.40 | 365.00 | 146.00 |
| | | **Task Code Subtotal** | **1.20** | | **650.50** |
| **B165 Retention Applications (Others)** | | | | | |
| 10/10/24 | DJD | Draft and file CNO re KDW application, upload order, circulate, and update case folder. | 0.70 | 365.00 | 255.50 |
| 10/10/24 | DJD | Draft and file CNO re Dundon application, upload order, circulate, and update case folder. | 0.70 | 365.00 | 255.50 |
| 10/11/24 | BMK | Emails with co-counsel and D. Depta regarding pending retention applications and draft CNOs and review drafts. | 1.40 | 790.00 | 1,106.00 |
| 10/15/24 | SAL | Review retention orders entered and update case folder. | 0.10 | 365.00 | 36.50 |
| 10/15/24 | BMK | Emails with co-counsel regarding orders on retention and updates. | 0.80 | 790.00 | 632.00 |
| | | **Task Code Subtotal** | **3.70** | | **2,285.50** |
| **B170 Fee Applications (MJ)** | | | | | |
| 10/09/24 | DJD | Review Sept invoice and emails with accounting re updates. | 1.30 | 365.00 | 474.50 |
| 10/14/24 | DJD | Emails and phone conversation with C. Choe re estimated fees. | 0.20 | 365.00 | 73.00 |
| 10/21/24 | DJD | Emails with C. Choe re weekly fee estimates. | 0.10 | 365.00 | 36.50 |
| 10/23/24 | DJD | Further review Sept invoice and emails with accounting re updates. | 0.40 | 365.00 | 146.00 |
| 10/23/24 | DJD | Update first monthly application. | 0.50 | 365.00 | 182.50 |
| 10/28/24 | DJD | Emails with C. Choe re weekly estimates. | 0.10 | 365.00 | 36.50 |
| 10/30/24 | DJD | Email with A. Barajas re draft application. | 0.10 | 365.00 | 36.50 |

Matter Number:  144585-0001
12/02/24
Page 7

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/30/24 | BMK | Emails with D. Depta regarding draft fee application and review draft. | 1.30 | 790.00 | 1,027.00 |
| 10/31/24 | SBC | Review MJ fee application (.3); emails with KD and MJ teams re same (.2). | 0.50 | 390.00 | 195.00 |
| 10/31/24 | DJD | Update and file first monthly application, email counsel for service, and update case folder and calendar. | 0.50 | 365.00 | 182.50 |
| | | **Task Code Subtotal** | **5.00** | | **2,390.00** |

**B175 Fee Applications (Others)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/25/24 | BMK | Emails with co-counsel regarding fee applications and review same. | 0.70 | 790.00 | 553.00 |
| 10/30/24 | SBC | Emails with KD and MJ teams re fee applications. | 0.20 | 390.00 | 78.00 |
| 10/30/24 | EJM | Correspond with S. Cerra re fee application disclosures. | 0.10 | 825.00 | 82.50 |
| 10/30/24 | EJM | Emails internally re fee applications of professionals and status. | 0.20 | 825.00 | 165.00 |
| 10/31/24 | SBC | Review Dundon fee application (.2); discuss same with MJ and KD teams (.1). | 0.30 | 390.00 | 117.00 |
| 10/31/24 | DJD | Draft seal motion re KDW application. | 0.50 | 365.00 | 182.50 |
| 10/31/24 | DJD | Review and file KDW first monthly application, emails re time sheets, draft COS, email counsel for service, and update case folder and calendar. | 1.20 | 365.00 | 438.00 |
| 10/31/24 | DJD | Review and file Dundon first monthly application, draft COS, email counsel for service, and update case folder and calendar. | 0.90 | 365.00 | 328.50 |
| 10/31/24 | SBC | Discuss fee applications with MJ and KD teams. | 0.20 | 390.00 | 78.00 |
| 10/31/24 | SBC | Emails with KD and MJ teams re filing of fee applications. | 0.10 | 390.00 | 39.00 |
| 10/31/24 | SBC | Review as filed committee fee applications. | 0.20 | 390.00 | 78.00 |
| 10/31/24 | BMK | Emails with D. Depta and team and co-counsel regarding draft fee applications and finalizing same (1.1); review drafts (1.0). | 2.10 | 790.00 | 1,659.00 |
| | | **Task Code Subtotal** | **6.70** | | **3,798.50** |

**B196 Litigation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/24 | EJM | Emails re deposition notice for potentially contested issues. | 0.10 | 825.00 | 82.50 |
| 10/18/24 | SAL | Draft notice of deposition of Moelis and emails with E. Monzo re same. | 0.40 | 365.00 | 146.00 |
| 10/18/24 | BMK | Emails with team regarding upcoming depositions and strategy (.9); review draft documents (.6). | 1.50 | 790.00 | 1,185.00 |
| 10/18/24 | TCP | Emails with MJ re deposition notices of Moelis 30b6. | 0.20 | 685.00 | 137.00 |
| 10/19/24 | EJM | Review and edit to draft deposition notice related to sale; emails with co-counsel and financial advisor re topics. | 0.30 | 825.00 | 247.50 |
| 10/19/24 | SBC | Review deposition notice (.2); emails with MJ team re same (.2). | 0.40 | 390.00 | 156.00 |
| 10/19/24 | SAL | Review, revise and redline notice of deposition of Moelis, draft notice of deposition of Andrew Swift, and emails with E. Monzo. | 0.70 | 365.00 | 255.50 |
| 10/19/24 | BMK | Emails with T. Pakrouh and team and co-counsel regarding deposition notices (.8); review drafts (.6). | 1.40 | 790.00 | 1,106.00 |
| 10/19/24 | TCP | Review and revise Moelis 30b6 notice (.6); emails with MJ | 0.80 | 685.00 | 548.00 |

Matter Number:  144585-0001
12/02/24
Page 8

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | re analysis of same (.2). | | | |
| 10/20/24 | EJM | Review updated draft deposition notices and emails with co-counsel and internal team. | 0.20 | 825.00 | 165.00 |
| 10/20/24 | TCP | Emails with MJ (.1) and co-counsel (.1) re Moelis deposition issues. | 0.20 | 685.00 | 137.00 |
| 10/20/24 | BMK | Review draft notices of deposition. | 0.70 | 790.00 | 553.00 |
| 10/21/24 | SBC | Review deposition notices. | 0.20 | 390.00 | 78.00 |
| 10/21/24 | SAL | Review updated notice of rule 30(b)(6) deposition of debtors and notice deposition of Andrew Swift, draft certificates of service, and emails with E. Monzo re same. | 0.30 | 365.00 | 109.50 |
| 10/21/24 | SAL | Finalize, file, and serve notice of rule 30(b)(6) deposition of debtors and notice deposition of Andrew Swift, circulate to co-counsel, and update case calendar. | 0.50 | 365.00 | 182.50 |
| 10/21/24 | TCP | Emails with MJ re Moelis 30b6 issues. | 0.20 | 685.00 | 137.00 |
| 10/25/24 | EJM | Review deposition notice and emails with co-counsel. | 0.20 | 825.00 | 165.00 |
| 10/25/24 | DJD | Review and file notice of deposition, draft COS, email counsel for service, and update case folder. | 0.50 | 365.00 | 182.50 |
| 10/25/24 | SBC | Review deposition notice of Will Holden (.1); emails with MJ team re same (.1). | 0.20 | 390.00 | 78.00 |
| 10/25/24 | BMK | Emails with co-counsel and D. Depta regarding notices of deposition and review same. | 1.10 | 790.00 | 869.00 |
| 10/25/24 | EJM | Emails re deposition notices inquiries and discussion with case team. | 0.20 | 825.00 | 165.00 |
| 10/28/24 | SAL | Draft notice of 30(b)(6) deposition of debtors and notice of deposition of Steven Shenker and emails with S. Cerra re same. | 0.40 | 365.00 | 146.00 |
| 10/28/24 | BMK | Emails with co-counsel and parties in interest regarding depositions. | 0.40 | 790.00 | 316.00 |
| 10/29/24 | SBC | Review deposition notices (.3); emails with KD and MJ teams re same (.2). | 0.50 | 390.00 | 195.00 |
| 10/29/24 | SAL | Emails with S. Cerra re amended notice of Holden deposition and drafts of Shenker and debtor deposition notices. | 0.20 | 365.00 | 73.00 |
| 10/29/24 | SAL | Draft, file, and serve amended notice of deposition of Will Holden. | 0.40 | 365.00 | 146.00 |
| 10/29/24 | SAL | Finalize, file, and serve Notice of 30(b)(6) deposition of debtors and notice of deposition of Steven Shenker. | 0.40 | 365.00 | 146.00 |
| 10/30/24 | SBC | Review revised deposition notices (.2); emails with KD and MJ teams re same (.1). | 0.30 | 390.00 | 117.00 |
| 10/30/24 | SAL | Draft amended notice of 30(b)(6) deposition of debtors and amended notice of deposition of Steven Shenker. | 0.20 | 365.00 | 73.00 |
| 10/30/24 | SAL | Finalize, file, and serve amended notice of 30(b)(6) deposition of debtors and amended notice of deposition of Steven Shenker. | 0.40 | 365.00 | 146.00 |
| 10/30/24 | BMK | Emails with S. Lisko and co-counsel regarding deposition notices and review same. | 1.10 | 790.00 | 869.00 |
| 10/31/24 | SBC | Review Debtors objections to committee's 30(b)(6) notice. | 0.30 | 390.00 | 117.00 |
| 10/31/24 | BMK | Emails with team regarding debtors' responses to amended 30(b)(6) notice and review responses. | 0.70 | 790.00 | 553.00 |
| | | **Task Code Subtotal** | **15.60** | | **9,582.00** |

Matter Number:  144585-0001
12/02/24
Page 9

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B220 Employee Benefits/Pensions** | | | | | |
| 10/01/24 | SXR | Update research regarding benefits (1.7); email MJ re same (.1). | 1.80 | 300.00 | 540.00 |
| | | **Task Code Subtotal** | **1.80** | | **540.00** |
| **B310 Claims Administration and Objections** | | | | | |
| 10/08/24 | BMK | Emails with Debtors' counsel and co-counsel regarding certification of counsel filed regarding stipulation waiving certain POC requirements and review same. | 1.30 | 790.00 | 1,027.00 |
| | | **Task Code Subtotal** | **1.30** | | **1,027.00** |
| **B320 Plan and Disclosure Statement** | | | | | |
| 10/25/24 | SBC | Discuss objection to initial disclosure statement with KD and MJ teams. | 0.20 | 390.00 | 78.00 |
| 10/25/24 | SBC | Review sample disclosure statement objections and relevant case law. | 0.50 | 390.00 | 195.00 |
| 10/25/24 | SAL | Research recent committee objection to disclosure statement and emails with S. Cerra re same. | 0.30 | 365.00 | 109.50 |
| 10/27/24 | SBC | Review sample DS objections (.4); emails with MJ and KD teams re same (.1). | 0.50 | 390.00 | 195.00 |
| 10/28/24 | SBC | Review standing papers and objection to DS. | 0.50 | 390.00 | 195.00 |
| 10/29/24 | SBC | Review draft objection to DS. | 0.30 | 390.00 | 117.00 |
| 10/30/24 | SBC | Review final DS objection. | 0.50 | 390.00 | 195.00 |
| 10/30/24 | DJD | File objection to Solicitation motion, draft COS, email counsel for service, and update case folder. | 0.80 | 365.00 | 292.00 |
| 10/30/24 | BMK | Emails with co-counsel and D. Depta regarding draft objection to DS and filing same (.6); review draft (.7). | 1.30 | 790.00 | 1,027.00 |
| | | **Task Code Subtotal** | **4.90** | | **2,403.50** |
| | | **Sub-Total Fees:** | | | **59,833.00** |

**For Disbursements through October 31, 2024**

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 10/04/24 | Reliable Wilmington - (Transcript) 9/10/24 Hearing Transcript | 98.55 |
| 10/11/24 | Pacer Research | 30.50 |
| 10/11/24 | Working Meal - 9/10/24 - Lunch for hearing Preparation - K. Elliot E. Wilson, A. Barajas, E. Monzo, and S. Cerra | 77.00 |
| 10/15/24 | Pacer Research | 58.50 |
| **Total Disbursements** | | **264.55** |

| | |
|---|---|
| **Total Services and Disbursements this period** | **$60,097.55** |
| **Balance Due** | **$60,097.55** |