# EXHIBIT B

## Summary of Expenses – Second Monthly Compensation Period

|  | Total |
|---|---:|
| Pacer | $89.00 |
| Reliable (Transcript) | $98.55 |
| Working Meals | $77.00 |
| **TOTAL**: | **$264.55** |

17019156/1