# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Second Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From October 1, 2024 through October 31, 2024,* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was competed via electronic mail on the parties listed on the attached service list.

                                                      */s/ Eric J. Monzo*
                                                      Eric J. Monzo (DE Bar No. 5214)

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17019156/1

## Service List

Steven Shenker
Scott Canna
c/o Triple P RTS, LLC,
300 North LaSalle, Suite 1420
Chicago, IL 60654
sshenker@pppllc.com
scanna@pppllc.com

*Debtors*

Sean T. Greecher, Esq.
Allison S. Mielke, Esq.
Young Conaway Stargatt & Taylor, LLP,
Rodney Square
1000 N. King Street
Wilmington, DE 19801
sgreecher@ycst.com
amielke@ycst.com

*Counsel to the Debtors*

Benjamin A. Hackman, Esq.
The Office of the United States Trustee
for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

*United States Trustee*

Peter P. Knight Katten, Esq.
Allison E. Yager, Esq.
Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
peter.knight@katten.com
allison.yager@katten.com

and

Curtis S. Miller, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
cmiller@morrisnichols.com

*Counsel to the DIP Agent*