# EXHIBIT A

## Compensation By Category – Second Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis | 125.0 | $85,224.50 |
| Case Administration | 0.9 | $759.00 |
| Claims Analysis | 16.7 | $14,195.00 |
| Committee Member/Professional Meetings & Communications | 15.9 | $12,106.00 |
| Debtor Professional and Client Meeting | 2.3 | $1,453.00 |
| Retention and Fee Applications | 3.0 | $2,880.00 |
| Sale Process | 76.3 | $64,892.00 |
| **Totals** | 240.1 | **$181,509.50** |

17090870/1

## Timekeeper Summary – Second Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Matthew Dundon | Principal | $960.00 | 0.7 | $672.00 |
| Peter Hurwitz | Principal | $960.00 | 43.2 | $41,472.00 |
| Lee Rooney | Managing Director | $850.00 | 91.9 | $78,115.00 |
| Jennifer Ganzi | Senior Director | $755.00 | 59.1 | $44,620.50 |
| Michael Garbe | Senior Director | $700.00 | 2.0 | $1,510.00 |
| Alec Rovitz | Associate | $350.00 | 43.2 | $15,120.00 |
| | | Totals | 240.1 | $181,509.50 |
| **Blended Rate $755.97** | | | | |

# Dundon Advisers LLC - Activity Type

Date Start: 10/1/2024 | Date End: 10/31/2024 | Clients: Blink Holdings | Users: All | Matters: All | Activity Types: All | Group By: Activity Code

| Date | Client | Matter | Description | Billable Time | Billable Amount |
|---|---|---|---|---|---|
| **Business Analysis** | | | | | |
| **Alec Rovitz** | | | | | |
| 10/01/2024 | Blink Holdings | UCC | Prepare cash budget analysis | 0.70 | $245.00 |
| 10/01/2024 | Blink Holdings | UCC | Prepare cash budget presentation re: committee update | 0.40 | $140.00 |
| 10/01/2024 | Blink Holdings | UCC | Review docket re: certain limited objections to executory contracts | 0.20 | $70.00 |
| 10/01/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Rooney) re: cumulative variance results | 0.20 | $70.00 |
| 10/01/2024 | Blink Holdings | UCC | Update Committee presentation re: budget to actuals | 0.30 | $105.00 |
| 10/01/2024 | Blink Holdings | UCC | Prepare cumulative variance results | 1.10 | $385.00 |
| 10/01/2024 | Blink Holdings | UCC | Update cash flow budget analysis re: 2 week cumulative results | 1.30 | $455.00 |
| 10/01/2024 | Blink Holdings | UCC | Correspond with Dundon team re: budget to actuals summary overview | 0.20 | $70.00 |
| 10/02/2024 | Blink Holdings | UCC | Update committee presentation materials re: internal comments | 0.30 | $105.00 |
| 10/02/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Ganzi, Rooney, Hurwitz) re: outstanding work streams | 0.80 | $280.00 |
| 10/07/2024 | Blink Holdings | UCC | Review proposed sale order re: docket updates | 0.30 | $105.00 |
| 10/07/2024 | Blink Holdings | UCC | Correspond with Dundon team re: cure amounts | 0.10 | $35.00 |
| 10/07/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Rooney) re: TSA issues | 0.40 | $140.00 |
| 10/08/2024 | Blink Holdings | UCC | Correspond with Dundon team re: TSA notes | 0.10 | $35.00 |
| 10/08/2024 | Blink Holdings | UCC | Prepare committee presentation re: cash flow budget | 1.10 | $385.00 |
| 10/08/2024 | Blink Holdings | UCC | Analyze cash flow budget re: budget to actuals | 0.60 | $210.00 |
| 10/10/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Ganzi, Rooney, Hurwitz) re: TSA analysis | 0.70 | $245.00 |
| 10/10/2024 | Blink Holdings | UCC | Review debt sources and uses re: 2018 -2024 | 0.20 | $70.00 |
| 10/10/2024 | Blink Holdings | UCC | Review non-assumed locations 4-wall EBITDA figures | 0.10 | $35.00 |
| 10/10/2024 | Blink Holdings | UCC | Review committee global issues list re: open diligence items | 0.20 | $70.00 |
| 10/10/2024 | Blink Holdings | UCC | Analyze update sources and uses analysis re: equinox debt characterization | 0.20 | $70.00 |
| 10/10/2024 | Blink Holdings | UCC | Review form TSA in APA re: suggested duration length | 0.30 | $105.00 |
| 10/10/2024 | Blink Holdings | UCC | Analyze TSA budget re: 2024 B2A | 0.20 | $70.00 |
| 10/10/2024 | Blink Holdings | UCC | Review historical TSA invoices paid | 0.30 | $105.00 |
| 10/10/2024 | Blink Holdings | UCC | Analyze intercompany loans balances | 0.10 | $35.00 |
| 10/10/2024 | Blink Holdings | UCC | Review received TSA answers re: Debtors TSA diligence question list | 0.30 | $105.00 |
| 10/10/2024 | Blink Holdings | UCC | Analyze TSA budget re: implied pricing | 0.40 | $140.00 |
| 10/10/2024 | Blink Holdings | UCC | Review Debtors supplemental TSA analysis re: corporate costs | 0.30 | $105.00 |
| 10/10/2024 | Blink Holdings | UCC | Review updates correspondence and TSA analysis from Dundon team re: internal comments | 0.50 | $175.00 |
| 10/10/2024 | Blink Holdings | UCC | Review yearly TSA budgets / Savings | 0.40 | $140.00 |
| 10/10/2024 | Blink Holdings | UCC | Review TSA utilization by brand analysis | 0.20 | $70.00 |
| 10/10/2024 | Blink Holdings | UCC | Analyze cash flow budget forecast re: update cumulative variance | 0.30 | $105.00 |
| 10/10/2024 | Blink Holdings | UCC | Prepare cash flow budget presentation re: budget to actuals | 0.70 | $245.00 |
| 10/11/2024 | Blink Holdings | UCC | Review Debtors sale order re: docket review | 0.30 | $105.00 |
| 10/14/2024 | Blink Holdings | UCC | Review limited objections re: docket review | 0.20 | $70.00 |
| 10/14/2024 | Blink Holdings | UCC | Review historical TSA invoices | 0.10 | $35.00 |
| 10/15/2024 | Blink Holdings | UCC | Participate in internal working session with Dundon team re: outstanding TSA issues | 1.80 | $630.00 |
| 10/16/2024 | Blink Holdings | UCC | Prepare and review TSA support re: questions for Debtors | 2.10 | $735.00 |
| 10/20/2024 | Blink Holdings | UCC | Analyze cash flow budget analysis and prepare committee presentation | 0.90 | $315.00 |
| 10/21/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Rooney) re: sales update | 0.20 | $70.00 |
| 10/21/2024 | Blink Holdings | UCC | Update cash flow budget analysis | 0.10 | $35.00 |
| 10/21/2024 | Blink Holdings | UCC | Review filed combined disclosure statement | 1.30 | $455.00 |
| 10/21/2024 | Blink Holdings | UCC | Correspond with Dundon team re: deposition questions | 0.10 | $35.00 |

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/21/2024 | Blink Holdings | UCC | Review data room contents re: confounding financial information | 1.80 | $630.00 |
| 10/21/2024 | Blink Holdings | UCC | Review blink limited objection response | 0.20 | $70.00 |
| 10/21/2024 | Blink Holdings | UCC | Review first amended APA | 0.20 | $70.00 |
| 10/21/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Rooney) re: deposition questions | 0.50 | $175.00 |
| 10/22/2024 | Blink Holdings | UCC | Analyze bankruptcy claim amounts re: secured / unsecured claims | 1.20 | $420.00 |
| 10/22/2024 | Blink Holdings | UCC | Review draft Dundon declaration In support of Committee sale objection | 0.20 | $70.00 |
| 10/22/2024 | Blink Holdings | UCC | Review Debtors response to Committee TSA diligence requests | 0.30 | $105.00 |
| 10/22/2024 | Blink Holdings | UCC | Analyze SOFA/SOAL data re: TSA invoices and payments to Equinox | 0.80 | $280.00 |
| 10/22/2024 | Blink Holdings | UCC | Juxtapose Debtors updated financial model to old model | 0.20 | $70.00 |
| 10/22/2024 | Blink Holdings | UCC | Research portage cases re: ported TSA in sales processes | 2.40 | $840.00 |
| 10/22/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Rooney) re: declaration redline | 0.10 | $35.00 |
| 10/22/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Hurwitz) re: precedent TSA cases | 0.10 | $35.00 |
| 10/22/2024 | Blink Holdings | UCC | Correspond with Dundon team re: operating loss | 0.10 | $35.00 |
| 10/23/2024 | Blink Holdings | UCC | Review committee objection to sale motion | 0.80 | $280.00 |
| 10/27/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Rooney) re: cash analysis | 0.20 | $70.00 |
| 10/27/2024 | Blink Holdings | UCC | Review Dundon bid overview presentation | 0.20 | $70.00 |
| 10/27/2024 | Blink Holdings | UCC | Review Swift deposition re: transcripts | 1.80 | $630.00 |
| 10/27/2024 | Blink Holdings | UCC | Review supreme bid documents and APA | 1.40 | $490.00 |
| 10/28/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Rooney) re: claims pool | 0.50 | $175.00 |
| 10/28/2024 | Blink Holdings | UCC | Review claims pool calculation correspondence from Dundon team re: internal comments | 0.20 | $70.00 |
| 10/28/2024 | Blink Holdings | UCC | Analyze claims pool re: remaining cash | 1.20 | $420.00 |
| 10/28/2024 | Blink Holdings | UCC | Review data room contents re: contracts | 0.40 | $140.00 |
| 10/28/2024 | Blink Holdings | UCC | Review motionsoft contract | 0.30 | $105.00 |
| 10/29/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Ganzi) re: sales auction | 0.20 | $70.00 |
| 10/29/2024 | Blink Holdings | UCC | Review Committee disclosure statement objection | 0.20 | $70.00 |
| 10/29/2024 | Blink Holdings | UCC | Review Committee standing motion draft re: complaint | 0.50 | $175.00 |
| 10/29/2024 | Blink Holdings | UCC | Review Committee standing motion draft re: exhibit | 0.40 | $140.00 |
| 10/29/2024 | Blink Holdings | UCC | Review TSA question correspondence re: Debtor answers | 0.30 | $105.00 |
| 10/29/2024 | Blink Holdings | UCC | Review redlined PlanetFitness APA re: revised lease/location language | 0.30 | $105.00 |
| 10/30/2024 | Blink Holdings | UCC | Review Equinox response to committee objections | 0.20 | $70.00 |
| 10/30/2024 | Blink Holdings | UCC | Review committee fee application | 0.10 | $35.00 |
| 10/30/2024 | Blink Holdings | UCC | Analyze cash budget re: undrawn DIP / ending cash amounts | 0.40 | $140.00 |
| 10/30/2024 | Blink Holdings | UCC | Correspond with Dundon team re: estate cash | 0.10 | $35.00 |
| 10/30/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Rooney) re: cash | 0.20 | $70.00 |
| 10/30/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Ganzi) re: claims pool | 0.20 | $70.00 |
| | | | **Totals Amounts for User Alec Rovitz** | **38.80** | **$13,580.00** |

**Jennifer Ganzi**

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/2024 | Blink Holdings | UCC | Continued Sources and Uses analysis. | 0.30 | $226.50 |
| 10/01/2024 | Blink Holdings | UCC | Analysis of TSA payments, both on a per employee basis and on a year over year basis. | 1.40 | $1,057.00 |
| 10/02/2024 | Blink Holdings | UCC | Response to questions about store level profitability; analyzed store count to find those most likely to close. | 0.20 | $151.00 |
| 10/02/2024 | Blink Holdings | UCC | Internal Dundon Team meeting to review Sources and Uses Analysis and TSA Analysis to understand findings and figure out next iteration. | 0.70 | $528.50 |
| 10/02/2024 | Blink Holdings | UCC | Iterated on Sources & Uses analysis with added financial metrics. | 1.20 | $906.00 |
| 10/03/2024 | Blink Holdings | UCC | Crafted email response awaiting to UCC Counsel's questions, sent around internally for review. | 0.20 | $151.00 |
| 10/07/2024 | Blink Holdings | UCC | Discussion with Lee on TSA analysis. | 0.90 | $679.50 |
| 10/07/2024 | Blink Holdings | UCC | Updated TSA analysis via adding in new analyses with respect to the delta between budget and updated cost estimates. | 2.10 | $1,585.50 |
| 10/08/2024 | Blink Holdings | UCC | Updated TSA comparable analysis after our call with Debtors' FA to reflect new information given. | 1.80 | $1,359.00 |

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/09/2024 | Blink Holdings | UCC | Updated TSA analysis based upon our call with UCC Counsel, which wanted us to provide different scenarios and how it would impact the overall business. | 1.70 | $1,283.50 |
| 10/09/2024 | Blink Holdings | UCC | Discussion with Lee on existing TSA analysis and materials provided, as well as existing/potential scenario analysis. | 1.50 | $1,132.50 |
| 10/09/2024 | Blink Holdings | UCC | Based upon phone conversation with Lee, added additional scenario TSA analyses (on top of what already prepared for UCC Counsel). | 2.10 | $1,585.50 |
| 10/09/2024 | Blink Holdings | UCC | Reviewed TSA scenario analysis with Lee, in order to ascertain if there was a way to legally show that TSA was overpriced / too expensive. | 0.90 | $679.50 |
| 10/10/2024 | Blink Holdings | UCC | Call with Lee to discuss strategic options. | 0.50 | $377.50 |
| 10/10/2024 | Blink Holdings | UCC | Final review of TSA costs and TSA comparable company costs. | 0.30 | $226.50 |
| 10/10/2024 | Blink Holdings | UCC | Analyze new financial information sent over by Debtors' FA. | 0.90 | $679.50 |
| 10/10/2024 | Blink Holdings | UCC | Dundon Team discussion around the strategy related to how the TSA payments. | 0.70 | $528.50 |
| 10/14/2024 | Blink Holdings | UCC | Analyzed historical annual TSA costs | 1.30 | $981.50 |
| 10/14/2024 | Blink Holdings | UCC | Cold calling outreach of various payment processors to see what sort of pricing Blink coulud get in open market vs what was implied by the TSA. | 2.20 | $1,661.00 |
| 10/15/2024 | Blink Holdings | UCC | Call with Lee and later Alec on various items related to the TSA analysis, as well as on specific details of what may or may not have been provided to us, what we still need, etc.; came up with question list during call outlining next asks. | 1.80 | $1,359.00 |
| 10/17/2024 | Blink Holdings | UCC | Reviewed email with question list for Debtors FA. | 0.30 | $226.50 |
| 10/18/2024 | Blink Holdings | UCC | Discussion with Lee about TSA email to Debtors Counsel. | 0.20 | $151.00 |
| 10/18/2024 | Blink Holdings | UCC | As per Lee's request, summarized cash inflow & outflows related to Equinox. | 1.10 | $830.50 |
| 10/21/2024 | Blink Holdings | UCC | Review of objection motion numbers. | 0.30 | $226.50 |
| 10/21/2024 | Blink Holdings | UCC | At Lee's request, went through all significant financial documents again to find abnormalities, and reported relevant findings. | 4.20 | $3,171.00 |
| 10/22/2024 | Blink Holdings | UCC | Review findings on financial abnormalities with Lee. | 0.90 | $679.50 |
| | | | **Totals Amounts for User Jennifer Ganzi** | **29.70** | **$22,423.50** |
| **Lee Rooney** | | | | | |
| 10/01/2024 | Blink Holdings | UCC | TSA comp analysis | 2.10 | $1,785.00 |
| 10/02/2024 | Blink Holdings | UCC | Preparation for the weekly committee meeting | 0.60 | $510.00 |
| 10/02/2024 | Blink Holdings | UCC | Telecon with P. Hurwitz, J. Ganzi, and A. Rovitz re: TSA / debt buildup | 0.80 | $680.00 |
| 10/02/2024 | Blink Holdings | UCC | Telelcon with P. Hurwitz, A. Rovitz re: comparable transactions with TSA | 0.90 | $765.00 |
| 10/04/2024 | Blink Holdings | UCC | Telecon with A. Barajas re: TSA analysis | 0.30 | $255.00 |
| 10/07/2024 | Blink Holdings | UCC | Review of TSA contract, amendments | 1.40 | $1,190.00 |
| 10/07/2024 | Blink Holdings | UCC | Analysis of TSA financials | 3.20 | $2,720.00 |
| 10/07/2024 | Blink Holdings | UCC | Telecon with J. Ganzi re: tsa payments | 0.90 | $765.00 |
| 10/08/2024 | Blink Holdings | UCC | Telecon with PPP re: TSA | 0.80 | $680.00 |
| 10/08/2024 | Blink Holdings | UCC | Telecon with J. Ganzi and P. Hurwitz re: TSA | 1.00 | $850.00 |
| 10/08/2024 | Blink Holdings | UCC | TSA economics analysis cont'd | 2.40 | $2,040.00 |
| 10/09/2024 | Blink Holdings | UCC | Analysis of TSA with telecon to J. Ganzi | 1.30 | $1,105.00 |
| 10/09/2024 | Blink Holdings | UCC | Telecon with A. Barajas re: TSA analysis | 0.40 | $340.00 |
| 10/09/2024 | Blink Holdings | UCC | TSA analysis continued, PPP deck | 2.80 | $2,380.00 |
| 10/10/2024 | Blink Holdings | UCC | Telecon with P. Hurwitz, A. Rovitz, and J. Ganzi re: TSA | 0.70 | $595.00 |
| 10/10/2024 | Blink Holdings | UCC | Analysis of Equinox TSA invoices | 2.50 | $2,125.00 |
| 10/10/2024 | Blink Holdings | UCC | Drafting of TSA summary for counsel | 2.20 | $1,870.00 |
| 10/10/2024 | Blink Holdings | UCC | Telecon with P. Hurwitz re: TSA analysis submission and committee deck | 0.60 | $510.00 |
| 10/10/2024 | Blink Holdings | UCC | Telecon with J. Ganzi re: Debtors' historical financials | 0.80 | $680.00 |
| 10/11/2024 | Blink Holdings | UCC | Telecon with A. Barajas re: TSA | 0.40 | $340.00 |
| 10/15/2024 | Blink Holdings | UCC | Telecon with Committee Counsel re: TSA | 1.20 | $1,020.00 |
| 10/15/2024 | Blink Holdings | UCC | Telecon with financial budgets with J. Ganzi and A. Rovitz | 1.80 | $1,530.00 |
| 10/16/2024 | Blink Holdings | UCC | Telecon with E. Wilson, P. Hurwitz, and others re: sales process, TSA | 0.60 | $510.00 |
| 10/17/2024 | Blink Holdings | UCC | Equinox contracts with clarifying questions | 2.30 | $1,955.00 |

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/17/2024 | Blink Holdings | UCC | Telecon with S. Canna and P. Hurwitz | 0.50 | $425.00 |
| 10/17/2024 | Blink Holdings | UCC | Telecon with P. Hurwitz re: BofA reserve | 0.40 | $340.00 |
| 10/17/2024 | Blink Holdings | UCC | Telecon with M. Garbe re: general ledger discussion | 0.30 | $255.00 |
| 10/18/2024 | Blink Holdings | UCC | Review of Equinox invoices | 1.20 | $1,020.00 |
| 10/18/2024 | Blink Holdings | UCC | Review of Varagon loan documents | 1.50 | $1,275.00 |
| 10/20/2024 | Blink Holdings | UCC | Telecon with S. Canna (Portage) re: general ledger and TSA balances | 0.20 | $170.00 |
| 10/20/2024 | Blink Holdings | UCC | Telecon with K. Elliot re: Committee Objection | 0.20 | $170.00 |
| 10/20/2024 | Blink Holdings | UCC | Telecon with M. Garbe re: general ledger | 0.10 | $85.00 |
| 10/20/2024 | Blink Holdings | UCC | Deposition preparation | 1.90 | $1,615.00 |
| 10/20/2024 | Blink Holdings | UCC | Review of debtors' transaction register | 2.10 | $1,785.00 |
| 10/21/2024 | Blink Holdings | UCC | Telecon with M. Garbe re: general ledger | 0.30 | $255.00 |
| 10/21/2024 | Blink Holdings | UCC | Telecon with M. Garbe re: transaction register | 0.90 | $765.00 |
| 10/21/2024 | Blink Holdings | UCC | Telecon with M. Garbe: transaction register (cont'd) | 0.30 | $255.00 |
| | | | **Totals Amounts for User Lee Rooney** | **41.90** | **$35,615.00** |
| **Matthew Dundon** | | | | | |
| 10/22/2024 | Blink Holdings | UCC | Review and discuss P. Hurwitz declaration | 0.40 | $384.00 |
| | | | **Totals Amounts for User Matthew Dundon** | **0.40** | **$384.00** |
| **Michael Garbe** | | | | | |
| 10/17/2024 | Blink Holdings | UCC | Call with Lee to discuss nature of combined General Ledger as used by Blink and all it related entities. | 0.30 | $226.50 |
| 10/20/2024 | Blink Holdings | UCC | Call from Lee to discuss combined General Ledger issues and disposition of loan proceeds. | 0.20 | $151.00 |
| 10/21/2024 | Blink Holdings | UCC | Receive and review August transaction file, call with Peter and Lee to discuss findings. | 0.50 | $377.50 |
| 10/21/2024 | Blink Holdings | UCC | Call with Lee to further discuss analysis of combined General Ledger and methods to determine income and expense by subsidiaries. | 0.50 | $377.50 |
| 10/21/2024 | Blink Holdings | UCC | Call with Lee to finalize analysis and treatment of combined General Ledger and accountings for subsidiaries. | 0.50 | $377.50 |
| | | | **Totals Amounts for User Michael Garbe** | **2.00** | **$1,510.00** |
| **Peter Hurwitz** | | | | | |
| 10/02/2024 | Blink Holdings | UCC | Telecon L. Rooney, J. Ganzi, and A. Rovitz re: debt buildup | 0.80 | $768.00 |
| 10/02/2024 | Blink Holdings | UCC | Telecon L. Rooney, A. Rovitz re: TSA comparable transaction analysis | 0.90 | $864.00 |
| 10/08/2024 | Blink Holdings | UCC | Telecon KDW, Dundon re: services agreement analysis and case workflows update | 0.80 | $768.00 |
| 10/08/2024 | Blink Holdings | UCC | Review TSA analysis, telecon Dundon re: same | 1.00 | $960.00 |
| 10/10/2024 | Blink Holdings | UCC | Telecon L. Rooney, A. Rovitz, J. Ganzi re: TSA analysis | 0.70 | $672.00 |
| 10/10/2024 | Blink Holdings | UCC | Detailed review Equinox invoices, materials from Portage, TSA and amendments | 2.00 | $1,920.00 |
| 10/10/2024 | Blink Holdings | UCC | Telecon L. Rooney re: analysis of Equinox invoices, materials from Portage, TSA and amendments and presentation materials of same | 0.60 | $576.00 |
| 10/11/2024 | Blink Holdings | UCC | Telecon KDW (E. Wilson) re: preparation for debtors discussion | 0.60 | $576.00 |
| 10/11/2024 | Blink Holdings | UCC | Telecon Young Conaway (M. Nestor), Huron (S. Shenker), KDW (E. Wilson) re: settlement discussion | 0.80 | $768.00 |
| 10/11/2024 | Blink Holdings | UCC | Follow up telecon KDW (E. Wilson) re: settlement discussion | 0.20 | $192.00 |
| 10/15/2024 | Blink Holdings | UCC | Telecon KDW, L. Rooney re: analysis of Equinox invoices, materials from Portage, TSA and amendments | 1.20 | $1,152.00 |
| 10/17/2024 | Blink Holdings | UCC | Telecon Portage (S. Canna), L. Rooney re: TSA and amendments | 0.50 | $480.00 |
| 10/17/2024 | Blink Holdings | UCC | Telecon L. Rooney re: BofA reserve | 0.40 | $384.00 |
| 10/18/2024 | Blink Holdings | UCC | Telecon Portage (S. Canna) re: BofA reserve | 0.50 | $480.00 |
| 10/25/2024 | Blink Holdings | UCC | Telecon Dundon, Portage (no show) re: ELA diligence | 0.20 | $192.00 |
| 10/25/2024 | Blink Holdings | UCC | Telecon L. Rooney re: ELA diligence | 0.50 | $480.00 |
| 10/25/2024 | Blink Holdings | UCC | Telecons KDW (E. Wilson) re: ELA analysis and communications with Portage, Moleis | 0.50 | $480.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **12.20** | **$11,712.00** |
| | | | **Totals Amounts for Activity Type Business Analysis** | **125.00** | **$85,224.50** |

| Case Administration | | | | | | |
|---|---|---|---|---|---|---|
| **Alec Rovitz** | | | | | | |
| 10/07/2024 | Blink Holdings | UCC | Correspond with Dundon team re: objection deadlines | | 0.10 | $35.00 |
| | | | **Totals Amounts for User Alec Rovitz** | | **0.10** | **$35.00** |
| **Lee Rooney** | | | | | | |
| 10/22/2024 | Blink Holdings | UCC | Telecon with P. Hurwitz re: declaration review | | 0.40 | $340.00 |
| | | | **Totals Amounts for User Lee Rooney** | | **0.40** | **$340.00** |
| **Peter Hurwitz** | | | | | | |
| 10/22/2024 | Blink Holdings | UCC | Telecon L. Rooney re: declaration review | | 0.40 | $384.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | | **0.40** | **$384.00** |
| | | | **Totals Amounts for Activity Type Case Administration** | | **0.90** | **$759.00** |
| **Claims Analysis** | | | | | | |
| **Jennifer Ganzi** | | | | | | |
| 10/17/2024 | Blink Holdings | UCC | Perusal of Plan of Reorganization to check to see what claims were included in GUC pool, & then reverted to Dundon Team to share info. | | 0.10 | $75.50 |
| 10/26/2024 | Blink Holdings | UCC | Analyzed claims files sent by Epic, as well as other documents in data room, get an estimate of the claims pool, as how that might fit into the Bid Model. | | 4.30 | $3,246.50 |
| | | | **Totals Amounts for User Jennifer Ganzi** | | **4.40** | **$3,322.00** |
| **Lee Rooney** | | | | | | |
| 10/07/2024 | Blink Holdings | UCC | Telecon with A. Rovitz re: upcoming hearings/ case dealines | | 0.30 | $255.00 |
| 10/26/2024 | Blink Holdings | UCC | Review of claims, reduction of duplicate claims | | 2.30 | $1,955.00 |
| 10/26/2024 | Blink Holdings | UCC | Review of lease rejection damages | | 2.70 | $2,295.00 |
| 10/26/2024 | Blink Holdings | UCC | Telecon with P. Hurwitz re: claims analysis | | 0.60 | $510.00 |
| 10/26/2024 | Blink Holdings | UCC | Telecon with J. Ganzi re: claims analysis process | | 0.80 | $680.00 |
| 10/27/2024 | Blink Holdings | UCC | Creation of claims figures | | 1.30 | $1,105.00 |
| 10/27/2024 | Blink Holdings | UCC | Telecon with P. Hurwitz re: claims process | | 0.50 | $425.00 |
| | | | **Totals Amounts for User Lee Rooney** | | **8.50** | **$7,225.00** |
| **Peter Hurwitz** | | | | | | |
| 10/26/2024 | Blink Holdings | UCC | Telecon with L. Rooney re: claims analysis | | 0.60 | $576.00 |
| 10/26/2024 | Blink Holdings | UCC | Analysis of claims pool and potential lease rejection damages | | 1.50 | $1,440.00 |
| 10/26/2024 | Blink Holdings | UCC | Telecon L. Rooney re: analysis of claims pool and potential lease rejection damages | | 0.60 | $576.00 |
| 10/26/2024 | Blink Holdings | UCC | Review of claims pool analyis, telecon L. Rooney re: same | | 0.60 | $576.00 |
| 10/27/2024 | Blink Holdings | UCC | Telecon with L. Rooney re: claims process | | 0.50 | $480.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | | **3.80** | **$3,648.00** |
| | | | **Totals Amounts for Activity Type Claims Analysis** | | **16.70** | **$14,195.00** |
| **Committee Member/Professional Meetings & Communications** | | | | | | |
| **Alec Rovitz** | | | | | | |
| 10/01/2024 | Blink Holdings | UCC | Participate on weekly UCC professionals call re: case update | | 0.60 | $210.00 |
| 10/08/2024 | Blink Holdings | UCC | Participate on call with counsel and Dundon team re: TSA (partial) | | 0.40 | $140.00 |
| 10/11/2024 | Blink Holdings | UCC | Participate on call with Dundon team, counsel, UCC re: weekly update (Partial) | | 0.50 | $175.00 |
| 10/16/2024 | Blink Holdings | UCC | Participate on call with Committee member and counsel re: case update | | 0.50 | $175.00 |
| 10/21/2024 | Blink Holdings | UCC | Participate on weekly UCC call re: case update | | 0.40 | $140.00 |
| 10/21/2024 | Blink Holdings | UCC | Participate on call with Dundon team and Counsel re: Moelis deposition | | 0.70 | $245.00 |
| | | | **Totals Amounts for User Alec Rovitz** | | **3.10** | **$1,085.00** |
| **Jennifer Ganzi** | | | | | | |
| 10/01/2024 | Blink Holdings | UCC | Weekly meeting with UCC Counsel Team to discuss case strategy. | | 0.60 | $453.00 |
| 10/08/2024 | Blink Holdings | UCC | Call with UCC Counsel and Dundon Team. | | 0.70 | $528.50 |
| 10/15/2024 | Blink Holdings | UCC | Weekly call between Dundon and UCC Counsel; short this week. | | 0.10 | $75.50 |

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/21/2024 | Blink Holdings | UCC | Call between Dundon and UCC Counsel. | 0.80 | $604.00 |
| 10/24/2024 | Blink Holdings | UCC | Call with UCC Counsel to discuss sale process and other strategic options | 0.60 | $453.00 |
| | | | **Totals Amounts for User Jennifer Ganzi** | **2.80** | **$2,114.00** |
| **Lee Rooney** | | | | | |
| 10/02/2024 | Blink Holdings | UCC | Participated in the weekly committee meeting with E. Wilson, K. Elliot, and others | 0.60 | $510.00 |
| 10/08/2024 | Blink Holdings | UCC | Participated in the weekly committee meeting with E. Wilson, K. Elliot, and others | 0.70 | $595.00 |
| 10/10/2024 | Blink Holdings | UCC | Telecon with A. Barajas and K. Elliot re: diligence issues | 0.70 | $595.00 |
| 10/17/2024 | Blink Holdings | UCC | Telecon with P. Hurwitz, E. Wilson, and K. Elliot re: payment processor reserve | 0.30 | $255.00 |
| 10/17/2024 | Blink Holdings | UCC | Attended call with Debtor/Committee Professionals | 0.20 | $170.00 |
| 10/21/2024 | Blink Holdings | UCC | Telecon with Kelley Drye to discuss deposition | 0.80 | $680.00 |
| 10/25/2024 | Blink Holdings | UCC | Presented in the committee meeting with E. Wilson, P. Hurwitz, and others | 0.80 | $680.00 |
| 10/28/2024 | Blink Holdings | UCC | Travel to auction (4.4) billed at half actual time | 2.20 | $1,870.00 |
| | | | **Totals Amounts for User Lee Rooney** | **6.30** | **$5,355.00** |
| **Peter Hurwitz** | | | | | |
| 10/02/2024 | Blink Holdings | UCC | Participated on periodic committee telecon with E. Wilson, K. Elliot, and others | 0.60 | $576.00 |
| 10/08/2024 | Blink Holdings | UCC | Participated on periodic committee telecon with E. Wilson, K. Elliot, and others | 0.70 | $672.00 |
| 10/08/2024 | Blink Holdings | UCC | Telecon KDW (E. Wilson, and K. Elliot), L. Rooney re: payment processor reserve | 0.30 | $288.00 |
| 10/11/2024 | Blink Holdings | UCC | Participate on periodic UCC telecon | 0.90 | $864.00 |
| 10/17/2024 | Blink Holdings | UCC | Telecon Debtors professionals, KDW (E. Wilson, and K. Elliot), L. Rooney re: various case issues | 0.30 | $288.00 |
| 10/25/2024 | Blink Holdings | UCC | Present and participate on the periodic UCC telecon | 0.90 | $864.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **3.70** | **$3,552.00** |
| | | | **Totals Amounts for Activity Type Committee Member/Professional Meetings & Communications** | **15.90** | **$12,106.00** |
| **Debtor Professional and Client Meeting** | | | | | |
| **Alec Rovitz** | | | | | |
| 10/08/2024 | Blink Holdings | UCC | Participate on call with Dundon team and Portage re: TSA issues | 0.70 | $245.00 |
| | | | **Totals Amounts for User Alec Rovitz** | **0.70** | **$245.00** |
| **Jennifer Ganzi** | | | | | |
| 10/07/2024 | Blink Holdings | UCC | Call with Debtors' FA. | 0.10 | $75.50 |
| 10/08/2024 | Blink Holdings | UCC | Call with PPP and Moelis on questions related to TSA analysis. | 0.70 | $528.50 |
| 10/14/2024 | Blink Holdings | UCC | Weekly call between Dundon Team and Debtors FA. | 0.30 | $226.50 |
| 10/24/2024 | Blink Holdings | UCC | Call with Debtors FA to update on sale process. | 0.50 | $377.50 |
| | | | **Totals Amounts for User Jennifer Ganzi** | **1.60** | **$1,208.00** |
| | | | **Totals Amounts for Activity Type Debtor Professional and Client Meeting** | **2.30** | **$1,453.00** |
| **Retention and Fee Applications** | | | | | |
| **Peter Hurwitz** | | | | | |
| 10/30/2024 | Blink Holdings | UCC | Prepare and finalize first monthly fee application | 3.00 | $2,880.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **3.00** | **$2,880.00** |
| | | | **Totals Amounts for Activity Type Retention and Fee Applications** | **3.00** | **$2,880.00** |
| **Sales Process** | | | | | |
| **Alec Rovitz** | | | | | |
| 10/07/2024 | Blink Holdings | UCC | Participate on call with Debtors re: sales process update | 0.10 | $35.00 |
| 10/14/2024 | Blink Holdings | UCC | Participate on call with Moelis, Portage, and Dundon team re: sales process update | 0.40 | $140.00 |
| | | | **Totals Amounts for User Alec Rovitz** | **0.50** | **$175.00** |
| **Jennifer Ganzi** | | | | | |

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/24/2024 | Blink Holdings | UCC | Started putting together Auction Model | 4.20 | $3,171.00 |
| 10/24/2024 | Blink Holdings | UCC | Call with Lee to go over how to put together Auction Model. | 0.80 | $604.00 |
| 10/25/2024 | Blink Holdings | UCC | UCC Committee call on Sale Process. | 0.80 | $604.00 |
| 10/25/2024 | Blink Holdings | UCC | Reviewed model with Lee. | 0.50 | $377.50 |
| 10/25/2024 | Blink Holdings | UCC | Finished up Auction Model. | 2.70 | $2,038.50 |
| 10/27/2024 | Blink Holdings | UCC | Performed scenario analysis for claims pool under different bid scenarios. | 0.80 | $604.00 |
| 10/28/2024 | Blink Holdings | UCC | Participated with other UCC Professionals (Kelley Drye and Peter and Lee from Dundon) in first day of Blink Auction, including (among other things) updating Blink Sale model in real time. | 10.20 | $7,701.00 |
| 10/29/2024 | Blink Holdings | UCC | Updated Blink Sale Model for latest results this past morning. | 0.60 | $453.00 |
| | | | **Totals Amounts for User Jennifer Ganzi** | **20.60** | **$15,553.00** |
| **Lee Rooney** | | | | | |
| 10/11/2024 | Blink Holdings | UCC | Telecon with Moelis with P. Hurwitz re: sale process | 0.30 | $255.00 |
| 10/14/2024 | Blink Holdings | UCC | Telecon with Moelis re: sale process | 0.40 | $340.00 |
| 10/15/2024 | Blink Holdings | UCC | Telecon with Moelis re: sale process, timeline with P. Hurwitz | 0.40 | $340.00 |
| 10/21/2024 | Blink Holdings | UCC | Telecon with P. Hurwitz, Moelis re: sale process | 0.30 | $255.00 |
| 10/21/2024 | Blink Holdings | UCC | Review of Sale Objection | 1.20 | $1,020.00 |
| 10/25/2024 | Blink Holdings | UCC | Telecon with J. Ganzi re: Auction Model | 0.80 | $680.00 |
| 10/27/2024 | Blink Holdings | UCC | Drafting / review of auction model | 2.10 | $1,785.00 |
| 10/28/2024 | Blink Holdings | UCC | Participated in the auction with E. Wilson, P. Hurwitz and others | 12.50 | $10,625.00 |
| 10/29/2024 | Blink Holdings | UCC | Participated in the auction with E. Wilson, M. Nestor, and others | 8.30 | $7,055.00 |
| 10/30/2024 | Blink Holdings | UCC | Participated in the auction | 6.10 | $5,185.00 |
| 10/30/2024 | Blink Holdings | UCC | Travel from auction (4.8) billed at half actual time | 2.40 | $2,040.00 |
| | | | **Totals Amounts for User Lee Rooney** | **34.80** | **$29,580.00** |
| **Matthew Dundon** | | | | | |
| 10/27/2024 | Blink Holdings | UCC | Objection strategy and tactics discussion between P. Hurwitz and M. Dundon. | 0.30 | $288.00 |
| | | | **Totals Amounts for User Matthew Dundon** | **0.30** | **$288.00** |
| **Peter Hurwitz** | | | | | |
| 10/11/2024 | Blink Holdings | UCC | Telecon Moelis, L. Rooney re: sales process update | 0.50 | $480.00 |
| 10/14/2024 | Blink Holdings | UCC | Telecon KDW (K. Elliott) re: sales process update | 0.50 | $480.00 |
| 10/15/2024 | Blink Holdings | UCC | Telecon (K. Elliott, E. Wilson), L. Rooney re: sales process tiimeline | 0.50 | $480.00 |
| 10/15/2024 | Blink Holdings | UCC | Telecon Moelis (A. Walker), L. Rooney re: sales process tiimeline | 0.60 | $576.00 |
| 10/15/2024 | Blink Holdings | UCC | Telecon L. Rooney re: sales process timeline | 0.70 | $672.00 |
| 10/16/2024 | Blink Holdings | UCC | Telecon E. Wilson re: sales process timeline | 0.50 | $480.00 |
| 10/16/2024 | Blink Holdings | UCC | Telecon Moelis (A. Swift) re: sales process timeline | 0.50 | $480.00 |
| 10/16/2024 | Blink Holdings | UCC | Telecon Olsham, KDW re: sales process timeline | 0.50 | $480.00 |
| 10/21/2024 | Blink Holdings | UCC | Telecon Moelis, L. Rooney re: sales process update | 0.40 | $384.00 |
| 10/21/2024 | Blink Holdings | UCC | Review sale objections | 0.70 | $672.00 |
| 10/26/2024 | Blink Holdings | UCC | Telecon L. Rooney re: auction process preparation | 0.50 | $480.00 |
| 10/26/2024 | Blink Holdings | UCC | Review auction model | 0.50 | $480.00 |
| 10/27/2024 | Blink Holdings | UCC | Objection strategy and tactics discussion between P. Hurwitz and M. Dundon. | 0.30 | $288.00 |
| 10/28/2024 | Blink Holdings | UCC | Partcipate in auction process at Moelis offices | 8.80 | $8,448.00 |
| 10/28/2024 | Blink Holdings | UCC | Telecons and updates L. Rooney re: auction process at Moelis offices | 1.50 | $1,440.00 |
| 10/29/2024 | Blink Holdings | UCC | Telecons and updates L. Rooney re: auction process at Moelis offices | 1.50 | $1,440.00 |
| 10/29/2024 | Blink Holdings | UCC | Auction process and updates | 0.80 | $768.00 |
| 10/30/2024 | Blink Holdings | UCC | Auction process and updates | 0.80 | $768.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **20.10** | **$19,296.00** |
| | | | **Totals Amounts for Activity Type Sales Process** | **76.30** | **$64,892.00** |
| | | | **Grand Total** | **240.10** | **$181,509.50** |