# EXHIBIT B

Summary of Expenses - Second Monthly Compensation Period

| Date | Description | Amount |
|---|---|---|
| 28-Oct | Uber Home - Train Station (0424 - 0500) | $ 65.24 |
| 28-Oct | Train BOS - NYC | 424.00 |
| 28-Oct | Uber 399 Park Ave - 27-03 43rd Ave, Long Island (2320 - 0000) | 59.27 |
| 28-Oct | Hotel Hyatt Place Long Island (27-03 43rd Ave, Long Island) | 266.28 |
| 28-Oct | Metronorth RR | 14.50 |
| 28-Oct | Uber to and from Auction | 100.38 |
| 29-Oct | Uber 27-03 43rd Ave, Long Island - 399 Park Ave | 36.98 |
| 29-Oct | Meal | 102.45 |
| 29-Oct | Uber 399 Park Ave - 52-09 31st Place, Long Island (2324 - 0004) | 55.72 |
| 29-Oct | Hotel Holiday Inn Express (52-09 31st Place, Long Island Place, NY) | 289.22 |
| 30-Oct | Uber 52-09 31st Place, Long Island - 399 Park Ave | 52.77 |
| 30-Oct | Uber 399 Park Ave - train station | 37.06 |
| 30-Oct | Meal | 16.49 |
| 30-Oct | Train NYC - BOS | 138.00 |
| 30-Oct | Uber Train Station - Home (2114 - 2154) | 57.95 |
| | **Total** | **$ 1,716.31** |