**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: January 15, 2025 at 10:30 a.m. (ET)**<br>**Objection Deadline: January 6, 2025 at 4:00 p.m. (ET)** |

**NOTICE OF FIRST INTERIM FEE APPLICATION OF**
**KELLEY DRYE & WARREN LLP FOR COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS LEAD COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM AUGUST 26, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024**

**PLEASE TAKE NOTICE** that on December 16, 2024, Kelley Drye & Warren LLP ("Kelley Drye") filed the *First Interim Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from August 26, 2024 Through and Including October 31, 2024* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed with the Clerk of the Bankruptcy Court and be served upon the Application Recipients as defined in the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* (the "Interim Compensation Order")[1] so as to be received no later than **4:00 p.m. (prevailing Eastern Time) on January 6, 2025** (the "Objection Deadline").

---

[1] Docket No. 162.

17091069/1

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application will be held before the Honorable J. Kate Stickles at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware, 19801 on January 15, 2025 at 10:30 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, OR IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THIS APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 16, 2024

**MORRIS JAMES LLP**

/s/ *Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
          bkeilson@morrisjames.com
          scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
          kelliott@kelleydrye.com
          abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*