**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: January 6, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: January 15, 2025 at 10:30 a.m. (ET)** |

**SUMMARY OF FIRST INTERIM APPLICATION OF MORRIS JAMES LLP,
AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
AUGUST 28, 2024 THROUGH OCTOBER 31, 2024**

| | |
|---|---|
| Name of Applicant | Morris James LLP |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors of Blink Holdings, Inc., *et al.* |
| Date of retention order: | October 15, 2024 *nunc pro tunc* to August 28, 2024 |
| Period for which compensation and reimbursement sought: | August 28, 2024 through October 31, 2024 |
| Compensation sought as actual, reasonable, and necessary: | $162,981.00 |
| Expense reimbursement sought as actual, reasonable, and necessary: | $1,742.10 |
| This is a(n): | ___ monthly    _X_ interim    ___ final |

---

[1]     Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17057227/1

Previous Applications:

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid | Amount of Expenses Authorized to be Paid |
|---|---|---|---|---|---|---|
| 10/31/2024 [D.I. 538] | August 28, 2024 – September 30, 2024 | $103,148.00 | $1,477.55 | 11/25/2024 [D.I. 641] | $82,518.40 | $1,477.55 |
| 12/16/2024 [D.I. 683] | October 1, 2024 – October 31, 2024 | $59,833.00 | $264.55 | | *pending* | *pending* |
| **TOTALS** | | **$162,981.00** | **$1,742.10** | | **$82,518.40** | **$1,477.55** |

17057227/1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: January 6, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: January 15, 2025 at 10:30 a.m. (ET)** |

**FIRST INTERIM APPLICATION OF MORRIS JAMES LLP, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 28, 2024 THROUGH OCTOBER 31, 2024**

Morris James LLP ("Morris James"), Delaware Counsel to the Official Committee of Unsecured Creditors (the "Committee") of Blink Holdings, Inc., *et al*., the above-captioned Debtors (the "Debtors"), hereby submits its *First Interim Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 28, 2024 through October 31, 2024* (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") for allowance of compensation in the amount of $162,981.00 and reimbursement of expenses in the amount of $1,742.10 for the period August 28, 2024 through October 31, 2024 (the "Interim Compensation Period"), in support thereof, Morris James respectfully represents as follows:

---

[1]     Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).

2.      Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

3.      The statutory predicate for the relief sought herein is section 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-2.

## BACKGROUND

4.      On August 12, 2024, (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively the "Chapter 11 Cases"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

5.      The Debtors have continued in the possession of its property and has continued to operate and manage its business as Debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Chapter 11 Cases.

6.      On August 23, 2024, the Office of the United States Trustee for the District of Delaware (the "United States Trustee") filed its notice of appointment of the five (5) member Committee pursuant to section 1102(a)(1) of the Bankruptcy Code.[2]  On August 26, 2024, the Committee selected Kelley Drye & Warren LLP ("Kelley Drye") as its lead counsel and on August 28, 2024, Morris James was selected to serve as Delaware counsel. The Committee also selected Dundon Advisers LLC as its financial advisor.

---

[2]      The Committee members are the following: (1) Johnson Health Tech NA, Inc.; (2) Motionsoft, Inc.; (3) FW IL-Riverside/Rivers Edge, LLC; (4) 96 N. 10th Street Holdings LLC; and (5) GS FIT ILL-1 LLC. On November 4, 2024, Motionsoft, Inc. resigned from the Committee. Docket No. 571.

7.      On August 20, 2024, the Debtors filed its *Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* (the "Interim Compensation Motion") [Docket No. 93], and on September 5, 2024, the Court entered an Order approving the Interim Compensation Motion (the "Interim Compensation Order") [Docket No. 162].

8.      On September 25, 2024, the Committee filed the *Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Delaware Counsel to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to August 28, 2024* (the "Retention Application") [Docket No. 415]. On October 15, 2024, the Court entered an order approving the Retention Application, *Nunc Pro Tunc* to August 28, 2024 [Docket No. 491].

## SERVICES PROVIDED BY MORRIS JAMES

9.      Since its retention, Morris James, in its capacity as Delaware Counsel to the Committee, undertook, the following:

- Provided legal advice and assistance to the Committee in its consultation with the Debtors relative to the Debtors' administration of its reorganization and the Chapter 11 Cases;

- Reviewed and analyzed all applications, motions, orders, statements of operations, and schedules filed with the Court by the Debtors or third parties, advised the Committee as to their propriety, and after consultation with the Committee, took appropriate action;

- Prepared necessary applications, motions, responses, answers, orders, reports, and other legal papers on behalf of the Committee;

- Represented the Committee at hearings held before the Court and communicated with the Committee regarding the issues raised, as well as the decisions of the Court; and

- Performed such other legal services to the Committee in connection with the prosecution of the Chapter 11 Cases as are necessary and appropriate.

## MONTHLY APPLICATIONS

10.     On October 31, 2024, Morris James filed its first monthly application for compensation and reimbursement of expenses [Docket No. 538] (the "First Monthly Application").  By the First Monthly Application, Morris James sought approval of compensation of $103,148.00 and reimbursement of expenses in the amount of $1,477.55 for the period of August 8, 2024 through September 30, 2024.  On November 22, 2024, Morris James filed a certificate of no objection regarding the First Monthly Application [Docket No. 641].

11.     On December 16, 2024 Morris James filed its second monthly application for compensation and reimbursement of expenses [Docket No. 683] (the "Second Monthly Application").  By the Second Monthly Application, Morris James sought approval of compensation of $59,833.00 and reimbursement of expenses in the amount of $264.55 for the period of October 1, 2024 through October 31 2024.  The deadline to object to the Second Monthly Application is January 6, 2025 at 4:00 p.m. (ET)

12.     The total sum due to Morris James for professional services rendered on behalf Debtors during for the Interim Compensation Period is $162,981.00.  A chart detailing the fees in each of the applications during the Interim Compensation Period, by professional and by category is attached as **Exhibit A**.  Morris James submits that the professional services it rendered on behalf of the Debtors during this time were both reasonable and necessary.

13.     Morris James incurred $1,742.10 of expenses during the Interim Compensation Period.  A chart detailing the specific disbursements is attached hereto as **Exhibit B**.

4

14.    In accordance with the United States Trustee Large Case Fee Guidelines ("Fee Guidelines"), Morris James has attached the Answers to Questions C.5 of the Fee Guidelines, Customary and Comparable Compensation Disclosures and the Budget and Staffing Plan as **Exhibit C**.

15.    The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements, including that travel time was not billed at more than half rate and copying charges were only $0.10 per page.

WHEREFORE, Morris James hereby requests pursuant to the procedures allowed in the Interim Compensation Order: (i) approval of allowance and payment on an interim basis, of Morris James' compensation necessary and valuable professional services rendered to the Committee in the sum of $162,981.00 and reimbursement of expenses in the sum of $1,742.10 for the period August 28, 2024 through and including October 31, 2024; (ii) payment of any 20% holdback that was withheld from payment under the monthly fee application; and (iii) such other and further relief as is just and proper.

Dated: December 16, 2024

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
bkeilson@morrisjames.com
scerra@morrisjames.com

*Counsel to the Official Committee of Unsecured Creditors*

17057227/1