# EXHIBIT A

## Compensation By Category – First Interim Compensation Period

|  | First Monthly Application | | Second Monthly Application | | Total | |
|---|---|---|---|---|---|---|
|  | Hours | Amount | Hours | Amount | Hours | Amount |
| B110 Case Administration | 53.80 | $33,083.00 | 11.10 | $6,818.50 | 64.90 | $39,901.50 |
| B120 Asset Analysis and Recovery B130 Asset Disposition | 3.50 | $1,601.00 | 3.20 | $1,220.50 | 6.70 | $2,821.50 |
| B130 Asset Disposition | 13.20 | $7,865.50 | 42.90 | $21,624.00 | 56.10 | $29,489.50 |
| B150 Meetings/Communications with Committee and/or Creditors | 14.70 | $8,456.50 | 11.40 | $7,493.00 | 26.10 | $15,949.50 |
| B160 Retention Applications (MJ) | 9.00 | $4,640.50 | 1.20 | $650.50 | 10.20 | $5,291.00 |
| B165 Retention Applications (Others) | 8.40 | $5,185.00 | 3.70 | $2,285.50 | 12.10 | $7,470.50 |
| B165A Retention Applications (Others - Objections) | 1.30 | $857.00 | - | - | 1.30 | $857.00 |
| B170 Fee Applications (MJ) | 0.80 | $292.00 | 5.00 | $2,390.00 | 5.80 | $2,682.00 |
| B175 Fee Applications (Others) | 0.10 | $39.00 | 6.70 | $3,798.50 | 6.80 | $3,837.50 |
| B185 Assumption/Rejection of Leases and Contracts | 1.00 | $390.00 | - | - | 1.00 | $390.00 |
| B196 Litigation | - | - | 15.60 | $9,582.00 | 15.60 | $9,582.00 |
| B220 Employee Benefits/Pensions | 42.10 | $26,385.50 | 1.80 | $540.00 | 43.90 | $26,925.50 |
| B230 Financing/Cash Collateral | 18.50 | $10,623.00 | - | - | 18.50 | $10,623.00 |
| B310 Claims Administration and Objections | 2.40 | $1,619.50 | 1.30 | $1,027.00 | 3.70 | $2,646.50 |
| B320 Plan and Disclosure Statement | - | - | 4.90 | $2,403.50 | 4.90 | $2,403.50 |
| B430A Court Hearings: Attendance and Preparation | 5.30 | $2,110.50 | - | - | 5.30 | $2,110.50 |
| **Totals** | **174.10** | **$103,148.00** | **108.80** | **$59,833.00** | **282.9** | **$162,981.00** |

17057227/1

## Timekeeper Summary – First Interim Compensation Period

| Timekeeper | Position | First Monthly Application | | Second Monthly Application | | Total | |
|---|---|---|---|---|---|---|---|
| | | Hours | Amount | Hours | Amount | Hours | Amount |
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | 23.10 | $19,057.50 | 1.80 | $1,485.00 | 24.90 | $20,542.50 |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Partner in Bankruptcy Department since 2019 | 64.80 | $51,192.00 | 42.80 | $33,812.00 | 107.60 | $85,004.00 |
| Tara C. Pakrouh | Member of the Delaware Bar since 2015; Associate in Bankruptcy Department since 2023 | 2.10 | $1,438.50 | 1.50 | $1,027.50 | 3.60 | $2,466.00 |
| Siena B. Cerra | Member of the Delaware Bar since 2023; Associate in Bankruptcy Department since 2023 | 47.70 | $18,603.00 | 29.60 | $11,544.00 | 77.30 | $30,147.00 |
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | 13.20 | $4,818.00 | 9.70 | $3,540.50 | 22.90 | $8,358.50 |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | 16.60 | $6,059.00 | 21.60 | $7,884.00 | 38.20 | $13,943.00 |
| Samantha L. Rodriguez | Law Clerk in Bankruptcy Department since 2024 | 6.60 | $1,980.00 | 1.80 | $540.00 | 8.40 | $2,520.00 |
| **Totals** | | **174.10** | **$103,148.00** | **108.80** | **$59,833.00** | **282.9** | **$162,981.00** |

17057227/1