# EXHIBIT B

## Summary of Expenses – First Interim Compensation Period

|  | First Monthly Application | Second Monthly Application | Total |
|---|---|---|---|
| Postage | $36.09 | - | $36.09 |
| Reproduction | 179.30 | - | 179.30 |
| Westlaw | $278.92 | - | $278.92 |
| USDC (PHV Fees) | $200.00 | - | $200.00 |
| Digital Legal – Delivery | $60.00 | - | $60.00 |
| Reliable (Production) | $723.24 | - | $723.24 |
| Pacer | - | $89.00 | $89.00 |
| Reliable (Transcript) | - | $98.55 | $98.55 |
| Working Meals | - | $77.00 | $77.00 |
| **TOTAL**: | **$1,477.55** | **$264.55** | **$1,742.10** |