## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: January 6, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: January 15, 2025 at 10:30 a.m. (ET)** |

## SUMMARY OF FIRST INTERIM APPLICATION OF DUNDON ADVISERS LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 28, 2024 THROUGH OCTOBER 31, 2024

| | |
|---|---|
| Name of Applicant | Dundon Advisers LLC |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors of Blink Holdings, Inc., *et al.* |
| Date of retention order: | October 15, 2024 *nunc pro tunc* to August 28, 2024 |
| Period for which compensation and reimbursement sought: | August 28, 2024 through October 31, 2024 |
| Compensation sought as actual, reasonable, and necessary: | $406,580.00 |
| Expense reimbursement sought as actual, reasonable, and necessary: | $1,716.31 |
| This is a(n): | ___ monthly ⎯X⎯ interim ___ final |

---

[1]    Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17090914/1

Previous Applications:

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid | Amount of Expenses Authorized to be Paid |
|---|---|---|---|---|---|---|
| 10/31/2024 [D.I. 539] | August 28, 2024 – September 30, 2024 | $225,070.50 | $0.00 | 11/25/2024 [D.I. 642] | $180,056.40 | $0.00 |
| 12/16/2024 [D.I. 684] | October 1, 2024 – October 31, 2024 | $181,590.50 | $1,716.31 | | *pending* | *pending* |
| **TOTALS** | | **$406,580.00** | **$1,716.31** | | **$180,056.40** | **$1,716.31** |

17090914/1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: January 6, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: January 15, 2025 at 10:30 a.m. (ET)** |

### FIRST INTERIM APPLICATION OF DUNDON ADVISERS LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 28, 2024 THROUGH OCTOBER 31, 2024

Dundon Advisers LLC ("Dundon"), Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") of Blink Holdings, Inc., *et al*., the above-captioned Debtors (the "Debtors"), hereby submits its *First Interim Application of Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 28, 2024 through October 31, 2024* (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") for allowance of compensation in the amount of $406,580.00 and reimbursement of expenses in the amount of $1,716.31 for the period August 28, 2024 through October 31, 2024 (the "Interim Compensation Period"), in support thereof, Morris James respectfully represents as follows:

---

[1]     Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).

2.      Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

3.      The statutory predicate for the relief sought herein is section 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-2.

## BACKGROUND

4.      On August 12, 2024, (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively the "Chapter 11 Cases"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

5.      The Debtors have continued in the possession of its property and has continued to operate and manage its business as Debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Chapter 11 Cases.

6.      On August 23, 2024, the Office of the United States Trustee for the District of Delaware filed its notice of appointment of the five (5) member Committee pursuant to section 1102(a)(1) of the Bankruptcy Code.[2] On August 26, 2024, the Committee selected Kelley Drye & Warren LLP ("Kelley Drye") as its lead counsel and on August 28, 2024, Morris James LLP ("Morris James") was selected to serve as Delaware counsel. The Committee also selected Dundon Advisers LLC as its financial advisor.

---

[2]      The Committee members are the following: (1) Johnson Health Tech NA, Inc.; (2) Motionsoft, Inc.; (3) FW IL-Riverside/Rivers Edge, LLC; (4) 96 N. 10th Street Holdings LLC; and (5) GS FIT ILL-1 LLC. On November 4, 2024, Motionsoft, Inc. resigned from the Committee. Docket No. 571.

17090914/1

7.      On August 20, 2024, the Debtors filed its *Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* (the "Interim Compensation Motion") [Docket No. 93], and on September 5, 2024 the Court entered an Order approving the Interim Compensation Motion (the "Interim Compensation Order") [Docket No. 162].

8.      On September 25, 2024, the Committee filed the *Application for Entry of an Order Authorizing the Retention and Employment of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to August 28, 2024* (the "Retention Application") [Docket No. 416]. On October 15, 2024, the Court entered an order approving the Retention Application, *Nunc Pro Tunc* to August 28, 2024 [Docket No. 492].

## <u>SERVICES PROVIDED BY DUNDON</u>

9.      Since its retention, Dundon, in its capacity as Financial Advisor to the Committee, undertook, the following:

a.      Analysis of the Debtors' proposal to sell substantially all of their assets, including estate causes of action against insiders, pursuant to an auction process, including analysis of the asset purchase agreement, form of transition services agreement between Equinox and the purchaser, and analysis of competing bids received for the Debtors' assets;

b.      Participation at a three-day auction;

c.      Support of counsel in preparation of a comprehensive objection to the Debtors' proposed sale, including depositions;

d.      Analysis and tracking of the Debtors budget and operations including preparation of presentations for the Committee to keep them informed of material developments in the case;

e.      Preparation for and testifying at the Court's hearing to approve the sale;

    f.        Preparation of the First Application; and

    g.       Ongoing communications with the Committee regarding all outstanding issues in these chapter 11 cases.

## MONTHLY APPLICATIONS

10.     On October 31, 2024, Dundon filed its first monthly application for compensation and reimbursement of expenses [Docket No. 539] (the "First Monthly Application").  By the First Monthly Application, Dundon sought approval of compensation of $225,070.50 and reimbursement of expenses in the amount of $0,00 for the period of August 28, 2024 through September 30, 2024.  On November 25, 2024, Dundon filed a certificate of no objection regarding the First Monthly Application [Docket No. 642].

11.     On December 16, 2024 Dundon filed its second monthly application for compensation and reimbursement of expenses [Docket No. 684] (the "Second Monthly Application").  By the Second Monthly Application, Morris James sought approval of compensation of $181,590.50 and reimbursement of expenses in the amount of $1,716.31 for the period of October 1, 2024 through October 31 2024.  The deadline to object to the Second Monthly Application is January 6, 2025 at 4:00 p.m. (ET).

12.     The total sum due to Dundon for professional services rendered on behalf Debtors during for the Interim Compensation Period is $406,580.00.  A chart detailing the fees in each of the applications during the Interim Compensation Period, by professional and by category is attached as **Exhibit A**.  Dundon submits that the professional services it rendered on behalf of the Debtors during this time were both reasonable and necessary.

13.     Dundon incurred $1,716.31 of expenses during the Interim Compensation Period. A chart detailing the specific disbursements is attached hereto as **Exhibit B**.

14.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements, including that travel time was not billed at more than half rate and copying charges were only $0.10 per page.

WHEREFORE, Dundon hereby requests pursuant to the procedures allowed in the Interim Compensation Order: (i) approval of allowance and payment on an interim basis, of Dundon's compensation necessary and valuable professional services rendered to the Committee in the sum of $406,580.00 and reimbursement of expenses in the sum of $1,716.31 for the period August 28, 2024 through and including October 31, 2024; (ii) payment of any 20% holdback that was withheld from payment under the first monthly fee application; and (iii) such other and further relief as is just and proper.

Dated: December 16, 2024                        **DUNDON ADVISERS LLC**

                                                */s/ Peter Hurwitz*
                                                Peter Hurwitz
                                                Ten Bank Street, Suite 1100
                                                White Plains, NY  10606
                                                Telephone: (914) 341-1188
                                                E-mail: ph@dundon.com

                                                *Financial Advisor to the Official Committee*
                                                *of Unsecured Creditors*