# EXHIBIT A

## Compensation By Category – First Interim Compensation Period

|  | First Monthly Application | | Second Monthly Application | | Total | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Hours | Amount | Hours | Amount | Hours | Amount |
| Business Analysis | 235.80 | $173,247.50 | 125.0 | $85,224.50 | **360.8** | **$258,472.00** |
| Case Administration | 7.50 | $4,221.00 | 0.9 | $759.00 | **8.4** | **$4,980.00** |
| Claims Analysis | 0.00 | $0.00 | 16.7 | $14,195.00 | **16.7** | **$14,195.00** |
| Committee Member/Professional Meetings & Communications | 21.30 | $15,589.00 | 15.9 | $12,106.00 | **37.2** | **$27,695.00** |
| Debtor Professional and Client Meeting | 6.30 | $3,622.50 | 2.3 | $1,453.00 | **8.6** | **$5,075.50** |
| Retention and Fee Applications | 3.70 | $2,942.00 | 3.0 | $2,880.00 | **6.7** | **$5,822.00** |
| Sale Process | 40.00 | $25,448.50 | 76.3 | $64,892.00 | **116.3** | **$90,340.50** |
| **Totals** | **314.60** | **$225,070.50** | **240.1** | **$181,509.50** | **554.70** | **$406,580.00** |

17090914/1

## Timekeeper Summary – First Interim Compensation Period

| Timekeeper | Position | First Monthly Application | | Second Monthly Application | | Total | |
|---|---|---|---|---|---|---|---|
| | | Hours | Amount | Hours | Amount | Hours | Amount |
| Matthew Dundon | Principal | 0.0 | $0.00 | 0.7 | $672.00 | **0.7** | **$672.00** |
| Peter Hurwitz | Principal | 73.8 | $70,848.00 | 43.2 | $41,472.00 | **117.0** | **$112,320.00** |
| Lee Rooney | Managing Director | 81.7 | $69,445.00 | 91.9 | $78,115.00 | **173.6** | **$147,560.00** |
| Jennifer Ganzi | Senior Director | 69.5 | $52,472.50 | 59.1 | $44,620.50 | **128.6** | **$97,093.00** |
| Michael Garbe | Senior Director | 0.0 | $0.00 | 2.0 | $1,510.00 | **2.0** | **$1,510.00** |
| Greg Hill | Director | 2.7 | $1,890.00 | 0.0 | $0.00 | **2.7** | **$1,890.00** |
| Alec Rovitz | Associate | 86.9 | $30,415.00 | 43.2 | $15,120.00 | **130.1** | **$45,535.00** |
| **Totals** | | **314.6** | **$225,070.50** | **240.1** | **$181,590.50** | **554.7** | **$406,580.00** |

17090914/1