**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: January 6, 2024 at 4:00 p.m. (ET)** |

**SUMMARY OF FIRST CONSOLIDATED MONTHLY FEE APPLICATION**
**OF EPIQ CORPORATE RESTRUCTURING, LLC AS ADMINISTRATIVE ADVISOR**
**TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD FROM AUGUST 12, 2024 THROUGH NOVEMBER 30, 2024**

| | |
|---|---|
| Name of Applicant: | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Order entered on September 5, 2024 retaining Epiq Corporate Restructuring, LLC *nunc pro tunc* to the Petition Date [Docket No. 159] |
| Period for which compensation and reimbursement is sought: | August 12, 2024 through November 30, 2024 |
| Amount of compensation sought as actual, reasonable and necessary: | $25,178.30 |
| 80% of Amount of Compensation sought as actual, reasonable and necessary: | $20,142.64 |

---

[1]    The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

Amount of expense reimbursement sought
as actual, reasonable and necessary:                $0.00

This is an: __X_ monthly __ interim ___ final application

This Application does not include any hours incurred in connection with the preparation of fee
applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Order Entered |
| NONE | | | | | | |

## <u>COMPENSATION BY INDIVIDUAL</u>

| Name of Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kathryn Tran | Consulting Director | $185.00 | 49.40 | $9,139.00 |
| Emily Young | Solicitation Consultant | $185.00 | 16.60 | $3,071.00 |
| Joseph Saraceni | Senior Consultant II | $182.00 | 52.90 | $9,627.80 |
| Lance Mulhern | Senior Consultant II | $182.00 | 8.20 | $1,492.40 |
| Carie Adasek | Senior Consultant II | $182.00 | 9.30 | $1,692.60 |
| Gregory Winters | Solicitation Consultant | $185.00 | 0.70 | $129.50 |
| Loretta Bell | IT/Programming | $75.00 | 0.20 | $15.00 |

32521419.2

| Santos Garcia | IT/Programming | $55.00 | 0.20 | $11.00 |
|---|---|---|---|---|
| **Grand Total:** | | | **137.50** | **$25,178.30** |
| **Blended Rate:** | **$183.11** | | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 645 Schedule/Sofa Prep | 120.00 | $21,962.80 |
| 495 Balloting/Solicitation Consultation | 17.50 | $3,215.50 |
| **TOTALS** | **137.50** | **$25,178.30** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: January 6, 2024 at 4:00 p.m. (ET)** |

**FIRST CONSOLIDATED MONTHLY FEE APPLICATION OF EPIQ
CORPORATE RESTRUCTURING, LLC AS ADMINISTRATIVE ADVISOR TO
THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM AUGUST 12, 2024 THROUGH NOVEMBER 30, 2024**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), Epiq Corporate Restructuring, LLC ("**Epiq**") hereby submits this application (the "**Application**") for reasonable compensation for professional services rendered as administrative advisor to the above-captioned debtors and debtors-in-possession (the "**Debtors**") in the amount of $25,178.30 for the period commencing August 12, 2024 through and including November 30, 2024 (the "**Fee Period**"). In support of its Application, Epiq respectfully represents as follows:

1. Epiq was employed to represent the Debtors as administrative advisor in connection with these chapter 11 cases, pursuant to an order entered by the United States

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32521419.2

Bankruptcy Court for the District of Delaware (the "**Court**") on September 5, 2024 [Docket No. 159] (the "**Epiq 327 Retention Order**").[2]  The Epiq 327 Retention Order authorized Epiq to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2.      All services for which compensation is requested by Epiq as administrative advisor were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

4.      Attached hereto as <u>Exhibit A</u> is a detailed statement of fees incurred as administrative advisor during the Fee Period showing the amount of $25,178.30 due for fees.

5.      The services rendered by Epiq as administrative advisor during the Fee Period are grouped into the categories set forth in <u>Exhibit A</u>.  The professionals and paraprofessionals who rendered services on behalf of the Debtors relating to each category are identified, along with the number of hours and the total compensation sought for each category, in the attachments hereto.

## VALUATION OF SERVICES

6.      Professionals and paraprofessionals of Epiq have expended a total of 137.50 hours as administrative advisor in connection with this matter during the Fee Period.

7.      The amount of time spent by each of these persons providing services to the Debtors as administrative advisor for the Fee Period is fully set forth in the detail attached hereto as <u>Exhibit A</u>.  The hourly rates and corresponding rate structure utilized by Epiq in these chapter

---

[2]    In addition to being retained as administrative advisor, by the Court's order on August 13 2, 2024, Epiq was retained, pursuant to 28 U.S.C. § 156(c), to serve as notice and claims agent in these cases [Docket No. 49] (the "**Notice and Claims Agent Order**").  In accordance with the Notice and Claims Agent Order, all fees and expenses related to Epiq's notice and claims agent services will be paid by the Debtors in the ordinary course of business without the necessity of a fee application or monthly statement.   As such, none of Epiq's notice and claims agent fees or expenses are included in this Application.

11 cases are generally equivalent to the hourly rates and corresponding rate structure predominantly used by Epiq for comparable matters, whether in chapter 11 or otherwise, regardless of whether a fee application is required.  The reasonable value of the services rendered by Epiq as administrative advisor for the Fee Period is $25,178.30.

8.      Epiq believes that the time entries included in <u>Exhibit A</u> attached hereto are in compliance with the requirements of Local Rule 2016-2.

9.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested in this Application are fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

10.      This Application covers the period from August 12, 2024 through and including November 30, 2024.  Epiq has and will continue to perform additional necessary services on behalf of the Debtors subsequent to November 30, 2024 for which Epiq will file subsequent fee applications.

*[Remainder of Page Intentionally Left Blank]*

## CONCLUSION

WHEREFORE, Epiq respectfully requests that allowance be made to it in the sum of $25,178.30 during the Fee Period as the Debtors' administrative advisor, 80% of which is to be paid upon the filing of a certificate of no objection, and further requests such other and further relief as this Court may deem just and proper.


Dated: December 16, 2024          EPIQ CORPORATE RESTRUCTURING, LLC

                                  _/s/ Kathryn Tran_____
                                  Kathryn Tran
                                  777 Third Ave., 12th Floor
                                  New York, NY 10017
                                  Telephone:  (312) 560-6333
                                  Facsimile:  (312) 275-7753

                                  *Administrative Advisor for Debtors*
                                  *and Debtors-In-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATION</u>

I, Kathryn Tran, certify as follows:

1.      I am a Consulting Director of the applicant firm, Epiq Corporate Restructuring, LLC.

2.      I am thoroughly familiar with the work performed on behalf of the Debtors as administrative advisor by the professionals and paraprofessionals of Epiq Corporate Restructuring, LLC.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.


Dated: December 16, 2024

*/s/ Kathryn Tran*
Kathryn Tran
Consulting Director

---

[1]      The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32521419.2

## EXHIBIT A

32521419.2

Time Details for August 12, 2024 through November 30, 2024

| Associate Name | Seniority Level | Activity Description | Date | Hours | Current Contract Rate | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|---|
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 8/12/2024 | 0.2 | 182.00 | 36.40 | SET UP SOFA/SOAL DATABASES |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/12/2024 | 0.2 | 185.00 | 37.00 | REVIEW OF DEBTOR LIST; SEND EMAIL TO C ADASEK REGARDING SOAL/SOFA DATABASE SETUP |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/12/2024 | 2 | 185.00 | 370.00 | REVIEW, CONFORM AND ANALYSIS OF RAW CONTRACT DATA TO PROCESS FOR SCHEDULE G |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/12/2024 | 1.4 | 185.00 | 259.00 | CONTINUE ANALYSIS OF RAW CONTRACT DATA TO REMOVE NON-CONTRACTS; IDENTIFY DEBTOR, ASSIGN CASE NUMBERS, REMOVE DUPLICATES AND IDENTIFY/RESEARCH MISSING ADDRESSES |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/16/2024 | 0.3 | 185.00 | 55.50 | REVIEW EMAIL AND REPLY TO G DE SPEVILLE REGARDING FIXED ASSETS AND AB7 |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/19/2024 | 1.5 | 185.00 | 277.50 | REVIEW OF MASTER CONTRACT LIST AGAINST FRANCHISE LOCATIONS; CROSS REFERENCE TO ASCERTAIN STATUS OF FRANCHISE AGREEMENTS AND IDENTIFY CURRENT FRANCHISES |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/21/2024 | 0.2 | 185.00 | 37.00 | REVIEW OF QUESTION PERTAINING TO SOFA 20, AND RESPOND TO G DE SPEVILLE RE SAME |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/21/2024 | 0.2 | 185.00 | 37.00 | REVIEW EMAIL FROM PPP RE QUESTION 21; REPLY TO SAME |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 8/23/2024 | 0.5 | 182.00 | 91.00 | IMPORT SOFA 3 INTO DATABASE |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/23/2024 | 1 | 182.00 | 182.00 | PREPARE AND IMPORT DATA FOR SOFA 3. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/23/2024 | 1 | 185.00 | 185.00 | REVIEW BACKUP DATA AND TASLATE FOR SCHEDULE IMPORT TO AB2, 3, 7, 11, 15, 21 AND 22 |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/23/2024 | 2 | 185.00 | 370.00 | REVIEW AND PREPARATION OF SCHEDULE AB FIX ASSETS, AB55, 60 - 65 AND 72, 74 AND 77 |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/23/2024 | 0.5 | 185.00 | 92.50 | REVIEW OF SCHEDULE D DATA AND PROCESS SAME |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/23/2024 | 0.3 | 185.00 | 55.50 | REVIEW OF SCHEDULE AB73 DATA; SEND EMAIL TO PPP RE SAME |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/23/2024 | 0.1 | 185.00 | 18.50 | REVIEW EMAIL FROM J SARACENI REGARDING SOFA 3 |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/25/2024 | 2 | 185.00 | 370.00 | REVIEW OF RAW LITIGATION DATA; PARSE ADDRESSES AND PROCESS SAME FOR SCHEDULE F |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/25/2024 | 1 | 185.00 | 185.00 | CONTINUED REVIEW OF RAW LITIGATION DATA; PARSE ADDRESSES AND PROCESS SAME FOR SCHEDULE F |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/25/2024 | 0.9 | 185.00 | 166.50 | REVIEW OF UCC LIENS, PROCESS SAME AND IMPORT FOR SCHEDULE D |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 8/26/2024 | 2 | 182.00 | 364.00 | DUPLICATE AB FOR EACH DEBTOR AND IMPORT TO SOAL AND LOAD SCH H DATA |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 8/26/2024 | 0.8 | 182.00 | 145.60 | UPDATE SCHEDULE H TO HAVE SCH D BOX MARKED AND GENERATE DRAFT SCHEDULES REPORT |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 8/26/2024 | 0.3 | 182.00 | 54.60 | SOFA 4 IMPORTS |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/26/2024 | 2.8 | 182.00 | 509.60 | PROCESS SOFA DATA (1.8), CORRESPOND WITH PPP (0.6) AND YCST REGARDING SOFA 3 PAYMENTS (0.4). |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/26/2024 | 2.4 | 182.00 | 436.80 | CONTINUE TO PROCESS SOFA DATA AND PREPARE REPORTING. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/26/2024 | 1.7 | 182.00 | 309.40 | PROCESS SOFA DATA, COORDINATE SOFA 4 IMPORTING, REVIEW LITIGATION TRACKERS, PREPARE SOFA 7, CORRESPOND WITH PPP AND YCST REGARDING THE SAME. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/26/2024 | 1 | 182.00 | 182.00 | CONTINUE TO PROCESS SOFA 7 DATA, CORRESPOND WITH ADVISORS REGARDING OPEN SOFA 7 DATA. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/26/2024 | 0.5 | 185.00 | 92.50 | SEND INSTRUCTIONS TO C ADASEK (0.3) REGARDING SCHEDULE H AND AB73 PREP; CONFER WITH C ADASEK RE SAME (0.1); REVIEW OF IMPORT AND REQUEST EDIT (0.1) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/26/2024 | 0.1 | 185.00 | 18.50 | RETURN EMAIL TO C ADASEK RE REVISED SCHEDULE H |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/26/2024 | 0.6 | 185.00 | 111.00 | REVIEW OF SCHEDULE G FILE AND SEND EMAIL TO YCST RE DEBTOR MAPPING; CONFER WITH H REYNOLDS (PPP) RE SAME |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 8/27/2024 | 1.3 | 182.00 | 236.60 | GENERATE SCHEDULES, ISSUES WITH ERROR RE DATA SYNC |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/27/2024 | 2.2 | 182.00 | 400.40 | PREPARE SOFA 7, LITIGATION; CORRESPOND WITH YCST AND PPP REGARDING THE SAME |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/27/2024 | 2.4 | 182.00 | 436.80 | UPDATE SOFA FOR LITIGATION SOFA 7, RESEARCH COURT ADDRESSES, UPDATE DATABASE, PREPARE FORMS FOR REVIEW. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/27/2024 | 2 | 182.00 | 364.00 | PROCESS INCOMING SOFA DATA, PERFORM QA OF DATA, REVIEW FOR REDACTIONS, PREPARE PDF REPORTS FOR QA. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/27/2024 | 2.8 | 182.00 | 509.60 | PREPARE DRAFT SOFA REPORTS (0.8), REVIEW AND UPDATE AS NECESSARY (2.0) |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/27/2024 | 2 | 182.00 | 364.00 | CONTINUE PREPARE DRAFT SOFA REPORTS, REVIEW AND UPDATE AS NECESSARY; CIRCULATE DRAFTS TO ADVISOR GROUP FOR REVIEW. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/27/2024 | 0.9 | 185.00 | 166.50 | REVIEW OF DRAFT SOALS AND MAKE EDITS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/27/2024 | 0.6 | 185.00 | 111.00 | TELEPHONE CALL WITH J SARACENI RE LITIGATION |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/27/2024 | 0.5 | 185.00 | 92.50 | PREP DRAFT SOAL REPORTS AND TRANSMIT SAME TO FA AND COUNSEL; SEND SUMMARY EMAIL RE SAME |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 8/27/2024 | 1.7 | 182.00 | 309.40 | PERFORMED DATA ANALYSIS |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 8/27/2024 | 2.0 | 182.00 | 364.00 | CONTINUE PERFORMED DATA ANALYSIS |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/28/2024 | 0.3 | 182.00 | 54.60 | CORRESPOND WITH YCST REGARDING SOFA Q3. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/28/2024 | 2.3 | 182.00 | 418.60 | PERFORM ADDITIONAL QA OF SOFA DRAFTS CIRCULATED TO ADVISORS. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/29/2024 | 0.6 | 182.00 | 109.20 | ATTEND SOFA/SOAL CHECK IN CALL WITH PPP AND YCST. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/29/2024 | 1.5 | 182.00 | 273.00 | PERFORM ADDITIONAL QA ON SOFA SOAL DRAFTS. |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 8/30/2024 | 0.5 | 182.00 | 91.00 | IMPORT SCHED EF PART 1 & 2 |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/30/2024 | 2.5 | 182.00 | 455.00 | CORRESPOND WITH PPP REGARDING UPDATED SOFA DATA (0.3), UPDATE SOFAS ACCORDINGLY (2.2). |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/30/2024 | 2 | 182.00 | 364.00 | PERFORM QA ON UPDATED SOFA REPORTS. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/30/2024 | 2 | 185.00 | 370.00 | CONTINUE REVIEW OF SOAL WORKBOOKS AND PREPARE SCHEDULE AB |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/1/2024 | 1.5 | 185.00 | 277.50 | GENERATE SOAL DRAFTS; CROSS CHECK AGAINST BACK DATA |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/1/2024 | 2 | 185.00 | 370.00 | REVIEW OF SCHEDULE G DATA FOR DUPLICATES AND OTHER REMOVALS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/1/2024 | 2 | 185.00 | 370.00 | CONTINUE REVIEW OF CONTACTS RAW DATA; CROSS REFERENCE TO ACTIVE LEASE DISCLOSURES IN AB55; REVIEW CERTAIN CONTRACTS TO CONFIRM CONTRACT I'NFORMATION |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/2/2024 | 2 | 182.00 | 364.00 | UPDATE SOFAS, DRAFTS AND CIRCULATE NEW PDF REPORTS TO ADVISOR TEAM FOR REVIEW. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/2/2024 | 1 | 185.00 | 185.00 | REVIEW DRAFT SOAL; MAKE EDITS TO SAME; RERUN DRAFTS AND SEND EMAIL TO COUNSEL AND PPP |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/3/2024 | 0.5 | 182.00 | 91.00 | CORRESPOND WITH YCST AND UPDATE SOFA 7 (LITIGATION). |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/3/2024 | 1 | 182.00 | 182.00 | AUDIT PDFS REPORTS FOR SOFAS. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/3/2024 | 0.4 | 185.00 | 74.00 | REVIEW COMMENTS FROM YCST AND MAKE CHANGES TO SOAL |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/3/2024 | 0.9 | 185.00 | 166.50 | REVIEW YCST COMMENTS; MAKE EDITS TO SOAL REPORTS; SEVERAL EMAILS TO MIELKE RE SAME |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/3/2024 | 0.3 | 185.00 | 55.50 | REVIEW FURTHER COMMENTS FROM A MIELKE AND RESEARCH AND RETURN EMAIL RE SAME |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/4/2024 | 1 | 182.00 | 182.00 | ATTEND CALL WITH YCST AND PPP REGARDING SOFA/SOAL, UPDATE SOFAS ACCORDINGLY. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/4/2024 | 0.3 | 185.00 | 55.50 | PREPARE AND QA DRAFTS SOFA REPORTS (1), UPDATE ACCORDINGLY (1.5). |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/4/2024 | 0.2 | 185.00 | 37.00 | REVIEW OF PPP COMMENTS AND MAKE CHANGE TO SOAL |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/4/2024 | 1 | 185.00 | 185.00 | REVIEW OF EMAIL FROM S CANNA REGARDING UCC LIENS; RETURN EMAIL TO SAME; MAKE EDITS TO DEBTOR 5 |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/4/2024 | 2.7 | 185.00 | 185.00 | ATTEND TELEPHONE CALL WITH YCST AND PPP RE SCHEDULES PREP |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/4/2024 | 2.7 | 185.00 | 499.50 | REVIEW OF MASTER CONTRACT (1.1); CROSS CHECKS AGAINST REJECTION LIST (0.4); PREP FILE FOR IMPORT TO SCHEDULE G (0.3); CROSS CHECK IMPORT AND MAKE EDITS (0.9) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/4/2024 | 0.8 | 185.00 | 148.00 | EXTRACT SCHEDULE G REPORT; MAKE FURTHER EDITS AND SEND SAME TO PPP |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 9/5/2024 | 0.3 | 182.00 | 54.60 | LOAD SCHEDULES INTO SOAL DB |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 9/5/2024 | 0.6 | 182.00 | 109.20 | GENERATE SOFA JUST 24-11686 FOR SAMPLE REVIEW BY KATHRYN AND THEN REST OF SOAL DEBTORS |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 9/5/2024 | 0.7 | 182.00 | 127.40 | FIX ZIP CODES IMPORTED INTO EF AND CHANGE A FEW RECORDS |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/5/2024 | 1 | 182.00 | 182.00 | ATTEND ADVISOR GROUP SOFA/SOAL CHECK IN CALL, UPDATE SOFA REPORT REGARDING DISCUSSION. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/5/2024 | 2 | 182.00 | 364.00 | PREPARE AND SEND REVISED SOFA REPORTS TO ADVISOR GROUP FOR REVIEW. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/5/2024 | 0.5 | 185.00 | 92.50 | REVIEW OF UPDATED EF DATA; CONFER WITH C ADASEK RE IMPORT, SEND EMAIL TO C ADASEK RE IMPORT TO EF |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/5/2024 | 0.4 | 185.00 | 74.00 | REVIEW DRAFTS; CONFER WITH C ADASEK RE UPDATED DRAFTS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/5/2024 | 0.5 | 185.00 | 92.50 | REVIEW UPDATED DRAFTS AND CONFER WITH C ADASEK RE SAME |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/5/2024 | 1 | 185.00 | 185.00 | REVIEW OF REVISED SCHEDULE EF; CONFER WITH C ADASEK RE IMPORT; REVIEW REVISED REPORTS AND CONFER WITH C ADASEK RE ADDITIONAL EDITS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/5/2024 | 1 | 185.00 | 185.00 | GENERATE DRAFT SOAL; REVIEW SAME AND SEND TO PPP AND YCST |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/6/2024 | 0.9 | 185.00 | 166.50 | FURTHER REVIEW OF NEW CONTRACTS TO IMPORT; CONFORM AND IMPORT TO SCHEDULE G; REVIEW EMAILS PERTAINING TO CHANGES; MAKE EDITS AND ADD MISSING ADDRESSES |

**Time Details for August 12, 2024 through November 30, 2024**

| Associate Name | Seniority Level | Activity Description | Date | Hours | Current Contract Rate | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|---|
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/7/2024 | 1 | 182.00 | 182.00 | CORRESPOND WITH PPP REGARDING PII AND SOFA 16, SOAL AB Q67, CORRESPOND WITH PPP REGARDING SOFA Q28, MAKE RELATED UPDATES TO SOFA. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/7/2024 | 1.2 | 185.00 | 222.00 | REVIEW SEVERAL EMAILS FROM COUNSEL REGARDING EDITS TO SOAL; MAKE EDITS TO SOAL |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/7/2024 | 1.4 | 185.00 | 259.00 | CONTINUE REVIEW OF ADDITIONAL COMMENTS FROM YCST AND MAKE EDITS TO SOAL |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/8/2024 | 3.5 | 182.00 | 637.00 | CORRESPOND WITH YCST REGARDING SOFA 16 (0.6), CORRESPOND WITH YCST (0.2) AND PP AND MAKE UPDATE TO SOFA REGARDING SOFA 3 (1.2), UPDATE SOFA 16; AUDIT SOFA REPORTS (1.5) |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/8/2024 | 3 | 182.00 | 546.00 | PREPARE SOFA REPORT DRAFTS WITH GLOBAL NOTES (1), AUDIT DRAFTS (1.4). CIRCULATE TO ADVISORS FOR REVIEW AND POTENTIAL FILING (0.6) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/8/2024 | 0.8 | 185.00 | 148.00 | CONFER WITH YCST REGARDING ADDITIONAL EDITS TO SOAL; MAKE EDITS TO SAME |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/8/2024 | 2 | 185.00 | 370.00 | GENERATE SOAL REPORTS; REVIEW AND QA DRAFT REPORTS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/8/2024 | 1.8 | 185.00 | 333.00 | REVIEW ADDITIONAL COMMENTS FROM COUNSEL AND FA (0.4); REGENERATE REPORTS (0.5); REVIEW AND QA OF SAME; SEND REPORTS TO COUNSEL AND FA (0.9) |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 0.2 | 182.00 | 36.40 | QA PYTHON SCRIPT WORKS; GENERATE SOFA AND SOAL REPORT |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 0.4 | 182.00 | 72.80 | FOLLOW UP AND DO SOME CHECKS FOR MERGING OF THE SOAL AND SOFA |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 0.5 | 182.00 | 91.00 | GENERATE SCHEDULES REPORT |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 1 | 182.00 | 182.00 | CONFIRM I CAN DO BKF2 SOAL/SOFA MERGE WITH HIS SCRIPTS |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 1.3 | 182.00 | 236.60 | CORRESPOND WITH PPP AND YCST REGARDING SOFA 4, PREPARE UPDATED LEAD DEBTOR REPORT AND CIRCULATE TO PPP FOR REVIEW. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 3 | 182.00 | 54.60 | ATTEND SOFA/SOAL CHECK IN CALL WITH YCST AND PPP. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 2.3 | 182.00 | 418.60 | PREPARE FINAL SOFA REPORTS, COORDINATE COMBINING SOFA AND SOLA PDFS FOR FILING, UPDATE SCHEDULE EF, AND CORRESPOND WITH YCST AND PP REGARDING FILING TIMELINE AND ADDITIONAL EDITS. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 2 | 182.00 | 364.00 | PREPARE FINAL COMBINED SOFA SOAL REPORTS AND CIRCULATE TO YCST FOR FILING. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/9/2024 | 0.7 | 185.00 | 129.50 | REVIEW OF SEVERAL EDIT REQUESTS FROM PPP (0.4); SEVERAL EMAILS AND TELEPHONE CORRESPONDENCE WITH PPP TEAM RE SAME (0.3) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/9/2024 | 2.5 | 185.00 | 462.50 | OVERSIGHT OF FINAL REPORT GENERATION (1); REVIEW/QA OF SAME REPORTS PRIOR TO FILING (1.5) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/9/2024 | 0.8 | 185.00 | 148.00 | CONFER WITH J SARACENI; SEVERAL CORRESPONDENCE WITH YCST RE FINAL REPORTS AND FILING OF SAME |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 9/9/2024 | 4.5 | 182.00 | 819.00 | REVIEW OF SCHEDULES DATA AND CONFORM SAME (1.7); TRANSLATE AND IMPORT DATA (1.2) GENERATED SOFA/SCHEDULES REPORT (1.6) |
| Santos Garcia | IT/Programming | 645 Schedule/Sofa Prep | 9/11/2024 | 0.2 | 55.00 | 11.00 | REVIEW GENERATED REPORTS |
| | | **Total For 645 Schedule/Sofa Prep** | | **120.0** | | **21,962.80** | |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/14/2024 | 2.1 | 185.00 | 388.50 | REVIEW AND COMMENT ON DRAFT PROCEDURES |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/15/2024 | 1.3 | 185.00 | 240.50 | REVIEW AND REVISE DRAFT PROCEDURES (.7); COMMUNICATE WITH COUNSEL RE SAME (.6). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/16/2024 | 0.5 | 185.00 | 92.50 | ATTN TO COMMUNICATIONS RE SOL |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/17/2024 | 0.5 | 185.00 | 92.50 | REVIEW FILED PROCEDURES MOTION |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/25/2024 | 3 | 185.00 | 555.00 | REVIEW PROCEDURES MOTION AND PLAN (1.5); PREPARE SOL PROTOCOL RE PLAN CLASSING (1.5). |
| Gregory Winter | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/25/2024 | 0.3 | 185.00 | 55.50 | REQUEST BRE ENVELOPE PREPARATION FOR SOLICITATION MAILING |
| Gregory Winter | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/25/2024 | 0.4 | 185.00 | 74.00 | MEET WITH E. YOUNG TO REVIEW SOLICITATION MAILING SETUP AND DELIVERABLES |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/28/2024 | 2.8 | 185.00 | 518.00 | REVIEW FIRST DAYS RE EQUITY (.9); UPDATE SOL PROTOCOL RE PLAN CLASSING (1.6); COORDINATE WITH INTERNAL TEAM RE PLAN CLASSING (.3). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/31/2024 | 0.8 | 185.00 | 148.00 | COMMUNICATE WITH COUNSEL RE SOL (0.4); COORDINATE UPDATE TO CLAIMS REGISTER RE PLAN CLASSING (.4). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 11/1/2024 | 3.7 | 185.00 | 684.50 | REVIEW DRAFT PLAN CLASS REPORTS (1.4); COORDINATE UPDATES TO CLAIMS REGISTER (.9); COMMUNICATE WITH INTERNAL TEAM RE UPDATES TO PLAN CLASSING (.6); FORMAT PLAN CLASS REPORTS AND FORWARD TO COUNSEL FOR REVIEW (.8). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 11/5/2024 | 1.9 | 185.00 | 351.50 | COORDINATE UPDATES RE VOTING (.5); REVIEW UPDATED PLAN CLASS REPORTS (1.1); REVIEW DOCKET RE STATUS (.3). |
| Loretta Bell | IT/Programming | 495 Balloting/Solicitation Consultation | 11/6/2024 | 0.2 | 75.00 | 15.00 | SET UP SOLICITATION GRID AS DIRECTOR BY E YOUNG |
| | | **Total For 495 Balloting/Solicitation Consultation** | | **17.5** | | **3,215.50** | |