**SCHEDULE 1**

**Rejected Contracts[1]**

| | Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 1. | Bamko LLC<br>11620 Wilshire Boulevard, Suite 360<br>Los Angeles, CA 90025 | Blink Holdings, Inc. | Master Purchase and Services Agreement, dated as of June 4, 2019 |
| 2. | BEC Capital Corp<br>Attn: Allen Pinero, President<br>64 Locust Lane<br>Oyster Bay, NY 11771<br><br>and<br><br>BEC Capital Inc<br>600 N Wellwood Avenue, Unit H<br>Lindenhurst, NY 11757 | Blink Fitness Franchising, Inc. | Franchise Agreement, dated as of December 20, 2015 |
| 3. | Burton, Richard<br>[ADDRESS ON FILE] | Blink Holdings, Inc. | Employment Agreement |
| 4. | Casiana Fitness Wilson SQ LLC<br>Attn: Carlos Gavidia, Manager<br>212 Spyglass Lane<br>Jupiter, FL 33477 | Blink Fitness Franchising, Inc. | Unit Franchise Agreement, dated as of September 9, 2019 |

---

[1] The Rejected Contracts shall include, as applicable, any and all supplements, schedules, amendments, modifications, or other agreements in connection therewith to which any Debtor is a party.

| | Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 5. | Catania, Monica<br>[ADDRESS ON FILE] | Blink Holding, Inc. | Employment Agreement |
| 6. | Commercial Lighting Industries Inc.<br>Attn: CFO<br>81161 Indio Boulevard<br>Indio, CA 92201 | Blink Fitness Franchising, Inc. | Supply and Pricing Agreement, dated as of January 7, 2016 |
| 7. | Commercial Lighting Industries Inc.<br>Attn: CFO<br>81161 Indio Boulevard<br>Indio, CA 92201 | Blink Fitness Franchising, Inc. | Supply and Pricing Agreement Amendment, dated as of April 23, 2018 |
| 8. | Dandan, Maher & Dee<br>P.O. Box 821039<br>North Richland Hills, TX 76182 | Blink Holdings, Inc. | Asset Purchase and Sales Agreement, dated as of December 14, 2018 |
| 9. | DLA Piper LLP<br>Attn: Keith Medansky<br>203 North LaSalle Street, Suite 1900<br>Chicago, IL 60601 | Blink Holdings, Inc. | Engagement Letter, dated as of December 8, 2016 |
| 10. | Eclipse Capital LLC<br>Attn: Allen Pinero<br>64 Locust Lane<br><br>and<br><br>Eclipse Farmingdale LLC<br>450 Main Street, Unit 2<br>Farmingdale, NY 11735 | Blink Fitness Franchising, Inc. | Unit Franchise Agreement, dated as of July 7, 2017 |

2

32426029.2

| | Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 11. | Ecore International<br>Attn: Linda Lilley<br>715 Fountain Avenue<br>Lancaster, PA 17601 | Blink Fitness Franchising, Inc. | Supply and Pricing Agreement, dated as of January 19, 2016 |
| 12. | GoodEarth Distribution LLC<br>Attn: Stewart Mandler, Pres<br>440 West Street<br>Fort Lee, NJ 07024 | Blink Fitness Franchising, Inc. | 2nd Addendum to Exclusive Supply Agreement, dated as of May 3, 2019 |
| 13. | GS FIT IL-1 LLC<br>Attn: Manager<br>73 W Monroe, Suite 410<br>Chicago, IL 60603<br><br>and<br><br>GS FIT-1 LLC<br>39300 W 12 Mile Road, Suite 100<br>Farmington Hills, MI 48331 | Blink Fitness Franchising, Inc. | Unit Franchise Agreement, dated as of September 29, 2017 |
| 14. | GS Fitness Holdings LLC<br>Attn: Thomas Shumaker<br>1620 Judson Avenue<br>Evanston, IL 60201<br><br>and<br><br>GS Fitness Michigan LLC<br>c/o GS Fitness Holdings LLC<br>Attn: Thomas Shumaker | Blink Holdings, Inc. | Health Club Transition Advisory and Management Services Agreement, dated as of March 31, 2020 |

3

| | Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|---|
| | 1620 Judson Avenue<br>Evanston, IL 60201<br><br>and<br><br>GS Fitness Holdings LLC<br>c/o Jaffe, Raitt, Heuer & Weiss PC<br>Attn: Richard Zussman, Esq.<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034 | | |
| 15. | GS Fitness Holdings LLC<br>c/o Owl Services<br>Attn: Doni Fall<br>2211 S Telegraph Road, Suite 7380<br>Bloomfield Hills, MI 48302 | Blink Fitness Franchising, Inc. | Promissory Note, dated as of August 15, 2021 |
| 16. | GS Fitness Holdings LLC<br>c/o Owl Services<br>Attn: Doni Fall<br>2211 S Telegraph Road, Suite 7380<br>Bloomfield Hills, MI 48302 | Blink Fitness Franchising, Inc. | Promissory Note, dated as of September 15, 2021 |
| 17. | Insider Services US LLC<br>Attn: Director<br>16192 Coastal Highway<br>Lewes, DE 19958 | Blink Fitness Franchising, Inc. | Master Services Agreement, dated as of December 15, 2022 |
| 18. | Insider Services US LLC<br>Attn: Director<br>16192 Coastal Highway<br>Lewes, DE 19958 | Blink Fitness Franchising, Inc. | Statement of Work No. 1, dated as of December 15, 2022 |

32426029.2

| | Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 19. | Iron Grip Barbell Company<br>Attn: VP Sales<br>4012 W Garry Avenue<br>Santa Ana, CA 92704 | Blink Fitness Franchising, Inc. & Blink Holdings, Inc. | Supply and Pricing Agreement, dated as of February 9, 2016 |
| 20. | Jacksonville Gym Holdings LLC<br>250 Palm Coast Parkway NE, Suite 607-#504<br>Palm Coast, FL 32137 | Blink Fitness Franchising, Inc. | Transfer of Health Club Membership Agreements, dated as of August 12, 2022 |
| 21. | Jackson Lewis PC<br>666 3rd Avenue<br>New York, NY 10017 | Blink Holdings, Inc. | Personal & Confidential Attorney-Client & Work Product Privileged Material, dated as of June 21, 2017 |
| 22. | Jackson Lewis PC<br>666 3rd Avenue<br>New York, NY 10017 | Blink Holdings, Inc. | Personal & Confidential Attorney-Client & Work Product Privileged Material, dated as of June 20, 2018 |
| 23. | John Jr. Holdings LLC<br>4519 Belmont Park Terrace<br>Nashville, TN 37215 | Blink Fitness Franchising, Inc. | Unit Franchising Agreement, dated as of June 18, 2019 |
| 24. | John Jr. Holdings LLC<br>4519 Belmont Park Terrace<br>Nashville, TN 37215 | Blink Fitness Franchising, Inc. | Amendment to Development Rights Agreement, dated as of June 18, 2019 |
| 25. | Johnson Health Tech North America Inc. d/b/a Matrix Fitness<br>Attn: Nicole Toay<br>1600 Landmark Drive<br>Cottage Grove, WI 53527 | Blink Holdings, Inc. | Equipment Purchase Agreement, dated as of November 14, 2022 |

5

| | Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 26. | Johnson Health Tech North America Inc. d/b/a Matrix Fitness<br>Attn: Nicole Toay<br>1600 Landmark Drive<br>Cottage Grove, WI 53527 | Blink Holdings, Inc. | 1st Amendment to Equipment Purchase Agreement, dated as of January 1, 2024 |
| 27. | Johnson Health Tech North America Inc.<br>Attn: Scott Robison<br>1600 Landmark Drive<br>Cottage Grove, WI 53527 | Blink Holdings, Inc. | Supply and Pricing Agreement, dated as of January 13, 2016 |
| 28. | Johnson Health Tech North America Inc.<br>Attn: Scott Robison<br>1600 Landmark Drive<br>Cottage Grove, WI 53527 | Blink Holdings, Inc. | US-In House Warranty Service Agreement, dated as of April 19, 2024 |
| 29. | KRG Enterprises Inc.<br>Attn: VP<br>9901 Blue Grass Road<br>Philadelphia, PA 19114 | Blink Fitness Franchising, Inc. | Supply and Pricing Agreement, dated as of March 16, 2016 |
| 30. | List Industries Inc.<br>Attn: Rusty Devine, VP<br>2823 West Orange Avenue<br>Apopka, FL 32703 | Blink Fitness Franchising, Inc. | Supply and Pricing Agreement, dated as of February 19, 2016 |
| 31. | MotionSoft Inc.<br>Attn: Chief Financial Officer<br>1801 Rockville Avenue, Suite 501<br>Rockville, MD 20582 | Blink Fitness Franchising, Inc. | Statement of Work, dated as of April 25, 2016 |

32426029.2

| | Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 32. | Motionsoft Inc.<br>Attn: Chief Financial Officer<br>1801 Rockville Avenue, Suite 501<br>Rockville, MD 20582 | Blink Fitness Franchising, Inc. | Blink Fitness Franchisee Referral Agreement, dated as of June 1, 2020 |
| 33. | Muzak LLC d/b/a Mood Media<br>Attn: Sr Corp Counsel<br>1703 W 5th Street, Suite 600<br>Austin, TX 78703 | Blink Fitness Franchising, Inc. | Multi-Territory Account Service Agreement, dated as of January 24, 2017 |
| 34. | Muzak LLC d/b/a Mood Media<br>Attn: Sr Corp Counsel<br>1703 W 5th Street, Suite 600<br>Austin, TX 78703 | Blink Fitness Franchising, Inc. | Service Agreement, dated as of January 24, 2017 |
| 35. | Muzak LLC d/b/a Mood Media<br>Attn: Sr Corp Counsel<br>1703 W 5th Street, Suite 600<br>Austin, TX 78703 | Blink Fitness Franchising, Inc. | Service Agreement Amendment, dated as of February 19, 2019 |
| 36. | Nouveau Elevator Industries LLC<br>Attn: VP Sales<br>47-55 37th Street<br>Long Island City, NY 11101 | Blink Holdings, Inc. | Vertical Transportation Preventative Maintenance Service Contract, dated as of May 4, 2023 |
| 37. | Ontario Refrigeration Service Inc.<br>6002 San Fernando Road<br>Glendale, CA 91202 | Blink Holdings, Inc. | Quotation #PC72988, dated as of September 17, 2018 |
| 38. | Ontario Refrigeration Service Inc.<br>6002 San Fernando Road<br>Glendale, CA 91202 | Blink Holdings, Inc. | Quotation #PC73039, dated as of December 3, 2018 |

32426029.2

| | Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 39. | Ontario Refrigeration Service Inc.<br>6002 San Fernando Road<br>Glendale, CA 91202 | Blink Holdings, Inc. | Quotation #PC73101, dated as of January 14, 2019 |
| 40. | Ontario Refrigeration Service Inc.<br>6002 San Fernando Road<br>Glendale, CA 91202 | Blink Holdings, Inc. | Quotation #PC73242, dated as of July 30, 2019 |
| 41. | Ontario Refrigeration Service Inc.<br>6002 San Fernando Road<br>Glendale, CA 91202 | Blink Holdings, Inc. | Quotation #PC73680, dated as of March 23, 2021 |
| 42. | Ontario Refrigeration Service Inc.<br>6002 San Fernando Road<br>Glendale, CA 91202 | Blink Holdings, Inc. | Quotation #PC73698, dated as of March 29, 2021 |
| 43. | Ontario Refrigeration Service Inc.<br>6002 San Fernando Road<br>Glendale, CA 91202 | Blink Holdings, Inc. | Quotation #PC73957, dated as of January 4, 2022 |
| 44. | Panos Fitness LLC<br>Attn: Sole Manager and Member<br>4979 W Taft Road<br>Liverpool, NY 13088 | Blink Fitness Franchising, Inc. | Franchise Agreement, dated as of December 30, 2016 |
| 45. | Panos Fitness of Onondaga LLC<br>Attn: Sole Manager and Member<br>4722 Onondaga Boulevard<br>Syracuse, NY 13219 | Blink Fitness Franchising, Inc. | Franchise Agreement, dated as of August 20, 2019 |
| 46. | Panos, Dean<br>1588 South Ivy Trail<br>Baldwinsville, NY 13027 | Blink Fitness Franchising, Inc. | Development Rights Agreement, dated as of December 30, 2016 |

32426029.2

| | Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 47. | Panos, Dean<br>1588 South Ivy Trail<br>Baldwinsville, NY 13027 | Blink Fitness Franchising, Inc. | Unit Franchise Agreement, dated as of December 30, 2016 |
| 48. | Pinero, Allen Mark and Maria Christina<br>64 Locust Lane<br>Oyster Bay, NY 11771 | Blink Fitness Franchising, Inc. | Addendum to Unit Franchise Agreement, dated as of December 31, 2015 |
| 49. | Platinum Gym One Inc.<br>Attn: Stephen L. Stabile<br>265 Webster Woods Lane<br>North Andover, MA 01845 | Blink Fitness Franchising, Inc. | Development Rights Agreement, dated March 10, 2017 |
| 50. | Platinum Gym One Inc.<br>Attn: Stephen L. Stabile<br>265 Webster Woods Lane<br>North Andover, MA 01845 | Blink Fitness Franchising, Inc. | Unit Franchise Agreement, dated as of March 10, 2017 |
| 51. | Platinum Gym Two Inc.<br>Attn: Stephen L. Stabile<br>265 Webster Woods Lane<br>North Andover, MA 01845 | Blink Fitness Franchising, Inc. | Unit Franchise Agreement, dated as of August 1, 2018 |
| 52. | Platinum Software Partners LLC<br>Attn: Stephen L. Stabile<br>265 Webster Woods Lane<br>North Andover, MA 01845 | Blink Fitness Franchising, Inc. | Software Agreement |

32426029.2

| | Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 53. | Service Management Group Inc.<br>Attn: Andry Fromm, CEO<br>1737 McGree Street<br>Kansas City, MO 64108 | Blink Holdings, Inc. | Master Services Agreement, dated as of February 18, 2015 |
| 54. | Service Management Group Inc.<br>Attn: Andry Fromm, CEO<br>1737 McGree Street<br>Kansas City, MO 64108 | Blink Holdings, Inc. | Amendment #1 to Agreement, dated as of January 22, 2018 |
| 55. | Sterling Ashland LLC<br>c/o Blue Star Properties<br>600 W Van Buren, Suite 1000<br>Chicago, IL 60607 | Blink Ashland Inc. | Retail Lease, dated as of February 13, 2020 |
| 56. | TD Equipment Finance Inc.<br>Attn: Sr Manager<br>2059 Springdale Road<br>Cherry Hill, NJ 08034 | Blink Holdings, Inc. | Amendment to Deferral Agreement, dated as of September 24, 2020 |
| 57. | TD Equipment Finance Inc.<br>Attn: Sr Manager<br>2059 Springdale Road<br>Cherry Hill, NJ 08034 | Blink Holdings, Inc. | COVID-19 Relief Agreement, dated as of April 4, 2017 |
| 58. | TD Equipment Finance Inc.<br>Attn: Sr Manager<br>2059 Springdale Road<br>Cherry Hill, NJ 08034 | Blink Holdings, Inc. | Master Lease Schedule #40154955, dated as of January 21, 2020 |

32426029.2

| | Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|---|
| 59. | TD Equipment Finance Inc.<br>Attn: Sr Manager<br>2059 Springdale Road<br>Cherry Hill, NJ 08034 | Blink Holdings, Inc. | Master Lease Schedule #40156243, dated as of February 24, 2020 |
| 60. | TD Equipment Finance Inc.<br>Attn: Sr Manager<br>2059 Springdale Road<br>Cherry Hill, NJ 08034 | Blink Holdings, Inc. | Master Lease Schedule #40157179, dated as of January 27, 2020 |
| 61. | YP Fitness Inc.<br>Attn: Richard Pawlowski<br>3550 Mowry Ave<br>Fremont, CA 94538 | Blink Fitness Franchising, Inc. | Acknowledgment by Franchisee and Its Owners |
| 62. | YP Fitness Inc.<br>Attn: Richard Pawlowski<br>3550 Mowry Ave<br>Fremont, CA 94538 | Blink Fitness Franchising, Inc. | Development Rights Agreement, dated as of April 29, 2019 |
| 63. | YP Fitness Inc.<br>Attn: Richard Pawlowski<br>3550 Mowry Ave<br>Fremont, CA 94538 | Blink Fitness Franchising, Inc. | Unit Franchise Agreement, dated as of April 29, 2019 |
| 64. | Zeroin Media Inc.<br>Attn: Pres<br>1123 Roadway, Suite 704<br>New York, NY 10010 | Blink Fitness Franchising, Inc. | Affiliate Addendum to Equipment Purchase and Network Operation Agreement, dated as of January 17, 2016 |
| 65. | 659 Grymes LLC<br>9322 3rd Avenue, Suite 502 | Blink Holdings, Inc. | Guaranty, dated as of August 22, 2019 |

| Counterparty & Address | Debtor Counterparty | Contract Description |
|---|---|---|
| Brooklyn, NY 11209 | | |
| 66. | 659 Grymes LLC<br>9322 3rd Avenue, Suite 502<br>Brooklyn, NY 11209 | Blink Richmond Road, Inc. | Retail Lease, dated as of August 22, 2019 |