# SIGN-IN SHEET

| CASE NAME   Blink Holdings, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-11686 JKS | DATE: 12/17/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sean Greecher | Young Conaway | Debtors |
| Curtis Miller | Morris Nichols | DIP Agent (Viragin) |
| Benjamin Hackman | | U.S. Trustee |
| Brya Keilson | Morris James | UCC |
| Kristin Elliott | KDW | UCC |

## 11:00 AM

**24-11686-JKS Blink Holdings, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Rick Archer | Law360 | | 11:00 AM | Audio Only | no |
| Ben Balick | Blink | | 11:00 AM | Zoom(Video and Audio) | yes |
| Andres Barajas | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| Stephen Blank | Alston & Bird LLP | Bank of America, N.A. | 11:00 AM | Zoom(Video and Audio) | yes |
| Kennedy Bodnarek | Alston & Bird | Bank of America, N.A. | 11:00 AM | Zoom(Video and Audio) | yes |
| Joshua Brooks | Landis Rath & Cobb LLP | 5 Bryant Park Property Investors IV, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Kimberly A. Brown | Landis Rath & Cobb LLP | 5 Bryant Park Property Investors IV, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Siena Cerra | Morris James LLP | Official Committee of Unsecured Creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| Kristen S. Elliott | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| Scott Flaherty | Debtwire/press outlet | | 11:00 AM | Audio Only | no |

| Name | Firm | Representing | Time | Mode | Speaking |
|---|---|---|---|---|---|
| Clara E Geoghegan | Law360 | | 11:00 AM | Audio Only | no |
| Sean T. Greecher | Young, Conaway, Stargatt & Taylor | | 11:00 AM | Zoom(Video and Audio) | yes |
| Guy Harkless | Blink | | 11:00 AM | Zoom(Video and Audio) | yes |
| Miranda Hatch | Cleary Gottlieb Steen & Hamilton LLP | Equinox Group, LLC and Equinox Holdings Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| Patrick Holohan | | | 11:00 AM | Zoom(Video and Audio) | no |
| Peter R Hurwitz | | UCC | 11:00 AM | Audio Only | yes |
| Zachary Javorsky | Richards, Layton & Finger | Johnson Health | 11:00 AM | Zoom(Video and Audio) | yes |
| Jacob Johnson | Alston & Bird | Bank of America, N.A. | 11:00 AM | Zoom(Video and Audio) | yes |
| Cody Kachel | | Creditor, SKY SA | 11:00 AM | Zoom(Video and Audio) | yes |
| Brya Michele Keilson | Morris James LLP | Official Committee of Unsecured Creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| Baral Klein | Moelis | | 11:00 AM | Zoom(Video and Audio) | yes |
| Peter P. Knight | Katten Muchin Rosenman LLP | Varagon Capital Partners Agent, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| John Henry Knight | Richards, Layton & Finger, P.A. | Johnson Health | 11:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Type | Live |
|---|---|---|---|---|---|
| Jennifer Lappe | | | 11:00 AM | Audio Only | yes |
| Debbie Laskin | | | 11:00 AM | Zoom(Video and Audio) | yes |
| Akiko Matsuda | | Wall Street Journal | 11:00 AM | Audio Only | no |
| Allison S Mielke | Young Conaway Stargatt & Taylor, LLP | | 11:00 AM | Zoom(Video and Audio) | yes |
| Matthew P. Milana | Richards, Layton & Finger | Johnson Health | 11:00 AM | Zoom(Video and Audio) | yes |
| Curtis S Miller | Morris Nichols Arsht & Tunnell LLP | Varagon Capital Partners Agent, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Eric J. Monzo | Morris James LLP | Official Committee of Unsecured Creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| Dean Panos | | Creditor | 11:00 AM | Zoom(Video and Audio) | yes |
| Manny Pearlman | Liberation Investment Grp | | 11:00 AM | Zoom(Video and Audio) | yes |
| Timothy R. Powell | Young Conaway Stargatt & Taylor, LLP | | 11:00 AM | Zoom(Video and Audio) | yes |
| Echo R Qian | Morris Nichols Arsht & Tunnell LLP | Varagon Capital Partners Agent, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Dana Robbins-Boehner | Burr & Forman LLP | Rancho Marketplace Gateway | 11:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Type | Heard |
|---|---|---|---|---|---|
| Lee R Rooney | | UCC | 11:00 AM | Audio Only | yes |
| Alec R Rovitz | | | 11:00 AM | Audio Only | yes |
| Steven Shenker | Portage Point Partners | | 11:00 AM | Zoom(Video and Audio) | yes |
| Thomas C Shumaker | GS Fitness Holdings LLC | Creditor | 11:00 AM | Zoom(Video and Audio) | yes |
| Bethany D. Simmons | LOEB & LOEB LLP | 5 Bryant Park Property Investors IV, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 11:00 AM | Audio Only | no |
| Ellsworth Summers | Burr & Forman LLP | Rancho Marketplace Gateway | 11:00 AM | Zoom(Video and Audio) | yes |
| Andrew Swift | Moelis | | 11:00 AM | Zoom(Video and Audio) | yes |
| Michael Tucker | UB Greensfelder LLP | PPC Commercial, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Eric R. Wilson | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | 11:00 AM | Zoom(Video and Audio) | yes |
| Allison E. Yager | Katten Muchin Rosenman LLP | Varagon Capital Partners Agent, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Becky Yerak | Wall Street Journal | News Corp | 11:00 AM | Audio Only | no |
| David Zubkis | | | 11:00 AM | Audio Only | no |