**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 611, _694_ |

**AGREED ORDER AUTHORIZING THE RELEASE OF REMAINING
DISTRIBUTABLE SALE PROCEEDS IN FURTHERANCE OF ORDER (I)
APPROVING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS,
CLAIMS, ENCUMBRANCES, AND INTERESTS, (II) AUTHORIZING THE
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF**

Upon consideration of the *Certification of Counsel Regarding Agreed Order Authorizing the Release of Remaining Distributable Sale Proceeds* (the "**Certification**"); and the Court having reviewed the Certification; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Consistent with the *Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 611] (the "**Sale Order**"),[2] the Escrow Agent is hereby authorized and directed to release all

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms not defined herein shall have the meanings provided to them in the Certification or the Sale Order, as applicable.

32518998.2

funds held in the Escrow Account to the Debtors, and the Debtors are authorized and directed to promptly repay such Remaining Distributable Sale Proceeds and any and all interest thereon to the DIP Agent and then to the Prepetition Agent, which amounts shall be applied against the DIP Obligations in respect of the Roll-Up and then against the Prepetition Obligations, respectively, in accordance with the priorities, terms and conditions set forth in the DIP Documents and the Prepetition Loan Documents, respectively.

2. The Repayment is without prejudice to the Committee's rights and remedies against the Prepetition Agent or the Prepetition Lenders under the Standing Motion, including to request disgorgement of the Repayment, if the Plan is not confirmed; *provided* that the Prepetition Agent and Prepetition Lenders also reserve the right to object to and defend the Standing Motion and any request for disgorgement, if the Plan is not confirmed.

3. The parties are authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

4. This Order is effective immediately upon approval by the Court and is not subject to the fourteen-day stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

5. This Court shall retain jurisdiction with regard to all matters arising from or related to the implementation or interpretation of this Order.

Dated: December 18th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

32518998.2