## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 490** |

### NOTICE REGARDING ANNUAL RATE INCREASE OF
### KELLEY DRYE & WARREN LLP AS LEAD COUNSEL TO
### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

1. On September 25, 2024, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Kelley Drye & Warren LLP as Lead Counsel Effective as of August 26, 2024* (the "Retention Application")[1] with this Court seeking entry of an order authorizing the employment and retention of Kelley Drye & Warren LLP ("Kelley Drye") as lead counsel to the Committee.

2. On October 15, 2024, this Court entered an order (the "Retention Order"),[2] approving the Retention Application, effective as of August 26, 2024.

3. In the normal course of business, Kelley Drye assesses its rates on an annual basis. Effective January 1, 2025, Kelley Drye will implement firm wide rate increases for all attorneys and paraprofessionals to account for market conditions. Increased rates for the particular professionals working on this matter reflect this general firm wide rate increase in addition to

---

[1]    Docket No. 414.

[2]    Docket No. 490.

specific increases addressing advancements in seniority and experience, which will also be implemented on January 1.

4.      Pursuant to paragraph 6 of the Retention Order, Kelley Drye is required to provide the Debtors and the U.S. Trustee with notice of any increase in its rate and to file such notice with the Court.

5.      Effective January 1, 2025, the standard hourly rates established by Kelley Drye for its professionals with primary responsibility for this matter will increase as set forth below:

| Name | 2024 Rate | 2025 Rate |
|------|-----------|-----------|
| Eric R. Wilson | $1,170 | $1,280 |
| Kristin S. Elliott | $990 | $1,060 |
| Richard Gage | $975 | $1,045 |
| Andres Barajas | $775 | $875 |
| Connie Y. Choe | $690 | $785 |
| John Churchill | $620 | $735 |
| Sherlly Alceus | $335 | $360 |

Dated:  December 18, 2024

**KELLEY DRYE & WARREN LLP**

*/s/ Eric R. Wilson*
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
        kelliott@kelleydrye.com
        abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*

17095533/1