**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 491** |

## NOTICE OF ANNUAL RATE INCREASE OF MORRIS JAMES LLP

On October 15, 2024, this Court entered an order authorizing the Official Committee of Unsecured Creditors (the "Committee") of Blink Holdings, Inc., *et al.*, the above-captioned debtors, to retain Morris James LLP ("Morris James") as Delaware counsel to the Committee *nunc pro tunc* to August 28, 2024 [Docket No. 491]. Effective January 1, 2025, Morris James will implement firm-wide rate increases. Morris James hereby provides notice of the following hourly rates:

| Billing Category | 2025 Hourly Rate Range |
|:---:|:---:|
| Partner | $750 to $910 |
| Counsel | $550 to $675 |
| Associate | $350 to $525 |
| Paralegal | $260 to $385 |

The increase noticed herein is reasonable pursuant to section 330(a)(3)(F) of the Bankruptcy Code as it is applied firm-wide, and the new rates are comparable to those used in similar circumstances by similarly skilled professionals.

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17078387/1

2

| | |
|---|---|
| Dated: December 18, 2024 | **MORRIS JAMES LLP** |
| | */s/ Brya M. Keilson* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar No. 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | bkeilson@morrisjames.com |
| | scerra@morrisjames.com |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |