**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 676** |

## CERTIFICATE OF SERVICE

I, SHARNA WILSON, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 13, 2024, I caused to be served the "Notice of Agenda for Hearing of Matters Scheduled for December 17, 2024 at 11:00 a.m. (ET)," dated December 13, 2024 [Docket No. 676], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    b.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

---

[1]The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 125 PARK OWNER LLC | ATTN: BRETT HERSCHENFELD 420 LEXINGTON AVENUE, SUITE 1800 NEW YORK NY 10170 |
| 96 NORTH 10TH STREET HOLDINGS LLC | ATTN: MORDY GETZ C/O TRANSITIONS ACQUISITIONS LLC 232 BROADWAY, SUITE 400 BROOKLYN NY 11211 |
| A&G REALTY PARTNERS, LLC | ATTN: ANDY GRAISER 445 BROADHOLLOW RD, SUITE 410 MELVILLE NY 11747 |
| ALSTON & BIRD LLP | COUNSEL TO BOFA STEPHEN M. BLANK 90 PARK AVENUE NEW YORK NY 10016-1387 |
| ALSTON & BIRD LLP | COUNSEL TO BOFA JACOB A. JOHNSON ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET, SUITE 4900 ATLANTA GA 30309-3424 |
| ASHBY & GEDDES, P.A. | COUNSEL TO EQUINOX RICARDO PALACIO & DESTINY KOSLOSKE 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON DE 19801 |
| AVENUE CODE, LLC | ATTN: MICHELE MARQUES 26 O FARRELL STREET, STE. 600 SAN FRANCISCO CA 94108 |
| AWESOMENESSTV HOLDINGS, LLC | ATTN: TRUPTI PATEL C/O VIACOM REALTY CORPORATION 1515 BROADWAY NEW YORK NY 10036 |
| BALLARD SPAHR LLP | COUNSEL TO THE "LANDLORDS" LESLIE C. HEILMAN, LAUREL D. ROGLEN & MARGARET A. VESPER 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801-3034 |
| BELKIN BURDEN GOLDMAN, LLP | (COUNSEL TO THEATRE BUILDING) ATTN JAY B. SOLOMON ONE GRAND CENTRAL PLACE 60 E 42ND STREET, 16TH FLOOR NEW YORK NY 10165 |
| BELKIN BURDEN GOLDMAN, LLP | COUNSEL TO THE THEATRE BUILDING JAY B. SOLOMON, ESQ. ONE GRAND CENTRAL PLACE 60 E. 42ND STREET, 16TH FLOOR NEW YORK NY 10165 |
| BRADLEY ARANT BOULT CUMMINGS LLP | COUNSEL TO MOTIONSOFT JAMES B. BAILEY, ESQUIRE ONE FEDERAL PLACE 1819 5TH AVENUE N BIRMINGHAM AL 35203 |
| BRIXMOR SPE 6LLC | ATTN: DAVID GERSTENHABER 1525 FARADAY AVE, STE 350 CARLSBAD CA 92008 |
| BUCHALTER, A PROFESSIONAL CORPORATION | COUNSEL TO ORACLE SHAWN M. CHRISTIANSON, ESQ. 425 MARKET STREET, SUITE 2900 SAN FRANCISCO CA 94105-3493 |
| BURR & FORMAN LLP | COUNSEL TO RANCHO MARKETPLACE J. CORY FALGOWSKI 222 DELAWARE AVENUE, SUITE 1030 WILMINGTON DE 19801 |
| BURR & FORMAN LLP | COUNSEL TO RANCHO MARKETPLACE J. ELLSWORTH SUMMERS JR. & DANA L. ROBBINS 50 NORTH LAURA STREET, SUITE 3000 JACKSONVILLE FL 32202 |
| CHARLES E. BOULBOL, P.C. | COUNSEL TO 78-14 ROOSEVELT LLC CHARLES E. BOULBOL 26 BROADWAY, 17TH FLOOR NEW YORK NY 10004 |
| CHICAGO, IL 4644-4658 S DREXEL LLC | ATTN: SCOTT NICHOLSON C/O INSITE REAL ESTATE LLC 1400 16TH ST, STE 300 OAK BROOK IL 60523 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO EQUINOX LISA M. SCHWEITZER & THOMAS S. KESSLER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COLE SCHOTZ P.C. | COUNSEL TO PINNACLE US HOLDINGS LLC NORMAN L. PERNICK & G. DAVID DEAN 500 DELAWARE AVENUE, SUITE 1410 WILMINGTON DE 19801 |
| CONNOLLY GALLAGHER LLP | COUNSEL TO KRE BROADWAY OWNER LLC & AI CALIFORNIA LLC KAREN C. BIFFERATO, ESQ. 1201 NORTH MARKET STREET, 20TH FLOOR WILMINGTON DE 19801 |
| COOCH AND TAYLOR, P.A. | COUNSEL TO MOTIONSOFT R. GRANT DICK IV & KEVIN D. LEVITSKY 1000 N. WEST ST., SUITE 1500 WILMINGTON DE 19801 |
| DUARTE BROTHERS WOODWORK INC. | ATTN: NORBEY DUARTE 97-21 78TH STREET OZONE PARK NY 11416 |
| EAST 54TH STREET PARTNERS LLC | ATTN: JACK TERZI C/O JTRE 362 5TH AVE, 12TH FL NEW YORK NY 10001 |
| ENEL X NORTH AMERICA, INC. | ATTN: RALPH CAMPANELLI 100 BRICKSTONE SQUARE, STE 300 ANDOVER MA 01810 |
| EQUINOX HOLDINGS, INC. | ATTN: ARLENE HONG 31 HUDSON YARDS, 15TH FL NEW YORK NY 10001 |
| EQUINOX HOLDINGS, INC. | C/O CLEARY GOTTLIEB STEEN HAMILTON ATTN: TOM BEDNAR 2112 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20037 |
| FARRELL FRITZ, P.C. | COUNSEL TO SAM SPILKES, LLC PATRICK COLLINS & DARREN A. PASCARELLA 400 RXR PLAZA UNIONDALE NY 11556 |
| GLE-III, LLC | ATTN: TODD BUCKSTEIN C/O KIMCO REALTY CORP, 3333 NEW HYDE PARK RD, STE 100, PO BOX 5020 NEW HYDE PARK NY 11042 |
| GLENN AGRE BERGMAN & FUENTES LLP | COUNSEL TO SL GREEN REALTY CORP ANDREW K. GLENN & MALAK S. DOSS 1185 AVENUE OF THE AMERICAS 22ND FLOOR NEW YORK NY 10036 |
| GOOD EARTH DISTRIBUTION, LLC | ATTN: MEREDITH COVE 440 WEST STREET FORT LEE NJ 07024 |

| Claim Name | Address Information |
|---|---|
| HPS INVESTMENT PARTNERS, LLC | ADMINISTRATIVE & COLLATERAL AGT ATTN: ALEXEY PAZUKHA, COLBERT CANNON 40 WEST 57TH STREET, 33RD FLOOR NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| JASPAN SCHLESINGER NARENDRAN LLP | COUNSEL TO 480 SUFFOLK SOPHIA A. PERNA-PLANK, ESQ. 300 GARDEN CITY PLAZA, 5TH FLOOR GARDEN CITY NY 11530 |
| JOHNSON HEALTH TECH NA, INC. | ATTN: PHYLLIS DANNIN 27829 NETWORK PLACE CHICAGO IL 60673-1278 |
| JTRE 23 WS (DEL) LLC | ATTN: JACK TERZI C/O JTRE 362 5TH AVE, 12TH FL NEW YORK NY 10001 |
| KATTEN MUCHIN ROSENMAN LLP | COUNSEL TO VARAGON PETER P. KNIGHT & ALLISON E. YAGER 525 W. MONROE STREET CHICAGO IL 60661 |
| KELLEY DRYE & WARREN LLP | COUNSEL TO THE COMMITTEE KRISTIN S. ELLIOTT, ANDRES BARAJAS CONNIE Y. CHOE 3 WORLD TRADE CENTER NEW YORK NY 10007 |
| LASSER HOCHMAN, LLC | COUNSEL TO GRAND BALDWIN ASSOCIATES RICHARD L. ZUCKER, ESQ. 75 EISENHOWER PARKWAY, SUITE 120 ROSELAND NJ 07068 |
| LATHAM & WATKINS LLP | COUNSEL TO PINNACLE US HOLDINGS LLC GEORGE A. DAVIS 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LATHAM & WATKINS LLP | COUNSEL TO PINNACLE US HOLDINGS LLC WHIT MORLEY 330 NORTH WABASH AVENUE, SUITE 2800 CHICAGO IL 60611 |
| LATHAM & WATKINS LLP | COUNSEL TO PINNACLE US HOLDINGS LLC TED A. DILLMAN 355 SOUTH GRAND AVENUE, SUITE 100 LOS ANGELES CA 90071 |
| LEECH TISHMAN FUSCALDO & LAMPL | COUNSEL TO CP ASSOCIATES LLC LORI SCHWARTZ & NATHANIEL MEYERS 1007 N. ORANGE STREET, SUITE 420 WILMINGTON DE 19801 |
| LEECH TISHMAN ROBINSON BROG, PLLC | COUNSEL TO CP ASSOCIATES LLC CLEMENT K. YEE ONE DAG HAMMARSKJOLD PLAZA 885 SECOND AVENUE, 3RD FLOOR NEW YORK NY 10017 |
| LEVIN PROPERTIES, L.P. | ATTN: JOHN VESSIE PHILLIPS & ASSOCIATES, PLLC 45 BROADWAY, SUITE 430 NEW YORK NY 10006 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO TARRANT COUNTY 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO CITY OF HOUSTON, HOUSTON COMM COLL SYSTEM, HOUSTON ISD & FORT BEND COUNTY PO BOX 3064 HOUSTON TX 77253-3064 |
| MBB REALTY LIMITED PARTNERSHIP | ATTN: MICHAEL WILLNER 33 ROCK HILL ROAD, SUITE 350 BALA CYNWYD PA 19004 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | COUNSEL TO HARTFORD GARY D. BRESSLER, ESQ. 300 DELAWARE AVENUE, SUITE 1014 WILMINGTON DE 19801 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP | COUNSEL TO HARTFORD SCOTT A. LEVIN, ESQ. 300 DELAWARE AVENUE, SUITE 1014 WILMINGTON DE 19801 |
| MELTZER LIPPE GOLDSTEIN & BREITSTONE LLP | COUNSEL TO KRE BROADWAY OWNER LLC GARY MELTZER & SCOTT A. STEINBERG 190 WILLIS AVE MINEOLA NY 11501 |
| MONZACK MERSKY AND BROWDER, P.A. | COUNSEL TO KIMCO RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | COUNSEL TO THE COMMITTEE ERIC J. MONZO, BRYA M. KEILSON SIENA B. CERRA 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COUNSEL TO VARAGON CURTIS S. MILLER & AVERY JUE MENG 1201 N. MARKET STREET, 16TH FLOOR P.O. BOX 1347 WILMINGTON DE 19899-1347 |
| MOTIONSOFT, INC. | ATTN: JEFF VANDIXHORN 1451 ROCKVILLE PIKE, SUITE 500 ROCKVILLE MD 20852 |
| MURPHY DESMOND S.C. | (COUNSEL TO JOHNSON HEALTH) ATTN JEFFERY P. PHILLIPS 33 EAST MAIN STREET, SUITE 500 MADISON WI 53703 |
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA | 300 S SPRING ST #1700 LOS ANGELES CA 90013 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N MARKET ST STE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE 844 KING ST, STE 2207, LOCKBOX 35 ATTN: BENJAMIN A. HACKMAN WILMINGTON DE 19801 |
| OFFIT KURMAN, P.A. | COUNSEL TO PLATINUM GYM BRIAN J. MCLAUGHLIN, ESQUIRE 222 DELAWARE AVENUE, SUITE 1105 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | FORT BEND INDEPENDENT SCHOOL DISTRICT C/O MELISSA E. VALDEZ 1235 NORTH LOOP WEST, SUITE 600 HOUSTON TX 77008 |
| PICK & ZABICKI LLP | ATTN: DOUGLAS J. PICK, ESQ. 369 LEXINGTON AVENUE, 12TH FLOOR NEW YORK NY 10017 |
| RICHARDS, LAYTON & FINGER, P.A. | (COUNSEL TO JOHNSON HEALTH) ATTN JOHN KNIGHT, MATTHEW MILANA, ZACHARY JAVORSKY ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 |
| RUBIN & LEVIN, P.C. | COUNSEL TO AI CALIFORNIA LLC JAMES E. ROSSOW JR., ESQ. 135 N. PENNSYLVANIA ST., STE. 1400 INDIANAPOLIS IN 46204 |
| RW 5901 FLATLANDS LLC | ATTN: ALEX WEISS 97-77 QUEENS BOULEVARD, SUITE 620 REGO PARK NY 11374 |
| SAUL EWING LLP | COUNSEL TO PHILADELPHIA HARBISON, LP TURNER N. FALK, ESQUIRE CENTRE SQUARE WEST 1500 MARKET STREET, 38TH FLOOR PHILADELPHIA PA 19102 |
| SAUL EWING LLP | COUNSEL TO PHILADELPHIA HARBISON, LP MONIQUE B. DISABATINO, ESQUIRE 1201 NORTH MARKET STREET, SUITE 2300 P.O. BOX 1266 WILMINGTON DE 19899 |
| SHIPMAN & GOODWIN LLP | COUNSEL TO LEVIN MANAGEMENT CORPORATION ERIC S. GOLDSTEIN, ESQ. ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| SIRLIN LESSER & BENSON, P.C. | COUNSEL TO MBB REALTY, LINDEN COMMONS RETAIL LLC DANA S. PLON 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| STARK & STARK, P.C. | ATTN: THOMAS S. ONDER & JOSEPH H. LEMKIN P.O. BOX 5315 PRINCETON NJ 08543 |
| STARK & STARK, P.C. | COUNSEL TO TD EQUIPMENT FINANCE, INC. ATTN: TIMOTHY P. DUGGAN, ESQUIRE P.O. BOX 5315 PRINCETON NJ 08543 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF MASSACHUSETTS ATTY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF NEW JERSEY ATTY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF PENNSYLVANIA ATTY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STELLA RISING INC. | ATTN: ANTHONY VESPUCCI 920 BROADWAY, 2ND FLOOR NEW YORK NY 10010 |
| THE ROSNER LAW GROUP LLC | COUNSEL TO THIRD AVENUE TOWER, THEATRE BUILDING FREDERICK B. ROSNER & ZHAO (RUBY) LIU 824 N. MARKET ST, SUITE 810 WILMINGTON DE 19801 |
| THE ROSNER LAW GROUP LLC | COUNSEL TO THE THEATRE BUILDING FREDERICK B. ROSNER, ESQ. 824 N. MARKET ST., SUITE 810 WILMINGTON DE 19801 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | 151 W 42ND ST, 53RD FLOOR NEW YORK NY 10036 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | C/O MORRIS NICHOLS ARSHT TUNNELL ATTN: CURTIS S. MILLER 1201 NORTH MARKET STREET, 16TH FL WILMINGTON DE 19899 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | C/O KATTEN MUCHIN ROSENMAN LLP ATTN: PETER P. KNIGHT, MICHAEL HOWALD 525 WEST MONROE STREET CHICAGO IL 60661 |
| VBGO PENN PLAZA LLC | ATTN: BRETT THEIS 292 MADISON AVENUE. 7TH FLOOR NEW YORK NY 10017 |
| WOMBLE BOND DICKINSON (US) LLP | COUNSEL TO BOFA MATTHEW P. WARD 1313 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |

**Total Creditor count  88**

**EXHIBIT B**

BLINK HOLDINGS, INC., *et al* ., Case No. 24-11686 (JKS)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| EQUINOX HOLDINGS, INC. | tbednar@cgsh.com;<br>drkramer@cgsh.com;<br>spyun@cgsh.com |
| HPS INVESTMENT PARTNERS, LLC | alexey.pazukha@hpspartners.com;<br>colbert.cannon@hpspartners.com |
| INTERNAL REVENUE SERVICES | VICTORIA.G.MOSBY@IRS.GOV;<br>MILLIE.H.AGENT@IRS.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV; |
| OFFICE OF THE UNITED STATES TRUSTEE | Benjamin.A.Hackman@usdoj.gov |
| STATE OF NEW JERSEY ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| VARAGON CAPITAL PARTNERS AGENT, LLC | peter.knight@katten.com;<br>michael.howald@katten.com;<br>scott.lyons@katten.com |
| VARAGON CAPITAL PARTNERS AGENT, LLC | cmiller@morrisnichols.com |
| 125 PARK OWNER LLC | BRETT.HERSCHENFELD@SLGREEN.COM |
| 96 NORTH 10TH STREET HOLDINGS LLC | MORDY@SPARKREMGMT.COM |
| A&G REALTY PARTNERS, LLC | ANDY@AGREP.COM |
| AWESOMENESSTV HOLDINGS, LLC | TRUPTI.PATEL@PARAMOUNT.COM |
| BRIXMOR SPE 6LLC | DAVID.GERSTENHABER@BRIXMOR.COM |
| CHICAGO, IL 4644-4658 S DREXEL LLC | SNICHOLSON@INSITEREALESTATE.COM |
| EAST 54TH STREET PARTNERS LLC | JACK@JTREHOLDINGS.COM |
| ENEL X NORTH AMERICA, INC. | RALPH.CAMPANELLI@ENEL.COM |
| GLE-III, LLC | TBUCKSTEIN@KIMCOREALTY.COM |
| GOOD EARTH DISTRIBUTION, LLC | rich.hebert@goodearthproducts.com |
| JOHNSON HEALTH TECH NA, INC. | PHYLLIS.DANNIN@MATRIXFITNESS.COM |
| JTRE 23 WS (DEL) LLC | JACK@JTREHOLDINGS.COM |
| LEVIN PROPERTIES, L.P. | rmeno@levinmgt.com |
| MBB REALTY LIMITED PARTNERSHIP | MICHAEL@POMRE.COM |
| MOTIONSOFT, INC. | JEFF@CLUBAUTOMATION.COM |
| RW 5901 FLATLANDS LLC | AWEISS@LAUNDRYCAPITAL.COM |
| STELLA RISING INC. | AVESPUCCI@STELLARISING.COM |
| VBGO PENN PLAZA LLC | BTHEIS@ROSENBERGESTIS.COM |
| MONZACK MERSKY and BROWDER, P.A. | rmersky@monlaw.com |
| KATTEN MUCHIN ROSENMAN LLP | peter.knight@katten.com;<br>allison.yager@katten.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | cmiller@morrisnichols.com;<br>ameng@morrisnichols.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com |
| STARK & STARK, P.C. | tonder@stark-stark.com;<br>jlemkin@stark-stark.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | lschweitzer@cgsh.com;<br>tkessler@cgsh.com |

BLINK HOLDINGS, INC., *et al* ., Case No. 24-11686 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| ASHBY & GEDDES, P.A. | RPalacio@ashbygeddes.com; DKosloske@ashbygeddes.com |
| Charles E. Boulbol, P.C. | rtrack@msn.com |
| Sirlin Lesser & Benson, P.C. | dplon@sirlinlaw.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; liu@teamrosner.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| MURPHY DESMOND S.C. | jphillips@murphydesmond.com |
| RICHARDS, LAYTON & FINGER, P.A. | knight@rlf.com; milana@rlf.com; javorsky@rlf.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| McElroy, Deutsch, Mulvaney  & Carpenter, LLP | gbressler@mdmc-law.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| FARRELL FRITZ, P.C. | pcollins@farrellfritz.com; dpascarella@farrellfritz.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | mvaldez@pbfcm.com |
| Leech Tishman Robinson Brog, PLLC | cyee@leechtishman.com; lschwartz@leechtishman.com; nmeyers@leechtishman.com |
| KELLEY DRYE & WARREN LLP | kelliott@kelleydrye.com; abarajas@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com; ewilson@kelleydrye.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |
| Shipman & Goodwin | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| ALSTON & BIRD LLP | jacob.johnson@alston.com; stephen.blank@alston.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| SAUL EWING LLP | monique.disabatino@saul.com; turner.falk@saul.com |
| McElroy, Deutsch, Mulvaney  & Carpenter, LLP | slevin@mdmc-law.com |
| Cooch and Taylor, P.A | gdick@coochtaylor.com; klevitsky@coochtaylor.com |
| Bradley Arant Boult Cummings LLP | jbailey@bradley.com |
| Buchalter, A Professional Corporation | schristianson@buchalter.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| Pick & Zabicki LLP | dpick@picklaw.net |
| Jaspan Schlesinger Narendran LLP | spernaplank@jaspanllp.com |

BLINK HOLDINGS, INC., *et al* ., Case No. 24-11686 (JKS)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com |
| MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP | gmeltzer@meltzerlippe.com; ssteinberg@meltzerlippe.com |
| LATHAM & WATKINS LLP | george.davis@lw.com; ted.dillman@lw.com; whit.morley@lw.com |
| COLE SCHOTZ P.C. | npernick@coleschotz.com; ddean@coleschotz.com |
| STARK & STARK, P.C. | tduggan@stark-stark.com |
| RUBIN & LEVIN, P.C. | jim@rubin-levin.net |
| Burr & Forman LLP | jfalgowski@burr.com; esummers@burr.com; drobbins@burr.com |
| GLENN AGRE BERGMAN & FUENTES LLP | aglenn@glennagre.com; mdoss@glennagre.com |
| Offit Kurman, P.A. | brian.mclaughlin@offitkurman.com |
| Lasser Hochman, LLC | rzucker@lasserhochman.com |