# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 691** |

## CERTIFICATE OF SERVICE

I, BENJAMIN JOHNSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 17, 2024, I caused to be served the "Order (I) Authorizing Rejection of Certain Executory Contracts; and (II) Granting Related Relief," dated December 16, 2024 [Docket No. 691], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Benjamin Johnson*
Benjamin Johnson

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AVENUE CODE, LLC | ATTN: MICHELE MARQUES 26 O FARRELL STREET, STE. 600 SAN FRANCISCO CA 94108 |
| BELKIN BURDEN GOLDMAN, LLP | COUNSEL TO THE THEATRE BUILDING JAY B. SOLOMON, ESQ. ONE GRAND CENTRAL PLACE 60 E. 42ND STREET, 16TH FLOOR NEW YORK NY 10165 |
| DUARTE BROTHERS WOODWORK INC. | ATTN: NORBEY DUARTE 97-21 78TH STREET OZONE PARK NY 11416 |
| EQUINOX HOLDINGS, INC. | ATTN: ARLENE HONG 31 HUDSON YARDS, 15TH FL NEW YORK NY 10001 |
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA | 300 S SPRING ST #1700 LOS ANGELES CA 90013 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF MASSACHUSETTS ATTY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF PENNSYLVANIA ATTY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | 151 W 42ND ST, 53RD FLOOR NEW YORK NY 10036 |

**Total Creditor count: 12**

| Claim Name | Address Information |
|---|---|
| 659 GRYMES LLC | 9322 3RD AVE, STE 502 BROOKLYN NY 11209 |
| BAMKO LLC | 11620 WILSHIRE BLVD, STE 360 LOS ANGELES CA 90025 |
| BEC CAPITAL CORP | ATTN ALLEN PINERO, PRESIDENT 64 LOCUST LANE OYSTER BAY NY 11771 |
| BEC CAPITAL INC | 600 N WELLWOOD AVE, UNIT H LINDENHURST NY 11757 |
| BURTON, RICHARD | ADDRESS ON FILE |
| CASIANA FITNESS WILSON SQ LLC | ATTN: CARLOS GAVIDIA, MANAGER 212 SPYGLASS LANE JUPITER FL 33477 |
| CATANIA, MONICA | ADDRESS ON FILE |
| CATANIA, MONICA | ADDRESS ON FILE |
| COMMERCIAL LIGHTING INDUSTRIES INC | ATTN CFO 81161 INDIO BLVD INDIO CA 92201 |
| DANDAN, MAHER & DEE | ADDRESS ON FILE |
| DLA PIPER LLC | ATTN: KEITH MEDANSKY 203 NORTH LASALLE STREET, SUITE 1900 CHICAGO IL 60601 |
| ECLIPSE CAPITAL LLC | ATTN: ALLEN PINERO 64 LOCUST LANE FARMINGDALE NY 11735 |
| ECLIPSE FARMINGDALE LLC | 450 MAIN ST, UNIT 2 FARMINGDALE NY 11735 |
| ECORE INTERNATIONAL | ATTN LINDA LILLEY 715 FOUNTAIN AVE LANCASTER PA 17601 |
| GOODEARTH DISTRIBUTION LLC | ATTN STEWART MANDLER, PRES 440 WEST ST FORT LEE NJ 07024 |
| GS FIT IL-1 LLC | ATTN MANAGER 73 W MONROE, STE 410 CHICAGO IL 60603 |
| GS FIT-1 LLC | 39300 W 12 MILE ROAD, SUITE 100 FARMINGTON HILLS MI 48331 |
| GS FITNESS HOLDINGS LLC | 1620 JUDSON AVENUE EVANSTON IL 60201 |
| GS FITNESS HOLDINGS LLC | ATTN THOMAS SHUMAKER 1620 JUDSON AVE EVANSTON IL 60201 |
| GS FITNESS HOLDINGS LLC | C/O JAFFE, RAITT, HEUER & WEISS PC ATTN RICHARD ZUSSMAN ESQ 27777 FRANKLIN RD, STE 2500 SOUTHFIELD MI 48034 |
| GS FITNESS HOLDINGS LLC | C/O OWL SERVICES ATTN DONI FALL 2211 S TELEGRAPH RD, STE 7380 BLOOMFIELD HILLS MI 48302 |
| GS FITNESS MICHIGAN LLC | C/O GS FITNESS HOLDINGS LLC ATTN: THOMAS SHUMAKER 1620 JUDSON AVENUE EVANSTON IL 60201 |
| INSIDER SERVICES US LLC | ATTN: DIRECTOR 16192 COASTAL HIGHWAY LEWES DE 19958 |
| IRON GRIP BARBELL COMPANY | ATTN VP SALES 4012 W GARRY AVE SANTA ANA CA 92704 |
| JACKSON LEWIS PC | 666 3RD AVE NEW YORK NY 10017 |
| JACKSONVILLE GYM HOLDINGS LLC | 250 PALM COAST PARKWAY NE SUITE 607-#504 PALM COAST FL 32137 |
| JOHN JR. HOLDINGS LLC | 4519 BELMONT PARK TERRACE NASHVILLE TN 37215 |
| JOHNSON HEALTH TECH NORTH AMERICA INC | ATTN SCOTT ROBISON 1600 LANDMARK DR COTTAGE GROVE WI 53527 |
| JOHNSON HEALTH TECH NORTH AMERICA INC | D/B/A MATRIX FITNESS ATTN NICOLE TOAY 1600 LANDMARK DR COTTAGE GROVE WI 53527 |
| KRG ENTERPRISES INC. | ATTN: VP 9901 BLUE GRASS ROAD PHILADELPHIA PA 19114 |
| LIST INDUSTRIES INC | ATTN RUSTY DEVINE, VP 2823 WEST ORANGE AVE APOPKA FL 32703 |
| MOTIONSOFT INC. | ATTN: CHIEF FINANCIAL OFFICER 1801 ROCKVILLE AVENUE, SUITE 501 ROCKVILLE MD 20582 |
| MUZAK LLC | D/B/A MOOD MEDIA ATTN SR CORP COUNSEL 1703 W 5TH ST, STE 600 AUSTIN TX 78703 |
| NOUVEAU ELEVATOR INDUSTRIES LLC | ATTN: VP SALES 47-55 37TH STREET LONG ISLAND CITY NY 11101 |
| ONTARIO REFRIGERATION SERVICE INC | 6002 SAN FERNANDO RD GLENDALE CA 91202 |
| PANOS FITNESS LLC | ATTN: SOLE MANAGER AND MEMBER 4979 W TAFT ROAD LIVERPOOL NY 13088 |
| PANOS FITNESS OF ONONDAGA LLC | ATTN: SOLE MANAGER AND MEMBER 4722 ONONDAGA BOULEVARD SYRACUSE NY 13219 |
| PANOS, DEAN | ADDRESS ON FILE |
| PINERO, ALLEN MARK | ADDRESS ON FILE |
| PLATINUM GYM ONE INC. | ATTN: STEPHEN L. STABILE 265 WEBSTER WOODS LANE NORTH ANDOVER MA 01845 |
| PLATINUM GYM TWO INC | ATTN STEPHEN L STABILE 265 WEBSTER WOODS LN NORTH ANDOVER MA 01845 |
| PLATINUM SOFTWARE PARTNERS LLC | ATTN STEPHEN L STABILE 265 WEBSTER WOODS LN NORTH ANDOVER MA 01845 |
| SERVICE MANAGEMENT GROUP INC | ATTN ANDRY FROMM, CEO 1737 MCGREE ST KANSAS CITY MO 64108 |
| STERLING ASHLAND LLC | C/O BLUE STAR PROPERTIES 600 W VAN BUREN, STE 1000 CHICAGO IL 60607 |
| TD EQUIPMENT FINANCE INC | ATTN SR MANAGER 2059 SPRINGDALE RD CHERRY HILL NJ 08034 |
| YP FITNESS INC | ATTN RICHARD PAWLOWSKI 3550 MOWRY AVE FREMONT CA 94538 |

**BLINK FITNESS, INC.**
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| ZEROIN MEDIA INC | ATTN PRES 1123 ROADWAY, STE 704 NEW YORK NY 10010 |

**Total Creditor count: 47**

**EXHIBIT B**

BLINK HOLDINGS, INC., *et al.*
Case No. 24-11686
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| EQUINOX HOLDINGS, INC. | tbednar@cgsh.com; drkramer@cgsh.com; spyun@cgsh.com |
| HPS INVESTMENT PARTNERS, LLC | alexey.pazukha@hpspartners.com; colbert.cannon@hpspartners.com |
| INTERNAL REVENUE SERVICES | victoria.g.mosby@irs.gov; millie.h.agent@irs.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov; |
| OFFICE OF THE UNITED STATES TRUSTEE | benjamin.a.hackman@usdoj.gov |
| STATE OF NEW JERSEY ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| VARAGON CAPITAL PARTNERS AGENT, LLC | peter.knight@katten.com; michael.howald@katten.com); scott.lyons@katten.com |
| VARAGON CAPITAL PARTNERS AGENT, LLC | cmiller@morrisnichols.com |
| 125 PARK OWNER LLC | brett.herschenfeld@slgreen.com |
| 96 NORTH 10TH STREET HOLDINGS LLC | mordy@sparkremgmt.com |
| A&G REALTY PARTNERS, LLC | andy@agrep.com |
| AWESOMENESSTV HOLDINGS, LLC | trupti.patel@paramount.com |
| BRIXMOR SPE 6LLC | david.gerstenhaber@brixmor.com |
| CHICAGO, IL 4644-4658 S DREXEL LLC | snicholson@insiterealestate.com |
| EAST 54TH STREET PARTNERS LLC | jack@jtreholdings.com |
| ENEL X NORTH AMERICA, INC. | ralph.campanelli@enel.com |
| GLE-III, LLC | tbuckstein@kimcorealty.com |
| GOOD EARTH DISTRIBUTION, LLC | rich.hebert@goodearthproducts.com |
| JOHNSON HEALTH TECH NA, INC. | phyllis.dannin@matrixfitness.com |
| JTRE 23 WS (DEL) LLC | jack@jtreholdings.com |
| LEVIN PROPERTIES, L.P. | rmeno@levinmgt.com |
| MBB REALTY LIMITED PARTNERSHIP | michael@pomre.com |
| MOTIONSOFT, INC. | jeff@clubautomation.com |
| RW 5901 FLATLANDS LLC | aweiss@laundrycapital.com |
| STELLA RISING INC. | avespucci@stellarising.com |
| VBGO PENN PLAZA LLC | btheis@rosenbergestis.com |
| MONZACK MERSKY and BROWDER, P.A. | rmersky@monlaw.com |
| KATTEN MUCHIN ROSENMAN LLP | peter.knight@katten.com; allison.yager@katten.com |

BLINK HOLDINGS, INC., *et al.*
Case No. 24-11686
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; ameng@morrisnichols.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| STARK & STARK, P.C. | tonder@stark-stark.com; jlemkin@stark-stark.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | lschweitzer@cgsh.com; tkessler@cgsh.com |
| ASHBY & GEDDES, P.A. | rpalacio@ashbygeddes.com; dkosloske@ashbygeddes.com |
| Charles E. Boulbol, P.C. | rtrack@msn.com |
| Sirlin Lesser & Benson, P.C. | dplon@sirlinlaw.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; liu@teamrosner.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| MURPHY DESMOND S.C. | jphillips@murphydesmond.com |
| RICHARDS, LAYTON & FINGER, P.A. | knight@rlf.com; milana@rlf.com; javorsky@rlf.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | gbressler@mdmc-law.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| FARRELL FRITZ, P.C. | pcollins@farrellfritz.com; dpascarella@farrellfritz.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | mvaldez@pbfcm.com |
| Leech Tishman Robinson Brog, PLLC | cyee@leechtishman.com; lschwartz@leechtishman.com; nmeyers@leechtishman.com |
| KELLEY DRYE & WARREN LLP | kelliott@kelleydrye.com; abarajas@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com; ewilson@kelleydrye.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |

BLINK HOLDINGS, INC., *et al.*
Case No. 24-11686
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| Shipman & Goodwin | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| ALSTON & BIRD LLP | jacob.johnson@alston.com; stephen.blank@alston.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| SAUL EWING LLP | monique.disabatino@saul.com; turner.falk@saul.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | slevin@mdmc-law.com |
| Cooch and Taylor, P.A | gdick@coochtaylor.com; klevitsky@coochtaylor.com |
| Bradley Arant Boult Cummings LLP | jbailey@bradley.com |
| Buchalter, A Professional Corporation | schristianson@buchalter.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| Pick & Zabicki LLP | dpick@picklaw.net |
| Jaspan Schlesinger Narendran LLP | spernaplank@jaspanllp.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com |
| MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP | gmeltzer@meltzerlippe.com; ssteinberg@meltzerlippe.com |
| LATHAM & WATKINS LLP | george.davis@lw.com; ted.dillman@lw.com; whit.morley@lw.com |
| COLE SCHOTZ P.C. | npernick@coleschotz.com; ddean@coleschotz.com |
| STARK & STARK, P.C. | tduggan@stark-stark.com |
| RUBIN & LEVIN, P.C. | jim@rubin-levin.net |
| Burr & Forman LLP | jfalgowski@burr.com; esummers@burr.com; drobbins@burr.com |
| GLENN AGRE BERGMAN & FUENTES LLP | aglenn@glennagre.com; mdoss@glennagre.com |
| Offit Kurman, P.A. | brian.mclaughlin@offitkurman.com |
| Lasser Hochman, LLC | rzucker@lasserhochman.com |