**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ANNUAL RATE INCREASE OF**
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

**PLEASE TAKE NOTICE** that, Young Conaway Stargatt & Taylor, LLP, counsel to the debtors and debtors in possession in the above-captioned cases (these "Chapter 11 Cases"), hereby provides notice of the following revised hourly rates, which became effective in these Chapter 11 Cases as of January 1, 2025.

| Title | Hourly Rate Range |
|---|---|
| Partner | $860 to $2,100 per hour |
| Associate | $465 to $855 per hour |
| Paraprofessional | $385 to $395 per hour |

*[Signature Page Follows]*

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32630359.1

Dated: Wilmington, Delaware  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
January 6, 2025

*/s/ Sean T. Greecher*
Michael R. Nestor (No. 3526)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Timothy R. Powell (No. 6894)
Rebecca L. Lamb (No. 7223)
Benjamin C. Carver (No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
          sgreecher@ycst.com
          amielke@ycst.com
          tpowell@ycst.com
          rlamb@ycst.com
          bcarver@ycst.com

32630359.1

2