# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 678 & 679 |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING FIRST INTERIM FEE APPLICATIONS OF DEBTORS' PROFESSIONALS

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies as follows:

1.  On December 16, 2024, the Debtors filed the first interim fee application [Docket No. 678] of the Debtors' professionals (the "**First Interim Fee Application**")[2] for the period August 12, 2024 through and including October 31, 2023. Pursuant to the First Interim Fee Application, the Debtors sought approval of fees and reimbursement of expense for Young Conaway Stargatt & Taylor, LLP, as counsel to the Debtors, and Moelis & Company LLC, as investment banker to the Debtors (collectively, the "**Professionals**"). Objections, if any, to the First Interim Fee Application were required to be filed and served on or before January 6, 2025 at 4:00 p.m. (ET).

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Interim Fee Application.

32582028.1

2. The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the First Interim Fee Application has been received or appears on the Court's docket. Accordingly, the Debtors' undersigned counsel hereby submits the proposed form of order attached hereto as **Exhibit A** (the "**Proposed Order**"), approving the First Interim Fee Application on the terms set forth therein.

WHEREFORE, as no responses or objections were received to the First Interim Fee Application and the Debtors have circulated the Proposed Order to the Professionals who have each reviewed and agreed to the entry of the Proposed Order, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or a hearing.

Dated: Wilmington, Delaware
January 8, 2025

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Allison S. Mielke
Michael R. Nestor (No. 3526)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Timothy R. Powell (No. 6894)
Rebecca L. Lamb (No. 7223)
Benjamin C. Carver (No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
   sgreecher@ycst.com
   amielke@ycst.com
   tpowell@ycst.com
   rlamb@ycst.com
   bcarver@ycst.com

*Counsel to the Debtors and Debtors in Possession*

32582028.1