**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 161 |
| | <u>Objection Deadline</u>:<br>January 22, 2025 at 4:00 p.m. (ET) |

**NOTICE OF FILING OF STAFFING AND COMPENSATION REPORT OF TRIPLE P RTS, LLC FOR THE PERIOD FROM <u>DECEMBER 1, 2024, TO DECEMBER 31, 2024</u>**

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order (I) Authorizing the Debtors to Employ and Retain Triple P RTS, LLC to Provide Steven Shenker as Chief Restructuring Officer, Scott Canna as Deputy Chief Restructuring Officer, and Additional Personnel, as Necessary, Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 161] (the "**Approval Order**"),[2] Triple P RTS, LLC hereby files this staffing and compensation report for the period of December 1, 2024 through and including December 31, 2024 (the "**Staffing Report**").

---

[1]  The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Order.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing Report, if any, must be filed in accordance with the Approval Order and served on the undersigned counsel so as to be received on or before January 22, 2025 at 4:00 p.m. (prevailing Eastern Time).

| | |
|---|---|
| Dated: Wilmington, Delaware<br>January 8, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Rebecca L. Lamb*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>     sgreecher@ycst.com<br>     amielke@ycst.com<br>     tpowell@ycst.com<br>     rlamb@ycst.com<br>     bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

32666216.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 161 |

**STAFFING AND COMPENSATION REPORT OF TRIPLE P RTS, LLC FOR THE
PERIOD FROM DECEMBER 1, 2024 TO DECEMBER 31, 2024**

Exhibit A – Statement of Fees and Expenses by Subject Matter

Exhibit B – Summary of Professionals and Fees

Exhibit C – Detailed Description of Fees

Dated: January 8, 2025

                                                  */s/ Steven Shenker*
                                                  Steven Shenker
                                                  Managing Director
                                                  Triple P RTS, LLC

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32666216.1

1

# EXHIBIT A

## Statement of Fees and Expenses by Subject Matter

| Matter Category | Hours | Fees |
|---|---:|---:|
| Asset Recovery & Analysis | 10.00 | $ 4,479.00 |
| Assumption & Rejection of Leases & Contracts | 1.30 | 845.00 |
| Business Operations | 1.50 | 1,117.50 |
| Case Administration | 5.60 | 4,765.00 |
| Claims Administration & Objections | 5.80 | 3,488.00 |
| Corporate Governance & Board Matters | 0.40 | 350.00 |
| Deliverable Preparation & Review | 47.80 | 20,398.00 |
| Employment & Fee Applications | 3.70 | 2,090.50 |
| Financing & Cash Collateral | 27.30 | 20,624.50 |
| Internal Meeting & Communication | 23.50 | 15,622.00 |
| Meetings & Communication with Management | 9.70 | 6,580.00 |
| Meetings & Communication with Potential Buyers and / or Financing Parties | 3.20 | 2,410.00 |
| Meetings & Communication with Professionals | 6.60 | 5,086.00 |
| Meetings & Communications with Creditors | 2.50 | 1,862.50 |
| Plan & Disclosure Statement | 2.00 | 1,570.00 |
| Relief from Stay & Adequate Protection | 0.40 | 350.00 |
| Reporting | 25.00 | 16,575.00 |
| **Total Hours and Fees** | **176.30** | **$ 108,213.00** |

| Date | Professional | Expense Type | Notes | Expense |
|---|---|---|---|---:|
| 12/9/2024 | Not Applicable | Legal | Outside counsel: Analyze supplemental disclosure issues and confer w/ client on same | $ 2,236.30 |
| | | | Total | $ 2,236.30 |

32666216.1

2

![Dentons logo]

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Portage Point Partners, LLC
300 N. LaSalle Street, Suite 1420
Chicago IL 60654
United States

December 9, 2024

**Invoice No. 2806729**

Client/Matter: 15812253-000017

**Blink Holdings, Inc.**

Payment Due Upon Receipt

Total This Invoice                              $         2,236.30



**DENTONS**

Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361

dentons.com

Portage Point Partners, LLC  
300 N. LaSalle Street, Suite 1420  
Chicago IL 60654  
United States

December 9, 2024

**Invoice No. 2806729**

Client/Matter:   15812253-000017

Blink Holdings, Inc.
_____

For Professional Services Rendered through November 30, 2024:

| **Date** | **Timekeeper** | **Hours** | **Amount** | **Narrative** |
|---|---|---|---|---|
| 11/05/24 | P. Maxcy | 1.90 | 2,236.30 | Analyze supplemental disclosure issues and confer w/ client on same. |
| Total Hours | | 1.90 | | |
| Fee Amount | | | | $ 2,236.30 |

### TIME AND FEE SUMMARY

| **Timekeeper** | **Rate** | **Hours** | **Fees** |
|---|---|---|---|
| P. Maxcy | $ 1,177.00 | 1.90 | $ 2,236.30 |
| Totals | | 1.90 | $ 2,236.30 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 2,236.30 |
| Invoice Total | $ | 2,236.30 |

2



Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361  

dentons.com

For your Information - Open Invoices

Portage Point Partners, LLC  
300 N. LaSalle Street, Suite 1420  
Chicago IL 60654  
United States  
Client/Matter  #: 15812253-000017  
      Blink Holdings, Inc.

December 9, 2024

## Statement of Account

According to our records, as of December 9, 2024, the amounts shown below are outstanding on this matter.  
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 12/09/24 | 2806729 | $ 2,236.30 | $ 0.00 | $ 2,236.30 |
|  | Total Outstanding Invoices |  |  | $ 2,236.30 |



003139/065

# EXHIBIT B

## Summary of Professionals and Fees

|  |  |  | 12/1/2024 - 12/31/2024 | |
|---|---|---|---|---|
| **Professional** | **Position** | **Rate** | **Hours** | **Fees** |
| Steven Shenker | Managing Director | $ 875.00 | 18.80 | $ 16,450.00 |
| Scott Canna | Senior Director | 745.00 | 52.50 | 39,112.50 |
| Greg de Speville | Senior Vice President | 650.00 | 35.30 | 22,945.00 |
| Chad Bacon | Vice President | 565.00 | 5.20 | 2,938.00 |
| Hunter Reynolds | Associate | 415.00 | 64.50 | 26,767.50 |
| **Total Hours and Fees** | | | **176.30** | **$ 108,213.00** |
| | | **Average Billing Rate** | **$** | **613.80** |

32666216.1

3

## **EXHIBIT C**

**Detailed Description of Fees**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| **Asset Recovery & Analysis** | | | | | |
| 12/09/24 | Hunter Reynolds | Work through updating collections file with the actuals receipts data provided by the Company | $ 415 | 0.4 | $ 166.0 |
| 12/09/24 | Hunter Reynolds | Work through creating cash collections file and template to parse out collections due to the buyers | 415 | 1.4 | 581.0 |
| 12/09/24 | Hunter Reynolds | Work through updating collections file with the actuals receipts data provided by the Company | 415 | 2.0 | 830.0 |
| 12/10/24 | Hunter Reynolds | Work through updating estate cash plan with actuals for prior week and tieing out to TWCF | 415 | 0.4 | 166.0 |
| 12/10/24 | Hunter Reynolds | Work through updating estate cash plan with actuals for prior week and tieing out to TWCF | 415 | 1.0 | 415.0 |
| 12/10/24 | Hunter Reynolds | Work through updating estate cash plan with actuals for prior week and tieing out to TWCF | 415 | 1.0 | 415.0 |
| 12/10/24 | Greg de Speville | Extend ELA budget for an additional month | 650 | 1.4 | 910.0 |
| 12/10/24 | Hunter Reynolds | Work through updating estate cash plan with actuals for prior week and tieing out to TWCF | 415 | 1.6 | 664.0 |
| 12/11/24 | Hunter Reynolds | Work through updates to collections tracker and estate cash plan per comments from the team | 415 | 0.8 | 332.0 |
| **Assumption & Rejection of Leases & Contracts** | | | | | |
| 12/03/24 | Greg de Speville | Respond to inquiries from counsel regarding designated contracts | 650 | 0.5 | 325.0 |
| 12/05/24 | Greg de Speville | Respond to inquiries from counsel regarding assumed contracts | 650 | 0.4 | 260.0 |
| 12/12/24 | Greg de Speville | Address questions from counsel regarding cure payments | 650 | 0.4 | 260.0 |
| **Business Operations** | | | | | |
| 12/31/24 | Scott Canna | Review bi-weekly payroll reports and provide approvals to processing team | 745 | 1.5 | 1,117.5 |
| **Case Administration** | | | | | |
| 12/03/24 | Steven Shenker | Review & respond to emails re: cash reporting / reconciliation | 875 | 0.5 | 437.5 |
| 12/04/24 | Greg de Speville | Update parties in interest list | 650 | 0.6 | 390.0 |
| 12/05/24 | Steven Shenker | Review & respond to emails, attention to various case workstreams inlcuding MOR preparation | 875 | 0.5 | 437.5 |
| 12/10/24 | Steven Shenker | Review & respond to emails, review latest claims update | 875 | 0.5 | 437.5 |
| 12/12/24 | Steven Shenker | Review & respond to emails, review bank reconciliation analysis | 875 | 0.5 | 437.5 |
| 12/16/24 | Steven Shenker | Review & respond to emails re: cure payments | 875 | 0.5 | 437.5 |
| 12/18/24 | Steven Shenker | Review & respond to emails, review of cash remittances | 875 | 0.5 | 437.5 |
| 12/20/24 | Steven Shenker | Review & respond to emails re: rejections | 875 | 0.5 | 437.5 |
| 12/24/24 | Steven Shenker | Review & respond to emails re: utility account transitions | 875 | 0.5 | 437.5 |
| 12/27/24 | Steven Shenker | Review & respond to emails re: reconciling collections from partnership revenue | 875 | 0.5 | 437.5 |
| 12/31/24 | Steven Shenker | Review & respond to emails re: treasury processing | 875 | 0.5 | 437.5 |
| **Claims Administration & Objections** | | | | | |
| 12/03/24 | Greg de Speville | Correspond with claimant regarding payment of secured claim | 650 | 0.4 | 260.0 |
| 12/09/24 | Greg de Speville | Review latest claims register | 650 | 0.4 | 260.0 |
| 12/11/24 | Greg de Speville | Follow-up with claimant regarding discharge of mechanics lien | 650 | 0.2 | 130.0 |
| 12/11/24 | Greg de Speville | Review supporting documentation provided by claimant | 650 | 0.4 | 260.0 |
| 12/16/24 | Greg de Speville | Review and reconcile administrative claims | 650 | 0.8 | 520.0 |
| 12/17/24 | Greg de Speville | Review and reconcile administrative claims | 650 | 1.2 | 780.0 |
| 12/18/24 | Hunter Reynolds | Work through updates to tax claims per latest claims register sent by Epiq | 415 | 1.2 | 498.0 |
| 12/18/24 | Greg de Speville | Review and update latest claims tracker | 650 | 1.2 | 780.0 |
| **Corporate Governance & Board Matters** | | | | | |
| 12/05/24 | Steven Shenker | Participate in conversation with M. Pearlman, Moelis (J. Burke, A. Swift, F. Drucker), YC (M. Nestor, S. Greecher, A. Mielke), and PPP (S. Shenker, S. Canna, G. de Speville, H. Reynolds) for board call | 875 | 0.4 | 350.0 |
| **Deliverable Preparation & Review** | | | | | |
| 12/02/24 | Hunter Reynolds | Work through ensuring cash ties between estate plan tracker and company records | 415 | 1.4 | 581.0 |
| 12/02/24 | Hunter Reynolds | Work through updating estate cash plan file with the latest data sent across by the Company | 415 | 1.6 | 664.0 |
| 12/03/24 | Hunter Reynolds | Work through cash council reconciliation of cash from prior weeks actuals | 415 | 0.7 | 290.5 |
| 12/03/24 | Hunter Reynolds | Work through cash council reconciliation of cash from prior weeks actuals | 415 | 1.0 | 415.0 |
| 12/03/24 | Hunter Reynolds | Work through cash council reconciliation of cash from prior weeks actuals | 415 | 1.2 | 498.0 |

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 12/03/24 | Hunter Reynolds | Work through cash council reconciliation of cash from prior weeks actuals | 415 | 2.0 | 830.0 |
| 12/05/24 | Hunter Reynolds | Work through updates to EQX guarantee file per latest data from the Company | 415 | 0.6 | 249.0 |
| 12/06/24 | Hunter Reynolds | Work through updating EQX guarantee output per discussion with the Company | 415 | 0.7 | 290.5 |
| 12/13/24 | Scott Canna | Review updated estate cash plan for distribution to professionals | 745 | 1.7 | 1,266.5 |
| 12/16/24 | Hunter Reynolds | Work through collections and receipts data for prior week for remittance to buyers | 415 | 0.9 | 373.5 |
| 12/16/24 | Hunter Reynolds | Work through collections and receipts data for prior week for remittance to buyers | 415 | 1.5 | 622.5 |
| 12/16/24 | Hunter Reynolds | Work through updating estate cash plan with latest data from AP from prior week | 415 | 1.8 | 747.0 |
| 12/17/24 | Hunter Reynolds | Work through updates to cash collections data per comments | 415 | 0.4 | 166.0 |
| 12/17/24 | Hunter Reynolds | Work through updates to estate cash plan per latest data provided by the Company | 415 | 0.5 | 207.5 |
| 12/17/24 | Hunter Reynolds | Work through scrubbing collections data per comments | 415 | 0.8 | 332.0 |
| 12/17/24 | Hunter Reynolds | Work through updates to estate cash plan per latest data provided by the Company | 415 | 0.9 | 373.5 |
| 12/17/24 | Hunter Reynolds | Work through updates to estate cash plan per latest data provided by the Company | 415 | 1.6 | 664.0 |
| 12/19/24 | Hunter Reynolds | Work through collections reconciliation for partnership revenue and updating collections tracker | 415 | 0.5 | 207.5 |
| 12/19/24 | Hunter Reynolds | Work through updates to collections waterfall per comments | 415 | 1.6 | 664.0 |
| 12/19/24 | Hunter Reynolds | Work through collections reconciliation for partnership revenue and updating collections tracker | 415 | 1.8 | 747.0 |
| 12/19/24 | Hunter Reynolds | Work through building franchisee reconciliation file for fees and collections | 415 | 2.0 | 830.0 |
| 12/20/24 | Hunter Reynolds | Work through reconciling pre-petition secured claim amount | 415 | 0.3 | 124.5 |
| 12/20/24 | Hunter Reynolds | Work through reviewing questions from YC on rejections and answering | 415 | 0.3 | 124.5 |
| 12/20/24 | Hunter Reynolds | Work through collections reconciliation for partnership revenue and updating collections tracker and updating estate cash plan | 415 | 0.5 | 207.5 |
| 12/23/24 | Hunter Reynolds | Work through updating estate cash plan with latest data provided by the Equinox cash team | 415 | 0.8 | 332.0 |
| 12/23/24 | Hunter Reynolds | Work through updating estate cash plan with latest data provided by AP and disbursement team | 415 | 1.6 | 664.0 |
| 12/23/24 | Hunter Reynolds | Work through tieing out estate cash plan to true cash provided by the Equinox team | 415 | 1.9 | 788.5 |
| 12/23/24 | Hunter Reynolds | Work through updating estate cash plan with latest data provided by the Equinox cash team | 415 | 2.0 | 830.0 |
| 12/26/24 | Hunter Reynolds | Work through updates to estate cash plan per comments from the team | 415 | 0.7 | 290.5 |
| 12/26/24 | Hunter Reynolds | Work through updates to estate cash plan per comments from the team | 415 | 0.8 | 332.0 |
| 12/26/24 | Hunter Reynolds | Work through updates to estate cash plan per comments from the team | 415 | 1.6 | 664.0 |
| 12/27/24 | Hunter Reynolds | Work through creating PG friendly output of collections for receipts to be sent | 415 | 0.2 | 83.0 |
| 12/27/24 | Hunter Reynolds | Work through reconciling collections from partnership revenue to send to PG | 415 | 0.9 | 373.5 |
| 12/27/24 | Hunter Reynolds | Work through reconciling collections from partnership revenue to send to PG | 415 | 1.4 | 581.0 |
| 12/27/24 | Hunter Reynolds | Work through reconciling collections from partnership revenue to send to PG | 415 | 1.9 | 788.5 |
| 12/30/24 | Hunter Reynolds | Work through updating estate plan tracker with actuals from week prior | 415 | 0.8 | 332.0 |
| 12/30/24 | Hunter Reynolds | Work through reconciling Alter Domus AR to determine what is paid to PG | 415 | 0.9 | 373.5 |
| 12/30/24 | Hunter Reynolds | Work through reconciling Alter Domus AR to determine what is paid to PG | 415 | 1.2 | 498.0 |
| 12/30/24 | Hunter Reynolds | Work through updating estate plan tracker with actuals from week prior | 415 | 1.4 | 581.0 |
| 12/30/24 | Hunter Reynolds | Work through updating collections with actuals from week prior and finding what to pay Pure Gym | 415 | 1.6 | 664.0 |
| 12/30/24 | Hunter Reynolds | Work through reconciling partnership revenue to determine what to pay Pure Gym | 415 | 1.8 | 747.0 |
| **Employment & Fee Applications** | | | | | |
| 12/02/24 | Chad Bacon | Review time entries in preparation of November 2024 fee application | 565 | 1.8 | 1,017.0 |
| 12/03/24 | Chad Bacon | Finalize November 2024 fee application | 565 | 1.9 | 1,073.5 |

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| **Financing & Cash Collateral** | | | | | |
| 12/02/24 | Steven Shenker | Review and comment on updated cash reporting | 875 | 0.5 | 437.5 |
| 12/03/24 | Scott Canna | Reconcile closing estate cash balance for funds flow and prior operational activity | 745 | 1.9 | 1,415.5 |
| 12/04/24 | Steven Shenker | Review and comment on updated cash reporting | 875 | 0.5 | 437.5 |
| 12/04/24 | Scott Canna | Review bank statements for debit reconciliation | 745 | 1.0 | 745.0 |
| 12/05/24 | Scott Canna | Review and respond to correspondence regarding bank account reconciliation | 745 | 1.8 | 1,341.0 |
| 12/09/24 | Scott Canna | Review and update bank reconciliation analysis | 745 | 1.6 | 1,192.0 |
| 12/10/24 | Scott Canna | Review bank account reconciliation for collection activity | 745 | 1.0 | 745.0 |
| 12/11/24 | Steven Shenker | Review and comment on estate cash plan | 875 | 0.2 | 175.0 |
| 12/11/24 | Steven Shenker | Review collections analysis to remit to buyers | 875 | 0.3 | 262.5 |
| 12/11/24 | Scott Canna | Review cash collection reconciliation prior to distribution to buyers | 745 | 1.5 | 1,117.5 |
| 12/12/24 | Scott Canna | Review and update collections tracker for buyer remittance | 745 | 1.5 | 1,117.5 |
| 12/13/24 | Scott Canna | Review estate cash plan roll forward for discussion with committee | 745 | 1.5 | 1,117.5 |
| 12/16/24 | Scott Canna | Update estate cash tracker for bank reconciliation | 745 | 0.7 | 521.5 |
| 12/17/24 | Steven Shenker | Review estate cash plan and comment | 875 | 0.3 | 262.5 |
| 12/17/24 | Scott Canna | Review prior week collection activity for buyer remittance | 745 | 1.5 | 1,117.5 |
| 12/18/24 | Scott Canna | Review and finalize weekly disbursement list | 745 | 1.2 | 894.0 |
| 12/19/24 | Scott Canna | Review updated Franchisee account reconciliations for partnership revenue and royalties | 745 | 1.5 | 1,117.5 |
| 12/19/24 | Scott Canna | Finalize receipt reconciliation workbook for holdbacks | 745 | 1.8 | 1,341.0 |
| 12/23/24 | Scott Canna | Review prior week treasury information for cash flow roll forward | 745 | 1.8 | 1,341.0 |
| 12/23/24 | Scott Canna | Review collections data from prior week for Buyer remittance | 745 | 1.8 | 1,341.0 |
| 12/26/24 | Steven Shenker | Review and comment on estate cash tracking | 875 | 0.4 | 350.0 |
| 12/26/24 | Scott Canna | Review updated Estate bank account analysis for prior week reconciliation | 745 | 1.5 | 1,117.5 |
| 12/26/24 | Scott Canna | Continue to review Estate cash reconciliation for prior week bank reports | 745 | 1.5 | 1,117.5 |
| **Internal Meeting & Communication** | | | | | |
| 12/02/24 | Steven Shenker | Participated in internal discussion (S. Shenker, S. Canna, G. de Speville, C. Bacon, H. Reynolds) RE: workstreams / next steps | 875 | 0.4 | 350.0 |
| 12/02/24 | Hunter Reynolds | Participated in internal discussion (S. Shenker, S. Canna, G. de Speville, C. Bacon, H. Reynolds) RE: workstreams / next steps | 415 | 0.4 | 166.0 |
| 12/02/24 | Chad Bacon | Participated in internal discussion (S. Shenker, S. Canna, G. de Speville, C. Bacon, H. Reynolds) RE: workstreams / next steps | 565 | 0.4 | 226.0 |
| 12/02/24 | Scott Canna | Participated in internal discussion (S. Shenker, S. Canna, G. de Speville, C. Bacon, H. Reynolds) RE: workstreams / next steps | 745 | 0.4 | 298.0 |
| 12/02/24 | Greg de Speville | Participated in internal discussion (S. Shenker, S. Canna, G. de Speville, C. Bacon, H. Reynolds) RE: workstreams / next steps | 650 | 0.4 | 260.0 |
| 12/02/24 | Hunter Reynolds | Participate in discussion with G. de Speville and H. Reynolds on funds flow and estate cash plan | 415 | 0.5 | 207.5 |
| 12/02/24 | Steven Shenker | Review & respond to emails, attention to various case workstreams | 875 | 0.5 | 437.5 |
| 12/02/24 | Hunter Reynolds | Participate in discussion with C. Bacon and H. Reynolds re. actualization process | 415 | 0.5 | 207.5 |
| 12/02/24 | Chad Bacon | Participate in discussion with C. Bacon and H. Reynolds re. actualization process | 565 | 0.5 | 282.5 |
| 12/02/24 | Greg de Speville | Participate in discussion with G. de Speville and H. Reynolds on funds flow and estate cash plan | 650 | 0.5 | 325.0 |
| 12/02/24 | Hunter Reynolds | Participate in discussion with S. Canna and H. Reynolds on estate cash tracker | 415 | 0.7 | 290.5 |
| 12/02/24 | Scott Canna | Participate in discussion with S. Canna and H. Reynolds on estate cash tracker | 745 | 0.7 | 521.5 |
| 12/03/24 | Hunter Reynolds | Participate in discussion with C. Bacon and H. Reynolds on actuals process | 415 | 0.2 | 83.0 |
| 12/03/24 | Chad Bacon | Participate in discussion with C. Bacon and H. Reynolds on actuals process | 565 | 0.2 | 113.0 |
| 12/03/24 | Steven Shenker | Participate in discussion with S. Shenker, S. Canna, H. Reynolds on estate cash plan | 875 | 0.2 | 175.0 |
| 12/03/24 | Hunter Reynolds | Participate in discussion with S. Shenker, S. Canna, H. Reynolds on estate cash plan | 415 | 0.2 | 83.0 |
| 12/03/24 | Scott Canna | Participate in discussion with S. Shenker, S. Canna, H. Reynolds on estate cash plan | 745 | 0.2 | 149.0 |
| 12/03/24 | Hunter Reynolds | Participate in discussion with S. Canna and H. Reynolds on estate cash plan | 415 | 1.1 | 456.5 |
| 12/03/24 | Scott Canna | Participate in discussion with S. Canna and H. Reynolds on estate cash plan | 745 | 1.1 | 819.5 |
| 12/04/24 | Steven Shenker | Review & respond to emails, attendance to various case items | 875 | 1.0 | 875.0 |
| 12/06/24 | Steven Shenker | Review & respond to emails, attendance to various case items | 875 | 0.5 | 437.5 |

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 12/09/24 | Steven Shenker | Participate in internal discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. workstream updates | 875 | 0.4 | 350.0 |
| 12/09/24 | Hunter Reynolds | Participate in internal discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. workstream updates | 415 | 0.4 | 166.0 |
| 12/09/24 | Scott Canna | Participate in internal discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. workstream updates | 745 | 0.4 | 298.0 |
| 12/09/24 | Hunter Reynolds | Participate in discussion with G. de Speville and H. Reynolds on cash reconciliation | 415 | 0.4 | 166.0 |
| 12/09/24 | Greg de Speville | Participate in internal discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. workstream updates | 650 | 0.4 | 260.0 |
| 12/09/24 | Greg de Speville | Participate in discussion with G. de Speville and H. Reynolds on cash reconciliation | 650 | 0.4 | 260.0 |
| 12/10/24 | Hunter Reynolds | Participate in discussion with C. Bacon and H. Reynolds on TWCF actualization | 415 | 0.4 | 166.0 |
| 12/10/24 | Chad Bacon | Participate in discussion with C. Bacon and H. Reynolds on TWCF actualization | 565 | 0.4 | 226.0 |
| 12/11/24 | Steven Shenker | Review & respond to emails, attendance to various case items | 875 | 0.5 | 437.5 |
| 12/13/24 | Steven Shenker | Review & respond to emails, attendance to various case items | 875 | 0.5 | 437.5 |
| 12/16/24 | Steven Shenker | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal sync | 875 | 0.3 | 262.5 |
| 12/16/24 | Hunter Reynolds | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal sync | 415 | 0.3 | 124.5 |
| 12/16/24 | Scott Canna | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal sync | 745 | 0.3 | 223.5 |
| 12/16/24 | Greg de Speville | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal sync | 650 | 0.3 | 195.0 |
| 12/17/24 | Steven Shenker | Review & respond to emails, attendance to various case items | 875 | 0.5 | 437.5 |
| 12/17/24 | Hunter Reynolds | Participate in discussion with S. Canna and H. Reynolds on estate cash plan | 415 | 0.5 | 207.5 |
| 12/17/24 | Scott Canna | Participate in discussion with S. Canna and H. Reynolds on estate cash plan | 745 | 0.5 | 372.5 |
| 12/18/24 | Hunter Reynolds | Participate in discussion with G. de Speville and H. Reynolds on claims reconciliation | 415 | 0.6 | 249.0 |
| 12/18/24 | Greg de Speville | Participate in discussion with G. de Speville and H. Reynolds on claims reconciliation | 650 | 0.6 | 390.0 |
| 12/19/24 | Steven Shenker | Review & respond to emails, attendance to various case items | 875 | 0.5 | 437.5 |
| 12/23/24 | Steven Shenker | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 875 | 0.4 | 350.0 |
| 12/23/24 | Hunter Reynolds | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 415 | 0.4 | 166.0 |
| 12/23/24 | Scott Canna | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 745 | 0.4 | 298.0 |
| 12/23/24 | Greg de Speville | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 650 | 0.4 | 260.0 |
| 12/23/24 | Steven Shenker | Review & respond to emails, attendance to various case items | 875 | 0.5 | 437.5 |
| 12/26/24 | Steven Shenker | Review & respond to emails, attendance to various case items | 875 | 0.5 | 437.5 |
| 12/30/24 | Steven Shenker | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 875 | 0.3 | 262.5 |
| 12/30/24 | Hunter Reynolds | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 415 | 0.3 | 124.5 |
| 12/30/24 | Scott Canna | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 745 | 0.3 | 223.5 |
| 12/30/24 | Greg de Speville | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 650 | 0.3 | 195.0 |
| 12/30/24 | Steven Shenker | Review & respond to emails, attendance to various case items | 875 | 0.5 | 437.5 |
| **Meetings & Communication with Management** | | | | | |
| 12/04/24 | Hunter Reynolds | Participate in call with Debtors (A Diaz, B Balick) and Portage Point (S Canna, H Reynolds) for cash council | 415 | 0.5 | 207.5 |
| 12/04/24 | Scott Canna | Participate in call with Debtors (A Diaz, B Balick) and Portage Point (S Canna, H Reynolds) for cash council | 745 | 0.5 | 372.5 |
| 12/06/24 | Hunter Reynolds | Participate in discussion with the Debtors (L. Trued) and PPP (H. Reynolds) on deferred rent | 415 | 0.3 | 124.5 |
| 12/09/24 | Greg de Speville | Participate in call with EQX accounting team (E. Child and C. Gonzalez) and PPP (G. De Speville) re November financials for MOR | 650 | 0.5 | 325.0 |
| 12/11/24 | Scott Canna | Participate in cash council meeting with Equinox (A Diaz), Pure Fitness (J Burough, M Miller) | 745 | 0.5 | 372.5 |
| 12/16/24 | Scott Canna | Review and respond to correspondence regarding estate cash matters | 745 | 1.0 | 745.0 |
| 12/18/24 | Hunter Reynolds | Participate in discussion with Equinox (A. Diaz) and PPP (S. Canna, G. de Speville, H. Reynolds) for cash council | 415 | 0.4 | 166.0 |

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 12/18/24 | Scott Canna | Participate in discussion with Equinox (A. Diaz) and PPP (S. Canna, G. de Speville, H. Reynolds) for cash council | 745 | 0.4 | 298.0 |
| 12/18/24 | Greg de Speville | Participate in discussion with Equinox (A. Diaz) and PPP (S. Canna, G. de Speville, H. Reynolds) for cash council | 650 | 0.4 | 260.0 |
| 12/19/24 | Scott Canna | Review and respond to correspondence regarding invoice clean up and vendor management communications | 745 | 1.2 | 894.0 |
| 12/23/24 | Scott Canna | Review and respond to correspondence regarding utility account transitions and related questions form Buyer | 745 | 1.5 | 1,117.5 |
| 12/26/24 | Scott Canna | Call with Equinox (A Diaz) to discuss payment approvals | 745 | 0.5 | 372.5 |
| 12/27/24 | Scott Canna | Review and respond to correspondence regarding bank reconciliation and wire activity | 745 | 1.0 | 745.0 |
| 12/30/24 | Hunter Reynolds | Participate in discussion with Equinox (L. Gonzalez) and PPP (H. Reynolds) on partnership revenue | 415 | 0.5 | 207.5 |
| 12/31/24 | Scott Canna | Review and respond to correspondence regarding treasury processing | 745 | 0.5 | 372.5 |

**Meetings & Communication with Potential Buyers and / or Financing Parties**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 12/02/24 | Scott Canna | Review and respond to correspondence regarding transition planning for bank accounts and cash reconciliation | 745 | 1.6 | 1,192.0 |
| 12/04/24 | Scott Canna | Review and respond to correspondence regarding payment reconciliations | 745 | 1.0 | 745.0 |
| 12/12/24 | Steven Shenker | call with AB | 875 | 0.2 | 175.0 |
| 12/18/24 | Scott Canna | Participate in call with Varagon (A Cereste), Admin Agent (E Mellinger) and Portage Point (S Canna) to discuss debt paydown calculations | 745 | 0.4 | 298.0 |

**Meetings & Communication with Professionals**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 12/05/24 | Scott Canna | Review and respond to correspondence regarding operational transition | 745 | 1.2 | 894.0 |
| 12/06/24 | Scott Canna | Review and respond to correspondence regarding transition planning and ELA period | 745 | 0.8 | 596.0 |
| 12/09/24 | Steven Shenker | Participate in all hands call re UCC settlement | 875 | 0.8 | 700.0 |
| 12/12/24 | Steven Shenker | Call with Young Conoway | 875 | 0.2 | 175.0 |
| 12/13/24 | Steven Shenker | Participate in call with Dundon (L Rooney, P Hurwitz) and Portage Point (S Canna, S Shenker) to review estate cash plan | 875 | 0.3 | 262.5 |
| 12/13/24 | Scott Canna | Participate in call with Dundon (L Rooney, P Hurwitz) and Portage Point (S Canna, S Shenker) to review estate cash plan | 745 | 0.3 | 223.5 |
| 12/19/24 | Scott Canna | Review and respond to correspondence regarding administrative claim responses and post-sale liabilities | 745 | 1.5 | 1,117.5 |
| 12/27/24 | Scott Canna | Review and respond to correspondence regarding cash reconciliation and net remittances | 745 | 1.5 | 1,117.5 |

**Meetings & Communications with Creditors**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 12/02/24 | Scott Canna | Review and respond to correspondence regarding vendor contract designation | 745 | 1.0 | 745.0 |
| 12/20/24 | Scott Canna | Review and respond to correspondence regarding vendor payment reconciliation and service continuity | 745 | 1.5 | 1,117.5 |

**Plan & Disclosure Statement**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 12/03/24 | Greg de Speville | Update waterfall and provide recovery estimates to counsel | 650 | 0.8 | 520.0 |
| 12/09/24 | Steven Shenker | Review and comment on updated plan draft | 875 | 0.5 | 437.5 |
| 12/11/24 | Steven Shenker | Review revised plan draft | 875 | 0.4 | 350.0 |
| 12/14/24 | Steven Shenker | Review and comment on revised plan filed | 875 | 0.3 | 262.5 |

**Relief from Stay & Adequate Protection**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 12/17/24 | Steven Shenker | Participate in disclosure statement hearing | 875 | 0.4 | 350.0 |

**Reporting**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 12/09/24 | Greg de Speville | Prepare schedule with DIP loan balance for accounting team | 650 | 0.5 | 325.0 |
| 12/09/24 | Greg de Speville | Compile professional fee reconciliation for accounting team | 650 | 0.7 | 455.0 |
| 12/09/24 | Greg de Speville | Compile bank account activity for November MOR bank account reconciliation | 650 | 1.8 | 1,170.0 |
| 12/16/24 | Greg de Speville | Complete bank reconciliation for November MOR | 650 | 1.2 | 780.0 |
| 12/16/24 | Greg de Speville | Prepare statement of cash receipts and disbursements for November MOR | 650 | 1.8 | 1,170.0 |
| 12/17/24 | Greg de Speville | Complete statement of cash receipt and disbursement for November MOR | 650 | 1.4 | 910.0 |
| 12/20/24 | Greg de Speville | Review data provided for November MOR | 650 | 0.6 | 390.0 |
| 12/23/24 | Greg de Speville | Correspondence with accounting team regarding November financials | 650 | 0.7 | 455.0 |
| 12/23/24 | Greg de Speville | Review filed provided by accounting team including November financials | 650 | 1.2 | 780.0 |

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 12/26/24 | Greg de Speville | Prepare draft P&L using preliminary November trial balance | 650 | 1.2 | 780.0 |
| 12/26/24 | Greg de Speville | Prepare draft balance sheet using November trial balance | 650 | 1.5 | 975.0 |
| 12/26/24 | Greg de Speville | Prepare statement of cash receipts and disbursements by debtor entity using preliminary November financials | 650 | 1.6 | 1,040.0 |
| 12/27/24 | Greg de Speville | Prepare AP aging output for November MOR | 650 | 0.5 | 325.0 |
| 12/27/24 | Greg de Speville | Prepare statement of disbursements to insiders for November MOR | 650 | 0.7 | 455.0 |
| 12/27/24 | Greg de Speville | Update statement of cash receipt and disbursement to reflect latest TB allocations | 650 | 0.8 | 520.0 |
| 12/27/24 | Greg de Speville | Prepare supplement for UST | 650 | 0.9 | 585.0 |
| 12/27/24 | Greg de Speville | Update P&L and balance sheet to reflect updated November TB | 650 | 1.2 | 780.0 |
| 12/27/24 | Greg de Speville | Compile notes and exhibits for November MOR | 650 | 1.2 | 780.0 |
| 12/27/24 | Greg de Speville | Populate November MOR form including reconciliation of professional fees | 650 | 1.7 | 1,105.0 |
| 12/30/24 | Scott Canna | Review and respond to correspondence regarding updates to monthly operating report | 745 | 0.5 | 372.5 |
| 12/30/24 | Steven Shenker | Review and sign off on November MOR | 875 | 0.6 | 525.0 |
| 12/30/24 | Greg de Speville | Incorporate changes to November MOR files based on internal review | 650 | 1.2 | 780.0 |
| 12/30/24 | Scott Canna | Review November operating report detail | 745 | 1.5 | 1,117.5 |
|  |  | **Total** |  | **176.3** | **$ 108,213.0** |