# EXHIBIT A

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6558

Writer's E-Mail
sgreecher@ycst.com

Blink Holdings, Inc.
45 West 45th Street
10th Floor
New York, NY 10036

| | |
|---|---|
| Invoice Date: | January 6, 2025 |
| Invoice Number: | 50057479 |
| Matter Number: | 103829.1001 |

Re:  Restructuring
     Billing Period through December 31, 2024

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 131,429.00 |
| Disbursements | $ | 945.10 |
| Total Due This Invoice | $ | 132,374.10 |

Blink Holdings, Inc.
Billing Period through December 31, 2024

| | |
|---|---|
| Invoice Date: | January 6, 2025 |
| Invoice Number: | 50057479 |
| Matter Number: | 103829.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/02/24 | DLASK | Update critical dates | B001 | 0.20 | 77.00 |
| 12/11/24 | AMIEL | Review CNOs for rejection and exclusivity motions and emails with YCST team re: same | B001 | 0.10 | 78.00 |
| 12/11/24 | DLASK | Update critical dates | B001 | 0.30 | 115.50 |
| 12/16/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to counsel | B001 | 0.30 | 115.50 |
| 12/17/24 | DLASK | Update critical dates | B001 | 0.30 | 115.50 |
| 12/18/24 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to counsel | B001 | 0.10 | 38.50 |
| 12/02/24 | DLASK | Finalize for filing and coordinate service of notice of rescheduled hearing | B002 | 0.40 | 154.00 |
| 12/02/24 | DLASK | Prepare notice of rescheduled hearing | B002 | 0.30 | 115.50 |
| 12/02/24 | SGREE | Emails with D. Laskin (.2) and chambers (.1) re: updated hearing dates; review and revise notice (.1) | B002 | 0.40 | 402.00 |
| 12/06/24 | AMIEL | Emails with YCST team and co-counsel re: hearing preparation and logistics | B002 | 0.30 | 234.00 |
| 12/11/24 | AMIEL | Review and revise agenda for 12/17 hearing | B002 | 0.20 | 156.00 |
| 12/11/24 | DLASK | Update agenda | B002 | 0.20 | 77.00 |
| 12/11/24 | RLAMB | Review and revise agenda for 12/17 hearing | B002 | 0.10 | 53.00 |
| 12/11/24 | SGREE | Emails with D. Laskin re: agenda for 12/17 hearing | B002 | 0.20 | 201.00 |
| 12/12/24 | DLASK | Update agenda | B002 | 0.20 | 77.00 |
| 12/12/24 | DLASK | Assemble pleadings for hearing | B002 | 0.40 | 154.00 |
| 12/12/24 | SGREE | Emails with YCST team re: updates to agenda for 12/17 hearing | B002 | 0.20 | 201.00 |
| 12/13/24 | AMIEL | Emails with YCST team re: agenda (.1); review and revise same (.1) | B002 | 0.20 | 156.00 |
| 12/13/24 | AMIEL | Emails with S. Shenker re: hearing | B002 | 0.10 | 78.00 |

Blink Holdings, Inc.
Billing Period through December 31, 2024

Invoice Date: January 6, 2025
Invoice Number: 50057479
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/13/24 | DLASK | Finalize for filing and coordinate service of hearing agenda | B002 | 0.60 | 231.00 |
| 12/13/24 | RLAMB | Correspond with D. Laskin, S. Greecher, A. Mielke, and T. Powell regarding agenda for 12/17 hearing | B002 | 0.20 | 106.00 |
| 12/13/24 | SGREE | Emails with D. Laskin re: agenda and amended agenda for 12/17 hearing (.2); review same (.2) | B002 | 0.40 | 402.00 |
| 12/16/24 | AMIEL | Review and revise amended agenda | B002 | 0.20 | 156.00 |
| 12/16/24 | SGREE | Confer with D. Laskin and A. Mielke re: 12/17 amended agenda issues (.3); review correspondence with chambers (.2) and emails with B. Balick (.2) and UCC counsel (.2) re: same | B002 | 0.90 | 904.50 |
| 12/17/24 | AMIEL | Emails with YCST team re: hearing status and related orders | B002 | 0.10 | 78.00 |
| 12/17/24 | DLASK | Draft January agenda | B002 | 0.30 | 115.50 |
| 12/17/24 | SGREE | Prepare for (1.8) and participate in (.4) hearing re: approval of solicitation motion | B002 | 2.20 | 2,211.00 |
| 12/17/24 | TPOWE | Attending 12/17 hearing | B002 | 0.40 | 252.00 |
| 12/02/24 | SGREE | Emails with Portage Point (.2) and counsel to UCC (.2) re: fee budget estimates per DIP order | B003 | 0.40 | 402.00 |
| 12/09/24 | SGREE | Emails with Portage Point (.3) and counsel to UCC (.1) re: professional fee carve-out estimates per final DIP order | B003 | 0.40 | 402.00 |
| 12/16/24 | SGREE | Emails with Portage Point (.2) and counsel to UCC (.1) re: budget estimate per final DIP order | B003 | 0.30 | 301.50 |
| 12/12/24 | RLAMB | Correspond with U.S. Trustee, M. Nestor, S. Greecher, A. Mielke, T. Powell, B. Carver and D. Laskin regarding U.S. trustee fees | B004 | 0.10 | 53.00 |
| 12/17/24 | AMIEL | Emails with YCST team and PPP team re: MORs | B004 | 0.10 | 78.00 |
| 12/31/24 | AMIEL | Emails with T. Powell and G. de Speville re: monthly operating report | B004 | 0.10 | 78.00 |
| 12/02/24 | RLAMB | Finalize notices of assumption for filing | B005 | 0.30 | 159.00 |
| 12/02/24 | RLAMB | Correspond with counsel to landlords regarding assumption | B005 | 0.10 | 53.00 |

Blink Holdings, Inc.
Billing Period through December 31, 2024

Invoice Date: January 6, 2025
Invoice Number: 50057479
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/02/24 | SGREE | Emails with L. Trued re: requested documentation regarding lease assignment | B005 | 0.20 | 201.00 |
| 12/02/24 | SGREE | Review documents and pleadings re: status of various leases subject to Equinox guarantees (.3); emails with counsel to Equinox re: same (.3) | B005 | 0.60 | 603.00 |
| 12/03/24 | RLAMB | Correspond with S. Greecher and counsel to Equinox regarding contract rejections | B005 | 0.10 | 53.00 |
| 12/03/24 | RLAMB | Correspond with S. Greecher regarding notice of designation | B005 | 0.10 | 53.00 |
| 12/03/24 | SGREE | Call and emails with counsel to UCC re: question on notice of assignment (.2); review schedule (.2) and emails with Portage Point team re: same (.2) | B005 | 0.60 | 603.00 |
| 12/03/24 | SGREE | Emails with counsel to Equinox re: rejection motion | B005 | 0.20 | 201.00 |
| 12/04/24 | RLAMB | Correspond with G. de Speville and counsel to landlord regarding notices of assumption | B005 | 0.10 | 53.00 |
| 12/05/24 | AMIEL | Emails with YCST team re: rejection surrender issues and related claims | B005 | 0.10 | 78.00 |
| 12/05/24 | RLAMB | Telephone conference with H. Reynolds regarding lease guarantees | B005 | 0.10 | 53.00 |
| 12/05/24 | RLAMB | Correspond with Portage team, S. Greecher, T. Powell, and A. Mielke regarding lease guarantees | B005 | 0.30 | 159.00 |
| 12/05/24 | RLAMB | Prepare for and attend telephone conference with S. Greecher and counsel to Equinox regarding lease rejections | B005 | 0.30 | 159.00 |
| 12/05/24 | RLAMB | Correspond with counsel to creditor, Portage team, A. Mielke, and T. Powell regarding assumption list | B005 | 0.30 | 159.00 |
| 12/05/24 | SGREE | Confer with counsel to Equinox and R. Lamb re: rejection motion issues (.3); emails with Portage Point re: same (.2) | B005 | 0.50 | 502.50 |
| 12/06/24 | RLAMB | Correspond with counsel to landlord regarding rejection motion | B005 | 0.20 | 106.00 |
| 12/06/24 | SGREE | Review correspondence with R. Lamb and landlord for rejected property re: 365(d)(4) extension inquiry | B005 | 0.10 | 100.50 |
| 12/09/24 | RLAMB | Correspond with S. Greecher, A. Mielke, H. Reynolds, and counsel to Equinox regarding Equinox lease guarantees | B005 | 0.20 | 106.00 |

Blink Holdings, Inc.
Billing Period through December 31, 2024

Invoice Date:                    January 6, 2025
Invoice Number:                    50057479
Matter Number:                    103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/11/24 | DLASK | File certificate of no objection for 3rd omnibus rejection motion, prepare electronic order | B005 | 0.40 | 154.00 |
| 12/11/24 | DLASK | Prepare certificate of no objection for 3rd omnibus rejection motion | B005 | 0.20 | 77.00 |
| 12/11/24 | RLAMB | Review and revise certificate of no objection regarding third rejection motion | B005 | 0.10 | 53.00 |
| 12/11/24 | RLAMB | Correspond with A. Mielke, counsel to landlords, G. de Speville, S. Canna, H. Reynolds, and R. Williams regarding cure resolutions | B005 | 0.10 | 53.00 |
| 12/12/24 | RLAMB | Correspond with G. de Speville, A. Mielke, and counsel to landlord regarding cure negotiations | B005 | 0.30 | 159.00 |
| 12/12/24 | RLAMB | Correspond with S. Greecher, A. Mielke, M. Nestor, and counsel to Equinox regarding rejection order | B005 | 0.10 | 53.00 |
| 12/12/24 | SGREE | Review rejection order (.1); emails with counsel to Equinox re: same (.2) | B005 | 0.30 | 301.50 |
| 12/16/24 | AMIEL | Review and revise CNO for 4th rejection motion | B005 | 0.10 | 78.00 |
| 12/16/24 | DLASK | Prepare certificate of no objection for 4th omnibus rejection motion | B005 | 0.20 | 77.00 |
| 12/16/24 | DLASK | File certificate of no objection to 4th rejection motion, prepare electronic order and exhibits | B005 | 0.40 | 154.00 |
| 12/16/24 | RLAMB | Correspond with A. Mielke and D. Laskin regarding rejection motion | B005 | 0.10 | 53.00 |
| 12/17/24 | AMIEL | Respond to landlord's inquiry re: rejected contracts | B005 | 0.10 | 78.00 |
| 12/17/24 | SGREE | Emails with counsel to TD Equipment and A. Mielke re: lease rejection question | B005 | 0.20 | 201.00 |
| 12/19/24 | RLAMB | Correspond with A. Mielke, PPP team, and counsel to landlord regarding lease | B005 | 0.10 | 53.00 |
| 12/20/24 | AMIEL | Emails with R. Lamb and landlord re: lease issues | B005 | 0.10 | 78.00 |
| 12/20/24 | RLAMB | Correspond with counsel to counterparty, PPP team, and A. Mielke regarding contract designations | B005 | 0.30 | 159.00 |
| 12/23/24 | AMIEL | Emails with R. Lamb, contract counterparty, and PPP team re: lease assumption issues | B005 | 0.10 | 78.00 |
| 12/02/24 | AMIEL | Emails with PPP team, counterparties and YCST team re: contract assumption and sale issues | B006 | 0.20 | 156.00 |

Blink Holdings, Inc.
Billing Period through December 31, 2024

Invoice Date:          January 6, 2025
Invoice Number:        50057479
Matter Number:      103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/02/24 | RLAMB | Correspond with S. Greecher and Epiq team regarding sale deposits | B006 | 0.10 | 53.00 |
| 12/02/24 | SGREE | Emails with Epiq and bidders re: return of deposits | B006 | 0.20 | 201.00 |
| 12/03/24 | AMIEL | Emails with PPP team, counterparties and YCST team re: contract assumption and sale issues | B006 | 0.20 | 156.00 |
| 12/03/24 | LMCCR | Correspondence with PPP team and PureGym team re budget inquiries and adjustments | B006 | 0.10 | 70.50 |
| 12/03/24 | SGREE | Review APA (.1); emails with S. Shenker re: potential estate claim (.2) | B006 | 0.30 | 301.50 |
| 12/03/24 | SGREE | Review documents and correspondence re: post-closing budget reconciliation issues | B006 | 0.20 | 201.00 |
| 12/04/24 | AMIEL | Emails with PPP team, counterparties, utility providers, and YCST team re: contract assumption and sale issues | B006 | 0.30 | 234.00 |
| 12/04/24 | LMCCR | Correspondence with S. Shenker and S. Greecher re considerations for consolidation of entities; correspondence with E. Heller re fully executed closing documents | B006 | 0.10 | 70.50 |
| 12/04/24 | SGREE | Review correspondence with Bank of America counsel re: MSA assignment issues (.2); emails with A. Mielke re: same (.1) | B006 | 0.30 | 301.50 |
| 12/05/24 | AMIEL | Emails with PPP team, counterparties, and YCST team re: contract assumption and sale issues | B006 | 0.20 | 156.00 |
| 12/05/24 | LMCCR | Correspondence with R. Lamb and A. Barajas re PureGym closing documents (.1); compile same (.3) | B006 | 0.40 | 282.00 |
| 12/05/24 | LMCCR | Correspondence with S. Shenker re JTRE Bill of Sale | B006 | 0.10 | 70.50 |
| 12/05/24 | RLAMB | Correspond with S. Greecher, A. Mielke, L. McCrery, and counsel to committee regarding sale closing set | B006 | 0.10 | 53.00 |
| 12/06/24 | AMIEL | Emails with PPP team, counterparties, and YCST team re: contract assumption, rejection, and sale issues | B006 | 0.20 | 156.00 |
| 12/06/24 | LMCCR | Correspondence with S. Canna re PureGym Bill of Sale | B006 | 0.10 | 70.50 |
| 12/06/24 | MNEST | Review issues re: ELA and impact on plan/costs (.3); confer with counsel for PG and Debtor reps re: same (.2) | B006 | 0.50 | 667.50 |

| | | | | | |
|---|---|---|---|---|---|
| Blink Holdings, Inc. | | | Invoice Date: | | January 6, 2025 |
| Billing Period through December 31, 2024 | | | Invoice Number: | | 50057479 |
| | | | Matter Number: | | 103829.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/06/24 | RLAMB | Correspond with communications counsel, client, S. Greecher, A. Mielke, and M. Nestor regarding sale and transition | B006 | 0.10 | 53.00 |
| 12/06/24 | SGREE | Multiple correspondence with M. Nestor and S. Shenker re: requested extension of ELA term (.3); review sale and plan documents re: same (.2) | B006 | 0.50 | 502.50 |
| 12/09/24 | AMIEL | Emails with PPP team, counterparties, and YCST team re: contract assumption, rejection, and sale issues | B006 | 0.20 | 156.00 |
| 12/09/24 | MNEST | Teleconference with counsel for PG re: need to extend ELA and related issues (.3); confer with S. Shenker and S. Greecher re: same (.2) | B006 | 0.50 | 667.50 |
| 12/09/24 | SGREE | Emails with company legal and Pure Gym counsel re: post-sale transition matters | B006 | 0.40 | 402.00 |
| 12/10/24 | AMIEL | Emails with PPP team, counterparties, and YCST team re: contract assumption, rejection, and sale issues | B006 | 0.20 | 156.00 |
| 12/10/24 | CGREA | Review and analyze issues with respect to potential extension of ELA with buyer | B006 | 0.20 | 280.00 |
| 12/10/24 | LMCCR | Correspondence with A. Barajas and YCST team re PureGym closing documents | B006 | 0.10 | 70.50 |
| 12/10/24 | RLAMB | Telephone conference with L. McCrery regarding closing documents | B006 | 0.10 | 53.00 |
| 12/10/24 | RLAMB | Correspond with counsel to committee, L. McCrery, S. Greecher, and A. Mielke regarding sale closing | B006 | 0.20 | 106.00 |
| 12/10/24 | SGREE | Emails with UCC counsel (.2) and R. Lamb (.1) re: closing binder question | B006 | 0.30 | 301.50 |
| 12/11/24 | LMCCR | Correspondence with S. Shenker and T. Hughey re California sales tax issue | B006 | 0.20 | 141.00 |
| 12/12/24 | AMIEL | Emails with landlord's counsel, YCST team, and PPP re: claim payments | B006 | 0.10 | 78.00 |
| 12/12/24 | SGREE | Review correspondence and documents re: ELA extension request (.4); emails with counsel to Equinox (.2) and lender counsel (.2) re: same | B006 | 0.80 | 804.00 |
| 12/13/24 | AMIEL | Emails with buyer's counsel, EQX counsel, PPP team, and YCST team re: post-closing sale issues | B006 | 0.10 | 78.00 |
| 12/13/24 | SGREE | Review documents (.2) and correspondence with counsel to lenders, Equinox, and Pure Gym (.2) re: extension of ELA period | B006 | 0.40 | 402.00 |

| | | | | | |
|---|---|---|---|---|---|
| Blink Holdings, Inc. | | | Invoice Date: | | January 6, 2025 |
| Billing Period through December 31, 2024 | | | Invoice Number: | | 50057479 |
| | | | Matter Number: | | 103829.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/16/24 | AMIEL | Emails with E. Childs re: tax inquiry | B006 | 0.10 | 78.00 |
| 12/16/24 | SGREE | Prepare certification and order re: distribution of remaining sale proceeds (.6); review escrow agreement and sale order (.3); review comments (.2); emails with counsel to lenders and UCC re: same (.4) | B006 | 1.50 | 1,507.50 |
| 12/17/24 | AMIEL | Review comments to revised COC and order re: distribution of sale proceeds | B006 | 0.10 | 78.00 |
| 12/17/24 | AMIEL | Emails with R. Lamb re: sale documents | B006 | 0.10 | 78.00 |
| 12/17/24 | DLASK | File certification of counsel regarding distributable proceeds, prepare electronic order | B006 | 0.40 | 154.00 |
| 12/17/24 | LMCCR | Correspondence with R. Lamb re documentation evidencing assignment of intellectual property (.1); review same (.1) | B006 | 0.20 | 141.00 |
| 12/17/24 | RLAMB | Correspond with Equinox, purchaser, A. Mielke, and L. McCrery regarding sale closing documents | B006 | 0.20 | 106.00 |
| 12/17/24 | SGREE | Review, revise, and edit certification and order re: distribution of remaining sale proceeds (.5); multiple emails with counsel to lenders and UCC re: same (.4) | B006 | 0.90 | 904.50 |
| 12/17/24 | SGREE | Emails with E. Heller and S. Shenker re: transition services question related to annual reporting | B006 | 0.20 | 201.00 |
| 12/18/24 | SGREE | Emails with counsel to North Riverside landlord re: update on lease assumption and assignment per JTRE sale (.2); review documents and correspondence re: same (.1) | B006 | 0.30 | 301.50 |
| 12/18/24 | SGREE | Review order re: distribution of remaining sale proceeds (.2); emails with escrow agent and Portage Point (.2) and lender counsel (.1) re: same | B006 | 0.50 | 502.50 |
| 12/19/24 | AMIEL | Emails with PPP team and R. Lamb re: lien release | B006 | 0.10 | 78.00 |
| 12/30/24 | SGREE | Emails with sale escrow agent and Portage Point re: payment of escrow fee invoice | B006 | 0.20 | 201.00 |
| 12/03/24 | SGREE | Emails with company and S. Shenker re: question on member refund issue | B007 | 0.20 | 201.00 |

Blink Holdings, Inc.
Billing Period through December 31, 2024

Invoice Date: January 6, 2025
Invoice Number: 50057479
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/09/24 | SGREE | Review documents and correspondence re: Equinox guarantee claim reconciliation issues (.3); emails with R. Lamb and Portage Point re: same (.2) | B007 | 0.50 | 502.50 |
| 12/11/24 | AMIEL | Emails with YCST team and landlord counterparty re: claim payments | B007 | 0.10 | 78.00 |
| 12/12/24 | AMIEL | Emails with YCST team and T. Kessler re: rejection damages | B007 | 0.10 | 78.00 |
| 12/20/24 | SGREE | Review correspondence from Texas comptroller re: claim withdrawals | B007 | 0.20 | 201.00 |
| 12/30/24 | SGREE | Review documents and correspondence re: personal injury insurance settlement (.4); emails with company legal and defense counsel re: same (.3) | B007 | 0.70 | 703.50 |
| 12/05/24 | ALEE | Meeting with M. Nestor, S. Greecher, A. Mielke, T. Powell, R. Lamb and B. Carver re: case updates and next steps | B008 | 0.20 | 95.00 |
| 12/05/24 | BCARV | Prepare for and attend YCST weekly meeting | B008 | 0.30 | 136.50 |
| 12/05/24 | MNEST | Weekly touch-base teleconference with Debtor reps re: tasks, deadlines and next steps | B008 | 0.50 | 667.50 |
| 12/05/24 | SGREE | Confer with YCST team re: status of various open case matters | B008 | 0.20 | 201.00 |
| 12/05/24 | TPOWE | Weekly YCST meeting (.2); and board call (.4) | B008 | 0.60 | 378.00 |
| 12/10/24 | AMIEL | Emails with S. Greecher re: misc. case issues (.1); review docket and critical dates in connection with same (.2) | B008 | 0.30 | 234.00 |
| 12/18/24 | ALEE | Meeting with S. Greecher, T. Powell, R. Lamb, and B. Carver re: case updates and next steps | B008 | 0.20 | 95.00 |
| 12/18/24 | BCARV | Prepare for and attend weekly YCST call | B008 | 0.30 | 136.50 |
| 12/18/24 | SGREE | Participate in call with YCST team re: status of various open matters | B008 | 0.20 | 201.00 |
| 12/18/24 | TPOWE | Weekly YCST meeting | B008 | 0.20 | 126.00 |
| 12/04/24 | SGREE | Emails with company legal re: resolution of claim covered by insurance | B011 | 0.20 | 201.00 |
| 12/06/24 | AMIEL | Emails with YCST team and co-counsel re: adversary proceeding and related pleadings and service thereof | B011 | 0.10 | 78.00 |
| 12/06/24 | SGREE | Emails with Zwilgen re: update on NY AG compliance and sale closing update matters | B011 | 0.30 | 301.50 |

| | | | | | |
|---|---|---|---|---|---|
| Blink Holdings, Inc. | | | Invoice Date: | | January 6, 2025 |
| Billing Period through December 31, 2024 | | | Invoice Number: | | 50057479 |
| | | | Matter Number: | | 103829.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 12/17/24 | RLAMB | Draft automatic stay letter (Small v. Blink) | B011 | 0.90 | 477.00 |
| 12/17/24 | SGREE | Review correspondence from NY Division of Human Rights (.3); emails with L. Rosen (.2) and R. Lamb (.2) re: same; review and comment on response letter (.4) | B011 | 1.10 | 1,105.50 |
| 12/17/24 | SGREE | Confer with NY attorney general re: update on sale and plan process (.2); email Zwilgen re: same (.1) | B011 | 0.30 | 301.50 |
| 12/02/24 | AMIEL | Emails with PPP team, lenders' counsel, YCST team, and UCC's counsel re: plan and confirmation issues, proposed settlement, and related documents | B012 | 0.20 | 156.00 |
| 12/02/24 | SGREE | Review UCC comments to draft settlement term sheet (.2); emails with S. Shenker and S. Canna re: same (.2) | B012 | 0.40 | 402.00 |
| 12/03/24 | AMIEL | Emails with PPP team, lenders' counsel, YCST team, and UCC's counsel re: plan and confirmation issues, proposed settlement, and related documents | B012 | 0.20 | 156.00 |
| 12/03/24 | SGREE | Review lenders' revised draft settlement term sheet | B012 | 0.30 | 301.50 |
| 12/04/24 | AMIEL | Emails with PPP team, lenders' counsel, YCST team, and UCC's counsel re: plan and confirmation issues, proposed settlement, and related documents | B012 | 0.10 | 78.00 |
| 12/04/24 | MNEST | Review Committee counter re: case resolution and annotate and correspond with Debtor reps re: same | B012 | 0.50 | 667.50 |
| 12/04/24 | SGREE | Review revised versions of proposed lender and UCC settlement term sheets (.3); emails with S. Shenker re: same (.2) | B012 | 0.50 | 502.50 |
| 12/04/24 | SGREE | Emails with S. Shenker re: corporate restructuring discussions | B012 | 0.20 | 201.00 |
| 12/05/24 | AMIEL | Emails with PPP team, lenders' counsel, YCST team, utilities, and UCC's counsel re: plan and confirmation issues, proposed settlement, and related documents | B012 | 0.20 | 156.00 |
| 12/05/24 | MNEST | Review revised drafts of settlement (.4) and confer with Debtor reps and parties re: same (.4) | B012 | 0.80 | 1,068.00 |
| 12/05/24 | RLAMB | Prepare for and attend video conference with A. Lee, B. Carver, T. Powell, S. Greecher, M. Nestor, and A. Mielke regarding filing of plan and disclosure statement and other case updates | B012 | 0.20 | 106.00 |

| Blink Holdings, Inc. | | | Invoice Date: | | January 6, 2025 |
| Billing Period through December 31, 2024 | | | Invoice Number: | | 50057479 |
| | | | Matter Number: | | 103829.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 12/05/24 | SGREE | Review and revise combined plan and disclosure statement (4.7); emails with counsel to lenders re: plan settlement question (.2); emails with Portage Point re: same (.2) | B012 | 5.10 | 5,125.50 |
| 12/06/24 | AMIEL | Emails with YCST team and co-counsel re: service of disclosure statement hearing notice (.1); revise same (.1) | B012 | 0.20 | 156.00 |
| 12/06/24 | AMIEL | Emails with PPP team, lenders' counsel, YCST team, utilities, and UCC's counsel re: plan and confirmation issues, proposed settlement, and related documents | B012 | 0.20 | 156.00 |
| 12/06/24 | SGREE | Continue to review and revise combined plan and disclosure statement | B012 | 3.70 | 3,718.50 |
| 12/09/24 | AMIEL | Teleconference with debtors' professionals and UCC counsel re: plan settlement (.8); follow up calls with S. Greecher (.1) and S. Shenker (.1); follow up emails with S. Greecher and S. Shenker re: same (.1); review revised plan (.4) | B012 | 1.50 | 1,170.00 |
| 12/09/24 | RLAMB | Correspond with U.S. Trustee, M. Nestor, S. Greecher, and A. Mielke regarding confirmation timeline | B012 | 0.10 | 53.00 |
| 12/09/24 | SGREE | Continue to review and revise combined plan and disclosure statement (2.5); participate in call with UCC, lender and debtor representatives re: same (.9); follow up calls and emails re: same (1.0) | B012 | 4.40 | 4,422.00 |
| 12/09/24 | SGREE | Emails with B. Hackman re: update on confirmation schedule | B012 | 0.20 | 201.00 |
| 12/10/24 | AMIEL | Emails with PPP team, lenders' counsel, YCST team, UST, and UCC's counsel re: plan and confirmation issues, proposed settlement, and related documents | B012 | 0.20 | 156.00 |
| 12/10/24 | BCARV | Review and analyze materials re: plan administrator agreement (.5); correspondence with S. Greecher re: same (.1) | B012 | 0.60 | 273.00 |
| 12/10/24 | RLAMB | Correspond with M. Nestor, A. Mielke, S. Greecher, B. Carver, A. Lee and T. Powell regarding plan administration agreement | B012 | 0.10 | 53.00 |
| 12/10/24 | SGREE | Review sample plan administration agreement (.3); emails with B. Carver re: same (.2) | B012 | 0.50 | 502.50 |

Blink Holdings, Inc.
Billing Period through December 31, 2024

Invoice Date:                    January 6, 2025
Invoice Number:                    50057479
Matter Number:                 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/10/24 | SGREE | Multiple emails with counsel to lenders (.2), UCC (.2) and Portage Point (.2) re: budget issues in connection with potential plan settlement | B012 | 0.60 | 603.00 |
| 12/10/24 | SGREE | Review and revise plan (1.8); review UCC comments to same (.5); emails with lender counsel (.2) and UCC counsel (.2) re: same | B012 | 2.70 | 2,713.50 |
| 12/11/24 | AMIEL | Review further revisions to plan (.3); emails with lenders' counsel, YCST team, PPP team, and UCC counsel re: same (.2) | B012 | 0.50 | 390.00 |
| 12/11/24 | BCARV | Draft plan administrator agreement | B012 | 2.60 | 1,183.00 |
| 12/11/24 | DLASK | File certificate of no objection for exclusivity motion, prepare electronic order | B012 | 0.40 | 154.00 |
| 12/11/24 | DLASK | Prepare certificate of no objection for exclusivity motion | B012 | 0.20 | 77.00 |
| 12/11/24 | SGREE | Review and revise draft plan (3.7) and solicitation order (.9); prepare certification (.4); multiple calls and emails with counsel to UCC and lenders (.7) and Portage Point (.3) re: same | B012 | 6.00 | 6,030.00 |
| 12/11/24 | SGREE | Emails with counsel to lenders (.2) and Portage Point (.2) re: wind down budget issues | B012 | 0.40 | 402.00 |
| 12/12/24 | AMIEL | Emails with YCST team, lenders' counsel, UCC counsel, and PPP team re: solicitation procedures and plan (.2); review revisions to plan (.1) | B012 | 0.30 | 234.00 |
| 12/12/24 | BCARV | Review and revise Plan administrator agreement | B012 | 1.10 | 500.50 |
| 12/12/24 | SGREE | Review and revise plan per comments from parties in interest (2.8); multiple calls and emails with counsel to lenders (.4), UCC (.4) and Portage Point (.3) re: same | B012 | 3.90 | 3,919.50 |
| 12/13/24 | AMIEL | Emails with YCST team, UCC counsel, lenders' counsel, and PPP team re: comments to plan and solicitation documents | B012 | 0.30 | 234.00 |
| 12/13/24 | BCARV | Review and revise plan administrator agreement (.2); correspond with S. Greecher re: same (.1) | B012 | 0.30 | 136.50 |
| 12/13/24 | DLASK | Assemble exhibits, file certification of counsel resolving solicitation motion, prepare electronic order and exhibits | B012 | 0.60 | 231.00 |

Blink Holdings, Inc.                                    Invoice Date:              January 6, 2025
Billing Period through December 31, 2024               Invoice Number:               50057479
                                                       Matter Number:            103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/13/24 | RLAMB | Review and revise certificate of counsel regarding solicitation procedures order | B012 | 0.10 | 53.00 |
| 12/13/24 | SGREE | Review, revise, and execute certification re: solicitation procedures order (.5); emails with D. Laskin re: same (.2) | B012 | 0.70 | 703.50 |
| 12/13/24 | SGREE | Review, revise, and edit plan documents (2.2); multiple calls and emails with counsel to lenders (.5), committee (.5), and Portage Point re: same (.4); review supporting documents (.6) | B012 | 4.20 | 4,221.00 |
| 12/14/24 | AMIEL | Emails with E. Childs, S. Shenker, and S. Greecher re: plan and sale issues | B012 | 0.10 | 78.00 |
| 12/15/24 | AMIEL | Emails with YCST team and UST re: plan revisions | B012 | 0.10 | 78.00 |
| 12/16/24 | AMIEL | Emails with YCST team, A. Yager and UCC counsel re: amended plan and distribution of sale proceeds | B012 | 0.10 | 78.00 |
| 12/16/24 | AMIEL | Emails with YCST team, committee counsel, chambers, and S. Shenker re: conditional DS hearing | B012 | 0.20 | 156.00 |
| 12/16/24 | SGREE | Review documents and correspondence re: amended plan (.2); emails with S. Shenker re: same (.2) | B012 | 0.40 | 402.00 |
| 12/16/24 | SGREE | Review and comment on draft plan administrator agreement (.7); emails with B. Carver re: same (.2) | B012 | 0.90 | 904.50 |
| 12/16/24 | SGREE | Emails with counsel to committee and lenders re: plan settlement terms | B012 | 0.30 | 301.50 |
| 12/17/24 | AMIEL | Confer with S. Greecher re: Disclosure Statement hearing and solicitation | B012 | 0.20 | 156.00 |
| 12/17/24 | BCARV | Draft confirmation order | B012 | 1.80 | 819.00 |
| 12/17/24 | DLASK | File certification of counsel regarding revised solicitation motion order, prepare electronic order and exhibits | B012 | 0.40 | 154.00 |
| 12/17/24 | SGREE | Confer with A. Mielke re: update from hearing and solicitation next steps | B012 | 0.20 | 201.00 |
| 12/17/24 | SGREE | Review and revise proposed order re: solicitation (.8); multiple emails with counsel to lenders, UCC, and US Trustee re: same (.3) | B012 | 1.10 | 1,105.50 |
| 12/18/24 | DLASK | Assemble exhibits, finalize for filing and coordinate service of solicitation version of combined plan and disclosure statement | B012 | 0.40 | 154.00 |

| Blink Holdings, Inc. | Invoice Date: | January 6, 2025 |
|---|---|---|
| Billing Period through December 31, 2024 | Invoice Number: | 50057479 |
| | Matter Number: | 103829.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 12/18/24 | DLASK | Finalize for filing and coordinate service of confirmation hearing notice | B012 | 0.30 | 115.50 |
| 12/18/24 | MNEST | Review final/service drafts of plan/DS | B012 | 0.70 | 934.50 |
| 12/18/24 | RLAMB | Prepare for and attend video conference with T. Powell, A. Lee, B. Carver, S. Greecher regarding solicitation procedures and other case updates | B012 | 0.30 | 159.00 |
| 12/18/24 | RLAMB | Draft confirmation brief | B012 | 0.70 | 371.00 |
| 12/18/24 | SGREE | Emails with A. Yager re: secured lender plan solicitation (.2); review solicitation procedures re: same (.2); multiple emails with D. Laskin (.1) and Epiq (.2) re: same | B012 | 0.70 | 703.50 |
| 12/18/24 | SGREE | Review and finalize solicitation version of plan (1.1) and notices (.3); confer with D. Laskin (.2) and A. Mielke (.1); review solicitation order (.3) and emails with Epiq re: same (.3) | B012 | 2.30 | 2,311.50 |
| 12/19/24 | RLAMB | Correspond with S. Greecher regarding confirmation brief | B012 | 0.10 | 53.00 |
| 12/19/24 | RLAMB | Continue drafting confirmation brief | B012 | 0.80 | 424.00 |
| 12/19/24 | SGREE | Review precedent (.2); emails with R. Lamb re: confirmation brief questions (.2) | B012 | 0.40 | 402.00 |
| 12/19/24 | SGREE | Review and revise ballot (.4); multiple emails with Epiq re: solicitation (.3) | B012 | 0.70 | 703.50 |
| 12/19/24 | SGREE | Review and revise confirmation hearing notice for publication (.5); review publication quote comparison (.2); multiple emails with Epiq re: same (.3) | B012 | 1.00 | 1,005.00 |
| 12/20/24 | RLAMB | Continue drafting confirmation brief | B012 | 0.80 | 424.00 |
| 12/20/24 | SGREE | Review documents and correspondence re: solicitation balloting | B012 | 0.20 | 201.00 |
| 12/23/24 | AMIEL | Emails with S. Greecher re: plan administrator agreement and review same | B012 | 0.10 | 78.00 |
| 12/23/24 | SGREE | Review and revise draft plan administrator agreement (.4); emails with counsel to UCC and lenders re: same (.1) | B012 | 0.50 | 502.50 |
| 12/23/24 | SGREE | Emails with counsel to lenders and Epiq re: plan ballot submission | B012 | 0.20 | 201.00 |
| 12/24/24 | BCARV | Review and revise confirmation order and email S. Greecher re: same | B012 | 0.20 | 91.00 |
| 12/26/24 | AMIEL | Emails with UCC counsel and S. Greecher re: plan revisions | B012 | 0.10 | 78.00 |

| | | | | | |
|---|---|---|---|---|---|
| Blink Holdings, Inc. | | | Invoice Date: | | January 6, 2025 |
| Billing Period through December 31, 2024 | | | Invoice Number: | | 50057479 |
| | | | Matter Number: | | 103829.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 12/30/24 | AMIEL | Review confirmation order (0.3); emails with S. Greecher and UCC counsel re: same (0.1) | B012 | 0.40 | 312.00 |
| 12/30/24 | SGREE | Emails with counsel to UCC (.2) and lenders (.1) re: comments to plan; review plan (.2) and comments (.3) | B012 | 0.80 | 804.00 |
| 12/30/24 | SGREE | Review and comment on draft confirmation order (1.9); emails with B. Carver re: same (.2) | B012 | 2.10 | 2,110.50 |
| 12/31/24 | RLAMB | Continue drafting confirmation brief | B012 | 0.40 | 212.00 |
| 12/02/24 | AMIEL | Emails with claims agent re: bid escrow and creditor inquiries | B013 | 0.10 | 78.00 |
| 12/02/24 | SGREE | Review incoming correspondence from company legal re: inquiry from NY Division of Human Rights | B013 | 0.10 | 100.50 |
| 12/03/24 | RLAMB | Manage creditor inquiries regarding notices of assumption | B013 | 0.20 | 106.00 |
| 12/03/24 | SGREE | Review Epiq creditor inquiry log | B013 | 0.20 | 201.00 |
| 12/04/24 | SGREE | Review Epiq creditor inquiry log (.1); emails with S. Shenker and Epiq re: same (.2) | B013 | 0.30 | 301.50 |
| 12/09/24 | SGREE | Review Epiq creditor inquiry log | B013 | 0.10 | 100.50 |
| 12/12/24 | SGREE | Review Epiq creditor inquiry log | B013 | 0.10 | 100.50 |
| 12/19/24 | AMIEL | Respond to creditor inquiry | B013 | 0.10 | 78.00 |
| 12/22/24 | RLAMB | Manage creditor inquiries | B013 | 0.20 | 106.00 |
| 12/23/24 | RLAMB | Continue managing creditor inquiries | B013 | 0.40 | 212.00 |
| 12/23/24 | SGREE | Review Epiq creditor call log | B013 | 0.10 | 100.50 |
| 12/24/24 | RLAMB | Continue managing creditor inquiries | B013 | 0.10 | 53.00 |
| 12/30/24 | AMIEL | Emails with claims agent and client re: creditor communications | B013 | 0.10 | 78.00 |
| 12/30/24 | RLAMB | Manage creditor inquiries | B013 | 0.10 | 53.00 |
| 12/30/24 | SGREE | Review Epiq call log updates | B013 | 0.10 | 100.50 |
| 12/01/24 | AMIEL | Emails with board and YCST team re: approval of minutes | B014 | 0.10 | 78.00 |

| | | | | | |
|---|---|---|---|---|---|
| Blink Holdings, Inc. | | | Invoice Date: | | January 6, 2025 |
| Billing Period through December 31, 2024 | | | Invoice Number: | | 50057479 |
| | | | Matter Number: | | 103829.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/02/24 | AMIEL | Emails with YCST team and board members re: governance documents | B014 | 0.10 | 78.00 |
| 12/02/24 | BCARV | Review resignation materials for G. Harkless and B. Balick (.3); correspondence with G. Harkless, B. Balick, and S. Greecher re: same (.2) | B014 | 0.50 | 227.50 |
| 12/02/24 | SGREE | Emails with S. Shenker and B. Carver re: director and officer resignations | B014 | 0.20 | 201.00 |
| 12/03/24 | AMIEL | Emails with YCST team and debtors' professionals re: board call and miscellaneous governance issues | B014 | 0.10 | 78.00 |
| 12/03/24 | BCARV | Email with S. Greecher re: B. Balick resignation materials | B014 | 0.10 | 45.50 |
| 12/04/24 | BCARV | Review and compilation of board materials | B014 | 0.30 | 136.50 |
| 12/04/24 | MNEST | Review resignations from Balick and Harkless and confer with M. Pearlman re: same (.3); review timing/process re: special committee going forward (.3) | B014 | 0.60 | 801.00 |
| 12/04/24 | SGREE | Call with B. Balick re: resignation (.2); emails with B. Carver (.1) and M. Pearlman, S. Shenker (.2) re: same | B014 | 0.50 | 502.50 |
| 12/05/24 | BCARV | Review and compile board materials | B014 | 0.90 | 409.50 |
| 12/05/24 | BCARV | Prepare for and attend board meeting (.4); review and revise minutes re: same (.2) | B014 | 0.60 | 273.00 |
| 12/05/24 | MNEST | Teleconference with M. Pearlman re: pending issues, sale and plan (.3); prepare for and conduct restructuring committee board meeting (.5) | B014 | 0.80 | 1,068.00 |
| 12/05/24 | SGREE | Participate in board meeting | B014 | 0.40 | 402.00 |
| 12/10/24 | BCARV | Review and revise corporate governance materials (.3); correspondence with S. Greecher re: same (.1) | B014 | 0.40 | 182.00 |
| 12/05/24 | SGREE | Review ELA and related documents (.3); emails with company legal (.2) and counsel to Pure Gym (.1) re: employment policy questions | B015 | 0.60 | 603.00 |
| 12/02/24 | SGREE | Review revised draft memo re: results of Young Conaway investigation | B016B | 0.30 | 301.50 |
| 12/03/24 | AMIEL | Emails with YCST team and PPP team re: monthly staffing report | B017 | 0.10 | 78.00 |
| 12/03/24 | RLAMB | Review and revise staffing report | B017 | 0.10 | 53.00 |

Blink Holdings, Inc.
Billing Period through December 31, 2024

Invoice Date:           January 6, 2025
Invoice Number:          50057479
Matter Number:       103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/04/24 | BCARV | Review and analyze documents re: retention of ordinary course professionals (.8); correspondence with G. de Speville re: same (.1) | B017 | 0.90 | 409.50 |
| 12/04/24 | DLASK | Finalize for filing and coordinate service of Triple P's staffing report | B017 | 0.40 | 154.00 |
| 12/04/24 | RLAMB | Finalize staffing report for filing | B017 | 0.10 | 53.00 |
| 12/04/24 | SGREE | Emails with Portage Point re: professional fee payment issues | B017 | 0.20 | 201.00 |
| 12/04/24 | TPOWE | Analyzing, reviewing, and filing Portage November Staffing Report | B017 | 0.40 | 252.00 |
| 12/09/24 | AMIEL | Emails with T. Powell re: fee application | B017 | 0.10 | 78.00 |
| 12/09/24 | DLASK | Finalize for filing, file certificate of no objection for Moelis fee application | B017 | 0.30 | 115.50 |
| 12/09/24 | DLASK | Prepare certificate of no objection for Moelis fee application | B017 | 0.20 | 77.00 |
| 12/09/24 | TPOWE | Analyzing, reviewing, and filing Moelis 3rd Monthly Fee App CNO | B017 | 0.20 | 126.00 |
| 12/10/24 | AMIEL | Emails with YCST team re: interim fee application | B017 | 0.10 | 78.00 |
| 12/10/24 | SGREE | Review and revise 1st interim fee application for debtor professionals (.7); emails with D. Laskin re: same (.2) | B017 | 0.90 | 904.50 |
| 12/11/24 | DLASK | Prepare certificate of no objection for Young Conway's fee application | B017 | 0.20 | 77.00 |
| 12/11/24 | DLASK | Update interim fee application and related supplement | B017 | 0.20 | 77.00 |
| 12/12/24 | AMIEL | Emails with UST office and YCST team re: fees | B017 | 0.10 | 78.00 |
| 12/12/24 | AMIEL | Emails with YCST team re: 4th monthly fee application | B017 | 0.10 | 78.00 |
| 12/12/24 | DLASK | File certificate of no objection for Young Conaway's fee application | B017 | 0.30 | 115.50 |
| 12/12/24 | SGREE | Emails with US Trustee and D. Laskin re: interim fee application request | B017 | 0.20 | 201.00 |
| 12/13/24 | AMIEL | Emails with YCST team and Moelis team re: fee application | B017 | 0.10 | 78.00 |
| 12/13/24 | AMIEL | Review and revise interim fee application (.2); emails with YCST team re: same (.1) | B017 | 0.30 | 234.00 |
| 12/13/24 | DLASK | Review and respond to emails from counsel regarding interim fee application and supplement | B017 | 0.20 | 77.00 |

| | | | | | |
|---|---|---|---|---|---|
| Blink Holdings, Inc. | | | Invoice Date: | | January 6, 2025 |
| Billing Period through December 31, 2024 | | | Invoice Number: | | 50057479 |
| | | | Matter Number: | | 103829.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 12/13/24 | SGREE | Review documents and correspondence re: first interim fee request filing | B017 | 0.20 | 201.00 |
| 12/13/24 | TPOWE | Analyzing and reviewing Moelis November Fee App (.6); analyzing and reviewing YCST First Interim Fee App Supplement (.4); and analyzing and reviewing First Interim Fee Request (.5) | B017 | 1.50 | 945.00 |
| 12/16/24 | AMIEL | Review and revise supplement to interim fee application and coordinate for filing | B017 | 0.10 | 78.00 |
| 12/16/24 | AMIEL | Review and revise Epiq fee application and coordinate for filing | B017 | 0.20 | 156.00 |
| 12/16/24 | AMIEL | Emails with YCST team and Moelis team re: monthly fee application filing | B017 | 0.10 | 78.00 |
| 12/16/24 | DLASK | Prepare interim fee request for debtors' professionals and supplement for filing | B017 | 0.20 | 77.00 |
| 12/16/24 | DLASK | Finalize for filing and coordinate service of Epiq's fee application | B017 | 0.40 | 154.00 |
| 12/16/24 | DLASK | Prepare notice of Epiq's fee application | B017 | 0.20 | 77.00 |
| 12/16/24 | DLASK | Prepare notice, finalize for filing and coordinate service of Moelis's fee application for November | B017 | 0.40 | 154.00 |
| 12/16/24 | DLASK | Finalize for filing and coordinate service of Young Conaway's November fee application | B017 | 0.40 | 154.00 |
| 12/16/24 | DLASK | Finalize for filing and coordinate service of debtors' professionals 1st interim fee application for August through October and Young Conaway's related supplement | B017 | 0.50 | 192.50 |
| 12/16/24 | DLASK | Draft fee application index for 1st interim fees | B017 | 0.40 | 154.00 |
| 12/16/24 | DLASK | Update cumulative fees and expenses chart | B017 | 0.30 | 115.50 |
| 12/16/24 | RLAMB | Review and revise Epiq's admin agent fee application | B017 | 0.70 | 371.00 |
| 12/16/24 | TPOWE | Analyzing, reviewing, and filing Moelis November Fee App (.2); and analyzing, reviewing, and filing First Interim Fee Request (.2) | B017 | 0.40 | 252.00 |
| 12/19/24 | DLASK | Prepare fee application index, assemble fee applications, prepare binders for the interim fee hearing | B017 | 2.00 | 770.00 |
| 12/20/24 | SGREE | Review correspondence (.2) and emails with Portage Point (.2) re: Zwillgen OCP invoice | B017 | 0.40 | 402.00 |

Blink Holdings, Inc.  
Billing Period through December 31, 2024

Invoice Date:          January 6, 2025  
Invoice Number:              50057479  
Matter Number:           103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/26/24 | AMIEL | Emails with T. Powell and S. Greecher re: rate disclosure | B017 | 0.10 | 78.00 |
| 12/30/24 | AMIEL | Emails with T. Powell and S. Greecher re: fee applications | B017 | 0.10 | 78.00 |
| 12/30/24 | SGREE | Emails with T. Powell re: notice of hourly rate increases | B017 | 0.20 | 201.00 |
| 12/30/24 | TPOWE | Analyzing and reviewing Moelis Retention Agreement | B017 | 0.50 | 315.00 |
| 12/03/24 | DLASK | Continue preparation of supplement to interim fee application | B018 | 1.00 | 385.00 |
| 12/08/24 | SGREE | Review and revise fee exhibit for Young Conaway November monthly application for privilege, accuracy, and compliance with local rules | B018 | 2.60 | 2,613.00 |
| 12/12/24 | DLASK | Prepare fee application for November | B018 | 0.20 | 77.00 |
| 12/12/24 | SGREE | Review Young Conaway November monthly fee application (.2); emails with D. Laskin re: same (.1) | B018 | 0.30 | 301.50 |
| 12/17/24 | AMIEL | Emails with R. Johnson and S. Canna re: utility accounts | B020 | 0.10 | 78.00 |
| 12/18/24 | AMIEL | Emails with S. Canna and utility companies re: account closure | B020 | 0.10 | 78.00 |
| 12/19/24 | AMIEL | Emails with S. Canna and utility companies re: account closure | B020 | 0.10 | 78.00 |
| 12/20/24 | AMIEL | Emails with S. Canna and utility companies re: account closure | B020 | 0.10 | 78.00 |
| 12/02/24 | AMIEL | Emails with UST, YCST team, and UCC's counsel re: sealing of documents related to standing motion | B190 | 0.10 | 78.00 |
| 12/02/24 | MNEIB | Analysis re: UCC standing motion and related strategy | B190 | 1.20 | 1,194.00 |
| 12/02/24 | MNEST | Review state of play/proposal parameters re: Committee/Lenders re: resolution of pending disputes/case and potential issues/process re: same (.6); confer with Debtor reps re: same (.2) | B190 | 0.80 | 1,068.00 |
| 12/02/24 | SGREE | Emails with US Trustee re: sealing issues related to committee standing motion | B190 | 0.20 | 201.00 |
| 12/02/24 | SGREE | Emails with A. Mielke re: expert retention in connection with standing motion (.2); continue preparing objection to standing motion (1.6) | B190 | 1.80 | 1,809.00 |
| 12/03/24 | ALEE | Legal research re: issues raised in standing motion (3.9) conference with S. Greecher re: same (.2) | B190 | 4.10 | 1,947.50 |

Blink Holdings, Inc.
Billing Period through December 31, 2024

Invoice Date:             January 6, 2025
Invoice Number:                 50057479
Matter Number:              103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/03/24 | AMIEL | Emails with YCST team and property valuation expert re: standing motion | B190 | 0.10 | 78.00 |
| 12/03/24 | MNEIB | Analysis re: UCC standing motion and related litigation strategy | B190 | 0.80 | 796.00 |
| 12/03/24 | MNEIB | Email from A. Yeager re: UCC standing motion and related issues | B190 | 0.10 | 99.50 |
| 12/03/24 | MNEST | Review response from lenders regarding proposed resolution with Committee (.2); confer with Debtor reps/YCST re: same (.2) | B190 | 0.40 | 534.00 |
| 12/03/24 | MNEST | Reviewing issues re: prepare for standing litigation, expert reports and potential cost re: same (.8); confer with Debtor reps re: same (.4); reviewing outline and precedent re: same (1.2) | B190 | 2.40 | 3,204.00 |
| 12/03/24 | SGREE | Confer with A. Lee re: research connected to standing motion (.2); continue to review and revise draft objection to same (3.8) | B190 | 4.00 | 4,020.00 |
| 12/03/24 | SGREE | Review potential expert proposal in connection with standing motion (.2); emails with S. Shenker re: same (.3); calls with counsel to lenders re: same (.2); review proposed report format (.3) | B190 | 1.00 | 1,005.00 |
| 12/04/24 | ALEE | Legal research re: issues raised in standing motion | B190 | 1.40 | 665.00 |
| 12/04/24 | SGREE | Continue to prepare objection to standing motion (4.6); emails with Portage Point team re: same (.2) | B190 | 4.80 | 4,824.00 |
| 12/19/24 | SGREE | Emails with counsel to Committee re: adjournment of standing motion | B190 | 0.20 | 201.00 |
| | | | **Total** | **156.30** | **$131,429.00** |

Blink Holdings, Inc.
Billing Period through December 31, 2024

| | |
|---|---|
| Invoice Date: | January 6, 2025 |
| Invoice Number: | 50057479 |
| Matter Number: | 103829.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AMIEL | Allison S. Mielke | Partner | 12.50 | 780.00 | 9,750.00 |
| ALEE | Andrew M. Lee | Associate | 5.90 | 475.00 | 2,802.50 |
| BCARV | Benjamin C. Carver | Associate | 10.90 | 455.00 | 4,959.50 |
| CGREA | Craig D. Grear | Partner | 0.20 | 1,400.00 | 280.00 |
| DLASK | Debbie Laskin | Paralegal | 15.30 | 385.00 | 5,890.50 |
| LMCCR | Lauren McCrery | Associate | 1.30 | 705.00 | 916.50 |
| MNEST | Michael R. Nestor | Partner | 8.50 | 1,335.00 | 11,347.50 |
| MNEIB | Michael S. Neiburg | Partner | 2.10 | 995.00 | 2,089.50 |
| RLAMB | Rebecca L. Lamb | Associate | 10.80 | 530.00 | 5,724.00 |
| SGREE | Sean T. Greecher | Partner | 84.60 | 1,005.00 | 85,023.00 |
| TPOWE | Timothy R. Powell | Associate | 4.20 | 630.00 | 2,646.00 |
| **Total** | | | **156.30** | | **$131,429.00** |

| Blink Holdings, Inc. | Invoice Date: | January 6, 2025 |
|---|---|---|
| Billing Period through December 31, 2024 | Invoice Number: | 50057479 |
| | Matter Number: | 103829.1001 |

**Task Summary**

### Task Code:B001 — Case Administration

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 0.10 | 780.00 | 78.00 |
| Debbie Laskin | Paralegal | 1.20 | 385.00 | 462.00 |
| **Total** | | **1.30** | | **540.00** |

### Task Code:B002 — Court Hearings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Sean T. Greecher | Partner | 4.30 | 1,005.00 | 4,321.50 |
| Allison S. Mielke | Associate | 1.10 | 780.00 | 858.00 |
| Rebecca L. Lamb | Associate | 0.30 | 530.00 | 159.00 |
| Timothy R. Powell | Associate | 0.40 | 630.00 | 252.00 |
| Debbie Laskin | Paralegal | 2.40 | 385.00 | 924.00 |
| **Total** | | **8.50** | | **6,514.50** |

### Task Code:B003 — Cash Collateral/DIP Financing

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Sean T. Greecher | Partner | 1.10 | 1,005.00 | 1,105.50 |
| **Total** | | **1.10** | | **1,105.50** |

### Task Code:B004 — Schedules & Statements, U.S. Trustee Reports

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 0.20 | 780.00 | 156.00 |
| Rebecca L. Lamb | Associate | 0.10 | 530.00 | 53.00 |
| **Total** | | **0.30** | | **209.00** |

### Task Code:B005 — Lease/Executory Contract Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Sean T. Greecher | Partner | 2.70 | 1,005.00 | 2,713.50 |
| Allison S. Mielke | Associate | 0.50 | 780.00 | 390.00 |
| Rebecca L. Lamb | Associate | 3.20 | 530.00 | 1,696.00 |
| Debbie Laskin | Paralegal | 1.20 | 385.00 | 462.00 |
| **Total** | | **7.60** | | **5,261.50** |

| Blink Holdings, Inc. | Invoice Date: | January 6, 2025 |
|---|---|---|
| Billing Period through December 31, 2024 | Invoice Number: | 50057479 |
| | Matter Number: | 103829.1001 |

### Task Code:B006 — Use, Sale or Lease of Property (363 issues)

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Craig D. Grear | Partner | 0.20 | 1,400.00 | 280.00 |
| Michael R. Nestor | Partner | 1.00 | 1,335.00 | 1,335.00 |
| Sean T. Greecher | Partner | 7.00 | 1,005.00 | 7,035.00 |
| Allison S. Mielke | Associate | 2.10 | 780.00 | 1,638.00 |
| Lauren McCrery | Associate | 1.30 | 705.00 | 916.50 |
| Rebecca L. Lamb | Associate | 0.80 | 530.00 | 424.00 |
| Debbie Laskin | Paralegal | 0.40 | 385.00 | 154.00 |
| **Total** | | **12.80** | | **11,782.50** |

### Task Code:B007 — Claims Analysis, Objections and Resolutions

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Sean T. Greecher | Partner | 1.60 | 1,005.00 | 1,608.00 |
| Allison S. Mielke | Associate | 0.20 | 780.00 | 156.00 |
| **Total** | | **1.80** | | **1,764.00** |

### Task Code:B008 — Meetings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Michael R. Nestor | Partner | 0.50 | 1,335.00 | 667.50 |
| Sean T. Greecher | Partner | 0.40 | 1,005.00 | 402.00 |
| Allison S. Mielke | Associate | 0.30 | 780.00 | 234.00 |
| Andrew M. Lee | Associate | 0.40 | 475.00 | 190.00 |
| Benjamin C. Carver | Associate | 0.60 | 455.00 | 273.00 |
| Timothy R. Powell | Associate | 0.80 | 630.00 | 504.00 |
| **Total** | | **3.00** | | **2,270.50** |

### Task Code:B011 — Other Adversary Proceedings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Sean T. Greecher | Partner | 1.90 | 1,005.00 | 1,909.50 |
| Allison S. Mielke | Associate | 0.10 | 780.00 | 78.00 |
| Rebecca L. Lamb | Associate | 0.90 | 530.00 | 477.00 |
| **Total** | | **2.90** | | **2,464.50** |

### Task Code:B012 — Plan and Disclosure Statement

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Michael R. Nestor | Partner | 2.00 | 1,335.00 | 2,670.00 |
| Sean T. Greecher | Partner | 45.60 | 1,005.00 | 45,828.00 |
| Allison S. Mielke | Associate | 5.20 | 780.00 | 4,056.00 |
| Benjamin C. Carver | Associate | 6.60 | 455.00 | 3,003.00 |
| Rebecca L. Lamb | Associate | 3.60 | 530.00 | 1,908.00 |
| Debbie Laskin | Paralegal | 2.30 | 385.00 | 885.50 |
| **Total** | | **65.30** | | **58,350.50** |

| Blink Holdings, Inc. | | Invoice Date: | January 6, 2025 |
| Billing Period through December 31, 2024 | | Invoice Number: | 50057479 |
| | | Matter Number: | 103829.1001 |

**Task Code:B013**          **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Sean T. Greecher | Partner | 1.00 | 1,005.00 | 1,005.00 |
| Allison S. Mielke | Associate | 0.30 | 780.00 | 234.00 |
| Rebecca L. Lamb | Associate | 1.00 | 530.00 | 530.00 |
| **Total** | | **2.30** | | **1,769.00** |

**Task Code:B014**          **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Michael R. Nestor | Partner | 1.40 | 1,335.00 | 1,869.00 |
| Sean T. Greecher | Partner | 1.10 | 1,005.00 | 1,105.50 |
| Allison S. Mielke | Associate | 0.30 | 780.00 | 234.00 |
| Benjamin C. Carver | Associate | 2.80 | 455.00 | 1,274.00 |
| **Total** | | **5.60** | | **4,482.50** |

**Task Code:B015**          **Employee Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Sean T. Greecher | Partner | 0.60 | 1,005.00 | 603.00 |
| **Total** | | **0.60** | | **603.00** |

**Task Code:B016B**          **Special Commitiee Investigation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Sean T. Greecher | Partner | 0.30 | 1,005.00 | 301.50 |
| **Total** | | **0.30** | | **301.50** |

**Task Code:B017**          **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Sean T. Greecher | Partner | 2.10 | 1,005.00 | 2,110.50 |
| Allison S. Mielke | Associate | 1.50 | 780.00 | 1,170.00 |
| Benjamin C. Carver | Associate | 0.90 | 455.00 | 409.50 |
| Rebecca L. Lamb | Associate | 0.90 | 530.00 | 477.00 |
| Timothy R. Powell | Associate | 3.00 | 630.00 | 1,890.00 |
| Debbie Laskin | Paralegal | 6.60 | 385.00 | 2,541.00 |
| **Total** | | **15.00** | | **8,598.00** |

**Task Code:B018**          **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Sean T. Greecher | Partner | 2.90 | 1,005.00 | 2,914.50 |
| Debbie Laskin | Paralegal | 1.20 | 385.00 | 462.00 |
| **Total** | | **4.10** | | **3,376.50** |

| Blink Holdings, Inc. | | Invoice Date: | January 6, 2025 |
| Billing Period through December 31, 2024 | | Invoice Number: | 50057479 |
| | | Matter Number: | 103829.1001 |

### Task Code: B020 — Utility Services

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Allison S. Mielke | Associate | 0.40 | 780.00 | 312.00 |
| **Total** | | **0.40** | | **312.00** |

### Task Code: B190 — Other Contested Matters

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Michael R. Nestor | Partner | 3.60 | 1,335.00 | 4,806.00 |
| Michael S. Neiburg | Partner | 2.10 | 995.00 | 2,089.50 |
| Sean T. Greecher | Partner | 12.00 | 1,005.00 | 12,060.00 |
| Allison S. Mielke | Associate | 0.20 | 780.00 | 156.00 |
| Andrew M. Lee | Associate | 5.50 | 475.00 | 2,612.50 |
| **Total** | | **23.40** | | **21,724.00** |

**<u>EXHIBIT B</u>**

**Expenses**

Blink Holdings, Inc.
Billing Period through December 31, 2024

Invoice Date: January 6, 2025
Invoice Number: 50057479
Matter Number: 103829.1001

**Cost Detail**

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 11/02/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/03/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/03/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/04/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/04/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/04/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/04/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/04/24 | Docket Retrieval / Search | 14.00 | 1.40 |
| 11/04/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/04/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/05/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/05/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/05/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/05/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/05/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/05/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/05/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/05/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/05/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/05/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/05/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/05/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/06/24 | Docket Retrieval / Search | 15.00 | 1.50 |
| 11/06/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/06/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 12/03/24 | Photocopy Charges Duplication BW | 27.00 | 2.70 |
| 12/04/24 | Photocopy Charges Duplication BW | 29.00 | 2.90 |
| 12/04/24 | Photocopy Charges Duplication BW | 87.00 | 8.70 |
| 12/04/24 | Photocopy Charges Duplication BW | 87.00 | 8.70 |
| 12/11/24 | Photocopy Charges Duplication BW | 86.00 | 8.60 |
| 12/11/24 | Michael S. Neiburg - Car/Bus/Subway Travel Half of the cost of car service to/from NYC for MNEIB re: deposition in Blink matter 103829.1001 on 10/31/24 | 1.00 | 703.00 |
| 12/12/24 | Photocopy Charges Duplication BW | 49.00 | 4.90 |
| 12/12/24 | Photocopy Charges Duplication BW | 103.00 | 10.30 |
| 12/12/24 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 12/12/24 | Photocopy Charges Duplication BW | 7.00 | 0.70 |

Blink Holdings, Inc.
Billing Period through December 31, 2024

Invoice Date:          January 6, 2025
Invoice Number:       50057479
Matter Number:      103829.1001

| <u>Date</u> | <u>Description</u> | <u>Quantity</u> | <u>Amount</u> |
|------|-------------|----------|--------|
| 12/13/24 | Photocopy Charges Duplication BW | 26.00 | 2.60 |
| 12/16/24 | Photocopy Charges Duplication BW | 145.00 | 14.50 |
| 12/19/24 | Photocopy Charges Duplication BW | 604.00 | 60.40 |
| 12/19/24 | Photocopy Charges Duplication BW | 955.00 | 95.50 |
| | **Total** | | **$945.10** |

Blink Holdings, Inc.
Billing Period through December 31, 2024

| Invoice Date: | January 6, 2025 |
| Invoice Number: | 50057479 |
| Matter Number: | 103829.1001 |

**Cost Summary**

| <u>Description</u> | <u>Amount</u> |
| --- | --- |
| Car/Bus/Subway Travel | 703.00 |
| Docket Retrieval / Search | 20.80 |
| Reproduction Charges | 221.30 |
| **Total** | **$945.10** |