# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*, [1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 685, 686, 687 |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER APPROVING COMMITTEE PROFESSIONALS' FIRST INTERIM APPLICATIONS FOR THE PERIOD FROM AUGUST 26, 2024 THROUGH OCTOBER 31, 2024

The undersigned counsel to the Official Committee of Unsecured Creditors appointed in the above-referenced bankruptcy cases (the "Committee"), hereby certifies as follows:

1. Professionals retained by the Committee (collectively, the "Professionals") in the bankruptcy cases of the above-captioned Debtors, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the following interim fee applications (collectively, the "Interim Applications"):

    i. First Monthly Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from August 26, 2024 Through and Including September 30, 2024 [Filed December 16, 2024; Docket No. 685] (the "KDW Interim Application");

    ii. First Interim Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 28, 2024 through October 31, 2024 [Filed December 16, 2024; Docket No. 686]; and

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17123549/2

      iii.    First Interim Application of Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 28, 2024 through October 31, 2024 [Filed December 16, 2024; Docket No. 687].

2.    Responses or objections to the Interim Applications were to be filed and served no later than January 6, 2025 at 4:00 P.M. (ET).  The hearing to consider approval of the Interim Applications is currently scheduled for January 15, 2024 at 10:30 a.m. (ET).

3.    No objections were filed to the Interim Applications, and none of the Committee's professionals received any informal objections to Interim Applications.

4.    On January 8, 2025, counsel to the Debtors and Varagon Capital Partners Agent, LLC confirmed in writing to Kelley Drye & Warren LLP ("Kelley Drye"), the Committee's primary counsel, that, notwithstanding the limited objection/reservations of rights [Docket Nos. 630 and 631] those parties filed to Kelley Drye's first monthly fee application [Docket No. 537], they do not object to the Court's approval of the KDW Interim Application, subject to their right to object to Kelley Drye's final fee application (and to seek disgorgement of interim fees paid) if the Debtors' chapter 11 plan is not confirmed.

5.    Given the lack of objections to the approval of the Interim Applications, counsel to the Committee prepared a proposed form of omnibus order (the "Proposed Order") approving the Interim Applications.  A copy of the Proposed Order is attached hereto as **Exhibit 1**.  A copy of the Proposed Order has been circulated to each of the Professionals and to counsel to the Debtors and Varagon Capital Partners Agent, LLC, and each party has consented to its entry.

6.    The Professionals seek interim approval of all fees and expenses incurred during the interim period from August 26, 2024 through October 31, 2024.

7. Accordingly, the Professionals respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: January 9, 2025

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
         bkeilson@morrisjames.com
         scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
         kelliott@kelleydrye.com
         abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*