

**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Teri Nawara says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Thursday, December 26, 2024**, the following legal advertisement – **BLINK HOLDINGS, INC.** was published in the national edition of **USA TODAY.**

*Teri Nawara*

_____
Principal Clerk of USA TODAY
January 9, 2025

4C ▪ THURSDAY DECEMBER 26, 2024 ▪ USA TODAY

<span style="color:red">**SPORTS**</span>



Packers receiver Christian Watson leaves the field in the fourth quarter Monday after getting injured against the Saints. DAN POWERS/USA TODAY NETWORK – WISCONSIN

# GB's Watson dodges serious knee injury

**Tom Silverstein**
Milwaukee Journal Sentinel | USA TODAY NETWORK

GREEN BAY, Wis. – The Green Bay Packers dodged a major injury problem and might have wide receiver Christian Watson this weekend against the Minnesota Vikings.

Watson injured his left knee in the second quarter at the end of an end around that gained 14 yards when a player landed on him at the end of the run. He returned for a short while but did not finish in the Packers' 34-0 victory over New Orleans on Monday that clinched at least an NFC wild-card bid.

Coach Matt LaFleur said in his Tuesday news conference that tests showed that Watson suffered only a bruise. He said it's a possibility Watson will be able to play Sunday but it will depend on how well he performs in practice.

"We got good news on him," LaFleur said. "It's more just a bruise. It's when the guy fell on him on the sideline. Still got to be able to function.

"We'll see how he practices this week and see where we're at."

Watson returned to the game Monday, but the Packers wide receiver didn't last long. He could be seen on the sideline trying to stretch out his leg.

"I was trying to get back out there," Watson said after the game. "I mean, right away, it kind of felt like it was settling down. So my mentality, I want to be out there. I want to play every single down, every single game.

"So, I was definitely trying to fight to get out there. Just, you know, got to the point where I just couldn't be me."

Watson was slow to get up when he was brought to the ground at the 6-yard line with 7 minutes, 17 seconds left in the second quarter.

"I still don't really know what happened," Watson said of the injury. "I have to go back and watch it. I thought I was just laying there and they kind of fell on me. I'm not exactly sure what happened."



Jets quarterback Aaron Rodgers hopes to play next season, including with N.Y.
VINCENT CARCHIETTA/IMAGN IMAGES

# QB on his NYJ future: 'You should ask Woody'

FIELD LEVEL MEDIA | REUTERS

Aaron Rodgers has made it clear that if he plays a 21st NFL season in 2025, he'd like to do so with the New York Jets. But he's tried to turn the spotlight on the team's owner, Woody Johnson, when the topic of his future arises.

Asked Tuesday whether he believes the organization wanted him back next year following another disappointing campaign, Rodgers acknowledged that several decision-makers have to be put in place before the Jets plan their future. New York fired coach Robert Saleh and general manager Joe Douglas during the season.

"There's a GM that has to get hired, I would assume first, and then he's going to be part of hiring the head coach," Rodgers said, "so I have to be in the plans of multiple people, starting with the ownership and then the GM and then the head coach."

Rodgers was asked if he believes Johnson wants him to return.

"You should ask Woody," Rodgers said, later adding that he and the owner have not had any conversations about his future with Gang Green.

His comments to reporters came one day after his weekly appearance on "The Pat McAfee Show," where he also discussed his playing future and seemed to poke fun at Johnson.

"Being released would be a first; being released by a teenager, that would also be a first," Rodgers said with a laugh Monday. "So, hey, I'm open to everything and I find the comedy in all of it. If that happens, hey, it's a great story."

Rodgers was referring to a report by The Athletic last week that said Johnson has been swayed by advice from his teenage sons, Brick and Jack, including about whether to pursue trades for certain players.

The Jets would absorb a $49 million dead cap hit if they release or trade Rodgers.

After his first season with New York was ruined four snaps into Week 1 when he suffered a season-ending Achilles injury, Rodgers has thrown for 3,511 yards, 24 touchdowns and eight interceptions this year as the Jets have gone 4-11.

Rodgers is playing through an MCL injury but said Tuesday there was "no way" he wouldn't play in Week 17.

---

## MARKETPLACE TODAY

To view more Classified listings, visit: classifieds.usatoday.com

For advertising information: 1.800.397.0070   www.russelljohns.com/usat

All classified ads are subject to the applicable rate card, copies of which are available from our Advertising Dept. All ads are subject to approval before publication. USA Today reserves the right to edit, refuse, reject, classify or cancel any ad at any time. Errors must be reported in the first day of publication. USA Today shall not be liable for any loss or expense that results from an error in or omission of an advertisement. No refunds for early cancellation of order.

| NOTICES | NOTICES | NOTICES | NOTICES | NOTICES | NOTICES |
| PUBLIC NOTICE | PUBLIC NOTICE | LEGAL NOTICES | LEGAL NOTICES | LEGAL NOTICES | LEGAL NOTICES |

This is a De Jure Grand Jury Findings of Facts that the grievances brought before this Grand Jury on his day October 5, 2024, in a Presentment of Declaration by People assembled in South Carolina State, and find these grievances true and correct. Therefore, the Grand Jury finds that the People in South Carolina shall assemble to re-assemble a De Jure Constitutional Republic. This entire document may be viewed by internet at: http://national-assembly.net/blog/index.php/na-blogs/south-carolina-public-notice Notice to Agents is notice to Principals. Notice to Principals is notice to Agents. The content of this notice is not the opinion or claims of this News Paper publication, its employees or management.

In compliance with Senate Bill No. 493, PACE Cooperative is soliciting vendors interested in submitting sealed proposal, for the purchase of any of the following categories of personal property.

**P00307 Copier Supplies, Equipment and Connectivity**

Proposals are due 2:00 p.m., January 23, 2025, at ESC Region 20, 1314 Hines Avenue, San Antonio, TX 78208, at which time proposals will be publicly opened.

**SEND YOUR SALES THROUGH THE ROOF WITH AN AD IN USA TODAY'S MARKETPLACE!**

**ASK US...WE CAN HELP!**

To advertise, call:
800-397-0070
or email us at:
sales@russelljohns.com

**WANT TO ADVERTISE? ASK US... WE CAN HELP!**

Place your advertisement in USA TODAY's Marketplace!

To advertise, call: 800-397-0070
or email us at: sales@russelljohns.com


