IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 678, 679 & 716 |

**CERTIFICATION OF COUNSEL REGARDING REVISED
PROPOSED ORDER APPROVING FIRST INTERIM
FEE APPLICATIONS OF DEBTORS' PROFESSIONALS**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies as follows:

1. On December 16, 2024, the Debtors filed the first interim fee application [Docket No. 678] of the Debtors' professionals (the "**First Interim Fee Application**")[2] for the period August 12, 2024 through and including October 31, 2023. Pursuant to the First Interim Fee Application, the Debtors sought approval of fees and reimbursement of expense for Young Conaway Stargatt & Taylor, LLP, as counsel to the Debtors, and Moelis & Company LLC, as investment banker to the Debtors (collectively, the "**Professionals**").

2. Objections, if any, to the First Interim Fee Application were required to be filed and served on or before January 6, 2025 at 4:00 p.m. (ET). The Debtors did not receive any responses or objections to the First Interim Fee Application by the Objection Deadline and,

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Interim Fee Application.

32582028.2

accordingly, on January 8, 2025, the Debtors filed the Certification of Counsel Regarding Order Approving First Interim Fee Application of the Debtors' Professionals [Docket No. 716] (the "**Interim Fee Order COC**"). A proposed form of order (the "**Proposed Order**") approving the First Interim Fee Application was attached to the Interim Fee Order COC as Exhibit A.

3. Following the submission of the Interim Fee Order COC, the Court's chambers contacted counsel for the Debtors advising of questions and issues related to the First Interim Fee Application. The Proposed Order has been revised to address the Court's comments, as reflected in Exhibit A hereto (the "**Revised Proposed Order**").

WHEREFORE, as no responses or objections were received to the First Interim Fee Application and the Debtors have circulated the Revised Proposed Order to the Professionals who have each reviewed and agreed to the entry of the Revised Proposed Order, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or a hearing.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>January 14, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Sean T. Greecher*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>  sgreecher@ycst.com<br>  amielke@ycst.com<br>  tpowell@ycst.com<br>  rlamb@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

32582028.2