# EXHIBIT A

**Proposed Order**

32582028.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 678 & 679 |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF
<u>DEBTORS' PROFESSIONALS</u>**

Upon consideration of the first interim fee application (the "**First Interim Fee Application**")[2] of the debtors' professionals (the "**Professionals**"), retained by the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), for allowance of compensation and reimbursement of expenses on an interim basis; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing to this Court that all of the requirements of sections 327, 328, 330, 331, and 503(b) of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Interim Fee Application.

32637153.2

2

necessary; and that the notice of the First Interim Fee Application was appropriate; and after due deliberation and sufficient good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The First Interim Fee Application is APPROVED with respect to the amounts set forth on **Exhibit A**.

2. The Professionals are granted allowance of compensation in the amount set forth on **Exhibit A**, including any and all holdbacks.

3. The Professionals are allowed the reimbursement of reasonable and necessary expenses in the amount set forth on **Exhibit A**.

4. The Debtors are authorized and directed to remit payment to the Professionals in the amounts set forth on **Exhibit A**, less all amounts previously paid on account of such fees and expenses.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

**EXHIBIT A**

| PROFESSIONAL | FEES | EXPENSES |
|---|---|---|
| **Young Conaway Stargatt & Taylor, LLP**[1]<br>Counsel to the Debtors<br>8/12/2024 – 10/31/2024 | $2,443,645.00 | $8,065.50 |
| **Moelis & Company LLC**[2]<br>Investment Banker for the Debtors<br>8/12/2024 – 10/31/2024 | $405,000.00 | $44,027.94 |

---

[1] To address inadvertent mathematical errors and comments received from the Court, Young Conaway reduced the amount of fees requested through the First Interim Fee Application by $1,961.50.

[2] To address comments received from the Court, Moelis reduced the amount of expenses requested through the First Interim Fee Application by $623.62.

32637153.2