**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING OF MATTERS**
**SCHEDULED FOR JANUARY 15, 2025 AT 10:30 A.M. (ET)**

**NO MATTERS ARE GOING FORWARD. THE HEARING IS CANCELLED AT THE DIRECTION OF THE COURT.**

**ADJOURNED MATTER**

1. [SEALED] Official Committee of Unsecured Creditors' Motion for Leave, Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action on Behalf of Debtors' Estates [D.I. 612, 11/13/24]

   Objection Deadline:  December 11, 2024 at 4:00 p.m. (ET)

   Related Documents:

   A. [REDACTED] Official Committee of Unsecured Creditors' Motion for Leave, Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action on Behalf of Debtors' Estates [D.I. 618, 11/15/24]

   B. [UNSEALED] Official Committee of Unsecured Creditors' Motion for Leave, Standing and Authority to Commence, Prosecute, and Settle Certain Claims and Causes of Action on Behalf of Debtors' Estates [D.I. 663, 12/5/24]

   C. Notice of Filing of Unsealed Copy of the Official Committee of Unsecured Creditors' Motion for Leave, Standing and Authority to Commence, Prosecute, and

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] **Amendments appear in bold.**

Settle Certain Claims and Causes of Action on Behalf of Debtors' Estates [D.I. 664, 12/5/24]

Objections Filed: None.

Status: This matter is adjourned to a date and time to be determined.

## FEE APPLICATIONS GOING FORWARD

2.  First Interim Fee Applications

    Related Documents:

    A. *See* Schedule 1, attached

    B. Certification of Counsel Regarding Order Approving First Interim Applications of Debtors' Professionals [D.I. 716, 1/8/25]

    C. Certification of Counsel Regarding Omnibus Order Approving Committee Professionals' First Interim Applications for the Period From August 26, 2024 Through October 31, 2024 [D.I. 721, 1/9/25]

    D. **Certification of Counsel Regarding Revised Proposed Order Approving First Interim Fee Applications of Debtors' Professionals [D.I. 732, 1/14/25]**

    E. **Certification of Counsel Regarding Revised Omnibus Order Approving Committee Professionals' First Interim Applications for the Period from August 26, 2024 through October 31, 2024 [D.I. 733, 1/14/25]**

    Objections Filed:

    F. *See* Schedule 1, attached

    Status: **Revised orders have been submitted under certifications of counsel addressing the Court's comments. No hearing is necessary.**

| | |
|---|---|
| Dated: Wilmington, Delaware<br>January 14, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Sean T. Greecher*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>        sgreecher@ycst.com<br>        amielke@ycst.com<br>        tpowell@ycst.com<br>        rlamb@ycst.com<br>        bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: January 6, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: January 15, 2025 at 10:30 a.m. (ET)** |

## SCHEDULE 1
## FEE APPLICATION INDEX
## <u>FIRST INTERIM FEE REQUEST</u>

A. Young Conaway Stargatt & Taylor, LLP's First Interim Fee Application for the Period from August 12, 2024 Through and Including October 31, 2024 [D.I. 678, 12/16/24]

    1. Monthly Application for the Period August 12, 2024 Through August 31, 2024 [D.I. 395, 9/19/24]

    2. Certificate of No Objection [D.I. 487, 10/14/24]

    3. Monthly Application for the Period September 1, 2024 Through September 30, 2024 [D.I. 504, 10/17/24]

    4. Certificate of No Objection [D.I. 598, 11/8/24]

    5. Monthly Application for the Period October 1, 2024 Through October 31, 2024 [D.I. 628, 11/20/24]

    6. Certificate of No Objection [D.I. 675, 12/12/24]

    7. Supplement to First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 679, 12/16/24]

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32521326.1

B.  Moelis & Company LLC's First Interim Fee Application for the Period from August 12, 2024 Through and Including October 31, 2024 [D.I. 678, 12/16/24]

    1.  Monthly Application for the Period August 12, 2024 Through September 30, 2024 [D.I. 494, 10/15/24]

    2.  Certificate of No Objection [D.I. 593, 11/8/24]

    3.  Monthly Application for the Period October 1, 2022 2024 Through October 31, 2024 [D.I. 623, 11/15/24]

    4.  Certificate of No Objection [D.I. 670, 12/10/24]

C.  First Interim Fee Application of Kelley Drye & Warren LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period From August 26, 2024 Through and Including October 31, 2024 [D.I. 685, 12/16/24]

    1.  Monthly Application for the Period August 26, 2024 Through September 30, 2024 [D.I. 537, 10/31/24]

    2.  Reservation of Rights of Varagon Capital Partners Agent, LLC [D.I. 630, 11/21/24]

    3.  Debtors' Objection and Reservation of Rights [D.I. 631, 11/21/24]

    4.  Certification of Counsel [D.I. 640, 11/25/24]

    5.  Monthly Application for the Period October 1, 2024 Through October 31, 2024 [D.I. 682, 12/16/24]

D.  First Interim Fee Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 28, 2024 Through and Including October 31, 2024 [D.I. 686, 12/16/24]

    1.  Monthly Application for the Period August 28, 2024 Through September 30, 2024 [D.I. 538, 10/31/24]

    2.  Certificate of No Objection [D.I. 641, 11/25/24]

    3.  Monthly Application for the Period October 1, 2024 Through October 31, 2024 [D.I. 683, 12/16/24]

E.  First Interim Application of Dundon Advisors LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 28, 2024 Through October 31, 2024 [D.I. 687, 12/16/24]

   1.  Monthly Application for the Period August 28, 2024 Through September 30, 2024 [D.I. 539, 10/31/24]

   2.  Certificate of No Objection [D.I. 642, 11/25/24]

   3.  Monthly Application for the Period October 1, 2024 Through October 31, 2024 [D.I. 684, 12/16/24]