## **EXHIBIT A**

| PROFESSIONAL | FEES | EXPENSES |
|---|---|---|
| **Young Conaway Stargatt & Taylor, LLP**[1]<br>Counsel to the Debtors<br>8/12/2024 – 10/31/2024 | $2,443,645.00 | $8,065.50 |
| **Moelis & Company LLC**[2]<br>Investment Banker for the Debtors<br>8/12/2024 – 10/31/2024 | $405,000.00 | $44,027.94 |

---

[1] To address inadvertent mathematical errors and comments received from the Court, Young Conaway reduced the amount of fees requested through the First Interim Fee Application by $1,961.50.

[2] To address comments received from the Court, Moelis reduced the amount of expenses requested through the First Interim Fee Application by $623.62.

32637153.2