IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*, [1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 685, 686, 687** |

**OMNIBUS ORDER APPROVING COMMITTEE PROFESSIONALS'
FIRST INTERIM FEE APPLICATIONS FOR THE PERIOD FROM
AUGUST 26, 2024 THROUGH OCTOBER 31, 2024**

Upon consideration of the interim fee application of the professionals retained by the Official Committee of Unsecured Creditors (collectively, the "Professionals") in the bankruptcy cases of the above-captioned debtors and debtors-in-possession (the "Debtors") for allowance of compensation and reimbursement of expenses for the period from August 26, 2024 through October 31, 2024 (collectively, the "Interim Applications"); and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notices of the Interim Applications were appropriate; and after due deliberation and sufficient good cause appearing therefore; it is hereby:

ORDERED, that the Interim Applications are hereby APPROVED in the amount set forth on Exhibit A attached hereto, subject to the right of the Debtors and Varagon Capital Partners Agent, LLC to object (and the Professionals' right to respond) to the final allowance of any fees

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17123549/3

and expenses incurred (including the right to seek disgorgement of any interim fees paid), if the Debtors' chapter 11 plan is not confirmed; and it is further

ORDERED, that the Professionals are granted interim allowance of compensation in the amount set forth on <u>Exhibit A</u> attached hereto; and it is further

ORDERED, that the Professionals are granted reimbursement of expenses in the amount set forth on <u>Exhibit A</u> attached hereto; and it is further

ORDERED, that the Debtors are authorized and directed, as provided herein, to remit, or caused to be remitted, payment in the amounts set forth on <u>Exhibit A</u> attached hereto, less any and all amounts previously paid on account of such fees and expenses; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: January 15th, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

17123549/3