## EXHIBIT A

## In re: Blink Holdings, Inc, et al. Case No. 24-11686 (JKS)
## First Interim Fee Period: August 26, 2024 Through October 31, 2024

| Name of Professional | Period | Firm's Role in Case | Compensation Requested (Interim Period) | Expenses Requested (Interim Period) | Amounts of Any Voluntary Fee Reductions (Interim Period) | Amounts of Any Voluntary Expense Reductions (Interim Period) | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| **Kelley Drye & Warren LLP** | August 26, 2024 Through October 31, 2024 | Lead Counsel to the Official Committee of Unsecured Creditors | $1,502,170.25 (requested interim allowance) $1,464,400.75 (requested interim payment)[1] | $11,761.25 | $935.00 | $0.00 | $1,502,170.25 (interim allowance) $1,464,400.75 (interim payment) | $11,761.25 |
| **Morris James LLP** | August 28, 2024 Through October 31, 2024 | Delaware Counsel to the Official Committee of Unsecured Creditors | $162,981.00 | $1,742.10 | $0.00 | $0.00 | $162,981.00 | $1,742.10 |
| **Dundon Advisers LLC** | August 28, 2024 Through October 31, 2024 | Financial Advisor to the Official Committee of Unsecured Creditors | $406,580.00 | $1,716.31 | $0.00 | $118.94 | $406,580.00 | $1,597.37 |

---

[1]  Represents $1,502,170.25 in total fees incurred, less $37,769.50 in fees related to litigation against Varagon that are excluded from the carve-out under paragraph 27 of the Final DIP Order and for which the firm seeks interim allowance, but not payment, at this time.

171235493