# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 734** |

## <u>CERTIFICATE OF SERVICE</u>

I, JACK LAWRENCE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 14, 2025, I caused to be served the "Notice of Amended Agenda for Hearing of Matters Scheduled for January 15, 2025 at 10:30 a.m. (ET)," dated January 14, 2025 [Docket No. 734], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

                                                                                  */s/ Jack Lawrence*
                                                                                  Jack Lawrence

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

**EXHIBIT A**

BLINK HOLDINGS, INC., *et al.,*
Case No. 24-11686 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| EQUINOX HOLDINGS, INC. | tbednar@cgsh.com; drkramer@cgsh.com; spyun@cgsh.com |
| HPS INVESTMENT PARTNERS, LLC | alexey.pazukha@hpspartners.com; colbert.cannon@hpspartners.com |
| INTERNAL REVENUE SERVICES | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | Benjamin.A.Hackman@usdoj.gov |
| STATE OF NEW JERSEY ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| VARAGON CAPITAL PARTNERS AGENT, LLC | peter.knight@katten.com; michael.howald@katten.com; scott.lyons@katten.com |
| VARAGON CAPITAL PARTNERS AGENT, LLC | cmiller@morrisnichols.com |
| 125 PARK OWNER LLC | BRETT.HERSCHENFELD@SLGREEN.COM |
| 96 NORTH 10TH STREET HOLDINGS LLC | MORDY@SPARKREMGMT.COM |
| A&G REALTY PARTNERS, LLC | ANDY@AGREP.COM |
| AWESOMENESSTV HOLDINGS, LLC | TRUPTI.PATEL@PARAMOUNT.COM |
| BRIXMOR SPE 6LLC | DAVID.GERSTENHABER@BRIXMOR.COM |
| CHICAGO, IL 4644-4658 S DREXEL LLC | SNICHOLSON@INSITEREALESTATE.COM |
| EAST 54TH STREET PARTNERS LLC | JACK@JTREHOLDINGS.COM |
| ENEL X NORTH AMERICA, INC. | RALPH.CAMPANELLI@ENEL.COM |
| GLE-III, LLC | TBUCKSTEIN@KIMCOREALTY.COM |
| GOOD EARTH DISTRIBUTION, LLC | rich.hebert@goodearthproducts.com |
| JOHNSON HEALTH TECH NA, INC. | PHYLLIS.DANNIN@MATRIXFITNESS.COM |
| JTRE 23 WS (DEL) LLC | JACK@JTREHOLDINGS.COM |
| LEVIN PROPERTIES, L.P. | rmeno@levinmgt.com |
| MBB REALTY LIMITED PARTNERSHIP | MICHAEL@POMRE.COM |
| MOTIONSOFT, INC. | JEFF@CLUBAUTOMATION.COM |
| RW 5901 FLATLANDS LLC | AWEISS@LAUNDRYCAPITAL.COM |
| STELLA RISING INC. | AVESPUCCI@STELLARISING.COM |
| VBGO PENN PLAZA LLC | BTHEIS@ROSENBERGESTIS.COM |
| MONZACK MERSKY and BROWDER, P.A. | rmersky@monlaw.com |
| KATTEN MUCHIN ROSENMAN LLP | peter.knight@katten.com; allison.yager@katten.com |

BLINK HOLDINGS, INC., *et al.,*
Case No. 24-11686 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; ameng@morrisnichols.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| STARK & STARK, P.C. | tonder@stark-stark.com; jlemkin@stark-stark.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | lschweitzer@cgsh.com; tkessler@cgsh.com |
| ASHBY & GEDDES, P.A. | RPalacio@ashbygeddes.com; DKosloske@ashbygeddes.com |
| Charles E. Boulbol, P.C. | rtrack@msn.com |
| Sirlin Lesser & Benson, P.C. | dplon@sirlinlaw.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; liu@teamrosner.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| MURPHY DESMOND S.C. | jphillips@murphydesmond.com |
| RICHARDS, LAYTON & FINGER, P.A. | knight@rlf.com; milana@rlf.com; javorsky@rlf.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | gbressler@mdmc-law.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| FARRELL FRITZ, P.C. | pcollins@farrellfritz.com; dpascarella@farrellfritz.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | mvaldez@pbfcm.com |
| Leech Tishman Robinson Brog, PLLC | cyee@leechtishman.com; lschwartz@leechtishman.com; nmeyers@leechtishman.com |
| KELLEY DRYE & WARREN LLP | kelliott@kelleydrye.com; abarajas@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com; ewilson@kelleydrye.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |

BLINK HOLDINGS, INC., *et al.,*

Case No. 24-11686 (JKS)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| Shipman & Goodwin | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| ALSTON & BIRD LLP | jacob.johnson@alston.com; stephen.blank@alston.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| SAUL EWING LLP | monique.disabatino@saul.com; turner.falk@saul.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | slevin@mdmc-law.com |
| Cooch and Taylor, P.A | gdick@coochtaylor.com; klevitsky@coochtaylor.com |
| Bradley Arant Boult Cummings LLP | jbailey@bradley.com |
| Buchalter, A Professional Corporation | schristianson@buchalter.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| Pick & Zabicki LLP | dpick@picklaw.net |
| Jaspan Schlesinger Narendran LLP | spernaplank@jaspanllp.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com |
| MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP | gmeltzer@meltzerlippe.com; ssteinberg@meltzerlippe.com |
| LATHAM & WATKINS LLP | george.davis@lw.com; ted.dillman@lw.com; whit.morley@lw.com |
| COLE SCHOTZ P.C. | npernick@coleschotz.com; ddean@coleschotz.com |
| STARK & STARK, P.C. | tduggan@stark-stark.com |
| RUBIN & LEVIN, P.C. | jim@rubin-levin.net |
| Burr & Forman LLP | jfalgowski@burr.com; esummers@burr.com; drobbins@burr.com |
| GLENN AGRE BERGMAN & FUENTES LLP | aglenn@glennagre.com; mdoss@glennagre.com |
| Offit Kurman, P.A. | brian.mclaughlin@offitkurman.com |
| Lasser Hochman, LLC | rzucker@lasserhochman.com |