IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 697, 698, 706, and 707** |

**DECLARATION OF EMILY YOUNG
OF EPIQ CORPORATE RESTRUCTURING, LLC
REGARDING THE SOLICITATION AND TABULATION OF BALLOTS
CAST ON THE AMENDED COMBINED DISCLOSURE STATEMENT AND
JOINT CHAPTER 11 PLAN OF BLINK HOLDINGS, INC.
AND ITS AFFILIATED DEBTORS**

I, Emily Young, declare, under the penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Director of Epiq Corporate Restructuring, LLC ("Epiq"), which is located at 777 Third Avenue, 12th Floor, New York, NY 10017. I am over eighteen years of age and competent to testify on the matters herein. I do not have a direct interest in the above-captioned chapter 11 cases and should be considered an impartial party.

2. I submit this Declaration (this "Declaration") regarding the solicitation of votes and the tabulation of ballots cast on the *Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Blink Holdings, Inc. and its Affiliated Debtors and Debtors in Possession* (as may be

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting counsel for the Debtors.

amended, supplemented or modified, including all exhibits thereto, the "Plan").[2] Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3. In accordance with (a) the *Order Authorizing the Debtors to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of Petition Date* [Docket No. 159], and (b) the *Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Combined Hearing and the Deadline for Filing Objections Thereto; and (VI) Granting Related Relief* [Docket No. 697] (the "Solicitation Procedures Order"), Epiq was appointed and authorized to assist the Debtors with, *inter alia*, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Plan by Holders of Claims in the Voting Class (as defined herein). Epiq and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

4. Pursuant to the Plan and the Solicitation Procedures Order, only Holders of Claims in the following Class (the "Voting Class") were entitled to vote to accept or to reject the Plan.

| Class | Class Description |
|-------|-------------------|
| 3 | Prepetition Loan Secured Claims |

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan or the Solicitation Procedures Order (as defined below), as applicable.

5. The Solicitation Procedures Order established December 18, 2024, as the record date (the "Voting Record Date") for determining which Holders of Claims were to be served with the Solicitation Package. On December 18, 2024, and December 20, 2024, Epiq served the solicitation materials and Epiq's *Certificate of Service* was filed with this Court on December 20, 2024 [Docket No. 706], and *Certificate of Service of Solicitation Materials* was filed with this Court on January 2, 2025 [Docket No. 707].

6. The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Solicitation Procedures Order (the "Solicitation Procedures"). Epiq was instructed by the Debtors to solicit, review, determine the validity of, and tabulate Ballots submitted to vote to accept or reject the Plan by the Holders of Claims in the Voting Class.

7. In accordance with the Solicitation Procedures, Epiq received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan. To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's representative), (c) returned to Epiq via an approved method of delivery set forth in the Solicitation Procedures, and (d) received by Epiq on or before January 15, 2025, at 4:00 p.m. (ET) (the "Voting Deadline").

8. All validly executed Ballots cast by Holders of Claims entitled to vote in the Voting Class received by Epiq on or before the Voting Deadline were tabulated as outlined in the Solicitation Procedures.

9. I declare that the results of the voting by Holders of Claims in the Voting Class are as set forth in **Exhibit A** hereto, which is a true and correct copy of the final tabulation of votes received by Epiq.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 16, 2025

*/s/ Emily Young*
Emily Young
Director
Epiq Corporate Restructuring, LLC

# EXHIBIT A

## Tabulation Summary

| VOTING CLASS | TOTAL BALLOTS COUNTED | | | | Class Voting Result |
|---|---|---|---|---|---|
| | ACCEPT | | REJECT | | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER | |
| **Class 3** Prepetition Loan Secured Claims | $109,030,489.00 / 100.00% | 1 / 100.00% | $0.00 / 0.00% | 0 / 0.00% | Accept |