# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 10229

Motionsoft, Inc., by and through counsel, hereby gives notice of the withdrawal of its Proof of Claim, Claim Number 10229 as designated on the claims register maintained by Epiq.

Dated: January 16, 2025

                                                  **COOCH AND TAYLOR, P.A.**

                                                  /s/ *R. Grant Dick IV*
                                                  R. Grant Dick IV (No. 5123)
                                                  Kevin D. Levitsky (No. 7228)
                                                  1000 N. West Street, Suite 1500
                                                  Wilmington, DE  19801
                                                  Telephone:  (302) 984-3867
                                                  Facsimile:  (302) 984-3989
                                                  Email: gdick@coochtaylor.com
                                                                  klevitsky@coochtaylor.com

                                                *Counsel for Motionsoft, Inc.*

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.