## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2025, a true and correct copy of the foregoing Notice was served via the Court's electronic case filing systems (CM/ECF) to all parties registered to receive such notice in the above-captioned cases.

/s/ *R. Grant Dick IV*
R. Grant Dick IV (No. 5123)

00673261