**EXHIBIT A — SUMMARY TIME RECORDS FOR COMPENSATION PERIOD**

*Blink Fitness*

**Moelis & Company**
**Summary of Hours Worked Detail**
*December 1, 2024 - December 31 2024*

| Date | Barak Klein<br>Managing Director | Andrew Swift<br>Managing Director | Justin Craig<br>Managing Director | Jeremy Burke<br>Managing Director | Forrest Drucker<br>Vice President |
|---|---|---|---|---|---|
| 12/01/24 | - | - | - | - | - |
| 12/02/24 | - | - | - | - | - |
| 12/03/24 | - | - | - | - | - |
| 12/04/24 | - | - | - | - | - |
| 12/05/24 | - | - | - | - | - |
| 12/06/24 | - | - | - | - | - |
| 12/07/24 | - | - | - | - | - |
| 12/08/24 | - | - | - | - | - |
| 12/09/24 | - | - | - | - | - |
| 12/10/24 | - | - | - | - | - |
| 12/11/24 | - | - | - | - | - |
| 12/12/24 | - | - | - | - | 1.5 hour(s) |
| 12/13/24 | - | 1.0 hour(s) | - | - | 1.5 hour(s) |
| 12/14/24 | - | - | - | - | - |
| 12/15/24 | - | - | - | - | - |
| 12/16/24 | - | - | - | - | - |
| 12/17/24 | - | - | - | - | - |
| 12/18/24 | - | - | - | - | - |
| 12/19/24 | - | - | - | - | - |
| 12/20/24 | - | - | - | - | - |
| 12/21/24 | - | - | - | - | - |
| 12/22/24 | - | - | - | - | - |
| 12/23/24 | - | - | - | - | - |
| 12/24/24 | - | - | - | - | - |
| 12/25/24 | - | - | - | - | - |
| 12/26/24 | - | - | - | - | - |
| 12/27/24 | - | - | - | - | - |
| 12/28/24 | - | - | - | - | - |
| 12/29/24 | - | - | - | - | - |
| 12/30/24 | - | - | - | - | - |
| 12/31/24 | - | - | - | - | - |
| **Total** | | 1.0 hour(s) | | | 3.0 hour(s) |

32758158.2

## *Blink Fitness*

**Moelis & Company**
**Summary of Hours Worked Detail**
*December 1, 2024 - December 31 2024*

| Date | Jeremy Dennis<br>Vice President | Harrison Aronoff<br>Associate | Avery Bradshaw<br>Analyst | Erik Wihlborn<br>Analyst | |
|---|---|---|---|---|---|
| 12/01/24 | - | - | - | - | - |
| 12/02/24 | - | - | - | - | - |
| 12/03/24 | - | - | - | - | - |
| 12/04/24 | - | - | - | - | - |
| 12/05/24 | - | - | - | - | - |
| 12/06/24 | - | - | - | - | - |
| 12/07/24 | - | - | - | - | - |
| 12/08/24 | - | - | - | - | - |
| 12/09/24 | - | 2.0 hour(s) | - | - | - |
| 12/10/24 | - | 1.0 hour(s) | - | - | - |
| 12/11/24 | - | - | - | 2.0 hour(s) | - |
| 12/12/24 | - | 1.5 hour(s) | - | 2.0 hour(s) | - |
| 12/13/24 | - | 2.0 hour(s) | - | 1.0 hour(s) | - |
| 12/14/24 | - | - | - | - | - |
| 12/15/24 | - | - | - | - | - |
| 12/16/24 | - | - | - | - | - |
| 12/17/24 | - | - | - | - | - |
| 12/18/24 | - | - | - | - | - |
| 12/19/24 | - | - | - | - | - |
| 12/20/24 | - | - | - | - | - |
| 12/21/24 | - | - | - | - | - |
| 12/22/24 | - | - | - | - | - |
| 12/23/24 | - | - | - | - | - |
| 12/24/24 | - | - | - | - | - |
| 12/25/24 | - | - | - | - | - |
| 12/26/24 | - | - | - | - | - |
| 12/27/24 | - | - | - | - | - |
| 12/28/24 | - | - | - | - | - |
| 12/29/24 | - | - | - | - | - |
| 12/30/24 | - | - | - | - | - |
| 12/31/24 | - | - | - | - | - |
| **Total** | | **6.5 hour(s)** | | **5.0 hour(s)** | |

# EXHIBIT B — EXPENSE SUPPLEMENT

*($ in actuals)*

| **Out-of-Pocket Expenses** | |
|---|---:|
| **Compensation Period Expenses** | |
| Meals (Overtime & Auction Catering) | $2,900.86 |
| Taxi - Overtime | 299.20 |
| Airfare / Transportation / Hotels[1] | 1,890.53 |
| **Total Expenses** | **$5,090.59** |
| ( - ) Write-Offs [2] | (623.62) |
| **Adj. Total Expenses** | **$4,466.97** |

Memo
Delayed Expenses (Incurred Prior to Fifth Compensation Period)        $2,483.01

---

[1] Includes travel for Jeremy Burke between October 27th – October 30th for the auction process.

[2] Moelis agreed to write-off certain expenses applied for in connection with the First Interim Compensation Period