| Fill in this information to identify the case: |
|---|
| Debtor 1   **BLINK WESTCHASE INC.** |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the:   **District of DE** |
| Case number **24-11750 -** Chapter **11** |

## Official Form 410
# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. **Do not send original documents**; they may be destroyed after scanning.  If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both 18 U. S. C §§ 152, 157 and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1:   Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | ____**Houston Comm Coll System**____<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| **2. Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes  From whom? _____ |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br>(713) 844-3400<br><br>houston_bankruptcy@lgbs.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | Where should payments to the creditor be sent? (If different)<br><br>HOUSTON COMM COLL SYSTEM<br>PO BOX 4576<br>HOUSTON, TX 77210-4576 |
| **4. Does this claim amend one already filed?** | ☒ No<br>☐ Yes  Claim number on court claims registry (if known) _____    Filed On: _____ |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes  Who made the earlier filing? _____ |

### Part 2:   Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| **6. Do you have any** | ☐ No |

| | |
|---|---|
| number you use to identify the debtor? | ☒ Yes Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___<br>**SEE ATTACHED EXHIBITS** |
| **7. How much is the claim?** | $__**$626.72**__   Does this amount include interest or other charges?<br>☐ No<br>☒ Yes  Attach statement itemizing interest, fees, expenses or other charges required<br>           by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____**AD VALOREM TAXES**_____ |
| **9. Is all or part of the claim secured?** | ☐ No<br>☒ Yes  The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real Estate. If claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim* Attachment (Official Form 410-A) with this Proof of Claim.<br>☐ Motor Vehicle<br>☒ Other. Describe: _____**SEE ATTACHED EXHIBITS**_____<br><br>**Basis for perfection:**   Secured by Tax Lien §§ 32.01 and 32.05 of the Texas Property Tax Code. Secured claim to extent of collateral value. Unsecured Priority claim [11 U.S.C. 507 (a)(8)] to extent of any shortfall in collateral value and for personal liability.  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**         $__**SEE ATTACHED EXHIBITS**__<br>**Amount of the claim that is secured:**          $__**$626.72**__<br>**Amount of the claim that is unsecured:**$_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**  $___**$626.72**___<br><br>**Annual Interest Rate** (when case was filed) __12%__<br>☒ Fixed<br>☐ Variable |
| **10. Is this claim based on a lease?** | ☒ No<br>☐ Yes  Amount necessary to cure any default as of the date of the petition. $_____ |
| **11. Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes  Identify the property: _____ |
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes *Check all that apply:*                                                                           **Amount entitled to priority**<br>☐ Domestic support obligations (including alimony and child support) under<br>   11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                                                                       $_____<br>☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services<br>   for personal, family, or household use. 11 U.S.C. § 507(a)(7).                                        $_____<br>☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before<br>   the bankruptcy petition is filed or the debtor's business ends, whichever is earlier.       $_____ |

|  |  |
|---|---|
|  | 11 U.S.C § 507(a)(4). |
|  | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____ |
|  | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____ |
|  | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____ |
|  | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. |

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

**If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.**

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  August 19, 2024

**/s/Tara L. Grundemeier**

**Print the name of the person who is completing and signing this claim:**

**Name :**    **Tara L. Grundemeier**

**Title :**    **Attorney  TXBN  24036691**

**Company :**  **LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
**Identify the corporate servicer as the company if the authorized agent is a servicer.**

**Address :**  **PO BOX 3064**
**HOUSTON, TX 77253-3064**
**(713) 844-3400              houston_bankruptcy@lgbs.com**

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 3547
HOUSTON, TEXAS 77253-3547

*2233144800000*

BLINK WESTCHASE INC.
BLINK HOLDINGS, INC.
C/O EQUINOX TAX DEPT
1 PARK AVE FL 2
NEW YORK, NY 10016-5816

**2023 Property Tax Statement**

| Statement Date: | August 16, 2024 |
|---|---|
| Printed By: | LBDBORELLA |

| Account Number |
|---|
| 2-2331448 |

## 2024 EST: $626.72

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Houston Community College System | | 679,515 | 0.092231 | $626.72 |

Page: 1 of 2

| | |
|---|---|
| Total 2023 Taxes Due By January 31, 2024 | $7,790.71 |
| Payments Applied To 2023 Taxes | $7,790.71 |
| Total Current Taxes Due (Including Penalties) | $0.00 |
| Prior Year(s) Delinquent Taxes Due (If Any) | $0.00 |
| **Total Amount Due For August 2024** | **$0.00** |

| Penalties for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By August 31, 2024 | 19% | $0.00 | $0.00 | $0.00 |
| By September 30, 2024 | 20% | $0.00 | $0.00 | $0.00 |
| By October 31, 2024 | 21% | $0.00 | $0.00 | $0.00 |
| By November 30, 2024 | 22% | $0.00 | $0.00 | $0.00 |
| By December 31, 2024 | 23% | $0.00 | $0.00 | $0.00 |

Starting in April, totals due may contain an additional section 33.11 collection penalty of 20%
Tax Bill Increase (Decrease) from 2018 to 2023 :  Appraised Value 0%,   Taxable Val 0%,   Tax Rate 0%,   Tax Bill 0%.

| Property Description |
|---|
| 11145 WESTHEIMER RD   77042 |
| Business Personal Property |
| CMP F&F M&E MISC ASSETS SUP |

| Appraised Values | |
|---|---|
| Land - Market Value | 0 |
| Impr - Market Value | 679,515 |
| Total Market Value | 679,515 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 679,515 |

| Exemptions/Deferrals |
|---|
| |

NOTES:    Keep for your records

---

Detach at the perforation and return this coupon with your payment. Keep top part for your records.
*See reverse side for additional information.*

**PAYMENT COUPON**

*2233144800000*

BLINK WESTCHASE INC.
BLINK HOLDINGS, INC.
C/O EQUINOX TAX DEPT
1 PARK AVE FL 2
NEW YORK, NY 10016-5816

Make check payable to:

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

| Account Number |
|---|
| 2-2331448 |
| **Amount Enclosed** |
| No Taxes Due. Keep For Your Records. |

Statement Date: August 16, 2024
Printed By:  LBDBORELLA

22331448000003 2023 00000000 00000000 00000000 00000000