IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | CASE NO. 24-11686-JKS |
| § | |
| **BLINK HOLDINGS, INC., et al.** § | |
| § | |
| § | |
| Debtor(s) § | **CHAPTER 11** |

**TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
OF PROOF OF CLAIM NO. 12**

　　**YOU ARE HEREBY NOTIFIED** that Fort Bend County**'s** claim no. 12 in the amount of **$$12,413.25** is **WITHDRAWN**. The taxes are paid.

　　Date:　January 16, 2025

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**LINEBARGER GOGGAN
　　　　　　　　　　　　　　　　　　　　　　　BLAIR & SAMPSON, LLP**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tara L. Grundemeier*
　　　　　　　　　　　　　　　　　　　　　　　**TARA L. GRUNDEMEIER**
　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24036691
　　　　　　　　　　　　　　　　　　　　　　　**JEANNIE L. ANDRESEN**
　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24086239
　　　　　　　　　　　　　　　　　　　　　　　Post Office Box 3064
　　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77253-3064
　　　　　　　　　　　　　　　　　　　　　　　(713) 844-3478 Telephone
　　　　　　　　　　　　　　　　　　　　　　　(713) 844-3503 Telecopier
　　　　　　　　　　　　　　　　　　　　　　　tara.grundemeier@lgbs.com
　　　　　　　　　　　　　　　　　　　　　　　jeannie.andresen@lgbs.com

　　　　　　　　　　　　　　　　　　　　　　　Counsel for Fort Bend County

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-11686-JKS |
| | § | |
| **BLINK HOLDINGS, INC., et al.** | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Taxing Authorities' Notice of Withdrawal of Proof of Claim No. 12** was served via electronic means on **January 16, 2025.**

*/s/  Tara L. Grundemeier*
**TARA L. GRUNDEMEIER**