IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-11686-JKS |
| | § | |
| **BLINK HOLDINGS, INC., et al.** | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

---

## TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
## OF PROOF OF CLAIM NO. 8

---

**YOU ARE HEREBY NOTIFIED** that Houston ISD**'s** claim no. 8 in the amount of **$7,382.13** is **WITHDRAWN**. The taxes are paid.

**Date: January 16, 2025**

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

*/s/ Tara L. Grundemeier*
**TARA L. GRUNDEMEIER**
Texas State Bar No. 24036691
**JEANNIE L. ANDRESEN**
Texas State Bar No. 24086239
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 Telephone
(713) 844-3503 Telecopier
tara.grundemeier@lgbs.com
jeannie.andresen@lgbs.com

Counsel for Houston ISD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24-11686-JKS** |
| | § | |
| **BLINK HOLDINGS, INC., et al.** | § | |
| | § | |
| | § | |
| **Debtor(s)** | § | **CHAPTER 11** |

---

## CERTIFICATE OF SERVICE

---

I hereby certify that a true and correct copy of the above and foregoing **Taxing Authorities' Notice of Withdrawal of Proof of Claim No. 8** was served via electronic means on **January 16, 2025.**

*/s/  Tara L. Grundemeier*
**TARA L. GRUNDEMEIER**