IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-11686-JKS |
| | § | |
| **BLINK HOLDINGS, INC., et al.** | § | |
| | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
## OF PROOF OF CLAIM NO. 9

**YOU ARE HEREBY NOTIFIED** that City of Houston**'s** claim no. 9 in the amount of $**2,599.65** is **WITHDRAWN**. The taxes are paid.

Date:   January 16, 2025

        Respectfully submitted,

        **LINEBARGER GOGGAN**
        **BLAIR & SAMPSON, LLP**

        */s/  Tara L. Grundemeier*
        **TARA L. GRUNDEMEIER**
        Texas State Bar No. 24036691
        **JEANNIE L. ANDRESEN**
        Texas State Bar No. 24086239
        Post Office Box 3064
        Houston, Texas 77253-3064
        (713) 844-3478 Telephone
        (713) 844-3503 Telecopier
        tara.grundemeier@lgbs.com
        jeannie.andresen@lgbs.com

        Counsel for City of Houston

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-11686-JKS |
| | § | |
| **BLINK HOLDINGS, INC., et al.** | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Taxing Authorities' Notice of Withdrawal of Proof of Claim No. 9** was served via electronic means on **January 16, 2025.**

*/s/  Tara L. Grundemeier*
**TARA L. GRUNDEMEIER**