IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-11686-JKS |
| | § | |
| **BLINK HOLDINGS, INC., et al.** | § | |
| | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

# TAXING AUTHORITY'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 6

**YOU ARE HEREBY NOTIFIED** that City of Houston**'s** claim no. 6 in the amount of $**4,414.06** is **WITHDRAWN**. The taxes are paid.

**Date: January 16, 2025**

                                                                     Respectfully submitted,

                                                                      **LINEBARGER GOGGAN**
                                                                      **BLAIR & SAMPSON, LLP**

                                                                      */s/ Tara L. Grundemeier*
                                                                      **TARA L. GRUNDEMEIER**
                                                                      Texas State Bar No. 24036691
                                                                      **JEANNIE L. ANDRESEN**
                                                                      Texas State Bar No. 24086239
                                                                      Post Office Box 3064
                                                                      Houston, Texas 77253-3064
                                                                      (713) 844-3478 Telephone
                                                                      (713) 844-3503 Telecopier
                                                                      tara.grundemeier@lgbs.com
                                                                      jeannie.andresen@lgbs.com

                                                                      Counsel for City of Houston

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-11686-JKS |
| | § | |
| **BLINK HOLDINGS, INC., et al.** | § | |
| | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Taxing Authorities' Notice of Withdrawal of Proof of Claim No. 6** was served via electronic means on **January 16, 2025.**

*/s/ Tara L. Grundemeier*
**TARA L. GRUNDEMEIER**