AIN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-11686-JKS |
| | § | |
| **BLINK HOLDINGS, INC., et al.** | § | |
| | § | |
| | § | |
| Debtor(s) | § | **CHAPTER 11** |

# WITHDRAWAL OF NOTICE OF
# WITHDRAWAL OF PROOF OF CLAIM NO. 11 (DKT. 750)

**YOU ARE HEREBY NOTIFIED** Notice of Withdrawal of Proof of Claim No, 11 at docket no. 750 is **WITHDRAWN**.

**Date: January 17, 2025**

                                          Respectfully submitted,

                                          **LINEBARGER GOGGAN**
                                          **BLAIR & SAMPSON, LLP**

                                          */s/ Tara L. Grundemeier*
                                          **TARA L. GRUNDEMEIER**
                                          Texas State Bar No. 24036691
                                          **JEANNIE L. ANDRESEN**
                                          Texas State Bar No. 24086239
                                          Post Office Box 3064
                                          Houston, Texas 77253-3064
                                          (713) 844-3478 Telephone
                                          (713) 844-3503 Telecopier
                                          tara.grundemeier@lgbs.com
                                          jeannie.andresen@lgbs.com

                                          Counsel for City of Houston

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-11686-JKS |
| | § | |
| **BLINK HOLDINGS, INC., et al.** | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing **Withdrawal of Taxing Authorities' Notice of Withdrawal of Proof of Claim No. 11** was served via electronic means on **January 17, 2025.**

                                                       */s/ Tara L. Grundemeier*
                                                       **TARA L. GRUNDEMEIER**