UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  24-11822-JKS

In re:  BLINK BEACH STREET, INC.

Taxpayer number:  XXXXXXX8027

WITHDRAWAL OF
CLAIM # 78
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
                 Bankruptcy & Collections Division MC-008
                 P.O. Box 12548
                 Austin, TX 78711-2548
                 Phone:  512-463-2173

1. DATE OF CLAIM:  11/06/2024

2. TOTAL AMOUNT OF CLAIM:  $ 2,000.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED:  01/01/2024

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  12/10/2024

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  24-11799-JKS

In re:  BLINK AIRLINE DRIVE, INC.

Taxpayer number:  XXXXXXX9381

WITHDRAWAL OF
CLAIM # 79
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

**RECEIVED**

DEC 1 7 2024

**LEGAL SERVICES**

Filed: USBC - District of Delaware
Blink Holdings, Inc., Et al                    (COR)
24-11686 (JKS)

**BKF**

0000000017

1. DATE OF CLAIM: 11/06/2024

2. TOTAL AMOUNT OF CLAIM:  $ 2,000.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED:  01/01/2024

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  12/10/2024

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)





## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

12/10/2024

BLINK HOLDINGS, INC. CLAIMS PROCESSING CENTER
C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4420
BEAVERTON OR 97076 4420

Re: Taxpayer # XXXXXXX1913
    Bankruptcy Case # 24-11686-JKS
    BLINK HOLDINGS, INC.

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Please see the enclosed Addendum for Jointly Administered Cases.

Thank you for your cooperation in this matter.

Sincerely,

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)





COPY
Document Central

## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528  •  Austin, TX 78711-3528

12/10/2024

Addendum for Jointly Administered Cases

Re: Lead Bankruptcy Case # 24-11686-JKS

Please be advised that the Texas Comptroller of Public Accounts asserts the same against each of the below referenced taxpayers:

| TAXPAYER NUMBER | ENTITY NAME | CASE NUMBER | CLAIM NUMBER |
|---|---|---|---|
| XXXXXXX0825 | BLINK LONG POINT, INC. | 24-11693 | 85 |
| XXXXXXX4518 | BLINK BEDFORD, INC. | 24-11701 | 86 |
| XXXXXXX5683 | BLINK BISSONNET, INC. | 24-11714 | 87 |
| XXXXXXX6285 | BLINK HIGHWAY 249, INC. | 24-11729 | 82 |
| XXXXXXX8092 | BLINK NRH, INC. | 24-11737 | 81 |
| XXXXXXX3430 | BLINK WESTCHASE INC. | 24-11750 | 88 |
| XXXXXXX8217 | BLINK KELLER, INC. | 24-11760 | 90 |
| XXXXXXX1633 | BLINK 8201 BROADWAY, INC. | 24-11762 | 83 |
| XXXXXXX6847 | BLINK ABRAMS ROAD INC. | 24-11795 | 84 |
| XXXXXXX7259 | BLINK 2192 TEXAS PARKWAY, INC. | 24-11796 | 80 |
| XXXXXXX9381 | BLINK AIRLINE DRIVE, INC. | 24-11799 | 79 |
| XXXXXXX8027 | BLINK BEACH STREET, INC. | 24-11822 | 78 |

Form 00-865 (Rev.8-19)

USPS CERTIFIED MAIL



Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

2S
41

**COPY**
*Document Control*



9214 8901 9403 8391 3395 38

**BLINK HOLDINGS INC CLAIMS PROCESSING CENTER**
**C/O: EPIQ CORPORATE RESTRUCTURING LLC**
**PO BOX 4420**
**BEAVERTON OR 97076-0420**

**COPY**
Document Central

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST-CLASS





US POSTAGE PB PITNEY BOWES

ZIP 78702 $ 010.06⁰
02 7W
0008034838 DEC 12 2024

RECEIVED

DEC 17 2024

LEGAL SERVICES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  24-11796-JKS

In re:  BLINK 2192 TEXAS PARKWAY, INC.

Taxpayer number:  XXXXXXX7259

**RECEIVED**

DEC 17 2024

**LEGAL SERVICES**

WITHDRAWAL OF
CLAIM # 80
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts

Filed: USBC - District of Delaware
Blink Holdings, Inc., Et al                (COR)
24-11686 (JKS)
**BKF**

0000000016

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone:  512-463-2173

1. DATE OF CLAIM:  11/06/2024

2. TOTAL AMOUNT OF CLAIM:  $ 2,000.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED:  01/01/2024

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  12/10/2024

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)





**COPY**
Document Control

## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

12/10/2024

BLINK HOLDINGS, INC. CLAIMS PROCESSING CENTER
C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4420
BEAVERTON OR 97076 4420

Re: Taxpayer # XXXXXXX1913
Bankruptcy Case # 24-11686-JKS
BLINK HOLDINGS, INC.

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Please see the enclosed Addendum for Jointly Administered Cases.

Thank you for your cooperation in this matter.

Sincerely,

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)



**COPY**

Document Control

## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

12/10/2024

Addendum for Jointly Administered Cases

Re: Lead Bankruptcy Case # 24-11686-JKS

Please be advised that the Texas Comptroller of Public Accounts asserts the same against each of the below referenced taxpayers:

| TAXPAYER NUMBER | ENTITY NAME | CASE NUMBER | CLAIM NUMBER |
|---|---|---|---|
| XXXXXXX0825 | BLINK LONG POINT, INC. | 24-11693 | 85 |
| XXXXXXX4518 | BLINK BEDFORD, INC. | 24-11701 | 86 |
| XXXXXXX5683 | BLINK BISSONNET, INC. | 24-11714 | 87 |
| XXXXXXX6285 | BLINK HIGHWAY 249, INC. | 24-11729 | 82 |
| XXXXXXX8092 | BLINK NRH, INC. | 24-11737 | 81 |
| XXXXXXX3430 | BLINK WESTCHASE INC. | 24-11750 | 88 |
| XXXXXXX8217 | BLINK KELLER, INC. | 24-11760 | 90 |
| XXXXXXX1633 | BLINK 8201 BROADWAY, INC. | 24-11762 | 83 |
| XXXXXXX6847 | BLINK ABRAMS ROAD INC. | 24-11795 | 84 |
| XXXXXXX7259 | BLINK 2192 TEXAS PARKWAY, INC. | 24-11796 | 80 |
| XXXXXXX9381 | BLINK AIRLINE DRIVE, INC. | 24-11799 | 79 |
| XXXXXXX8027 | BLINK BEACH STREET, INC. | 24-11822 | 78 |

Form 00-865 (Rev.8-19)

USPS CERTIFIED MAIL

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

2S
41

**COPY**
Document Control

9214 8901 9403 8391 3395 38

**BLINK HOLDINGS INC CLAIMS PROCESSING CENTER
C/O: EPIQ CORPORATE RESTRUCTURING LLC
PO BOX 4420
BEAVERTON OR 97076-0420**

**COPY**
Document Control

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST-CLASS





US POSTAGE ≈≈ PITNEY BOWES

ZIP 78702  $ 010.06⁰
02 7W
0008034838 DEC 12 2024

RECEIVED

DEC 17 2024

LEGAL SERVICES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  24-11737-JKS

In re:  BLINK NRH, INC.

Taxpayer number:  XXXXXXX8092

WITHDRAWAL OF
CLAIM # 81
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
                 Bankruptcy & Collections Division MC-008
                 P.O. Box 12548
                 Austin, TX 78711-2548
                 Phone:  512-463-2173

1.  DATE OF CLAIM:  11/06/2024

2.  TOTAL AMOUNT OF CLAIM:  $ 2,000.00
    FRANCHISE TAX CH. 171

3.  DATE DEBT WAS INCURRED:  01/01/2024

4.  THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  12/10/2024

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  24-11729-JKS

In re:  BLINK HIGHWAY 249, INC.

Taxpayer number:  XXXXXXX6285

WITHDRAWAL OF
CLAIM # 82
PRIORITY PROOF OF CLAIM

**RECEIVED**

DEC 1 7 2024

**LEGAL SERVICES**

Name of Creditor:  Texas Comptroller of Public Accounts

Filed: USBC - District of Delaware
Blink Holdings, Inc., Et al                    (COR)
24-11686 (JKS)

**BKF**

0000000011

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM: 11/06/2024

2. TOTAL AMOUNT OF CLAIM:  $ 2,000.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED:  01/01/2024

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  12/10/2024

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

**COPY**
*Document Control*

12/10/2024

BLINK HOLDINGS, INC. CLAIMS PROCESSING CENTER
C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4420
BEAVERTON OR 97076 4420

Re: Taxpayer # XXXXXXX1913
    Bankruptcy Case # 24-11686-JKS
    BLINK HOLDINGS, INC.

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Please see the enclosed Addendum for Jointly Administered Cases.

Thank you for your cooperation in this matter.

Sincerely,

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528



COPY
*Document Control*

12/10/2024

Addendum for Jointly Administered Cases

Re: Lead Bankruptcy Case # 24-11686-JKS

Please be advised that the Texas Comptroller of Public Accounts asserts the same against each of the below referenced taxpayers:

| TAXPAYER NUMBER | ENTITY NAME | CASE NUMBER | CLAIM NUMBER |
|---|---|---|---|
| XXXXXXX0825 | BLINK LONG POINT, INC. | 24-11693 | 85 |
| XXXXXXX4518 | BLINK BEDFORD, INC. | 24-11701 | 86 |
| XXXXXXX5683 | BLINK BISSONNET, INC. | 24-11714 | 87 |
| XXXXXXX6285 | BLINK HIGHWAY 249, INC. | 24-11729 | 82 |
| XXXXXXX8092 | BLINK NRH, INC. | 24-11737 | 81 |
| XXXXXXX3430 | BLINK WESTCHASE INC. | 24-11750 | 88 |
| XXXXXXX8217 | BLINK KELLER, INC. | 24-11760 | 90 |
| XXXXXXX1633 | BLINK 8201 BROADWAY, INC. | 24-11762 | 83 |
| XXXXXXX6847 | BLINK ABRAMS ROAD INC. | 24-11795 | 84 |
| XXXXXXX7259 | BLINK 2192 TEXAS PARKWAY, INC. | 24-11796 | 80 |
| XXXXXXX9381 | BLINK AIRLINE DRIVE, INC. | 24-11799 | 79 |
| XXXXXXX8027 | BLINK BEACH STREET, INC. | 24-11822 | 78 |

Form 00-865 (Rev.8-19)



USPS CERTIFIED MAIL

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

2S
41

9214 8901 9403 8391 3395 38



COPY
Document Control

BLINK HOLDINGS INC CLAIMS PROCESSING CENTER
C/O: EPIQ CORPORATE RESTRUCTURING LLC
PO BOX 4420
BEAVERTON OR 97076-0420

**COPY**
*Document Control*

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST-CLASS





US POSTAGE PITNEY BOWES

ZIP 78702    $ 010.06
02 7W
0008034838 DEC 12 2024

RECEIVED
DEC 17 2024
LEGAL SERVICES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  24-11762-JKS

In re:  BLINK 8201 BROADWAY, INC.

Taxpayer number:  XXXXXXX1633

WITHDRAWAL OF
CLAIM # 83
PRIORITY PROOF OF CLAIM

**RECEIVED**

DEC 1 7 2024

**LEGAL SERVICES**

Name of Creditor:  Texas Comptroller of Public Accounts

Filed: USBC - District of Delaware
Blink Holdings, Inc., Et al                (COR)
24-11686 (JKS)

**BKF**

0000000014

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone:  512-463-2173

1. DATE OF CLAIM:  11/06/2024

2. TOTAL AMOUNT OF CLAIM:  $ 2,000.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED:  01/01/2024

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  12/10/2024

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528  •  Austin, TX 78711-3528

**COPY**
Document Control

12/10/2024

BLINK HOLDINGS, INC. CLAIMS PROCESSING CENTER
C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4420
BEAVERTON OR 97076 4420

Re: Taxpayer # XXXXXXX1913
    Bankruptcy Case # 24-11686-JKS
    BLINK HOLDINGS, INC.

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Please see the enclosed Addendum for Jointly Administered Cases.

Thank you for your cooperation in this matter.

Sincerely,

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528



**COPY**
Document Control

12/10/2024

Addendum for Jointly Administered Cases

Re: Lead Bankruptcy Case # 24-11686-JKS

Please be advised that the Texas Comptroller of Public Accounts asserts the same against each of the below referenced taxpayers:

| TAXPAYER NUMBER | ENTITY NAME | CASE NUMBER | CLAIM NUMBER |
|---|---|---|---|
| XXXXXXX0825 | BLINK LONG POINT, INC. | 24-11693 | 85 |
| XXXXXXX4518 | BLINK BEDFORD, INC. | 24-11701 | 86 |
| XXXXXXX5683 | BLINK BISSONNET, INC. | 24-11714 | 87 |
| XXXXXXX6285 | BLINK HIGHWAY 249, INC. | 24-11729 | 82 |
| XXXXXXX8092 | BLINK NRH, INC. | 24-11737 | 81 |
| XXXXXXX3430 | BLINK WESTCHASE INC. | 24-11750 | 88 |
| XXXXXXX8217 | BLINK KELLER, INC. | 24-11760 | 90 |
| XXXXXXX1633 | BLINK 8201 BROADWAY, INC. | 24-11762 | 83 |
| XXXXXXX6847 | BLINK ABRAMS ROAD INC. | 24-11795 | 84 |
| XXXXXXX7259 | BLINK 2192 TEXAS PARKWAY, INC. | 24-11796 | 80 |
| XXXXXXX9381 | BLINK AIRLINE DRIVE, INC. | 24-11799 | 79 |
| XXXXXXX8027 | BLINK BEACH STREET, INC. | 24-11822 | 78 |

Form 00-865 (Rev.8-19)



Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

**USPS CERTIFIED MAIL**



9214 8901 9403 8391 3395 38



COPY
Document Control

**BLINK HOLDINGS INC CLAIMS PROCESSING CENTER
C/O: EPIQ CORPORATE RESTRUCTURING LLC
PO BOX 4420
BEAVERTON OR 97076-0420**

**COPY**
*Document Control*

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST-CLASS





US POSTAGE **PITNEY BOWES**

ZIP 78702   $ 010.06
02 7W
0008034838 DEC 12 2024

RECEIVED
DEC 17 2024
LEGAL SERVICES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  24-11795-JKS

In re:  BLINK ABRAMS ROAD INC.

Taxpayer number:  XXXXXXX6847

WITHDRAWAL OF
CLAIM # 84
PRIORITY PROOF OF CLAIM

**RECEIVED**
DEC 17 2024
**LEGAL SERVICES**

Name of Creditor:  Texas Comptroller of Public Accounts

Filed: USBC - District of Delaware
Blink Holdings, Inc., Et al                    (COR)
24-11686 (JKS)
**BKF**
0000000015

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1.  DATE OF CLAIM:  11/06/2024

2.  TOTAL AMOUNT OF CLAIM:  $ 2,000.00
FRANCHISE TAX CH. 171

3.  DATE DEBT WAS INCURRED:  01/01/2024

4.  THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  12/10/2024

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)



**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**



P.O. Box 13528  •  Austin, TX 78711-3528

12/10/2024

BLINK HOLDINGS, INC. CLAIMS PROCESSING CENTER
C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4420
BEAVERTON OR 97076 4420

Re: Taxpayer # XXXXXXX1913
    Bankruptcy Case # 24-11686-JKS
    BLINK HOLDINGS, INC.

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

                    Office of the Attorney General
                    Bankruptcy & Collections Division MC-008
                    P.O. Box 12548
                    Austin, TX 78711-2548

Please see the enclosed Addendum for Jointly Administered Cases.

Thank you for your cooperation in this matter.

Sincerely,

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)



# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528  •  Austin, TX 78711-3528

12/10/2024

**COPY**
*Document Control*

Addendum for Jointly Administered Cases

Re: Lead Bankruptcy Case # 24-11686-JKS

Please be advised that the Texas Comptroller of Public Accounts asserts the same against each of the below referenced taxpayers:

| TAXPAYER NUMBER | ENTITY NAME | CASE NUMBER | CLAIM NUMBER |
|---|---|---|---|
| XXXXXXX0825 | BLINK LONG POINT, INC. | 24-11693 | 85 |
| XXXXXXX4518 | BLINK BEDFORD, INC. | 24-11701 | 86 |
| XXXXXXX5683 | BLINK BISSONNET, INC. | 24-11714 | 87 |
| XXXXXXX6285 | BLINK HIGHWAY 249, INC. | 24-11729 | 82 |
| XXXXXXX8092 | BLINK NRH, INC. | 24-11737 | 81 |
| XXXXXXX3430 | BLINK WESTCHASE INC. | 24-11750 | 88 |
| XXXXXXX8217 | BLINK KELLER, INC. | 24-11760 | 90 |
| XXXXXXX1633 | BLINK 8201 BROADWAY, INC. | 24-11762 | 83 |
| XXXXXXX6847 | BLINK ABRAMS ROAD INC. | 24-11795 | 84 |
| XXXXXXX7259 | BLINK 2192 TEXAS PARKWAY, INC. | 24-11796 | 80 |
| XXXXXXX9381 | BLINK AIRLINE DRIVE, INC. | 24-11799 | 79 |
| XXXXXXX8027 | BLINK BEACH STREET, INC. | 24-11822 | 78 |

Form 00-865 (Rev.8-19)



USPS CERTIFIED MAIL

9214 8901 9403 8391 3395 38

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

2S
41



COPY
Document Control

**BLINK HOLDINGS INC CLAIMS PROCESSING CENTER
C/O: EPIQ CORPORATE RESTRUCTURING LLC
PO BOX 4420
BEAVERTON OR 97076-0420**

COPY

Document Control

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST-CLASS



US POSTAGE AND PITNEY BOWES

ZIP 78702    $ 010.06
02 7W
0008034838 DEC 12 2024

RECEIVED

DEC 17 2024

LEGAL SERVICES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  24-11693-JKS

In re:  BLINK LONG POINT, INC.

Taxpayer number:  XXXXXXX0825

**RECEIVED**

DEC 1 7 2024

WITHDRAWAL OF
CLAIM # 85
PRIORITY PROOF OF CLAIM

**LEGAL SERVICES**

Name of Creditor:  Texas Comptroller of Public Accounts

Filed: USBC - District of Delaware
Blink Holdings, Inc., Et al                    (COR)
24-11686 (JKS)

**BKF**

0000000008

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM: 11/06/2024

2. TOTAL AMOUNT OF CLAIM:  $ 2,000.00
FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2024

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  12/10/2024

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

12/10/2024

BLINK HOLDINGS, INC. CLAIMS PROCESSING CENTER
C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4420
BEAVERTON OR 97076 4420

Re: Taxpayer # XXXXXXX1913
    Bankruptcy Case # 24-11686-JKS
    BLINK HOLDINGS, INC.

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

                Office of the Attorney General
                Bankruptcy & Collections Division MC-008
                P.O. Box 12548
                Austin, TX 78711-2548

Please see the enclosed Addendum for Jointly Administered Cases.

Thank you for your cooperation in this matter.

Sincerely,

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

12/10/2024

Addendum for Jointly Administered Cases

Re: Lead Bankruptcy Case # 24-11686-JKS

Please be advised that the Texas Comptroller of Public Accounts asserts the same against each of the below referenced taxpayers:

| TAXPAYER NUMBER | ENTITY NAME | CASE NUMBER | CLAIM NUMBER |
|---|---|---|---|
| XXXXXXX0825 | BLINK LONG POINT, INC. | 24-11693 | 85 |
| XXXXXXX4518 | BLINK BEDFORD, INC. | 24-11701 | 86 |
| XXXXXXX5683 | BLINK BISSONNET, INC. | 24-11714 | 87 |
| XXXXXXX6285 | BLINK HIGHWAY 249, INC. | 24-11729 | 82 |
| XXXXXXX8092 | BLINK NRH, INC. | 24-11737 | 81 |
| XXXXXXX3430 | BLINK WESTCHASE INC. | 24-11750 | 88 |
| XXXXXXX8217 | BLINK KELLER, INC. | 24-11760 | 90 |
| XXXXXXX1633 | BLINK 8201 BROADWAY, INC. | 24-11762 | 83 |
| XXXXXXX6847 | BLINK ABRAMS ROAD INC. | 24-11795 | 84 |
| XXXXXXX7259 | BLINK 2192 TEXAS PARKWAY, INC. | 24-11796 | 80 |
| XXXXXXX9381 | BLINK AIRLINE DRIVE, INC. | 24-11799 | 79 |
| XXXXXXX8027 | BLINK BEACH STREET, INC. | 24-11822 | 78 |

Form 00-865 (Rev.8-19)



USPS CERTIFIED MAIL

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

2S
41

9214 8901 9403 8391 3395 38

BLINK HOLDINGS INC CLAIMS PROCESSING CENTER
C/O: EPIQ CORPORATE RESTRUCTURING LLC
PO BOX 4420
BEAVERTON OR 97076-0420

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST-CLASS

US POSTAGE ᴹᴬ PITNEY BOWES

ZIP 78702    $ 010.06⁰
02 7W
0008034838 DEC. 12. 2024

RECEIVED

DEC 17 2024

LEGAL SERVICES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  24-11701-JKS

In re:  BLINK BEDFORD, INC.

Taxpayer number:  XXXXXXX4518

**RECEIVED**
DEC 1 7 2024
**LEGAL SERVICES**

WITHDRAWAL OF
CLAIM # 86
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts



Filed: USBC - District of Delaware
Blink Holdings, Inc., Et al                    (COR)
24-11686 (JKS)
**BKF**                     0000000009

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173  –

1. DATE OF CLAIM: 11/06/2024

2. TOTAL AMOUNT OF CLAIM:  $ 2,000.00
FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2024

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 12/10/2024

*Catherine L. Coy*
CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 · Austin, TX 78711-3528

**COPY**
*Document Control*

12/10/2024

BLINK HOLDINGS, INC. CLAIMS PROCESSING CENTER
C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4420
BEAVERTON OR 97076 4420

Re: Taxpayer # XXXXXXX1913
     Bankruptcy Case # 24-11686-JKS
     BLINK HOLDINGS, INC.

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Please see the enclosed Addendum for Jointly Administered Cases.

Thank you for your cooperation in this matter.

Sincerely,

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)

**COPY**

*Document Control*



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

12/10/2024

Addendum for Jointly Administered Cases

Re: Lead Bankruptcy Case # 24-11686-JKS

Please be advised that the Texas Comptroller of Public Accounts asserts the same against each of the below referenced taxpayers:

| TAXPAYER NUMBER | ENTITY NAME | CASE NUMBER | CLAIM NUMBER |
|---|---|---|---|
| XXXXXXX0825 | BLINK LONG POINT, INC. | 24-11693 | 85 |
| XXXXXXX4518 | BLINK BEDFORD, INC. | 24-11701 | 86 |
| XXXXXXX5683 | BLINK BISSONNET, INC. | 24-11714 | 87 |
| XXXXXXX6285 | BLINK HIGHWAY 249, INC. | 24-11729 | 82 |
| XXXXXXX8092 | BLINK NRH, INC. | 24-11737 | 81 |
| XXXXXXX3430 | BLINK WESTCHASE INC. | 24-11750 | 88 |
| XXXXXXX8217 | BLINK KELLER, INC. | 24-11760 | 90 |
| XXXXXXX1633 | BLINK 8201 BROADWAY, INC. | 24-11762 | 83 |
| XXXXXXX6847 | BLINK ABRAMS ROAD INC. | 24-11795 | 84 |
| XXXXXXX7259 | BLINK 2192 TEXAS PARKWAY, INC. | 24-11796 | 80 |
| XXXXXXX9381 | BLINK AIRLINE DRIVE, INC. | 24-11799 | 79 |
| XXXXXXX8027 | BLINK BEACH STREET, INC. | 24-11822 | 78 |

Form 00-865 (Rev.8-19)



USPS CERTIFIED MAIL

COPY
Document Control

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

2S
41

9214 8901 9403 8391 3395 38

BLINK HOLDINGS INC CLAIMS PROCESSING CENTER
C/O: EPIQ CORPORATE RESTRUCTURING LLC
PO BOX 4420
BEAVERTON OR 97076-0420

COPY

*Document Control*

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST-CLASS



US POSTAGE ™PITNEY BOWES

ZIP 78702  $ 010.06⁰
02 7W
0008034838 DEC 12 2024

RECEIVED

DEC 17 2024

LEGAL SERVICES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  24-11714-JKS

In re:  BLINK BISSONNET, INC.

Taxpayer number:  XXXXXXX5683

WITHDRAWAL OF
CLAIM # 87
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173



RECEIVED

DEC 17 2024

LEGAL SERVICES

Filed: USBC - District of Delaware
Blink Holdings, Inc., Et al
24-11686 (JKS)                    (COR)

BKF

0000000010

1. DATE OF CLAIM:  11/06/2024

2. TOTAL AMOUNT OF CLAIM:  $ 2,000.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED:  01/01/2024

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  12/10/2024

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)





**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

P.O. Box 13528 · Austin, TX 78711-3528

12/10/2024

BLINK HOLDINGS, INC. CLAIMS PROCESSING CENTER
C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4420
BEAVERTON OR 97076 4420


Re: Taxpayer # XXXXXXX1913
    Bankruptcy Case # 24-11686-JKS
    BLINK HOLDINGS, INC.

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548


Please see the enclosed Addendum for Jointly Administered Cases.

Thank you for your cooperation in this matter.

Sincerely,

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division


Enclosure


Form VT-360 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

**COPY**
Document Central


12/10/2024

Addendum for Jointly Administered Cases

Re: Lead Bankruptcy Case # 24-11686-JKS

Please be advised that the Texas Comptroller of Public Accounts asserts the same against each of the below referenced taxpayers:

| TAXPAYER NUMBER | ENTITY NAME | CASE NUMBER | CLAIM NUMBER |
|---|---|---|---|
| XXXXXXX0825 | BLINK LONG POINT, INC. | 24-11693 | 85 |
| XXXXXXX4518 | BLINK BEDFORD, INC. | 24-11701 | 86 |
| XXXXXXX5683 | BLINK BISSONNET, INC. | 24-11714 | 87 |
| XXXXXXX6285 | BLINK HIGHWAY 249, INC. | 24-11729 | 82 |
| XXXXXXX8092 | BLINK NRH, INC. | 24-11737 | 81 |
| XXXXXXX3430 | BLINK WESTCHASE INC. | 24-11750 | 88 |
| XXXXXXX8217 | BLINK KELLER, INC. | 24-11760 | 90 |
| XXXXXXX1633 | BLINK 8201 BROADWAY, INC. | 24-11762 | 83 |
| XXXXXXX6847 | BLINK ABRAMS ROAD INC. | 24-11795 | 84 |
| XXXXXXX7259 | BLINK 2192 TEXAS PARKWAY, INC. | 24-11796 | 80 |
| XXXXXXX9381 | BLINK AIRLINE DRIVE, INC. | 24-11799 | 79 |
| XXXXXXX8027 | BLINK BEACH STREET, INC. | 24-11822 | 78 |

Form 00-865 (Rev.8-19)



USPS CERTIFIED MAIL

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

2S
41

9214 8901 9403 8391 3395 38



COPY
Document Control

BLINK HOLDINGS INC CLAIMS PROCESSING CENTER
C/O: EPIQ CORPORATE RESTRUCTURING LLC
PO BOX 4420
BEAVERTON OR 97076-0420

**COPY**
*Document Control*



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST-CLASS



US POSTAGE ᵐⁱˡᵃPITNEY BOWES

ZIP 78702    **$ 010.06⁰**
02 7W
0008034838 DEC 12 2024

RECEIVED

DEC 17 2024

LEGAL SERVICES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  24-11750-JKS

In re:  BLINK WESTCHASE INC.

Taxpayer number:  XXXXXXX3430

**RECEIVED**

**DEC 17 2024**

WITHDRAWAL OF
CLAIM # 88
PRIORITY PROOF OF CLAIM

**LEGAL SERVICES**

Name of Creditor:  Texas Comptroller of Public Accounts



Filed: USBC - District of Delaware
Blink Holdings, Inc., Et al                    (COR)
24-11686 (JKS)

**BKF**                    0000000012

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM: 11/06/2024

2. TOTAL AMOUNT OF CLAIM:  $ 2,000.00
FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED:  01/01/2024

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  12/10/2024

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

**COPY**
Document Control

12/10/2024

BLINK HOLDINGS, INC. CLAIMS PROCESSING CENTER
C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4420
BEAVERTON OR 97076 4420

Re: Taxpayer # XXXXXXX1913
      Bankruptcy Case # 24-11686-JKS
      BLINK HOLDINGS, INC.

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s).  Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding.  Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Please see the enclosed Addendum for Jointly Administered Cases.

Thank you for your cooperation in this matter.

Sincerely,

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 · Austin, TX 78711-3528

**COPY**
*Document Control*

12/10/2024

Addendum for Jointly Administered Cases

Re: Lead Bankruptcy Case # 24-11686-JKS

Please be advised that the Texas Comptroller of Public Accounts asserts the same against each of the below referenced taxpayers:

| TAXPAYER NUMBER | ENTITY NAME | CASE NUMBER | CLAIM NUMBER |
|---|---|---|---|
| XXXXXXX0825 | BLINK LONG POINT, INC. | 24-11693 | 85 |
| XXXXXXX4518 | BLINK BEDFORD, INC. | 24-11701 | 86 |
| XXXXXXX5683 | BLINK BISSONNET, INC. | 24-11714 | 87 |
| XXXXXXX6285 | BLINK HIGHWAY 249, INC. | 24-11729 | 82 |
| XXXXXXX8092 | BLINK NRH, INC. | 24-11737 | 81 |
| XXXXXXX3430 | BLINK WESTCHASE INC. | 24-11750 | 88 |
| XXXXXXX8217 | BLINK KELLER, INC. | 24-11760 | 90 |
| XXXXXXX1633 | BLINK 8201 BROADWAY, INC. | 24-11762 | 83 |
| XXXXXXX6847 | BLINK ABRAMS ROAD INC. | 24-11795 | 84 |
| XXXXXXX7259 | BLINK 2192 TEXAS PARKWAY, INC. | 24-11796 | 80 |
| XXXXXXX9381 | BLINK AIRLINE DRIVE, INC. | 24-11799 | 79 |
| XXXXXXX8027 | BLINK BEACH STREET, INC. | 24-11822 | 78 |

Form 00-865 (Rev.8-19)



USPS CERTIFIED MAIL

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

2S
41

9214 8901 9403 8391 3395 38

**COPY**
Document Control

BLINK HOLDINGS INC CLAIMS PROCESSING CENTER
C/O: EPIQ CORPORATE RESTRUCTURING LLC
PO BOX 4420
BEAVERTON OR 97076-0420

**COPY**
*Document Control*

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST-CLASS




US POSTAGE ᴾᴮ PITNEY BOWES

ZIP 78702 $ 010.06⁰
02 7W
0008034838 DEC 12 2024

RECEIVED

DEC 17 2024

LEGAL SERVICES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  24-11760-JKS

In re: BLINK KELLER, INC.

Taxpayer number: XXXXXXX8217

**RECEIVED**

**DEC 1 7 2024**

WITHDRAWAL OF
CLAIM # 90
PRIORITY PROOF OF CLAIM

**LEGAL SERVICES**

Name of Creditor:  Texas Comptroller of Public Accounts

Filed: USBC - District of Delaware
Blink Holdings, Inc., Et al                (COR)
24-11686 (JKS)
**BKF**
0000000013

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM: 11/13/2024

2. TOTAL AMOUNT OF CLAIM:  $ 2,000.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED:  01/01/2024

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  12/10/2024

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 · Austin, TX 78711-3528

12/10/2024

**COPY**
*Document Control*

BLINK HOLDINGS, INC. CLAIMS PROCESSING CENTER
C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4420
BEAVERTON OR 97076 4420

Re: Taxpayer # XXXXXXX1913
    Bankruptcy Case # 24-11686-JKS
    BLINK HOLDINGS, INC.

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

                  Office of the Attorney General
                  Bankruptcy & Collections Division MC-008
                  P.O. Box 12548
                  Austin, TX 78711-2548

Please see the enclosed Addendum for Jointly Administered Cases.

Thank you for your cooperation in this matter.

Sincerely,

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS



COPY

Document Control

P.O. Box 13528 • Austin, TX 78711-3528

12/10/2024

Addendum for Jointly Administered Cases

Re: Lead Bankruptcy Case # 24-11686-JKS

Please be advised that the Texas Comptroller of Public Accounts asserts the same against each of the below referenced taxpayers:

| TAXPAYER NUMBER | ENTITY NAME | CASE NUMBER | CLAIM NUMBER |
|---|---|---|---|
| XXXXXXX0825 | BLINK LONG POINT, INC. | 24-11693 | 85 |
| XXXXXXX4518 | BLINK BEDFORD, INC. | 24-11701 | 86 |
| XXXXXXX5683 | BLINK BISSONNET, INC. | 24-11714 | 87 |
| XXXXXXX6285 | BLINK HIGHWAY 249, INC. | 24-11729 | 82 |
| XXXXXXX8092 | BLINK NRH, INC. | 24-11737 | 81 |
| XXXXXXX3430 | BLINK WESTCHASE INC. | 24-11750 | 88 |
| XXXXXXX8217 | BLINK KELLER, INC. | 24-11760 | 90 |
| XXXXXXX1633 | BLINK 8201 BROADWAY, INC. | 24-11762 | 83 |
| XXXXXXX6847 | BLINK ABRAMS ROAD INC. | 24-11795 | 84 |
| XXXXXXX7259 | BLINK 2192 TEXAS PARKWAY, INC. | 24-11796 | 80 |
| XXXXXXX9381 | BLINK AIRLINE DRIVE, INC. | 24-11799 | 79 |
| XXXXXXX8027 | BLINK BEACH STREET, INC. | 24-11822 | 78 |

Form 00-865 (Rev.8-19)

USPS CERTIFIED MAIL

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

2S
41


COPY
Document Control

9214 8901 9403 8391 3395 38

BLINK HOLDINGS INC CLAIMS PROCESSING CENTER
C/O: EPIQ CORPORATE RESTRUCTURING LLC
PO BOX 4420
BEAVERTON OR 97076-0420

**COPY**
*Document Control*

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST-CLASS





US POSTAGE AND PITNEY BOWES

ZIP 78702   $ 010.06⁰
02 7W
0008034838 DEC 12 2024

**RECEIVED**

DEC 1 7 2024

LEGAL SERVICES