## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BLINK HOLDINGS, INC., *et al.*,[1] | : | Case No. 24-11686 (JKS) |
| | : | |
| | : | Re: D.I. 698 |
| Debtors. | : | |

### CERTIFICATE OF SERVICE

      I, Benjamin Hackman, certify that on January 22, 2025, I served a copy of the *Limited Objection of the United States Trustee to Confirmation of Combined Chapter 11 Plan* in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

Young Conaway Stargatt & Taylor, LLP
Michael R. Nestor
Sean T. Greecher
Allison S. Mielke
Timothy R. Powell
Rebecca L. Lamb
Benjamin C. Carver
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
E-mail: mnestor@ycst.com
sgreecher@ycst.com
amielke@ycst.com
tpowell@ycst.com
rlamb@ycst.com
bcarver@ycst.com

Kelley Drye & Warren LLP
Eric R. Wilson
Kristin S. Elliott
Andres Barajas
3 World Trade Center
New York, NY 10007
E-mail: ewilson@kelleydrye.com
kelliott@kelleydrye.com
abarajas@kelleydrye.com
kdwbankruptcydepartment@kelleydrye.com

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

| | |
|---|---|
| Morris James LLP<br>Eric J. Monzo<br>Brya M. Keilson<br>Siena B. Cerra<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>E-mail: emonzo@morrisjames.com<br>bkeilson@morrisjames.com<br>scerra@morrisjames.com | Katten Muchin Rosenman LLP<br>Peter P. Knight<br>Allison E. Yager<br>525 W. Monroe Street<br>Chicago, Illinois 60661<br>E-mail: peter.knight@katten.com<br>allison.yager@katten.com<br><br>Morris, Nichols, Arsht & Tunnell LLP<br>Curtis S. Miller<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>E-mail: cmiller@morrisnichols.com |
| Dated: January 22, 2025<br>Wilmington, Delaware | By: */s/ Benjamin Hackman*<br>Benjamin Hackman<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>benjamin.a.hackman@usdoj.gov |