## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, hereby certify that, on this 22nd day of January, 2025, I caused a true and correct copy of the foregoing *Limited Objection of 16302 Jamaica Avenue LLC and Lodi Value Add II, LLC to Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Blink Holdings, Inc. and its Affiliated Debtors and Debtors in Possession* to be served by electronic service via Court's CM/ECF system on all parties who have registered for electronic service in these cases, as well as on the following parties in the manner indicated.

*Via First-Class Mail & Hand-Delivery*
Sean T. Greecher
Allison S. Mielke
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
sgreecher@ycst.com
amielke@ycst.com

*Counsel for the Debtors*

*Via First-Class Mail & Hand-Delivery*
Curtis S. Miller
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
cmiller@morrisnichols.com

*Counsel to the Prepetition Agent and DIP Agent*

*Via First-Class Mail & E-mail*
Peter P. Knight
Allison E. Yager
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
peter.knight@katten.com
allison.yager@katten.com

*Counsel for the Prepetition Agent and DIP Agent*

*Via First-Class Mail & E-mail*
Eric R. Wilson
Kristin Elliott
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
ewilson@kelleydrye.com
kelliott@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*

*Via First-Class Mail & E-mail*
Benjamin A. Hackman, Esq.
The Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Benjamin.a.hackman@usdoj.gov

*Counsel to the United States Trustee*

DMFIRM #415109591 v1

2

Dated: January 22, 2025
Wilmington, Delaware

*/s/ Leslie C. Heilman*
Leslie C. Heilman (No. 4716)
BALLARD SPAHR LLP