**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

| | § | |
| BLINK HOLDINGS, INC., et al. | § | **CASE NO. 24-11686-JKS** |
| | § | |
| | § | **CHAPTER 11** |
| DEBTOR(S) | § | |
| | § | |

**WITHDRAWAL OF PROOF OF CLAIM #10288**

**COMES NOW**, Fort Bend Independent School District, Claimant, to Withdraw the Secured Claim for Taxes, claim #10288 filed on 11/19/2024,

Claimant hereby withdraws such claim.

Dated: January 28, 2025

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

By/s/*Melissa E. Valdez*
**Melissa E. Valdez**
Texas State Bar No. 24051463
**Angela K. Randermann**
Texas State Bar No. 24029787
**Damion J. Millington**
Texas State Bar No. 24111178
1235 North Loop West, Suite 600
Houston, Texas 77008
Telephone: (713) 862-1860
Facsimile: (713) 862-1429
Email: Houstonbk@pbfcm.com
***Attorneys for: Fort Bend I.S.D.***

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 28th day of January 2025. I hereby certify that a true and correct copy of the above and foregoing Withdrawal of Taxing Authorities Notice of Withdrawal of Proof of Claim No. 10288 was served via electronic means on January 28, 2025.

<u>/s/ *Melissa E. Valdez*</u>
Melissa E. Valdez