## EXHIBIT B

**Shenker Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| | (Jointly Administered) |
| Debtors. | |

**DECLARATION OF STEVEN SHENKER IN SUPPORT OF**
**DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS**
**(SUBSTANTIVE)**

I, Steven Shenker, pursuant to 28 U.S.C. § 1746, declare:

1.     I am the Chief Restructuring Officer for above-captioned debtors and debtors in possession (collectively, the "**Debtors**").   In this capacity, I am familiar with the Debtors' day-to-day business operations and affairs, the Books and Records, and the Debtors' chapter 11 efforts.

2.     I submit this declaration (this "**Declaration**") in support of the *Debtors' Second Omnibus Objection to Claims (Substantive)* (the "**Objection**").[2]

3.     I have reviewed the Objection and am directly, or by and through other personnel or representatives of the Debtors, reasonably familiar with the information contained therein, the Proposed Order, and the schedules attached to the Proposed Order.  I am executing this Declaration on behalf of the Debtors.

---

[1]     The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

4.     Considerable resources and time have been expanded in reviewing and reconciling the claims filed against, or scheduled by, the Debtors and their estates in the Chapter 11 Cases.

5.     In preparing this Declaration, I reviewed the Claims Register maintained by Epiq, which contains the record of all claims scheduled by, or filed against, the Debtors in connection with the Chapter 11 Cases.  Additionally, I or other representatives of the Debtors (a) reviewed (i) the Claims Register, by which we identified various claims that should be objected to, and (ii) the Books and Records with respect to the claims described in the Objection, (b) conferred with the Debtors' representatives and outside counsel having knowledge relevant to understanding the validity of the claims, (c) approved the inclusion of the claims in the Objection, and (d) reviewed the Objection and the Proposed Order.  Accordingly, I am familiar with the information contained therein and in Schedule 1 and Schedule 2 to the Proposed Order.

6.     Except as otherwise indicated, all facts set forth in this Declaration are based on my personal knowledge of the Debtors' operations, finances, and Books and Records, my review of the claims and Claims Register, or information received from other members of the Debtors, or the Debtors' other advisors.  If called upon to testify, I would testify competently to the facts set forth herein.

## I.     Reclassified Claim

7.     I, along with other representatives of the Debtors, have reviewed the Books and Records and determined that the Reclassified Claim identified on Schedule 1 to the Proposed Order should be reclassified and allowed in the amount and classification set forth in the column titled "Modified Claim" on Schedule 1 to the Proposed Order.  Accordingly, to prevent the Reclassified Claim from receiving an unwarranted recovery, I seek to reclassify and allow the Reclassified Claim.

32808484.3

## II.    No Liability Claims

8.      I, along with other representatives of the Debtors, have reviewed the Books and Records and determined that the Debtors and their estates are not liable on account of the No Liability Claims.  Accordingly, to prevent the applicable claimants from potentially receiving an unwarranted recovery, to the detriment of creditors in these Chapter 11 Cases, I seek to disallow and expunge the No Liability Claims in their entirety for the reasons set forth on <u>Schedule 2</u> to the Proposed Order.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Executed on January 31, 2025

_/s/ Steven Shenker_____
Steven Shenker
Chief Restructuring Officer

32808484.3