# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 490** |

**SUPPLEMENTAL DECLARATION OF ERIC R. WILSON
IN SUPPORT OF THE APPLICATION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF
AN ORDER AUTHORIZING THE EMPLOYMENT OF KELLEY DRYE &
WARREN LLP AS LEAD COUNSEL EFFECTIVE AS OF AUGUST 26, 2024**

I, Eric R. Wilson, hereby declare that the following statements are true and correct to the best of my knowledge after due inquiry:

1. I am a partner of the law firm of Kelley Drye & Warren LLP ("Kelley Drye"), which maintains offices at 3 World Trade Center, 175 Greenwich Street, New York, New York 10007. I am an attorney admitted to practice law in California, New York, and Connecticut.

2. On September 25, 2024, I submitted the *Declaration of Eric R. Wilson* (the "Initial Declaration"),[1] attached as Exhibit B to the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Kelley Drye & Warren LLP as Lead Counsel Effective as of August 26, 2024* (the "Application").[2]

3. On October 15, 2024, the Court entered the *Order Authorizing the Employment of Kelley Drye & Warren LLP as Lead Counsel to the Official Committee of Unsecured Creditors Effective as of August 26, 2024.*[3]

---

[1] Capitalized terms not otherwise defined in this Supplemental Declaration (defined below) have the meanings ascribed to them in the Application or the Initial Declaration, as applicable.

[2] Docket No. 414.

[3] Docket No. 490.

17163807/1

4. I am authorized to submit this supplemental declaration (the "Supplemental Declaration") on behalf of Kelley Drye to supplement the disclosures set forth in the Initial Declaration.

5. The facts set forth in this Supplemental Declaration are based upon my personal knowledge, upon information and belief, or upon client matter records kept in the ordinary course of Kelley Drye's business that were reviewed either by me or employees of Kelley Drye under my supervision and direction. If called and sworn as a witness, I could testify competently to the facts set forth herein.

**SUPPLEMENTAL DISCLOSURES**

6. My Initial Declaration disclosed relationships between Kelley Drye and parties-in-interest (or their known affiliates, as the case may be) within the past three years, all of which were in matters unrelated to these cases. Paragraph 16 of my Initial Disclosure provided that "[t]o the extent Kelley Drye discovers any connection with any party or enters into any new relationship with any party that would otherwise have had to have been disclosed in this Application, Kelley Drye will promptly supplement its disclosures to the Court."

7. I submit this Supplemental Declaration to disclose the following new relationship. In January 2025, Harvey Spevak, the Executive Chairman and Managing Partner of Equinox, the Debtors' ultimate parent, retained Kelley Drye as his counsel in a matter that is wholly unrelated to these chapter 11 cases. I do not believe Kelley Drye's representation of Mr. Spevak in a matter unrelated to the Debtors or these chapter 11 cases affects Kelley Drye's representation of the Committee.

8. Based on the information available to me, Kelley Drye remains a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, and

neither represents nor holds an interest adverse to the interests of the Committee, the Debtors, or their estates with respect to the matters on which Kelley Drye is employed. Accordingly, I believe that Kelley Drye remains disinterested and eligible to represent the Committee in these chapter 11 cases.

9. Kelley Drye will continue to monitor parties-in-interest in these cases, and I will further supplement my Initial Declaration if any new facts or relationships are discovered.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Executed on January 31, 2025

*/s/ Eric R. Wilson*
Eric R. Wilson