**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Docket Ref. No. 767 |

**NOTICE OF CONTINUED CONFIRMATION HEARING**

**PLEASE TAKE NOTICE** that the hearing (the "**Confirmation Hearing**") in the above-captioned cases commenced on February 4, 2025 at 10:00 a.m. (ET) before the United States Bankruptcy Court for the District of Delaware (the "**Court**") has been continued to **February 28, 2025 at 9:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing may be continued from time to time, without further notice other by (a) announcing any adjourned date at the Confirmation Hearing (or any further continued hearing), which shall be documented in a notice filed on the docket of the Chapter 11 Cases, or (b) indicating same in an agenda filed on the docket of the Chapter 11 Cases.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 4, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Sean T. Greecher*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>    sgreecher@ycst.com<br>    amielke@ycst.com<br>    tpowell@ycst.com<br>    rlamb@ycst.com<br>    bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |