**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 161**<br><br><u>**Objection Deadline**</u>**:**<br>February 18, 2025 at 4:00 p.m. (ET) |

**NOTICE OF FILING OF STAFFING AND COMPENSATION REPORT**
**OF TRIPLE P RTS, LLC FOR THE PERIOD FROM**
<u>**JANUARY 1, 2025, TO JANUARY 31, 2025**</u>

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order (I) Authorizing the Debtors to Employ and Retain Triple P RTS, LLC to Provide Steven Shenker as Chief Restructuring Officer, Scott Canna as Deputy Chief Restructuring Officer, and Additional Personnel, as Necessary, Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 161] (the "**Approval Order**"),[2] Triple P RTS, LLC hereby files this staffing and compensation report for the period of January 1, 2025 through and including January 31, 2025 (the "**Staffing Report**").

---

[1]     The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Order.

32837512.1

**PLEASE TAKE FURTHER NOTICE** that objections to the Staffing Report must be filed in accordance with the Approval Order and served on the undersigned counsel so as to be received on or before February 18, 2025 at 4:00 p.m. (prevailing Eastern Time).

Dated: Wilmington, Delaware
February 4, 2025

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Rebecca L. Lamb*
Michael R. Nestor (No. 3526)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Timothy R. Powell (No. 6894)
Rebecca L. Lamb (No. 7223)
Benjamin C. Carver (No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
sgreecher@ycst.com
amielke@ycst.com
tpowell@ycst.com
rlamb@ycst.com
bcarver@ycst.com

*Counsel to the Debtors and Debtors in Possession*

32837512.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 161 |

## STAFFING AND COMPENSATION REPORT OF TRIPLE P RTS, LLC FOR THE PERIOD FROM JANUARY 1, 2025 TO JANUARY 31, 2025

Exhibit A – Statement of Fees and Expenses by Subject Matter

Exhibit B – Summary of Professionals and Fees

Exhibit C – Detailed Description of Fees

Dated: February 4, 2025

                                                */s/ Steven Shenker*
                                                Steven Shenker
                                                Managing Director
                                                Triple P RTS, LLC

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32837512.1

1

## EXHIBIT A

### Statement of Fees and Expenses by Subject Matter

| Matter Category | Hours | Fees |
|---|---:|---:|
| Business Operations | 0.40 | $ 264.00 |
| Claims Administration & Objections | 45.40 | 30,584.00 |
| Deliverable Preparation & Review | 32.80 | 13,776.00 |
| Employment & Fee Applications | 4.20 | 2,653.00 |
| Financing & Cash Collateral | 25.40 | 19,406.00 |
| Internal Meeting & Communication | 15.20 | 12,992.00 |
| Meetings & Communication with Management | 8.00 | 5,892.00 |
| Meetings & Communication with Potential Buyers and / or Financing Parties | 0.40 | 376.00 |
| Meetings & Communication with Professionals | 4.70 | 3,374.00 |
| Meetings & Communications with Creditors | 4.40 | 3,408.00 |
| Plan & Disclosure Statement | 1.90 | 1,786.00 |
| Reporting | 18.60 | 12,628.00 |
| **Total Hours and Fees** | **161.40** | **$ 107,139.00** |

**Expenses: $0**

32837512.1

## EXHIBIT B

### Summary of Professionals and Fees

|  |  |  | 1/1/2025 - 1/31/2025 | |
|---|---|---|---|---|
| **Professional** | **Position** | **Rate** | **Hours** | **Fees** |
| Steven Shenker | Managing Director | $ 940.00 | 17.60 | $ 16,544.00 |
| Scott Canna | Senior Director | 780.00 | 39.40 | 30,732.00 |
| Greg de Speville | Senior Vice President | 660.00 | 61.70 | 40,722.00 |
| Chad Bacon | Vice President | 590.00 | 7.10 | 4,189.00 |
| Hunter Reynolds | Associate | 420.00 | 35.60 | 14,952.00 |
| **Total Hours and Fees** | | | **161.40** | **$ 107,139.00** |
| | | **Average Billing Rate** | **$** | **663.81** |

# **EXHIBIT C**

**Detailed Description of Fees**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| **Business Operations** | | | | | |
| 01/30/25 | Greg de Speville | Correspondence regarding bank account closures | $ 660 | 0.4 | $ 264.0 |
| **Claims Administration & Objections** | | | | | |
| 01/02/25 | Greg de Speville | Review and update list of priority tax claims to share with accounting team for reconciliation | 660 | 1.4 | 924.0 |
| 01/02/25 | Greg de Speville | Review latest claims register and update claims tracker | 660 | 1.6 | 1,056.0 |
| 01/03/25 | Greg de Speville | Prepare list of SAP claims for potential objection | 660 | 1.4 | 924.0 |
| 01/03/25 | Greg de Speville | Update claims tracker to reflect latest status of SAP claims | 660 | 1.9 | 1,254.0 |
| 01/06/25 | Greg de Speville | Review and reconcile administrative claims and update tracker | 660 | 1.2 | 792.0 |
| 01/07/25 | Greg de Speville | Review tax claims and update tracker to be share with Equinox team for reconciliation | 660 | 1.6 | 1,056.0 |
| 01/07/25 | Greg de Speville | Review and reconcile administrative claims | 660 | 1.6 | 1,056.0 |
| 01/08/25 | Greg de Speville | Coordinate with counsel on reconciliation of secured claims | 660 | 0.5 | 330.0 |
| 01/08/25 | Greg de Speville | Coordinate with various claimants to amend their claims following payment of administrative portion | 660 | 1.4 | 924.0 |
| 01/08/25 | Greg de Speville | Review and reconcile secured and administrative claims | 660 | 1.6 | 1,056.0 |
| 01/09/25 | Greg de Speville | Prepare list of payroll related tax claims for Equinox team to reconcile | 660 | 0.6 | 396.0 |
| 01/09/25 | Greg de Speville | Coordinate with various claimants to amend their claims following payment of administrative portion | 660 | 1.9 | 1,254.0 |
| 01/10/25 | Greg de Speville | Update claims tracker to reflect latest communications with various claimants | 660 | 1.2 | 792.0 |
| 01/10/25 | Greg de Speville | Prepare draft exhibits for non-substantive objections | 660 | 1.8 | 1,188.0 |
| 01/13/25 | Greg de Speville | Correspondence with taxing authorities regarding withdrawal of their satisfied claims | 660 | 0.9 | 594.0 |
| 01/13/25 | Greg de Speville | Review reconciliation of tax claims and supporting documentation provided by Equinox tax team | 660 | 1.2 | 792.0 |
| 01/13/25 | Greg de Speville | Update claims tracker to reflect latest claims register including amended and withdrawn claims | 660 | 1.6 | 1,056.0 |
| 01/14/25 | Greg de Speville | Update claims tracker to reflect payment of 503b9 claims | 660 | 0.6 | 396.0 |
| 01/14/25 | Greg de Speville | Correspondence with taxing authorities regarding withdrawal of their satisfied claims | 660 | 0.7 | 462.0 |
| 01/15/25 | Greg de Speville | Correspondence with claimants regarding resolution of their claims | 660 | 0.9 | 594.0 |
| 01/15/25 | Greg de Speville | Reconcile administrative portion of landlord claim and respond to counsel | 660 | 1.0 | 660.0 |
| 01/16/25 | Greg de Speville | Review and reconcile administrative and priority claims | 660 | 0.5 | 330.0 |
| 01/16/25 | Greg de Speville | Update claims tracker to reflect latest reconciliation and resolution status | 660 | 0.6 | 396.0 |
| 01/16/25 | Greg de Speville | Correspondence with claimaints regarding resolution of their claims | 660 | 0.8 | 528.0 |
| 01/17/25 | Greg de Speville | Correspondence with claimants regarding resolution of their claims | 660 | 0.6 | 396.0 |
| 01/22/25 | Greg de Speville | Correspondence with claimants regarding withdrawal of their satisfied administrative claims | 660 | 0.7 | 462.0 |
| 01/22/25 | Greg de Speville | Update claims tracker to reflect latest register provided by Epiq team | 660 | 1.2 | 792.0 |
| 01/22/25 | Greg de Speville | Update claims status and prepare initial drafts of amended, duplicate and late filed claim exhibits | 660 | 1.8 | 1,188.0 |
| 01/23/25 | Greg de Speville | Correspondence with claimant regarding reconciliation of their secured claims | 660 | 0.4 | 264.0 |
| 01/24/25 | Greg de Speville | Update status notes in claims tracker to share with counsel | 660 | 0.7 | 462.0 |
| 01/24/25 | Greg de Speville | Finalize exhibits to be shared with counsel for review | 660 | 0.8 | 528.0 |
| 01/24/25 | Scott Canna | Continue to review updated claims schedule and related objection exhibits | 780 | 1.1 | 858.0 |
| 01/24/25 | Greg de Speville | Prepare no liability and reclassified claims exhibits | 660 | 1.8 | 1,188.0 |
| 01/24/25 | Scott Canna | Review updated claims schedule and related objection exhibits | 780 | 1.9 | 1,482.0 |
| 01/28/25 | Greg de Speville | Update claims tracker to reflect new claims register provided by Epiq team | 660 | 0.9 | 594.0 |
| 01/29/25 | Greg de Speville | Correspondence with counsel regarding data points for omnibus claim objections | 660 | 0.4 | 264.0 |
| 01/29/25 | Greg de Speville | Coordinate with Equinox tax team to reconcile newly filed tax claims | 660 | 0.5 | 330.0 |
| 01/29/25 | Greg de Speville | Prepare updated objection exhibits incorporating changes from counsel | 660 | 0.5 | 330.0 |
| 01/30/25 | Steven Shenker | Review and sign off on claims objections and declarations | 940 | 0.5 | 470.0 |
| 01/30/25 | Greg de Speville | Review drafts of the omnibus objections and provide comments to counsel | 660 | 0.9 | 594.0 |
| 01/30/25 | Scott Canna | Review draft claim objection motions and related exhibits | 780 | 1.0 | 780.0 |
| 01/31/25 | Greg de Speville | Finalize claim objection exhibits and incorporate comments from counsel | 660 | 1.2 | 792.0 |
| **Deliverable Preparation & Review** | | | | | |
| 01/02/25 | Hunter Reynolds | Work through updating partnership revenue with latest data from the Company | 420 | 2.0 | 840.0 |

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 01/03/25 | Hunter Reynolds | Work through updating estate cash tracker | 420 | 0.5 | 210.0 |
| 01/03/25 | Hunter Reynolds | Work through updating franchise reconciliation from partnership revenue | 420 | 0.8 | 336.0 |
| 01/06/25 | Hunter Reynolds | Work through reconciling collections activity from partnership revenue | 420 | 1.1 | 462.0 |
| 01/06/25 | Hunter Reynolds | Work through reconciling collections activity from week prior | 420 | 1.8 | 756.0 |
| 01/06/25 | Hunter Reynolds | Work through reconciling cash activity from week prior | 420 | 2.0 | 840.0 |
| 01/07/25 | Hunter Reynolds | Work through updating estate cash plan and partnership revenue reconciliations | 420 | 2.0 | 840.0 |
| 01/08/25 | Hunter Reynolds | Work through comments to estate cash plan per team | 420 | 0.3 | 126.0 |
| 01/08/25 | Hunter Reynolds | Work through comments to estate cash plan per team | 420 | 0.6 | 252.0 |
| 01/09/25 | Hunter Reynolds | Work through partnership revenue reconciliation | 420 | 0.4 | 168.0 |
| 01/09/25 | Hunter Reynolds | Work through PayClearly reconciliation | 420 | 0.6 | 252.0 |
| 01/10/25 | Hunter Reynolds | Work through reviewing check register history for vendors | 420 | 0.2 | 84.0 |
| 01/13/25 | Hunter Reynolds | Work through reconciling cash from week prior with updated payment data from the Company | 420 | 1.8 | 756.0 |
| 01/13/25 | Hunter Reynolds | Work through reconciling cash from week prior with updated payment data from the Company | 420 | 2.0 | 840.0 |
| 01/14/25 | Hunter Reynolds | Work through partnership revenue reconciliations and updates to send to PG | 420 | 1.9 | 798.0 |
| 01/15/25 | Hunter Reynolds | Work through finalizing estate cash plan and sending across internally | 420 | 0.4 | 168.0 |
| 01/15/25 | Hunter Reynolds | Work through reviewing bank data for disbursements from prior week to see which went out vs scheduled | 420 | 0.7 | 294.0 |
| 01/16/25 | Hunter Reynolds | Work through reconciling franchise revenue and payments | 420 | 0.8 | 336.0 |
| 01/16/25 | Hunter Reynolds | Work through general comments to estate cash plan and revisions to send across to PG | 420 | 1.4 | 588.0 |
| 01/23/25 | Hunter Reynolds | Work through collections file from prior week | 420 | 0.6 | 252.0 |
| 01/23/25 | Hunter Reynolds | Work through collections file from prior week | 420 | 1.8 | 756.0 |
| 01/23/25 | Hunter Reynolds | Work through reconciling cash from week prior and updating for latest cash flow sent by EQX | 420 | 1.9 | 798.0 |
| 01/27/25 | Hunter Reynolds | Work through reconciling cash for week prior | 420 | 1.8 | 756.0 |
| 01/27/25 | Hunter Reynolds | Work through reconciling cash for week prior | 420 | 2.0 | 840.0 |
| 01/28/25 | Hunter Reynolds | Work through cleaning up estate cash plan | 420 | 1.1 | 462.0 |
| 01/29/25 | Hunter Reynolds | Work through updates to estate cash plan | 420 | 1.8 | 756.0 |
| 01/30/25 | Hunter Reynolds | Work through deliverable for UCC on estate cash plan | 420 | 0.5 | 210.0 |

**Employment & Fee Applications**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 01/06/25 | Chad Bacon | Review December time entries in preparation of December 2024 fee application | 590 | 1.8 | 1,062.0 |
| 01/07/25 | Chad Bacon | Finalize December 2024 fee application | 590 | 1.9 | 1,121.0 |
| 01/08/25 | Steven Shenker | Review and comment on December fee statement | 940 | 0.5 | 470.0 |

**Financing & Cash Collateral**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 01/03/25 | Scott Canna | Review updated estate cash tracker for collections reconciliation and prior week bank activity | 780 | 1.7 | 1,326.0 |
| 01/06/25 | Chad Bacon | Update professional fee escrow tracker | 590 | 1.3 | 767.0 |
| 01/07/25 | Steven Shenker | Review and comment on estate cash tracker | 940 | 0.4 | 376.0 |
| 01/07/25 | Chad Bacon | Reconcile interim fee applications and filed fee applications to identify payments to release | 590 | 1.5 | 885.0 |
| 01/07/25 | Scott Canna | Review updated estate cash plan for prior week's | 780 | 1.9 | 1,482.0 |
| 01/08/25 | Steven Shenker | Review and comment on updated estate cash tracker | 940 | 0.2 | 188.0 |
| 01/08/25 | Scott Canna | Review and update Estate cash tracker for prior week receipts and professional fee escrow | 780 | 1.7 | 1,326.0 |
| 01/09/25 | Scott Canna | Review utility bill statement and stratify costs between buyers and Estate | 780 | 1.8 | 1,404.0 |
| 01/10/25 | Scott Canna | Review updated cash flow reconciliation and claims management initiatives | 780 | 1.9 | 1,482.0 |
| 01/13/25 | Scott Canna | Review liquidity roll forward and cash reconciliation | 780 | 1.2 | 936.0 |
| 01/14/25 | Scott Canna | Review and respond to correspondence regarding creditor communications and deposit retrieval | 780 | 1.5 | 1,170.0 |
| 01/15/25 | Scott Canna | Review and provide comments on Estate Cash tracker for prior week reconciliation | 780 | 1.5 | 1,170.0 |
| 01/16/25 | Steven Shenker | Review and sign off on estate cash tracker | 940 | 0.4 | 376.0 |
| 01/16/25 | Scott Canna | Review updated Estate cash reconciliation and collections remittance | 780 | 1.8 | 1,404.0 |
| 01/19/25 | Steven Shenker | Estate tracker comments | 940 | 0.1 | 94.0 |
| 01/21/25 | Scott Canna | Review and respond to correspondence regarding vendor communications | 780 | 1.0 | 780.0 |
| 01/22/25 | Chad Bacon | Update professional fee escrow tracker | 590 | 0.6 | 354.0 |
| 01/22/25 | Scott Canna | Review proposed disbursement list and related invoices for Estate payment | 780 | 1.5 | 1,170.0 |

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 01/23/25 | Scott Canna | Review updated collections tracker | 780 | 1.0 | 780.0 |
| 01/28/25 | Scott Canna | Review updated Estate Cash Flow tracker for prior week activity | 780 | 1.0 | 780.0 |
| 01/30/25 | Steven Shenker | Review updated cash tracker | 940 | 0.4 | 376.0 |
| 01/30/25 | Scott Canna | Review updated cash reconciliation for collection remittance | 780 | 1.0 | 780.0 |

**Internal Meeting & Communication**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 01/02/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/03/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/06/25 | Steven Shenker | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 940 | 0.2 | 188.0 |
| 01/06/25 | Hunter Reynolds | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 420 | 0.2 | 84.0 |
| 01/06/25 | Scott Canna | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 780 | 0.2 | 156.0 |
| 01/06/25 | Greg de Speville | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 660 | 0.2 | 132.0 |
| 01/06/25 | Hunter Reynolds | Participate in discussion with S. Canna and H. Reynolds on estate cash plan | 420 | 0.3 | 126.0 |
| 01/06/25 | Scott Canna | Participate in discussion with S. Canna and H. Reynolds on estate cash plan | 780 | 0.3 | 234.0 |
| 01/06/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/07/25 | Hunter Reynolds | Participate in discussion with G. de Speville and H. Reynolds on priority claims | 420 | 0.3 | 126.0 |
| 01/07/25 | Greg de Speville | Participate in discussion with G. de Speville and H. Reynolds on priority claims | 660 | 0.3 | 198.0 |
| 01/07/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/08/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/09/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/10/25 | Greg de Speville | Participate in internal call with H. Reynolds and G. De Speville re cash reconciliation for December MOR | 660 | 0.3 | 198.0 |
| 01/10/25 | Hunter Reynolds | Participate in internal call with H. Reynolds and G. De Speville re cash reconciliation for December MOR | 420 | 0.3 | 126.0 |
| 01/10/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/13/25 | Steven Shenker | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 940 | 0.3 | 282.0 |
| 01/13/25 | Hunter Reynolds | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 420 | 0.3 | 126.0 |
| 01/13/25 | Scott Canna | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 780 | 0.3 | 234.0 |
| 01/13/25 | Greg de Speville | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 660 | 0.3 | 198.0 |
| 01/13/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/14/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/15/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/16/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/17/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/21/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/22/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/23/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/24/25 | Steven Shenker | Review & respond to emails, attendance to various case items | 940 | 0.5 | 470.0 |
| 01/27/25 | Steven Shenker | Participate in internal call with PPP (S. Shenker, S. Canna and G. De Speville) regarding estate cash tracking, MORs and claims reconciliation | 940 | 0.3 | 282.0 |
| 01/27/25 | Greg de Speville | Participate in internal call with PPP (S. Shenker, S. Canna and G. De Speville) regarding estate cash tracking, MORs and claims reconciliation | 660 | 0.3 | 198.0 |
| 01/27/25 | Scott Canna | Participate in internal call with PPP (S. Shenker, S. Canna and G. De Speville) regarding estate cash tracking, MORs and claims reconciliation | 780 | 0.3 | 234.0 |
| 01/27/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 01/28/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 01/29/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 01/30/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 01/31/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |

**Meetings & Communication with Management**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 01/03/25 | Scott Canna | Review and respond to correspondence regarding Estate cash matters | 780 | 1.7 | 1,326.0 |
| 01/06/25 | Scott Canna | Review and respond to correspondence related to tax remittances | 780 | 0.3 | 234.0 |
| 01/08/25 | Hunter Reynolds | Participate in discussion with Equinox (A. Diaz) and PPP (S. Canna, G. de Speville, H. Reynolds) on cash council | 420 | 0.3 | 126.0 |

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 01/08/25 | Scott Canna | Participate in discussion with Equinox (A. Diaz) and PPP (S. Canna, G. de Speville, H. Reynolds) on cash council | 780 | 0.3 | 234.0 |
| 01/08/25 | Greg de Speville | Participate in discussion with Equinox (A. Diaz) and PPP (S. Canna, G. de Speville, H. Reynolds) on cash council | 660 | 0.3 | 198.0 |
| 01/10/25 | Greg de Speville | Participate in call with Equinox (E. Shannon) and PPP (G. De Speville) re insurance premium financing claims | 660 | 0.2 | 132.0 |
| 01/16/25 | Greg de Speville | Participate in call with Equinox (A. Diaz) and PPP (S. Canna, G. De Speville) re cash council | 660 | 0.3 | 198.0 |
| 01/16/25 | Scott Canna | Participate in call with Equinox (A. Diaz) and PPP (S. Canna, G. De Speville) re cash council | 780 | 0.3 | 234.0 |
| 01/17/25 | Scott Canna | Review and respond to correspondence regarding cash reconciliation and transfers | 780 | 1.7 | 1,326.0 |
| 01/22/25 | Greg de Speville | Participate in call with Equinox accounting team (C. Gonzales) and PPP (G. De Speville) re December financials for MOR | 660 | 0.3 | 198.0 |
| 01/22/25 | Greg de Speville | Participate in cash council call with the debtors (A. Diaz) and PPP (G. de Speville, S. Canna) to approve weekly payments | 660 | 0.4 | 264.0 |
| 01/22/25 | Scott Canna | Participate in cash council call with the debtors (A. Diaz) and PPP (G. de Speville, S. Canna) to approve weekly payments | 780 | 0.4 | 312.0 |
| 01/28/25 | Scott Canna | Review and respond to correspondence regarding vendor communications | 780 | 0.5 | 390.0 |
| 01/29/25 | Greg de Speville | Participate in meeting with the Equinox AP team (A. Diaz) and PPP (S. Canna, G. De Speville) re weekly estate payments | 660 | 0.5 | 330.0 |
| 01/29/25 | Scott Canna | Participate in meeting with the Equinox AP team (A. Diaz) and PPP (S. Canna, G. De Speville) re weekly estate payments | 780 | 0.5 | 390.0 |
| **Meetings & Communication with Potential Buyers and / or Financing Parties** | | | | | |
| 01/14/25 | Steven Shenker | Participate in meeting with PureGym re ongoing workstreams | 940 | 0.4 | 376.0 |
| **Meetings & Communication with Professionals** | | | | | |
| 01/03/25 | Scott Canna | Review and respond to correspondence regarding contract notices | 780 | 0.3 | 234.0 |
| 01/06/25 | Steven Shenker | Participate in discussion with YC (S. Greecher, A. Mielke) and PPP (S. Shenker, S. Canna, G. de Speville, H. Reynolds) on claims reconciliation and general case updates | 940 | 0.6 | 564.0 |
| 01/06/25 | Hunter Reynolds | Participate in discussion with YC (S. Greecher, A. Mielke) and PPP (S. Shenker, S. Canna, G. de Speville, H. Reynolds) on claims reconciliation and general case updates | 420 | 0.6 | 252.0 |
| 01/06/25 | Scott Canna | Participate in discussion with YC (S. Greecher, A. Mielke) and PPP (S. Shenker, S. Canna, G. de Speville, H. Reynolds) on claims reconciliation and general case updates | 780 | 0.6 | 468.0 |
| 01/06/25 | Greg de Speville | Participate in discussion with YC (S. Greecher, A. Mielke) and PPP (S. Shenker, S. Canna, G. de Speville, H. Reynolds) on claims reconciliation and general case updates | 660 | 0.6 | 396.0 |
| 01/23/25 | Scott Canna | Review and respond to correspondence regarding vendor payables and claims | 780 | 0.5 | 390.0 |
| 01/29/25 | Steven Shenker | Participate in discussion with M. Pearlman, YC (S. Greecher, A. Mielke) and PPP (S. Shenker, S. Canna, H. Reynolds) on case updates and confirmation hearing | 940 | 0.5 | 470.0 |
| 01/29/25 | Hunter Reynolds | Participate in discussion with M. Pearlman, YC (S. Greecher, A. Mielke) and PPP (S. Shenker, S. Canna, H. Reynolds) on case updates and confirmation hearing | 420 | 0.5 | 210.0 |
| 01/29/25 | Scott Canna | Participate in discussion with M. Pearlman, YC (S. Greecher, A. Mielke) and PPP (S. Shenker, S. Canna, H. Reynolds) on case updates and confirmation hearing | 780 | 0.5 | 390.0 |
| 01/02/25 | Scott Canna | Review and respond to correspondence with unsecured creditors to retrieve deposits | 780 | 1.0 | 780.0 |
| 01/06/25 | Greg de Speville | Participate in call with vendor (5 Boro Laundry) and PPP (G. De Speville) re return of postpetition deposit | 660 | 0.2 | 132.0 |
| 01/27/25 | Scott Canna | Review and respond to correspondence regarding deposit retrieval | 780 | 0.9 | 702.0 |
| 01/28/25 | Scott Canna | Review and respond to correspondence regarding utility deposits | 780 | 0.5 | 390.0 |
| 01/31/25 | Scott Canna | Review and respond to correspondence regarding outstanding claim balances and deposit retrieval | 780 | 1.8 | 1,404.0 |
| **Plan & Disclosure Statement** | | | | | |
| 01/08/25 | Steven Shenker | Review and comment on plan supplement | 940 | 0.2 | 188.0 |
| 01/09/25 | Steven Shenker | Review and comment on draft declaration in support of confirmation | 940 | 0.8 | 752.0 |
| 01/15/25 | Steven Shenker | Revise declaration in support of confirmation | 940 | 0.5 | 470.0 |
| 01/27/25 | Steven Shenker | Review and sign off on draft declaration for confirmation | 940 | 0.4 | 376.0 |
| **Reporting** | | | | | |
| 01/02/25 | Scott Canna | Review monthly operating report for filing | 780 | 1.0 | 780.0 |
| 01/07/25 | Greg de Speville | Finalize November MOR for filing | 660 | 1.2 | 792.0 |
| 01/08/25 | Greg de Speville | Compile cash flow data for December MOR | 660 | 0.8 | 528.0 |

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 01/13/25 | Greg de Speville | Begin compiling cash flow and bank data for December MOR | 660 | 0.9 | 594.0 |
| 01/19/25 | Greg de Speville | Compile bank transaction data for December MOR bank reconciliation | 660 | 1.8 | 1,188.0 |
| 01/21/25 | Greg de Speville | Complete bank reconciliation and statement of cash receipts and disbursements for December MOR | 660 | 1.7 | 1,122.0 |
| 01/23/25 | Greg de Speville | Review data received for December MOR | 660 | 0.6 | 396.0 |
| 01/24/25 | Greg de Speville | Prepare allocation of cash flows to debtor entities for the December MOR | 660 | 0.9 | 594.0 |
| 01/26/25 | Greg de Speville | Prepare balance sheet for December MOR | 660 | 1.2 | 792.0 |
| 01/27/25 | Greg de Speville | Prepare post-petition aging and payments to insider for Dec MOR | 660 | 0.8 | 528.0 |
| 01/27/25 | Greg de Speville | Prepare P&L for December MOR | 660 | 1.0 | 660.0 |
| 01/27/25 | Greg de Speville | Compile professional fees for Part 5 of December MOR | 660 | 1.2 | 792.0 |
| 01/27/25 | Greg de Speville | Complete MOR form and notes and exhibits for December MOR | 660 | 1.5 | 990.0 |
| 01/28/25 | Steven Shenker | Review draft MOR and comment | 940 | 0.4 | 376.0 |
| 01/28/25 | Greg de Speville | Review and update disbursement by debtor and UST fee calculation | 660 | 0.9 | 594.0 |
| 01/29/25 | Greg de Speville | Update December MOR to reflect feedback from internal review | 660 | 1.2 | 792.0 |
| 01/31/25 | Greg de Speville | Finalize notes and exhibits for December MOR | 660 | 0.5 | 330.0 |
| 01/31/25 | Scott Canna | Review and finalize monthly operating report | 780 | 1.0 | 780.0 |
| | | **Total** | | **161.4** | **$ 107,139.0** |