# SIGN-IN SHEET

| CASE NAME Blink Holdings, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-11686 JKS | DATE: 2/4/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Guy Brenner | Mobley Rental Holding – agent | Hertz (Fire Insurance company - affiliated entities) |
| Curtis Miller | Morris Nichols | Varagon (DIP Agent) |
| Allison Yager | Katten | |
| Sean Greecher | Young Conaway | Debtors |
| Allison Mielke | " | " |
| Leslie Heilman | Ballard Spahr LLP | Various Landlords |
| Kristen Elliott | KDW | UCC |
| Andres Barajas | KDW | UCC |
| Nena Cerra | Morris James | UCC |
| Benjamin Hackman | | U.S. Trustee |
| | | |
| | | |
| | | |
| | | |

## 10:00 AM

**24-11686-JKS Blink Holdings, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Rick Archer | Law360 | | 10:00 AM | Audio Only | no |
| Ben Balick | Blink | | 10:00 AM | Zoom(Video and Audio) | yes |
| Andres Barajas | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Ernst Bell | FW IL-Riverside/Rivers Edge, LLC | Official Committee of Unsecured Creditors | 10:00 AM | Audio Only | yes |
| Emlyn Cameron | | | 10:00 AM | Audio Only | no |
| Scott Canna | Portage Point Partners | | 10:00 AM | Zoom(Video and Audio) | yes |
| Siena Cerra | Morris James LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Connie Choe | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Christie Draves | Johnson Health Tech North America, Inc. | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Matthew Dundon | Dundon Advisors | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Method | Video |
|---|---|---|---|---|---|
| Kristin S. Elliott | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Richard D. Gage | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| William S. Gyves | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Guy Harkless | Blink | | 10:00 AM | Zoom(Video and Audio) | yes |
| Taylor Harrison | | | 10:00 AM | Audio Only | no |
| Rob Hoge | Johnson Health Tech North America, Inc. | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Patrick Holohan | | | 10:00 AM | Audio Only | no |
| Peter Hurwitz | Dundon Advisors | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Brya Michele Keilson | Morris James LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Peter P Knight | Katten Muchin | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |
| Jennifer Lappe | | | 10:00 AM | Audio Only | no |
| Dorothy Ma | | | 10:00 AM | Audio Only | no |

| Name | Firm | Party | Time | Mode | |
|---|---|---|---|---|---|
| Matthew P. Milana | Richards, Layton & Finger | Johnson Health Tech NA, Inc ( | 10:00 AM | Zoom(Video and Audio) | yes |
| Eric J. Monzo | Morris James LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Randall L. Morrison Jr. | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| PONNERI Natarajan | BHAGYAM EXPORTS | LIBERATED LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Austin Park | Morris Nichols Arsht & Tunnell | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |
| Manny Pearlman | Liberation Investment Grp | | 10:00 AM | Zoom(Video and Audio) | yes |
| Phil Popowitz | 96 N. 10th Street Holdings LLC | Official Committee of Unsecured Creditors | 10:00 AM | Audio Only | yes |
| Echo Qian | Morris Nichols Arsht & Tunnell | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |
| John Ramirez | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Jonathan Randles | | Bloomberg News | 10:00 AM | Audio Only | no |
| Thomas C. Shumaker, Jr. | GS FIT ILL-1 LLC | Official Committee of Unsecured Creditors | 10:00 AM | Audio Only | yes |
| Vince Sullivan | Law360 | | 10:00 AM | Audio Only | no |

| Name | Firm | Representing | Time | Appearance | Live |
|---|---|---|---|---|---|
| Nicole Toay | Johnson Health Tech North America, Inc. | Official Committee of Unsecured Creditors | 10:00 AM | Audio Only | yes |
| Keyashia M Willis | Barclay Damon | DLC and Various Landlords | 10:00 AM | Zoom(Video and Audio) | yes |
| Eric R. Wilson | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Alex Wittenberg | Law360 | | 10:00 AM | Audio Only | no |
| Becky Yerak | Wall Street Journal | News Corp | 10:00 AM | Audio Only | no |
| Emily Young | Epiq Corporate Restructuring, LLC | Epiq | 10:00 AM | Zoom(Video and Audio) | yes |
| David Zubkis | | | 10:00 AM | Audio Only | no |