IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BLINK HOLDINGS, INC., *et al.*, [1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-11686 (JKS) <br><br> (Jointly Administered) <br><br> Re: D.I. 361 |

**MOTION BY 5111 4TH AVE EQUITY REALTY FOR LEAVE TO FILE A LATE OBJECTION TO THE NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS**

5111 4th Ave Equity Realty ("Landlord"), by and through its undersigned attorneys, respectfully requests leave to file a late objection to the cure amounts set forth in the *Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Cure Amounts* [D.I. 361] (the "Cure Notice"), and respectfully states as follows:

1. The Debtors filed and served the Cure Notice on September 12, 2024. Responses were due September 26, 2024 at 4:00 p.m. The proposed cure amount was set at $17,076.61.

2. Initially, Landlord reviewed the Cure Notice and found the proposed cure amount substantially consistent with its records. At least there was no substantial difference to warrant engaging an attorney to object to the Debtor's purposed cure amount.

3. Subsequently, Landlord reviewed additional records revealing a more significant cure amount owed. Landlord's records reflect that the correct cure amount is $95,325.33 (the "Cure Amount"). Upon this discovery, the Landlord retained counsel to file the present Cure Objection (the "Objection").

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

{00040719. }

4. Landlord, through its attorneys, immediately sent by email to Debtor's counsel all business records supporting the Cure Amount and requested that Landlord be permitted to file a Cure Objection to protect Landlord's right to assert the correct Cure Amount on the record. Debtor has been working with its client to reconcile the asserted Cure Amount. Although Debtor has not affirmatively agreed to allow a late filed Cure Objection, and reserves all rights, Landlord files this Motion and the proposed Cure Objection to protect the record and Landlord's rights. There appears to be sufficient time between the date this Motion is filed and the date of the proposed assumption and assignment to work through the process of reconciliation.

5. Landlord is filing its Objection to the cure amount as set forth in the Cure Notice (the "Cure Objection") as in **Exhibit B** contemporaneously with this motion.

6. Landlord does not believe that the Debtors or other parties in interest will be prejudiced by the late filing of the Cure Objection.

**WHEREFORE**, Landlord respectfully requests that this Court grant leave for the late filing of the Cure Objection, enter an order substantially in the form of the proposed order attached hereto in **Exhibit A,** and grant such other and further relief as is just and reasonable.

Date: February 7, 2025
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

/s/ Frederick B. Rosner
Frederick B. Rosner, Esq. (DE #3995)
Chan (Cora) Dong (DE #7393)
824 Market Street, Suite 810
Wilmington, DE 19801
302-777-1111
rosner@teamrosner.com
dong@teamrosner.com

*Counsel for Landlord*

{00040719. }