**Exhibit B**

(Cure Objection)

{00040719. }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>Re: D.I. 361 |

**LIMITED OBJECTION OF 5111 4TH AVE EQUITY REALTY TO DEBTORS' NOTICE OF ASSUMPTION OF LEASE/EXECUTORY CONTRACT - NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS**

5111 4th Ave Equity Realty (the "Landlord"), by and through its undersigned counsel, submits this Limited Objection (the "Objection") to the *Debtors' Notice of Assumption of Lease/Executory Contract - Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [D.I. 361] (the "Cure Notice") filed by the above-captioned Debtors (collectively, the "Debtors"). In support of its Objection, Landlord respectfully states as follows:

**RELEVANT BACKGROUND**

1. Landlord and Debtor Blink Sunset Park, Inc. (the "Tenant") are parties to a lease agreement (as amended, the "Lease") dated August 25, 2016, for the property located at 5109-5111 Fourth Avenue, Brooklyn, New York 11220. (the "Premises").[2]

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

[2] A copy of the Lease will be provided to parties in interest upon written request therefor.

{00040719. }

2. The Cure Notice provides that the Proposed Cure Amount is $17,076.61. Landlord disputes this amount.

3. The Lease provides that Tenant shall pay Landlord, without limitation, the following amounts:

    (i) Base Rent;

    (ii) Additional Rent;

    (iii) Taxes.

4. Tenant defaulted pre-petition on its obligations under the Lease by, *inter alia*, failing to make the rent payment due on August 1, 2024 and the Taxes due under the Lease. As of the date hereof, the total amount of unpaid obligations is not less than **$95,325.33** (not including attorneys' fees). A spreadsheet setting forth the amounts owed to date is attached hereto as **Exhibit 1** (Landlord reserves the right to amend the Cure Amount through the effective date of the proposed assumption and assignment, the "Cure Amount").

## CURE OBJECTION

5. The Bankruptcy Code requires that all payments due and owing under the Lease be cured prior to assumption of the Lease. Accordingly, any Order establishing a cure amount in connection with the assumption or assumption and assignment of the Lease must expressly provide for payment in full of all amounts due and owing under the Lease at the time of assumption, as well as the cure of any nonmonetary defaults, to the extent they can be cured.

6. As noted, Landlord objects to the Proposed Cure Amount. To date, the total liquidated amount of all obligations due and owing necessary to cure pecuniary defaults under the Lease is not less than **$95,325.33** (not including attorneys' fees). *See* **Exhibit 1**.

{00040719. }

7. The Proposed Cure Amount also does not reflect Debtors' continuing obligations to pay post-petition rent and other Lease obligations that will accrue under the Lease through the effective date of assumption of the Lease, that are not yet fixed or due.

8. The Proposed Cure Amount also does not take into account Landlord's attorneys' fees relating to its efforts to protect its rights and interests under the Lease, which are provided for under the Lease and applicable law. *See In re Crown Books Co.,* 269 B.R. 12, 15 (Bankr. D. Del. 2001) (attorneys' fees are recoverable as part of a cure claim if the lease specifically so provides); *Elkton Assocs. v. Shelco, Inc.*, 107 B.R. 483, 487 (Bankr. Del. 1989). A statement of Landlord's attorneys' fees will be provided in connection with the assumption and assignment.

## RESERVATION OF RIGHTS

9. Landlord expressly reserves the right to update the asserted Cure Amount, together with other Lease obligations (including attorneys' fees and cost to the extent provided in the Lease) that will accrue or be incurred under the Lease that are not yet fixed or due, through the effective date of any assumption or assumption and assignment of the Lease.

**WHEREFORE**, Landlord respectfully requests that the Court enter an order (i) denying the proposed assumption and assignment of the Lease absent payment in full of the Cure Amount and (ii) grant Landlord such other and further relief as the Court deems just and proper.

Dated: February 7, 2025
Wilmington, Delaware

Respectfully Submitted,

**THE ROSNER LAW GROUP LLC**

/s/ *Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
Chan (Cora) Dong (DE #7393)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
dong@teamrosner.com

{00040719. }

*Attorneys for Landlord*

{00040719. }

*Attorneys for Landlord*

## **EXHIBIT 1**

**(Cure Amount Calculations)**

| | |
|---|---|
| August 2024 Rent Balance | $ 17,076.61 |
| August 2024 Late Fee (4%) | $ 1,925.00 |
| Jul 2022 - Jun 2023 RE Taxes | $ 19,980.16 |
| Jul 2023 - Jun 2024 RE Taxes | $ 24,247.36 |
| Jul 2024 - Jun 2025 RE Taxes | $ 32,096.20 |
| Total | $ 95,325.33 |