# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 158 |

### NOTICE OF FILING OF STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS FOR THE PERIOD FROM AUGUST 12, 2024 THROUGH AND INCLUDING JANUARY 31, 2025

**PLEASE TAKE NOTICE** that, pursuant to the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 158] (the "**OCP Order**"),[2] the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby submit this statement of amounts paid to ordinary course professionals (each, an "**OCP**," and collectively, the "**OCPs**") for professional services rendered to the Debtors during the period from August 12, 2024 through and including October 31, 2024 (the "**First Fee Period**") and the period from November 1, 2024 through and including January 31, 2025 (the "**Second Fee Period**").

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A**, is a statement of the aggregate amounts paid to OCPs as compensation for services rendered and reimbursement

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the OCP Order.

of expenses incurred by each OCP during the First Fee Period and the Second Fee Period, along with a general description of the services rendered by each OCP (the "**OCP Statement**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to amend or supplement the OCP Statement, as may be deemed necessary by the Debtors in their sole discretion.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 7, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  mnestor@ycst.com<br>　　　　sgreecher@ycst.com<br>　　　　amielke@ycst.com<br>　　　　tpowell@ycst.com<br>　　　　rlamb@ycst.com<br>　　　　bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

**EXHIBIT A**

| OCP PAYMENTS FOR SERVICES PROVIDED FROM 8/12/2024 – 1/31/2025 | | | |
|---|---|---|---|
| **OCP** | **Aggregate Amount Paid During First Fee Period** | **Aggregate Amount Paid During Second Fee Period** | **Description of Services Provided** |
| Axinn, Veltrop & Harkrider LLP | $0 | $172,218.50 | Legal Services – Regulatory Counsel |
| DLA Piper LLP (US) | $0 | $0 | Legal Services – Trademarks & IP |
| FTI Consulting (SC) Inc. | $128,757.00 | $145,658.25 | Public Relations Services |
| Hunton Andrews Kurth LLP | $0 | $0 | Legal Services – Regulatory and Compliance Counsel |
| Littler Mendelson, P.C. | $2,432.37 | $2,826.25 | Legal Services – Employment Counsel |
| Plave Koch PLC | $0 | $0 | Legal Services – Franchise Counsel |
| ZwillGen PLLC | $1,610.00 | $49,306.00 | Legal Services – Regulatory and Compliance Counsel |