## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 5, 2025 at 4:00 p.m. (ET)** |

### NOTICE OF THIRD MONTHLY FEE APPLICATION OF KELLEY DRYE & WARREN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS LEAD COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH AND INCLUDING NOVEMBER 30, 2024

**PLEASE TAKE NOTICE** that on February 12, 2025, Kelley Drye & Warren LLP ("Kelley Drye") filed its *Third Monthly Fee Application for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2024 Through and Including November 30, 2024* (the "Third Application").

**PLEASE TAKE FURTHER NOTICE** that objections to the Third Application, if any, must be filed with the Clerk of the Bankruptcy Court and be served upon the Application Recipients as defined in the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* (the "Interim Compensation Order")[1] so as to be received no later than **4:00 p.m. (prevailing Eastern Time) on March 5, 2025** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Third Application are filed, a hearing on the Third Application will be held before the Honorable J. Kate

---

[1]    Docket No. 162.

Stickles at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware, 19801, at a date and time convenient to the Court.

**PLEASE TAKE FURTHER NOTICE** that Kelley Drye is seeking interim allowance, but not payment, of its fees and expenses at this time, and the firm will only seek payment pursuant to its final fee application to be filed in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND ACCORDING TO THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE THIRD APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 12, 2025

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
        bkeilson@morrisjames.com
        scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
        kelliott@kelleydrye.com
        abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*

2