**<u>EXHIBIT A</u>**

**November Time**

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| --- | --- | --- |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920760

| 030319 | Blink Committee |
| 0001 | Case Administration |

## Account Summary And Remittance Form

| Legal Services: | $1,539.00 |
| --- | --- |
| Disbursements and Other Charges: | $11,413.15 |

**Total Amount Due:**                                     **$12,952.15**

## Terms: Payment Due on or Before   February 12, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▆▆▆▆▆
**SWIFT CODE:** ▆▆▆▆▆
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▆▆▆▆▆
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920760

Client   030319
Matter 0001   Case Administration

Attorney: 05395                                                         Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 11/01/24 | Updates to the team calendar (.2) and task list (.1). | JC | 0.30 | $186.00 |
| 11/04/24 | Conference all with P. Hurwitz (DA) regarding next steps. | ERW | 0.20 | 234.00 |
| 11/04/24 | Downloaded production zip file (.2); uploaded the production to KLD (.2); created saved search for the case teams review (.6). | CA | 1.00 | 400.00 |
| 11/05/24 | Email B. Hackman (UST) regarding MotionSoft resignation. | KSE | 0.10 | 99.00 |
| 11/05/24 | Updates to committee attendance sheet (.2) and contact list (.1). | JC | 0.30 | 186.00 |
| 11/05/24 | Review of amended notice of creditor committee. | JC | 0.10 | 62.00 |
| 11/07/24 | Update to team calendar (.1) and task list (.1). | JC | 0.20 | 124.00 |
| 11/08/24 | Updates to team calendar (.2) and task list (.1). | JC | 0.30 | 186.00 |
| 11/27/24 | Update the team calendar. | JC | 0.10 | 62.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0001
January 13, 2025
Page  2

---

Total Services for this Matter:                                          1,539.00

**Other Charges:**

| | |
|---|---:|
| Color Duplication | $0.25 |
| Duplication | 268.10 |
| Courier | 272.80 |
| Local Travel | 562.34 |
| Long Distance Travel | 188.00 |
| Transcriptions | 7,327.50 |
| Cab Service | 260.39 |
| Meals | 1,270.65 |
| Binding | 4.00 |
| Lodging | 609.00 |
| Westlaw Research | 573.72 |
| Lexis Research | 9.10 |
| Parking | 67.30 |

Total Other Charges for this Matter:                              11,413.15

Total this Invoice                                                      $12,952.15

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <span>AFFILIATE   OFFICE:</span> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0001
January 13, 2025
Page  3

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| CA | Arellano, Christopher | 1.00 | 400.00 | $400.00 |
| ERW | Wilson, Eric | 0.20 | 1,170.00 | 234.00 |
| JC | Churchill, John | 1.30 | 620.00 | 806.00 |
| KSE | Elliott, Kristin S | 0.10 | 990.00 | 99.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME: KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920761

030319       Blink Committee
0002          Pleadings Review

## Account Summary And Remittance Form

Legal Services:                                                              $2,764.00

Disbursements and Other Charges:                                  $0.00

**Total Amount Due:**                                                **$2,764.00**

## Terms: Payment Due on or Before   February 12, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▆▆▆▆▆▆
**SWIFT CODE:** ▆▆▆▆▆▆▆
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▆▆▆▆
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920761

Client   030319
Matter 0002   Pleadings Review

Attorney: 05395                                                                                      Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/01/24 | Analysis of landlord objection to assumption. | JC | 0.20 | $124.00 |
| 11/08/24 | Review motion to extend 365(d)(4) deadline and removal period (.5); review docket for filed pleadings including compensation report filed by Portage and other certificates (.2). | CC | 0.70 | 483.00 |
| 11/08/24 | Review of motion to extend time to remove actions (.2) and motion to extend time to assume or reject leases (.2). | JC | 0.40 | 248.00 |
| 11/08/24 | Review and revise insurance premium stipulation (.1); call Dundon and email debtors' counsel regarding same (.1). | KSE | 0.20 | 198.00 |
| 11/11/24 | Emails with J. Churchill and K. Elliott (both KDW) regarding rejection exension motion. | ERW | 0.20 | 234.00 |
| 11/11/24 | Review docket (.2) and update KDW team calendar (.2). | GCK | 0.40 | 150.00 |
| 11/12/24 | Review certificates of counsel filed (.1) and circulate same to J. Churchill (KDW) (.1). | GCK | 0.20 | 75.00 |
| 11/14/24 | Emails with E. Wilson and K. Elliott (both KDW) regarding Williams stay relief motion. | JC | 0.10 | 62.00 |
| 11/14/24 | Email with J. Churchill (KDW) regarding stay | KSE | 0.10 | 99.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0002
January 13, 2025
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | relief motion. | | | |
| 11/15/24 | Review (.1) proposed stay relief stipulation regarding real estate advisor retainer; email with debtors' counsel regarding same (.1). | KSE | 0.20 | 198.00 |
| 11/19/24 | Review docket for upcoming hearing dates/objection deadlines (.4); add same to KDW team calendar (.4). | GCK | 0.80 | 300.00 |
| 11/26/24 | Review orders approving extensions of 365(d)(4) deadline and removal deadline (.2); review rejection notice (.1). | CC | 0.30 | 207.00 |
| 11/26/24 | Analysis of third lease rejection motion for impact. | JC | 0.40 | 248.00 |
| 11/27/24 | Review docket for filed notices and exclusivity extension motion. | CC | 0.20 | 138.00 |
| Total Services for this Matter: | | | | 2,764.00 |
| Total this Invoice | | | | $2,764.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0002
January 13, 2025
Page  3

---

| <u>Tkpr</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| CC | Choe, Connie | 1.20 | 690.00 | $828.00 |
| ERW | Wilson, Eric | 0.20 | 1,170.00 | 234.00 |
| GCK | Karnick, Gina C | 1.40 | 375.00 | 525.00 |
| JC | Churchill, John | 1.10 | 620.00 | 682.00 |
| KSE | Elliott, Kristin S | 0.50 | 990.00 | 495.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

<u>ABA #</u>

<u>SWIFT CODE:</u>

<u>ACCOUNT NAME:</u>KELLEY DRYE & WARREN LLP

<u>ACCOUNT #</u>

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920762

030319       Blink Committee
0003         Retention Matters

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $545.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$545.00** |

### Terms: Payment Due on or Before   February 12, 2025

### Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▋▋▋▋
**SWIFT CODE:** ▋▋▋▋▋
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▋▋
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920762

Client   030319
Matter 0003   Retention Matters

Attorney: 05395                                                        Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/05/24 | Review of Moelis second supplemental declaration ISO retention. | JC | 0.20 | $124.00 |
| 11/05/24 | Emails regarding supplemental conflicts checks. | KSE | 0.30 | 297.00 |
| 11/12/24 | Review of supplemental OCP list. | JC | 0.20 | 124.00 |
| | Total Services for this Matter: | | | 545.00 |
| | Total this Invoice | | | $545.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| --- | --- | --- |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0003
January 13, 2025
Page  2

---

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| JC | Churchill, John | 0.40 | 620.00 | $248.00 |
| KSE | Elliott, Kristin S | 0.30 | 990.00 | 297.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920763

030319          Blink Committee
0004            Fee Matters

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $14,925.50 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$14,925.50** |

### Terms: Payment Due on or Before   February 12, 2025

### Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▇▇▇▇▇
**SWIFT CODE:** ▇▇▇▇▇▇
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▇▇▇▇
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920763

Client   030319
Matter 0004    Fee Matters

Attorney: 05395                                                                                  Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 11/11/24 | Draft second monthly fee statement for October document. | JC | 0.50 | $310.00 |
| 11/11/24 | Email C. Choe and J. Churchill (KDW) regarding preparation of October fee statement. | KSE | 0.10 | 99.00 |
| 11/12/24 | Emails with K. Elliott (KDW) regarding October monthly fee application (.1); confer with J. Churchill (KDW) regarding invoices (.2). | CC | 0.30 | 207.00 |
| 11/12/24 | Updates to fee application narrative based on October prebills (2.1); call with C. Choe (KDW) to discuss next steps on fee application (.2). | JC | 2.30 | 1426.00 |
| 11/12/24 | Review monthly pre-bills for the month of October (1.2) and prepare charts for monthly fee statement (2.1). | GCK | 3.30 | 1237.50 |
| 11/13/24 | Further updates to fee application narrative based on October prebills (2.1); initial review of fee worksheet (.2). | JC | 2.30 | 1426.00 |
| 11/13/24 | Review October prebills preparatory to November statement for reasonableness. | ERW | 0.60 | 702.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
January 13, 2025
Page  2

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/13/24 | Update KDW fee application chart. | GCK | 0.90 | 337.50 |
| 11/14/24 | Revise and edit KDW fee application chart for October. | GCK | 1.20 | 450.00 |
| 11/14/24 | Emails with C. Choe (KDW) regarding fee statement narratives (.2); brief review of prebills against fee worksheet (.3). meeting with C. Choe (KDW) on status of pre-bills (.1); updates to Oct (2nd Monthly) fee application (1.2). | JC | 1.80 | 1116.00 |
| 11/14/24 | Review prebill invoices for preparation of October monthly fee application (1.0); review and revise narratives relating to same (1.9); emails with J. Churchill (KDW) regarding same (.2). | CC | 3.10 | 2139.00 |
| 11/15/24 | Review draft October fee statement (.6); provide my initial comments to C. Choe (KDW) (.1). | KSE | 0.70 | 693.00 |
| 11/15/24 | Further revise October monthly fee application per K. Elliott (KDW) comments. | CC | 0.50 | 345.00 |
| 11/18/24 | Review of Moelis October fee statement. | JC | 0.20 | 124.00 |
| 11/18/24 | Call L. Rooney (Dundon) regarding preparation of fee analysis (.1); begin to review (.4) and revise (.7) narrative portions of second monthly fee application. | KSE | 1.20 | 1188.00 |
| 11/19/24 | Analyze Dundon fee breakdown (.1); email L. Rooney (Dundon) with additional information to incorporate into same (.1). | KSE | 0.20 | 198.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
January 13, 2025
Page 3

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/21/24 | Analysis of Varagon reservation of rights regarding KDW September fee statement (.3) and debtors objection (.3). | JC | 0.60 | 372.00 |
| 11/21/24 | Review objections/reservations of rights regarding KDW fee statement (.1); confer with E. Wilson (KDW) (.1) and A. Barajas (KDW) (.1) regarding same. | KSE | 0.30 | 297.00 |
| 11/21/24 | Review objection and reservation of rights to KDW's monthly fee application (.1); confer with A. Barajas (KDW) regarding same (.1). | CC | 0.20 | 138.00 |
| 11/21/24 | Review Varagon's reservation of rights to KDW's September fee application (.1); review debtors' objection to KDW's September fee application (.1); call with K. Elliott (KDW) regarding Varagon and debtor's objections to KDW's September fee application (.1) and drafting KDW's October application (.1). | AB | 0.40 | 310.00 |
| 11/21/24 | Review Varagon (.1), debtors' reservation of rights (.1) regarding fees; confer with K. Elliott (KDW) regarding same (.1). | ERW | 0.30 | 351.00 |
| 11/22/24 | Review emails and documents relating to KDW's discovery and investigations for narratives in KDW's October fee application (.6); edit and draft KDW's October fee application (.8). | AB | 1.40 | 1085.00 |
| 11/25/24 | Review (.1) and revise (.1) CNO for KDW first monthly fee application; email with Morris | KSE | 0.30 | 297.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
January 13, 2025
Page  4

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | James regarding same (.1). | | | |
| 11/26/24 | Diligence for potential response to debtors' and Varagon objections to KDW fee statement. | AB | 0.10 | 77.50 |
| Total Services for this Matter: | | | | 14,925.50 |
| Total this Invoice | | | | $14,925.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
January 13, 2025
Page  5

| <u>Tkpr</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| AB | Barajas, Andres | 1.90 | 775.00 | $1,472.50 |
| CC | Choe, Connie | 4.10 | 690.00 | 2,829.00 |
| ERW | Wilson, Eric | 0.90 | 1,170.00 | 1,053.00 |
| GCK | Karnick, Gina C | 5.40 | 375.00 | 2,025.00 |
| JC | Churchill, John | 7.70 | 620.00 | 4,774.00 |
| KSE | Elliott, Kristin S | 2.80 | 990.00 | 2,772.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

<u>ABA #</u>█████

<u>SWIFT CODE:</u>█████

<u>ACCOUNT NAME:</u>KELLEY DRYE & WARREN LLP

<u>ACCOUNT #</u>█████

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920764

030319        Blink Committee
0005          Financing

## Account Summary And Remittance Form

Legal Services:                                              $3,444.00

Disbursements and Other Charges:                             $0.00

**Total Amount Due:**                                        **$3,444.00**

**Terms: Payment Due on or Before   February 12, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:**   JP MORGAN CHASE, N.A.

**ABA #:**

**SWIFT CODE:**

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:**

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920764

Client   030319
Matter 0005   Financing

---

Attorney: 05395                                                                 Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/02/24 | Emails to UCC professionals regarding fee estimates. | CC | 0.10 | $69.00 |
| 11/04/24 | Reminder email to UCC professionals regarding fee reporting (.1); call with L. Rooney (FA) regarding same (.1); emails with D. Depta (MJ) regarding same (.1); update fee reporting chart (.2); draft email report to debtors (.2). | CC | 0.70 | 483.00 |
| 11/10/24 | Emails to committee professionals regarding running fees and estimates. | CC | 0.10 | 69.00 |
| 11/11/24 | Emails with committee professionals regarding running fees and estimates (.2); update tracker based on UCC professional fees (.2); draft email to debtors regarding same (.1). | CC | 0.50 | 345.00 |
| 11/12/24 | Review debtors' fee estimate (.1); compare to UCC estimate (.2); email E. Wilson (KDW) to prepare DIP order fee estimate (.1). | KSE | 0.40 | 396.00 |
| 11/12/24 | Review debtor professional fee estimates (.1)l update chart for fee reporting requirements pursuant to the DIP order (.1). | CC | 0.20 | 138.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0005
January 13, 2025
Page  2

_____

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/18/24 | Emails with Morris James and Dundon regarding fee and financial reporting pursuant to DIP order (.2); update fee tracker (.2); draft fee reporting email to debtors' counsel (.2); call with L. Rooney (Dundon) regarding professional fees and budgeting (.4). | CC | 1.00 | 690.00 |
| 11/18/24 | Review (.1) and revise/send (.1) weekly fee estimate under DIP order. | KSE | 0.20 | 198.00 |
| 11/19/24 | Call with L. Rooney (Dundon) regarding professional fees and related analysis (.2); emails regarding same (.1). | CC | 0.30 | 207.00 |
| 11/25/24 | Emails with Morris James and Dundon regarding fee estimates (.2); update fee reporting chart and draft email to debtors' counsel (.2); emails to accounting regarding KDW fees (.1). | CC | 0.50 | 345.00 |
| 11/26/24 | Calls and emails with K. Elliott (KDW) regarding fee estimates and reports (.2); update fee reporting chart to reflect changes (.1). | CC | 0.30 | 207.00 |
| 11/26/24 | Prepare/submit weekly DIP fee estimate (.2); confer with E. Wilson and C. Choe (both KDW) regarding   same (.1). | KSE | 0.30 | 297.00 |
| Total Services for this Matter: | | | | 3,444.00 |
| Total this Invoice | | | | $3,444.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0005
January 13, 2025
Page  3

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| CC | Choe, Connie | 3.70 | 690.00 | $2,553.00 |
| KSE | Elliott, Kristin S | 0.90 | 990.00 | 891.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME: KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920773

030319        Blink Committee
0006          Asset Analysis and Disposition

## Account Summary And Remittance Form

Legal Services:                                                      $174,924.00

Disbursements and Other Charges:                                          $0.00

**Total Amount Due:**                                            <u>**$174,924.00**</u>

## Terms: Payment Due on or Before   February 12, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:**   JP MORGAN CHASE, N.A.

**ABA #:**   ▉▉▉▉▉

**SWIFT CODE:** ▉▉▉▉▉

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:** ▉▉▉▉▉

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920773

Client   030319
Matter 0006   Asset Analysis and Disposition

Attorney: 05395                                                                 Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 11/01/24 | Attend Shenker deposition (5.2); follow up with E. Wilson (KDW) regarding same (.2); calls with E. Wilson to discuss revised Supreme Fit bid (.3); call with S. Greecher (YCST) regarding committee's supplemental objection (.2); email YCST regarding same (.1); call with R. Gage (KDW) regarding whether documents can replace his oral testimony at sale hearing (.2); review landlord adequate assurance objection regarding PureGym (.2); review blackline of final PureGym APA (.3); review (.2) and revise (.3) supplemental objection based on SF bid; calls with E. Wilson and A. Barajas (both KDW) to finalize (.4); call with E. Wilson and Dundon to analyze recoveries if SF breaches and stalking horse APA stands (.5). | KSE | 8.10 | $8019.00 |
| 11/01/24 | Preparation for deposition of S. Shenker with W. Gyves and K. Elliott (all KDW) (.5); attend deposition of S. Shenker (4.8); strategize next | SAC | 6.50 | 5037.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page 2

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | steps with W. Gyves and K. Elliott (.5); correspondence regarding deposition of W. Holden with KDW staff and Golkow Litigation Services (.7). | | | |
| 11/01/24 | Review of Varagon reply to committee objection to sale (.3); brief review of revised APA with blackline (.2). | JC | 0.50 | 310.00 |
| 11/01/24 | Call with E. Wilson (KDW) regarding Committee's supplemental sale objection (.1), draft supplemental objection (1.1); review auction transcript (.8), analyze competing bidders' revised bids (.7); emails with E. Wilson (KDW) regarding revisions (.3); call with R. Gage (KDW) regarding objection issues (.1); calls (2x) with S. Cerra (Morris James) regarding same (.3); review and analyze Successful Bidder's revised APA (.3); draft insert for supplemental sale objection (.4); prepare exhibits (.3); calls with E. Wilson and K. Elliott (both KDW) regarding supplemental sale objection (.4);   call with E. Wilson, K. Elliott (both KDW), P. Hurwitz, and L. Rooney (both Dundon) regarding competing bidder's revised bids (.5); review and analyze Varagon's reply to Committee sale objection (.4); draft email to K. Elliott (KDW) regarding same (.2); review and analyze Morris James's research | AB | 8.50 | 6587.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5305107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page  3

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | regarding standing for unsuccessful bidder (.3) and provide comments regarding same (.1); attend deposition (partial) of S. Shenker (Debtors' CRO) in connection with the sale (2.0); confer with R. Gage (KDW) regarding objection (.2). | | | |
| 11/01/24 | Review board minutes (1.1), correspondence (.7); deposition outline (.8); TSA documents (1.3) to prepare for and take (5.2) deposition of S. Shenker; review deposition outline (.3) and prepare for W. Holden deposition (.7). | WSG | 10.10 | 9443.50 |
| 11/01/24 | Emails to S. Cerra (MJ) regarding sale hearing preparation (.2); telephone conferences with A. Barajas (2x) (KDW) regarding supplemental sale objection (.3); telephone conference with K. Elliott (KDW) regarding declaration and potential deposition (.2); email discovery services regarding Varagon production (.3); review declaration and exhibits regarding potential deposition (.4); email K. Elliott (KDW) regarding same (.2). | RG | 1.60 | 1560.00 |
| 11/01/24 | Conference calls with M. Raab, J. Koevary (Olshan) (3x) (.9), P. Hurwitz and L. Rooney (both DA) (2x) (1.2), K. Elliott (.3) and A. Barajas (.4) (both KDW) (2x), P. Knight (KM) (2x) (.3) and D. Evans (KDW) (.3) regarding sale issues, Shenker deposition, Supreme | ERW | 7.30 | 8541.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page  4

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | proposal and objection; review and analyze Supreme correspondence, alternative proposals (.8); emails to Ohshan (.2), KDW (.4) and Dundon (.3) teams regarding same; review Dundon analysis of same (.3); review and revise various drafts of supplemental objection (1.3); emails with YC and Katten regarding Supreme bid, objection and extension (.4); review Varagon reply to sale objection (.2). | | | |
| 11/01/24 | Set up new Relativity database. | GM | 1.00 | 385.00 |
| 11/02/24 | Prepare and transfer data set to Relativity database for attorney review (.6); ensure creation of user accounts for review (1.9); confer with case team and KLD regarding status and timeline (.5). | AC | 3.00 | 1260.00 |
| 11/02/24 | Review and analyze alternative Supreme proposals (.8); correspondence from Olshan (.3) and Paul Hastings materials regarding HSR (.4); review A. Barajas (KDW) memo regarding PG APA, remnant assets and releases (.2); review and analyze Varagon reply (.2); cross-reference sale procedures, waterfall (.2); continue review of sale objection (.3), supplemental objection (.2). | ERW | 2.60 | 3042.00 |
| 11/02/24 | Discussion with K. Elliott (KDW) regarding HSR (1.1); call with Paul Hastings regarding substantive antitrust analysis (.4); review | DHE | 3.90 | 4056.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page  5

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | potential arguments for the hearing on the sale (.5); discussion with K. Elliott (KDW) regarding HSR analysis and the differences between the Purge Gym bids and the Planet Fitness bids (1.0); draft email regarding same (.9). | | | |
| 11/02/24 | Correspondence with Golkow Litigation Services and W. Gyves regarding final transcript of S. Shenker (.2); draft deficiency letter to Debtors regarding documents identified at deposition of S. Shenker (1.7); correspondence with W. Gyves regarding same (.2). | SAC | 2.10 | 1627.50 |
| 11/02/24 | Call with L. Rooney (Dundon) regarding Supreme bids (.3); analyze terms of Supreme bids (.7); emails with L. Rooney (Dundon) regarding same (.2); analyze HSR provisions of Successful Bidder's APA (.4); synthesize research regarding bidder standing (.3); review fact sections of sale objection for sale hearing (.9); edit Rooney declaration in support of sale objection (.7); email K. Elliott (KDW) regarding Successful Bid and competing bids (.2); draft outline regarding backup bid requirements (2.6); research case law and secondary sources regarding HSR Act and section 363 sales (1.4) and draft email to K. | AB | 8.40 | 6510.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page 6

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | Elliott (KDW) regarding same (.3); analyze debt documents for conditions to funding provisions relating to transition services agreement (.4). | | | |
| 11/02/24 | Update email to W. Gyves (KDW) on status of new SF bid and next steps for trial prep (.2); review D. Evans (KDW) HSR analysis of new SF bid (.2); analyze SF HSR materials (.4); internal emails regarding Varagon email production and follow up on Balick emails (.2); review A. Barajas (KDW) analysis of Varagon reply on DIP order points (.2); HSR call with D. Evans (KDW) and Paul Hastings (.4); follow up emails on HSR (.1); follow up calls (2x) with D. Evans regarding HSR (2.1); analyze HSR issues (1.4); emails with debtors and lenders regarding same (.3); review HSR research under section 363 (.3); confer with A. Barajas regarding same (.1); review updated risk analyses from Dundon (.3); call with L. Rooney (Dundon) to discuss (.8). | KSE | 7.00 | 6930.00 |
| 11/03/24 | Review (.2) and markup (.2) sale order language on 363(n); calls (2x) (.2) and email (.1) to A. Barajas (KDW) regarding same (.1); emails regarding open document requests from Shenker deposition (.2); call with W. Gyves (KDW) to prepare for Holden deposition (.3). | KSE | 1.30 | 1287.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page  7

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/03/24 | Review of third circuit case law on reopening auctions (.7); summarize same (.2); review of bid procedures concerning reopening of auction (.2); review case law beyond third circuit on reopening of action (1.5); summarize all findings (.4); perform further research based on cases provided by K. Elliott (KDW) (1.1). | JC | 4.10 | 2542.00 |
| 11/03/24 | Review and analyze deposition transcript of S. Shenker regarding document requests (.6); further edit letter regarding same (.4); correspondence with W. Gyves regarding letter and document requests (.3); begin reviewing documents produced by Varagon (1.3). | SAC | 2.60 | 2015.00 |
| 11/03/24 | Review (.4) and revise (.4) letter regarding requests for documents made at S. Shenker's deposition; review TSA correspondence (.8); background research on witness (1.1); TSA negotiation turns (2.1); work on deposition outline (3.1); other preparations (1.5) for W. Holden deposition; emails (.3) and telephone conference (.3) with KDW team regarding strategy for sale hearing and W. Holden deposition; prepare for (.1) and participate in telephone conference with Debtor's counsel regarding open issues regarding sale hearing (.2); review of Varagon late production for W. Holden deposition (1.9). | WSG | 12.20 | 11407.00 |

**KELLEY DRYE & WARREN LLP**                        FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page  8

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/03/24 | Emails to K. Elliott (KDW) regarding sale declarations and section 363(n) provisions (.1); edit sale order to incorporate K. Elliott's (KDW) comments (.3); emails with E. Wilson (KDW) regarding back-up bidder (.3); call with E. Wilson (KDW) and Supreme's counsel regarding bids (.8); follow up call with E. Wilson (KDW) regarding same (.5); edit Rooney declaration in support of sale (.7); emails with J. Churchill (KDW) regarding auction research (.1); call with L. Rooney (Dundon) regarding PureGym bid (.2); review second day hearing transcript for statements regarding bidder (.2); review and provide comments to J. Churchill (KDW) regarding auction research (.4); call with K. Elliott (KDW) regarding same (.1); research precedent case for pleadings regarding reopened auction (.4); email Committee member sale documents for deposition (.1); analyze terms of APA (.2); call with L. Rooney (Dundon) regarding APAs and declaration (.1); edit Rooney declaration to add APA analysis (.6); call with K. Elliott (KDW) regarding sale hearing (.2). | AB | 5.30 | 4107.50 |
| 11/03/24 | Respond to questions concerning indemnification and the interplay of Section 7, 7A and 7A(g)(2) (.5); discussions with K. | DHE | 0.60 | 624.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page 9

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | Elliott (KDW) regarding same (.1). | | | |
| 11/03/24 | Review bid order (.3), procedures (.6) and PG APA (.4) regarding back-up bid and auction conduct; review various Dundon waterfalls regarding holdback allocation (.6); conference call with A. Barajas (KDW) and Supreme counsel regarding bids (.8); follow-up call with A. Barajas (KDW) (.5); review and analyze Moelis score card (.3); review research regarding re-opening of auction, standard (.5); emails with KDW team and R. Hoge (JF) regarding depostion (.3). | ERW | 4.30 | 5031.00 |
| 11/03/24 | Communication with case team, KLD and Discover Services regarding processing and status of database (.6); troubleshoot issues with user accounts, including communications with case team and KLD (.6); send email with instructions to access Relativity (.9); data transfer to u:\drive and creation of cross-reference for manual review (.7); validate data processing outcomes and user accounts (.4). | AC | 3.20 | 1344.00 |
| 11/04/24 | R. Hoge witness prep in advance of his upcoming deposition (1.7); confer with K. Elliott (KDW) regarding same (.3). | RLM | 2.00 | 1790.00 |
| 11/04/24 | Make redactions for Rooney declaration (.4); emails with Morris James team regarding filing | AB | 8.00 | 6200.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page  10

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | of Rooney Declaration (.5); attend auction for debtors' outer market assets (.6); follow up call with L. Rooney (Dundon) regarding same (.1); prepare documents for deposition of W. Holden (.4); email Morris James regarding debtors' reply in support of sale motion (.1); edit draft Rooney declaration to incorporate L. Rooney (Dundon) comments (.2); confer with K. Elliott (KDW) (3x) regarding edits to Rooney declaration (.6); edit Rooney declaration to incorporate K. Elliott's (KDW) comments (.8); emails with L. Rooney (Dundon) regarding draft exhibit to Rooney declaration (.3); emails with C. Choe (KDW) regarding analysis of stalking horse APA (.3); confer with R. Gage (KDW) regarding preparation for sale hearing (.2); review debtors' reply in support of sale (.7); analyze Supreme bid APA for Motionsoft provision (.3) and email E. Wilson (KDW) regarding same (.1); call with Morris James regarding sale hearing preparation (.1); emails communications with L. Rooney (Dundon) regarding declaration exhibit (.6); make additional edits to Rooney declaration to incorporate E. Wilson's (KDW) comments (.8); calls with L. Rooney (Dundon) regarding Rooney declaration (.6); review revised | | | |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page  11

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | proposed sale order (.3). | | | |
| 11/04/24 | Conference call with S. Greecher (YC) regarding auction proceedings (.2); review Varagon reply to sale objection regarding holdback (.2); initial review of debtors' reply to objection to sale (.5); confer with K. Elliott (KDW) regarding same (.3); call with P. Hurwitz (DA) (.2), M. Nestor (YC) (.2) and P. Knight (KM) (.2); regarding PureGym bid; review Evans declaration (.2); confer with A. Barajas and K. Elliott (both KDW) (2x) regarding same (.8); review Moelis bid comparisons (.2); review PG APA termination breach provisions (.2), PF Motionsoft provisions (.2); emails with L. Rooney (DA) regarding last Supreme bid (.1); emails with A. Barajas (KDW) regarding Motionsoft issues (.2); conference calls with K. Elliott (KDW) regarding deposition, Equinox (.3); conference (.2) and emails (.2) with P. Knight (KM) regarding PG bid (.4). | ERW | 4.80 | 5616.00 |
| 11/04/24 | Assist W. Gyves (KDW) to prepare for W. Holden deposition (1.1); confer with R. Morrison (KDW) regarding defense of committee's 30(b)(6) depositions; email updates on outer market auctions (.3); attend Holden deposition (5.0); confer (2x) with A. | KSE | 8.50 | 8415.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page 12

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | Barajas and E. Wilson (both KDW) regarding Evans declaration, debtor reply (.8); confer with E. Wilson (KDW) regarding Equino (.3); review B. Balick emails produced by debtors (.8); confer with A. Barajas (KDW) regarding Rooney declaration (.2). | | | |
| 11/04/24 | Review different versions of stalking horse APA to determine provisions governing debtors obligations (.4); prepare follow-up emails regarding same to E. Wilson (KDW) regarding same (.3); follow-up emails regarding debtors' reply in support of sale (.3); prepare response (.2); review of debtors' reply in support of sale and response to UCC objection (.3); review sale-related exhibits and circulate (.2). | CC | 1.70 | 1173.00 |
| 11/04/24 | Review of debtors' reply ISO sale (.7); review of 3x notices of depositions (.3). | JC | 1.00 | 620.00 |
| 11/04/24 | Strategize for deposition of W. Holden with W. Gyves (.4); attend deposition of W. Holden (5.1); correspondence with KDW staff and Golkow Litigation Services regarding transcript exhibit preparation for deposition of S. Shenker and W. Holden (.9); review and analyze deposition exhibits and rough transcript of W. Holden (.7); draft letter to Equinox regarding document requests made at deposition of W. Holden (.4); correspondence | SAC | 7.60 | 5890.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page  13

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | with W. Gyves regarding same (.1). | | | |
| 11/04/24 | Analyze key documents from Varagon late production (3.1); confer with S. Carroll (KDW) regarding same (.4); revise deposition outline regarding same (2.7); prepare exhibits for deposition (.5); take (5.1) deposition of W. Holden; outline notes for strategy (.7) and prepare R. Hoge (UCC chairperson) for 30(b)(6) deposition (1.1). | WSG | 13.60 | 12716.00 |
| 11/05/24 | Review proposed revised sale order (.3); email E. Wilson (KDW) regarding impact on 363(n) claims (.1); review Moelis supplemental disclosure re: PureGym connections (.2); emails regarding same (.1). | KSE | 0.70 | 693.00 |
| 11/05/24 | Further analyze arguments with respect to sale objection (.5); help in preparation for arguments related to sale hearing (.6); emails with A. Barajas (KDW) regarding same (.4); | CC | 1.50 | 1035.00 |
| 11/05/24 | Emails with A. Barajas (KDW) on cases for reopening auctions (.2); call with A. Barajas to discuss case summaries (.1); summarize the following cases: Sunland (.8), Payless Cashways (.8) and Polaion (1.0); brief review of Lotemd Fit APA (.2) and sale order (.2); review of Wood declaration ISO sale (.3); updates to case summaries based on A. Barajas (KDW) feedback (.3); review of Motionsoft | JC | 4.30 | 2666.00 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page  14

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | supplemental objection to sale (.2); review of blackline to further revised sale order (.2). | | | |
| 11/05/24 | Respond to questions regarding HSR reportability. | DHE | 0.20 | 208.00 |
| 11/05/24 | Coordinate extraction of exhibits from deposition of W. Holden (.4); correspondence with R. Gage (KDW) regarding exhibits to the S. Shenker deposition (.1). | SAC | 0.50 | 387.50 |
| 11/05/24 | Review debtor's reply to sales objection. | WSG | 0.80 | 748.00 |
| 11/05/24 | Email R. Morrison regarding deposition (.1) attend deposition L. Rooney (Dundon) preparation with R. Gage (KDW) (1.9); attend L. Rooney deposition (3.0); attend R. Hoge deposition (2.3); confer with J. Churchill (KDW) regarding debtors' document production (.1); analyze PureGym APA provisions to determine deposit refund terms (.7); review Varagon's email production (.4); email C. Choe (KDW) regarding 363(n) research (.1); confer with R. Gage (KDW) regarding deposition exhibit designations (.3); email R. Hoge (Committee member) regarding his deposition (.1); review S. Shenker deposition for exhibit designations (.6); email J. Churchill (KDW) regarding reopening auction cases (.2); edit J. Churchill's (KDW) case summary regarding same (.5). | AB | 10.30 | 7982.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page  15

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/05/24 | Review Supreme statement (.1); conference call with J. Koevary (Olshan) regarding Supreme proposal (.2); emails with K. Elliott and D. Evans (both KDW) regarding HSR issues (.3); review debtors' reply, investigation summary (.6); review Wood declaration (.1); review Motionsoft supplemental objection (.2); initial review of revised sale order, Equinox reserve (.2); review Golden deposition transcript (.2). | ERW | 1.90 | 2223.00 |
| 11/05/24 | Prepare for (1.3) and defend (3.7) R. Hoge depositio. | RLM | 5.00 | 4475.00 |
| 11/05/24 | Preparation with L. Rooney (Dundon) and A. Barajas (KDW) regarding deposition (1.8); revise deposition designations for Holden (1.1); attend and defend L. Rooney deposition (3.7); prepare for Rooney deposition (1.2); Telephone conferences with A. Barajas (KDW) regarding Rooney deposition (.3). | RG | 8.10 | 7897.50 |
| 11/06/24 | Calls with J. Koevary, et al. (Olshan) (.2), HSR counsel and K. Elliott (KDW) (.4) regarding revised Supreme proposal, HSR issues; review and analyze revised Supreme bid (.3); review Motionsoft preliminary (.1) and final (.1) objections. | ERW | 1.10 | 1287.00 |
| 11/08/24 | Review and provide comments to draft revised order for motion to seal Committee's sale | AB | 0.20 | 155.00 |

**KELLEY DRYE & WARREN LLP**          FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page  16

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | objection. | | | |
| 11/08/24 | Emails with K. Elliott and A. Barajas (both KDW) regarding outermarket sales. | ERW | 0.20 | 234.00 |
| 11/11/24 | Review transcript of sale hearing (.7); review (1.9) and revise (1.7) final sale order; discuss required changes with E. Wilson (KDW) (.1). | KSE | 4.40 | 4356.00 |
| 11/11/24 | Emails with E. Wilson and K. Elliott (both KDW) regarding designation rights period under the APA (.2); emails with K. Elliott (KDW) regarding stalking horse order (.2). | JC | 0.40 | 248.00 |
| 11/12/24 | Confer with E. Wilson (KDW) regarding next strategic steps based of possible sale motion rulings (.4); review further revised proposed sale order (.3); review (.2) and revise (.3) escrow provision; email with C. Choe (KDW) regarding transcript discussion of same (.2); review transcript excerpts (.2); email recommended changes to E. Wilson (.1). | KSE | 1.70 | 1683.00 |
| 11/12/24 | Brief review of second revised proposed sale order. | JC | 0.20 | 124.00 |
| 11/12/24 | Review sale hearing transcript for determination on sale proceeds and related escrow for mark-up of sale order. | CC | 0.70 | 483.00 |
| 11/12/24 | Review revised sale order (.2); confer (.4) email (.1) to K. Elliott (KDW) regarding same. | ERW | 0.70 | 819.00 |
| 11/13/24 | Review revised sale order (.2); confer (.2) and emails (.1) with K. Elliott (KDW) regarding | ERW | 0.50 | 585.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page  17

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | same. | | | |
| 11/13/24 | Review certification of counsel and sale order and provide instruction to J. Churchill (KDW) regarding same. | CC | 0.20 | 138.00 |
| 11/13/24 | Confer with E. Wilson (KDW) regarding escrow language for sale order (.2); email with debtors' counsel regarding same (.2). | KSE | 0.40 | 396.00 |
| 11/13/24 | Review of filed sale order. | JC | 0.20 | 124.00 |
| 11/18/24 | Review precedent escrow agreements (.2); review and provide comments to debtors' draft escrow agreement (.7); draft email to K. Elliott (KDW) regarding same (.2). | AB | 1.10 | 852.50 |
| 11/19/24 | Review (.1) and revise (.2) comments to proposed escrow agreement; email A. Barajas (KDW) regarding same (.2). | KSE | 0.50 | 495.00 |
| 11/19/24 | Emails with K. Elliott (KDW) regarding committee comments to escrow agreement (.3); edit committee comments to escrow agreement to incorporate K. Elliott's comments (.3); email committee comments to debtors (.1). | AB | 0.70 | 542.50 |
| Total Services for this Matter: | | | | 174,924.00 |
| Total this Invoice | | | | $174,924.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 13, 2025
Page  18

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|------------|-------|------|--------|
| AB | Barajas, Andres | 42.50 | 775.00 | $32,937.50 |
| AC | Carter-Anderson, Angela | 6.20 | 420.00 | 2,604.00 |
| CC | Choe, Connie | 4.10 | 690.00 | 2,829.00 |
| DHE | Evans, David | 4.70 | 1,040.00 | 4,888.00 |
| ERW | Wilson, Eric | 23.40 | 1,170.00 | 27,378.00 |
| GM | Mathieu, Gary | 1.00 | 385.00 | 385.00 |
| JC | Churchill, John | 10.70 | 620.00 | 6,634.00 |
| KSE | Elliott, Kristin S | 32.60 | 990.00 | 32,274.00 |
| RG | Gage, Rich | 9.70 | 975.00 | 9,457.50 |
| RLM | Morrison Jr., Randall | 7.00 | 895.00 | 6,265.00 |
| SAC | Carroll, Stephanie A | 19.30 | 775.00 | 14,957.50 |
| WSG | Gyves, William | 36.70 | 935.00 | 34,314.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920765

| 030319 | Blink Committee |
|---|---|
| 0010 | Plan and Disclosure Statement |

## Account Summary And Remittance Form

Legal Services: $25,778.00

Disbursements and Other Charges: $0.00

**Total Amount Due:** **$25,778.00**

### Terms: Payment Due on or Before   February 12, 2025

### Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:   JP MORGAN CHASE, N.A.**
**ABA #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920765

Client   030319
Matter 0010   Plan and Disclosure Statement

Attorney: 05395                                                                              Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 11/01/24 | Respond to E. Wilson (KDW) questions on plan (.2) and APA (.2) | KSE | 0.40 | $396.00 |
| 11/01/24 | Emails with K. Elliott (KDW regarding plan. | ERW | 0.30 | 351.00 |
| 11/03/24 | Review precedent disclosure statement (.5) and draft Committee's proposed language to disclosure statement (1.4). | AB | 1.90 | 1472.50 |
| 11/04/24 | Call with S. Greecher (YCST) regarding disclosure statement motion (.1) and email E. Wilson (KDW) regarding same (.1). | AB | 0.20 | 155.00 |
| 11/04/24 | Outline settlement terms for Equinox, Varagon (.8); telephone call (.2) and emails (.4) with M. Nestor (YC), S. Shenker (PP), lenders and Equinox regarding settlement. | ERW | 1.40 | 1638.00 |
| 11/05/24 | Confer (.1) and emails (.1) with M. Nestor (YC) regarding settlement; emails to L. Schwetzer (CG), P. Knight (KM) and S. Shenker (PP) regarding settlement (.2); confer with K. Elliott (KDW) regarding same (.1). | ERW | 0.50 | 585.00 |
| 11/13/24 | Call with S. Greecher (YCST) regarding conditional disclosure statement approval | KSE | 0.20 | 198.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 13, 2025
Page  2

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | motion (.1); email A. Barajas (KDW) regarding status of disclosure statement comments (.1). | | | |
| 11/13/24 | Email K. Elliott (KDW) regarding Committee's comments to debtors' disclosure statement. | AB | 0.10 | 77.50 |
| 11/14/24 | Edit (.8) and draft (1.2) Committee comments to debtors' disclosure statement to provide additional details regarding sale hearing, sale order, and standing motion. | AB | 2.00 | 1550.00 |
| 11/15/24 | Review (1.4) and revise (2.6) comments to plan/DS; email A. Barajas (KDW) regarding next steps (.1). | KSE | 4.10 | 4059.00 |
| 11/15/24 | Email K. Elliott (KDW) liquidation analysis for debtors' plan (.1); review and make additional edits to Committee comments to disclosure statement (1.3); communications with L. Rooney (Dundon) regarding sale proceed escrow amounts for disclosure statement comment (.5). | AB | 1.90 | 1472.50 |
| 11/17/24 | Review final changes to plan/DS (.2); email A. Barajas (KDW) regarding next steps (.1). | KSE | 0.30 | 297.00 |
| 11/17/24 | Email E. Wilson (KDW) blackline of Committee comments to disclosure statement. | AB | 0.20 | 155.00 |
| 11/18/24 | Email with E. Wilson and A. Barajas (both KDW) regarding comments to disclosure statement (.2); call with E. Wilson to discuss and finalize comments (.3). | KSE | 0.50 | 495.00 |
| 11/18/24 | Analyze debtors' disclosure statement and plan | AB | 1.20 | 930.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5305107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 13, 2025
Page  3

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | for provisions regarding professional fees (.4) and third party releases (.5); draft email to E. Wilson (KDW) regarding same (.3). | | | |
| 11/18/24 | Review further revised plan documents (.8); emails with K. Elliott and A. Barajas (both KDW) regarding same (.2); confer with K. Elliott (KDW) regarding same (.3); review escrow agreement (.1); instruction to A. Barajas (KDW) (.1). | ERW | 1.50 | 1755.00 |
| 11/19/24 | Call with E. Wilson, A. Barajas (both KDW) and Dundon to discuss plan and settlement strategy for same. | KSE | 0.90 | 891.00 |
| 11/19/24 | Call with E. Wilson, K. Elliott (both KDW), P. Hurwitz, and L. Rooney (both Dundon) regarding plan and next steps. | AB | 0.90 | 697.50 |
| 11/19/24 | Confer with KDW and Dundon teams regarding plan issues, allocation. | ERW | 0.90 | 1053.00 |
| 11/21/24 | Analyze Dundon settlement sensitivity model (1.3); run alternate scenarios based on different assumptions (.9); calls with L. Rooney (Dundon) (2x) to discuss (.7); respond to E. Wilson (KDW) questions (.1). | KSE | 3.00 | 2970.00 |
| 11/21/24 | Review YCST and Portage October fee statements for Dundon's settlement analysis (.6); review Dundon draft settlement analysis (.2). | AB | 0.80 | 620.00 |
| 11/22/24 | Confer with E. Wilson (KDW) regarding | KSE | 0.70 | 693.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 13, 2025
Page  4

_____

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | settlement offer (.3); further analysis of potential settlement proposal structures (.4). | | | |
| 11/22/24 | Confer with K. Elliott (KDW) regarding settlement. | ERW | 0.30 | 351.00 |
| 11/25/24 | Follow up with L. Rooney (Dundon) for fee analysis related to formulation of global settlement proposal (.1); call with E. Wilson (KDW) to discuss settlement sensitivity analyses and game plan to present proposed settlement offer to committee and to Varagon (.8). | KSE | 0.90 | 891.00 |
| 11/25/24 | Confer with K. Elliott (KDW) regarding settlement. | ERW | 0.80 | 936.00 |
| 11/26/24 | Review revised FRE 408 global offer (.2); email with E. Wilson (KDW) regarding same (.1); call S. Greecher (YCST) regarding same and timing issues (.1). | KSE | 0.40 | 396.00 |
| 11/27/24 | Preliminary analysis of Varagon counterproposal (.4); call (.1) and email (.1) with S. Greecher (YCST) with update on settlement counter, plan and standing motion timing; update E. Wilson and A. Barajas (both KDW) regarding same (.1). | KSE | 0.70 | 693.00 |
| Total Services for this Matter: | | | | 25,778.00 |
| Total this Invoice | | | | $25,778.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 13, 2025
Page  5

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 9.20 | 775.00 | $7,130.00 |
| ERW | Wilson, Eric | 5.70 | 1,170.00 | 6,669.00 |
| KSE | Elliott, Kristin S | 12.10 | 990.00 | 11,979.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #████████

SWIFT CODE: ██████████

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #████████

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920766

030319          Blink Committee
0011            Committee and Creditor Communications

## Account Summary And Remittance Form

Legal Services:                                                    $38,043.00

Disbursements and Other Charges:                                        $0.00


**Total Amount Due:**                                          **$38,043.00**

## Terms: Payment Due on or Before   February 12, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:**   JP MORGAN CHASE, N.A.

**ABA #:** ▇▇▇▇▇

**SWIFT CODE:** ▇▇▇▇▇

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:** ▇▇▇▇▇

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920766

Client   030319
Matter 0011   Committee and Creditor Communications

Attorney: 05395                                                                    Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/01/24 | Email to committee regarding call on Monday. | ERW | 0.10 | $117.00 |
| 11/01/24 | Email to Committee regarding filed supplemental objection. | AB | 0.10 | 77.50 |
| 11/02/24 | Review summary of sale process topping bids and UCC supplemental objection (.3); call with counsel to landlords regarding same and next steps (.4). | RLL | 0.70 | 707.00 |
| 11/02/24 | Email to E. Wilson (KDW) regarding Committee call. | AB | 0.10 | 77.50 |
| 11/03/24 | Draft email to Committee regarding auction update and call. | AB | 0.20 | 155.00 |
| 11/04/24 | Monitor weekly committee call regarding upcoming sale hearing and case status. | CC | 0.70 | 483.00 |
| 11/04/24 | Email E. Wilson documents for Committee call (.1); attend Committee call with Committee members and Committee advisors (.7); draft email to Committee with sale pleading (.2). | AB | 1.00 | 775.00 |
| 11/05/24 | Attend UCC call (1.0); follow up call with committee member (.4). | KSE | 1.40 | 1386.00 |
| 11/05/24 | Attend committee call with committee | AB | 1.00 | 775.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
January 13, 2025
Page  2

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/05/24 | members and committee advisors. Conference with E. Bell (RC) regarding settlement (.2); prepare for call (1.0) and call (1.0) with committee regarding settlement; confer with R. Hoge (JF) regarding deposition, settlement (.5); emails with B. Goodsell (MS) and B. Hackman (UST) regarding resignation (.2); review amended notice of UCC formation (.1); emails with P. Hoge (JF) regarding deposition preparation (.2); outline issues for today's committee call (.6); conduct's today's UCC call (1.0); emails with R. Hoge (JF) regarding deposition (.2); emails with T. Shumaker (GS) regarding regional bids (.1); emails with B. Goodsell (MS) regarding committee resignation (.1); instruction to A. Barajas (KDW) regarding tomorrow's committee call (.2). | ERW | 5.40 | 6318.00 |
| 11/05/24 | Monitor weekly committee call regarding sale process and upcoming hearing. | CC | 1.00 | 690.00 |
| 11/06/24 | Draft committee update based on sale hearing. | JC | 0.20 | 124.00 |
| 11/06/24 | Confer with C. Choe (KDW) regarding email update to committee (.1); draft and send email to committee regarding sale pleadings (.2); email J. Churchill (KDW) regarding draft email update to committee regarding sale hearing (.1); review and edit draft email (.2); coordinate | AB | 0.70 | 542.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
January 13, 2025
Page  3

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | with C. Choe (KDW) to email committee sale hearing update (.1). | | | |
| 11/07/24 | Email to UCC regarding status of sale hearing and information (.1); coordinate and confirm hearing information (.1). | CC | 0.20 | 138.00 |
| 11/07/24 | Draft committee update based on sale hearing. | JC | 0.30 | 186.00 |
| 11/07/24 | Review and edit draft email to Committee members regarding continued sale hearing and next steps (.3); email Committee regarding same (.1). | AB | 0.40 | 310.00 |
| 11/07/24 | Review and comment on committee update (.1); instruction to A. Barajas (KDW) regarding same (.1). | ERW | 0.20 | 234.00 |
| 11/08/24 | Review status of case and sale process including other issues attendant to committee (.3); prepare draft update to UCC (.5); further revisions to same in light of filed pleadings (.5); emails with E. Wilson and K. Elliott (both KDW) regarding same (.3). | CC | 1.60 | 1104.00 |
| 11/08/24 | Email C. Choe (KDW) regarding draft email update to Committee. | AB | 0.10 | 77.50 |
| 11/08/24 | Call with E. Wilson (KDW) regarding UCC update/next call (.2); email C. Choe (KDW) regarding same (.1). | KSE | 0.30 | 297.00 |
| 11/12/24 | Call (.2) and emails (.2) with A. Barajas (KDW) regarding updates to UCC members and lift stay motion relating to same; email to | CC | 0.70 | 483.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
January 13, 2025
Page 4

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | UCC members regarding hearing registration and log-in for same (.3). | | | |
| 11/12/24 | Review notes from Court's ruling (.2) and draft email regarding Court's ruling to Committee (.4); call with C. Choe (KDW) regarding sale ruling registration for Committee members (.2); email to creditor landlord regarding sale (.2). | AB | 1.00 | 775.00 |
| 11/13/24 | Participate in committee call regarding sale updates (.4); prepare update regarding standing motion and next steps (.3); conference with K. Elliott and A. Barajas (both KDW) regarding same (.2); confer with A. Barajas (KDW) regarding creditor inquiries and response (.2); revise response (.5). | CC | 1.60 | 1104.00 |
| 11/13/24 | Attend committee call. | KSE | 0.40 | 396.00 |
| 11/13/24 | Attend call with Committee (.4); review updated draft email to landlord creditor regarding executory contract issues (.1) and call with C. Choe (KDW) to provide comments to same (.3). | AB | 0.80 | 620.00 |
| 11/13/24 | Emails (.2) and call (.3) with I. Gross (Queens LL) regarding impact of sale on location and and timing of lease assumption/rejection decisions. | RLL | 0.50 | 505.00 |
| 11/13/24 | Prepare for (.3) and conduct (.4) today's committee call. | ERW | 0.70 | 819.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
January 13, 2025
Page 5

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 11/14/24 | Emails and conference regarding outstanding concerns from landlord creditor (.2); draft response regarding same (.2); | CC | 0.40 | 276.00 |
| 11/14/24 | Call with committee member on post-sale issues. | KSE | 0.20 | 198.00 |
| 11/14/24 | Confer with C. Choe (KDW) regarding landlord creditor executory contract issues. | AB | 0.20 | 155.00 |
| 11/18/24 | Review inquiry from creditor regarding sale process (.1); draft response (.2). | CC | 0.30 | 207.00 |
| 11/18/24 | Emails with D. Grobman and I. Gross (Queens LL) regarding timing of lease designation/assumption/rejection decisions and impact purchase price and creditors. | RLL | 0.50 | 505.00 |
| 11/18/24 | Review draft email to landlord creditor regarding PureGym APA (.1) and email C. Choe (KDW) regarding same (.1); confer with C. Choe (KDW) regarding PureGym APA in connection with landlord creditor's follow up inquiry (.1). | AB | 0.30 | 232.50 |
| 11/19/24 | Review committee update (.1); email A. Barajas (KDW) regarding same (.1). | KSE | 0.20 | 198.00 |
| 11/19/24 | Draft email to Committee members regarding call and disclosure statement update (.3); incorporate K. Elliott's (KDW) comments to email Committee regarding same (.1). | AB | 0.40 | 310.00 |
| 11/19/24 | Review committee update (.1); instruction to A. Barajas (KDW) (.1). | ERW | 0.20 | 234.00 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

WASHINGTON                          NEW YORK                     AFFILIATE  OFFICE:
LOS ANGELES                         STAMFORD                     MUMBAI, INDIA
CHICAGO                             PARSIPPANY
HOUSTON

Blink Committee
Client   030319
Matter 0011
January 13, 2025
Page  6

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 11/22/24 | Calls and emails with D. Kaplan (BDG) regarding status of Islandia lease, claims and possibility of recoveries. | RLL | 0.30 | 303.00 |
| 11/22/24 | Email counsel to committee member sale hearing transcripts. | AB | 0.10 | 77.50 |
| 11/25/24 | Draft agenda (.1) and update for UCC (.1); call with L. Rooney (Dundon) to discuss deliverables for 11/26 committee call (.5); outline discussion topics (.2); email (.1) and call (.3) with A. Barajas (KDW) regarding preparation of talking points for the UCC call (.1); review (.3) and revise (.6) talking points; email comments to A. Barajas with next steps (.2); review (.3) and comment on (.2) Dundon presentation materials. | KSE | 3.00 | 2970.00 |
| 11/25/24 | Review committee call agenda (.1); circulate invite (.1). | CC | 0.20 | 138.00 |
| 11/25/24 | Review notes for UCC committee call outline (.2); call with K. Elliott (KDW) regarding same (.2); review Dundon settlement and fee analysis for drafting Committee call outline (.4); draft Committee call outline (.8); email L. Rooney (Dundon) regarding amount of sale proceeds, secured and GUC pool amounts for editing Committee call outline (.2); call with L. Rooney regarding same (.2); review and analyze Dundon's analysis for call outline (.2); | AB | 2.50 | 1937.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5305107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
January 13, 2025
Page  7

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | edit draft Committee call outline to incorporate L. Rooney's (Dundon) edits (.3). | | | |
| 11/25/24 | Confer with K. Elliott (KDW) preparatory to tomorrow's call regarding settlement (.2); review Dundon settlement model (.2). | ERW | 0.40 | 468.00 |
| 11/26/24 | Email Dundon with additional changes to committee materials (.1); update E. Wilson (KDW) on status of materials for 11/26 committee call (.1); draft slide on proposed settlement framework (.4); review (.2) and further revise (.7) talking points for 11/26 call; call with P. Hurwitz and L. Rooney (both Dundon) to finalize their slides for committee call (.4); call with E. Wilson to prepare for call (.3); emails with A. Barajas regarding final presentation (.3); review notes/settlement sensitivity analysis to prepare for committee call (.5); professionals prep call for committee meeting (.3); follow up call with A. Barajas (.1); participate on committee call (.7). | KSE | 4.10 | 4059.00 |
| 11/26/24 | Conference with KDW, Morris James, and Dundon teams regarding committee update and status of case (.4); weekly committee call regarding case status, plan and next steps (.7); calls with A. Barajas (KDW) regarding Lotemd sale and next steps (.4). | CC | 1.50 | 1035.00 |
| 11/26/24 | Email E. Wilson (KDW) regarding committee | AB | 3.30 | 2557.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
January 13, 2025
Page  8

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|

call outline and draft settlement framework (.1); confer with K. Elliott (KDW) regarding same (.1); call with L. Rooney (Dundon) regarding Dundon's presentation deck for committee call (.1); edit Dundon's slides to incorporate L. Rooney's (Dundon) comments (.1); compile discussion materials for sending to committee (.1); email to committee members (.1); review standing motion for relevant upcoming dates (.1); review local rules for notice requirements for confirmation hearing (.1); email E. Wilson (KDW) regarding upcoming relevant dates for committee call outline (.1); call with K. Elliott (KDW) regarding information for Dundon's cost of delay analysis (.1); attend call with committee professionals in preparation for committee call (.4); follow up call with K. Elliott (KDW) regarding committee call (.1); attend call with committee regarding next steps in case (.7); follow up call with K. Elliott (KDW) regarding committee member's question on outer market sale order (.1); review sale order and APA for outer market assets for designation rights (.3); calls with C. Choe (KDW) regarding same (.4); communications with K. Elliott (KDW) regarding same (.2); email committee member

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
January 13, 2025
Page 9

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/26/24 | regarding outer market asset sale order (.1). Conference call with K. Elliott (KDW) preparatory to today's call (.3); review and revise talking points (.2); conduct today's committee call (.7); review Dundon materials (.2). | ERW | 1.40 | 1638.00 |
| 11/27/24 | Email A. Barajas (KDW) regarding preparation of UCC update on settlement offer and motion to extend exclusivity (.1); review (.1) and revise (.1) the update. | KSE | 0.30 | 297.00 |
| 11/27/24 | Emails with K. Elliott (KDW) regarding Committee updates (.1); draft Committee update email (.5); edit draft Committee update email to incorporate K. Elliott's (KDW) comments (.1); email Committee members (.1). | AB | 0.80 | 620.00 |
| 11/27/24 | Emails with R. Hoge, et al. (YF) regarding settlement (.1); review revised plan document (.2). | ERW | 0.30 | 351.00 |
| Total Services for this Matter: | | | | 38,043.00 |
| Total this Invoice | | | | $38,043.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
January 13, 2025
Page  10

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|------------|-------|------|--------|
| AB | Barajas, Andres | 13.00 | 775.00 | $10,075.00 |
| CC | Choe, Connie | 8.20 | 690.00 | 5,658.00 |
| ERW | Wilson, Eric | 8.70 | 1,170.00 | 10,179.00 |
| JC | Churchill, John | 0.50 | 620.00 | 310.00 |
| KSE | Elliott, Kristin S | 9.90 | 990.00 | 9,801.00 |
| RLL | LeHane, Robert L | 2.00 | 1,010.00 | 2,020.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**PAYMENT BY WIRE:**

JP MORGAN CHASE, N.A.
ABA #
SWIFT CODE:
ACCOUNT NAME:KELLEY DRYE & WARREN LLP
ACCOUNT #
PLEASE INDICATE CLIENT, MATTER AND
INVOICE NUMBER AS PAYMENT REFERENCE

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920767

030319       Blink Committee
0013         Court Hearings

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $148,102.50 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$148,102.50** |

**Terms: Payment Due on or Before   February 12, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**  JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920767

Client    030319
Matter 0013    Court Hearings

Attorney: 05395                                                      Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 11/01/24 | Continue to prepare outline for sale hearing, TSA, Equinox issues (1.1); confer with E. Wilson (KDW) regarding same (5); review sale objection (.6); read select decisions regarding insider releases, entire fairness standard (.3). | ERW | 2.50 | $2925.00 |
| 11/01/24 | Call with E. Wilson (KDW) to discuss preparations for sale hearing. | KSE | 0.50 | 495.00 |
| 11/02/24 | Strategy call with E. Wilson (KDW) to map out workstreams and tasks to prepare for contested sale hearing (.9); call with W. Gyves and R. Gage (both KDW) on hearing logistics/evidentiary issues (.5); follow up call with R. Gage regarding same (.4); draft task list for hearing prep workstreams (.3); email E. Wilson regarding same (.1); all hands call for hearing prep with Dundon, KDW and Morris James (.5) and KDW/ Morris James teams (.6); analyze R. Gage declaration to determine need for | KSE | 7.30 | 7227.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
January 13, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | deposition (.6); emails with D. Evans (KDW) regarding hearing (.1); call with R. Gage (KDW) on evidentiary/admission issues (.5); email high-level HSR direct outline to E. Wilson (.4); call with R. Gage on background and strategy for HSR declaration (1.0); follow up emails on HSR (.3); review Shenker deposition transcript (.8); mark designations (.3). | | | |
| 11/02/24 | Review and analyze sale-related case law and arguments (1.4); prepare high-level outline in preparation for sale hearing (2.2). | CC | 3.60 | 2484.00 |
| 11/02/24 | Call with Dundon Advisors, KDW, and Morris James teams regarding Dundon's model for competing bidders' bids for sale hearing (.5); call with KDW and Morris James teams regarding sale hearing task items (.6). | AB | 1.10 | 852.50 |
| 11/02/24 | Outline tasks for weekend preparatory to contested hearing (.6); confer with K. Elliott regarding sale hearing preparation (.9); conference call with KDW, MJ and Dundon regarding bid analysis, HSR (.5); conference call with KDW and MJ regarding hearing preparation (.6). | ERW | 2.60 | 3042.00 |
| 11/02/24 | Correspondence (x5) with debtor's counsel regarding open discovery and issues regarding sale hearing (.6); email (x3) (.4) and telephone | WSG | 1.50 | 1402.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
January 13, 2025
Page  3

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | conference with KDW team (.5) regarding same | | | |
| 11/02/24 | Telephone conference with K. Elliott and W. Gyves (both KDW) regarding potential deposition testimony (.5); Telephone conference with K. Elliott (KDW) regarding preparation for sale hearing (.4); Telephone conference with E. Wilson, K. Elliott, A. Barajas, (all KDW), S. Cerra (MJ), and L. Rooney (Dundon) regarding preparation for sale hearing (.5); Telephone conference with S. Cerra (MJ) regarding witness and exhibit list for sale hearing (.5); Conference with K. Elliott (2x) (KDW) regarding evidentiary issues for hearing and HSR delartion (1.5)); telephone conference with K. Elliott (KDW) regarding antitrust declaration (1.0). | RG | 4.40 | 4290.00 |
| 11/03/24 | Call with K. Elliott and W. Gyves (both KDW) regarding preparation for call with Debtors counsel (.4); Call with K. Elliott, W. Gyves, (both KDW) and debtors counsel regarding hearing (.3); Telephone conference with K. Elliott regarding witness and exhibit list (.1); email debtors counsel regarding follow-up requests for documents (.1); draft Evans declaration (1.7); review Rooney declaration (.2); revise witness and exhibit list (.6). | RG | 3.40 | 3315.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
January 13, 2025
Page 4

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 11/03/24 | Conference call with Dundon and Olshan teams regarding revised bids (.8); follow-up with KDW and Dundon teams regarding next steps (.5); conference calls (2x) with K. Elliott (KDW) regarding Equinox release, auction conduct issues preparatory to Wednesday's hearing (1.2); review Shenker deposition transcript (.4), A. Barajas (KDW) analysis (.3); review and analyze R. Gage (KDW) (.2) and Hurwitz (DA) (.2) declarations; review exhibit lists (.2); begin hearing outline regarding PG APA, Equinox releases (2.2). | ERW | 6.00 | 7020.00 |
| 11/03/24 | Review Swift declaration supporting sale motion to prep for sale hearing (.2); strategy calls with E. Wilson (KDW) on argument structure/sequencing at sale hearing (1.2); analyze timing provisions in original stalking horse bid (.6); call with KDW and Olshan teams to prep for hearing (.8); follow up strategy call with KDW and Dundon (.5); analyze risks associated with SF $142 million bid (.7); review day 3 auction transcript (.4); call with R. Gage and W. Gyves (both KDW) to prepare for debtor call on trial logistics and 30(b)(6) depositions (.4); trial logistics call with W. Gyves, R. Gage and YCST (.3); review UCC document demands to confirm | KSE | 10.80 | 10692.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
January 13, 2025
Page 5

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | scope of requests regarding bidder TSA (.3); draft hearing outline (4.7); emails on trial exhibits (.2) and admissibility issues (.1); review (.2) and revise (.1) Evans declaration supporting HSR arguments; email R. Gage (KDW) regarding same (.1). | | | |
| 11/04/24 | Review (.3) and revise (.4) Rooney declaration for sale hearing; confer with R. Gage (KDW) (3x) on open evidentiary workstreams/issues for trial (2.0); emails on deposition scheduling/designations (.3); review Holden rough deposition transcript (1.4); mark designations (.7); call with A. Barajas (KDW) to finalize Rooney declaration (.2). | KSE | 5.30 | 5247.00 |
| 11/04/24 | Review K. Elliott (KDW) analysis of Shenker deposition (.2); emails with A. Barajas (KDW) regarding adjournment of disclosure statement hearing (.2); review revised witness list (.1); continue to prepare outline for Wednesday's hearing (2.2). | ERW | 2.70 | 3159.00 |
| 11/04/24 | Review draft witness and exhibit list (.1); calls with A. Barajas (.2) and K. Elliott (.2) (both KDW) regarding Rooney; provide comments to same (.1); emails with Morris James regarding committee's W&E List (.3); compile sale objection exhibits to send to Katten (.1). | AB | 0.60 | 465.00 |
| 11/04/24 | Conferences with K. Elliott (KDW) regarding | RG | 11.00 | 10725.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
January 13, 2025
Page 6

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | preparation for hearing (2.0); email to M. Neiburg (YC) regarding deposition scheduling and designations (.1); revise witness and exhibit list (.2); conference with A. Barajas regarding hearing preparation (.2); telephone conference with S. Cerra (MJ) regarding witness and exhibit list (.1); email to S. Cerra (MJ) regarding same (.1); confer with A. Barajas (KDW) twice regarding preparation for Rooney deposition (.2); telephone conference with L. Rooney (Dundon) regarding preparation for deposition (1.6); revise Shenker deposition designations (3.2); revise Holden deposition designations (2.4); confer with K. Elliott and W. Gyves (both KDW) regarding Holden deposition (.3); prepare for Rooney deposition (.6). | | | |
| 11/04/24 | Review of agenda of matters scheduled for Nov 6 hearing. | JC | 0.20 | 124.00 |
| 11/05/24 | Emails with L. Rooney (Dundon) regarding his CV (.2); confer with W. Gyves (KDW) regarding same (.2); emails with debtors regarding trial witnesses/exhibits (.3); review Varagon witness and exhibit list (.1); email with A. Barajas (KDW) regarding same (.2); review Varagon supplemental production for size (.1); deposition prep with L. Rooney (.6); | KSE | 12.20 | 12078.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
January 13, 2025
Page 7

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | call M. Nestor (YCST) and email regarding L. Rooney CV (.1); confer with R. Morrison (KDW) regarding deposition prep (.3); hearing prep call with E. Wilson (KDW) (.4); settlement strategy email with E. Wilson (.3); review PureGym witness list (.1); email regarding same (.1); all hands call for hearing prep (.5); work on hearing outline (3.1); review MotionSoft objection (.2); review revised sale order (.2); email E. Wilson regarding Equinox enhancements therein (.1); debrief from R. Gage (KDW) on Rooney deposition and other evidentiary trial prep (.6); prepare for hearing (3.4); high-level review of debtors' last minute document production (.6); confer with A. Barajas regarding same (.5). | | | |
| 11/05/24 | Review of Pinnacle's (.1), Varagon's (.1) and debtors' amended (.1) witness and exhibit lists; research into hearing registration for committee (.2); register same (.1); call with S. Cerra (MJ) regarding hearing registration (.1). | JC | 0.70 | 434.00 |
| 11/05/24 | Emails with Morris James (.1) and J. Churchill and A. Barajas (both KDW) regarding preparation for sale hearing (.2). | CC | 0.30 | 207.00 |
| 11/05/24 | Telephone conference with R. Morrison (KDW) regarding deposition preparation (.1); telephone conference with K. Elliott, A. | RG | 4.20 | 4095.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
January 13, 2025
Page  8

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | Barajas (both KDW), B. Keilson, and S. Cerra (both MJ) regarding preparation for sale hearing (.2); revise witness and exhibit list (1.1); email to Young Conaway regarding treatment of exhibits (.2); email to Varagon counsel regarding exhibits (.1); prepare for sale hearing (1.9); telephone conference with K. Elliott (KDW) regarding Rooney deposition and preparation for sale hearing (.6). | | | |
| 11/05/24 | Review K. Elliott (KDW) argument regarding procedures, KSR and bid (.4); continue draft outline for oral argument regarding Equinox claims, releases and denial of sale, escrow of proceeds, 363n (2.4); review Hoge deposition transcript (.2); confer with K. Elliott (KDW) regarding hearing prep, argument outlines (.4); team call with KDW, MJ and Dundon regarding tomorrow's hearing (.8); review Varagon (.1) and PureGym (.1) witness list; telephone call (.2) and emails (.1) with B. Hademan (UST) regarding MotionSoft resignation, tomorrow's hearing; review Rooney declaration (.3). | ERW | 5.00 | 5850.00 |
| 11/05/24 | Attend sale hearing preparation call with KDW and Morris James teams (.5); review sale hearing binder and provide comments to Morris James (.3); edit Committee's amended | AB | 2.80 | 2170.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
January 13, 2025
Page 9

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | witness and exhibit list (.5); edit E. Wilson (KDW) outline for sale hearing argument (.3); edit K. Elliott's (KDW) outline for sale hearing argument (.7); call with K. Elliott (KDW) regarding sale hearing argument and next steps (.5). | | | |
| 11/05/24 | Correspondence (multiple) and telephone conference (multiple) with MJ and KDW teams regarding preparation for sales hearing and defense of 30(b)(6) witnesses. | WSG | 0.80 | 748.00 |
| 11/06/24 | Attend sale hearing (5.4); revise argument regarding Equinox releases (1.4); review research regarding entire fairness (.2), analysis of acquired and purchased claims (.2) and 363n arguments (.2); review Holden (.3) and Shenker (.4) deposition transcripts preparatory to tomorrow's hearing; outline closing argument (.8); review K. Elliott (KDW) revised agreement outline (.3). | ERW | 9.20 | 10764.00 |
| 11/06/24 | Prepare for (1.1); attend sale hearing (5.4); call with Supreme counsel regarding HSR terms (.2); follow up call with E. Wilson (KDW) (.2); revise hearing outline based on the call (1.8); confer with R. Morrison (KDW) regarding hearing (.3). | KSE | 9.00 | 8910.00 |
| 11/06/24 | Attend debtors' sale hearing regarding Committee's sale objection (4.0); preparation | AB | 6.40 | 4960.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
January 13, 2025
Page  10

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | for sale hearing (2.3); email S. Cerra, et al. (Morris James) regarding hearing transcript in preparation for continued sale hearing (.1). | | | |
| 11/06/24 | Call with K. Elliott (KDW) regarding litigation strategy following day 1 of court hearing on committee's objection. | RLM | 0.30 | 268.50 |
| 11/06/24 | Emails regarding hearing registration and circulate dial-in for same (.2); send update regarding hearing (.2); monitor hearing for updates on status of sale and next steps (1.5). | CC | 1.90 | 1311.00 |
| 11/06/24 | Attend and participate in sale hearing (5.4); revise argument outlines regarding citations to record (.5); emails to E. Wilson (KDW) regarding citations to record (.1); prepare for sale hearing (3.6). | RG | 9.60 | 9360.00 |
| 11/06/24 | Forward sale objections filed by MotionSoft for upcoming sale hearing (.3); review docket and revise KDW team calendar (.4). | GCK | 0.70 | 262.50 |
| 11/06/24 | Attend hearing (partial) and take notes. | JC | 1.50 | 930.00 |
| 11/07/24 | Monitor hearing for updates on status of sale and next steps. | CC | 1.20 | 828.00 |
| 11/07/24 | Attend hearing on sale of outermarket assets. | JC | 0.30 | 186.00 |
| 11/07/24 | Prepare for (.9) and attend (3.3) day 2 of sale hearing. | KSE | 4.20 | 4158.00 |
| 11/07/24 | Analyze open evidentiary issue for sale hearing (.3); telephone conference with R. Gage (KDW) regarding post-sale hearing next steps | WSG | 0.60 | 561.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

WASHINGTON
LOS ANGELES
CHICAGO
HOUSTON

NEW YORK
STAMFORD
PARSIPPANY

AFFILIATE OFFICE:
MUMBAI, INDIA

Blink Committee
Client   030319
Matter 0013
January 13, 2025
Page 11

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | (.3). | | | |
| 11/07/24 | Call with W. Gyves (KDW) regarding sale hearing (.3); emails to E. Wilson (KDW) regarding preparation for sale hearing (.6); monitor closing arguments for sale hearing (2.5). | RG | 3.40 | 3315.00 |
| 11/07/24 | Communications with K. Elliott (KDW) in preparation for continued sale hearing (.4); attend continued sale hearing (2.9). | AB | 3.30 | 2557.50 |
| 11/07/24 | Revise outline for today's hearing, closing argument (1.4); emails with K. Elliott, A. Barajas and R. Gage (all KDW) regarding same (.4); review Holden Swift deposition transcripts (.3); attend today's hearing (3.3) | ERW | 5.40 | 6318.00 |
| 11/08/24 | Call with L. Rooney (Dundon) regarding next steps after sale hearing. | KSE | 0.20 | 198.00 |
| 11/09/24 | Emails with S. Cerra and D. Depta (both MJ) regarding hearing transcript and scheduling for Tuesday. | CC | 0.30 | 207.00 |
| 11/12/24 | Review update on court's oral ruling (.1); email committee regarding same (.1); update call with P. Hurwitz (Dundon) on sale (.4); attend court's oral ruling (.8); follow up with E. Wilson (KDW) regarding same (.2). | KSE | 1.60 | 1584.00 |
| 11/12/24 | Emails regarding scheduled sale hearing for November 12 with Morris James and Kelley Drye team (.3); monitor sale hearing (.8). | CC | 1.10 | 759.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
January 13, 2025
Page  12

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 11/12/24 | Attend Court hearing regarding sale motion ruling. | AB | 0.80 | 620.00 |
| 11/12/24 | Attend hearing regarding ruling on sale. | ERW | 0.80 | 936.00 |
| 11/27/24 | Review notice of hearing cancellation. | JC | 0.10 | 62.00 |
| | Total Services for this Matter: | | | 148,102.50 |
| | Total this Invoice | | | $148,102.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| --- | --- | --- |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
January 13, 2025
Page  13

| Tkpr | Timekeeper | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| AB | Barajas, Andres | 15.00 | 775.00 | $11,625.00 |
| CC | Choe, Connie | 8.40 | 690.00 | 5,796.00 |
| ERW | Wilson, Eric | 34.20 | 1,170.00 | 40,014.00 |
| GCK | Karnick, Gina C | 0.70 | 375.00 | 262.50 |
| JC | Churchill, John | 2.80 | 620.00 | 1,736.00 |
| KSE | Elliott, Kristin S | 51.10 | 990.00 | 50,589.00 |
| RG | Gage, Rich | 36.00 | 975.00 | 35,100.00 |
| RLM | Morrison Jr., Randall | 0.30 | 895.00 | 268.50 |
| WSG | Gyves, William | 2.90 | 935.00 | 2,711.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #█████████

SWIFT CODE: ███████

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #█████

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920768

030319     Blink Committee
0018       General Litigation

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $11,568.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$11,568.00** |

## Terms: Payment Due on or Before   February 12, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920768

Client   030319
Matter 0018   General Litigation

Attorney: 05395                                                                        Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/01/24 | Emails with A. Barajas, K. Elliott (both KDW) and A. Yager (KM) regarding standing, extension . | ERW | 0.20 | $234.00 |
| 11/01/24 | Emails to ready standing motion for filing (.1); emails to confirm further extension of challenge period (.1). | KSE | 0.20 | 198.00 |
| 11/01/24 | Edit Committee's standing motion (.2) and complaint (.2) for potential filing; communications with Morris James regarding same (.2). | AB | 0.60 | 465.00 |
| 11/02/24 | Review Varagon supplemental document production (1.4); outline notes/key takeaways (.3). | KSE | 1.70 | 1683.00 |
| 11/06/24 | Call with K. Elliott (KDW) regarding Committee standing papers (.1); email prepetition agent's counsel regarding standing papers and challenge deadline (.2); emails with E. Wilson and K. Elliott (both KDW) regarding standing papers (.2). | AB | 0.50 | 387.50 |
| 11/11/24 | Follow up email with Varagon's counsel on | KSE | 0.70 | 693.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

WASHINGTON

LOS ANGELES

CHICAGO

HOUSTON

NEW YORK

STAMFORD

PARSIPPANY

<u>AFFILIATE  OFFICE:</u>

MUMBAI, INDIA

Blink Committee
Client   030319
Matter 0018
January 13, 2025
Page  2

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | challenge deadline (.1); email S. Cerra (MJ) regarding same (.1); update standing papers for potential filing (.3); confer with A. Barajas (KDW) (.1) and C. Choe (KDW) regarding same (.1). | | | |
| 11/11/24 | Emails with A. Barajas (KDW) regarding challenge deadline and next steps (.2); review and finalize drafts of standing motion and challenge complaint (.3); emails to S. Cerra (MJ) regarding same (.1). | CC | 0.60 | 414.00 |
| 11/11/24 | Edit committee's standing papers for filing. | AB | 0.20 | 155.00 |
| 11/12/24 | Revise standing motion (1.1) and complaint (.6) based on Court's sale ruling; email E. Wilson (KDW) regarding same (.1); email A. Barajas (KDW) regarding next steps (.1). | KSE | 1.90 | 1881.00 |
| 11/12/24 | Confer with J. Ramirez (KDW) regarding sale ruling's effect on standing motion (.4); confer with K. Elliott (KDW) regarding edits to standing motion and complaint (.1); review and provide edits to draft standing motion and complaint (1.3); confer with C. Choe (KDW) regarding edits to redacted versions of standing motion and complaint (.2); email local counsel regarding standing motion (.1). | AB | 2.10 | 1627.50 |
| 11/12/24 | Review and revise redacted versions of standing motion and complaint. | CC | 0.50 | 345.00 |
| 11/13/24 | Continue revisions to redacted versions of the | CC | 0.60 | 414.00 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0018
January 13, 2025
Page  3

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | standing motion and complaint (.4); email to A. Barajas (KDW) regarding same (.2). | | | |
| 11/13/24 | Confer with E. Wilson (KDW) regarding revised standing papers (.2); email (multiple) with A. Barajas (KDW) regarding hearing date and filing/service of the standing papers (.4); emails regarding hearing date (.2) and redactions/service (.2). | KSE | 1.00 | 990.00 |
| 11/13/24 | Prepare filing versions of redacted standing motion and complaint (.4); emails with S. Cera and S. Lisko (both Morris James) regarding filing standing motion, complaint, and hearing date for same (.6); emails with K. Elliott (KDW) regarding same (.2). | AB | 1.20 | 930.00 |
| 11/15/24 | Review and provide comments to draft amended notice of standing motion. | AB | 0.20 | 155.00 |
| 11/18/24 | Review redacted versions of standing papers sent to debtors (.1); call A. Barajas (KDW) regarding need to correct same (.1). | KSE | 0.20 | 198.00 |
| 11/18/24 | Call with K. Elliott (KDW) regarding redacted version of Committee's standing motion (.1); call with S. Greecher (YCST) regarding same (.1); follow up email to S. Greecher (YCST) regarding same (.1). | AB | 0.30 | 232.50 |
| 11/19/24 | Review local rules to determine reply deadline to Committee standing motion. | AB | 0.20 | 155.00 |
| 11/27/24 | Update E. Wilson (KDW) on timing for | KSE | 0.10 | 99.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0018
January 13, 2025
Page  4

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | standing motion and proposal to table pending global discussions. | | | |
| 11/27/24 | Email U.S. Trustee's office regarding unredacted Committee standing motion. | AB | 0.10 | 77.50 |
| 11/27/24 | Emails with K. Elliott (KDW), B. Hackman (UST) and S. Greecher (YC) regarding standing motion, adjournment. | ERW | 0.20 | 234.00 |
| Total Services for this Matter: | | | | 11,568.00 |
| Total this Invoice | | | | $11,568.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0018
January 13, 2025
Page  5

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 5.40 | 775.00 | $4,185.00 |
| CC | Choe, Connie | 1.70 | 690.00 | 1,173.00 |
| ERW | Wilson, Eric | 0.40 | 1,170.00 | 468.00 |
| KSE | Elliott, Kristin S | 5.80 | 990.00 | 5,742.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920769

030319      Blink Committee
0019         Non-Working Travel Time

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $9,099.25 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$9,099.25** |

### Terms: Payment Due on or Before   February 12, 2025

### Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮▮▮
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 13, 2025
Invoice No. 2920769

Client    030319

Matter 0019    Non-Working Travel Time

---

Attorney: 05395                                                                                         Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 11/06/24 | Travel to/from sale hearing. | KSE | 3.50 | $1732.50 |
| 11/06/24 | Travel to Delaware for sale hearing (1.5) and return travel to New York from Delaware (2). | AB | 3.50 | 1356.25 |
| 11/06/24 | Travel to sale hearing (.3); travel from sale hearing (1.7). | RG | 2.00 | 975.00 |
| 11/06/24 | Travel to Delaware from CT for sale hearing. | ERW | 3.10 | 1813.50 |
| 11/07/24 | Travel to/from Day 2 of sale hearing. | KSE | 3.20 | 1584.00 |
| 11/07/24 | Return travel from Delaware to Connecticut for sale hearing. | ERW | 2.80 | 1638.00 |
| | Total Services for this Matter: | | | 9,099.25 |
| | Total this Invoice | | | $9,099.25 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0019
January 13, 2025
Page  2

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 3.50 | 387.50 | $1,356.25 |
| ERW | Wilson, Eric | 5.90 | 585.00 | 3,451.50 |
| KSE | Elliott, Kristin S | 6.70 | 495.00 | 3,316.50 |
| RG | Gage, Rich | 2.00 | 487.50 | 975.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #:

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #:

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE