**<u>EXHIBIT B</u>**

**Expenses**

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: January 10, 2025 17:28:14       DATE THRU: November 30, 2024       Page: 2
**Billing Timekeeper: 05395 - Wilson, Eric**       **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1923847       FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---------|----------|------|-------------|------------:|-------|---------|
| | | 11/04/24 | Color Duplication | 0.25 | H  T  W | 8933790 |
| | | 11/04/24 | Duplication | 225.80 | H  T  W | 8933791 |
| | | 11/04/24 | Duplication | 18.40 | H  T  W | 8933792 |
| | | 11/04/24 | Duplication | 18.70 | H  T  W | 8933789 |
| | | 11/11/24 | Duplication | 5.20 | H  T  W | 8934543 |
| 06892 | Gyves , W.S. | 11/04/24 | FEDEX Invoice # 867064838 030319-0006 SHIPPED ON 10/25/2024 FROM: William S. Gyves 175 Greenwich Street NEW YORK NY 10007, TO: William Gyves, , 52 Ardsley Road MONTCLAIR, NJ 7042 USCourier | 149.66 | H  T  W | 8934091 |
| 08382 | Barajas , A. | 11/04/24 | FEDEX Invoice # 867064838 030319-0001 SHIPPED ON 10/25/2024 FROM: Andres Barajas 175 Greenwich Street NEW YORK NY 10006, TO: Attn: For Project Orange Auction, Kristin Elliott, Moelis & Company 399 Park Avenue NEW YORK, NY 10022 USCourier | 123.14 | H  T  W | 8934089 |
| 05395 | Wilson , E.R. | 11/07/24 | VENDOR: Wilson, Eric R. INVOICE#: 7047433411120347 DATE: 11/12/2024 Blink Hearing ExpensesTransaction Date: 11/07/24; Roundtrip Amtrak in connection with attending hearing in Wilmington, DE/ **Local Travel** | 328.00 | H  T  W | 8934463 |
| 08062 | Elliott , K. | 11/11/24 | VENDOR: Elliott, Kristin S INVOICE#: 7045941811120347 DATE: 11/12/2024 Travel hearing expenses - BlinkTransaction Date: 11/11/24; Ride (11/06 & 07/2024) - home (NJ) from/to Morris James | 212.34 | H  T  W | 8934467 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: January 10, 2025 17:28:14          DATE THRU: November 30, 2024                                    Page: 3
**Billing Timekeeper: 05395 - Wilson, Eric**                                              **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1923847                                                                                          FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

### Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---------|----------|------|-------------|------------:|-------|---------|
| 08062 | Elliott , K. | 11/11/24 | office (DE) to attend Blink hearing; 316.92 miles/ **Local Travel** VENDOR: Elliott, Kristin S INVOICE#: 7045941811120347 DATE: 11/12/2024 | 22.00 | H  T  W | 8934469 |
| 08382 | Barajas , A. | 11/06/24 | Travel hearing expenses - BlinkTransaction Date: 11/11/24; Tolls for November 6 & 7 - Ride (11/07/24) - home (NJ) from/to Morris James office (DE) to attend 2nd day Blink hearing/ **Local Travel** VENDOR: Barajas, Andres INVOICE#: 7042729711110347 DATE: 11/11/2024 | 188.00 | H  T  W | 8934368 |
| 06892 | Gyves , W.S. | 11/05/24 | Trip to Delaware re BlinkTransaction Date: 11/06/24; R/T train fare to Delaware for Blink Hearing; 11/06/2024 - 11/06/2024; NY/Delaware/ **Long Distance Travel** VENDOR: Veritext - PO Box 71303 Chicago IL INVOICE#: 7842161 DATE: 11/5/2024 | 3,495.20 | H  T  W | 8934189 |
| 06892 | Gyves , W.S. | 11/18/24 | Transcription services re: Blink Holdings./ **Transcriptions** VENDOR: Veritext - PO Box 71303 Chicago IL INVOICE#: 7876798 DATE: 11/18/2024 | 3,832.30 | H  T  W | 8936024 |
| 06892 | Gyves , W.S. | 11/01/24 | Transcription services re: Blink./ **Transcriptions** VENDOR: Gyves, William INVOICE#: 7026477111120347 DATE: 11/12/2024 | 68.21 | H  T  W | 8934471 |
| 06892 | Gyves , W.S. | 11/04/24 | Uber to NY office re: Blink on Nov. 1.Transaction Date: 11/01/24; Uber to NY office re: Blink on Nov. 1.; from home, to NY office/ **Cab Service** VENDOR: Gyves, William INVOICE#: 7030638911051437 DATE: 11/5/2024 | 66.19 | H  T  W | 8933734 |
| 08382 | Barajas , A. | 11/06/24 | Uber to NY office re Blink on Nov. 4.Transaction Date: 11/04/24; Uber to NY office re Blink on Nov. 4.; to office, from home/ **Cab Service** VENDOR: Barajas, Andres INVOICE#: 7042729711110347 | 39.99 | H  T  W | 8934369 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed \$.10 per page, and colored copies should not exceed \$.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: January 10, 2025 17:28:14      DATE THRU: November 30, 2024      Page: 4
**Billing Timekeeper: 05395 - Wilson, Eric**      **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1923847      FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---------|----------|------|-------------|-------------|-------|---------|
| 08382 | Barajas , A. | 11/06/24 | DATE: 11/11/2024<br>Trip to Delaware re BlinkTransaction Date: 11/06/24; Car to train station for Blink Hearing; Home/Train/ **Cab Service** VENDOR: Barajas, Andres INVOICE#: 7042729711110347 | 40.00 | H  T  W | 8934370 |
| 05395 | Wilson , E.R. | 11/06/24 | DATE: 11/11/2024<br>Trip to Delaware re BlinkTransaction Date: 11/06/24; Car from train station - Blink Hearing; Train/Home/ **Cab Service** VENDOR: Wilson, Eric R. INVOICE#: 7047433411120347 | 20.00 | H  T  W | 8934462 |
| 08382 | Barajas , A. | 11/22/24 | DATE: 11/12/2024<br>Blink Hearing ExpensesTransaction Date: 11/06/24; Cab to hearing in connection with attending hearing in Wilmington, DE; Amtrak//Courthouse/ **Cab Service** VENDOR: Barajas, Andres INVOICE#: 7030454311050347 | 26.00 | H  T  W | 8933682 |
| 04516 | LaBarbera , J. | 11/01/24 | DATE: 11/5/2024<br>Working Late - BlinkTransaction Date: 11/22/24; Car home - working late; Office/Home/ **Cab Service**<br>GrubHub Holdings Inc fka Seamless invoice   SL-2701-220 Catering from Bagels and Co delivered on 2024-11-01 08:15:00 for Jenine LaBarbera ordered by Jenine LaBarberaMeals | 17.20 | H  T  W | 8933854 |
| 04516 | LaBarbera , J. | 11/01/24 | GrubHub Holdings Inc fka Seamless invoice   SL-2701-220 Catering from Fresh Kitchen delivered on 2024-11-01 11:00:00 for Jenine LaBarbera ordered by Jenine LaBarberaMeals | 159.52 | H  T  W | 8933855 |
| 04516 | LaBarbera , J. | 11/01/24 | GrubHub Holdings Inc fka Seamless invoice   SL-2701-220 Catering from Sahara's Turkish Cuisine delivered on 2024-11-01 11:00:00 for Jenine LaBarbera ordered by Jenine LaBarberaMeals | 285.48 | H  T  W | 8933856 |
| 04516 | LaBarbera , J. | 11/01/24 | GrubHub Holdings Inc fka Seamless invoice   SL-2701-220 | 84.26 | H  T  W | 8933857 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: January 10, 2025 17:28:14          DATE THRU: November 30, 2024                                                    Page: 5
**Billing Timekeeper: 05395 - Wilson, Eric**                                                        **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1923847                                                                                                            FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | | | Disb Id |
|---------|----------|------|-------------|-------------|-------|---|---|---------|
| | | | Catering from Mr. Broadway Kosher Restaurant delivered on 2024-11-01 11:00:00 for Jenine LaBarbera ordered by Jenine LaBarberaMeals | | | | | |
| 04516 | LaBarbera , J. | 11/04/24 | GrubHub Holdings Inc fka Seamless invoice   SL-2701-221 | 161.02 | H | T | W | 8934742 |
| | | | Catering from Gotham Catering And Events delivered on 2024-11-04 08:00:00 for Jenine LaBarbera ordered by Jenine LaBarberaMeals | | | | | |
| 08382 | Barajas , A. | 11/06/24 | VENDOR: Barajas, Andres INVOICE#: 7042729711110347 DATE: 11/11/2024 | 14.78 | H | T | W | 8934371 |
| | | | Trip to Delaware re BlinkTransaction Date: 11/06/24; Cofffe/snack @ train station - Blink Hearing; Andres Barajas/ **Meals** | | | | | |
| 08062 | Elliott , K. | 11/11/24 | VENDOR: Elliott, Kristin S INVOICE#: 7045941811120347 DATE: 11/12/2024 | 10.67 | H | T | W | 8934470 |
| | | | Travel hearing expenses - BlinkTransaction Date: 11/11/24; Breakfast - attend 2nd day Blink hearing in DE; Kristin S Elliott/ **Meals** | | | | | |
| 03224 | Wessely , J. | 11/25/24 | VENDOR: Chase Card Services INVOICE#: CH11252024JW2 DATE: 11/25/2024 | 537.72 | H | T | W | 8938017 |
| | | | Chase Credit Card JW, Client Section AAA/ **Meals** | | | | | |
| 07356 | Carroll , S.A. | 11/01/24 | 1- velo/ **Binding** | 4.00 | H | T | W | 8933590 |
| 05395 | Wilson , E.R. | 11/07/24 | VENDOR: Wilson, Eric R. INVOICE#: 7047433411120347 DATE: 11/12/2024 | 609.00 | H | T | W | 8934464 |
| | | | Blink Hearing ExpensesTransaction Date: 11/07/24; Hotel in connection with attending hearing in Wilmington, DE/ **Lodging** | | | | | |
| 08382 | Barajas , A. | 11/02/24 | Westlaw Research | 528.03 | H | T | W | 8937251 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: January 10, 2025 17:28:14      DATE THRU: November 30, 2024      Page: 6
**Billing Timekeeper: 05395 - Wilson, Eric**      **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1923847      FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

### Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---------|----------|------|-------------|-------------|-------|---------|
| 08334 | Churchill , J. | 11/03/24 | Westlaw Research | 45.69 | H  T  W | 8937250 |
| 08334 | Churchill , J. | 11/04/24 | Lexis Research | 9.10 | H  T  W | 8937619 |
| 05395 | Wilson , E.R. | 11/06/24 | VENDOR: Wilson, Eric R. INVOICE#: 7047433411120347 DATE: 11/12/2024 Blink Hearing ExpensesTransaction Date: 11/06/24; Parking in connection with attending hearing in Wilmington, DE/ **Parking** | 55.30 | H  T  W | 8934461 |
| 08062 | Elliott , K. | 11/11/24 | VENDOR: Elliott, Kristin S INVOICE#: 7045941811120347 DATE: 11/12/2024 Travel hearing expenses - BlinkTransaction Date: 11/11/24; Parking in Wilmington to attend Blink hearing/ **Parking** | 12.00 | H  T  W | 8934468 |
|  |  |  | **Totals:** | **$11,413.15** |  |  |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: January 10, 2025 17:28:14          DATE THRU: November 30, 2024                                    Page: 8
**Billing Timekeeper: 05395 - Wilson, Eric**                                              **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1923847                                                                                       FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

| | **Other Charges Summary** | **Amount** | **Disp** |
|---|---|---|---|
| 000200 | Color Duplication | 0.25 | H  T  W |
| 000203 | Duplication | 268.10 | H  T  W |
| 000206 | Courier | 272.80 | H  T  W |
| 000211 | Local Travel | 562.34 | H  T  W |
| 000212 | Long Distance Travel | 188.00 | H  T  W |
| 000218 | Transcriptions | 7,327.50 | H  T  W |
| 000225 | Cab Service | 260.39 | H  T  W |
| 000226 | Meals | 1,270.65 | H  T  W |
| 000227 | Binding | 4.00 | H  T  W |
| 000247 | Lodging | 609.00 | H  T  W |
| 000254 | Westlaw Research | 573.72 | H  T  W |
| 000256 | Lexis Research | 9.10 | H  T  W |
| 000284 | Parking | 67.30 | H  T  W |
| | **Total** | **11,413.15** | |