**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: March 5, 2025 at 4:00 p.m.  (ET)** |

**SUMMARY OF THIRD MONTHLY APPLICATION OF MORRIS JAMES LLP,
AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| | |
|---|---|
| Name of Applicant | Morris James LLP |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors of Blink Holdings, Inc., *et al.* |
| Date of retention order: | October 15, 2024 *nunc pro tunc* to August 28, 2024 |
| Period for which compensation and reimbursement sought: | November 1, 2024 through November 30, 2024 |
| Compensation sought as actual, reasonable, and necessary: | $46,193.60 (80% of $57,742.00) |
| Expense reimbursement sought as actual, reasonable, and necessary: | $13,134.88 |

This is a(n):   _X_ monthly   ___ interim   ___ final

---

[1]     Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

Previous Applications:

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid | Amount of Expenses Authorized to be Paid |
|---|---|---|---|---|---|---|
| 10/31/2024 [D.I. 538] | August 28, 2024 – September 30, 2024 | $103,148.00 | $1,477.55 | 11/25/2024 [D.I. 641] | $103,148.00 | $1,477.55 |
| 12/16/2024 [D.I. 683] | October 1, 2024 – October 31, 2024 | $59,833.00 | $264.55 | 1/7/2025 [D.I. 713] | $59,833.00 | $264.55 |
| **TOTALS** | | **$162,981.00** | **$1,742.10** | | **$162,981.00** | **$1,742.10** |

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: March 5, 2025 at 4:00 p.m.  (ET)** |

**THIRD MONTHLY APPLICATION OF MORRIS JAMES LLP, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

Morris James LLP ("Morris James"), Delaware Counsel to the Official Committee of Unsecured Creditors (the "Committee") of Blink Holdings, Inc., *et al*., the above-captioned debtors (the "Debtors"), hereby submits its monthly fee application (the "Application") pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") for allowance of compensation in the amount of $57,742.00 and reimbursement of expenses in the amount $13,134.88 for the period from November 1, 2024 through November 30, 2024 (the "Compensation Period"), and in support thereof, Morris James respectfully represents as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).

2.      Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

---

[1]      Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17092918/1

3.     The statutory predicate for the relief sought herein is sections 1103 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-2.

## BACKGROUND

4.     On August 12, 2024, (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively the "Chapter 11 Cases").  The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

5.     The Debtors have continued in the possession of its property and has continued to operate and manage its business as Debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Chapter 11 Cases.

6.     On August 23, 2024, the Office of the United States Trustee for the District of Delaware (the "United States Trustee") filed its notice of appointment of the five (5) member Committee pursuant to section 1102(a)(1) of the Bankruptcy Code.[2]  On August 26, 2024, the Committee selected Kelley Drye & Warren LLP ("Kelley Drye") as its lead counsel and on August 28, 2024, Morris James was selected to serve as Delaware counsel.  The Committee also selected Dundon Advisers LLC as its financial advisor.

7.     On August 20, 2024, the Debtors filed its *Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* (the "Interim Compensation Motion") [Docket No. 93], and on September 5, 2024, the Court entered an Order approving the Interim Compensation Motion (the "Interim Compensation Order") [Docket No. 162].

---

[2]     The Committee members are the following: (1) Johnson Health Tech NA, Inc.; (2) Motionsoft, Inc.; (3) FW IL-Riverside/Rivers Edge, LLC; (4) 96 N. 10th Street Holdings LLC; and (5) GS FIT ILL-1 LLC. On November 4, 2024, Motionsoft, Inc. resigned from the Committee. Docket No. 571.

17092918/1

8.      On September 25, 2024, the Committee filed the *Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Delaware Counsel to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to August 28, 2024* (the "Retention Application") [Docket No. 415]. On October 15, 2024, the Court entered an order approving the Retention Application, *Nunc Pro Tunc* to August 28, 2024 [Docket No. 491].

9.      A chart detailing the fees during the Compensation Period, by professional and by category and a full and detailed statement describing the services rendered during the Compensation Period, by each professional and paraprofessional at Morris James are both attached hereto as **Exhibit A**.

10.     The total sum due to Morris James for professional services rendered on behalf Committee during for the Compensation Period is $57,742.00.  Morris James submits that the professional services it rendered on behalf of the Committee during this time were reasonable and necessary.

11.     Morris James incurred $13,134.88 of expenses during the Compensation Period.  A chart detailing the specific disbursements is attached hereto as **Exhibit B**.

12.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements, including that travel time was not billed at more than half rate and copying charges were only $.10 per page.

*[Remainder of Page Intentionally Left Blank]*

3

WHEREFORE, Morris James hereby requests pursuant to the procedures allowed in the Interim Compensation Order: (i) interim allowance of compensation for necessary and valuable professional services rendered to the Committee in the amount of $57,742.00 and reimbursement of expenses in the amount of $13,134.88 for the period from November 1, 2024 through November 30, 2024; (ii) payment in the total amount of $59,328.48 (representing 80% of the total fees ($46,193.60) billed and 100% of the expenses ($13,134.88) incurred during the Compensation Period); and (iii) such other relief as this Court deems just and proper.

Dated: February 12, 2025

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
bkeilson@morrisjames.com
scerra@morrisjames.com

*Counsel to the Official Committee of
Unsecured Creditors*

4