# EXHIBIT A

## Compensation By Category – Third Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B110 Case Administration | 20.60 | $9,889.00 |
| B120 Asset Analysis and Recovery | 11.00 | $4,771.00 |
| B150 Meetings/Communications with Committee and/or Creditors | 7.10 | $3,863.00 |
| B170 Fee Applications (MJ) | 4.70 | $1,715.50 |
| B175 Fee Applications (Others) | 2.60 | $1,336.50 |
| B175A Fee Applications (Others - Objections) | 0.30 | $117.00 |
| B185 Assumption/Rejection of Leases and Contracts | 0.20 | $78.00 |
| B230 Financing/Cash Collateral | 25.30 | $12,708.50 |
| B320 Plan and Disclosure Statement | 1.30 | $947.00 |
| B430A Court Hearings: Attendance and Preparation | 42.70 | $22,316.50 |
| **Totals** | **115.80** | **$57,742.00** |

17092918/1

## Timekeeper Summary – Third Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | $825.00 | 9.20 | $7,590.00 |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Partner in Bankruptcy Department since 2019 | $790.00 | 23.70 | $18,723.00 |
| Tara C. Pakrouh | Member of the Delaware Bar since 2015; Associate in Bankruptcy Department since 2023 | $685.00 | 0.40 | $274.00 |
| Siena B. Cerra | Member of the Delaware Bar since 2023; Associate in Bankruptcy Department since 2023 | $390.00 | 41.70 | $16,263.00 |
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | $365.00 | 13.30 | $4,854.50 |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | $365.00 | 27.50 | $10,037.50 |
| | | **Totals** | **115.80** | **$57,742.00** |
| | **Blended Rate $498.64** | | | |

# Morris James LLP

500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750
Federal Tax I.D. 51-0023480

Official Committee of Unsecured Creditors of Blink Holdings, Inc.
Committee Chairperson: Christie Draves
christie.draves@johnsonfit.com
Johnson Health Tech North America, Inc.
1600 Landmark Drive
Cottage Grove, WI  53527

February 3, 2025
Invoice 611605

| | |
|---|---|
| Matter Name: | Blink Holdings, Inc., Case No. 24-11686 (JKS) |
| Matter Number: | 144585-0001 |
| Attorney: | Eric J. Monzo |

**For Professional Services through November 30, 2024**

| | |
|---|---|
| **Fees** | $57,742.00 |
| **Disbursements** | $13,134.88 |
| **Total Charges** | $70,876.88 |

## Fee Recap

| | | Hours | Rate/Hours | Amount |
|---|---|---|---|---|
| Brya M. Keilson | Partner | 23.70 | 790.00 | 18,723.00 |
| Eric J. Monzo | Partner | 9.20 | 825.00 | 7,590.00 |
| Tara C. Pakrouh | Associate | 0.40 | 685.00 | 274.00 |
| Siena B. Cerra | Associate | 41.70 | 390.00 | 16,263.00 |
| Douglas J. Depta | Paralegal | 27.50 | 365.00 | 10,037.50 |
| Stephanie A. Lisko | Paralegal | 13.30 | 365.00 | 4,854.50 |
| **Totals** | | **115.80** | | **57,742.00** |

Matter Number: 144585-0001
02/03/25
Page 2

## Services by Task Code

| Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 20.60 | 9,889.00 |
| B120 | Asset Analysis and Recovery | 11.00 | 4,771.00 |
| B150 | Meetings/Communications with Committee and/or Creditors | 7.10 | 3,863.00 |
| B170 | Fee Applications (MJ) | 4.70 | 1,715.50 |
| B175 | Fee Applications (Others) | 2.60 | 1,336.50 |
| B175A | Fee Applications (Others - Objections) | 0.30 | 117.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.20 | 78.00 |
| B230 | Financing/Cash Collateral | 25.30 | 12,708.50 |
| B320 | Plan and Disclosure Statement | 1.30 | 947.00 |
| B430A | Court Hearings: Attendance and Preparation | 42.70 | 22,316.50 |
| | **Totals** | **115.80** | **$57,742.00** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110 Case Administration** | | | | | |
| 11/01/24 | DJD | Draft witness and exhibit list for Nov 5 hearing. | 0.30 | 365.00 | 109.50 |
| 11/01/24 | DJD | Update and file R. Morrison PHV motion, upload order, pay filing fee, circulate, and update case folder. | 0.40 | 365.00 | 146.00 |
| 11/01/24 | BMK | Emails with co-counsel and team regarding preparation for hearing and exhibits (.7); review relevant documents (.9). | 1.60 | 790.00 | 1,264.00 |
| 11/02/24 | SBC | Revise witness and exhibit list (.1); emails with KDW and MJ teams re same (.1). | 0.20 | 390.00 | 78.00 |
| 11/02/24 | DJD | Attend conference call re hearing update. | 1.00 | 365.00 | 365.00 |
| 11/03/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 365.00 | 73.00 |
| 11/03/24 | SAL | Review entered R. Morrison PHV order and circulate same to co-counsel. | 0.10 | 365.00 | 36.50 |
| 11/04/24 | DJD | Emails internally re missing items on agenda. | 0.10 | 365.00 | 36.50 |
| 11/04/24 | SBC | Review Rooney declaration and exhibits (.4); emails with MJ and KDW teams re same (.1). | 0.50 | 390.00 | 195.00 |
| 11/04/24 | SBC | Discuss hearing details with MJ and KDW teams. | 0.20 | 390.00 | 78.00 |
| 11/04/24 | SBC | Review witness and exhibit list (.2); emails with KDW and MJ teams re same (.1). | 0.30 | 390.00 | 117.00 |
| 11/04/24 | DJD | Review and file witness and exhibit list, draft COS, email counsel for service, arrange mail service, and update case folder. | 0.60 | 365.00 | 219.00 |
| 11/04/24 | EJM | Emails with professionals and discussions internally with S. Cerra re witness and exhibit list. | 0.20 | 825.00 | 165.00 |
| 11/04/24 | SBC | Review debtors witness list (.1); discuss same with KDW | 0.20 | 390.00 | 78.00 |

Matter Number:  144585-0001
02/03/25
Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and MJ teams (.1). | | | |
| 11/04/24 | DJD | Review agenda and arrange initial production of hearing materials. | 1.50 | 365.00 | 547.50 |
| 11/05/24 | SBC | Review notice of withdrawal (.1); emails with MJ team re same (.1). | 0.20 | 390.00 | 78.00 |
| 11/05/24 | SBC | Review chambers procedure (.2); emails with KDW team re same (.1). | 0.30 | 390.00 | 117.00 |
| 11/05/24 | SBC | Review Varagon's witness and exhibit list. | 0.10 | 390.00 | 39.00 |
| 11/05/24 | DJD | Emails with chambers and with B. Keilson re exhibits for Nov 6 hearing. | 0.30 | 365.00 | 109.50 |
| 11/05/24 | SAL | Review agenda for November 6 hearing, register appearances for MJ, co-counsel, and committee members. | 0.90 | 365.00 | 328.50 |
| 11/05/24 | SBC | Discuss exhibit binders with MJ and KDW teams. | 0.20 | 390.00 | 78.00 |
| 11/05/24 | SAL | Attend call with co-counsel re prep for contested hearing. | 0.50 | 365.00 | 182.50 |
| 11/05/24 | SBC | Discuss exhibit list with MNAT. | 0.10 | 390.00 | 39.00 |
| 11/05/24 | SBC | Discuss exhibits with KDW and MJ teams. | 0.20 | 390.00 | 78.00 |
| 11/05/24 | SBC | Review amended witness and exhibit list (.4); discuss same with KDW and MJ teams(.5). | 0.90 | 390.00 | 351.00 |
| 11/05/24 | DJD | Update and file amended witness and exhibit list, emails with co-counsel, email counsel for service, and update case folder. | 0.80 | 365.00 | 292.00 |
| 11/05/24 | TCP | Emails with MJ re hearing coverage and updates issues. | 0.20 | 685.00 | 137.00 |
| 11/06/24 | TCP | Emails with MJ team re hearing coordination and Preparation. | 0.20 | 685.00 | 137.00 |
| 11/06/24 | SAL | Review relevant pleadings filed and update case folder. | 0.30 | 365.00 | 109.50 |
| 11/06/24 | SAL | Emails with D. Depta and S. Cerra preparation for contested sale hearing. | 0.60 | 365.00 | 219.00 |
| 11/06/24 | SAL | Review amended appointment of official committee and update committee contacts. | 0.20 | 365.00 | 73.00 |
| 11/06/24 | DJD | Emails with transcriber and S. Cerra re Nov 6 hearing transcript. | 0.20 | 365.00 | 73.00 |
| 11/06/24 | BMK | Emails with co-counsel regarding hearing. | 0.80 | 790.00 | 632.00 |
| 11/07/24 | DJD | Emails with transcriber re Nov 7 transcript and follow ups re Nov 6 transcript. | 0.20 | 365.00 | 73.00 |
| 11/08/24 | SBC | Review debtors motion to extend remove actions. | 0.20 | 390.00 | 78.00 |
| 11/08/24 | SAL | Email from co-counsel re case update and update critical dates re same. | 0.10 | 365.00 | 36.50 |
| 11/10/24 | DJD | Review Nov 7 hearing transcript, circulate, and update case folder. | 0.20 | 365.00 | 73.00 |
| 11/10/24 | SBC | Review sale hearing transcripts. | 0.30 | 390.00 | 117.00 |
| 11/12/24 | BMK | Emails with co-counsel and S. Cerra regarding court hearing and updates. | 0.90 | 790.00 | 711.00 |
| 11/12/24 | DJD | Email transcriber re Nov 12 transcript. | 0.10 | 365.00 | 36.50 |
| 11/12/24 | SAL | Review agenda for November 12 hearing and update case calendar and folder. | 0.10 | 365.00 | 36.50 |
| 11/12/24 | SAL | Emails from co-counsel and with S. Cerra and D. Depta re hearing link and registrations for November 12 hearing. | 0.20 | 365.00 | 73.00 |
| 11/13/24 | DJD | Review Nov 12 hearing transcript, emails with transcriber re missing audio, review log notes, circulate, and update case folder. | 0.40 | 365.00 | 146.00 |
| 11/13/24 | SBC | Emails with chambers and KDW team re omnibus hearing | 0.20 | 390.00 | 78.00 |

Matter Number:  144585-0001
02/03/25
Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | dates. | | | |
| 11/13/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.50 | 365.00 | 182.50 |
| 11/14/24 | SAL | Update case folder with file versions of drafts. | 0.10 | 365.00 | 36.50 |
| 11/14/24 | SBC | Emails with YCST team re January omnibus hearing (.1); review COC re scheduling same (.1). | 0.20 | 390.00 | 78.00 |
| 11/17/24 | SAL | Update critical dates and case calendar. | 0.20 | 365.00 | 73.00 |
| 11/18/24 | BMK | Emails with co-counsel and Dundon regarding updates. | 0.60 | 790.00 | 474.00 |
| 11/21/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.30 | 365.00 | 109.50 |
| 11/21/24 | BMK | Review recently filed pleadings. | 0.90 | 790.00 | 711.00 |
| 11/26/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.30 | 365.00 | 109.50 |
| 11/27/24 | SAL | Review agenda canceling December 5 hearing and update critical dates and case calendar. | 0.10 | 365.00 | 36.50 |
| 11/27/24 | SBC | Review committee update email. | 0.10 | 390.00 | 39.00 |
| | | **Task Code Subtotal** | **20.60** | | **9,889.00** |

**B120 Asset Analysis and Recovery**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/24 | SBC | Emails with MJ and KDW teams re sale objection. | 0.20 | 390.00 | 78.00 |
| 11/01/24 | DJD | Draft motion to seal to supplemental objection. | 0.50 | 365.00 | 182.50 |
| 11/01/24 | SBC | Review supplemental sale objection and supporting exhibits (.6); discuss details re same with MJ and KDW teams (.4). | 1.00 | 390.00 | 390.00 |
| 11/01/24 | SBC | Review sale ROR (.2); discuss filing same with MJ and KDW teams (.3). | 0.50 | 390.00 | 195.00 |
| 11/01/24 | DJD | Review and file supplemental objection to sale, emails with co-counsel and S. Cerra, draft COS, email counsel for service, and update case folder. | 0.60 | 365.00 | 219.00 |
| 11/01/24 | DJD | Case law research re sale objection and pull requested documents, an emails with S. Cerra. | 0.40 | 365.00 | 146.00 |
| 11/01/24 | BMK | Review caselaw and emails with S. Cerra regarding research on issue in preparation for sale hearing. | 0.90 | 790.00 | 711.00 |
| 11/04/24 | SAL | Emails with D. Depta and co-counsel re sealed and redacted Rooney declaration iso sale objection. | 0.20 | 365.00 | 73.00 |
| 11/04/24 | SAL | Review Rooney declaration and exhibits and prepare redacted and sealed versions of same. | 0.50 | 365.00 | 182.50 |
| 11/04/24 | SAL | Emails from D. Depta and B. Keilson re notice of withdrawal of exhibit to sale objection and update same. | 0.20 | 365.00 | 73.00 |
| 11/04/24 | SAL | Finalize and file redacted and sealed Rooney declaration iso sale objection, prepare and serve same, and circulate to co-counsel. | 0.60 | 365.00 | 219.00 |
| 11/04/24 | DJD | Draft motion to seal declaration to sale objection and email internally for review. | 0.50 | 365.00 | 182.50 |
| 11/04/24 | SBC | Review debtors motion for leave and reply ISO sale. | 0.50 | 390.00 | 195.00 |
| 11/04/24 | DJD | Draft notice of withdrawal re declaration and emails with S. Lisko re same. | 0.30 | 365.00 | 109.50 |
| 11/05/24 | DJD | File notice of withdrawal of declaration, circulate, email chambers, and update case folder. | 0.30 | 365.00 | 109.50 |
| 11/06/24 | SAL | Emails with B. Keilson re continued contested hearing link and update case calendar. | 0.10 | 365.00 | 36.50 |

Matter Number:  144585-0001
02/03/25
Page 5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/07/24 | DJD | Draft CoC re revise motion to sale objection and revise Order. | 0.80 | 365.00 | 292.00 |
| 11/07/24 | SAL | Review revised order and update certification re motion to seal sale objection and emails with D. Depta re same. | 0.20 | 365.00 | 73.00 |
| 11/07/24 | SBC | Review Lotemd sale order. | 0.30 | 390.00 | 117.00 |
| 11/08/24 | DJD | Update and file COC re motion to seal sale objection, circulate, upload order, and update case folder. | 0.40 | 365.00 | 146.00 |
| 11/09/24 | SBC | Emails with KDW team re sale hearing ruling. | 0.10 | 390.00 | 39.00 |
| 11/10/24 | SBC | Emails with MJ team re sale ruling. | 0.10 | 390.00 | 39.00 |
| 11/12/24 | SBC | Review court schedules and docket re sale decision (.1); discuss same with KDW and MJ teams (.1). | 0.20 | 390.00 | 78.00 |
| 11/12/24 | SBC | Attend continued sale hearing. | 1.00 | 390.00 | 390.00 |
| 11/13/24 | EJM | Review recent filings re case update and status. | 0.60 | 825.00 | 495.00 |
|  |  | **Task Code Subtotal** | **11.00** |  | **4,771.00** |

**B150 Meetings/Communications with Committee and/or Creditors**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/24 | SBC | Attend committee professionals call re sale hearing details. | 1.00 | 390.00 | 390.00 |
| 11/03/24 | EJM | Email update to committee re auction. | 0.10 | 825.00 | 82.50 |
| 11/04/24 | SBC | Attend committee meeting. | 0.80 | 390.00 | 312.00 |
| 11/05/24 | SBC | Attend committee meeting. | 1.00 | 390.00 | 390.00 |
| 11/06/24 | EJM | Emails to the committee re case status. | 0.10 | 825.00 | 82.50 |
| 11/13/24 | SBC | Attend weekly committee call. | 0.40 | 390.00 | 156.00 |
| 11/13/24 | EJM | Email update with committee re status and update on case issues. | 0.20 | 825.00 | 165.00 |
| 11/13/24 | BMK | Emails with co-counsel and committee regarding updates. | 0.40 | 790.00 | 316.00 |
| 11/19/24 | BMK | Emails with co-counsel and committee regarding updates and review combined plan and disclosure statement with comments. | 1.50 | 790.00 | 1,185.00 |
| 11/26/24 | SBC | Attend committee professionals call. | 0.40 | 390.00 | 156.00 |
| 11/26/24 | SBC | Attend committee call. | 0.80 | 390.00 | 312.00 |
| 11/27/24 | BMK | Emails with co-counsel and committee regarding updates. | 0.40 | 790.00 | 316.00 |
|  |  | **Task Code Subtotal** | **7.10** |  | **3,863.00** |

**B170 Fee Applications (MJ)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/04/24 | DJD | Begin drafting second monthly application. | 0.40 | 365.00 | 146.00 |
| 11/04/24 | DJD | Email with C. Choe re weekly estimates. | 0.10 | 365.00 | 36.50 |
| 11/11/24 | DJD | Emails with C. Choe re weekly estimates. | 0.10 | 365.00 | 36.50 |
| 11/15/24 | DJD | Review and revise Oct invoice and emails with accounting re updates. | 1.50 | 365.00 | 547.50 |
| 11/17/24 | DJD | Further review and revise Oct invoice and emails with accounting re updates. | 0.50 | 365.00 | 182.50 |
| 11/18/24 | DJD | Emails with C. Choe re weekly estimates. | 0.10 | 365.00 | 36.50 |
| 11/19/24 | DJD | Draft CNO re first monthly application. | 0.30 | 365.00 | 109.50 |
| 11/21/24 | DJD | Update second monthly application. | 0.50 | 365.00 | 182.50 |
| 11/22/24 | DJD | Begin drafting first interim application. | 0.80 | 365.00 | 292.00 |
| 11/25/24 | DJD | Emails with C. Choe re weekly estimates. | 0.10 | 365.00 | 36.50 |
| 11/25/24 | DJD | File CNO re first monthly application, circulate and update case folder. | 0.30 | 365.00 | 109.50 |

Matter Number:  144585-0001
02/03/25
Page 6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Task Code Subtotal | **4.70** | | **1,715.50** |

**B175 Fee Applications (Others)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/19/24 | DJD | Draft CNO re KDW first monthly application. | 0.30 | 365.00 | 109.50 |
| 11/19/24 | DJD | Draft CNO re Dundon first monthly application. | 0.30 | 365.00 | 109.50 |
| 11/22/24 | DJD | Update CoC re KDW first monthly fee application. | 0.30 | 365.00 | 109.50 |
| 11/22/24 | BMK | Emails with D. Depta regarding pending fee applications and updates. | 0.90 | 790.00 | 711.00 |
| 11/22/24 | SBC | Review draft COC re KDW first monthly fee application (.1); emails with MJ team re same (.1). | 0.20 | 390.00 | 78.00 |
| 11/25/24 | DJD | File COC re KDW first monthly application, circulate and update case folder. | 0.30 | 365.00 | 109.50 |
| 11/25/24 | DJD | File CNO re Dundon first monthly application, circulate and update case folder. | 0.30 | 365.00 | 109.50 |
| | | Task Code Subtotal | **2.60** | | **1,336.50** |

**B175A Fee Applications (Others - Objections)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/21/24 | SBC | Review debtors objection re KDW's first fee application. | 0.20 | 390.00 | 78.00 |
| 11/21/24 | SBC | Review Varagon ROR to KDW first monthly application. | 0.10 | 390.00 | 39.00 |
| | | Task Code Subtotal | **0.30** | | **117.00** |

**B185 Assumption/Rejection of Leases and Contracts**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/08/24 | SBC | Review debtors' motion to extend assume or reject leases. | 0.20 | 390.00 | 78.00 |
| | | Task Code Subtotal | **0.20** | | **78.00** |

**B230 Financing/Cash Collateral**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/24 | SBC | Review standing motion and exhibit (.5) Emails with MJ and KDW teams re same (.2). | 0.70 | 390.00 | 273.00 |
| 11/01/24 | DJD | Review standing motion and draft cos. | 1.30 | 365.00 | 474.50 |
| 11/01/24 | SBC | Research re objection standing (2.2); emails with KDW and MJ teams re same (.2). | 2.40 | 390.00 | 936.00 |
| 11/06/24 | SBC | Emails with MJ and KDW teams re standing motion. | 0.10 | 390.00 | 39.00 |
| 11/07/24 | SAL | Emails from co-counsel and B. Keilson re standing motion and extended challenge deadline, update critical dates and case calendar. | 0.10 | 365.00 | 36.50 |
| 11/11/24 | SBC | Emails with KDW and MJ teams re standing papers. | 0.10 | 390.00 | 39.00 |
| 11/11/24 | BMK | Emails with co-counsel regarding standing motion and updates (.7); review drafts (.5). | 1.20 | 790.00 | 948.00 |
| 11/11/24 | SBC | Review standing documents and seal motion (1.0); emails with MJ and KDW teams re same (.2). | 1.20 | 390.00 | 468.00 |
| 11/11/24 | SAL | Review and update standing motion and form of complaint (.3) prepare redacted versions of same (.7), and review update related motion to seal (.2). | 1.20 | 365.00 | 438.00 |
| 11/11/24 | SAL | Email from co-counsel and with S. Cerra re extended challenge deadline and update critical dates and case calendar. | 0.10 | 365.00 | 36.50 |
| 11/11/24 | EJM | Review complaint and standing motion re challenge. | 0.50 | 825.00 | 412.50 |
| 11/13/24 | SBC | Discuss standing papers and omnibus hearing dates with | 0.40 | 390.00 | 156.00 |

Matter Number: 144585-0001
02/03/25
Page 7

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | KDW and MJ teams. | | | |
| 11/13/24 | SAL | Emails with S. Cerra and co-counsel re standing motion and hearing date request. | 0.40 | 365.00 | 146.00 |
| 11/13/24 | SAL | Emails with chambers re hearing date for standing motion. | 0.20 | 365.00 | 73.00 |
| 11/13/24 | SBC | Review revised standing motion and complaint (.7); emails with MJ and KDW teams re same (.3). | 1.00 | 390.00 | 390.00 |
| 11/13/24 | SAL | Review updated standing motion and proposed complaint, update and finalize sealed versions, prepare redacted versions, update motion to seal standing motion, and prepare certificate of service. | 1.50 | 365.00 | 547.50 |
| 11/13/24 | SBC | Prepare standing papers for filing (.8); discuss issues re same with KDW and MJ teams (.4). | 1.20 | 390.00 | 468.00 |
| 11/13/24 | SBC | Emails with debtors counsel re proposed redactions to standing papers. | 0.20 | 390.00 | 78.00 |
| 11/13/24 | DJD | Update and file sealed standing motion, emails internally and with co-counsel, email debtors and UST, and update case folder and calendar. | 1.10 | 365.00 | 401.50 |
| 11/13/24 | SAL | Emails with B. Keilson, S. Cerra and D. Depta re standing motion. | 0.30 | 365.00 | 109.50 |
| 11/13/24 | SAL | Update sealed and redacted versions of standing motion and motion to seal, finalize same for filing, and emails with D. Depta re same. | 0.50 | 365.00 | 182.50 |
| 11/13/24 | BMK | Emails with co-counsel and S. Cerra and S. Lisko regarding draft standing motion and draft complaint and finalizing same (.7); review drafts (1.1). | 1.80 | 790.00 | 1,422.00 |
| 11/14/24 | BMK | Emails with co-counsel and S. Lisko and S. Cerra regarding motion to seal and standing motion and updates (.5); review drafts (.7). | 1.20 | 790.00 | 948.00 |
| 11/15/24 | SAL | Review and finalize redacted standing motion, update and finalize motion to seal, and prepare certificate of service and related service lists. | 0.60 | 365.00 | 219.00 |
| 11/15/24 | SBC | Review redacted standing motion and seal motion (.5); emails with MJ team re same (.1). | 0.60 | 390.00 | 234.00 |
| 11/15/24 | SBC | Review final copy of redacted standing motion and seal motion (.3); emails with KDW and MJ team re same (.1). | 0.40 | 390.00 | 156.00 |
| 11/15/24 | SBC | Review amended notice of standing motion (.1); discuss same with MJ team (.1). | 0.20 | 390.00 | 78.00 |
| 11/15/24 | BMK | Emails with team and co-counsel regarding standing motion and notice, and motion to seal and finalizing and filing same (1.1); review drafts (1.0). | 2.10 | 790.00 | 1,659.00 |
| 11/15/24 | EJM | Review standing motion. | 0.40 | 825.00 | 330.00 |
| 11/15/24 | SAL | Emails with S. Cerra and B. Keilson re redacted standing motion and related motion to seal. | 0.30 | 365.00 | 109.50 |
| 11/15/24 | SAL | Update and finalize motion to seal standing motion. | 0.20 | 365.00 | 73.00 |
| 11/15/24 | SAL | File and serve redacted standing motion and related motion to seal, finalize and file related certificate of service, circulate to co-counsel, and update case calendar. | 0.70 | 365.00 | 255.50 |
| 11/15/24 | SAL | Draft and update amended notice of standing motion and emails with S. Cerra and co-counsel re same. | 0.30 | 365.00 | 109.50 |
| 11/15/24 | SAL | Finalize, file, and serve amended notice of standing motion, circulate to co-counsel, and update critical dates | 0.30 | 365.00 | 109.50 |

Matter Number:  144585-0001
02/03/25
Page 8

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and case calendar. | | | |
| 11/27/24 | BMK | Emails with UST and co-counsel regarding committee's standing motion. | 0.40 | 790.00 | 316.00 |
| 11/27/24 | SAL | Emails from co-counsel re extension of response deadline re standing motion and update critical dates and case calendar. | 0.10 | 365.00 | 36.50 |
| | | **Task Code Subtotal** | **25.30** | | **12,708.50** |
| **B320 Plan and Disclosure Statement** | | | | | |
| 11/27/24 | SBC | Review debtors' motion to extend exclusivity. | 0.20 | 390.00 | 78.00 |
| 11/27/24 | BMK | Emails with Debtors' counsel regarding draft combined plan and DS and review draft. | 1.10 | 790.00 | 869.00 |
| | | **Task Code Subtotal** | **1.30** | | **947.00** |
| **B430A Court Hearings: Attendance and Preparation** | | | | | |
| 11/01/24 | SBC | Review exhibits and sale hearing details (.8) discuss same with MJ and KDW teams (.4). | 1.20 | 390.00 | 468.00 |
| 11/02/24 | EJM | Emails with co-counsel and internal discussions re hearing preparation. | 0.60 | 825.00 | 495.00 |
| 11/04/24 | EJM | Emails re witness testimony and preparation. | 0.20 | 825.00 | 165.00 |
| 11/05/24 | EJM | Internal emails re hearing and witness preparation. | 0.20 | 825.00 | 165.00 |
| 11/05/24 | SBC | Review debtors sale hearing exhibits. | 0.50 | 390.00 | 195.00 |
| 11/05/24 | SBC | Review relevant pleadings and exhibits re sale hearing. | 2.50 | 390.00 | 975.00 |
| 11/05/24 | SBC | Discuss sale hearing preparation with committee professionals. | 0.40 | 390.00 | 156.00 |
| 11/05/24 | DJD | Attend hearing preparation call. | 0.50 | 365.00 | 182.50 |
| 11/05/24 | DJD | Compile and prepare materials for hearing and emails re arranging production. | 2.50 | 365.00 | 912.50 |
| 11/05/24 | SBC | Review hearing exhibits. | 0.70 | 390.00 | 273.00 |
| 11/05/24 | DJD | Compile and prepare materials for hearing and coordinate production, numerous email with S. Cerra and co-counsel. | 1.70 | 365.00 | 620.50 |
| 11/06/24 | SBC | Sale Hearing preparation. | 3.00 | 390.00 | 1,170.00 |
| 11/06/24 | DJD | Review prepared materials for hearing (2.3); compile and prepare additionally filed materials (1.5); Coordinate additional hearing preparation (.5). | 4.30 | 365.00 | 1,569.50 |
| 11/06/24 | EJM | Attend portion of sale hearing and confer with co-counsel re strategy. | 2.30 | 825.00 | 1,897.50 |
| 11/06/24 | EJM | Update with S. Cerra following hearing and strategy for day 2. | 0.20 | 825.00 | 165.00 |
| 11/06/24 | BMK | Attend sale hearing. | 4.00 | 790.00 | 3,160.00 |
| 11/06/24 | SBC | Attend Sale Hearing. | 5.00 | 390.00 | 1,950.00 |
| 11/06/24 | SBC | Emails with KDW and MJ teams re hearing transcript. | 0.20 | 390.00 | 78.00 |
| 11/07/24 | SBC | Sale Hearing preparation. | 2.00 | 390.00 | 780.00 |
| 11/07/24 | EJM | Meeting with co-counsel re hearing preparation. | 0.60 | 825.00 | 495.00 |
| 11/07/24 | EJM | Attend second day of sale hearing. | 2.50 | 825.00 | 2,062.50 |
| 11/07/24 | BMK | Attend sale hearing. | 2.50 | 790.00 | 1,975.00 |
| 11/07/24 | SBC | Attend continued sale hearing. | 3.00 | 390.00 | 1,170.00 |
| 11/07/24 | SBC | Discuss exhibits and sale hearing details with MJ and KDW teams. | 0.30 | 390.00 | 117.00 |
| 11/07/24 | SBC | Discuss hearing details with KDW and MJ teams. | 0.30 | 390.00 | 117.00 |

Matter Number:  144585-0001
02/03/25
Page 9

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 11/07/24 | EJM | Attend continued hearing on uncontested sale. | 0.50 | 825.00 | 412.50 |
| 11/07/24 | SBC | Draft sale hearing time summary (.4); emails with KDW team re same (.1). | 0.50 | 390.00 | 195.00 |
| 11/12/24 | BMK | Attend hearing on oral ruling of sale motion. | 0.50 | 790.00 | 395.00 |
| | | **Task Code Subtotal** | **42.70** | | **22,316.50** |
| | | **Sub-Total Fees:** | | | **57,742.00** |

**For Disbursements through November 30, 2024**

### Disbursements

| Date | Description | Amount |
|---|---|---:|
| | Postage | 31.08 |
| | Reproduction | 294.90 |
| | Westlaw | 157.94 |
| 11/06/24 | Delivery - Digital Legal | 351.25 |
| 11/06/24 | USDC-DE - 10/22/24 PHV R. Gage, REQUEST#: 333168 | 50.00 |
| 11/06/24 | USDC-DE - 10/17//24 PHV for W. Gyves, REQUEST#: 333168 | 50.00 |
| 11/07/24 | Delivery - Digital Legal | 780.00 |
| 11/08/24 | La Cavalier - 11/6/24 - Dinner for Hearing (Wilson, Elliott, Monzo, Cerra) | 351.78 |
| 11/11/24 | Reliable Wilmington (Production) 10/25/24 Mail Service of Seal Motion | 34.20 |
| 11/14/24 | DLS Discovery, LLC 11/4/24 Mail service of Witness and Exhibit List | 36.42 |
| 11/14/24 | DLS Discovery, LLC 11/4/24 Production of Hearing Materials | 4,078.74 |
| 11/19/24 | Reliable Wilmington (Transcript) 11/6 and 11/7/24 Hearing Transcripts | 418.95 |
| 11/19/24 | Reliable Wilmington (Transcript) 11/12/24 Hearing Transcript | 55.10 |
| 11/21/24 | DLS Discovery, LLC 11/5/24 Production of Hearing Materials (Exhibit Binders) | 6,317.37 |
| 11/21/24 | DLS Discovery, LLC 11/5/24 Production of Hearing Materials (Depositions) | 127.15 |
| **Total Disbursements** | | **13,134.88** |

| | |
|---|---:|
| **Total Services and Disbursements this period** | **$70,876.88** |
| **Balance Due** | **$70,876.88** |