# EXHIBIT B

## Summary of Expenses – Third Monthly Compensation Period

|  | Total |
|---|---:|
| Postage | $31.08 |
| Reproduction | $294.90 |
| Westlaw | $157.94 |
| USDC (PHV Fees) | $100.00 |
| Digital Legal – Delivery | $1,131.25 |
| DLS Discovery, LLC | $10,559.68 |
| Reliable (Production) | $34.20 |
| Reliable (Transcript) | $474.05 |
| Working Meals | $351.78 |
| **TOTAL**: | **$13,134.88** |