**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF SIENA B. CERRA REGARDING THIRD MONTHLY APPLICATION OF MORRIS JAMES LLP, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| | | |
|---|---|---|
| STATE OF DELAWARE | : | |
| | : | SS |
| COUNTY OF NEW CASTLE | : | |

I, Siena B. Cerra, after being sworn according to law, deposes and says:

a)      I am an associate of the firm Morris James LLP.

b)      I have personally performed or am familiar with the services rendered by Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors.

c)      I have reviewed the foregoing Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-2, and submit that the Fee Application complies with such Rule.

Dated: February 12, 2025

*/s/ Siena B. Cerra*
Siena B. Cerra (DE Bar No. 7290)

---

[1]      Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17092918/1