# EXHIBIT A

## Compensation By Category – Third Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis | 54.90 | $37,092.50 |
| Case Administration | 6.20 | $5,232.00 |
| Claims Analysis | 1.70 | $2,210.00 |
| Committee Member/Professional Meetings & Communications | 44.70 | $37,728.50 |
| Plan and Disclosure Statement | 2.60 | $2,496.00 |
| Retention and Fee Applications | 0,90 | $864.00 |
| Sale Process | 60.20 | $52,270.50 |
| **Totals** | **171.20** | **$137,893.50** |

17179626/1

## Timekeeper Summary – Third Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Peter Hurwitz | Principal | $960.00 | 39.40 | $37,824.00 |
| Lee Rooney | Managing Director | $850.00 | 86.10 | $73,185.00 |
| Jennifer Ganzi | Senior Director | $755.00 | 22.90 | $17,289.50 |
| Abe Wickelgren | Senior Advisor | $1300.00 | 1.70 | $2,210.00 |
| Alec Rovitz | Associate | $350.00 | 21.10 | $7,385.00 |
| | | **Totals** | **171.20** | **$137,893.50** |
| **Blended Rate $805.45** | | | | |

# Dundon Advisers LLC - Activity Type

Date Start: 11/1/2024 | Date End: 11/30/2024 | Clients: Blink Holdings | Users: | Matters: All | Activity Types: All | Group By: Activity Code

| Date | Client | Matter | Description | Billable Time | Billable Amount |
|---|---|---|---|---|---|
| **Business Analysis** | | | | | |
| **Alec Rovitz** | | | | | |
| 11/01/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Rooney) re: cash budget | 1.00 | $350.00 |
| 11/01/2024 | Blink Holdings | UCC | Prepare cash flow budget analysis | 0.70 | $245.00 |
| 11/01/2024 | Blink Holdings | UCC | Review bider and counsel correspondence re: auction | 1.20 | $420.00 |
| 11/01/2024 | Blink Holdings | UCC | Review scheduled and filed claims | 0.80 | $280.00 |
| 11/03/2024 | Blink Holdings | UCC | Review committee supplemental objection to sale | 0.30 | $105.00 |
| 11/03/2024 | Blink Holdings | UCC | Review revised Supreme Orange APA | 0.80 | $280.00 |
| 11/03/2024 | Blink Holdings | UCC | Analyze Debtor bid summary comparison re: value left to estate during all bidding rounds | 0.40 | $140.00 |
| 11/03/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Rooney) re: cash budget variances | 0.10 | $35.00 |
| 11/03/2024 | Blink Holdings | UCC | Review internal bid auction model | 0.40 | $140.00 |
| 11/03/2024 | Blink Holdings | UCC | Review K/BTF BROADWAY LLC filed objection | 0.20 | $70.00 |
| 11/03/2024 | Blink Holdings | UCC | Review Varagons committee response | 0.10 | $35.00 |
| 11/03/2024 | Blink Holdings | UCC | Analyze DIP Budget re: ending cash juxtaposition / re-forcasted budgets | 1.90 | $665.00 |
| 11/03/2024 | Blink Holdings | UCC | Participate in working session with Dundon team (Ganzi) re: ending cash reconciliation | 1.10 | $385.00 |
| 11/03/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Rooney) re: declaration preparation | 0.30 | $105.00 |
| 11/04/2024 | Blink Holdings | UCC | Prepare DIP budget to actual variance report presentation | 0.40 | $140.00 |
| 11/04/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Rooney) re: declaration preparation | 0.20 | $70.00 |
| 11/04/2024 | Blink Holdings | UCC | Correspond with Dundon team re: Approved Budget delta's | 0.20 | $70.00 |
| 11/04/2024 | Blink Holdings | UCC | Review North Riverside lease and assumption re: data room uploads | 0.30 | $105.00 |
| 11/04/2024 | Blink Holdings | UCC | Participate on call with Debtors re: budget materials | 0.10 | $35.00 |
| 11/04/2024 | Blink Holdings | UCC | Analyze disbursement trends re: summary budget statistics analysis | 0.40 | $140.00 |
| 11/04/2024 | Blink Holdings | UCC | Review non NY/NJ auction score card | 0.10 | $35.00 |
| 11/04/2024 | Blink Holdings | UCC | Participate on call with UCC, counsel, and Dudnon team re: weekly update (Partial) | 0.30 | $105.00 |
| 11/04/2024 | Blink Holdings | UCC | Correspond with Dundon team re: internal budget questions | 0.30 | $105.00 |
| 11/04/2024 | Blink Holdings | UCC | Correspond with Debtors re: cash budget questions | 0.10 | $35.00 |
| 11/05/2024 | Blink Holdings | UCC | Prepare cash flow questions / correspond with dundon team | 0.30 | $105.00 |
| 11/05/2024 | Blink Holdings | UCC | Review LOTEMD FIT LLC APA | 0.40 | $140.00 |
| 11/05/2024 | Blink Holdings | UCC | Review Debtors reply to UCC objection | 0.60 | $210.00 |
| 11/05/2024 | Blink Holdings | UCC | Review filed declarations re: docket review | 0.30 | $105.00 |
| 11/05/2024 | Blink Holdings | UCC | Review Wood declaration | 0.30 | $105.00 |
| 11/05/2024 | Blink Holdings | UCC | Correspond with Dundon team re: objection issues | 0.10 | $35.00 |
| 11/06/2024 | Blink Holdings | UCC | Attend sale hearing via telecronfrence | 4.20 | $1,470.00 |
| 11/06/2024 | Blink Holdings | UCC | Review further revised proposed sale order | 0.40 | $140.00 |
| 11/06/2024 | Blink Holdings | UCC | Participate on call with Dundon team (Rooney) re: cash re-forecast discrepancies | 0.50 | $175.00 |
| 11/06/2024 | Blink Holdings | UCC | Review budget to actual report | 0.20 | $70.00 |
| 11/12/2024 | Blink Holdings | UCC | Review counsel correspondence re: case calendar | 0.10 | $35.00 |
| 11/14/2024 | Blink Holdings | UCC | Review budget to actual report | 0.20 | $70.00 |
| 11/21/2024 | Blink Holdings | UCC | Review Debtors reservation of rights docket | 0.10 | $35.00 |
| 11/21/2024 | Blink Holdings | UCC | Review Varagon reservation of rights docket | 0.10 | $35.00 |
| 11/21/2024 | Blink Holdings | UCC | Review budget to actual report | 0.20 | $70.00 |
| 11/27/2024 | Blink Holdings | UCC | Review debtors motion to extend exclusive periods for filing a plan and solicitation | 0.10 | $35.00 |
| 11/27/2024 | Blink Holdings | UCC | Review budget to actual report | 0.20 | $70.00 |

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/28/2024 | Blink Holdings | UCC | Review blink settlement analysis re: Varagon | 0.30 | $105.00 |
| 11/28/2024 | Blink Holdings | UCC | Review correspondence from counsel re: settlement framework | 0.10 | $35.00 |
| | | | **Totals Amounts for User Alec Rovitz** | **20.40** | **$7,140.00** |
| **Jennifer Ganzi** | | | | | |
| 11/01/2024 | Blink Holdings | UCC | Put together summary of analysis on debt structure and TSA expenses/payments. | 3.30 | $2,491.50 |
| 11/01/2024 | Blink Holdings | UCC | Discussion with Lee on analysis of debt structure and TSA expenses/payments for upcoming deposition. | 1.00 | $755.00 |
| 11/02/2024 | Blink Holdings | UCC | Estimated cash burn for case based upon historicals. | 0.20 | $151.00 |
| 11/02/2024 | Blink Holdings | UCC | Quantified value of work UCC did that was value enhancing to secured creditors (DIP/TL lenders). | 0.30 | $226.50 |
| 11/02/2024 | Blink Holdings | UCC | Summarized liquidation model. | 0.20 | $151.00 |
| 11/03/2024 | Blink Holdings | UCC | Updated sale adjustments for new Supreme bids. | 0.40 | $302.00 |
| 11/03/2024 | Blink Holdings | UCC | Worked with Alec on analysis for actuals to budget, and updated budget to DIP budget. | 1.20 | $906.00 |
| 11/04/2024 | Blink Holdings | UCC | Reviewed actual performance vs DIP Budgets (both Initial and Final). | 1.30 | $981.50 |
| 11/05/2024 | Blink Holdings | UCC | Prepared actuals from filing to date against most recent projections for budget for Lee's deposition; calculated average costs were month. | 0.80 | $604.00 |
| 11/06/2024 | Blink Holdings | UCC | Prepped certain requested items around TSA analysis and corporate overhead comps for sale objection hearing. | 0.70 | $528.50 |
| 11/15/2024 | Blink Holdings | UCC | Evaluated size of DIP and cash from sale. | 0.70 | $528.50 |
| 11/18/2024 | Blink Holdings | UCC | Followed up on a question posed by Lee. | 0.20 | $151.00 |
| | | | **Totals Amounts for User Jennifer Ganzi** | **10.30** | **$7,776.50** |
| **Lee Rooney** | | | | | |
| 11/01/2024 | Blink Holdings | UCC | Telecon with J. Ganzi re: TSA, prepetition capital structure | 1.10 | $935.00 |
| 11/02/2024 | Blink Holdings | UCC | Telecon with A. Barajas re: post-auction supreme bids | 0.30 | $255.00 |
| 11/02/2024 | Blink Holdings | UCC | Review of TSA payments, invoices | 0.90 | $765.00 |
| 11/03/2024 | Blink Holdings | UCC | Telecon with M. Dundon re: model figures | 0.30 | $255.00 |
| 11/03/2024 | Blink Holdings | UCC | Telecon with A. Barajas re: PG amended SHB | 0.20 | $170.00 |
| 11/04/2024 | Blink Holdings | UCC | Model review, antitrust discussion with A. Wickelgren | 0.50 | $425.00 |
| 11/05/2024 | Blink Holdings | UCC | Review of amended SHB in preparation for hearing | 2.10 | $1,785.00 |
| 11/18/2024 | Blink Holdings | UCC | Telecon with C. Choe re: fee analysis | 0.40 | $340.00 |
| 11/19/2024 | Blink Holdings | UCC | Email correspondence with S. Shenker with updated fee charts | 0.40 | $340.00 |
| 11/20/2024 | Blink Holdings | UCC | Telecon with K. Elliot re: settlement model | 0.40 | $340.00 |
| 11/21/2024 | Blink Holdings | UCC | Editing of settlement model following KDW input, telecons P. Hurwitz | 1.70 | $1,445.00 |
| 11/25/2024 | Blink Holdings | UCC | Telecon with K. Elliot re: settlement model | 0.20 | $170.00 |
| 11/26/2024 | Blink Holdings | UCC | Telecon with P. Hurwitz and K. Elliot re: committee presentation | 0.80 | $680.00 |
| 11/26/2024 | Blink Holdings | UCC | Telecon with E. Wilson, K. Elliot and others re: precall for committee meeting | 0.30 | $255.00 |
| | | | **Totals Amounts for User Lee Rooney** | **9.60** | **$8,160.00** |
| **Peter Hurwitz** | | | | | |
| 11/01/2024 | Blink Holdings | UCC | Attend portion of Shenker deposition | 1.50 | $1,440.00 |
| 11/01/2024 | Blink Holdings | UCC | Telecon KDW (KSE), L. Rooney re: recovery analysis | 0.50 | $480.00 |
| 11/01/2024 | Blink Holdings | UCC | Review Varagon reply to UCC objection | 0.30 | $288.00 |
| 11/02/2024 | Blink Holdings | UCC | Review HSR issues | 0.70 | $672.00 |
| 11/03/2024 | Blink Holdings | UCC | Review TSA per request of counsel post deposition | 0.90 | $864.00 |
| 11/03/2024 | Blink Holdings | UCC | Preparation for Rooney deposition | 0.50 | $480.00 |
| 11/04/2024 | Blink Holdings | UCC | Prepare for presentation at UCC meeting | 0.40 | $384.00 |
| 11/04/2024 | Blink Holdings | UCC | Telecon L. Rooney re: deposition preparation | 1.00 | $960.00 |
| 11/04/2024 | Blink Holdings | UCC | Review and comments to L. Rooney declaration | 0.90 | $864.00 |
| 11/05/2024 | Blink Holdings | UCC | Telecon KDW (K. Elliott) re: L. Rooney deposition | 0.50 | $480.00 |
| 11/05/2024 | Blink Holdings | UCC | Telecon KDW (E. Wilson, K. Elliott), L. Rooney and others re: hearing strategy | 0.90 | $864.00 |
| 11/12/2024 | Blink Holdings | UCC | Telecon KDW (K. Elliott) re: case update and strategy | 0.40 | $384.00 |
| 11/13/2024 | Blink Holdings | UCC | Prepare for presentation at UCC meeting | 0.30 | $288.00 |

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/19/2024 | Blink Holdings | UCC | Telecon KDW, L. Rooney re: case strategy and work flows going forward | 0.90 | $864.00 |
| 11/20/2024 | Blink Holdings | UCC | Review and comments to settlement model | 0.90 | $864.00 |
| 11/21/2024 | Blink Holdings | UCC | Telecon KDW, L. Rooney re: settlement model | 0.50 | $480.00 |
| 11/21/2024 | Blink Holdings | UCC | Review and comments to revised settlement model, telecons L. Rooney re: same | 0.80 | $768.00 |
| 11/25/2024 | Blink Holdings | UCC | Prepare for presentation at UCC meeting | 0.40 | $384.00 |
| 11/26/2024 | Blink Holdings | UCC | Review and analyze revised settlement offer | 0.50 | $480.00 |
| 11/26/2024 | Blink Holdings | UCC | Telecon KDW (K. Elliot), L. Rooney re: committee presentation, review and revise same | 1.40 | $1,344.00 |
| 11/26/2024 | Blink Holdings | UCC | Telecon KDW (E. Wilson, K. Elliot), Morris James, L. Rooney re: committee presentation | 0.40 | $384.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **14.60** | **$14,016.00** |
| | | | **Totals Amounts for Activity Type Business Analysis** | **54.90** | **$37,092.50** |

**Case Administration**

**Jennifer Ganzi**

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/16/2024 | Blink Holdings | UCC | Finished calculations for DIP Interest over course of case for Lee. | 0.40 | $302.00 |
| | | | **Totals Amounts for User Jennifer Ganzi** | **0.40** | **$302.00** |

**Lee Rooney**

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/06/2024 | Blink Holdings | UCC | Travel from Hearing (4.2) | 2.10 | $1,785.00 |
| 11/18/2024 | Blink Holdings | UCC | Analysis of professional fees with creation of figures at request of counsel | 1.10 | $935.00 |
| 11/20/2024 | Blink Holdings | UCC | Creation of settlement offer model | 2.60 | $2,210.00 |
| | | | **Totals Amounts for User Lee Rooney** | **5.80** | **$4,930.00** |
| | | | **Totals Amounts for Activity Type Case Administration** | **6.20** | **$5,232.00** |

**Claims Analysis**

**Abraham Wickelgren**

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/02/2024 | Blink Holdings | UCC | Call with Lee and reading Blink presentation | 1.10 | $1,430.00 |
| 11/04/2024 | Blink Holdings | UCC | Call with Lee | 0.60 | $780.00 |
| | | | **Totals Amounts for User Abraham Wickelgren** | **1.70** | **$2,210.00** |
| | | | **Totals Amounts for Activity Type Claims Analysis** | **1.70** | **$2,210.00** |

**Committee Member/Professional Meetings & Communications**

**Alec Rovitz**

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/13/2024 | Blink Holdings | UCC | Participate on call with committee professionals re: case update | 0.40 | $140.00 |
| | | | **Totals Amounts for User Alec Rovitz** | **0.40** | **$140.00** |

**Jennifer Ganzi**

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/02/2024 | Blink Holdings | UCC | Call with UCC Counsel on updated bids from Supreme. | 0.50 | $377.50 |
| 11/03/2024 | Blink Holdings | UCC | Put together historical sale price adjustments for UCC. | 0.10 | $75.50 |
| 11/04/2024 | Blink Holdings | UCC | Prepared update on auctions (both core NY/NJ and Outer Markets) for presentation to UCC. | 1.80 | $1,359.00 |
| 11/05/2024 | Blink Holdings | UCC | Call between UCC professionals and UCC Members about potential settlements with Equinox / BK Estate (came in late due to pre-existing conflict). | 0.50 | $377.50 |
| | | | **Totals Amounts for User Jennifer Ganzi** | **2.90** | **$2,189.50** |

**Lee Rooney**

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/2024 | Blink Holdings | UCC | Attended the deposition of S. Shenker | 3.60 | $3,060.00 |
| 11/02/2024 | Blink Holdings | UCC | Telecon with M. Dundon and P. Hurwitz re: model figures | 0.50 | $425.00 |
| 11/02/2024 | Blink Holdings | UCC | Telecon with K. Elliot, P. Hurwitz re: post-auction supreme bids | 0.80 | $680.00 |
| 11/02/2024 | Blink Holdings | UCC | Telecon with A. Wickelgren re: AT issues | 0.60 | $510.00 |
| 11/03/2024 | Blink Holdings | UCC | Deposition preparation | 3.80 | $3,230.00 |
| 11/03/2024 | Blink Holdings | UCC | Deposition prep (cont'd) | 2.70 | $2,295.00 |
| 11/04/2024 | Blink Holdings | UCC | Presented in the committee meeting | 0.90 | $765.00 |

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/04/2024 | Blink Holdings | UCC | Telecon with R. Gage and K. Elliot re: depo prep | 1.40 | $1,190.00 |
| 11/04/2024 | Blink Holdings | UCC | Deposition prep | 4.70 | $3,995.00 |
| 11/04/2024 | Blink Holdings | UCC | Editing/reviewing of Lee Rooney declaration with A. Barajas | 3.40 | $2,890.00 |
| 11/04/2024 | Blink Holdings | UCC | Deposition preparation | 0.70 | $595.00 |
| 11/05/2024 | Blink Holdings | UCC | Travel to hearing (3.8) | 1.90 | $1,615.00 |
| 11/05/2024 | Blink Holdings | UCC | Deposition of Lee Rooney | 3.00 | $2,550.00 |
| 11/05/2024 | Blink Holdings | UCC | Deposition prep with R. Gage and A. Barajas | 2.00 | $1,700.00 |
| 11/05/2024 | Blink Holdings | UCC | Depo prep with R. Gage | 0.20 | $170.00 |
| 11/05/2024 | Blink Holdings | UCC | Professionals' call - hearing strategy | 0.90 | $765.00 |
| 11/05/2024 | Blink Holdings | UCC | Deposition prep | 2.40 | $2,040.00 |
| 11/05/2024 | Blink Holdings | UCC | Search for CV for deposition | 0.40 | $340.00 |
| 11/06/2024 | Blink Holdings | UCC | Hearing/testimony prep | 4.30 | $3,655.00 |
| 11/08/2024 | Blink Holdings | UCC | Telecon with K. Elliot re: case | 0.30 | $255.00 |
| 11/13/2024 | Blink Holdings | UCC | Attended the committee meeting | 0.30 | $255.00 |
| 11/26/2024 | Blink Holdings | UCC | Presented in the weekly committee meeting | 0.70 | $595.00 |
| | | | **Totals Amounts for User Lee Rooney** | **39.50** | **$33,575.00** |
| **Peter Hurwitz** | | | | | |
| 11/04/2024 | Blink Holdings | UCC | Participated on periodic committee telecon with E. Wilson, K. Elliot, and others | 0.90 | $864.00 |
| 11/13/2024 | Blink Holdings | UCC | Participate on periodic committee meeting | 0.30 | $288.00 |
| 11/26/2024 | Blink Holdings | UCC | Participate on periodic committee meeting | 0.70 | $672.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **1.90** | **$1,824.00** |
| | | | **Totals Amounts for Activity Type Committee Member/Professional Meetings & Communications** | **44.70** | **$37,728.50** |
| **Plan and Disclosure Statement** | | | | | |
| **Peter Hurwitz** | | | | | |
| 11/05/2024 | Blink Holdings | UCC | Review and discuss global settlement terms | 0.50 | $480.00 |
| 11/17/2024 | Blink Holdings | UCC | Review and analyze draft plan and ds, comments to KDW re: same | 0.90 | $864.00 |
| 11/19/2024 | Blink Holdings | UCC | Telecon KDW, L. Rooney re: plan and global settlement terms | 0.90 | $864.00 |
| 11/27/2024 | Blink Holdings | UCC | Review revised Plan documents | 0.30 | $288.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **2.60** | **$2,496.00** |
| | | | **Totals Amounts for Activity Type Plan and Disclosure Statement** | **2.60** | **$2,496.00** |
| **Retention and Fee Applications** | | | | | |
| **Peter Hurwitz** | | | | | |
| 11/11/2024 | Blink Holdings | UCC | Prepare fee accruals per DIP order, email KDW re: same | 0.30 | $288.00 |
| 11/18/2024 | Blink Holdings | UCC | Prepare fee accruals per DIP order, email KDW re: same | 0.30 | $288.00 |
| 11/25/2024 | Blink Holdings | UCC | Prepare fee accruals per DIP order, email KDW re: same | 0.30 | $288.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **0.90** | **$864.00** |
| | | | **Totals Amounts for Activity Type Retention and Fee Applications** | **0.90** | **$864.00** |
| **Sales Process** | | | | | |
| **Alec Rovitz** | | | | | |
| 11/12/2024 | Blink Holdings | UCC | Review Lotemd Fit LLC APA and sale order | 0.30 | $105.00 |
| | | | **Totals Amounts for User Alec Rovitz** | **0.30** | **$105.00** |
| **Jennifer Ganzi** | | | | | |
| 11/01/2024 | Blink Holdings | UCC | Valuation analysis of "outer market" bids. | 0.70 | $528.50 |
| 11/01/2024 | Blink Holdings | UCC | Analysis of bid expected valuations from Supreme and Pure Gym, using probability weightings. | 1.30 | $981.50 |
| 11/03/2024 | Blink Holdings | UCC | Discussed Lee's valuation model and subsequently reviewed it. | 0.80 | $604.00 |
| 11/04/2024 | Blink Holdings | UCC | Listened in to Blink Outer Market auction. | 0.20 | $151.00 |
| 11/06/2024 | Blink Holdings | UCC | Sale Objection hearing audio attendance -- needed to make sure nothing came up that needed attention. | 4.00 | $3,020.00 |
| 11/11/2024 | Blink Holdings | UCC | Listened to Judge's decision on Objection to Sale. | 1.00 | $755.00 |

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/21/2024 | Blink Holdings | UCC | Worked with Sean over several iterations to finalize Sales Process presentation. | 1.20 | $906.00 |
| 11/21/2024 | Blink Holdings | UCC | Call with Chris and Sean to go over Sale Process presentation. | 0.10 | $75.50 |
| | | | **Totals Amounts for User Jennifer Ganzi** | **9.30** | **$7,021.50** |
| **Lee Rooney** | | | | | |
| 11/01/2024 | Blink Holdings | UCC | Telecon with E. Wilson, P. Hurwitz, and others re: new bids | 0.70 | $595.00 |
| 11/01/2024 | Blink Holdings | UCC | Creation of bid model with HSR probabilities | 4.10 | $3,485.00 |
| 11/01/2024 | Blink Holdings | UCC | Analysis of the post-auction bids | 1.90 | $1,615.00 |
| 11/01/2024 | Blink Holdings | UCC | Telecon with M. Dundon re: post-auction bid model | 0.20 | $170.00 |
| 11/02/2024 | Blink Holdings | UCC | Telecon with P. Hurwitz re: supreme bid analysis | 1.20 | $1,020.00 |
| 11/02/2024 | Blink Holdings | UCC | Telecon with E. Wilson, K. Elliot, and others to discuss the antitrust implications of the supreme bids | 0.40 | $340.00 |
| 11/02/2024 | Blink Holdings | UCC | Research and drafting of the Supreme bid model | 3.70 | $3,145.00 |
| 11/02/2024 | Blink Holdings | UCC | Bid review | 2.80 | $2,380.00 |
| 11/02/2024 | Blink Holdings | UCC | Editing of Supreme bid model | 2.60 | $2,210.00 |
| 11/02/2024 | Blink Holdings | UCC | Telecon with K. Elliot re: regulatory provision | 0.40 | $340.00 |
| 11/03/2024 | Blink Holdings | UCC | Continued Supreme model editing and figure creation for declaration | 4.50 | $3,825.00 |
| 11/03/2024 | Blink Holdings | UCC | Telecon with Supreme's attorneys re: post-auction bids | 0.80 | $680.00 |
| 11/04/2024 | Blink Holdings | UCC | Attended the out-location auction | 0.40 | $340.00 |
| 11/06/2024 | Blink Holdings | UCC | Attended/testified at the hearing | 4.20 | $3,570.00 |
| 11/07/2024 | Blink Holdings | UCC | Participated in the continued sale hearing | 2.50 | $2,125.00 |
| 11/12/2024 | Blink Holdings | UCC | Attended the virtual hearing | 0.80 | $680.00 |
| | | | **Totals Amounts for User Lee Rooney** | **31.20** | **$26,520.00** |
| **Peter Hurwitz** | | | | | |
| 11/01/2024 | Blink Holdings | UCC | Review Pure Gym final APA | 1.20 | $1,152.00 |
| 11/01/2024 | Blink Holdings | UCC | Telecon KDW (EW) re: bid analysis and strategy | 1.20 | $1,152.00 |
| 11/01/2024 | Blink Holdings | UCC | Prepare for sale hearing | 0.50 | $480.00 |
| 11/01/2024 | Blink Holdings | UCC | Review and analysis of auction bids | 1.80 | $1,728.00 |
| 11/01/2024 | Blink Holdings | UCC | Analysis of post auction bids, telecons L. Rooney re: same | 1.10 | $1,056.00 |
| 11/02/2024 | Blink Holdings | UCC | Telecon KDW, Morris James, L. Rooney re: strategy and bid models | 0.50 | $480.00 |
| 11/02/2024 | Blink Holdings | UCC | Telecon KDW (K. Elliot), L. Rooney re: analysis of post-auction bids received from Supreme | 0.80 | $768.00 |
| 11/02/2024 | Blink Holdings | UCC | Telecon L. Rooney, M. Dundon re: analysis of post-auction bids received from Supreme | 0.50 | $480.00 |
| 11/02/2024 | Blink Holdings | UCC | Further analysis of post auction bids, telecons L. Rooney re: same | 1.40 | $1,344.00 |
| 11/02/2024 | Blink Holdings | UCC | Telecon KDW (E. Wilson) re: anti trust issues with bids | 0.50 | $480.00 |
| 11/03/2024 | Blink Holdings | UCC | Telecon KDW, Olshan re: revised bid details | 0.80 | $768.00 |
| 11/03/2024 | Blink Holdings | UCC | Telecon KDW re: Olshan discussion and next steps | 0.50 | $480.00 |
| 11/03/2024 | Blink Holdings | UCC | Review and comments to Supreme bid model with L. Rooney | 1.50 | $1,440.00 |
| 11/04/2024 | Blink Holdings | UCC | Telecon KDW (EW) re: sale objection | 0.20 | $192.00 |
| 11/04/2024 | Blink Holdings | UCC | Analysis of Debtor and Varagon sale objections | 0.60 | $576.00 |
| 11/05/2024 | Blink Holdings | UCC | Review Moelis supplemental disclosure, telecon KDW (EW) re: same | 0.40 | $384.00 |
| 11/06/2024 | Blink Holdings | UCC | Attend parts of sale Hearing | 2.30 | $2,208.00 |
| 11/07/2024 | Blink Holdings | UCC | Attend parts of continued Hearing | 1.40 | $1,344.00 |
| 11/12/2024 | Blink Holdings | UCC | Telecon KDW re: sale update | 0.50 | $480.00 |
| 11/12/2024 | Blink Holdings | UCC | Attend Hearing | 1.00 | $960.00 |
| 11/13/2024 | Blink Holdings | UCC | Review revised sale order | 0.20 | $192.00 |
| 11/27/2024 | Blink Holdings | UCC | Review and analyze revised Varagon settlement offer | 0.50 | $480.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **19.40** | **$18,624.00** |
| | | | **Totals Amounts for Activity Type Sales Process** | **60.20** | **$52,270.50** |
| | | | **Grand Total** | **171.20** | **$137,893.50** |