# EXHIBIT B

## Expenses By Category – Third Monthly Compensation Period

| Date | Description | | Purpose | Amount |
|------|-------------|---|---------|--------|
| 11/5/24 | Parking | Logan Airport | Travel to hearing | $ 62.00 |
| 11/5/24 | Delta Air | Boston, MA to Philadelphia, PA | Travel to hearing | 303.48 |
| 11/5/24 | Uber | Philadelphia, PA to Wilmington, DE | Travel to hearing | 66.90 |
| 11/5/24 | Hotel | Hotel DuPont | Hotel for hearing | 287.00 |
| 11/6/24 | Uber | Wilmington, DE to Philadelphia, PA | Travel from hearing | 69.93 |
| 11/6/24 | JetBlue | Philadelphia, PA to Boston, MA | Travel from hearing | 283.10 |
| | | | **Total** | **$ 1,072.41** |

17179626/1