# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 81, 348, 611 & 658<br>Objection Deadline: February 24, 2025 at 4:00 p.m. (ET) |

## NOTICE OF DESIGNATION OF ASSUMED AGREEMENT
## (PREMISES LOCATED AT 4 MEMORIAL DRIVE, LODI, NEW JERSEY)

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On August 16, 2024, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All of Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II)(A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief* [Docket No. 81] (the "**Bidding Procedures Motion**").

On September 10, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. 348] approving the relief requested in the Bidding Procedures Motion.

On November 13, 2024, the Court entered the *Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 611] (the "**Sale Order**"),[2] approving the Asset Purchase Agreement and authorizing the sale (the "**Sale**") of the Acquired Assets to Pinnacle US Holdings,

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Sale Order.

LLC, a Delaware limited liability company (the "**Buyer**").  On November 29, 2024, the Sale closed (the "**Closing Date**").

On December 2, 2024, the Debtors previously filed the *Notice of Designation of Assumed and Reserved Agreements* [Docket No. 658] (the "**Designation Notice**"), listing certain Contracts and Specified Leases (as defined in the Asset Purchase Agreement) that had been designated as Assumed Agreements (as defined in the Asset Purchase Agreement) and Reserved Agreements (as defined in the Asset Purchase Agreement), each as of the Closing Date.

Pursuant to section 2.6 of the Asset Purchase Agreement, the Buyer has notified the Debtors of its election to designate the Specified Lease to which Lodi Value Add II, LLC is the Agreement Counterparty (for the premises located at 4 Memorial Drive, Lodi NJ 07644) as an Assumed Agreement, which shall be assumed and assigned to PureFitness LLC, with a proposed Cure Amount of $22,129.91.  Consistent with paragraph 43 of the Sale Order, the deadline for the Agreement Counterparty to object to such proposed Cure Amount and to adequate assurance of future performance (solely with respect to circumstances arising after the Closing Date) is **February 24, 2025 at 4:00 p.m.** (prevailing Eastern Time) (the "**Designation Objection Deadline**").  The assumption and assignment of the Specified Lease to the Buyer shall be effective without further order of the Court upon expiration of the Designation Objection Deadline and shall be deemed an Assumed Agreement under the Sale Order unless the Agreement Counterparty timely serves an objection upon the Buyer and the Debtors.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 13, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Sean T. Greecher*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  mnestor@ycst.com<br>　　　　sgreecher@ycst.com<br>　　　　amielke@ycst.com<br>　　　　tpowell@ycst.com<br>　　　　rlamb@ycst.com<br>　　　　bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |