## EXHIBIT A

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6558

Writer's E-Mail
sgreecher@ycst.com

Blink Holdings, Inc.
45 West 45th Street
10th Floor
New York, NY 10036

| | |
|---|---|
| Invoice Date: | February 7, 2025 |
| Invoice Number: | 50058327 |
| Matter Number: | 103829.1001 |

Re: Restructuring
  Billing Period through January 31, 2025

## CURRENT INVOICE

| | | |
|---|---|---|
| Professional Services | $ | 174,559.50 |
| Disbursements | $ | 3,895.17 |
| Total Due This Invoice | $ | 178,454.67 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

| | |
|---|---|
| Invoice Date: | February 7, 2025 |
| Invoice Number: | 50058327 |
| Matter Number: | 103829.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/06/25 | AMIEL | Review and revise critical dates | B001 | 0.30 | 258.00 |
| 01/06/25 | DLASK | Update critical dates | B001 | 0.40 | 158.00 |
| 01/06/25 | RLAMB | Correspond with A. Mielke, S. Greecher, T. Powell, B. Carver and D. Laskin regarding critical dates | B001 | 0.10 | 58.00 |
| 01/08/25 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to counsel | B001 | 0.10 | 39.50 |
| 01/13/25 | AMIEL | Emails with claims agent, YCST team, and UCC counsel re: service costs | B001 | 0.10 | 86.00 |
| 01/22/25 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to counsel | B001 | 0.20 | 79.00 |
| 01/30/25 | DLASK | Update critical dates | B001 | 0.20 | 79.00 |
| 01/07/25 | SGREE | Confer with D. Laskin re: January 15 hearing issues | B002 | 0.20 | 217.00 |
| 01/09/25 | AMIEL | Review and revise agenda for 1/15 hearing | B002 | 0.30 | 258.00 |
| 01/09/25 | DLASK | Draft confirmation hearing agenda | B002 | 0.40 | 158.00 |
| 01/09/25 | DLASK | Prepare and file certification of counsel regarding hearing dates, prepare electronic order | B002 | 0.40 | 158.00 |
| 01/09/25 | SGREE | Confer with D. Laskin re: correspondence from chambers regarding hearing dates (.2); review draft certification re: same (.1) | B002 | 0.30 | 325.50 |
| 01/09/25 | SGREE | Review draft agenda for 1/15 omnibus hearing (.1); emails with D. Laskin re: same (.1) | B002 | 0.20 | 217.00 |
| 01/13/25 | AMIEL | Revise agenda and emails with YCST team and UCC counsel re: same | B002 | 0.10 | 86.00 |
| 01/13/25 | SGREE | Review revised draft agenda for 1/15 hearing (.1); emails with D. Laskin and A. Mielke re: same (.2); emails with S. Shenker (.1) and UCC counsel (.1) re: same | B002 | 0.50 | 542.50 |
| 01/14/25 | DLASK | Finalize for filing and coordinate service of amended agenda | B002 | 0.30 | 118.50 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date: February 7, 2025
Invoice Number: 50058327
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/14/25 | DLASK | Draft amended agenda cancelling hearing | B002 | 0.20 | 79.00 |
| 01/14/25 | SGREE | Emails with D. Laskin re: amended agenda (.2); review and execute same (.2); emails with chambers re: same (.2) | B002 | 0.60 | 651.00 |
| 01/16/25 | DLASK | Update confirmation hearing agenda | B002 | 0.20 | 79.00 |
| 01/22/25 | DLASK | Update agenda | B002 | 0.30 | 118.50 |
| 01/23/25 | SGREE | Confer with D. Laskin re: agenda for confirmation hearing (.2); emails with chambers re: same (.1) | B002 | 0.30 | 325.50 |
| 01/27/25 | AMIEL | Review and revise agenda | B002 | 0.20 | 172.00 |
| 01/27/25 | DLASK | Assemble pleadings, confirmation hearing preparation | B002 | 0.40 | 158.00 |
| 01/30/25 | DLASK | Prepare certification of counsel regarding hearing date | B002 | 0.20 | 79.00 |
| 01/30/25 | DLASK | File certification of counsel regarding hearing date, prepare electronic order | B002 | 0.40 | 158.00 |
| 01/31/25 | DLASK | Finalize for filing and coordinate service of hearing agenda for February 4 hearing | B002 | 0.40 | 158.00 |
| 01/31/25 | DLASK | Update confirmation hearing binders | B002 | 0.70 | 276.50 |
| 01/07/25 | SGREE | Review documents and correspondence from lender counsel re: invoice to be paid per final DIP order | B003 | 0.20 | 217.00 |
| 01/08/25 | RLAMB | Research issues regarding liens | B003 | 0.60 | 348.00 |
| 01/13/25 | DLASK | Finalize for filing and coordinate service of January agenda | B003 | 0.40 | 158.00 |
| 01/02/25 | AMIEL | Emails with YCST team re: MORs | B004 | 0.10 | 86.00 |
| 01/02/25 | TPOWE | Analyzing and reviewing November MOR | B004 | 0.60 | 408.00 |
| 01/03/25 | AMIEL | Review and revise MORs (0.6); emails with T. Powell re: same (0.1) | B004 | 0.70 | 602.00 |
| 01/07/25 | AMIEL | Emails with T. Powell and G. de Speville re: MORs | B004 | 0.10 | 86.00 |
| 01/07/25 | DLASK | File monthly operating report | B004 | 0.40 | 158.00 |
| 01/07/25 | TPOWE | Analyzing, reviewing, and filing November MOR | B004 | 1.10 | 748.00 |
| 01/24/25 | AMIEL | Emails with T. Powell and G. de Speville re: MORs | B004 | 0.10 | 86.00 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date:          February 7, 2025
Invoice Number:              50058327
Matter Number:          103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/29/25 | AMIEL | Emails with T. Powell and PPP team re: MORs | B004 | 0.10 | 86.00 |
| 01/31/25 | AMIEL | Review MOR documents (.4); emails with T. Powell and PPP team re: same (.1) | B004 | 0.50 | 430.00 |
| 01/31/25 | DLASK | Finalize for filing, file monthly operating report | B004 | 0.40 | 158.00 |
| 01/31/25 | TPOWE | Analyzing, reviewing, and filing December MOR (1.0); and correspondence with YCST Team and/or Portage Team re: same (.2) | B004 | 1.20 | 816.00 |
| 01/03/25 | AMIEL | Emails with R. Lamb, S. Canna, and contract counterparty re: assumption and rejection issues | B005 | 0.10 | 86.00 |
| 01/07/25 | RLAMB | Correspond with counsel to landlord and A. Mielke regarding lease assumption | B005 | 0.10 | 58.00 |
| 01/13/25 | AMIEL | Emails with contract counterparties and co-counsel re: assumption of contracts and related cure amounts | B005 | 0.30 | 258.00 |
| 01/13/25 | AMIEL | Emails with YCST team and creditor's counsel re: contract rejection | B005 | 0.10 | 86.00 |
| 01/13/25 | SGREE | Emails with counsel to landlord for HQ (.2) and counsel to Pure Gym (.1) re: status of designation of lease | B005 | 0.30 | 325.50 |
| 01/15/25 | AMIEL | Emails with YCST team, contract counterparties, and buyer's counsel re: assumption and rejection issues | B005 | 0.20 | 172.00 |
| 01/15/25 | RLAMB | Correspond with S. Greecher, A. Mielke, and counsel to buyer regarding lease assumptions | B005 | 0.10 | 58.00 |
| 01/15/25 | SGREE | Review documents and correspondence re: stub rent question (.2); review lease (.2) emails with Portage Point re: same (.2) | B005 | 0.60 | 651.00 |
| 01/16/25 | AMIEL | Emails with YCST team and purchaser's counsel re: lease agreements | B005 | 0.10 | 86.00 |
| 01/16/25 | AMIEL | Emails with PPP team re: cure payments | B005 | 0.10 | 86.00 |
| 01/16/25 | RLAMB | Prepare for and attend telephone conference with counsel to purchaser and S. Greecher regarding lease designations | B005 | 0.60 | 348.00 |
| 01/16/25 | RLAMB | Correspond with S. Greecher and A. Mielke regarding lease designations | B005 | 0.10 | 58.00 |
| 01/17/25 | RLAMB | Correspond with counsel to landlord, M. Nestor, S. Greecher, A. Mielke, T. Powell, and B. Carver regarding lease assumptions | B005 | 0.30 | 174.00 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date:                    February 7, 2025
Invoice Number:                      50058327
Matter Number:                   103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/17/25 | SGREE | Emails with counsel to landlord and R. Lamb re: status of designated lease | B005 | 0.30 | 325.50 |
| 01/20/25 | AMIEL | Emails with purchaser's counsel and S. Greecher re: contract rejection | B005 | 0.10 | 86.00 |
| 01/20/25 | SGREE | Emails with counsel to Pure Gym re: update on designated contract treatment | B005 | 0.20 | 217.00 |
| 01/21/25 | RLAMB | Draft notice of assumed contracts | B005 | 0.40 | 232.00 |
| 01/21/25 | SGREE | Review correspondence re: tax service deadlines under TSA (.2); emails with E. Heller and L. Rosen re: same (.2) | B005 | 0.40 | 434.00 |
| 01/30/25 | AMIEL | Emails with purchaser's counsel, S. Shenker, and YCST team re: contracts and sale issues | B005 | 0.10 | 86.00 |
| 01/30/25 | RLAMB | Correspond with S. Greecher, M. Nestor, A. Mielke, counsel to purchaser, and counsel to Equinox regarding leases | B005 | 0.20 | 116.00 |
| 01/31/25 | RLAMB | Continue corresponding with counsel to Equinox, S. Greecher, M. Nestor, and A. Mielke regarding leases | B005 | 0.10 | 58.00 |
| 01/06/25 | SGREE | Emails with Portage Point re: evaluation of potential retained causes of action in connection with plan (.2); participate in call with Portage Point and YCST team re: various pre-effective date matters (.6) | B006 | 0.80 | 868.00 |
| 01/08/25 | SGREE | Review documents and correspondence re: designation rights process (.3); emails with counsel to Pure Gym re: same (.2); confer with C. Grear re: same (.1) | B006 | 0.60 | 651.00 |
| 01/10/25 | SGREE | Review and revise confirmation order and declaration | B006 | 0.30 | 325.50 |
| 01/10/25 | SGREE | Review correspondence re: payment of balance of sale escrow funds | B006 | 0.20 | 217.00 |
| 01/15/25 | SGREE | Calls with counsel to Pure Gym re: designation rights period update | B006 | 0.20 | 217.00 |
| 01/15/25 | SGREE | Emails with R. Lamb and counsel to landlord assigned to Lotemd re: update on assignment status | B006 | 0.20 | 217.00 |
| 01/16/25 | SGREE | Call with counsel to Pure Gym re: designation rights issues (.7); review documents and correspondence re: same (.5) follow-up emails with R. Lamb re: same (.2) | B006 | 1.40 | 1,519.00 |
| 01/22/25 | SGREE | Emails with Portage Point (.2) and counsel to Lotemd (.2) re: payment of Macrolease obligations per APA | B006 | 0.40 | 434.00 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date:                    February 7, 2025
Invoice Number:                      50058327
Matter Number:                    103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/22/25 | SGREE | Review sale order and APA (.4) and revise notice of assumption (.4) | B006 | 0.80 | 868.00 |
| 01/28/25 | AMIEL | Emails with PPP team and S. Greecher re: sale funding and issues | B006 | 0.10 | 86.00 |
| 01/28/25 | SGREE | Multiple emails with counsel to JTRE (.2) and Portage Point (.2) re: payment of post-closing invoices | B006 | 0.40 | 434.00 |
| 01/29/25 | SGREE | Review sale order re: Equinox reserve amounts (.5); review related documents and correspondence in connection with same (.3) | B006 | 0.80 | 868.00 |
| 01/30/25 | SGREE | Review sale order and designation notices (.5); multiple emails with S. Shenker and counsel to buyer re: same (.3) | B006 | 0.80 | 868.00 |
| 01/02/25 | RLAMB | Correspond with PPP team, S. Greecher, A. Mielke, and T. Powell regarding claims reconciliation | B007 | 0.10 | 58.00 |
| 01/02/25 | SGREE | Review documents and correspondence re: secured/administrative/priority claim reconciliation (.2); emails with Portage Point re: same (.2) | B007 | 0.40 | 434.00 |
| 01/06/25 | AMIEL | Emails with YCST team, PPP team, and lenders' counsel re: claim analysis | B007 | 0.10 | 86.00 |
| 01/06/25 | RLAMB | Prepare for and attend telephone conference with S. Shenker, S. Canna, G. de Speville, H. Reynolds, A. Mielke, T. Powell, S. Greecher, and B. Carver regarding claims analysis | B007 | 0.60 | 348.00 |
| 01/06/25 | RLAMB | Correspond with G. de Speville and S. Greecher regarding claims analysis | B007 | 0.10 | 58.00 |
| 01/08/25 | AMIEL | Emails with PPP team re: claim analysis and objections | B007 | 0.20 | 172.00 |
| 01/08/25 | SGREE | Review precedent claim objections (.2); emails with A. Mielke and T. Powell re: sample objections to share with Portage Point (.2); emails with Portage Point re: objections (.2) | B007 | 0.60 | 651.00 |
| 01/08/25 | TPOWE | Correspondence with YCST Team and/or Portage Team re: claims reconciliation | B007 | 0.30 | 204.00 |
| 01/09/25 | AMIEL | Emails with PPP team and YCST team re: claim reconciliation | B007 | 0.10 | 86.00 |
| 01/10/25 | AMIEL | Emails with G. de Speville re: claims | B007 | 0.10 | 86.00 |
| 01/13/25 | AMIEL | Emails with YCST team re: claim inquiries and reconciliation | B007 | 0.20 | 172.00 |

| | | | | | |
|---|---|---|---|---|---|
| Blink Holdings, Inc. | | | Invoice Date: | | February 7, 2025 |
| Billing Period through January 31, 2025 | | | Invoice Number: | | 50058327 |
| | | | Matter Number: | | 103829.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 01/13/25 | SGREE | Review summary of incoming claims and review administrative claim submitted | B007 | 0.30 | 325.50 |
| 01/13/25 | SGREE | Review documents and correspondence re: reconciliation of Euler Hermes admin claim | B007 | 0.20 | 217.00 |
| 01/15/25 | AMIEL | Emails with PPP team re: claim reconciliation (.1); analyze claims (.1) | B007 | 0.20 | 172.00 |
| 01/22/25 | AMIEL | Emails with YCST team and PPP team re: claim objections | B007 | 0.10 | 86.00 |
| 01/22/25 | SGREE | Review incoming claim report from Epiq (.1); emails with T. Powell, A. Mielke and Portage Point re: claim objection update (.3) | B007 | 0.40 | 434.00 |
| 01/24/25 | SGREE | Review documents and correspondence re: proposed exhibits for claim objections | B007 | 0.40 | 434.00 |
| 01/26/25 | AMIEL | Emails with PPP team and YCST team re: claim reconciliation | B007 | 0.10 | 86.00 |
| 01/27/25 | ALEE | Draft omnibus claims objection (2.5); call with T. Powell and B. Carver re: same (.3) | B007 | 2.80 | 1,526.00 |
| 01/27/25 | AMIEL | Review exhibits to claim objection and claims register | B007 | 0.50 | 430.00 |
| 01/27/25 | RLAMB | Correspond with T. Powell, A. Lee, and B. Carver regarding claims objections | B007 | 0.10 | 58.00 |
| 01/27/25 | SGREE | Review incoming NJ priority tax claims | B007 | 0.20 | 217.00 |
| 01/27/25 | SGREE | Review correspondence re: pending secured administrative and priority claims subject to reconciliation and potential payment (.4); email A. Mielke and T. Powell re: claim objection (.2) | B007 | 0.60 | 651.00 |
| 01/27/25 | TPOWE | Teleconference with YCST Team re: claims objections (.3); and correspondence with YCST Team re: same (.2) | B007 | 0.50 | 340.00 |
| 01/28/25 | ALEE | Draft omnibus claims objection | B007 | 2.20 | 1,199.00 |
| 01/28/25 | AMIEL | Emails with YCST team and PPP team re: claim objections | B007 | 0.10 | 86.00 |
| 01/28/25 | BCARV | Analyze claims and related materials and draft objection re: same (3.8); correspond with T. Powell re: same (.2); correspond with court re: hearing on the same (.1) | B007 | 4.10 | 2,111.50 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date:                    February 7, 2025
Invoice Number:                    50058327
Matter Number:                    103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/28/25 | TPOWE | Correspondence with YCST Team and Portage Team re: claims (.2); and teleconference with G. de Speville re: same (.1) | B007 | 0.30 | 204.00 |
| 01/29/25 | AMIEL | Emails with YCST team and PPP team re: claim objections and related hearing | B007 | 0.10 | 86.00 |
| 01/29/25 | BCARV | Review and revise claims objections (2.4); correspondence with T. Powell re: same (.2); correspondence with A. Lugano re: related hearing (.3) | B007 | 2.90 | 1,493.50 |
| 01/29/25 | SGREE | Confer with D. Laskin and T. Powell re: claim objection process and timing (.3); review documents and precedent re: same (.3) | B007 | 0.60 | 651.00 |
| 01/29/25 | TPOWE | Analyzing and reviewing First Omni Objection to Claims (3.4); teleconference with G. de Speville re: same (.1); and analyzing and reviewing Second Omni Objection to Claims (2.1) | B007 | 5.60 | 3,808.00 |
| 01/30/25 | AMIEL | Emails with YCST team and PPP team re: claim objections and issues (.1); review same (.1) | B007 | 0.20 | 172.00 |
| 01/30/25 | BCARV | Attention to materials and correspondence re: claims objections | B007 | 0.30 | 154.50 |
| 01/30/25 | BCARV | Extensive correspondence with A. Lugano, P. Subda, and YCST team re: hearing dates related to claims | B007 | 0.90 | 463.50 |
| 01/30/25 | DLASK | Prepare notices for claim objections | B007 | 0.40 | 158.00 |
| 01/30/25 | SGREE | Review draft omnibus objections (.5); emails with T. Powell (.2) and Portage Point (.1) re: same | B007 | 0.80 | 868.00 |
| 01/30/25 | SGREE | Review claims and sale order re: Equinox guarantee issues (.3); email counsel to Equinox re: same (.2) | B007 | 0.50 | 542.50 |
| 01/30/25 | TPOWE | Analyzing, reviewing, and drafting the First and Second Omni Objection to Claims, Schedules, and Notices (2.8); correspondence with YCST Team and/or Portage Team re: same (.3); teleconference with T. Duggan re: claim (.2); and correspondence with T. Duggan re: same (.2) | B007 | 3.50 | 2,380.00 |
| 01/31/25 | AMIEL | Emails with YCST team and PPP team re: claim objections and issues (.1); review same (.3) | B007 | 0.40 | 344.00 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date: February 7, 2025
Invoice Number: 50058327
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/31/25 | DLASK | Finalize for filing and coordinate service of 1st omnibus objection to claims | B007 | 0.70 | 276.50 |
| 01/31/25 | DLASK | Finalize for filing and coordinate service of 2nd omnibus objection to claims | B007 | 0.70 | 276.50 |
| 01/31/25 | SGREE | Review documents and correspondence re: 1st and 2nd omnibus claim objections (.5); multiple emails with T. Powell re: same (.4) | B007 | 0.90 | 976.50 |
| 01/31/25 | TPOWE | Analyzing, reviewing, and filing the First and Second Omni Objection to Claims, Schedules, and Notices (2.6); and correspondence with YCST Team and/or Portage Team re: same (.3) | B007 | 2.90 | 1,972.00 |
| 01/06/25 | TPOWE | Teleconference with YCST Team and Portage Team re: case update | B008 | 0.60 | 408.00 |
| 01/16/25 | RLAMB | Draft automatic stay letter and related suggestion of bankruptcy | B009 | 0.40 | 232.00 |
| 01/16/25 | SGREE | Review correspondence re: claim filed in NY small claims court (.3); emails with E. Heller (.2) and R. Lamb (.2) re: same | B009 | 0.50 | 542.50 |
| 01/17/25 | RLAMB | Continue drafting automatic stay letter and suggestion of bankruptcy | B009 | 0.50 | 290.00 |
| 01/17/25 | SGREE | Review suggestion of bankruptcy re: Bernard small claims action (.2); review related documents and correspondence (.2); emails with R. Lamb re: same (.2) | B009 | 0.60 | 651.00 |
| 01/30/25 | AMIEL | Confer with S. Greecher re: case update (.1); emails with D. Laskin re: removal motion (.1) | B011 | 0.20 | 172.00 |
| 01/30/25 | SGREE | Review subpoena received for member records (.2); emails with counsel to Equinox and buyer re: response to same (.2) | B011 | 0.40 | 434.00 |
| 01/02/25 | AMIEL | Emails with YCST team, PPP team, and UCC counsel re: plan revisions and strategy | B012 | 0.20 | 172.00 |
| 01/02/25 | RLAMB | Continue drafting confirmation brief | B012 | 1.10 | 638.00 |
| 01/02/25 | SGREE | Review lender comments to draft plan administration agreement | B012 | 0.30 | 325.50 |
| 01/02/25 | SGREE | Emails with R. Lamb re: confirmation brief | B012 | 0.20 | 217.00 |
| 01/02/25 | SGREE | Detailed emails with Portage Point re: plan confirmation and effective date preparations (.3); review documents and correspondence re: same (.6); emails with UCC counsel (.2) | B012 | 1.10 | 1,193.50 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date:      February 7, 2025
Invoice Number:      50058327
Matter Number:      103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/03/25 | AMIEL | Emails with UCC counsel and YCST counsel re: plan revisions and strategy | B012 | 0.10 | 86.00 |
| 01/03/25 | SGREE | Review and comment on draft confirmation brief | B012 | 2.80 | 3,038.00 |
| 01/06/25 | ALEE | Draft notice of plan supplement | B012 | 0.90 | 490.50 |
| 01/06/25 | AMIEL | Teleconference with YCST team and PPP team re: wind down and plan | B012 | 0.60 | 516.00 |
| 01/06/25 | AMIEL | Teleconference with S. Greecher and UCC counsel re: plan comments | B012 | 0.30 | 258.00 |
| 01/06/25 | BCARV | Review and analysis re: confirmation order (1.1); email S. Greecher re: same (.1) | B012 | 1.20 | 618.00 |
| 01/06/25 | RLAMB | Continue drafting and incorporating comments to confirmation brief | B012 | 0.40 | 232.00 |
| 01/06/25 | SGREE | Review UCC comments to plan administration agreement (.4); emails with lender counsel re: same (.2) | B012 | 0.60 | 651.00 |
| 01/06/25 | SGREE | Emails with A. Lee and A. Mielke re: plan supplement filing (.2); review documents re: same (.2) | B012 | 0.40 | 434.00 |
| 01/06/25 | SGREE | Review and revise draft confirmation brief (1.1); emails with R. Lamb re: revisions to brief and draft of declaration in support of confirmation (.2) | B012 | 1.30 | 1,410.50 |
| 01/06/25 | SGREE | Participate in call with K. Elliott and A. Mielke re: plan comments (.3); review documents and correspondence (.5); emails with A. Mielke and D. Laskin re: schedule (.2); email P. Knight re: same (.2) | B012 | 1.20 | 1,302.00 |
| 01/07/25 | AMIEL | Emails with lenders' counsel, YCST team, and UCC counsel re: plan comments | B012 | 0.20 | 172.00 |
| 01/07/25 | SGREE | Review and revise draft confirmation order (.8); emails with B. Carver (.1) and S. Shenker (.1) re: same | B012 | 1.00 | 1,085.00 |
| 01/07/25 | SGREE | Review and revise plan (2.2); emails with counsel to lenders and UCC re: same (.2) | B012 | 2.40 | 2,604.00 |
| 01/07/25 | SGREE | Emails with lender counsel re: plan administrator agreement and plan supplement (.2); review and comment on draft markup (.3); emails with UCC counsel re: same (.2) | B012 | 0.70 | 759.50 |
| 01/07/25 | SGREE | Review draft notice of plan supplement (.2); emails with A. Mielke and A. Lee re: same (.2) | B012 | 0.40 | 434.00 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date: February 7, 2025
Invoice Number: 50058327
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/07/25 | SGREE | Review and revise draft confirmation brief | B012 | 0.80 | 868.00 |
| 01/07/25 | SGREE | Review draft voting declaration (.2); emails with Epiq re: same (.1) | B012 | 0.30 | 325.50 |
| 01/08/25 | ALEE | Update and file notice of plan supplement and email correspondence with various interested parties re: same | B012 | 1.00 | 545.00 |
| 01/08/25 | AMIEL | Confer with S. Greecher re: plan updates and strategy | B012 | 0.10 | 86.00 |
| 01/08/25 | AMIEL | Emails with lenders' counsel, YCST team, and UCC counsel re: plan comments and plan supplement (.1); review and revise plan supplement (.1) | B012 | 0.20 | 172.00 |
| 01/08/25 | DLASK | Finalize for filing and coordinate service of plan supplement | B012 | 0.40 | 158.00 |
| 01/08/25 | RLAMB | Draft declaration in support of confirmation | B012 | 2.20 | 1,276.00 |
| 01/08/25 | SGREE | Review comments to plan administrator agreement (.3); multiple emails with counsel to lenders and UCC re: same (.3) | B012 | 0.60 | 651.00 |
| 01/08/25 | SGREE | Multiple calls and emails with A. Lee and A. Mielke re: plan supplement notice (.5); emails with lender counsel (.2), UCC counsel (.1), and Portage Point (.1) re: same; review and revise same (.5) | B012 | 1.40 | 1,519.00 |
| 01/09/25 | RLAMB | Continue drafting and incorporating comments to declaration in support of confirmation | B012 | 0.80 | 464.00 |
| 01/09/25 | RLAMB | Correspond with creditor, S. Greecher, A. Mielke, M. Nestor, T. Powell, and B. Carver regarding informal comments to confirmation order | B012 | 0.10 | 58.00 |
| 01/09/25 | SGREE | Review and revise draft declaration in support of confirmation (2.5); emails with R. Lamb (.2) and S. Shenker (.2) re: same | B012 | 2.90 | 3,146.50 |
| 01/09/25 | SGREE | Review and revise draft confirmation brief | B012 | 2.40 | 2,604.00 |
| 01/09/25 | SGREE | Review proposed language from Hartford re: requested language for confirmation order (.1); emails with counsel to Hartford re: same (.2) | B012 | 0.30 | 325.50 |
| 01/10/25 | AMIEL | Emails with S. Greecher and surety counsel re: comments to plan | B012 | 0.10 | 86.00 |
| 01/10/25 | RLAMB | Correspond with creditor, S. Greecher, A. Mielke, M. Nestor, T. Powell, and B. Carver regarding comments to confirmation order | B012 | 0.10 | 58.00 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date: February 7, 2025
Invoice Number: 50058327
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/10/25 | SGREE | Review and revise proposed insert language requested by Hartford (.6); review Plan (.4); emails with counsel to Hartford re: same (.2) | B012 | 1.20 | 1,302.00 |
| 01/13/25 | AMIEL | Review plan comments | B012 | 0.10 | 86.00 |
| 01/13/25 | AMIEL | Emails with D. Laskin, S. Greecher, and Moelis team re: fee order and related issues | B012 | 0.20 | 172.00 |
| 01/13/25 | BCARV | Analyze confirmation order and related materials (.2); attention to correspondence re: same (.1) | B012 | 0.30 | 154.50 |
| 01/13/25 | SGREE | Review UCC comments to confirmation order and amended plan (.7); emails with lender and UCC counsel re: same (.2) | B012 | 0.90 | 976.50 |
| 01/14/25 | AMIEL | Emails with YCST team re: plan issues (.1); consider and analyze same (.3) | B012 | 0.40 | 344.00 |
| 01/14/25 | AMIEL | Confer with S. Greecher re: plan issues and update | B012 | 0.10 | 86.00 |
| 01/14/25 | BCARV | Research and analysis re: release and exculpation issues (4.5); correspondence with YCST team re: same (.2) | B012 | 4.70 | 2,420.50 |
| 01/14/25 | MNEST | Brief review of Committee, UST and landlord comments re: DS and plan (.3); correspond with S. Greecher et. al. re: same (.2) | B012 | 0.50 | 712.50 |
| 01/14/25 | RLAMB | Coordinate informal comments to plan and related materials | B012 | 0.10 | 58.00 |
| 01/14/25 | SGREE | Review plan (.5) and US Trustee comments to plan and plan administrator agreement (.4); multiple emails with counsel to lenders (.3) and calls/emails with YCST team (.5) re: same | B012 | 1.70 | 1,844.50 |
| 01/14/25 | SGREE | Review documents and correspondence re: Hartford proposed confirmation order insert (.3); call (.2) and emails (.2) with counsel to Hartford re: same | B012 | 0.70 | 759.50 |
| 01/15/25 | AMIEL | Confer with S. Greecher re: plan comments (.2); emails with landlords' counsel, T. Grundemeier, C. Miller, and S. Greecher re: same (.2) | B012 | 0.40 | 344.00 |
| 01/15/25 | RLAMB | Continue drafting confirmation declaration | B012 | 0.10 | 58.00 |
| 01/15/25 | RLAMB | Continue coordinating informal comments to plan and disclosure statement | B012 | 0.10 | 58.00 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date:              February 7, 2025
Invoice Number:                    50058327
Matter Number:                 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/15/25 | SGREE | Review and revise proposed confirmation order language requested by TX taxing authorities (.4); emails with TX taxing authorities (.2) and lender counsel (.2) re: same | B012 | 0.80 | 868.00 |
| 01/15/25 | SGREE | Confer with A. Mielke re: approach for confirmation objections (.2) prepare summary of open confirmation objections for client (.2) | B012 | 0.40 | 434.00 |
| 01/15/25 | SGREE | Review and revise form of confirmation order to incorporate resolutions | B012 | 0.30 | 325.50 |
| 01/15/25 | SGREE | Review documents and precedent re: US Trustee confirmation issues (1.7); confer with C. Grear re: same (.2) | B012 | 1.90 | 2,061.50 |
| 01/15/25 | SGREE | Emails with counsel to Hartford re: confirmation order insert | B012 | 0.20 | 217.00 |
| 01/15/25 | SGREE | Review and consider landlord plan comments (.5) and plan provisions related to same (.5); emails and call with counsel to landlord (.4) and lenders (.3); emails with Portage Point re: same (.3) | B012 | 2.00 | 2,170.00 |
| 01/16/25 | AMIEL | Emails with YCST team re: confirmation issues | B012 | 0.10 | 86.00 |
| 01/16/25 | BCARV | Research and analysis re: exculpation issues (5.7); draft email memo and correspond with S. Greecher and R. Bartley re: same (.4) | B012 | 6.10 | 3,141.50 |
| 01/16/25 | DLASK | File voting declaration | B012 | 0.30 | 118.50 |
| 01/16/25 | RLAMB | Continue drafting confirmation declaration | B012 | 0.20 | 116.00 |
| 01/16/25 | SGREE | Emails with lender counsel re: details for confirmation support briefing | B012 | 0.30 | 325.50 |
| 01/16/25 | SGREE | Review Epiq voting declaration (.2); emails with D. Laskin and Epiq re: same (.2) | B012 | 0.40 | 434.00 |
| 01/16/25 | SGREE | Review Portage Point comments to declaration in support of confirmation (.4) and plan documents (.4); revise declaration (.5) and emails with Portage Point re: same (.4) | B012 | 1.70 | 1,844.50 |
| 01/17/25 | AMIEL | Emails with YCST team, lenders' counsel, PPP team, and UCC re: plan issues and comments | B012 | 0.20 | 172.00 |
| 01/17/25 | BCARV | Research and analysis re: exculpation issues (2.7): correspondence with YCST team re: same (.2) | B012 | 2.90 | 1,493.50 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date: February 7, 2025
Invoice Number: 50058327
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/17/25 | SGREE | Review precedent collected in connection with US Trustee plan comments (1.5); emails with B. Carver re: same (.2) | B012 | 1.70 | 1,844.50 |
| 01/17/25 | SGREE | Review and revise amended plan draft in connection with various comments received (.8); emails re: same (.2) | B012 | 1.00 | 1,085.00 |
| 01/17/25 | SGREE | Review and revise confirmation order in connection with various comments received (1.1); emails re: same (.2) | B012 | 1.30 | 1,410.50 |
| 01/17/25 | SGREE | Emails with Portage Point re: various effective date transition issues (.3); review documents and correspondence re: same (.2) | B012 | 0.50 | 542.50 |
| 01/17/25 | SGREE | Emails with lender counsel and Hartford counsel re: resolution of informal objection (.3); review documents and correspondence re: same (.2) | B012 | 0.50 | 542.50 |
| 01/18/25 | AMIEL | Emails with S. Greecher re: plan documents and comments (0.1); review revisions to plan (0.1) | B012 | 0.20 | 172.00 |
| 01/20/25 | AMIEL | Emails with landlord's counsel and S. Greecher re: plan issues | B012 | 0.10 | 86.00 |
| 01/21/25 | AMIEL | Emails with UCC counsel, landlord's counsel and S. Greecher re: plan issues | B012 | 0.10 | 86.00 |
| 01/21/25 | RLAMB | Correspond with counsel to landlord, S. Greecher, M. Nestor, A. Mielke, T. Powell, and B. Carver regarding informal comments to confirmation order | B012 | 0.10 | 58.00 |
| 01/22/25 | AMIEL | Emails with UST, UCC counsel, landlord's counsel and S. Greecher re: plan issues and confirmation order (.1); review objections re: same (.4) | B012 | 0.50 | 430.00 |
| 01/22/25 | BCARV | Analyze UST objection to confirmation (.2); research re: related exculpation issues (.3) | B012 | 0.50 | 257.50 |
| 01/22/25 | BCARV | Research re: indemnity and injunction related issues | B012 | 4.50 | 2,317.50 |
| 01/22/25 | BCARV | Review and revise plan administrator agreement (.4); correspondence with S. Greecher re: same (.1) | B012 | 0.50 | 257.50 |
| 01/22/25 | SGREE | Review and revise draft confirmation order | B012 | 0.50 | 542.50 |
| 01/22/25 | SGREE | Confer with US Trustee re: confirmation objection (.2); review objection (.5) and precedent (.6); emails with B. Carver re: same (.2) | B012 | 1.50 | 1,627.50 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date: February 7, 2025
Invoice Number: 50058327
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/22/25 | SGREE | Emails with US Trustee (.2) and counsel to lenders and UCC (.2) re: plan and confirmation order comments; emails with B. Carver re: revisions to plan supplement (.2); review same (.4) | B012 | 1.00 | 1,085.00 |
| 01/22/25 | SGREE | Multiple emails with counsel to landlords re: confirmation objection (.3); review objection (.3) and precedent (.2) | B012 | 0.80 | 868.00 |
| 01/22/25 | SGREE | Correspondence with counsel to UCC and lenders re: plan and confirmation order revisions | B012 | 0.40 | 434.00 |
| 01/23/25 | AMIEL | Emails with S. Greecher and A. Barajas re: plan comments | B012 | 0.10 | 86.00 |
| 01/23/25 | BCARV | Draft notice of amended plan supplement and blackline (.9); research and analysis re: exculpation, indemnity, and injunction issues (2.8); review and revise confirmation brief (2.9) | B012 | 6.60 | 3,399.00 |
| 01/23/25 | DLASK | Correspond with Court regarding logistics of confirmation hearing | B012 | 0.10 | 39.50 |
| 01/23/25 | SGREE | Emails with UCC re: US Trustee confirmation objection and revisions to plan administrator agreement (.3); review same (.3); emails with B. Carver re: same (.1) | B012 | 0.70 | 759.50 |
| 01/23/25 | SGREE | Review plan and confirmation order (.4); prepare insert to confirmation brief re: landlord objection (.9) | B012 | 1.30 | 1,410.50 |
| 01/24/25 | SGREE | Confer with G. Harkless re: update on plan and confirmation objections | B012 | 0.40 | 434.00 |
| 01/24/25 | SGREE | Review and consider US Trustee confirmation objection (.4); prepare proposed language for resolution of objection (.3); emails with B. Hackman re: same (.2) | B012 | 0.90 | 976.50 |
| 01/24/25 | SGREE | Review and revise confirmation brief in connection with filed objections | B012 | 5.80 | 6,293.00 |
| 01/27/25 | AMIEL | Emails with PPP team, UST, and YCST team re: confirmation documents (.1) and review same (.4) | B012 | 0.50 | 430.00 |
| 01/27/25 | BCARV | Correspond and attend call with T. Powell and A. Lee re: claims objections (.3); review claims materials re: same (1.3) | B012 | 1.60 | 824.00 |
| 01/27/25 | BCARV | Review materials and correspondence with S. Greecher re: UST objection to confirmation | B012 | 0.30 | 154.50 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date: February 7, 2025
Invoice Number: 50058327
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/27/25 | RLAMB | Correspond with S. Shenker, S. Greecher, and A. Mielke regarding confirmation declaration and confirmation order | B012 | 0.30 | 174.00 |
| 01/27/25 | SGREE | Review and revise proposed order and notice of filing of confirmation order | B012 | 0.70 | 759.50 |
| 01/27/25 | SGREE | Review plan supplement revision notice and plan administrator agreement (.3); email UCC counsel re: same (.1) | B012 | 0.40 | 434.00 |
| 01/27/25 | SGREE | Review and revise draft Shenker declaration re: plan (1.5); multiple emails with S. Shenker re: same (.3) | B012 | 1.80 | 1,953.00 |
| 01/27/25 | SGREE | Review precedent re: matters subject to UST objection (.5); emails with B. Hackman re: same (.3) | B012 | 0.80 | 868.00 |
| 01/27/25 | SGREE | Review, revise, and edit draft confirmation brief | B012 | 1.40 | 1,519.00 |
| 01/28/25 | AMIEL | Emails with UST and S. Greecher re: plan comments (.1); review same (.1) | B012 | 0.20 | 172.00 |
| 01/28/25 | RLAMB | Correspond with U.S. Trustee, S. Greecher, A. Mielke, M. Nestor, and B. Carver regarding confirmation order | B012 | 0.10 | 58.00 |
| 01/28/25 | SGREE | Confer with A. Lee re: claim objection preparation issues (.1); emails with Portage Point and YCST team re: same (.2); review documents and correspondence (.3) | B012 | 0.60 | 651.00 |
| 01/28/25 | SGREE | Review and revise confirmation pleadings (1.9); begin preparing outline for confirmation hearing (1.1); email M. Pearlman re: documents related to confirmation (.2) | B012 | 3.20 | 3,472.00 |
| 01/29/25 | AMIEL | Teleconference with YCST team, PPP team and board re: plan and case updates (joined late) | B012 | 0.30 | 258.00 |
| 01/29/25 | SGREE | Continue to prepare outline for confirmation hearing (2.4); emails with counsel to lenders and UCC re: confirmation brief (.3) | B012 | 2.70 | 2,929.50 |
| 01/30/25 | AMIEL | Emails with S. Greecher re: plan issues and consider same | B012 | 0.10 | 86.00 |
| 01/30/25 | SGREE | Multiple calls and emails with counsel to UCC re: plan administrator agreement revision (.7); review documents and correspondence re: same (.5); emails with A. Mielke re: same (.2) | B012 | 1.40 | 1,519.00 |
| 01/30/25 | SGREE | Review and revise 2nd amended plan (1.1); emails with D. Laskin re: Same (.2) | B012 | 1.30 | 1,410.50 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date: February 7, 2025
Invoice Number: 50058327
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/30/25 | SGREE | Emails with Epiq re: confirmation hearing participation | B012 | 0.20 | 217.00 |
| 01/30/25 | SGREE | Review, revise, and finalize notice of plan blackline (.4), plan supplement (.4), confirmation brief (.6) and Shenker declaration (.3) | B012 | 1.70 | 1,844.50 |
| 01/31/25 | AMIEL | Emails with landlords' counsel, UST, and YCST team re: plan issues | B012 | 0.10 | 86.00 |
| 01/31/25 | BCARV | Research re: exculpation issues (2.4); correspond with S. Greecher re: same (.2); attention to correspondence from B. Hackman re: same (.1) | B012 | 2.70 | 1,390.50 |
| 01/31/25 | DLASK | Finalize for filing and coordinate service of amended plan supplement with blackline | B012 | 0.40 | 158.00 |
| 01/31/25 | DLASK | Finalize for filing and coordinate service of proposed confirmation order | B012 | 0.30 | 118.50 |
| 01/31/25 | DLASK | Finalize for filing and coordinate service of Shenker declaration in support of confirmation | B012 | 0.30 | 118.50 |
| 01/31/25 | DLASK | Finalize for filing and coordinate service of blackline of combined plan and DS | B012 | 0.30 | 118.50 |
| 01/31/25 | DLASK | Finalize for filing and coordinate service of 2nd amended combined plan and DS | B012 | 0.40 | 158.00 |
| 01/31/25 | SGREE | Multiple emails with counsel to objecting parties re: plan and confirmation order language (.4); review documents and precedent (.2) and emails with B. Carver re: same (.2) | B012 | 0.80 | 868.00 |
| 01/31/25 | SGREE | Emails with counsel to Hartford re: confirmation order comments | B012 | 0.20 | 217.00 |
| 01/31/25 | SGREE | Continue to review pleadings and prepare outline for confirmation hearing | B012 | 4.20 | 4,557.00 |
| 01/03/25 | AMIEL | Respond to creditor inquiry | B013 | 0.10 | 86.00 |
| 01/03/25 | DLASK | Telephone from claimant regarding status | B013 | 0.20 | 79.00 |
| 01/03/25 | RLAMB | Continue managing creditor inquiries | B013 | 0.20 | 116.00 |
| 01/06/25 | SGREE | Review Epiq master call log entries | B013 | 0.10 | 108.50 |
| 01/13/25 | RLAMB | Manage creditor inquiries | B013 | 0.50 | 290.00 |
| 01/13/25 | SGREE | Review Epiq call log update | B013 | 0.10 | 108.50 |

Blink Holdings, Inc.  
Billing Period through January 31, 2025

Invoice Date:             February 7, 2025  
Invoice Number:                 50058327  
Matter Number:             103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/15/25 | RLAMB | Manage creditor inquiries | B013 | 0.20 | 116.00 |
| 01/21/25 | SGREE | Review Epiq updated creditor call log | B013 | 0.10 | 108.50 |
| 01/24/25 | SGREE | Review incoming correspondence re: franchisee bankruptcy proceeding (.1); emails with Portage Point re: same (.1) | B013 | 0.20 | 217.00 |
| 01/27/25 | SGREE | Review Epiq creditor call log update | B013 | 0.20 | 217.00 |
| 01/24/25 | SGREE | Emails with M. Pearlman and Portage Point re: scheduling update call on plan and steps to effective date | B014 | 0.30 | 325.50 |
| 01/29/25 | SGREE | Review documents and correspondence in preparation for meeting with board and advisors (.3); participate in meeting (.5) | B014 | 0.80 | 868.00 |
| 01/02/25 | AMIEL | Emails with PPP team re: fee increase disclosure | B017 | 0.10 | 86.00 |
| 01/02/25 | DLASK | Draft certificates of no objection for fee applications of Young Conaway, Moelis, and Epiq | B017 | 0.60 | 237.00 |
| 01/02/25 | DLASK | Draft certification of counsel regarding 1st interim fee applications for debtors' professionals | B017 | 0.40 | 158.00 |
| 01/02/25 | DLASK | Finalize e-binder of fee applications for the Court | B017 | 0.20 | 79.00 |
| 01/03/25 | DLASK | Draft notice of annual rate changes | B017 | 0.20 | 79.00 |
| 01/06/25 | AMIEL | Emails with YCST team and PPP team re: interim fee orders and related documents (.1); review and revise interim order (confirming fee amounts) and related COC (.4) | B017 | 0.50 | 430.00 |
| 01/06/25 | DLASK | Draft order for 1st interim fee application of debtors' professionals | B017 | 0.40 | 158.00 |
| 01/06/25 | RLAMB | Correspond with PPP team, T. Powell, and A. Mielke regarding fee applications | B017 | 0.10 | 58.00 |
| 01/06/25 | SGREE | Review notice of updated hourly billing rates (.1); emails with A. Mielke and D. Laskin re: same (.1) | B017 | 0.20 | 217.00 |
| 01/06/25 | TPOWE | Analyzing and reviewing Moelis, YCST, and Epiq Fee App CNOs (.4); and correspondence with YCST Team re: OCP Quarterly Statement for Q4 2024 (.3) | B017 | 0.70 | 476.00 |
| 01/07/25 | ALEE | Draft OCP quarterly statement | B017 | 0.60 | 327.00 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date:               February 7, 2025
Invoice Number:                   50058327
Matter Number:               103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/07/25 | DLASK | Finalize for filing, file certificates of no objection for fee applications of Young Conaway, Moelis, and Epiq | B017 | 0.60 | 237.00 |
| 01/07/25 | SGREE | Review proposed interim fee order (.1); Emails with A. Mielke re: same (.2) | B017 | 0.30 | 325.50 |
| 01/08/25 | AMIEL | Review PPP staffing report | B017 | 0.10 | 86.00 |
| 01/08/25 | DLASK | Finalize for filing and coordinate service of Triple P's monthly staffing report | B017 | 0.40 | 158.00 |
| 01/08/25 | DLASK | Finalize for filing, file certification of counsel regarding 1st interim fee application for debtors' professionals, prepare electronic order | B017 | 0.40 | 158.00 |
| 01/08/25 | RLAMB | Review and finalize for filing monthly staffing report | B017 | 0.40 | 232.00 |
| 01/08/25 | SGREE | Review monthly fee CNOs and related documents (.3); multiple emails with Portage Point re: same (.3) | B017 | 0.60 | 651.00 |
| 01/08/25 | SGREE | Correspondence with lender and UCC counsel re: interim fee orders and hearing (.2); review DIP documents re: budget for professional fees (.2) | B017 | 0.40 | 434.00 |
| 01/09/25 | AMIEL | Emails with YCST team, PPP team, lenders' counsel, and UCC counsel re: fee application | B017 | 0.10 | 86.00 |
| 01/09/25 | AMIEL | Emails with YCST team, PPP team, and surety's counsel re: plan comments | B017 | 0.10 | 86.00 |
| 01/09/25 | DLASK | Finalize for filing and coordinate service of Young Conaway's December fee application | B017 | 0.40 | 158.00 |
| 01/09/25 | SGREE | Call counsel to UCC re: interim and monthly fee payments (.1); emails with Portage Point re: same (.1) | B017 | 0.20 | 217.00 |
| 01/09/25 | SGREE | Review draft order re: UCC interim fees (.1); emails with counsel to UCC and lenders re: same (.2) | B017 | 0.30 | 325.50 |
| 01/10/25 | AMIEL | Emails with YCST team and PPP team re: fee payments | B017 | 0.10 | 86.00 |
| 01/10/25 | DLASK | Prepare revised certification of counsel and order regarding 1st interim fees of debtors' professionals | B017 | 0.40 | 158.00 |
| 01/10/25 | SGREE | Multiple emails with chambers (.2); YCST team (.3) and Portage Point (.2); re: court questions on debtor professional fees; review applications re: same (.4) | B017 | 1.10 | 1,193.50 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date:  February 7, 2025
Invoice Number:  50058327
Matter Number:  103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/10/25 | SGREE | Multiple calls and emails with counsel to UCC (.3) and Portage Point (.2) re: payment of interim fees | B017 | 0.50 | 542.50 |
| 01/13/25 | BCARV | Review fee application (.1); attention to correspondence re: same (.1) | B017 | 0.20 | 103.00 |
| 01/13/25 | SGREE | Emails with Moelis and T. Powell re: response to interim fee questions from court | B017 | 0.40 | 434.00 |
| 01/13/25 | TPOWE | Correspondence with YCST Team and/or Moelis Team re: fees (.2); and teleconference with H. Aronoff re: same (.1) | B017 | 0.30 | 204.00 |
| 01/14/25 | AMIEL | Emails with T. Powell and S. Greecher re: fee order issues (.1); confer with S. Greecher re: same (.1) | B017 | 0.20 | 172.00 |
| 01/14/25 | AMIEL | Emails with YCST team and Moelis team re: fee order issues | B017 | 0.20 | 172.00 |
| 01/14/25 | DLASK | Update certification of counsel and revised omnibus interim fee order | B017 | 0.40 | 158.00 |
| 01/14/25 | DLASK | Assemble, file certification of counsel and revised omnibus fee order for debtors' professionals | B017 | 0.40 | 158.00 |
| 01/14/25 | SGREE | Multiple emails with Moelis and T. Powell re: chambers comments on expenses (.4); review details provided (.7); emails with chambers (.4) and UCC counsel (.2); review and revise COC and order (.3) | B017 | 2.00 | 2,170.00 |
| 01/14/25 | TPOWE | Correspondence with YCST Team and/or Moelis Team re: fees | B017 | 0.90 | 612.00 |
| 01/15/25 | AMIEL | Emails with YCST team re: fee applications | B017 | 0.10 | 86.00 |
| 01/15/25 | AMIEL | Emails with Moelis team and YCST team re: fee application | B017 | 0.10 | 86.00 |
| 01/15/25 | RLAMB | Review and revise investment banker fee application | B017 | 0.40 | 232.00 |
| 01/16/25 | AMIEL | Emails with PPP team and YCST team re: fee order and payments | B017 | 0.10 | 86.00 |
| 01/16/25 | DLASK | Finalize for filing and coordinate service of Moelis December fee application | B017 | 0.40 | 158.00 |
| 01/16/25 | RLAMB | Continue finalizing Moelis fee application for filing | B017 | 0.20 | 116.00 |
| 01/16/25 | SGREE | Emails with S. Canna re: payment of interim fees | B017 | 0.20 | 217.00 |
| 01/22/25 | RLAMB | Correspond with S. Canna and A. Mielke regarding PPP monthly staffing report | B017 | 0.10 | 58.00 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date:                February 7, 2025
Invoice Number:                   50058327
Matter Number:               103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/23/25 | SGREE | Emails with Portage Point re: Zwilgen invoice (.2); review same (.1) | B017 | 0.30 | 325.50 |
| 01/29/25 | DLASK | Draft 2nd interim fee application for debtors' professionals | B017 | 0.60 | 237.00 |
| 01/31/25 | DLASK | Prepare certificate of no objection for Young Conaway's fee application | B017 | 0.20 | 79.00 |
| 01/06/25 | SGREE | Review Young Conaway 4th monthly fee application CNO (.1); emails with D. Laskin re: filing same (.1) | B018 | 0.20 | 217.00 |
| 01/07/25 | SGREE | Review exhibit to Young Conaway December monthly fee application for privilege, accuracy, and compliance with local rules and revise same | B018 | 1.40 | 1,519.00 |
| 01/09/25 | DLASK | Prepare fee application for December | B018 | 0.80 | 316.00 |
| 01/09/25 | SGREE | Review and execute Young Conaway 5th monthly fee application (.2); emails with D. Laskin re: filing and service (.1) | B018 | 0.30 | 325.50 |
| 01/11/25 | AMIEL | Emails with PPP team and J. Russell re: utility accounts | B020 | 0.10 | 86.00 |
| 01/13/25 | AMIEL | Emails with S. Canna and R. Johnson re: utility deposits | B020 | 0.10 | 86.00 |
| | | | **Total** | **212.10** | **$174,559.50** |

Blink Holdings, Inc.
Billing Period through January 31, 2025

| | |
|---|---|
| Invoice Date: | February 7, 2025 |
| Invoice Number: | 50058327 |
| Matter Number: | 103829.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|----------|------|------------------|-------|------|--------|
| AMIEL | Allison S. Mielke | Partner | 13.90 | 860.00 | 11,954.00 |
| ALEE | Andrew M. Lee | Associate | 7.50 | 545.00 | 4,087.50 |
| BCARV | Benjamin C. Carver | Associate | 40.30 | 515.00 | 20,754.50 |
| DLASK | Debbie Laskin | Paralegal | 17.30 | 395.00 | 6,833.50 |
| MNEST | Michael R. Nestor | Partner | 0.50 | 1,425.00 | 712.50 |
| RLAMB | Rebecca L. Lamb | Associate | 12.20 | 580.00 | 7,076.00 |
| SGREE | Sean T. Greecher | Partner | 101.90 | 1,085.00 | 110,561.50 |
| TPOWE | Timothy R. Powell | Associate | 18.50 | 680.00 | 12,580.00 |
| **Total** | | | **212.10** | | **$174,559.50** |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date: February 7, 2025
Invoice Number: 50058327
Matter Number: 103829.1001

**Task Summary**

**Task Code:B001**          **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Allison S. Mielke | Partner | 0.40 | 860.00 | 344.00 |
| Rebecca L. Lamb | Associate | 0.10 | 580.00 | 58.00 |
| Debbie Laskin | Paralegal | 0.90 | 395.00 | 355.50 |
| **Total** | | **1.40** | | **757.50** |

**Task Code:B002**          **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Allison S. Mielke | Partner | 0.60 | 860.00 | 516.00 |
| Sean T. Greecher | Partner | 2.10 | 1,085.00 | 2,278.50 |
| Debbie Laskin | Paralegal | 3.90 | 395.00 | 1,540.50 |
| **Total** | | **6.60** | | **4,335.00** |

**Task Code:B003**          **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Sean T. Greecher | Partner | 0.20 | 1,085.00 | 217.00 |
| Rebecca L. Lamb | Associate | 0.60 | 580.00 | 348.00 |
| Debbie Laskin | Paralegal | 0.40 | 395.00 | 158.00 |
| **Total** | | **1.20** | | **723.00** |

**Task Code:B004**          **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Allison S. Mielke | Partner | 1.60 | 860.00 | 1,376.00 |
| Timothy R. Powell | Associate | 2.90 | 680.00 | 1,972.00 |
| Debbie Laskin | Paralegal | 0.80 | 395.00 | 316.00 |
| **Total** | | **5.30** | | **3,664.00** |

**Task Code:B005**          **Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Allison S. Mielke | Partner | 1.10 | 860.00 | 946.00 |
| Sean T. Greecher | Partner | 1.80 | 1,085.00 | 1,953.00 |
| Rebecca L. Lamb | Associate | 1.90 | 580.00 | 1,102.00 |
| **Total** | | **4.80** | | **4,001.00** |

**Task Code:B006**                     **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Allison S. Mielke | Partner | 0.10 | 860.00 | 86.00 |
| Sean T. Greecher | Partner | 6.90 | 1,085.00 | 7,486.50 |
| **Total** | | **7.00** | | **7,572.50** |

**Task Code:B007**                     **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Allison S. Mielke | Partner | 2.40 | 860.00 | 2,064.00 |
| Sean T. Greecher | Partner | 5.90 | 1,085.00 | 6,401.50 |
| Andrew M. Lee | Associate | 5.00 | 545.00 | 2,725.00 |
| Benjamin C. Carver | Associate | 8.20 | 515.00 | 4,223.00 |
| Rebecca L. Lamb | Associate | 0.90 | 580.00 | 522.00 |
| Timothy R. Powell | Associate | 13.10 | 680.00 | 8,908.00 |
| Debbie Laskin | Paralegal | 1.80 | 395.00 | 711.00 |
| **Total** | | **37.30** | | **25,554.50** |

**Task Code:B008**                     **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Timothy R. Powell | Associate | 0.60 | 680.00 | 408.00 |
| **Total** | | **0.60** | | **408.00** |

**Task Code:B009**                     **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Sean T. Greecher | Partner | 1.10 | 1,085.00 | 1,193.50 |
| Rebecca L. Lamb | Associate | 0.90 | 580.00 | 522.00 |
| **Total** | | **2.00** | | **1,715.50** |

**Task Code:B011**                     **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Allison S. Mielke | Partner | 0.20 | 860.00 | 172.00 |
| Sean T. Greecher | Partner | 0.40 | 1,085.00 | 434.00 |
| **Total** | | **0.60** | | **606.00** |

Blink Holdings, Inc.
Billing Period through January 31, 2025

| | | |
|---|---|---|
| Invoice Date: | | February 7, 2025 |
| Invoice Number: | | 50058327 |
| Matter Number: | | 103829.1001 |

**Task Code:B012**          **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 5.50 | 860.00 | 4,730.00 |
| Michael R. Nestor | Partner | 0.50 | 1,425.00 | 712.50 |
| Sean T. Greecher | Partner | 73.30 | 1,085.00 | 79,530.50 |
| Andrew M. Lee | Associate | 1.90 | 545.00 | 1,035.50 |
| Benjamin C. Carver | Associate | 31.90 | 515.00 | 16,428.50 |
| Rebecca L. Lamb | Associate | 5.70 | 580.00 | 3,306.00 |
| Debbie Laskin | Paralegal | 2.50 | 395.00 | 987.50 |
| **Total** | | **121.30** | | **106,730.50** |

**Task Code:B013**          **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 0.10 | 860.00 | 86.00 |
| Sean T. Greecher | Partner | 0.70 | 1,085.00 | 759.50 |
| Rebecca L. Lamb | Associate | 0.90 | 580.00 | 522.00 |
| Debbie Laskin | Paralegal | 0.20 | 395.00 | 79.00 |
| **Total** | | **1.90** | | **1,446.50** |

**Task Code:B014**          **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Sean T. Greecher | Partner | 1.10 | 1,085.00 | 1,193.50 |
| **Total** | | **1.10** | | **1,193.50** |

**Task Code:B017**          **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 1.70 | 860.00 | 1,462.00 |
| Sean T. Greecher | Partner | 6.50 | 1,085.00 | 7,052.50 |
| Andrew M. Lee | Associate | 0.60 | 545.00 | 327.00 |
| Benjamin C. Carver | Associate | 0.20 | 515.00 | 103.00 |
| Rebecca L. Lamb | Associate | 1.20 | 580.00 | 696.00 |
| Timothy R. Powell | Associate | 1.90 | 680.00 | 1,292.00 |
| Debbie Laskin | Paralegal | 6.00 | 395.00 | 2,370.00 |
| **Total** | | **18.10** | | **13,302.50** |

**Task Code:B018**          **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Sean T. Greecher | Partner | 1.90 | 1,085.00 | 2,061.50 |
| Debbie Laskin | Paralegal | 0.80 | 395.00 | 316.00 |
| **Total** | | **2.70** | | **2,377.50** |

Blink Holdings, Inc.
Billing Period through January 31, 2025

| | |
|---|---|
| Invoice Date: | February 7, 2025 |
| Invoice Number: | 50058327 |
| Matter Number: | 103829.1001 |

**Task Code:B020**      **Utility Services**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 0.20 | 860.00 | 172.00 |
| **Total** | | **0.20** | | **172.00** |

**<u>EXHIBIT B</u>**

**Expenses**

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date:           February 7, 2025
Invoice Number:                 50058327
Matter Number:             103829.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 12/04/24 | Computerized Legal Research Westlaw Search by: GREECHER,SEAN T | 4.00 | 20.07 |
| 12/13/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/13/24 | Docket Retrieval / Search | 17.00 | 1.70 |
| 12/13/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/13/24 | Parcels, Inc. - YCST Judge Stickles Courtroom 1117094 | 1.00 | 15.00 |
| 12/16/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 12/16/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/16/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/16/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/16/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/16/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/16/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/16/24 | Docket Retrieval / Search | 21.00 | 2.10 |
| 12/16/24 | Docket Retrieval / Search | 11.00 | 1.10 |
| 12/16/24 | Docket Retrieval / Search | 28.00 | 2.80 |
| 12/19/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/02/25 | Parcels, Inc. - YCST Judge Stickles Courtroom 1119901 | 1.00 | 15.00 |
| 01/13/25 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 01/13/25 | Photocopy Charges Duplication BW | 33.00 | 3.30 |
| 01/14/25 | Computerized Legal Research Westlaw Search by: CARVER,BENJAMIN | 11.00 | 41.48 |
| 01/17/25 | Computerized Legal Research Westlaw Search by: CARVER,BENJAMIN | 2.00 | 7.54 |
| 01/17/25 | Photocopy Charges Duplication BW | 167.00 | 16.70 |
| 01/17/25 | Postage POSTAGE | 1.00 | 1.77 |
| 01/17/25 | Photocopy Charges Duplication BW | 197.00 | 19.70 |
| 01/17/25 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 01/17/25 | Postage POSTAGE | 1.00 | 9.90 |
| 01/17/25 | Photocopy Charges Duplication BW | 167.00 | 16.70 |
| 01/17/25 | Postage POSTAGE | 1.00 | 9.90 |
| 01/17/25 | Postage POSTAGE | 1.00 | 1.77 |
| 01/17/25 | Color Photocopy Charges Duplication Color | 10.00 | 8.00 |
| 01/17/25 | Color Photocopy Charges Duplication Color | 10.00 | 8.00 |
| 01/17/25 | Postage POSTAGE | 1.00 | 9.90 |
| 01/17/25 | Postage POSTAGE | 1.00 | 9.90 |
| 01/17/25 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 01/17/25 | Color Photocopy Charges Duplication Color | 39.00 | 31.20 |

Blink Holdings, Inc.
Billing Period through January 31, 2025

Invoice Date:                  February 7, 2025
Invoice Number:                      50058327
Matter Number:                   103829.1001

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 01/17/25 | Photocopy Charges Duplication BW | 2.00 | 0.20 |
| 01/22/25 | Computerized Legal Research Westlaw Search by: GREECHER,SEAN T | 4.00 | 15.09 |
| 01/23/25 | Computerized Legal Research Westlaw Search by: CARVER,BENJAMIN | 101.00 | 380.90 |
| 01/24/25 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 01/27/25 | Photocopy Charges Duplication BW | 26.00 | 2.60 |
| 01/27/25 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 01/27/25 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 01/27/25 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 01/27/25 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 01/29/25 | Computerized Legal Research Westlaw Search by: CARVER,BENJAMIN | 19.00 | 71.65 |
| 01/31/25 | Photocopy Charges Duplication BW | 48.00 | 4.80 |
| 01/31/25 | Photocopy Charges Duplication BW | 23.00 | 2.30 |
| 01/31/25 | Color Photocopy Charges Duplication Color | 252.00 | 201.60 |
| 01/31/25 | Reliable Wilmington - Deposition/Transcript | 1.00 | 131.40 |
| 01/31/25 | Photocopy Charges Duplication BW | 79.00 | 7.90 |
| 01/31/25 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 01/31/25 | Color Photocopy Charges Duplication Color | 21.00 | 16.80 |
| 01/31/25 | Photocopy Charges Duplication BW | 60.00 | 6.00 |
| 01/31/25 | Photocopy Charges Duplication BW | 34.00 | 3.40 |
| 01/31/25 | Reliable Wilmington - Deposition/Transcript Transcript of Blink Auction 11/13/24 | 1.00 | 2,445.70 |
| 01/31/25 | Reliable Wilmington - Deposition/Transcript Transcript of Blink hearing | 1.00 | 330.60 |

**Total**                    **$3,895.17**

Blink Holdings, Inc.
Billing Period through January 31, 2025

| Invoice Date: | February 7, 2025 |
| Invoice Number: | 50058327 |
| Matter Number: | 103829.1001 |

**Cost Summary**

| **Description** | **Amount** |
| --- | --- |
| Computerized Legal Research -WESTLAW | 536.73 |
| Delivery / Courier | 30.00 |
| Deposition/Transcript | 2,907.70 |
| Docket Retrieval / Search | 19.30 |
| Postage | 43.14 |
| Reproduction Charges | 358.30 |
| **Total** | **$3,895.17** |