# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**IN RE:**

| | | |
|---|---|---|
| **BLINK HOLDINGS, INC.** | § § § | **CASE NO. 24-11686** |
| | § § | **CHAPTER 11** |
| **DEBTOR** | § § § | |

## WITHDRAWAL OF PROOF OF CLAIM #00000-10052

**COMES NOW**, Alief Independent School District, Claimant, to Withdraw the Secured Claim for Taxes, claim #00000-10052 filed on 09/04/2024, due to the claim being satisfied.

Claimant hereby withdraws such claim.

Dated: February 19, 2025

        Respectfully submitted,

        PERDUE, BRANDON, FIELDER,
        COLLINS & MOTT, L.L.P.

        By/s/*Melissa E. Valdez*
        **Melissa E. Valdez**
        Texas State Bar No. 24051463
        **Angela K. Randermann**
        Texas State Bar No. 24029787
        **Damion J. Millington**
        Texas State Bar No. 24111178
        1235 North Loop West, Suite 600
        Houston, Texas 77008
        Telephone: (713) 862-1860
        Facsimile: (713) 862-1429
        Email: Houstonbk@pbfcm.com
        *Attorneys for: Alief ISD*

## CERTIFICATE OF SERVICE

       I hereby certify that on this the 19th day of February 2025. I sent a true and correct copy of the above and foregoing Withdrawal of Proof of Claim to the following parties by the following means: Via ECF E-notice.

**ATTORNEYS FOR DEBTOR**
Young Cnaway Stargatt & Taylor, LLP
Benjamin C. Carver, whose email address is: bcarver@ycst.com
Sean T. Greecher, whose email address is: sgreecher@ycst.com
Rebecca L Lamb, whose email address is: rlamb@ycst.com
Allison S Mielke, whose email address is: amielke@ycst.com
Michael R. Nestor, whose email address is: mnestor@ycst.com
Timothy R. Powell, whose email address is: tpowell@ycst.com

**U. S. TRUSTEE**
Benjamin A. Hackman: whose email address is: benjamin.a.hackman@usdoj.gov

                                            /s/ *Melissa E. Valdez*
                                            Melissa E. Valdez