**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

**IN RE:**

| | | |
|---|---|---|
| | § | |
| **BLINK HOLDINGS, INC.** | § | **CASE NO. 24-11686** |
| | § | |
| | § | **CHAPTER 11** |
| **DEBTOR** | § | |
| | § | |

**WITHDRAWAL OF PROOF OF CLAIM #00000-10053**

   **COMES NOW**, City of Houston, Claimant, to Withdraw the Secured Claim for Taxes, claim #00000-10053 filed on 09/04/2024, due to the claim being satisfied. Claimant hereby withdraws such claim.

Dated: February 19, 2025

<div style="margin-left:40%">

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.


By/s/*Melissa E. Valdez*
**Melissa E. Valdez**
Texas State Bar No. 24051463
**Angela K. Randermann**
Texas State Bar No. 24029787
**Damion J. Millington**
Texas State Bar No. 24111178
1235 North Loop West, Suite 600
Houston, Texas 77008
Telephone: (713) 862-1860
Facsimile: (713) 862-1429
Email: Houstonbk@pbfcm.com
***Attorneys for: City of Houston***

</div>

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 19th day of February 2025. I sent a true and correct copy of the above and foregoing Withdrawal of Proof of Claim to the following parties by the following means: Via ECF E-notice.


**ATTORNEYS FOR DEBTOR**
Young Cnaway Stargatt & Taylor, LLP
Benjamin C. Carver, whose email address is:     bcarver@ycst.com
Sean T. Greecher, whose email address is:     sgreecher@ycst.com
Rebecca L Lamb, whose email address is:     rlamb@ycst.com
Allison S Mielke, whose email address is:     amielke@ycst.com
Michael R. Nestor, whose email address is:     mnestor@ycst.com
Timothy R. Powell, whose email address is:     tpowell@ycst.com

**U. S. TRUSTEE**
Benjamin A. Hackman: whose email address is:     benjamin.a.hackman@usdoj.gov


/s/ *Melissa E. Valdez*
Melissa E. Valdez