# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 81, 348, 611 & 658 |

## NOTICE OF DESIGNATION OF ASSUMED AGREEMENTS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On August 16, 2024, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All of Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II)(A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief* [Docket No. 81] (the "**Bidding Procedures Motion**").

On September 10, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. 348] approving the relief requested in the Bidding Procedures Motion.

On November 13, 2024, the Court entered the *Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 611] (the "**Sale Order**"),[2] approving the Asset Purchase Agreement and authorizing the sale (the "**Sale**") of the Acquired Assets to Pinnacle US Holdings, LLC, a Delaware limited liability company (the "**Purchaser**"). On November 29, 2024, the Sale closed (the "**Closing**").

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Sale Order.

On December 2, 2024, the Debtors previously filed the *Notice of Designation of Assumed and Reserved Agreements* [Docket No. 658] (the "**Designation Notice**"), listing certain Contracts and Specified Leases (as defined in the Asset Purchase Agreement) that had been designated as Assumed Agreements (as defined in the Asset Purchase Agreement) and Reserved Agreements (as defined in the Asset Purchase Agreement), each as of the Closing.

Pursuant to section 2.6 of the Asset Purchase Agreement, the Purchaser has notified the Debtors of its election to designate the Reserved Agreements set forth on **Exhibit A** attached hereto as Assumed Agreements, which shall be assumed and assigned to PureFitness LLC. Consistent with section 2.6(c) of the Asset Purchase Agreement, the assumption and assignment of the Assumed Agreements shall become effective no later than February 27, 2025.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 20, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Rebecca L. Lamb*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>    sgreecher@ycst.com<br>    amielke@ycst.com<br>    tpowell@ycst.com<br>    rlamb@ycst.com<br>    bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

# **EXHIBIT A**

**Assumed Agreements**

**Blink**
*Assumption of Lease/Executory Contracts*
2/20/2025

| Contract # | CASE NUMBER | DEBTOR ENTITY | COUNTERPARTY NAME | CONTRACT DESCRIPTION |
|---|---|---|---|---|
| *Assumed Real Property Leases* | | | | |
| 1 | 24-11751 | BLINK 108-14 ROOSEVELT, INC. | 108-118 LLC | LETTER AGREEMENT DTD 2/15/2017 |
| 2 | 24-11751 | BLINK 108-14 ROOSEVELT, INC. | 108-118 LLC | RETAIL LEASE DTD 9/3/2015 |
| 4 | 24-11751 | BLINK 108-14 ROOSEVELT, INC. | 108-18 LLC | AMENDMENT OF LEASE DTD 7/21/2020 (AMENDS LEASE DTD 9/3/2015) |
| 5 | 24-11686 | BLINK HOLDINGS, INC. | 108-18 LLC | AMENDMENT OF LEASE DTD 7/21/2020 (AMENDS LEASE DTD 9/3/2015) |
| 3 | 24-11751 | BLINK 108-14 ROOSEVELT, INC. | 108-18 LLC | RETAIL LEASE |
| 6 | 24-11811 | BLINK FOURTH AVENUE, INC. | 119 PARK SLOPE LLC | PRE-SALES LICENSE AGREEMENT DTD 2/16/2017 |
| 19 | 24-11797 | BLINK FARMERS BOULEVARD INC. | 130-20 FARMERS LLC | AMENDMENT OF LEASE (AMENDS LEASE DTD 12/23/2016) |
| 20 | 24-11797 | BLINK FARMERS BOULEVARD INC. | 130-20 FARMERS LLC | AMENDMENT OF LEASE DTD 6/28/2018 (AMENDS RETAIL LEASE DTD 12/23/2016) |
| 21 | 24-11797 | BLINK FARMERS BOULEVARD INC. | 130-20 FARMERS LLC | AMENDMENT OF LEASE DTD 7/21/2020 (AMENDS LEASE DTD 12/23/2016) |
| 18 | 24-11686 | BLINK HOLDINGS, INC. | 130-20 FARMERS LLC | AMENDMENT OF LEASE DTD 7/21/2020 (AMENDS LEASE DTD 12/23/2016) |
| 23 | 24-11797 | BLINK FARMERS BOULEVARD INC. | 130-20 FARMERS LLC | RETAIL LEASE DTD 12/23/2016 |
| 22 | 24-11797 | BLINK FARMERS BOULEVARD INC. | 130-20 FARMERS LLC | SUBORDINATION, NON-DISTURBANCE & ATTORNMENT AGREEMENT DTD 6/26/2018 (RE: LEASE AGREEMENT DTD 12/23/2016) |
| 32 | 24-11705 | Blink Fulton Street, Inc. | 1413 STATHAN REALTY LLC | AMENDMENT OF LEASE DTD 7/22/2020 (AMENDS LEASE DTD 10/11/2013) |
| 36 | 24-11698 | BLINK SOUTH ORANGE, INC. | 15 REALTY MANAGEMENT LLC | EASEMENT AGREEMENT DTD 7/7/2016 (RE: LEASE DTD 9/23/2015) |
| 60 | 24-11734 | BLINK NOSTRAND AVENUE, INC. | 2146 NOSTRAND AVENUE ASSOCIATES LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 79 | 24-11770 | BLINK 833 FLATBUSH, INC. | 22-26 FLATBUSH LLC | AMENDMENT OF LEASE DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012) |
| 80 | 24-11686 | BLINK HOLDINGS, INC. | 22-26 FLATBUSH LLC | AMENDMENT OF LEASE DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012) |
| 77 | 24-11770 | BLINK 833 FLATBUSH, INC. | 22-26 FLATBUSH LLC | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012) |
| 78 | 24-11686 | BLINK HOLDINGS, INC. | 22-26 FLATBUSH LLC | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012) |
| 85 | 24-11686 | BLINK HOLDINGS, INC. | 2374 CONCOURSE ASSOCIATES LLC | GUARANTY OF LEASE |
| 88 | 24-11686 | BLINK HOLDINGS, INC. | 250 UTICA OWNERS LLC | AMENDMENT OF LEASE (AMENDS CERTAIN LEASE AGREEMENT DTD 9/13/2012) |
| 89 | 24-11722 | BLINK UTICA AVENUE, INC. | 250 UTICA OWNERS LLC | AMENDMENT OF LEASE (AMENDS CERTAIN LEASE AGREEMENT DTD 9/13/2012) |
| 87 | 24-11722 | BLINK UTICA AVENUE, INC. | 250 UTICA OWNERS LLC | SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENT DTD 1/28/2020 (RE: LEASE DTD 9/13/2012) |
| 96 | 24-11739 | BLINK WEST 8TH STREET, INC. | 2857 WEST 8TH STREET DEVELOPERS LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 103 | 24-11686 | BLINK HOLDINGS, INC. | 2883 THIRD AVE REALTY ASSOCIATES | Real Property Lease, as amended by and between Landlord and Buyer |
| 108 | 24-11754 | BLINK JOURNAL SQUARE, INC. | 30 JOURNAL SQUARE PARTNERS LLC | PRE-SALES LICENSE AGREEMENT DTD 8/26/2013 |
| 109 | 24-11798 | BLINK 125TH STREET, INC. | 301-303 WEST 125 LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 119 | 24-11767 | BLINK WILLIAMSBRIDGE, INC. | 3560 WPR LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 129 | 24-11771 | BLINK KNICKERBOCKER, INC. | 399 KNICKERBOCKER LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 147 | 24-11698 | BLINK SOUTH ORANGE, INC. | 451 REALTY MANAGEMENT LLC | EASEMENT AGREEMENT DTD 7/7/2016 (RE: LEASE DTD 9/23/2015) |
| 148 | 24-11698 | BLINK SOUTH ORANGE, INC. | 451 REALTY MANAGEMENT LLC | FIRST AMENDMENT TO RETAIL LEASE DTD 7/7/2016 (AMENDS LEASE DTD 9/23/2015) |
| 146 | 24-11686 | BLINK HOLDINGS, INC. | 451 REALTY MANAGEMENT LLC | LIMITED GUARANTY DTD 9/23/2015 |
| 149 | 24-11698 | BLINK SOUTH ORANGE, INC. | 451 REALTY MANAGEMENT LLC | LIMITED GUARANTY DTD 9/23/2015 |
| 150 | 24-11698 | BLINK SOUTH ORANGE, INC. | 451 REALTY MANAGEMENT LLC | RETAIL LEASE DTD 9/23/2015 |
| 151 | 24-11686 | BLINK HOLDINGS, INC. | 451 REALTY MANAGEMENT LLC | SETTLEMENT AGREEMENT DTD 9/9/2021 (RE: LEASE AGREEMENT DTD 9/23/2015) |
| 152 | 24-11698 | BLINK SOUTH ORANGE, INC. | 451 REALTY MANAGEMENT LLC | SETTLEMENT AGREEMENT DTD 9/9/2021 (RE: LEASE AGREEMENT DTD 9/23/2015) |
| 173 | 24-11811 | BLINK FOURTH AVENUE, INC. | 4TH AVENUE DEVELOPMENT II LLC | FIRST AMENDMENT TO LEASE DTD 1/5/2017 (AMENDS RETAIL LEASE DTD 7/1/2015) |
| 174 | 24-11811 | BLINK FOURTH AVENUE, INC. | 4TH AVENUE DEVELOPMENT II LLC | LETTER AGREEMENT |
| 177 | 24-11686 | BLINK HOLDINGS, INC. | 4TH AVENUE DEVELOPMENT II LLC | LETTER AGREEMENT |
| 175 | 24-11811 | BLINK FOURTH AVENUE, INC. | 4TH AVENUE DEVELOPMENT II LLC | LIMITED GAURANTY DTD 7/1/2015 |
| 178 | 24-11686 | BLINK HOLDINGS, INC. | 4TH AVENUE DEVELOPMENT II LLC | LIMITED GAURANTY DTD 7/1/2015 |
| 176 | 24-11811 | BLINK FOURTH AVENUE, INC. | 4TH AVENUE DEVELOPMENT II LLC | RETAIL LEASE DTD 7/1/2015 |
| 180 | 24-11694 | BLINK 1065 6TH AVENUE, INC. | 5 BRYANT PARK PROPERTY INVESTORS IV LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 184 | 24-11686 | BLINK HOLDINGS, INC. | 5111 4TH AVE EQUITY REALTY | DELIVERY OF POSSESSION GYM #662 DTD 10/27/2017 |
| 185 | 24-11715 | BLINK SUNSET PARK, INC. | 5111 4TH AVE EQUITY REALTY HOLDINGS LLC | RETAIL LEASE AGREEMENT |
| 186 | 24-11715 | BLINK SUNSET PARK, INC. | 5111 4TH AVE EQUITY REALTY HOLDINGS LLC | RETAIL LEASE AGREEMENT DTD 8/25/2016 |
| 187 | 24-11686 | BLINK HOLDINGS, INC. | 5111 4TH AVE EQUITY REALTY HOLDINGS LLC | SETTLEMENT AGREEMENT DTD 9/28/2020 (RE: LEASE DTD 8/25/2016) |
| 188 | 24-11715 | BLINK SUNSET PARK, INC. | 5111 4TH AVE EQUITY REALTY HOLDINGS LLC | SETTLEMENT AGREEMENT DTD 9/28/2020 (RE: LEASE DTD 8/25/2016) |
| 198 | 24-11790 | BLINK EAST ORANGE, INC. (F/K/A BLINK BELLEVILLE, INC.) | 582 CENTRAL URBAN RENEWAL LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 205 | 24-11792 | BLINK EAST TREMONT AVENUE, INC. | 645 EAST TREMONT LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 224 | 24-11747 | BLINK 78-14 ROOSEVELT, INC. | 78-14 ROOSEVELT LLC | FIRST AMENDMENT OF LEASE DTD 3/2/2021 (AMENDS LEASE DTD 6/24/2013) |
| 226 | 24-11686 | BLINK HOLDINGS, INC. | 78-14 ROOSEVELT LLC | FIRST AMENDMENT OF LEASE DTD 3/2/2021 (AMENDS LEASE DTD 6/24/2013) |
| 225 | 24-11747 | BLINK 78-14 ROOSEVELT, INC. | 78-14 ROOSEVELT LLC | FORM OF STORE LEASE DTD 6/24/2013 |
| 227 | 24-11686 | BLINK HOLDINGS, INC. | 78-14 ROOSEVELT LLC | GUARANTY DTD 3/2/2021 |
| 230 | 24-11770 | BLINK 833 FLATBUSH, INC. | 833 FLATBUSH LLC | AMENDMENT TO LEASE DTD 6/26/2013 (AMENDS LEASE DTD 5/10/2012) |
| 234 | 24-11770 | BLINK 833 FLATBUSH, INC. | 833 FLATBUSH LLC | FORM OF STORE LEASE DTD 5/10/2012 |
| 231 | 24-11770 | BLINK 833 FLATBUSH, INC. | 833 FLATBUSH LLC | STORE LEASE DTD 5/10/2012 (PART 1) |
| 232 | 24-11770 | BLINK 833 FLATBUSH, INC. | 833 FLATBUSH LLC | STORE LEASE DTD 5/10/2012 (PART 2) |
| 233 | 24-11770 | BLINK 833 FLATBUSH, INC. | 833 FLATBUSH LLC | STORE LEASE DTD 5/10/2012 (PART 3) |
| 235 | 24-11738 | BLINK IRVINGTON INC. | 874 SPRINGFIELD LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 242 | 24-11775 | BLINK 886 BROADWAY, INC. | 886 BROADWAY LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 249 | 24-11700 | BLINK SOUTHERN BOULEVARD, INC. | 932 SOUTHERN BOULEVARD REALTY LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 265 | 24-11686 | BLINK HOLDINGS, INC. | AFIAA 45 WEST 45TH STREET LLC | SHORT FORM OF OFFICE LEASE AGREEMENT |
| 279 | 24-11711 | BLINK NASSAU STREET, INC. | ANN/NASSAU REALTY INC | Real Property Lease, as amended by and between Landlord and Buyer |
| 295 | 24-11797 | BLINK FARMERS BOULEVARD INC. | BANK LEUMI USA | SUBORDINATION, NON-DISTURBANCE & ATTORNMENT AGREEMENT DTD 6/26/2018 (RE: LEASE AGREEMENT DTD 12/23/2016) |
| 297 | 24-11686 | BLINK HOLDINGS, INC. | BANK OF AMERICA NA | TENANT ESTOPPEL CETIFICATE (RE: LEASE DTD 11/14/2014) |
| 314 | 24-11789 | BLINK 98TH STREET, INC. (F/K/A BLINK 25 BROADWAY, INC.) | BERMUDA REALTY LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 326 | 24-11779 | BLINK LIBERTY AVENUE, INC. | BETHPAGE FEDERAL CREDIT UNION | SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENT DTD 8/23/2017 (RE: LEASE DTD 9/30/2014) |
| 333 | 24-11686 | BLINK HOLDINGS, INC. | BOERUM PLACE LLC | AMENDEMNT OF LEASE DTD 10/12/2020 (AMENDS LEASE DTD 1/15/1014) |
| 330 | 24-11819 | BLINK ATLANTIC AVENUE, INC. | BOERUM PLACE LLC | FIRST AMENDMENT OF LEASE DTD 10/12/2020 (AMENDS LEASE DTD 1/15/1014) |
| 336 | 24-11819 | BLINK ATLANTIC AVENUE, INC. | BOERUM PLACE LLC | RETAIL LEASE |
| 329 | 24-11819 | BLINK ATLANTIC AVENUE, INC. | BOERUM PLACE LLC | RETAIL LEASE DTD 1/15/2014 |
| 331 | 24-11819 | BLINK ATLANTIC AVENUE, INC. | BOERUM PLACE LLC | SECOND AMENDMENT OF LEASE (AMENDS LEASE DTD 1/15/2014) |
| 334 | 24-11686 | BLINK HOLDINGS, INC. | BOERUM PLACE LLC | SECOND AMENDMENT OF LEASE (AMENDS LEASE DTD 1/15/2014) |

| # | Case | Debtor | Counterparty | Description |
|---|---|---|---|---|
| 332 | 24-11819 | BLINK ATLANTIC AVENUE, INC. | BOERUM PLACE LLC | THIRD AMENDMENT OF LEASE DTD 9/29/2022 (AMENDS LEASE DTD 1/15/2014) |
| 335 | 24-11686 | BLINK HOLDINGS, INC. | BOERUM PLACE LLC | THIRD AMENDMENT OF LEASE DTD 9/29/2022 (AMENDS LEASE DTD 1/15/2014) |
| 367 | 24-11814 | CROSS COUNTY FITNESS CLUB, INC. | BROOKS SHOPPING CENTERS LLC | 1ST AMENDMENT TO LEASE (AMENDS LEASE DTD 8/3/2010) |
| 368 | 24-11814 | CROSS COUNTY FITNESS CLUB, INC. | BROOKS SHOPPING CENTERS LLC | AMENDMENT TO LEASE DTD 7/31/2020 (AMENDS LEASE DTD 8/10/2010) |
| 364 | 24-11814 | CROSS COUNTY FITNESS CLUB, INC. | BROOKS SHOPPING CENTERS LLC | GUARANTY AGREEMENT DTD 7/1/2010 |
| 365 | 24-11814 | CROSS COUNTY FITNESS CLUB, INC. | BROOKS SHOPPING CENTERS LLC | LEASE AGREEMENT DTD 8/3/2010 |
| 366 | 24-11814 | CROSS COUNTY FITNESS CLUB, INC. | BROOKS SHOPPING CENTERS LLC | SPECIALITY LEASE AGREEMENT DTD 8/30/2010 |
| 380 | 24-11794 | BLINK EIGHTH AVENUE, INC. | CHELSEA W26 LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 413 | 24-11768 | BLINK CONCOURSE HOLDINGS, INC. | CP ASSOCIATES LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 429 | 24-11686 | BLINK HOLDINGS, INC. | DERP ASSOCIATES LLC | DELIVERY OF POSSESSION DTD 3/20/2019 |
| 428 | 24-11719 | BLINK BRADDOCK AVENUE INC. | DERP ASSOCIATES LLC | RETAIL LEASE DTD 9/6/2018 |
| 430 | 24-11719 | BLINK BRADDOCK AVENUE INC. | DERP ASSOCIATES LLC | SECOND AMENDMENT OF LEASE DTD 3/26/2021 (AMENDS LEASE DTD 9/6/2018) |
| 431 | 24-11686 | BLINK HOLDINGS, INC. | DERP ASSOCIATES LLC | SECOND AMENDMENT OF LEASE DTD 3/26/2021 (AMENDS LEASE DTD 9/6/2018) |
| 438 | 24-11722 | BLINK UTICA AVENUE, INC. | DVCI CDE II LLC | SUBORDINATION, ACKNOWLEDGEMENT OF LEASE ASSIGNMENT, ATTORNMENT, AND NON-DISTURBANCE AGREEMENT (RE: LEASE DTD |
| 455 | 24-11803 | BLINK 2374 GRAND CONCOURSE, INC. | EIB GRAND CONCOURSE LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 470 | 24-11788 | BLINK RIVERDALE, INC. | 5510-5520 BROADWAY LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 473 | 24-11808 | BLINK FLATLANDS AVENUE, INC. | ESTATE OF FLORENCE POLIZZOTTO | Real Property Lease, as amended by and between Landlord and Buyer |
| 487 | 24-11770 | BLINK 833 FLATBUSH, INC. | FLATBUSH RETAIL ASSOCIATES LLC | AMENDMENT OF LEASE DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012) |
| 488 | 24-11686 | BLINK HOLDINGS, INC. | FLATBUSH RETAIL ASSOCIATES LLC | AMENDMENT OF LEASE DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012) |
| 485 | 24-11770 | BLINK 833 FLATBUSH, INC. | FLATBUSH RETAIL ASSOCIATES LLC | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012) |
| 486 | 24-11686 | BLINK HOLDINGS, INC. | FLATBUSH RETAIL ASSOCIATES LLC | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012) |
| 491 | 24-11748 | BLINK JEROME AVENUE, INC. | FORDEC REALTY CORP | Real Property Lease, as amended by and between Landlord and Buyer |
| 508 | 24-11712 | BLINK GATES, INC. | GATES AVENUE PROPERTIES LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 516 | 24-11811 | BLINK FOURTH AVENUE, INC. | GNDP HOLDINGS LLC | SECOND AMENDMENT OF LEASE DTD 10/9/2020 (AMENDS LEASE DTD 7/1/2015) |
| 517 | 24-11686 | BLINK HOLDINGS, INC. | GNDP HOLDINGS LLC | SECOND AMENDMENT OF LEASE DTD 10/9/2020 (AMENDS LEASE DTD 7/1/2015) |
| 523 | 24-11731 | BLINK 56-02 ROOSEVELT, INC. | GORON PROPERTY INC | Real Property Lease, as amended by and between Landlord and Buyer |
| 525 | 24-11821 | BLINK BALDWIN, INC. | GRAND BALDWIN ASSOCIATES | FIRST AMENDMENT TO RETAIL LEASE DTD 3/3/2014 (AMENDS AGREEMENT DTD 6/25/2013) |
| 526 | 24-11686 | BLINK HOLDINGS, INC. | GRAND BALDWIN ASSOCIATES | FIRST AMENDMENT TO RETAIL LEASE DTD 3/3/2014 (AMENDS AGREEMENT DTD 6/25/2013) |
| 527 | 24-11821 | BLINK BALDWIN, INC. | GRAND BALDWIN ASSOCIATES | FOURTH AMENDMENT TO RETAIL LEASE DTD 11/5/2014 (AMENDS AGREEMENT DTD 6/25/2013) |
| 533 | 24-11686 | BLINK HOLDINGS, INC. | GRAND BALDWIN ASSOCIATES | FOURTH AMENDMENT TO RETAIL LEASE DTD 11/5/2014 (AMENDS AGREEMENT DTD 6/25/2013) |
| 528 | 24-11821 | BLINK BALDWIN, INC. | GRAND BALDWIN ASSOCIATES | GUARANTY |
| 534 | 24-11686 | BLINK HOLDINGS, INC. | GRAND BALDWIN ASSOCIATES | GUARANTY |
| 529 | 24-11821 | BLINK BALDWIN, INC. | GRAND BALDWIN ASSOCIATES | LEASE COMMENCEMENT AGREEMENT DTD 1/12/2015 (RE: LEASE DTD 6/25/2013) |
| 541 | 24-11821 | BLINK BALDWIN, INC. | GRAND BALDWIN ASSOCIATES | RETAIL LEASE |
| 530 | 24-11821 | BLINK BALDWIN, INC. | GRAND BALDWIN ASSOCIATES | RETAIL LEASE DTD 6/25/2013 |
| 531 | 24-11821 | BLINK BALDWIN, INC. | GRAND BALDWIN ASSOCIATES | SECOND AMENDMENT TO RETAIL LEASE DTD 7/7/2014 (AMENDS AGREEMENT DTD 6/25/2013) |
| 535 | 24-11686 | BLINK HOLDINGS, INC. | GRAND BALDWIN ASSOCIATES | SECOND AMENDMENT TO RETAIL LEASE DTD 7/7/2014 (AMENDS AGREEMENT DTD 6/25/2013) |
| 537 | 24-11821 | BLINK BALDWIN, INC. | GRAND BALDWIN ASSOCIATES | SETTLEMENT AGREEMENT DTD 12/20/2021 (RE: LEASE AGREEMENT DTD 6/25/2013) |
| 538 | 24-11686 | BLINK HOLDINGS, INC. | GRAND BALDWIN ASSOCIATES | SETTLEMENT AGREEMENT DTD 12/20/2021 (RE: LEASE AGREEMENT DTD 6/25/2013) |
| 532 | 24-11821 | BLINK BALDWIN, INC. | GRAND BALDWIN ASSOCIATES | THIRD AMENDMENT TO RETAIL LEASE DTD 11/5/2014 (AMENDS AGREEMENT DTD 6/25/2013) |
| 536 | 24-11686 | BLINK HOLDINGS, INC. | GRAND BALDWIN ASSOCIATES | THIRD AMENDMENT TO RETAIL LEASE DTD 11/5/2014 (AMENDS AGREEMENT DTD 6/25/2013) |
| 556 | 24-11722 | BLINK UTICA AVENUE, INC. | GSB NMTC INVESTOR LLC (AS ADMIN AGENT) | SUBORDINATION, ACKNOWLEDGEMENT OF LEASE ASSIGNMENT, ATTORNMENT, AND NON-DISTURBANCE AGREEMENT (RE: LEASE DTD |
| 559 | 24-11728 | BLINK BROADWAY MARKETPLACE, INC. | GWB BUS STATION & INFRASTRUCTURE DEV FUND LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 621 | 24-11722 | BLINK UTICA AVENUE, INC. | JOSEPH, BERNARD | 1ST AMENDMENT TO PRE-SALES LICENSE AGR DTD 10/19/2013 (AMENDS AGREEMENT DTD 10/10/2013) |
| 620 | 24-11722 | BLINK UTICA AVENUE, INC. | JOSEPH, BERNARD | PRE-SALES LICENSE AGREEMENTDTD 10/13/2013 |
| 622 | 24-11754 | BLINK JOURNAL SQUARE, INC. | JOURNAL SQUARE PROPERTIES LLC | RETAIL LEASE |
| 624 | 24-11815 | BLINK 287 BROADWAY, INC. | JPMORGAN CHASE BANK NA | SUBORDINATION, NON-DISTURBANCE, AND ATTORNMENT AGREEMENT |
| 637 | 24-11723 | BLINK HICKSVILLE, INC. | KRE BROADWAY OWNER LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 642 | 24-11759 | BLINK 116TH STREET, INC. | L&M MASTER FUND SERIES B 116 117 OWNER LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 648 | 24-11746 | BLINK CLIFTON, INC. | LEVIN PROPERTIES LP | Real Property Lease, as amended by and between Landlord and Buyer |
| 659 | 24-11779 | BLINK LIBERTY AVENUE, INC. | LIBERTY AVENUE DEVELOPMENT LLC | AMENDMENT OF AGREEMENT OF GROUND LEASE DTD 11/24/2014 |
| 660 | 24-11779 | BLINK LIBERTY AVENUE, INC. | LIBERTY AVENUE DEVELOPMENT LLC | NON-DISTURBANCE AND ATTORNMENT AGREEMENT DTD 11/24/2014 (RE: LEASE DTD 9/30/2014) |
| 664 | 24-11779 | BLINK LIBERTY AVENUE, INC. | LIBERTY SQUARE IN OZONE PARK LLC | 3RD AMENDMENT OF LEASE DTD 1/7/2022 (AMENDS LEASE DTD 9/30/2014) |
| 668 | 24-11779 | BLINK LIBERTY AVENUE, INC. | LIBERTY SQUARE IN OZONE PARK LLC | AMENDMENT OF AGREEMENT OF GROUND LEASE DTD 11/24/2014 |
| 665 | 24-11779 | BLINK LIBERTY AVENUE, INC. | LIBERTY SQUARE IN OZONE PARK LLC | AMENDMENT OF LEASE DTD 7/1/2020 (AMENDS LEASE DTD 11/12/2015) |
| 662 | 24-11686 | BLINK HOLDINGS, INC. | LIBERTY SQUARE IN OZONE PARK LLC | AMENDMENT OF LEASE DTD 7/1/2020 (AMENDS LEASE DTD 11/12/2015) |
| 663 | 24-11686 | BLINK HOLDINGS, INC. | LIBERTY SQUARE IN OZONE PARK LLC | AMENDMENT OF LEASE DTD 9/14/2020 (AMENDS LEASE DTD 11/12/2015) |
| 666 | 24-11779 | BLINK LIBERTY AVENUE, INC. | LIBERTY SQUARE IN OZONE PARK LLC | AMENDMENT OF LEASE DTD 9/14/2020 (AMENDS LEASE DTD 11/12/2015) |
| 670 | 24-11779 | BLINK LIBERTY AVENUE, INC. | LIBERTY SQUARE IN OZONE PARK LLC | RETAIL LEASE |
| 669 | 24-11779 | BLINK LIBERTY AVENUE, INC. | LIBERTY SQUARE IN OZONE PARK LLC | SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENT (RE: LEASE DTD 9/30/2014) |
| 667 | 24-11779 | BLINK LIBERTY AVENUE, INC. | LIBERTY SQUARE IN OZONE PARK LLC | SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENT DTD 8/23/2017 (RE: LEASE DTD 9/30/2014) |
| 671 | 24-11779 | BLINK LIBERTY AVENUE, INC. | LIBERTY SQUARE IN ZONE PARK LLC | RETAIL LEASE DTD 9/30/2014 |
| 677 | 24-11722 | BLINK UTICA AVENUE, INC. | LIIF SUB-CDE XVII LLC | SUBORDINATION, ACKNOWLEDGEMENT OF LEASE ASSIGNMENT, ATTORNMENT, AND NON-DISTURBANCE AGREEMENT (RE: LEASE DTD |
| 687 | 24-11686 | BLINK HOLDINGS, INC. | MADINA ECO FRIENDLY INC | AMENDMENT OF LEASE & REAFFIRMATION OF GUARANTY DTD 1/4/2021 (AMENDS RETAIL LEASE DTD 10/31/2013) |
| 689 | 24-11695 | BLINK MACOMBS ROAD, INC. | MADINA ECO FRIENDLY INC | AMENDMENT OF LEASE & REAFFIRMATION OF GUARANTY DTD 1/4/2021 (AMENDS RETAIL LEASE DTD 10/31/2013) |
| 688 | 24-11686 | BLINK HOLDINGS, INC. | MADINA ECO FRIENDLY INC | CONFIDENTIAL SETTLEMENT AGREEMENT DTD 9/8/2022 (RE: COMMERCIAL LEASE DTD 10/31/2013) |
| 690 | 24-11695 | BLINK MACOMBS ROAD, INC. | MADINA ECO FRIENDLY INC | CONFIDENTIAL SETTLEMENT AGREEMENT DTD 9/8/2022 (RE: COMMERCIAL LEASE DTD 10/31/2013) |
| 691 | 24-11686 | BLINK HOLDINGS, INC. | MADINA ECO FRIENDLY INC | MODIFICATION OF RETAIL LEASE DTD 7/15/2015 (AMENDS LEASE DTD 10/31/2013) |
| 692 | 24-11695 | BLINK MACOMBS ROAD, INC. | MADINA ECO FRIENDLY INC | MODIFICATION OF RETAIL LEASE DTD 7/15/2015 (AMENDS LEASE DTD 10/31/2013) |
| 694 | 24-11695 | BLINK MACOMBS ROAD, INC. | MADINA ECO FRIENDLY INC | RETAIL LEASE DTD 10/31/2013 |
| 695 | 24-11722 | BLINK UTICA AVENUE, INC. | MANATT PHELPS & PHILLIPS LLP | SUBORDINATION, ACKNOWLEDGEMENT OF LEASE ASSIGNMENT, ATTORNMENT, AND NON-DISTURBANCE AGREEMENT (RE: LEASE DTD |
| 702 | 24-11742 | BLINK NUTLEY, INC. | MCP ASSOCIATES LP | Real Property Lease, as amended by and between Landlord and Buyer |
| 704 | 24-11708 | BLINK STEINWAY STREET, INC. | MEHRAN EQUITES LTD | AGREEMENT OF LEASE DTD 3/27/2013 |
| 707 | 24-11708 | BLINK STEINWAY STREET, INC. | MEHRAN EQUITIES LTD | AMENDMENT OF LEASE DTD 6/27/2020 (AMENDS LEASE DTD 3/27/2013) |
| 705 | 24-11686 | BLINK HOLDINGS, INC. | MEHRAN EQUITIES LTD | SECOND AMENDMENT OF LEASE (AMENDS LEASE DTD 3/27/2013) |
| 708 | 24-11708 | BLINK STEINWAY STREET, INC. | MEHRAN EQUITIES LTD | SECOND AMENDMENT OF LEASE (AMENDS LEASE DTD 3/27/2013) |
| 706 | 24-11686 | BLINK HOLDINGS, INC. | MEHRAN EQUITIES LTD | THIRD AMENDMENT OF LEASE (AMENDS LEASE DTD 3/27/2013) |
| 709 | 24-11708 | BLINK STEINWAY STREET, INC. | MEHRAN EQUITIES LTD | THIRD AMENDMENT OF LEASE (AMENDS LEASE DTD 3/27/2013) |
| 725 | 24-11806 | BLINK 2465 JEROME INC. | NEW GOLD EQUITIES CORP | Real Property Lease, as amended by and between Landlord and Buyer |
| 734 | 24-11722 | BLINK UTICA AVENUE, INC. | NIXON PEABODY LLP | SUBORDINATION, ACKNOWLEDGEMENT OF LEASE ASSIGNMENT, ATTORNMENT, AND NON-DISTURBANCE AGREEMENT (RE: LEASE DTD |
| 737 | 24-11725 | BLINK 3779 NOSTRAND, INC. | NOSTRAND PROPERTY OWNER LLC | Real Property Lease, as amended by and between Landlord and Buyer |

| | | | | |
|---|---|---|---|---|
| 773 | 24-11699 | BLINK METROPOLITAN AVENUE, INC. | PARKCHESTER PRESERVATION COMPANY LP | Real Property Lease, as amended by and between Landlord and Buyer |
| 780 | 24-11779 | BLINK LIBERTY AVENUE, INC. | PATRIOT NATIONAL BANK | SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENT (RE: LEASE DTD 9/30/2014) |
| 830 | 24-11751 | BLINK 108-14 ROOSEVELT, INC. | PLAZA CORONA HOLDINGS LLC | PRE-SALES LICENSE AGREEMENT DTD 2/28/2017 |
| 833 | 24-11755 | BLINK 1134 FULTON, INC. | PORTER AVE HOLDINGS LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 837 | 24-11719 | BLINK BRADDOCK AVENUE INC. | PPT MANAGEMENT HOLDINGS LLC | FIRST AMENDMENT OF CONCESSION AGREEMENT DTD 4/25/2024 (AMENDS LEASE DTD 9/24/2018) |
| 843 | 24-11719 | BLINK BRADDOCK AVENUE INC. | PPT MANAGEMENT LLC | FIRST AMENDMENT OF CONCESSION AGREEMENT DTD 4/25/2024 (AMENDS LEASE DTD 9/24/2018) |
| 867 | 24-11770 | BLINK 833 FLATBUSH, INC. | RIDGEWOOD FLATBUSH LLC | AMENDMENT OF LEASE  DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012) |
| 868 | 24-11686 | BLINK HOLDINGS, INC. | RIDGEWOOD FLATBUSH LLC | AMENDMENT OF LEASE  DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012) |
| 865 | 24-11770 | BLINK 833 FLATBUSH, INC. | RIDGEWOOD FLATBUSH LLC | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012) |
| 866 | 24-11686 | BLINK HOLDINGS, INC. | RIDGEWOOD FLATBUSH LLC | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012) |
| 871 | 24-11770 | BLINK 833 FLATBUSH, INC. | RIVERSIDE FLATBUSH LLC | AMENDMENT OF LEASE  DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012) |
| 872 | 24-11686 | BLINK HOLDINGS, INC. | RIVERSIDE FLATBUSH LLC | AMENDMENT OF LEASE  DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012) |
| 869 | 24-11770 | BLINK 833 FLATBUSH, INC. | RIVERSIDE FLATBUSH LLC | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012) |
| 870 | 24-11686 | BLINK HOLDINGS, INC. | RIVERSIDE FLATBUSH LLC | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012) |
| 873 | 24-11779 | BLINK LIBERTY AVENUE, INC. | S&C INVESTORS LLC PROFIT SHARING PLAN | SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENT (RE: LEASE DTD 9/30/2014) |
| 876 | 24-11686 | BLINK HOLDINGS, INC. | SALMAN CAPITAL LLC | AMENDMENT OF LEASE  DTD 10/23/2020 |
| 877 | 24-11754 | BLINK JOURNAL SQUARE, INC. | SALMAN CAPITAL LLC | AMENDMENT OF LEASE  DTD 10/23/2020 |
| 875 | 24-11754 | BLINK JOURNAL SQUARE, INC. | SALMAN CAPITAL LLC | AMENDMENT TO LEASE DTD 11/24/2014 (AMENDS LEASE DTD 5/29/2013) |
| 878 | 24-11815 | BLINK 287 BROADWAY, INC. | SAM SPILKES LLC | AGREEMENT OF LEASE DTD 3/25/2016 |
| 880 | 24-11815 | BLINK 287 BROADWAY, INC. | SAM SPILKES LLC | FIRST AMENDMENT TO LEASE DTD 7/7/2020 (AMENDS LEASE DTD 3/25/2016) |
| 882 | 24-11686 | BLINK HOLDINGS, INC. | SAM SPILKES LLC | FIRST AMENDMENT TO LEASE DTD 7/7/2020 (AMENDS LEASE DTD 3/25/2016) |
| 881 | 24-11815 | BLINK 287 BROADWAY, INC. | SAM SPILKES LLC | LEASE DTD 3/25/2016 |
| 879 | 24-11815 | BLINK 287 BROADWAY, INC. | SAM SPILKES LLC | SUBORDINATION, NON-DISTURBANCE, AND ATTORNMENT AGREEMENT |
| 905 | 24-11722 | BLINK UTICA AVENUE, INC. | SIGNATURE BANK | SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENT DTD 1/28/2020 (RE: LEASE DTD 9/13/2012) |
| 908 | 24-11770 | BLINK 833 FLATBUSH, INC. | SILHOFF FLATBUSH LLC | AMENDMENT OF LEASE  DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012) |
| 909 | 24-11686 | BLINK HOLDINGS, INC. | SILHOFF FLATBUSH LLC | AMENDMENT OF LEASE  DTD 6/25/2020 (AMENDS LEASE DTD 5/10/2012) |
| 906 | 24-11770 | BLINK 833 FLATBUSH, INC. | SILHOFF FLATBUSH LLC | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012) |
| 907 | 24-11686 | BLINK HOLDINGS, INC. | SILHOFF FLATBUSH LLC | THIRD AMENDMENT OF LEASE DTD 10/23/2023 (AMENDS LEASE DTD 5/10/2012) |
| 910 | 24-11820 | BLINK AVENUE A, INC. | SKY SA CORPORATION | Real Property Lease, as amended by and between Landlord and Buyer |
| 916 | 24-11722 | BLINK UTICA AVENUE, INC. | SNR DENTON | SUBORDINATION, ACKNOWLEDGEMENT OF LEASE ASSIGNMENT, ATTORNMENT, AND NON-DISTURBANCE AGREEMENT (RE: LEASE DTD |
| 930 | 24-11705 | BLINK FULTON STREET, INC. | STATHAKOS, BILL | LEASE AGREEMENT |
| 931 | 24-11705 | BLINK FULTON STREET, INC. | STATHAKOS, BILL | LIMITED GUARANTY OF LEASE DTD 9/20/2013 |
| 932 | 24-11686 | BLINK HOLDINGS, INC. | STATHAKOS, BILL | LIMITED GUARANTY OF LEASE DTD 9/20/2013 |
| 942 | 24-11727 | BLINK VALLEY STREAM, INC. | SUN VALLEY TOWERS LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 952 | 24-11707 | BLINK MYRTLE AVENUE, INC. | THEATER BUILDING ENTERPRISE, THE | Real Property Lease, as amended by and between Landlord and Buyer |
| 954 | 24-11736 | BLINK 600 THIRD AVENUE, INC. | THIRD AVENUE TOWER OWNER LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 965 | 24-11698 | BLINK SOUTH ORANGE, INC. | UBEROI, AGATHA | SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENT  DTD 7/5/2016 (RE: LEASE DTD 9/23/2015) |
| 966 | 24-11698 | BLINK SOUTH ORANGE, INC. | UBEROI, AGATHA | SUBORDINATION, NON-DISTURBANCE, AND ATTORNMENT AGREEMENT 7/7/2016 DTD 7/7/2016 (RE: LEASE DTD 9/23/2015) |
| 969 | 24-11689 | BLINK LODI, INC. | UE LODI DELAWARE LLC | COVID-19 LEASE MODIFICATION AGREEMENT  DTD 10/21/2020 (AMENDS LEASE DTD 3/13/2013) |
| 979 | 24-11686 | BLINK HOLDINGS, INC. | UTICA PLACE COMMERCIAL LLC | 2ND LEASE MODIFICATION AGREEMENT  DTD 3/4/2014 (AMENDS LEASE DTD 9/13/2012) |
| 980 | 24-11722 | BLINK UTICA AVENUE, INC. | UTICA PLACE COMMERCIAL LLC | 2ND LEASE MODIFICATION AGREEMENT  DTD 3/4/2014 (AMENDS LEASE DTD 9/13/2012) |
| 976 | 24-11722 | BLINK UTICA AVENUE, INC. | UTICA PLACE COMMERCIAL LLC | LEASE AGREEMENT DTD 9/13/2012 |
| 977 | 24-11722 | BLINK UTICA AVENUE, INC. | UTICA PLACE COMMERCIAL LLC | LEASE DTD 9/13/2012 |
| 973 | 24-11686 | BLINK HOLDINGS, INC. | UTICA PLACE COMMERCIAL LLC | LEASE MODIFICATION AGREEMENT (AMENDS AGREEMENT DTD 9/13/2012) |
| 974 | 24-11722 | BLINK UTICA AVENUE, INC. | UTICA PLACE COMMERCIAL LLC | LEASE MODIFICATION AGREEMENT (AMENDS AGREEMENT DTD 9/13/2012) |
| 981 | 24-11686 | BLINK HOLDINGS, INC. | UTICA PLACE COMMERCIAL LLC | LIMITED GUARANTY DTD 9/13/2012 |
| 978 | 24-11722 | BLINK UTICA AVENUE, INC. | UTICA PLACE COMMERCIAL LLC | LIMITED GUARANTY DTD 9/13/2012 |
| 982 | 24-11722 | BLINK UTICA AVENUE, INC. | UTICA PLACE COMMERCIAL LLC | SUBORDINATION, ACKNOWLEDGEMENT OF LEASE ASSIGNMENT, ATTORNMENT, AND NON-DISTURBANCE AGREEMENT (RE: LEASE DTD |
| 975 | 24-11722 | BLINK UTICA AVENUE, INC. | UTICA PLACE COMMERCIAL LLC | TENANT'S ESTOPPEL FORM  DTD 1/13/2020 (RE: LEASE DTD 9/13/2012) |
| 988 | 24-11687 | 692 BROADWAY FITNESS CLUB, INC. | VORNADO 692 BROADWAY LLC | Real Property Lease, as amended by and between Landlord and Buyer |
| 1006 | 24-11689 | BLINK LODI, INC. | VORNADO LODI DELAWARE LLC | LEASE AGREEMENT |
| 1007 | 24-11689 | BLINK LODI, INC. | VORNADO LODI DELAWARE LLC | LEASE AGREEMENT DTD 3/13/2013 |
| 1047 | 24-11779 | BLINK LIBERTY AVENUE, INC. | YUNASON, JOSEPH | AMENDMENT OF AGREEMENT OF GROUND LEASE DTD 11/24/2014 |
| 1043 | 24-11686 | BLINK HOLDINGS, INC. | YUNASON, JOSEPH | AMENDMENT OF LEASE DTD 7/1/2020 (AMENDS LEASE DTD 11/12/2015) |
| 1045 | 24-11779 | BLINK LIBERTY AVENUE, INC. | YUNASON, JOSEPH | AMENDMENT OF LEASE DTD 7/1/2020 (AMENDS LEASE DTD 11/12/2015) |
| 1044 | 24-11686 | BLINK HOLDINGS, INC. | YUNASON, JOSEPH | AMENDMENT OF LEASE DTD 9/14/2020 (AMENDS LEASE DTD 11/12/2015) |
| 1046 | 24-11779 | BLINK LIBERTY AVENUE, INC. | YUNASON, JOSEPH | AMENDMENT OF LEASE DTD 9/14/2020 (AMENDS LEASE DTD 11/12/2015) |
| 1049 | 24-11779 | BLINK LIBERTY AVENUE, INC. | YUNASON, JOSEPH | RETAIL LEASE |
| 1048 | 24-11779 | BLINK LIBERTY AVENUE, INC. | YUNASON, JOSEPH | SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENT (RE: LEASE DTD 9/30/2014) |

*Assumed Vendor Contracts*

| | | | | |
|---|---|---|---|---|
| 135 | 24-11686 | BLINK HOLDINGS, INC. | 3PILLAR GLOBAL INC | MASTER SERVICES AGREEMENT DTD 9/21/2018 |
| 136 | 24-11686 | BLINK HOLDINGS, INC. | 3WB MASON COMPANY INC | CORPORATE PURCHASING AGREEMENT (TERMS/CONDITIONS) DTD 8/1/2024 |
| 137 | 24-11686 | BLINK HOLDINGS, INC. | 3WB MASON COMPANY INC | TERMS & CONDITIONS DTD 2/1/2018 |
| 138 | 24-11686 | BLINK HOLDINGS, INC. | 3WB MASON COMPANY INC | TERMS & CONDITIONS DTD 2/1/2022 |
| 263 | 24-11686 | BLINK HOLDINGS, INC. | AB COASTER LLC | SUPPLY AND PRICING AGREEMENT  DTD 1/8/2016 |
| 1113 | 24-11686 | BLINK HOLDINGS, INC. | ABC FITNESS SOLUTIONS, LLC | MASTER SERVICES AGREEMENT DTD 10/29/2020 (PURSUANT TO CONSENT TO ASSIGNMENT DTD 3/29/2021) |
| 1078 | 24-11686 | BLINK HOLDINGS, INC. | AIR STREAM AIR CONDITIONING CORP | MASTER SERVICES AGREEMENT (ON-PERMISES) |
| 2009 | 24-11686 | BLINK HOLDINGS, INC. | AMAZON WEB SERVICES, INC. | AWS CUSTOMER AGREEMENT |
| 1096 | 24-11686 | BLINK HOLDINGS, INC. | ARISTA AIR CONDITIONING CORP | MAINTENANCE SERVICE AGREEMENT |
| 291 | 24-11686 | BLINK HOLDINGS, INC. | ASCEND NETWORK SOLUTIONS LLC | SERVICE AGREEMENT  DTD 3/15/2019 |
| 293 | 24-11686 | BLINK HOLDINGS, INC. | AVENUE CODE LLC | MASTER SERVICES AGREEMENT DTD 9/12/2019 |
| 379 | 24-11686 | BLINK HOLDINGS, INC. | CHAMELEON COLLECTIVE INC | MUTUAL NON-DISCLOSURE AGREEMENT DTD 10/15/2019 |
| 388 | 24-11686 | BLINK HOLDINGS, INC. | CINTAS CORPORATION NO.2 | NATIONAL FIRST AID AND SAFETY AGREEMENT DTD 3/5/2019 |
| 420 | 24-11686 | BLINK HOLDINGS, INC. | CRO METRICS | PROPOSAL FOR SERVICES DTD 10/24/2019 |
| 454 | 24-11686 | BLINK HOLDINGS, INC. | ECORE INTERNATIONAL | SUPPLY AND PRICING AGREEMENT  DTD 1/19/2016 |
| 1077 | 24-11686 | BLINK HOLDINGS, INC. | EXCEL ELEVATOR & ESCALATOR | PREVENTATIVE MAINTENANCE AGREEMENT DTD 8/20/2020 |
| 475 | 24-11686 | BLINK HOLDINGS, INC. | FACTORY 77 INC | SUPPLY AND PRICING AGREEMENT DTD 1/18/2016 |
| 586 | 24-11686 | BLINK HOLDINGS, INC. | ILEGRA CORPORATION | MASTER SERVICES AGREEMENT DTD 6/10/2021 |
| 590 | 24-11686 | BLINK HOLDINGS, INC. | INSIDER SERVICES US LLC | CCPA PRIVACY ADDENDUM  DTD 2/15/2022 |
| 647 | 24-11686 | BLINK HOLDINGS, INC. | LEGION TECHNOLOGIES INC | MASTER SUBSCRIPTION AGREEMENT |
| 646 | 24-11686 | BLINK HOLDINGS, INC. | LEGION TECHNOLOGIES INC | ORDER #1 |

| | | | | |
|---|---|---|---|---|
| 645 | 24-11686 | BLINK HOLDINGS, INC. | LEGION TECHNOLOGIES INC | SERVICE LEVEL AGREEMENT |
| 678 | 24-11686 | BLINK HOLDINGS, INC. | LINCOLN WASTE SOLUTIONS LLC | SOLID WASTE & RECYCLING MANAGEMENT PROGRAM  AGREEMENT DTD 5/31/2019 |
| 696 | 24-11686 | BLINK HOLDINGS, INC. | MANNINGTON COMMERCIAL | SUPPLY AND PRICING AGREEMENT  DTD 3/11/2016 |
| 862 | 24-11686 | BLINK HOLDINGS, INC. | RESOLVER INC | ORDER FORM #Q-35371 DTD 4/30/2024 |
| 863 | 24-11686 | BLINK HOLDINGS, INC. | RESOLVER INC | TERMS OF SERVICE  DTD 5/8/2024 |
| 984 | 24-11686 | BLINK HOLDINGS, INC. | VERICOM GROUP LLC, THE | AMENDMENT #1 DTD 12/1/2018 |
| 985 | 24-11686 | BLINK HOLDINGS, INC. | VERICOM GROUP LLC, THE | CABLE & TV AUDIT AGREEMENT DTD 3/8/2018 |
| 986 | 24-11686 | BLINK HOLDINGS, INC. | VERICOM GROUP LLC, THE | STATEMENT OF WORK NO 1  DTD 1/1/2017 |
| 1035 | 24-11686 | BLINK HOLDINGS, INC. | WOMENS MARKETING INC | MASTER AGENCY AGREEMENT DTD 8/15/2022 |
| 1036 | 24-11686 | BLINK HOLDINGS, INC. | WOMENS MARKETING INC | STATEMENT OF WORK NO 1 DTD 3/1/2022 |