**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 786** |

**ORDER FURTHER EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS**
**MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors

and debtors in possession (collectively, the "**Debtors**") for entry of an order (this "**Order**"), further

extending the period within which the Debtors may remove actions, pursuant to 28 U.S.C. § 1452,

by 90 days, through and including May 12, 2025; and upon the statements of counsel made in

support of the relief requested in the Motion at the hearing before this Court, if any; and it

appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and

1334 and the *Amended Standing Order of Reference* from the United States District Court for the

District of Delaware dated February 29, 2012; and it appearing that venue of the Chapter 11 Cases

and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court

having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that it may enter

a final order consistent with Article III of the United States Constitution; and it appearing that

proper and adequate notice of the Motion has been given under the circumstances and in

---

[1]    The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

32832065.2

accordance with the Bankruptcy Rules and Local Rules and that no other or further notice is necessary; and after due deliberation thereon; and this Court having found that the relief herein is in the best interests of the Debtors' estates; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.       The relief requested in the Motion is granted as set forth herein.

2.       The time period provided by Bankruptcy Rule 9027 within which the Debtors and their estates may file notices of removal of claims and causes of action is hereby extended through and including May 12, 2025 (the "**Removal Deadline**").

3.       This Order shall be without prejudice to the rights of the Debtors and their estates to seek further extensions of the Removal Deadline.

4.       This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: February 21st, 2025**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

32832065.2

2