# **EXHIBIT A**

**December Time**

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921457

| 030319 | Blink Committee |
|---|---|
| 0001 | Case Administration |

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $0.00 |
| Disbursements and Other Charges: | $3,521.18 |

**Total Amount Due:**                                   **$3,521.18**

**Terms: Payment Due on or Before   February 21, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**   ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921457

Client   030319
Matter 0001   Case Administration

Attorney: 05395                                                                                    Page 1

**Other Charges:**

| | | |
|---|---|---|
| Local Travel | $117.24 | |
| Transcriptions | 3,101.26 | |
| Meals | 7.63 | |
| Discovery and Litigation Tech Services | 261.05 | |
| Pacer | 34.00 | |
| Total Other Charges for this Matter: | | 3,521.18 |
| Total this Invoice | | $3,521.18 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921458

030319        Blink Committee
0002          Pleadings Review

## Account Summary And Remittance Form

Legal Services:                                                    $1,809.00

Disbursements and Other Charges:                                       $0.00

**Total Amount Due:**                                            **$1,809.00**

## Terms: Payment Due on or Before   February 21, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921458

Client   030319
Matter 0002   Pleadings Review

Attorney: 05395                                                                 Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 12/02/24 | Review assumption/rejection notices (.1); email A. Barajas and J. Churchill (both KDW) regarding Committee member impact (.1). | KSE | 0.20 | $198.00 |
| 12/02/24 | Review assumption notices and other filed pleadings for updates on case. | CC | 0.20 | 138.00 |
| 12/02/24 | Review notice of assignment of leases to Lotemd. | JC | 0.30 | 186.00 |
| 12/03/24 | Review docket (.5) and update KDW team calendar (.4); emails to A. Barajas (KDW) regarding same (.4). | GCK | 1.30 | 487.50 |
| 12/03/24 | Emails regarding upcoming dates and deadlines for committee pleadings. | CC | 0.20 | 138.00 |
| 12/05/24 | Coordinate with K. Elliott and J. Churchill (both KDW) on upcoming deadlines. | CC | 0.20 | 138.00 |
| 12/10/24 | Review docket for upcoming hearings and objection deadlines (.6); discussions with J. Churchill (KDW) regarding same (.3). | GCK | 0.90 | 337.50 |
| 12/17/24 | Review of RLF (.1) and Milbank (.1) notices of rate increase; updates to the team calendar (.1). | JC | 0.30 | 186.00 |
| Total Services for this Matter: | | | | 1,809.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0002
January 22, 2025
Page  2

---

| **Date** | **Description** | | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| | Total this Invoice | | | | $1,809.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0002
January 22, 2025
Page  3

---

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
|------|-----------|-------|------|--------|
| CC | Choe, Connie | 0.60 | 690.00 | $414.00 |
| GCK | Karnick, Gina C | 2.20 | 375.00 | 825.00 |
| JC | Churchill, John | 0.60 | 620.00 | 372.00 |
| KSE | Elliott, Kristin S | 0.20 | 990.00 | 198.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| --- | --- | --- |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921459

030319      Blink Committee
0004        Fee Matters

## Account Summary And Remittance Form

| | |
| --- | --- |
| Legal Services: | $38,012.50 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$38,012.50** |

### Terms: Payment Due on or Before   February 21, 2025

### Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**  ▇▇▇▇▇
**SWIFT CODE:** ▇▇▇▇▇
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▇▇▇▇▇
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921459

Client   030319
Matter 0004   Fee Matters

---

Attorney: 05395                                                              Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 12/02/24 | Review (.3) and revise (.4) October prebill for compliance with UST guidelines; continue to review (.4) and revise (1.2) narrative descriptions in October fee statement; review prebills in connection with same (.3). | KSE | 2.60 | $2574.00 |
| 12/02/24 | Emails with C. Choe (KDW) regarding October fee statement. | JC | 0.10 | 62.00 |
| 12/02/24 | Emails with K. Elliott (KDW) on August and September invoices (.2); and October invoices (.1). | CC | 0.30 | 207.00 |
| 12/03/24 | Follow up on status/timing for first interim fee application (.1); continued revisions to matter descriptions in October fee statement (1.2); follow up on payment of September fee statement (.1); email J. Churchill (KDW) regarding next steps on October statement (.1). | KSE | 1.50 | 1485.00 |
| 12/03/24 | Emails with K. Elliott (KDW) regarding October fee statement review (.1); emails with C. Choe (KDW) regarding finalizing October invoices (.1). | JC | 0.20 | 124.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
January 22, 2025
Page  2

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/03/24 | Review certificate of no objection and certification of counsel for August and September monthly fee applications for committee professionals (.2); draft email to debtors and Portage (.2); coordinate with K. Elliott and A. Barajas (both KDW) regarding same (.2); review interim compensation order (.2); emails with K. Elliott (KDW) regarding next steps on interim fee application and timing (.2). | CC | 1.00 | 690.00 |
| 12/05/24 | Update October invoices to fee worksheet (2.8); updates to fee application charts (1.0); review and further edits to fee application narratives (1.5). | JC | 5.30 | 3286.00 |
| 12/05/24 | Review prebills for October fee statement for confidential information. | KSE | 0.70 | 693.00 |
| 12/05/24 | Review fee and expense amounts and narratives in draft KDW October fee application (.7) and provide edits to same (.4); draft facts for KDW October fee application regarding debtors and Varagon reservations of rights and objection to KDW September fee application (.3); email Dundon Advisors regarding factual question on Bank of America reserve settlement KDW monthly fee application (.1). | AB | 1.50 | 1162.50 |
| 12/06/24 | Update exhibits for October monthly fee | JC | 0.20 | 124.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
January 22, 2025
Page  3

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | statement. | | | |
| 12/06/24 | Review email analysis from L. Rooney (Dundon Advisors) regarding Bank of America reserve inquiry for KDW October fee application (.1) and email L. Rooney (Dundon Advisors) regarding same (.1). | AB | 0.20 | 155.00 |
| 12/07/24 | Review (.9) and revise (1.4) final draft of second monthly fee application. | KSE | 2.30 | 2277.00 |
| 12/08/24 | Review (.6) and revise (1.3) remainder of second monthly fee application. | KSE | 1.90 | 1881.00 |
| 12/09/24 | Create interim fee application from template and worksheet (2.4); review interim fee order for objection deadline (.1). | JC | 2.50 | 1550.00 |
| 12/09/24 | Final review (.3) and revisions (.6) to October fee statement; email with E. Wilson (KDW) regarding same (.2). | KSE | 1.10 | 1089.00 |
| 12/09/24 | Start review of first interim fee application and calculations (.4); revisions and comments to same (1.7); review second monthly fee application for October time (.2); calls and emails with K. Elliott and J. Churchill (both KDW) regarding same (.5). | CC | 2.80 | 1932.00 |
| 12/09/24 | Review and comment on second monthly fee statement (.4); emails with K. Elliott (KDW) regarding same (.2). | ERW | 0.60 | 702.00 |
| 12/10/24 | Emails to Morris James and Dundon regarding actual fees incurred and estimates (.3); review | CC | 1.50 | 1035.00 |

### KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
January 22, 2025
Page  4

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | revised version of interim fee application (.4); provide comments to same (.5); call with J. Churchill (KDW) regarding same (.3). | | | |
| 12/10/24 | Review C. Choe (KDW) comments to interim fee application (.3) and update same (2.3); calls with C. Choe to discuss fee application questions (.3); review A. Barajas (KDW) comments to interim fee application (.1) and update same (.3). | JC | 3.30 | 2046.00 |
| 12/10/24 | Revise second monthly fee statement per E. Wilson (KDW) comments (.8); preliminary review (.3) and revisions (.3) to interim application; email J. Churchill (KDW) regarding next steps (.1). | KSE | 1.50 | 1485.00 |
| 12/10/24 | Review draft interim fee application and provide comments (.5); emails with J. Churchill (KDW) regarding same (.1). | AB | 0.60 | 465.00 |
| 12/10/24 | Review and revise settlement fee estimate (.1); emails to K. Elliott (KDW) regarding same (.2). | ERW | 0.30 | 351.00 |
| 12/11/24 | Review of second monthly fee application based on K. Elliott updates (.3); updates to fee application worksheet to account for Varagon reduction (.3); updates to interim fee application (1.8); review K. Elliott comments to interim fee application (.2) and update same (.3). | JC | 2.90 | 1798.00 |

### KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
January 22, 2025
Page 5

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 12/11/24 | Follow up with J. Churchill and C. Choe (both KDW) on revised October fee statement and interim application (.1); review (.4) and revise (.7) interim fee application; confer with C. Choe (KDW) regarding same (.2). | KSE | 1.40 | 1386.00 |
| 12/11/24 | Emails and calls with K. Elliott and A. Barajas (both KDW) on interim fee applications (2); emails with D. Depta (MJ) regarding interim fee applications and next steps (.2); follow-up on payment of August/September time (.1). | CC | 0.50 | 345.00 |
| 12/12/24 | Emails with Morris James and Dundon regarding status and timing of interim fee applications (.2); follow-up with A. Barajas (KDW) regarding same (.2); call with L. Rooney (Dundon) regarding same (.2); calls with K. Elliott (KDW) on interim fee application (.3); review of changes (.3); continue correspondence with Dundon and Morris James on interim fee application (.2). | CC | 1.40 | 966.00 |
| 12/12/24 | Emails with E. Wilson (KDW) regarding his comments to interim fee application (.2); revise the application accordingly (.2). | KSE | 0.40 | 396.00 |
| 12/12/24 | Review November prebills preparatory to December fee statement for reasonableness (.6); review and comment on revised monthly fee statement (.2); review and comment on first interim fee statement (.4); emails with K. | ERW | 1.30 | 1521.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
January 22, 2025
Page 6

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|----------|-----------------|----------|-----------|------------|
| | Elliott (KDW) regarding same, lender challenge fees (.1). | | | |
| 12/13/24 | Edits to MJ second monthly (.7) and interim (.6) fee applications. | JC | 1.30 | 806.00 |
| 12/13/24 | Review Morris James' interim fee application and monthly fee statement (.2); coordinate with A. Barajas and J. Churchill (both KDW) regarding next steps (.2). | CC | 0.40 | 276.00 |
| 12/13/24 | Review and provide comments to draft Dundon interim fee application (.3); review and provide comments to draft Dundon second monthly fee application (.2). | AB | 0.50 | 387.50 |
| 12/16/24 | Review latest status of KDW interim fee application (.2); revise same (.1); circulate to Morris James (.1); instruction to J. Churchill (KDW) regarding Morris James application (.2). | CC | 0.60 | 414.00 |
| 12/16/24 | Confer with A. Barajas (KDW) on finalization, filing and service of fee statement and interim application. | KSE | 0.20 | 198.00 |
| 12/16/24 | Further edits to MJ interim fee application (.5), Dundon second monthly (.4), Dundon interim fee application (.3), KDW second monthly (.4) and KDW interim fee application (.2); request LEDES files of interim fee application invoices from accounting (.1). | JC | 1.90 | 1178.00 |
| 12/16/24 | Email Dundon team regarding KDW comments | AB | 1.20 | 930.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
January 22, 2025
Page  7

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | to Dundon's second monthly and interim fee applications (.1); call with P. Hurwitz (Dundon) regarding same (.1); emails with J. Churchill (KDW) regarding finalizing KDW and Morris James fee applications for filing (.2); review and edit KDW's second monthly fee application (.2) and interim fee application (.1) for filing; review and edit Dundon's second monthly fee application (.1) and interim fee application (.1) for filing; review and edit Morris James's second monthly fee application (.1) and interim fee application (.1) for filing; email Morris James team regarding filing fee applications (.1). | | | |
| 12/17/24 | Review of YCST (.2) and Moelis (.2) interim fee applications. | JC | 0.40 | 248.00 |
| 12/17/24 | Review KDW retention order for provision regarding notice of rate increase (.1); review precedent notices of rate increase (.2); draft notice of rate increase (.5). | AB | 0.80 | 620.00 |
| 12/17/24 | Instruction to A. Barajas (KDW) regarding rate increase. | ERW | 0.10 | 117.00 |
| 12/18/24 | Review Morris James and Dundon retention applications regarding notices of rate increase (.1); draft email to Morris James and Dundon regarding notices of rate increases (.2); call with L. Rooney (Dundon) regarding Dundon's | AB | 0.50 | 387.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
January 22, 2025
Page  8

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | rate increases (.1); coordinate with Morris James to file notices of rate increases (.1). | | | |
| 12/20/24 | Revise November time entries to comply with local rules and confidentiality obligations. | KSE | 0.60 | 594.00 |
| 12/27/24 | Review Epiq invoice for reasonableness. | CC | 0.10 | 69.00 |
| Total Services for this Matter: | | | | 38,012.50 |
| Total this Invoice | | | | $38,012.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
January 22, 2025
Page 9

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 5.30 | 775.00 | $4,107.50 |
| CC | Choe, Connie | 8.60 | 690.00 | 5,934.00 |
| ERW | Wilson, Eric | 2.30 | 1,170.00 | 2,691.00 |
| JC | Churchill, John | 18.10 | 620.00 | 11,222.00 |
| KSE | Elliott, Kristin S | 14.20 | 990.00 | 14,058.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME: KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921460

| 030319 | Blink Committee |
|---|---|
| 0005 | Financing |

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $2,871.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$2,871.00** |

### Terms: Payment Due on or Before   February 21, 2025

### Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**  ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921460

Client   030319
Matter 0005   Financing

Attorney: 05395                                                                                           Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 12/02/24 | Emails to Morris James and Dundon regarding fee estimates (.2); email internally regarding fee estimates (.2); email to K. Elliott and J. Churchill (both KDW) regarding same (.3). | CC | 0.70 | $483.00 |
| 12/02/24 | Prepare/submit weekly fee estimate (.1); email with C. Choe (KDW) regarding same (.1). | KSE | 0.20 | 198.00 |
| 12/09/24 | Review debtors' fee estimate under final DIP order (.1); confer with L. Rooney (Dundon) to track to DIP budget (.2); update E. Wilson (KDW) (.1). | KSE | 0.40 | 396.00 |
| 12/09/24 | Emails with D. Depta (MJ) and Dundon regarding weekly fee reporting (.7); calls with K. Elliott regarding same (.2); update fee reporting chart and start drafting email with fees (.2). | CC | 1.10 | 759.00 |
| 12/16/24 | Emails regarding running fees and estimates to local counsel and financial advisor (.2); emails with K. Elliott (KDW) regarding same (.2). | CC | 0.40 | 276.00 |
| 12/16/24 | Emails (5x) with C. Choe (KDW) to prepare weekly DIP fee estimates. | KSE | 0.30 | 297.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0005
January 22, 2025
Page  2

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 12/16/24 | Emails with S. Greecher (YC) and K. Elliott (KDW) regarding fee estimates, termination. | ERW | 0.10 | 117.00 |
| 12/17/24 | Emails and calls with Morris James and Dundon regarding fee estimates (.2); emails with accounting on same (.1); communications with K. Elliott (KDW) on same (.2). | CC | 0.50 | 345.00 |
| Total Services for this Matter: | | | | 2,871.00 |
| Total this Invoice | | | | $2,871.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0005
January 22, 2025
Page  3

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| CC | Choe, Connie | 2.70 | 690.00 | $1,863.00 |
| ERW | Wilson, Eric | 0.10 | 1,170.00 | 117.00 |
| KSE | Elliott, Kristin S | 0.90 | 990.00 | 891.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #:

SWIFT CODE:

ACCOUNT NAME: KELLEY DRYE & WARREN LLP

ACCOUNT #:

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921461

030319     Blink Committee
0006       Asset Analysis and Disposition

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $778.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$778.00** |

## Terms: Payment Due on or Before   February 21, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ███████
**SWIFT CODE:** ████████
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ████
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921461

Client   030319
Matter 0006   Asset Analysis and Disposition

Attorney: 05395                                                        Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 12/02/24 | Emails with E. Wilson (KDW) regarding releases in new TSA. | AB | 0.10 | $77.50 |
| 12/04/24 | Email from A. Barajas (KDW) regarding closing binder (.1); briefly review same (.2). | ERW | 0.30 | 351.00 |
| 12/10/24 | Review PureGym sale closing binder documents (.1) and emails with Young Conaway (.1) regarding same; emails with E. Wilson (KDW) regarding final executed TSA and releases (.1). | AB | 0.30 | 232.50 |
| 12/23/24 | Emails to K. Elliott (KDW) regarding database, termination. | ERW | 0.10 | 117.00 |
| Total Services for this Matter: | | | | 778.00 |
| Total this Invoice | | | | $778.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0006
January 22, 2025
Page  2

---

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| AB | Barajas, Andres | 0.40 | 775.00 | $310.00 |
| ERW | Wilson, Eric | 0.40 | 1,170.00 | 468.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME: KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921462

030319      Blink Committee
0010        Plan and Disclosure Statement

## Account Summary And Remittance Form

Legal Services:                                                     $50,794.00

Disbursements and Other Charges:                                         $0.00

**Total Amount Due:**                                               **$50,794.00**

**Terms: Payment Due on or Before   February 21, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▓▓▓▓▓▓
**SWIFT CODE:** ▓▓▓▓▓▓
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▓▓▓▓▓▓
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

**PAYMENT BY CHECK:**
KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921462

Client   030319
Matter 0010   Plan and Disclosure Statement

---

Attorney: 05395                                                                                          Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/02/24 | Review and comment on revised settlement term sheet (.8); confer (3x) with K. Elliott (KDW) regarding same (1.1); emails with A. Barajas and K. Elliott (both KDW) regarding revised plan documents (.2). | ERW | 2.10 | $2457.00 |
| 12/02/24 | Continued analysis of Varagon settlement proposal (.8); draft counterproposal (.9); confer with E. Wilson (3x) (KDW) regarding same (1.1); revise counter per E. Wilson comments (.4); email (.2) and call (.4) with Dundon regarding same; revise proposal per Dundon comments (.4); email E. Wilson regarding same (.1); finalize (.2) and send (.1) counterproposal; review revised plan and disclosure statement (.6); outline responsive comments (.2). | KSE | 5.40 | 5346.00 |
| 12/02/24 | Review Committee markup of proposed settlement term sheet. | AB | 0.20 | 155.00 |
| 12/03/24 | Discuss follow up comments to Debtors' latest draft plan and disclosure statement with A. | KSE | 0.30 | 297.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 22, 2025
Page  2

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | Barajas (KDW) (.2); review blackline of revised plan against our original comments (.1). | | | |
| 12/03/24 | Call with K. Elliott (KDW) regarding debtors' amended Plan/DS and Committee's comments to same (.2); markup debtors' draft amended Plan/DS to implement Committee's comments (.5) and email K. Elliott (KDW) regarding same (.1). | AB | 0.80 | 620.00 |
| 12/04/24 | Review Varagon counterproposal (.2); analyze potential counterproposals (.3); strategy call with E. Wilson (KDW) to discuss response (.4); draft counterproposal (.4); analyze potential trust assets in connection with same (.9); confer with A. Barajas (KDW) on diligence items related to counterproposal (.5); revise (.2) and send (.1) counterproposal to Varagon. | KSE | 3.00 | 2970.00 |
| 12/04/24 | Review prior analysis regarding debtors' schedules impact on Committee members for Committee settlement counter offer (.2); draft email to K. Elliott (KDW) regarding 90 day payments made to Committee members for Committee settlement counter offer (.3); follow up emails to K. Elliott (KDW) regarding same (.2); meeting with K. Elliott (KDW) regarding Committee settlement counter offer (.5). | AB | 1.20 | 930.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 22, 2025
Page  3

_____

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/04/24 | Review further revised term sheet (.1); confer with K. Elliott (KDW) regarding same (.4); review and comment on revised settlement term sheet (.2); emails with K. Elliott (KDW) regarding same (.2); emails with K. Elliott and A. Barajas (both KDW) regarding disposition of avoidance actions (.2). | ERW | 1.10 | 1287.00 |
| 12/05/24 | Review further revised settlement proposal (.2); emails with K. Elliott (KDW regarding same (.2). | ERW | 0.40 | 468.00 |
| 12/05/24 | Review Varagon counter (.2); email E. Wilson (KDW) regarding same (.1). | KSE | 0.30 | 297.00 |
| 12/06/24 | Emails with K. Elliott (KDW), A. Yager (KM) and S. Greecher (YC), C. Draves and R. Hoge (both JF) regarding settlement conference (.1); outline open issues (.2). | ERW | 0.30 | 351.00 |
| 12/06/24 | Analyze latest Varagon counter (.4); email with E. Wilson (KDW) regarding same (.1); email with Varagon on standing extension pending settlement discussions (.1); call (.1) and email (.2) with A. Barajas (KDW) to implement the extension; coordinate all-hands 408 call (.1). | KSE | 1.00 | 990.00 |
| 12/06/24 | Review debtors' schedules and SOFAs for 90-day transfer payments to GS Fit for Committee settlement (.2); call with K. Elliott (KDW) regarding Committee member's preference exposure for Committee settlement | AB | 0.70 | 542.50 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 22, 2025
Page  4

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | (.1); communications with C. Choe regarding Committee member leases (.1); review internal lease tracking chart and assumption notices (.1); draft email to K. Elliott (KDW) regarding Committee member's potential preference exposure for Committee settlement (.2). | | | |
| 12/07/24 | Emails to K. Elliott (KDW) regarding settlement issues. | ERW | 0.10 | 117.00 |
| 12/08/24 | Emails with K. Elliott (KDW) and R. Hoge (JF) regarding settlement (.2); outline issues for tomorrow's settlement call (.2). | ERW | 0.40 | 468.00 |
| 12/09/24 | Confer with K. Elliott (KDW) preparatory to today's settlement call (.3); review latest settlement term sheet preparatory to today's call (.3); revise outline of open issues for settlement, trust budget (.3); conference call with R. Hoge and C. Draves (both JF) regarding same (.5); conference call with KDW, Young Conaway, Portage, Katten, Varagon, R. Hoge and C. Draves (both JF) regarding settlement (.8); follow-up call with K. Elliott (KDW) regarding same (.2); cross-reference plan (.2), settlement term sheet (.2). | ERW | 2.80 | 3276.00 |
| 12/09/24 | Prepare for (.4), confer with E. Wilson (KDW) (.3) and participate on (.8) global settlement call among committee, debtors and Varagon; | KSE | 2.20 | 2178.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 22, 2025
Page  5

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | follow up call with E. Wilson (.2); analyze fee accruals in connection with global settlement (.3); call with D. Kane (KDW) to discuss pros and cons of trust versus plan administrator to wind down estates quickly and cost-effectively (.2). | | | |
| 12/09/24 | Review settlement negotiations tracking chart for call with Varagon (.2); attend call with E. Wilson, K. Elliott (both KDW), debtors' counsel and Varagon regarding potential settlement and plan issues (.8). | AB | 1.00 | 775.00 |
| 12/10/24 | Emails (.4) and calls (.3) to obtain fee estimates for global settlement; email debtors regarding same (.2); follow up calls/emails on negotiated fee budgets (.2). | KSE | 1.10 | 1089.00 |
| 12/10/24 | Emails with S. Greecher (YC) and K. Elliott (KDW) regarding settlement (.5); emails to K. Elliott (KDW) regarding plan revisions regarding settlement (.2). | ERW | 0.70 | 819.00 |
| 12/11/24 | Review amended plan regarding settlement (.3); emails with S. Greecher (YC) regarding same (.1); emails with B. Keilson (MJ) and K. Elliott (KDW) regarding same (.2). | ERW | 0.60 | 702.00 |
| 12/12/24 | Review (.2) and sign off on solicitation procedures motion (.1); follow up on settlement form of wind down budget (.1); emails with E. Wilson (KDW) on plan comments and deal | KSE | 3.10 | 3069.00 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 22, 2025
Page  6

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | points to clarify therein (.2); high level review of revised plan and disclosure statement (.7); emails (.3) and call (.1) with S. Greecher to obtain wind down budget and to discuss further required revisions to plan and disclosure statement; call with E. Wilson and A. Barajas (both KDW) to discuss next steps on draft plan (.5); draft proposed disclaimer for disclosure statement to facilitate solicitation while plan documentation is ongoing (.4); review (.1) and revise interim disclosure statement comments (.3); email E. Wilson (KDW) regarding same (.1). | | | |
| 12/12/24 | Call with S. Greecher (YCST) regarding debtors' wind down budget (.1); email K. Elliott (KDW) regarding same (.1); review and analyze debtors' amended plan for settlement terms (.6); call with K. Elliott and S. Greecher regarding debtors' amended plan (.1); call with E. Wilson and K. Elliott (both KDW) regarding Committee's comments to debtors' plan, confirmation, and settlement issues (.5); follow up call with K. Elliott (KDW) regarding markup of amended plan (.1); email Dundon regarding wind down budget (.1); email K. Elliott regarding comments to plan (.3); review and provide comments to K. Elliott's (KDW) | AB | 2.60 | 2015.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 22, 2025
Page  7

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | draft markup of debtors' plan (.4); incorporate K. Elliott's (KDW) edits into Committee markup of plan (.2) and email redline (.1). | | | |
| 12/12/24 | Review various iterations of further revised plan regarding settlement (.6); cross-reference settlement term sheet, notes (.3); confer with K. Elliott and A. Barajas (both KDW) regarding same, next week's hearing (.5); email with K. Elliott (KDW), S. Greecher (YC) and A. Yager (KM) regarding same (.4); review revised procedures order (.1); email from S. Greecher (YC) regarding same (.1). | ERW | 2.00 | 2340.00 |
| 12/13/24 | Emails with K. Elliott (KDW), P. Knight (KM) and S. Greecher (YC) regarding plan settlement revisions (.2); review various iterations of plan documents regarding settlement provisions (.4). | ERW | 0.60 | 702.00 |
| 12/13/24 | Call with Dundon to review debtors' settlement wind down budget (.5); call with S. Greecher to discuss plan (.2); revise plan comments (.1) and email to FRE 408 group (.1); revise comments in response to Varagon comment (.2); confer with A. Barajas (KDW) regarding same (.3). | KSE | 1.40 | 1386.00 |
| 12/13/24 | Call with K. Elliott (KDW), P. Hurwitz and L. Rooney (both Dundon) regarding debtors' wind down budget and plan issues (.5); call with K. Elliott (KDW) regarding revised Committee markup of debtors' amended plan to | AB | 1.00 | 775.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 22, 2025
Page 8

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 12/16/24 | incorporate comments from Varagon (.3); email redline of Committee comments to debtors' amended plan (.1); review debtors' agenda for disclosure statement hearing (.1). Revise plan to waive remaining preference actions (.7); run blacklines (.1); confer with E. Wilson (KDW) (2x) regarding same (.5); emails on escrow release issues (.1); review (.3) and revise (.5) proposed escrow release documents; review (.1) and further revise plan comments (.3); email E. Wilson (KDW) (2x) regarding comments to escrow release order (.4) and plan (2x) (.3); emails to confirm fee resolution as part of global settlement (.2). | KSE | 3.50 | 3465.00 |
| 12/16/24 | Review and provide comments on draft Committee markup of certificate of counsel regarding release of escrowed sale proceeds (.3); review and provide comments to markup of settlement provisions in debtors' amended plan (.2). | AB | 0.50 | 387.50 |
| 12/16/24 | Confer with K. Elliott (KDW) regarding settlement status (.3); emails with K. Elliott (KDW), A. Yager (KM) and S. Greecher (YC) regarding settlement, fee dispute (.1); emails with M. Yager (KM) and S. Greecher (YC) regarding escrow release (.1); review various iterations of escrow (.2); calls with K. Elliott | ERW | 1.30 | 1521.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 22, 2025
Page  9

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | (KDW) regarding wind-down budget (.2); review further revised plan revisions regarding administrator, avoidance actions (.2); emails with K. Elliott (KDW) regarding same (.2). | | | |
| 12/17/24 | Email E. Wilson (KDW) regarding Committee's comments to amended plan and proposed order releasing escrowed sale proceeds (.1); call with K. Elliott (KDW) regarding same (.1); email debtors   and Varagon Committee's comments to proposed order releasing escrowed sale proceeds and comments to amended plan (.1); call with K. Elliott (KDW) regarding additional edits to proposed order releasing escrowed sale proceeds (.2); call with K. Elliott and E. Wilson (both KDW) regarding same (.3); edit proposed order releasing escrowed sale proceeds to incorporate E. Wilson and K. Elliott's (both KDW) comments (.2) and email to Varagon and debtors (.1); review additional comments from Varagon to proposed order (.1). | AB | 1.20 | 930.00 |
| 12/17/24 | Call (.3) and emails (.1) with A. Barajas and K. Elliott (both KDW) regarding revised plan documents (.2); review further revised procedures order (.2); emails with S. Greecher (YC), A. Yager (KM) and A. Barajas (KDW) regarding same (.2). | ERW | 1.00 | 1170.00 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 22, 2025
Page 10

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 12/17/24 | Emails (.5) and calls (.3) with E. Wilson and A. Barajas (both KDW) regarding revisions to escrow release order; emails with Katten to finalize (.2); review (.1) and approve (.1) revised solicitation procedures order; email (3x) with A. Barajas regarding procedure to toll standing motion in connection with settlement (.3). | KSE | 1.50 | 1485.00 |
| 12/18/24 | Review confirmation hearing notice (.2); track upcoming deadlines (.1). | CC | 0.30 | 207.00 |
| 12/18/24 | Brief review of combined plan and disclosure statement (.2); summary of notice of confirmation hearing (.2) | JC | 0.40 | 248.00 |
| 12/18/24 | Review notice of plan, disclosure statement deadlines (.1); emails with A. Barajas and J. Churchill (both KDW) regarding same (.1); review further revised plan (.3) and disclosure statement (.4). | ERW | 0.90 | 1053.00 |
| 12/23/24 | Review proposed administrator agreement (.3); outline open issues (.2); emails with S. Greecher (YC), P. Hurwitz (DA) and K. Elliott (KDW) regarding same (.3). | ERW | 0.80 | 936.00 |
| 12/26/24 | Follow up with S. Greecher (YCST) on committee's plan comments (.1); update E. Wilson (KDW) regarding same (.1); review (.3) and revise (.7) plan administrator agreement; review plan in connection with | KSE | 1.40 | 1386.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 22, 2025
Page 11

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | same (.2). | | | |
| 12/26/24 | Continue review plan administrator agreement (.3); cross-reference latest iteration of plan (.2); emails with K. Elliott (KDW) regarding same (.2); emails with S. Greecher (YC) and K. Elliott (KDW) regarding plan revisions (.2). | ERW | 0.90 | 1053.00 |
| 12/27/24 | Further emails with S. Greecher (YC) and K. Elliott (KDW) regarding plan revisions, administrator. | ERW | 0.20 | 234.00 |
| 12/30/24 | Review debtors' response to our plan comments (.1); email with E. Wilson (KDW) regarding same (.2). | KSE | 0.30 | 297.00 |
| Total Services for this Matter: | | | | 50,794.00 |
| Total this Invoice | | | | $50,794.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
January 22, 2025
Page  12

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 9.20 | 775.00 | $7,130.00 |
| CC | Choe, Connie | 0.30 | 690.00 | 207.00 |
| ERW | Wilson, Eric | 16.20 | 1,170.00 | 18,954.00 |
| JC | Churchill, John | 0.40 | 620.00 | 248.00 |
| KSE | Elliott, Kristin S | 24.50 | 990.00 | 24,255.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921463

030319          Blink Committee
0011            Committee and Creditor Communications

## Account Summary And Remittance Form

Legal Services:                                                    $17,175.00

Disbursements and Other Charges:                                        $0.00

**Total Amount Due:**                                            **$17,175.00**

## Terms: Payment Due on or Before   February 21, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮▮
PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER
AS PAYMENT REFERENCE

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921463

Client   030319
Matter 0011   Committee and Creditor Communications

---

Attorney: 05395                                                         Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 12/02/24 | Emails with A. Barajas (KDW) and E. Bell (RC) regarding assumptions, rejections (.2); conference call with R. Hoge and C. Draves (both JF) regarding settlement (.3). | ERW | 0.50 | $585.00 |
| 12/02/24 | Emails with K. Elliott (KDW) regarding debtors' rejection motion impact on committee members (.1); review debtors' rejection motion for impact on Committee members (.2); draft emails to Committee members regarding debtors' rejection motion (.4); review debtors' notice of assumption and assignment of leases for outer market sale (.2) and email Committee member regarding same (.1); review debtors notice of assumed and reserved agreements for sale (.2); review revised stalking horse APA regarding reserved agreements (.2); and email Committee members regarding same (.3); emails with Committee member regarding debtors' notice of reserved agreements (.2); review and analyze debtors' schedules and cure | AB | 2.60 | 2015.00 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
January 22, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | notices for information regarding Committee member's lease listed on notice of reserved agreements (.4) and draft emails to E. Wilson (KDW) regarding same (.3). | | | |
| 12/03/24 | Review disclosure statement and proposed settlement documents to draft Committee email update (.4); draft Committee email updates (.5); incorporate K. Elliott and E. Wilson's (both KDW) comments to draft Committee email (.1) and email Committee update (.1); call with K. Elliott (KDW) regarding the impact on Committee member of debtors' notice of reserved agreements (.2); call with S. Greecher (Debtors) regarding a clarification of debtors' notice (.1); follow up email to S. Greecher (Debtors) regarding same (.2); emails with K. Elliott and C. Choe (both KDW) regarding Committee member's omnibus lease amendment listed on debtors' notice (.2); review omnibus lease amendment (.2); email E. Wilson and K. Elliott (both KDW) regarding omnibus lease amendment and debtors' notice of reserved agreement (.2). | AB | 2.20 | 1705.00 |
| 12/03/24 | Review and analyze APA and Sale Orders (.4); review emails with committee member, E. Bell regarding designation rights and treatment of leases (.4). | RLL | 0.80 | 808.00 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
January 22, 2025
Page  3

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 12/03/24 | Analyze notices of assumption, cure and designation for Bronx location (.6); review committee member correspondence regarding same (.2); confer with E. Wilson (KDW) (2x) (.3) and email (.3) and call (.2) with A. Barajas (both KDW) regarding treatment of Chicago-Bronx leases under sale notices; confer with A. Barajas (KDW) (.1) and E. Wilson (KDW) (.1) regarding committee update in lieu of weekly call; cancel professionals prep call for UCC meeting (.1); call with committee member to clarify debtors' sale schedules (.1); review (.1) and revise (.2) UCC update. | KSE | 2.30 | 2277.00 |
| 12/03/24 | Confer with K. Elliott (3x) (KDW) (.3) and E. Bell (RC) (.2) regarding assumptions, sale; review and comment on committee update (.1); instruction to A. Barajas (KDW) regarding same (.1). | ERW | 0.70 | 819.00 |
| 12/04/24 | Call with Committee member to discuss potential counterproposal. | KSE | 0.50 | 495.00 |
| 12/04/24 | Emails with A. Barajas (KDW) regarding 90 day preference payment committee impact (.1); call with A. Barajas to discuss same (.1). | JC | 0.20 | 124.00 |
| 12/06/24 | Emails with committee chair regarding principals settlement discussion (.3); call committee members (6x) regarding same (.8); | KSE | 1.30 | 1287.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
January 22, 2025
Page  4

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | update E. Wilson (KDW) (.2). | | | |
| 12/06/24 | Emails with A. Barajas (KDW) regarding committee member contracts. | CC | 0.20 | 138.00 |
| 12/08/24 | Email committee chair regarding preparations for all-hands settlement call. | KSE | 0.20 | 198.00 |
| 12/09/24 | Follow up with committee chair regarding settlement call (.1); call with E. Wilson (KDW) and committee chair to prep for global settlement call (.5); call (.1) and email (.1) with committee member regarding settlement discussions; instruct A. Barajas regarding committee update on global settlement call (.1); review (.1) and revise (.2) committee update. | KSE | 1.20 | 1188.00 |
| 12/09/24 | Call with K. Elliott (KDW) regarding drafting update email to Committee regarding proposed settlement with debtors and Varagon (.1); draft update email to Committee describing terms of proposed Committee settlement (.8); review K. Elliott's (KDW) markup of draft email (.1); incorporate E. Wilson's (KDW) edits to draft email (.1) and email Committee members (.1). | AB | 1.20 | 930.00 |
| 12/09/24 | Review committee update (.1); instruction to A. Barajas (KDW) regarding same (.1); confer with K. Elliott (KDW) regarding settlement (.5). | ERW | 0.70 | 819.00 |
| 12/11/24 | Confer with K. Elliott (KDW) regarding settlement status. | ERW | 0.20 | 234.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
January 22, 2025
Page  5

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 12/12/24 | Draft Committee update email regarding settlement status and fee applications (.4); edit Committee update email to incorporate edits from K. Elliott (KDW) (.2); confer with C. Choe regarding Committee professionals' fee applications for Committee update email (.2); make additional edits to draft Committee update email (.2) and email Committee members regarding update on settlement status (.1). | AB | 1.10 | 852.50 |
| 12/12/24 | Review and comment on committee update (.1); instruction to A. Barajas (KDW) regarding same (.1). | ERW | 0.20 | 234.00 |
| 12/17/24 | Draft Committee update email regarding court's hearing on disclosure statement (.5); incorporate K. Elliott's (KDW) edits to same (.1). | AB | 0.60 | 465.00 |
| 12/18/24 | Review of Lotemd asset purchase agreement and sale order (.3); emails from creditor regarding status of lease and postpetition amounts (.2); emails with A. Barajas (KDW) regarding same (.2). | CC | 0.70 | 483.00 |
| 12/18/24 | Edit Committee update email to incorporate E. Wilson's (KDW) comments (.1); email Committee update (.1); review inquiry from Committee member regarding buyer's liabilities for assumed lease under outer-market APA | AB | 0.80 | 620.00 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
January 22, 2025
Page 6

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | (.1); review analysis regarding outer-market APA provisions related to assumed leases (.1); emails with C. Choe (KDW) regarding same (.2); draft email to Committee member regarding buyer's assumed liabilities under outer-market APA (.2). | | | |
| 12/18/24 | Review and comment on committee update (.1); instruction to K. Elliott (KDW) regarding same (.1). | ERW | 0.20 | 234.00 |
| 12/23/24 | Draft Committee email update regarding selection of plan administrator. | AB | 0.30 | 232.50 |
| 12/24/24 | Confer with E. Wilson (KDW) (.1) and email UCC regarding recommendation for plan administrator (.1). | KSE | 0.20 | 198.00 |
| 12/24/24 | Review and comment on committee update (.1); confer with K. Elliott (KDW) regarding same (.1). | ERW | 0.20 | 234.00 |
| Total Services for this Matter: | | | | 17,175.00 |
| Total this Invoice | | | | $17,175.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
January 22, 2025
Page  7

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 8.80 | 775.00 | $6,820.00 |
| CC | Choe, Connie | 0.90 | 690.00 | 621.00 |
| ERW | Wilson, Eric | 2.70 | 1,170.00 | 3,159.00 |
| JC | Churchill, John | 0.20 | 620.00 | 124.00 |
| KSE | Elliott, Kristin S | 5.70 | 990.00 | 5,643.00 |
| RLL | LeHane, Robert L | 0.80 | 1,010.00 | 808.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME: KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921464

030319        Blink Committee
0013         Court Hearings

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $6,220.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$6,220.00** |

### Terms: Payment Due on or Before   February 21, 2025

### Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▇▇▇▇▇▇
**SWIFT CODE:** ▇▇▇▇▇▇
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▇▇▇▇
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921464

Client   030319
Matter 0013   Court Hearings

---

Attorney: 05395                                                                 Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/02/24 | Review local rules for deadlines on standing motion and upcoming reply requirements (.2); email to A. Barajas (KDW) regarding same (.1); track upcoming dates (.1). | CC | 0.40 | $276.00 |
| 12/10/24 | Emails with G. Karnick (KDW) regarding omnibus hearing schedule. | JC | 0.10 | 62.00 |
| 12/13/24 | Review agenda for upcoming hearing regarding disclosure statement/plan and rejection notice (.1); coordinate hearing registration for December 18 hearing (.1). | CC | 0.20 | 138.00 |
| 12/13/24 | Coordinate coverage for 12/17 omnibus hearing. | KSE | 0.10 | 99.00 |
| 12/13/24 | Review agenda for Tuesday's hearing (.1); emails with C. Choe and K. Elliott (both KDW) regarding same, coverage (.2). | ERW | 0.30 | 351.00 |
| 12/16/24 | Emails with Debtors' counsel regarding disclosure statement hearing (.2); email Morris James regarding attendance at disclosure statement hearing (.1); call with K. Elliott (KDW) to discuss materials for disclosure | AB | 0.70 | 542.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
January 22, 2025
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | statement hearing (.2); draft email to Morris James regarding preparation of binder for hearing (.2). | | | |
| 12/16/24 | Email to K. Elliott (KDW) regarding hearing coverage. | ERW | 0.10 | 117.00 |
| 12/16/24 | Call A. Barajas (KDW) regarding materials for 12/17 hearing (.2); emails to confirm status of hearing (.1); emails to ascertain status of 12/17 hearing (.1). | KSE | 0.40 | 396.00 |
| 12/17/24 | Call with E. Wilson (KDW) to discuss strategic messaging for (.2) and attend 12/17 hearing on conditional DS approval (.7) | KSE | 0.90 | 891.00 |
| 12/17/24 | Virtually attend court hearing on conditional approval of disclosure statement (.5); follow-up call with E. Wilson and K. Elliott (both KDW) regarding same (.4); confer with E. Wilson (KDW) regarding same (.2); call wih K. Elliott (KDW) regarding disclosure statement (.2). | AB | 1.30 | 1007.50 |
| 12/17/24 | Review stipulation regarding escrow release preparatory to today's hearing (.2); review various iterations of revised plan documents (.8); confer with A. Barajas (.2) and K. Elliott (.2) (both KDW) regarding same; conference call with K. Elliott and A. Barajas (both KDW) (2x) regarding today's hearing (.4). | ERW | 1.80 | 2106.00 |
| 12/19/24 | Review transcript of Tuesday's hearing. | ERW | 0.20 | 234.00 |
| Total Services for this Matter: | | | | 6,220.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
January 22, 2025
Page  3

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | | | | |

Total this Invoice                                                                        $6,220.00

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
January 22, 2025
Page  4

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 2.00 | 775.00 | $1,550.00 |
| CC | Choe, Connie | 0.60 | 690.00 | 414.00 |
| ERW | Wilson, Eric | 2.40 | 1,170.00 | 2,808.00 |
| JC | Churchill, John | 0.10 | 620.00 | 62.00 |
| KSE | Elliott, Kristin S | 1.40 | 990.00 | 1,386.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921465

030319          Blink Committee
0018            General Litigation

## Account Summary And Remittance Form

Legal Services:                                                     $1,960.50

Disbursements and Other Charges:                                        $0.00

**Total Amount Due:**                                              **$1,960.50**

## Terms: Payment Due on or Before   February 21, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**  ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮▮
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921465

Client   030319
Matter 0018   General Litigation

---

Attorney: 05395                                                                 Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 12/02/24 | Emails regarding unsealing committee's standing motion. | KSE | 0.10 | $99.00 |
| 12/02/24 | Email C. Choe (KDW) regarding updated hearing date and reply deadline for Committee's standing motion. | AB | 0.10 | 77.50 |
| 12/04/24 | Review and provide edits to draft notice regarding withdrawal of sealing motion (.2) and notice of filing Committee unsealed standing motion (.2); review unsealed standing motion (.1); email Morris James regarding unsealed standing motion and further amended hearing notice regarding standing motion (.1). | AB | 0.60 | 465.00 |
| 12/04/24 | Emails with A. Barajas (KDW) and S. Lisko (MS) regarding motion to unseal (.1); review same (.1). | ERW | 0.20 | 234.00 |
| 12/05/24 | Email Morris James regarding further amended hearing notice (.1); call with S. Cerra (Morris James) regarding filing of unsealed standing motion (.1); review draft further amended hearing notice (.1) and updated unsealed | AB | 0.50 | 387.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0018
January 22, 2025
Page  2

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | standing motion (.1); coordinate with Morris James to file notices related to standing motion and further amended hearing notice (.1). | | | |
| 12/06/24 | Email S. Cerra (Morris James) regarding extended objection deadline to standing motion for debtors and Varagon. | AB | 0.10 | 77.50 |
| 12/17/24 | Emails with Morris James team regarding procedure for adjourning Committee's standing motion (.2); emails with K. Elliott (KDW) regarding same (.2); emails with Varagon and debtors regarding objection deadline for standing motion (.2). | AB | 0.60 | 465.00 |
| 12/18/24 | Review emails from Morris James regarding procedure for adjourning standing motion. | AB | 0.10 | 77.50 |
| 12/19/24 | Email Debtors' counsel regarding procedure for adjourning Committee's standing motion. | AB | 0.10 | 77.50 |
| Total Services for this Matter: | | | | 1,960.50 |
| Total this Invoice | | | | $1,960.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0018
January 22, 2025
Page 3

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 2.10 | 775.00 | $1,627.50 |
| ERW | Wilson, Eric | 0.20 | 1,170.00 | 234.00 |
| KSE | Elliott, Kristin S | 0.10 | 990.00 | 99.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME: KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921466

030319        Blink Committee
0019          Non-Working Travel Time

## Account Summary And Remittance Form

Legal Services:                                        $2,029.50

Disbursements and Other Charges:                       $0.00

**Total Amount Due:**                                  **$2,029.50**

## Terms: Payment Due on or Before   February 21, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮
**SWIFT CODE:** ▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

January 22, 2025
Invoice No. 2921466

Client   030319
Matter 0019   Non-Working Travel Time

---

Attorney: 05395                                                                 Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 12/17/24 | Travel to/from Wilmington for 12/17 hearing; wait time before hearing. | KSE | 4.10 | $2029.50 |
| | Total Services for this Matter: | | | 2,029.50 |
| | Total this Invoice | | | $2,029.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0019
January 22, 2025
Page  2

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|-----------|-------|------|--------|
| KSE | Elliott, Kristin S | 4.10 | 495.00 | $2,029.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE