## EXHIBIT B

**Expenses**

## KELLEY DRYE & WARREN LLP
### ** CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY **

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: January 22, 2025 09:28:41  
**Billing Timekeeper: 05395 - Wilson, Eric**  
Prebill #: 1928334  
**030319 - Blink Committee**  
**0001 - Case Administration**

DATE THRU: December 31, 2024

Page: 1  
**Responsible Timekeeper: 05395 - Wilson, Eric**  
FORMAT 021

c/o Eric Wilson  
3 World Trade Center  
175 Greenwich Street  
New York, NY 10007

### Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 08062 | Elliott, K. | 12/19/24 | VENDOR: Elliott, Kristin S INVOICE#: 7133754312200347 DATE: 12/20/2024 Attend Blink hearing in DETransaction Date: 12/19/24; Drive to/from court in DE - attend hearing on Disclosure Statement in DE; 158.57 miles/ **Local Travel** | 106.24 | H T W | 8943599 |
| 08062 | Elliott, K. | 12/19/24 | VENDOR: Elliott, Kristin S INVOICE#: 7133754312200347 DATE: 12/20/2024 Attend Blink hearing in DETransaction Date: 12/19/24; Tolls - drive to/from court in DE - attend hearing on Disclosure Statement in DE/ **Local Travel** | 11.00 | H T W | 8943600 |
| 07036 | Adams, J.R. | 11/30/24 | VENDOR: Reliable Court Reporting INVOICE#: 11443 DATE: 11/30/2024 Transcription Copies - Blink Holdings/ **Transcriptions** | 3,101.26 | H T W | 8946539 |
| 08062 | Elliott, K. | 10/29/24 | VENDOR: Elliott, Kristin S INVOICE#: 7017355910300347 DATE: 10/30/2024 Uber - home from auction - BlinkTransaction Date: 10/29/24; Uber from auction to home - Blink; NY to NJ/ **Cab Service** | 0.00 | H T W | 8932086 |
| 08062 | Elliott, K. | 10/31/24 | VENDOR: Elliott, Kristin S INVOICE#: 7024020611010347 DATE: 11/1/2024 Uber -worked late on sale hearing prep -BlinkTransaction | 0.00 | H T W | 8933250 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: January 22, 2025 09:28:41   DATE THRU: December 31, 2024   Page: 2
**Billing Timekeeper: 05395 - Wilson, Eric**   **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1928334   FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 08062 | Elliott , K. | 12/19/24 | Date: 10/31/24; Uber - office to home - worked late on Blink sale hearing preparation; NY to NJ/ **Cab Service** VENDOR: Elliott, Kristin S INVOICE#: 7133754312200347 DATE: 12/20/2024 | 7.63 | H  T  W | 8943598 |
| 08141 | Howard , M.W. | 11/30/24 | Attend Blink hearing in DETransaction Date: 12/19/24; Breakfast - attend hearing on Disclosure Statement in DE; Kristin S Elliott/ **Meals** KLDiscovery Invoice #1001000056619 on 11/30/2024.KLDiscovery Invoice #1001000056619 on 11/30/2024 for Active Hosting - Relativity, User Access - Relativity for November 2024./ **Discovery and Litigation Tech Services** | 261.05 | H  T  W | 8945293 |
| | | 07/02/24 | \|\|Pacer | 4.50 | H  T  W | 8941178 |
| | | 08/12/24 | \|\|Pacer | 0.80 | H  T  W | 8940761 |
| | | 09/09/24 | \|\|Pacer | 24.80 | H  T  W | 8940598 |
| | | 09/13/24 | \|\|Pacer | 3.70 | H  T  W | 8941179 |
| | | 09/19/24 | \|\|Pacer | 0.10 | H  T  W | 8938577 |
| | | 09/19/24 | \|\|Pacer | 0.10 | H  T  W | 8938578 |
| | | | **Totals:** | **$3,521.18** | | |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: January 22, 2025 09:28:41  DATE THRU: December 31, 2024  Page: 3
**Billing Timekeeper: 05395 - Wilson, Eric**  **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1928334  FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

**Available Funds**

|  | Amount | Apply |
|---|---|---|
| **Unapplied:** | 641,639.87 | |

| | Other Charges Summary | Amount | Disp | | |
|---|---|---|---|---|---|
| 000211 | Local Travel | 117.24 | H | T | W |
| 000218 | Transcriptions | 3,101.26 | H | T | W |
| 000225 | Cab Service | 0.00 | H | T | W |
| 000226 | Meals | 7.63 | H | T | W |
| 000278 | Discovery and Litigation Tech Services | 261.05 | H | T | W |
| 000348 | Pacer | 34.00 | H | T | W |
| | **Total** | **3,521.18** | | | |