# EXHIBIT A

## Compensation By Category – Fourth Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B110 Case Administration | 3.10 | $1,613.50 |
| B130 Asset Disposition | 0.20 | $78.00 |
| B150 Meetings/Communications with Committee and/or Creditors | 2.40 | $1,896.00 |
| B160 Retention Applications (MJ) | 1.10 | $656.50 |
| B165 Retention Applications (Others) | 0.50 | $185.00 |
| B170 Fee Applications (MJ) | 7.50 | $3,340.00 |
| B175 Fee Applications (Others) | 6.50 | $3,235.00 |
| B185 Assumption/Rejection of Leases and Contracts | 0.10 | $39.00 |
| B230 Financing/Cash Collateral | 8.50 | $4,438.50 |
| B320 Plan and Disclosure Statement | 3.40 | $2,654.50 |
| B430A Court Hearings: Attendance and Preparation | 3.00 | $2,157.50 |
| **Totals** | **36.30** | **$20,293.50** |

17157041/1

## Timekeeper Summary – Fourth Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | $825.00 | 2.90 | $2,392.00 |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Partner in Bankruptcy Department since 2019 | $790.00 | 13.20 | $10,428.00 |
| Siena B. Cerra | Member of the Delaware Bar since 2023; Associate in Bankruptcy Department since 2023 | $390.00 | 4.00 | $1,560.00 |
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | $365.00 | 5.10 | $1,861.50 |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | $365.00 | 11.10 | $4,051.50 |
| | | **Totals** | **36.30** | **$20,293.50** |
| | **Blended Rate $559.05** | | | |

17157041/1

# Morris James LLP

500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750
Federal Tax I.D. 51-0023480

Official Committee of Unsecured Creditors of Blink Holdings, Inc.
Committee Chairperson: Christie Draves
christie.draves@johnsonfit.com
Johnson Health Tech North America, Inc.
1600 Landmark Drive
Cottage Grove, WI  53527

February 20, 2025
Invoice 611606

| | |
|---|---|
| Matter Name: | Blink Holdings, Inc., Case No. 24-11686 (JKS) |
| Matter Number: | 144585-0001 |
| Attorney: | Eric J. Monzo |

**For Professional Services through December 31, 2024**

| | |
|---|---|
| **Fees** | $20,293.50 |
| **Disbursements** | $646.95 |
| **Total Charges** | $20,940.45 |

### Fee Recap

| | | Hours | Rate/Hours | Amount |
|---|---|---|---|---|
| Brya M. Keilson | Partner | 13.20 | 790.00 | 10,428.00 |
| Eric J. Monzo | Partner | 2.90 | 825.00 | 2,392.50 |
| Siena B. Cerra | Associate | 4.00 | 390.00 | 1,560.00 |
| Douglas J. Depta | Paralegal | 11.10 | 365.00 | 4,051.50 |
| Stephanie A. Lisko | Paralegal | 5.10 | 365.00 | 1,861.50 |
| | **Totals** | **36.30** | | **20,293.50** |

Matter Number:  144585-0001
02/20/25
Page 2

## Services by Task Code

| Code | Description | Hours | Amount |
|---|---|---:|---:|
| B110 | Case Administration | 3.10 | 1,613.50 |
| B130 | Asset Disposition | 0.20 | 78.00 |
| B150 | Meetings/Communications with Committee and/or Creditors | 2.40 | 1,896.00 |
| B160 | Retention Applications (MJ) | 1.10 | 656.50 |
| B165 | Retention Applications (Others) | 0.50 | 185.00 |
| B170 | Fee Applications (MJ) | 7.50 | 3,340.00 |
| B175 | Fee Applications (Others) | 6.50 | 3,235.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.10 | 39.00 |
| B230 | Financing/Cash Collateral | 8.50 | 4,438.50 |
| B320 | Plan and Disclosure Statement | 3.40 | 2,654.50 |
| B430A | Court Hearings: Attendance and Preparation | 3.00 | 2,157.50 |
| | **Totals** | **36.30** | **$20,293.50** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **B110 Case Administration** | | | | | |
| 12/03/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 365.00 | 73.00 |
| 12/10/24 | SAL | Review relevant pleadings filed and update case folder. | 0.10 | 365.00 | 36.50 |
| 12/13/24 | SAL | Emails with S. Cerra re December 17 hearing and register appearances for same. | 0.20 | 365.00 | 73.00 |
| 12/13/24 | EJM | Review agenda for hearing. | 0.20 | 825.00 | 165.00 |
| 12/13/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 365.00 | 73.00 |
| 12/13/24 | SBC | Review December 17 hearing agenda. | 0.10 | 390.00 | 39.00 |
| 12/13/24 | BMK | Review recently filed pleadings. | 0.90 | 790.00 | 711.00 |
| 12/16/24 | SBC | Discuss December 17 hearing issues with KDW and MJ teams. | 0.20 | 390.00 | 78.00 |
| 12/17/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.40 | 365.00 | 146.00 |
| 12/18/24 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.30 | 365.00 | 109.50 |
| 12/19/24 | DJD | Review Dec 17 hearing transcript, email with transcriber, circulate, and update case folder. | 0.30 | 365.00 | 109.50 |
| | | **Task Code Subtotal** | **3.10** | | **1,613.50** |
| **B130 Asset Disposition** | | | | | |
| 12/18/24 | SBC | Review COC re release of sale proceeds. | 0.20 | 390.00 | 78.00 |

Matter Number: 144585-0001
02/20/25
Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Task Code Subtotal** | **0.20** | | **78.00** |
| **B150 Meetings/Communications with Committee and/or Creditors** | | | | | |
| 12/03/24 | BMK | Attend committee call. | 0.50 | 790.00 | 395.00 |
| 12/09/24 | BMK | Emails with co-counsel and committee regarding updates. | 0.40 | 790.00 | 316.00 |
| 12/12/24 | BMK | Emails with co-counsel and committee regarding updates. | 0.60 | 790.00 | 474.00 |
| 12/18/24 | BMK | Emails with co-counsel and committee regarding hearing on disclosure statement and updates and review relevant pleadings. | 0.90 | 790.00 | 711.00 |
| | | **Task Code Subtotal** | **2.40** | | **1,896.00** |
| **B160 Retention Applications (MJ)** | | | | | |
| 12/06/24 | DJD | Draft notice of annual rate change. | 0.20 | 365.00 | 73.00 |
| 12/18/24 | DJD | File notice of annual rate change, email counsel for service, and update case folder. | 0.30 | 365.00 | 109.50 |
| 12/18/24 | BMK | Emails with co-counsel and D. Depta regarding notice of rate change and review drafts. | 0.60 | 790.00 | 474.00 |
| | | **Task Code Subtotal** | **1.10** | | **656.50** |
| **B165 Retention Applications (Others)** | | | | | |
| 12/18/24 | SBC | Emails with KDW and MJ teams re rate increases. | 0.10 | 390.00 | 39.00 |
| 12/18/24 | DJD | Review and file KDW notice of annual rate change, draft COS, email counsel for service, and update case folder. | 0.40 | 365.00 | 146.00 |
| | | **Task Code Subtotal** | **0.50** | | **185.00** |
| **B170 Fee Applications (MJ)** | | | | | |
| 12/02/24 | DJD | Emails with C. Choe re estimated fees and status of fee applications. | 0.10 | 365.00 | 36.50 |
| 12/03/24 | DJD | Emails with C. Choe re interim applications. | 0.10 | 365.00 | 36.50 |
| 12/05/24 | DJD | Review and update Nov invoice and emails internally re same. | 1.00 | 365.00 | 365.00 |
| 12/09/24 | DJD | Various emails with C. Choe re weekly estimates and final monthly fees. | 0.40 | 365.00 | 146.00 |
| 12/10/24 | DJD | Emails with C. Choe, K. Elliott, and B. Keilson re actual and estimated fees. | 0.20 | 365.00 | 73.00 |
| 12/12/24 | DJD | Emails internally and with UST re LEDES data to first monthly application. | 0.10 | 365.00 | 36.50 |
| 12/12/24 | DJD | Update second monthly application. | 0.40 | 365.00 | 146.00 |
| 12/12/24 | DJD | Update first interim application. | 1.10 | 365.00 | 401.50 |
| 12/12/24 | SBC | Review second monthly and interim fee applications. | 0.30 | 390.00 | 117.00 |
| 12/12/24 | BMK | Emails with D. Depta regarding draft fee application and review same. | 1.40 | 790.00 | 1,106.00 |
| 12/16/24 | DJD | Update and file second monthly application, email counsel for service, an update case folder and calendar. | 0.60 | 365.00 | 219.00 |
| 12/16/24 | DJD | Update and file first interim application, email counsel for service, an update case folder and calendar. | 0.60 | 365.00 | 219.00 |
| 12/16/24 | DJD | Email UST re LEDES data re second monthly application. | 0.10 | 365.00 | 36.50 |
| 12/17/24 | DJD | Emails and phone conversation with C. Choe re estimated | 0.20 | 365.00 | 73.00 |

Matter Number:  144585-0001
02/20/25
Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | fees. | | | |
| 12/17/24 | DJD | Draft third monthly application. | 0.90 | 365.00 | 328.50 |
| | | **Task Code Subtotal** | **7.50** | | **3,340.00** |
| **B175 Fee Applications (Others)** | | | | | |
| 12/03/24 | SBC | Emails with KDW and MJ teams re fees and interim fee applications. | 0.10 | 390.00 | 39.00 |
| 12/03/24 | SBC | Emails with debtor professionals re committee professional fees. | 0.10 | 390.00 | 39.00 |
| 12/10/24 | BMK | Emails with co-counsel and D. Depta regarding pending fee applications. | 0.80 | 790.00 | 632.00 |
| 12/11/24 | SBC | Emails with KDW team re interim fee applications. | 0.10 | 390.00 | 39.00 |
| 12/12/24 | SBC | Emails with KDW and MJ teams re interim fee applications. | 0.10 | 390.00 | 39.00 |
| 12/12/24 | BMK | Emails with D. Depta and co-counsel regarding draft fee applications and review same. | 1.20 | 790.00 | 948.00 |
| 12/16/24 | DJD | Review and file KDW second monthly application, draft COS, email counsel for service, an update case folder and calendar. | 1.20 | 365.00 | 438.00 |
| 12/16/24 | DJD | Review, update and file KDW first interim application, draft COS, email counsel for service, an update case folder and calendar. | 1.10 | 365.00 | 401.50 |
| 12/16/24 | DJD | Review, update and file Dundon second monthly application, email counsel for service, an update case folder and calendar. | 0.90 | 365.00 | 328.50 |
| 12/16/24 | DJD | Review, update and file Dundon first interim application, email counsel for service, an update case folder and calendar. | 0.80 | 365.00 | 292.00 |
| 12/16/24 | SBC | Emails with KDW and MJ teams re interim fee applications. | 0.10 | 390.00 | 39.00 |
| | | **Task Code Subtotal** | **6.50** | | **3,235.00** |
| **B185 Assumption/Rejection of Leases and Contracts** | | | | | |
| 12/12/24 | SBC | Review rejection order. | 0.10 | 390.00 | 39.00 |
| | | **Task Code Subtotal** | **0.10** | | **39.00** |
| **B230 Financing/Cash Collateral** | | | | | |
| 12/02/24 | BMK | Emails with co-counsel regarding settlement discussions and proposals. | 1.30 | 790.00 | 1,027.00 |
| 12/03/24 | SBC | Review and revise notice of withdrawal re seal standing motion(.4); emails with KDW and MJ teams re same (.1). | 0.50 | 390.00 | 195.00 |
| 12/03/24 | SAL | Draft notice of filing of unsealed copy of standing motion, finalize unsealed version of same, draft notice of withdrawal of related motion to seal, and prepare certificate of service for same. | 0.90 | 365.00 | 328.50 |
| 12/03/24 | SAL | Emails with S. Cerra re unsealing standing motion and withdrawing motion to seal same. | 0.20 | 365.00 | 73.00 |
| 12/04/24 | SAL | Emails with B. Keilson and to co-counsel re unsealing standing motion, notice of filing, and notice of withdrawal | 0.20 | 365.00 | 73.00 |

Matter Number:  144585-0001
02/20/25
Page 5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/04/24 | SBC | of motion to seal. Review standing motion and notice (.3); emails with KDW and MJ teams re same (.1). | 0.40 | 390.00 | 156.00 |
| 12/05/24 | SBC | Review revised standing motion and amended notice (.8); discuss same with KDW and MJ teams (.2). | 1.00 | 390.00 | 390.00 |
| 12/05/24 | SAL | Emails with S. Cerra re unsealed standing motion and rescheduled hearing date. | 0.20 | 365.00 | 73.00 |
| 12/05/24 | SAL | Prepare corrected unsealed standing motion and draft second amended notice of same. | 0.30 | 365.00 | 109.50 |
| 12/05/24 | SAL | Finalize, file, and serve unsealed standing motion, notice of filing of unsealed copy, second amended notice of hearing, and notice of withdrawal of related motion to seal, circulate filed copies to co-counsel, and update case calendar and folder . | 1.00 | 365.00 | 365.00 |
| 12/05/24 | BMK | Emails with co-counsel and S. Lisko regarding unsealing standing motion and related notice (.9);  and review drafts (.7). | 1.60 | 790.00 | 1,264.00 |
| 12/06/24 | SAL | Finalize and file certificate of service re unsealed standing motion and related filings. | 0.20 | 365.00 | 73.00 |
| 12/06/24 | SBC | Emails with KDW team re deadline extension. | 0.10 | 390.00 | 39.00 |
| 12/06/24 | SAL | Email from co-counsel re Vargon and Debtors' extended deadline to object to standing motion and update critical dates and case calendar. | 0.10 | 365.00 | 36.50 |
| 12/09/24 | EJM | Emails re status of settlement and negotiations. | 0.10 | 825.00 | 82.50 |
| 12/17/24 | SBC | Discuss issues related to standing motion with KDW and MJ teams. | 0.30 | 390.00 | 117.00 |
| 12/17/24 | DJD | Phone conversation with S. Cerra re standing motion hearing. | 0.10 | 365.00 | 36.50 |
| | | **Task Code Subtotal** | **8.50** | | **4,438.50** |

**B320 Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/24 | SBC | Review order extending exclusive periods. | 0.10 | 390.00 | 39.00 |
| 12/12/24 | SAL | Review committee update re plan confirmation and update critical dates. | 0.10 | 365.00 | 36.50 |
| 12/13/24 | EJM | Review form of Order and updated to combined plan and disclosure statement and related certification of counsel. | 0.50 | 825.00 | 412.50 |
| 12/18/24 | EJM | Review plan and disclosure statement and notice of hearing. | 2.00 | 825.00 | 1,650.00 |
| 12/24/24 | SBC | Emails with KDW re plan administrator. | 0.10 | 390.00 | 39.00 |
| 12/24/24 | EJM | Emails with committee re update on plan related issues. | 0.10 | 825.00 | 82.50 |
| 12/24/24 | BMK | Emails with co-counsel and committee regarding selection of plan administrator. | 0.50 | 790.00 | 395.00 |
| | | **Task Code Subtotal** | **3.40** | | **2,654.50** |

**B430A Court Hearings: Attendance and Preparation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/16/24 | SAL | Emails with B. Keilson, S. Cerra, and internally re December 17 hearing and logistics. | 0.30 | 365.00 | 109.50 |
| 12/16/24 | BMK | Emails with D. Depta regarding hearing preparation and updates. | 0.70 | 790.00 | 553.00 |
| 12/17/24 | SAL | Emails internally re December 17 hearing logistics. | 0.20 | 365.00 | 73.00 |

Matter Number:  144585-0001
02/20/25
Page 6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/17/24 | BMK | Review documents and attend hearing. | 1.80 | 790.00 | 1,422.00 |
| | | **Task Code Subtotal** | **3.00** | | **2,157.50** |
| | | **Sub-Total Fees:** | | | **20,293.50** |

**For Disbursements through December 31, 2024**

### Disbursements

| Date | Description | Amount |
|---|---|---|
| | Reproduction | 68.20 |
| 12/05/24 | USDC-DE - PHV R. Morrison - 11/4/2024 - REQUEST#: 333994 | 50.00 |
| 12/06/24 | Manhattan Bagel - Breakfast for hearing 11/6/24 - (Wilson, Elliott, Barajas, Gage, Rooney, Monzo, Cerra, Hockenberger,, Hofmann) | 285.86 |
| 12/06/24 | Manhattan Bagel - Lunch for hearing 11/6/24 - (Wilson, Elliott, Barajas, Gage, Rooney, Monzo, Cerra, Hockenberger,, Hofmann) | 242.89 |
| **Total Disbursements** | | **646.95** |

| | |
|---|---|
| **Total Services and Disbursements this period** | **$20,940.45** |
| **Balance Due** | **$20,940.45** |