# EXHIBIT B

## Summary of Expenses – Fourth Monthly Compensation Period

|  | Total |
|---|---:|
| Reproduction | $68.20 |
| USDC (PHV Fees) | $50.00 |
| Working Meals | $528.75 |
| **TOTAL**: | **$646.95** |

17157041/1