## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: March 17, 2024 at 4:00 p.m. (ET)** |

## SUMMARY OF FOURTH MONTHLY APPLICATION OF DUNDON ADVISERS LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024

| | |
|---|---|
| Name of Applicant | Dundon Advisers LLC |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors of Blink Holdings, Inc., *et al.* |
| Date of retention order: | October 15, 2024 *nunc pro tunc* to August 28, 2024 |
| Period for which compensation and reimbursement sought: | December 1, 2024 through December 31, 2024 |
| Compensation sought as actual, reasonable, and necessary: | $17,996.50 |
| Expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n):   __X__ monthly   ___ interim   ___ final

---

[1]     Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

Previous Applications:

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid | Amount of Expenses Authorized to be Paid |
|---|---|---|---|---|---|---|
| 10/31/2024 [D.I. 539] | August 28, 2024 – September 30, 2024 | $225,070.50 | $0.00 | 11/25/2024 [D.I. 642] | $225,070.50 | $0.00 |
| 12/16/2024 [D.I. 684] | October 1, 2024 – October 31, 2024 | $181,509.50 | $1,716.31 | 1/7/2025 [D.I. 714] | $181,509.50 | $1,597.37 |
| 2/12/2025 [D.I. 796] | November 1, 2024 – November 30, 2024 | $137,893.50 | $1,072.41 | | *pending* | *pending* |
| **TOTALS** | | **$544,473.50** | **$2,788.72** | | **$406,580.00** | **$1,597.37** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: March 17, 2025 at 4:00 p.m. (ET)** |

**FOURTH MONTHLY APPLICATION OF DUNDON ADVISERS LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

Dundon Advisers LLC ("Dundon"), Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") of Blink Holdings, Inc., the above-captioned debtors (the "Debtors"), hereby submits its monthly fee application (the "Application") pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") for allowance of compensation in the amount of $17,996.50 for the period from December 1, 2024 through December 31, 2024 (the "Compensation Period"), and in support thereof, Dundon respectfully represents as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).

2.      Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

---

[1]      Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17194516/1

3.      The statutory predicate for the relief sought herein is sections 1103 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-2.

### BACKGROUND

4.      On August 12, 2024, (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively the "Chapter 11 Cases").  The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

5.      The Debtors have continued in the possession of its property and has continued to operate and manage its business as Debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Chapter 11 Cases.

6.      On August 23, 2024, the United States Trustee for the District of Delaware (the "United States Trustee") filed its notice of appointment of the five (5) member Committee pursuant to section 1102(a)(1) of the Bankruptcy Code.[2]  On August 26, 2024, the Committee selected Kelley Drye & Warren LLP ("Kelley Drye") as its lead counsel.  On August 28, 2024, Dundon was selected by the Committee as its financial advisor and Morris James LLP was selected to serve as Delaware counsel.

7.      On August 20, 2024, the Debtors filed its *Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* (the "Interim Compensation Motion") [Docket No. 93], and on September 5, 2024 the Court entered an Order approving the Interim Compensation Motion (the "Interim Compensation Order") [Docket No. 162].

---

[2]      The Committee members appointed were the following: (1) Johnson Health Tech NA, Inc.; (2) Motionsoft, Inc.; (3) FW IL-Riverside/Rivers Edge, LLC; (4) 96 N. 10th Street Holdings LLC; and (5) GS FIT ILL-1 LLC.  Docket No. 109.  On November 4, 2024, Motionsoft, Inc. resigned from the Committee.  Docket No. 571.

17194516/1

8.      On September 25, 2024, the Committee filed the *Application for Entry of an Order Authorizing the Retention and Employment of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to August 28, 2024* (the "Retention Application") [Docket No. 416].  On October 15, 2024, the Court entered an order approving the Retention Application, *Nunc Pro Tunc* to August 28, 2024 [Docket No. 492].

9.      A chart detailing the fees during the Compensation Period, by professional and by category and a full and detailed statement describing the services rendered during the Compensation Period, by each professional at Dundon are both attached as **Exhibit A**.

10.     The total sum due to Dundon for professional services rendered on behalf Committee during for the Compensation Period is $17,996.50.  Dundon submits that the professional services it rendered on behalf of the Committee during this time were reasonable and necessary.

11.     Dundon incurred no expenses during the Compensation Period.

12.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Dundon hereby requests pursuant to the procedures allowed in the Interim Compensation Order: (i) interim allowance of compensation for necessary and valuable professional services rendered to the Committee in the amount of $17,996.50 for the period from December 1, 2024 through December 31, 2024; (ii) payment in the total amount of $14,397.20 (representing 80% of the total fees of $17,996.50 billed and incurred during the Compensation Period); and (iii) such other relief as this Court deems just and proper.

Dated: February 24, 2025                    **DUNDON ADVISERS LLC**

                                            */s/ Peter Hurwitz*
                                            Peter Hurwitz
                                            Ten Bank Street, Suite 1100
                                            White Plains, NY
                                            Telephone: (914)
                                            E-mail: ph@dundon.com

                                            *Financial Advisor to the Official Committee*
                                            *of Unsecured Creditors*