# EXHIBIT A

## Compensation By Category – Fourth Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis | 9.60 | $7,746.50 |
| Claims Analysis | 0.30 | $288.00 |
| Plan and Disclosure Statement | 4.20 | $4,010.00 |
| Retention and Fee Applications | 6.20 | $5,952.00 |
| **Totals** | 20.30 | **$17,996.50** |

17194516/1

## Timekeeper Summary – Fourth Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Peter Hurwitz | Principal | $960.00 | 14.90 | $14,304.00 |
| Lee Rooney | Managing Director | $850.00 | 3.20 | $2,720.00 |
| Jennifer Ganzi | Senior Director | $755.00 | 0.50 | $377.50 |
| Alec Rovitz | Associate | $350.00 | 1.70 | $595.00 |
|  |  | **Totals** | **20.30** | **$17,996.50** |
| **Blended Rate $886.53** | | | | |

# Dundon Advisers LLC - Activity Type

Date Start: 12/1/2024 | Date End: 12/31/2024 | Clients: Blink Holdings | Users: | Matters: All | Activity Types: All | Group By: Activity Code

| Date | Client | Matter | Description | Billable Time | Billable Amount |
|---|---|---|---|---|---|
| **Business Analysis** | | | | | |
| **Alec Rovitz** | | | | | |
| 12/02/2024 | Blink Holdings | UCC | Review Varagon settlement proposal framework re: Committee comments | 0.20 | $70.00 |
| 12/02/2024 | Blink Holdings | UCC | Review amended plan and disclosure statement | 0.40 | $140.00 |
| 12/13/2024 | Blink Holdings | UCC | Analyze estate plan cash tracker | 0.30 | $105.00 |
| 12/13/2024 | Blink Holdings | UCC | Participate on call with Dundon (Rooney, Hurwitz) and Portage team re: estate cash | 0.20 | $70.00 |
| 12/16/2024 | Blink Holdings | UCC | Correspond with Dundon team re: plan | 0.10 | $35.00 |
| 12/17/2024 | Blink Holdings | UCC | Attend court hearing | 0.50 | $175.00 |
| | | | **Totals Amounts for User Alec Rovitz** | **1.70** | **$595.00** |
| **Jennifer Ganzi** | | | | | |
| 12/06/2024 | Blink Holdings | UCC | Worked through questions from UCC Counsel on quantifying the improvement generated by the UCC professionals with respect to the reserve amount for BOA. | 0.50 | $377.50 |
| | | | **Totals Amounts for User Jennifer Ganzi** | **0.50** | **$377.50** |
| **Lee Rooney** | | | | | |
| 12/02/2024 | Blink Holdings | UCC | Review of Settlement offers with call to K. Elliot and P. Hurwitz | 1.10 | $935.00 |
| 12/06/2024 | Blink Holdings | UCC | Email exchange KDW (A. Baras) re: fee reserves, analysis of same | 0.40 | $340.00 |
| 12/09/2024 | Blink Holdings | UCC | Telecon with K. Elliot re: settlement structure | 0.40 | $340.00 |
| 12/13/2024 | Blink Holdings | UCC | Review of Estate Cash Budget | 0.70 | $595.00 |
| 12/13/2024 | Blink Holdings | UCC | Telecon with K. Elliot, A. Barajas, and P. Hurwitz re: budget | 0.40 | $340.00 |
| | | | **Totals Amounts for User Lee Rooney** | **3.00** | **$2,550.00** |
| **Peter Hurwitz** | | | | | |
| 12/02/2024 | Blink Holdings | UCC | Email exchange KDW (C. Choe) re: fee accruals | 0.20 | $192.00 |
| 12/02/2024 | Blink Holdings | UCC | Review and analyze revised settlement term sheet | 0.80 | $768.00 |
| 12/02/2024 | Blink Holdings | UCC | Telecon KDW (K. Elliot), L. Rooney re: revised settlement term sheet | 0.40 | $384.00 |
| 12/04/2024 | Blink Holdings | UCC | Review and analyze UCC counterproposal | 0.30 | $288.00 |
| 12/06/2024 | Blink Holdings | UCC | Review and analyze Varagon counterproposal | 0.50 | $480.00 |
| 12/10/2024 | Blink Holdings | UCC | Email exchange KDW (C. Choe) re: fee accruals | 0.20 | $192.00 |
| 12/12/2024 | Blink Holdings | UCC | Email exchange KDW re: windown budget, analyze same | 0.30 | $288.00 |
| 12/13/2024 | Blink Holdings | UCC | Telecon KDW (K. Elliot, AB), L. Rooney re: review of new budget | 0.40 | $384.00 |
| 12/13/2024 | Blink Holdings | UCC | Review and analysis of new budget, telecon L. Rooney re: same | 1.00 | $960.00 |
| 12/13/2024 | Blink Holdings | UCC | Telecon Portage (SS, SC), L. Rooney re: budget breakdown | 0.30 | $288.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **4.40** | **$4,224.00** |
| | | | **Totals Amounts for Activity Type Business Analysis** | **9.60** | **$7,746.50** |
| **Claims Analysis** | | | | | |
| **Peter Hurwitz** | | | | | |
| 12/13/2024 | Blink Holdings | UCC | Research Johnson 503(b)(9) claim, email exchange KDW (K. Elliott) re: same | 0.30 | $288.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **0.30** | **$288.00** |
| | | | **Totals Amounts for Activity Type Claims Analysis** | **0.30** | **$288.00** |
| **Plan and Disclosure Statement** | | | | | |
| **Lee Rooney** | | | | | |
| 12/13/2024 | Blink Holdings | UCC | Telecon with PPP re: budget to emergence | 0.20 | $170.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **Totals Amounts for User Lee Rooney** | **0.20** | **$170.00** |
| **Peter Hurwitz** | | | | | | |
| 12/12/2024 | Blink Holdings | | UCC | Review and analyze Plan and disclosure statement | 0.70 | $672.00 |
| 12/13/2024 | Blink Holdings | | UCC | Review draft plan and KDW comments re: same | 1.50 | $1,440.00 |
| 12/17/2024 | Blink Holdings | | UCC | Virtually attend DS hearing | 0.50 | $480.00 |
| 12/23/2024 | Blink Holdings | | UCC | Review proposed plan administrator agreement, email exchange KDW re: same | 1.30 | $1,248.00 |
| | | | | **Totals Amounts for User Peter Hurwitz** | **4.00** | **$3,840.00** |
| | | | | **Totals Amounts for Activity Type Plan and Disclosure Statement** | **4.20** | **$4,010.00** |
| **Retention and Fee Applications** | | | | | | |
| **Peter Hurwitz** | | | | | | |
| 12/12/2024 | Blink Holdings | | UCC | Email exchange KDW (C. Choe) re: timing of fee applications | 0.20 | $192.00 |
| 12/12/2024 | Blink Holdings | | UCC | Prepare draft of second monthly fee application | 2.00 | $1,920.00 |
| 12/12/2024 | Blink Holdings | | UCC | Prepare draft of first interim fee application | 2.80 | $2,688.00 |
| 12/16/2024 | Blink Holdings | | UCC | Revise second monthly and first interim fee application to reflect KDW comments, finalize same for filing | 1.00 | $960.00 |
| 12/17/2024 | Blink Holdings | | UCC | Email exchange KDW (C. Choe) re: fee accruals | 0.20 | $192.00 |
| | | | | **Totals Amounts for User Peter Hurwitz** | **6.20** | **$5,952.00** |
| | | | | **Totals Amounts for Activity Type Retention and Fee Applications** | **6.20** | **$5,952.00** |
| | | | | **Grand Total** | **20.30** | **$17,996.50** |