# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 804 |

## CERTIFICATE OF SERVICE

I, BENJAMIN JOHNSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 20, 2025, I caused to be served the "Notice of Designation of Assumed Agreements," dated February 20, 2025 [Docket No. 804], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

   */s/ Benjamin Johnson*
   Benjamin Johnson

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

**EXHIBIT A**

# BLINK FITNESS, INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AVENUE CODE, LLC | ATTN: MICHELE MARQUES 26 O FARRELL STREET, STE. 600 SAN FRANCISCO CA 94108 |
| BELKIN BURDEN GOLDMAN, LLP | COUNSEL TO THE THEATRE BUILDING JAY B. SOLOMON, ESQ. ONE GRAND CENTRAL PLACE 60 E. 42ND STREET, 16TH FLOOR NEW YORK NY 10165 |
| DUARTE BROTHERS WOODWORK INC. | ATTN: NORBEY DUARTE 97-21 78TH STREET OZONE PARK NY 11416 |
| EQUINOX HOLDINGS, INC. | ATTN: ARLENE HONG 31 HUDSON YARDS, 15TH FL NEW YORK NY 10001 |
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA | 300 S SPRING ST #1700 LOS ANGELES CA 90013 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF MASSACHUSETTS ATTY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF PENNSYLVANIA ATTY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | 151 W 42ND ST, 53RD FLOOR NEW YORK NY 10036 |

**Total Creditor count: 12**

| Claim Name | Address Information |
|---|---|
| 108-118 LLC | 102-10 METROPOLITAN AVE, STE 200 FOREST HILLS NY 11375 |
| 108-18 LLC | 102-10 METROPOLITAN AVE, STE 200 FOREST HILLS NY 11375 |
| 108-18 LLC | 108-14 ROOSEVELT AVE QUEENS NY 11368 |
| 119 PARK SLOPE LLC | C/O LINCOLN OAK MANAGEMENT LLC 314 W 92ND ST, #1R NEW YORK NY 10025 |
| 130-20 FARMERS LLC | 130-20 FARMERS BLVD JAMAICA NY 11434 |
| 130-20 FARMERS LLC | 97-77 QUEENS BLVD, STE 620 REGO PARK NY 11374 |
| 1413 STATHAN REALTY LLC | 1413 FULTON ST BROOKLYN NY 11216 |
| 1413 STATHAN REALTY LLC | C/O 1413 FULTON MANAGEMENT LLC 95-25 QUEENS BLVD, 10TH FL REGO PARK NY 11374 |
| 15 REALTY MANAGEMENT LLC | 26 S VALLEY RD WEST ORANGE NJ 07052 |
| 2146 NOSTRAND AVENUE ASSOCIATES LLC | C/O ACHS MANAGEMENT CORP 1412 BROADWAY, 3RD FL NEW YORK NY 10018 |
| 22-26 FLATBUSH LLC | ATTN MANAGER 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| 22-26 FLATBUSH LLC | ATTN T RICHARD LITTON, PRES 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| 2374 CONCOURSE ASSOCIATES LLC | 1430 BROADWAY, STE 1505 NEW YORK NY 10018 |
| 2374 CONCOURSE ASSOCIATES LLC | C/O COMJEM ASSOCIATES LTD 1430 BROADWAY, STE 1505 NEW YORK NY 10018 |
| 250 UTICA OWNERS LLC | 250 UTICA AVE BROOKLYN NY 11213 |
| 250 UTICA OWNERS LLC | C/O JACKSON PROPERTY MANAGEMENT LLC 45 BROADWAY, STE 1850 NEW YORK NY 10006 |
| 2857 WEST 8TH STREET DEVELOPERS LLC | 2857 W 8TH ST BROOKLYN NY 11224 |
| 2857 WEST 8TH STREET DEVELOPERS LLC | C/O REZNICK LAW PLLC ATTN FELIX REZNICK 323 SUNNY ISLES BLVD, 7TH FL SUNNY ISLES FL 33160 |
| 2883 THIRD AVE REALTY ASSOCIATES | ATTN JOE JEMAL 110 WEST 34TH ST, 9 FL NEW YORK NY 10001 |
| 30 JOURNAL SQUARE PARTNERS LLC | ATTN TRENT TAYLOR 85 CHALLENGER RD, STE 501 RIDGEFIELD PARK NJ 07660 |
| 301-303 WEST 125 LLC | C/O ACHS MANAGEMENT CORP 1412 BROADWAY, 3RD FL NEW YORK NY 10018 |
| 3560 WPR LLC | ATTN MARK IRGANG 121 TWEED BOULEVARD NYACK NY 10960 |
| 3560 WPR LLC | C/O IRGANG GROUP ATTN MARK IRGANG 121 TWEED BLVD NYACK NY 10960 |
| 399 KNICKERBOCKER LLC | C/O JENEL MANAGEMENT CORP 275 MADISON AVE NEW YORK NY 10016 |
| 3PILLAR GLOBAL INC | 3975 FAIR RIDGE DR S, STE 200 FAIRFAX VA 22033 |
| 3PILLAR GLOBAL INC | 4100 MONUMENT CORNER DR, STE 200 FAIRFAX VA 22030-8609 |
| 3WB MASON COMPANY INC | ATTN BRIAN CHARPENTIER 59 CENTRE STREET BROCKTON MA 02301 |
| 451 REALTY MANAGEMENT LLC | 26 S VALLEY RD WEST ORANGE NJ 07052 |
| 451 REALTY MANAGEMENT LLC | ATTN ABRAHAM KINSTLINGER, ESQ 9 ATLANTIC ST HACKENSACK NJ 07601 |
| 4TH AVENUE DEVELOPMENT II LLC | C/O GREYSTONE PROPERTY DEV II CORP 152 W 57TH ST, 60TH FL NEW YORK NY 10019 |
| 5 BRYANT PARK PROPERTY INVESTORS IV LLC | C/O SAVANNAH REAL ESTATE FUNDS 430 PARK AVE, 12TH FL NEW YORK NY 10022 |
| 5111 4TH AVE EQUITY REALTY | C/O ABRAHAM NEUHAUS LLC ATTN ABRAHAM NEUHAUS ESQ 124 BENJAMIN ST TOMS RIVER NJ 08755 |
| 5111 4TH AVE EQUITY REALTY | C/O CHAYA WEBER 84 14TH ST BROOKLYN NY 11215 |
| 5111 4TH AVE EQUITY REALTY HOLDINGS LLC | 1368 38TH ST BROOKLYN NY 11218 |
| 5111 4TH AVE EQUITY REALTY HOLDINGS LLC | C/O ABRAHAM NEUHAUS LLC ATTN ABRAHAM NEUHAUS ESQ 124 BENJAMIN ST TOMS RIVER NJ 08755 |
| 5510-5520 BROADWAY LLC | 5520 BROADWAY BRONX NY 10463 |
| 582 CENTRAL URBAN RENEWAL LLC | 600 CENTRAL AVE EAST ORANGE NJ 07018 |
| 645 EAST TREMONT LLC | C/O PORTA BELLA 38 W 34TH ST NEW YORK NY 10001 |
| 78-14 ROOSEVELT LLC | C/O COMJEM ASSOCIATES LTD 1430 BROADWAY, STE 1505 NEW YORK NY 10018 |
| 833 FLATBUSH LLC | 833 FLATBUSH AVE BROOKLYN NY 11226 |
| 833 FLATBUSH LLC | C/O JEM REALTY MGMT INC 1430 BROADWAY, STE 1103 NEW YORK NY 10018 |
| 874 SPRINGFIELD LLC | 45 ACADEMY ST, 5TH FL NEWARK NJ 07102 |
| 886 BROADWAY LLC | 886 BROADWAY BROOKLYN NY 11206 |
| 886 BROADWAY LLC | C/O TRANSITIONS ACQUISITIONS LLC ATTN PHIL POPWITZ, ESQ 232 BROADWAY, STE 400 BROOKLYN NY 11211 |
| 932 SOUTHERN BOULEVARD REALTY LLC | C/O FALCON RETAIL LLC 766 SHREWSBURY AVE, STE 306 TINTON FALLS NJ 07724 |
| AB COASTER LLC | D/B/A THE ABS COMPANY ATTN PRESIDENT PO BOX 9 CHESTER NJ 07930 |

| Claim Name | Address Information |
| --- | --- |
| AB COASTER, LLC | 8429 LORRAINE RD, #362 LAKEWOOD RANCH FL 34202 |
| ABC FITNESS SOLUTIONS, LLC | 208 EAST KIEHL AVENUE SHERWOOD AR 72120 |
| AFIAA 45 WEST 45TH STREET LLC | ATTN ALBENA RAMCHEVA 7 PENN PLAZA, STE 804 NEW YORK NY 10001 |
| AFIAA 45 WEST 45TH STREET LLC | C/O ROSENBERG ESTIS ATTN BRETT THEIS 733 THIRD AVE, 14TH FL NEW YORK NY 10017 |
| AFIAA 45 WEST 45TH STREET LLC | C/O ROSENBERG ESTIS ATTN JOHN D GIAMPOLO 733 THIRD AVE, 15TH FL NEW YORK NY 10017 |
| AIR STREAM AIR CONDITIONING CORP | 400 CORSSWAYS PARK DR WOODBURY NY 11797 |
| AIR STREAM AIR CONDITIONING CORP. | 97-21 78TH ST, QUEENS, NY 11416 QUEENS NY 11416 |
| AMAZON WEB SERVICES INC | ATTN STEVE BERANEK, SR MGR FINANCE OPS 525 14TH ST S ARLINGTON VA 22202 |
| AMAZON WEB SERVICES INC | C/O K&L GATES LLP ATTN BRIAN PETERSON 925 FOURTH AVE, STE 2900 SEATTLE WA 98104 |
| AMAZON WEB SERVICES, INC. | 410 TERRY AVENUE NORTH SEATTLE WA 98109 |
| ANN/NASSAU REALTY INC | C/O FRIEDMAN MANAGEMENT CO 770 LEXINGTON AVE, 18TH FL NEW YORK NY 10065 |
| ANN/NASSAU REALTY LLC | C/O FRIEDMAN MANAGEMENT CO 770 LEXINGTON AVE, 18TH FL NEW YORK NY 10065 |
| ARISTA AIR CONDITIONING CORP | ATTN MICHAEL ROSONE 38-26 TENTH ST LONG ISLAND CITY NY 11101 |
| ARISTA AIR CONDITIONING CORP. | 38-26 TENTH STREET LONG ISLAND CITY NY 11101 |
| ASCEND NETWORK SOLUTIONS LLC | 1251 LYNNE ST BALDWIN NY 11510 |
| ASCEND NETWORK SOLUTIONS LLC | ATTN CEO 1251 LYNNE ST NORTH BALDWIN NY 10016 |
| AVENUE CODE LLC | ATTN VP, BUSINESS DEVELOPMENT 26 OFARRELL ST, STE 600 SAN FRANCISCO CA 94108 |
| AVENUE CODE, LLC | 26 O' FARRELL STREET, STE. 600 SAN FRANCISCO CA 94108 |
| BANK LEUMI USA | ATTN VP 579 5TH AVE NEW YORK NY 10017 |
| BANK OF AMERICA NA | ATTN CLOSING COORDINATOR 214 NORTH TRYON ST NC1-027-20-03 CHARLOTTE NC 28255 |
| BERMUDA REALTY LLC | 15 OCEAN AVE BROOKLYN NY 11225 |
| BETHPAGE FEDERAL CREDIT UNION | 899 S OYSTER BAY RD BETHPAGE NY 11714 |
| BOERUM PLACE LLC | ATTN REAL ESTATE DEPT 1946 CONEY ISLAND AVENUE BROOKLYN NY 11223 |
| BROOKS SHOPPING CENTERS LLC | C/O MACERICH MGMT CO AS AGENT 401 WILSHIRE BLVD, STE 700 SANTA MONICA CA 90401 |
| BROOKS SHOPPING CENTERS LLC | C/O MACERICH MGMT CO AS AGENT ATTN LEGAL DEPT 401 WILSHIRE BLVD, STE 700 SANTA MONICA CA 90401 |
| CHAMELEON COLLECTIVE INC | 3428 BRADENHAM LANE DAVIE FL 33328 |
| CHAMELEON COLLECTIVE INC | ATTN CEO 3428 BRADENHAM LN DAVIE FL 33328 |
| CHELSEA W26 LLC | C/O ARTIMUS 316 W 118TH ST NEW YORK NY 10026 |
| CINTAS CORPORATION NO.2 | ATTN SVP, FINANCE 6800 CINTAS BLVD CINCINNATI OH 45262-5737 |
| COMPASS BANK | ATTN BILL KNICKERBOCKER, SVP 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| CP ASSOCIATES LLC | 7 PENNSYLVANIA PLAZA, 11TH FL NEW YORK NY 10001 |
| CRO METRICS | PMB 1328 2930 DOMINGO AVE BERKELEY CA 94705-2454 |
| DERP ASSOCIATES LLC | C/O DANS SUPREME SUPERMARKETS INC ATTN RICHARD GROBMAN 474 FULTON AVE HEMPSTEAD NY 11550 |
| DVCI CDE II LLC | C/O DUDLEY VENTURES LLC 22 E JACKSON ST PHOENIX AZ 85004 |
| E 54TH STREET PARTNERS LLC | C/O JTRE 385 5TH AVE NEW YORK NY 10016 |
| ECORE INTERNATIONAL | ATTN LINDA LILLEY 715 FOUNTAIN AVE LANCASTER PA 17601 |
| EIB GRAND CONCOURSE LLC | 2374-2386 GRAND CONCOURSE AVE BRONX NY 10458 |
| EIB GRAND CONCOURSE LLC | C/O EMMES ASSET MANAGEMENT CO LLC 420 LEXINGTON AVE, STE 900 NEW YORK NY 10170 |
| ESTATE OF FLORENCE POLIZZOTTO | ADDRESS ON FILE |
| EXCEL ELEVATOR & ESCALATOR | 97-21 78TH ST, QUEENS, NY 11416 QUEENS NY 11416 |
| EXCEL ELEVATOR & ESCALATOR | ATTN VP SALES 303 NELSON AVE STATEN ISLAND NY 10308 |
| FACTORY 77 INC | D/B/A MERCH DIRECT ATTN LEE TEPPER 54 DREXEL DR BAY SHORE NY 11706 |
| FLATBUSH RETAIL ASSOCIATES LLC | ATTN MANAGER 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| FLATBUSH RETAIL ASSOCIATES LLC | ATTN T RICHARD LITTON, PRES 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| FORDEC REALTY CORP | C/O BROADWAY WEST ENTERPRISES LTD 234 W 56TH ST NEW YORK NY 10019 |
| FORDEC REALTY CORP | C/O ZANE & RUDOFSKY ATTN ERIC S HOROWITZ, ESQ 601 W 26TH ST, STE 1315 NEW YORK |

| Claim Name | Address Information |
|---|---|
| FORDEC REALTY CORP | NY 10001 |
| GATES AVENUE PROPERTIES LLC | ATTN GENERAL COUNSEL 6321 NEW UTRECHT AVE BROOKLYN NY 11219 |
| GNDP HOLDINGS LLC | 227 4TH AVE BROOKLYN NY 11215 |
| GNDP HOLDINGS LLC | C/O LINEAGE PROPERTIES ATTN EPHRAIM FRUCHTHANDLER 1 STATE ST, 32ND FL NEW YORK NY 10004 |
| GORON PROPERTY INC | C/O GORON PROPERTIES 203 MESEROLE AVE BROOKLYN NY 11222 |
| GORON PROPERTY, INC. | 56-02 ROOSEVELT AVE QUEENS NY 11377 |
| GRAND BALDWIN ASSOCIATES | ATTN VP 895 BROADWAY, 3RD FL NEW YORK NY 10003 |
| GRAND BALDWIN ASSOCIATES | C/O ROSEN ASSOCIATES ATTN VICE PRESIDENT 33 S SERVICE RD JERICHO NY 11753 |
| GSB NMTC INVESTOR LLC (AS ADMIN AGENT) | C/O GOLDMAN SACHS BANK USA ATTN JAMES PATCHETT 200 WEST ST NEW YORK NY 10282-2198 |
| GWB BUS STATION & INFRASTRUCTURE DEV | FUND LLC C/O D'AGOSTINO LEVINE LANDSMAN & LEDERMAN LLP NEW YORK NY 10001 |
| ILEGRA CORPORATION | 299 ALHAMBRA CIR SUITE 403 CORAL GABLES FL 33134 |
| ILEGRA CORPORATION | ATTN ADMINISTRATOR 299 ALHAMBRA CIR, #403 CORAL GABLES FL 33134 |
| INSIDER SERVICES US LLC | 16192 COASTAL HIGHWAY LEWES DE 19958 |
| INSIDER SERVICES US LLC | ATTN DIRECTOR 16192 COASTAL HWY LEWES DE 19958 |
| JIRS REALTY | 130 GREENE STREET NEW YORK NY 10012 |
| JOSEPH, BERNARD | ADDRESS ON FILE |
| JOURNAL SQUARE PROPERTIES LLC | 165 W 73RD ST NEW YORK NY 10023 |
| JPMORGAN CHASE BANK NA | 383 MADISON AVE NEW YORK NY 10179 |
| JPMORGAN CHASE BANK NA | ATTN LANRE WILLIAMS, ESQ/REAL ESTATE COUNSEL 237 PARK AVE, 12TH FL NEW YORK NY 10017 |
| KRE BROADWAY OWNER LLC | 222 N SEPULVEDA BLVD, STE 2350 EL SEGUNDO CA 90245 |
| KRE BROADWAY OWNER LLC | ATTN MANAGING PRINCIPAL 100 N PACIFIC COAST HWY, STE 1925 EL SEGUNDO CA 90245 |
| L&M MASTER FUND SERIES B 116 117 OWNER | LLC 1865 PALMER AVE, 2ND FL LARCHMONT NY 10538 |
| L&M MASTER FUND SERIES B 116 117 OWNER | LLC 23 W 116TH ST NEW YORK NY 10026 |
| LEGION TECHNOLOGIES INC | 2010 EL CAMINO REAL #2383 SANTA CLARA CA 95050 |
| LEVIN PROPERTIES LP | C/O LEVIN MANAGEMENT CORP PO BOX 326 PLAINFIELD NJ 07061-0326 |
| LIBERTY AVENUE DEVELOPMENT LLC | ATTN RICHARD GROBMAN 474 FULTON AVE HEMPSTEAD NY 11550 |
| LIBERTY SQUARE IN OZONE PARK LLC | C/O REDA GROUP LTD ATTN JOSPEH YUNASON 71-13 AUSTIN ST FOREST HILLS NY 11375 |
| LIBERTY SQUARE IN ZONE PARK LLC | C/O REDA GROUP LTD ATTN JOSEPH YUNASON 71-13 AUSTIN ST FOREST HILLS NY 11375 |
| LIIF SUB-CDE XVII LLC | C/O LOW INCOME INVESTMENT FUND 100 PINE ST, STE 1800 SAN FRANCISCO CA 94111 |
| LINCOLN WASTE SOLUTIONS LLC | ATTN JOYN AYVAS, CEO 2075 SILAS DEANE HIGHWAY, STE 101 ROCKY HILL CT 06067 |
| MADINA ECO FRIENDLY INC | ATTN ARANIT AHMETAJ 234 W 56TH ST NEW YORK NY 10019 |
| MANATT PHELPS & PHILLIPS LLP | ATTN NEIL S FADEN 7 TIMES SQ NEW YORK NY 10036 |
| MANNINGTON COMMERCIAL | ATTN HARVEY MCWHORTER, CONTROLLER 1844 US HWY 41 SE CALHOUN GA 30701 |
| MCP ASSOCIATES LP | ATTN LEONARD I KANAREK, GEN COUNSEL 4 BRIGHTON RD, STE 204 CLIFTON NJ 07012 |
| MEHRAN EQUITES LTD | 33 E CARVER ST, STE 5 HUNTINGTON NY 11743 |
| MEHRAN EQUITIES LTD | 33 E CARVER ST, STE 5 HUNTINGTON NY 11743 |
| NEW GOLD EQUITIES CORP | C/O BLDG MANAGEMENT CO INC ATTN LLOYD GOLDMAN 417 5TH AVE, 4TH FL NEW YORK NY 10016-2204 |
| NIXON PEABODY LLP | ATTN MICHAEL GOLDMAN, ESQ 401 9TH ST NW, STE 900 WASHINGTON DC 20004-2128 |
| NOSTRAND PROPERTY OWNER LLC | 150 EAST 58TH STREET, PH NEW YORK NY 10155 |
| PARKCHESTER PRESERVATION COMPANY LP | C/O MALL PROPERTIES ATTN LEASE ADMIN 654 MADISON AVE 5500 ALBANY RD E, 3RD FL NEW ALBANY OH 43054 |
| PATRIOT NATIONAL BANK | 1177 SUMMER ST STAMFORD CT 06905 |
| PLAZA CORONA HOLDINGS LLC | ATTN PRESIDENT 50 JACKSON AVE, STE 301 SYOSSET NY 11791 |
| PORTER AVE HOLDINGS LLC | 390 BERRY ST, STE 200 BROOKLYN NY 11249 |
| PPT MANAGEMENT HOLDINGS LLC | ATTN LEGAL - REAL ESTATE 576 BROADHOLLOW RD MELVILLE NY 11747 |
| PPT MANAGEMENT LLC | ATTN KATHLEEN FARRELL, ESQ 333 EARLE OVINGTON BLVD, STE 225 UNIONDALE NY 11553 |

| Claim Name | Address Information |
|---|---|
| PPT MANAGEMENT LLC | ATTN LEGAL DEPT 576 BROADHOLLOW RD MELVILLE NY 11747 |
| RESOLVER INC | 111 PETER ST SUITE 804 TORONTO ON M5V 2H1 CANADA |
| RIDGEWOOD FLATBUSH LLC | ATTN MANAGER 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| RIDGEWOOD FLATBUSH LLC | ATTN T RICHARD LITTON, PRES 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| RIVERSIDE FLATBUSH LLC | ATTN MANAGER 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| RIVERSIDE FLATBUSH LLC | ATTN T RICHARD LITTON, PRES 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| S&C INVESTORS LLC PROFIT SHARING PLAN | 9 WACCABUC RIVER LN SOUTH SALEM NY 10590 |
| SALMAN CAPITAL LLC | 35 JOURNAL SQ JERSEY CITY NJ 07306 |
| SAM SPILKES LLC | ADDRESS ON FILE |
| SIGNATURE BANK | ATTN KENNETH STAGNARI 68 S SERVICE RD MELVILLE NY 11747 |
| SIGNATURE BANK | ATTN KIM CARSON 68 S SERVICE RD MELVILLE NY 11747 |
| SILHOFF FLATBUSH LLC | ATTN MANAGER 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| SILHOFF FLATBUSH LLC | ATTN T RICHARD LITTON, PRES 999 WATERSIDE DR, STE 2300 NORFOLK VA 23510 |
| SKY SA CORPORATION | 71 W 23RD ST, SUITE 1624 NEW YORK NY 10010 |
| SNR DENTON | ATTN SEAN LEONARD, ESQ 101 FEDERAL ST, STE 2750 BOSTON MA 02110 |
| STATHAKOS, BILL | ADDRESS ON FILE |
| SUN VALLEY TOWERS LLC | C/O ALMA REALTY CORP 31-10 37TH AVE, 5TH FL LONG ISLAND CITY NY 11101 |
| SUN VALLEY TOWERS, LLC | 14 BROOKLYN AVE VALLEY STREAM NY 11581 |
| THEATER BUILDING ENTERPRISE, THE | 3611 14TH AVE, STE 400 BROOKLYN NY 11218 |
| THIRD AVENUE TOWER OWNER LLC | C/O L&L HOLDING CO LLC ATTN SR VP, ASSET MGMT 142 W 57TH ST NEW YORK NY 10019 |
| UBEROI, AGATHA | ADDRESS ON FILE |
| UE LODI DELAWARE LLC | F/K/A VORNADO LODI DELEWARE LLC ATTN EVP & COO 210 RTE 4 E PARAMUS NJ 07652 |
| UE LODI DELAWARE LLC | P.O. BOX 645308 PITTSBURGH PA 15264-5308 |
| UTICA PLACE COMMERCIAL LLC | ATTN DIR COMMERICIAL REAL ESTATE 1865 PALMER AVE, STE 203 LARCHMONT NY 10538 |
| UTICA PLACE COMMERCIAL LLC | ATTN LENNY RUEBEN 1865 PALMER AVE, STE 203 LARCHMONT NY 10538 |
| VERICOM GROUP LLC, THE | ATTN MANAGING MEMBER 312 MILLBROOK RD, STE 233 RALEIGH NC 27616 |
| VORNADO 692 BROADWAY LLC | 210 ROUTE 4 E PARAMUS NJ 07652-0910 |
| VORNADO 692 BROADWAY LLC | 692 BROADWAY NEW YORK NY 10012 |
| VORNADO LODI DELAWARE LLC | ATTN EVP, RETAIL REAL ESTATE 210 ROUTE 4 E PARAMUS NJ 07652 |
| WOMENS MARKETING INC | 2425 POST RD STE 302 SOUTHPORT CT 06890-1267 |
| WOMENS MARKETING INC | D/B/A STELLA RISING 2425 POST RD SOUTHPORT CT 06890 |
| YUNASON, JOSEPH | ADDRESS ON FILE |

**Total Creditor count: 168**

**EXHIBIT B**

BLINK HOLDINGS, INC., *et al*.,
Case No. 24-11686 (JKS)
Email Master Service List

| Name | Email Address |
|---|---|
| EQUINOX HOLDINGS, INC. | tbednar@cgsh.com; drkramer@cgsh.com; spyun@cgsh.com |
| HPS INVESTMENT PARTNERS, LLC | alexey.pazukha@hpspartners.com; colbert.cannon@hpspartners.com |
| INTERNAL REVENUE SERVICES | victoria.g.mosby@irs.gov; millie.h.agent@irs.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | benjamin.a.hackman@usdoj.gov |
| STATE OF NEW JERSEY ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| VARAGON CAPITAL PARTNERS AGENT, LLC | peter.knight@katten.com; michael.howald@katten.com); scott.lyons@katten.com |
| VARAGON CAPITAL PARTNERS AGENT, LLC | cmiller@morrisnichols.com |
| 125 PARK OWNER LLC | brett.herschenfeld@slgreen.com |
| 96 NORTH 10TH STREET HOLDINGS LLC | mordy@sparkremgmt.com |
| A&G REALTY PARTNERS, LLC | andy@agrep.com |
| AWESOMENESSTV HOLDINGS, LLC | trupti.patel@paramount.com |
| BRIXMOR SPE 6LLC | david.gerstenhaber@brixmor.com |
| CHICAGO, IL 4644-4658 S DREXEL LLC | snicholson@insiterealestate.com |
| EAST 54TH STREET PARTNERS LLC | jack@jtreholdings.com |
| ENEL X NORTH AMERICA, INC. | ralph.campanelli@enel.com |
| GLE-III, LLC | tbuckstein@kimcorealty.com |
| GOOD EARTH DISTRIBUTION, LLC | rich.hebert@goodearthproducts.com |
| JOHNSON HEALTH TECH NA, INC. | phyllis.dannin@matrixfitness.com |
| JTRE 23 WS (DEL) LLC | jack@jtreholdings.com |
| LEVIN PROPERTIES, L.P. | rmeno@levinmgt.com |
| MBB REALTY LIMITED PARTNERSHIP | michael@pomre.com |
| MOTIONSOFT, INC. | jeff@clubautomation.com |
| RW 5901 FLATLANDS LLC | aweiss@laundrycapital.com |
| STELLA RISING INC. | avespucci@stellarising.com |
| VBGO PENN PLAZA LLC | btheis@rosenbergestis.com |
| MONZACK MERSKY AND BROWDER, P.A. | rmersky@monlaw.com |
| KATTEN MUCHIN ROSENMAN LLP | peter.knight@katten.com; allison.yager@katten.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; ameng@morrisnichols.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| STARK & STARK, P.C. | tonder@stark-stark.com; jlemkin@stark-stark.com |

BLINK HOLDINGS, INC., *et al*.,
Case No. 24-11686 (JKS)
Email Master Service List

| Name | Email Address |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | lschweitzer@cgsh.com; tkessler@cgsh.com |
| ASHBY & GEDDES, P.A. | rpalacio@ashbygeddes.com; dkosloske@ashbygeddes.com |
| CHARLES E. BOULBOL, P.C. | rtrack@msn.com |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; liu@teamrosner.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| MURPHY DESMOND S.C. | jphillips@murphydesmond.com |
| RICHARDS, LAYTON & FINGER, P.A. | knight@rlf.com; milana@rlf.com; javorsky@rlf.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | gbressler@mdmc-law.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| FARRELL FRITZ, P.C. | pcollins@farrellfritz.com; dpascarella@farrellfritz.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | mvaldez@pbfcm.com |
| LEECH TISHMAN ROBINSON BROG, PLLC | cyee@leechtishman.com; lschwartz@leechtishman.com; nmeyers@leechtishman.com |
| KELLEY DRYE & WARREN LLP | kelliott@kelleydrye.com; abarajas@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com; ewilson@kelleydrye.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |
| SHIPMAN & GOODWIN | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| ALSTON & BIRD LLP | jacob.johnson@alston.com; stephen.blank@alston.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| SAUL EWING LLP | monique.disabatino@saul.com; turner.falk@saul.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | slevin@mdmc-law.com |
| COOCH AND TAYLOR, P.A | gdick@coochtaylor.com; klevitsky@coochtaylor.com |

BLINK HOLDINGS, INC., *et al*.,
Case No. 24-11686 (JKS)
Email Master Service List

| Name | Email Address |
| --- | --- |
| BRADLEY ARANT BOULT CUMMINGS LLP | jbailey@bradley.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| PICK & ZABICKI LLP | dpick@picklaw.net |
| JASPAN SCHLESINGER NARENDRAN LLP | spernaplank@jaspanllp.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com |
| MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP | gmeltzer@meltzerlippe.com; ssteinberg@meltzerlippe.com |
| LATHAM & WATKINS LLP | george.davis@lw.com; ted.dillman@lw.com; whit.morley@lw.com |
| COLE SCHOTZ P.C. | npernick@coleschotz.com; ddean@coleschotz.com |
| STARK & STARK, P.C. | tduggan@stark-stark.com |
| RUBIN & LEVIN, P.C. | mbarr@rubin-levin.net |
| BURR & FORMAN LLP | jfalgowski@burr.com; esummers@burr.com; drobbins@burr.com |
| GLENN AGRE BERGMAN & FUENTES LLP | aglenn@glennagre.com; mdoss@glennagre.com |
| OFFIT KURMAN, P.A. | brian.mclaughlin@offitkurman.com |
| LASSER HOCHMAN, LLC | rzucker@lasserhochman.com |