**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 81, 348, 611, 658 & 804** |

### SUPPLEMENTAL NOTICE OF DESIGNATION OF ASSUMED AGREEMENTS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On August 16, 2024, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of Orders (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All of Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Granting Related Relief; and (II)(A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief* [Docket No. 81] (the "**Bidding Procedures Motion**").

On September 10, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. 348] approving the relief requested in the Bidding Procedures Motion.

On November 13, 2024, the Court entered the *Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 611] (the "**Sale Order**"),[2] approving the Asset Purchase Agreement and authorizing the sale (the "**Sale**") of the Acquired Assets to Pinnacle US Holdings, LLC, a Delaware limited liability company (the "**Purchaser**"). On November 29, 2024, the Sale closed (the "**Closing**").

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Sale Order.

On December 2, 2024, the Debtors previously filed the *Notice of Designation of Assumed and Reserved Agreements* [Docket No. 658], listing certain Contracts and Specified Leases (as defined in the Asset Purchase Agreement) that had been designated as Assumed Agreements (as defined in the Asset Purchase Agreement) and Reserved Agreements (as defined in the Asset Purchase Agreement), each as of the Closing.

On February 20, 2025, the Debtors filed the *Notice of Designation of Assumed Agreements* [Docket No. 804] (the "**Assumption Notice**"), listing the Reserved Agreements to be assumed and assigned to PureFitness LLC, effective no later than February 27, 2025.

In addition to the Reserved Agreements listed in the Assumption Notice, the Purchaser has notified the Debtors of its election to designate the Reserved Agreements set forth on **Exhibit A** attached hereto as Assumed Agreements, which shall be assumed and assigned to PureFitness LLC upon the consent of the Debtors, the Purchaser, and the affected landlord.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 26, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Rebecca L. Lamb*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  mnestor@ycst.com<br>            sgreecher@ycst.com<br>            amielke@ycst.com<br>            tpowell@ycst.com<br>            rlamb@ycst.com<br>            bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## **EXHIBIT A**

**Assumed Agreements**

**Blink**
*Assumption of Lease/Executory Contracts*
2/26/2025

| Contract # | CASE NUMBER | DEBTOR ENTITY | COUNTERPARTY NAME | CONTRACT DESCRIPTION |
|---|---|---|---|---|
| *Assumed Real Property Leases* | | | | |
| 296 | 24-11786 | BLINK EAST 54TH STREET, INC. | BANK OF AMERICA NA | TENANT ESTOPPEL CERTIFICATE (RE: LEASE DTD 11/14/2014) |
| 401 | 24-11786 | BLINK EAST 54TH STREET, INC. | COMPASS BANK | TENANT ESTOPPEL CERTIFICATE (RE: LEASE DTD 11/14/2014) |
| 439 | 24-11786 | BLINK EAST 54TH STREET, INC. | E 54TH STREET PARTNERS LLC | GUARANTY DTD 11/13/2014 |
| 440 | 24-11786 | BLINK EAST 54TH STREET, INC. | E 54TH STREET PARTNERS LLC | LEASE AGREEMENT DTD 11/14/2014 |
| 613 | 24-11786 | BLINK EAST 54TH STREET, INC. | JIRS REALTY | PRE-SALES LICENSE AGREEMENT DTD 5/29/2015 |
| 838 | 24-11786 | BLINK EAST 54TH STREET, INC. | PPT MANAGEMENT HOLDINGS LLC | FIRST AMENDMENT OF CONCESSION AGREEMENT DTD 4/25/2024 (AMENDS AGREEMENT DTD 11/1/2014) |
| 842 | 24-11786 | BLINK EAST 54TH STREET, INC. | PPT MANAGEMENT LLC | FIRST AMENDMENT OF CONCESSION AGREEMENT DTD 4/25/2024 (AMENDS AGREEMENT DTD 11/1/2014) |