# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA FOR HEARING OF MATTERS
## SCHEDULED FOR FEBRUARY 28, 2025 AT 9:00 A.M. (ET)

> This proceeding will be conducted remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

## CONTINUED MATTER GOING FORWARD

1. Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Blink Holdings, Inc. and Its Affiliated Debtors and Debtors in Possession [D.I. 806, 2/24/25]

    Objection Deadline:  January 15, 2025 at 4:00 p.m. (ET)

    Related Documents:

    A. Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Combined Hearing and the Deadline for Filing Objections Thereto; and

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

  (VI) Granting Related Relief [D.I. 697, 12/18/24]

B. Notice of (I) Approval of Combined Disclosure Statement and Plan on Interim Basis for Solicitation Purposes Only; and (II) the Hearing to Consider (A) Final Approval of the Combined Disclosure Statement and Plan as Containing Adequate Information and (B) Confirmation of the Plan [D.I. 699, 12/18/24]

C. Declaration of Emily Young of Epiq Corporate Restructuring, LLC Regarding the Solicitation and Tabulation of Ballots Cast on the Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Blink Holdings, Inc. and Its Affiliated Debtors [D.I. 740, 1/16/25]

D. Declaration of Steven Shenker in Support of Entry of an Order Confirming the Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Blink Holdings, Inc. and its Affiliated Debtors and Debtors in Possession [D.I. 770, 1/31/25]

E. Memorandum of Law in Support of Confirmation of the Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Blink Holdings, Inc. and Its Affiliated Debtors and Debtors in Possession [D.I. 771, 1/31/25]

F. Notice of Continued Confirmation Hearing [D.I. 781, 2/4/25]

G. Notice of Filing of Blackline of Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan [D.I. 807, 2/24/25]

H. Notice of Filing of Revised Proposed Confirmation Order [D.I. 808, 2/24/25]

I. Notice of Filing of Further Amended Plan Supplement for the Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Blink Holdings, Inc. and Its Affiliated Debtors and Debtors in Possession [D.I. 812, 2/24/25]

<u>Objections Filed</u>:

A. Limited Objection of the United States Trustee to Confirmation of Combined Chapter 11 Plan [D.I. 760, 1/22/25]

B. Limited Objection of 16302 Jamaica Avenue LLC and Lodi Value Add II, LLC to Amended Combined Disclosure Statement and Joint Chapter 11 of Blink Holdings, Inc. and its Affiliated Debtors and Debtors in Possession [D.I. 761, 1/22/25]

<u>Status</u>: The Limited Objections to confirmation have been resolved. This matter is going forward.

Dated: Wilmington, Delaware  
      February 26, 2025

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Sean T. Greecher*
Michael R. Nestor (No. 3526)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Timothy R. Powell (No. 6894)
Rebecca L. Lamb (No. 7223)
Benjamin C. Carver (No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
      sgreecher@ycst.com
      amielke@ycst.com
      tpowell@ycst.com
      rlamb@ycst.com
      bcarver@ycst.com

*Counsel to the Debtors and Debtors in Possession*