IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>Re: D.I. 789, 804 |

**MOTION BY 5111 4TH AVE EQUITY REALTY FOR LEAVE TO FILE A LIMITED OBJECTION TO DEBTORS' NOTICE OF DESIGNATION OF ASSUMED AGREEMENTS**

5111 4th Ave Equity Realty ("Landlord"), by and through its undersigned attorneys, respectfully requests leave to file a limited objection to *Debtors' Notice of Designation of Assumed Agreements* [D.I. 804] (the "Notice"), and respectfully states as follows:

1. On September 12, Debtor filed the Notice of Assumption of Lease/Executory Contract - *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* ("Cure Notice") [D.I. 361]. Responses were due September 26, 2024, at 4:00 p.m. The proposed cure amount was set at $17,076.61.

2. Initially, Landlord reviewed the Cure Notice and found the proposed cure amount substantially consistent with its own records. At least there was not a substantial difference to warrant engaging an attorney to object to the Debtor's purposed cure amount.

3. Subsequently, Landlord reviewed additional records revealing a more significant cure amount owed. Landlord's records reflect that the correct cure amount is $95,325.33 (the

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

{00040809. }

"Cure Amount"). Upon this discovery, the Landlord retained counsel to file the present Cure Objection (the "Objection").

4. Landlord, through its attorneys, immediately sent by email to Debtor's counsel all business records supporting the Cure Amount and requested that Landlord be permitted to file a Cure Objection to protect Landlord's right to assert the correct Cure Amount on the record. Debtor has been working with its client to reconcile the asserted Cure Amount. Although Debtor has not affirmatively agreed to allow a late-filed Cure Objection, and reserves all rights, Landlord files this Motion and the Limited Objection to protect the record and Landlord's rights. There appears to be sufficient time between the date this Motion is filed and the date of the proposed assumption and assignment to work through the process of reconciliation.

5. On February 7, 2025, Landlord filed the *Motion for Leave to File a Late Objection to the Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Cure Amounts* [D.I. 789] ("Motion for Leave"). The Court never ruled on Landlord's Motion for Leave.

6. Landlord is filing its Objection to the cure amount and assignment as set forth in the Notice as in **Exhibit B** contemporaneously with this motion.

7. Landlord does not believe that the Debtors or other parties in interest will be prejudiced by the late filing of the Cure Objection.

8. Landlord reserves all rights against the Buyer, and against the Debtors and their estates pursuant to section 365(d)(3).

**WHEREFORE**, Landlord respectfully requests that this Court grant leave for the late filing of the Objection, enter an order substantially in the form of the proposed order attached hereto in **Exhibit A,** and grant such other and further relief as is just and reasonable.

Date: February 26, 2025
      Wilmington, Delaware

                              **THE ROSNER LAW GROUP LLC**

                              <u>*/s/ Frederick B. Rosner*</u>
                              Frederick B. Rosner, Esq. (DE #3995)
                              Chan (Cora) Dong (DE #7393)
                              824 Market Street, Suite 810
                              Wilmington, DE 19801
                              302-777-1111
                              rosner@teamrosner.com
                              dong@teamrosner.com

                              *Counsel for Landlord*

{00040809. }