**Exhibit A**

(Proposed Order)

{00040809. }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>Re: D.I. 789, 804 |

### ORDER GRANTING MOTION BY 5111 4TH AVE EQUITY REALTY FOR LEAVE TO FILE A LIMITED OBJECTION TO DEBTORS' NOTICE OF DESIGNATION OF ASSUMED AGREEMENTS

Upon consideration of Motion by 5111 4th Ave Equity Realty for leave to file a limited objection to *Debtors' Notice of Designation of Assumed Agreements* (the "Motion"), and the Court having determined that the relief requested by the Motion is appropriate, it is hereby ORDERED THAT:

1. The Motion is GRANTED.

2. 5111 4th Ave Equity Realty is granted leave to file the objection.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

{00040809. }