IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 590 & 591 |

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF RESERVED AGREEMENT (PREMISES LOCATED AT 4 MEMORIAL DRIVE, LODI, NEW JERSEY) IN FURTHERANCE OF THE SALE TO PINNACLE US HOLDINGS, LLC**

The undersigned counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies as follows:

1. On August 12, 2024 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. On November 13, 2024, the Court entered the *Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 611] (the "**Sale Order**"), approving the Asset Purchase Agreement and authorizing the sale (the "**Sale**") of the Acquired Assets to Pinnacle US Holdings, LLC, a Delaware limited liability company (the "**Buyer**"), including, but not limited to,

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

designation rights to the Buyer to seek to assume and assign certain Reserved Agreements pursuant to the terms and procedures set forth in the Sale Order and the Asset Purchase Agreement. On November 29, 2024, the Sale closed (the "**Closing Date**").

3. Pursuant to paragraph 43 of the Sale Order, any assignment of, *inter alia*, the unexpired lease of nonresidential real property covering the premises located at Lodi Commons, 4 Memorial Drive, Lodi, New Jersday (the "**Lodi Lease**") with landlord Lodi Common South, LLC (successor to Lodi Value Add II, LLC, the "**Lodi Landlord**"), was subject to the Designation Rights Period and later designation of the Lodi Lease for assumption and assignment by Buyer pursuant to the procedures set forth in the Sale Order and the Asset Purchase Agreement.

4. Subsequent to the entry of the Sale Order, pursuant to section 2.6 of the Asset Purchase Agreement, the Buyer has notified the Debtors of its election to designate the Lodi Lease pursuant to the terms of the Sale Order and the Asset Purchase Agreement for the assumption and assignment to PureFitness LLC, as the assignee, and the Debtors filed that certain *Notice of Designation of Assumed Agreement (Premises Located at 4 Memorial Drive, Lodi, New Jersey)* on February 13, 2025 in connection therewith [D.I. 797].

5. Buyer and the Lodi Landlord have reached an agreement on the form of supplemental assignment order whereby the Lodi Lease would be consensually assumed and assigned to the Buyer. A proposed order authorizing the assumption and assignment of the Lodi Lease is attached hereto as <u>Exhibit A</u> (the "**Proposed Order**").

WHEREFORE, the Debtors respectfully request entry of the Proposed Order at the Court's earliest convenience and without further notice or a hearing.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 27, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Sean T. Greecher*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  mnestor@ycst.com<br>        sgreecher@ycst.com<br>        amielke@ycst.com<br>        tpowell@ycst.com<br>        rlamb@ycst.com<br>        bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |