# **SCHEDULE 1**

## Amended Claims

**Schedule 1**
**Amended Claims**

| | Claim to Be Disallowed | | | | | Remaining Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Claimant Name and Address | Debtor Name | Claim # | Date Filed | Claim Amount | Claimant Name and Address | Debtor Name | Claim # | Date Filed | Claim Amount |
| 1 | 5 BORO LAUNDRY INC<br>114-29 135TH AVE<br>SOUTH OZONE PARK, NY 11420 | BLINK HOLDINGS, INC. | 10121 | 9/23/2024 | Administrative: $10,326.27<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $10,326.27 | 5 BORO LAUNDRY INC<br>114-29 135TH AVE<br>SOUTH OZONE PARK, NY 11420 | BLINK HOLDINGS, INC. | 10262 | 10/14/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $10,326.27<br>Total: $10,326.27 |
| 2 | AIR STREAM AIR CONDITIONING CORP<br>400 CROSSWAYS PARK DR, STE 102<br>WOODBURY, NY 11797 | BLINK HOLDINGS, INC. | 10257 | 10/11/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $26,757.65<br>Unsecured: $53,084.96<br>Total: $79,842.61 | AIR STREAM AIR CONDITIONING CORP<br>400 CROSSWAYS PARK DR, STE 102<br>WOODBURY, NY 11797 | BLINK HOLDINGS, INC. | 10297 | 1/9/2025 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $52,004.92<br>Total: $52,004.92 |
| 3 | ARISTA AIR CONDITIONING<br>675 OLD COUNTRY RD<br>WESTBURY, NY 11590 | BLINK HOLDINGS, INC. | 10225 | 10/10/2024 | Administrative: $43,316.53<br>Priority: $43,316.53<br>Secured: $0.00<br>Unsecured: $297,748.78<br>Total: $384,381.84 | ARISTA AIR CONDITIONING<br>675 OLD COUNTRY RD<br>WESTBURY, NY 11590 | BLINK HOLDINGS, INC. | 10304 | 1/16/2025 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $360,868.47<br>Total: $360,868.47 |
| 4 | CITY OF HOUSTON<br>C/O MELISSA E VALDEZ<br>1235 NORTH LOOP W, STE 600<br>HOUSTON, TX 77008 | BLINK LONG POINT, INC. | 10119 | 9/23/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $3,214.28<br>Unsecured: $0.00 + Unliquidated<br>Total: $3,214.28 + Unliquidated | CITY OF HOUSTON<br>C/O MELISSA E VALDEZ<br>1235 NORTH LOOP W, STE 600<br>HOUSTON, TX 77008 | BLINK LONG POINT, INC. | 10292 | 12/13/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $2,376.40<br>Unsecured: $0.00<br>Total: $2,376.40 |
| 5 | COMMERCIAL LIGHTING INDUSTRIES INC<br>81161 INDIO BLVD<br>INDIO, CA 92201 | BLINK HOLDINGS, INC. | 10104 | 9/16/2024 | Administrative: $8,279.37<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $8,279.37 | COMMERCIAL LIGHTING INDUSTRIES<br>81161 INDIO BLVD<br>INDIO, CA 92201 | BLINK HOLDINGS, INC. | 10141 | 9/27/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $0.00 |
| 6 | COMMERCIAL LIGHTING INDUSTRIES<br>81161 INDIO BLVD<br>INDIO, CA 92201 | BLINK HOLDINGS, INC. | 10140 | 9/27/2024 | Administrative: $4,246.04<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $4,246.04 | COMMERCIAL LIGHTING INDUSTRIES<br>81161 INDIO BLVD<br>INDIO, CA 92201 | BLINK HOLDINGS, INC. | 10141 | 9/27/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $0.00 |
| 7 | EURPAC SERVICE INCORPORATED<br>40 DANBURY RD, STE 7<br>WILTON, CT 06897 | BLINK HOLDINGS, INC. | 10175 | 10/7/2024 | Administrative: $69,656.23<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $21,423.52<br>Total: $91,079.75 | EURPAC SERVICE INCORPORATED<br>40 DANBURY RD, STE 7<br>WILTON, CT 06897 | BLINK HOLDINGS, INC. | 10287 | 11/18/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $21,423.52<br>Total: $21,423.52 |
| 8 | FIXED FITNESS LLC<br>ATTN CHASE ROJAS<br>4103 WOOD CREEK CT<br>COLLEYVILLE, TX 76034 | BLINK BEACH STREET, INC. | 20 | 9/16/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $1657.30<br>Total: $1,657.30 | FIXED FITNESS LLC<br>C/O CHASE ROJAS<br>4013 WOOD CREEK CT<br>COLLEYVILLE, TX 76034 | BLINK BEACH STREET, INC. | 92 | 11/21/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $310.00<br>Total: $310.00 |
| 9 | FIXED FITNESS LLC<br>ATTN CHASE ROJAS<br>4103 WOOD CREEK CT<br>COLLEYVILLE, TX 76034 | BLINK BEACH STREET, INC. | 33 | 9/25/2024 | Administrative: $1,347.30<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $310.00<br>Total: $1,657.30 | FIXED FITNESS LLC<br>C/O CHASE ROJAS<br>4013 WOOD CREEK CT<br>COLLEYVILLE, TX 76034 | BLINK BEACH STREET, INC. | 92 | 11/21/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $310.00<br>Total: $310.00 |
| 10 | IRL SYSTEMS INC<br>1650 BATH AVE<br>BROOKLYN, NY 11214 | BLINK SUNSET PARK, INC. | 10112 | 9/19/2024 | Administrative: $1,017.98<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $642.44<br>Total: $1,660.42 | IRL SYSTEMS INC<br>1650 BATH AVE<br>BROOKLYN, NY 11214 | BLINK SUNSET PARK, INC. | 10303 | 1/13/2025 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $642.44<br>Total: $642.44 |
| 11 | IRL SYSTEMS INC<br>1650 BATH AVE<br>BROOKLYN, NY 11214 | BLINK SUNSET PARK, INC. | 10299 | 1/9/2025 | Administrative: $1,660.42<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $1,660.42 | IRL SYSTEMS INC<br>1650 BATH AVE<br>BROOKLYN, NY 11214 | BLINK SUNSET PARK, INC. | 10303 | 1/13/2025 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $642.44<br>Total: $642.44 |
| 12 | LIFE FITNESS LLC<br>9525 BRYN MAWR AVE<br>ROSEMONT, IL 60018 | BLINK HOLDINGS, INC. | 10239 | 10/10/2024 | Administrative: $7,599.47<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $7,599.47 | LIFE FITNESS LLC<br>9525 BRYN MAWR AVE<br>ROSEMONT, IL 60018 | BLINK HOLDINGS, INC. | 10270 | 10/21/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $0.00 |
| 13 | LIFE FITNESS LLC<br>9525 BRYN MAWR AVE<br>ROSEMONT, IL 60018 | BLINK HOLDINGS, INC. | 10013 | 8/22/2024 | Administrative: $20,455.48<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $143,862.09<br>Total: $164,317.57 | LIFE FITNESS LLC<br>9525 BRYN MAWR AVE<br>ROSEMONT, IL 60018 | BLINK HOLDINGS, INC. | 10276 | 10/28/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $136,263.17<br>Total: $136,263.17 |

**Schedule 1**
**Amended Claims**

| | Claim to be Disallowed | | | | | Remaining Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Claimant Name and Address | Debtor Name | Claim # | Date Filed | Claim Amount | Claimant Name and Address | Debtor Name | Claim # | Date Filed | Claim Amount |
| 14 | LIFE FITNESS LLC<br>9525 BRYN MAWR AVE<br>ROSEMONT, IL 60018 | BLINK HOLDINGS, INC. | 10270 | 10/21/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $0.00 | LIFE FITNESS LLC<br>9525 BRYN MAWR AVE<br>ROSEMONT, IL 60018 | BLINK HOLDINGS, INC. | 10276 | 10/28/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $136,263.17<br>Total: $136,263.17 |
| 15 | PEPSI-COLA BOTTLING CO OF NEW YORK<br>C/O RHK RECOVERY GROUP<br>1670 OLD COUNTRY RD, STE 202 | BLINK ST. ANN'S AVENUE, INC. | 10193 | 10/9/2024 | Administrative: $19,479.90<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $3,362.26<br>Total: $22,842.16 | PEPSI-COLA BOTTLING CO OF NEW YORK<br>ATTN RHK RECOVERY GROUP<br>1670 OLD COUNTRY RD, STE 202 | BLINK ST. ANN'S AVENUE, INC. | 10298 | 1/9/2025 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $3,362.26<br>Total: $3,362.26 |
| 16 | SPRING BRANCH ISD<br>C/O MELISSA E VALDEZ<br>1235 NORTH LOOP W, STE 600<br>HOUSTON, TX 77008 | BLINK LONG POINT, INC. | 10118 | 9/23/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $6,679.41<br>Unsecured: $0.00 + Unliquidated<br>Total: $6,679.41 + Unliquidated | SPRING BRANCH ISD<br>C/O MELISSA E VALDEZ<br>1235 NORTH LOOP W, STE 600<br>HOUSTON, TX 77008 | BLINK LONG POINT, INC. | 10291 | 12/13/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $4,926.82<br>Unsecured: $0.00<br>Total: $4,926.82 |
| 17 | STERN ENVIRONMENTAL GROUP LLC<br>30 SEAVIEW DR<br>SECAUCUS, NJ 07094 | BLINK HOLDINGS, INC. | 10051 | 9/4/2024 | Administrative: $4,107.79<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $4,107.79 | STERN ENVIRONMENTAL GROUP LLC<br>30 SEAVIEW DR<br>SECAUCUS, NJ 07094 | BLINK HOLDINGS, INC. | 10296 | 1/9/2025 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $4,107.79<br>Total: $4,107.79 |
| 18 | TOWEL TRACKER LLC<br>950 VITALITY DR NW, STE A<br>COMSTOCK PARK, MI 49321 | BLINK HOLDINGS, INC. | 10181 | 10/8/2024 | Administrative: $5,541.22<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $4,312.55<br>Total: $9,853.77 | TOWEL TRACKER LLC<br>950 VITALITY DR NW, STE A<br>COMSTOCK PARK, MI 49321 | BLINK HOLDINGS, INC. | 10300 | 1/9/2025 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $4,312.55<br>Total: $4,312.55 |
| 19 | US FITNESS SERVICE<br>377 TROWBRIDGE RD<br>ELK GROVE VILLAGE, IL 60007 | BLINK HOLDINGS, INC. | 57 | 10/7/2024 | Administrative: $0.00<br>Priority: $19,609.41<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $19,609.41 | US FITNESS SERVICE<br>377 TROWBRIDGE RD<br>ELK GROVE VILLAGE, IL 60007 | BLINK HOLDINGS, INC. | 10275 | 10/28/2024 | Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $19,956.21<br>Total: $19,956.21 |

# **SCHEDULE 2**

## **Duplicate Claims**

**Schedule 2**
**Duplicates Claims**

| | Claim to be Disallowed | | | | | Remaining Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Claimant Name and Address | Debtor Name | Claim # | Date Filed | Claim Amount | Claimant Name and Address | Debtor Name | Claim # | Date Filed | Claim Amount |
| 1 | NEW YORK STATE DEPARTMENT OF LABOR<br>C/O UNEMPLOYMENT INSURANCE DIVISION<br>ATTN INSOLVENCY UNIT<br>HARRIMAN STATE CAMPUS, BLDG 12, RM 256<br>ALBANY, NY 12240 | BLINK HOLDINGS, INC. | 25 | 9/19/2024 | Administrative: $0.00<br>Priority: $89,819.84<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $89,819.84 | NEW YORK STATE DEPARTMENT OF LABOR<br>1220 WASHINGTON AVE, BLDG 12, RM 256<br>ALBANY, NY 12226 | BLINK HOLDINGS, INC. | 26 | 9/20/2024 | Administrative: $0.00<br>Priority: $89,819.84<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $89,819.84 |

# SCHEDULE 3

## Late Filed Claims

**Schedule 3**
**Late Filed Claims**

| Ref # | Claimant Name and Address | Debtor Name | Claim # | Date Filed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | EULER HERMES NA - AGENT FOR GLOBAL FAC<br>100 INTERNATIONAL DR, 22ND FL<br>BALTIMORE, MD 21202 | BLINK FITNESS FRANCHISING, INC. | 10283 | 11/8/2024 | Administrative: $24,541.57<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $44,846.89<br>Total: $69,388.46 | The Claim asserts $24,541.57 as an Administrative Expense under section 11 U.S.C. § 503(b)(9), $44,846.89 as unsecured, and was filed after the General Bar Date. |
| 2 | BY MY GRACE LLC<br>140 E 7TH ST, #1E<br>NEW YORK, NY 10009 | BLINK HOLDINGS, INC. | 10274 | 10/28/2024 | Administrative: $0.00<br>Priority: $18,000.00<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $18,000.00 | The Claim was filed after the General Bar Date |
| 3 | ALCALA, LUIS<br>ADDRESS ON FILE | BLINK WEST 8TH STREET, INC. | 77 | 11/6/2024 | Administrative: $400.00<br>Priority: $0.00<br>Secured: $0.00<br>Unsecured: $0.00<br>Total: $400.00 | The Claim asserts $400.00 as an Administrative Expense under section 11 U.S.C. § 503(b)(9) and was filed after the General Bar Date |