## **SCHEDULE 1**

**Reclassified Claim**

**Schedule 1**
**Reclassified Claim**

| | | Asserted Claim | | | | | Modified Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Claimant Name and Address | Debtor Name | Claim # | Date Filed | Claim Amount | Claimant Name and Address | Debtor Name | Claim # | Date Filed | Claim Amount | Reason for Reclassification |
| 1 | CITY OF CLIFTON ATTN LAW DEPARTMENT 900 CLIFTON AVE CLIFTON, NJ 07013 | BLINK CLIFTON, INC. | 61 | 10/10/2024 | Administrative: $0.00 Priority: $1,855.54 Secured: $0.00 Unsecured: $0.00 Total: $1,855.54 | CITY OF CLIFTON ATTN LAW DEPARTMENT 900 CLIFTON AVE CLIFTON, NJ 07013 | BLINK CLIFTON, INC. | 61 | 10/10/2024 | Administrative: $0.00 Priority: $0.00 Secured: $0.00 Unsecured: $1,855.54 Total: $1,855.54 | The modified priority reflects that according to documentation filed with the proof of claim, the claim is not on account of Taxes or Penalties and therefore ineligible for 507(a)(8) priority status. |

## SCHEDULE 2

**No Liability Claims**

**Schedule 2**
**No Liability Claims**

| Ref # | Claimant Name and Address | Debtor Name | Claim # | Date Filed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | MACOMB COUNTY TREASURER'S OFFICE ATTN LAWRENCE ROCCA, TREASURER ONE S MAIN ST, 2ND FL MOUNT CLEMENS, MI 48043 | BLINK FITNESS FRANCHISING, INC. | 1 | 8/21/2024 | Administrative: $0.00 Priority: $0.00 Secured: $57,408.55 Unsecured: $0.00 Total: $57,408.55 | The Claim asserts amounts owed for 2020 and 2021 personal property taxes. However, these taxes pertain to a franchise location, and the responsibility for payment rests with the franchisee, not the Debtor. Accordingly, the Debtor is not liable for the asserted amounts. |
| 2 | MACOMB COUNTY TREASURER'S OFFICE ATTN LAWRENCE ROCCA, TREASURER ONE S MAIN ST, 2ND FL MOUNT CLEMENS, MI 48043 | BLINK FITNESS RIALTO INC. | 2 | 8/21/2024 | Administrative: $0.00 Priority: $0.00 Secured: $57,408.55 Unsecured: $0.00 Total: $57,408.55 | This Claim asserts the same liability as in Claim No. 1 but against a different Debtor. The Claim asserts amounts owed for 2020 and 2021 personal property taxes. However, these taxes pertain to a franchise location, and the responsibility for payment rests with the franchisee, not the Debtor. Accordingly, the Debtor is not liable for the asserted amounts. |
| 3 | VALOR ENTERPRISES LLC[1] 345 E 147TH ST BRONX, NY 10451 | BLINK HOLDINGS, INC. | 10138 | 9/26/2024 | Administrative: $250,000.00 Priority: $0.00 Secured: $0.00 Unsecured: $750,000.00 Total: $1,000,000.00 | The Claimant failed to provide supporting documentation to substantiate the claim. According to the Debtor's books and records, no liability is owed to the Claimant. |

1. This claim is also included on Schedule 4 - Insufficient Documentation Claim attached to the Debtors' First Omnibus Objection to Claims (Non-Substantive), which is being filed contemporaneously herewith.