## 02/28/2025 Appearances

### 09:00 AM

**☐ 24-11686-JKS Blink Holdings, Inc.**

| Party | Firm | Representing |
|---|---|---|
| ☐ Derek C. Abbott | Morris, Nichols, Arsht & Tunnell | Varagon Capital Partners Agent, LLC |
| ☐ Rick Archer | Law360 | |
| ☐ Harrison Aronoff | Moelis | |
| ☐ Andres Barajas | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors |
| ☐ Ernst Bell | FW IL-Riverside/Rivers Edge, LLC | Official Committee of Unsecured Creditors |
| ☐ Jeremy Burke | Moelis | |
| ☐ Emlyn Cameron | | |
| ☐ Scott Canna | Portage Point Partners | |
| ☐ Siena Cerra | Morris James LLP | Official Committee of Unsecured Creditors |
| ☐ R. Grant Dick | Cooch and Taylor, P.A. | 480 Suffolk |
| ☐ Christie Draves | Johnson Health Tech North America, Inc. | Official Committee of Unsecured Creditors |
| ☐ Kristin S. Elliott | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors |
| ☐ Sean T. Greecher | Young, Conaway, Stargatt & Taylor | |
| ☐ Benjamin A. Hackman | Office of the United States Trustee | Andrew R. Vara, U.S. Trustee for Region 3 |
| ☐ Taylor Harrison | | |
| ☐ Leslie Heilman | Ballard Spahr LLP | Landlord Parties |
| ☐ Eric Heller | Equinox Group LLC | Equinox Group, LLC |

| | Name | Firm | Represented Party |
|---|---|---|---|
| ☐ | Rob Hoge | Johnson Health Tech North America, Inc. | Official Committee of Unsecured Creditors |
| ☐ | Brya Michele Keilson | Morris James LLP | Official Committee of Unsecured Creditors |
| ☐ | Peter P. Knight | Katten Muchin Rosenman LLP | Varagon Capital Partners Agent, LLC |
| ☐ | Debbie Laskin | | |
| ☐ | Gaston P Loomis | McElroy Deutsch Mulvaney & Carpenter LLP | Hartford Fire Insurance Company |
| ☐ | Dorothy Ma | | |
| ☐ | Curtis S. Miller | Morris Nichols Arsht & Tunnell | Varagon Capital Partners Agent, LLC |
| ☐ | Eric J. Monzo | Morris James LLP | Official Committee of Unsecured Creditors |
| ☐ | Jake Moses | Young Conaway Stargatt & Taylor, LLP | |
| ☐ | Ricardo Palacio | Ashby & Geddes, P. A. | Equinox |
| ☐ | Manny Pearlman | Liberation Investment Grp | |
| ☐ | Phil Popowitz | 96 N. 10th Street Holdings LLC | Official Committee of Unsecured Creditors |
| ☐ | Echo Yi Qian | Morris Nichols Arsht and Tunnell | Varagon Capital Partners Agent, LLC |
| ☐ | Larry Rosen | Equinox Group, LLC | Equinox Group, LLC |
| ☐ | Steven Shenker | Portage Point Partners | |
| ☐ | Thomas C. Shumaker, Jr. | GS FIT ILL-1 LLC | Official Committee of Unsecured Creditors |
| ☐ | Vince Sullivan | Law360 | |
| ☐ | Andrew Swift | Moelis | |
| ☐ | Nicole Toay | Johnson Health Tech North America, Inc. | Official Committee of Unsecured Creditors |
| ☐ | Michael Tomback | | |
| ☐ | John Veraja | Cleary Gottlieb Steen & Hamilton | Equinox Group, LLC |

| | | |
|---|---|---|
| ☐ Erin L. Williamson | Ballard Spahr LLP | Various landlords |
| ☐ Keyashia M Willis | Barclay Damon LLP | HCI Long Point and other various Landlords |
| ☐ Eric R. Wilson | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors |
| ☐ Alex Wittenberg | Law360 | |
| ☐ Allison E. Yager | Katten Muchin Rosenman LLP | Varagon Capital Partners Agent, LLC |
| ☐ Becky Yerak | Wall Street Journal | News Corp |
| ☐ Ben Zigterman | Law360 | |