**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 21, 2025 at 4:00 p.m. (ET)** |

**NOTICE OF FIFTH MONTHLY FEE APPLICATION
OF KELLEY DRYE & WARREN LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS LEAD COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
JANUARY 1, 2025 THROUGH AND INCLUDING JANUARY 31, 2025**

**PLEASE TAKE NOTICE** that on February 28, 2025, Kelley Drye & Warren LLP ("Kelley Drye") filed its *Fifth Monthly Fee Application for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2025 Through and Including January 31, 2025* (the "Fifth Application").

**PLEASE TAKE FURTHER NOTICE** that objections to the Fifth Application, if any, must be filed with the Clerk of the Bankruptcy Court and be served upon the Application Recipients as defined in the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* (the "Interim Compensation Order")[1] so as to be received no later than **4:00 p.m. (prevailing Eastern Time) on March 21, 2025** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Fifth Application are filed, a hearing on the Fifth Application will be held before the Honorable J. Kate

---

[1] Docket No. 162.

17204959/1

Stickles at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware, 19801, at a date and time convenient to the Court.

**PLEASE TAKE FURTHER NOTICE** that Kelley Drye is not seeking payment of the fees and expenses requested in the Fifth Application at this time and will only seek payment pursuant to its final fee application filed in these cases.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND ACCORDING TO THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FIFTH APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 28, 2025

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
　　　　bkeilson@morrisjames.com
　　　　scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
　　　　kelliott@kelleydrye.com
　　　　abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*