## <u>EXHIBIT A</u>

**January Time**

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

February 12, 2025
Invoice No. 2922909

030319          Blink Committee
0001            Case Administration

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $0.00 |
| Disbursements and Other Charges: | $21.05 |

**Total Amount Due:**          **$21.05**

### Terms: Payment Due on or Before   March 14, 2025

### Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

February 12, 2025
Invoice No. 2922909

Client   030319
Matter 0001   Case Administration

Attorney: 05395     Page 1

**Other Charges:**

Discovery and Litigation Tech Services     $21.05

Total Other Charges for this Matter:     21.05

Total this Invoice     $21.05

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| --- | --- | --- |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0001
February 12, 2025
Page  2

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

February 12, 2025
Invoice No. 2922910

030319     Blink Committee
0003       Retention Matters

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $3,822.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$3,822.00** |

### Terms: Payment Due on or Before   March 14, 2025

### Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

February 12, 2025
Invoice No. 2922910

Client   030319
Matter 0003   Retention Matters

Attorney: 05395                                                                                  Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 01/16/25 | Confer (.2) and emails (.2) with K. Elliott (KDW) regarding conflicts. | ERW | 0.40 | $512.00 |
| 01/16/25 | Confer with E. Wilson (KDW) regarding conflicts. | KSE | 0.20 | 212.00 |
| 01/17/25 | Draft supplemental declaration in regards to Harvey Spivak. | JC | 1.80 | 1323.00 |
| 01/17/25 | Emails with K. Elliott regarding preparing a supplemental declaration for KDW retention application (.1); emails with J. Churchill regarding drafting same (.2). | AB | 0.30 | 262.50 |
| 01/21/25 | Review and edit draft supplemental declaration in support of Kelley Drye retention application (.4); email K. Elliott (KDW) regarding same (.1). | AB | 0.50 | 437.50 |
| 01/27/25 | Review (.1) and revise (.2) supplemental disclosure regarding H. Spevak (Equinox) engagement; email E. Wilson (KDW) (.1) and M. Lynch (KDW) (.1) regarding same. | KSE | 0.50 | 530.00 |
| 01/27/25 | Review supplemental Spivak declaration (.1); emails with K. Elliott (KDW) regarding same | ERW | 0.20 | 256.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0003
February 12, 2025
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | (.1). | | | |
| 01/30/25 | Emails with K. Elliott (KDW) on next steps regarding supplemental declaration. | JC | 0.10 | 73.50 |
| 01/31/25 | Email local counsel regarding filing of supplemental declaration in support of KDW retention. | AB | 0.10 | 87.50 |
| 01/31/25 | Emails with M. Lynch and K. Elliott (both KDW) regarding Spivak declaration. | ERW | 0.10 | 128.00 |
| Total Services for this Matter: | | | | 3,822.00 |
| Total this Invoice | | | | $3,822.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0003
February 12, 2025
Page  3

---

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| AB | Barajas, Andres | 0.90 | 875.00 | $787.50 |
| ERW | Wilson, Eric | 0.70 | 1,280.00 | 896.00 |
| JC | Churchill, John | 1.90 | 735.00 | 1,396.50 |
| KSE | Elliott, Kristin S | 0.70 | 1,060.00 | 742.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

<u>ABA #</u>█████

<u>SWIFT CODE:</u>██████

<u>ACCOUNT NAME:</u>KELLEY DRYE & WARREN LLP

<u>ACCOUNT #</u>█████

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

February 12, 2025
Invoice No. 2922911

030319        Blink Committee
0004          Fee Matters

## Account Summary And Remittance Form

Legal Services:                                                          $21,413.00

Disbursements and Other Charges:                                              $0.00

**Total Amount Due:**                                                  **$21,413.00**

## Terms: Payment Due on or Before   March 14, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

February 12, 2025
Invoice No. 2922911

Client   030319
Matter 0004   Fee Matters

---

Attorney: 05395                                                                                           Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 01/07/25 | Review/approve CNO for monthly fee statement; email with Morris James regarding same. | KSE | 0.10 | $106.00 |
| 01/07/25 | Emails to K. Elliott (KDW) and D. Depta (MJ) regarding fee applications (.1); review CNO (.1). | ERW | 0.20 | 256.00 |
| 01/08/25 | Emails with debtors/lenders (.2) and Morris James (.1) to obtain consents required for CNO for UCC's interim fee applications; revise CoC for interim applications (.4); revise proposed order   (.3); email with A. Barajas (KDW) to finalize same (.2). | KSE | 1.20 | 1272.00 |
| 01/08/25 | Emails with Morris James regarding preparing certificate of counsel for UCC professionals' interim fee applications (.2); review and provide edits to draft CoC (.2) and email K. Elliott (KDW) regarding same (.1); emails with K. Elliott (KDW) regarding debtors' and Varagon's comments to CoC and interim order (.2); edit draft proposed interim fee application | AB | 0.90 | 787.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
February 12, 2025
Page  2

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | order to incorporate Varagon and Debtors' comments (.2). | | | |
| 01/08/25 | Further review of prebills for reasonableness preparatory to December fee statement. | ERW | 0.50 | 640.00 |
| 01/09/25 | Review YC fifth fee statement (.1); emails with D. Depta (MJ) regarding fee statements (.1); continue review November prebills for reasonableness preparatory to December statement (.4). | ERW | 0.60 | 768.00 |
| 01/09/25 | Confer with A. Barajas (KDW) regarding interim fee application order. | CC | 0.10 | 78.50 |
| 01/09/25 | Make additional edit to draft certificate of counsel for proposed order granting interim fee applications (.2); email K. Elliott (KDW) regarding same (.1); email debtors and prepetition lender counsel regarding draft CoC and proposed order granting interim fee applications (.1); email Morris James and Dundon regarding same (.1); coordinate with Morris James on filing certificate of counsel (.1). | AB | 0.60 | 525.00 |
| 01/10/25 | Calls (2x) with S. Greecher (YCST) regarding interim fee payments (.2); email with E. Wilson (KDW) regarding same (.1). | KSE | 0.30 | 318.00 |
| 01/10/25 | Emails with K. Elliott (KDW) regarding fee application, pro ration (.2); cross-reference DIP order (.1). | ERW | 0.30 | 384.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
February 12, 2025
Page  3

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 01/13/25 | Instruction to C. Choe (KDW) regarding December fee statement (.2); emails with E. Monzo (MJ) and K. Elliott (KDW) regarding UST fee inquiry (.3). | ERW | 0.50 | 640.00 |
| 01/13/25 | Review November invoices (.1); instruction to J. Churchill (KDW) on next steps (.1). | CC | 0.20 | 157.00 |
| 01/13/25 | Review court's questions regarding interim fee applications (.2); email E. Wilson (KDW) regarding same (.1). | KSE | 0.30 | 318.00 |
| 01/14/25 | Update fee application worksheet from November invoices (2.5); begin drafting November (third) fee statement (2.3). | JC | 4.80 | 3528.00 |
| 01/14/25 | Emails with J. Churchill and A. Barajas (both KDW) regarding November monthly fee application and payment of outstanding invoices. | CC | 0.20 | 157.00 |
| 01/14/25 | Emails with K. Elliott (KDW) regarding Kelley Drye's response to Court's inquiry of its fees (.2); email Dundon and Morris James regarding same (.1); review and provide edits to draft certificate of counsel regarding revised proposed order (.3). | AB | 0.60 | 525.00 |
| 01/15/25 | Emails with accounting regarding fee payment history. | JC | 0.10 | 73.50 |
| 01/15/25 | Review interim compensation order for UCC professionals (.1); email J. Churchill (KDW) regarding next steps (.1); communications with | CC | 0.40 | 314.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
February 12, 2025
Page  4

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | A. Barajas (KDW) regarding next steps (.2). | | | |
| 01/16/25 | Review Moelis regarding fifth monthly fee application. | ERW | 0.10 | 128.00 |
| 01/21/25 | Reconcile Jan 17 payment against interim fee order (.5); emails with A. Barajas regarding difference (.2). | JC | 0.70 | 514.50 |
| 01/21/25 | Emails with A. Barajas and J. Churchill (both KDW) regarding payment of interim fee amounts and next steps. | CC | 0.20 | 157.00 |
| 01/21/25 | Review of December prebills preparatory to January statement for reasonableness. | ERW | 0.50 | 640.00 |
| 01/22/25 | Emails with C. Choe (KDW) regarding November fee statement (.1); updates to fee application narratives (1.0); updates to prior fee application chart for carve out (.3). | JC | 1.40 | 1029.00 |
| 01/22/25 | Emails with J. Churchill and K. Elliott (both KDW) regarding the November monthly fee statement and December invoices. | CC | 0.20 | 157.00 |
| 01/23/25 | Compile December invoices for fee application exhibits (.2); edits to fee application narratives (2.0). | JC | 2.20 | 1617.00 |
| 01/24/25 | Begin review of November invoices and fee calculations (1.2); start review of narratives and revisions to same (2.1); finalize and email to K. Elliott and J. Churchill (both KDW) regarding same (.2). | CC | 3.50 | 2747.50 |
| 01/27/25 | Emails with J. Churchill (KDW) on next steps | CC | 0.20 | 157.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
February 12, 2025
Page  5

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | for November monthly fee application and coordinating with debtors regarding same. | | | |
| 01/28/25 | Emails with J. Churchill (KDW) regarding fee applications for committee professionals and next steps. | CC | 0.30 | 235.50 |
| 01/28/25 | Emails with C. Choe (KDW) (.1); S. Cerra (MJ) (.1) and P. Hurwitz (Dundon) (.1) regarding November fee applications. | JC | 0.30 | 220.50 |
| 01/29/25 | Review of December invoices for input into fee worksheet (1.5); discussion with C. Choe (KDW) on December fee application (.1). | JC | 1.60 | 1176.00 |
| 01/29/25 | Review November invoices and expense statement exhibits for editing KDW's third monthly fee application (.2); review and edit KDW third monthly application (.9); call with C. Choe (KDW) regarding inquiry for same (.1); draft email to K. Elliott (KDW) with edits to KDW's third monthly fee application and question regarding same (.1). | AB | 1.30 | 1137.50 |
| 01/29/25 | Call with A. Barajas (KDW) regarding November monthly fee application. | CC | 0.10 | 78.50 |
| 01/30/25 | Confer with K. Elliott (KDW) regarding additional edits required for draft third monthly fee application (.1); email J. Churchill (KDW) regarding same (.1). | AB | 0.20 | 175.00 |
| 01/31/25 | Update to November fee statement based on A. Barajas (KDW) comments. | JC | 0.30 | 220.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
February 12, 2025
Page  6

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 01/31/25 | Review J. Churchill's (KDW) edits to draft third monthly fee application incorporating K. Elliott's (KDW) comments (.1) and make additional edits (.1). | AB | 0.20 | 175.00 |
| | Total Services for this Matter: | | | 21,413.00 |
| | Total this Invoice | | | $21,413.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
February 12, 2025
Page  7

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 3.80 | 875.00 | $3,325.00 |
| CC | Choe, Connie | 5.40 | 785.00 | 4,239.00 |
| ERW | Wilson, Eric | 2.70 | 1,280.00 | 3,456.00 |
| JC | Churchill, John | 11.40 | 735.00 | 8,379.00 |
| KSE | Elliott, Kristin S | 1.90 | 1,060.00 | 2,014.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME: KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

February 12, 2025
Invoice No. 2922912

030319        Blink Committee
0010          Plan and Disclosure Statement

## Account Summary And Remittance Form

Legal Services:                                          $28,378.50

Disbursements and Other Charges:                          $0.00

**Total Amount Due:**                                **$28,378.50**

## Terms: Payment Due on or Before   March 14, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:   JP MORGAN CHASE, N.A.**

**ABA #:** ▮▮▮▮▮▮

**SWIFT CODE:** ▮▮▮▮▮▮

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:** ▮▮▮▮▮

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

February 12, 2025
Invoice No. 2922912

Client   030319
Matter 0010   Plan and Disclosure Statement

---

Attorney: 05395                                                                 Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/06/25 | Further review (.4) and revisions (.5) to draft plan administrator agreement; update E. Wilson regarding same (.3); call with D. Kane (KDW) to discuss her comments to plan administrator agreement (.4); revise agreement per D. Kane comments (1.1); email Dundon regarding the comments (.2); email debtors regarding same (.1); call with YCST (Greecher, Mielke) regarding plan comments, plan administrator agreement and number of post-effective date debtors requring wind down (.3). | KSE | 3.30 | $3498.00 |
| 01/06/25 | Calls with K. Elliott (KDW) regarding UCC plan comments in advance of call with YCST. | AB | 0.20 | 175.00 |
| 01/06/25 | Confer with K. Elliott (KDW) preparatory to today's call regarding plan revisions (.3); cross-reference plan (.2), administrator agreement (.5); outline open items (.2); emails with K. Elliott (KDW) and S. Greecher (YC) regarding same (.2); review KDW (.2) and YC | ERW | 1.80 | 2304.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
February 12, 2025
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | (.2) revisions to administrator agreement. | | | |
| 01/06/25 | Review Plan Administration Agreement (.8); call with K. Elliott regarding my comments thereto (.4). | DPK | 1.20 | 1134.00 |
| 01/07/25 | Call with K. Elliott (KDW) regarding YCST Plan Administration Agreement comment. | DPK | 0.20 | 189.00 |
| 01/07/25 | Review debtors/lenders' additional comments to plan administrator agreement   (.2); draft responsive comments (.2) and discuss implications with D. Kane (KDW) (.2); email P. Hurwitz (Dundon) regarding same (.1). | KSE | 0.70 | 742.00 |
| 01/07/25 | Review various iterations of further revised administrator agreement (.2) and draft confirmation order (.3); emails with S. Greecher (YC) P. Hurwitz (DA) and K. Elliott (KDW) regarding same (.1). | ERW | 0.60 | 768.00 |
| 01/07/25 | Review debtors' draft second amended plan and compare to KDW's comments to prior version of plan. | AB | 0.40 | 350.00 |
| 01/08/25 | Call with A. Barajas (KDW) and P. Hurwitz (Dundon) regarding plan administrator agreement and duties (.8); revise plan administrator agreement (.2); email exchange with debtors regarding revisions (.2); review debtors' further changes to plan (.2); confer with A. Barajas regarding same (.2); emails regarding liquidating trustee provisions in draft | KSE | 1.70 | 1802.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
February 12, 2025
Page  3

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | confirmation order (.1). | | | |
| 01/08/25 | Brief review of plan supplement. | JC | 0.20 | 147.00 |
| 01/08/25 | Review draft plan administrator agreement for markup of draft confirmation order (.4); review and provide comments to debtors' draft confirmation order (.9); call with P. Hurwitz (Dundon) and K. Elliott (KDW) regarding debtors' updated draft plan administrator agreement (.8); follow up call with K. Elliott (KDW) regarding next steps for review of plan administrator agreement (.2); emails with D. Kane (KDW) regarding paragraph in debtor's draft confirmation order relating to Delaware liquidating trust law (.1). | AB | 2.40 | 2100.00 |
| 01/08/25 | Further emails with S. Greecher (YC) and K. Elliott (KDW) regarding plan administrator agreement (.2); review further revised agreement (.2); review as filed plan supplement (2); review revised confirmation order (3); emails with J. Churchill (KDW) regarding same (1). | ERW | 1.00 | 1280.00 |
| 01/08/25 | Consider application of Delaware LLC Act as referenced in the draft confirmation Order. | DPK | 0.30 | 283.50 |
| 01/09/25 | Edit markup of debtors' draft confirmation order to incorporate D. Kane's (KDW) comments (.1); email comments to draft confirmation order to K. Elliott (KDW) (.1). | AB | 0.20 | 175.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
February 12, 2025
Page  4

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/12/25 | Incorporate K. Elliott's (KDW) comments into draft confirmation order (.4); draft email to P. Hurwitz (Dundon Advisers) regarding debtors' draft confirmation order (.1). | AB | 0.50 | 437.50 |
| 01/13/25 | Email UCC's comments to debtors' draft confirmation order and second amended plan to debtors' counsel (.1); emails with debtors' regarding service of effective date notice (.2). | AB | 0.30 | 262.50 |
| 01/13/25 | Review revised confirmation order (.2); email traffic with A. Barajas (KDW) regarding same (.2). | ERW | 0.40 | 512.00 |
| 01/14/25 | Confer with K. Elliott (KDW) regarding plan administrator issues budget. | ERW | 0.20 | 256.00 |
| 01/14/25 | Review US Trustee's comments to debtors' plan administrator agreement (.1); call with K. Elliott (KDW) regarding same (.1); email D. Kane (KDW) regarding UST's comments (.1); email P. Hurwitz (Dundon) regarding same (.1). | AB | 0.40 | 350.00 |
| 01/15/25 | Address UST comments to Plan Administrative agreements. | DPK | 0.20 | 189.00 |
| 01/16/25 | Email from J. Churchill (KDW) regarding voting results (.1); review same (.1); confer (.2) and email (.1) to K. Elliott (KDW) regarding same, plan administrator and budget concerns. | ERW | 0.50 | 640.00 |
| 01/16/25 | Confer with E. Wilson (KDW) regarding administrator agreement. | KSE | 0.20 | 212.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
February 12, 2025
Page 5

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
| --- | --- | --- | --- | --- |
| 01/16/25 | Review tabulation of plan voting results. | JC | 0.20 | 147.00 |
| 01/17/25 | Review transcript and plan from precedent bankruptcy case regarding Judge Stickles comments to plan administrator agreement indemnity provision (.3); call with K. Elliott (KDW) regarding debtors' proposed response to US Trustee's comments to plan administrator agreement (.2); email P. Hurwitz (Dundon) regarding outreach to U.S. Trustee (.1); email debtors' counsel regarding same (.1); email U.S. Trustee's office to schedule call regarding its comments to plan administrator agreement (.1). | AB | 0.80 | 700.00 |
| 01/20/25 | Review redlines of debtors' latest draft confirmation order and plan against Committee's drafts (.2); draft email to K. Elliott (KDW) regarding same (.2). | AB | 0.40 | 350.00 |
| 01/21/25 | Call with B. Hackman (US Trustee) regarding US Trustee's comments to draft plan administrator agreement (.2); follow up call with K. Elliott (KDW) regarding Plan Administrator agreement, debtors' revised draft plan, and debtors' revised draft confirmation order (.2); emails with P. Hurwitz (Dundon) regarding US Trustee's comments to plan administrator agreement (.2); email B. Hackman (UST) regarding U.S. Trustee's | AB | 0.90 | 787.50 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
February 12, 2025
Page  6

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | comments to plan administrator agreement (.2); email debtors' regarding same (.1). | | | |
| 01/21/25 | Confer with A. Barajas (KDW) regarding open language points on plan documents. | KSE | 0.20 | 212.00 |
| 01/21/25 | Review revised confirmation order (.2), plan (.2); emails with S. Greecher (YC), A. Yager (KM), A. Barajas and K. Elliott (both of KDW) regarding same (.2). | ERW | 0.60 | 768.00 |
| 01/22/25 | Emails to finalize plan documents with debtors and lender (.1); high-level review of UST limited objection to plan (.1); email (.1) and call (.4) with A. Barajas (KDW) regarding same. | KSE | 0.70 | 742.00 |
| 01/22/25 | Review of UST objection to plan and plan supplement (.3); review of landlord objection to plan (.2). | JC | 0.50 | 367.50 |
| 01/22/25 | Email debtors' counsel regarding revised plan and revised confirmation order (.1); review U.S. Trustee's plan objection (.2); call with K. Elliott (KDW) regarding U.S. Trustee's objection (.4); begin review of landlords plan objection (.1). | AB | 0.80 | 700.00 |
| 01/22/25 | Review UST plan Jamaica Avenue (.1) and plan objection (.1); email with J. Churchill and K. Elliott (both of KDW) regarding same (.2). | ERW | 0.40 | 512.00 |
| 01/23/25 | Emails with S. Greecher (YCST) regarding US Trustee's limited plan objection (.1); email K. | AB | 0.20 | 175.00 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
February 12, 2025
Page 7

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | Elliott (KDW) regarding same (.1). | | | |
| 01/27/25 | Confer with K. Elliott (KDW) regarding confirmation hearing (.1); email P. Hurwitz (Dundon) regarding information needed for updated draft of plan administrator agreement (.1). | AB | 0.20 | 175.00 |
| 01/28/25 | Follow up email to P. Hurwitz (Dundon) regarding plan administrator agreement and wind-down budget. | AB | 0.10 | 87.50 |
| 01/29/25 | Call with P. Hurwitz (Dundon) regarding Plan Administrator Agreement and wind-down budget. | AB | 0.10 | 87.50 |
| 01/30/25 | Meet with A. Barajas (KDW) to prepare for confirmation hearing (.6); analyze issues regarding confidentiality of plan administrator compensation (.3); call with E. Wilson (KDW) regarding administrator issues (.3); call with B. Kielson (Morris James) (.2) and correspondence with A. Barajas (.2) regarding same. | KSE | 1.60 | 1696.00 |
| 01/30/25 | Meeting with K. Elliott (KDW) regarding preparations for confirmation hearing (.6); calls with P. Hurwitz (Dundon) regarding plan administrator compensation (.1); call with S. Greecher (YCST) regarding confidentiality of plan administrator compensation (.1); call with K. Elliott (KDW) re same (.2); edit draft plan | AB | 1.10 | 962.50 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
February 12, 2025
Page  8

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | administrator agreement to implement plan administrator compensation terms (.1). | | | |
| 01/30/25 | Confer with P. Hurwitz (PA) (.3) and K. Elliott (KDW) (.3); regarding plan administrator issues; emails with S. Greecher (YC), P. Hurwitz (PA), A. Barajas and K. Elliott (both KDW) regarding same (.4). | ERW | 1.00 | 1280.00 |
| 01/31/25 | Review of blackline to second amended plan (.5), Shenker Declaration ISO of Plan (.1), proposed confirmation order (.3), memo of law ISO confirmation (.1). | JC | 1.00 | 735.00 |
| 01/31/25 | Emails with S. Cerra (Morris James) regarding logistics for attending plan confirmation hearing. | AB | 0.10 | 87.50 |
| Total Services for this Matter: | | | | 28,378.50 |
| Total this Invoice | | | | $28,378.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
February 12, 2025
Page  9

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 9.10 | 875.00 | $7,962.50 |
| DPK | Kane, Dana P | 1.90 | 945.00 | 1,795.50 |
| ERW | Wilson, Eric | 6.50 | 1,280.00 | 8,320.00 |
| JC | Churchill, John | 1.90 | 735.00 | 1,396.50 |
| KSE | Elliott, Kristin S | 8.40 | 1,060.00 | 8,904.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #██████

SWIFT CODE:██████

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #██████

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | AFFILIATE OFFICE: |
|---|---|---|
| WASHINGTON | NEW YORK | MUMBAI, INDIA |
| LOS ANGELES | STAMFORD | |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

February 12, 2025
Invoice No. 2922913

030319       Blink Committee
0011          Committee and Creditor Communications

## Account Summary And Remittance Form

Legal Services:                                  $2,900.50

Disbursements and Other Charges:        $0.00

**Total Amount Due:**               **$2,900.50**

## Terms: Payment Due on or Before   March 14, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   **JP MORGAN CHASE, N.A.**
**ABA #:**   ████████
**SWIFT CODE:**   ████████
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ████████
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

February 12, 2025
Invoice No. 2922913

Client   030319
Matter 0011   Committee and Creditor Communications

---

Attorney: 05395                                                      Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 01/16/25 | Review and comment on committee update (.1); instruction to A. Barajas (KDW) (.1). | ERW | 0.20 | $256.00 |
| 01/17/25 | Confer with K. Elliott (KDW) regarding disclosure supplement, committee update and plan administrator issues. | ERW | 0.30 | 384.00 |
| 01/17/25 | Call with E. Wilson (KDW) regarding committee update. | KSE | 0.30 | 318.00 |
| 01/17/25 | Draft Committee update email regarding debtors' chapter 11 plan (.1); incorporate K. Elliott's (KDW) edits to same and email Committee (.1). | AB | 0.20 | 175.00 |
| 01/23/25 | Review (.1) and revise (.1) update on plan objections. | KSE | 0.20 | 212.00 |
| 01/23/25 | Draft email update to Committee regarding UST and landlord limited objections and next steps (.6); edit email update to incorporate K. Elliott's (KDW) comments (.2); email Committee update regarding plan objections (.1). | AB | 0.90 | 787.50 |
| 01/23/25 | Instruction to A. Barajas (KDW) regarding | ERW | 0.20 | 256.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
February 12, 2025
Page  2

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | committee update (.1); review and release update (.1). | | | |
| 01/27/25 | Emails with K. Elliott (KDW) regarding plan administrator issues (.2); confer with P. Hurwitz (DA) regarding same (.2). | ERW | 0.40 | 512.00 |
| | Total Services for this Matter: | | | 2,900.50 |
| | Total this Invoice | | | $2,900.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
February 12, 2025
Page  3

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|------------|-------|------|--------|
| AB | Barajas, Andres | 1.10 | 875.00 | $962.50 |
| ERW | Wilson, Eric | 1.10 | 1,280.00 | 1,408.00 |
| KSE | Elliott, Kristin S | 0.50 | 1,060.00 | 530.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

February 12, 2025
Invoice No. 2922914

030319      Blink Committee
0013        Court Hearings

## Account Summary And Remittance Form

Legal Services:                                         $2,942.00

Disbursements and Other Charges:                            $0.00

**Total Amount Due:**                                  **$2,942.00**

## Terms: Payment Due on or Before   March 14, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**  JP MORGAN CHASE, N.A.
**ABA #:** ▓▓▓▓▓▓
**SWIFT CODE:** ▓▓▓▓▓▓
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▓▓▓▓
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

February 12, 2025<br>Invoice No. 2922914

Client   030319
Matter 0013   Court Hearings

---

Attorney: 05395                                                                     Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 01/10/25 | Call with K. Elliott (KDW) regarding logistics for court's hearing on UCC interim fee applications. | AB | 0.10 | $87.50 |
| 01/10/25 | Review notice for upcoming omnibus hearings. | CC | 0.10 | 78.50 |
| 01/13/25 | Email with Morris James (.2) and call with A. Barajas (KDW) regarding hearing on interim fee applications (.1). | KSE | 0.30 | 318.00 |
| 01/13/25 | Review of notice of agenda for Jan 15 hearing. | JC | 0.10 | 73.50 |
| 01/13/25 | Email debtors' counsel regarding agenda for fee hearing (.1); email Dundon Advisors regarding Court's inquiries to its fee application in advance of fee hearing (.1); emails with K. Elliott (KDW) regarding Court's inquiries to KDW's fee applications (.1); email Morris James regarding responses to Court's inquiries and hearing logistics (.1). | AB | 0.40 | 350.00 |
| 01/13/25 | Review agenda (.1); emails with K. Elliott (KDW) and E. Monzo (MJ) regarding same (.1). | ERW | 0.20 | 256.00 |
| 01/14/25 | Prepare files for fee application hearing. | JC | 0.30 | 220.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
February 12, 2025
Page  2

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 01/14/25 | Follow up email to Morris James regarding fee hearing logistics (.1); email J. Churchill (KDW) regarding compiling preparation materials for court's fee hearing (.1). | AB | 0.20 | 175.00 |
| 01/14/25 | Confer with K. Elliott (KDW) regarding cancellation of tomorrow's hearing (.1); review amended agenda (.1). | ERW | 0.20 | 256.00 |
| 01/27/25 | Email E. Wilson (.1) and A. Barajas (.1) (both KDW) on coverage for confirmation hearing. | KSE | 0.20 | 212.00 |
| 01/28/25 | Emails to K. Elliott (KDW) regarding confirmation hearing (.2); cross-reference plan (.3). | ERW | 0.50 | 640.00 |
| 01/30/25 | Review omnibus hearing notice. | JC | 0.10 | 73.50 |
| 01/30/25 | Confer with K. Elliott (KDW) regarding supplemental declaration and confirmation hearing. | ERW | 0.10 | 128.00 |
| 01/31/25 | Review of notice of agenda for confirmation hearing. | JC | 0.10 | 73.50 |
| Total Services for this Matter: | | | | 2,942.00 |
| Total this Invoice | | | | $2,942.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client    030319
Matter 0013
February 12, 2025
Page  3

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 0.70 | 875.00 | $612.50 |
| CC | Choe, Connie | 0.10 | 785.00 | 78.50 |
| ERW | Wilson, Eric | 1.00 | 1,280.00 | 1,280.00 |
| JC | Churchill, John | 0.60 | 735.00 | 441.00 |
| KSE | Elliott, Kristin S | 0.50 | 1,060.00 | 530.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

 JP MORGAN CHASE, N.A.

ABA #

SWIFT CODE:

ACCOUNT NAME:KELLEY DRYE & WARREN LLP

ACCOUNT #

PLEASE INDICATE CLIENT, MATTER AND

INVOICE NUMBER AS PAYMENT REFERENCE