# EXHIBIT B

**Expenses**

17204959/1

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: February 12, 2025 09:12:03     DATE THRU: January 31, 2025     Page: 2
**Billing Timekeeper: 05395 - Wilson, Eric**     **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1931394     FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 08141 | Howard , M.W. | 12/31/24 | KLDiscovery Invoice #1001000060911 on 12/31/2024.KLDiscovery Invoice #1001000060911 on 12/31/2024 for Active Hosting - Relativity for December 2024./ **Discovery and Litigation Tech Services** | 21.05 | H  T  W | 8948621 |
| | | | **Totals:** | **$21.05** | | |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: February 12, 2025 09:12:03　　　　DATE THRU: January 31, 2025　　　　Page: 4
**Billing Timekeeper: 05395 - Wilson, Eric**　　　　　　　　　　　　**Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1931394　　　　　　　　　　　　　　　　　　　　　　　　　FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

| | Other Charges Summary | Amount | Disp |
|---|---|---|---|
| 000278 | Discovery and Litigation Tech Services | 21.05 | H  T  W |
| | **Total** | **21.05** | |