**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: March 21, 2025 at 4:00 p.m.  (ET) |

**NOTICE OF FIFTH MONTHLY APPLICATION OF MORRIS JAMES LLP, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

**PLEASE TAKE NOTICE** that on February 28, 2025, Morris James LLP filed its Fifth Monthly Application (the "Application") seeking compensation for services rendered and reimbursement of expenses incurred as Delaware Counsel to the Official Committee of Unsecured Creditors appointed in the above-referenced bankruptcy case (the "Committee") for the period from January 1, 2025 through January 31, 2025 with the United States Bankruptcy Court for the District of Delaware (the "Court").

If you object to the relief sought by the Application, you are required to file a response to the Application, on or before **March 21, 2025 at 4:00 p.m.  (ET)**. At the same time, you must also serve a copy of the response upon undersigned counsel to the Committee.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF THE EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE INTERIM COMPENSATION ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17190872/1

| | |
|---|---|
| Dated: February 28, 2025 | **MORRIS JAMES LLP** |
| | */s/ Siena B. Cerra* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar No. 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| |        bkeilson@morrisjames.com |
| |        scerra@morrisjames.com |
| | -and- |
| | **KELLEY DRYE & WARREN LLP** |
| | Eric R. Wilson, Esq. (admitted *pro hac vice*) |
| | Kristin S. Elliott, Esq. (admitted *pro hac vice*) |
| | Andres Barajas, Esq. (admitted *pro hac vice*) |
| | 3 World Trade Center |
| | New York, NY 10007 |
| | Telephone: (212) 808-7800 |
| | Facsimile: (212) 808-7897 |
| | E-mail: ewilson@kelleydrye.com |
| |        kelliott@kelleydrye.com |
| |        abarajas@kelleydrye.com |
| | *Counsel to the Official Committee of Unsecured Creditors* |