# EXHIBIT A

## Compensation By Category – Fifth Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B110 Case Administration | 4.00 | $2,405.50 |
| B150 Meetings/Communications with Committee and/or Creditors | 0.30 | $255.00 |
| B170 Fee Applications (MJ) | 4.20 | $2,144.50 |
| B175 Fee Applications (Others) | 8.30 | $4,842.00 |
| B320 Plan and Disclosure Statement | 5.00 | $4,265.50 |
| **Totals** | **21.80** | **$13,552.50** |

## Timekeeper Summary – Fifth Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | $905.00 | 3.80 | $3,439.00 |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Partner in Bankruptcy Department since 2019 | $850.00 | 6.70 | $5,695.00 |
| Siena B. Cerra | Member of the Delaware Bar since 2023; Associate in Bankruptcy Department since 2023 | $425.00 | 1.70 | $722.50 |
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | $385.00 | 2.10 | $808.50 |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | $385.00 | 7.50 | $2,887.50 |
| | | **Totals** | **21.80** | **$13,552.50** |
| | **Blended Rate $621.67** | | | |

# Morris James LLP

500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750
Federal Tax I.D. 51-0023480

Official Committee of Unsecured Creditors of Blink Holdings, Inc.
Committee Chairperson: Christie Draves
christie.draves@johnsonfit.com
Johnson Health Tech North America, Inc.
1600 Landmark Drive
Cottage Grove, WI  53527

February 20, 2025
Invoice 612895

| | |
|---|---|
| Matter Name: | Blink Holdings, Inc., Case No. 24-11686 (JKS) |
| Matter Number: | 144585-0001 |
| Attorney: | Eric J. Monzo |

**For Professional Services through January 31, 2025**

| | |
|---|---:|
| Fees | $13,552.50 |
| Disbursements | $488.50 |
| **Total Charges** | **$14,041.00** |

### Fee Recap

| | | Hours | Rate/Hours | Amount |
|---|---|---:|---:|---:|
| Brya M. Keilson | Partner | 6.70 | 850.00 | 5,695.00 |
| Eric J. Monzo | Partner | 3.80 | 905.00 | 3,439.00 |
| Siena B. Cerra | Associate | 1.70 | 425.00 | 722.50 |
| Douglas J. Depta | Paralegal | 7.50 | 385.00 | 2,887.50 |
| Stephanie A. Lisko | Paralegal | 2.10 | 385.00 | 808.50 |
| | **Totals** | **21.80** | | **13,552.50** |

Matter Number:  144585-0001
02/20/25
Page 2

## Services by Task Code

|  |  | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 4.00 | 2,045.50 |
| B150 | Meetings/Communications with Committee and/or Creditors | 0.30 | 255.00 |
| B170 | Fee Applications (MJ) | 4.20 | 2,144.50 |
| B175 | Fee Applications (Others) | 8.30 | 4,842.00 |
| B320 | Plan and Disclosure Statement | 5.00 | 4,265.50 |
|  | **Totals** | **21.80** | **$13,552.50** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110 Case Administration** | | | | | |
| 01/09/25 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 385.00 | 77.00 |
| 01/13/25 | SBC | Review January 15 hearing agenda (.1); discuss same with KDW and MJ teams (.1). | 0.20 | 425.00 | 85.00 |
| 01/13/25 | SAL | Review agenda for January 15 hearing and update critical dates. | 0.10 | 385.00 | 38.50 |
| 01/13/25 | DJD | Register group for Jan 15 hearing and emails with chambers and KDW re remote appearance. | 0.30 | 385.00 | 115.50 |
| 01/13/25 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 385.00 | 77.00 |
| 01/14/25 | EJM | Review hearing notice and agenda canceling hearing. | 0.10 | 905.00 | 90.50 |
| 01/14/25 | SAL | Emails with B. Keilson re January 15 hearing. | 0.10 | 385.00 | 38.50 |
| 01/15/25 | SBC | Review amended hearing agenda (.1); emails with KDW and MJ teams re same (.1). | 0.20 | 425.00 | 85.00 |
| 01/15/25 | SAL | Review amended agenda cancelling January 15 hearing, email B. Keilson re same, and update case calendar. | 0.10 | 385.00 | 38.50 |
| 01/15/25 | SAL | Review relevant pleadings filed and update case folder. | 0.10 | 385.00 | 38.50 |
| 01/21/25 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 385.00 | 77.00 |
| 01/23/25 | SAL | Review relevant pleadings filed and update case folder. | 0.20 | 385.00 | 77.00 |
| 01/28/25 | DJD | Coordinate needs for hearing Feb 4. | 0.20 | 385.00 | 77.00 |
| 01/31/25 | SAL | Review and circulate agenda for February 4 hearing, register appearances, and update case calendar. | 0.10 | 385.00 | 38.50 |
| 01/31/25 | SAL | Emails with S. Cerra and E. Hockenberger re logistics for February 4 hearing. | 0.20 | 385.00 | 77.00 |
| 01/31/25 | SAL | Begin preparing materials for February 4 hearing. | 0.20 | 385.00 | 77.00 |
| 01/31/25 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 385.00 | 77.00 |
| 01/31/25 | EJM | Emails internally re needs for plan confirmation hearing. | 0.10 | 905.00 | 90.50 |
| 01/31/25 | EJM | Review Order scheduling hearings. | 0.10 | 905.00 | 90.50 |
| 01/31/25 | BMK | Emails with co-counsel and S. Cerra regarding upcoming hearing. | 0.70 | 850.00 | 595.00 |
| 01/31/25 | SBC | Emails with KDW and MJ teams re hearing preparation | 0.20 | 425.00 | 85.00 |

Matter Number: 144585-0001
02/20/25
Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and materials. | | | |
| | | **Task Code Subtotal** | **4.00** | | **2,045.50** |
| **B150 Meetings/Communications with Committee and/or Creditors** | | | | | |
| 01/17/25 | BMK | Emails with co-counsel and committee regarding updates. | 0.30 | 850.00 | 255.00 |
| | | **Task Code Subtotal** | **0.30** | | **255.00** |
| **B170 Fee Applications (MJ)** | | | | | |
| 01/03/25 | DJD | Draft CNO re second monthly application. | 0.30 | 385.00 | 115.50 |
| 01/07/25 | DJD | File CNO re second monthly application, circulate, and update case folder. | 0.30 | 385.00 | 115.50 |
| 01/10/25 | DJD | Review and update Dec invoice and emails internally re same. | 0.90 | 385.00 | 346.50 |
| 01/15/25 | DJD | Review committee fee order, circulate, and emails internally re same. | 0.20 | 385.00 | 77.00 |
| 01/28/25 | DJD | Update third monthly application and emails with co-counsel and internally re same. | 0.50 | 385.00 | 192.50 |
| 01/28/25 | SBC | Review third monthly fee application (.3); emails with KDW and MJ teams re same (.1). | 0.40 | 425.00 | 170.00 |
| 01/28/25 | BMK | Emails with D. Depta regarding fee application (.4); review draft (.7). | 1.10 | 850.00 | 935.00 |
| 01/28/25 | SAL | Email from D. Depta re November monthly fee application and review same. | 0.10 | 385.00 | 38.50 |
| 01/29/25 | DJD | Begin drafting fourth monthly application. | 0.40 | 385.00 | 154.00 |
| | | **Task Code Subtotal** | **4.20** | | **2,144.50** |
| **B175 Fee Applications (Others)** | | | | | |
| 01/03/25 | DJD | Draft CNO re KDW second monthly application. | 0.30 | 385.00 | 115.50 |
| 01/03/25 | DJD | Draft CNO re Dundon second monthly application. | 0.30 | 385.00 | 115.50 |
| 01/07/25 | EJM | Review lender fee submission. | 0.10 | 905.00 | 90.50 |
| 01/07/25 | DJD | File CNO re KDW second monthly application, circulate, and update case folder. | 0.30 | 385.00 | 115.50 |
| 01/07/25 | DJD | File CNO re Dundon second monthly application, circulate, and update case folder. | 0.30 | 385.00 | 115.50 |
| 01/07/25 | BMK | Review draft CNOs and emails with D. Depta regarding finalizing same. | 0.90 | 850.00 | 765.00 |
| 01/08/25 | DJD | Draft CoC re committee interim applications, phone calls and emails with S. Cerra re same. | 1.40 | 385.00 | 539.00 |
| 01/08/25 | SBC | Discuss interim fee applications and related objection issue with KDW and MJ teams. | 0.40 | 425.00 | 170.00 |
| 01/09/25 | DJD | File CoC re committee fee applications, upload order, circulate, and update case folder. | 0.40 | 385.00 | 154.00 |
| 01/13/25 | DJD | Emails with E. Monzo and P. Hurwitz re Dundon interim application. | 0.50 | 385.00 | 192.50 |
| 01/13/25 | BMK | Emails with co-counsel and Debtors' counsel regarding fee hearing and updates. | 0.70 | 850.00 | 595.00 |
| 01/13/25 | EJM | Emails with co-counsel and financial advisor re court inquiry on fee applications. | 0.30 | 905.00 | 271.50 |
| 01/14/25 | DJD | Draft and file revised CoC re committee interim | 0.90 | 385.00 | 346.50 |

Matter Number:  144585-0001
02/20/25
Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | applications, review, chambers comments, upload order, circulate, and update case folder. | | | |
| 01/14/25 | BMK | Emails with Debtors' counsel and co-counsel regarding fee applications and hearing. | 0.90 | 850.00 | 765.00 |
| 01/14/25 | EJM | Emails with chambers, debtors and committee professionals re interim fees and hearing. | 0.50 | 905.00 | 452.50 |
| 01/30/25 | SAL | Emails with KDW re target to file monthly fee applications. | 0.10 | 385.00 | 38.50 |
| | | **Task Code Subtotal** | **8.30** | | **4,842.00** |

**B320 Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/08/25 | EJM | Review amended disclosure statement and plan. | 0.60 | 905.00 | 543.00 |
| 01/22/25 | BMK | Review recently filed pleadings relating to confirmation. | 0.90 | 850.00 | 765.00 |
| 01/22/25 | SBC | Review US Trustee's plan objection. | 0.20 | 425.00 | 85.00 |
| 01/22/25 | SBC | Review landlords' plan objection. | 0.10 | 425.00 | 42.50 |
| 01/23/25 | BMK | Emails with co-counsel and committee regarding updates on Plan and review filed objections. | 1.20 | 850.00 | 1,020.00 |
| 01/23/25 | EJM | Review committee update and related filings re plan status. | 0.80 | 905.00 | 724.00 |
| 01/31/25 | EJM | Review plan supplement. | 0.30 | 905.00 | 271.50 |
| 01/31/25 | EJM | Review amended plan. | 0.40 | 905.00 | 362.00 |
| 01/31/25 | EJM | Review form of Order approving plan. | 0.50 | 905.00 | 452.50 |
| | | **Task Code Subtotal** | **5.00** | | **4,265.50** |
| | | **Sub-Total Fees:** | | | **13,552.50** |

**For Disbursements through January 31, 2025**

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 01/15/25 | Pacer Research | 300.90 |
| 01/17/25 | Pacer Research | 187.60 |
| **Total Disbursements** | | **488.50** |

| | |
|---|---|
| **Total Services and Disbursements this period** | **$14,041.00** |
| **Balance Due** | **$14,041.00** |