# **EXHIBIT B**

## **Summary of Expenses – Fifth Monthly Compensation Period**

|  | Total |
|---|---:|
| Pacer | $488.50 |
| **TOTAL**: | **$488.50** |

17190872/1