# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Fifth Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2025 through January 31, 2025,* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was competed via electronic mail on the parties listed on the attached service list.

/s/ Siena B. Cerra
Siena B. Cerra (DE Bar No. 7290)

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17190872/1

## Service List

| | |
|---|---|
| Steven Shenker<br>Scott Canna<br>c/o Triple P RTS, LLC,<br>300 North LaSalle, Suite 1420<br>Chicago, IL 60654<br>sshenker@pppllc.com<br>scanna@pppllc.com<br><br>*Debtors* | Peter P. Knight Katten, Esq.<br>Allison E. Yager, Esq.<br>Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661<br>peter.knight@katten.com<br>allison.yager@katten.com<br><br>and |
| Sean T. Greecher, Esq.<br>Allison S. Mielke, Esq.<br>Young Conaway Stargatt & Taylor, LLP,<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>sgreecher@ycst.com<br>amielke@ycst.com<br><br>*Counsel to the Debtors* | Curtis S. Miller, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>cmiller@morrisnichols.com<br><br>*Counsel to the DIP Agent* |
| Benjamin A. Hackman, Esq.<br>The Office of the United States Trustee<br>for the District of Delaware<br>J. Caleb Boggs Federal Building<br>844 North King Street, Suite 2207<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov<br><br>*United States Trustee* | |