# EXHIBIT A

## Compensation By Category – Fifth Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis | 3.70 | $3,387.00 |
| Other Professionals' Retention and Fee Applications | 0.50 | $480.00 |
| Plan and Disclosure Statement | 6.90 | $6,624.00 |
| Retention and Fee Applications | 0.60 | $576.00 |
| **Totals** | **11.70** | **$11,067.00** |

17204731/1

2

## **Timekeeper Summary – Fifth Monthly Compensation Period**

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Peter Hurwitz | Principal | $960.00 | 10.20 | $9,792.00 |
| Lee Rooney | Managing Director | $850.00 | 1.50 | $1,275.00 |
| | | **Totals** | **11.70** | **$11,067.00** |
| **Blended Rate $945.90** | | | | |

2

17204731/1

# Dundon Advisers LLC - Activity Type

Date Start: 1/1/2025 | Date End: 1/31/2025 | Clients: Blink Holdings | Users: | Matters: All | Activity Types: All | Group By: Activity Code

| Date | Client | Matter | Description | Billable Time | Billable Amount |
|---|---|---|---|---|---|
| **Business Analysis** | | | | | |
| **Lee Rooney** | | | | | |
| 01/30/2025 | Blink Holdings | UCC | Review and analyze latest estate budget, telecon P. Hurwitz re: same | 1.50 | $1,275.00 |
| | | | **Totals Amounts for User Lee Rooney** | **1.50** | **$1,275.00** |
| **Peter Hurwitz** | | | | | |
| 01/07/2025 | Blink Holdings | UCC | Review MOR ending November 20. | 0.50 | $480.00 |
| 01/30/2025 | Blink Holdings | UCC | Review and analyze latest estate budget, telecon L. Rooney re: same | 1.20 | $1,152.00 |
| 01/31/2025 | Blink Holdings | UCC | Review MOR ending December 31. | 0.50 | $480.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **2.20** | **$2,112.00** |
| | | | **Totals Amounts for Activity Type Business Analysis** | **3.70** | **$3,387.00** |
| **Other Professionals' Retention and Fee Applications** | | | | | |
| **Peter Hurwitz** | | | | | |
| 01/31/2025 | Blink Holdings | UCC | Review KDW supplemental declaration, tc KDW (A. Barajas) re: same | 0.50 | $480.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **0.50** | **$480.00** |
| | | | **Totals Amounts for Activity Type Other Professionals' Retention and Fee Applications** | **0.50** | **$480.00** |
| **Plan and Disclosure Statement** | | | | | |
| **Peter Hurwitz** | | | | | |
| 01/06/2025 | Blink Holdings | UCC | Review plan administrator agreement | 1.50 | $1,440.00 |
| 01/06/2025 | Blink Holdings | UCC | Provide comments to KDW re: plan administrator agreement | 0.30 | $288.00 |
| 01/07/2025 | Blink Holdings | UCC | Email exchange KDW (E. Wilson) re: plan administrator agreement | 0.20 | $192.00 |
| 01/07/2025 | Blink Holdings | UCC | Review Debtors' second amended plan | 0.40 | $384.00 |
| 01/08/2025 | Blink Holdings | UCC | Telecon KDW (K. Elliott, A. Barajas) re: plan admin duties and agreement issues | 0.80 | $768.00 |
| 01/12/2025 | Blink Holdings | UCC | Review draft confrimation order, email exchange KDW (AB) re: same | 0.40 | $384.00 |
| 01/14/2025 | Blink Holdings | UCC | Email exchange KDW (E. Wilson) re: UST comments to plan admin agreement, review same | 0.20 | $192.00 |
| 01/17/2025 | Blink Holdings | UCC | Email exchange KDW (A. Barajas) re: UST comments to plan admin agreement | 0.20 | $192.00 |
| 01/21/2025 | Blink Holdings | UCC | Email exchange KDW (A. Barajas) re: UST comments to plan admin agreement | 0.30 | $288.00 |
| 01/22/2025 | Blink Holdings | UCC | Review objection to plan confrimation | 0.20 | $192.00 |
| 01/27/2025 | Blink Holdings | UCC | Email exchange KDW (A. Barajas) re: information request for plan admin agreement, gather same | 0.40 | $384.00 |
| 01/27/2025 | Blink Holdings | UCC | Telecon KDW (E. Wilson) re: plan admin agreement issues | 0.20 | $192.00 |
| 01/28/2025 | Blink Holdings | UCC | Email exchange KDW (A. Barajas) re: winddown budget | 0.30 | $288.00 |
| 01/29/2025 | Blink Holdings | UCC | Email exchange KDW (A. Barajas) re: winddown budget | 0.10 | $96.00 |
| 01/30/2025 | Blink Holdings | UCC | Telecon KDW (A. Barajas) re: plan admin budget | 0.10 | $96.00 |
| 01/30/2025 | Blink Holdings | UCC | Telecon KDW (E. Wilson, K. Elliott) re: plan admin agreement issues | 0.30 | $288.00 |
| 01/31/2025 | Blink Holdings | UCC | Review and anlayze second amended plan and disclosure statement | 1.00 | $960.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **6.90** | **$6,624.00** |
| | | | **Totals Amounts for Activity Type Plan and Disclosure Statement** | **6.90** | **$6,624.00** |
| **Retention and Fee Applications** | | | | | |

| Peter Hurwitz | | | | | |
|---|---|---|---|---|---|
| 01/07/2025 | Blink Holdings | UCC | Email exchange MJ re: objections to fee application, review and approve CNO | 0.20 | $192.00 |
| 01/27/2025 | Blink Holdings | UCC | Email exchange KDW (A. Barajas), Morris James re: informal issues with fee application, resolve same | 0.30 | $288.00 |
| 01/28/2025 | Blink Holdings | UCC | Email exchange KDW re: timing of fee application | 0.10 | $96.00 |
| | | | **Totals Amounts for User Peter Hurwitz** | **0.60** | **$576.00** |
| | | | **Totals Amounts for Activity Type Retention and Fee Applications** | **0.60** | **$576.00** |
| | | | **Grand Total** | **11.70** | **$11,067.00** |