**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>March 12, 2025 at 4:00 p.m. (ET)<br>**Hearing Date:**<br>March 19, 2025 at 10:30 a.m. (ET) |

**NOTICE OF REQUEST OF 2 FERRY, LLC C/O PARAMOUNT ASSETS, LLC FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 503(b) and 507(a)(2)**

**PLEASE TAKE NOTICE** that on March 3, 2025, 2 Ferry, LLC c/o Paramount Assets, LLC ("2 Ferry") filed its *Request for Allowance and Payment of Administrative Expense Claim Pursuant to* 11 U.S.C. §§ 503(b) and 507(a)(2) (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be (i) in writing and served on or before **March 12, 2025, at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"), (ii) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and (iii) served so as to be received on or before the Objection Deadline by the undersigned counsel for 2 Ferry.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **March 19, 2025 at 10:30 a.m. (Eastern Time)**, before the Honorable J. Kate Stickles in the

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.**

Dated: March 3, 2025
Wilmington, DE

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Marcy J. McLaughlin Smith*
Matthew P. Ward (DE Bar #4471)
Marcy J. McLaughlin Smith (DE Bar # 6184)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 2552-4320
Fax: (302) 252-4330
Email: matthew.ward@wbd-us.com
　　　　 marcy.smith@wbd-us.com

*Counsel to 2 Ferry, LLC*
*c/o Paramount Assets, LLC*

2

WBD (US) 4899-0207-9267v2