IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 161 |

**STAFFING AND COMPENSATION REPORT OF TRIPLE P RTS, LLC FOR THE PERIOD FROM FEBRUARY 1, 2025 TO FEBRUARY 28, 2025**

Exhibit A – Statement of Fees and Expenses by Subject Matter

Exhibit B – Summary of Professionals and Fees

Exhibit C – Detailed Description of Fees

Dated: March 4, 2025

/s/ Steven Shenker
Steven Shenker
Managing Director
Triple P RTS, LLC

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32837512.1