IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 161 |
| | <u>Objection Deadline</u>:<br>March 18, 2025 at 4:00 p.m. (ET) |

**NOTICE OF FILING OF STAFFING AND COMPENSATION REPORT
OF TRIPLE P RTS, LLC FOR THE PERIOD FROM
<u>FEBRUARY 1, 2025, TO FEBRUARY 28, 2025</u>**

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order (I) Authorizing the Debtors to Employ and Retain Triple P RTS, LLC to Provide Steven Shenker as Chief Restructuring Officer, Scott Canna as Deputy Chief Restructuring Officer, and Additional Personnel, as Necessary, Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 161] (the "**Approval Order**"),[2] Triple P RTS, LLC hereby files this staffing and compensation report for the period of February 1, 2025 through and including February 28, 2025 (the "**Staffing Report**").

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Order.

32837512.1

1

**PLEASE TAKE FURTHER NOTICE** that objections to the Staffing Report must be filed in accordance with the Approval Order and served on the undersigned counsel so as to be received on or before March 18, 2025 at 4:00 p.m. (prevailing Eastern Time).

| | |
|---|---|
| Dated: Wilmington, Delaware<br>March 4, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Rebecca L. Lamb*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>　　　　sgreecher@ycst.com<br>　　　　amielke@ycst.com<br>　　　　tpowell@ycst.com<br>　　　　rlamb@ycst.com<br>　　　　bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

32837512.1

2