## EXHIBIT A

### Statement of Fees and Expenses by Subject Matter

| Matter Category | Hours | | Fees |
|---|---|---|---|
| Assumption & Rejection of Leases & Contracts | 6.10 | $ | 4,682.00 |
| Case Administration | 5.70 | | 5,058.00 |
| Claims Administration & Objections | 8.80 | | 6,588.00 |
| Deliverable Preparation & Review | 30.80 | | 12,936.00 |
| Employment & Fee Applications | 2.90 | | 1,711.00 |
| Financing & Cash Collateral | 25.40 | | 19,972.00 |
| Internal Meeting & Communication | 18.60 | | 13,848.00 |
| Meetings & Communication with Management | 10.40 | | 7,176.00 |
| Meetings & Communication with Potential Buyers and / or Financing Parties | 4.70 | | 3,414.00 |
| Meetings & Communication with Professionals | 13.80 | | 10,380.00 |
| Meetings & Communications with Creditors | 0.50 | | 390.00 |
| Non-Working Travel | 3.00 | | 2,820.00 |
| Relief from Stay & Adequate Protection | 2.80 | | 2,456.00 |
| Reporting | 11.50 | | 8,610.00 |
| **Total Hours and Fees** | **145.00** | **$** | **100,041.00** |

| Date | Professional | Expense Type | Notes | | Expense |
|---|---|---|---|---|---|
| 2/4/2025 | Shenker, Steven | Transportation | Round trip transportation to confirmation hearing | $ | 731.47 |
| 2/28/2025 | NA | Legal | Legal Counsel - Dentons | | 10,332.00 |
| | | | **Total** | **$** | **11,063.47** |

32837512.1



Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Portage Point Partners, LLC
300 N. LaSalle Street, Suite 1420
Chicago IL 60654
United States

February 20, 2025

**Invoice No. 2823322**

Client/Matter: 15812253-000017

Blink Holdings, Inc.

Payment Due Upon Receipt

Total This Invoice                                          $            10,332.00

**DENTONS**

Dentons US LLP          dentons.com
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Portage Point Partners, LLC                          February 20, 2025
300 N. LaSalle Street, Suite 1420
Chicago IL 60654                              **Invoice No. 2823322**
United States

Client/Matter:   15812253-000017

Blink Holdings, Inc.
_____

For Professional Services Rendered through January 31, 2025:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 01/13/25 | P. Maxcy | 0.80 | 1,008.00 | Review draft declaration in support of confirmation. |
| 01/13/25 | P. Maxcy | 2.80 | 3,528.00 | Revise and edit declaration. |
| 01/13/25 | P. Maxcy | 0.50 | 630.00 | Review plan and case status for review of declaration. |
| 01/14/25 | P. Maxcy | 0.50 | 630.00 | Continue analysis of confirmation declaration issues for inclusion in declaration. |
| 01/14/25 | P. Maxcy | 0.30 | 378.00 | Conference w/ S. Schenker to discuss confirmation declaration. |
| 01/15/25 | P. Maxcy | 1.20 | 1,512.00 | Analyze plan terms for comparison with CRO declaration. |
| 01/15/25 | P. Maxcy | 1.90 | 2,394.00 | Continue revisions to Blink declaration. |
| 01/15/25 | P. Maxcy | 0.20 | 252.00 | Confer w/ S. Schenker re: confirmation brief. |
| Total Hours | | 8.20 | | |
| Fee Amount | | | | $ 10,332.00 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Maxcy | $ 1,260.00 | 8.20 | $ 10,332.00 |
| Totals | | 8.20 | $ 10,332.00 |

Fee Total          $     10,332.00

Invoice Total      $      10,332.00

2



Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

For your Information - Open Invoices

Portage Point Partners, LLC
300 N. LaSalle Street, Suite 1420
Chicago IL 60654
United States
Client/Matter  #: 15812253-000017
          Blink Holdings, Inc.

February 20, 2025

---

Statement of Account

According to our records, as of February 20, 2025, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 02/20/25 | 2823322 | $ 10,332.00 | $ 0.00 | $ 10,332.00 |
| | | Total Outstanding Invoices | | $ 10,332.00 |



003139/065