## EXHIBIT B

### Summary of Professionals and Fees

| Professional | Position | Rate | 2/1/2025 - 2/28/2025 Hours | Fees |
|---|---|---|---|---|
| Steven Shenker | Managing Director | $ 940.00 | 21.20 | $ 19,928.00 |
| Scott Canna | Senior Director | 780.00 | 54.50 | 42,510.00 |
| Greg de Speville | Senior Vice President | 740.00 | 24.80 | 18,352.00 |
| Chad Bacon | Vice President | 590.00 | 3.30 | 1,947.00 |
| Hunter Reynolds | Associate | 420.00 | 41.20 | 17,304.00 |
| **Total Hours and Fees** | | | **145.00** | **$ 100,041.00** |
| | | **Average Billing Rate** | **$** | **689.94** |

32837512.1

3