# **EXHIBIT C**

## **Detailed Description of Fees**

32837512.1

**EXHIBIT C**

**Detailed Description of Fees**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| **Assumption & Rejection of Leases & Contracts** | | | | | |
| 02/19/25 | Scott Canna | Review updated contract assumption schedule for filing | $ 780 | 1.0 | $ 780.0 |
| 02/20/25 | Scott Canna | Finalize rejection schedule for contract review and related details | 780 | 1.3 | 1,014.0 |
| 02/20/25 | Scott Canna | Review and update contract assumption motion schedules for buyer determinations | 780 | 1.9 | 1,482.0 |
| 02/20/25 | Greg de Speville | Update contract tracker and prepare assumption schedules | 740 | 1.9 | 1,406.0 |
| **Case Administration** | | | | | |
| 02/03/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/06/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/10/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/11/25 | Greg de Speville | Prepare contact list for transition to plan administrator | 740 | 0.8 | 592.0 |
| 02/13/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/14/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/18/25 | Chad Bacon | Update professional fee escrow tracker | 590 | 0.4 | 236.0 |
| 02/20/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/24/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/26/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/27/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| **Claims Administration & Objections** | | | | | |
| 02/03/25 | Greg de Speville | Update claims tracker to reflect filing of omnibus objections | 740 | 0.5 | 370.0 |
| 02/04/25 | Greg de Speville | Review new claims register and update claims tracker | 740 | 0.4 | 296.0 |
| 02/04/25 | Greg de Speville | Review newly filed claims and coordinate with equinox tax team to reconcile the claims | 740 | 0.6 | 444.0 |
| 02/07/25 | Greg de Speville | Correspondence with claimants regarding reconciliation of their administrative claims | 740 | 0.4 | 296.0 |
| 02/07/25 | Scott Canna | Prepare remittance detail for claim withdrawal | 780 | 0.4 | 312.0 |
| 02/10/25 | Greg de Speville | Correspondence with claimants regarding withdrawal of their admin and priority claims | 740 | 0.6 | 444.0 |
| 02/10/25 | Greg de Speville | Calculate remaining prepetition amount under statutory cap for certain employees | 740 | 0.7 | 518.0 |
| 02/11/25 | Greg de Speville | Update claims tracker to reflect latest claims register received from Epiq | 740 | 0.8 | 592.0 |
| 02/17/25 | Greg de Speville | Correspondence with counsel regarding AFCO secured claims | 740 | 0.4 | 296.0 |
| 02/18/25 | Greg de Speville | Correspondence with claimant regarding payment of their administrative claims | 740 | 0.5 | 370.0 |
| 02/18/25 | Greg de Speville | Review and update claims tracker to reflect latest claims register | 740 | 0.7 | 518.0 |
| 02/24/25 | Greg de Speville | Coordinate with counsel and Equinox team regarding reconciliation of AFCO secured claims | 740 | 0.5 | 370.0 |
| 02/27/25 | Greg de Speville | Compile and share claims tracker and all supporting reconciliation information with Plan Administrator | 740 | 0.8 | 592.0 |
| 02/28/25 | Scott Canna | Prepare administra ive claim transition documents for Plan Administrator | 780 | 1.5 | 1,170.0 |
| **Deliverable Preparation & Review** | | | | | |
| 02/03/25 | Hunter Reynolds | Work  hrough reconciling bank activity for week prior | 420 | 2.0 | 840.0 |
| 02/04/25 | Hunter Reynolds | Work  hrough reconciling bank account activity for week prior | 420 | 2.0 | 840.0 |
| 02/05/25 | Hunter Reynolds | Work  hrough updates to estate cash plan | 420 | 0.6 | 252.0 |
| 02/06/25 | Hunter Reynolds | Begin working through and shelling out updated WARN analysis with revised data from the Company | 420 | 2.0 | 840.0 |
| 02/07/25 | Hunter Reynolds | Work  hrough updating and finalizing WARN analysis per comments | 420 | 0.4 | 168.0 |
| 02/07/25 | Hunter Reynolds | Work  hrough updating and finalizing WARN analysis per comments | 420 | 0.7 | 294.0 |
| 02/07/25 | Hunter Reynolds | Work  hrough updating and finalizing WARN analysis per comments | 420 | 1.8 | 756.0 |
| 02/09/25 | Hunter Reynolds | Work  hrough updating and finalizing WARN materials to be sent | 420 | 2.0 | 840.0 |
| 02/10/25 | Hunter Reynolds | Work  hrough updating WARN analysis per comments | 420 | 1.2 | 504.0 |
| 02/10/25 | Hunter Reynolds | Work through updating estate cash plan tracker with actuals from prior week | 420 | 2.0 | 840.0 |
| 02/12/25 | Hunter Reynolds | Work through general updates to estate cash plan per comments and chasing down updates from  he Company | 420 | 0.4 | 168.0 |
| 02/12/25 | Hunter Reynolds | Work through general updates to estate cash plan per comments and chasing down updates from  he Company | 420 | 0.8 | 336.0 |
| 02/14/25 | Hunter Reynolds | Work  hrough general updates to estate cash plan | 420 | 0.7 | 294.0 |
| 02/14/25 | Hunter Reynolds | Work through reconciling revenue and finalizing collections to be sent to PG | 420 | 0.9 | 378.0 |
| 02/18/25 | Hunter Reynolds | Work  hrough updates to EQX guarantee with latest data | 420 | 1.0 | 420.0 |
| 02/18/25 | Hunter Reynolds | Work through updates to estate cash plan with actuals from prior week | 420 | 2.0 | 840.0 |
| 02/19/25 | Hunter Reynolds | Work  hrough general updates to estate cash plan | 420 | 1.2 | 504.0 |
| 02/20/25 | Hunter Reynolds | Update WARN analysis with latest payroll register | 420 | 0.6 | 252.0 |

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 02/20/25 | Hunter Reynolds | Work through updates to WARN analysis per management feedback | 420 | 0.7 | 294.0 |
| 02/20/25 | Hunter Reynolds | Work hrough updates to closing estate cash plan and forecasting next weeks actuals | 420 | 0.9 | 378.0 |
| 02/21/25 | Hunter Reynolds | Work through updates to WARN analysis per management feedback | 420 | 0.5 | 210.0 |
| 02/21/25 | Hunter Reynolds | Work through updates to WARN analysis per management feedback | 420 | 0.6 | 252.0 |
| 02/24/25 | Hunter Reynolds | Work hrough updating estate cash plan with latest from past week | 420 | 0.9 | 378.0 |
| 02/24/25 | Hunter Reynolds | Work hrough updating estate cash plan with latest from past week | 420 | 2.0 | 840.0 |
| 02/25/25 | Hunter Reynolds | Work through updates to estate cash plan and funds to Varagon output | 420 | 0.6 | 252.0 |
| 02/26/25 | Hunter Reynolds | Work hrough updates to estate cash plan pro forma | 420 | 0.5 | 210.0 |
| 02/27/25 | Hunter Reynolds | Work hrough reconciling estate cash plan for pro forma payments and funds to Varagon | 420 | 1.8 | 756.0 |
| **Employment & Fee Applications** | | | | | |
| 02/03/25 | Chad Bacon | Review all January time entries in preparation January 2025 fee application | 590 | 1.2 | 708.0 |
| 02/04/25 | Chad Bacon | Prepare January 2025 fee application | 590 | 1.7 | 1,003.0 |
| **Financing & Cash Collateral** | | | | | |
| 02/03/25 | Scott Canna | Prepare correspondence on facility closure matters | 780 | 0.5 | 390.0 |
| 02/03/25 | Scott Canna | Review prior week bank reconciliation for cash flow roll forward | 780 | 1.0 | 780.0 |
| 02/03/25 | Scott Canna | Review updated WARN analysis and employee census data | 780 | 1.0 | 780.0 |
| 02/04/25 | Scott Canna | Review updated cash flow information for estate cash reconciliation | 780 | 0.9 | 702.0 |
| 02/04/25 | Scott Canna | Review employment information for updated WARN analysis | 780 | 1.5 | 1,170.0 |
| 02/05/25 | Scott Canna | Review updated employment data for WARN analysis | 780 | 1.0 | 780.0 |
| 02/06/25 | Scott Canna | Review latest Estate cash plan for disbursement reconciliation vs. budget | 780 | 1.5 | 1,170.0 |
| 02/07/25 | Scott Canna | Review updated WARN analysis for facility closure | 780 | 1.8 | 1,404.0 |
| 02/10/25 | Scott Canna | Review prior week bank activity for cash flow roll forward | 780 | 1.0 | 780.0 |
| 02/10/25 | Scott Canna | Review updated WARN analysis and related schedules | 780 | 1.6 | 1,248.0 |
| 02/11/25 | Scott Canna | Review Estate Cash Plan tracker for prior week reconciliation | 780 | 1.9 | 1,482.0 |
| 02/12/25 | Scott Canna | Finalize collections tracker reconciliation | 780 | 1.2 | 936.0 |
| 02/13/25 | Scott Canna | Estate cash flow check register update for TSA activity | 780 | 0.5 | 390.0 |
| 02/13/25 | Steven Shenker | Review and comment on updated cash tracker | 940 | 0.5 | 470.0 |
| 02/24/25 | Scott Canna | Update WARN analysis for facility closure and employee data | 780 | 1.5 | 1,170.0 |
| 02/25/25 | Steven Shenker | Review and comment on final cash roll forward analysis | 940 | 0.5 | 470.0 |
| 02/25/25 | Scott Canna | Review updated estate cash reconciliation for lender distribution | 780 | 0.7 | 546.0 |
| 02/26/25 | Scott Canna | Review updated estate cash plan tracker for revised distribution amount | 780 | 1.2 | 936.0 |
| 02/26/25 | Scott Canna | Revise estate wind down budget for plan administrator transition | 780 | 1.8 | 1,404.0 |
| 02/27/25 | Scott Canna | Review and finalize Estate cash budget for plan administrator | 780 | 1.1 | 858.0 |
| 02/27/25 | Scott Canna | Prepare final lender distribution based on Estate cash budget | 780 | 1.2 | 936.0 |
| 02/28/25 | Scott Canna | Prepare estate bank account transfer and approve final disbursement lis ing | 780 | 1.5 | 1,170.0 |
| **Internal Meeting & Communication** | | | | | |
| 02/03/25 | Hunter Reynolds | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 420 | 0.2 | 84.0 |
| 02/03/25 | Scott Canna | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 780 | 0.2 | 156.0 |
| 02/03/25 | Steven Shenker | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 940 | 0.2 | 188.0 |
| 02/03/25 | Greg de Speville | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal discussion | 740 | 0.2 | 148.0 |
| 02/04/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/05/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/05/25 | Hunter Reynolds | Participate in discussion with S. Canna and H. Reynolds on WARN analysis updates | 420 | 0.5 | 210.0 |
| 02/05/25 | Scott Canna | Participate in discussion with S. Canna and H. Reynolds on WARN analysis updates | 780 | 0.5 | 390.0 |
| 02/07/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/07/25 | Hunter Reynolds | Participate in internal discussion wi h S. Canna and H. Reynolds re. WARN analysis | 420 | 0.6 | 252.0 |
| 02/07/25 | Scott Canna | Participate in internal discussion with S. Canna and H. Reynolds re. WARN analysis | 780 | 0.6 | 468.0 |
| 02/10/25 | Steven Shenker | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal sync | 940 | 0.4 | 376.0 |
| 02/10/25 | Hunter Reynolds | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal sync | 420 | 0.4 | 168.0 |

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 02/10/25 | Scott Canna | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal sync | 780 | 0.4 | 312.0 |
| 02/10/25 | Greg de Speville | Participate in discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds re. internal sync | 740 | 0.4 | 296.0 |
| 02/11/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/12/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/18/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/18/25 | Steven Shenker | Participate in internal discussion wi h S. Shenker, S. Canna, G. de Speville, H. Reynolds | 940 | 0.5 | 470.0 |
| 02/18/25 | Hunter Reynolds | Participate in internal discussion wi h S. Shenker, S. Canna, G. de Speville, H. Reynolds | 420 | 0.5 | 210.0 |
| 02/18/25 | Scott Canna | Participate in internal discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds | 780 | 0.5 | 390.0 |
| 02/18/25 | Greg de Speville | Participate in internal discussion wi h S. Shenker, S. Canna, G. de Speville, H. Reynolds | 740 | 0.5 | 370.0 |
| 02/19/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/20/25 | Steven Shenker | Participate in internal discussion wi h S. Shenker, S. Canna, G. de Speville, H. Reynolds | 940 | 0.4 | 376.0 |
| 02/20/25 | Hunter Reynolds | Participate in internal discussion wi h S. Shenker, S. Canna, G. de Speville, H. Reynolds | 420 | 0.4 | 168.0 |
| 02/20/25 | Scott Canna | Participate in internal discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds | 780 | 0.4 | 312.0 |
| 02/20/25 | Greg de Speville | Participate in internal discussion wi h S. Shenker, S. Canna, G. de Speville, H. Reynolds | 740 | 0.4 | 296.0 |
| 02/20/25 | Greg de Speville | Participate in internal working session with H. Reynolds and G. De Speville re contract assumption schedule | 740 | 0.5 | 370.0 |
| 02/20/25 | Hunter Reynolds | Participate in internal working session with H. Reynolds and G. De Speville re contract assumption schedule | 420 | 0.5 | 210.0 |
| 02/21/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/24/25 | Hunter Reynolds | Participate in internal discussion wi h S. Shenker, S. Canna, G. de Speville, H. Reynolds | 420 | 0.2 | 84.0 |
| 02/24/25 | Scott Canna | Participate in internal discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds | 780 | 0.2 | 156.0 |
| 02/24/25 | Steven Shenker | Participate in internal discussion wi h S. Shenker, S. Canna, G. de Speville, H. Reynolds | 940 | 0.2 | 188.0 |
| 02/24/25 | Greg de Speville | Participate in internal discussion wi h S. Shenker, S. Canna, G. de Speville, H. Reynolds | 740 | 0.2 | 148.0 |
| 02/25/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| 02/25/25 | Hunter Reynolds | Participate in estate cash plan discussion with S. Canna and H. Reynolds | 420 | 1.0 | 420.0 |
| 02/25/25 | Scott Canna | Participate in estate cash plan discussion with S. Canna and H. Reynolds | 780 | 1.0 | 780.0 |
| 02/27/25 | Steven Shenker | Participate in internal discussion wi h S. Shenker, S. Canna, G. de Speville, H. Reynolds | 940 | 0.4 | 376.0 |
| 02/27/25 | Hunter Reynolds | Participate in internal discussion wi h S. Shenker, S. Canna, G. de Speville, H. Reynolds | 420 | 0.4 | 168.0 |
| 02/27/25 | Scott Canna | Participate in internal discussion with S. Shenker, S. Canna, G. de Speville, H. Reynolds | 780 | 0.4 | 312.0 |
| 02/27/25 | Greg de Speville | Participate in internal discussion wi h S. Shenker, S. Canna, G. de Speville, H. Reynolds | 740 | 0.4 | 296.0 |
| 02/28/25 | Steven Shenker | Review & Respond to emails; attendance to various case matters | 940 | 0.5 | 470.0 |
| **Meetings & Communication with Management** | | | | | |
| 02/03/25 | Hunter Reynolds | Participate in discussion with Equinox (V. Vega) and PPP (H. Reynolds) on cash flow reconciliation | 420 | 0.4 | 168.0 |
| 02/06/25 | Scott Canna | Participate in call with Equinox (A Diaz) and Portage Point (S Canna) to discuss weekly payment run | 780 | 0.5 | 390.0 |
| 02/06/25 | Scott Canna | Review and respond to correspondence regarding utility account reconciliation | 780 | 1.0 | 780.0 |
| 02/07/25 | Scott Canna | Review updated utility account summary and prepare correspondence related to reconciliation | 780 | 1.0 | 780.0 |
| 02/11/25 | Hunter Reynolds | Participate in discussion with Equinox (A. Diaz, H. Pecorari) and PPP (S. Canna, H. Reynolds) on utility deposits | 420 | 0.4 | 168.0 |
| 02/11/25 | Scott Canna | Participate in discussion with Equinox (A. Diaz, H. Pecorari) and PPP (S. Canna, H. Reynolds) on utility deposits | 780 | 0.4 | 312.0 |
| 02/18/25 | Scott Canna | Review and respond to correspondence regarding claims reconciliation | 780 | 0.5 | 390.0 |
| 02/19/25 | Hunter Reynolds | Participate in discussion with PG (L. Trued) and PPP (H. Reynolds) on rent paid files | 420 | 0.2 | 84.0 |
| 02/19/25 | Scott Canna | Participate in call with Equinox (E Childs) to discuss transition items | 780 | 0.4 | 312.0 |
| 02/19/25 | Scott Canna | Participate in call with Blink (T Rivas), Pure Gym (M Miller) regarding employee offboarding | 780 | 0.5 | 390.0 |

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 02/19/25 | Hunter Reynolds | Participate in discussion wi h Equinox (A. Diaz) and PPP (S. Canna, H. Reynolds) for cash council | 420 | 0.5 | 210.0 |
| 02/19/25 | Scott Canna | Participate in discussion wi h Equinox (A. Diaz) and PPP (S. Canna, H. Reynolds) for cash council | 780 | 0.5 | 390.0 |
| 02/21/25 | Scott Canna | Review and respond to correspondence regarding employee payroll and ELA expiration | 780 | 0.6 | 468.0 |
| 02/21/25 | Hunter Reynolds | Participate in discussion with PG (M. Miller, J. Lancaster, S. Radia) Equinox (M. Rodriguez, V. Vega, T. Reivera) and PPP (S. Canna, H. Reynolds) on final payroll | 420 | 0.8 | 336.0 |
| 02/21/25 | Scott Canna | Participate in discussion with PG (M. Miller, J. Lancaster, S. Radia) Equinox (M. Rodriguez, V. Vega, T. Reivera) and PPP (S. Canna, H. Reynolds) on final payroll | 780 | 0.8 | 624.0 |
| 02/24/25 | Hunter Reynolds | Participate in discussion with Equinox (A. Diaz), and PPP (S. Canna, H. Reynolds) on cash council | 420 | 0.3 | 126.0 |
| 02/24/25 | Scott Canna | Participate in discussion with Equinox (A. Diaz), and PPP (S. Canna, H. Reynolds) on cash council | 780 | 0.3 | 234.0 |
| 02/24/25 | Scott Canna | Review and respond to correspondence regarding administrative claim review and final payrun | 780 | 0.5 | 390.0 |
| 02/27/25 | Scott Canna | Organize introductions between opera ing team and Plan Administrator | 780 | 0.8 | 624.0 |

**Meetings & Communication with Potential Buyers and / or Financing Parties**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 02/05/25 | Scott Canna | Review and respond to correspondence regarding expiration of ELA items | 780 | 1.0 | 780.0 |
| 02/07/25 | Scott Canna | Review and respond to correspondence with buyer regarding location closure preparation | 780 | 1.0 | 780.0 |
| 02/14/25 | Hunter Reynolds | Participate in discussion with Puregym (J. Daly, M. Miller) and PPP (S. Canna, H. Reynolds) on WARN analysis and costs | 420 | 0.7 | 294.0 |
| 02/14/25 | Scott Canna | Participate in discussion with Puregym (J. Daly, M. Miller) and PPP (S. Canna, H. Reynolds) on WARN analysis and costs | 780 | 0.7 | 546.0 |
| 02/21/25 | Scott Canna | Review and respond to correspondence regarding loca ion closures | 780 | 0.8 | 624.0 |
| 02/24/25 | Scott Canna | Review and respond to correspondence regarding ELA reconciliation | 780 | 0.5 | 390.0 |

**Meetings & Communication with Professionals**

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 02/03/25 | Scott Canna | Participate in call with Pure Gym (S Radia, J Lancaster) and Portage Point (S Canna, S Shenker) to discuss ELA and other employee matters | 780 | 0.5 | 390.0 |
| 02/03/25 | Steven Shenker | Participate in call with Pure Gym (S Radia, J Lancaster) and Portage Point (S Canna, S Shenker) to discuss ELA and other employee matters | 940 | 0.5 | 470.0 |
| 02/03/25 | Steven Shenker | Prep call for confirmation hearing | 940 | 0.5 | 470.0 |
| 02/10/25 | Steven Shenker | Participate in discussion with YC (S. Greecher, A. Mielke) and PPP (S. Shenker, G. de Speville, H. Reynolds) cure objections and case updates | 940 | 0.5 | 470.0 |
| 02/10/25 | Hunter Reynolds | Participate in discussion with YC (S. Greecher, A. Mielke) and PPP (S. Shenker, G. de Speville, H. Reynolds) cure objections and case updates | 420 | 0.5 | 210.0 |
| 02/10/25 | Greg de Speville | Participate in discussion with YC (S. Greecher, A. Mielke) and PPP (S. Shenker, G. de Speville, H. Reynolds) cure objections and case updates | 740 | 0.5 | 370.0 |
| 02/14/25 | Scott Canna | Review and respond to correspondence regarding notice of assumption and buyer dialogue | 780 | 0.8 | 624.0 |
| 02/17/25 | Scott Canna | Review TSA invoices and correspondence related to ELA directives | 780 | 1.0 | 780.0 |
| 02/20/25 | Steven Shenker | Participate in conversa ion with Dundon (P. Hurwitz, L. Rooney), and PPP (S. Shenker, S. Canna, G. de Speville, H. Reynolds) on transition plan | 940 | 0.6 | 564.0 |
| 02/20/25 | Hunter Reynolds | Participate in conversa ion wi h Dundon (P. Hurwitz, L. Rooney), and PPP (S. Shenker, S. Canna, G. de Speville, H. Reynolds) on transition plan | 420 | 0.6 | 252.0 |
| 02/20/25 | Greg de Speville | Participate in conversa ion wi h Dundon (P. Hurwitz, L. Rooney), and PPP (S. Shenker, S. Canna, G. de Speville, H. Reynolds) on transition plan | 740 | 0.6 | 444.0 |
| 02/20/25 | Scott Canna | Participate in conversation with Dundon (P. Hurwitz, L. Rooney), and PPP (S. Shenker, S. Canna, G. de Speville, H. Reynolds) on transition plan | 780 | 0.6 | 468.0 |
| 02/25/25 | Steven Shenker | Participate in discussion with Equinox (E. Heller, L. Rosen), Blank Rome (M. Crawford), CGSH (J. Veraga), and PPP (S. Shenker, S. Canna, H. Reynolds) on EQX guarantees | 940 | 0.4 | 376.0 |
| 02/25/25 | Hunter Reynolds | Participate in discussion with Equinox (E. Heller, L. Rosen), Blank Rome (M. Crawford), CGSH (J. Veraga), and PPP (S. Shenker, S. Canna, H. Reynolds) on EQX guarantees | 420 | 0.4 | 168.0 |

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 02/25/25 | Scott Canna | Participate in discussion with Equinox (E. Heller, L. Rosen), Blank Rome (M. Crawford), CGSH (J. Veraga), and PPP (S. Shenker, S. Canna, H. Reynolds) on EQX guarantees | 780 | 0.4 | 312.0 |
| 02/25/25 | Steven Shenker | Participate in discussion with YC (S. Greecher, R. Lamb) and PPP (S. Shenker, S. Canna, H. Reynolds) re. confirmation sync | 940 | 0.4 | 376.0 |
| 02/25/25 | Hunter Reynolds | Participate in discussion with YC (S. Greecher, R. Lamb) and PPP (S. Shenker, S. Canna, H. Reynolds) re. confirmation sync | 420 | 0.4 | 168.0 |
| 02/25/25 | Scott Canna | Participate in discussion with YC (S. Greecher, R. Lamb) and PPP (S. Shenker, S. Canna, H. Reynolds) re. confirmation sync | 780 | 0.4 | 312.0 |
| 02/27/25 | Steven Shenker | Participate in conversa ion with Dundon (P. Hurwitz, L. Rooney), and PPP (S. Shenker, S. Canna, G. de Speville, H. Reynolds) on transition plan | 940 | 0.5 | 470.0 |
| 02/27/25 | Hunter Reynolds | Participate in conversa ion wi h Dundon (P. Hurwitz, L. Rooney), and PPP (S. Shenker, S. Canna, G. de Speville, H. Reynolds) on transition plan | 420 | 0.5 | 210.0 |
| 02/27/25 | Scott Canna | Participate in conversation with Dundon (P. Hurwitz, L. Rooney), and PPP (S. Shenker, S. Canna, G. de Speville, H. Reynolds) on transition plan | 780 | 0.5 | 390.0 |
| 02/27/25 | Greg de Speville | Participate in conversa ion wi h Dundon (P. Hurwitz, L. Rooney), and PPP (S. Shenker, S. Canna, G. de Speville, H. Reynolds) on transition plan | 740 | 0.5 | 370.0 |
| 02/27/25 | Scott Canna | Prepare transition materials for Plan Administrator | 780 | 1.0 | 780.0 |
| 02/28/25 | Scott Canna | Prepare draft outline of key resources by workstream for Plan Administrator transfer | 780 | 1.2 | 936.0 |
| **Meetings & Communications with Creditors** | | | | | |
| 02/25/25 | Scott Canna | Call with critical vendor regarding reimbursement processing | 780 | 0.5 | 390.0 |
| **Non-Working Travel** | | | | | |
| 02/04/25 | Steven Shenker | Travel from home to Wilmington for confirmation hearing at 50%, less time billed | 940 | 1.5 | 1,410.0 |
| 02/04/25 | Steven Shenker | Travel from Wilmington to home for confirmation hearing at 50%, less time billed | 940 | 1.5 | 1,410.0 |
| **Relief from Stay & Adequate Protection** | | | | | |
| 02/04/25 | Scott Canna | Participate in Confirmation hearing | 780 | 1.1 | 858.0 |
| 02/04/25 | Steven Shenker | Participate in confirmation hearing in-person | 940 | 1.3 | 1,222.0 |
| 02/28/25 | Steven Shenker | Participate in confirmation hearing | 940 | 0.4 | 376.0 |
| **Reporting** | | | | | |
| 02/06/25 | Greg de Speville | Prepare exhibits for OCP reporting | 740 | 0.9 | 666.0 |
| 02/07/25 | Greg de Speville | Gather cash flow data for February MOR | 740 | 0.8 | 592.0 |
| 02/10/25 | Greg de Speville | Prepare bank account reconciliation for January MOR | 740 | 1.6 | 1,184.0 |
| 02/11/25 | Greg de Speville | Prepare statement of cash receipts and disbursements for January MOR | 740 | 1.4 | 1,036.0 |
| 02/25/25 | Greg de Speville | Complete statement of cash receipts and disbursements for January MOR | 740 | 0.7 | 518.0 |
| 02/26/25 | Steven Shenker | Review and comment on January MOR | 940 | 0.5 | 470.0 |
| 02/26/25 | Greg de Speville | Populate January MOR form including professional fee reconciliation | 740 | 1.2 | 888.0 |
| 02/26/25 | Greg de Speville | Prepare post-pe ition AP aging, payments to insider and UST supplemental informa ion for January MOR | 740 | 1.4 | 1,036.0 |
| 02/26/25 | Greg de Speville | Prepare statement of operations and balance sheet for January MOR | 740 | 1.7 | 1,258.0 |
| 02/27/25 | Greg de Speville | Update January MOR to incorporate feedback from internal review | 740 | 0.8 | 592.0 |
| 02/28/25 | Greg de Speville | Incorporate comments from counsel and finalize MOR for filing | 740 | 0.5 | 370.0 |
| | | **Total** | | **145.0** | **$ 100,041.0** |