# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*, [1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 796** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 796

The undersigned hereby certifies as follows:

On February 12, 2025, Dundon Advisers LLC ("Dundon"), Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the above-referenced bankruptcy cases, filed the *Third Monthly Application of Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From November 1, 2024 through November 30,, 2024* (the "Application") [Docket No. 796] with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Application was March 5, 2025 at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17209845/1

No. 162], no further order is required, and Dundon is entitled to receive 80% of its fees ($110,314.80) and 100% of its expenses ($1,072.41).

| | |
|---|---|
| Dated: March 6, 2025 | **MORRIS JAMES LLP** |

*/s/ Brya M. Keilson*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
 bkeilson@morrisjames.com
 scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
 kelliott@kelleydrye.com
 abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*