## **EXHIBIT B**

Emails

17222852/3

| | |
|---|---|
| **From:** | Jerry Rockoff |
| **To:** | Steven Shenker; Maurice Levy |
| **Cc:** | Maurice Levy; gabesasson@paulhastings.com; Howard R. Berman; Hunter Reynolds |
| **Subject:** | RE: Ironbound |
| **Date:** | Wednesday, September 4, 2024 3:18:23 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image862424.png |
| | image168705.png |
| | image054798.png |
| | image109667.png |
| | image154019.png |

Received verbal approval from the bank. Waiting for final sign off expected shortly. Will send back executed at that time.



JERRY ROCKOFF
Commercial Leasing

grockoff@paramountassets.com

**D:** 201.215.9289
**F:** 201.215.9289

**Paramount Assets, LLC**
45 Academy Street, 5th Floor
Newark, NJ 07102
**201.858.8500**
www.paramountassets.com

**From:** Steven Shenker <sshenker@pppllc.com>
**Sent:** Wednesday, September 4, 2024 10:18 AM
**To:** Jerry Rockoff <grockoff@paramountassets.com>; Maurice Levy <mlevy@paramountassets.com>; Jerry Rockoff <grockoff@paramountassets.com>
**Cc:** Maurice Levy <mlevy@paramountassets.com>; gabesasson@paulhastings.com; Howard R. Berman <HBerman@paramountassets.com>; Hunter Reynolds <hreynolds@pppllc.com>; Steven Shenker <sshenker@pppllc.com>
**Subject:** RE: Ironbound

*External Message: Exercise Caution*

Jerry – can you please send countersigned agreement?


**Steven Shenker**
Managing Director
(516) 404-1345
sshenker@pppllc.com

**PORTAGE POINT PARTNERS**
640 Fifth Avenue | 10th Floor
New York, NY 10019
portagepointpartners.com | LinkedIn

*The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information and is intended only for the use of the intended addressee. It is the property of Portage Point Partners, LLC or its affiliates ("Portage Point"). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please*

*notify us immediately by return email or by email to info@pppllc.com and destroy this communication and all copies thereof, including all attachments. The information contained herein is not intended to provide advice or a basis for any investment, operational or other recommendation by Portage Point and Portage Point assumes no liability for any reliance hereon or materials contained herein. Investment Banking Services are offered through Triple P Securities, LLC. Member FINRA SIPC.*

**From:** Steven Shenker
**Sent:** Friday, August 30, 2024 4:27 PM
**To:** Jerry Rockoff <grockoff@paramountassets.com>; Maurice Levy <mlevy@paramountassets.com>
**Cc:** Maurice Levy <mlevy@paramountassets.com>; gabesasson@paulhastings.com; Howard R. Berman <HBerman@paramountassets.com>; Hunter Reynolds <hreynolds@pppllc.com>
**Subject:** RE: Ironbound

Please see attached executed. Can you please send countersigned.


**Steven Shenker**
Managing Director
(516) 404-1345
sshenker@pppllc.com

**PORTAGE POINT PARTNERS**

640 Fifth Avenue | 10th Floor
New York, NY 10019
portagepointpartners.com | LinkedIn

*The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information and is intended only for the use of the intended addressee. It is the property of Portage Point Partners, LLC or its affiliates ("Portage Point"). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to info@pppllc.com and destroy this communication and all copies thereof, including all attachments. The information contained herein is not intended to provide advice or a basis for any investment, operational or other recommendation by Portage Point and Portage Point assumes no liability for any reliance hereon or materials contained herein. Investment Banking Services are offered through Triple P Securities, LLC. Member FINRA SIPC.*

**From:** Jerry Rockoff <grockoff@paramountassets.com>
**Sent:** Friday, August 30, 2024 12:56 PM
**To:** Steven Shenker <sshenker@pppllc.com>; Maurice Levy <mlevy@paramountassets.com>
**Cc:** Maurice Levy <mlevy@paramountassets.com>; gabesasson@paulhastings.com; Howard R. Berman <HBerman@paramountassets.com>
**Subject:** RE: Ironbound

Steve,
Per our discussion earlier today, attached is a revised amendment.
If acceptable, please sign a clean copy and return for our execution.



JERRY ROCKOFF
Commercial Leasing

grockoff@paramountassets.com

**D:** 201.215.9289
**F:** 201.215.9289

**Paramount Assets, LLC**
45 Academy Street, 5th Floor
Newark, NJ 07102
**201.858.8500**
www.paramountassets.com

**From:** Steven Shenker <sshenker@pppllc.com>
**Sent:** Thursday, August 29, 2024 3:52 PM
**To:** Maurice Levy <mlevy@paramountassets.com>
**Cc:** Jerry Rockoff <grockoff@paramountassets.com>
**Subject:** RE: Ironbound

*External Message: Exercise Caution*

No problem – only have 15 minutes then


**Steven Shenker**
Managing Director
(516) 404-1345
sshenker@pppllc.com

**PORTAGE POINT PARTNERS**
640 Fifth Avenue | 10th Floor
New York, NY 10019
portagepointpartners.com | LinkedIn

*The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information and is intended only for the use of the intended addressee. It is the property of Portage Point Partners, LLC or its affiliates ("Portage Point"). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to info@pppllc.com and destroy this communication and all copies thereof, including all attachments. The information contained herein is not intended to provide advice or a basis for any investment, operational or other recommendation by Portage Point and Portage Point assumes no liability for any reliance hereon or materials contained herein. Investment Banking Services are offered through Triple P Securities, LLC. Member FINRA SIPC.*

**From:** Maurice Levy <mlevy@paramountassets.com>
**Sent:** Thursday, August 29, 2024 3:51 PM
**To:** Steven Shenker <sshenker@pppllc.com>
**Cc:** Jerry Rockoff <grockoff@paramountassets.com>
**Subject:** Re: Ironbound

1015a pls



MAURICE LEVY
Principal
mlevy@paramountassets.com
**D:** 201.215.9206
**F:** 201.215.9206

**Paramount Assets, LLC**
45 Academy Street, 5th Floor
Newark, NJ 07102
**201.858.8500**
www.paramountassets.com

On Aug 29, 2024, at 3:48 PM, Steven Shenker <sshenker@pppllc.com> wrote:

*External Message: Exercise Caution*

Yes – invite sent

**Steven Shenker**
Managing Director
(516) 404-1345
sshenker@pppllc.com

**PORTAGE POINT PARTNERS**

640 Fifth Avenue | 10th Floor
New York, NY 10019
portagepointpartners.com | LinkedIn

*The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information and is intended only for the use of the intended addressee. It is the property of Portage Point Partners, LLC or its affiliates ("Portage Point"). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to info@pppllc.com and destroy this communication and all copies thereof, including all attachments. The information contained herein is not intended to provide advice or a basis for any investment, operational or other recommendation by Portage Point and Portage Point assumes no liability for any reliance hereon or materials contained herein. Investment Banking Services are offered through Triple P Securities, LLC. Member FINRA SIPC.*

---

**From:** Jerry Rockoff <grockoff@paramountassets.com>
**Sent:** Thursday, August 29, 2024 3:36 PM
**To:** Steven Shenker <sshenker@pppllc.com>
**Cc:** Maurice Levy <mlevy@paramountassets.com>
**Subject:** Re: Ironbound

Can we set a call for 10am tomorrow?



| JERRY ROCKOFF | Paramount Assets, LLC |
| Commercial Leasing | 45 Academy Street, 5th Floor |
| grockoff@paramountassets.com | Newark, NJ 07102 |
| | 201.858.8500 |
| **D:** 201.215.9289 | www.paramountassets.com |
| **F:** 201.215.9289 | |

**Paramount Assets Disclaimer:** This email and any documents accompanying this email may contain information that is confidential and/or legally privileged. The information is intended for the use of only the individual or entity named on this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action relying on the contents of this email information, is strictly prohibited and the documents should be returned to Paramount Assets immediately. In this regard, if you have received this email in error, please notify us by return email or telephone (201-858-8500) immediately, delete the email and all attachments, and destroy all hard copies of same.

On Aug 29, 2024, at 3:28 PM, Steven Shenker <sshenker@pppllc.com> wrote:

*External Message: Exercise Caution*

Jerry – can you give me a call so we can finalize the amendment?

**Steven Shenker**
Managing Director
(516) 404-1345
sshenker@pppllc.com

**PORTAGE POINT PARTNERS**

640 Fifth Avenue | 10th Floor
New York, NY 10019
portagepointpartners.com | LinkedIn

*The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information and is intended only for the use of the intended addressee. It is the property of Portage Point Partners, LLC or its affiliates ("Portage Point"). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to info@pppllc.com and destroy this communication and all copies thereof, including all attachments. The information contained herein is not intended to provide advice or a basis for any investment, operational or other recommendation by Portage Point and Portage Point assumes no liability for any reliance hereon or materials contained herein. Investment Banking Services are offered through Triple P Securities, LLC. Member FINRA SIPC.*