# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*, [1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of *Plan Administrators' Response in Opposition to Request of 2 Ferry, LLC c/o Paramount Assets, LLC for Allowance and Payment of an Administrative Expense Claim* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail on the parties indicated on the attached service list.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

17222852/3

## Service List

| | |
|---|---|
| Womble Bond Dickinson (US) LLP<br>Matthew P. Ward, esq.<br>Marcy J. McLaughlin Smith, Esq.<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>matthew.ward@wbd-us.com<br>marcy.smith@wbd-us.com<br><br>*Counsel to 2 Ferry, LLC*<br>*c/o Paramount Assets, LLC* | Young Conaway Stargatt & Taylor, LLP<br>Michael R. Nestor, Esq.<br>Sean T. Greecher, Esq.<br>Allison S. Mielke, Esq.<br>Timothy R. Powell, Esq.<br>Rebecca L. Lamb, Esq.<br>Benjamin C. Carver, Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>mnestor@ycst.com<br>sgreecher@ycst.com<br>amielke@ycst.com<br>tpowell@ycst.com<br>rlamb@ycst.com<br>bcarver@ycst.com |
| Benjamin A. Hackman, Esq.<br>Office of the United States Trustee<br>for the District of Delaware<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov<br><br>*United States Trustee* | *Counsel to the Debtors* |