# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 19, 2025 AT 10:30 A.M. (ET)

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

### RESOLVED MATTERS:

1. Debtors' First Omnibus Objection to Claims (Non-Substantive) [Filed January 31, 2025; Docket No. 775].

    Objection Deadline: February 21, 2025 at 4:00 p.m. (ET).

    Responses/Objections Received: None.

    Related Documents(s):

    A. Certificate of No Objection Regarding Debtors' First Omnibus Objection to Claims (Non-Substantive) [Filed February 25, 2025; Docket No. 813].

    B. Order Sustaining Debtors' First Omnibus Objection to Claims (Non-Substantive) [Entered February 27, 2025; Docket No. 823].

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17229036/2

Status: An order has been entered by the Court. Accordingly, a hearing on this matter is no longer required.

2. Second Omnibus Objection to Claims (Substantive) [Filed January 31, 2025; Docket No. 776].

   Objection Deadline: February 21, 2025 at 4:00 p.m. (ET).

   Responses/Objections Received: None.

   Related Documents(s):

   A. Certificate of No Objection Regarding Second Omnibus Objection to Claims (Substantive) [Filed February 25, 2025; Docket No. 814].

   B. Order Sustaining Debtor's Second Omnibus Objection To Claims (Substantive) [Entered February 27, 2025; Docket No. 824].

   Status: An order has been entered by the Court. Accordingly, a hearing on this matter is no longer required.

3. Debtors' Motion for an Order Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed February 5, 2025; Docket No. 786].

   Objection Deadline: February 19, 2025 at 4:00 p.m. (ET).

   Responses/Objections Received: None.

   Related Documents(s):

   A. Certificate of No Objection Regarding Debtors' Motion for an Order Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed February 20, 2025; Docket No. 803].

   B. Order Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [Entered February 21, 2025; Docket No. 805].

   Status: An order has been entered by the Court. Accordingly, a hearing on this matter is no longer required.

4. Request of 2 Ferry, LLC c/o Paramount Assets, LLC for Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2) [Filed March 3, 2025; Docket No. 835].

   Objection Deadline: March 12, 2025 at 4:00 p.m. (ET); extended to March 13, 2025 for the Plan Administrator.

   Responses/Objections Received:

   A. Plan Administrators' Response in Opposition to the Request of 2 Ferry, LLC c/o Paramount Assets, LLC for Allowance and Payment of an Administrative Expense Claim [Filed March 13, 2025; Docket No. 847].

   Related Documents(s): None.

   Status: This matter has been resolved in principle. The parties intend to submit a revised proposed form of order reflecting the resolution under certification of counsel. Accordingly, a hearing on this matter is only required if the Court has questions.

   *[Remainder of Page Intentionally Left Blank]*

17229036/2

| | |
|---|---|
| Dated: March 17, 2025 | **MORRIS JAMES LLP** |
| | |
| | */s/ Carl N. Kunz, III* |
| | Carl N. Kunz, III (DE Bar No. 3201) |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: ckunz@morrisjames.com |
| | emonzo@morrisjames.com |
| | bkeilson@morrisjames.com |
| | scerra@morrisjames.com |
| | |
| | -and- |
| | |
| | **KELLEY DRYE & WARREN LLP** |
| | Eric R. Wilson, Esq. (admitted *pro hac vice*) |
| | Kristin S. Elliott, Esq. (admitted *pro hac vice*) |
| | Andres Barajas, Esq. (admitted *pro hac vice*) |
| | 3 World Trade Center |
| | New York, NY 10007 |
| | Telephone: (212) 808-7800 |
| | Facsimile: (212) 808-7897 |
| | E-mail: ewilson@kelleydrye.com |
| | kelliott@kelleydrye.com |
| | abarajas@kelleydrye.com |
| | |
| | *Counsel to the Plan Administrator* |

17229036/2