# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al*.,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 848** |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 17, 2025, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on March 19, 2025 at 10:30 a.m. (ET)," dated March 17, 2025 [Docket No. 848], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

**EXHIBIT A**

| Name | Address |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA | 300 S SPRING ST #1700 LOS ANGELES CA 90013 UNITED STATES OF AMERICA |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 UNITED STATES OF AMERICA |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 UNITED STATES OF AMERICA |
| STATE OF MASSACHUSETTS ATTY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 UNITED STATES OF AMERICA |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 UNITED STATES OF AMERICA |
| VARAGON CAPITAL PARTNERS AGENT, LLC | 151 W 42ND ST, 53RD FLOOR NEW YORK NY 10036 UNITED STATES OF AMERICA |
| EQUINOX HOLDINGS, INC. | ATTN: ARLENE HONG 31 HUDSON YARDS, 15TH FL NEW YORK NY 10001 UNITED STATES OF AMERICA |
| STATE OF PENNSYLVANIA ATTY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 UNITED STATES OF AMERICA |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 UNITED STATES OF AMERICA |

Total Count: 9

**EXHIBIT B**

BLINK HOLDINGS, INC., *et al*.,
Case No. 24-11686 (JKS)
Email Master Service List

| Name | Email Address |
|---|---|
| EQUINOX HOLDINGS, INC. | tbednar@cgsh.com; drkramer@cgsh.com; spyun@cgsh.com |
| HPS INVESTMENT PARTNERS, LLC | alexey.pazukha@hpspartners.com; colbert.cannon@hpspartners.com |
| INTERNAL REVENUE SERVICES | victoria.g.mosby@irs.gov; millie.h.agent@irs.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | benjamin.a.hackman@usdoj.gov |
| STATE OF NEW JERSEY ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| VARAGON CAPITAL PARTNERS AGENT, LLC | peter.knight@katten.com; michael.howald@katten.com); scott.lyons@katten.com |
| VARAGON CAPITAL PARTNERS AGENT, LLC | cmiller@morrisnichols.com |
| 125 PARK OWNER LLC | brett.herschenfeld@slgreen.com |
| 96 NORTH 10TH STREET HOLDINGS LLC | mordy@sparkremgmt.com |
| A&G REALTY PARTNERS, LLC | andy@agrep.com |
| AWESOMENESSTV HOLDINGS, LLC | trupti.patel@paramount.com |
| BRIXMOR SPE 6LLC | david.gerstenhaber@brixmor.com |
| CHICAGO, IL 4644-4658 S DREXEL LLC | snicholson@insiterealestate.com |
| EAST 54TH STREET PARTNERS LLC | jack@jtreholdings.com |
| ENEL X NORTH AMERICA, INC. | ralph.campanelli@enel.com |
| GLE-III, LLC | tbuckstein@kimcorealty.com |
| GOOD EARTH DISTRIBUTION, LLC | rich.hebert@goodearthproducts.com |
| JOHNSON HEALTH TECH NA, INC. | phyllis.dannin@matrixfitness.com |
| JTRE 23 WS (DEL) LLC | jack@jtreholdings.com |
| LEVIN PROPERTIES, L.P. | rmeno@levinmgt.com |
| MBB REALTY LIMITED PARTNERSHIP | michael@pomre.com |
| MOTIONSOFT, INC. | jeff@clubautomation.com |
| RW 5901 FLATLANDS LLC | aweiss@laundrycapital.com |
| STELLA RISING INC. | avespucci@stellarising.com |
| VBGO PENN PLAZA LLC | btheis@rosenbergestis.com |
| MONZACK MERSKY AND BROWDER, P.A. | rmersky@monlaw.com |
| KATTEN MUCHIN ROSENMAN LLP | peter.knight@katten.com; allison.yager@katten.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; ameng@morrisnichols.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| STARK & STARK, P.C. | tonder@stark-stark.com; jlemkin@stark-stark.com |

BLINK HOLDINGS, INC., *et al*.,
Case No. 24-11686 (JKS)
Email Master Service List

| Name | Email Address |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | lschweitzer@cgsh.com; tkessler@cgsh.com |
| ASHBY & GEDDES, P.A. | rpalacio@ashbygeddes.com; dkosloske@ashbygeddes.com |
| CHARLES E. BOULBOL, P.C. | rtrack@msn.com |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; liu@teamrosner.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| MURPHY DESMOND S.C. | jphillips@murphydesmond.com |
| RICHARDS, LAYTON & FINGER, P.A. | knight@rlf.com; milana@rlf.com; javorsky@rlf.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | gbressler@mdmc-law.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| FARRELL FRITZ, P.C. | pcollins@farrellfritz.com; dpascarella@farrellfritz.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | mvaldez@pbfcm.com |
| LEECH TISHMAN ROBINSON BROG, PLLC | cyee@leechtishman.com; lschwartz@leechtishman.com; nmeyers@leechtishman.com |
| KELLEY DRYE & WARREN LLP | kelliott@kelleydrye.com; abarajas@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com; ewilson@kelleydrye.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |
| SHIPMAN & GOODWIN | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| ALSTON & BIRD LLP | jacob.johnson@alston.com; stephen.blank@alston.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com; marcy.smith@wbd-us.com |
| SAUL EWING LLP | monique.disabatino@saul.com; turner.falk@saul.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | slevin@mdmc-law.com |

BLINK HOLDINGS, INC., *et al*.,
Case No. 24-11686 (JKS)
Email Master Service List

| Name | Email Address |
|---|---|
| COOCH AND TAYLOR, P.A | gdick@coochtaylor.com; klevitsky@coochtaylor.com |
| BRADLEY ARANT BOULT CUMMINGS LLP | jbailey@bradley.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| PICK & ZABICKI LLP | dpick@picklaw.net |
| JASPAN SCHLESINGER NARENDRAN LLP | spernaplank@jaspanllp.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com |
| MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP | gmeltzer@meltzerlippe.com; ssteinberg@meltzerlippe.com |
| LATHAM & WATKINS LLP | george.davis@lw.com; ted.dillman@lw.com; whit.morley@lw.com |
| COLE SCHOTZ P.C. | npernick@coleschotz.com; ddean@coleschotz.com |
| STARK & STARK, P.C. | tduggan@stark-stark.com |
| RUBIN & LEVIN, P.C. | mbarr@rubin-levin.net |
| BURR & FORMAN LLP | jfalgowski@burr.com; esummers@burr.com; drobbins@burr.com |
| GLENN AGRE BERGMAN & FUENTES LLP | aglenn@glennagre.com; mdoss@glennagre.com |
| OFFIT KURMAN, P.A. | brian.mclaughlin@offitkurman.com |
| LASSER HOCHMAN, LLC | rzucker@lasserhochman.com |