**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 835 and 847** |

**CERTIFICATION OF COUNSEL REGARDING REQUEST OF 2 FERRY, LLC C/O PARAMOUNT ASSETS, LLC FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 503(b) and 507(a)(2)**

The undersigned hereby certifies as follows:

1. On March 3, 2025, 2 Ferry, LLC c/o Paramount Assets, LLC ("2 Ferry") filed the *Request of 2 Ferry, LLC c/o Paramount Assets, LLC For Allowance And Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2)* [Docket No. 835] (the "Motion"). Attached to the Motion was a proposed form of order approving the relief requested in the Motion (the "Proposed Order").

2. Pursuant to the notice appended to the Motion, responses to the Motion were to be filed no later than March 12, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"). 2 Ferry extended the Objection Deadline (the "Extended Objection Deadline") for Burton Hastings Advisors LLC, solely in its capacity as plan administrator of Blink Holdings, Inc., *et.al* (the "Plan Administrator") to March 13, 2025 at 4:00 p.m. (prevailing Eastern Time). The hearing to consider approval of the Motion is currently scheduled for March 19, 2025 at 10:30 a.m. (ET).

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

3. Prior to the Extended Objection Deadline on March 13, 2025, the Plan Administrator filed an objection to the Motion [Docket No. 847] (the "Objection").

4. 2 Ferry and the Plan Administrator have since resolved the Motion and Objection on the terms set forth in the revised Proposed Order (the "Revised Proposed Order") attached hereto as **Exhibit 1**. For the convenience of the Court and parties in interest, a blackline of the changes to the Revised Proposed Order against the Proposed Order filed with the Motion is attached hereto as **Exhibit 2**.

5. Counsel to the Plan Administrator reviewed the Revised Proposed Order and confirmed that the Revised Proposed Order resolves the Plan Administrator's Objection.

6. 2 Ferry received no other objections or responses to the relief requested pursuant to the Motion.

WHEREFORE, 2 Ferry respectfully requests that the Revised Proposed Order attached hereto as **Exhibit 1** be entered by the Court without further notice or hearing at the Court's earliest convenience.

Dated: March 18, 2025
Wilmington, DE

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Marcy J. McLaughlin Smith*
Matthew P. Ward (DE Bar #4471)
Marcy J. McLaughlin Smith (DE Bar # 6184)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 2552-4320
Fax: (302) 252-4330
Email: matthew.ward@wbd-us.com
marcy.smith@wbd-us.com

*Counsel to 2 Ferry, LLC*
*c/o Paramount Assets, LLC*

2

WBD (US) 4902-6837-8666v2