## Exhibit 2

**Blackline**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 835, 847 and** _____ |

**ORDER GRANTING REQUEST OF 2 FERRY, LLC C/O PARAMOUNT ASSETS, LLC**
**FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE**
**EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 503(b) and 507(a)(2)**

Upon consideration of the *Request of 2 Ferry, LLC c/o Paramount Assets, LLC For Allowance And Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2)* (the "Motion");[2] and this Court having jurisdiction over this matter, and this Court having found that the notice given by 2 Ferry, LLC c/o Paramount Assets, LLC ("2 Ferry") of the Motion; and this Court having reviewed the Motion and all responses thereto, ~~if any,~~ including all documents submitted therewith, including the Plan Administrator's Objection and the Certification of Counsel with respect to the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not defined herein shall be ascribed the definition given to them in the Motion.

2.      2 Ferry is hereby granted an allowed administrative expense claim pursuant to sections 503(b) and 507(a)(2) of the Bankruptcy Code in the amount of $~~82,439.67~~41,000.00 (the "<u>Allowed Administrative Expense Claim</u>").

<u>3.</u>      <u>As soon as reasonably practicable after the Administrative Expense Claims Bar Date in these cases runs on March 31, 2025, the Plan Administrator shall pay 2 Ferry on behalf of the Allowed Administrative Expense Claim in a *pro rata* amount based on the total amount to be distributed to all allowed administrative expense creditors.</u>

<u>4.</u>      ~~3. The Debtors shall pay~~<u>Other than</u> the Allowed Administrative Expense Claim, ~~in full, to~~ 2 Ferry ~~within ten (10) days of this Order becoming a final non-appealable order.~~<u>shall have no other claims (scheduled or otherwise) against the Debtors or their estates, and the claims agent is authorized to take all actions to revise the claims register to reflect the same.</u>

<u>5.</u>      ~~4.~~ The terms and conditions of this Order are immediately effective and enforceable upon its entry.

<u>6.</u>      ~~5.~~ This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

| Summary report: Litera Compare for Word 11.10.0.38 Document comparison done on 3/18/2025 11:02:44 AM | |
|---|---|
| **Style name:** WBD Standard | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** nd://4938-7470-2634/1/Blink - Paramount Admin Expense Request - As Filed Order.docx | |
| **Modified DMS:** nd://4923-9973-9434/2/Blink (Paramount) - Revised Order re Paramount Admin Expense Request.docx | |
| **Changes:** | |
| Add | 11 |
| Delete | 9 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 20 |