**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 19, 2025 AT 10:30 A.M. (ET)**

**\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT \*\***

**RESOLVED MATTERS:**

1. Debtors' First Omnibus Objection to Claims (Non-Substantive) [Filed January 31, 2025; Docket No. 775].

   Objection Deadline: February 21, 2025 at 4:00 p.m. (ET).

   Responses/Objections Received: None.

   Related Documents(s):

   A. Certificate of No Objection Regarding Debtors' First Omnibus Objection to Claims (Non-Substantive) [Filed February 25, 2025; Docket No. 813].

   B. Order Sustaining Debtors' First Omnibus Objection to Claims (Non-Substantive) [Entered February 27, 2025; Docket No. 823].

   Status: An order has been entered by the Court.  Accordingly, a hearing on this matter is no longer required.

---

[1]     Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

[2]     Amended items appear in **BOLD**.

2. Second Omnibus Objection to Claims (Substantive) [Filed January 31, 2025; Docket No. 776].

   Objection Deadline: February 21, 2025 at 4:00 p.m. (ET).

   Responses/Objections Received: None.

   Related Documents(s):

   A. Certificate of No Objection Regarding Second Omnibus Objection to Claims (Substantive) [Filed February 25, 2025; Docket No. 814].

   B. Order Sustaining Debtor's Second Omnibus Objection To Claims (Substantive) [Entered February 27, 2025; Docket No. 824].

   Status: An order has been entered by the Court.  Accordingly, a hearing on this matter is no longer required.

3. Debtors' Motion for an Order Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed February 5, 2025; Docket No. 786].

   Objection Deadline: February 19, 2025 at 4:00 p.m. (ET).

   Responses/Objections Received: None.

   Related Documents(s):

   A. Certificate of No Objection Regarding Debtors' Motion for an Order Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed February 20, 2025; Docket No. 803].

   B. Order Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [Entered February 21, 2025; Docket No. 805].

   Status: An order has been entered by the Court.  Accordingly, a hearing on this matter is no longer required.

17237306/1

4.  Request of 2 Ferry, LLC c/o Paramount Assets, LLC for Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2) [Filed March 3, 2025; Docket No. 835].

    Objection Deadline: March 12, 2025 at 4:00 p.m. (ET); extended to March 13, 2025 for the Plan Administrator.

    Responses/Objections Received:

    A.  Plan Administrators' Response in Opposition to the Request of 2 Ferry, LLC c/o Paramount Assets, LLC for Allowance and Payment of an Administrative Expense Claim [Filed March 13, 2025; Docket No. 847].

    Related Documents(s):

    A.  **Certification of Counsel Regarding Request of 2 Ferry, LLC c/o Paramount Assets, LLC for Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2) [Filed March 18, 2025; Docket No. 850].**

    B.  **Order Granting Request of 2 Ferry, LLC c/o Paramount Assets, LLC For Allowance And Payment Of An Administrative Expense Claim Pursuant To 11 U.S. C. Sections 503(b) And 507(a)(2) [Entered March 18, 2025; Docket No. 851].**

    **Status: An Order has been entered by the Court.  Accordingly, a hearing on this matter is no longer required.**

*[Remainder of Page Intentionally Left Blank]*

17237306/1

Dated: March 18, 2025                   **MORRIS JAMES LLP**

                                        */s/ Carl N. Kunz, III*
                                        Carl N. Kunz, III (DE Bar No. 3201)
                                        Eric J. Monzo (DE Bar No. 5214)
                                        Brya M. Keilson (DE Bar No. 4643)
                                        Siena B. Cerra (DE Bar 7290)
                                        500 Delaware Avenue, Suite 1500
                                        Wilmington, DE 19801
                                        Telephone: (302) 888-6800
                                        Facsimile: (302) 571-1750
                                        E-mail: ckunz@morrisjames.com
                                                emonzo@morrisjames.com
                                                bkeilson@morrisjames.com
                                                scerra@morrisjames.com

                                        -and-

                                        **KELLEY DRYE & WARREN LLP**
                                        Eric R. Wilson, Esq. (admitted *pro hac vice*)
                                        Kristin S. Elliott, Esq. (admitted *pro hac vice*)
                                        Andres Barajas, Esq. (admitted *pro hac vice*)
                                        3 World Trade Center
                                        New York, NY 10007
                                        Telephone: (212) 808-7800
                                        Facsimile: (212) 808-7897
                                        E-mail: ewilson@kelleydrye.com
                                                kelliott@kelleydrye.com
                                                abarajas@kelleydrye.com

                                        *Counsel to the Plan Administrator*

17237306/1