# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING
## ORDER SCHEDULING OMNIBUS HEARING DATE

The undersigned hereby certifies that they have obtained the omnibus hearing date set forth on the proposed order (the "Proposed Order") attached hereto as **Exhibit A** (the "Omnibus Hearing Date") from the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

WHEREFORE, counsel for Burton Hastings Advisors LLC, solely in its capacity as plan administrator of Blink Holdings, Inc., *et al*. (the "Plan Administrator"), in the above-captioned chapter 11 cases of the post-effective date debtors, respectfully request that the Bankruptcy Court enter the Proposed Order scheduling the Omnibus Hearing Date at its earliest convenience.

[*Signature to Follow*]

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17243128/1

| | |
|---|---|
| Dated: March 27, 2025 | **MORRIS JAMES LLP** |
| | |
| | */s/ Siena B. Cerra* |
| | Carl N. Kunz, III (DE Bar No. 3201) |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: ckunz@morrisjames.com |
| | emonzo@morrisjames.com |
| | bkeilson@morrisjames.com |
| | scerra@morrisjames.com |
| | |
| | -and- |
| | |
| | **KELLEY DRYE & WARREN LLP** |
| | Eric R. Wilson, Esq. (admitted *pro hac vice*) |
| | Kristin S. Elliott, Esq. (admitted *pro hac vice*) |
| | Andres Barajas, Esq. (admitted *pro hac vice*) |
| | 3 World Trade Center |
| | New York, NY 10007 |
| | Telephone: (212) 808-7800 |
| | Facsimile: (212) 808-7897 |
| | E-mail: ewilson@kelleydrye.com |
| | kelliott@kelleydrye.com |
| | abarajas@kelleydrye.com |
| | |
| | *Counsel to the Plan Administrator* |

17243128/1