# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered) |

**REQUEST OF 5111 4TH AVE EQUITY REALTY FOR ALLOWANCE OF PAYMENT OF ADMINISTRATIVE CLAIM**

5111 4th Ave Equity Realty (the "Landlord"), by and through its undersigned counsel, hereby files this Request for Allowance of Payment of Administrative Claim (the "Request") and respectfully states as follows:

1. Landlord and Debtor Blink Sunset Park, Inc. (the "Tenant") are parties to a lease agreement (as amended, the "Lease") dated August 25, 2016, for the property located at 5109-5111 Fourth Avenue, Brooklyn, New York, 11220 (the "Premises"). [2]

2. The Lease provides that Tenant shall pay Landlord, without limitation, the following amounts:

    (i) Base Rent;

    (ii) Additional Rent; and

    (iii) Property Taxes as additional rent. ("Taxes")

3. Under Article 5.1 of the Lease, Tenant shall pay Tenant's pro-rata shares of Taxes for each fiscal tax year in monthly installments concurrently with each payment of Base Rent.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

[2] A copy of the Lease will be provided to parties in interest upon written request therefor.

4. On August 12, 2024 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

5. Post petition, on February 3, 2025, certain tax payments under Article 5.1 of the Lease became due under the Lease for the period 7/1/2024- 6/30/2025. At the time of the due date, the Lease has not been assumed and assigned to the purchaser, which didn't occur until February 27, 2025.

6. To date, the Debtors have failed to satisfy the Tax obligations due and owed under the Lease.

7. Pursuant to § 503(b)(9) of the Bankruptcy Code, Landlord hereby demands allowance and immediate payment of an administrative expense claim in the amount of **$21,280.22**, which is the prorated amount for the period from 7/1/2024 to 2/27/2025. The supporting documents for the Taxes owed are set forth in **Exhibit A.**

WHEREFORE, Landlord respectfully requests that this Court (i) grant Landlord an Allowed Administrative Expense Claim in the amount of **$21,280.22** (ii) require the Debtors to make immediate payment thereof and (iii) grant any other relief as this Court deems just and proper.

Dated: March 28, 2025
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
Chan (Cora) Dong (DE #7393)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
dong@teamrosner.com
*Attorneys for Landlord*