**Exhibit A**
(Supporting Documents)

| Base year | | | |
|---|---|---|---|
| 2021/2022 | $ | 100,279.64 | |
| 2022/2023 | $ | 120,259.80 | $ 19,980.16 |
| 2023/2024 | $ | 124,527.00 | $ 24,247.36 |
| 2024/2025 | $ | 132,375.84 | $ 32,096.20 |
| | | Total Due: | $ 76,323.72 |



# Property Tax Bill
# Quarterly Statement

Activity through February 19, 2022

**Owner name:** 5111 4TH AVENUE EQUITY REALTY HOLDINGS LLC
**Property address:** 5107 4 AVENUE
**Borough, block & lot:** BROOKLYN  (3), 00799, 0006

**Mailing address:**
5111 4TH AVENUE EQUITY REALTY HOLDINGS LLC
11 OCEAN PKWY.
BROOKLYN NY  11218-1885

| | |
|---|---|
| Outstanding Charges | $131.63 |
| New Charges | $0.00 |
| **Amount Due** | **$131.63** |

Please pay by April 1, 2022

PTS - LD
1400.01
40 - 1 - 4
24514

---



**PLEASE INCLUDE THIS COUPON IF YOU PAY BY MAIL OR IN PERSON  3-00799-0006**

Total amount due by April 1, 2022 if you still have a mortgage       $131.63
Total amount due by April 1, 2022 if you no longer have a mortgage   $131.63

**Amount enclosed:**

#8825451220021901#

5111 4TH AVENUE EQUITY REALTY HOLDINGS LLC
11 OCEAN PKWY.
BROOKLYN NY  11218-1885

**Make checks payable & mail payment to:**
NYC Department of Finance
P.O. Box 680
Newark NJ  07101-0680

8825451220219 01 3007990006 000000013163 000000013163 220401312022000        1



**Statement Details**

February 19, 2022
5111 4th Avenue Equity Realty Holdi
5107 4 Avenue
3-00799-0006
Page 2

| Billing Summary | Activity Date | Due Date | Amount |
|---|---|---|---|
| Outstanding charges including interest and payments | | | $131.63 |
| **Total amount due** | | | **$131.63** |

**Annual Property Tax Detail**

|  |  | Overall | |
|---|---|---|---|
| Tax class  4 -  Commercial Or Industrial | | **Tax Rate** | |
|   Current tax rate | | 10.7550% | |
| **Estimated Market Value   $2,072,000** | | | |
| | | | **Taxes** |
| **Billable Assessed Value** | | $932,400 | |
| **Taxable Value** | | $932,400 x 10.7550% | |
| **Tax Before Abatements and STAR** | | $100,279.64 | **$100,279.64** |
|   Ind Com Abatement | | | $-62,323.00 |
| **Annual property tax** | | | **$37,956.64** |

For information about the interest rate charged on late payments, visit nyc.gov/latepropertypayments.

If you own income-producing property, you must file a Real Property Income and Expense (RPIE) statement or a claim of exclusion by June 1, 2022, unless you are exempt by law. Visit www.nyc.gov/rpie for more information. Failure to file will result in penalties and interest, which will become a lien on your property if they go unpaid.

**Home banking payment instructions:** Log into your bank or bill pay website and add "NYC DOF Property Tax" as the payee. Your account number is your borough-block-lot number: 3-00799-0006. Our address is P. O. Box 680, Newark, NJ 07101-0680.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**To update your mailing address:** Visit nyc.gov/changemailingaddress or call 311.

We offer payment agreements for outstanding property taxes. Visit nyc.gov/dofpaymentplans.

**Register to receive your property tax payment receipts by email!** Visit nyc.gov/contactdof to sign up.





# Property Tax Bill
# Quarterly Statement

Activity through February 18, 2023

**Owner name:** 5111 4TH AVENUE EQUITY REALTY HOLDINGS LLC
**Property address:** 5107 4 AVENUE
**Borough, block & lot:** BROOKLYN (3), 00799, 0006

**Mailing address:**
5111 4TH AVENUE EQUITY REALTY HOLDINGS LLC
5107 4 AVENUE
BROOKLYN NY  11220

| | |
|---|---:|
| Outstanding Charges | $1,400.80 |
| New Charges | $0.00 |
| **Amount Due** | **$1,400.80** |

*Please pay by April 3, 2023*

PTS - LD
1400.01 - S
1 - 1 - 4
25161



Citypay Payments - Property Taxes
Pay as a Guest
Pay by Credit Card or eCheck



NYCePay Payments - Property Taxes
User ID and Password Required
Pay by Wire or eCheck

**PLEASE INCLUDE THIS COUPON IF YOU PAY BY MAIL OR IN PERSON**

---

**BBL: 3-00799-0006**



**Statement of Account**
P.O. Box 10
Maplewood, NJ  07040

**Pay Today The Easy Way**
<u>nyc.gov/payonline</u>

**Amount Due:** $1,400.80

*If you have a mortgage, see the Account Overview on page 2.*

**Amount Enclosed:** [          ]

#8826695230218O1#
5111 4TH AVENUE EQUITY REALTY HOLDINGS LLC
5107 4 AVENUE
BROOKLYN NY  11220

**Make checks payable & mail payment to:**
NYC Department of Finance
P.O. Box 680
Newark NJ  07101-0680

8826695230218  01  3007990006  0000000140080  0000000140080  230403312023000          5



**Statement Details**

February 18, 2023
5111 4th Avenue Equity Realty Holdi
5107 4 Avenue
3-00799-0006
Page 2

| Account Overview | Amount |
|---|---|
| Total amount due by April 3, 2023 if you still have a mortgage | $1,400.80 |
| Total amount due by April 3, 2023 if you no longer have a mortgage | $1,400.80 |

| Billing Summary | Activity Date | Due Date | Amount |
|---|---|---|---|
| Outstanding charges including interest and payments | | | $1,400.80 |
| **Total amount due** | | | **$1,400.80** |

| Overpayments/Credits | Activity Date | Due Date | Amount |
|---|---|---|---|
| Credit Balance | | 02/10/2023 | $-138.91 |
|   Credit Applied | 02/18/2023 | | $138.91 |
| | | Total credit applied | $138.91 |
| **Total overpayments/credits remaining on account** | | | **$0.00** |

**Annual Property Tax Detail**

Tax class   4 -  Commercial Or Industrial
  Current tax rate
**Estimated Market Value   $2,677,000**

**Overall Tax Rate**
10.6460%

| | | Taxes |
|---|---|---|
| **Billable Assessed Value** | $1,129,624 | |
| **Taxable Value** | $1,129,624 x 10.6460% | |
| **Tax Before Abatements and STAR** | $120,259.80 | **$120,259.80** |
|   Ind Com Abatement | | $-82,438.04 |
| **Annual property tax** | | **$37,821.76** |

For information about the interest rate charged on late payments, visit nyc.gov/latepropertypayments.

---

**Home banking payment instructions:** Log into your bank or bill pay website and add "NYC DOF Property Tax" as the payee. Your account number is your borough-block-lot number: 3-799-6. Our address is P. O. Box 680, Newark, NJ 07101-0680.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**To update your mailing address:** Visit nyc.gov/changemailingaddress or call 311.

We offer payment agreements for outstanding property taxes. Visit nyc.gov/dofpaymentplans.

**Register to receive your property tax payment receipts by email!** Visit nyc.gov/contactdof to sign up.





**Statement Details**

February 18, 2023
5111 4th Avenue Equity Realty Holdi
5107 4 Avenue
3-00799-0006
Page 3

If you own income-producing property, you must file a Real Property Income and Expense (RPIE) statement or a claim of exclusion by June 1, 2023, unless you are exempt by law. Visit www.nyc.gov/rpie for more information. Failure to file will result in penalties and interest, which will become a lien on your property if they go unpaid.





**Property Tax Bill Quarterly Statement**

*Activity through February 17, 2024*

Owner name: 5111 4TH AVENUE EQUITY REALTY HOLDINGS LLC
Property address: 5107 4 AVENUE

| Borough | Block | Lot |
|---|---|---|
| BROOKLYN (3) | 799 | 6 |

| How much do I owe? | |
|---|---|
| Outstanding charges | $1,809.50 |
| New charges | $0.00 |
| **Total amount due by April 1, 2024** | **$1,809.50** |
| *Attention: You have past-due charges.* | |

## Ways to pay:

### Most common way to pay

**Online**

Go to **www.nyc.gov/citypay** or scan the QR code to the right with your phone. Use your BBL (gray box, top left) to search for your property. Most people pay in five minutes or less.



*No fees when you pay from your checking account (e-check) or electronic wire transfer.*

### Other ways to pay

**By Mail**

Remove the detachable slip (below) and mail it with your payment. Payment processed in 7-10 business days.

**In Person**

Visit a DOF business center with a copy of this bill. See www.nyc.gov/visitdof for locations. Open Monday to Friday, 8:30 a.m. to 4:30 p.m. Wait times may vary.

PTS - LD - 1400.01 - S2 - 1 - 0 - 4 - 26562

---

**Borough: 3    Block: 00799    Lot: 0006**



**Statement of Account**
66 John Street
Room 104 Mailroom
New York, NY  10038

| Want faster payment processing and instant confirmation? Pay online at www.nyc.gov/citypay |
|---|

**Amount Due 04/01/24:**    $1,809.50

**Amount Enclosed:** _____

#882710224021701#
5111 4TH AVENUE EQUITY REALTY HOLDINGS LLC
5107 4 AVENUE
BROOKLYN NY  11220

**Make checks payable & mail payment to:**
NYC Department of Finance
PO Box 680
Newark NJ  07101-0680

8827102240217 01 3007990006 000000180950 000000180950 240401112024000    5



| Billing Summary | Amount |
|---|---|
| Outstanding charges<br>*(Sum of unpaid balance and interest fees from billing periods)* | $1,809.50 |
| New charges<br>*(Sum of new property taxes and other charges-see below for details)* | $0.00 |
| **AMOUNT DUE BY APRIL 1, 2024** | **$1,809.50** |

| Your property details: | | How we calculate your annual taxes: | |
|---|---|---|---|
| Estimated market value: | $3,092,000 | Billable assessed value: | $1,175,670.00 |
| Tax class: | 4 - Commercial Or Industrial | *times* the current tax rate: | x 10.5920% |
| Abatements and/or STAR: | | *minus* abatements and/or STAR: | – $84,074.72 |
| Ind Com Abatement | $84,074.72 | **Annual property tax:** | **$40,452.28** |



### Messages for You:

Visit www.nyc.gov/taxbill to update your mailing address, register to receive property tax receipts by email, or learn about the interest rate charged on late payments.

**Home banking payment instructions:** Log into your bank or bill pay website and add "NYC DOF Property Tax" as the payee. Your account number is your BBL number: 3-799-6. Our address is PO Box 680, Newark, NJ 07101-0680.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

We offer payment agreements for outstanding property taxes. Visit nyc.gov/dofpaymentplans.

Case 24-11686-JKS    Doc 864-1    Filed 03/28/25    Page 9 of 12

February 17, 2024
5111 4th Avenue Equity Realty Holdi
5107 4 Avenue
3-00799-0006
Page 3

**Additional Messages for You:**

If you own income-producing property, you must file a Real Property Income and Expense (RPIE) statement or a claim of exclusion unless you are exempt by law. You must also file information about any ground or second floor storefront units on the premises, even if you are exempt from filing an RPIE statement. RPIE filers whose properties have an actual assessed value of $750,000 or greater will be required to file rent roll information. The deadline to file is June 3, 2024. Failure to file will result in penalties and interest, which will become a lien on your property if they go unpaid. Visit www.nyc.gov/rpie for more information.





# Property Tax Bill Quarterly Statement
*Activity through November 16, 2024*

Owner name: 5111 4TH AVENUE EQUITY REALTY HOLDINGS LLC
Property address: 5107 4 AVENUE

| Borough | Block | Lot |
|---|---|---|
| 3 | 00799 | 0006 |

| How much do I owe? | |
|---|---|
| Outstanding charges | $2,198.18 |
| New charges | $25,102.08 |
| **Total amount due by January 1, 2025** | **$27,300.26** |
| *If you have a mortgage, see the Billing Summary on page 2.* | |
| ***Attention: You have past-due charges.*** | |

## Ways to pay:

| Most common way to pay | Other ways to pay | |
|---|---|---|
| **Online** | **By Mail** | **In Person** |
| Go to **www.nyc.gov/citypay** or scan the QR code to the right with your phone. Use your BBL (gray box, top left) to search for your property. Most people pay in five minutes or less.   *No fees when you pay from your checking account (e-check) or electronic wire transfer.* | Remove the detachable slip (below) and mail it with your payment. Payment processed in 7-10 business days. | Visit a DOF business center with a copy of this bill. See www.nyc.gov/visitdof for locations. Open Monday to Friday, 8:30 a.m. to 4:30 p.m. Wait times may vary. |

1400.01 - LD - 1 - 2 - 1 - 4 - 26306

---

**Borough: 3    Block: 00799    Lot: 0006**
**Write this in your check's memo line: BBL 3-00799-0006**



Statement of Account
66 John Street
Room 104 Mailroom
New York, NY  10038

| Want faster payment processing and instant confirmation? Pay online at www.nyc.gov/citypay |
|---|

**Amount Due 01/01/25:**    **$27,300.26**

*If you have a mortgage, see the Billing Summary on page 2.*

**Amount Enclosed:** ☐

#882884524111601#
5111 4TH AVENUE EQUITY REALTY HOLDINGS LLC
5107 4 AVENUE
BROOKLYN NY  11220

**Make checks payable & mail payment to:**
NYC Department of Finance
PO Box 5536
Binghamton NY  13902-5536

5536    30079900060    0002730026    250101    3    2025    0



| Billing Summary | Amount |
|---|---|
| Total amount due by January 1, 2025, if you still have a mortgage | $2,198.18 |
| Total amount due by January 1, 2025, if you no longer have a mortgage | $27,300.26 |
| **AMOUNT DUE BY JANUARY 1, 2025** | **$27,300.26** |

| Your property details: | | How we calculate your annual taxes: | |
|---|---|---|---|
| Estimated market value: | $3,215,000 | Billable assessed value: | $1,230,030.00 |
| Tax class: | 4 - Commercial Or Industrial | *times* the current tax rate: | x 10.7620% |
| Prior year tax rate: | 10.5920% | *minus* abatements and/or STAR: | – $84,262.72 |
| Current tax rate: | 10.7620% | **Annual property tax:** | **$48,113.12** |
| Abatements and/or STAR: | | | |
| Ind Com Abatement | $84,262.72 | | |

## Activity for This Billing Period (Due January 1, 2025)

### Department of Finance charges

*The charges below include property tax and other property-related charges. If you have questions, contact DOF at www.nyc.gov/dofcustomerservice.*

| | Activity Date | |
|---|---|---|
| Finance-Property Tax | | $23,011.04 |
| Adopted Tax Rate | 01/01/2025 | $2,091.04 |
| **Department of Finance Total** | | **$25,102.08** |



### Messages for You:

Visit www.nyc.gov/taxbill to update your mailing address, register to receive property tax receipts by email, or learn about the interest rate charged on late payments.

**Home banking payment instructions:** Log into your bank or bill pay website and add "NYC Department of Finance" as the payee. Your account number is your BBL number: 3007990006. Our address is PO Box 5536, Binghamton, NY 13902-5536.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

We offer payment agreements for outstanding property taxes. Visit nyc.gov/dofpaymentplans.

November 16, 2024
5111 4th Avenue Equity Realty Holdi
5107 4 Avenue
3-00799-0006
Page 3

**Additional Messages for You:**

If you own income-producing property, you must file a Real Property Income and Expense (RPIE) statement or a claim of exclusion unless you are exempt by law. You must also file information about any ground or second floor storefront units on the premises, even if you are exempt from filing an RPIE statement. RPIE filers whose properties have an actual assessed value of $750,000 or greater will be required to file rent roll information. The deadline to file is June 2, 2025. Failure to file will result in penalties and interest, which will become a lien on your property if they go unpaid. Visit www.nyc.gov/rpie for more information.

