# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: April 17, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: June 3, 2025 at 11:00 a.m. (ET)** |

## SUMMARY OF SEVENTH MONTHLY AND FINAL FEE APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP, AS COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MONTHLY PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025 AND THE FINAL PERIOD FROM AUGUST 11, 2024 THROUGH FEBRUARY 28, 2025

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | September 5, 2024<br>(Effective as of August 11, 2024) |
| Period for which compensation and reimbursement is sought: | February 1, 2025 – February 28, 2025 |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $140,589.50 |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable and necessary: | $5,044.20 |
| Final Period for which compensation and reimbursement is sought: | August 12, 2024 – February 28, 2025 |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $3,667,389.50 |
| Amount of Final Expenses sought as actual, reasonable and necessary: | $50,418.63 |

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32967727.1

This is an: _X_ interim _X_ final application

This application includes 3.30 hours and $2,407.50 in fees incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested ($) | | Approved ($) | | Order Entered |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | |
| 9/19/24 D.I. 395 | 8/12/24-8/31/24 | $548,536.00 | $583.10 | | | |
| 10/17/24 D.I. 504 | 9/1/24-9/30/24 | $895,014.50 | $2,957.06 | | | |
| 11/20/24 D.I. 628 | 10/1/24-10/31/24 | $1,002,056.00 | $4,525.34 | | | |
| 1st Interim Fee Application | 8/12/24-10/31/24 | $2,445,606.50 | $8,065.50 | $2,443,645.00 | $8,065.50 | D.I. 735 |
| 12/16/25 D.I. 680 | 11/1/24-11/30/24 | $777,166.50 | $32,468.66 | Pending | Pending | |
| 1/9/25 D.I. 719 | 12/1/24-12/31/24 | $131,429.00 | $945.10 | Pending | Pending | |
| 2/17/25 D.I. 799 | 1/1/25-1/31/25 | $174,559.50 | $3,895.17 | Pending | Pending | |

32967727.1

2

**MONTHLY COMPENSATION BY INDIVIDUAL**

| Name | Position, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Craig D. Grear | Partner since 2000. Joined firm as an associate in 1996. Member of DE Bar since 1990. | $1,500.00 | 0.50 | $750.00 |
| Sean T. Greecher | Partner since 2014. Joined the firm as an associate in 2003. Member of the DE Bar since 2004. | $1,085.00 | 98.00 | $106,330.00 |
| Allison S. Mielke | Partner since 2025. Joined firm as an associate in 2017. Member of DE Bar since 2013. | $860.00 | 7.60 | $6,536.00 |
| Lauren McCrery | Joined firm as an associate in 2021. Member of DE Bar since 2012. | $780.00 | 1.00 | $780.00 |
| Timothy R. Powell | Joined firm as an associate in 2020. Member of the DE Bar since 2021. | $680.00 | 1.60 | $1,088.00 |
| Rebecca L. Lamb | Joined firm as an associate in 2023. Member of the DE Bar since 2023. | $580.00 | 22.00 | $12,760.00 |
| Andrew M. Lee | Joined firm as an associate in 2023. Member of the DE Bar since 2023. | $545.00 | 4.00 | $2,180.00 |
| Benjamin C. Carver | Joined firm as an associate in 2023. Member of the DE Bar since 2023. | $515.00 | 6.10 | $3,141.50 |
| Debbie Laskin | Paralegal | $395.00 | 17.10 | $6,754.50 |
| Beth Olivere | Paralegal | $385.00 | 0.70 | $269.50 |
| **Grand Total:** | | | **158.60** | **$140,589.50** |

32967727.1

## MONTHLY COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (docketing, calendar preparation, paperflow) (B001) | 1.20 | $472.00 |
| Court Hearings (attendance and preparation) (B002) | 11.20 | $8,993.00 |
| Cash Collateral/DIP Financing (B003) | 0.20 | $217.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 1.20 | $793.00 |
| Lease / Executory Contract Issues (B005) | 58.10 | $50,010.50 |
| Use, Sale or Lease of Property (B006) | 16.10 | $17,230.50 |
| Claims Analysis, Objections & Resolutions (B007) | 15.30 | $13,163.00 |
| Stay Relief Matters (B009) | 2.60 | $2,080.00 |
| Other Adversary Proceedings (B011) | 5.40 | $4,351.50 |
| Plan and Disclosure Statement (B012) | 33.70 | $33,529.00 |
| Creditor Inquiries (B013) | 1.80 | $1,807.00 |
| Employee Matters (B015) | 0.60 | $348.00 |
| Retention of Professionals / Fee Issues (B017) | 7.90 | $5,187.50 |
| Fee Application Preparation (B018) | 3.30 | $2,407.50 |
| **TOTALS** | **158.60** | **$140,589.50** |

## MONTHLY EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---|
| Delivery/Courier | $15.00 |
| Deposition Transcript | $4,412.06 |
| Docket Retrieval/Search | $15.40 |
| Federal Express | $299.84 |
| Reproduction | $301.90 |
| **TOTAL DISBURSEMENTS** | **$5,044.20** |

32967727.1

**FINAL COMPENSATION PERIOD TIMEKEEPER SUMMARY**

| Name | Title | Department | Date of First Admission | Hourly Rate Billed in the Application Period ($) | Hours Billed in the Application Period | Fees Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| Michael R. Nestor | Partner | Bankruptcy | 1996 | $1,335.00/$1,425.00 | 391.80 | $523,098.00 |
| Craig D. Grear | Partner | Business Planning | 1990 | $1,400.00/$1,500.00 | 229.60 | $321,490.00 |
| James P. Hughes | Partner | Business Planning | 1992 | $1,400.00 | 119.70 | $167,580.00 |
| Sean T. Greecher | Partner. | Bankruptcy | 2004 | $1,005.00/$1,085.00 | 953.00 | $973,757.00 |
| Michael S. Neiburg | Partner. | Bankruptcy | 2009 | $995.00 | 177.30 | $176,413.50 |
| Daniel P. Johnson | Partner | Real Estate | 1988 | $605.00 | 17.50 | $10,587.50 |
| Michael P. Stafford | Partner | Employment | 2003 | $620.00 | 2.70 | $1,674.00 |
| Leah E. Burcat | Associate | Business Planning | 2014 | $780.00 | 111.20 | $86,736.00 |
| Allison S. Mielke | Associate | Bankruptcy | 2013 | $780.00/$860.00 | 644.30 | $504,274.00 |
| Lauren McCrery | Associates | Bankruptcy | 2012 | $705.00/$780.00 | 297.40 | $209,742.00 |
| Timothy R. Powell | Associate | Bankruptcy | 2021 | $630.00/$680.00 | 148.30 | $94,434.00 |
| Christopher M. Lambe | Associate | Bankruptcy | 2022 | $630.00 | 118.00 | $74,340.00 |
| Daniel M. Cole | Associate | Business Planning | 2023 | $595.00 | 33.00 | $19,635.00 |
| Daniel Trager | Associate | Bankruptcy | | $565.00 | 3.70 | $2,090.50 |
| Rebecca L. Lamb | Associate | Bankruptcy | 2023 | $530.00/$580.00 | 300.00 | $160,710.00 |
| Andrew M. Lee | Associate | Bankruptcy | 2023 | $475.00/$545.00 | 214.50 | $102,692.50 |
| Benjamin C. Carver | Associate | Bankruptcy | 2023 | $455.00/$515.00 | 316.30 | $146,700.50 |
| Jennifer Reefe | Associate | Bankruptcy | 2023 | $455.00 | 14.80 | $6,734.00 |
| Amber Zelko | Associate | Business Planning | | $440.00 | 18.80 | $8,272.00 |
| Debbie Laskin | Paralegal | | | $385.00/$395.00 | 185.00 | $71,569.00 |
| Brenda Walters | Paralegal | | | $385.00 | 7.50 | $2,887.50 |
| Beth Olivere | Paralegal | | | $375.00/$385.00 | 6.90 | $2,594.50 |
| Troy Bollman | Paralegal | | | $375.00 | 1.50 | $562.50 |

32967727.1

| Name | Role | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Jorge Martinez | Paralegal | | | | $375.00 | 1.50 | $562.50 |
| Ashley Clark | Paralegal | | | | $245.00 | 0.40 | $98.00 |
| Amber C. Puszkarczuk | Paralegal | | | | $245.00 | 0.40 | $98.00 |
| Monica Fratticci | Paralegal | | | | $185.00 | 0.10 | $18.50 |
| **Total** | | | | | | **4,315.20** | **$3,669,351.00** |
| **Voluntary Reduction** | | | | | | | **-$1,961.50** |
| **Total** | | | | | | | **$3,667,389.50** |

| SUMMARY OF FINAL COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought ($)** |
| Case Administration (B001) | 112.40 | $70,240.00 |
| Court Hearings (B002) | 279.00 | $233,361.50 |
| Cash Collateral/DIP Financing (B003) | 247.10 | $205,967.50 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 136.60 | $76,831.00 |
| Lease/Executory Contract Issues (B005) | 253.90 | $190,561.50 |
| Use, Sale or Lease of Property (B006) | 1,801.50 | $1,621,082.50 |
| Claims Analysis, Objections & Resolutions (B007) | 100.90 | $72,739.00 |
| Meetings (B008) | 100.60 | $89,559.00 |
| Stay Relief Matters (B009) | 20.80 | $16,624.00 |
| Reclamation Claims (B010) | 3.00 | $1,782.50 |
| Other Adversary Matters (B011) | 34.60 | $27,798.00 |
| Plan and Disclosure Statement (B012) | 346.50 | $299,751.50 |
| Creditor Inquiries (B013) | 28.20 | $17,500.00 |
| General Corporate Matters (B014) | 95.90 | $75,669.50 |
| Employee Matters (B015) | 80.70 | $64,824.00 |
| Special Committee Investigation (B016B) | 381.30 | $380,599.50 |
| Retention of Professionals/Fee Issues (B017) | 129.10 | $80,045.50 |
| Fee Application Preparation (B018) | 31.90 | $24,693.50 |
| Travel (B019) | 39.80 | $17,180.50 |
| Utilities (B020) | 14.40 | $8,951.00 |
| Other Contested Matters (B190) | 77.00 | $93,589.50 |
| **Total** | **4,315.20** | **$3,669,351.00** |
| **Voluntary Reduction** | | **-$1,961.50** |
| **Total** | | **$3,667,389.50** |

32967727.1

2

| SUMMARY OF FINAL EXPENSES BY CATEGORY | |
|---|---|
| **Category** | **Amount ($)** |
| Computerized Legal Research | $1,789.36 |
| Delivery | $300.00 |
| Docket Retrieval | $235.70 |
| Filing Fee | $199.00 |
| AP Outside Duplication Services | $3,984.05 |
| Transcripts | $20,490.51 |
| Reproduction | $6,502.70 |
| Working Meals | $1,663.25 |
| Postage | $43.14 |
| Federal Express | $299.84 |
| Air/Rail Travel | $3193.00 |
| Car/Bus/Subway Travel | $3,536.38 |
| Parking | $33.00 |
| Hotel/Lodging | $7,565.65 |
| Travel Meals | $583.05 |
| **Total** | **$50,418.63** |

| SUMMARY OF FINAL APPLICATION | |
|---|---|
| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of Client | Debtors and Debtors in Possession |
| Time period covered by Final Application | August 12, 2024 through February 28, 2025 |
| Total compensation sought during the Application Period | $3,667,389.50 |
| Total expenses sought during the Application Period | $50,418.63 |
| Petition Date | August 12, 2024 |
| Retention Date | August 12, 2024 |
| Date of order approving employment | September 5, 2024 |
| Total compensation approved by interim order to date [D.I. 735] | $2,443,645.00 |
| Total expenses approved by interim order to date [D.I. 735] | $8,065.50 |
| Total allowed compensation paid to date | $3,067,339.70 |
| Total allowed expenses paid to date | $40,534.16 |
| Blended rate in the Final Application for all attorneys | $873.00 |
| Blended rate in the Final Application for all timekeepers | $850.00 |
| Compensation sought in the Final Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed (80%) | $978,995.60 |
| Expenses sought in the Final Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed (100%) | $42,053.13 |
| Number of professionals included in the Final Application | 27 |
| If applicable, number of professionals in the Final Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Final Application Period | Budget:            $3,782,500.00<br>Actual Amount:  $3,667,389.50 |
| Number of professionals billing fewer than 15 hours to the case during the Final Application Period | 9 |
| Are any rates higher than those approved or disclosed at retention? | No |

32967727.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:  April 17, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: June 3, 2025 at 11:00 a.m. (ET)** |

**SEVENTH MONTHLY AND FINAL FEE APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP, AS COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MONTHLY PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025 AND THE FINAL PERIOD FROM AUGUST 11, 2024 THROUGH FEBRUARY 28, 2025**

Pursuant to section 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Young Conaway Stargatt & Taylor, LLP (hereinafter "**Young Conaway**") hereby moves (this "**Application**") the United States Bankruptcy Court for the District of Delaware (the "**Court**") for reasonable compensation for professional legal services rendered as co-counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") in the amount of $140,589.50 together with reimbursement for actual and necessary expenses incurred in the amount of $5,044.20, for the period commencing February 1, 2025 through and including February 28, 2025 (the "**Monthly Fee Period**") and in the amount of $3,667,389.50 together with reimbursement for actual and necessary expenses in the amount of $50,418.63 for the final period

---

[1]     The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036.  Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32967727.1

commencing August 12, 2024 through and including February 28, 2025 (the "**Final Fee Period**"). In support of this Application, Young Conaway respectfully represents as follows:

1. Young Conaway was employed to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases, pursuant to an order entered by the Court on September 5, 2024 [D.I. 165] (the "**Young Conaway Retention Order**").  The Young Conaway Retention Order authorized Young Conaway to be compensated on an hourly basis and to be reimbursed for actual and necessary expenses.

2. All services for which compensation is requested by Young Conaway were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Monthly Fee Period, showing the amount of $140,589.50 due for fees.

4. The services rendered by Young Conaway during the Monthly Fee Period are grouped into the categories set forth in **Exhibit A**.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibit A**.

## DISBURSEMENTS

5. Attached hereto as **Exhibit B** is a detailed statement of expenses during the Monthly Fee Period, showing the amount of $5,044.20 for reimbursement of expenses. This disbursement sum is broken down into categories of charges, including, among other things, delivery charges, photocopying charges, teleconference charges, and transcription costs.  A complete review by category of the expenses incurred for the Monthly Fee Period may be found in **Exhibit B**.

32967727.1

6. Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), Young Conaway represents that: (i) its rate for copying charges is $0.10 per page for black and white copies and $0.80 per page for color copies; (ii) its rate for outgoing telecopier transmissions is $0.25 per page (excluding related long distance transmission charges) with no charge for incoming telecopier transmissions; and (iii) there is no surcharge for computerized research.

## VALUATION OF SERVICES

7. Attorneys and paraprofessionals of Young Conaway have expended a total of 158.60 hours in connection with this matter during the Monthly Fee Period.

8. The amount of time spent by each of these persons providing services to the Debtors for the Monthly Fee Period is fully set forth in the detail attached hereto as **Exhibit A**. The hourly rates set forth therein are Young Conaway's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Young Conaway for the Period as co-counsel for the Debtors is $140,589.50.

9. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (i) the complexity of the chapter 11 cases, (ii) the time expended, (iii) the nature and extent of the services rendered, (iv) the value of such services, and (v) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code. In addition, Young Conaway has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with the requirements set forth therein.

## BUDGET AND STAFFING PLAN

10. Young Conaway and the Debtors have agreed to the budget and staffing plans attached hereto as **Exhibit C** for the Final Fee Period.

32967727.1

3

**STATEMENT OF APPLICANT**

11. The following statements address the questions set forth under Section C.5 of the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines").

    a) During the Final Fee Period, Young Conaway did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

    b) The fees sought by Young Conaway are more than ten percent (10%) higher than the fees budgeted in the budget provided by Young Conaway to the Debtors for the Final Fee Period, and the reasons for the variation were discussed with the Debtors.

    c) The professionals included in the Application as it relates to the Final Fee Period did not vary their hourly rate based on the geographic location of the bankruptcy cases.

    d) The Application as it relates to the Final Fee Period did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

    e) The time period covered by the Application includes approximately 16.40 hours with a value of $16,658.00 spent by Young Conaway to ensure that the time entries during the Final Fee Period comply with the Local Rules and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Young Conaway's preparation of each monthly fee application.

    f) The Application does not include any rate increases since the effective date of the Court's approval of Young Conaway's retention.

**BLENDED RATE SCHEDULE**

12. A blended rate schedule, as requested by the UST Guidelines, is attached hereto as **Exhibit D**.

32967727.1

4

**FINAL FEE PERIOD**

13. This Application also covers the Final Fee Period of August 12, 2024 through and including February 28, 2025. During the Final Fee Period, Young Conaway performed necessary services and incurred disbursements on behalf of the Debtors and their estates. As set forth in prior monthly applications, in accordance with the factors enumerated in section 330 of the Bankruptcy Code, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title. In addition, the disbursements for which reimbursement is sought were actual, reasonable, and necessary costs (i) incurred while representing the Debtors; and (ii) of preserving the value of the Debtors' estates.

**CONCLUSION**

WHEREFORE, Young Conaway requests that allowance be made to it in the sum of $140,589.50 as compensation for necessary professional services rendered to the Debtors for the Monthly Fee Period, and the sum of $5,044.20 for reimbursement of actual necessary costs and expenses incurred during that Monthly Fee Period, and final allowance be made to it in the sum of $3,667,389.50, as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $50,418.63 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period, and further requests such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>March 28, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Sean T. Greecher*<br>Michael R. Nestor (No. 3526)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>Timothy R. Powell (No. 6894)<br>Benjamin C. Carver (No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>      sgreecher@ycst.com<br>      amielke@ycst.com<br>      tpowell@ycst.com<br>      bcarver@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2016-2

I, Sean T. Greecher, hereby certify as follows:

1. I am a partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP ("**Young Conaway**"), and have been admitted to the bar of the Supreme Court of Delaware since 2004.

2. I have personally performed many of the legal services rendered by Young Conaway, as counsel for the Debtors, and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and submit that the Application complies with such requirements.

Dated: March 28, 2025

                                                */s/ Sean T. Greecher*
                                                Sean T. Greecher (No. 4484)