# EXHIBIT A

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6558

Writer's E-Mail
sgreecher@ycst.com

Blink Holdings, Inc.
45 West 45th Street
10th Floor
New York, NY 10036

| | |
|---|---|
| Invoice Date: | March 6, 2025 |
| Invoice Number: | 50058925 |
| Matter Number: | 103829.1001 |

Re:  Restructuring
Billing Period through February 28, 2025

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 140,589.50 |
| Disbursements | $ | 5,044.20 |
| Total Due This Invoice | $ | 145,633.70 |

| Blink Holdings, Inc. | Invoice Date: | March 6, 2025 |
|---|---|---|
| Billing Period through February 28, 2025 | Invoice Number: | 50058925 |
| | Matter Number: | 103829.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 02/07/25 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to counsel | B001 | 0.20 | 79.00 |
| 02/13/25 | DLASK | Update critical dates | B001 | 0.30 | 118.50 |
| 02/25/25 | DLASK | Update critical dates | B001 | 0.30 | 118.50 |
| 02/27/25 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to counsel | B001 | 0.20 | 79.00 |
| 02/28/25 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 77.00 |
| 02/03/25 | DLASK | Hearing preparation, assemble hearing binders | B002 | 0.70 | 276.50 |
| 02/03/25 | RLAMB | Prepare for and attend telephone conference with S. Greecher, A. Mielke, and S. Shenker regarding confirmation hearing | B002 | 0.50 | 290.00 |
| 02/03/25 | RLAMB | Prepare for confirmation hearing | B002 | 0.20 | 116.00 |
| 02/04/25 | DLASK | Draft February 28 hearing agenda | B002 | 0.30 | 118.50 |
| 02/04/25 | SGREE | Prepare for (2.4) and participate in (1.3) confirmation hearing | B002 | 3.70 | 4,014.50 |
| 02/04/25 | SGREE | Confer with D. Laskin re: notice of continuation of confirmation hearing (.2); review and revise same (.2) | B002 | 0.40 | 434.00 |
| 02/13/25 | DLASK | Draft March hearing agenda | B002 | 0.40 | 158.00 |
| 02/24/25 | DLASK | Assemble pleadings for hearing binders for hearing | B002 | 0.40 | 158.00 |
| 02/24/25 | DLASK | Update agenda | B002 | 0.40 | 158.00 |
| 02/24/25 | SGREE | Review and comment on agenda for 2/28 hearing (.2); emails with D. Laskin re: same (.1) | B002 | 0.30 | 325.50 |
| 02/25/25 | DLASK | Hearing binder preparation | B002 | 0.70 | 276.50 |

Blink Holdings, Inc.
Billing Period through February 28, 2025

Invoice Date: March 6, 2025
Invoice Number: 50058925
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/25/25 | RLAMB | Prepare for and attend video conference with S. Greecher, S. Shenker, S. Canna, and H. Reynolds regarding confirmation hearing preparations | B002 | 0.50 | 290.00 |
| 02/26/25 | DLASK | Hearing preparation | B002 | 0.40 | 158.00 |
| 02/26/25 | DLASK | Finalize for filing and coordinate service of hearing agenda | B002 | 0.40 | 158.00 |
| 02/26/25 | SGREE | Review and comment on agenda for 2/28 hearing (.2); confer with D. Laskin re: same (.2) | B002 | 0.40 | 434.00 |
| 02/28/25 | SGREE | Prepare for (1.1) and participate in (.4) confirmation hearing | B002 | 1.50 | 1,627.50 |
| 02/07/25 | SGREE | Review Katten and Morris Nichols invoices for payment pursuant to DIP order | B003 | 0.20 | 217.00 |
| 02/27/25 | AMIEL | Emails with PPP team and YCST team re: MORs | B004 | 0.10 | 86.00 |
| 02/28/25 | AMIEL | Emails with YCST team and PPP team re: MORs | B004 | 0.10 | 86.00 |
| 02/28/25 | BOLIV | Finalize for filing and coordinate service of January '25 monthly operating report | B004 | 0.20 | 77.00 |
| 02/28/25 | TPOWE | Analyzing, reviewing, and filing January MORs | B004 | 0.80 | 544.00 |
| 02/03/25 | AMIEL | Emails with YCST team, M. Doss, and PPP team re: lease issues | B005 | 0.10 | 86.00 |
| 02/03/25 | RLAMB | Draft fifth rejection motion | B005 | 0.10 | 58.00 |
| 02/03/25 | SGREE | Emails with counsel to landlord (.2), Portage Point (.1) and buyer (.1) re: status of 125 Park Avenue designated lease | B005 | 0.40 | 434.00 |
| 02/04/25 | RLAMB | Draft fifth rejection motion | B005 | 0.60 | 348.00 |
| 02/04/25 | RLAMB | Correspond with A. Mielke, S. Greecher, PPP team, and counsel to landlord regarding cure negotiations | B005 | 0.50 | 290.00 |
| 02/04/25 | RLAMB | Correspond with S. Greecher and counsel to purchaser regarding assignment of leases | B005 | 0.20 | 116.00 |
| 02/05/25 | AMIEL | Emails with YCST team and PPP team re: rejection motion | B005 | 0.10 | 86.00 |
| 02/05/25 | RLAMB | Continue drafting fifth rejection motion | B005 | 0.30 | 174.00 |

Blink Holdings, Inc.  
Billing Period through February 28, 2025

Invoice Date:            March 6, 2025  
Invoice Number:            50058925  
Matter Number:            103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/05/25 | SGREE | Review and revise draft omnibus rejection motion (.6); emails with R. Lamb re: same (.2); emails with Portage Point re: same (.2) | B005 | 1.00 | 1,085.00 |
| 02/06/25 | AMIEL | Emails with contract counterparty, YCST team and PPP team re: assumption issues | B005 | 0.10 | 86.00 |
| 02/06/25 | RLAMB | Manage cure amount inquiry from counsel to landlord | B005 | 1.50 | 870.00 |
| 02/06/25 | SGREE | Review documents and correspondence re: late objection to cure amount (.7); emails with landlord counsel (.2), Portage Point (.2), Pure Gym counsel (.2) and R. Lamb (.2) re: same | B005 | 1.50 | 1,627.50 |
| 02/06/25 | SGREE | Emails with Portage Point and R. Lamb re: preparations for 5th omnibus rejection motion | B005 | 0.20 | 217.00 |
| 02/07/25 | AMIEL | Emails with YCST team and PPP team re: contract assumption and other related issues and review documents (sale order, assumption lists, APAs) re: same | B005 | 0.20 | 172.00 |
| 02/07/25 | AMIEL | Review motion for leave to object to cure amounts | B005 | 0.10 | 86.00 |
| 02/07/25 | RLAMB | Complete analysis for landlord cure request | B005 | 0.70 | 406.00 |
| 02/07/25 | SGREE | Review 5111 4th Avenue late cure objection (.4), documents re: tax obligations (.6) and information regarding service of cure notice (.3); emails with R. Lamb (.2), PPP (.2) and buyer re: same (.2) | B005 | 1.90 | 2,061.50 |
| 02/07/25 | SGREE | Multiple emails with counsel to Pure Gym re: lease assignment notice issues | B005 | 0.30 | 325.50 |
| 02/08/25 | AMIEL | Emails with buyer's counsel, PPP team and YCST team assumption and related issues | B005 | 0.10 | 86.00 |
| 02/09/25 | SGREE | Emails with A. Mielke re: potential response to late cure objection (.2); review pleadings and correspondence re: same (.2) | B005 | 0.40 | 434.00 |
| 02/10/25 | AMIEL | Emails with purchaser's counsel and S. Greecher re: contract designation and cure issues | B005 | 0.10 | 86.00 |
| 02/10/25 | RLAMB | Prepare for and attend telephone conference with S. Greecher regarding landlord cure objection | B005 | 0.10 | 58.00 |
| 02/10/25 | RLAMB | Continue coordinating landlord cure cost inquiry | B005 | 0.40 | 232.00 |

| | | | | | |
|---|---|---|---|---|---|
| Blink Holdings, Inc. | | | Invoice Date: | | March 6, 2025 |
| Billing Period through February 28, 2025 | | | Invoice Number: | | 50058925 |
| | | | Matter Number: | | 103829.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 02/10/25 | RLAMB | Prepare for and attend telephone conference with PPP team, A. Mielke, and S. Greecher regarding cure objection | B005 | 0.70 | 406.00 |
| 02/10/25 | SGREE | Emails with counsel to Pure Gym re: late cure objection issues (.2); review documents, pleadings, and correspondence re: same (1.3); confer with R. Lamb re: response (.2); revise response (1.1) | B005 | 2.80 | 3,038.00 |
| 02/11/25 | AMIEL | Emails with R. Lamb, contract counterparty, PPP team, and S. Greecher re: contract designation and cure issues | B005 | 0.10 | 86.00 |
| 02/11/25 | RLAMB | Continue coordinating response to landlord cure objection | B005 | 0.30 | 174.00 |
| 02/11/25 | SGREE | Review correspondence re: payment of February rent obligations | B005 | 0.20 | 217.00 |
| 02/11/25 | SGREE | Review and revise draft response to landlord re: late cure objection (.4); emails with R. Lamb re: same (.2); review documents and correspondence re: same (.3) | B005 | 0.90 | 976.50 |
| 02/12/25 | AMIEL | Emails with R. Lamb, contract counterparty, PPP team, and S. Greecher re: contract designation and cure issues | B005 | 0.10 | 86.00 |
| 02/12/25 | RLAMB | Correspond with S. Canna, counsel to landlord, S. Greecher, and A. Mielke regarding lease payments | B005 | 0.20 | 116.00 |
| 02/12/25 | SGREE | Emails with counsel to Pure Gym re: lease amendment and assignment | B005 | 0.20 | 217.00 |
| 02/12/25 | SGREE | Review correspondence re: status of rent payment | B005 | 0.30 | 325.50 |
| 02/13/25 | AMIEL | Emails with R. Lamb, contract counterparty, PPP team, and S. Greecher re: contract designation and cure issues | B005 | 0.10 | 86.00 |
| 02/13/25 | DLASK | Finalize for filing and coordinate service of notice of assumed agreement Lodi, NJ | B005 | 0.40 | 158.00 |
| 02/13/25 | RLAMB | Continue coordinating response to landlord cure objection | B005 | 0.30 | 174.00 |
| 02/13/25 | RLAMB | Finalize notice of assumption and assignment | B005 | 0.10 | 58.00 |
| 02/13/25 | SGREE | Emails with counsel to Pure Gym re: confirmation of lease assignment and amendment | B005 | 0.30 | 325.50 |
| 02/13/25 | SGREE | Review correspondence from landlord re: late cure objection (.3); review documents (.4) and prepare response to same (.4) | B005 | 1.10 | 1,193.50 |

Blink Holdings, Inc.  
Billing Period through February 28, 2025

Invoice Date: March 6, 2025  
Invoice Number: 50058925  
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/14/25 | AMIEL | Emails with S. Greecher, R. Lamb, PPP team, and contract counterparty re: cure and assumption issues | B005 | 0.10 | 86.00 |
| 02/14/25 | RLAMB | Manage inquiries from landlord and contract counterparty counsels | B005 | 0.40 | 232.00 |
| 02/14/25 | RLAMB | Correspond with S. Greecher, S. Canna, and counsel to purchaser regarding assumption of leases | B005 | 0.30 | 174.00 |
| 02/14/25 | SGREE | Multiple emails with counsel to Pure Gym re: confirmation of lease assignments and amendments | B005 | 0.40 | 434.00 |
| 02/14/25 | SGREE | Review additional documents and correspondence re: late cure objection (1.1); multiple emails with counsel to landlord (.5) and R. Lamb (.2) re: same | B005 | 1.80 | 1,953.00 |
| 02/17/25 | RLAMB | Correspond with S. Greecher and counsel to purchaser regarding assumption of leases | B005 | 0.20 | 116.00 |
| 02/17/25 | RLAMB | Correspond with S. Greecher, S. Canna, and S. Shenker regarding lease rejections | B005 | 0.20 | 116.00 |
| 02/17/25 | SGREE | Multiple emails with Portage Point (.4) and buyer counsel (.3) re: designated lease rejection process; review APA and order (.4); confer with C. Grear re: same (.2) | B005 | 1.30 | 1,410.50 |
| 02/18/25 | RLAMB | Correspond with S. Greecher, S. Canna, S. Shenker, A. Mielke, and counsel to purchaser regarding lease assumptions | B005 | 0.30 | 174.00 |
| 02/18/25 | RLAMB | Conference with S. Greecher regarding rejection motion | B005 | 0.10 | 58.00 |
| 02/18/25 | SGREE | Confer with R. Lamb re: designation rights assumption and rejection notices (.2); multiple calls and emails with counsel to buyer (.5) and Portage Point (.6) re: same; review documents re: same (.3) | B005 | 1.60 | 1,736.00 |
| 02/19/25 | AMIEL | Emails with W. Morley and S. Greecher re: assumption issues | B005 | 0.10 | 86.00 |
| 02/19/25 | RLAMB | Prepare for and attend telephone conference with S. Greecher, J. Klein, S. Canna, W. Morley, and J. Daley regarding lease assumptions and rejections | B005 | 0.40 | 232.00 |
| 02/19/25 | RLAMB | Continue drafting fifth rejection motion | B005 | 1.70 | 986.00 |
| 02/19/25 | RLAMB | Correspond with S. Greecher, S. Canna, S. Shenker, and counsel to purchaser regarding lease assumptions | B005 | 0.30 | 174.00 |

Blink Holdings, Inc.
Billing Period through February 28, 2025

Invoice Date:                    March 6, 2025
Invoice Number:                    50058925
Matter Number:              103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/19/25 | SGREE | Emails with counsel to Pure Gym re: update on motion for late cure objection | B005 | 0.20 | 217.00 |
| 02/19/25 | SGREE | Review, revise, and edit 5th omnibus rejection motion (.7); emails with R. Lamb re: same (.2) | B005 | 0.90 | 976.50 |
| 02/20/25 | AMIEL | Emails with contract counterparty and PPP team re: cure and assumption issues | B005 | 0.10 | 86.00 |
| 02/20/25 | DLASK | Monitor, review and respond to email from counsel and claims agent regarding preparation and filing of assumption notice and rejection motion | B005 | 3.00 | 1,185.00 |
| 02/20/25 | DLASK | Finalize for filing and coordinate service of assumption notice | B005 | 0.40 | 158.00 |
| 02/20/25 | RLAMB | Correspond with S. Greecher, PPP team, D. Laskin, counsel to landlords, and counsel to purchaser regarding lease assumption | B005 | 0.70 | 406.00 |
| 02/20/25 | RLAMB | Finalize notice of assumption for filing | B005 | 1.00 | 580.00 |
| 02/20/25 | RLAMB | Continue drafting and finalizing rejection motion | B005 | 1.10 | 638.00 |
| 02/20/25 | SGREE | Emails with R. Lamb (.2) and Portage Point (.2) re: revised rejection motion | B005 | 0.40 | 434.00 |
| 02/20/25 | SGREE | Multiple emails with Pure Gym team re: contracts for assumption (.4); multiple correspondence re: lease assignment and amendments (1.3); review documents (.5); emails with Latham and R. Lamb re: same (.5) | B005 | 2.70 | 2,929.50 |
| 02/20/25 | SGREE | Multiple emails with R. Lamb, D. Laskin, and Epiq re: filing and service of designation rights contract notices | B005 | 0.50 | 542.50 |
| 02/21/25 | AMIEL | Emails with contract counterparty, YCST team, and PPP team re: assumption issues | B005 | 0.10 | 86.00 |
| 02/21/25 | RLAMB | Review and revise landlord surrender letter | B005 | 0.50 | 290.00 |
| 02/21/25 | RLAMB | Correspond with client, counsel to purchaser, and S. Greecher regarding lease rejections and assumptions | B005 | 0.30 | 174.00 |
| 02/21/25 | RLAMB | Manage landlord inquiries | B005 | 0.60 | 348.00 |
| 02/21/25 | SGREE | Emails with counsel to Equinox re: status of lease assumptions | B005 | 0.20 | 217.00 |
| 02/21/25 | SGREE | Emails with Portage and R. Lamb re: questions from landlords on status of payments | B005 | 0.30 | 325.50 |

Blink Holdings, Inc.
Billing Period through February 28, 2025

Invoice Date: March 6, 2025
Invoice Number: 50058925
Matter Number: 103829.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 02/21/25 | SGREE | Multiple calls and emails with Pure Gym (.4) and Portage Point (.2) re: assignment of 54th Street lease; review documents and correspondence re: same (.3) | B005 | 0.90 | 976.50 |
| 02/22/25 | RLAMB | Correspond with S. Greecher, client, and counsel to purchaser regarding lease rejections and assumptions | B005 | 0.10 | 58.00 |
| 02/24/25 | RLAMB | Correspond with client, PPP team, counsel to purchaser, and S. Greecher regarding lease rejections and assumptions | B005 | 0.50 | 290.00 |
| 02/24/25 | RLAMB | Draft supplemental notice of assumption | B005 | 0.80 | 464.00 |
| 02/24/25 | RLAMB | Review and revise landlord surrender letters | B005 | 0.60 | 348.00 |
| 02/24/25 | SGREE | Multiple emails with counsel to Lodi landlord (.4) and Pure Gym (.3) re: lease assignment issues; review documents and correspondence re: same (.3) | B005 | 1.00 | 1,085.00 |
| 02/24/25 | SGREE | Emails with R. Lamb and S. Canna re: notice of assumption and assignment of 54th Street lease (.2); review and comment on draft (.2) | B005 | 0.40 | 434.00 |
| 02/24/25 | SGREE | Emails with counsel to Equinox (.2) and R. Lamb (.1) re: cure notice question | B005 | 0.30 | 325.50 |
| 02/24/25 | SGREE | Multiple emails with L. Trued (.2) and S. Canna (.2) and R. Lamb (.1) re: rejection notices; review documents and correspondence re: same (.2) | B005 | 0.70 | 759.50 |
| 02/25/25 | RLAMB | Correspond with S. Greecher, PPP team, client, counsel to purchaser, and counsel to Equinox regarding lease assumptions and rejections | B005 | 0.70 | 406.00 |
| 02/25/25 | RLAMB | Finalize lease surrender letters for mailing | B005 | 0.60 | 348.00 |
| 02/25/25 | SGREE | Review documents and correspondence re: Third Avenue landlord claim issues (.7); confer with R. Lamb (.2) and emails with counsel to Equinox (.2) and Portage Point (.2) re: same | B005 | 1.30 | 1,410.50 |
| 02/25/25 | SGREE | Confer with R. Lamb re: supplemental notice of assumption and assignment (.2); emails with Portage Point and Pure Gym re: same (.2); review documents and correspondence re: same (.3) | B005 | 0.70 | 759.50 |

Blink Holdings, Inc.
Billing Period through February 28, 2025

Invoice Date:                    March 6, 2025
Invoice Number:                   50058925
Matter Number:                103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/25/25 | SGREE | Review draft correspondence re: lease rejections (.4); multiple emails with R. Lamb (.3) and L. Trued (.2) re: same | B005 | 0.90 | 976.50 |
| 02/26/25 | DLASK | Finalize for filing and coordinate service of supplemental notice of designation of assumed agreements | B005 | 0.40 | 158.00 |
| 02/26/25 | RLAMB | Correspond with S. Greecher, counsel to purchaser, PPP team, counsel to Equinox regarding lease assumptions and rejections | B005 | 0.30 | 174.00 |
| 02/26/25 | RLAMB | Finalize assumption notice for filing | B005 | 0.20 | 116.00 |
| 02/26/25 | SGREE | Emails with counsel to Pure Gym and R. Lamb re: assigned lease amendment documentation | B005 | 0.20 | 217.00 |
| 02/26/25 | SGREE | Review documents and correspondence re: lease cure calculations from Pure Gym (.8); multiple emails with counsel to Equinox and Portage Point (.5) and call/emails with Pure Gym counsel (.2) re: same | B005 | 1.50 | 1,627.50 |
| 02/26/25 | SGREE | Emails with R. Lamb and D. Laskin re: supplemental notice of assumption and assignment | B005 | 0.20 | 217.00 |
| 02/27/25 | DLASK | File certification of counsel regarding Lodi, NJ property, prepare electronic order | B005 | 0.40 | 158.00 |
| 02/27/25 | RLAMB | Correspond with S. Greecher, client, PPP team, counsel to Equinox, and counsel to purchaser regarding lease assumptions | B005 | 0.30 | 174.00 |
| 02/27/25 | RLAMB | Coordinate delivery of lease rejection letters | B005 | 0.10 | 58.00 |
| 02/27/25 | SGREE | Emails with R. Lamb and L. Trued re: lease rejection notices | B005 | 0.20 | 217.00 |
| 02/27/25 | SGREE | Multiple emails with counsel to Equinox, Pure Gym, and R. Lamb re: cure payment and guarantee obligations related to assumed and assigned leases (.5); review documents re: same (.4) | B005 | 0.90 | 976.50 |
| 02/27/25 | SGREE | Review documents and correspondence re: assignment of Lodi lease (.3); review/revise/execute certification (.2); emails with D. Laskin re: same (.1) | B005 | 0.60 | 651.00 |
| 02/27/25 | SGREE | Review correspondence with Portage Point and Pure Gym re: cure payment process | B005 | 0.20 | 217.00 |

Blink Holdings, Inc.
Billing Period through February 28, 2025

Invoice Date:                 March 6, 2025
Invoice Number:                    50058925
Matter Number:                 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/28/25 | AMIEL | Emails with creditor and purchaser re: lease issues | B005 | 0.10 | 86.00 |
| 02/28/25 | RLAMB | Prepare for and attend telephone conference with S. Greecher and counsel to Equinox regarding lease assumptions | B005 | 0.40 | 232.00 |
| 02/28/25 | RLAMB | Manage landlord inquiries | B005 | 0.10 | 58.00 |
| 02/28/25 | SGREE | Call with R. Lamb and counsel to Equinox re: cure payment and guarantee obligations (.6); emails with counsel to Pure Gym (.3); review amendment documents (.2) and follow-up with Equinox (.2) | B005 | 1.30 | 1,410.50 |
| 02/03/25 | LMCCR | Correspondence with S. Shenker re final ELA | B006 | 0.10 | 78.00 |
| 02/03/25 | SGREE | Review documents and correspondence re: ELA and designation rights transition matters (.7); multiple emails with Portage Point and R. Lamb re: same (.4) | B006 | 1.10 | 1,193.50 |
| 02/04/25 | AMIEL | Emails with claimant's counsel, YCST team, and PPP team re: cure objection | B006 | 0.10 | 86.00 |
| 02/04/25 | LMCCR | Correspondence with S. Canna and R. Lamb re employment agreements | B006 | 0.10 | 78.00 |
| 02/04/25 | SGREE | Emails with G. deSpeville re: surety bond termination issues | B006 | 0.20 | 217.00 |
| 02/04/25 | SGREE | Review documents and correspondence re: employee compensation matters (.5); emails with counsel to buyer (.2) and call and emails with S. Shenker (.2) and S. Canna (.2) re: same | B006 | 1.10 | 1,193.50 |
| 02/04/25 | SGREE | Emails with Portage Point and R. Lamb re: late objection to cure notice | B006 | 0.30 | 325.50 |
| 02/05/25 | CGREA | Review and analyze sale closing documents re: designation period and ELA expiration issues | B006 | 0.20 | 300.00 |
| 02/05/25 | CGREA | Conference with S. Greecher re: ELA expiration and termination of certain employees in connection with sale to Pure Gym | B006 | 0.20 | 300.00 |
| 02/05/25 | LMCCR | Correspondence with S. Canna and S. Greecher re vendor rebates | B006 | 0.10 | 78.00 |
| 02/05/25 | SGREE | Emails with S. Canna re: rights to rebate balances under APA | B006 | 0.20 | 217.00 |

| | | | | | |
|---|---|---|---|---|---|
| Blink Holdings, Inc. | | | Invoice Date: | | March 6, 2025 |
| Billing Period through February 28, 2025 | | | Invoice Number: | | 50058925 |
| | | | Matter Number: | | 103829.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 02/05/25 | SGREE | Review documents and correspondence re: ELA employee termination issues (.4); confer with C. Grear (.2); calls and emails with Portage Point (.4) and M. Nestor (.2)) re: same | B006 | 1.20 | 1,302.00 |
| 02/06/25 | LMCCR | Correspondence with S. Canna and S. Greecher re vendor rebates | B006 | 0.20 | 156.00 |
| 02/06/25 | LMCCR | Correspondence with S. Greecher and G. Harkless re fully executed and compiled PureGym APA, exhibits and disclosure schedules | B006 | 0.50 | 390.00 |
| 02/06/25 | SGREE | Emails with G. Harkless and L. McCrery re: Pinnacle APA request | B006 | 0.30 | 325.50 |
| 02/06/25 | SGREE | Review APA and agreements re: question on rebate payment issue (.7); multiple emails with Portage Point: same (.3) | B006 | 1.00 | 1,085.00 |
| 02/09/25 | SGREE | Review and evaluate documents and correspondence re: severance obligations under APA and ELA | B006 | 1.00 | 1,085.00 |
| 02/09/25 | SGREE | Review and consider response in connection with obligations owed to third parties under Lotemd sale agreement | B006 | 0.50 | 542.50 |
| 02/10/25 | SGREE | Emails with S. Shenker re: providing documents to buyer | B006 | 0.20 | 217.00 |
| 02/10/25 | SGREE | Prepare proposed response to request from Pure Gym re: evaluation of severance obligations under APA and ELA (.8); emails with Portage Point re: same (.2) | B006 | 1.00 | 1,085.00 |
| 02/13/25 | SGREE | Emails with W. Morley re: notice of assignment of leases (.3); review and revise notice re: Lodi assignment (.5); emails with counsel to landlord (.1); confer with R. Lamb re: same (.2) | B006 | 1.10 | 1,193.50 |
| 02/14/25 | SGREE | Review sale order and related documents (.5); emails with R. Lamb re: logistics regarding payment of cure obligations (.3) | B006 | 0.80 | 868.00 |
| 02/17/25 | CGREA | Conference with S. Greecher re: lease assumption issues | B006 | 0.10 | 150.00 |
| 02/17/25 | SGREE | Review documents and correspondence re: obligations arising under ELA (.3); review ELA, APA, and confirmation order (.7); emails with S. Shenker re: same (.3) | B006 | 1.30 | 1,410.50 |
| 02/18/25 | AMIEL | Emails with YCST team and PPP team re: wind down logistics and budget | B006 | 0.10 | 86.00 |

Blink Holdings, Inc.
Billing Period through February 28, 2025

Invoice Date: March 6, 2025
Invoice Number: 50058925
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/18/25 | SGREE | Confer with M. Nestor re: update on designation rights and ELA issues | B006 | 0.20 | 217.00 |
| 02/18/25 | SGREE | Call with G. Harkless re: update on ELA transition issues (.3); review agreement and correspondence re: same (.3) | B006 | 0.60 | 651.00 |
| 02/19/25 | SGREE | Review correspondence with counsel to Pure Gym re: lease assignment and amendment issues (.9); participate in call with Pure Gym and advisors (.5); confer with R. Lamb (.3) and Portage (.3) re: same | B006 | 2.00 | 2,170.00 |
| 02/21/25 | RLAMB | Correspond with PPP team, A. Mielke, S. Greecher, and T. Powell regarding insurance policies | B006 | 0.10 | 58.00 |
| 02/25/25 | AMIEL | Emails with S. Shenker re: lender distribution and review same | B006 | 0.10 | 86.00 |
| 02/26/25 | AMIEL | Emails with S. Shenker re: effective date distribution | B006 | 0.10 | 86.00 |
| 02/03/25 | AMIEL | Emails with PPP team and YCST team re: claims and transition agreement issues | B007 | 0.10 | 86.00 |
| 02/03/25 | BCARV | Extensive review re: claims (1.0); correspondence with T. Powell and A. Lee re: same (.3) | B007 | 1.30 | 669.50 |
| 02/04/25 | BCARV | Review of claims issues (1.2); extensive correspondence with YCST team re: same (.4) | B007 | 1.60 | 824.00 |
| 02/05/25 | AMIEL | Emails with YCST team and PPP team re: claims and ELA transition | B007 | 0.10 | 86.00 |
| 02/07/25 | SGREE | Review Paramus landlord proof of claim (.1); confer with counsel to Equinox re: same (.2); calls and emails re: same (.2); review supporting documentation (.2) | B007 | 0.70 | 759.50 |
| 02/09/25 | AMIEL | Consider claim issues (.2); emails with S. Greecher re: same (.1) | B007 | 0.30 | 258.00 |
| 02/10/25 | AMIEL | Attend (joined late) call re: claims | B007 | 0.20 | 172.00 |
| 02/10/25 | SGREE | Review documents and correspondence re: calculation of obligations under landlord claim | B007 | 0.80 | 868.00 |
| 02/10/25 | SGREE | Review updated claims register (.2); emails with Epiq re: same (.2) | B007 | 0.40 | 434.00 |
| 02/13/25 | DLASK | Email to claims agent regarding claims binders | B007 | 0.10 | 39.50 |
| 02/14/25 | AMIEL | Emails with T. Powell re: claims reconciliation | B007 | 0.10 | 86.00 |

Blink Holdings, Inc.
Billing Period through February 28, 2025

| | | Invoice Date: | March 6, 2025 |
| | | Invoice Number: | 50058925 |
| | | Matter Number: | 103829.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/17/25 | AMIEL | Emails with YCST team and PPP team re: claim reconciliation | B007 | 0.10 | 86.00 |
| 02/17/25 | SGREE | Review documents and correspondence with AFCO re: secured claim (.4); multiple emails with T. Powell and Portage Point re: same (.3) | B007 | 0.70 | 759.50 |
| 02/17/25 | SGREE | Review documents and correspondence re: claims related to ELA employee terminations (.4); emails with S. Canna re: same (.3) | B007 | 0.70 | 759.50 |
| 02/17/25 | TPOWE | Correspondence with G. de Speville and/or YCST Team re: SAP claims and related research (.3); and teleconference with G. de Speville re: same (.1) | B007 | 0.40 | 272.00 |
| 02/18/25 | AMIEL | Emails with YCST team and PPP team re: claim reconciliation | B007 | 0.10 | 86.00 |
| 02/18/25 | SGREE | Emails with S. Canna re: administrative claim reserve issues (.2); review documents and correspondence re: same (.3) | B007 | 0.50 | 542.50 |
| 02/18/25 | SGREE | Review updated claims tracker from Portage Point (.3) and claims register report from Epiq (.2) | B007 | 0.50 | 542.50 |
| 02/19/25 | SGREE | Review documents and correspondence re: claim reserve preparations (.6); emails with Portage Point re: same (.3) | B007 | 0.90 | 976.50 |
| 02/20/25 | AMIEL | Emails with creditor, YCST team, and PPP team re: late filed claim | B007 | 0.10 | 86.00 |
| 02/20/25 | SGREE | Emails with Texas taxing authority (.2) and Portage Point (.2) re: Blue Ridge MUD late tax claim | B007 | 0.40 | 434.00 |
| 02/21/25 | AMIEL | Emails with S. Jaillette and PPP team re: PFA and related claim issues | B007 | 0.10 | 86.00 |
| 02/21/25 | BCARV | Correspondence with S. Greecher re: claim and analysis of document re: same | B007 | 0.20 | 103.00 |
| 02/21/25 | SGREE | Review sale order (.3) and documents/proposed correspondence re: reconciliation (.4); emails with Portage Point re: sale reserve amount calculations (.3) | B007 | 1.00 | 1,085.00 |
| 02/24/25 | ALEE | Analyze Jackson Joy inquiry (.2); calls with J. Bordner re: same (.2); call with S. Greecher re: same (.1) | B007 | 0.50 | 272.50 |
| 02/24/25 | AMIEL | Emails with PPP team and creditor's counsel re: claims and related payments | B007 | 0.10 | 86.00 |

Blink Holdings, Inc.  
Billing Period through February 28, 2025

Invoice Date:                    March 6, 2025  
Invoice Number:                 50058925  
Matter Number:               103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/24/25 | AMIEL | Emails with PPP team, claims agent, and S. Greecher re: employment claims and assumption issues | B007 | 0.10 | 86.00 |
| 02/24/25 | AMIEL | Emails with S. Jaillette and PPP team re: contract payments and related claims | B007 | 0.10 | 86.00 |
| 02/24/25 | AMIEL | Emails with contract counterparty re: contract claims | B007 | 0.10 | 86.00 |
| 02/24/25 | DLASK | Prepare certificates of no objection for claim objections | B007 | 0.40 | 158.00 |
| 02/24/25 | RLAMB | Correspond with PPP team and S. Greecher regarding claims register | B007 | 0.10 | 58.00 |
| 02/24/25 | SGREE | Review documents and revision to correspondence re: post-effective date reserves for Equinox claims | B007 | 0.20 | 217.00 |
| 02/24/25 | SGREE | Review update claims register | B007 | 0.10 | 108.50 |
| 02/24/25 | SGREE | Review documents and correspondence re: member refund issues (.2); emails with Portage Point re: same (.2) | B007 | 0.40 | 434.00 |
| 02/24/25 | SGREE | Emails with TX taxing authority re: late claim | B007 | 0.20 | 217.00 |
| 02/24/25 | SGREE | Emails with T. Powell and D. Laskin re: CNOs for claim objections | B007 | 0.20 | 217.00 |
| 02/24/25 | SGREE | Confer with A. Lee re: inquiry from landlord regarding general unsecured claim | B007 | 0.20 | 217.00 |
| 02/25/25 | DLASK | File certificates of no objection for claim objections, prepare electronic orders and exhibits | B007 | 0.70 | 276.50 |
| 02/25/25 | SGREE | Review CNOs for 1st and 2nd omnibus claim objections (.2); emails with T. Powell re: same (.1) | B007 | 0.30 | 325.50 |
| 02/27/25 | SGREE | Review orders re: omnibus claim objections | B007 | 0.20 | 217.00 |
| 02/05/25 | SGREE | Review order (.1) and correspondence from plaintiff counsel (.1) re: dismissal of litigation matter | B009 | 0.20 | 217.00 |
| 02/21/25 | SGREE | Review incoming personal injury complaint filed against Blink (.3); emails with B. Carver and company counsel re: same (.2) | B009 | 0.50 | 542.50 |
| 02/24/25 | BCARV | Draft and revise automatic stay letter (.8); correspond with S. Greecher re: same (.1) | B009 | 0.90 | 463.50 |
| 02/24/25 | SGREE | Review and comment on automatic stay letter (Borgia) (.2); emails with B. Carver re: same (.2) | B009 | 0.40 | 434.00 |

Blink Holdings, Inc.
Billing Period through February 28, 2025

Invoice Date: March 6, 2025
Invoice Number: 50058925
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/25/25 | BCARV | Revise and transmit automatic stay letter | B009 | 0.40 | 206.00 |
| 02/27/25 | SGREE | Emails with E. Heller re: incoming personal injury complaint | B009 | 0.20 | 217.00 |
| 02/03/25 | ALEE | Draft motion to further extend removal deadline | B011 | 0.90 | 490.50 |
| 02/03/25 | AMIEL | Emails with YCST team re: removal motion | B011 | 0.10 | 86.00 |
| 02/03/25 | SGREE | Review subpoena for records received (.2); email counsel to requesting party re: same (.2) | B011 | 0.40 | 434.00 |
| 02/03/25 | SGREE | Emails with A. Mielke and A. Lee re: removal extension motion preparation | B011 | 0.30 | 325.50 |
| 02/05/25 | ALEE | Update and file motion to extend (.20) and email correspondence with S. Greecher and S. Shenker re: same (.3) | B011 | 0.50 | 272.50 |
| 02/05/25 | DLASK | Finalize for filing and coordinate service of motion extending removal deadline | B011 | 0.40 | 158.00 |
| 02/05/25 | SGREE | Review and comment on draft removal extension motion (.4); emails with A. Lee (.2) and Portage Point (.2) re: same | B011 | 0.80 | 868.00 |
| 02/07/25 | SGREE | Review subpoena for records (.1); emails with counsel to requesting party re: same (.2) | B011 | 0.30 | 325.50 |
| 02/07/25 | SGREE | Review Deras settlement documents (.3); emails with company counsel (.2) and S. Shenker (.1) re: same | B011 | 0.60 | 651.00 |
| 02/12/25 | SGREE | Emails with company counsel re: dismissal of state court matter | B011 | 0.20 | 217.00 |
| 02/20/25 | ALEE | Draft certificate of no objection re: removal motion | B011 | 0.20 | 109.00 |
| 02/20/25 | DLASK | File certificate of no objection for removal motion | B011 | 0.30 | 118.50 |
| 02/20/25 | DLASK | Prepare certificate of no objection for removal motion | B011 | 0.20 | 79.00 |
| 02/28/25 | SGREE | Emails with P. McPartland re: Deras settlement documentation | B011 | 0.20 | 217.00 |
| 02/02/25 | AMIEL | Emails with S. Greecher and L. Heilman re: plan | B012 | 0.10 | 86.00 |
| 02/03/25 | AMIEL | Teleconference with YCST team and S. Shenker re: confirmation hearing preparation | B012 | 0.50 | 430.00 |
| 02/03/25 | SGREE | Conference with A. Mielke, R. Lamb, and S. Shenker re: preparations for confirmation hearing | B012 | 0.50 | 542.50 |

Blink Holdings, Inc.
Billing Period through February 28, 2025

| | Invoice Date: | March 6, 2025 |
|---|---|---|
| | Invoice Number: | 50058925 |
| | Matter Number: | 103829.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 02/03/25 | SGREE | Review and revise outline for confirmation hearing (1.8); and review agenda and documents re: same (.5); calls and emails with counsel to landlords (.3); and US Trustee (.3) re: objections | B012 | 2.90 | 3,146.50 |
| 02/04/25 | AMIEL | Prepare for and attend confirmation hearing (1.9) and follow up with S. Greecher re: same (.2) | B012 | 2.10 | 1,806.00 |
| 02/04/25 | DLASK | Finalize for filing and coordinate service of notice of continued confirmation hearing | B012 | 0.40 | 158.00 |
| 02/04/25 | DLASK | Draft notice of continued confirmation hearing | B012 | 0.20 | 79.00 |
| 02/04/25 | SGREE | Review and revise confirmation order (.7) and plan administrator agreement (.3) consistent with hearing; review documents (.5); emails with counsel to UCC re: same (.3) | B012 | 1.80 | 1,953.00 |
| 02/05/25 | SGREE | Emails with G. Harkless re: update on confirmation issues | B012 | 0.20 | 217.00 |
| 02/06/25 | AMIEL | Emails with YCST team, PPP team, and board re: case update and transition issues | B012 | 0.10 | 86.00 |
| 02/06/25 | SGREE | Review documents and correspondence related to plan administrator insurance coverage (.5); calls with S. Shenker re: same (.2) | B012 | 0.70 | 759.50 |
| 02/06/25 | SGREE | Email M. Pearlman re: update on confirmation and effective date (.2); review updated documents re: same (.1); review comments to confirmation order (.5); multiple emails with UCC counsel re: same (.3) | B012 | 1.10 | 1,193.50 |
| 02/07/25 | BCARV | Attention to correspondence re: plan with E. Pearlman and S. Greecher | B012 | 0.20 | 103.00 |
| 02/07/25 | RLAMB | Correspond with S. Greecher, counsel to landlords, and counsel to lenders regarding plan and confirmation order | B012 | 0.10 | 58.00 |
| 02/07/25 | SGREE | Review, revise, and edit plan (.8) and confirmation order (.4); emails with counsel to landlords (.2) and lenders (.3) re: same | B012 | 1.70 | 1,844.50 |
| 02/10/25 | SGREE | Participate in call with Portage Point team re: various matters to be resolved in anticipation of effective date | B012 | 0.50 | 542.50 |
| 02/11/25 | SGREE | Review and revise confirmation order (.5); emails with counsel to UCC (.2), Portage Point (.2) and broker (.1) re: same | B012 | 1.00 | 1,085.00 |

Blink Holdings, Inc.
Billing Period through February 28, 2025

Invoice Date: March 6, 2025
Invoice Number: 50058925
Matter Number: 103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/13/25 | SGREE | Call with counsel to objecting landlords re: comments to plan and confirmation order (.2); review precedent re: same (.4) | B012 | 0.60 | 651.00 |
| 02/13/25 | SGREE | Emails with Portage Point and insurance broker re: preparations for effective date | B012 | 0.30 | 325.50 |
| 02/13/25 | SGREE | Emails with Epiq re: continued confirmation hearing | B012 | 0.20 | 217.00 |
| 02/14/25 | SGREE | Emails with A. Mielke and T. Powell re: preparations for confirmation and effective date transition matters (.3); review documents and correspondence re: same (.3) | B012 | 0.60 | 651.00 |
| 02/18/25 | SGREE | Review documents and correspondence re: effective date preparations and insurance matters (.5); emails with S. Shenker and Willis Towers Watson re: same (.3) | B012 | 0.80 | 868.00 |
| 02/19/25 | SGREE | Review plan and confirmation order revisions (.3); email counsel to landlords re: same (.1) | B012 | 0.40 | 434.00 |
| 02/19/25 | SGREE | Emails with Chubb and Portage Point re: D&O policy issues | B012 | 0.20 | 217.00 |
| 02/21/25 | SGREE | Review and revise plan and confirmation order (1.5); multiple emails with counsel to landlords re: revisions and status of lease designations (.4); emails with lender and UCC counsel re: same (.2) | B012 | 2.10 | 2,278.50 |
| 02/24/25 | BCARV | Draft notice of further amended plan supplement (.8); correspond with S. Greecher re: same (.2) | B012 | 1.00 | 515.00 |
| 02/24/25 | DLASK | Finalize for filing and coordinate service of revised proposed confirmation order | B012 | 0.30 | 118.50 |
| 02/24/25 | DLASK | Finalize for filing and coordinate service of 3rd amended DS and plan and related blackline | B012 | 0.60 | 237.00 |
| 02/24/25 | SGREE | Emails with B. Carver re: notice of amended plan administrator agreement (.2); review, revise and edit notice of same (.2) | B012 | 0.40 | 434.00 |
| 02/24/25 | SGREE | Review, revise and edit notice of plan blackline | B012 | 0.30 | 325.50 |
| 02/24/25 | SGREE | Review, revise and edit revised confirmation order and notice | B012 | 0.60 | 651.00 |
| 02/24/25 | SGREE | Review, revise, and edit further amended plan (.8); emails with counsel to lenders and UCC re: same (.3); emails with D. Laskin re: filing and service (.2) | B012 | 1.30 | 1,410.50 |

Blink Holdings, Inc.
Billing Period through February 28, 2025

Invoice Date:            March 6, 2025
Invoice Number:           50058925
Matter Number:          103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/25/25 | SGREE | Review and revise notice of effective date | B012 | 0.60 | 651.00 |
| 02/25/25 | SGREE | Emails with UCC counsel (.2) and M. Pearlman (.2) re: plan administrator agreement execution | B012 | 0.40 | 434.00 |
| 02/25/25 | SGREE | Call with Portage Point and R. Lamb re: effective date preparations | B012 | 0.50 | 542.50 |
| 02/25/25 | SGREE | Review wind down budget summary (.4); emails with Portage Point and lenders re: same (.2) | B012 | 0.60 | 651.00 |
| 02/26/25 | AMIEL | Emails with S. Greecher re: confirmation order and effective date | B012 | 0.10 | 86.00 |
| 02/26/25 | SGREE | Multiple emails with counsel to landlords re: update on confirmation and status of lease rejections | B012 | 0.40 | 434.00 |
| 02/26/25 | SGREE | Emails with Portage Point re: effective date wind down budget (.3); review same (.2) | B012 | 0.50 | 542.50 |
| 02/26/25 | SGREE | Review documents and prepare for confirmation hearing | B012 | 3.10 | 3,363.50 |
| 02/27/25 | SGREE | Review correspondence with Portage Point and Varagon re: effective date and wind down budget preparation issues | B012 | 0.20 | 217.00 |
| 02/28/25 | AMIEL | Emails with YCST team re: confirmation order | B012 | 0.10 | 86.00 |
| 02/28/25 | AMIEL | Emails with YCST team, UST, and lender re: effective date | B012 | 0.10 | 86.00 |
| 02/28/25 | BOLIV | Finalize for filing and coordinate service of notice of effective date | B012 | 0.20 | 77.00 |
| 02/28/25 | BOLIV | Download and circulate confirmation order | B012 | 0.10 | 38.50 |
| 02/28/25 | DLASK | Prepare electronic order and exhibits for confirmation order | B012 | 0.30 | 118.50 |
| 02/28/25 | RLAMB | Finalize notice of effective date for filing | B012 | 0.30 | 174.00 |
| 02/28/25 | SGREE | Emails with UCC counsel re: post-effective date transition issues | B012 | 0.20 | 217.00 |
| 02/28/25 | SGREE | Review correspondence with Portage Point and insurance broker re: effective date and D&O additional insured documentation (.2); emails re: same (.2) | B012 | 0.40 | 434.00 |
| 02/28/25 | SGREE | Review and revise notice of effective date (.3); emails with UCC counsel (.2)), R. Lamb (.2) and Epiq (.2) re: same | B012 | 0.90 | 976.50 |

Blink Holdings, Inc.  
Billing Period through February 28, 2025

| | Invoice Date: | March 6, 2025 |
|---|---|---|
| | Invoice Number: | 50058925 |
| | Matter Number: | 103829.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 02/28/25 | SGREE | Review final confirmation order (.2); emails with D. Laskin re: submission of order to chambers (.1); Multiple emails with Portage Point (.2), chambers (.2), and YCST team (.2) re: same | B012 | 0.90 | 976.50 |
| 02/03/25 | SGREE | Review updates to Epiq creditor call log | B013 | 0.10 | 108.50 |
| 02/10/25 | AMIEL | Emails with B. Carver and PPP team re: creditor inquiry | B013 | 0.10 | 86.00 |
| 02/10/25 | SGREE | Review Epiq call log updates | B013 | 0.20 | 217.00 |
| 02/17/25 | AMIEL | Emails with claims agent re: creditor inquiries and review tracker re: same | B013 | 0.10 | 86.00 |
| 02/17/25 | SGREE | Review Epiq call log updates | B013 | 0.20 | 217.00 |
| 02/24/25 | SGREE | Review Epiq creditor call log updates (.2) and emails from employee re: NJ wage obligations (.2); multiple emails with S. Shenker and Epiq re: same (.5) | B013 | 0.90 | 976.50 |
| 02/26/25 | RLAMB | Manage landlord and other creditor inquiries, and correspond with B. Carver regarding the same | B013 | 0.20 | 116.00 |
| 02/04/25 | RLAMB | Correspond with S. Canna, S. Shenker, S. Greecher, A. Mielke, and T. Powell regarding KEIP and employment agreements | B015 | 0.60 | 348.00 |
| 02/03/25 | ALEE | Draft First and Second Quarterly OCP statements | B017 | 0.80 | 436.00 |
| 02/03/25 | AMIEL | Emails with A. Lee re: OCP statement and review same | B017 | 0.10 | 86.00 |
| 02/03/25 | TPOWE | Analyzing and reviewing OCP Statement | B017 | 0.20 | 136.00 |
| 02/04/25 | DLASK | Finalize for filing and coordinate service of Portage's monthly staffing report | B017 | 0.40 | 158.00 |
| 02/04/25 | RLAMB | Review and finalize monthly staffing report for filing | B017 | 0.50 | 290.00 |
| 02/05/25 | ALEE | Update quarterly OCP statements | B017 | 0.20 | 109.00 |
| 02/05/25 | AMIEL | Review and revise OCP statement | B017 | 0.10 | 86.00 |
| 02/05/25 | DLASK | Update cumulative fees and expense chart | B017 | 0.30 | 118.50 |
| 02/05/25 | DLASK | Update interim fee request for debtors' professionals | B017 | 0.30 | 118.50 |

Blink Holdings, Inc.
Billing Period through February 28, 2025

Invoice Date:                    March 6, 2025
Invoice Number:                    50058925
Matter Number:              103829.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/06/25 | ALEE | Update OCP quarterly statements and email correspondence with S. Shenker and G. de Speville re: same | B017 | 0.50 | 272.50 |
| 02/06/25 | AMIEL | Emails with PPP team and YCST team re: fees | B017 | 0.10 | 86.00 |
| 02/06/25 | DLASK | Prepare certificate of no objection for Moelis 5th fee application | B017 | 0.20 | 79.00 |
| 02/07/25 | ALEE | Update and file OCP quarterly statement | B017 | 0.40 | 218.00 |
| 02/07/25 | AMIEL | Further review and revise OCP statement | B017 | 0.10 | 86.00 |
| 02/07/25 | DLASK | Finalize for filing and coordinate service of OCP compensation statement | B017 | 0.40 | 158.00 |
| 02/07/25 | RLAMB | Correspond with S. Greecher, A. Mielke, and PPP team regarding investment banker fee application | B017 | 0.10 | 58.00 |
| 02/07/25 | SGREE | Review Moelis fee application (.1); emails with S. Canna and D. Laskin re: CNO filing and payment process (.2) | B017 | 0.30 | 325.50 |
| 02/07/25 | TPOWE | Analyzing, reviewing, and filing Moelis 5th Monthly Fee App CNO | B017 | 0.20 | 136.00 |
| 02/10/25 | BCARV | Correspond with W. Shaffer, S. Shenker, and A. Mielke re: KPMG retention issues (.3); analysis of file re: same (.2) | B017 | 0.50 | 257.50 |
| 02/10/25 | DLASK | File certificate of no objection for Moelis fee application | B017 | 0.30 | 118.50 |
| 02/10/25 | SGREE | Emails with D. Laskin and T. Powell re: CNO for Moelis monthly fee application | B017 | 0.20 | 217.00 |
| 02/12/25 | SGREE | Multiple emails with Moelis re: monthly and final fee application issues (.3); review interim compensation order (.2); confer with D. Laskin re: same (.2) | B017 | 0.70 | 759.50 |
| 02/12/25 | SGREE | Review UCC professional fee applications | B017 | 0.30 | 325.50 |
| 02/17/25 | DLASK | Update cumulative fees and expenses chart | B017 | 0.30 | 118.50 |
| 02/24/25 | SGREE | Review UCC professional December fee applications | B017 | 0.20 | 217.00 |
| 02/28/25 | SGREE | Review UCC 5th monthly fee applications | B017 | 0.20 | 217.00 |
| 02/03/25 | DLASK | Finalize for filing, file certificate of no objection for Young Conaway's fee application | B018 | 0.30 | 118.50 |
| 02/03/25 | SGREE | Review draft CNO for 5th monthly fee application (.1); emails with D. Laskin re: same (.1) | B018 | 0.20 | 217.00 |

| | | | | | |
|---|---|---|---|---|---|
| Blink Holdings, Inc. | | | Invoice Date: | | March 6, 2025 |
| Billing Period through February 28, 2025 | | | Invoice Number: | | 50058925 |
| | | | Matter Number: | | 103829.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 02/07/25 | SGREE | Review exhibit to Young Conaway January monthly fee application for privilege, accuracy, and compliance with local rules and revise same | B018 | 0.80 | 868.00 |
| 02/17/25 | DLASK | Prepare Young Conaway January fee application | B018 | 1.00 | 395.00 |
| 02/17/25 | DLASK | Finalize for filing and coordinate service of Young Conaway's January fee application | B018 | 0.40 | 158.00 |
| 02/17/25 | SGREE | Review and execute Young Conaway 6th monthly fee application (.4); emails with D. Laskin re: same (.2) | B018 | 0.60 | 651.00 |
| | | | **Total** | **158.60** | **$140,589.50** |

| Blink Holdings, Inc. | Invoice Date: | March 6, 2025 |
| Billing Period through February 28, 2025 | Invoice Number: | 50058925 |
| | Matter Number: | 103829.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|----------|------|------------------|-------|------|--------|
| AMIEL | Allison S. Mielke | Partner | 7.60 | 860.00 | 6,536.00 |
| ALEE | Andrew M. Lee | Associate | 4.00 | 545.00 | 2,180.00 |
| BCARV | Benjamin C. Carver | Associate | 6.10 | 515.00 | 3,141.50 |
| BOLIV | Beth A. Olivere | Paralegal | 0.70 | 385.00 | 269.50 |
| CGREA | Craig D. Grear | Partner | 0.50 | 1,500.00 | 750.00 |
| DLASK | Debbie Laskin | Paralegal | 17.10 | 395.00 | 6,754.50 |
| LMCCR | Lauren McCrery | Associate | 1.00 | 780.00 | 780.00 |
| RLAMB | Rebecca L. Lamb | Associate | 22.00 | 580.00 | 12,760.00 |
| SGREE | Sean T. Greecher | Partner | 98.00 | 1,085.00 | 106,330.00 |
| TPOWE | Timothy R. Powell | Associate | 1.60 | 680.00 | 1,088.00 |
| **Total** | | | **158.60** | | **$140,589.50** |

Blink Holdings, Inc.
Billing Period through February 28, 2025

| | | |
|---|---|---|
| Invoice Date: | | March 6, 2025 |
| Invoice Number: | | 50058925 |
| Matter Number: | | 103829.1001 |

**Task Summary**

**Task Code:B001**       **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Beth A. Olivere | Paralegal | 0.20 | 385.00 | 77.00 |
| Debbie Laskin | Paralegal | 1.00 | 395.00 | 395.00 |
| **Total** | | **1.20** | | **472.00** |

**Task Code:B002**       **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Sean T. Greecher | Partner | 6.30 | 1,085.00 | 6,835.50 |
| Rebecca L. Lamb | Associate | 1.20 | 580.00 | 696.00 |
| Debbie Laskin | Paralegal | 3.70 | 395.00 | 1,461.50 |
| **Total** | | **11.20** | | **8,993.00** |

**Task Code:B003**       **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Sean T. Greecher | Partner | 0.20 | 1,085.00 | 217.00 |
| **Total** | | **0.20** | | **217.00** |

**Task Code:B004**       **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 0.20 | 860.00 | 172.00 |
| Timothy R. Powell | Associate | 0.80 | 680.00 | 544.00 |
| Beth A. Olivere | Paralegal | 0.20 | 385.00 | 77.00 |
| **Total** | | **1.20** | | **793.00** |

**Task Code:B005**       **Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 1.60 | 860.00 | 1,376.00 |
| Sean T. Greecher | Partner | 33.10 | 1,085.00 | 35,913.50 |
| Rebecca L. Lamb | Associate | 18.80 | 580.00 | 10,904.00 |
| Debbie Laskin | Paralegal | 4.60 | 395.00 | 1,817.00 |
| **Total** | | **58.10** | | **50,010.50** |

Blink Holdings, Inc.
Billing Period through February 28, 2025

| | | |
|---|---|---|
| Invoice Date: | | March 6, 2025 |
| Invoice Number: | | 50058925 |
| Matter Number: | | 103829.1001 |

**Task Code:B006** **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 0.40 | 860.00 | 344.00 |
| Craig D. Grear | Partner | 0.50 | 1,500.00 | 750.00 |
| Sean T. Greecher | Partner | 14.10 | 1,085.00 | 15,298.50 |
| Lauren McCrery | Associate | 1.00 | 780.00 | 780.00 |
| Rebecca L. Lamb | Associate | 0.10 | 580.00 | 58.00 |
| **Total** | | **16.10** | | **17,230.50** |

**Task Code:B007** **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 1.60 | 860.00 | 1,376.00 |
| Sean T. Greecher | Partner | 8.40 | 1,085.00 | 9,114.00 |
| Andrew M. Lee | Associate | 0.50 | 545.00 | 272.50 |
| Benjamin C. Carver | Associate | 3.10 | 515.00 | 1,596.50 |
| Rebecca L. Lamb | Associate | 0.10 | 580.00 | 58.00 |
| Timothy R. Powell | Associate | 0.40 | 680.00 | 272.00 |
| Debbie Laskin | Paralegal | 1.20 | 395.00 | 474.00 |
| **Total** | | **15.30** | | **13,163.00** |

**Task Code:B009** **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Sean T. Greecher | Partner | 1.30 | 1,085.00 | 1,410.50 |
| Benjamin C. Carver | Associate | 1.30 | 515.00 | 669.50 |
| **Total** | | **2.60** | | **2,080.00** |

**Task Code:B011** **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 0.10 | 860.00 | 86.00 |
| Sean T. Greecher | Partner | 2.80 | 1,085.00 | 3,038.00 |
| Andrew M. Lee | Associate | 1.60 | 545.00 | 872.00 |
| Debbie Laskin | Paralegal | 0.90 | 395.00 | 355.50 |
| **Total** | | **5.40** | | **4,351.50** |

**Task Code:B012** **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 3.10 | 860.00 | 2,666.00 |
| Sean T. Greecher | Partner | 26.90 | 1,085.00 | 29,186.50 |
| Benjamin C. Carver | Associate | 1.20 | 515.00 | 618.00 |
| Rebecca L. Lamb | Associate | 0.40 | 580.00 | 232.00 |
| Beth A. Olivere | Paralegal | 0.30 | 385.00 | 115.50 |
| Debbie Laskin | Paralegal | 1.80 | 395.00 | 711.00 |
| **Total** | | **33.70** | | **33,529.00** |

| Blink Holdings, Inc. | Invoice Date: | March 6, 2025 |
| Billing Period through February 28, 2025 | Invoice Number: | 50058925 |
| | Matter Number: | 103829.1001 |

**Task Code:B013**    **Creditor Inquiries**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|----------|----------------------|-----------|----------|------------|
| Allison S. Mielke | Partner | 0.20 | 860.00 | 172.00 |
| Sean T. Greecher | Partner | 1.40 | 1,085.00 | 1,519.00 |
| Rebecca L. Lamb | Associate | 0.20 | 580.00 | 116.00 |
| **Total** | | **1.80** | | **1,807.00** |

**Task Code:B015**    **Employee Matters**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|----------|----------------------|-----------|----------|------------|
| Rebecca L. Lamb | Associate | 0.60 | 580.00 | 348.00 |
| **Total** | | **0.60** | | **348.00** |

**Task Code:B017**    **Retention of Professionals/Fee Issues**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|----------|----------------------|-----------|----------|------------|
| Allison S. Mielke | Partner | 0.40 | 860.00 | 344.00 |
| Sean T. Greecher | Partner | 1.90 | 1,085.00 | 2,061.50 |
| Andrew M. Lee | Associate | 1.90 | 545.00 | 1,035.50 |
| Benjamin C. Carver | Associate | 0.50 | 515.00 | 257.50 |
| Rebecca L. Lamb | Associate | 0.60 | 580.00 | 348.00 |
| Timothy R. Powell | Associate | 0.40 | 680.00 | 272.00 |
| Debbie Laskin | Paralegal | 2.20 | 395.00 | 869.00 |
| **Total** | | **7.90** | | **5,187.50** |

**Task Code:B018**    **Fee Application Preparation**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|----------|----------------------|-----------|----------|------------|
| Sean T. Greecher | Partner | 1.60 | 1,085.00 | 1,736.00 |
| Debbie Laskin | Paralegal | 1.70 | 395.00 | 671.50 |
| **Total** | | **3.30** | | **2,407.50** |