# EXHIBIT B

## Expenses

| | | | |
|---|---|---|---|
| Blink Holdings, Inc. | | Invoice Date: | March 6, 2025 |
| Billing Period through February 28, 2025 | | Invoice Number: | 50058925 |
| | | Matter Number: | 103829.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/06/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/06/25 | Docket Retrieval / Search | 10.00 | 1.00 |
| 01/06/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/09/25 | Docket Retrieval / Search | 17.00 | 1.70 |
| 01/15/25 | Docket Retrieval / Search | 16.00 | 1.60 |
| 01/15/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/16/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/16/25 | Docket Retrieval / Search | 16.00 | 1.60 |
| 01/16/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/16/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/16/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/27/25 | Docket Retrieval / Search | 14.00 | 1.40 |
| 01/31/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/31/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/31/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/31/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/31/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/31/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/31/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/31/25 | Docket Retrieval / Search | 13.00 | 1.30 |
| 01/31/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/31/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/31/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/31/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |

| | | | |
|---|---|---|---|
| Blink Holdings, Inc. | | Invoice Date: | March 6, 2025 |
| Billing Period through February 28, 2025 | | Invoice Number: | 50058925 |
| | | Matter Number: | 103829.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/31/25 | Parcels, Inc. - YCST Judge Stickles Courtroom 1124635 | 1.00 | 15.00 |
| 02/03/25 | Photocopy Charges Duplication BW | 68.00 | 6.80 |
| 02/03/25 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 02/03/25 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 02/03/25 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 02/03/25 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 02/03/25 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 02/03/25 | Photocopy Charges Duplication BW | 46.00 | 4.60 |
| 02/03/25 | Photocopy Charges Duplication BW | 52.00 | 5.20 |
| 02/03/25 | Photocopy Charges Duplication BW | 158.00 | 15.80 |
| 02/03/25 | Photocopy Charges Duplication BW | 96.00 | 9.60 |
| 02/04/25 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 02/04/25 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 02/18/25 | Reliable Wilmington - Deposition/Transcript of Blink Fitness hearing on 2/4/25 | 1.00 | 426.30 |
| 02/19/25 | Reliable Court Reporting - Deposition/Transcript Original and 1 certified copy of transcript of Lee Rooney, Same Day, Attendance of Certified Reporter, Rough Draft, Remote Video link set-up, Handling, Real Time - (per hook-up) Original and 1 certified copy of transcript of Robert Hoge, Same Day, Rough Draft | 1.00 | 3,985.76 |
| 02/25/25 | Color Photocopy Charges Duplication Color | 68.00 | 54.40 |
| 02/25/25 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 02/25/25 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 02/25/25 | Photocopy Charges Duplication BW | 38.00 | 3.80 |
| 02/25/25 | Photocopy Charges Duplication BW | 375.00 | 37.50 |
| 02/25/25 | Photocopy Charges Duplication BW | 70.00 | 7.00 |
| 02/25/25 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 02/25/25 | Color Photocopy Charges Duplication Color | 166.00 | 132.80 |
| 02/25/25 | Color Photocopy Charges Duplication Color | 14.00 | 11.20 |
| 02/26/25 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 02/26/25 | Federal Express Corporation - Federal Express Attn: Howard Berman Esq. 134-140 Smith LLC/Paramount As 142 Broad Street @nd Floor ELIZABETH, NJ 07201 | 1.00 | 21.35 |
| 02/26/25 | Federal Express Corporation - Federal Express Attn: Herbert S. Ford Esq. 663 Main Urban Renewal LLC/Sa 18 Columbia Turnpike Suite 20 FLORHAM PARK, NJ 07932 | 1.00 | 21.35 |
| 02/26/25 | Federal Express Corporation - Federal Express c/o JJ Operating Inc. Plainfield Realty Assoc. LLC 112 W 34th st. NEW YORK CITY, NY 10120 | 1.00 | 26.30 |
| 02/26/25 | Federal Express Corporation - Federal Express Attn: Navid Aminzadeh Esq. 480 Suffolk Avenue LLC 600 Lexington Ave. 10th Floor NEW YORK, NY 10017 | 1.00 | 26.30 |

| | Blink Holdings, Inc. | | Invoice Date: | March 6, 2025 |
| | Billing Period through February 28, 2025 | | Invoice Number: | 50058925 |
| | | | Matter Number: | 103829.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 02/26/25 | Federal Express Corporation - Federal Express Attn: Neil H. Kessner Gen. Co 125 Park Owner LLC/SL Green Re 1 VANDERBILT AVE NEW YORK, NY 10017 | 1.00 | 54.62 |
| 02/26/25 | Federal Express Corporation - Federal Express c/o Sol Goldman Investments LL 16302 Jamaica Avenue LLC 1185 6TH AVE 10TH NEW YORK, NY 10036 | 1.00 | 54.62 |
| 02/26/25 | Federal Express Corporation - Federal Express 663 Main Urban Renewal LLC 45 Academy Street Suite 503 NEWARK, NJ 07102 | 1.00 | 21.35 |
| 02/26/25 | Federal Express Corporation - Federal Express Attn: Bension D. DeFunis Esq. 16302 Jamaica Avenue LLC 1185 Sixth Ave. 10th Floor NEW YORK, NY 10036 | 1.00 | 26.30 |
| 02/26/25 | Federal Express Corporation - Federal Express Attn: David J. Jemal Esq. Plainfield Realty Assoc. LLC 110 W. 34th St. NEW YORK, NY 10001 | 1.00 | 26.30 |
| 02/26/25 | Federal Express Corporation - Federal Express c/o A.D. Real Estate Investors 480 Suffolk Avenue LLC 45 Cuttermill Rd. GREAT NECK, NY 11021 | 1.00 | 21.35 |
| 02/26/25 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| | **Total** | | **$5,044.20** |

| Blink Holdings, Inc. | Invoice Date: | March 6, 2025 |
| Billing Period through February 28, 2025 | Invoice Number: | 50058925 |
| | Matter Number: | 103829.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Delivery / Courier | 15.00 |
| Deposition/Transcript | 4,412.06 |
| Docket Retrieval / Search | 15.40 |
| Federal Express | 299.84 |
| Reproduction Charges | 301.90 |
| **Total** | **$5,044.20** |