# EXHIBIT C

## Budget and Staffing

32967727.1

| BUDGET $3,782,500.00 | | |
|---|---|---|
| **Project Category** | **Estimated Hours** | **Estimated Fees** |
| Case Administration (B001) | 223.80 | $188,857.50 |
| Court Hearings (B002) | 313.30 | $264,400.50 |
| Cash Collateral/DIP Financing (B003) | 268.60 | $226,629.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 134.30 | $113,314.50 |
| Lease/Executory Contract Issues (B005) | 223.80 | $188,857.50 |
| Use, Sale or Lease of Property (363 issues) (B006) | 1835.20 | $1,548,631.50 |
| Claims Analysis, Objections and Resolutions (B007) | 44.80 | $37,771.50 |
| Meetings (B008) | 89.50 | $75,543.00 |
| Stay Relief Matters (B009) | 22.40 | $18,885.75 |
| Reclamation Claims and Reclamation Adversaries (B010) | 0.00 | $0.00 |
| Other Adversary Proceedings (B011) | 44.80 | $37,771.50 |
| Plan and Disclosure Statement (B012) | 313.30 | $264,400.50 |
| Creditor Inquiries (B013) | 44.80 | $37,771.50 |
| General Corporate Matters (B014) | 44.80 | $37,771.50 |
| Employee Matters (B015) | 89.50 | $75,543.00 |
| Special Committee Investigation (B016B) | 447.60 | $377,715.00 |
| Retention of Professionals/Fee Issues (B017) | 134.30 | $113,314.50 |
| Fee Application Preparation (B018) | 44.80 | $37,771.50 |
| Travel (B019) | 44.80 | $37,771.50 |
| Utility Services (B020) | 44.80 | $37,771.50 |
| **Total** | 4409.20 | $3,720,492.75 |

32967727.1

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Budgeted Period** | **Average Rate[1]** |
| Partner | 3 | $1,182.08 |
| Counsel | - | - |
| Associate (7 or more years since first admission) | 1 | $780.00 |
| Associate (4-6 years since first admission) | 2 | $580.00 |
| Associate (less than 4 years since first admission) | 1 | $455.00 |
| Paralegal | 1 | $385.00 |

[1]The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the Budgeted Period.