**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**June 3, 2025, at 11:00 a.m. (ET)**<br><br>**Objection Deadline:**<br>**April 17, 2025, at 4:00 p.m. (ET)** |

**COVER SHEET FOR FINAL APPLICATION OF MOELIS &
COMPANY LLC FOR COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
AS INVESTMENT BANKER TO THE DEBTORS FROM AUGUST 12, 2024
THROUGH AND INCLUDING FEBRUARY 28, 2025**

| Name of applicant: | Moelis & Company LLC ("**Moelis**") |
|---|---|
| Authorized to provide professional services to: | Debtors |
| Date of retention order: | September 6, 2024, effective as of August 12, 2024 |
| Period for which final compensation and reimbursement is sought (the "**Final Compensation Period**"): | August 12, 2024 through February 28, 2025 |
| Total amount of final compensation sought as actual, reasonable, and necessary | $3,579,785.71 |
| Total amount of final expense reimbursement sought as actual, reasonable, and necessary: | $74,418.37[2] |
| Total previously requested compensation paid: | $2,803,400.00 |

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Notwithstanding the fact that the Plan provides that final fee applications should seek approval of fees and expenses through the Effective Date of the Plan, Moelis has incurred certain expenses following the Effective Date of the Plan that will be paid in the ordinary court of business without further fee applications pursuant to the terms of the Plan.

33021388.3

2

| | |
|---|---|
| Total previously requested expenses paid: | $67,298.69 |
| Balance of outstanding compensation: | $776,385.71 |
| Balance of outstanding expenses: | $7,119.68 |
| This is a(n): | Final Application |

**Prior Interim Fee Applications:**

1. *First Interim Fee Application of the Debtors' Professionals for the Period from August 12, 2024 Through and Including October 31, 2024* [D.I. 678]

| Date Filed & Docket No. | Period | Requested Fees | Requested Expenses | Approved / Paid Fees | Approved / Paid Expenses |
|---|---|---|---|---|---|
| Dec. 16, 2024 & D.I. 678 | Aug. 12 – Oct. 31, 2024 | $405,000.00 | $44,651.56 | $405,000.00 | $44,651.56[3] |

---

[3] Moelis agreed to write-off $623.62 of out-of-pocket expenses, which was credited against expense reimbursement sought in the Fifth Monthly fee application.

33021388.3

**Prior Monthly Fee Applications:**

1. *Combined First Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from August 12, 2024 Through and Including September 30, 2024* [D.I. 494]

2. *Third Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from October 1, 2024 to October 31, 2024* [D.I. 623]

3. *Fourth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from November 1, 2024 to November 30, 2024* [D.I. 681]

4. *Fifth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from December 1, 2024 to December 31, 2024* [D.I. 744]

| Date Filed & Docket No. | Period | Requested Fees | Requested Expenses | Approved / Paid Fees | Approved / Paid Expenses | Outstanding Fees | Outstanding Expenses |
|---|---|---|---|---|---|---|---|
| Oct. 15, 2024 & D.I. 494 | Aug. 12 – Sep. 30, 2024 | $255,000.00 | $29,101.05 | $255,000.00 | $29,101.05 | $0.00 | $0.00 |
| Nov. 15, 2024 & D.I. 623 | Oct. 1 – Oct. 31, 2024 | $150,000.00 | $15,550.51 | $150,000.00 | $15,550.51 | $0.00 | $0.00 |
| Dec. 16, 2024 & D.I. 681 | Nov. 1 – Nov. 30, 2024 | $150,000.00 | $18,180.16 | $150,000.00 | $18,180.16 | $0.00 | $0.00 |
| Jan. 16, 2025 & D.I. 744 | Dec. 1 – Dec. 31, 2024 | $2,810,500.00 | $4,466.97 | $2,248,400.00 | $4,466.97 | $562,100.00 | $0.00 |

**SUMMARY OF PROFESSIONALS' TIME DURING FINAL COMPENSATION PERIOD OF AUGUST 12, 2024 THROUGH AND INCLUDING FEBRUARY 28, 2025**

| Hours Summary | | | | | | |
|---|---|---|---|---|---|---|
| | **Barak Klein** **Managing Director** | **Andrew Swift** **Managing Director** | **Justin Craig** **Managing Director** | **Jeremy Burke** **Managing Director** | **Forrest Drucker** **Vice President** | **Total** |
| **By Month** | | | | | | |
| August 2024 | 11.0 hour(s) | 29.5 hour(s) | 8.5 hour(s) | 94.5 hour(s) | 24.5 hour(s) | 168.0 hour(s) |
| September 2024 | 8.0 hour(s) | 54.5 hour(s) | 5.5 hour(s) | 82.5 hour(s) | 8.5 hour(s) | 159.0 hour(s) |
| October 2024 | 39.5 hour(s) | 93.0 hour(s) | 11.0 hour(s) | 177.0 hour(s) | 41.5 hour(s) | 362.0 hour(s) |
| November 2024 | 12.0 hour(s) | 16.5 hour(s) | 11.0 hour(s) | 27.5 hour(s) | 15.0 hour(s) | 82.0 hour(s) |
| December 2024 | - | 1.0 hour(s) | - | - | 3.0 hour(s) | 4.0 hour(s) |
| January 2025 | - | 1.0 hour(s) | - | - | 1.0 hour(s) | 2.0 hour(s) |
| February 2025 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 5.0 hour(s) |
| **Total** | **71.5 hour(s)** | **196.5 hour(s)** | **37.0 hour(s)** | **382.5 hour(s)** | **94.5 hour(s)** | **782.0 hour(s)** |

| Hours Summary | | | | | |
|---|---|---|---|---|---|
| | **Jeremy Dennis** **Vice President** | **Harrison Aronoff** **Associate** | **Avery Bradshaw** **Analyst** | **Erik Wihlborn** **Analyst** | **Total** |
| **By Month** | | | | | |
| August 2024 | 83.0 hour(s) | 4.0 hour(s) | 63.0 hour(s) | 34.5 hour(s) | 184.5 hour(s) |
| September 2024 | 201.5 hour(s) | 34.5 hour(s) | 205.0 hour(s) | 45.5 hour(s) | 486.5 hour(s) |
| October 2024 | 217.0 hour(s) | 44.0 hour(s) | 218.0 hour(s) | 46.0 hour(s) | 525.0 hour(s) |
| November 2024 | 34.0 hour(s) | 7.0 hour(s) | 34.0 hour(s) | 7.5 hour(s) | 82.5 hour(s) |
| December 2024 | - | 6.5 hour(s) | - | 5.0 hour(s) | 11.5 hour(s) |
| January 2025 | - | 5.0 hour(s) | - | 3.0 hour(s) | 8.0 hour(s) |
| February 2025 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 4.0 hour(s) |
| **Total** | **536.5 hour(s)** | **102.0 hour(s)** | **521.0 hour(s)** | **142.5 hour(s)** | **1,302.0 hour(s)** |

| | |
|---|---|
| **Grand Total (August 12, 2024 - February 28, 2025)** | **2,084.0 hour(s)** |

33021388.3

## SUMMARY OF COMPENSATION DURING FINAL COMPENSATION PERIOD OF AUGUST 12, 2024 THROUGH AND INCLUDING FEBRUARY 28, 2025

*($ in actuals)*

| Final Compensation Period | |
|---|---:|
| ***Prepetition Fees*** | |
| Monthly Fee (5/17 - 6/16) | $150,000.00 |
| Monthly Fee (6/17 - 7/16) | 150,000.00 |
| Monthly Fee (7/17 - 8/16) | 150,000.00 |
| Monthly Fee (8/17 - 9/16) | 150,000.00 |
| Capital Transaction Fee (Protective Advances) | 34,500.00 |
| **Total Pre-Petition Fees** | **$634,500.00** |
| | |
| ***Post-Petition Fees*** | |
| Base Sale Transaction Fee | $3,250,000.00 |
| ( + ) Capital Transaction Fee (New Money DIP) | 105,000.00 |
| ( + ) Monthly Fee (9/17 - 10/16) | 150,000.00 |
| ( + ) Monthly Fee (10/17 - 11/16) | 150,000.00 |
| ( + ) Monthly Fee (11/17 - 12/16) | 150,000.00 |
| ( + ) Monthly Fee (12/17 - 1/16) | 150,000.00 |
| ( + ) Monthly Fee (1/17 - 2/16) | 150,000.00 |
| ( + ) Pro-Rated Monthly Fee (2/17 - 2/28) | 64,285.71 |
| **Gross Post-Petition Fees** | **$4,169,285.71** |
| ( - ) Capital Transaction Fees[4] | (139,500.000) |
| ( - ) Monthly Fee Crediting[4] | (450,000.000) |
| **Net Post-Petition Fees** | **$3,579,785.71** |

| | |
|---|---:|
| **Post-Petition Fees Paid** | $2,803,400.00 |
| **Remaining Fees Outstanding** | $776,385.71 |
| **Cumulative Fees Paid (Pre- & Post-Petition)** | $3,437,900.00 |
| **Cumulative Fees Earned (Pre- & Post-Petition)** | $4,214,285.71 |

---

[4] Pursuant to Moelis' Engagement Letter, A DIP Capital Transaction Fee earned through an Existing Lender DIP Capital Transaction shall be 100% offset dollar-for-dollar, to the extent previously paid, against a subsequent Transaction Fee. Additionally, after the first two Monthly Fees have been paid to Moelis, 50% of the Monthly Fees thereafter shall be offset, to the extent previously paid, against the first Transaction Fee, subject to a maximum offset of $450,000.

33021388.3

**SUMMARY OF EXPENSES DURING FINAL COMPENSATION PERIOD OF AUGUST 12, 2024 THROUGH AND INCLUDING FEBRUARY 28, 2025**

*($ in actuals)*

| Out-of-Pocket Expenses | |
|---|---:|
| Meals (Overtime & Auction Catering) | $15,230.67 |
| Taxi - Overtime | 1,227.32 |
| Airfare / Transportation / Hotels | 21,962.97 |
| Legal Counsel | 33,900.00 |
| Third-Party Graphics Design Service | 2,157.47 |
| Phone / Internet / Other | 563.56 |
| **Total Expenses** | **$75,041.99** |
| ( - ) Write-Offs[5] | (623.62) |
| **Adj. Total Expenses** | **$74,418.37** |

---

[5] Moelis agreed to write-off $623.62 of out-of-pocket expenses, which was credited against expense reimbursement sought in the Fifth Monthly fee application

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br><u>Hearing Date:</u><br>**June 3, 2025, at 11:00 a.m. (ET)**<br><br><u>Objection Deadline:</u><br>**April 17, 2025, at 4:00 p.m. (ET)** |

**FINAL APPLICATION OF MOELIS & COMPANY LLC
FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES AS
INVESTMENT BANKER TO THE DEBTORS FROM AUGUST 12, 2024
THROUGH AND INCLUDING FEBRUARY 28, 2025**

Pursuant to sections 328, 330, and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, as amended (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, and (II) Granting Related Relief* [Docket No. 162] (the "**Interim Compensation Order**"), Moelis & Company LLC ("**Moelis**"), the retained investment banker for the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby submits this final application (this "**Application**") for the allowance of

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

33021388.3

compensation for professional services performed by Moelis for the period from August 12, 2024 through and including February 28, 2025 (the "**Compensation Period**"), and reimbursement of its actual and necessary expenses incurred during the Compensation Period. In support of this Application, Moelis respectfully represents as follows:

### Background

1. On August 12, 2024 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"). The Debtors are authorized to operate their business and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On August 23, 2024, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed, pursuant to section 1102 of the Bankruptcy Code, an official committee of unsecured creditors [Docket No. 109] (the "**Committee**"). No request has been made for the appointment of a trustee or an examiner.

3. On September 6, 2024, the Court entered an order authorizing the Debtors to retain Moelis as investment banker, effective as of the Petition Date [Docket No. 179] (the "**Retention Order**") in accordance with the engagement letter attached thereto (the "**Engagement Letter**"), subject to certain modifications set forth in the Retention Order.

4. On February 28, 2025, the Court entered those certain *Findings of Fact, Conclusions of Law, and Order Approving and Confirming the Third Amended Joint Chapter 11 Plan of Blink Holdings, Inc. and Its Affiliated Debtors and Debtors in Possession* [Docket No. 1180] (the "**Confirmation Order**"), which, among other things, sets forth the procedures for compensation and reimbursement for retained professionals in the Chapter 11 Cases. Pursuant to the Confirmation Order, the deadline to file final requests for payment of professional compensation is April 14, 2025. *See* Confirmation Ord. ¶ 18.

33021388.3

**COMPENSATION REQUESTED FOR**
**SERVICES RENDERED DURING THE FINAL COMPENSATION PERIOD**

5.      Moelis' requested compensation for the Compensation Period includes a net sale transaction fee of $2,660,500.00 (the "**Net Sale Transaction Fee**"), capital transaction fee of $105,000.00 and $814,285.71 of Monthly Fees (representing five Monthly Fees plus an additional pro-rated Monthly Fee covering February 17th, 2025 through February 28th, 2025, the Confirmation Date).

6.      The Net Sale Transaction Fee of $2,660,500.00 is in connection with the approval and consummation of the Debtors' sale to Pinnacle US Holdings LLC. As stated in the engagement letter, Moelis earns a Base Sale Transaction Fee of $3,250,000.00 in connection with the initial closing of a Sale Transaction constituting a Comprehensive Sale, which includes a Counterparty's acquisition of all or a significant portion of the assets, properties, business, or equity of the Company. The Pinnacle US Holdings LLC transaction, which assumed 67 gym locations among other Acquired Assets and Assumed Liabilities, closed on December 2, 2024. Accordingly, Moelis is entitled to the Net Sale Transaction Fee, which accounts for crediting of (i) one hundred percent (100%) of the Capital Transaction Fees previously earned in connection with the debtor-in-possession financing and (ii) fifty percent (50%) of Monthly Fees paid in respect of months following the second month of the engagement, subject to a maximum offset of $450,000.00.

7.      The Capital Transaction Fee was earned in connection with the approval of the Debtors' debtor-in-possession financing (the "**DIP Financing**"). As stated in the Engagement Letter, In the event the Company or any of its direct or indirect subsidiaries consummates a DIP Capital Transaction in which the Purchaser is one or more existing lenders (or affiliates or managed funds thereof) as of the date hereof, the applicable DIP Capital Transaction Fee will be

equal to 0.50% of the aggregate gross amount of debt obligations and other interests Raised in such Existing Lender DIP Capital Transaction. The aggregate principal amount of new money DIP term loans approved by the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, and (B) Utilize Cash Collateral; (II) Granting Senior Secured Priming Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection to the Prepetition Secured Parties; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [Docket No. 393] (the "**Final DIP Order**") was $21,000,000.00, with one-half percent (0.5%) of such amount being $105,000.00. Additionally, during the 90-day period prior to the Petition Date, the Debtors paid in the ordinary course a Capital Transaction Fee in the amount of $34,500.00, which is included in the crediting of the Sale Transaction Fee.

8.  Moelis' requested compensation for the Compensation Period includes Moelis' Monthly Fee (as defined in the Engagement Letter) of $150,000.00 per month due and payable in periods of September 2024, October 2024, November 2024, December 2024, January 2025 and February 2025 (pro-rated through February 28th, 2025). Prior to the Petition Date, the Debtors paid Moelis Monthly Fees for the periods of May 2024, June 2024, July 2024, and August 2024.

9.  During the Compensation Period, Moelis' investment banking professionals rendered approximately 2,084.0 hours of services to the Debtors, based on the time records those professionals maintained pursuant to the Retention Order. As stated in the Debtors' application to retain Moelis [Docket No. 94]: (a) it is not the general practice of investment banking firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; (b) Moelis does not ordinarily keep time records on a "project category" basis; and (c) Moelis' compensation is based on a fixed Monthly Fee and fixed transaction-based fees.

10. Moelis' work on behalf of the Debtors during the Compensation Period involved tasks that are briefly summarized below. This summary is not intended to be a detailed description of the work Moelis has performed during the Compensation Period, but rather is a guideline offered for the Court and other interested parties with respect to the services performed by Moelis.

(a) **Meetings and Calls with Management, Advisors and Creditors.** During the Compensation Period, Moelis participated in frequent calls, diligence sessions, planning sessions and other periodic meetings with the Debtors, the Debtors' other professionals and creditors. These calls covered various topics, including but not limited to the chapter 11 process, the sale process, stalking horse selection, due diligence, the state of business operations and strategy, and other related matters. Moelis provided strategic advice regarding the Chapter 11 Cases during these meetings and communications.

(b) **Preparation of Court Filings and Testimony.** Moelis worked closely with the Debtors and the Debtors' other professionals on the drafting and review of various documents including, but not limited to certain "first day" filings and sale process related documents, amongst others. Moelis participated in hearings before the Court, including "first day" and subsequent hearings. Moelis submitted declarations and was available to provide testimony as needed.

(c) **Sale Process, Buyer Communications, and Related Diligence.** Moelis conducted a comprehensive sale process for all of the Debtors' assets and coordinated all of the related functions, including managing communications with various potential buyers and their advisors, assisting with financial and operational diligence, facilitating site visits, and maintaining the virtual data room through which the Debtors' information was passed on to potential buyers and their advisors, as well as to the other parties in interest.

(d) **Assistance with General Bankruptcy Matters.** Moelis conducted strategic and financial advisory, investment banking, and other general services, including, but not limited to, services related to the Chapter 11 Cases generally, retention matters, addressing questions of individual members of the Debtors, chapter 11 procedures, and communications, and other matters not falling into any of the service categories listed above.

11. Moelis' time records for the Compensation Period, maintained in accordance with the Retention Order, are annexed hereto as **Exhibit A**. Pursuant to the Retention Order, the

33021388.3

requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and Local Rule 2016-2 have been modified such that Moelis' restructuring professionals are required only to keep summary time records in half hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to keep time records; Moelis' professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedule of hourly rates.

12. To the extent this Application does not comply in every respect with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and Local Rule 2016-2 (as modified by the Retention Order), Moelis respectfully requests a waiver for any such technical non-compliance.

## REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED DURING THE COMPENSATION PERIOD

13. Expenses incurred by Moelis for the Compensation Period totaled $74,418.37. A detailed description of the expenses Moelis incurred during the Compensation Period is annexed hereto as **Exhibit B**. The expenses incurred by Moelis during the Compensation Period include attorneys' fees and expenses of its outside legal counsel relating to retention fee related issues and services performed by Moelis, invoices supporting which are included in **Exhibit B**.

14. All of the expenses for which reimbursement is requested by Moelis in this Application were reasonable and necessary. In seeking reimbursement of an expenditure, Moelis is requesting reimbursement "at cost" and does not make a profit on such expenditure.

[*Remainder of page intentionally left blank*]

33021388.3

6

**WHEREFORE,** pursuant to the Interim Compensation Order, the Confirmation Order, and the Plan, Moelis respectfully requests that allowance be made to Moelis for 100% of its fees of $3,579,785.71 and 100% of its expenses of $74,418.37 incurred during the Compensation Period

Dated: March 28, 2025

        **MOELIS & COMPANY LLC**

By: */s/ Barak Klein*
Name:    Barak Klein
Title:     Managing Director

33021388.3

7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No.** |

**CERTIFICATION OF COMPLIANCE WITH GUIDELINES AND LOCAL RULES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS
IN DISTRICT OF DELAWARE BANKRUPTCY CASES**

I, Barak Klein, certify that:

1.  I am a Managing Director of Moelis & Company LLC ("**Moelis**"), the investment banker to the Debtors in the Chapter 11 Cases. This certification is made pursuant to the *United States Trustee's Guidelines for Reviewing applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330* (the "**Guidelines**") in support of Moelis' foregoing final fee application (the "**Application**").[2] I am Moelis' Certifying Professional as defined in the Guidelines.

2.  I have read the Application, and I have reviewed the requirements of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"). I certify that, to the best of my knowledge, information, and belief formed after reasonable inquiry, except as specifically indicated to the

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Application.

33021388.3

contrary herein or in the Application or to the extent compliance has been modified or waived by the Retention Order: (a) the Application complies with the Guidelines and the Local Rules; and (b) the fees and disbursements sought by Moelis fall within the Guidelines and are billed in accordance with practices customarily employed by Moelis and generally accepted by Moelis' clients (though Moelis normally does not bill its clients by the hour). In seeking reimbursement of an expense, Moelis does not make a profit on that reimbursement.

3. Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and Local Rule 2016-2 have been modified such that Moelis restructuring professionals are required only to keep summary time records in half hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to keep time records; Moelis' professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedule of hourly rates. As stated in the Debtors' application to retain Moelis [Docket No. 94]: (a) it is not the general practice of financial advisory firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; (b) Moelis does not ordinarily keep time records on a "project category" basis; and (c) Moelis' compensation is based on a fixed Monthly Fee and fixed transaction fees.

Dated: March 28, 2025                    */s/ Barak Klein*
                                                           Barak Klein
                                                          Managing Director
                                                         Moelis & Company LLC