# EXHIBIT A — SUMMARY TIME RECORDS FOR COMPENSATION PERIOD

*Blink Fitness*

**Moelis & Company**
**Summary of Hours Worked Detail**
*August 12, 2024 - February 28, 2025*

| Date | Barak Klein<br>Managing Director | Andrew Swift<br>Managing Director | Justin Craig<br>Managing Director | Jeremy Burke<br>Managing Director | Forrest Drucker<br>Vice President |
|---|---|---|---|---|---|
| 08/12/24 | 1.0 hour(s) | 2.5 hour(s) | 1.0 hour(s) | 7.0 hour(s) | 1.5 hour(s) |
| 08/13/24 | 1.5 hour(s) | 1.5 hour(s) | - | 9.0 hour(s) | 1.5 hour(s) |
| 08/14/24 | 1.0 hour(s) | 0.5 hour(s) | - | 5.0 hour(s) | 1.5 hour(s) |
| 08/15/24 | 1.5 hour(s) | 0.5 hour(s) | 1.5 hour(s) | 13.5 hour(s) | 0.5 hour(s) |
| 08/16/24 | 0.5 hour(s) | 0.5 hour(s) | - | 8.0 hour(s) | 2.0 hour(s) |
| 08/17/24 | - | 1.0 hour(s) | - | 3.0 hour(s) | - |
| 08/18/24 | - | - | - | 3.5 hour(s) | - |
| 08/19/24 | 1.0 hour(s) | 0.5 hour(s) | - | 5.0 hour(s) | 2.0 hour(s) |
| 08/20/24 | 0.5 hour(s) | 0.5 hour(s) | 1.0 hour(s) | 4.5 hour(s) | 1.0 hour(s) |
| 08/21/24 | - | 1.5 hour(s) | 1.0 hour(s) | 5.0 hour(s) | 1.5 hour(s) |
| 08/22/24 | 1.0 hour(s) | - | 1.5 hour(s) | 3.5 hour(s) | 1.0 hour(s) |
| 08/23/24 | 0.5 hour(s) | 3.0 hour(s) | 1.0 hour(s) | 4.0 hour(s) | 2.0 hour(s) |
| 08/24/24 | - | 1.0 hour(s) | - | - | - |
| 08/25/24 | - | 1.0 hour(s) | - | 2.0 hour(s) | - |
| 08/26/24 | 0.5 hour(s) | 4.0 hour(s) | 0.5 hour(s) | 4.0 hour(s) | 3.0 hour(s) |
| 08/27/24 | 0.5 hour(s) | 3.0 hour(s) | - | 5.0 hour(s) | 1.5 hour(s) |
| 08/28/24 | - | 2.0 hour(s) | - | 3.0 hour(s) | 2.0 hour(s) |
| 08/29/24 | 1.5 hour(s) | 2.0 hour(s) | 1.0 hour(s) | 5.5 hour(s) | 2.0 hour(s) |
| 08/30/24 | - | 4.0 hour(s) | - | 3.5 hour(s) | 1.5 hour(s) |
| 08/31/24 | - | 0.5 hour(s) | - | 0.5 hour(s) | - |
| 09/01/24 | - | 0.5 hour(s) | - | 4.0 hour(s) | - |
| 09/02/24 | - | - | - | 2.0 hour(s) | - |
| 09/03/24 | - | 3.0 hour(s) | - | 3.0 hour(s) | - |
| 09/04/24 | 0.5 hour(s) | 7.0 hour(s) | 1.0 hour(s) | 7.0 hour(s) | 1.5 hour(s) |
| 09/05/24 | 1.5 hour(s) | 6.0 hour(s) | 2.5 hour(s) | 6.0 hour(s) | 1.0 hour(s) |
| 09/06/24 | 0.5 hour(s) | 4.0 hour(s) | - | - | 1.0 hour(s) |
| 09/07/24 | 0.5 hour(s) | 4.0 hour(s) | - | 6.0 hour(s) | - |
| 09/08/24 | 0.5 hour(s) | 6.5 hour(s) | - | 4.0 hour(s) | - |
| 09/09/24 | 0.5 hour(s) | 6.0 hour(s) | - | 8.0 hour(s) | 1.0 hour(s) |
| 09/10/24 | 1.5 hour(s) | 6.0 hour(s) | - | 7.0 hour(s) | 0.5 hour(s) |
| 09/11/24 | - | 2.0 hour(s) | - | 4.0 hour(s) | 0.5 hour(s) |
| 09/12/24 | 1.0 hour(s) | 2.0 hour(s) | 1.0 hour(s) | 5.0 hour(s) | 1.5 hour(s) |
| 09/13/24 | - | - | - | 1.5 hour(s) | - |
| 09/14/24 | - | - | - | - | - |
| 09/15/24 | - | - | - | - | - |
| 09/16/24 | - | 1.0 hour(s) | - | 3.0 hour(s) | - |
| 09/17/24 | 0.5 hour(s) | 0.5 hour(s) | - | 4.0 hour(s) | - |
| 09/18/24 | - | 0.5 hour(s) | - | 1.0 hour(s) | 1.5 hour(s) |
| 09/19/24 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 3.5 hour(s) | - |
| 09/20/24 | - | - | - | - | - |
| 09/21/24 | - | - | - | - | - |
| 09/22/24 | - | - | - | - | - |
| 09/23/24 | - | - | - | 2.0 hour(s) | - |
| 09/24/24 | - | 0.5 hour(s) | - | 1.5 hour(s) | - |
| 09/25/24 | - | 2.0 hour(s) | - | 2.5 hour(s) | - |

33021388.3

*Blink Fitness*

**Moelis & Company**
**Summary of Hours Worked Detail**
*August 12, 2024 - February 28, 2025*

| Date | Barak Klein Managing Director | Andrew Swift Managing Director | Justin Craig Managing Director | Jeremy Burke Managing Director | Forrest Drucker Vice President |
|---|---|---|---|---|---|
| 09/26/24 | - | 0.5 hour(s) | - | 4.0 hour(s) | - |
| 09/27/24 | - | 0.5 hour(s) | - | 1.0 hour(s) | - |
| 09/28/24 | - | - | - | 1.0 hour(s) | - |
| 09/29/24 | - | - | - | - | - |
| 09/30/24 | - | 1.0 hour(s) | - | 1.5 hour(s) | - |
| 10/01/24 | - | 2.0 hour(s) | - | - | - |
| 10/02/24 | 1.0 hour(s) | 2.0 hour(s) | 1.0 hour(s) | 8.0 hour(s) | 1.0 hour(s) |
| 10/03/24 | - | 2.0 hour(s) | - | 6.0 hour(s) | 1.0 hour(s) |
| 10/04/24 | - | 2.0 hour(s) | - | 7.0 hour(s) | - |
| 10/05/24 | - | 1.0 hour(s) | - | - | - |
| 10/06/24 | - | 2.0 hour(s) | - | 5.0 hour(s) | - |
| 10/07/24 | - | 4.5 hour(s) | - | 9.0 hour(s) | 1.0 hour(s) |
| 10/08/24 | - | 6.0 hour(s) | - | 8.0 hour(s) | 1.0 hour(s) |
| 10/09/24 | 1.0 hour(s) | 4.0 hour(s) | - | 8.0 hour(s) | 1.0 hour(s) |
| 10/10/24 | 1.0 hour(s) | 4.0 hour(s) | 1.0 hour(s) | 10.0 hour(s) | - |
| 10/11/24 | - | 3.0 hour(s) | - | 8.0 hour(s) | - |
| 10/12/24 | - | - | - | - | - |
| 10/13/24 | - | - | - | - | - |
| 10/14/24 | 0.5 hour(s) | 2.5 hour(s) | - | 5.0 hour(s) | 1.0 hour(s) |
| 10/15/24 | 1.0 hour(s) | 2.0 hour(s) | - | 6.0 hour(s) | - |
| 10/16/24 | - | 2.0 hour(s) | - | 5.0 hour(s) | - |
| 10/17/24 | - | 3.0 hour(s) | - | 5.0 hour(s) | - |
| 10/18/24 | - | 1.0 hour(s) | - | 8.0 hour(s) | - |
| 10/19/24 | - | 1.0 hour(s) | - | 4.0 hour(s) | - |
| 10/20/24 | - | - | - | 3.0 hour(s) | - |
| 10/21/24 | 0.5 hour(s) | 3.0 hour(s) | - | 6.0 hour(s) | 2.0 hour(s) |
| 10/22/24 | - | 3.0 hour(s) | - | 5.0 hour(s) | 1.5 hour(s) |
| 10/23/24 | 2.0 hour(s) | 3.0 hour(s) | 1.0 hour(s) | 5.0 hour(s) | 1.0 hour(s) |
| 10/24/24 | 1.0 hour(s) | 4.0 hour(s) | - | 6.0 hour(s) | 1.0 hour(s) |
| 10/25/24 | - | 2.0 hour(s) | - | 5.0 hour(s) | - |
| 10/26/24 | 0.5 hour(s) | - | - | 2.0 hour(s) | - |
| 10/27/24 | - | 3.0 hour(s) | - | 4.0 hour(s) | 1.0 hour(s) |
| 10/28/24 | 14.0 hour(s) | 14.0 hour(s) | 4.0 hour(s) | 14.0 hour(s) | 14.0 hour(s) |
| 10/29/24 | 10.0 hour(s) | 10.0 hour(s) | 2.0 hour(s) | 10.0 hour(s) | 8.0 hour(s) |
| 10/30/24 | 7.0 hour(s) | 7.0 hour(s) | 2.0 hour(s) | 15.0 hour(s) | 7.0 hour(s) |
| 10/31/24 | - | - | - | - | - |
| 11/01/24 | - | 3.0 hour(s) | 3.0 hour(s) | 1.5 hour(s) | - |
| 11/02/24 | - | - | - | 2.0 hour(s) | - |
| 11/03/24 | - | - | - | 2.0 hour(s) | - |
| 11/04/24 | 5.0 hour(s) | 4.0 hour(s) | 4.0 hour(s) | 4.0 hour(s) | 4.0 hour(s) |
| 11/05/24 | - | - | - | 1.0 hour(s) | - |
| 11/06/24 | 4.0 hour(s) | 4.0 hour(s) | 2.0 hour(s) | 4.0 hour(s) | 4.0 hour(s) |
| 11/07/24 | 2.0 hour(s) | 2.0 hour(s) | 1.0 hour(s) | 2.0 hour(s) | 2.0 hour(s) |
| 11/08/24 | - | 1.0 hour(s) | - | 1.0 hour(s) | - |
| 11/09/24 | - | - | - | - | 2.0 hour(s) |
| 11/10/24 | - | - | - | 2.0 hour(s) | - |
| 11/11/24 | - | - | - | 1.0 hour(s) | 2.0 hour(s) |
| 11/12/24 | - | 1.0 hour(s) | - | 0.5 hour(s) | 1.0 hour(s) |

*Blink Fitness*

**Moelis & Company**
**Summary of Hours Worked Detail**
*August 12, 2024 - February 28, 2025*

| Date | Barak Klein<br>Managing Director | Andrew Swift<br>Managing Director | Justin Craig<br>Managing Director | Jeremy Burke<br>Managing Director | Forrest Drucker<br>Vice President |
|---|---|---|---|---|---|
| 11/13/24 | - | - | - | - | - |
| 11/14/24 | - | 0.5 hour(s) | - | 0.5 hour(s) | - |
| 11/15/24 | - | - | - | 1.0 hour(s) | - |
| 11/16/24 | - | - | - | - | - |
| 11/17/24 | - | - | - | - | - |
| 11/18/24 | - | - | - | 0.5 hour(s) | - |
| 11/19/24 | - | - | - | 0.5 hour(s) | - |
| 11/20/24 | - | - | - | - | - |
| 11/21/24 | - | - | - | 0.5 hour(s) | - |
| 11/22/24 | - | - | - | 0.5 hour(s) | - |
| 11/23/24 | - | - | - | - | - |
| 11/24/24 | - | - | - | - | - |
| 11/25/24 | - | - | - | - | - |
| 11/26/24 | - | - | - | 1.0 hour(s) | - |
| 11/27/24 | - | - | - | 1.0 hour(s) | - |
| 11/28/24 | - | - | - | - | - |
| 11/29/24 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | - |
| 11/30/24 | - | - | - | - | - |
| 12/01/24 | - | - | - | - | - |
| 12/02/24 | - | - | - | - | - |
| 12/03/24 | - | - | - | - | - |
| 12/04/24 | - | - | - | - | - |
| 12/05/24 | - | - | - | - | - |
| 12/06/24 | - | - | - | - | - |
| 12/07/24 | - | - | - | - | - |
| 12/08/24 | - | - | - | - | - |
| 12/09/24 | - | - | - | - | - |
| 12/10/24 | - | - | - | - | - |
| 12/11/24 | - | - | - | - | - |
| 12/12/24 | - | - | - | - | 1.5 hour(s) |
| 12/13/24 | - | 1.0 hour(s) | - | - | 1.5 hour(s) |
| 12/14/24 | - | - | - | - | - |
| 12/15/24 | - | - | - | - | - |
| 12/16/24 | - | - | - | - | - |
| 12/17/24 | - | - | - | - | - |
| 12/18/24 | - | - | - | - | - |
| 12/19/24 | - | - | - | - | - |
| 12/20/24 | - | - | - | - | - |
| 12/21/24 | - | - | - | - | - |
| 12/22/24 | - | - | - | - | - |
| 12/23/24 | - | - | - | - | - |
| 12/24/24 | - | - | - | - | - |

*Blink Fitness*

**Moelis & Company**
**Summary of Hours Worked Detail**
*August 12, 2024 - February 28, 2025*

| Date | Barak Klein<br>Managing Director | Andrew Swift<br>Managing Director | Justin Craig<br>Managing Director | Jeremy Burke<br>Managing Director | Forrest Drucker<br>Vice President |
|---|---|---|---|---|---|
| 12/25/24 | - | - | - | - | - |
| 12/26/24 | - | - | - | - | - |
| 12/27/24 | - | - | - | - | - |
| 12/28/24 | - | - | - | - | - |
| 12/29/24 | - | - | - | - | - |
| 12/30/24 | - | - | - | - | - |
| 12/31/24 | - | - | - | - | - |
| 01/01/25 | - | - | - | - | - |
| 01/02/25 | - | - | - | - | - |
| 01/03/25 | - | - | - | - | - |
| 01/04/25 | - | - | - | - | - |
| 01/05/25 | - | - | - | - | - |
| 01/06/25 | - | - | - | - | - |
| 01/07/25 | - | - | - | - | - |
| 01/08/25 | - | - | - | - | - |
| 01/09/25 | - | - | - | - | - |
| 01/10/25 | - | - | - | - | - |
| 01/11/25 | - | - | - | - | - |
| 01/12/25 | - | - | - | - | - |
| 01/13/25 | - | - | - | - | - |
| 01/14/25 | - | 1.0 hour(s) | - | - | 1.0 hour(s) |
| 01/15/25 | - | - | - | - | - |
| 01/16/25 | - | - | - | - | - |
| 01/17/25 | - | - | - | - | - |
| 01/18/25 | - | - | - | - | - |
| 01/19/25 | - | - | - | - | - |
| 01/20/25 | - | - | - | - | - |
| 01/21/25 | - | - | - | - | - |
| 01/22/25 | - | - | - | - | - |
| 01/23/25 | - | - | - | - | - |
| 01/24/25 | - | - | - | - | - |
| 01/25/25 | - | - | - | - | - |
| 01/26/25 | - | - | - | - | - |
| 01/27/25 | - | - | - | - | - |
| 01/28/25 | - | - | - | - | - |
| 01/29/25 | - | - | - | - | - |
| 01/30/25 | - | - | - | - | - |
| 01/31/25 | - | - | - | - | - |
| 02/01/25 | - | - | - | - | - |
| 02/02/25 | - | - | - | - | - |
| 02/03/25 | - | - | - | - | - |
| 02/04/25 | - | - | - | - | - |
| 02/05/25 | - | - | - | - | - |
| 02/06/25 | - | - | - | - | - |

33021388.3

*Blink Fitness*

**Moelis & Company**
**Summary of Hours Worked Detail**
*August 12, 2024 - February 28, 2025*

| Date | Barak Klein<br>Managing Director | Andrew Swift<br>Managing Director | Justin Craig<br>Managing Director | Jeremy Burke<br>Managing Director | Forrest Drucker<br>Vice President |
|---|---|---|---|---|---|
| 02/07/25 | - | - | - | - | - |
| 02/08/25 | - | - | - | - | - |
| 02/09/25 | - | - | - | - | - |
| 02/10/25 | - | - | - | - | - |
| 02/11/25 | - | - | - | - | - |
| 02/12/25 | - | - | - | - | - |
| 02/13/25 | - | - | - | - | - |
| 02/14/25 | - | - | - | - | - |
| 02/15/25 | - | - | - | - | - |
| 02/16/25 | - | - | - | - | - |
| 02/17/25 | - | - | - | - | - |
| 02/18/25 | - | - | - | - | - |
| 02/19/25 | - | - | - | - | - |
| 02/20/25 | - | - | - | - | - |
| 02/21/25 | - | - | - | - | - |
| 02/22/25 | - | - | - | - | - |
| 02/23/25 | - | - | - | - | - |
| 02/24/25 | - | - | - | - | - |
| 02/25/25 | - | - | - | - | - |
| 02/26/25 | - | - | - | - | - |
| 02/27/25 | - | - | - | - | - |
| 02/28/25 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) |
| **Total** | **1.0 hour(s)** | **1.0 hour(s)** | **1.0 hour(s)** | **1.0 hour(s)** | **1.0 hour(s)** |

*Blink Fitness*

**Moelis & Company**
**Summary of Hours Worked Detail**
*August 12, 2024 - February 28, 2025*

| Date | Jeremy Dennis<br>Vice President | Harrison Aronoff<br>Associate | Avery Bradshaw<br>Analyst | Erik Wihlborn<br>Analyst | |
|---|---|---|---|---|---|
| 08/12/24 | 3.5 hour(s) | 1.5 hour(s) | 5.0 hour(s) | 1.5 hour(s) | - |
| 08/13/24 | 2.5 hour(s) | - | 4.0 hour(s) | - | - |
| 08/14/24 | 3.5 hour(s) | 1.0 hour(s) | 10.0 hour(s) | 2.0 hour(s) | - |
| 08/15/24 | 3.0 hour(s) | 0.5 hour(s) | 11.0 hour(s) | 0.5 hour(s) | - |
| 08/16/24 | 4.0 hour(s) | 1.0 hour(s) | 6.0 hour(s) | 1.5 hour(s) | - |
| 08/17/24 | - | - | - | - | - |
| 08/18/24 | - | - | 5.0 hour(s) | - | - |
| 08/19/24 | 3.5 hour(s) | - | 3.5 hour(s) | 2.0 hour(s) | - |
| 08/20/24 | 2.5 hour(s) | - | 2.5 hour(s) | - | - |
| 08/21/24 | 3.5 hour(s) | - | 3.5 hour(s) | 3.0 hour(s) | - |
| 08/22/24 | 3.0 hour(s) | - | 7.0 hour(s) | 2.0 hour(s) | - |
| 08/23/24 | 4.0 hour(s) | - | 4.0 hour(s) | 0.5 hour(s) | - |
| 08/24/24 | - | - | - | - | - |
| 08/25/24 | - | - | - | - | - |
| 08/26/24 | 10.0 hour(s) | - | - | 1.5 hour(s) | - |
| 08/27/24 | 11.0 hour(s) | - | - | 5.0 hour(s) | - |
| 08/28/24 | 9.0 hour(s) | - | 1.5 hour(s) | 7.0 hour(s) | - |
| 08/29/24 | 10.0 hour(s) | - | - | 5.0 hour(s) | - |
| 08/30/24 | 10.0 hour(s) | - | - | 3.0 hour(s) | - |
| 08/31/24 | - | - | - | - | - |
| 09/01/24 | - | - | - | 3.0 hour(s) | - |
| 09/02/24 | 14.0 hour(s) | - | 2.0 hour(s) | - | - |
| 09/03/24 | 14.0 hour(s) | 1.0 hour(s) | 14.0 hour(s) | 2.0 hour(s) | - |
| 09/04/24 | 10.0 hour(s) | 6.5 hour(s) | 12.0 hour(s) | 6.5 hour(s) | - |
| 09/05/24 | 12.0 hour(s) | 7.0 hour(s) | 13.0 hour(s) | 6.5 hour(s) | - |
| 09/06/24 | 10.0 hour(s) | 5.0 hour(s) | 10.0 hour(s) | 6.0 hour(s) | - |
| 09/07/24 | - | 5.0 hour(s) | 5.0 hour(s) | 5.0 hour(s) | - |
| 09/08/24 | 2.5 hour(s) | 6.0 hour(s) | 5.0 hour(s) | 6.0 hour(s) | - |
| 09/09/24 | 7.0 hour(s) | - | 7.0 hour(s) | 5.5 hour(s) | - |
| 09/10/24 | 10.0 hour(s) | - | 7.0 hour(s) | 3.0 hour(s) | - |
| 09/11/24 | 8.0 hour(s) | - | 8.0 hour(s) | - | - |
| 09/12/24 | 9.0 hour(s) | - | 9.0 hour(s) | - | - |
| 09/13/24 | 9.0 hour(s) | - | 9.0 hour(s) | - | - |
| 09/14/24 | - | - | - | - | - |
| 09/15/24 | - | - | 2.0 hour(s) | - | - |
| 09/16/24 | 8.0 hour(s) | - | 8.0 hour(s) | - | - |
| 09/17/24 | 9.0 hour(s) | - | 9.0 hour(s) | - | - |
| 09/18/24 | 10.0 hour(s) | 2.0 hour(s) | 11.0 hour(s) | - | - |
| 09/19/24 | 10.0 hour(s) | - | 10.0 hour(s) | - | - |
| 09/20/24 | 9.0 hour(s) | - | 11.0 hour(s) | - | - |
| 09/21/24 | - | - | 1.0 hour(s) | - | - |
| 09/22/24 | - | - | 2.0 hour(s) | - | - |
| 09/23/24 | 9.0 hour(s) | - | 10.0 hour(s) | - | - |
| 09/24/24 | 8.0 hour(s) | - | 7.0 hour(s) | - | - |
| 09/25/24 | 9.0 hour(s) | 2.0 hour(s) | 9.0 hour(s) | - | - |

33021388.3

| Date | Jeremy Dennis<br>Vice President | Harrison Aronoff<br>Associate | Avery Bradshaw<br>Analyst | Erik Wihlborn<br>Analyst | |
|---|---|---|---|---|---|
| 09/26/24 | 8.0 hour(s) | - | 9.0 hour(s) | - | - |
| 09/27/24 | 9.0 hour(s) | - | 7.0 hour(s) | - | - |
| 09/28/24 | - | - | - | - | - |
| 09/29/24 | - | - | - | - | - |
| 09/30/24 | 7.0 hour(s) | - | 8.0 hour(s) | 2.0 hour(s) | - |
| 10/01/24 | 10.0 hour(s) | - | - | - | - |
| 10/02/24 | 10.0 hour(s) | 2.0 hour(s) | 10.0 hour(s) | 2.0 hour(s) | - |
| 10/03/24 | 10.0 hour(s) | 2.0 hour(s) | 10.0 hour(s) | 4.0 hour(s) | - |
| 10/04/24 | 8.0 hour(s) | 3.0 hour(s) | 8.0 hour(s) | 3.0 hour(s) | - |
| 10/05/24 | - | - | - | - | - |
| 10/06/24 | 5.0 hour(s) | - | 4.0 hour(s) | - | - |
| 10/07/24 | 9.0 hour(s) | 2.0 hour(s) | 9.0 hour(s) | 2.0 hour(s) | - |
| 10/08/24 | 10.0 hour(s) | 1.0 hour(s) | 11.0 hour(s) | - | - |
| 10/09/24 | 12.0 hour(s) | 2.0 hour(s) | 13.0 hour(s) | 2.0 hour(s) | - |
| 10/10/24 | 12.0 hour(s) | - | 13.0 hour(s) | - | - |
| 10/11/24 | 9.0 hour(s) | - | 9.0 hour(s) | - | - |
| 10/12/24 | - | - | - | - | - |
| 10/13/24 | - | - | - | - | - |
| 10/14/24 | 6.0 hour(s) | 1.0 hour(s) | 8.0 hour(s) | - | - |
| 10/15/24 | 6.0 hour(s) | - | 6.0 hour(s) | - | - |
| 10/16/24 | 6.0 hour(s) | - | 6.0 hour(s) | - | - |
| 10/17/24 | 9.0 hour(s) | - | 9.0 hour(s) | - | - |
| 10/18/24 | 10.0 hour(s) | - | 10.0 hour(s) | - | - |
| 10/19/24 | 4.0 hour(s) | - | 4.0 hour(s) | - | - |
| 10/20/24 | 5.0 hour(s) | - | 5.0 hour(s) | - | - |
| 10/21/24 | 8.0 hour(s) | 2.0 hour(s) | 8.0 hour(s) | 3.0 hour(s) | - |
| 10/22/24 | 7.0 hour(s) | 2.5 hour(s) | 7.0 hour(s) | 2.0 hour(s) | - |
| 10/23/24 | 9.0 hour(s) | 1.5 hour(s) | 9.0 hour(s) | - | - |
| 10/24/24 | 8.0 hour(s) | 2.0 hour(s) | 8.0 hour(s) | 2.0 hour(s) | - |
| 10/25/24 | 7.0 hour(s) | - | 7.0 hour(s) | 3.0 hour(s) | - |
| 10/26/24 | 2.0 hour(s) | - | 2.0 hour(s) | - | - |
| 10/27/24 | 4.0 hour(s) | 2.0 hour(s) | 4.0 hour(s) | 2.0 hour(s) | - |
| 10/28/24 | 14.0 hour(s) | 10.0 hour(s) | 14.0 hour(s) | 10.0 hour(s) | - |
| 10/29/24 | 10.0 hour(s) | 7.0 hour(s) | 10.0 hour(s) | 7.0 hour(s) | - |
| 10/30/24 | 7.0 hour(s) | 4.0 hour(s) | 14.0 hour(s) | 4.0 hour(s) | - |
| 10/31/24 | - | - | - | - | - |
| 11/01/24 | 3.0 hour(s) | - | 3.0 hour(s) | - | - |
| 11/02/24 | 4.0 hour(s) | - | 4.0 hour(s) | - | - |
| 11/03/24 | 3.0 hour(s) | - | 3.0 hour(s) | - | - |
| 11/04/24 | 5.0 hour(s) | 1.0 hour(s) | 5.0 hour(s) | - | - |
| 11/05/24 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | - | - |
| 11/06/24 | 4.0 hour(s) | - | 4.0 hour(s) | - | - |
| 11/07/24 | 2.0 hour(s) | - | 2.0 hour(s) | 2.0 hour(s) | - |
| 11/08/24 | 1.0 hour(s) | 2.0 hour(s) | 1.0 hour(s) | 2.0 hour(s) | - |
| 11/09/24 | - | - | - | - | - |
| 11/10/24 | 3.0 hour(s) | - | 3.0 hour(s) | - | - |
| 11/11/24 | 1.0 hour(s) | 2.0 hour(s) | 1.0 hour(s) | 3.0 hour(s) | - |
| 11/12/24 | 0.5 hour(s) | 1.0 hour(s) | 0.5 hour(s) | 0.5 hour(s) | - |

33021388.3

## *Blink Fitness*

**Moelis & Company**
**Summary of Hours Worked Detail**
*August 12, 2024 - February 28, 2025*

| Date | Jeremy Dennis<br>Vice President | Harrison Aronoff<br>Associate | Avery Bradshaw<br>Analyst | Erik Wihlborn<br>Analyst | |
|---|---|---|---|---|---|
| 11/13/24 | - | - | - | - | - |
| 11/14/24 | 0.5 hour(s) | - | 0.5 hour(s) | - | - |
| 11/15/24 | 1.0 hour(s) | - | 1.0 hour(s) | - | - |
| 11/16/24 | - | - | - | - | - |
| 11/17/24 | - | - | - | - | - |
| 11/18/24 | 0.5 hour(s) | - | 0.5 hour(s) | - | - |
| 11/19/24 | 0.5 hour(s) | - | 0.5 hour(s) | - | - |
| 11/20/24 | - | - | - | - | - |
| 11/21/24 | 0.5 hour(s) | - | 0.5 hour(s) | - | - |
| 11/22/24 | 0.5 hour(s) | - | 0.5 hour(s) | - | - |
| 11/23/24 | - | - | - | - | - |
| 11/24/24 | - | - | - | - | - |
| 11/25/24 | - | - | - | - | - |
| 11/26/24 | 1.0 hour(s) | - | 1.0 hour(s) | - | - |
| 11/27/24 | 1.0 hour(s) | - | 1.0 hour(s) | - | - |
| 11/28/24 | - | - | - | - | - |
| 11/29/24 | 1.0 hour(s) | - | 1.0 hour(s) | - | - |
| 11/30/24 | - | - | - | - | - |
| 12/01/24 | - | - | - | - | - |
| 12/02/24 | - | - | - | - | - |
| 12/03/24 | - | - | - | - | - |
| 12/04/24 | - | - | - | - | - |
| 12/05/24 | - | - | - | - | - |
| 12/06/24 | - | - | - | - | - |
| 12/07/24 | - | - | - | - | - |
| 12/08/24 | - | - | - | - | - |
| 12/09/24 | - | 2.0 hour(s) | - | - | - |
| 12/10/24 | - | 1.0 hour(s) | - | - | - |
| 12/11/24 | - | - | - | 2.0 hour(s) | - |
| 12/12/24 | - | 1.5 hour(s) | - | 2.0 hour(s) | - |
| 12/13/24 | - | 2.0 hour(s) | - | 1.0 hour(s) | - |
| 12/14/24 | - | - | - | - | - |
| 12/15/24 | - | - | - | - | - |
| 12/16/24 | - | - | - | - | - |
| 12/17/24 | - | - | - | - | - |
| 12/18/24 | - | - | - | - | - |
| 12/19/24 | - | - | - | - | - |
| 12/20/24 | - | - | - | - | - |
| 12/21/24 | - | - | - | - | - |
| 12/22/24 | - | - | - | - | - |
| 12/23/24 | - | - | - | - | - |
| 12/24/24 | - | - | - | - | - |

33021388.3

*Blink Fitness*

**Moelis & Company**
**Summary of Hours Worked Detail**
*August 12, 2024 - February 28, 2025*

| Date | Jeremy Dennis<br>Vice President | Harrison Aronoff<br>Associate | Avery Bradshaw<br>Analyst | Erik Wihlborn<br>Analyst | |
|---|---|---|---|---|---|
| 12/25/24 | - | - | - | - | - |
| 12/26/24 | - | - | - | - | - |
| 12/27/24 | - | - | - | - | - |
| 12/28/24 | - | - | - | - | - |
| 12/29/24 | - | - | - | - | - |
| 12/30/24 | - | - | - | - | - |
| 12/31/24 | - | - | - | - | - |
| 01/01/25 | - | - | - | - | - |
| 01/02/25 | - | - | - | - | - |
| 01/03/25 | - | - | - | - | - |
| 01/04/25 | - | - | - | - | - |
| 01/05/25 | - | - | - | - | - |
| 01/06/25 | - | - | - | - | - |
| 01/07/25 | - | - | - | - | - |
| 01/08/25 | - | - | - | - | - |
| 01/09/25 | - | - | - | - | - |
| 01/10/25 | - | 2.0 hour(s) | - | - | - |
| 01/11/25 | - | - | - | - | - |
| 01/12/25 | - | - | - | - | - |
| 01/13/25 | - | 1.0 hour(s) | - | 1.5 hour(s) | - |
| 01/14/25 | - | 1.0 hour(s) | - | - | - |
| 01/15/25 | - | 1.0 hour(s) | - | 1.5 hour(s) | - |
| 01/16/25 | - | - | - | - | - |
| 01/17/25 | - | - | - | - | - |
| 01/18/25 | - | - | - | - | - |
| 01/19/25 | - | - | - | - | - |
| 01/20/25 | - | - | - | - | - |
| 01/21/25 | - | - | - | - | - |
| 01/22/25 | - | - | - | - | - |
| 01/23/25 | - | - | - | - | - |
| 01/24/25 | - | - | - | - | - |
| 01/25/25 | - | - | - | - | - |
| 01/26/25 | - | - | - | - | - |
| 01/27/25 | - | - | - | - | - |
| 01/28/25 | - | - | - | - | - |
| 01/29/25 | - | - | - | - | - |
| 01/30/25 | - | - | - | - | - |
| 01/31/25 | - | - | - | - | - |
| 02/01/25 | - | - | - | - | - |
| 02/02/25 | - | - | - | - | - |
| 02/03/25 | - | - | - | - | - |
| 02/04/25 | - | - | - | - | - |
| 02/05/25 | - | - | - | - | - |
| 02/06/25 | - | - | - | - | - |

33021388.3

*Blink Fitness*

**Moelis & Company**
**Summary of Hours Worked Detail**
*August 12, 2024 - February 28, 2025*

| Date | Jeremy Dennis<br>Vice President | Harrison Aronoff<br>Associate | Avery Bradshaw<br>Analyst | Erik Wihlborn<br>Analyst | |
|---|---|---|---|---|---|
| 02/07/25 | - | - | - | - | - |
| 02/08/25 | - | - | - | - | - |
| 02/09/25 | - | - | - | - | - |
| 02/10/25 | - | - | - | - | - |
| 02/11/25 | - | - | - | - | - |
| 02/12/25 | - | - | - | - | - |
| 02/13/25 | - | - | - | - | - |
| 02/14/25 | - | - | - | - | - |
| 02/15/25 | - | - | - | - | - |
| 02/16/25 | - | - | - | - | - |
| 02/17/25 | - | - | - | - | - |
| 02/18/25 | - | - | - | - | - |
| 02/19/25 | - | - | - | - | - |
| 02/20/25 | - | - | - | - | - |
| 02/21/25 | - | - | - | - | - |
| 02/22/25 | - | - | - | - | - |
| 02/23/25 | - | - | - | - | - |
| 02/24/25 | - | - | - | - | - |
| 02/25/25 | - | - | - | - | - |
| 02/26/25 | - | - | - | - | - |
| 02/27/25 | - | - | - | - | - |
| 02/28/25 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | - |
| **Total** | **1.0 hour(s)** | **1.0 hour(s)** | **1.0 hour(s)** | **1.0 hour(s)** | |

33021388.3