# EXHIBIT B — EXPENSE SUPPLEMENT

| Transaction Date | Employee | Purpose | Billing Amount |
|---|---|---|---|
| **Total Previously Requested Expenses Paid** | | | |
| 8/12/2024 | Erik Wihlborn | Overtime transportation: Work to Home | $3.59 |
| 8/13/2024 | Erik Wihlborn | Overtime transportation: Work to Home | $3.69 |
| 8/14/2024 | Erik Wihlborn | Overtime transportation: Work to Home | $3.60 |
| 8/14/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; agent booking fees | $8.00 |
| 8/14/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; agent booking fees | $8.00 |
| 8/14/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; airfare (economy) | $414.12 |
| 8/14/2024 | Presentations / RR Donnelly | Third party services for graphic design support used for marketing process materials / diligence | $176.92 |
| 8/16/2024 | Erik Wihlborn | Overtime transportation: Work to Home | $3.29 |
| 8/19/2024 | Jeremy Dennis | Overtime meal related to sale process work | $24.32 |
| 8/19/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; agent booking fees | $8.00 |
| 8/19/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; airfare (economy) | $236.96 |
| 8/19/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; amounts represent hotel tax | $17.93 |
| 8/19/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; amounts represent hotel tax | $11.87 |
| 8/19/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; amounts represent hotel tax | $2.00 |
| 8/19/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; amounts represent hotel tax | $1.50 |
| 8/19/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; amounts represent room rate | $202.02 |
| 8/19/2024 | Jeremy Burke | NYC client travel: Work to Airport | $23.53 |
| 8/19/2024 | Jeremy Burke | NYC client travel: Airport to Meeting on behalf of the Debtors | $55.50 |
| 8/19/2024 - 8/20/2024 | Debtor / Stalking Horse management meeting | Provided catering for management meetings with the Stalking Horse bidder | $504.83 |
| 8/19/2024 - 8/20/2024 | Debtor / Stalking Horse management meeting | Provided catering for management meetings with the Stalking Horse bidder | $693.35 |
| 8/19/2024 - 8/20/2024 | Debtor / Stalking Horse management meeting | Provided catering for management meetings with the Stalking Horse bidder | $504.83 |
| 8/19/2024 - 8/20/2024 | Debtor / Stalking Horse management meeting | Provided catering for management meetings with the Stalking Horse bidder | $693.35 |
| 8/20/2024 | Harrison Aronoff | Overtime meal related to sale process work | $36.75 |
| 8/20/2024 | Jeremy Dennis | Overtime meal related to sale process work | $36.16 |
| 8/20/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $40.71 |
| 8/20/2024 | Jeremy Burke | NYC client travel: Airport to Home | $25.94 |
| 8/20/2024 | Jeremy Burke | NYC client travel: Work to Airport | $77.91 |
| 8/21/2024 | Jeremy Dennis | Overtime meal related to sale process work | $36.13 |
| 8/21/2024 | Erik Wihlborn | Overtime meal related to sale process work | $36.75 |
| 8/21/2024 | Andrew Swift | Overtime meal related to sale process work | $16.60 |
| 8/21/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $42.11 |
| 8/21/2024 | Erik Wihlborn | Overtime transportation: Work to Home | $3.90 |
| 8/22/2024 | Jeremy Dennis | Overtime meal related to sale process work | $33.61 |
| 8/22/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $42.68 |
| 8/26/2024 | Jeremy Dennis | Overtime meal related to sale process work | $36.41 |
| 8/26/2024 | Andrew Swift | Overtime meal related to sale process work | $9.08 |

| Transaction Date | Employee | Purpose | Billing Amount |
|---|---|---|---|
| **Total Previously Requested Expenses Paid** | | | |
| 8/26/2024 | Andrew Swift | Overtime transportation: Work to Home | $22.61 |
| 8/26/2024 | Andrew Swift | Overtime transportation: Work to Home | $2.26 |
| 8/26/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $38.82 |
| 8/27/2024 | Erik Wihlborn | Overtime meal related to sale process work | $36.58 |
| 8/27/2024 | Jeremy Dennis | Overtime meal related to sale process work | $36.75 |
| 8/27/2024 | Forrest Drucker | Overtime meal related to sale process work | $15.23 |
| 8/27/2024 | Andrew Swift | Overtime meal related to sale process work | $9.22 |
| 8/27/2024 | Jeremy Burke | Ground transportation arranged for Debtor and Stalking Horse bidder during several all-day site visits as part of diligence process | $796.13 |
| 8/27/2024 | Jeremy Burke | Ground transportation arranged for Debtor and Stalking Horse bidder during several all-day site visits as part of diligence process | $1,051.22 |
| 8/27/2024 | Jeremy Burke | Ground transportation arranged for Debtor and Stalking Horse bidder during several all-day site visits as part of diligence process | $1,170.91 |
| 8/27/2024 | Jeremy Burke | Ground transportation arranged for Debtor and Stalking Horse bidder during several all-day site visits as part of diligence process | $1,170.91 |
| 8/27/2024 | Jeremy Burke | Ground transportation arranged for Debtor and Stalking Horse bidder during several all-day site visits as part of diligence process | $255.07 |
| 8/27/2024 | Jeremy Burke | Ground transportation arranged for Debtor and Stalking Horse bidder during several all-day site visits as part of diligence process | $1,020.32 |
| 8/27/2024 | Jeremy Burke | Ground transportation arranged for Debtor and Stalking Horse bidder during several all-day site visits as part of diligence process | $1,275.40 |
| 8/27/2024 | Jeremy Burke | Ground transportation arranged for Debtor and Stalking Horse bidder during several all-day site visits as part of diligence process | $1,426.00 |
| 8/27/2024 | Jeremy Burke | Ground transportation arranged for Debtor and Stalking Horse bidder during several all-day site visits as part of diligence process | $1,298.45 |
| 8/27/2024 | Jeremy Burke | Ground transportation arranged for Debtor and Stalking Horse bidder during several all-day site visits as part of diligence process | $1,159.38 |
| 8/27/2024 | Jeremy Burke | Ground transportation arranged for Debtor and Stalking Horse bidder during several all-day site visits as part of diligence process | $1,159.38 |
| 8/28/2024 | Forrest Drucker | Overtime meal related to sale process work | $15.23 |
| 8/28/2024 | Jeremy Dennis | Overtime meal related to sale process work | $36.75 |
| 8/28/2024 | Andrew Swift | Overtime meal related to sale process work | $16.60 |
| 8/28/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $34.53 |
| 8/28/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $39.66 |
| 8/28/2024 | Erik Wihlborn | Overtime transportation: Work to Home | $3.69 |
| 8/30/2024 | Erik Wihlborn | Overtime transportation: Work to Home | $3.51 |
| 9/3/2024 | Andrew Swift | Overtime meal related to sale process work | $16.60 |
| 9/3/2024 | Jeremy Dennis | Overtime meal related to sale process work | $35.00 |
| 9/4/2024 | Jeremy Dennis | Overtime meal related to sale process work | $36.48 |
| 9/4/2024 | Andrew Swift | Overtime meal related to sale process work | $10.04 |
| 9/4/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $32.75 |
| 9/5/2024 | Jeremy Dennis | Overtime meal related to sale process work | $36.75 |
| 9/5/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $28.96 |
| 9/6/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $34.09 |
| 9/6/2024 | Andrew Swift | Delaware court appearance; agent booking fees for train | $37.00 |
| 9/6/2024 | Andrew Swift | Court travel: New York to Delaware | $336.60 |
| 9/8/2024 | Andrew Swift | Court travel: New York to Delaware | $255.00 |
| 9/8/2024 | Presentations / RR Donnelly | Third party services for graphic design support used for marketing process materials / diligence | $217.95 |

33021388.3

| Transaction Date | Employee | Purpose | Billing Amount |
|---|---|---|---|
| **Total Previously Requested Expenses Paid** | | | |
| 9/9/2024 | Jeremy Dennis | Overtime meal related to sale process work | $36.75 |
| 9/9/2024 | Pashman Stein Walder Hayden | Moelis external counsel fees | $8,384 |
| 9/9/2024 | Andrew Swift | Delaware court appearance; agent booking fees for train | $37.00 |
| 9/9/2024 | Andrew Swift | Delaware court appearance; hotel tax | $39.90 |
| 9/9/2024 | Andrew Swift | Delaware court appearance; hotel room | $399.00 |
| 9/9/2024 | Andrew Swift | Court-related Uber travel | $9.23 |
| 9/9/2024 | Andrew Swift | Court-related Uber travel | $42.59 |
| 9/9/2024 | Presentations / RR Donnelly | Third party services for graphic design support used for marketing process materials / diligence | $238.90 |
| 9/10/2024 | Jeremy Dennis | Overtime meal related to sale process work | $25.04 |
| 9/10/2024 | Jeremy Burke | Ground transportation arranged for Debtor and Stalking Horse bidder during several all-day site visits as part of diligence process | $649.22 |
| 9/10/2024 | Andrew Swift | Court-related Uber travel | $45.50 |
| 9/10/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; agent booking fees | $8.00 |
| 9/10/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; airfare (economy) | $261.00 |
| 9/11/2024 | Jeremy Dennis | Overtime meal related to sale process work | $36.13 |
| 9/11/2024 | Andrew Swift | Cancellation / adjustment to court travel plans | ($150.30) |
| 9/12/2024 | Jeremy Dennis | Overtime meal related to sale process work | $30.47 |
| 9/12/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; agent booking fees | $8.00 |
| 9/12/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; airfare (economy) | $241.85 |
| 9/16/2024 | Jeremy Dennis | Overtime meal related to sale process work | $30.87 |
| 9/17/2024 | Jeremy Dennis | Overtime meal related to sale process work | $19.64 |
| 9/17/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; hotel tax | $41.71 |
| 9/17/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; hotel tax | $2.00 |
| 9/17/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; hotel tax | $1.50 |
| 9/17/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; hotel tax | $27.61 |
| 9/17/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; hotel room rate | $470.00 |
| 9/17/2024 | Jeremy Burke | NYC client travel: Hotel to meeting on behalf of the Debtors | $19.50 |
| 9/17/2024 | Jeremy Burke | NYC client travel: Work to Airport | $18.99 |
| 9/17/2024 | Jeremy Burke | NYC client travel: Airport to Hotel | $64.98 |
| 9/18/2024 | Debtor / Stalking Horse management meeting | Provided catering for management meetings with the Stalking Horse bidder | $508.40 |
| 9/18/2024 | Jeremy Dennis | Overtime meal related to sale process work | $34.19 |
| 9/18/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $52.08 |
| 9/18/2024 | Jeremy Burke | NYC client travel: Airport to Home | $32.43 |
| 9/18/2024 | Jeremy Burke | NYC client travel: Work to Airport | $94.95 |
| 9/19/2024 | Jeremy Dennis | Overtime meal related to sale process work | $26.02 |
| 9/19/2024 | Avery Bradshaw | Overtime transportation: Work to Home | $16.92 |
| 9/19/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; agent booking fees | $8.00 |
| 9/19/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; airfare (economy) | $373.72 |

| Transaction Date | Employee | Purpose | Billing Amount |
|---|---|---|---|
| **Total Previously Requested Expenses Paid** | | | |
| 9/23/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $44.44 |
| 9/24/2024 | Jeremy Dennis | Overtime meal related to sale process work | $35.44 |
| 9/24/2024 | Jeremy Dennis | Overtime meal related to sale process work | $26.89 |
| 9/24/2024 | Avery Bradshaw | Overtime transportation: Work to Home | $14.97 |
| 9/25/2024 | Jeremy Dennis | Overtime meal related to sale process work | $36.75 |
| 9/30/2024 | Andrew Swift | Overtime meal related to sale process work | $10.04 |
| 9/30/2024 | Jeremy Dennis | Overtime meal related to sale process work | $36.47 |
| 9/30/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $39.64 |
| 10/1/2024 | Avery Bradshaw | Overtime transportation: Work to Home | $14.94 |
| 10/2/2024 | Jeremy Dennis | Overtime meal related to sale process work | $17.72 |
| 10/2/2024 | Avery Bradshaw | Overtime transportation: Work to Home | $14.89 |
| 10/2/2024 | Jeremy Dennis | Overtime meal related to sale process work | $26.89 |
| 10/3/2024 | Jeremy Dennis | Overtime meal related to sale process work | $35.00 |
| 10/7/2024 | Pashman Stein Walder Hayden | Moelis external counsel fees | $9,959 |
| 10/7/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $42.10 |
| 10/8/2024 | Jeremy Dennis | Overtime meal related to sale process work | $26.89 |
| 10/8/2024 | Jeremy Dennis | Overtime meal related to sale process work | $34.84 |
| 10/9/2024 | Jeremy Dennis | Agent booking fee for NY travel | $8.00 |
| 10/9/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; airfare (economy) | $308.52 |
| 10/10/2024 | Avery Bradshaw | Overtime meal related to sale process work | $18.80 |
| 10/14/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; agent booking fees | $8.00 |
| 10/14/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; airfare (economy) | $334.91 |
| 10/15/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; represents hotel tax | $38.96 |
| 10/15/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; represents hotel tax | $25.79 |
| 10/15/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; represents hotel tax | $2.00 |
| 10/15/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; represents hotel tax | $1.50 |
| 10/15/2024 | Jeremy Burke | Management meetings on behalf of the Debtors in NY in connection with sale process; represents hotel room rate | $439.00 |
| 10/15/2024 | Jeremy Burke | NYC client travel: Work to Management Meeting on behalf of the Debtors | $17.90 |
| 10/15/2024 | Jeremy Burke | NYC client travel: Work to Airport | $20.04 |
| 10/15/2024 | Jeremy Burke | NYC client travel: Office to Management Meeting on behalf of the Debtors | $89.51 |
| 10/15/2024 | Jeremy Burke | NYC client travel: Office to Management Meeting on behalf of the Debtors | $2.90 |
| 10/16/2024 | Jeremy Burke | NYC client travel: Office to Management Meeting on behalf of the Debtors | $89.15 |
| 10/16/2024 | Jeremy Burke | NYC client travel: Airport to Home | $29.95 |
| 10/16/2024 | Jeremy Dennis | Overtime meal related to sale process work | $35.00 |
| 10/17/2024 | Jeremy Dennis | Overtime meal related to sale process work | $36.75 |
| 10/17/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $42.84 |
| 10/18/2024 | Avery Bradshaw | Overtime transportation: Work to Home | $15.98 |

33021388.3

| Transaction Date | Employee | Purpose | Billing Amount |
|---|---|---|---|
| **Total Previously Requested Expenses Paid** | | | |
| 10/21/2024 | Jeremy Dennis | Overtime meal related to sale process work | $27.87 |
| 10/23/2024 | Jeremy Dennis | Overtime meal related to sale process work | $27.41 |
| 10/24/2024 | Avery Bradshaw | Overtime meal related to sale process work | $36.75 |
| 10/24/2024 | Jeremy Dennis | Overtime meal related to sale process work | $35.00 |
| 10/24/2024 | Jeremy Dennis | Ground Transportation | $61.76 |
| 10/27/2024 | Auction catering for ALL involved parties | Auction | $598.87 |
| 10/27/2024 | Auction catering for ALL involved parties | Auction | $746.61 |
| 10/27/2024 | Jeremy Burke | Airfare and Fees Booking fee | $8.00 |
| 10/27/2024 | Jeremy Burke | Airfare and Fees Booking fee | $8.00 |
| 10/27/2024 | Jeremy Burke | Airfare and Fees; flight to NY for auction | $209.52 |
| 10/27/2024 | Jeremy Burke | Airfare and Fees; flight to Home from auction | $312.41 |
| 10/27/2024 | Jeremy Burke | Hotel Tax | $29.10 |
| 10/27/2024 | Jeremy Burke | Hotel Tax | $19.26 |
| 10/27/2024 | Jeremy Burke | Hotel Tax | $2.00 |
| 10/27/2024 | Jeremy Burke | Hotel Tax | $1.50 |
| 10/27/2024 | Jeremy Burke | Hotel for auction process | $327.85 |
| 10/27/2024 | Jeremy Burke | Ground travel related to auction process | $23.05 |
| 10/27/2024 | Jeremy Burke | Ground travel related to auction process | $58.90 |
| 10/27/2024 | Jeremy Burke | Ground travel related to auction process | $5.93 |
| 10/28/2024 | Presentations / RR Donnelly | Third party services for graphic design support used for marketing process materials / diligence | $496.50 |
| 10/28/2024 | Presentations / RR Donnelly | Third party services for graphic design support used for marketing process materials / diligence | $676.00 |
| 10/28/2024 | Jeremy Burke | Hotel Tax | $29.10 |
| 10/28/2024 | Jeremy Burke | Hotel Tax | $19.26 |
| 10/28/2024 | Jeremy Burke | Hotel Tax | $2.00 |
| 10/28/2024 | Jeremy Burke | Hotel Tax | $1.50 |
| 10/28/2024 | Jeremy Burke | Hotel for auction process (additional  night) | $327.85 |
| 10/29/2024 | Presentations / RR Donnelly | Third party services for graphic design support used for marketing process materials / diligence | $338.00 |
| 10/29/2024 | Avery Bradshaw | Overtime transportation: Work to Home | $15.89 |
| 10/29/2024 | Jeremy Dennis | Ground Transportation | $34.96 |
| 10/29/2024 | Jeremy Burke | Hotel Tax | $29.10 |
| 10/29/2024 | Jeremy Burke | Hotel Tax | $19.26 |
| 10/29/2024 | Jeremy Burke | Hotel Tax | $2.00 |
| 10/29/2024 | Jeremy Burke | Hotel Tax | $1.50 |
| 10/29/2024 | Jeremy Burke | Hotel for auction process (additional  night) | $327.85 |
| 10/29/2024 | Jeremy Burke | Ground travel related to auction process | $11.62 |
| 10/30/2024 | Jeremy Dennis | Overtime meal related to sale process work | $30.45 |
| 10/30/2024 | Jeremy Dennis | Overtime meal related to sale process work | $26.89 |

| Transaction Date | Employee | Purpose | Billing Amount |
|---|---|---|---|
| **Total Previously Requested Expenses Paid** | | | |
| 10/30/2024 | Jeremy Burke | Ground travel related to auction process | $29.64 |
| 10/30/2024 | Jeremy Burke | Ground travel related to auction process | $84.33 |
| 10/30/2024 | Auction catering for ALL involved parties | Auction | $214.47 |
| 10/31/2024 | Jeremy Burke | Cellular / Telecom | $21.30 |
| 10/31/2024 | Jeremy Dennis | Cellular / Telecom | $30.47 |
| 10/31/2024 | Forrest Drucker | Cellular / Telecom | $47.22 |
| 10/31/2024 | Harrison Aronoff | Cellular / Telecom | $4.35 |
| 10/31/2024 | Justin Craig | Cellular / Telecom | $59.64 |
| 10/31/2024 | Navid Mahmoodzadegan | Cellular / Telecom | $47.61 |
| 10/31/2024 | Andrew Swift | Cellular / Telecom | $6.13 |
| 10/31/2024 | Erik Wihlborn | Cellular / Telecom | $3.78 |
| 10/31/2024 | Avery Bradshaw | Cellular / Telecom | $4.86 |
| 10/31/2024 | Barak Klein | Cellular / Telecom | $6.13 |
| 11/4/2024 | Auction catering for ALL involved parties | Auction | $2,052.57 |
| 11/6/2024 | Jeremy Dennis | Overtime meal related to sale process work | $26.35 |
| 11/7/2024 | Pashman Stein Walder Hayden | Moelis external counsel fees | $6,983.00 |
| 11/13/2024 | Auction catering for ALL involved parties | Auction | $1,119.04 |
| 11/13/2024 | Auction catering for ALL involved parties | Auction | $2,082.75 |
| 11/13/2024 | Auction catering for ALL involved parties | Auction | $1,452.71 |
| 11/13/2024 | Auction catering for ALL involved parties | Auction | $276.41 |
| 11/13/2024 | Auction catering for ALL involved parties | Auction | $872.61 |
| 11/13/2024 | Avery Bradshaw | Overtime meal related to sale process work | $33.72 |
| 11/13/2024 | Auction catering for ALL involved parties | Auction | $872.61 |
| 11/13/2024 | Jeremy Dennis | Overtime meal related to sale process work | $32.03 |
| 11/13/2024 | Jeremy Dennis | Overtime meal related to sale process work | $32.81 |
| 11/13/2024 | Presentations / RR Donnelly | Third party services for graphic design support used for marketing process materials / diligence | $13.20 |
| 11/18/2024 | Jeremy Dennis | Overtime meal related to sale process work | $32.64 |
| 11/20/2024 | Jeremy Dennis | Overtime meal related to sale process work | $22.92 |
| 11/20/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $28.83 |
| 11/24/2024 | Jeremy Dennis | Overtime meal related to sale process work | $34.13 |
| 11/30/2024 | Jeremy Burke | Cellular / Telecom | $20.23 |
| 11/30/2024 | Jeremy Dennis | Cellular / Telecom | $30.16 |
| 11/30/2024 | Forrest Drucker | Cellular / Telecom | $9.28 |
| 11/30/2024 | Harrison Aronoff | Cellular / Telecom | $5.29 |
| 11/30/2024 | Justin Craig | Cellular / Telecom | $16.80 |
| 11/30/2024 | Navid Mahmoodzadegan | Cellular / Telecom | $3.89 |
| 12/2/2024 | Jeremy Dennis | Overtime meal related to sale process work | $25.97 |
| 12/4/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $51.69 |
| 12/5/2024 | Pashman Stein Walder Hayden | Moelis external counsel fees | $3,977.50 |
| 12/16/2024 | Jeremy Dennis | Overtime meal related to sale process work | $32.64 |
| 12/16/2024 | Jeremy Dennis | Overtime transportation: Work to Home | $37.02 |
| 10/29/2024 | Auction catering for ALL involved parties | Auction | $214.47 |
| **Total Previously Requested Expenses Paid** | | | **$67,298.69** |

| Transaction Date | Employee | Purpose | Billing Amount |
|---|---|---|---|
| **Balance of Outstanding Expenses** | | | |
| 10/15/2024 | Andrew Swift | Overtime meal related to sale process work | $11.07 |
| 10/23/2024 | Andrew Swift | Overtime meal related to sale process work | $7.64 |
| 10/23/2024 | Andrew Swift | Ground transportation for deposition | $79.24 |
| 10/24/2024 | Andrew Swift | In-flight Wifi for sale process work | $8.33 |
| 10/27/2024 | Andrew Swift | In-flight Wifi for sale process work | $8.33 |
| 10/28/2024 | Barak Klein | Overtime transportation: Work to Home | $126.00 |
| 10/29/2024 | Andrew Swift | Overtime transportation: Work to Home | $8.34 |
| 10/29/2024 | Andrew Swift | Overtime transportation: Work to Home | $10.09 |
| 10/29/2024 | Barak Klein | Overtime transportation: Work to Home | $100.09 |
| 11/4/2024 | Andrew Swift | Booking fee for court travel | $37.00 |
| 11/4/2024 | Andrew Swift | Booking fee for court travel | $37.00 |
| 11/4/2024 | Andrew Swift | Amtrak train for court related travel | $317.50 |
| 11/5/2024 | Andrew Swift | Hotel tax for court visit | $39.90 |
| 11/5/2024 | Andrew Swift | Overtime meal related to sale process work | $11.89 |
| 11/5/2024 | Andrew Swift | Hotel for court visit | $399.00 |
| 11/5/2024 | Andrew Swift | Overtime transportation: Work to Home | $6.19 |
| 11/5/2024 | Andrew Swift | Overtime transportation: Work to Home | $1.00 |
| 11/5/2024 | Andrew Swift | Ground transportation for court-related travel | $58.14 |
| 11/5/2024 | Andrew Swift | Ground transportation for court-related travel | $3.84 |
| 11/6/2024 | Andrew Swift | Booking fee for court travel | $37.00 |
| 11/6/2024 | Andrew Swift | Overtime meal related to sale process work | $5.00 |
| 11/6/2024 | Andrew Swift | Ground transportation for court-related travel | $65.81 |
| 11/6/2024 | Andrew Swift | Ground transportation for court-related travel | $9.60 |
| 11/6/2024 | Andrew Swift | Amtrak telephone service fee | $21.00 |
| 11/12/2024 | Andrew Swift | Overtime meal related to sale process work | $11.07 |
| 11/16/2024 | Jeremy Burke | In-flight wifi | $14.98 |
| 12/2/2024 | Andrew Swift | In-flight Wifi for sale process work | $8.00 |
| 12/2/2024 | Jeremy Burke | Airfare Fees | $8.00 |
| 12/2/2024 | Jeremy Burke | Airfare Fees | $234.01 |
| 12/3/2024 | Jeremy Burke | Airfare Fees | $8.00 |
| 12/3/2024 | Jeremy Burke | Flight from NY to FL for management meeting | $265.95 |
| 12/10/2024 | Jeremy Burke | Hotel Tax | $29.07 |
| 12/10/2024 | Jeremy Burke | Hotel Tax | $19.25 |
| 12/10/2024 | Jeremy Burke | Hotel Tax | $1.50 |
| 12/10/2024 | Jeremy Burke | Hotel Tax | $2.00 |
| 12/10/2024 | Jeremy Burke | Hotel Tax | $13.00 |
| 12/10/2024 | Jeremy Burke | Hotel Tax | $1.15 |
| 12/10/2024 | Jeremy Burke | Hotel Tax | $0.76 |
| 12/10/2024 | Jeremy Burke | Hotel in NY for management meeting | $327.60 |
| 12/10/2024 | Jeremy Burke | Ground Transportation for NY / FL travel | $22.56 |
| 12/10/2024 | Jeremy Burke | Ground Transportation for NY / FL travel | $89.88 |
| 12/12/2024 | Jeremy Burke | Ground Transportation for NY / FL travel | $33.41 |
| 12/16/2024 | Andrew Swift | In-flight Wifi for sale process work | $2.67 |
| 12/17/2024 | Jeremy Burke | In-flight wifi | $14.98 |
| 12/20/2024 | Andrew Swift | In-flight Wifi for sale process work | $3.34 |
| 12/24/2024 | Jeremy Burke | In-flight wifi | $3.00 |
| 1/8/2025 | Pashman Stein Walder Hayden | Moelis external counsel fees | $1,572.50 |
| 2/16/2025 | Pashman Stein Walder Hayden | Moelis external counsel fees | $3,024.00 |
| **Balance of Outstanding Expenses** | | | **$7,119.68** |
| **Total Amount of Final Expense Reimbursement Sought as Actual, Reasonable, and Necessary** | | | **$74,418.37** |

33021388.3



Pashman Stein Walder Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ  07601
(201) 488-8200
Tax I.D. 22-3384189

Tiffany Lundquist, Managing Director                                      September 9, 2024
Moelis & Company, LLC
399 Park Avenue                                                          Invoice #163322
4th Floor
New York, NY  10022                                               File Number: 30415-021

INVOICE SUMMARY

RE:  Blink Fitness

| | |
|---|---|
| Total Fees | $8,384.00 |
| Total Due This Invoice | $8,384.00 |

---

| Domestic Wiring Instructions | International Wiring Instructions | |
|---|---|---|
| Peapack Routing No.  021205237 | Intermediary Bank: | Wells Fargo |
| Bank:                Peapack-Gladstone Bank | | 420 Montgomery St. |
|                      500 Hills Drive, Suite 300 | | San Francisco, CA 94104 |
|                      P.O. Box 700 | Wells Fargo ABA: 121000248 | |
|                      Bedminster, NJ 07921 | SWIFT Code:      WFBIUS6S | |
| Account No.          400057428 (Business Account) | Chips ID:        0407 | |
| Account Name:        Pashman Stein, PC | Beneficiary Bank:  Peapack-Gladstone Bank | |
| | Account No.        2000090251838 | |
| | Beneficiary Name:  Pashman Stein, PC | |
| | Account No.        400057428 | |

Moelis & Company, LLC                                                    Pashman Stein Walder Hayden
Blink Fitness                                                                     September 9, 2024
Invoice #  163322                                                                        Page:    2

RE:  Blink Fitness

## PROFESSIONAL SERVICES

| Date | Attorney | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 08/05/2024 | JWeiss | 0.40 | Corr with Moelis team and Debtors' counsel re: draft retention documentation for Moelis and related next steps (0,2); Briefly review related documentation (0.2). | $370.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 08/07/2024 | JWeiss | 1.10 | Corr with Moelis team and Debtors' counsel re: Moelis retention documentation and related revisions (0.1); Briefly review related documentation (0.1); Review and revise draft Moelis Declaration i/s/o DIP Financing (0.8); Corr with Moelis team re: same and related open issues (0.1). | $1,017.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| 08/09/2024 | JWeiss | 0.50 | Review further revised drafts of Moelis declaration in support of proposed DIP financing (0.4); Related corr with Moelis team (0.1). | $462.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| 08/11/2024 | JWeiss | 0.30 | Multiple corr with Moelis team re: Moelis Declaration in support of DIP financing (0.3). | $277.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| 08/12/2024 | JWeiss | 0.20 | Corr with Moelis team and Debtors' counsel re: pending Moelis retention application and related open issue and next steps (0.2). | $185.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 08/13/2024 | DPatel | 0.10 | Conference with J. Weiss to review docket on updates for a retention agreement. | $42.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| | DPatel | 0.10 | Reviewed docket for retention precedent per J. Weiss. | $42.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 08/15/2024 | JWeiss | 1.70 | Review and comment on latest drafts of Moelis retention documentation received from Debtors' counsel (1.0); Corr and conf with Solow (Pashman) re: revising same (0.4); Multiple corr with Moelis team and Debtors' counsel re: same and final related open issues (0.3). | $1,572.50 |
| | | | TASK: B160 Fee/Employment Applications | |

Moelis & Company, LLC
Blink Fitness
Invoice #  163322

Pashman Stein Walder Hayden
September 9, 2024
Page:     3

| Date | Attorney | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| | RSolow | 0.30 | Call with J. Weiss on YCST comments to retention application. | $150.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| | RSolow | 1.50 | Revise employment application to incorporate comments. | $750.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 08/19/2024 | JWeiss | 0.20 | Corr with Moelis team re: final open issues with Moelis retention documentation prior to filing same (0.2). | $185.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 08/21/2024 | JWeiss | 0.40 | Confirmed filing and scheduling w/r/t Moelis retention documentation (0.3); Related corr with Moelis team (0.1). | $370.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 08/26/2024 | JWeiss | 0.60 | Review and comment on draft Moelis declaration in support of bidding procedures (0.5); Related corr with Moelis team (0.1). | $555.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 08/28/2024 | JWeiss | 1.30 | Extensive review, research and analysis of proposed issues raised by UST w/r/t proposed Moelis retention and related relevant prior precedent and background documentation (0.8); Preparation of proposed responses and revised Moelis retention order addressing same (0.4); Related corr with Moelis team (0.1). | $1,202.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| 08/30/2024 | JWeiss | 0.40 | Review and corr with Debtors' counsel and Moelis team re: comments to Moelis retention terms received from UCC (0.4). | $370.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| | JWeiss | 0.90 | Review and analysis of additional issues raised by UST w/r/t proposed Moelis retention order and background documentation relevant to same (0.5); Related corr with Debtors' counsel and Moelis team (0.2); Preparation of revised proposed Moelis retention order addressing same (0.2). | $832.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | Total | | 10.00 | $8,384.00 |

TASK CODE SUMMARY

Moelis & Company, LLC

Blink Fitness

Invoice #  163322

Pashman Stein Walder Hayden

September 9, 2024

Page:    4

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| Patel, Dwij | Associate | 0.20 | $420.00 | $84.00 |
| Weiss, John W. | Partner | 8.00 | $925.00 | $7,400.00 |
| Solow, Richard C. | Associate | 1.80 | $500.00 | $900.00 |
| Subtotal for: B160 Fee/Employment Applications | | 10.00 | | $8,384.00 |

## PROFESSIONAL SERVICES SUMMARY

| Attorney | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DPatel | Patel, Dwij | Associate | 0.20 | $420.00 | $84.00 |
| JWeiss | Weiss, John W. | Partner | 8.00 | $925.00 | $7,400.00 |
| RSolow | Solow, Richard C. | Associate | 1.80 | $500.00 | $900.00 |
| Total | | | 10.00 | | $8,384.00 |
| Total Fees & Disbursements | | | | | $8,384.00 |



Pashman Stein Walder Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ  07601
(201) 488-8200
Tax I.D. 22-3384189

Tiffany Lundquist, Managing Director
Moelis & Company, LLC
399 Park Avenue
4th Floor
New York, NY  10022

October 7, 2024

Invoice #164955

File Number: 30415-021

## INVOICE SUMMARY

RE:  Blink Fitness

| | |
|---|---|
| Total Fees | $9,959.00 |
| Total Due This Invoice | $9,959.00 |

| Domestic Wiring Instructions | | International Wiring Instructions | |
|---|---|---|---|
| Peapack Routing No.  021205237 | | Intermediary Bank: | Wells Fargo |
| Bank: | Peapack-Gladstone Bank | | 420 Montgomery St. |
| | 500 Hills Drive, Suite 300 | | San Francisco, CA 94104 |
| | P.O. Box 700 | Wells Fargo ABA: | 121000248 |
| | Bedminster, NJ 07921 | SWIFT Code: | WFBIUS6S |
| Account No. | 400057428 (Business Account) | Chips ID: | 0407 |
| Account Name: | Pashman Stein, PC | Beneficiary Bank: | Peapack-Gladstone Bank |
| | | Account No. | 2000090251838 |
| | | Beneficiary Name: | Pashman Stein, PC |
| | | Account No. | 400057428 |

Moelis & Company, LLC
Blink Fitness
Invoice #  164955

Pashman Stein Walder Hayden
October 7, 2024
Page:    2

RE:  Blink Fitness

## PROFESSIONAL SERVICES

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 09/03/2024 | JWeiss | 0.90 | Review and revise proposed Moelis retention order to resolve final open UST and UCC issues w/r/t same (0.6); Related corr with Moelis team (0.2); Corr with Debtors' counsel re: same and submission of related revised retention order for entry by Court (0.1).<br><br>TASK: B160 Fee/Employment Applications | $832.50 |
| | LSalced | 0.20 | Call with J. Weiss re revised order and COC.<br><br>TASK: B160 Fee/Employment Applications | $80.00 |
| 09/04/2024 | JWeiss | 0.20 | Review status and corr with Debtors' counsel re: resolution of UST and UCC issues and submission of revised form of Moelis retention order resolving same for entry (0.2).<br><br>TASK: B160 Fee/Employment Applications | $185.00 |
| | JWeiss | 0.20 | Briefly review and comment on further revised drafts of Moelis declaration in support of bidding procedures to address final open issue (0.2).<br><br>TASK: B160 Fee/Employment Applications | $185.00 |
| | LSalced | 0.20 | Review docket for filing of COC re retention order.<br><br>TASK: B160 Fee/Employment Applications | $80.00 |
| 09/05/2024 | JWeiss | 0.50 | Review and confirm submission of appropriate revised form of Moelis retention order resolving related UST and UCC issues (0.2); Related corr with Moelis team (0.1); Briefly review revised versions of Moelis declaration in support of bidding procedures (0.2).<br><br>TASK: B160 Fee/Employment Applications | $462.50 |
| | LSalced | 0.10 | Review docket for COC.<br><br>TASK: B160 Fee/Employment Applications | $40.00 |
| 09/06/2024 | JWeiss | 0.10 | Briefly review further revised version of Moelis declaration in support of bidding procedures received from Debtors' counsel (0.1).<br><br>TASK: B160 Fee/Employment Applications | $92.50 |

Moelis & Company, LLC                                        Pashman Stein Walder Hayden
Blink Fitness                                                          October 7, 2024
Invoice #  164955                                                     Page:    3

| Date | Attorney | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| | JWeiss | 0.40 | Review status of pending Moelis retention application and order, and agenda for 9/10 hearing re: same (0.2); Confirmed entry of appropriate Moelis retention order (0.1); Related corr with Moelis team (0.1). | $370.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 09/07/2024 | JWeiss | 0.20 | Corr with Moelis team and Debtors' counsel re: Moelis declaration in support of bidding procedures (0.2). | $185.00 |
| | | | TASK: B170 Fee/Employment Objections | |
| 09/09/2024 | JWeiss | 0.80 | Review and revise drafts of Moelis declaration in support of bidding procedures supplement (0.6); Related corr with Moelis team (0.2). | $740.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 09/10/2024 | JWeiss | 0.40 | Review and comment on latest drafts of Moelis declaration in support of bidding procedures (0.2); Related corr with Moelis team (0.2) | $370.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 09/11/2024 | JWeiss | 0.80 | Review and respond to inquiry of Moelis team re: fee application procedures (0.1); Corr and conf with Lundquist (Moelis) re: possible supplemental disclosure issue and related background, considerations and next steps (0.7). | $740.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 09/18/2024 | JWeiss | 0.40 | Conf with Lundquist (Moelis) re: possible supplemental disclosure issue, related background and next steps (0.4). | $370.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 09/23/2024 | JWeiss | 0.10 | Corr with Lundquist (Moelis) re: possible supplemental retention declaration (0.1). | $92.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| 09/24/2024 | DSklar | 0.10 | Discussion with J. Weiss concerning preparation of supplemental declaration. | $49.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | JWeiss | 0.60 | Review and analysis of background facts relevant to possible supplemental disclosure declaration (0.4); Related corr with Lundquist (Moelis) and Sklar (Pashman) (0.2). | $555.00 |
| | | | TASK: B160 Fee/Employment Applications | |

Moelis & Company, LLC                                              Pashman Stein Walder Hayden
Blink Fitness                                                                    October 7, 2024
Invoice #  164955                                                               Page:    4

| Date | Attorney | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 09/25/2024 | DSklar | 3.00 | Review of background case documentation (1.9) and begin preparation of supplemental declaration (1.1). | $1,485.00 |
| | | | TASK:  B160 Fee/Employment Applications | |
| | JWeiss | 0.40 | Corr and conf with Sklar (Pashman) re: background and preparation of draft Moelis supplemental disclosure declaration (0.5). | $370.00 |
| | | | TASK:  B160 Fee/Employment Applications | |
| 09/26/2024 | DSklar | 2.50 | Review of docket and case documentation concerning supplemental declaration (.9); review and revise supplemental declaration (1.6). | $1,237.50 |
| | | | TASK:  B160 Fee/Employment Applications | |
| | JWeiss | 0.40 | Corr with Moelis team re: fee application procedures in the case (0.1); Review and analysis of interim compensation procedures and Moelis retention order to respond to same (0.3). | $370.00 |
| | | | TASK:  B160 Fee/Employment Applications | |
| 09/30/2024 | DSklar | 0.10 | Discussion with J. Weiss concerning revisions to declaration. | $49.50 |
| | | | TASK:  B160 Fee/Employment Applications | |
| | JWeiss | 1.10 | Review and revision of draft supplemental disclosure declaration (0.6); Review and analysis of related background facts and documentation (0.2); Related corr with Sklar (Pashman) and Lundquist (Moelis) (0.3). | $1,017.50 |
| | | | TASK:  B160 Fee/Employment Applications | |
| | Total | 13.70 | | $9,959.00 |

## TASK CODE SUMMARY

| | | Hours | Rate | Amount |
|---|---|-------|------|--------|
| Sklar, David E. | Associate | 5.70 | $495.00 | $2,821.50 |
| Weiss, John W. | Partner | 7.30 | $925.00 | $6,752.50 |
| Salcedo, Leslie | Paralegal | 0.50 | $400.00 | $200.00 |
| Subtotal for: B160 Fee/Employment Applications | | 13.50 | | $9,774.00 |
| | | Hours | Rate | Amount |
| Weiss, John W. | Partner | 0.20 | $925.00 | $185.00 |
| Subtotal for: B170 Fee/Employment Objections | | 0.20 | | $185.00 |

Moelis & Company, LLC

Blink Fitness

Invoice #  164955

## PROFESSIONAL SERVICES SUMMARY

| Attorney | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DSklar | Sklar, David E. | Associate | 5.70 | $495.00 | $2,821.50 |
| JWeiss | Weiss, John W. | Partner | 7.50 | $925.00 | $6,937.50 |
| LSalced | Salcedo, Leslie | Paralegal | 0.50 | $400.00 | $200.00 |
| Total | | | 13.70 | | $9,959.00 |
| | | | | | |
| Total Fees & Disbursements | | | | | $9,959.00 |



Pashman Stein Walder Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200
Tax I.D. 22-3384189

Tiffany Lundquist, Managing Director
Moelis & Company, LLC
399 Park Avenue
4th Floor
New York, NY 10022

November 7, 2024

Invoice #166624

File Number: 30415-021

## INVOICE SUMMARY

RE: Blink Fitness

| | |
|---|---|
| Total Fees | $6,983.00 |
| Total Due This Invoice | $6,983.00 |

---

**Domestic Wiring Instructions**

| | |
|---|---|
| Peapack Routing No. | 021205237 |
| Bank: | Peapack-Gladstone Bank<br>500 Hills Drive, Suite 300<br>P.O. Box 700<br>Bedminster, NJ 07921 |
| Account No. | 400057428 (Business Account) |
| Account Name: | Pashman Stein, PC |

**International Wiring Instructions**

| | |
|---|---|
| Intermediary Bank: | Wells Fargo<br>420 Montgomery St.<br>San Francisco, CA 94104 |
| Wells Fargo ABA: | 121000248 |
| SWIFT Code: | WFBIUS6S |
| Chips ID: | 0407 |
| Beneficiary Bank: | Peapack-Gladstone Bank |
| Account No. | 2000090251838 |
| Beneficiary Name: | Pashman Stein, PC |
| Account No. | 400057428 |

Moelis & Company, LLC
Blink Fitness
Invoice #  166624

Pashman Stein Walder Hayden
November 7, 2024
Page:    2

RE:  Blink Fitness

## PROFESSIONAL SERVICES

| Date | Attorney | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 10/01/2024 | DSklar | 1.20 | Review of disclosure related issues and review and revise updated declaration. | $594.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| | JWeiss | 0.30 | Conf with Harrison (Moelis) re: fee application preparation and process issue (0.3). | $277.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | JWeiss | 0.60 | Review and revise draft supplemental declaration of Moelis (0.5); Related corr with Lundquist (Moelis) and Sklar (Pashman) (0.1). | $555.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 10/03/2024 | JWeiss | 0.10 | Corr with Lundquist (Moelis) re: draft supplemental declaration and related issues (0.1). | $92.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| 10/04/2024 | JWeiss | 0.10 | Corr with Lundquist (Moelis) re: Moelis supplemental retention declaration and related issues and revisions (0.1). | $92.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| 10/05/2024 | JWeiss | 0.40 | Review and revise draft Moelis supplemental retention declaration to address issues and comments raised by Lundquist (Moelis) (0.4). | $370.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 10/06/2024 | JWeiss | 0.40 | Corr with Lundquist (Moelis) re: final open issues and revisions w/r/t draft Moelis supplemental retention declaration (0.1); Review and further revise draft of same (0.3). | $370.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 10/07/2024 | JWeiss | 1.50 | Corr with Lundquist (Moelis) and Sklar (PSWH) re: draft supplemental disclosure declaration (0.2); Review and revise latest revised draft of same received from Lundquist (0.3); Review and revise draft first monthly fee application of Moelis and related draft supporting documentation (0.9); Related corr with Moelis team (0.1). | $1,387.50 |
| | | | TASK: B160 Fee/Employment Applications | |

Moelis & Company, LLC                                                    Pashman Stein Walder Hayden
Blink Fitness                                                           November 7, 2024
Invoice #  166624                                                       Page:    3

| Date | Attorney | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 10/08/2024 | JWeiss | 1.00 | Address finalization of draft supplemental disclosure declaration (0.4); Related corr with Debtors' counsel and Moelis team (0.2); Related conf with Debtors' counsel (0.2); Multiple related corr with Lundquist (Moelis) and Sklar (Pashman) (0.2). | $925.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 10/09/2024 | DSklar | 0.10 | Review of correspondence from Debtors' counsel concerning upcoming filing of declaration. | $49.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | DSklar | 0.10 | Discussion with client concerning filed declaration. | $49.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | JWeiss | 0.50 | Finalize Moelis supplemental declaration to Debtors' counsel for filing (0.4); Related corr with Debtors' counsel and Moelis team (0.1). | $462.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | JWeiss | 0.70 | Corr and confs with Moelis team re: informal discovery requested from Moelis and related background, issues and responses (0.7). | $647.50 |
| | | | TASK: B190 Other Contested Matters (excluding assumption/rejection motions) | |
| 10/11/2024 | JWeiss | 0.50 | Corr with Moelis team re: finalization and filing of Moelis fee application and related supporting documentation (0.2); Review drafts of same (0.3). | $462.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| 10/14/2024 | JWeiss | 0.30 | Corr with Moelis team re: fee application preparation and related issues (0.3). | $277.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| 10/15/2024 | JWeiss | 0.10 | Corr with Moelis team re: Moelis fee application and filing of same (0.1). | $92.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| 10/16/2024 | JWeiss | 0.30 | Research status and scheduling w/r/t Moelis fee application (0.2); Related corr with Moelis team (0.1). | $277.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | Total | | 8.20 | $6,983.00 |

TASK CODE SUMMARY

Moelis & Company, LLC

Blink Fitness

Invoice #  166624

Pashman Stein Walder Hayden

November 7, 2024

Page:    4

|  | | Hours | Rate | Amount |
|---|---|---|---|---|
| Sklar, David E. | Associate | 1.40 | $495.00 | $693.00 |
| Weiss, John W. | Partner | 6.10 | $925.00 | $5,642.50 |
| Subtotal for: B160 Fee/Employment Applications | | 7.50 | | $6,335.50 |

|  | | Hours | Rate | Amount |
|---|---|---|---|---|
| Weiss, John W. | Partner | 0.70 | $925.00 | $647.50 |
| Subtotal for: B190 Other Contested Matters (excluding assumption/rejection motions) | | 0.70 | | $647.50 |

## PROFESSIONAL SERVICES SUMMARY

| Attorney | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DSklar | Sklar, David E. | Associate | 1.40 | $495.00 | $693.00 |
| JWeiss | Weiss, John W. | Partner | 6.80 | $925.00 | $6,290.00 |
| Total | | | 8.20 | | $6,983.00 |
| Total Fees & Disbursements | | | | | $6,983.00 |



Pashman Stein Walder Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ  07601
(201) 488-8200
Tax I.D. 22-3384189

Tiffany Lundquist, Managing Director
Moelis & Company, LLC
399 Park Avenue
4th Floor
New York, NY  10022

December 5, 2024

Invoice #168288

File Number: 30415-021

## INVOICE SUMMARY

RE:  Blink Fitness

| | |
|---|---|
| Total Fees | $3,977.50 |
| Total Due This Invoice | $3,977.50 |

| Domestic Wiring Instructions | | International Wiring Instructions | |
|---|---|---|---|
| Peapack Routing No. 021205237 | | Intermediary Bank: | Wells Fargo |
| | | | 420 Montgomery St. |
| Bank: | Peapack-Gladstone Bank | | San Francisco, CA 94104 |
| | 500 Hills Drive, Suite 300 | Wells Fargo ABA: | 121000248 |
| | P.O. Box 700 | SWIFT Code: | WFBIUS6S |
| | Bedminster, NJ 07921 | Chips ID: | 0407 |
| Account No. | 400057428 (Business Account) | | |
| | | Beneficiary Bank: | Peapack-Gladstone Bank |
| Account Name: | Pashman Stein, PC | Account No. | 2000090251838 |
| | | Beneficiary Name: | Pashman Stein, PC |
| | | Account No. | 400057428 |

| Moelis & Company, LLC | Pashman Stein Walder Hayden |
|---|---|
| Blink Fitness | December 5, 2024 |
| Invoice # 168288 | Page:    2 |

RE: Blink Fitness

## PROFESSIONAL SERVICES

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 11/03/2024 | JWeiss | 0.50 | Corr and conf with Swift (Moelis) re: possible supplemental disclosure issue (0.5). | $462.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| 11/04/2024 | JWeiss | 1.80 | Corr and confs with Moelis team re: possible supplemental disclosure issues and related background and next steps (0.7); Review and analysis of related background documentation and facts (0.2); Prepared second supplemental declaration for client review and approval (0.7); Further corr with Moelis team re: revisions and approval of same for filing in the case (0.2). | $1,665.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 11/05/2024 | JWeiss | 0.20 | Review and confirm filing of Moelis second supplemental declaration (0.2). | $185.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| | JWeiss | 0.20 | Review status of Moelis pending combined first monthly fee application. | $185.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 11/07/2024 | JWeiss | 0.20 | Review status of Moelis pending fee application and filing of related CNO (0.1); Related corr with Debtors' counsel and Moelis team (0.1). | $185.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 11/08/2024 | JWeiss | 0.10 | Corr with Debtors' counsel and Moelis team re: pending Moelis fee application and related next steps (0.1). | $92.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | JWeiss | 0.20 | Confirmed filing of CNO re: combined first monthly fee application, and related corr to Moelis team (0.2). | $185.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 11/12/2024 | JWeiss | 0.40 | Review and comment on draft Moelis monthly fee application and related supporting documentation (0.3); Related corr with Moelis team (0.1). | $370.00 |
| | | | TASK: B160 Fee/Employment Applications | |

Moelis & Company, LLC

Blink Fitness

Invoice #  168288

Pashman Stein Walder Hayden

December 5, 2024

Page:    3

| Date | Attorney | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 11/13/2024 | JWeiss | 0.10 | Corr with Moelis team and Debtors' counsel re: Moelis fee application (0.1). | $92.50 |
| | | | TASK:  B160 Fee/Employment Applications | |
| 11/15/2024 | JWeiss | 0.30 | Corr with Moelis team and Debtors' counsel re: finalization and filing of next Moelis fee application (0.2); Brief review of revised version of same received from Debtors' counsel (0.1). | $277.50 |
| | | | TASK:  B160 Fee/Employment Applications | |
| 11/20/2024 | JWeiss | 0.30 | Confirmed filing and scheduling of Moelis 3rd Monthly Fee Application and related supporting documentation (0.2); Related corr with Moelis team (0.1). | $277.50 |
| | | | TASK:  B160 Fee/Employment Applications | |
| | Total | 4.30 | | $3,977.50 |

## TASK CODE SUMMARY

| | | Hours | Rate | Amount |
|---|---|-------|------|--------|
| Weiss, John W. | Partner | 4.30 | $925.00 | $3,977.50 |
| Subtotal for: B160 Fee/Employment Applications | | 4.30 | | $3,977.50 |

## PROFESSIONAL SERVICES SUMMARY

| Attorney | | Description | Hours | Rate | Amount |
|----------|---|-------------|-------|------|--------|
| JWeiss | Weiss, John W. | Partner | 4.30 | $925.00 | $3,977.50 |
| | Total | | 4.30 | | $3,977.50 |
| | Total Fees & Disbursements | | | | $3,977.50 |



Pashman Stein Walder Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ  07601
(201) 488-8200
Tax I.D. 22-3384189

Tiffany Lundquist, Managing Director
Moelis & Company, LLC
399 Park Avenue
4th Floor
New York, NY  10022

January 8, 2025

Invoice #169792

File Number: 30415-021

## INVOICE SUMMARY

RE:  Blink Fitness

| | |
|---|---|
| Total Fees | $1,572.50 |
| Total Due This Invoice | $1,572.50 |

| Domestic Wiring Instructions | | International Wiring Instructions | |
|---|---|---|---|
| Peapack Routing No. | 021205237 | Intermediary Bank: | Wells Fargo |
| | | | 420 Montgomery St. |
| Bank: | Peapack-Gladstone Bank | | San Francisco, CA 94104 |
| | 500 Hills Drive, Suite 300 | Wells Fargo ABA: | 121000248 |
| | P.O. Box 700 | SWIFT Code: | WFBIUS6S |
| | Bedminster, NJ 07921 | Chips ID: | 0407 |
| Account No. | 400057428 (Business Account) | | |
| Account Name: | Pashman Stein, PC | Beneficiary Bank: | Peapack-Gladstone Bank |
| | | Account No. | 2000090251838 |
| | | Beneficiary Name: | Pashman Stein, PC |
| | | Account No. | 400057428 |

Moelis & Company, LLC                                                    Pashman Stein Walder Hayden
Blink Fitness                                                                        January 8, 2025
Invoice #  169792                                                                        Page:    2

RE: Blink Fitness

## PROFESSIONAL SERVICES

| Date | Attorney | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 12/09/2024 | JWeiss | 0.10 | Review status of pending Moelis fee application and filing of related CNO, and related corr with Moelis team and Debtors' counsel (0.1). | $92.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| 12/10/2024 | JWeiss | 0.10 | Corr with Moelis team re: filing of CNO w/r/t pending Moelis fee application (0.1). | $92.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| 12/12/2024 | JWeiss | 0.10 | Corr with Moelis team and Debtors' counsel re: next Moelis fee application and related supporting documentation. | $92.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | JWeiss | 0.50 | Review and comment on draft of fourth monthly fee application and related supporting documentation (0.4); Related corr with Moelis team (0.1). | $462.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| 12/13/2024 | JWeiss | 0.40 | Review and comment on draft interim fee application (0.3); Related corr with Moelis team (0.1). | $370.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 12/16/2024 | JWeiss | 0.50 | Multiple corr with Moelis team and Debtors' counsel re: finalization and filing of next Moelis monthly fee application, interim fee application, and related supporting documentation (0.2); Review related documentation (0.3). | $462.50 |
| | | | TASK: B160 Fee/Employment Applications | |
| | Total | | 1.70 | $1,572.50 |

## TASK CODE SUMMARY

| | | Hours | Rate | Amount |
|------|------|-------|------|--------|
| Weiss, John W. | Partner | 1.70 | $925.00 | $1,572.50 |
| Subtotal for: B160 Fee/Employment Applications | | 1.70 | | $1,572.50 |

Moelis & Company, LLC
Blink Fitness
Invoice #  169792

Pashman Stein Walder Hayden
January 8, 2025
Page:    3

## PROFESSIONAL SERVICES SUMMARY

| Attorney | | Description | Hours | Rate | Amount |
|----------|--|-------------|-------|------|--------|
| JWeiss | Weiss, John W. | Partner | 1.70 | $925.00 | $1,572.50 |
| Total | | | 1.70 | | $1,572.50 |
| | Total Fees & Disbursements | | | | $1,572.50 |



Pashman Stein Walder Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ  07601
(201) 488-8200
Tax I.D. 22-3384189

Tiffany Lundquist, Managing Director                    February 16, 2025
Moelis & Company, LLC
399 Park Avenue                                          Invoice #171400
4th Floor
New York, NY  10022                                     File Number: 30415-021

## INVOICE SUMMARY

RE:  Blink Fitness

| | |
|---|---|
| Total Fees | $3,024.00 |
| Total Due This Invoice | $3,024.00 |

| Domestic Wiring Instructions | | International Wiring Instructions | |
|---|---|---|---|
| Peapack Routing No.  021205237 | | Intermediary Bank: | Wells Fargo |
| Bank: | Peapack-Gladstone Bank | | 420 Montgomery St. |
| | 500 Hills Drive, Suite 300 | | San Francisco, CA 94104 |
| | P.O. Box 700 | Wells Fargo ABA: | 121000248 |
| | Bedminster, NJ 07921 | SWIFT Code: | WFBIUS6S |
| Account No. | 400057428 (Business Account) | Chips ID: | 0407 |
| Account Name: | Pashman Stein, PC | Beneficiary Bank: | Peapack-Gladstone Bank |
| | | Account No. | 2000090251838 |
| | | Beneficiary Name: | Pashman Stein, PC |
| | | Account No. | 400057428 |

Moelis & Company, LLC                                    Pashman Stein Walder Hayden
Blink Fitness                                                    February 16, 2025
Invoice #  171400                                                        Page:    2

RE:  Blink Fitness

## PROFESSIONAL SERVICES

| Date | Attorney | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 01/06/2025 | JWeiss | 0.10 | Review and approve proposed interim fee order received from Debtors' counsel (0.1). | $98.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 01/07/2025 | JWeiss | 0.20 | Review status and confirm filing of CNO for pending 4th Monthly Fee Application of Moelis (0.2). | $196.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 01/13/2025 | JWeiss | 0.60 | Review and analysis of draft responses prepared by Moelis w/r/t Court inquiry re: expenses in Moelis first interim fee application (0.4); Related corr and conf with Aronoff (Moelis) (0.2). | $588.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 01/14/2025 | JWeiss | 0.90 | Review and comment on draft 5th Interim Fee Application of Moelis and related supporting documentation (0.5); Corr with Moelis team re: same (0.1); Corr with Moelis team and Debtors' counsel re: inquiries of Court w/r/t pending Moelis fee application, related responses, and resolution of same (0.3). | $882.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 01/15/2025 | JWeiss | 0.20 | Corr with Moelis team and Debtors' counsel re: Moelis 5th monthly fee application (0.2). | $196.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 01/16/2025 | JWeiss | 0.20 | Corr with Moelis team re: finalization and filing of next Moelis fee application (0.2). | $196.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| 01/17/2025 | GBKarni | 0.50 | Review docket in connection with monthly fee applications and certificates of no objections filed to date (.4); e-mails with J. Weiss (PS) regarding same (.1). Fee/Employment Applications. | $205.00 |
| | | | TASK: B160 Fee/Employment Applications | |
| | JWeiss | 0.30 | Review and address finalization and filing of Moelis' next fee application and related supporting documentation (0.2); Related corr with Karnick (Pashman) (0.1). | $294.00 |
| | | | TASK: B160 Fee/Employment Applications | |

Moelis & Company, LLC

Blink Fitness

Invoice #  171400

Pashman Stein Walder Hayden

February 16, 2025

Page:    3

| Date | Attorney | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 01/21/2025 | GBKarni | 0.20 | Review docket and calendar upcoming objection deadline to fifth monthly fee statement filed. | $82.00 |
| | | | TASK:  B160 Fee/Employment Applications | |
| 01/27/2025 | GBKarni | 0.70 | Review recently filed fee applications and related pleadings (.4); add same to fee application status chart (.3). | $287.00 |
| | | | TASK:  B160 Fee/Employment Applications | |
| | Total | | | 3.90 $3,024.00 |

**TASK CODE SUMMARY**

| | | Hours | Rate | Amount |
|---|---|-------|------|--------|
| Buccellato-Karnick, Gina | Paralegal | 1.40 | $410.00 | $574.00 |
| Weiss, John W. | Partner | 2.50 | $980.00 | $2,450.00 |
| Subtotal for: B160 Fee/Employment Applications | | 3.90 | | $3,024.00 |

**PROFESSIONAL SERVICES SUMMARY**

| Attorney | | Description | Hours | Rate | Amount |
|----------|---|-------------|-------|------|--------|
| GBKarni | Buccellato-Karnick, Gina | Paralegal | 1.40 | $410.00 | $574.00 |
| JWeiss | Weiss, John W. | Partner | 2.50 | $980.00 | $2,450.00 |
| | Total | | 3.90 | | $3,024.00 |
| | Total Fees & Disbursements | | | | $3,024.00 |

Go green • save time and decrease costs • conveniently use e-check online payment
https://pashmansteinwach.securepayments.cardpointe.com/pay