# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| BLINK HOLDINGS, INC., *et al.*,[1] | ) Case No. 24-11686 (JKS) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) **Obj. Deadline: April 17, 2025 at 4:00 p.m. (ET)** |
|  | ) **Hearing Date: June 3, 2025 at 11:00 a.m. (ET)** |

**SUMMARY OF FINAL CONSOLIDATED MONTHLY FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC AS ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 12, 2024 THROUGH FEBRUARY 28, 2025**

| | |
|---|---|
| Name of Applicant: | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Order entered on September 5, 2024 retaining Epiq Corporate Restructuring, LLC *nunc pro tunc* to the Petition Date [D.I. 159] |
| Period for which Compensation and Reimbursement is Sought: | August 12, 2024 through February 28, 2025 |
| Amount of Compensation sought as actual, reasonable, and necessary during the Compensation Period: | $29,778.30 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary during the Compensation Period: | $0.00 |

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting counsel for the Debtors.

33021188.1

| | |
|---|---|
| Total Fees Approved on a Final Basis: | $29,778.30 |
| Total Allowed Fees Paid to Date: | $20,142.64 |
| Total Allowed Expenses Paid to Date: | $0.00 |
| Amount of unpaid compensation sought as actual, reasonable, and necessary to date[2] | $9,635.66 |
| Amount of unpaid expenses sought as actual, reasonable, and necessary to date: | $0.00 |
| Fees Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $0.00 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $0.00 |

This is a(n):  ☐ monthly   ☐ interim   ☒ final application

Prior Monthly Fee Applications Filed:

| Date Filed/ Docket No. | Period Covered | REQUESTED | | APPROVED | | CNO Filed | Amounts Paid To Date | Outstanding Holdback |
|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses | | | |
| 12/16/24 [D.I. 688] | 8/12/24 – 11/30/24 | $25,178.30 | $0.00 | $20,142.64 | $0.00 | 1/7/25 [D.I. 709] | $20,142.64 | $5,035.66 |
| **TOTAL** | | **$25,178.30** | **$0.00** | **$20,142.64** | **$0.00** | | **$20,142.64** | **$5,035.66** |

---

[2] Amount of unpaid compensation comprised of the Stub Period compensation sought by this application of $4,600.00 and the outstanding holdback from the first monthly fee application [D.I. 688] of $5,035.66.

33021188.1

2

### COMPENSATION BY PROFESSIONAL FOR THE
### COMPENSATION PERIOD AUGUST 12, 2024 THROUGH FEBRUARY 28, 2025

| Name of Professional Individual | Position, year assumed position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Emily Young | Solicitation Consultant, joined the company in 2008. | $185.00 | 27.20 | $5,032.00 |
| | | $203.20 | 8.70 | $1,766.10 |
| Kathryn Tran | Consulting Director, joined the Company in 2013. | $185.00 | 49.40 | $9,139.00 |
| | | $203.00 | 4.00 | $812.00 |
| Stephenie Kjontvedt | Solicitation Consultant, joined the Company in 2005. | $203.00 | 0.30 | $60.90 |
| Joseph Saraceni | Senior Consultant II, joined the Company in 2013. | $182.00 | 52.90 | $9,627.80 |
| Gregory Winter | Solicitation Consultant, joined the company in 2012. | $185.00 | 0.70 | $129.50 |
| Lance Mulhern | Director of Case Management II, joined the company in 2013. | $182.00 | 8.20 | $1,492.40 |
| Carie Adasek | Senior Consultant II, joined the Company in 2022. | $182.00 | 9.30 | $1,692.60 |
| Loretta Bell | Case Manager I | $75.00 | 0.20 | $15.00 |
| Santos Garcia | IT/Programming | $55.00 | 0.20 | $11.00 |
| **Total:** | | | **161.10** | **$29,778.30** |
| **Blended Rate:** | | **$184.84** | | |

### COMPENSATION BY PROJECT CATEGORY FOR THE
### COMPENSATION PERIOD AUGUST 12, 2024 THROUGH FEBRUARY 28, 2025

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 495 – Balloting/Solicitation Consultation | 37.10 | $7,003.50 |
| 642 – Fee Application Preparation | 4.00 | $812.00 |

33021188.1

| | | |
|---|---:|---:|
| 645 – Schedules/SOFA Preparation | 120.00 | $21,962.80 |
| **TOTAL** | **161.10** | **$29,778.30** |

## EXPENSE SUMMARY FOR THE
## COMPENSATION PERIOD AUGUST 12, 2024 THROUGH FEBRUARY 28, 2025

| Expenses Category | Total Expenses |
|---|---:|
| None. | $0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** |

33021188.1

4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BLINK HOLDINGS, INC., *et al.*,[1] | ) Case No. 24-11686 (JKS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Obj. Deadline: April 17, 2025 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: June 3, 2025 at 11:00 a.m. (ET)** |

**FINAL FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC
AS ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR ALLOWANCE OF COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
AUGUST 12, 2024 THROUGH AND INCLUDING FEBRUARY 28, 2025**

Pursuant to sections 330 and 331 of title 11 of the United States Code, §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated September 5, 2024 [D.I. 162] (the "Interim Compensation Procedures Order"),[2] Epiq Corporate Restructuring, LLC ("Epiq") hereby files this application (the "Application") for final allowance of compensation in the amount of $29,778.30 and reimbursement of expenses in the amount of $0.00

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

[2] Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

33021188.1

for the period August 12, 2024 through February 28, 2025 (the "Compensation Period"). In support of this application, Epiq respectfully represents as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

2. The statutory bases for relief requested herein are Bankruptcy Code sections 105(a), 330, and 331.

**Background**

3. On August 12, 2024 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these bankruptcy cases.

4. On August 23, 2024, the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

5. On September 5, 2024, the Court entered the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 162] (the "Interim Compensation Procedures Order").

6. Epiq was retained as Administrative Advisor to the Debtors, effective as of September 5, 2024, pursuant to this Court's *Order Authorizing the Debtors to Retain and Employ Epiq*

33021188.1

2

*Corporate Restructuring, LLC as Administrative Advisor Effective as of the Petition Date* [D.I. 159] (the "Retention Order").  The Retention Order authorized Epiq to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

7. All services for which compensation is requested by Epiq as administrative advisor were performed for or on behalf of the Debtors.

## I. Compensation Paid for Period August 12, 2024 to February 28, 2025

8. On December 16, 2024, Epiq filed its *First Consolidated Monthly Application of Epiq Corporate Restructuring, LLC, as Administrative Advisor to the Debtors and Debtors in Possession for Allowance of Monthly Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period from August 12, 2024 through November 30, 2024* (the "First Monthly Fee Application") [Docket No. 688], requesting monthly allowance pursuant to the Interim Compensation Procedures Order with respect to the sums of $20,142.64 (80% of $25,178.30) as compensation and $0.00 for reimbursement of actual and necessary expenses. The First Monthly Fee Application was approved by certificate of no objection filed on January 7, 2025 [Docket No. 709].  Epiq has received payment of 80% of the fees incurred on account of the First Monthly Fee Application.

## II. Application for the Stub Period of December 1, 2024 to February 28, 2025

9. Epiq's professionals expended a total of 23.60 hours for which compensation is requested for the Stub Period December 1, 2024 to February 28, 2025.  A schedule setting forth the number of hours expended by each Epiq professional who rendered services to the Debtors during the Stub Period, their respective hourly rates, and the aggregate fees incurred by each such individual is attached hereto as Exhibit A.  A schedule setting forth project categories utilized by Epiq in the case, the aggregate number of hours expended by the professionals of Epiq by project category, and the

aggregate fees for each project category is attached hereto as Exhibit B.  A schedule specifying the categories of expenses for which Epiq is seeking reimbursement and the total amount for each category is attached hereto as Exhibit C.  The time detail describing the work performed during the Stub Period is attached hereto as Exhibit D.

**III.      Application for Compensation Period August 12, 2024 to February 28, 2025**

10.     During the Compensation Period, Epiq professionals expended a total of 161.10 hours.  A schedule setting forth the number of hours expended by each Epiq professional who rendered services to the Debtors during the Compensation Period, their respective hourly rates, and the aggregate fees incurred by each such individual is attached hereto as Exhibit E.  A schedule setting forth project categories utilized by Epiq in the case, the aggregate number of hours expended by the professionals of Epiq by project category, and the aggregate fees for each project category is attached hereto as Exhibit F.  A schedule specifying the categories of expenses for which Epiq is seeking final allowance and the total amount for each category is attached hereto as Exhibit G. The time detail describing the work performed during the Compensation Period is attached hereto as Exhibit H.

**Summary of Services by Project for the Compensation Period**

A.     **495 – Balloting/Solicitation Consultation**

Fees:   $7,003.50      Total Hours:  37.10

This category includes all matters related to the solicitation process, including but not limited to: (i) preparation for the mailing of solicitation materials; (ii) review of post-solicitation issues, including receiving and processing ballots submitted in connection with the Plan; (iii) tabulation and audit of all votes cast; (iv) preparation and finalization of the vote certification for filing with the Court; and (v) attendance at the hearing to consider confirmation of the Plan as a declarant in support of confirmation.

33021188.1

  B.  <u>642 – Fee Application Preparation</u>

  Fees: $812.00  Total Hours: 4.00

This category includes all matters relating to the preparation of Epiq fee and expense applications.

  C.  <u>645 – Schedules/SOFA Preparation</u>

  Fees: $21,962.80  Total Hours: 120.00

Time in this category includes work related to the preparation and filing of certain of the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs ("<u>Schedules and Statement</u>"). Epiq's associates worked closely with the Debtors' personnel and legal advisors to gather the necessary data, and then analyze and compile that data into the Schedules and Statement.

**Description and Valuation of Services for the Compensation Period**

11. The rates charged to the Debtors' estates are Epiq's normal hourly rates for work of this nature. The reasonable value of the services rendered by Epiq to the Debtors during the Compensation Fee Period is $29,778.30.

12. In accordance with the factors enumerated in Bankruptcy Code section 330, it is respectfully submitted that the amount requested by Epiq is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services, other than in a case under chapter 11 of the Bankruptcy Code. Moreover, Epiq has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with such Local Rule.

## Actual and Necessary Expenses

13. Epiq incurred a total of $0.00 in actual and necessary expenses in connection with representing the Debtors during the Compensation Period.

## No Other Payments Received

14. Except as otherwise set forth in this Application, Epiq received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity in connection with the matters covered by this Application.

15. There is no agreement or understanding between Epiq and any other person other than among the members of Epiq for the sharing of compensation to be received for services rendered in the case.

## No Prior Relief

16. No prior application for the relief requested herein has been made to this or any other court.

## No Adverse Interest

17. At all relevant times, Epiq has neither represented nor held any interest adverse to the Debtors' estates.

**WHEREFORE**, Epiq respectfully requests this Court:

(a) approve, on final basis, Epiq's request for compensation in the amount of $4,600.00 for actual, reasonable, and necessary professional services rendered on behalf of the Debtors for the Stub Period December 1, 2024 through February 28, 2025;

(b) grant final approval of Epiq's fees for the Compensation Period in the amount of $29,778.30;

(c) directing payment by the Debtors of the outstanding amounts owed of $9,635.66; and

(d) grant such other and further relief as this Court deems just and proper.

Date: March 28, 2025

                                      */s/ Kathryn Tran*
Kathryn Tran
Consulting Director

ADMINISTRATIVE ADVISOR FOR DEBTORS AND DEBTORS-IN-POSSESSION

33021188.1

8

## CERTIFICATION

I, Kathryn Tran, certify as follows:

    1.    I am a Consulting Director for the applicant firm, Epiq Corporate Restructuring, LLC.

    2.    I am thoroughly familiar with the work performed on behalf of the Debtors as administrative advisor by the professionals and paraprofessionals of Epiq Corporate Restructuring, LLC.

    3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

    4.    I certify that I have reviewed the requirements of Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware and that the foregoing Application complies with this Rule.

Date: March 28, 2025

                                              */s/ Kathryn Tran*
                                              Kathryn Tran
                                              Consulting Director