**EXHIBIT A**

**SUMMARY OF FEES**
**FOR THE STUB PERIOD DECEMBER 1, 2024 THROUGH FEBRUARY 28, 2025**

| Name of Professional Individual | Position, year assumed position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Emily Young | Solicitation Consultant, joined the company in 2008. | $185.00 | 10.60 | $1,961.00 |
|  |  | $203.20 | 8.70 | $1,766.10 |
| Kathryn Tran | Consulting Director, joined the Company in 2013. | $203.00 | 4.00 | $812.00 |
| Stephenie Kjontvedt | Solicitation Consultant, joined the Company in 2005. | $203.00 | 0.30 | $60.90 |
| **Total:** |  |  | 23.60 | **$4,600.00** |
| **Blended Rate:** |  | **$195.92** |  |  |

33021188.1