**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE STUB PERIOD DECEMBER 1, 2024 THROUGH FEBRUARY 28, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 495 – Balloting/Solicitation Consultation | 19.60 | $3,788.00 |
| 642 – Fee Application Preparation | 4.00 | $812.00 |
| **TOTALS** | **23.60** | **$4,600.00** |

33021188.1