## EXHIBIT C

## SUMMARY OF EXPENSES
## FOR THE STUB PERIOD DECEMBER 1, 2024 THROUGH FEBRUARY 28, 2025

| Expenses Category | Total Expenses |
|---|---:|
| None. | $0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** |