**EXHIBIT D**

**TIME DETAIL FOR THE STUB PERIOD
DECEMBER 1, 2024 THROUGH FEBRUARY 28, 2025**

33021188.1

**EXHIBIT D**
**TIME DETAIL FOR THE STUB PERIOD**
**DECEMBER 1, 2024 THROUGH FEBRUARY 28, 2025**

| Associate Name | Seniority Level | Activity Description | Date | Hours | Current Contract Rate | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|---|
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 12/18/2024 | 3.50 | 185.00 | 647.50 | REVIEW ENTERED ORDER (.9); COORDINATE WITH INTERNAL TEAM RE MAILING (1.1); COORDINATE WITH VENDOR (.3); COMMUNICATE WITH COUNSEL RE MAILING (.7); REVIEW COMBINED PLAN AND DS (.5). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 12/19/2024 | 5.00 | 185.00 | 925.00 | REVIEW MAIL FILES (1.5); REVIEW SOLICITATION MATERIALS FOR MAILING (.8); UPDATE PRINT GRID FOR MAILING (1.0); COORDINATE WITH VENDOR (.6); COORDINATE WEBSITE UPDATE (.3); SEND COURTESY EMAIL WITH CLASS 3 BALLOT (.3); REVIEW PROOFS (.5). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 12/31/2024 | 2.10 | 185.00 | 388.50 | DRAFT CERTIFICATE OF SERVICE |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 1/2/2025 | 2.20 | 203.00 | 446.60 | REVIEW SERVICE LISTS (1.2); FINALIZE COS (1.0). |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 1/3/2025 | 0.30 | 203.00 | 60.90 | REVIEW/PROOF DRAFT VOTING DECLARATION |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 1/3/2025 | 1.00 | 203.00 | 203.00 | DRAFT VOTING DECLARATION |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 1/6/2025 | 0.70 | 203.00 | 142.10 | REVIEW SOLICITATION PROCEDURES (.4); COMMUNICATE WITH COUNSEL RE DRAFT VOTING DECLARATION (.3). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 1/15/2025 | 1.20 | 203.00 | 243.60 | EMAIL TEAM RE VOTING DEADLINE (.3); FINALIZE VOTING DECLARATION (.9). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 1/16/2025 | 0.70 | 203.00 | 142.10 | FINALIZE DECLARATION AND COMMUNICATE WITH COUNSEL RE SAME. |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 1/30/2025 | 0.40 | 203.00 | 81.20 | REGISTER FOR HEARING AND COMMUNICATE WITH COUNSEL RE SAME |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 2/4/2025 | 2.50 | 203.00 | 507.50 | PREPARE FOR AND PARTICIPATE IN HEARING |
| **Total of 495 Balloting/Solicitation Consultation** | | | | **19.60** | | **3,788.00** | |
| Kathryn Tran | Director/V.P. Consulting | 642 Fee Application Prep and Related Iss | 2/24/2025 | 2.00 | 203.00 | 406.00 | REVIEW OF DEBTOR LIST; SEND EMAIL TO C ADASEK REGARDING SOAL/SOFA DATABASE SETUP |
| Kathryn Tran | Director/V.P. Consulting | 642 Fee Application Prep and Related Iss | 2/24/2025 | 2.00 | 203.00 | 406.00 | REVIEW OF DEBTOR LIST; SEND EMAIL TO C ADASEK REGARDING SOAL/SOFA DATABASE SETUP |
| **Total of 642 Fee Application Prep and Related Iss** | | | | **4.00** | | **812.00** | |