**EXHIBIT E**

**SUMMARY OF FEES FOR THE
COMPENSATION PERIOD AUGUST 12, 2024 THROUGH FEBRUARY 28, 2025**

| Name of Professional Individual | Position, year assumed position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Emily Young | Solicitation Consultant, joined the company in 2008. | $185.00 | 27.20 | $5,032.00 |
| | | $203.20 | 8.70 | $1,766.10 |
| Kathryn Tran | Consulting Director, joined the Company in 2013. | $185.00 | 49.40 | $9,139.00 |
| | | $203.00 | 4.00 | $812.00 |
| Stephenie Kjontvedt | Solicitation Consultant, joined the Company in 2005. | $203.00 | 0.30 | $60.90 |
| Joseph Saraceni | Senior Consultant II, joined the Company in 2013. | $182.00 | 52.90 | $9,627.80 |
| Gregory Winter | Solicitation Consultant, joined the company in 2012. | $185.00 | 0.70 | $129.50 |
| Lance Mulhern | Director of Case Management II, joined the company in 2013. | $182.00 | 8.20 | $1,492.40 |
| Carie Adasek | Senior Consultant II, joined the Company in 2022. | $182.00 | 9.30 | $1,692.60 |
| Loretta Bell | Case Manager I | $75.00 | 0.20 | $15.00 |
| Santos Garcia | IT/Programming | $55.00 | 0.20 | $11.00 |
| **Total:** | | | 161.10 | $29,778.30 |
| **Blended Rate:** | | $184.84 | | |

33021188.1