# EXHIBIT F

## COMPENSATION BY PROJECT CATEGORY FOR THE COMPENSATION PERIOD AUGUST 12, 2024 THROUGH FEBRUARY 28, 2025

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 495 – Balloting/Solicitation Consultation | 37.10 | $7,003.50 |
| 642 – Fee Application Preparation | 4.00 | $812.00 |
| 645 – Schedules/SOFA Preparation | 120.00 | $21,962.80 |
| **TOTAL** | **161.10** | **$29,778.30** |