**EXHIBIT G**

**SUMMARY OF EXPENSES FOR THE
COMPENSATION PERIOD AUGUST 12, 2024 THROUGH FEBRUARY 28, 2025**

| Expenses Category | Total Expenses |
|---|---|
| None. | $0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** |

33021188.1