# EXHIBIT H

# TIME DETAIL FOR THE COMPENSATION PERIOD
# AUGUST 12, 2024 THROUGH FEBRUARY 28, 2025

**EXHIBIT H**
**TIME DETAIL FOR THE COMPENSATION PERIOD**
**AUGUST 12, 2024 THROUGH FEBRUARY 28, 2025**

| Associate Name | Seniority Level | Activity Description | Date | Hours | Current Contract Rate | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|---|
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/14/2024 | 2.10 | 185.00 | 388.50 | REVIEW AND COMMENT ON DRAFT PROCEDURES |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/15/2024 | 1.30 | 185.00 | 240.50 | REVIEW AND REVISE DRAFT PROCEDURES (.7); COMMUNICATE WITH COUNSEL RE SAME (.6). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/16/2024 | 0.50 | 185.00 | 92.50 | ATTN TO COMMUNICATIONS RE SOL |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/17/2024 | 0.50 | 185.00 | 92.50 | REVIEW FILED PROCEDURES MOTION |
| Gregory Winter | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/25/2024 | 0.40 | 185.00 | 74.00 | MEET WITH E. YOUNG TO REVIEW SOLICITATION MAILING SETUP AND DELIVERABLES |
| Gregory Winter | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/25/2024 | 0.30 | 185.00 | 55.50 | REQUEST BRE ENVELOPE PREPARATION FOR SOLICITATION MAILING |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/25/2024 | 3.00 | 185.00 | 555.00 | REVIEW PROCEDURES MOTION AND PLAN (1.5); PREPARE SOL PROTOCOL RE PLAN CLASSING (1.5). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/28/2024 | 2.80 | 185.00 | 518.00 | REVIEW FIRST DAYS RE EQUITY (.9); UPDATE SOL PROTOCOL RE PLAN CLASSING (1.6); COORDINATE WITH INTERNAL TEAM RE PLAN CLASSING (.3). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 10/31/2024 | 0.80 | 185.00 | 148.00 | COMMUNICATE WITH COUNSEL RE SOL (0.4); COORDINATE UPDATE TO CLAIMS REGISTER RE PLAN CLASSING (.4). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 11/1/2024 | 3.70 | 185.00 | 684.50 | REVIEW DRAFT PLAN CLASS REPORTS (1.4); COORDINATE UPDATES TO CLAIMS REGISTER (.9); COMMUNICATE WITH INTERNAL TEAM RE UPDATES TO PLAN CLASSING (.6); FORMAT PLAN CLASS REPORTS AND FORWARD TO COUNSEL FOR REVIEW (.8). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 11/5/2024 | 1.90 | 185.00 | 351.50 | COORDINATE UPDATES RE VOTING (.5); REVIEW UPDATED PLAN CLASS REPORTS (1.1); REVIEW DOCKET RE STATUS (.3). |
| Loretta Bell | Case Manager I | 495 Balloting/Solicitation Consultation | 11/6/2024 | 0.20 | 75.00 | 15.00 | SET UP SOLICITATION GRID AS DIRECTOR BY E YOUNG |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 12/18/2024 | 3.50 | 185.00 | 647.50 | REVIEW ENTERED ORDER (.9); COORDINATE WITH INTERNAL TEAM RE MAILING (1.1); COORDINATE WITH VENDOR (.3); COMMUNICATE WITH COUNSEL RE MAILING (.7); REVIEW COMBINED PLAN AND DS (.5). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 12/19/2024 | 5.00 | 185.00 | 925.00 | REVIEW MAIL FILES (1.5); REVIEW SOLICITATION MATERIALS FOR MAILING (.8); UPDATE PRINT GRID FOR MAILING (1.0); COORDINATE WITH VENDOR (.6); COORDINATE WEBSITE UPDATE (.3); SEND COURTESY EMAIL WITH CLASS 3 BALLOT (.3); REVIEW PROOFS (.5). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 12/31/2024 | 2.10 | 185.00 | 388.50 | DRAFT CERTIFICATE OF SERVICE |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 1/2/2025 | 2.20 | 203.00 | 446.60 | REVIEW SERVICE LISTS (1.2); FINALIZE COS (1.0). |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 1/3/2025 | 0.30 | 203.00 | 60.90 | REVIEW/PROOF DRAFT VOTING DECLARATION |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 1/3/2025 | 1.00 | 203.00 | 203.00 | DRAFT VOTING DECLARATION |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 1/6/2025 | 0.70 | 203.00 | 142.10 | REVIEW SOLICITATION PROCEDURES (.4); COMMUNICATE WITH COUNSEL RE DRAFT VOTING DECLARATION (.3). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 1/15/2025 | 1.20 | 203.00 | 243.60 | EMAIL TEAM RE VOTING DEADLINE (.3); FINALIZE VOTING DECLARATION (.9). |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 1/16/2025 | 0.70 | 203.00 | 142.10 | FINALIZE DECLARATION AND COMMUNICATE WITH COUNSEL RE SAME. |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 1/30/2025 | 0.40 | 203.00 | 81.20 | REGISTER FOR HEARING AND COMMUNICATE WITH COUNSEL RE SAME |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 2/4/2025 | 2.50 | 203.00 | 507.50 | PREPARE FOR AND PARTICIPATE IN HEARING |
| **Total of 495 Balloting/Solicitation Consultation** | | | | **37.10** | | **7,003.50** | |
| Kathryn Tran | Director/V.P. Consulting | 642 Fee Application Prep and Related Iss | 2/24/2025 | 2.00 | 203.00 | 406.00 | REVIEW OF DEBTOR LIST; SEND EMAIL TO C ADASEK REGARDING SOAL/SOFA DATABASE SETUP |
| Kathryn Tran | Director/V.P. Consulting | 642 Fee Application Prep and Related Iss | 2/24/2025 | 2.00 | 203.00 | 406.00 | REVIEW OF DEBTOR LIST; SEND EMAIL TO C ADASEK REGARDING SOAL/SOFA DATABASE SETUP |
| **Total of 642 Fee Application Prep and Related Iss** | | | | **4.00** | | **812.00** | |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/12/2024 | 0.20 | 185.00 | 37.00 | REVIEW OF DEBTOR LIST; SEND EMAIL TO C ADASEK REGARDING SOAL/SOFA DATABASE SETUP |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/12/2024 | 2.00 | 185.00 | 370.00 | REVIEW, CONFORM AND ANALYSIS OF RAW CONTRACT DATA TO PROCESS FOR SCHEDULE G |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/12/2024 | 1.40 | 185.00 | 259.00 | CONTINUE ANALYSIS OF RAW CONTRACT DATA TO REMOVE NON-CONTRACTS; IDENTIFY DEBTOR, ASSIGN CASE NUMBERS, REMOVE DUPLICATES AND IDENTIFY/RESEARCH MISSING ADDRESSES |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 8/12/2024 | 0.20 | 182.00 | 36.40 | SET UP SOFA/SOAL DATABASES |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/16/2024 | 0.30 | 185.00 | 55.50 | REVIEW EMAIL AND REPLY TO G DE SPEVILLE REGARDING FIXED ASSETS AND AB7 |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/19/2024 | 1.50 | 185.00 | 277.50 | REVIEW OF MASTER CONTRACT LIST AGAINST FRANCHISE LOCATIONS; CROSS REFERENCE TO ASCERTAIN STATUS OF FRANCHISE AGREEMENTS AND IDENTIFY CURRENT FRANCHISES |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/21/2024 | 0.20 | 185.00 | 37.00 | REVIEW EMAIL FROM PPP RE QUESTION 21; REPLY TO SAME |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/21/2024 | 0.20 | 185.00 | 37.00 | REVIEW OF QUESTION PERTAINING TO SOFA 20, AND RESPOND TO G DE SPEVILLE RE SAME |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/23/2024 | 1.00 | 182.00 | 182.00 | PREPARE AND IMPORT DATA FOR SOFA 3. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/23/2024 | 1.00 | 185.00 | 185.00 | REVIEW BACKUP DATA AND TASLATE FOR SCHEDULE IMPORT TO AB2, 3, 7, 11, 15, 21 AND 22 |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/23/2024 | 2.00 | 185.00 | 370.00 | REVIEW AND PREPARATION OF SCHEDULE AB FIX ASSETS, AB55, 60 - 65 AND 72, 74 AND 77 |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/23/2024 | 0.50 | 185.00 | 92.50 | REVIEW OF SCHEDULE D DATA AND PROCESS SAME |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/23/2024 | 0.30 | 185.00 | 55.50 | REVIEW OF SCHEDULE AB73 DATA; SEND EMAIL TO PPP RE SAME |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/23/2024 | 0.10 | 185.00 | 18.50 | REVIEW EMAIL FROM J SARACENI REGARDING SOFA 3 |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 8/23/2024 | 0.50 | 182.00 | 91.00 | IMPORT SOFA 3 INTO DATABASE |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/25/2024 | 0.90 | 185.00 | 166.50 | REVIEW OF UCC LIENS, PROCESS SAME AND IMPORT FOR SCHEDULE D |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/25/2024 | 1.00 | 185.00 | 185.00 | CONTINUED REVIEW OF RAW LITIGATION DATA; PARSE ADDRESSES AND PROCESS SAME FOR SCHEDULE F |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/25/2024 | 2.00 | 185.00 | 370.00 | REVIEW OF RAW LITIGATION DATA; PARSE ADDRESSES AND PROCESS SAME FOR SCHEDULE F |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/26/2024 | 1.00 | 182.00 | 182.00 | CONTINUE TO PROCESS SOFA 7 DATA, CORRESPOND WITH ADVISORS REGARDING OPEN SOFA 7 DATA. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/26/2024 | 1.70 | 182.00 | 309.40 | PROCESS SOFA DATA, COORDINATE SOFA 4 IMPORTING, REVIEW LITIGATION TRACKERS, PREPARE SOFA 7, CORRESPOND WITH PPP AND YCST REGARDING THE SAME. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/26/2024 | 2.40 | 182.00 | 436.80 | CONTINUE TO PROCESS SOFA DATA AND PREPARE REPORTING. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/26/2024 | 2.80 | 182.00 | 509.60 | PROCESS SOFA DATA (1.8), CORRESPOND WITH PPP (0.6) AND YCST REGARDING SOFA 3 PAYMENTS (0.4). |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/26/2024 | 0.50 | 185.00 | 92.50 | SEND INSTRUCTIONS TO C ADASEK (0.3) REGARDING SCHEDULE H AND AB73 PREP; CONFER WITH C ADASEK RE SAME (0.1); REVIEW OF IMPORT AND REQUEST EDIT (0.1) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/26/2024 | 0.10 | 185.00 | 18.50 | RETURN EMAIL TO C ADASEK RE REVISED SCHEDULE H |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/26/2024 | 0.60 | 185.00 | 111.00 | REVIEW OF SCHEDULE G FILE AND SEND EMAIL TO YCST RE DEBTOR MAPPING; CONFER WITH H REYNOLDS (PPP) RE SAME |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 8/26/2024 | 0.80 | 182.00 | 145.60 | UPDATE SCHEDULE H TO HAVE SCH D BOX MARKED AND GENERATE DRAFT SCHEDULES REPORT |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 8/26/2024 | 2.00 | 182.00 | 364.00 | DUPLICATE AB FOR EACH DEBTOR AND IMPORT TO SOAL AND LOAD SCH H DATA |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 8/26/2024 | 0.30 | 182.00 | 54.60 | SOFA 4 IMPORTS |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/27/2024 | 2.00 | 182.00 | 364.00 | CONTINUE PREPARE DRAFT SOFA REPORTS, REVIEW AND UPDATE AS NECESSARY; CIRCULATE DRAFTS TO ADVISOR GROUP FOR REVIEW. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/27/2024 | 2.80 | 182.00 | 509.60 | PREPARE DRAFT SOFA REPORTS (0.8), REVIEW AND UPDATE AS NECESSARY (2). |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/27/2024 | 2.00 | 182.00 | 364.00 | PROCESS INCOMING SOFA DATA, PERFORM QA OF DATA, REVIEW FOR REDACTIONS, PREPARE PDF REPORTS FOR QA. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/27/2024 | 2.40 | 182.00 | 436.80 | UPDATE SOFA FOR LITIGATION SOFA 7, RESEARCH COURT ADDRESSES, UPDATE DATABASE, PREPARE FORMS FOR REVIEW. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/27/2024 | 2.20 | 182.00 | 400.40 | PREPARE SOFA 7, LITIGATION; CORRESPOND WITH YCST AND PPP REGARDING THE SAME. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/27/2024 | 0.90 | 185.00 | 166.50 | REVIEW OF DRAFT SOALS AND MAKE EDITS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/27/2024 | 0.60 | 185.00 | 111.00 | TELEPHONE CALL WITH J SARACENI RE LITIGATION |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/27/2024 | 0.50 | 185.00 | 92.50 | PREP DRAFT SOAL REPORTS AND TRANSMIT SAME TO FA AND COUNSEL; SEND SUMMARY EMAIL RE SAME |
| Lance Mulhern | Director of Case Management | 645 Schedule/Sofa Prep | 8/27/2024 | 3.70 | 182.00 | 673.40 | PERFORMED DATA ANALYSIS |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 8/27/2024 | 1.30 | 182.00 | 236.60 | GENERATE SCHEDULES, ISSUES WITH ERROR RE DATA SYNC |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/28/2024 | 0.30 | 182.00 | 54.60 | CORRESPOND WITH YCST REGARDING SOFA Q3. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/28/2024 | 2.30 | 182.00 | 418.60 | PERFORM ADDITIONAL QA OF SOFA DRAFTS CIRCULATED TO ADVISORS. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/29/2024 | 1.50 | 182.00 | 273.00 | PERFORM ADDITIONAL QA ON SOFA SOAL DRAFTS. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/29/2024 | 0.60 | 182.00 | 109.20 | ATTEND SOFA/SOAL CHECK IN CALL WITH PPP AND YCST. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/30/2024 | 2.00 | 182.00 | 364.00 | PERFORM QA ON UPDATED SOFA REPORTS. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 8/30/2024 | 2.50 | 182.00 | 455.00 | CORRESPOND WITH PPP REGARDING UPDATED SOFA DATA (0.3), UPDATE SOFAS ACCORDINGLY (2.2). |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 8/30/2024 | 2.00 | 185.00 | 370.00 | CONTINUE REVIEW OF SOAL WORKBOOKS AND PREPARE SCHEDULE AB |

| Associate Name | Seniority Level | Activity Description | Date | Hours | Current Contract Rate | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|---|
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 8/30/2024 | 0.50 | 182.00 | 91.00 | IMPORT SCHED EF PART 1 & 2 |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/1/2024 | 2.00 | 185.00 | 370.00 | REVIEW OF CONTRACTS DATA AND RECONCILE LOCATION INFORMATION AGAINST SEVERAL COMPANY SOURCE FILES |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/1/2024 | 2.00 | 185.00 | 370.00 | CONTINUE REVIEW OF CONTACTS RAW DATA; CROSS REFERENCE TO ACTIVE LEASE DISCLOSURES IN AB55; REVIEW CERTAIN CONTRACTS TO CONFIRM CONTRACT INFORMATION |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/1/2024 | 2.00 | 185.00 | 370.00 | REVIEW OF SCHEDULE G DATA FOR DUPLICATES AND OTHER REMOVALS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/1/2024 | 1.50 | 185.00 | 277.50 | GENERATE SOAL DRAFTS; CROSS CHECK AGAINST BACK DATA |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/2/2024 | 2.00 | 182.00 | 364.00 | UPDATE SOFAS, DRAFTS AND CIRCULATE NEW PDF REPORTS TO ADVISOR TEAM FOR REVIEW. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/2/2024 | 1.00 | 185.00 | 185.00 | REVIEW DRAFT SOAL; MAKE EDITS TO SAME; RERUN DRAFTS AND SEND EMAIL TO COUNSEL AND PPP |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/3/2024 | 0.50 | 182.00 | 91.00 | CORRESPOND WITH YCST AND UPDATE SOFA 7 (LITIGATION). |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/3/2024 | 1.00 | 182.00 | 182.00 | AUDIT PDFS REPORTS FOR SOFAS. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/3/2024 | 0.40 | 185.00 | 74.00 | REVIEW COMMENTS FROM YCST AND MAKE CHANGES TO SOAL |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/3/2024 | 0.90 | 185.00 | 166.50 | REVIEW YCST COMMENTS; MAKE EDITS TO SOAL REPORTS; SEVERAL EMAILS TO A MIELKE RE SAME |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/3/2024 | 0.30 | 185.00 | 55.50 | REVIEW FURTHER COMMENTS FROM A MIELKE AND RESEARCH AND RETURN EMAIL RE SAME |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/4/2024 | 2.50 | 182.00 | 455.00 | PREPARE AND QA DRAFTS SOFA REPORTS (1), UPDATE ACCORDINGLY (1.5). |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/4/2024 | 1.00 | 182.00 | 182.00 | ATTEND CALL WITH YCST AND PPP REGARDING SOFA/SOAL, UPDATE SOFAS ACCORDINGLY. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/4/2024 | 0.30 | 185.00 | 55.50 | REVIEW OF PPP COMMENTS AND MAKE CHANGE TO SOAL |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/4/2024 | 0.20 | 185.00 | 37.00 | REVIEW OF EMAIL FROM S CANNA REGARDING UCC LIENS; RETURN EMAIL TO SAME; MAKE EDITS TO SCHEDULE D. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/4/2024 | 1.00 | 185.00 | 185.00 | ATTEND TELEPHONE CALL WITH YCST AND PPP RE SCHEDULES PREP |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/4/2024 | 2.70 | 185.00 | 499.50 | REVIEW OF MASTER CONTRACT (1.1); CROSS CHECKS AGAINST REJECTION LIST (0.4); PREP FILE FOR IMPORT TO SCHEDULE G (0.3); CROSS CHECK IMPORT AND MAKE EDITS (0.9) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/4/2024 | 0.80 | 185.00 | 148.00 | EXTRACT SCHEDULE G REPORT; MAKE FURTHER EDITS AND SEND SAME TO PPP |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/5/2024 | 2.00 | 182.00 | 364.00 | PREPARE AND SEND REVISED SOFA REPORTS TO ADVISOR GROUP FOR REVIEW. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/5/2024 | 1.00 | 182.00 | 182.00 | ATTEND ADVISOR GROUP SOFA/SOAL CHECK IN CALL, UPDATE SOFA REPORT REGARDING DISCUSSION. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/5/2024 | 0.50 | 185.00 | 92.50 | REVIEW OF UPDATED EF DATA; CONFER WITH R LAMB AND H REYNOLDS; SEND EMAIL TO C ADASEK RE IMPORT TO EF |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/5/2024 | 0.40 | 185.00 | 74.00 | REVIEW DRAFTS; CONFER WITH C ADASEK RE UPDATED DRAFTS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/5/2024 | 0.50 | 185.00 | 92.50 | REVIEW UPDATED DRAFTS AND CONFER WITH C ASASEK RE SAME |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/5/2024 | 1.00 | 185.00 | 185.00 | REVIEW OF REVISED SCHEDULE EF; CONFER WITH C ADASEK RE IMPORT; REVIEW REVISED REPORTS AND CONFER WITH C ADASEK RE ADDITIONAL EDITS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/5/2024 | 1.00 | 185.00 | 185.00 | GENERATE DRAFT SOAL; REVIEW SAME AND SEND TO PPP AND YCST |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 9/5/2024 | 0.30 | 182.00 | 54.60 | LOAD SCHEDULES INTO SOAL DB |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 9/5/2024 | 0.60 | 182.00 | 109.20 | GENERATE SOFA JUST 24-11686 FOR SAMPLE REVIEW BY KATHRYN AND THEN REST OF SOAL DEBTORS |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 9/5/2024 | 0.70 | 182.00 | 127.40 | FIX ZIP CODES IMPORTED INTO EF AND CHANGE A FEW RECORDS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/6/2024 | 0.90 | 185.00 | 166.50 | FURTHER REVIEW OF NEW CONTRACTS TO IMPORT; CONFORM AND IMPORT TO SCHEDULE G; REVIEW EMAILS PERTAINING TO CHANGES; MAKE EDITS AND ADD MISSING ADDRESSES |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/7/2024 | 1.00 | 182.00 | 182.00 | CORRESPOND WITH PPP REGARDING PII AND SOFA 16, SOAL AB Q67, CORRESPOND WITH PPP REGARDING SOFA Q28, MAKE RELATED UPDATES TO SOFA. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/7/2024 | 1.40 | 185.00 | 259.00 | CONTINUE REVIEW OF ADDITIONAL COMMENTS FROM YCST AND MAKE EDITS TO SOAL |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/7/2024 | 1.20 | 185.00 | 222.00 | REVIEW SEVERAL EMAILS FROM COUNSEL REGARDING EDITS TO SOAL; MAKE EDITS TO SOAL |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/8/2024 | 3.00 | 182.00 | 546.00 | PREPARE SOFA REPORT DRAFTS WITH GLOBAL NOTES (1), AUDIT DRAFTS (1.4), CIRCULATE TO ADVISORS FOR REVIEW AND POTENTIAL FILING (0.6) |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/8/2024 | 3.50 | 182.00 | 637.00 | CORRESPOND WITH YCST REGARDING SOFA 16 (0.6), CORRESPOND WITH YCST (0.2) AND PP AND MAKE UPDATE TO SOFA REGARDING SOFA 3 (1.2), UPDATE SOFA 16; AUDIT SOFA REPORTS (1.5) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/8/2024 | 1.80 | 185.00 | 333.00 | REVIEW ADDITIONAL COMMENTS FROM COUNSEL AND FA (0.4); REGENERATE REPORTS (0.5); REVIEW AND QA OF SAME; SEND REPORTS TO COUNSEL AND FA (0.9) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/8/2024 | 2.00 | 185.00 | 370.00 | GENERATE SOAL REPORTS; REVIEW AND QA DRAFT REPORTS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/8/2024 | 0.80 | 185.00 | 148.00 | CONFER WITH YCST REGARDING ADDITIONAL EDITS TO SOAL; MAKE EDITS TO SAME |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 2.00 | 182.00 | 364.00 | PREPARE FINAL COMBINED SOFA SOAL REPORTS AND CIRCULATE TO YCST FOR FILING. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 2.30 | 182.00 | 418.60 | PREPARE FINAL SOFA REPORTS, COORDINATE COMBINING SOFA AND SOLA PDFS FOR FILING, UPDATE SCHEDULE EF, AND CORRESPOND WITH YCST AND PP REGARDING FILING TIMELINE AND ADDITIONAL EDITS. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 0.30 | 182.00 | 54.60 | ATTEND SOFA/SOAL CHECK IN CALL WITH YCST AND PPP. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 1.30 | 182.00 | 236.60 | CORRESPOND WITH PPP AND YCST REGARDING SOFA 4, PREPARE UPDATED LEAD DEBTOR REPORT AND CIRCULATE TO PPP FOR REVIEW. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/9/2024 | 0.70 | 185.00 | 129.50 | REVIEW OF SEVERAL EDIT REQUESTS FROM PPP (0.4); SEVERAL EMAILS AND TELEPHONE CORRESPONDENCE WITH PPP TEAM RE SAME (0.3) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/9/2024 | 2.50 | 185.00 | 462.50 | OVERSIGHT OF FINAL REPORT GENERATION (1); REVIEW/QA OF SAME REPORTS PRIOR TO FILING (1.5) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/9/2024 | 0.80 | 185.00 | 148.00 | CONFER WITH J SARACENI; SEVERAL CORRESPONDENCE WITH YCST RE FINAL REPORTS AND FILING OF SAME |
| Lance Mulhern | Director of Case Management | 645 Schedule/Sofa Prep | 9/9/2024 | 4.50 | 182.00 | 819.00 | REVIEW OF SCHEDULES DATA AND CONFORM SAME (1.7); TRANSLATE AND IMPORT DATA (1.2) GENERATED SOFA/SCHEDULES REPORT (1.6) |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 0.20 | 182.00 | 36.40 | QA PYTHON SCRIPT WORKS; GENERATE SOFA AND SOAL REPORT |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 0.40 | 182.00 | 72.80 | FOLLOW UP AND DO SOME CHECKS FOR MERGING OF THE SOAL AND SOFA |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 0.50 | 182.00 | 91.00 | GENERATE SCHEDULES REPORT |
| Carie Adasek | Senior Consultant II | 645 Schedule/Sofa Prep | 9/9/2024 | 1.00 | 182.00 | 182.00 | CONFIRM I CAN DO BKF2 SOAL/SOFA MERGE WITH HIS SCRIPTS |
| Santos Garcia | Call Center Operator | 645 Schedule/Sofa Prep | 9/11/2024 | 0.20 | 55.00 | 11.00 | REVIEW GENERATED REPORTS |
| **Total of 645 Schedule/Sofa Prep** | | | | **120.00** | | **21,962.80** | |