IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686-JKS<br><br>(Jointly Administered)<br><br>**Objection Deadline: April 14, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: June 3, 2025 at 11:00 a.m. (ET)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that 2857 West 8th Street Associates LLC (the "**Landlord**") has filed the *Motion of 2857 West 8th Street Associates LLC to Allow and Compel Immediate Payment of an Administrative Expense Claim* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to entry of an order approving the Motion must be filed on or before **April 14, 2025 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 and served, so to be actually received by the Objection Deadline, upon the undersigned counsel for the Landlord.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Motion will be held on **June 3, 2025 at 11:00 a.m. (ET)** before the Honorable J. Kate Stickles, at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Only those objections made in writing and timely filed and served in accordance with the above procedures will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, which the Debtors have requested be jointly administered, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting counsel for the Debtors.

102785834.1

Dated: March 31, 2025
Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

*/s/ Katherine M. Devanney*
Shanti M. Katona (Del. Bar No. 5352)
Katherine M. Devanney (Del. Bar No. 6356)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
skatona@polsinelli.com
kdevanney@polsinelli.com

*Counsel to 2857 West 8th Street Associates LLC*