## Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686-JKS |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. __** |

**ORDER GRANTING MOTION OF 2857 WEST 8TH STREET ASSOCIATES LLC TO ALLOW AND COMPEL IMMEDIATE PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the *Motion of 2857 West 8th Street Associates LLC to Allow and Compel Immediate Payment of an Administrative Expense Claim* (the "**Motion**")[2] filed by 2857 West 8th Street Associates LLC (the "**Landlord**"), and it appearing that the Court has jurisdiction to consider the Motion; the Landlord having consented to entry of a final order under Article III of the United States Constitution; and the Court determining that venue is proper; and this Court having determined that proper and adequate notice of the Motion has been given and that no other or further notice is required; and it further appearing that any objections to the Motion having been filed are resolved or overruled; and it further appearing that the relief requested in the Motion is reasonable and necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is GRANTED, as set forth below.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, which the Debtors have requested be jointly administered, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting counsel for the Debtors.
[2] Any capitalized term used herein, but not defined here, shall have the same meaning ascribed to it within the Motion.

2.      The entire Administrative Claim Amount of **$31,511.95** is allowed as an administrative expense, and the Debtors or Plan Administrator, as applicable, shall pay such Administrative Claim Amount within 3 business days of the date of entry of this Order, or as otherwise agreed to between the parties.

3.      This Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.