**<u>Exhibit C</u>**

| Tenant | Base Year | Total Base Year Amount | Tax Amount 2024 - 2025 Fiscal year | Difference | Proportionate Share | Tenant's Share |
|---|---|---|---|---|---|---|
| Blink Fitness | 2015 - 2016 Fiscal Year | $ 190,052.00 | $415,396.98 | $225,344.98 | 25.50% | **$57,462.97** |

| | | |
|---|---|---|
| Per Month | | |
| August ( Only starting from Aug 12th) | $ | 2,780.47 |
| September | $ | 4,788.58 |
| October | $ | 4,788.58 |
| November | $ | 4,788.58 |
| December | $ | 4,788.58 |
| January | $ | 4,788.58 |
| February | $ | 4,788.58 |
| | $ | **31,511.95** |