**Exhibit D-1**

# Property Tax Bill Quarterly Statement
*Activity through June 1, 2024*

**NYC Department of Finance**

Owner name: 2857 WEST 8TH STREET DEVELOPERS, LLC
Property address: 2847 W. 8TH ST.

| Borough | Block | Lot |
|---|---|---|
| BROOKLYN (3) | 7279 | 162 |

### How much do I owe?

| | |
|---|---|
| Outstanding charges | $0.00 |
| New charges | $207,031.48 |
| **Total amount due by July 1, 2024** | **$207,031.48** |

## Ways to pay:

### Most common way to pay

**Online**



Go to **www.nyc.gov/citypay** or scan the QR code to the right with your phone. Use your BBL (gray box, top left) to search for your property. Most people pay in five minutes or less.



*No fees when you pay from your checking account (e-check) or electronic wire transfer.*

### Other ways to pay

**By Mail** 

Remove the detachable slip (below) and mail it with your payment. Payment processed in 7-10 business days.

**In Person** 

Visit a DOF business center with a copy of this bill. See www.nyc.gov/visitdof for locations. Open Monday to Friday, 8:30 a.m. to 4:30 p.m. Wait times may vary.

---

1400.01 - LD - 40 - 2 - 0 - 4 - 188392

**Borough: 3     Block: 07279     Lot: 0162**

**NYC Department of Finance**

Statement of Account
66 John Street
Room 104 Mailroom
New York, NY 10038

**ELECTRONIC SERVICE REQUESTED**



#910083824060101#
L2682-6.13-LW10-0185426 P008 T00488 ************MIXED AADC 159
2857 WEST 8TH STREET DEVELOPERS, LLC
C/O MANAGEMENT DISCOVERY VENTU
2093 PHILADELPHIA PIKE UNIT 4848
CLAYMONT, DE 19703-2424

**Want faster payment processing and instant confirmation?**
Pay online at www.nyc.gov/citypay

**Amount Due 07/01/24:     $207,031.48**

**Amount Enclosed:**

**Make checks payable & mail payment to:**
NYC Property Tax Collection
PO Box 5536
Binghamton NY 13902-5536

5536   30727901620   0020703148   240701   1   2025   3



June 1, 2024
2857 West 8th Street Developers, LL
2847 W. 8th St.
3-07279-0162
Page 2

# NYC Department of Finance

| Billing Summary | Amount |
|---|---|
| Outstanding charges *(Sum of unpaid balance and interest fees from billing periods)* | $0.00 |
| New charges *(Sum of new property taxes and other charges-see below for details)* | $207,031.48 |
| **AMOUNT DUE BY JULY 1, 2024** | **$207,031.48** |
| The amount shown at the right includes the amount due this period plus your remaining property taxes, other charges, and any past-due amounts for the rest of the tax year, which ends on June 30. The amount shown includes a discount of $2,068.56 that you would receive if you pay by July 1, 2024. | $411,819.40 |

**Your property details:**
Estimated market value: $10,403,000
Tax class: 4 - Commercial Or Industrial

**How we calculate your annual taxes:**
Billable assessed value: $3,905,900.00
*times* the current tax rate: x 10.5920%
Annual property tax: $413,712.96

## Activity for This Billing Period (Due July 1, 2024)

### Department of Finance charges

*The charges below include property tax and other property-related charges. If you have questions, contact DOF at www.nyc.gov/dofcustomerservice.*

Finance-Property Tax — $206,856.48

**Department of Finance Total** — **$206,856.48**

### Department of Buildings charges

*The New York City Department of Buildings (DOB) issues fees to property owners for boiler, elevator, illuminated sign, and public assembly permits. For more information about any charges listed below, contact DOB.*

| | Activity Date | |
|---|---|---|
| Bldg-Signs- Chg 321056049 40001 | | $45.00 |
| Payment 321056049 40001 | 03/16/2024 | $-45.00 |
| Bldg-Signs- Chg 321056058 40002 | | $45.00 |

---



### Messages for You:

Visit www.nyc.gov/taxbill to update your mailing address, register to receive property tax receipts by email, or learn about the interest rate charged on late payments.

**Home banking payment instructions:** Log into your bank or bill pay website and add "NYC Property Tax Collection" as the payee. Your account number is your BBL number: 3-7279-162. Our address is PO Box 5536, Binghamton, NY 13902-5536.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.



## Department of Buildings charges, continued

| | | |
|---|---|---|
| Payment 321056058 40002 | 03/16/2024 | $-45.00 |
| Bldg-Signs- Chg 321157877 40003 | | $45.00 |
| Payment 321157877 40003 | 03/16/2024 | $-45.00 |
| Bldg-Signs- Chg 321157868 40004 | | $70.00 |
| Payment 321157868 40004 | 03/16/2024 | $-70.00 |
| Bldg-Signs- Chg 321157859 40005 | | $70.00 |
| Payment 321157859 40005 | 03/16/2024 | $-70.00 |
| Bldg-Signs- Chg B00031126 41001 | | $70.00 |
| Payment B00031126 41001 | 03/16/2024 | $-70.00 |
| **Department of Buildings Total** | | **$0.00** |

## Tax Commission charges

The Tax Commission charges a $175 fee for each assessment review held for properties with an assessed value of $2 million or more or a market value of $4.5 million or more.

| | |
|---|---|
| Tax Commission- Fee | $175.00 |
| **Tax Commission Total** | **$175.00** |

## Overpayments/Credits

In most cases, if you have an overpayment or credit on your account, it will be applied to your unpaid property taxes. If your taxes are paid in full, you can request to receive a refund or apply your credit to a different charge or account. For general information about overpayments and credits, visit www.nyc.gov/propertytaxrefund. For more details about your account, visit www.nyc.gov/nycproperty.

| | |
|---|---|
| Refund Available | $-185,267.73 |
| Credit Applied | $370,880.46 |
| Credit Balance | $-185,612.73 |
| **Total Overpayments/Credits Remaining** | **$0.00** |

## Summary of Future Account Activity

For more details about your account activity for the rest of the tax year, visit www.nyc.gov/nycproperty.

| | Due Date | Activity Date | |
|---|---|---|---|
| Finance-Property Tax | 01/01/2025 | | $206,856.48 |

**Additional Messages for You:**





## Additional Messages for You:

**One City Built to Last, Compliance Notification**

**Greenhouse Gas Emission Reductions:** This property may be subject to Local Law 97 of 2019, as amended, which sets carbon emission limits or prescriptive requirements for buildings, with the first reports due in 2025. LL97 compliance, as well as issuance of associated penalties, takes place at the level of an individual building (as designated by a Building Information Number, or BIN), even though the covered buildings are identified by tax lots (as designated by a borough-block-lot number, or BBL). For more information, visit www.nyc.gov/dobghgemissions.

**NYC Accelerator** is a free resource for building stakeholders that provides them with personalized assistance to help with Local Law 97 compliance and emissions reductions and connects them with financing opportunities and service providers. Please visit www.accelerator.nyc/help or call (212) 656-9202.

