**Exhibit D-2**



# Property Tax Bill Quarterly Statement
## Activity through November 16, 2024

Owner name: 2857 WEST 8TH STREET DEVELOPERS, LLC
Property address: 2847 W. 8TH ST.

| Borough | Block | Lot |
|---|---|---|
| 3 | 07279 | 0162 |

### How much do I owe?

| | |
|---|---:|
| Outstanding charges | $0.00 |
| New charges | $208,540.50 |
| **Total amount due by January 1, 2025** | **$208,540.50** |

## Ways to pay:

### Most common way to pay

**Online**



Go to **www.nyc.gov/citypay** or scan the QR code to the right with your phone. Use your BBL (gray box, top left) to search for your property. Most people pay in five minutes or less.

*No fees when you pay from your checking account (e-check) or electronic wire transfer.*

### Other ways to pay

**By Mail**

Remove the detachable slip (below) and mail it with your payment. Payment processed in 7-10 business days.

**In Person**

Visit a DOF business center with a copy of this bill. See www.nyc.gov/visitdof for locations. Open Monday to Friday, 8:30 a.m. to 4:30 p.m. Wait times may vary.

1400.01 - LD - 40 - 2 - 0 - 4 - 149995

---

Borough: 3    Block: 07279    Lot: 0162
Write this in your check's memo line: BBL 3-07279-0162

**NYC Department of Finance**

Statement of Account
66 John Street
Room 104 Mailroom
New York, NY  10038

ELECTRONIC SERVICE REQUESTED

#910037524111601#
M1435-7.13-LW10-0148911 P007 T00399 ************MIXED AADC 159
2857 WEST 8TH STREET DEVELOPERS, LLC
C/O MANAGEMENT DISCOVERY VENTU
2093 PHILADELPHIA PIKE UNIT 4848
CLAYMONT, DE 19703-2424



**Want faster payment processing and instant confirmation?**
Pay online at www.nyc.gov/citypay

Amount Due 01/01/25:    $208,540.50

**Amount Enclosed:**

**Make checks payable & mail payment to:**
NYC Department of Finance
PO Box 5536
Binghamton NY  13902-5536

5536    30727901620    0020854050    250101    1    2025    8



Case 24-11686-JKS    Doc 869-6    Filed 03/31/25    Page 3 of 4

November 16, 2024
2857 West 8th Street Developers, LL
2847 W. 8th St.
3-07279-0162
Page 2

# Department of Finance

| Billing Summary | Amount |
|---|---|
| Outstanding charges<br>*(Sum of unpaid balance and interest fees from billing periods)* | $0.00 |
| New charges<br>*(Sum of new property taxes and other charges-see below for details)* | $208,540.50 |
| **AMOUNT DUE BY JANUARY 1, 2025** | **$208,540.50** |

| Your property details: | | How we calculate your annual taxes: | |
|---|---|---|---|
| Estimated market value: | $10,403,000 | Billable assessed value: | $3,905,900.00 |
| Tax class: | 4 - Commercial Or Industrial | *minus* reductions: | – $90,670.00 |
| Prior year tax rate: | 10.5920% | *times* the current tax rate: | x 10.7620% |
| Current tax rate: | 10.7620% | Annual property tax: | $410,595.08 |
| Tax Commission Reduction | $90,670.00 | | |

## Activity for This Billing Period (Due January 1, 2025)

### Department of Finance charges

*The charges below include property tax and other property-related charges. If you have questions, contact DOF at www.nyc.gov/dofcustomerservice.*

| | Activity Date | |
|---|---|---|
| Finance-Property Tax | | $206,856.48 |
| Credit Adjustment | 09/23/2024 | $-4,801.90 |
| Adopted Tax Rate | 01/01/2025 | $6,485.92 |
| **Department of Finance Total** | | **$208,540.50** |



### Messages for You:

Visit www.nyc.gov/taxbill to update your mailing address, register to receive property tax receipts by email, or learn about the interest rate charged on late payments.

**Home banking payment instructions:** Log into your bank or bill pay website and add "NYC Department of Finance" as the payee. Your account number is your BBL number: 3072790162. Our address is PO Box 5536, Binghamton, NY 13902-5536.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

November 16, 2024
2857 West 8th Street Developers, LL
2847 W. 8th St.
3-07279-0162
Page 3

# NYC Department of Finance

## Overpayments/Credits

*In most cases, if you have an overpayment or credit on your account, it will be applied to your unpaid property taxes. If your taxes are paid in full, you can request to receive a refund or apply your credit to a different charge or account. For general information about overpayments and credits, visit www.nyc.gov/propertytaxrefund. For more details about your account, visit www.nyc.gov/nycproperty.*

| | |
|---|---|
| Refund Available | $-4,801.90 |
| Credit Applied | $4,801.90 |
| **Total Overpayments/Credits Remaining** | **$0.00** |

## Additional Messages for You:

If you own income-producing property, you must file a Real Property Income and Expense (RPIE) statement or a claim of exclusion unless you are exempt by law. You must also file information about any ground or second floor storefront units on the premises, even if you are exempt from filing an RPIE statement. RPIE filers whose properties have an actual assessed value of $750,000 or greater will be required to file rent roll information. The deadline to file is June 2, 2025. Failure to file will result in penalties and interest, which will become a lien on your property if they go unpaid. Visit www.nyc.gov/rpie for more information.

---

**One City Built to Last, Compliance Notification**

**Benchmarking Energy and Water Use:** This property may be required to benchmark its energy and water consumption for calendar year 2024 by May 1, 2025, in accordance with NYC Benchmarking Law 84 of 2009 as amended. For a detailed explanation of the requirements, please visit https://www.nyc.gov/site/buildings/codes/ll84-benchmarking-law.page

**Disclosure of Energy Efficiency Scores and Grades:** If your property is listed on the CBL for benchmarking compliance, it will be assigned an energy efficiency grade by the Department of Buildings per Local Law 33 of 2018. For more information, visit https://www.nyc.gov/site/buildings/codes/ll33-energy-grading.page

**Energy Audits and Retro-Commissioning:** This property may be required to complete Energy Audits and Retro-Commissioning in accordance with Local Law 87 of 2009 as amended. For more information, visit https://www.nyc.gov/site/buildings/codes/ll87-energy-audits-retro-commissioning.page

**Greenhouse Gas Emission Reductions:** This property may be subject to Local Law 97 of 2019, as amended, which sets carbon emission limits or prescriptive requirements for buildings, with the first reports due in 2025. Local Law 97 compliance, as well as issuance of associated penalties, takes place at the level of an individual building (as designated by a building identification number, or BIN), even though the covered buildings are identified by tax lots (as designated by a borough-block-lot number, or BBL). For more information, visit https://www.nyc.gov/site/buildings/codes/ll97-greenhouse-gas-emissions-reductions.page

**NYC Accelerator** is a free resource that helps buildings reduce energy usage and emissions to comply with local laws 88 and 97. Starting January 1, 2025, buildings must comply with both laws. The program can help you identify building improvements, access financing, and connect with service providers. For more information, visit www.accelerator.nyc/help or call (212) 656-9202.

