**CERTIFICATE OF SERVICE**

       I hereby certify that on March 31, 2025, a true and correct copy of the foregoing was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below in the manner indicated.

*By E-mail*

**Counsel for the Debtors**
Young Conaway Stargatt & Taylor LLP
Michael R. Nestor (mnestor@ycst.com)
Sean T. Greecher (sgreecher@ycst.com)
Allison S. Mielke (amielke@ycst.com)
Timothy R. Powell (tpowell@ycst.com)
Rebecca L. Lamb (rlamb@ycst.com)
Benjamin C. Carver (bcarver@ycst.com)

**US Trustee**
Office of the United States Trustee for the District of Delaware
Attn:   Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov)

**Counsel for the Committee/Plan Administrator**
Morris James LLP
Eric J. Monzo (emonzo@morrisjames.com)
Brya M. Keilson (bkeilson@morrisjames.com)
Siena B. Cerra (scerra@morrisjames.com)

**Counsel for the Committee/Plan Administrator**
Kelly Drye LLP
Eric R. Wilson (ewilson@kelleydrye.com)
Kristin S. Elliott (kelliott@kelleydrye.com)
Andres Barajas (abarajas@kelleydrye.com)

 

                              */s/ Katherine M. Devanney*
                              Katherine M. Devanney

102785834.1