# EXHIBIT A

## Compensation By Category – Sixth Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Analysis | 5.50 | $4,482.50 |
| Committee Member/Professional Meetings | 1.0 | $485.00 |
| Debtor Professional Meeting | 1.40 | $1,267.00 |
| Retention and Fee Applications | 3.50 | $3,360.00 |
| **Totals** | 11.40 | **$9,594.50** |

17274926/1

2

## Timekeeper Summary – Sixth Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Peter Hurwitz | Principal | $960.00 | 6.10 | $5,856.00 |
| Lee Rooney | Managing Director | $850.00 | 3.20 | $2,720.00 |
| Alec Rovitz | Senior Associate | $485.00 | 2.10 | $1,018.50 |
| | | **Totals** | **11.40** | **$9,594.50** |
| **Blended Rate $841.62** | | | | |

# Dundon Advisers LLC - Activity Type

Date Start: 2/1/2025 | Date End: 2/28/2025 | Clients: Blink Holdings | Users: | Matters: All | Activity Types: All | Group By: Activity Code

| Date | Client | Matter | Description | Billable Time | Billable Amount |
|---|---|---|---|---|---|
| **Business Analysis** | | | | | |
| **Alec Rovitz** | | | | | |
| 02/02/2025 | Blink Holdings | UCC | Review Disclosure Statement correspondence from counsel re: outstanding issues | 0.20 | $97.00 |
| 02/04/2025 | Blink Holdings | UCC | Review UST limited objection to Plan | 0.30 | $145.50 |
| 02/04/2025 | Blink Holdings | UCC | Review landlord objection to designation rights period | 0.20 | $97.00 |
| 02/24/2025 | Blink Holdings | UCC | Review third amended combined plan and disclosure statement | 0.40 | $194.00 |
| | | **Totals Amounts for User Alec Rovitz** | | **1.10** | **$533.50** |
| **Lee Rooney** | | | | | |
| 02/20/2025 | Blink Holdings | UCC | Review of cash plan tracker | 0.90 | $765.00 |
| 02/20/2025 | Blink Holdings | UCC | Telecon with P. Hurwitz re: cash plan tracker | 0.40 | $340.00 |
| 02/28/2025 | Blink Holdings | UCC | Telecon with PPP re: handoff | 0.50 | $425.00 |
| 02/28/2025 | Blink Holdings | UCC | Review of cash budget, intro emails | 0.70 | $595.00 |
| | | **Totals Amounts for User Lee Rooney** | | **2.50** | **$2,125.00** |
| **Peter Hurwitz** | | | | | |
| 02/19/2025 | Blink Holdings | UCC | Detailed review and analysis of updated budget | 1.50 | $1,440.00 |
| 02/20/2025 | Blink Holdings | UCC | Telecon L. Rooney re: review and analysis of updated budget | 0.40 | $384.00 |
| | | **Totals Amounts for User Peter Hurwitz** | | **1.90** | **$1,824.00** |
| | | **Totals Amounts for Activity Type Business Analysis** | | **5.50** | **$4,482.50** |
| **Committee Member/Professional Meetings & Communications** | | | | | |
| **Alec Rovitz** | | | | | |
| 02/04/2025 | Blink Holdings | UCC | Participate in court hearing re: disclosure statement | 0.70 | $339.50 |
| 02/28/2025 | Blink Holdings | UCC | Attend plan confirmation hearing | 0.30 | $145.50 |
| | | **Totals Amounts for User Alec Rovitz** | | **1.00** | **$485.00** |
| | | **Totals Amounts for Activity Type Committee Member/Professional Meetings & Communications** | | **1.00** | **$485.00** |
| **Debtor Professional and Client Meeting** | | | | | |
| **Lee Rooney** | | | | | |
| 02/20/2025 | Blink Holdings | UCC | Telecon with PPP and P. Hurwitz re: cash budget | 0.70 | $595.00 |
| | | **Totals Amounts for User Lee Rooney** | | **0.70** | **$595.00** |
| **Peter Hurwitz** | | | | | |
| 02/20/2025 | Blink Holdings | UCC | Telecon PPP, L. Rooney re: review of updated budget and transition | 0.70 | $672.00 |
| | | **Totals Amounts for User Peter Hurwitz** | | **0.70** | **$672.00** |
| | | **Totals Amounts for Activity Type Debtor Professional and Client Meeting** | | **1.40** | **$1,267.00** |
| **Retention and Fee Applications** | | | | | |
| **Peter Hurwitz** | | | | | |
| 02/13/2025 | Blink Holdings | UCC | Prepare november fee appplication | 3.50 | $3,360.00 |
| | | **Totals Amounts for User Peter Hurwitz** | | **3.50** | **$3,360.00** |
| | | **Totals Amounts for Activity Type Retention and Fee Applications** | | **3.50** | **$3,360.00** |
| | | **Grand Total** | | **11.40** | **$9,594.50** |