## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF PETER HURWITZ REGARDING SIXTH MONTHLY APPLICATION OF DUNDON ADVISERS LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

I, Peter Hurwitz, after being sworn according to law, deposes and says:

a) I am a principal of the firm Dundon Advisers LLC.

b) I have personally performed or am familiar with the services rendered by Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors.

c) I have reviewed the foregoing Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Fee Application complies with such Rule.

Dated: April 11, 2025                   */s/ Peter Hurwitz*
                                                              Peter Hurwitz

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17274926/1