**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: June 3, 2025 at 11:00 a.m. (ET)**<br>**Objection Deadline: May 2, 2025 at 4:00 p.m. (ET)** |

**NOTICE OF COMBINED SIXTH MONTHLY AND FINAL FEE APPLICATION
OF KELLEY DRYE & WARREN LLP FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS LEAD COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR THE MONTHLY PERIOD FROM FEBRUARY 1,
2025 THROUGH AND INCLUDING FEBRUARY 28, 2025, AND THE FINAL PERIOD
FROM AUGUST 26, 2024 THROUGH AND INCLUDING FEBRUARY 28, 2025**

**PLEASE TAKE NOTICE** that, on April 11, 2025, Kelley Drye & Warren LLP ("Kelley Drye") filed the *Combined Sixth Monthly and Final Fee Application of Kelley Drye & Warren LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Monthly Period From February 1, 2025 Through and Including February 28, 2025, and the Final Period From August 26, 2024 Through and Including February 28, 2025* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed with the Clerk of the Bankruptcy Court and be served upon the Application Recipients as defined in the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* (the "Interim Compensation Order") so as to be received no later than **4:00 p.m. (prevailing Eastern Time) on May 2, 2025** (the "Objection Deadline").

17279276/1

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application will be held before the Honorable J. Kate Stickles at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom, #6, Wilmington, Delaware, 19801 on **June 3, 2025 at 11:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, OR IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THIS APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 11, 2025
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
       bkeilson@morrisjames.com
       scerra@morrisjames.com

- and -

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
       kelliott@kelleydrye.com
       abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*