**EXHIBIT A-1**

**Kelley Drye Invoices for the Monthly Period**

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

March 14, 2025
Invoice No. 2925710

030319       Blink Committee
0001        Case Administration

## Account Summary And Remittance Form

Legal Services:                                                             $403.00

Disbursements and Other Charges:                $539.54

**Total Amount Due:**                          **$942.54**

**Terms: Payment Due on or Before     April 13, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**    JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

**PAYMENT BY CHECK:**
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

March 14, 2025
Invoice No. 2925710

Client   030319
Matter 0001   Case Administration

---

Attorney: 05395                                                                                      Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 02/04/25 | Emails to K. Elliott, et al. (KDW) regarding removal (.1); review and revise updated task list (.1). | ERW | 0.20 | $256.00 |
| 02/18/25 | Updates to the team calendar. | JC | 0.10 | 73.50 |
| 02/24/25 | Updates to the team calendar. | JC | 0.10 | 73.50 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0001
March 14, 2025
Page  2

---

Total Services for this Matter:                                   403.00

**Other Charges:**

| Local Travel | $121.96 |
|---|---|
| Long Distance Travel | 303.00 |
| Cab Service | 58.91 |
| Meals | 16.32 |
| Discovery and Litigation Tech Services | 21.05 |
| Pacer | 18.30 |

Total Other Charges for this Matter:                             539.54

Total this Invoice                                              $942.54

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0001
March 14, 2025
Page  3

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| ERW | Wilson, Eric | 0.20 | 1,280.00 | $256.00 |
| JC | Churchill, John | 0.20 | 735.00 | 147.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

March 14, 2025
Invoice No. 2925711

030319      Blink Committee
0002         Pleadings Review

## Account Summary And Remittance Form

Legal Services:                                                                                  $770.50

Disbursements and Other Charges:                                                  $0.00

**Total Amount Due:**                                                              **$770.50**

**Terms: Payment Due on or Before   April 13, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▉▉▉▉▉
**SWIFT CODE:** ▉▉▉▉▉
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▉▉▉▉
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

### KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

March 14, 2025
Invoice No. 2925711

Client   030319
Matter 0002   Pleadings Review

Attorney: 05395                                                                 Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 02/02/25 | Review of first (.3) and second (.2) omnibus objection to claims. | JC | 0.50 | $367.50 |
| 02/02/25 | Review debtor claims objection. | ERW | 0.10 | 128.00 |
| 02/13/25 | Review notice of assumption of lease for impact. | JC | 0.20 | 147.00 |
| 02/27/25 | Review order sustaining claims objection, lease assignments. | ERW | 0.10 | 128.00 |
| Total Services for this Matter: | | | | 770.50 |
| Total this Invoice | | | | $770.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

WASHINGTON

LOS ANGELES

CHICAGO

HOUSTON

NEW YORK

STAMFORD

PARSIPPANY

AFFILIATE   OFFICE:

MUMBAI, INDIA

Blink Committee
Client   030319
Matter 0002
March 14, 2025
Page  2

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|------------|-------|------|--------|
| ERW | Wilson, Eric | 0.20 | 1,280.00 | $256.00 |
| JC | Churchill, John | 0.70 | 735.00 | 514.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

March 14, 2025
Invoice No. 2925712

| 030319 | Blink Committee |
| 0004 | Fee Matters |

## Account Summary And Remittance Form

Legal Services:                                                                                    $12,434.00

Disbursements and Other Charges:                                                      $0.00

**Total Amount Due:**                                                                **$12,434.00**

**Terms: Payment Due on or Before    April 13, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

March 14, 2025
Invoice No. 2925712

Client   030319
Matter 0004   Fee Matters

Attorney: 05395                                                                                            Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 02/04/25 | Emails with L. Rooney (Dundon) regarding November fee application. | JC | 0.20 | $147.00 |
| 02/06/25 | Begin draft of fourth (Dec.) monthly fee application (1.6); call with L. Rooney (Dundon) to discuss November fee statement invoices (.1). | JC | 1.70 | 1249.50 |
| 02/07/25 | Review (.4) and revise (.7) November fee statement; email comments to KDW team (.1). | KSE | 1.20 | 1272.00 |
| 02/09/25 | Review January prebills preparatory to February statement. | ERW | 0.20 | 256.00 |
| 02/11/25 | Final review (.1) and revisions (.3) to November fee statement. | KSE | 0.40 | 424.00 |
| 02/12/25 | Edits to Dundon fee application (.2); instruction to Morris James on filing fee applications (.1); emails with accounting to request LEDES file (.1). | JC | 0.40 | 294.00 |
| 02/12/25 | Review November fee statement (.2); email to K. Elliott (KDW) regarding same (.1). | ERW | 0.30 | 384.00 |
| 02/13/25 | Brief review of November LEDES file. | JC | 0.10 | 73.50 |
| 02/18/25 | Review (.4) and revise (.5) December fee | KSE | 0.90 | 954.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5305107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
March 14, 2025
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | statement. | | | |
| 02/18/25 | Draft UCC's Fifth Monthly Fee Statement. | TB | 0.80 | 320.00 |
| 02/19/25 | Review K. Elliott (KDW) comments to December fee application (.2); updates to same (.9); review December invoices for redactions (.7). | JC | 1.80 | 1323.00 |
| 02/19/25 | Further work on Fifth Monthly Fee Statement. | TB | 0.40 | 160.00 |
| 02/20/25 | Emails with MJ and Dundon teams regarding December and January fee applications (.1); reconcile January invoices to fee worksheet (.7). | JC | 0.80 | 588.00 |
| 02/21/25 | Call with L. Rooney (Dundon) to discuss December fee application (.1); follow up email (.1); reconcile fee statement worksheet to draft January fee statement (.3); review January invoices for redactions (.4); updates to fee application narratives (1.0); request LEDES file for December invoices from accounting (.1). | JC | 2.00 | 1470.00 |
| 02/24/25 | Edits to KDW December fee application (.2) and Dundon December fee application (.2). | JC | 0.40 | 294.00 |
| 02/25/25 | Emails with K. Elliott (KDW) concerning January invoices (.1); updates to January monthly fee application (.3). | JC | 0.40 | 294.00 |
| 02/26/25 | Emails with P. Hurwitz (Dundon) regarding January fee application. | JC | 0.10 | 73.50 |
| 02/26/25 | Review (.2) and revise (.4) January fee | KSE | 0.60 | 636.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
March 14, 2025
Page  3

___

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | statement. | | | |
| 02/27/25 | Updates to January fee application based on K. Elliott (KDW) comments (1.1); emails with P. Hurwitz (Dundon) (.1) and D. Deepta (MJ) (.1) regarding January fee applications; request LEDES file from accounting (.1); review of third amended plan for timeline to file final fee application (.2). | JC | 1.60 | 1176.00 |
| 02/27/25 | Review the following fee applications: KDW (.1), Dundon (.1) and Morris James (.1). | ERW | 0.30 | 384.00 |
| 02/28/25 | Updates to Dundon (.6) and KDW (.2) fee applications; instruction to D. Deepta (MJ) on filing committee fee applications (.1). | JC | 0.90 | 661.50 |
| Total Services for this Matter: | | | | 12,434.00 |
| Total this Invoice | | | | $12,434.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0004
March 14, 2025
Page  4

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|------------|-------|------|--------|
| ERW | Wilson, Eric | 0.80 | 1,280.00 | $1,024.00 |
| JC | Churchill, John | 10.40 | 735.00 | 7,644.00 |
| KSE | Elliott, Kristin S | 3.10 | 1,060.00 | 3,286.00 |
| TB | Burns, Tom | 1.20 | 400.00 | 480.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

March 14, 2025
Invoice No. 2925713

030319        Blink Committee
0010          Plan and Disclosure Statement

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $8,816.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$8,816.00** |

## Terms: Payment Due on or Before   April 13, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:   JP MORGAN CHASE, N.A.**
**ABA #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

March 14, 2025
Invoice No. 2925713

Client   030319
Matter 0010   Plan and Disclosure Statement

Attorney: 05395                                                      Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 02/01/25 | Review (.1) and respond (.1) to J. Churchill (KDW) summary of plan-related filings. | KSE | 0.20 | $212.00 |
| 02/01/25 | Review the following: as filed second amended plan (.2), Shenker declaration (.2), memo in support (.3), confirmation order (.2) and agenda for Tuesday's hearing (.1); email to A. Barajas (KDW) regarding same (.1). | ERW | 1.10 | 1408.00 |
| 02/02/25 | Review debtors' amended plan (.4), proposed confirmation order (.4) and plan administrator agreement in preparation for confirmation hearing (.3); prepare remarks for plan confirmation hearing (.7). | AB | 1.80 | 1575.00 |
| 02/03/25 | Call with P. Hurwitz (Dundon) regarding confirmation hearing (.2); review and edit remarks for confirmation hearing (.2). | AB | 0.40 | 350.00 |
| 02/04/25 | Review debtors' confirmation brief (1.1), plan administrator agreement (.2), amended plan provisions (.4) in preparation for confirmation hearing. | AB | 1.70 | 1487.50 |
| 02/05/25 | Review email from S. Cerra (Morris James) | AB | 0.70 | 612.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
March 14, 2025
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | regarding Blink organizational documents (.2); emails with E. Monzo (Morris James) regarding debtors' proposed edits to confirmation order and plan related to Plan Administrator (.5). | | | |
| 02/06/25 | Edit draft proposed confirmation order regarding Plan Administrator's rights under debtors' organizational documents (.2); draft email to S. Greecher (YCST) regarding same (.1). | AB | 0.30 | 262.50 |
| 02/10/25 | Call with R. Morrison (KDW) regarding debtors' insurance policies coverage for plan administrator and related comments to proposed confirmation order (.3); review debtors' amended plan for provisions governing debtors' insurance policies (.3); draft additional edit to proposed confirmation order (.2) and email R. Morrison (KDW) regarding same (.1). | AB | 0.90 | 787.50 |
| 02/11/25 | Make addition edits to debtors' proposed confirmation order to incorporate R. Morrison's (KDW) comment (.1); email S. Greecher (YCST) regarding edits to debtors' proposed confirmation order and adding Plan Administrator as an additional insured (.1). | AB | 0.20 | 175.00 |
| 02/22/25 | Email S. Greecher (YCST) regarding status of insurance for plan administrator. | AB | 0.10 | 87.50 |
| 02/23/25 | Review edits to debtors' revised confirmation | AB | 0.30 | 262.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
March 14, 2025
Page  3

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | order and third amended plan (.1); emails to K. Elliott (KDW) (.1) and S. Greecher (YCST) regarding same (.1). | | | |
| 02/24/25 | Email P. Hurwitz (Proposed Plan Administrator) regarding Plan Administrator insurance provisions in debtors' revised proposed confirmation order and amended plan (.1); email Morris James regarding confirmation hearing logistics (.1). | AB | 0.20 | 175.00 |
| 02/25/25 | Prepare signature page for final Plan Administrator agreement (.1) and email P. Hurwitz (Plan Administrator) regarding same (.1). | AB | 0.20 | 175.00 |
| 02/26/25 | Email Morris James regarding confirmation hearing logistics (.1); call with K. Elliott (KDW) regarding plan confirmation hearing preparation (.1). | AB | 0.20 | 175.00 |
| 02/26/25 | Emails with A. Barajas and K. Elliott (both KDW) regarding confirmation (.2); review revised confirmation order (.1), plan (.1) and plan supplement (.1). | ERW | 0.50 | 640.00 |
| 02/28/25 | Emails with S. Greecher (YCST) regarding plan effective date and scheduling transition call. | AB | 0.20 | 175.00 |
| 02/28/25 | Confer (.1) and emails (.1) with M. Dundon (DA) regarding plan confirmation. | ERW | 0.20 | 256.00 |
| Total Services for this Matter: | | | | 8,816.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
March 14, 2025
Page  4

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| Total this Invoice | | | | $8,816.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0010
March 14, 2025
Page  5

---

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| AB | Barajas, Andres | 7.20 | 875.00 | $6,300.00 |
| ERW | Wilson, Eric | 1.80 | 1,280.00 | 2,304.00 |
| KSE | Elliott, Kristin S | 0.20 | 1,060.00 | 212.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

March 14, 2025
Invoice No. 2925714

| 030319 | Blink Committee |
|---|---|
| 0011 | Committee and Creditor Communications |

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $3,266.50 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$3,266.50** |

## Terms: Payment Due on or Before  April 13, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**  JP MORGAN CHASE, N.A.
**ABA #:** ▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

March 14, 2025
Invoice No. 2925714

Client   030319
Matter 0011   Committee and Creditor Communications

Attorney: 05395                                                                 Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 02/03/25 | Draft proposed email update to Committee regarding confirmation hearing. | AB | 0.30 | $262.50 |
| 02/04/25 | Draft Committee update email regarding confirmation hearing (.5); edit draft email to incorporate K. Elliott's (KDW) comments (.1); email Committee members regarding update on confirmation hearing (.1). | AB | 0.70 | 612.50 |
| 02/04/25 | Review and comment on committee update. | ERW | 0.20 | 256.00 |
| 02/04/25 | Review (.1) and revise (.2) client update on confirmation hearing. | KSE | 0.30 | 318.00 |
| 02/26/25 | Emails with E. Wilson (KDW) regarding Committee update email (.1); draft email update to Committee regarding confirmation hearing (.4); edit draft email to incorporate E. Wilson's (KDW) edits (.1); email Committee members regarding confirmation hearing (.1). | AB | 0.70 | 612.50 |
| 02/28/25 | Confer with A. Barajas (KDW) regarding final UCC update (.2); revise (.1) and send (.1) the update. | KSE | 0.40 | 424.00 |
| 02/28/25 | Confer with K. Elliott (KDW) regarding draft | AB | 0.60 | 525.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
March 14, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | email update to Committee (.1); draft email update to Committee regarding plan confirmation and effective date (.5). | | | |
| 02/28/25 | Review and comment on committee update (.1); instruction to A. Barajas (KDW) regarding same (.1). | ERW | 0.20 | 256.00 |
| | Total Services for this Matter: | | | 3,266.50 |
| | Total this Invoice | | | $3,266.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0011
March 14, 2025
Page  3

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AB | Barajas, Andres | 2.30 | 875.00 | $2,012.50 |
| ERW | Wilson, Eric | 0.40 | 1,280.00 | 512.00 |
| KSE | Elliott, Kristin S | 0.70 | 1,060.00 | 742.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

March 14, 2025
Invoice No. 2925715

030319   Blink Committee
0013    Court Hearings

## Account Summary And Remittance Form

Legal Services:                    $8,011.00

Disbursements and Other Charges:          $0.00

**Total Amount Due:**             **$8,011.00**

**Terms: Payment Due on or Before   April 13, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:   JP MORGAN CHASE, N.A.**
**ABA #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

**PAYMENT BY CHECK:**
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

March 14, 2025
Invoice No. 2925715

Client   030319
Matter 0013   Court Hearings

---

Attorney: 05395                                                                                    Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 02/02/25 | Instruction to A. Barajas (KDW) regarding Tuesday's hearing. | ERW | 0.10 | $128.00 |
| 02/03/25 | Emails to A. Barajas (KDW) regarding confirmation hearing. | ERW | 0.10 | 128.00 |
| 02/04/25 | Attend debtors' confirmation hearing. | AB | 1.40 | 1225.00 |
| 02/04/25 | Confer with K. Elliott (KDW) regarding disposition of today's hearing (.3); read notice of continued hearing (.1); review confirmation order (.2), UST objection (.2) preparatory to today's hearing; partial participation in today's hearing (.9); review plan administrator agreement regarding exculpation (.2); emails to P. Hurwitz (PA) regarding same (.2). | ERW | 2.10 | 2688.00 |
| 02/04/25 | Prepare for (.3) and attend (1.4) confirmation hearing. | KSE | 1.70 | 1802.00 |
| 02/04/25 | Update to team calendar for continued confirmation hearing. | JC | 0.10 | 73.50 |
| 02/13/25 | Review Blink transcript regarding releases, 363n | ERW | 0.60 | 768.00 |
| 02/26/25 | Review agenda for Friday's hearing. | ERW | 0.10 | 128.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
March 14, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 02/28/25 | Attend continued confirmation hearing. | KSE | 0.40 | 424.00 |
| 02/28/25 | Attend bankruptcy court hearing regarding confirmation of debtors' chapter 11 plan. | AB | 0.30 | 262.50 |
| 02/28/25 | Emails with A. Barajas and K. Elliott (both KDW) regarding confirmation hearing (.1); confer with K. Elliott (KDW) regarding same (.2). | ERW | 0.30 | 384.00 |
| Total Services for this Matter: | | | | 8,011.00 |
| Total this Invoice | | | | $8,011.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0013
March 14, 2025
Page  3

_____

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| AB | Barajas, Andres | 1.70 | 875.00 | $1,487.50 |
| ERW | Wilson, Eric | 3.30 | 1,280.00 | 4,224.00 |
| JC | Churchill, John | 0.10 | 735.00 | 73.50 |
| KSE | Elliott, Kristin S | 2.10 | 1,060.00 | 2,226.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

March 14, 2025
Invoice No. 2925716

| 030319 | Blink Committee |
|---|---|
| 0019 | Non-Working Travel Time |

## Account Summary And Remittance Form

Legal Services: $2,311.00

Disbursements and Other Charges: $0.00

**Total Amount Due:** **$2,311.00**

## Terms: Payment Due on or Before    April 13, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:    JP MORGAN CHASE, N.A.**
**ABA #:** ▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** ▮▮▮▮▮
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
c/o Eric Wilson
3 World Trade Center
175 Greenwich Street
New York, NY 10007

March 14, 2025
Invoice No. 2925716

Client   030319
Matter 0019   Non-Working Travel Time

---

Attorney: 05395                                                                                    Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/04/25 | Travel to (2.1) and from (1.6) confirmation hearing. | KSE | 3.70 | $1961.00 |
| 02/04/25 | Travel on train from NYC to Wilmington for confirmation hearing (.4); return train travel from Delaware to NYC (.4). | AB | 0.80 | 350.00 |
| | Total Services for this Matter: | | | 2,311.00 |
| | Total this Invoice | | | $2,311.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE   OFFICE: |
| --- | --- | --- |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

Blink Committee
Client   030319
Matter 0019
March 14, 2025
Page  2

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| AB | Barajas, Andres | 0.80 | 437.50 | $350.00 |
| KSE | Elliott, Kristin S | 3.70 | 530.00 | 1,961.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

**EXHIBIT A-2**

**Kelley Drye Expenses for the Monthly Period**

**KELLEY DRYE & WARREN LLP**
** ** CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY ** **

** ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm **

RUN DATE: March 14, 2025 09:33:25               DATE THRU: February 28, 2025                                                    Page: 2
**Billing Timekeeper: 05395 - Wilson, Eric**                                                    **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1935310                                                                             FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 08062 | Elliott , K. | 02/04/25 | VENDOR: Elliott, Kristin S INVOICE#: 7239790502190347 DATE: 2/19/2025 Travel/Meal Blink Confirmation HearingTransaction Date: 02/04/25; Tolls, driving to Blink confirmation hearing/ **Local Travel** | 11.00 | H  T  W | 8952224 |
| 08062 | Elliott , K. | 02/04/25 | VENDOR: Elliott, Kristin S INVOICE#: 7239790502190347 DATE: 2/19/2025 Travel/Meal Blink Confirmation HearingTransaction Date: 02/04/25; Mileage, driving to Blink confirmation hearing; 158.52 miles/ **Local Travel** | 110.96 | H  T  W | 8952225 |
| 08382 | Barajas , A. | 02/04/25 | VENDOR: Barajas, Andres INVOICE#: 7217916102070347 DATE: 2/7/2025 Travel to Delaware for Blink HearingTransaction Date: 02/04/25; R/T Train for Blink Hearing in Delaware; 02/04/2025 - 02/04/2025; NY/Delaware/ **Long Distance Travel** | 303.00 | H  T  W | 8951065 |
| 08382 | Barajas , A. | 02/04/25 | VENDOR: Barajas, Andres INVOICE#: 7217916102070347 DATE: 2/7/2025 Travel to Delaware for Blink HearingTransaction Date: 02/04/25; Taxi to Hearing in Delaware; Train/Hearing/ **Cab Service** | 9.48 | H  T  W | 8951063 |
| 08382 | Barajas , A. | 02/04/25 | VENDOR: Barajas, Andres INVOICE#: 7217916102070347 DATE: 2/7/2025 Travel to Delaware for Blink HearingTransaction Date: 02/04/25; Taxi to Train for Hearing in Delaware; Home/Train/ **Cab Service** | 49.43 | H  T  W | 8951064 |
| 08062 | Elliott , K. | 02/04/25 | VENDOR: Elliott, Kristin S INVOICE#: 7239790502190347 DATE: 2/19/2025 Travel/Meal Blink Confirmation HearingTransaction Date: | 16.32 | H  T  W | 8952223 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: March 14, 2025 09:33:25             DATE THRU: February 28, 2025                                              Page: 3
**Billing Timekeeper: 05395 - Wilson, Eric**                              **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1935310                                                                                        FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---------|----------|------|-------------|------------:|-------|---------|
| 08141 | Howard , M.W. | 01/31/25 | 02/04/25; Breakfast - Blink confirmation hearing; Kristin S Elliott/ **Meals** KLDiscovery Invoice #1001000064804 on 01/31/2025.KLDiscovery Invoice #1001000064804 on 01/31/2025 for Active Hosting - Relativity for January 2025./ **Discovery and Litigation Tech Services** | 21.05 | H  T  W | 8954650 |
| | | 10/08/24 | \|\|Pacer | 0.60 | H  T  W | 8955981 |
| | | 10/24/24 | \|\|Pacer | 3.00 | H  T  W | 8955982 |
| | | 10/31/24 | \|\|Pacer | 3.00 | H  T  W | 8955983 |
| | | 11/04/24 | \|\|Pacer | 0.30 | H  T  W | 8955984 |
| | | 11/21/24 | \|\|Pacer | 7.80 | H  T  W | 8955985 |
| | | 12/02/24 | \|\|Pacer | 3.60 | H  T  W | 8955986 |
| | | | **Totals:** | **$539.54** | | |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: March 14, 2025 09:33:25               DATE THRU: February 28, 2025                                 Page: 5
**Billing Timekeeper: 05395 - Wilson, Eric**                                   **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1935310                                                                                             FORMAT 021
**030319 - Blink Committee**
**0001 - Case Administration**

| | **Other Charges Summary** | **Amount** | **Disp** | | |
|---|---|---|---|---|---|
| 000211 | Local Travel | 121.96 | H | T | W |
| 000212 | Long Distance Travel | 303.00 | H | T | W |
| 000225 | Cab Service | 58.91 | H | T | W |
| 000226 | Meals | 16.32 | H | T | W |
| 000278 | Discovery and Litigation Tech Services | 21.05 | H | T | W |
| 000348 | Pacer | 18.30 | H | T | W |
| | **Total** | **539.54** | | | |