## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of April, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Combined Sixth Monthly and Final Fee Application of Kelley Drye & Warren LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Monthly Period From February 1, 2025 Through and Including February 28, 2025, and the Final Period From August 26, 2024 Through and Including February 28, 2025* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and an additional service was competed via electronic mail on the parties listed on the attached service list.

*/s/ Brya M. Keilson*
Brya M. Keilson (DE Bar No. 4643)

---

[1]    Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17279276/1

**Service List**

Steven Shenker
Scott Canna
c/o Triple P RTS, LLC,
300 North LaSalle, Suite 1420
Chicago, IL 60654
sshenker@pppllc.com
scanna@pppllc.com

*Debtors*

Sean T. Greecher, Esq.
Allison S. Mielke, Esq.
Young Conaway Stargatt & Taylor, LLP,
Rodney Square
1000 N. King Street
Wilmington, DE 19801
sgreecher@ycst.com
amielke@ycst.com

*Counsel to the Debtors*

Benjamin A. Hackman, Esq.
The Office of the United States Trustee
for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

*United States Trustee*

Peter P. Knight Katten, Esq.
Allison E. Yager, Esq.
Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
peter.knight@katten.com
allison.yager@katten.com

and

Curtis S. Miller, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
cmiller@morrisnichols.com

*Counsel to the DIP Agent*

2

17279276/1