# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: May 2, 2025 at 4:00 p.m.  (ET)<br>Hearing Date: June 3, 2025 at 11:00 a.m. (ET) |

**SUMMARY OF COMBINED SIXTH MONTHLY AND FINAL APPLICATION OF MORRIS JAMES LLP, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE (I) MONTHLY PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025 AND (II) FINAL PERIOD FROM AUGUST 28, 2024 THROUGH FEBRUARY 28, 2025**

| | |
|---|---|
| Name of Applicant | Morris James LLP |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors of Blink Holdings, Inc., *et al.* |
| Date of retention order: | October 15, 2024 *nunc pro tunc* to August 28, 2024 |
| Monthly Period for which compensation and reimbursement sought: | February 1, 2025 through February 28, 2025 |
| Compensation sought as actual, reasonable, and necessary: | $21,478.50 |
| Expense reimbursement sought as actual, reasonable, and necessary: | $198.67 |

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

| | |
|---|---|
| Final Period for which compensation and reimbursement sought: | August 28, 2024 through February 28, 2025 |
| Compensation sought as actual, reasonable, and necessary: | $276,047.50 |
| Expense reimbursement sought as actual, reasonable, and necessary: | $16,211.10 |
| Estimated Amount of Compensation Sought as Actual, Reasonable, And Necessary Incurred from March 1, 2025 Through and Including the Date of the Hearing on the Final Fee Applications ("Post-effective Date Period")[2] | $10,000.00 |
| Estimated Amount of Expense Reimbursement Sought as Reasonable and Necessary Incurred During the Post-Effective Date Period: | $0.00 |
| Amount of Final Compensation sought as actual, reasonable, and necessary: | $286,047.50[3] |
| Amount of Final Expense Reimbursement sought as actual, reasonable, and necessary: | $16,211.10 |

This is a(n):     __X__ monthly     ____ interim     __X__ final

---

[2] In addition to the fees incurred on previously filed monthly applications Morris James is estimating fees for the period from March 1, 2025 through and including the date of the final fee hearing. In connection with the preparation of fee applications for the Committees' professionals, attendance at the final fee hearing and certain required case administration after the effective date, Morris James LLP estimates that it will incur approximately $10,000.00 in fees during this period. Notwithstanding these estimates, Morris James will only seek payment from the Debtors for fees and expenses actually incurred by Morris James during this period.

[3] This amount includes an additional $10,000.00 in estimated fees for the Post-Effective Date Period.

17254436/1

Previous Applications:

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid | Amount of Expenses Authorized to be Paid |
|---|---|---|---|---|---|---|
| 10/31/2024 [D.I. 538] | August 28, 2024 – September 30, 2024 | $103,148.00 | $1,477.55 | 11/25/2024 [D.I. 641] | $103,148.00 | $1,477.55 |
| 12/16/2024 [D.I. 683] | October 1, 2024 – October 31, 2024 | $59,833.00 | $264.55 | 1/7/2025 [D.I. 713] | $59,833.00 | $264.55 |
| 2/12/2025 [D.I. 795] | November 1, 2024 – November 30, 2024 | $57,742.00 | $13,134.88 | 3/6/2025 [D.I. 843] | $46,193.60 | $13,134.88 |
| 2/24/2025 [D.I. 810] | December 1, 2024 – December 31, 2024 | $20,293.50 | $646.95 | 3/18/2025 [D.I. 854] | $16,234.80 | $646.95 |
| 2/28/2025 [D.I. 829] | January 1, 2025 – January 31, 2025 | $13,552.50 | $488.50 | 3/24/2025 [D.I. 859] | $10,842.00 | $488.50 |
| **TOTALS** | | **$254,569.00** | **$16,012.43** | | **$236,251.40** | **$16,012.43** |

17254436/1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: May 2, 2025 at 4:00 p.m. (ET)** |
| | **Hearing Date: June 3, 2025 at 11:00 a.m. (ET)** |

## COMBINED SIXTH MONTHLY AND FINAL APPLICATION OF MORRIS JAMES LLP, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE (I) MONTHLY PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025 AND (II) FINAL PERIOD FROM AUGUST 28, 2024 THROUGH FEBRUARY 28, 2025

Morris James LLP ("Morris James"), Delaware Counsel to the Official Committee of Unsecured Creditors (the "Committee") of Blink Holdings, Inc., *et al*., the above-captioned Debtors (the "Debtors"), hereby submits its *Combined Sixth Monthly Final Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the (I) Monthly Period from February 1, 2025 Through February 28, 2025 and (II) Final Period from August 28, 2024 through February 28, 2025* (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") for (i) allowance of compensation in the amount of $21,478.50 and reimbursement of expenses in the amount of $198.67 for the monthly period from February 1, 2025 through February 28, 2025 (the "Monthly Compensation Period") and (ii) allowance of compensation in the amount of $276,047.50 and reimbursement of expenses in the amount of $16,211.10 for the period from August 28, 2024

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

through February 28, 2025 (the "Final Compensation Period"), in support thereof, Morris James respectfully represents as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).

2.      Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

3.      The statutory predicate for the relief sought herein is section 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-2.

## BACKGROUND

4.      On August 12, 2024, (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively the "Chapter 11 Cases").  The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

5.      The Debtors have continued in the possession of its property and has continued to operate and manage its business as Debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Chapter 11 Cases.

6.      On August 23, 2024, the Office of the United States Trustee for the District of Delaware (the "United States Trustee") filed its notice of appointment of the five (5) member Committee pursuant to section 1102(a)(1) of the Bankruptcy Code.[2]  On August 26, 2024, the Committee selected Kelley Drye & Warren LLP ("Kelley Drye") as its lead counsel and on August

---

[2] The Committee members are the following: (1) Johnson Health Tech NA, Inc.; (2) Motionsoft, Inc.; (3) FW IL-Riverside/Rivers Edge, LLC; (4) 96 N. 10th Street Holdings LLC; and (5) GS FIT ILL-1 LLC. On November 4, 2024, Motionsoft, Inc. resigned from the Committee. Docket No. 571.

28, 2024, Morris James was selected to serve as Delaware counsel.  The Committee also selected Dundon Advisers LLC as its financial advisor.

7.    On August 20, 2024, the Debtors filed its *Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* (the "Interim Compensation Motion") [Docket No. 93], and on September 5, 2024, the Court entered an Order approving the Interim Compensation Motion (the "Interim Compensation Order") [Docket No. 162].

8.    On September 25, 2024, the Committee filed the *Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Delaware Counsel to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to August 28, 2024* (the "Retention Application") [Docket No. 415]. On October 15, 2024, the Court entered an order approving the Retention Application, *Nunc Pro Tunc* to August 28, 2024 [Docket No. 491].

9.    On February 28, 2025, the Court entered the *Findings of Fact, Conclusions of Law, and Order Approving and Confirming the Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Blink Holdings, Inc. and Its Affiliated Debtors and Debtors in Possession* (the "Plan") [Docket No. 831]. On February 28, 2025, the Plan went effective. See Notice of Effective Date [Docket No. 833].

## SERVICES PROVIDED BY MORRIS JAMES

10.    Since its retention, Morris James, in its capacity as Delaware Counsel to the Committee, undertook, the following:

- Provided legal advice and assistance to the Committee in its consultation with the Debtors relative to the Debtors' administration of its reorganization and the Chapter 11 Cases;

3

- Reviewed and analyzed all applications, motions, orders, statements of operations, and schedules filed with the Court by the Debtors or third parties, advised the Committee as to their propriety, and after consultation with the Committee, took appropriate action;

- Prepared necessary applications, motions, responses, answers, orders, reports, and other legal papers on behalf of the Committee;

- Represented the Committee at hearings held before the Court and communicated with the Committee regarding the issues raised, as well as the decisions of the Court; and

- Performed such other legal services to the Committee in connection with the prosecution of the Chapter 11 Cases as are necessary and appropriate.

## MONTHLY APPLICATIONS

11.      On February 21, 2025, Morris James filed its third monthly application for compensation and reimbursement of expenses [Docket No. 795] (the "Third Monthly Application"). By the Third Monthly Application, Morris James sought approval of compensation of $57,742.00 and reimbursement of expenses in the amount of $13,134.88 for the period of November 1, 2024 through November 30, 2024. On March 6, 2025, Morris James filed a certificate of no objection regarding the Third Monthly Application [Docket No. 843].

12.      On February 24, 2025, Morris James filed its fourth monthly application for compensation and reimbursement of expenses [Docket No. 810] (the "Fourth Monthly Application"). By the Fourth Monthly Application, Morris James sought approval of compensation of $20,293.50 and reimbursement of expenses in the amount of $646.95 for the period of December 1, 2024 through December 31 2024. On March 19, 2025, Morris James filed a certificate of no objection regarding the Fourth Monthly Application [Docket No. 854].

13.      On February 28, 2025, Morris James filed its fifth monthly application for compensation and reimbursement of expenses [Docket No. 683] (the "Fifth Monthly

4

Application"). By the Fifth Monthly Application, Morris James sought approval of compensation of $13,552.50 and reimbursement of expenses in the amount of $488.50 for the period of January 1, 2025 through January 31, 2025. On March 24, 2025, Morris James filed a certificate of no objection regarding the Fifth Monthly Application [Docket No. 859].

14.     Included in this application, Morris James files its sixth monthly application for compensation and reimbursement of expenses (the "Sixth Monthly Application"). By the Sixth Monthly Application, Morris James seeks approval of compensation of $21,478.50 and reimbursement of expenses in the amount of $198.67 for the period of February 1, 2025 through February 28, 2025.

15.     A chart detailing the fees during the Monthly Compensation Period, by professional and by category and a full and detailed statement describing the services rendered during the Compensation Period, by each professional and paraprofessional at Morris James are both attached hereto as **Exhibit A**. Morris James submits that the professional services it rendered on behalf of the Debtors during this time were both reasonable and necessary.

16.     The total sum due to Morris James for professional services rendered on behalf Debtors during for the Final Compensation Period is $276,047.50. A chart detailing the fees in each of the applications during the Final Compensation Period, by professional and by category is attached as **Exhibit B**. Morris James submits that the professional services it rendered on behalf of the Debtors during this time were both reasonable and necessary.

17.     Morris James incurred $198.67 of Expenses during the Monthly Compensation Period and $16,211.10 of expenses during the Final Compensation Period. A chart detailing the specific disbursements is attached hereto as **Exhibit C**.

5

18.     In accordance with the United States Trustee Large Case Fee Guidelines ("Fee Guidelines"), Morris James has attached the Answers to Questions C.5 of the Fee Guidelines, Customary and Comparable Compensation Disclosures and the Budget and Staffing Plan as **Exhibit D**.

19.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1, and this Application conforms to such requirements, including that travel time was not billed at more than half rate and copying charges were only $0.10 per page.

[*Remainder of Page Intentionally Left Blank*]

6

17254436/1

WHEREFORE, Morris James hereby requests pursuant to the procedures allowed in the Interim Compensation Order: (i) approval of allowance and payment on a monthly basis, of Morris James' compensation necessary and valuable professional services rendered to the Committee in the sum of $21,478.50 and reimbursement of expenses in the sum of $198.67 for the period February 1, 2025 through and including February 28, 2025; (ii) approval of allowance and payment on a final basis, of Morris James' compensation necessary and valuable professional services rendered to the Committee in the sum of $286,047.50[1] and reimbursement of expenses in the sum of $16,211.10 for the period August 28, 2024 through and including February 28, 2025; (ii) payment of any 20% holdback that was withheld from payment under the monthly fee application; and (iii) such other and further relief as is just and proper.

Dated: April 11, 2025

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
bkeilson@morrisjames.com
scerra@morrisjames.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

---

[1] This amount includes an additional $10,000.00 in estimated fees for the Post-Effective Date Period.

17254436/1