# EXHIBIT A

## Compensation By Category – Sixth Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| B110 Case Administration | 3.60 | $1,542.00 |
| B150 Meetings/Communications with Committee and/or Creditors | 0.80 | $685.50 |
| B165 Retention Applications (Others) | 1.20 | $474.00 |
| B170 Fee Applications (MJ) | 5.30 | $2,598.50 |
| B185 Assumption/Rejection of Leases and Contracts | 0.20 | $181.00 |
| B175 Fee Applications (Others) | 8.40 | $3,294.00 |
| B320 Plan and Disclosure Statement | 15.60 | $10,536.00 |
| B430A Court Hearings: Attendance and Preparation | 4.80 | $2,167.50 |
| **Totals** | **39.90** | **$21,478.50** |

## **Timekeeper Summary – Sixth Monthly Compensation Period**

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | $905.00 | 6.30 | $4,250.00 |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Partner in Bankruptcy Department since 2019 | $850.00 | 5.00 | $4,250.00 |
| Siena B. Cerra | Member of the Delaware Bar since 2023; Associate in Bankruptcy Department since 2023 | $425.00 | 12.90 | $5,482.50 |
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | $385.00 | 4.30 | $4.30 |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | $385.00 | 11.40 | $1,655.50 |
| | | **Totals** | **39.90** | **$21,478.50** |
| **Blended Rate $538.31** | | | | |

# Morris James LLP

500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750
Federal Tax I.D. 51-0023480

Official Committee of Unsecured Creditors of Blink Holdings,
Inc.
Committee Chairperson: Christie Draves
christie.draves@johnsonfit.com
Johnson Health Tech North America, Inc.
1600 Landmark Drive
Cottage Grove, WI  53527

April 1, 2025
Invoice 613422

| Matter Name: | Blink Holdings, Inc., Case No. 24-11686 (JKS) |
|---|---|
| Matter Number: | 144585-0001 |
| Attorney: | Eric J. Monzo |

**For Professional Services through February 28, 2025**

| | |
|---|---|
| **Fees** | **$21,478.50** |
| **Disbursements** | **$198.67** |
| **Total Charges** | **$21,677.17** |

| Fee Recap | | | | |
|---|---|---|---|---|
| | | **Hours** | **Rate/Hours** | **Amount** |
| Brya M. Keilson | Partner | 5.00 | 850.00 | 4,250.00 |
| Eric J. Monzo | Partner | 6.30 | 905.00 | 5,701.50 |
| Siena B. Cerra | Associate | 12.90 | 425.00 | 5,482.50 |
| Douglas J. Depta | Paralegal | 11.40 | 385.00 | 4,389.00 |
| Stephanie A. Lisko | Paralegal | 4.30 | 385.00 | 1,655.50 |
| | **Totals** | **39.90** | | **21,478.50** |

Matter Number:  144585-0001
04/01/25
Page 2

## Services by Task Code

|  |  | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 3.60 | 1,542.00 |
| B150 | Meetings/Communications with Committee and/or Creditors | 0.80 | 685.50 |
| B165 | Retention Applications (Others) | 1.20 | 474.00 |
| B170 | Fee Applications (MJ) | 5.30 | 2,598.50 |
| B175 | Fee Applications (Others) | 8.40 | 3,294.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.20 | 181.00 |
| B320 | Plan and Disclosure Statement | 15.60 | 10,536.00 |
| B430A | Court Hearings: Attendance and Preparation | 4.80 | 2,167.50 |
| | **Totals** | **39.90** | **$21,478.50** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110 Case Administration** | | | | | |
| 02/02/25 | SAL | Emails with S. Cerra re February 4 hearing. | 0.10 | 385.00 | 38.50 |
| 02/03/25 | SAL | Register appearances for KDW, Dundon, and committee members for February 4 hearing and emails with S. Cerra re same. | 0.50 | 385.00 | 192.50 |
| 02/03/25 | SAL | Prepare and coordinate production of materials for February 4 hearing and emails with S. Cerra re same. | 0.50 | 385.00 | 192.50 |
| 02/03/25 | SAL | Emails with S. Cerra re February 4 hearing logistics. | 0.20 | 385.00 | 77.00 |
| 02/04/25 | SAL | Emails with B. Keilson and S. Cerra re February 4 hearing, review docket, and update case calendar. | 0.20 | 385.00 | 77.00 |
| 02/04/25 | SAL | Request February 4 hearing transcript and emails with S. Cerra re same. | 0.10 | 385.00 | 38.50 |
| 02/04/25 | SAL | Email from co-counsel re confirmation hearing update and update critical dates and case calendar. | 0.10 | 385.00 | 38.50 |
| 02/06/25 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 385.00 | 77.00 |
| 02/07/25 | EJM | Review ordinary course statement. | 0.10 | 905.00 | 90.50 |
| 02/10/25 | SAL | Review relevant pleadings filed and update case folder. | 0.10 | 385.00 | 38.50 |
| 02/17/25 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.20 | 385.00 | 77.00 |
| 02/20/25 | SAL | Review pleadings and emails re anticipated effective date and emails with B. Keilson and D. Depta re same. | 0.20 | 385.00 | 77.00 |
| 02/24/25 | SAL | Email from co-counsel and with S. Cerra and register appearances for February 28 hearing. | 0.30 | 385.00 | 115.50 |
| 02/26/25 | SAL | Review agenda for February 28 hearing and update case calendar and folder. | 0.10 | 385.00 | 38.50 |
| 02/27/25 | SAL | Review relevant pleadings filed and update critical dates, case calendar, and folder. | 0.40 | 385.00 | 154.00 |

Matter Number:  144585-0001
04/01/25
Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/28/25 | DJD | Email transcriber re Feb 28 hearing transcript. | 0.10 | 385.00 | 38.50 |
| 02/28/25 | EJM | Review monthly operating report filing. | 0.20 | 905.00 | 181.00 |
| | | **Task Code Subtotal** | **3.60** | | **1,542.00** |

**B150 Meetings/Communications with Committee and/or Creditors**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/04/25 | BMK | Emails with committee and co-counsel regarding hearing and updates and review relevant documents. | 0.70 | 850.00 | 595.00 |
| 02/28/25 | EJM | Review email update to committee. | 0.10 | 905.00 | 90.50 |
| | | **Task Code Subtotal** | **0.80** | | **685.50** |

**B165 Retention Applications (Others)**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/01/25 | SBC | Emails with KDW and MJ teams re supplemental declaration. | 0.10 | 425.00 | 42.50 |
| 02/02/25 | SBC | Review and finalize supplemental declaration (.1); emails with MJ team re same (.1). | 0.20 | 425.00 | 85.00 |
| 02/02/25 | SAL | Email from co-counsel and with S. Cerra re KDW supplemental declaration. | 0.10 | 385.00 | 38.50 |
| 02/03/25 | SAL | Review KDW supplemental retention declaration, draft certificate of service and prepare service lists, and emails with S. Cerra re same. | 0.40 | 385.00 | 154.00 |
| 02/03/25 | SAL | Finalize, file, and serve KDW supplemental retention declaration. | 0.40 | 385.00 | 154.00 |
| | | **Task Code Subtotal** | **1.20** | | **474.00** |

**B170 Fee Applications (MJ)**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/03/25 | SAL | Emails with accounting re status of monthly fee applications. | 0.10 | 385.00 | 38.50 |
| 02/12/25 | DJD | Update and file third monthly application, email counsel for service, and update case folder and calendar. | 0.50 | 385.00 | 192.50 |
| 02/20/25 | DJD | Further review and update Dec invoice and emails internally re updates. | 0.40 | 385.00 | 154.00 |
| 02/20/25 | DJD | Update fourth monthly application and circulate for review. | 0.60 | 385.00 | 231.00 |
| 02/20/25 | DJD | Review and update Jan invoice and emails internally re updates. | 0.40 | 385.00 | 154.00 |
| 02/20/25 | DJD | Draft fifth monthly application. | 0.80 | 385.00 | 308.00 |
| 02/20/25 | BMK | Emails with D. Depta regarding draft fee application (.4); review drafts (.8). | 1.20 | 850.00 | 1,020.00 |
| 02/24/25 | DJD | Update and file fourth monthly application, email counsel for service, and update case folder and calendar. | 0.50 | 385.00 | 192.50 |
| 02/24/25 | DJD | Emails with UST re LEDES data. | 0.10 | 385.00 | 38.50 |
| 02/27/25 | DJD | Update fifth monthly application and emails internally and with co-counsel re same. | 0.30 | 385.00 | 115.50 |
| 02/28/25 | DJD | Update and file fifth monthly application, email counsel for service, and update case folder and calendar. | 0.40 | 385.00 | 154.00 |
| | | **Task Code Subtotal** | **5.30** | | **2,598.50** |

**B175 Fee Applications (Others)**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/11/25 | DJD | Review and update KDW third monthly application, draft | 0.80 | 385.00 | 308.00 |

Matter Number:  144585-0001
04/01/25
Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | CoS, and redact invoice. | | | |
| 02/11/25 | SBC | Review KDW November fee application (.2); emails with KDW and MJ teams re same (.1). | 0.30 | 425.00 | 127.50 |
| 02/12/25 | SBC | Emails with KDW and MJ teams re November fee applications. | 0.10 | 425.00 | 42.50 |
| 02/12/25 | SBC | Review Dundon November fee application (.2); emails with MJ team re same (.1). | 0.30 | 425.00 | 127.50 |
| 02/12/25 | DJD | Update and file KDW third monthly application, email counsel for service, and update case folder and calendar. | 0.50 | 385.00 | 192.50 |
| 02/12/25 | DJD | Review, update, and file Dundon third monthly application, email counsel for service, and update case folder and calendar. | 0.90 | 385.00 | 346.50 |
| 02/13/25 | DJD | Emails with UST and co-counsel re LEDES data. | 0.10 | 385.00 | 38.50 |
| 02/13/25 | SBC | Emails with KDW and MJ teams re LEDES files. | 0.10 | 425.00 | 42.50 |
| 02/20/25 | DJD | Emails with co-counsel re applications. | 0.10 | 385.00 | 38.50 |
| 02/24/25 | DJD | Review, update and file KDW fourth monthly application, draft COS, email counsel for service, and update case folder and calendar. | 1.30 | 385.00 | 500.50 |
| 02/24/25 | DJD | Review, update and file Dundon fourth monthly application, email counsel for service, and update case folder and calendar. | 1.20 | 385.00 | 462.00 |
| 02/24/25 | SBC | Review KDW and Dundon December fee application (.3); emails with MJ team re same (.1). | 0.40 | 425.00 | 170.00 |
| 02/27/25 | SBC | Review fifth monthly fee app (.2); emails with KDW and MJ teams re same (.1). | 0.30 | 425.00 | 127.50 |
| 02/28/25 | DJD | Review and file KDW fifth monthly application, redact exhibits, draft cos, email counsel for service, and update case folder and calendar. | 1.10 | 385.00 | 423.50 |
| 02/28/25 | DJD | Review, update and file Dundon fifth monthly application, email counsel for service, and update case folder and calendar. | 0.90 | 385.00 | 346.50 |
| | | **Task Code Subtotal** | **8.40** | | **3,294.00** |

**B185 Assumption/Rejection of Leases and Contracts**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/13/25 | EJM | Review assumes contract designation. | 0.20 | 905.00 | 181.00 |
| | | **Task Code Subtotal** | **0.20** | | **181.00** |

**B320 Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/02/25 | SBC | Review amended plan and UST objection. | 0.70 | 425.00 | 297.50 |
| 02/03/25 | SBC | Analyze amended plan and confirmation brief (1.0); discuss same with MJ team (.2). | 1.20 | 425.00 | 510.00 |
| 02/03/25 | EJM | Update on plan status an hearing and discussion with S. Cerra. | 0.50 | 905.00 | 452.50 |
| 02/03/25 | BMK | Emails with E. Monzo and S. Cerra regarding updates on Plan and disclosure statement (.5); review amended plan and disclosure statement (1.2). | 1.70 | 850.00 | 1,445.00 |
| 02/04/25 | SBC | Analyze confirmation issues raised at hearing and draft summary notes re same (.8); discuss confirmation issues with MJ team (.1). | 0.90 | 425.00 | 382.50 |
| 02/04/25 | SBC | Review orginzational documents and plan re plan | 1.70 | 425.00 | 722.50 |

Matter Number: 144585-0001
04/01/25
Page 5

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | administrator indemnification (1.5); discuss same with KDW and MJ teams (.2). | | | |
| 02/04/25 | EJM | Update and discussions with co-counsel, S. Cerra and P. Hurwitz on issues following hearing on plan confirmation. | 0.70 | 905.00 | 633.50 |
| 02/04/25 | EJM | Emails and analysis re exculpation issues for post effective date trust and analysis of business entities documents. | 0.80 | 905.00 | 724.00 |
| 02/05/25 | SBC | Analyze corporate organization documents and plan (1.1); discuss same with MJ team (.2); emails with KDW re same (.1). | 1.40 | 425.00 | 595.00 |
| 02/05/25 | EJM | Discussion with proposed trustee and update language in plan confirmation order re authority and emails with co-counsel. | 1.10 | 905.00 | 995.50 |
| 02/06/25 | SBC | Emails with KDW and MJ teams re plan administrator agreement. | 0.20 | 425.00 | 85.00 |
| 02/06/25 | EJM | Follow up emails with debtors and co-counsel re plan administrator agreement. | 0.20 | 905.00 | 181.00 |
| 02/13/25 | EJM | Emails with co-counsel and counsel to debtors re edits to proposed confirmation order and plan administrator agreements. | 0.20 | 905.00 | 181.00 |
| 02/14/25 | BMK | Review plan and discuss with E. Monzo. | 1.10 | 850.00 | 935.00 |
| 02/14/25 | EJM | Correspond with B. Keilson and review plan documents. | 0.60 | 905.00 | 543.00 |
| 02/18/25 | SAL | Emails with B. Keilson re plan administrator agreement. | 0.10 | 385.00 | 38.50 |
| 02/20/25 | DJD | Review plan and emails with B. Keilson. | 0.40 | 385.00 | 154.00 |
| 02/23/25 | EJM | Emails with financial advisor and co-counsel re post effective date insurance. | 0.20 | 905.00 | 181.00 |
| 02/23/25 | EJM | Review plan updates and redline. | 0.60 | 905.00 | 543.00 |
| 02/24/25 | EJM | Review plan supplement documents. | 0.30 | 905.00 | 271.50 |
| 02/28/25 | EJM | Review form of confirmation order. | 0.40 | 905.00 | 362.00 |
| 02/28/25 | EJM | Review notice of effective date. | 0.10 | 905.00 | 90.50 |
| 02/28/25 | SBC | Review confirmation order and effective date notice. | 0.50 | 425.00 | 212.50 |
| | | **Task Code Subtotal** | **15.60** | | **10,536.00** |

**B430A Court Hearings: Attendance and Preparation**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/01/25 | SBC | Emails with MJ team re hearing preparation. | 0.10 | 425.00 | 42.50 |
| 02/02/25 | SBC | Emails with MJ and KDW teams re confirmation hearing. | 0.40 | 425.00 | 170.00 |
| 02/03/25 | SBC | Emails with KDW and MJ teams re hearing preparation and details. | 0.20 | 425.00 | 85.00 |
| 02/04/25 | SBC | Hearing preparation. | 1.50 | 425.00 | 637.50 |
| 02/04/25 | SBC | Attend confirmation hearing. | 2.00 | 425.00 | 850.00 |
| 02/26/25 | SBC | Discuss confirmation hearing details with KDW and MJ teams. | 0.30 | 425.00 | 127.50 |
| 02/28/25 | BMK | Attend confirmation hearing. | 0.30 | 850.00 | 255.00 |
| | | **Task Code Subtotal** | **4.80** | | **2,167.50** |
| | | **Sub-Total Fees:** | | | **21,478.50** |

**For Disbursements through February 28, 2025**

Matter Number:  144585-0001
04/01/25
Page 6

---

### Disbursements

| Date | Description | Amount |
|------|-------------|-------:|
|  | Postage | 19.50 |
|  | Reproduction | 112.50 |
| 02/04/25 | 02/04/2025  - Bluebird - Working breakfast for hearing  prep - A. Barajas, K Elliott,  E. Monzo. S. Cerra | 66.67 |
| **Total Disbursements** | | **198.67** |

| | |
|---|---:|
| **Total Services and Disbursements this period** | **$21,677.17** |
| **Balance Due** | **$21,677.17** |