# EXHIBIT B

## Compensation By Category – Final Compensation Period

|  | First Interim Application | | Third Monthly Application | | Fourth Monthly Application | | Fifth Monthly Application | | Sixth Monthly Application | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount |
| B110 Case Administration | 64.90 | $39,901.50 | 20.60 | $9,889.00 | 3.10 | $1,613.50 | 4.00 | $2,045.50 | 3.60 | $1,542.00 | **96.20** | **$54,991.50** |
| B120 Asset Analysis and Recovery | 6.70 | $2,821.50 | 11.00 | $4,771.00 | - | - | - | - | - | - | **17.70** | **$7,592.50** |
| B130 Asset Disposition | 56.10 | $29,489.50 | - | - | 0.20 | $78.00 | - | - | - | - | **56.30** | **$29,567.50** |
| B150 Meetings/Communications with Committee and/or Creditors | 26.10 | $15,949.50 | 7.10 | $3,863.00 | 2.40 | $1,896.00 | 0.30 | $255.00 | 0.80 | $685.50 | **36.70** | **$22,649.00** |
| B160 Retention Applications (MJ) | 10.20 | $5,291.00 | - | - | 1.10 | $656.50 | - | - | - | - | **11.30** | **$5,947.50** |
| B165 Retention Applications (Others) | 12.10 | $7,470.50 | - | - | 0.50 | $185.00 | - | - | 1.20 | $474.00 | **13.80** | **$8,129.50** |
| B165A Retention Applications (Others - Objections) | 1.30 | $857.00 | - | - | - | - | - | - | - | - | **1.30** | **$857.00** |
| B170 Fee Applications (MJ) | 5.80 | $2,682.00 | 4.70 | $1,715.50 | 7.50 | $3,340.00 | 4.20 | $2,144.50 | 5.30 | $2,598.50 | **27.50** | **$12,480.50** |
| B175 Fee Applications (Others) | 6.80 | $3,837.50 | 2.60 | $1,336.50 | 6.50 | $3,235.00 | 8.30 | $4,842.00 | 8.40 | $3,294.00 | **32.60** | **$16,545.00** |
| B175A Fee Applications (Others - Objections) | - | - | 0.30 | $117.00 | - | - | - | - | - | - | **0.30** | **$117.00** |
| B185 Assumption/Rejection of Leases and Contracts | 1.00 | $390.00 | 0.20 | $78.00 | 0.10 | $39.00 | - | - | 0.20 | $181.00 | **1.50** | **$688.00** |
| B196 Litigation | 15.60 | $9,582.00 | - | - | - | - | - | - | - | - | **15.60** | **$9,582.00** |
| B220 Employee Benefits/Pensions | 43.90 | $26,925.50 | - | - | - | - | - | - | - | - | **43.90** | **$26,925.50** |
| B230 Financing/Cash Collateral | 18.50 | $10,623.00 | 25.30 | $12,708.50 | 8.50 | $4,438.50 | - | - | - | - | **52.30** | **$27,770.00** |
| B310 Claims Administration and Objections | 3.70 | $2,646.50 | - | - | - | - | - | - | - | - | **3.70** | **$2,646.50** |
| B320 Plan and Disclosure Statement | 4.90 | $2,403.50 | 1.30 | $947.00 | 3.40 | $2,654.50 | 5.00 | $4,265.50 | 15.60 | $10,536.00 | **30.20** | **$20,806.50** |
| B430A Court Hearings: Attendance and Preparation | 5.30 | $2,110.50 | 42.70 | $22,316.50 | 3.00 | $2,157.50 | - | - | 4.80 | $2,167.50 | **55.80** | **$28,752.00** |
| **Totals** | **282.90** | **$162,981.00** | **115.80** | **$57,742.00** | **36.30** | **$20,293.50** | **21.80** | **$13,552.50** | **39.90** | **$21,478.50** | **496.70** | **$276,047.50** |

17254436/1

## Timekeeper Summary – Final Compensation Period

| Timekeeper | Position | First Interim Application | | Third Monthly Application | | Fourth Monthly Application | | Fifth Monthly Application | | Sixth Monthly Application | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount |
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | 24.90 | $20,542.50 | 9.20 | $7,590.00 | 2.90 | $2,392.00 | 3.80 | $3,439.00 | 6.30 | $5,701.50 | **47.10** | **$39,665.00** |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Partner in Bankruptcy Department since 2019 | 107.60 | $85,004.00 | 23.70 | $18,723.00 | 13.20 | $10,428.00 | 6.70 | $5,695.00 | 5.00 | $4,250.00 | **156.20** | **$124,100.00** |
| Tara C. Pakrouh | Member of the Delaware Bar since 2015; Associate in Bankruptcy Department since 2023 | 3.60 | $2,466.00 | 0.40 | $274.00 | - | - | - | - | - | - | **4.00** | **$2,740.00** |
| Siena B. Cerra | Member of the Delaware Bar since 2023; Associate in Bankruptcy Department since 2023 | 77.30 | $30,147.00 | 41.70 | $16,263.00 | 4.00 | $1,560.00 | 1.70 | $722.50 | 12.90 | $5,482.50 | **137.60** | **$54,175.00** |
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | 22.90 | $8,358.50 | 13.30 | $4,854.50 | 5.10 | $1,861.50 | 2.10 | $808.50 | 4.30 | $1,655.50 | **47.70** | **$17,538.50** |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | 38.20 | $13,943.00 | 27.50 | $10,037.50 | 11.10 | $4,051.50 | 7.50 | $2,887.50 | 11.40 | $4,389.00 | **95.70** | **$35,308.50** |
| Samantha L. Rodriguez | Law Clerk in Bankruptcy Department since 2024 | 8.40 | $2,520.00 | - | - | - | - | - | - | - | - | **8.40** | **$2,520.00** |
| **Totals** | | **282.9** | **$162,981.00** | **115.80** | **$57,742.00** | **36.30** | **$20,293.50** | **21.80** | **$13,552.50** | **39.90** | **$21,478.50** | **496.70** | **$276,047.50** |

17254436/1