# EXHIBIT C

## Summary of Expenses – Final Compensation Period

|  | First Interim Application | Third Monthly Application | Fourth Monthly Application | Fifth Monthly Application | Sixth Monthly Application | Total |
|---|---|---|---|---|---|---|
| Postage | $36.09 | $31.08 | - | - | $19.50 | **$86.67** |
| Reproduction | 179.30 | $294.90 | $68.20 | - | $112.50 | **$654.90** |
| Westlaw | $278.92 | $157.94 | - | - | - | **$436.86** |
| USDC (PHV Fees) | $200.00 | $100.00 | $50.00 | - | - | **$350.00** |
| Digital Legal – Delivery | $60.00 | $1,131.25 | - | - | - | **$1,191.25** |
| Reliable (Production) | $723.24 | $34.20 | - | - | - | **$757.44** |
| Pacer | $89.00 | **-** | - | $488.50 | - | **$577.50** |
| Reliable (Transcript) | $98.55 | $474.05 | - | - | - | **$572.60** |
| Working Meals | $77.00 | $351.78 | $528.75 | - | $66.67 | **$1,024.20** |
| DLS Discovery, LLC | - | $10,559.68 | - | - | - | **$10,559.68** |
| **TOTAL**: | **$1,742.10** | **$13,134.88** | **$646.95** | **$488.50** | **$198.67** | **$16,211.10** |

17254436/1