IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF BRYA M. KEILSON REGARDING COMBINED SIXTH MONTHLY AND FINAL APPLICATION OF MORRIS JAMES LLP, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE (I) MONTHLY PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025 AND (II) FINAL PERIOD FROM AUGUST 28, 2024 THROUGH FEBRUARY 28, 2025**

| | | |
|---|---|---|
| STATE OF DELAWARE | : | |
| | : | SS |
| COUNTY OF NEW CASTLE | : | |

I, Brya M. Keilson, after being sworn according to law, deposes and says:

1. I am a partner at the firm of Morris James LLP ("Morris James"), Delaware Counsel to the Official Committee of Unsecured Creditors (the "Committee").

2. I have read the foregoing *Combined Sixth Monthly Final Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the (I) Monthly Period from February 1, 2025 Through February 28, 2025 and (II) Final Period from August 28, 2024 through February 28, 2025* and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Morris

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17254436/1

James and am thoroughly familiar with all other work performed on behalf of the Committee by the attorneys and paraprofessionals in Morris James.

3. In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of the Title 11, United States Code, no agreement or understanding exists between Morris James and any other person for the sharing of compensation to be received in connection with the above-captioned case.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 11, 2025         */s/ Brya M. Keilson*
                              Brya M. Keilson (DE Bar No. 4643)