# EXHIBIT A

## Compensation By Category – Final Compensation Period

|  | Total Hours | Total Amount |
|---|---|---|
| Business Analysis | 434.5 | $311,180.50 |
| Case Administration | 14.6 | $10,212.00 |
| Claims Analysis | 18.7 | $16,693.00 |
| Committee Member/Professional Meetings & Communications | 82.9 | $65,908.50 |
| Debtor Professional and Client Meeting | 8.0 | $5,642.50 |
| Debtor/Lender Professional Staff Mtgs. | 2.0 | $700.00 |
| Other Prof. Retention and Fee Applications | 0.5 | $480.00 |
| Plan and Disclosure Statement | 13.7 | $13,130.00 |
| Retention and Fee Applications | 17.90 | $16,574.00 |
| Sale Process | 176.50 | $142,611.00 |
| **Totals** | 769.3 | $583,131.50 |

17280092/1

## Timekeeper Summary – Final Compensation Period

| Timekeeper | Position | Hours | Amount |
|---|---|---|---|
| Matthew Dundon | Principal | 0.7 | $672.00 |
| Peter Hurwitz | Principal | 187.6 | $180,096.00 |
| Lee Rooney | Managing Director | 267.6 | $227,460.00 |
| Jennifer Ganzi | Senior Director | 152.0 | $114,760.00 |
| Michael Garbe | Senior Director | 2.0 | $1,510.00 |
| Greg Hill | Director | 2.7 | $1,890.00 |
| Alec Rovitz | Associate | 155.0 | $54,533.50 |
| Abe Wickelgren | Senior Advisor | 1.7 | $2,210.00 |
| **Totals** | | **769.30** | **$583,131.50** |

17280092/1