# EXHIBIT B

## Summary of Expenses – Final Compensation Period

| Summary of Expenses | | |
|---|---|---|
| Date | Description | Amount |
| 10/28/24 | Uber Home - Train Station (0424 - 0500) | $65.24 |
| 10/28/24 | Train BOS - NYC | $424.00 |
| 10/28/24 | Uber 399 Park Ave - 27-03 43rd Ave, Long Island (2320 - 0000) | $59.27 |
| 10/28/24 | Hotel Hyatt Place Long Island (27-03 43rd Ave, Long Island) | $266.28 |
| 10/28/24 | Metro-North RR | $14.50 |
| 10/28/24 | Uber to and from Auction | $100.38 |
| 10/29/24 | Uber 27-03 43rd Ave, Long Island - 399 Park Ave | $36.98 |
| 10/29/24 | Meal | $102.45 |
| 10/29/24 | Uber 399 Park Ave - 52-09 31st Place, Long Island (2324 - 0004) | $55.72 |
| 10/29/24 | Hotel Holiday Inn Express (52-09 31st Place, Long Island Place, NY) | $289.22 |
| 10/30/24 | Uber 52-09 31st Place, Long Island - 399 Park Ave | $52.77 |
| 10/30/24 | Uber 399 Park Ave - train station | $37.06 |
| 10/30/24 | Meal | $16.49 |
| 10/30/24 | Train NYC - BOS | $138.00 |
| 10/30/24 | Uber Train Station - Home (2114 - 2154) | $57.95 |
| 11/05/24 | Parking - Logan Airport | $62.00 |
| 11/05/24 | Delta Air - Boston, MA to Philadelphia, PA | $303.48 |
| 11/05/24 | Uber - Philadelphia, PA to Wilmington, DE | $66.90 |
| 11/05/24 | Hotel - Hotel DuPont | $287.00 |
| 11/06/24 | Uber - Wilmington, DE to Philadelphia, PA | $69.93 |
| 11/06/24 | JetBlue - Philadelphia, PA to Boston, MA | $283.10 |
| **Grand Total** | | $ 2,669.78[1] |

---

[1] This amount includes a voluntary deduction in the amount of $118.94. See *Omnibus Order Approving Committee Professionals' First Interim Fee Applications for the Period From August 26, 2024 Through October 31, 2024* [Docket No. 736].

17280092/1