# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686-JKS |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 869** |

## NOTICE OF WITHDRAWAL OF MOTION OF 2857 WEST 8TH STREET ASSOCIATES LLC TO ALLOW AND COMPEL IMMEDIATE PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that 2857 West 8th Street Associates LLC hereby withdraws the *Motion of 2857 West 8th Street Associates LLC to Allow and Compel Immediate Payment of an Administrative Expense Claim* [Docket No. 869].

| | |
|---|---|
| Dated: April 17, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br>*/s/ Katherine M. Devanney*<br>Shanti M. Katona (Del. Bar No. 5352)<br>Katherine M. Devanney (Del. Bar No. 6356)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>skatona@polsinelli.com<br>kdevanney@polsinelli.com<br><br>*Counsel to 2857 West 8th Street Associates LLC* |

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, which the Debtors have requested be jointly administered, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting counsel for the Debtors.

103148013.1