IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 865, 866 & 867 |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS OF THE DEBTORS' PROFESSIONALS FOR THE PERIOD FROM AUGUST 12, 2024, THROUGH AND INCLUDING FEBURARY 28, 2025**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies as follows:

1. On March 28, 2025, the professionals retained by the Debtors filed their respective applications for final allowance of compensation and reimbursement of expenses [Docket Nos. 865, 866 & 867] (the "**Final Fee Applications**") for the period August 12, 2024, through and including February 28, 2025. Final Fee Applications were filed by the following professionals retained by the Debtors:

- Young Conaway Stargatt & Taylor, LLP
- Moelis & Company LLC
- Epiq Corporate Restructuring, LLC

2. Objections, if any, to the Final Fee Applications were required to be filed and served on or before April 17, 2025, at 4:00 p.m. (ET).

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

33096424.1

3.  The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Final Fee Applications has been received or appears on the docket of the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Accordingly, the Debtors' undersigned counsel hereby submits the proposed form of order, attached hereto as **Exhibit A** (the "**Proposed Order**"), approving the Final Fee Applications on the terms set forth therein.

WHEREFORE, as no responses or objections were received to the Final Fee Applications and the Debtors have circulated the Proposed Order to the Professionals who have each reviewed and agreed to the entry of the Proposed Order, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or a hearing.

Dated: Wilmington, Delaware
April 23, 2025

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Timothy R. Powell
Michael R. Nestor (No. 3526)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Timothy R. Powell (No. 6894)
Benjamin C. Carver (No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
sgreecher@ycst.com
amielke@ycst.com
tpowell@ycst.com
bcarver@ycst.com

*Counsel to the Debtors and Debtors in Possession*

33096424.1