**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*, [1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 871** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 871

The undersigned hereby certifies as follows:

On April 11, 2025, Dundon Advisers LLC ("Dundon"), Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the above-referenced bankruptcy cases, filed the *Sixth Monthly Application of Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From February 1, 2025 through February 28, 2025* (the "Application") [Docket No. 871] with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Application was May 2, 2025 at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17309869/1

No. 162], no further order is required, and Dundon is entitled to receive 80% of its fees ($7,675.60) and 100% of its expenses ($0.00).

| | |
|---|---|
| Dated: May 5, 2025 | **MORRIS JAMES LLP** |
| | */s/ Siena B. Cerra* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar No. 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| |        bkeilson@morrisjames.com |
| |        scerra@morrisjames.com |
| | -and- |
| | **KELLEY DRYE & WARREN LLP** |
| | Eric R. Wilson, Esq. (admitted *pro hac vice*) |
| | Kristin S. Elliott, Esq. (admitted *pro hac vice*) |
| | Andres Barajas, Esq. (admitted *pro hac vice*) |
| | 3 World Trade Center |
| | New York, NY 10007 |
| | Telephone: (212) 808-7800 |
| | Facsimile: (212) 808-7897 |
| | E-mail: ewilson@kelleydrye.com |
| |        kelliott@kelleydrye.com |
| |        abarajas@kelleydrye.com |
| | *Counsel to the Official Committee of Unsecured Creditors* |