# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 874, 875, 876 |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS OF THE COMMITTEE PROFESSIONALS

The undersigned counsel to the Official Committee of Unsecured Creditors appointed in the above-referenced bankruptcy cases (the "Committee"), hereby certifies as follows:

1. On April 11, 2025, the following final fee applications (each a "Final Application", collectively, the "Final Applications") were filed by the Committee (the "Professionals") in the above-captioned bankruptcy case of Blink Holding, Inc. and its affiliated debtors (the "Debtors"), with the United States Bankruptcy Court for the District of Delaware (the "Court"):

   i. Combined Sixth Monthly and Final Fee Application of Kelley Drye & Warren LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Monthly Period from February 1, 2025 Through and Including February 28, 2025, and the Final Period From August 26, 2024 Through and Including February 28, 2025 [Docket No. 874];

   ii. Combined Sixth Monthly Final Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the (I) Monthly Period from February 1, 2025 Through February 28, 2025 and (II) Final Period from August 28, 2024 through February 28, 2025 [Docket No. 875]; and

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17288079/1

      iii.    Final Application of Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 28, 2024 through February 28, 2025 [Docket No. 876].

2.    Responses or objections to the Final Applications were to be filed and served no later than May 2, 2025 at 4:00 p.m. (ET) (the "Objection Deadline"). The Professionals received no objections to the Final Applications prior to the Objection Deadline.

3.    Given the lack of objections to the approval of the Final Applications, counsel to the Committee prepared a proposed form of omnibus order (the "Proposed Order") approving the Final Applications. A copy of the Proposed Order is attached hereto as **Exhibit 1**.

4.    Accordingly, the Professionals respectfully request that the Court enter the Proposed Order at its earliest convenience.

[Remainder of Page Intentionally Left Blank]

WHEREFORE, the Professionals respectfully request that the Proposed Order be entered at the earliest convenience of the Court.

Dated: May 5, 2025                    **MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
           bkeilson@morrisjames.com
           scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
           kelliott@kelleydrye.com
           abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*