**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: May 23, 2025 at 4:00 p.m. (ET)** <br> **Hearing Date: June 3, 2025 at 11:00 a.m. (ET)** |

**NOTICE OF PLAN ADMINISTRATOR'S MOTION FOR A FINAL DECREE**
**AND ORDER CLOSING CERTAIN OF THE DEBTORS' CHAPTER 11 CASES**

**PLEASE TAKE NOTICE** that on May 9, 2025, the Plan Administrator in the above-referenced bankruptcy cases (the "Plan Administrator") filed the *Plan Administrator's Motion for a Final Decree and Order Closing Certain of the Debtors' Chapter 11 Cases* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, and be filed with the Bankruptcy Court so as to be received on or before **May 23, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **June 3, 2025 at 11:00 a.m. prevailing Eastern Time** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Signature to Follow*]

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Plan Administrator's undersigned counsel.

17326373/1

| | |
|---|---|
| Dated: May 9, 2025 | **MORRIS JAMES LLP** |
| | |
| | */s/ Siena B. Cerra* |
| | Carl N. Kunz, III (DE Bar No. 3201) |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar No. 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail:  ckunz@morrisjames.com |
| |           emonzo@morrisjames.com |
| |           bkeilson@morrisjames.com |
| |           scerra@morrisjames.com |
| | |
| | -and- |
| | |
| | **KELLEY DRYE & WARREN LLP** |
| | Eric R. Wilson, Esq. (admitted *pro hac vice*) |
| | Kristin S. Elliott, Esq. (admitted *pro hac vice*) |
| | Andres Barajas, Esq. (admitted *pro hac vice*) |
| | 3 World Trade Center |
| | New York, NY 10007 |
| | Telephone: (212) 808-7800 |
| | Facsimile: (212) 808-7897 |
| | E-mail:  ewilson@kelleydrye.com |
| |           kelliott@kelleydrye.com |
| |           abarajas@kelleydrye.com |
| | |
| | *Counsel to the Plan Administrator* |