# **EXHIBIT A**

Proposed Final Decree

17326373/1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. ___** |

**FINAL DECREE AND ORDER CLOSING**
**CERTAIN OF THE DEBTORS' CHAPTER 11 CASES**

Upon consideration of the motion (the "Motion"),[2] of the Plan Administrator in the above-captioned case (the "Plan Administrator"), for entry of an order (this "Order") under sections 105(a) and 350 of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, closing the Closing Cases as of the date of entry of this Order, leaving open only the Remaining Cases; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and this Bankruptcy Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this Bankruptcy Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Bankruptcy Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Plan Administrator, the Debtors' estates,

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

17326373/1

other creditors and parties in interest; and upon the record in these proceedings; and after due deliberation; and good and sufficient cause appearing therefor; it is hereby,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 cases listed on **Exhibit** 1 to this Order, shall be, and hereby are, closed pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, effective as of the date of entry of this Order.

3. The Clerk of the Court shall enter this Order individually on each of the dockets of the Closing Debtors' respective chapter 11 cases and thereafter each such docket shall be marked as "Closed".

4. The Plan Administrator shall not be obligated to pay quarterly fees pursuant to 28 U.S.C. § 1930(a) with respect to the Closing Cases for any period after the date of the entry of this Order.

5. The requirement under Local Rule 3022-1(c) to file a final report with respect to the Closing Cases is hereby waived, and the Plan Administrator shall file such report with a motion to close one or more of the Remaining Cases, which will remain open pending further order of this Bankruptcy Court.

6. Entry of this Order shall be without prejudice to any entity's right to seek to reopen the Closing Cases for cause.

7. The Plan Administrator is empowered and authorized to take all actions necessary or appropriate to effect the relief granted in this Order.

8. This Order shall be effective and enforceable immediately upon entry hereof.

9. This Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

17326373/1

# **EXHIBIT 1**

Closing Cases

| #  | Case No.  | Entity                                |
|----|-----------|---------------------------------------|
| 1  | 24-11687  | 692 Broadway Fitness Club             |
| 2  | 24-11688  | Bergen Town Center Fitness Club, Inc. |
| 3  | 24-11690  | Blink 101 W 87th Street, Inc.         |
| 4  | 24-11692  | Blink 1060 W Alameda, Inc.            |
| 5  | 24-11694  | Blink 1065 6th Avenue, Inc.           |
| 6  | 24-11751  | Blink 108-14 Roosevelt, Inc.          |
| 7  | 24-11755  | Blink 1134 Fulton, Inc.               |
| 8  | 24-11787  | Blink 12201 Victory Blvd Inc.         |
| 9  | 24-11791  | Blink 125 Park, Inc.                  |
| 10 | 24-11798  | Blink 125th Street, Inc.              |
| 11 | 24-11802  | Blink 130 W.G. Street, Inc.           |
| 12 | 24-11807  | Blink 16123 Bellflower Blvd., Inc.    |
| 13 | 24-11812  | Blink 16th Street, Inc.               |
| 14 | 24-11816  | Blink 18th Avenue, Inc.               |
| 15 | 24-11817  | Blink 19500 Plummer, Inc.             |
| 16 | 24-11800  | Blink 229 E. Foothill Boulevard, Inc. |

| | | |
|---|---|---|
| 17 | 24-11803 | Blink 2374 Grand Concourse, Inc. |
| 18 | 24-11806 | Blink 2465 Jerome Inc. |
| 19 | 24-11810 | Blink 2862 Fulton Street, Inc. |
| 20 | 24-11815 | Blink 287 Broadway, Inc. |
| 21 | 24-11713 | Blink 2883 3rd Avenue, Inc. |
| 22 | 24-11725 | Blink 3779 Nostrand, Inc. |
| 23 | 24-11736 | Blink 600 Third Avenue, Inc. |
| 24 | 24-11743 | Blink 69th Street Inc. |
| 25 | 24-11747 | Blink 78-14 Roosevelt, Inc. |
| 26 | 24-11753 | Blink 79th Holdings Inc. |
| 27 | 24-11762 | Blink 8201 Broadway, Inc. |
| 28 | 24-11770 | Blink 833 Flatbush, Inc. |
| 29 | 24-11775 | Blink 886 Broadway, Inc. |
| 30 | 24-11780 | Blink 88th Street, Inc. (f/k/a Blink Hylan Blvd., Inc.) |
| 31 | 24-11784 | Blink 97-01 Northern Blvd., Inc. |
| 32 | 24-11789 | Blink 98th Street, Inc. (f/k/a Blink 25 Broadway, Inc.) |
| 33 | 24-11793 | Blink 9901 S. Alameda, Inc. |
| 34 | 24-11795 | Blink Abrams Road Inc. |
| 35 | 24-11799 | Blink Airline Drive, Inc. |

17326373/1

| 36 | 24-11804 | Blink Amboy Road Inc. (f/k/a Blink 1239 Fulton, Inc.) |
|----|----------|-------------------------------------------------------|
| 37 | 24-11809 | Blink Ashland Avenue, Inc. |
| 38 | 24-11813 | Blink Ashland Inc. |
| 39 | 24-11818 | Blink Atlantic Avenue LB Inc. |
| 40 | 24-11819 | Blink Atlantic Avenue, Inc. |
| 41 | 24-11820 | Blink Avenue A, Inc. |
| 42 | 24-11821 | Blink Baldwin, Inc. |
| 43 | 24-11822 | Blink Beach Street, Inc. |
| 44 | 24-11701 | Blink Bedford, Inc. |
| 45 | 24-11706 | Blink Belleville Inc. |
| 46 | 24-11714 | Blink Bissonnet, Inc. |
| 47 | 24-11719 | Blink Braddock Avenue Inc. |
| 48 | 24-11724 | Blink Brentwood, Inc. |
| 49 | 24-11728 | Blink Broadway Marketplace, Inc. |
| 50 | 24-11741 | Blink Brookhurst, Inc. |
| 51 | 24-11746 | Blink Clifton, Inc. |
| 52 | 24-11752 | Blink Commercial Boulevard, Inc. |
| 53 | 24-11758 | Blink Company Intermediate Holdco Inc. |
| 54 | 24-11764 | Blink Compton & Central Avenue, Inc. |

| 55 | 24-11768 | Blink Concourse Holdings, Inc. |
|----|----------|--------------------------------|
| 56 | 24-11774 | Blink Courtesy Plaza Inc. |
| 57 | 24-11778 | Blink Deerwood Inc. |
| 58 | 24-11782 | Blink Diversey, Inc. |
| 59 | 24-11786 | Blink East 54th Street, Inc. |
| 60 | 24-11790 | Blink East Orange, Inc. (f/k/a Blink Belleville, Inc.) |
| 61 | 24-11792 | Blink East Tremont Avenue, Inc. |
| 62 | 24-11794 | Blink Eighth Avenue, Inc. |
| 63 | 24-11797 | Blink Farmers Boulevard Inc. |
| 64 | 24-11805 | Blink Fitness Rialto Inc. |
| 65 | 24-11808 | Blink Flatlands Avenue, Inc. |
| 66 | 24-11702 | Blink Frankford Avenue, Inc. |
| 67 | 24-11705 | Blink Fulton Street, Inc. |
| 68 | 24-11709 | Blink Gage Park LLC |
| 69 | 24-11716 | Blink Georgetown Inc. |
| 70 | 24-11723 | Blink Hicksville, Inc. |
| 71 | 24-11729 | Blink Highway 249, Inc. |
| 72 | 24-11733 | Blink Holdings II, Inc. |
| 73 | 24-11738 | Blink Irvington Inc. |

| 74 | 24-11744 | Blink Jamaica Avenue, Inc. |
|----|----------|----------------------------|
| 75 | 24-11748 | Blink Jerome Avenue, Inc. |
| 76 | 24-11754 | Blink Journal Square, Inc. |
| 77 | 24-11760 | Blink Keller, Inc. |
| 78 | 24-11765 | Blink Kendall Market Place Inc. |
| 79 | 24-11769 | Blink Kenwood, Inc. |
| 80 | 24-11771 | Blink Knickerbocker, Inc. |
| 81 | 24-11776 | Blink KWT Holdco LLC |
| 82 | 24-11779 | Blink Liberty Avenue, Inc. |
| 83 | 24-11689 | Blink Lodi, Inc. |
| 84 | 24-11693 | Blink Long Point, Inc. |
| 85 | 24-11695 | Blink Macombs Road, Inc. |
| 86 | 24-11697 | Blink Melville, Inc. |
| 87 | 24-11699 | Blink Metropolitan Avenue, Inc. |
| 88 | 24-11703 | Blink Miramar Parkway Inc. |
| 89 | 24-11707 | Blink Myrtle Avenue, Inc. (f/k/a Blink 3780 Broadway, Inc.) |
| 90 | 24-11711 | Blink Nassau Street, Inc. |
| 91 | 24-11717 | Blink Newark, Inc. |
| 92 | 24-11721 | Blink Normandie Avenue, Inc. |

17326373/1

| 93 | 24-11726 | Blink North 10th Street Corp. |
|---|---|---|
| 94 | 24-11730 | Blink North Riverside LLC |
| 95 | 24-11734 | Blink Nostrand Avenue, Inc. |
| 96 | 24-11737 | Blink NRH, Inc. |
| 97 | 24-11742 | Blink Nutley, Inc. |
| 98 | 24-11749 | Blink Pacific Boulevard, Inc. |
| 99 | 24-11756 | Blink Parsippany, Inc. |
| 100 | 24-11761 | Blink Passaic, Inc. |
| 101 | 24-11766 | Blink Paterson, Inc. |
| 102 | 24-11772 | Blink Perth Amboy, Inc. |
| 103 | 24-11781 | Blink Richmond Road, Inc. |
| 104 | 24-11785 | Blink Ridgeland Ave., Inc. |
| 105 | 24-11788 | Blink Riverdale, Inc. |
| 106 | 24-11691 | Blink Selden, Inc. |
| 107 | 24-11696 | Blink SER Portfolio, Inc. |
| 108 | 24-11698 | Blink South Orange, Inc. |
| 109 | 24-11700 | Blink Southern Boulevard, Inc. |
| 110 | 24-11704 | Blink St. Ann's Avenue, Inc. |
| 111 | 24-11708 | Blink Steinway Street, Inc. |

17326373/1

| 112 | 24-11710 | Blink Stonebrook, Inc. |
|-----|----------|------------------------|
| 113 | 24-11715 | Blink Sunset Park, Inc. |
| 114 | 24-11718 | Blink Union, Inc. |
| 115 | 24-11722 | Blink Utica Avenue, Inc. |
| 116 | 24-11727 | Blink Valley Stream, Inc. |
| 117 | 24-11732 | Blink Webster Avenue, Inc. (f\k\a Blink Boston Post Road. Inc.) |
| 118 | 24-11735 | Blink West 31st Street, Inc. |
| 119 | 24-11739 | Blink West 8th Street, Inc. |
| 120 | 24-11745 | Blink West Islip, Inc. |
| 121 | 24-11750 | Blink Westchase Inc. |
| 122 | 24-11757 | Blink White Plains, Inc. |
| 123 | 24-11763 | Blink Whitman, Inc. |
| 124 | 24-11767 | Blink Williamsbridge, Inc. |
| 125 | 24-11773 | Blink Willingboro, Inc. |
| 126 | 24-11823 | Blink Wissinoming, Inc. |
| 127 | 24-11814 | Cross County Fitness Club, Inc. |

# **EXHIBIT 2**

Remaining Cases

| # | Case No. | Entity |
|---|---|---|
| 1 | 24-11686 | Blink Holdings, Inc. (Lead Debtor) |
| 2 | 24-11759 | Blink 116th Street, Inc. |
| 3 | 24-11796 | Blink 2192 Texas Parkway, Inc. |
| 4 | 24-11731 | Blink 56-02 Roosevelt, Inc. |
| 5 | 24-11801 | Blink Fitness Franchising, Inc. |
| 6 | 24-11811 | Blink Fourth Avenue, Inc. |
| 7 | 24-11712 | Blink Gates, Inc. |
| 8 | 24-11720 | Blink Hawthorne, Inc. |
| 9 | 24-11740 | Blink Islandia, Inc. |
| 10 | 24-11783 | Blink Linden, Inc. |
| 11 | 24-11777 | Blink Plainfield, Inc. |