**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 883 – 884** |

**CERTIFICATE OF SERVICE**

I, BENJAMIN JOHNSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 9, 2025, I caused to be served the:

   a. "Third Motion for Entry of an Order Extending the Deadline to File Notices to Remove Actions," dated May 9, 2025 [Docket No. 883], (the "3rd Extension Motion"), and

   b. "Plan Administrator's Motion for a Final Decree and Order Closing Certain of the Debtors' Chapter 11 Cases," dated May 9, 2025 [Docket No. 884], (the "Final Decree Motion"),

   by causing true and correct copies of the:

   i. 3rd Extension Motion and Final Decree Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. 3rd Extension Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

   iii. 3rd Extension Motion and Final Decree Motion to be delivered via electronic mail to those parties listed on the annexed Exhibit C.

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Benjamin Johnson*
Benjamin Johnson

**EXHIBIT A**

Blink Holdings, Inc.
Address Service List

| Name | Address |
|---|---|
| EQUINOX HOLDINGS, INC. | ATTN: ARLENE HONG 31 HUDSON YARDS, 15TH FL   NEW YORK NY 10001 |
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA | 300 S SPRING ST #1700   LOS ANGELES CA 90013 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST   CHICAGO IL 60601 |
| STATE OF MASSACHUSETTS ATTY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL   BOSTON MA 02108-1518 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL  ALBANY NY 12224-0341 |
| STATE OF PENNSYLVANIA ATTY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR  HARRISBURG PA 17120 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST   AUSTIN TX 78701 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW   WASHINGTON DC 20530-0001 |
| VARAGON CAPITAL PARTNERS AGENT, LLC | 151 W 42ND ST, 53RD FLOOR   NEW YORK NY 10036 |

Total Count: 9

**EXHIBIT B**

Blink Holdings, Inc.
Address Service List

| Name | Address |
|---|---|
| BUREAU OF INTERNET AND TECHNOLOGY | ATTN GENA FEIST, AAG OFFICE OF THE NYAG 28 LIBERTY ST  NEW YORK NY 10005 |

# Total Count: 1

| Name | Address |
|---|---|
| ALCALA, LUIS | ADDRESS ON FILE |
| ALCANTARA, AURORA | ADDRESS ON FILE |
| AMERSON, DARSHAWN | ADDRESS ON FILE |
| BATISTA, JOHNY | C/O DAVID R LEWIS PC ATTN DAVIS R LEWIS 527 OLD COUNTRY RD  PLAINVIEW NY 11803 |
| BERNARD, JERRY | 555 LEXINGTON AVE APT 2   BROOKLYN NY 11221 |
| BLACK, JAMELA | ADDRESS ON FILE |
| BRIXMOR SPE 6 LLC | ATTN: DAVID GERSTENHABER C/O DOWNTOWN L.A. LAW GROUP 601 N. VERMONT AVE.  LOS ANGELES CA 90004 |
| BROGSDALE, ELVIN | ADDRESS ON FILE |
| BROWN, SHAYRA | ADDRESS ON FILE |
| BURRIS, AMELDA | 1065 OLD COUNTRY RD STE 203    WESTBURY NY 11590-5628 |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC ATTN JULES G MESSINGER 1065 OLD COUNTRY RD, STE 203  WESTBURY NY 11590 |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC ATTN JOEL L LEVINE, SCOTT L WISS 1065 OLD COUNTRY RD, STE 203  WESTBURY NY 11590 |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC ATTN JOEL L LEVINE, SCOTT L WISS 455 UTICA AVE  BROOKLYN NY 11203 |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC ATTN JOEL L LEVINE, SCOTT L WISS 259 S BAYVIEW AVE  AMITYVILLE NY 11701 |
| CANALES, LIDIA | ADDRESS ON FILE |
| CHRISTOPHER MITCHENER | C/O TAULER SMITH LLP ATTN: MATTHEW SMITH, ESQ. 626 WILSHIRE BLVD., SUITE 550  LOS ANGELES CA 90017 |
| DENNIS, RAWLE | C/O LAROCCA HORNIK GREENBERG ET AL ATTN JARED E BLUMETTI 40 WALL ST, 32ND FL  NEW YORK NY 10005 |
| DERAS, VIVIAN | ADDRESS ON FILE |
| DT ROUTE 22 RETAIL LLC, ET AL | BLINK UNION INC; DBA BLINK FITNESS (NJ) ABDUL HASSAN LAW GROUP PLLC 215-28 HILLSIDE AVE  QUEENS VILLAGE NY 11427 |
| DUNCAN, RICARDO V | ADDRESS ON FILE |
| EVANS, KEMAR | C/O NEWMAN ANZALONE & NEWMAN LLP ATTN MORRIS J NEWMAN 95-25 QUEENS BLVD, 11TH FL  REGO PARK NY 11374 |
| FLEXIT INC. | C/O LEEDS BROWN LAW, P.C. ONE OLD COUNTRY ROAD, SUITE 347   CARLE PLACE NY 11514 |
| GONZALEZ, JUANA | ADDRESS ON FILE |
| GREGORY, RHYS | ADDRESS ON FILE |
| HERNANDEZ, SISAI | C/O MARK L KARNO & ASSOCIATES LLC ATTN MARK L KARNO, JESSE GONZALEZ 2 S BISCAYNE BLVD, STE 2200  MIAMI FL 33131 |
| HERNANDEZ, SISAI | C/O MARK L KARNO & ASSOCIATES LLC ATTN MARK L KARNO, JESSE GONZALEZ 1444 N FARNSWORTH AVE  AURORA IL 60505 |
| HERNANDEZ, SISAI | C/O MARK L KARNO & ASSOCIATES LLC ATTN MARK L KARNO, JESSE GONZALEZ 33 N LA SALLE ST, STE 3500  CHICAGO IL 60602 |
| HERNANDEZ, SISAI | C/O FUZZBUZZ TECHNOLOGIES ATTN SUSAN ALLMAN, CFO 41 COMMERCE AVE, STE 2 SOUTH BURLINGTON VT 05403 |
| KHUTCHUA, GURAM | C/O ALINA KATS, ESQ PLLC 2365 NOSTRAND AVE, STE 107   BROOKLYN NY 11210 |
| KORTBAWI, JASON | ADDRESS ON FILE |
| LASTRA, ROBERTO | C/O NEWMAN ANZALONE & NEWMAN LLP ATTN MORRIS J NEWMAN 95-25 QUEENS BLVD, 11TH FL  REGO PARK NY 11374 |
| LASTRA, ROBERTO | C/O MORGAN & MORGAN NY PLLC ATTN VAN MILLER 350 FIFTH AVE, STE 6705  NEW YORK NY 10118 |
| LAWYER, WESLEY | ADDRESS ON FILE |
| LEVIN PROPERTIES LP | 45 BROADWAY FL 28    NEW YORK NY 10006-3805 |
| LEVITZ, EMILY | ADDRESS ON FILE |
| LEVITZ, EMILY | ADDRESS ON FILE |
| LEWIS, CHRISTAL | ADDRESS ON FILE |
| LI, KAREN | 315 E. 106TH STREET, APT. 10D    NEW YORK NY 10029 |
| LI, KAREN | C/O MORGAN & MORGAN NY PLLC ATTN BRIANNA BAKER 199 WATER ST, STE 1500  NEW YORK NY 10038 |

| Name | Address |
|---|---|
| LIMON, JASMIN | ADDRESS ON FILE |
| LORISTIN, HERVE | ADDRESS ON FILE |
| MARTINEZ, GLORIA | C/O LAW OFFICES OF JASON B KESSLER PC ATTN JONATHAN VAN DINA 55 CHURCH ST, STE 201  WHITE PLAINS NY 10601 |
| MARTINEZ, GLORIA | C/O LAW OFFICES OF JASON B KESSLER PC ATTN JONATHAN VAN DINA 250 BROADWAY, 6TH FL  NEW YORK NY 10007 |
| MARTINEZ, GLORIA | C/O LAW OFFICES OF JASON B KESSLER PC ATTN JONATHAN VAN DINA 39-16 111TH ST  CORONA NY 11368 |
| MAZHUDE, TAWANA | C/O ISAACSON SCHIOWITZ & KORSON LLP ATTN JEREMY SCHIOWITZ 371 MERRICK RD, STE 302  ROCKVILLE CENTRE NY 11570 |
| MAZHUDE, TAWANA | C/O ISAACSON SCHIOWITZ & KORSON LLP ATTN JEREMY SCHIOWITZ 5 PENN PLZ, 23RD FL  NEW YORK NY 10001 |
| MBB REALTY LP V | 450 N BRAND BLVD FL 9   GLENDALE CA 91203-2350 |
| MCKEN, SHOKANNI | ADDRESS ON FILE |
| MILAN HASSID | C/O TAULER SMITH LLP ATTN: MATTHEW SMITH, ESQ. 626 WILSHIRE BLVD., SUITE 550  LOS ANGELES CA 90017 |
| NAPOLES, RUBEN | ADDRESS ON FILE |
| NELSON, TRACEY | ADDRESS ON FILE |
| ORTIZ, HERNAN | ADDRESS ON FILE |
| PATRICIA MENDOZA | C/O KERNER LAW GROUP, P.C. 269 WEST 231ST STREET   BRONX NY 10463 |
| PRINCE, SHERYL | C/O SHLIVKO YOUNG LLP ATTN SAM J SHLIVKO, ESQ 30 WALL ST, 8TH FL  NEW YORK NY 10005 |
| SAHIBZADA, MUHAMMAD | ADDRESS ON FILE |
| SALAKO, ITEOLUWAKISHA | C/O GERALD POSS & ASSOCIATES PA 58 VOSE AVE PO BOX 386  SOUTH ORANGE NJ 07079-2026 |
| SINGH, BALJINDER | ADDRESS ON FILE |
| SUTTER, SIGRID | ADDRESS ON FILE |
| TORRES, JOEL | ADDRESS ON FILE |
| TUCKER, CORDELL | C/O PECHMAN LAW GROUP PLLC ATTN GIANFRANCO J CUADRA, ESQ 488 MADISON AVE  NEW YORK NY 10022 |
| USMAN, ISHRAT | ADDRESS ON FILE |
| WASILATU INUSAH | C/O WEBER GALLAGHER ATTN: BENJAMIN GRAHAM 1500 BROADWAY, SUITE 2401  NEW YORK NY 10036 |
| WILKERSON, QUINTIN | ADDRESS ON FILE |
| WILLIAMS, MARLON | ADDRESS ON FILE |
| WOLINSKA, PAULINA | ADDRESS ON FILE |

Total Count: 65

| Name | Address |
|---|---|
| US ATTORNEYS OFFICE | CENTRAL DISTRICT OF CALIFORNIA 312 N SPRING ST, STE 1200   LOS ANGELES CA 90012 |
| US ATTORNEYS OFFICE | EASTERN DISTRICT OF CALIFORNIA 501 I ST, STE 10-100   SACRAMENTO CA 95814 |
| US ATTORNEYS OFFICE | NORTHERN DISTRICT OF CALIFORNIA FEDERAL COURTHOUSE 450 GOLDEN GATE AVE   SAN FRANCISCO CA 94102 |
| US ATTORNEYS OFFICE | NORTHERN DISTRICT OF CALIFORNIA FEDERAL COURTHOUSE 1301 CLAY ST   OAKLAND CA 94612 |
| US ATTORNEYS OFFICE | NORTHERN DISTRICT OF CALIFORNIA HERITAGE BANK BLDG 150 ALMADEN BLVD STE 900   SAN JOSE CA 95113 |
| US ATTORNEYS OFFICE | SOUTHERN DISTRICT OF CALIFORNIA 880 FRONT ST, ROOM 6293   SAN DIEGO CA 92101-8893 |
| US ATTORNEYS OFFICE | SOUTHERN DISTRICT OF CALIFORNIA IMPERIAL COUNTY OFFICE 516 INDUSTRY WAY, STE C   IMPERIAL CA 92251-7501 |
| US ATTORNEYS OFFICE | CENTRAL DISTRICT OF ILLINOIS 318 S SIXTH ST   SPRINGFIELD IL 62701 |
| US ATTORNEYS OFFICE | CENTRAL DISTRICT OF ILLINOIS ONE TECHNOLOGY PLAZA 211 FULTON ST, STE 400   PEORIA IL 61602 |
| US ATTORNEYS OFFICE | 1515 5TH AVE STE 600   MOLINE IL 61265-1390 |
| US ATTORNEYS OFFICE | CENTRAL DISTRICT OF ILLINOIS 201 S VINE ST, STE 226   URBANA IL 61802 |
| US ATTORNEYS OFFICE | NORTHERN DISTRICT OF ILLINOIS NORTH DISTRICT OF ILLINOIS, EASTERN DIV 219 S DEARBORN ST, 5TH FL   CHICAGO IL 60604 |
| US ATTORNEYS OFFICE | NORTHERN DISTRICT OF ILLINOIS NORTH DISTRICT OF ILLINOIS, WESTERN DIV 327 S CHURCH ST, ROOM 3300   ROCKFORD IL 61101 |
| US ATTORNEYS OFFICE | SOUTHERN DISTRICT OF ILLINOIS UNITED STATES ATTORNEYS OFFICE 9 EXECUTIVE DR   FAIRVIEW HEIGHTS IL 62208 |
| US ATTORNEYS OFFICE | SOUTHERN DISTRICT OF ILLINOIS UNITED STATES ATTORNEYS OFFICE 402 W MAIN ST, STE 2A   BENTON IL 62812 |
| US ATTORNEYS OFFICE | SOUTHERN DISTRICT OF ILLINOIS UNITED STATES ATTORNEYS OFFICE 750 MISSOURI AVE, 3RD FL   EAST ST. LOUIS IL 62201 |
| US ATTORNEYS OFFICE | DISTRICT OF MASSACHUSETTS JOHN JOSEPH MOAKLEY 1 COURTHOUSE WAY, STE 9200   BOSTON MA 02210 |
| US ATTORNEYS OFFICE | DISTRICT OF MASSACHUSETTS DONOHUE FEDERAL BLDG 595 MAIN ST, ROOM 206   WORCESTER MA 01608 |
| US ATTORNEYS OFFICE | DISTRICT OF MASSACHUSETTS FEDERAL BLDG AND COURTHOUSE 300 STATE ST, STE 230   SPRINGFIELD MA 01105 |
| US ATTORNEYS OFFICE | DISTRICT OF NEW JERSEY US ATTORNEYS OFFICE 970 BROAD ST, 7TH FL   NEWARK NJ 07102 |
| US ATTORNEYS OFFICE | DISTRICT OF NEW JERSEY CAMDEN FEDERAL BLDG & US COURTHOUSE PO BOX 2098, 401 MARKET ST, 4TH FL   CAMDEN NJ 08101 |
| US ATTORNEYS OFFICE | DISTRICT OF NEW JERSEY US ATTORNEYS OFFICE 402 E STATE ST, ROOM 430   TRENTON NJ 08608 |
| US ATTORNEYS OFFICE | EASTERN DISTRICT OF NEW YORK 271 CADMAN PLAZA EAST   BROOKLYN NY 11201 |
| US ATTORNEYS OFFICE | EASTERN DISTRICT OF NEW YORK 610 FEDERAL PLAZA   CENTRAL ISLIP NY 11722-4454 |
| US ATTORNEYS OFFICE | NORTHERN DISTRICT OF NEW YORK US ATTORNEYS OFFICE 445 BROADWAY, ROOM 218   ALBANY NY 12207-2924 |
| US ATTORNEYS OFFICE | NORTHERN DISTRICT OF NEW YORK PO BOX 7198 100 S CLINTON ST   SYRACUSE NY 13261-7198 |
| US ATTORNEYS OFFICE | NORTHERN DISTRICT OF NEW YORK 319 FEDERAL BDLG 15 HENRY ST   BINGHAMTON NY 13901 |
| US ATTORNEYS OFFICE | NORTHERN DISTRICT OF NEW YORK US ATTORNEYS OFFICE 14 DURKEE ST, STE 340   PLATTSBURGH NY 12901 |
| US ATTORNEYS OFFICE | 26 FEDERAL PLZ FL 37   NEW YORK NY 10278-0017 |
| US ATTORNEYS OFFICE | SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE 86 CHAMBERS ST, 3RD FL   NEW YORK NY 10007 |
| US ATTORNEYS OFFICE | SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE 50 MAIN ST   WHITE PLAINS NY 10606 |
| US ATTORNEYS OFFICE | WESTERN DISTRICT OF NEW YORK 138 DELAWARE AVE   BUFFALO NY 14202 |
| US ATTORNEYS OFFICE | WESTERN DISTRICT OF NEW YORK 100 STATE ST, STE 500   ROCHESTER NY 14614 |
| US ATTORNEYS OFFICE | EASTERN DISTRICT OF PENNSYLVANIA 615 CHESTNUT ST, STE 1250   PHILADELPHIA PA 19106 |
| US ATTORNEYS OFFICE | EASTERN DISTRICT OF PENNSYLVANIA 504 W HAMILTON ST, 3701   ALLENTOWN PA 18101 |

| Name | Address |
|---|---|
| US ATTORNEYS OFFICE | MIDDLE DISTRICT OF PENNSYLVANIA HARRISBURG FEDERAL BLDG AND COURTHOUSE PO BOX 11754  HARRISBURG PA 17108-1754 |
| US ATTORNEYS OFFICE | MIDDLE DISTRICT OF PENNSYLVANIA WILLIAM J NEALON FED. BLDG & COURTHOUSE 235 N WASHINGTON AVE, STE 311  SCRANTON PA 18503 |
| US ATTORNEYS OFFICE | MIDDLE DISTRICT OF PENNSYLVANIA HERMAN T SCHNEEBELI FEDERAL BLDG 240 W THIRD ST  WILLIAMSPORT PA 17701-6465 |
| US ATTORNEYS OFFICE | WESTERN DISTRICT OF PENNSYLVANIA 700 GRANT ST, STE 4000   PITTSBURGH PA 15219 |
| US ATTORNEYS OFFICE | WESTERN DISTRICT OF PENNSYLVANIA 17 S PARK ROW   ERIE PA 16501 |
| US ATTORNEYS OFFICE | WESTERN DISTRICT OF PENNSYLVANIA 319 WASHINGTON ST STE 200 - PENN TRAFFIC BLDG  JOHNSTOWN PA 15901 |
| US ATTORNEYS OFFICE | EASTERN DISTRICT OF TEXAS 550 FANNIN, STE 1250   BEAUMONT TX 77701 |
| US ATTORNEYS OFFICE | EASTERN DISTRICT OF TEXAS 415 S 1ST ST STE 201   LUFKIN TX 75901 |
| US ATTORNEYS OFFICE | EASTERN DISTRICT OF TEXAS 600 E TAYLOR ST, STE 2000   SHERMAN TX 75090 |
| US ATTORNEYS OFFICE | EASTERN DISTRICT OF TEXAS 110 N COLLEGE, STE 700   TYLER TX 75702 |
| US ATTORNEYS OFFICE | EASTERN DISTRICT OF TEXAS 101 E PARK BLVD, STE 500   PLANO TX 75704 |
| US ATTORNEYS OFFICE | EASTERN DISTRICT OF TEXAS 500 STATE LINE AVE N, STE 402   TEXARKANA TX 75501 |
| US ATTORNEYS OFFICE | NORTHERN DISTRICT OF TEXAS 1100 COMMERCE ST, THIRD FL   DALLAS TX 75242-1699 |
| US ATTORNEYS OFFICE | NORTHERN DISTRICT OF TEXAS AMARILLO NATIONAL PLAZA TWO 500 S TAYLOR ST, STE 300  AMARILLO TX 79101-2446 |
| US ATTORNEYS OFFICE | NORTHERN DISTRICT OF TEXAS BURNETT PLAZA, STE 1700 801 CHERRY ST, UNIT 4  FT. WORTH TX 76102-6882 |
| US ATTORNEYS OFFICE | NORTHERN DISTRICT OF TEXAS 1205 TEXAS AVE, STE 700   LUBBOCK TX 79401-4002 |
| US ATTORNEYS OFFICE | SOUTHERN DISTRICT OF TEXAS US ATTORNEYS OFFICE 1000 LOUISIANA ST, STE 2300  HOUSTON TX 77002 |
| US ATTORNEYS OFFICE | SOUTHERN DISTRICT OF TEXAS 600 E HARRISON, STE 201 US ATTORNEYS OFFICE  BROWNSVILLE TX 78520-5106 |
| US ATTORNEYS OFFICE | SOUTHERN DISTRICT OF TEXAS ONE SHORELINE PLAZA S TOWER 800 N SHORELINE BLVD, STE 500  CORPUS CHRISTI TX 78401 |
| US ATTORNEYS OFFICE | SOUTHERN DISTRICT OF TEXAS US ATTORNEYS OFFICE PO BOX 1179  LAREDO TX 78042-1179 |
| US ATTORNEYS OFFICE | SOUTHERN DISTRICT OF TEXAS BENTSEN TOWER 1701 W HWY 83, STE 600  MCALLEN TX 78501-5160 |
| US ATTORNEYS OFFICE | WESTERN DISTRICT OF TEXAS US ATTORNEYS OFFICE 601 NW LOOP 410, STE 600  SAN ANTONIO TX 78216 |
| US ATTORNEYS OFFICE | WESTERN DISTRICT OF TEXAS US ATTORNEYS OFFICE 2500 N HIGHWAY 118, STE 200  ALPINE TX 79830 |
| US ATTORNEYS OFFICE | WESTERN DISTRICT OF TEXAS US ATTORNEYS OFFICE 903 SAN JACINTO BLVD, STE 334  AUSTIN TX 78701 |
| US ATTORNEYS OFFICE | WESTERN DISTRICT OF TEXAS US ATTORNEYS OFFICE 111 E BROADWAY, ROOM A306  DEL RIO TX 78840 |
| US ATTORNEYS OFFICE | WESTERN DISTRICT OF TEXAS US ATTORNEYS OFFICE 700 E SAN ANTONIO AVE, STE 200  EL PASO TX 79901 |
| US ATTORNEYS OFFICE | WESTERN DISTRICT OF TEXAS US ATTORNEYS OFFICE 400 W ILLINOIS ST, STE 1200  MIDLAND TX 79701 |
| US ATTORNEYS OFFICE | WESTERN DISTRICT OF TEXAS US ATTORNEYS OFFICE 800 FRANKLIN, STE 280  WACO TX 76701 |

## Total Count: 63

**EXHIBIT C**

BLINK HOLDINGS, INC., *et al.*,
Case No. 24-11686 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| EQUINOX HOLDINGS, INC. | tbednar@cgsh.com; drkramer@cgsh.com; spyun@cgsh.com |
| HPS INVESTMENT PARTNERS, LLC | alexey.pazukha@hpspartners.com; colbert.cannon@hpspartners.com |
| INTERNAL REVENUE SERVICES | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | Benjamin.A.Hackman@usdoj.gov |
| STATE OF NEW JERSEY ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| VARAGON CAPITAL PARTNERS AGENT, LLC | peter.knight@katten.com; michael.howald@katten.com; scott.lyons@katten.com |
| VARAGON CAPITAL PARTNERS AGENT, LLC | cmiller@morrisnichols.com |
| 125 PARK OWNER LLC | BRETT.HERSCHENFELD@SLGREEN.COM |
| 96 NORTH 10TH STREET HOLDINGS LLC | MORDY@SPARKREMGMT.COM |
| A&G REALTY PARTNERS, LLC | ANDY@AGREP.COM |
| AWESOMENESSTV HOLDINGS, LLC | TRUPTI.PATEL@PARAMOUNT.COM |
| BRIXMOR SPE 6LLC | DAVID.GERSTENHABER@BRIXMOR.COM |
| CHICAGO, IL 4644-4658 S DREXEL LLC | SNICHOLSON@INSITEREALESTATE.COM |
| EAST 54TH STREET PARTNERS LLC | JACK@JTREHOLDINGS.COM |
| ENEL X NORTH AMERICA, INC. | RALPH.CAMPANELLI@ENEL.COM |
| GLE-III, LLC | TBUCKSTEIN@KIMCOREALTY.COM |
| GOOD EARTH DISTRIBUTION, LLC | rich.hebert@goodearthproducts.com |
| JOHNSON HEALTH TECH NA, INC. | PHYLLIS.DANNIN@MATRIXFITNESS.COM |
| JTRE 23 WS (DEL) LLC | JACK@JTREHOLDINGS.COM |
| LEVIN PROPERTIES, L.P. | rmeno@levinmgt.com |

BLINK HOLDINGS, INC., *et al.,*
Case No. 24-11686 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| MBB REALTY LIMITED PARTNERSHIP | MICHAEL@POMRE.COM |
| MOTIONSOFT, INC. | JEFF@CLUBAUTOMATION.COM |
| RW 5901 FLATLANDS LLC | AWEISS@LAUNDRYCAPITAL.COM |
| STELLA RISING INC. | AVESPUCCI@STELLARISING.COM |
| VBGO PENN PLAZA LLC | BTHEIS@ROSENBERGESTIS.COM |
| MONZACK MERSKY and BROWDER, P.A. | rmersky@monlaw.com |
| KATTEN MUCHIN ROSENMAN LLP | peter.knight@katten.com; allison.yager@katten.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; ameng@morrisnichols.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| STARK & STARK, P.C. | tonder@stark-stark.com; jlemkin@stark-stark.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | lschweitzer@cgsh.com; tkessler@cgsh.com |
| ASHBY & GEDDES, P.A. | RPalacio@ashbygeddes.com; DKosloske@ashbygeddes.com |
| Charles E. Boulbol, P.C. | rtrack@msn.com |
| Sirlin Lesser & Benson, P.C. | dplon@sirlinlaw.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; liu@teamrosner.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| MURPHY DESMOND S.C. | jphillips@murphydesmond.com |
| RICHARDS, LAYTON & FINGER, P.A. | knight@rlf.com; milana@rlf.com; javorsky@rlf.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | gbressler@mdmc-law.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| FARRELL FRITZ, P.C. | pcollins@farrellfritz.com; dpascarella@farrellfritz.com |

BLINK HOLDINGS, INC., *et al.,*
Case No. 24-11686 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | mvaldez@pbfcm.com |
| Leech Tishman Robinson Brog, PLLC | cyee@leechtishman.com; lschwartz@leechtishman.com; nmeyers@leechtishman.com |
| KELLEY DRYE & WARREN LLP | kelliott@kelleydrye.com; abarajas@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com; ewilson@kelleydrye.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |
| Shipman & Goodwin | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| ALSTON & BIRD LLP | jacob.johnson@alston.com; stephen.blank@alston.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com; marcy.smith@wbd-us.com |
| SAUL EWING LLP | monique.disabatino@saul.com; turner.falk@saul.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | slevin@mdmc-law.com |
| Cooch and Taylor, P.A | gdick@coochtaylor.com; klevitsky@coochtaylor.com |
| Bradley Arant Boult Cummings LLP | jbailey@bradley.com |
| Buchalter, A Professional Corporation | schristianson@buchalter.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| Pick & Zabicki LLP | dpick@picklaw.net |
| Jaspan Schlesinger Narendran LLP | spernaplank@jaspanllp.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com |

BLINK HOLDINGS, INC., *et al.,*
Case No. 24-11686 (JKS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP | gmeltzer@meltzerlippe.com; ssteinberg@meltzerlippe.com |
| LATHAM & WATKINS LLP | george.davis@lw.com; ted.dillman@lw.com; whit.morley@lw.com |
| COLE SCHOTZ P.C. | npernick@coleschotz.com; ddean@coleschotz.com |
| STARK & STARK, P.C. | tduggan@stark-stark.com |
| RUBIN & LEVIN, P.C. | mbarr@rubin-levin.net |
| Burr & Forman LLP | jfalgowski@burr.com; esummers@burr.com; drobbins@burr.com |
| GLENN AGRE BERGMAN & FUENTES LLP | aglenn@glennagre.com; mdoss@glennagre.com |
| Offit Kurman, P.A. | brian.mclaughlin@offitkurman.com |
| Lasser Hochman, LLC | rzucker@lasserhochman.com |