**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 865, 866 & 867 |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER APPROVING**
**FINAL FEE APPLICATIONS OF THE DEBTORS' PROFESSIONALS**
**FOR THE PERIOD FROM AUGUST 12, 2024, THROUGH**
**AND INCLUDING FEBURARY 28, 2025**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies as follows:

1.      On March 28, 2025, the professionals retained by the Debtors filed their respective applications for final allowance of compensation and reimbursement of expenses [Docket Nos. 865, 866 & 867] (the "**Final Fee Applications**") for the period August 12, 2024, through and including February 28, 2025.  Final Fee Applications were filed by the following professionals retained by the Debtors:

- Young Conaway Stargatt & Taylor, LLP

- Moelis & Company LLC

- Epiq Corporate Restructuring, LLC

2.      Objections, if any, to the Final Fee Applications were required to be filed and served on or before April 17, 2025, at 4:00 p.m. (ET).  The Debtors did not receive any responses

---

[1]     The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354.  The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036.  Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

or objections to the Final Fee Applications by the Objection Deadline and, accordingly, on April 23, 2025, the Debtors filed the *Certification of Counsel Regarding Omnibus Order Approving Final Fee Applications of the Debtors' Professionals for the Period from August 12, 2024, Through and Including February 28, 2025* [Docket No. 879]. A proposed form of order was attached thereto as <u>Exhibit A</u> (the "**Proposed Order**").

3. Thereafter, the United States Court for the District of Delaware (the "**Court**") provided comments to certain of the Final Fee Applications. The Debtors have revised the Proposed Order to address the Court's comments, as reflected in **<u>Exhibit 1</u>** hereto (the "**Revised Proposed Order**").

WHEREFORE, as no responses or objections were received to the Final Fee Applications other than those discussed herein, and as the Debtors have circulated the Revised Proposed Order to the Professionals who have each reviewed and agreed to the entry of the Revised Proposed Order, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience without further notice or a hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: Wilmington, Delaware      **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
May 22, 2025

*/s/ Timothy R. Powell*
Michael R. Nestor (No. 3526)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
Timothy R. Powell (No. 6894)
Benjamin C. Carver (No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
       sgreecher@ycst.com
       amielke@ycst.com
       tpowell@ycst.com
       bcarver@ycst.com

*Counsel to the Debtors and Debtors in Possession*

33096424.2