# **EXHIBIT 1**

Final Fee Order

17340525/1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 874, 875, 876** |

**OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS OF THE
COMMITTEE PROFESSIONALS**

Upon consideration of the final applications (each an "Final Application" and, collectively, the "Final Applications") of those professionals (each a "Professional" and, collectively, the "Professionals") listed on **Exhibit A** attached hereto in the bankruptcy cases of Blink Holdings, Inc. and its affiliated debtors in the above-captioned proceeding (the "Debtors") for allowance of compensation and reimbursement of expenses for the period August 26, 2024 through February 28, 2025 (collectively, the "Final Applications"); and it appearing to the Court that all of the requirements of sections 327, 328, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, have been satisfied; and the Professionals having responded to the Court's inquiries and certain Professionals having agreed to reduce certain fees and/or expenses requested in the Final Applications in response to the Court's inquiries; and it further appearing that the compensation and expenses incurred were reasonable and necessary; and that notices of the Final Applications

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17340525/1

2

were appropriate; and after due deliberation and sufficient good cause appearing therefore; it is hereby:

ORDERED, that the Final Applications are hereby APPROVED in the amount set forth on **Exhibit A** attached hereto; and it is further

ORDERED, that the Professionals are granted final allowance of compensation in the amount set forth on **Exhibit A** attached hereto; and it is further

ORDERED, that the Professionals are granted final reimbursement of expenses in the amount set forth on **Exhibit A** attached hereto; and it is further

ORDERED, that the Debtors are authorized and directed, as provided herein, to remit, or caused to be remitted, payment in the amount set forth on **Exhibit A** attached hereto, less any and all amounts previously paid on account of such fees and expenses; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# EXHIBIT A

**In re: Blink Holdings, Inc.,** *et al.*
**Case No. 24-11686 (JKS)**
**Final Fee Period**

| Name of Professional | Firm's Role in Case | Period | Compensation Requested (Final Period) | Expenses Requested (Final Period) | Voluntary Fee Reductions (Final Period) | Voluntary Expense Reductions (Final Period) | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| **Kelley Drye & Warren LLP** | Lead Counsel to the Official Committee of Unsecured Creditors | August 26, 2024 - February 28, 2025 | $2,162,520.00[1] | $27,256.17 | $16,327.00 | $748.40 | $2,146,193.00 | $26,507.77 |
| **Morris James LLP** | Delaware Counsel to the Official Committee of Unsecured Creditors | August 28, 2024 - February 28, 2025 | $286,047.50[2] | $16,211.10 | $1,975.00 | $0.00 | $284,072.50 | $16,211.10 |
| **Dundon Advisers LLC** | Financial Advisor to the Official Committee of Unsecured Creditors | August 28, 2024 - February 28, 2025 | $590,331.50[3] | $2,669.78 | $0.00 | $0.00 | $590,331.50 | $2,669.78 |

---

[1] Represents $2,150,020.00 in total fees incurred, plus an estimated $12,500.00 in additional fees and expenses incurred after February 28, 2025 in connection with preparing this Application and attending the hearing thereon.

[2] This amount includes an additional $10,000.00 in estimated fees for the Post-Effective Date Period.

[3] This amount includes an additional $7,200.00 in estimated fees for the Post-Effective Date Period.

17340525/1