**EXHIBIT A**

**In re: Blink Holdings, Inc., *et al.*
Case No. 24-11686 (JKS)
Final Fee Period**

| Name of Professional | Firm's Role in Case | Period | Compensation Requested (Final Period) | Expenses Requested (Final Period) | Voluntary Fee Reductions (Final Period) | Voluntary Expense Reductions (Final Period) | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| **Kelley Drye & Warren LLP** | Lead Counsel to the Official Committee of Unsecured Creditors | August 26, 2024 - February 28, 2025 | $2,162,520.00[1] | $27,256.17 | $16,327.00 | $748.40 | $2,146,193.00 | $26,507.77 |
| **Morris James LLP** | Delaware Counsel to the Official Committee of Unsecured Creditors | August 28, 2024 - February 28, 2025 | $286,047.50[2] | $16,211.10 | $1,975.00 | $0.00 | $284,072.50 | $16,211.10 |
| **Dundon Advisers LLC** | Financial Advisor to the Official Committee of Unsecured Creditors | August 28, 2024 - February 28, 2025 | $590,331.50[3] | $2,669.78 | $0.00 | $0.00 | $590,331.50 | $2,669.78 |

---

[1] Represents $2,150,020.00 in total fees incurred, plus an estimated $12,500.00 in additional fees and expenses incurred after February 28, 2025 in connection with preparing this Application and attending the hearing thereon.

[2] This amount includes an additional $10,000.00 in estimated fees for the Post-Effective Date Period.

[3] This amount includes an additional $7,200.00 in estimated fees for the Post-Effective Date Period.

17340525/1