**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 865, 866 & 867 |

**ORDER APPROVING FINAL FEE APPLICATIONS
OF DEBTORS' PROFESSIONALS**

Upon consideration of the final fee applications (the "**Final Fee Applications**")[2] of the debtors' professionals (collectively, the "**Professionals**"), retained by the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), for allowance of compensation and reimbursement of expenses on a final basis; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing to this Court that all of the requirements of sections 327, 328, 330, 331, and 503(b) of title 11 of the United States Code, rule 2016 of the Federal Rules of Bankruptcy Procedure, and rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware have been satisfied; and it further appearing that the compensation earned and expenses incurred

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Final Fee Applications, as applicable.

33096429.2

were reasonable and necessary; and that the notice of the Final Fee Applications was appropriate; and after due deliberation and sufficient good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Final Fee Applications are APPROVED on a final basis with respect to the amounts set forth on **Exhibit A** attached hereto.

2. The Professionals are granted final allowance of compensation in the amounts set forth on **Exhibit A** attached hereto, including any and all holdbacks.

3. The Professionals are granted, on a final basis, reimbursement of reasonable and necessary expenses in the amount set forth on **Exhibit A** attached hereto.

4. The Debtors are authorized and directed to remit, or cause to be remitted, payment to the Professionals in the amounts set forth on **Exhibit A** attached hereto, less any and all amounts previously paid on account of such fees and expenses.

5. This Order shall be deemed a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

**Dated: May 22nd, 2025**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

33096429.2