**EXHIBIT A**

| PROFESSIONAL | FEES | EXPENSES |
|---|---|---|
| **Young Conaway Stargatt & Taylor, LLP**[1]<br>Counsel to the Debtors<br>8/12/2024 – 2/28/2025 | $3,663,881.50 | $48,779.14 |
| **Moelis & Company LLC**[2]<br>Investment Banker for the Debtors<br>8/12/2024 – 2/28/2025 | $3,579,785.71 | $73,849.95 |
| **Epiq Corporate Restructuring, LLC**<br>Administrative Advisor to the Debtors<br>8/12/2024 – 2/28/2025 | $29,778.30 | $0.00 |

---

[1] Young Conway has reduced fees by $3,508.00 and expenses by $1,639.49.

[2] Moelis has reduced its expenses by $568.42.

33096429.2