## EXHIBIT 1

Closing Cases

| # | Case No. | Entity |
|---|---|---|
| 1 | 24-11687 | 692 Broadway Fitness Club |
| 2 | 24-11688 | Bergen Town Center Fitness Club, Inc. |
| 3 | 24-11690 | Blink 101 W 87th Street, Inc. |
| 4 | 24-11692 | Blink 1060 W Alameda, Inc. |
| 5 | 24-11694 | Blink 1065 6th Avenue, Inc. |
| 6 | 24-11751 | Blink 108-14 Roosevelt, Inc. |
| 7 | 24-11755 | Blink 1134 Fulton, Inc. |
| 8 | 24-11787 | Blink 12201 Victory Blvd Inc. |
| 9 | 24-11791 | Blink 125 Park, Inc. |
| 10 | 24-11798 | Blink 125th Street, Inc. |
| 11 | 24-11802 | Blink 130 W.G. Street, Inc. |
| 12 | 24-11807 | Blink 16123 Bellflower Blvd., Inc. |
| 13 | 24-11812 | Blink 16th Street, Inc. |
| 14 | 24-11816 | Blink 18th Avenue, Inc. |
| 15 | 24-11817 | Blink 19500 Plummer, Inc. |
| 16 | 24-11800 | Blink 229 E. Foothill Boulevard, Inc. |

| 17 | 24-11803 | Blink 2374 Grand Concourse, Inc. |
| 18 | 24-11806 | Blink 2465 Jerome Inc. |
| 19 | 24-11810 | Blink 2862 Fulton Street, Inc. |
| 20 | 24-11815 | Blink 287 Broadway, Inc. |
| 21 | 24-11713 | Blink 2883 3rd Avenue, Inc. |
| 22 | 24-11725 | Blink 3779 Nostrand, Inc. |
| 23 | 24-11736 | Blink 600 Third Avenue, Inc. |
| 24 | 24-11743 | Blink 69th Street Inc. |
| 25 | 24-11747 | Blink 78-14 Roosevelt, Inc. |
| 26 | 24-11753 | Blink 79th Holdings Inc. |
| 27 | 24-11762 | Blink 8201 Broadway, Inc. |
| 28 | 24-11770 | Blink 833 Flatbush, Inc. |
| 29 | 24-11775 | Blink 886 Broadway, Inc. |
| 30 | 24-11780 | Blink 88th Street, Inc. (f/k/a Blink Hylan Blvd., Inc.) |
| 31 | 24-11784 | Blink 97-01 Northern Blvd., Inc. |
| 32 | 24-11789 | Blink 98th Street, Inc. (f/k/a Blink 25 Broadway, Inc.) |
| 33 | 24-11793 | Blink 9901 S. Alameda, Inc. |
| 34 | 24-11795 | Blink Abrams Road Inc. |
| 35 | 24-11799 | Blink Airline Drive, Inc. |

17326373/1

| 36 | 24-11804 | Blink Amboy Road Inc. (f/k/a Blink 1239 Fulton, Inc.) |
|----|----------|-------------------------------------------------------|
| 37 | 24-11809 | Blink Ashland Avenue, Inc. |
| 38 | 24-11813 | Blink Ashland Inc. |
| 39 | 24-11818 | Blink Atlantic Avenue LB Inc. |
| 40 | 24-11819 | Blink Atlantic Avenue, Inc. |
| 41 | 24-11820 | Blink Avenue A, Inc. |
| 42 | 24-11821 | Blink Baldwin, Inc. |
| 43 | 24-11822 | Blink Beach Street, Inc. |
| 44 | 24-11701 | Blink Bedford, Inc. |
| 45 | 24-11706 | Blink Belleville Inc. |
| 46 | 24-11714 | Blink Bissonnet, Inc. |
| 47 | 24-11719 | Blink Braddock Avenue Inc. |
| 48 | 24-11724 | Blink Brentwood, Inc. |
| 49 | 24-11728 | Blink Broadway Marketplace, Inc. |
| 50 | 24-11741 | Blink Brookhurst, Inc. |
| 51 | 24-11746 | Blink Clifton, Inc. |
| 52 | 24-11752 | Blink Commercial Boulevard, Inc. |
| 53 | 24-11758 | Blink Company Intermediate Holdco Inc. |
| 54 | 24-11764 | Blink Compton & Central Avenue, Inc. |

17326373/1

| 55 | 24-11768 | Blink Concourse Holdings, Inc. |
| 56 | 24-11774 | Blink Courtesy Plaza Inc. |
| 57 | 24-11778 | Blink Deerwood Inc. |
| 58 | 24-11782 | Blink Diversey, Inc. |
| 59 | 24-11786 | Blink East 54th Street, Inc. |
| 60 | 24-11790 | Blink East Orange, Inc. (f/k/a Blink Belleville, Inc.) |
| 61 | 24-11792 | Blink East Tremont Avenue, Inc. |
| 62 | 24-11794 | Blink Eighth Avenue, Inc. |
| 63 | 24-11797 | Blink Farmers Boulevard Inc. |
| 64 | 24-11805 | Blink Fitness Rialto Inc. |
| 65 | 24-11808 | Blink Flatlands Avenue, Inc. |
| 66 | 24-11702 | Blink Frankford Avenue, Inc. |
| 67 | 24-11705 | Blink Fulton Street, Inc. |
| 68 | 24-11709 | Blink Gage Park LLC |
| 69 | 24-11716 | Blink Georgetown Inc. |
| 70 | 24-11723 | Blink Hicksville, Inc. |
| 71 | 24-11729 | Blink Highway 249, Inc. |
| 72 | 24-11733 | Blink Holdings II, Inc. |
| 73 | 24-11738 | Blink Irvington Inc. |

4

| 74 | 24-11744 | Blink Jamaica Avenue, Inc. |
|----|----------|---------------------------|
| 75 | 24-11748 | Blink Jerome Avenue, Inc. |
| 76 | 24-11754 | Blink Journal Square, Inc. |
| 77 | 24-11760 | Blink Keller, Inc. |
| 78 | 24-11765 | Blink Kendall Market Place Inc. |
| 79 | 24-11769 | Blink Kenwood, Inc. |
| 80 | 24-11771 | Blink Knickerbocker, Inc. |
| 81 | 24-11776 | Blink KWT Holdco LLC |
| 82 | 24-11779 | Blink Liberty Avenue, Inc. |
| 83 | 24-11689 | Blink Lodi, Inc. |
| 84 | 24-11693 | Blink Long Point, Inc. |
| 85 | 24-11695 | Blink Macombs Road, Inc. |
| 86 | 24-11697 | Blink Melville, Inc. |
| 87 | 24-11699 | Blink Metropolitan Avenue, Inc. |
| 88 | 24-11703 | Blink Miramar Parkway Inc. |
| 89 | 24-11707 | Blink Myrtle Avenue, Inc. (f/k/a Blink 3780 Broadway, Inc.) |
| 90 | 24-11711 | Blink Nassau Street, Inc. |
| 91 | 24-11717 | Blink Newark, Inc. |
| 92 | 24-11721 | Blink Normandie Avenue, Inc. |

17326373/1

| 93 | 24-11726 | Blink North 10th Street Corp. |
| 94 | 24-11730 | Blink North Riverside LLC |
| 95 | 24-11734 | Blink Nostrand Avenue, Inc. |
| 96 | 24-11737 | Blink NRH, Inc. |
| 97 | 24-11742 | Blink Nutley, Inc. |
| 98 | 24-11749 | Blink Pacific Boulevard, Inc. |
| 99 | 24-11756 | Blink Parsippany, Inc. |
| 100 | 24-11761 | Blink Passaic, Inc. |
| 101 | 24-11766 | Blink Paterson, Inc. |
| 102 | 24-11772 | Blink Perth Amboy, Inc. |
| 103 | 24-11781 | Blink Richmond Road, Inc. |
| 104 | 24-11785 | Blink Ridgeland Ave., Inc. |
| 105 | 24-11788 | Blink Riverdale, Inc. |
| 106 | 24-11691 | Blink Selden, Inc. |
| 107 | 24-11696 | Blink SER Portfolio, Inc. |
| 108 | 24-11698 | Blink South Orange, Inc. |
| 109 | 24-11700 | Blink Southern Boulevard, Inc. |
| 110 | 24-11704 | Blink St. Ann's Avenue, Inc. |
| 111 | 24-11708 | Blink Steinway Street, Inc. |

17326373/1

| 112 | 24-11710 | Blink Stonebrook, Inc. |
| 113 | 24-11715 | Blink Sunset Park, Inc. |
| 114 | 24-11718 | Blink Union, Inc. |
| 115 | 24-11722 | Blink Utica Avenue, Inc. |
| 116 | 24-11727 | Blink Valley Stream, Inc. |
| 117 | 24-11732 | Blink Webster Avenue, Inc. (f\k\a Blink Boston Post Road. Inc.) |
| 118 | 24-11735 | Blink West 31st Street, Inc. |
| 119 | 24-11739 | Blink West 8th Street, Inc. |
| 120 | 24-11745 | Blink West Islip, Inc. |
| 121 | 24-11750 | Blink Westchase Inc. |
| 122 | 24-11757 | Blink White Plains, Inc. |
| 123 | 24-11763 | Blink Whitman, Inc. |
| 124 | 24-11767 | Blink Williamsbridge, Inc. |
| 125 | 24-11773 | Blink Willingboro, Inc. |
| 126 | 24-11823 | Blink Wissinoming, Inc. |
| 127 | 24-11814 | Cross County Fitness Club, Inc. |

17326373/1