# **EXHIBIT A**

Debtors' Professionals' Final Fee Applications

17345109/1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: June 3, 2025 at 11:00 a.m. (ET)** |

## FEE APPLICATION INDEX
## <u>FINAL FEE APPLICATIONS – DEBTORS' PROFESSIONALS</u>

A. Young Conaway Stargatt & Taylor, LLP's Seventh Monthly and Final Fee Application for Allowance of Compensation and Reimbursement of Expenses, Counsel for the Debtors', for the for the Monthly Period from February 1, 2025 Through February 28, 2025 and the Final Period from August 12, 2024 Through February 28, 2025 [D.I. 865, 3/28/25]

    1. Monthly Application for the Period November 1, 2024 Through November 30, 2024 [D.I. 680, 12/16/25]

    2. Certificate of No Objection [D.I. 711, 1/7/25]

    3. Monthly Application for the Period December 1, 2024 Through December 31, 2024 [D.I. 719, 1/9/25]

    4. Certificate of No Objection [D.I. 778, 2/3/25]

    5. Monthly Application for the Period January 1, 2025 Through January 31, 2025 [D.I. 799, 2/17/25]

    6. Certificate of No Objection [D.I. 846, 3/12/25]

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the undersigned counsel for the Debtors.

32521326.2

B.  Moelis & Company LLC's Final Application for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from August 12, 2024 Through and Including February 28, 2025 [D.I. 866, 3/28/25]

    1.  Monthly Application for the Period November 1, 2024 Through November 30, 2024 [D.I. 681, 12/16/24]

    2.  Certificate of No Objection [D.I. 710, 1/7/25]

    3.  Monthly Application for the Period December 1, 2024 Through December 31, 2024 [D.I. 744, 1/16/25]

    4.  Certificate of No Objection [D.I. 792, 2/10/25]

C.  Epiq Corporate Restructuring, LLC's Final Consolidated Monthly Fee Application as Administrative Advisor to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses for the Period From August 12, 2024 Through February 28, 2025 [D.I. 867, 3/28/25]

    1.  Monthly Application for the Period August 12, 2024 Through November 30, 2024 [D.I. 688, 12/16/24]

    2.  Certificate of No Objection [D.I. 709, 1/7/25]

D.  Certification of Counsel Regarding Omnibus Order Approving Final Fee Applications of the Debtors' Professionals for the Period from August 12, 2024 Through and Including February 28, 2025 [D.I. 879, 4/23/25]