# **EXHIBIT B**

Committee Professionals' Final Fee Applications

17345109/1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 874, 875, 876** |

**INDEX OF FINAL FEE APPLICATIONS TO BE CONSIDERED AT
THE HEARING ON JUNE 3, 2025 AT 11:00 A.M. (ET)**

**Kelley Drye & Warren LLP
Lead Counsel to the Official Committee of Unsecured Creditors**

1. Combined Sixth Monthly and Final Fee Application of Kelley Drye & Warren LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Monthly Period from February 1, 2025 Through and Including February 28, 2025, and the Final Period From August 26, 2024 Through and Including February 28, 2025 [Filed April 11, 2025; Docket No. 874].

   Objection Deadline: May 2, 2025 at 4:00 p.m. (ET)

   Responses/Objections Received: None.

   Related Documents:

   A. Third Monthly Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2024 Through and Including November 30, 2024 [Filed February 12, 2025; Docket No. 794].

   B. Certificate of No Objection Regarding Third Monthly Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2024 Through and Including November 30, 2024 [Filed March 6, 2025; Docket No. 842].

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

17284435/1

C. Fourth Monthly Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2024 Through and Including December 31, 2024 [Filed February 24, 2025; Docket No. 809].

D. Certificate of No Objection Regarding Fourth Monthly Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2024 Through and Including December 31, 2024 [Filed March 18, 2025; Docket No. 853].

E. Fifth Monthly Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period From January 1, 2025 Through and Including January 31, 2025 [Filed February 28, 2025; Docket No. 828].

F. Certificate of No Objection Regarding Fifth Monthly Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2025 Through and Including January 31, 2025 [Filed March 24, 2025; Docket No. 858].

**Morris James LLP**
**Delaware Counsel to the Official Committee of Unsecured Creditors**

2. Combined Sixth Monthly Final Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the (I) Monthly Period from February 1, 2025 Through February 28, 2025 and (II) Final Period from August 28, 2024 through February 28, 2025 [Filed April 11, 2025; Docket No. 875].

Objection Deadline: May 2, 2025 at 4:00 p.m. (ET)

Responses/Objections Received: None.

Related Documents:

A. Third Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through November 30, 2024 [Filed February 12, 2025; Docket No. 795].

B.  Certificate of No Objection Regarding Third Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through November 30, 2024 [Filed March 6, 2025; Docket No. 843].

C.  Fourth Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2024 through December 31, 2024 [Filed February 24, 2025; Docket No. 810].

D.  Certificate of No Objection Regarding Fourth Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2024 through December 31, 2024 [Filed March 18, 2025; Docket No. 854].

E.  Fifth Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 through January 31, 2025 [Filed February 28, 2025; Docket No. 829].

F.  Certificate of No Objection Regarding Fifth Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 through January 31, 2025 [Filed March 24, 2025; Docket No. 859].

**Dundon Advisers LLC**
**Financial Advisor to the Official Committee of Unsecured Creditors**

3.  Final Application of Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 28, 2024 through February 28, 2025 [Filed April 11, 2025; Docket No. 876].

    Objection Deadline: May 2, 2025 at 4:00 p.m. (ET)

    Responses/Objections Received: None.

    Related Documents:

    A.  Third Monthly Application of Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through November 3, 2024 [Filed February 12, 2025; Docket No. 796].

B. Certificate of No Objection Regarding Third Monthly Application of Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through November 3, 2024 [Filed March 6, 2025; [Docket No. 844](#)].

C. Fourth Monthly Application of Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2024 through December 31, 2024 [Filed February 24, 2025; [Docket No. 811](#)].

D. Certificate of No Objection Regarding Fourth Monthly Application of Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2024 through December 31, 2024 [Filed March 18, 2025; [Docket No. 856](#)].

E. Fifth Monthly Application of Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 through January 31, 2025 [Filed February 28, 2025; [Docket No. 830](#)].

F. Certificate of No Objection Regarding Fifth Monthly Application of Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 through January 31, 2025 [Filed March 24, 2025; [Docket No. 860](#)].

G. Sixth Monthly Application of Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 through February 28, 2025 [Filed April 11, 2025; [Docket No. 871](#)].

H. Certificate of No Objection Regarding Sixth Monthly Application of Dundon Advisers LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 through February 28, 2025 [Filed May 5, 2025; [Docket No. 881](#)].

| | |
|---|---|
| Dated: May 6, 2025 | **MORRIS JAMES LLP** |
| | |
| | */s/ Siena B. Cerra* |
| | Carl N. Kunz, III (DE Bar No. 3201) |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar No. 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: ckunz@morrisjames.com |
| |        emonzo@morrisjames.com |
| |        bkeilson@morrisjames.com |
| |        scerra@morrisjames.com |
| | |
| | -and- |
| | |
| | **KELLEY DRYE & WARREN LLP** |
| | Eric R. Wilson, Esq. (admitted *pro hac vice*) |
| | Kristin S. Elliott, Esq. (admitted *pro hac vice*) |
| | Andres Barajas, Esq. (admitted *pro hac vice*) |
| | 3 World Trade Center |
| | New York, NY 10007 |
| | Telephone: (212) 808-7800 |
| | Facsimile: (212) 808-7897 |
| | E-mail: ewilson@kelleydrye.com |
| |        kelliott@kelleydrye.com |
| |        abarajas@kelleydrye.com |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |