# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLINK HOLDINGS, INC., *et al.*,[1] | ) | Case No. 24-11686 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATE

After conferring with chambers, undersigned counsel to Lidia Canales in the above-captioned cases was advised that the following date and time is available upon which an omnibus hearing in the above-captioned matter may be held:

- August 19, 2025 at 10:00 a.m.

Accordingly, undersigned counsel hereby respectfully requests that the Court enter the proposed form of order attached hereto at the earliest convenience of the Court.

Date:  July 7, 2025
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

 */s/ E.E. Allinson III*
Elihu E. Allinson III (No. 3476)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: zallinson@sha-llc.com

- and -

**ZIMMERMAN LAW, P.C.**
Michael Zimmerman, Esq.
315 Walt Whitman Road, Suite 215
Huntington Station, NY  11746
P: (613) 415-0900

*Attorneys for Lidia Canales*

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.