IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLINK HOLDINGS, INC., *et al.*,[1] | ) | Case No. 24-11686 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Obj. Deadline: July 21, 2025 at 4:00 p.m.** |
| | ) | **Hr'g Date: August 19, 2025 at 10:00 a.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 7, 2025, Lidia Canales (the "Movant"), filed the *Motion of Lidia Canales for Retroactive Annulment of Automatic Stay and Prospective Relief from Injunctive Provisions of Debtors' Joint Chapter 11 Plan of Reorganization* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be made in writing, filed with the Bankruptcy Court, located at 824 North Market Street, Wilmington, Delaware 19081 and served so as to actually be received by the undersigned attorneys for the Movants on or before **July 21, 2025 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, is scheduled before the Honorable J. Kate Stickles at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19081 on **August 19, 2025 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE**

---

[1] Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

**BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Date:   July 7, 2025
       Wilmington, DE            **SULLIVAN · HAZELTINE · ALLINSON** LLC

                                        */s/  E.E. Allinson III*
                                        Elihu E. Allinson III (No. 3476)
                                        919 North Market Street, Suite 420
                                        Wilmington, DE 19801
                                        Tel: (302) 428-8191
                                        Fax: (302) 428-8195
                                        Email: zallinson@sha-llc.com

                                        - and -

                                        **ZIMMERMAN LAW, P.C.**
                                        Michael Zimmerman, Esq.
                                        315 Walt Whitman Road, Suite 215
                                        Huntington Station, NY  11746
                                        P: (613) 415-0900

                                        *Attorneys for Lidia Canales*