# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLINK HOLDINGS, INC., *et al.*, | ) | Case No. 24-11686 (JKS) |
| | ) | |
| Debtors[1]. | ) | (Jointly Administered) |

---

[1] The Debtors, preceded by corresponding case number, in these jointly administered cases are the following: (24-11687) 692 Broadway Fitness Club, Inc.; (24-11688) Bergen Town Center Fitness Club, Inc; (24-11690) Blink 101 W 87th Street, Inc.; (24-11692) Blink 1060 W Alameda, Inc.; (24-11694) Blink 1065 6th Avenue, Inc.; (24-11751) Blink 108-14 Roosevelt, Inc.; (24-11755) Blink 1134 Fulton, Inc.; (24-11759) Blink 116th Street, Inc.; (24-11787) Blink 12201 Victory Blvd Inc.; (24-11791) Blink 125 Park, Inc.; (24-11798) Blink 125th Street, Inc.; (24-11802) Blink 130 W.G. Street, Inc.; (24-11807) Blink 16123 Bellflower Blvd., Inc.; (24-11812) Blink 16th Street, Inc.; (24-11816) Blink 18th Avenue, Inc.; (24-11817) Blink 19500 Plummer, Inc.; (24-11796) Blink 2192 Texas Parkway, Inc.; (24-11800) Blink 229 E. Foothill Boulevard, Inc.; (24-11803) Blink 2374 Grand Concourse, Inc.; (24-11806) Blink 2465 Jerome Inc.; (24-11810) Blink 2862 Fulton Street, Inc.; (24-11815) Blink 287 Broadway, Inc.; (24-11713) Blink 2883 3rd Avenue, Inc.; (24-11725) Blink 3779 Nostrand, Inc.; (24-11731) Blink 56-02 Roosevelt, Inc.; (24-11736) Blink 600 Third Avenue, Inc.; (24-11743) Blink 69th Street Inc.; (24-11747) Blink 78-14 Roosevelt, Inc.; (24-11753) Blink 79th Holdings Inc.; (24-11762) Blink 8201 Broadway, Inc.; (24-11770) Blink 833 Flatbush, Inc.; (24-11775) Blink 886 Broadway, Inc.; (24-11780) Blink 88th Street, Inc. (f/k/a Blink Hylan Blvd., Inc.); (24-11784) Blink 97-01 Northern Blvd., Inc.; (24-11789) Blink 98th Street, Inc. (f/k/a Blink 25 Broadway, Inc.); (24-11793) Blink 9901 S. Alameda, Inc.; (24-11795) Blink Abrams Road Inc.; (24-11799) Blink Airline Drive, Inc.; (24-11804) Blink Amboy Road Inc. (f/k/a Blink 1239 Fulton, Inc.); (24-11809) Blink Ashland Avenue, Inc.; (24-11813) Blink Ashland Inc.; (24-11818) Blink Atlantic Avenue LB Inc.; (24-11819) Blink Atlantic Avenue, Inc.; (24-11820) Blink Avenue A, Inc.; (24-11821) Blink Baldwin, Inc.; (24-11822) Blink Beach Street, Inc.; (24-11701) Blink Bedford, Inc.; (24-11706) Blink Belleville Inc.; (24-11714) Blink Bissonnet, Inc.; (24-11719) Blink Braddock Avenue Inc.; (24-11724) Blink Brentwood, Inc.; (24-11728) Blink Broadway Marketplace, Inc.; (24-11741) Blink Brookhurst, Inc.; (24-11746) Blink Clifton, Inc.; (24-11752) Blink Commercial Boulevard, Inc.; (24-11758) Blink Company Intermediate Holdco Inc.; (24-11764) Blink Compton & Central Avenue, Inc.; (24-11768) Blink Concourse Holdings, Inc.; (24-11774) Blink Courtesy Plaza Inc.; (24-11778) Blink Deerwood Inc.; (24-11782) Blink Diversey, Inc.; (24-11786) Blink East 54th Street, Inc.; (24-11790) Blink East Orange, Inc. (f/k/a Blink Belleville, Inc.); (24-11792) Blink East Tremont Avenue, Inc.; (24-11794) Blink Eighth Avenue, Inc.; (24-11797) Blink Farmers Boulevard Inc.; (24-11801) Blink Fitness Franchising, Inc.; (24-11805) Blink Fitness Rialto Inc.; (24-11808) Blink Flatlands Avenue, Inc.; (24-11811) Blink Fourth Avenue, Inc.; (24-11702) Blink Frankford Avenue, Inc.; (24-11705) Blink Fulton Street, Inc.; (24-11709) Blink Gage Park LLC; (24-11712) Blink Gates, Inc.; (24-11716) Blink Georgetown Inc.; (24-11720) Blink Hawthorne, Inc.; (24-11723) Blink Hicksville, Inc.; (24-11729) Blink Highway 249, Inc.; (24-11733) Blink Holdings II, Inc.; (24-11738) Blink Irvington Inc.; (24-11740) Blink Islandia, Inc.; (24-11744) Blink Jamaica Avenue, Inc.; (24-11748) Blink Jerome Avenue, Inc.; (24-11754) Blink Journal Square, Inc.; (24-11760) Blink Keller, Inc.; (24-11765) Blink Kendall Market Place Inc.; (24-11769) Blink Kenwood, Inc.; (24-11771) Blink Knickerbocker, Inc.; (24-11776) Blink KWT Holdco LLC; (24-11779) Blink Liberty Avenue, Inc.; (24-11783) Blink Linden, Inc.; (24-11689) Blink Lodi, Inc.; (24-11693) Blink Long Point, Inc.; (24-11695) Blink Macombs Road, Inc.; (24-11697) Blink Melville, Inc.; (24-11699) Blink Metropolitan Avenue, Inc.; (24-11703) Blink Miramar Parkway Inc.; (24-11707) Blink Myrtle Avenue, Inc. (f/k/a Blink 3780 Broadway, Inc.); (24-11711) Blink Nassau Street, Inc.; (24-11717) Blink Newark, Inc.; (24-11721) Blink Normandie Avenue, Inc.; (24-11726) Blink North 10th Street Corp.; (24-11730) Blink North Riverside LLC; (24-11734) Blink Nostrand Avenue, Inc.; (24-11737) Blink NRH, Inc.; (24-11742) Blink Nutley, Inc.; (24-11749) Blink Pacific Boulevard, Inc.; (24-11756) Blink Parsippany, Inc.; (24-11761) Blink Passaic, Inc.; (24-11766) Blink Paterson, Inc.; (24-11772) Blink Perth Amboy, Inc.; (24-11777) Blink Plainfield, Inc.; (24-11781) Blink Richmond Road, Inc.; (24-11785) Blink Ridgeland Ave., Inc.; (24-11788) Blink Riverdale, Inc.; (24-11691) Blink Selden, Inc.; (24-11696) Blink SER Portfolio, Inc.; (24-11698) Blink South Orange, Inc.; (24-11700) Blink Southern Boulevard, Inc.; (24-11704) Blink St. Ann's Avenue, Inc.; (24-11708) Blink Steinway Street, Inc.; (24-11710) Blink Stonebrook, Inc.; (24-11715) Blink Sunset Park, Inc.; (24-11718) Blink Union, Inc.; (24-11722) Blink Utica Avenue, Inc.; (24-11727) Blink Valley Stream, Inc.; (24-11732) Blink Webster Avenue, Inc. (f\k\a Blink Boston Post Road. Inc.); (24-11735) Blink West 31st Street, Inc.; (24-11739) Blink West 8th

|  |  |  |
|---|---|---|
| LIDIA CANALES, | ) | |
|  | ) | |
| Movant, | ) | **Related Docket No. ____** |
|  | ) | |
| v. | ) | |
|  | ) | |
| BLINK MELVILLE, INC., doing business as | ) | |
| BLINK FITNESS and BLINK HOLDINGS, | ) | |
| INC., doing business as BLINK FITNESS, | ) | |
|  | ) | |
| Respondents. | ) | |

**ORDER GRANTING MOTION OF LIDIA CANALES FOR
FOR RETROACTIVE ANNULMENT OF AUTOMATIC STAY
AND PROSPECTIVE RELIEF FROM INJUNCTIVE PROVISIONS OF
DEBTORS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**

AND NOW, this ____ day of _____ 2025, this matter coming before the Court on the *Motion of Lidia Canales for Retroactive Annulment of the Automatic Stay and Prospective Relief from Injunctive Provisions of Debtors' Joint Chapter 11 Plan of Reorganization* ("Motion")[2] pursuant to 11 U.S.C. § 362 (d); the Court having reviewed the Motion, any objections or responses to the Motion and all related pleadings; and the Court having determined that notice of the Motion was sufficient under the circumstances; and that the legal and factual bases set forth in the Motion establish sufficient cause for the relief granted herein; accordingly,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted as set forth herein.

2. The automatic stay imposed by 11 U.S.C. § 362 (a) in the above-referenced Chapter 11 bankruptcy proceeding is retroactively annulled so as to allow the Movant to file the New Jersey

---

Street, Inc.; (24-11745) Blink West Islip, Inc.; (24-11750) Blink Westchase Inc.; (24-11757) Blink White Plains, Inc.; (24-11763) Blink Whitman, Inc.; (24-11767) Blink Williamsbridge, Inc.; (24-11773) Blink Willingboro, Inc.; (24-11823) Blink Wissinoming, Inc.; and (24-11814) Cross County Fitness Club, Inc.

[2] All capitalized terms in the Order shall have the same meaning ascribed to them in the Motion unless otherwise defined.

3

State Court Action, and the injunctive provisions of the Plan are prospectively lifted to permit Movant to liquidate her claim against the Debtors and Reorganized Debtors via the New Jersey State Court Action by way of judgment or other resolution so she can then collect in the first instance from any available insurance belonging to the Debtors or Reorganized Debtors that is applicable to her claim, and thereafter to return to this Court to have any deficiency amount of that liquidated claim that is not covered by the Debtors' insurance allowed as a general unsecured claim.

       3.       The 14-day stay imposed by Fed. R. Bankr. P. 4001(a)(4) is hereby waived. This Order shall become effective immediately upon its entry.

       4.       This Court shall retain jurisdiction over all matters related to this Order and/or the implementation thereof.