## **CERTIFICATE OF SERVICE**

I, Elihu E. Allinson, III, hereby certify that on the 7th day of July 2025, a copy of the foregoing *Motion of Lidia Canales for Retroactive Annulment of Automatic Stay and Prospective Relief from Injunctive Provisions of Debtors' Joint Chapter 11 Plan of Reorganization* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel to the Plan Administrator:*

| | |
|---|---|
| Carl N. Kunz, III, Esq. | Eric R. Wilson, Esq. |
| Eric J. Monzo, Esq. | Kristin S. Elliott, Esq. |
| Brya M. Keilson, Esq. | Andres Barajas, Esq. |
| Siena B. Cerra, Esq. | KELLEY DRYE & WARREN LLP |
| MORRIS JAMES LLP | 3 World Trade Center |
| 500 Delaware Avenue, Suite 1500 | New York, NY 10007 |
| Wilmington, DE 19801 | ewilson@kelleydrye.com |
| ckunz@morrisjames.com | kelliott@kelleydrye.com |
| emonzo@morrisjames.com | abarajas@kelleydrye.com |
| bkeilson@morrisjames.com | |
| scerra@morrisjames.com | |

*U.S. Trustee:*

Benjamin A. Hackman, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

| | |
|---|---|
| July 7, 2025 | */s/ E.E. Allinson III* |
| Date | Elihu E. Allinson, III |