## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLINK HOLDINGS, INC., *et al.*, | ) | Case No. 24-11686 (JKS) |
| | ) | |
| Debtors[1]. | ) | (Jointly Administered) |

---

[1] The Debtors, preceded by corresponding case number, in these jointly administered case are the following: (24-11687) 692 Broadway Fitness Club, Inc.; (24-11688) Bergen Town Center Fitness Club, Inc; (24-11690) Blink 101 W 87th Street, Inc.; (24-11692) Blink 1060 W Alameda, Inc.; (24-11694) Blink 1065 6th Avenue, Inc.; (24-11751) Blink 108-14 Roosevelt, Inc.; (24-11755) Blink 1134 Fulton, Inc.; (24-11759) Blink 116th Street, Inc.; (24-11787) Blink 12201 Victory Blvd Inc.; (24-11791) Blink 125 Park, Inc.; (24-11798) Blink 125th Street, Inc.; (24-11802) Blink 130 W.G. Street, Inc.; (24-11807) Blink 16123 Bellflower Blvd., Inc.; (24-11812) Blink 16th Street, Inc.; (24-11816) Blink 18th Avenue, Inc.; (24-11817) Blink 19500 Plummer, Inc.; (24-11796) Blink 2192 Texas Parkway, Inc.; (24-11800) Blink 229 E. Foothill Boulevard, Inc.; (24-11803) Blink 2374 Grand Concourse, Inc.; (24-11806) Blink 2465 Jerome Inc.; (24-11810) Blink 2862 Fulton Street, Inc.; (24-11815) Blink 287 Broadway, Inc.; (24-11713) Blink 2883 3rd Avenue, Inc.; (24-11725) Blink 3779 Nostrand, Inc.; (24-11731) Blink 56-02 Roosevelt, Inc.: (24-11736) Blink 600 Third Avenue, Inc.; (24-11743) Blink 69th Street Inc.; (24-11747) Blink 78-14 Roosevelt, Inc.; (24-11753) Blink 79th Holdings Inc.; (24-11762) Blink 8201 Broadway, Inc.; (24-11770) Blink 833 Flatbush, Inc.; (24-11775) Blink 886 Broadway, Inc.; (24-11780) Blink 88th Street, Inc. (f/k/a Blink Hylan Blvd., Inc.); (24-11784) Blink 97-01 Northern Blvd., Inc.; (24-11789) Blink 98th Street, Inc. (f/k/a Blink 25 Broadway, Inc.); (24-11793) Blink 9901 S. Alameda, Inc.; (24-11795) Blink Abrams Road Inc.; (24-11799) Blink Airline Drive, Inc.; (24-11804) Blink Amboy Road Inc. (f/k/a Blink 1239 Fulton, Inc.); (24-11809) Blink Ashland Avenue, Inc.; (24-11813) Blink Ashland Inc.; (24-11818) Blink Atlantic Avenue LB Inc.; (24-11819) Blink Atlantic Avenue, Inc.; (24-11820) Blink Avenue A, Inc.; (24-11821) Blink Baldwin, Inc.; (24-11822) Blink Beach Street, Inc.; (24-11701) Blink Bedford, Inc.; (24-11706) Blink Belleville Inc.; (24-11714) Blink Bissonnet, Inc.; (24-11719) Blink Braddock Avenue Inc.; (24-11724) Blink Brentwood, Inc.; (24-11728) Blink Broadway Marketplace, Inc.; (24-11741) Blink Brookhurst, Inc.; (24-11746) Blink Clifton, Inc.; (24-11752) Blink Commercial Boulevard, Inc.; (24-11758) Blink Company Intermediate Holdco Inc.; (24-11764) Blink Compton & Central Avenue, Inc.; (24-11768) Blink Concourse Holdings, Inc.; (24-11774) Blink Courtesy Plaza Inc.; (24-11778) Blink Deerwood Inc.; (24-11782) Blink Diversey, Inc.; (24-11786) Blink East 54th Street, Inc.; (24-11790) Blink East Orange, Inc. (f/k/a Blink Belleville, Inc.); (24-11792) Blink East Tremont Avenue, Inc.; (24-11794) Blink Eighth Avenue, Inc.; (24-11797) Blink Farmers Boulevard Inc.; (24-11801) Blink Fitness Franchising, Inc.; (24-11805) Blink Fitness Rialto Inc.; (24-11808) Blink Flatlands Avenue, Inc.; (24-11811) Blink Fourth Avenue, Inc.; (24-11702) Blink Frankford Avenue, Inc.; (24-11705) Blink Fulton Street, Inc.; (24-11709) Blink Gage Park LLC; (24-11712) Blink Gates, Inc.; (24-11716) Blink Georgetown Inc.; (24-11720) Blink Hawthorne, Inc.; (24-11723) Blink Hicksville, Inc.; (24-11729) Blink Highway 249, Inc.; (24-11733) Blink Holdings II, Inc.; (24-11738) Blink Irvington Inc.; (24-11740) Blink Islandia, Inc.; (24-11744) Blink Jamaica Avenue, Inc.; (24-11748) Blink Jerome Avenue, Inc.; (24-11754) Blink Journal Square, Inc.; (24-11760) Blink Keller, Inc.; (24-11765) Blink Kendall Market Place Inc.; (24-11769) Blink Kenwood, Inc.; (24-11771) Blink Knickerbocker, Inc.; (24-11776) Blink KWT Holdco LLC; (24-11779) Blink Liberty Avenue, Inc.; (24-11783) Blink Linden, Inc.; (24-11689) Blink Lodi, Inc.; (24-11693) Blink Long Point, Inc.; (24-11695) Blink Macombs Road, Inc.; (24-11697) Blink Melville, Inc.; (24-11699) Blink Metropolitan Avenue, Inc.; (24-11703) Blink Miramar Parkway Inc.; (24-11707) Blink Myrtle Avenue, Inc. (f/k/a Blink 3780 Broadway, Inc.); (24-11711) Blink Nassau Street, Inc.; (24-11717) Blink Newark, Inc.; (24-11721) Blink Normandie Avenue, Inc.; (24-11726) Blink North 10th Street Corp.; (24-11730) Blink North Riverside LLC; (24-11734) Blink Nostrand Avenue, Inc.; (24-11737) Blink NRH, Inc.; (24-11742) Blink Nutley, Inc.; (24-11749) Blink Pacific Boulevard, Inc.; (24-11756) Blink Parsippany, Inc.; (24-11761) Blink Passaic, Inc.; (24-11766) Blink Paterson, Inc.; (24-11772) Blink Perth Amboy, Inc.; (24-11777) Blink Plainfield, Inc.; (24-11781) Blink Richmond Road, Inc.; (24-11785) Blink Ridgeland Ave., Inc.; (24-11788) Blink Riverdale, Inc.; (24-11691) Blink Selden, Inc.; (24-11696) Blink SER Portfolio, Inc.; (24-11698) Blink South Orange, Inc.; (24-11700) Blink Southern Boulevard, Inc.; (24-11704) Blink St. Ann's Avenue, Inc.; (24-11708) Blink Steinway Street, Inc.; (24-11710) Blink Stonebrook, Inc.; (24-

|  |  |
|---|---|
| LIDIA CANALES,<br><br>              Movant,<br><br>   v.<br><br>BLINK MELVILLE, INC., doing business as<br>BLINK FITNESS, and BLINK HOLDINGS,<br>INC., doing business as BLINK FITNESS,<br><br>              Respondents. | Obj. Deadline: June , 2025 at 4:00 p.m.<br>Hr'g Date: June , 2025 at ____:__ __.m. |

### AFFIDAVIT OF MICHAEL ZIMMERMAN, ESQUIRE IN SUPPORT OF MOTION OF LIDIA CANALES FOR RETROACTIVE ANNULMENT AND PROSPECTIVE RELIEF FROM AUTOMATIC STAY AND INJUNCTIVE PROVISONS OF DEBTORS' JOINT CHAPTER 11 PLAN OF REORGANIZATION

COUNTY OF SUFFOLK              :

                                                    :        SS.

STATE OF NEW YORK           :

      Michael Zimmerman, Esquire, having been duly sworn, does depose and say as follows:

      1.     Unless otherwise noted, I have personal knowledge of the matters set forth in this affidavit or I have learned of these matters through my investigation, and that of employees I supervise, of the underlying incident. I am making this affidavit in connection with the *Motion of Lidia Canales for Retroactive Annulment and Prospective Relief from Automatic Stay and the Injunctive Provisions of Debtors' Joint Chapter 11 Plan of Reorganization* (the "Motion") in the jointly administered bankruptcy cases styled <u>In re Blink Fitness, et al.</u>, in lead case No. 24-11686 (JKS), pending in the United States Bankruptcy Court for the District of Delaware.

---

11715) Blink Sunset Park, Inc.; (24-11718) Blink Union, Inc.; (24-11722) Blink Utica Avenue, Inc.; (24-11727) Blink Valley Stream, Inc.; (24-11732) Blink Webster Avenue, Inc. (f\k\a Blink Boston Post Road. Inc.); (24-11735) Blink West 31st Street, Inc.; (24-11739) Blink West 8th Street, Inc.; (24-11745) Blink West Islip, Inc.; (24-11750) Blink Westchase Inc.; (24-11757) Blink White Plains, Inc.; (24-11763) Blink Whitman, Inc.; (24-11767) Blink Williamsbridge, Inc.; (24-11773) Blink Willingboro, Inc.; (24-11823) Blink Wissinoming, Inc.; and (24-11814) Cross County Fitness Club, Inc.

2.  I am the founding member of Zimmerman Law, P.C., which maintains an office located at 315 Walt Whitman Road, Suite 215, Huntington Station, NY 11746 (the "Firm") and am a member in good standing of the Bar of the State of New York. I represent Lidia Canales (the "Movant") in her forthcoming lawsuit to be filed against the captioned Debtors, subject to the permission of this Court.

3.  Lidia Canales, age 59, is an individual resident of Suffolk County, New York.

4.  Pre-petition, on or about June 16, 2023, Ms. Canales was exercising at her local Blink Fitness facility located at 121 Broadhollow Road, Melville, New York, where she held membership privileges.

5.  Without warning, the piece of exercise equipment she was using collapsed underneath her, causing her to fall to the floor where she sustained serious personal injuries. As a result, she has undergone multiple surgeries.

6.  The incident took place in New York. Most of the evidence and witnesses are located in New York. No evidence or witness is located in Delaware. Movant alleges that the Debtor-Defendants are liable for her physical injuries and other damages pursuant to New York tort law.

7.  The Supreme Court of New York, County of Suffolk, routinely hears matters of this nature.

8.  Because Ms. Canales's draft *Verified Complaint* has not yet been filed, all discovery remains outstanding. Upon information and belief, insurance coverage with a $50,000 self-insured retention is available. Ms. Canales reserves all rights as to the proceeds of any applicable primary, excess, or umbrella insurance policies and/or insurance type agreements owned by the Debtors or Reorganized Debtors.

9. Movant has invested her resources developing the New York State Court Action.

FURTHER, AFFIANT SAYETH NAUGHT:

*(signature)*
Michael Zimmerman, Esquire

SWORN AND SUBSCRIBED before me this 5st day of June 2025.

Notary Public *(signature)*

Printed Name: Lon Silvers

My commission expires: _____

```
LON SILVERS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 4829180
Qualified in Suffolk County
Commission Expires November 30, 2025
```

4