**CERTIFICATE OF SERVICE**

I, Elihu E. Allinson, III, hereby certify that on the 7th day of July 2025, a copy of the foregoing *Affidavit of Michael Zimmerman, Esquire in Support of Motion of Lidia Canales for Retroactive Annulment of Automatic Stay and Prospective Relief from Injunctive Provisions of Debtors' Joint Chapter 11 Plan of Reorganization* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel to the Plan Administrator:*

| | |
|---|---|
| Carl N. Kunz, III, Esq.<br>Eric J. Monzo, Esq.<br>Brya M. Keilson, Esq.<br>Siena B. Cerra, Esq.<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>ckunz@morrisjames.com<br>emonzo@morrisjames.com<br>bkeilson@morrisjames.com<br>scerra@morrisjames.com | Eric R. Wilson, Esq.<br>Kristin S. Elliott, Esq.<br>Andres Barajas, Esq.<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>New York, NY 10007<br>ewilson@kelleydrye.com<br>kelliott@kelleydrye.com<br>abarajas@kelleydrye.com |

*U.S. Trustee:*

Benjamin A. Hackman, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

| | |
|---|---|
| July 7, 2025<br>Date | /s/ E.E. Allinson III<br>Elihu E. Allinson, III |