# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLINK HOLDINGS, INC., *et al.*, | ) | Case No. 24-11686 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 896** |

## ORDER ESTABLISHING OMNIBUS HEARING SCHEDULE

The Court hereby establishes the following date and time for conducting an omnibus hearing in the above-captioned matter:

- August 19, 2025 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: July 7th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE