# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*, | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 901** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Burton Hastings Advisors LLC, not individually, but solely in its capacity as the Plan Administrator in the above-captioned cases, by and through its undersigned counsel, hereby provides notice of its withdrawal of the *Chapter 11 Post-Confirmation Report* [Docket No. 901] filed on July 21, 2025 with the United States Bankruptcy Court for the District of Delaware.

*[Remainder of Page Intentionally Left Blank]*

17444511/1

| | |
|---|---|
| Dated: July 21, 2025<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Eric J. Monzo*<br>Carl N. Kunz, III (DE Bar No. 3201)<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>Siena B. Cerra (DE Bar No. 7290)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com<br>          emonzo@morrisjames.com<br>          bkeilson@morrisjames.com<br>          scerra@morrisjames.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson, Esq. (admitted *pro hac vice*)<br>Kristin S. Elliott, Esq. (admitted *pro hac vice*)<br>Andres Barajas, Esq. (admitted *pro hac vice*)<br>3 World Trade Center<br>New York, NY 10007<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br>E-mail: ewilson@kelleydrye.com<br>          kelliott@kelleydrye.com<br>          abarajas@kelleydrye.com<br><br>*Counsel to the Plan Administrator* |