# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: August 12, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: August 19, 2025 at 10:00 a.m. (ET)** |

## NOTICE OF FOURTH MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO FILE NOTICES TO REMOVE ACTIONS

**PLEASE TAKE NOTICE** that on August 5, 2025, Burton Hastings Advisors LLC, solely in its capacity as the Plan Administrator (the "Plan Administrator"), through its undersigned counsel, filed the *Fourth Motion for Entry of an Order Extending the Deadline to File Notices to Remove Actions* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and be filed with the Bankruptcy Court so as to be received on or before **August 12, 2025 at 4:00 p.m. (ET)**. At the same time, any party filing a response to the Motion must also serve a copy of the response upon the Plan Administrator's undersigned counsel.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 will be held on **August 19, 2025 at 10:00 a.m. (ET)**.

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

17466694/1

| | |
|---|---|
| Dated: August 5, 2025 | **MORRIS JAMES LLP** |
| | |
| | */s/ Siena B. Cerra* |
| | Carl N. Kunz, III (DE Bar No. 3201) |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar No. 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail:  ckunz@morrisjames.com |
| |             emonzo@morrisjames.com |
| |             bkeilson@morrisjames.com |
| |             scerra@morrisjames.com |
| | |
| | -and- |
| | |
| | **KELLEY DRYE & WARREN LLP** |
| | Eric R. Wilson, Esq. (admitted *pro hac vice*) |
| | Kristin S. Elliott, Esq. (admitted *pro hac vice*) |
| | Andres Barajas, Esq. (admitted *pro hac vice*) |
| | 3 World Trade Center |
| | New York, NY 10007 |
| | Telephone: (212) 808-7800 |
| | Facsimile: (212) 808-7897 |
| | E-mail:  ewilson@kelleydrye.com |
| |             kelliott@kelleydrye.com |
| |             abarajas@kelleydrye.com |
| | |
| | *Counsel to the Plan Administrator* |