**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Fourth Motion for Entry of an Order Extending the Deadline to File Notices to Remove Actions* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was completed via electronic mail or First-Class Mail, postage prepaid thereon, upon the parties on the attached service list.

*/s/ Siena B. Cerra*
Siena B. Cerra (DE Bar No. 7290)

---

[1]  Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Plan Administrator's counsel.

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| 125 PARK OWNER LLC | ATTN: BRETT HERSCHENFELD | 420 LEXINGTON AVENUE, SUITE 1800 | | | NEW YORK | NY | 10170 | BRETT.HERSCHENFELD@SLGREEN.COM |
| 96 NORTH 10TH STREET HOLDINGS LLC | ATTN: MORDY GETZ | C/O TRANSITIONS ACQUISITIONS LLC | 232 BROADWAY, SUITE 400 | | BROOKLYN | NY | 11211 | MORDY@SPARKREMGMT.COM |
| A&G REALTY PARTNERS, LLC | ATTN: ANDY GRAISER | 445 BROADHOLLOW RD, SUITE 410 | | | MELVILLE | NY | 11747 | ANDY@AGREP.COM |
| ALSTON & BIRD LLP | COUNSEL TO BOFA | JACOB A. JOHNSON | ONE ATLANTIC CENTER | 1201 WEST PEACHTREE STREET, SUITE 4900 | ATLANTA | GA | 30309-3424 | JACOB.JOHNSON@ALSTON.COM |
| ALSTON & BIRD LLP | COUNSEL TO BOFA | STEPHEN M. BLANK | 90 PARK AVENUE | | NEW YORK | NY | 10016-1387 | STEPHEN.BLANK@ALSTON.COM |
| ASHBY & GEDDES, P.A. | COUNSEL TO EQUINOX | RICARDO PALACIO & DESTINY KOSLOSKE | 500 DELAWARE AVENUE, 8TH FLOOR | | WILMINGTON | DE | 19801 | RPALACIO@ASHBYGEDDES.COM DKOSLOSKE@ASHBYGEDDES.COM |
| AVENUE CODE, LLC | ATTN: MICHELE MARQUES | 26 O FARRELL STREET, STE. 600 | | | SAN FRANCISCO | CA | 94108 | MMARQUES@AVENUECODE.COM |
| AWESOMENESSTV HOLDINGS, LLC | ATTN: TRUPTI PATEL | C/O VIACOM REALTY CORPORATION | 1515 BROADWAY | | NEW YORK | NY | 10036 | TRUPTI.PATEL@PARAMOUNT.COM |
| BALLARD SPAHR LLP | COUNSEL TO THE "LANDLORDS" | LESLIE C. HEILMAN, LAUREL D. ROGLEN & | MARGARET A. VESPER | 919 N. MARKET STREET, 11TH FLOOR | WILMINGTON | DE | 19801-3034 | HEILMAN@BALLARDSPAHR.COM ROGLENL@BALLARDSPAHR.COM VESPERM@BALLARDSPAHR.COM |
| BELKIN BURDEN GOLDMAN, LLP | COUNSEL TO THEATRE BUILDING | ATTN JAY B. SOLOMON | ONE GRAND CENTRAL PLACE | 60 E 42ND STREET, 16TH FLOOR | NEW YORK | NY | 10165 | jsolomon@bbgllp.com |
| BRADLEY ARANT BOULT CUMMINGS LLP | COUNSEL TO MOTIONSOFT | JAMES B. BAILEY, ESQUIRE | ONE FEDERAL PLACE | 1819 5TH AVENUE N | BIRMINGHAM | AL | 35203 | JBAILEY@BRADLEY.COM |
| BRIXMOR SPE 6LLC | ATTN: DAVID GERSTENHABER | 1525 FARADAY AVE, STE 350 | | | CARLSBAD | CA | 92008 | DAVID.GERSTENHABER@BRIXMOR.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | COUNSEL TO ORACLE | SHAWN M. CHRISTIANSON, ESQ. | 425 MARKET STREET, SUITE 2900 | | SAN FRANCISCO | CA | 94105-3493 | SCHRISTIANSON@BUCHALTER.COM |
| BURR & FORMAN LLP | COUNSEL TO RANCHO MARKETPLACE | J. ELLSWORTH SUMMERS JR. & DANA L. ROBBINS | 50 NORTH LAURA STREET, SUITE 3000 | | JACKSONVILLE | FL | 32202 | ESUMMERS@BURR.COM DROBBINS@BURR.COM |
| BURR & FORMAN LLP | COUNSEL TO RANCHO MARKETPLACE | J. CORY FALGOWSKI | 222 DELAWARE AVENUE, SUITE 1030 | | WILMINGTON | DE | 19801 | JFALGOWSKI@BURR.COM |
| CHARLES E. BOULBOL, P.C. | COUNSEL TO 78-14 ROOSEVELT LLC | CHARLES E. BOULBOL | 62 85TH STREET | | BROOKLYN | NY | 11209 | RTRACK@MSN.COM |
| CHICAGO IL (4644-4658 S DREXEL) LLC | ATTN: SCOTT NICHOLSON | C/O INSITE REAL ESTATE LLC | 1400 16TH ST, STE 300 | | OAK BROOK | IL | 60523 | SNICHOLSON@INSITEREALESTATE.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO EQUINOX | LISA M. SCHWEITZER & THOMAS S. KESSLER | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | LSCHWEITZER@CGSH.COM TKESSLER@CGSH.COM |
| CLEARY GOTTLIEB STEEN HAMILTON | COUNSEL TO EQUINOX HOLDINGS, INC. | ATTN: TOM BEDNAR | 2112 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20037 | TBEDNAR@CGSH.COM DRKRAMER@CGSH.COM SPYUN@CGSH.COM |
| COLE SCHOTZ P.C. | COUNSEL TO PINNACLE US HOLDINGS LLC | NORMAN L. PERNICK & G. DAVID DEAN | 500 DELAWARE AVENUE, SUITE 1410 | | WILMINGTON | DE | 19801 | NPERNICK@COLESCHOTZ.COM DDEAN@COLESCHOTZ.COM |
| CONNOLLY GALLAGHER LLP | COUNSEL TO KRE BROADWAY OWNER LLC | & AI CALIFORNIA LLC | KAREN C. BIFFERATO, ESQ. | 1201 NORTH MARKET STREET, 20TH FLOOR | WILMINGTON | DE | 19801 | kbifferato@connollygallagher.com |
| COOCH AND TAYLOR, P.A. | COUNSEL TO MOTIONSOFT | R. GRANT DICK IV & KEVIN D. LEVITSKY | 1000 N. WEST ST., SUITE 1500 | | WILMINGTON | DE | 19801 | GDICK@COOCHTAYLOR.COM KLEVITSKY@COOCHTAYLOR.COM |
| DUARTE BROTHERS WOODWORK INC | ATTN: NORBEY DUARTE | 97-21 78TH STREET | | | OZONE PARK | NY | 11416 | DUARTEBROTHERS@AOL.COM |
| EAST 54TH STREET PARTNERS LLC | ATTN: JACK TERZI | C/O JTRE | 362 5TH AVE, 12TH FL | | NEW YORK | NY | 10001 | JACK@JTREHOLDINGS.COM |
| ENEL X NORTH AMERICA, INC. | ATTN: RALPH CAMPANELLI | 100 BRICKSTONE SQUARE, STE 300 | | | ANDOVER | MA | 01810 | RALPH.CAMPANELLI@ENEL.COM |
| EQUINOX HOLDINGS, INC. | ATTN: ARLENE HONG | 31 HUDSON YARDS, 15TH FL | | | NEW YORK | NY | 10001 | |
| FARRELL FRITZ, P.C. | COUNSEL TO SAM SPILKES, LLC | PATRICK COLLINS & DARREN A. PASCARELLA | 400 RXR PLAZA | | UNIONDALE | NY | 11556 | PCOLLINS@FARRELLFRITZ.COM DPASCARELLA@FARRELLFRITZ.COM |
| GLE-III, LLC | ATTN: TODD BUCKSTEIN | C/O KIMCO REALTY CORP, 3333 NEW | HYDE PARK RD, STE 100, PO BOX 5020 | | NEW HYDE PARK | NY | 11042 | TBUCKSTEIN@KIMCOREALTY.COM |
| GLENN AGRE BERGMAN & FUENTES LLP | COUNSEL TO SL GREEN REALTY CORP | ANDREW K. GLENN & MALAK S. DOSS | 1185 AVENUE OF THE AMERICAS | 22ND FLOOR | NEW YORK | NY | 10036 | AGLENN@GLENNAGRE.COM MDOSS@GLENNAGRE.COM |
| GOOD EARTH DISTRIBUTION, LLC | ATTN: MEREDITH COVE | 440 WEST STREET | | | FORT LEE | NJ | 07024 | MEREDITH.COVE@GOODEARTHPRODUCTS.COM |
| HPS INVESTMENT PARTNERS, LLC | ADMINISTRATIVE & COLLATERAL AGT | ATTN: ALEXEY PAZUKHA, COLBERT CANNON | 40 WEST 57TH STREET, 33RD FLOOR | | NEW YORK | NY | 10019 | ALEXEY.PAZUKHA@HPSPARTNERS.COM COLBERT.CANNON@HPSPARTNERS.COM |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | VICTORIA.G.MOSBY@IRS.GOV MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY | 1500 PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20220 | VICTORIA.G.MOSBY@IRS.GOV MILLIE.H.AGENT@IRS.GOV |
| JASPAN SCHLESINGER NARENDRAN LLP | COUNSEL TO 480 SUFFOLK | SOPHIA A. PERNA-PLANK, ESQ. | 300 GARDEN CITY PLAZA, 5TH FLOOR | | GARDEN CITY | NY | 11530 | SPERNAPLANK@JASPANLLP.COM |
| JOHNSON HEALTH TECH NA, INC. | ATTN: PHYLLIS DANNIN | 1600 LANDMARK DR | | | COTTAGE GROVE | WI | 53527 | PHYLLIS.DANNIN@MATRIXFITNESS.COM |
| JTRE 23 WS (DEL) LLC | ATTN: JACK TERZI | C/O JTRE | 362 5TH AVE, 12TH FL | | NEW YORK | NY | 10001 | JACK@JTREHOLDINGS.COM |
| KATTEN MUCHIN ROSENMAN LLP | VARAGON CAPITAL PARTNERS AGENT, LLC | ATTN: PETER P. KNIGHT, MICHAEL HOWALD | 525 WEST MONROE STREET | | CHICAGO | IL | 60661 | PETER.KNIGHT@KATTEN.COM MICHAEL.HOWALD@KATTEN.COM SCOTT.LYONS@KATTEN.COM |
| KATTEN MUCHIN ROSENMAN LLP | COUNSEL TO VARAGON | PETER P. KNIGHT & ALLISON E. YAGER | 525 W. MONROE STREET | | CHICAGO | IL | 60661 | PETER.KNIGHT@KATTEN.COM ALLISON.YAGER@KATTEN.COM |
| LASSER HOCHMAN, LLC | COUNSEL TO GRAND BALDWIN ASSOCIATES | RICHARD L. ZUCKER, ESQ. | 75 EISENHOWER PARKWAY, SUITE 120 | | ROSELAND | NJ | 07068 | RZUCKER@LASSERHOCHMAN.COM |
| LATHAM & WATKINS LLP | COUNSEL TO PINNACLE US HOLDINGS LLC | WHIT MORLEY | 330 NORTH WABASH AVENUE, SUITE 2800 | | CHICAGO | IL | 60611 | WHIT.MORLEY@LW.COM |
| LATHAM & WATKINS LLP | COUNSEL TO PINNACLE US HOLDINGS LLC | TED A. DILLMAN | 355 SOUTH GRAND AVENUE, SUITE 100 | | LOS ANGELES | CA | 90071 | TED.DILLMAN@LW.COM |
| LATHAM & WATKINS LLP | COUNSEL TO PINNACLE US HOLDINGS LLC | GEORGE A. DAVIS | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | GEORGE.DAVIS@LW.COM |
| LEECH TISHMAN FUSCALDO & LAMPL | COUNSEL TO CP ASSOCIATES LLC | LORI SCHWARTZ & NATHANIEL MEYERS | 1007 N. ORANGE STREET, SUITE 420 | | WILMINGTON | DE | 19801 | LSCHWARTZ@LEECHTISHMAN.COM NMEYERS@LEECHTISHMAN.COM |
| LEECH TISHMAN ROBINSON BROG, PLLC | COUNSEL TO CP ASSOCIATES LLC | CLEMENT K. YEE | ONE DAG HAMMARSKJOLD PLAZA | 885 SECOND AVENUE, 3RD FLOOR | NEW YORK | NY | 10017 | CYEE@LEECHTISHMAN.COM |
| LEVIN PROPERTIES, L.P. | ATTN: JOHN VESSIE | PHILLIPS & ASSOCIATES, PLLC | 45 BROADWAY, SUITE 430 | | NEW YORK | NY | 10006 | RMENO@LEVINMGT.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO TARRANT COUNTY | 2777 N. STEMMONS FREEWAY | SUITE 1000 | | DALLAS | TX | 75207 | DALLAS.BANKRUPTCY@LGBS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO CITY OF HOUSTON, | HOUSTON COMM COLL SYSTEM, HOUSTON ISD & | FORT BEND COUNTY | PO BOX 3064 | HOUSTON | TX | 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM |
| MBB REALTY LIMITED PARTNERSHIP | ATTN: MICHAEL WILLNER | 33 ROCK HILL ROAD, SUITE 350 | | | BALA CYNWYD | PA | 19004 | MICHAEL@POMRE.COM |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | COUNSEL TO HARTFORD | GARY D. BRESSLER, ESQ. | 300 DELAWARE AVENUE, SUITE 1014 | | WILMINGTON | DE | 19801 | GBRESSLER@MDMC-LAW.COM |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | COUNSEL TO HARTFORD | SCOTT A. LEVIN, ESQ. | 300 DELAWARE AVENUE, SUITE 1014 | | WILMINGTON | DE | 19801 | SLEVIN@MDMC-LAW.COM |
| MELTZER LIPPE GOLDSTEIN & BREITSTONE LLP | COUNSEL TO KRE BROADWAY OWNER LLC | GARY MELTZER & SCOTT A. STEINBERG | 190 WILLIS AVE | | MINEOLA | NY | 11501 | GMELTZER@MELTZERLIPPE.COM SSTEINBERG@MELTZERLIPPE.COM |
| MONZACK MERSKY AND BROWDER, P.A. | COUNSEL TO KIMCO | RACHEL B. MERSKY | 1201 N. ORANGE STREET, SUITE 400 | | WILMINGTON | DE | 19801 | RMERSKY@MONLAW.COM |
| MORRIS NICHOLS ARSHT TUNNELL | VARAGON CAPITAL PARTNERS AGENT, LLC | ATTN: CURTIS S. MILLER | 1201 NORTH MARKET STREET, 16TH FL | | WILMINGTON | DE | 19899 | CMILLER@MORRISNICHOLS.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COUNSEL TO VARAGON | CURTIS S. MILLER & AVERY JUE MENG | 1201 N. MARKET STREET, 16TH FLOOR | P.O. BOX 1347 | WILMINGTON | DE | 19899-1347 | CMILLER@MORRISNICHOLS.COM AMENG@MORRISNICHOLS.COM |
| MOTIONSOFT INC | ATTN: JEFF VANDIXHORN | 1451 ROCKVILLE PIKE, SUITE 500 | | | ROCKVILLE | MD | 20852 | JEFF@CLUBAUTOMATION.COM |
| MURPHY DESMOND S.C. | COUNSEL TO JOHNSON HEALTH | ATTN JEFFERY P. PHILLIPS | 33 EAST MAIN STREET, SUITE 500 | | MADISON | WI | 53703 | jphillips@murphydesmond.com |
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA | 300 S SPRING ST #1700 | | | | LOS ANGELES | CA | 90013 | |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE | HERCULES BUILDING | 1313 N MARKET ST STE 400 | | WILMINGTON | DE | 19801 | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE | 844 KING ST, STE 2207, LOCKBOX 35 | ATTN: BENJAMIN A. HACKMAN | | WILMINGTON | DE | 19801 | BENJAMIN.A.HACKMAN@USDOJ.GOV |
| OFFIT KURMAN, P.A. | COUNSEL TO PLATINUM GYM | BRIAN J. MCLAUGHLIN, ESQUIRE | 222 DELAWARE AVENUE, SUITE 1105 | | WILMINGTON | DE | 19801 | BRIAN.MCLAUGHLIN@OFFITKURMAN.COM |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | FORT BEND INDEPENDENT SCHOOL DISTRICT | C/O MELISSA E. VALDEZ | 1235 NORTH LOOP WEST, SUITE 600 | | HOUSTON | TX | 77008 | MVALDEZ@PBFCM.COM |
| PICK & ZABICKI LLP | ATTN: DOUGLAS J. PICK, ESQ. | 369 LEXINGTON AVENUE, 12TH FLOOR | | | NEW YORK | NY | 10017 | DPICK@PICKLAW.NET |
| RICHARDS, LAYTON & FINGER, P.A. | COUNSEL TO JOHNSON HEALTH | ATTN JOHN KNIGHT, MATTHEW MILANA, ZACHARY JAVORSKY | ONE RODNEY SQUARE | 920 NORTH KING STREET | WILMINGTON | DE | 19801 | knight@rlf.com milana@rlf.com javorsky@rlf.com |
| RUBIN & LEVIN, P.C. | COUNSEL TO AI CALIFORNIA LLC | JAMES E. ROSSOW JR., ESQ. | 135 N. PENNSYLVANIA ST., STE. 1400 | | INDIANAPOLIS | IN | 46204 | MBARR@RUBIN-LEVIN.NET |
| RW 5901 FLATLANDS LLC | ATTN: ALEX WEISS | 97-77 QUEENS BOULEVARD, SUITE 620 | | | REGO PARK | NY | 11374 | AWEISS@LAUNDRYCAPITAL.COM |
| SAUL EWING LLP | COUNSEL TO PHILADELPHIA HARBISON, LP | MONIQUE B. DISABATINO, ESQUIRE | 1201 NORTH MARKET STREET, SUITE 2300 | P.O. BOX 1266 | WILMINGTON | DE | 19899 | MONIQUE.DISABATINO@SAUL.COM |
| SAUL EWING LLP | COUNSEL TO PHILADELPHIA HARBISON, LP | TURNER N. FALK, ESQUIRE | CENTRE SQUARE WEST | 1500 MARKET STREET, 38TH FLOOR | PHILADELPHIA | PA | 19102 | TURNER.FALK@SAUL.COM |
| SHIPMAN & GOODWIN LLP | COUNSEL TO LEVIN MANAGEMENT CORPORATION | ERIC S. GOLDSTEIN, ESQ. | ONE CONSTITUTION PLAZA | | HARTFORD | CT | 06103-1919 | EGOLDSTEIN@GOODWIN.COM BANKRUPTCY@GOODWIN.COM BANKRUPTCYPARALEGAL@GOODWIN.COM |
| SIRLIN LESSER & BENSON, P.C. | COUNSEL TO MBB REALTY, LINDEN COMMONS RETAIL LLC | DANA S. PLON | 123 SOUTH BROAD STREET, SUITE 2100 | | PHILADELPHIA | PA | 19109 | DPLON@SIRLINLAW.COM |
| STARK & STARK, P.C. | ATTN: THOMAS S. ONDER & JOSEPH H. LEMKIN | P.O. BOX 5315 | | | PRINCETON | NJ | 08543 | TONDER@STARK-STARK.COM |
| STARK & STARK, P.C. | COUNSEL TO TD EQUIPMENT FINANCE, INC. | ATTN: TIMOTHY P. DUGGAN, ESQUIRE | P.O. BOX 5315 | | PRINCETON | NJ | 08543 | TDUGGAN@STARK-STARK.COM |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL | 100 W RANDOLPH ST | | | CHICAGO | IL | 60601 | |
| STATE OF MASSACHUSETTS ATTY GENERAL | ATTN: ANDREA JOY CAMPBELL | 1 ASHBURTON PLACE, 20TH FL | | | BOSTON | MA | 02108-1518 | |
| STATE OF NEW JERSEY ATTY GENERAL | ATTN: MATTHEW J. PLATKIN | RJ HUGHES JUSTICE COMPLEX | 25 MARKET ST - PO BOX 080 | | TRENTON | NJ | 08625-0080 | CONSUMERS@ATTORNEYGENERAL.GOV |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES | DEPT. OF LAW | THE CAPITOL, 2ND FL | | ALBANY | NY | 12224-0341 | |
| STATE OF PENNSYLVANIA ATTY GENERAL | ATTN: MICHELLE HENRY | STRAWBERRY SQ | 16TH FLR | | HARRISBURG | PA | 17120 | |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON | 300 W 15TH ST | | | AUSTIN | TX | 78701 | |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON | PO BOX 12548 | | | AUSTIN | TX | 78711-2548 | COMPLAINTS@OAG.TEXAS.GOV |
| STELLA RISING INC. | ATTN: ANTHONY VESPUCCI | 920 BROADWAY, 2ND FLOOR | | | NEW YORK | NY | 10010 | AVESPUCCI@STELLARISING.COM |
| THE ROSNER LAW GROUP LLC | COUNSEL TO THIRD AVENUE TOWER, THEATRE BUILDING | FREDERICK B. ROSNER & ZHAO (RUBY) LIU | 824 N. MARKET ST, SUITE 810 | | WILMINGTON | DE | 19801 | ROSNER@TEAMROSNER.COM LIU@TEAMROSNER.COM |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW | | | | WASHINGTON | DC | 20530-0001 | |
| VARAGON CAPITAL PARTNERS AGENT, LLC | 151 W 42ND ST, 53RD FLOOR | | | | NEW YORK | NY | 10036 | |
| VBGO PENN PLAZA LLC | ATTN: BRETT THEIS | 292 MADISON AVENUE. 7TH FLOOR | | | NEW YORK | NY | 10017 | BTHEIS@ROSENBERGESTIS.COM |
| WOMBLE BOND DICKINSON (US) LLP | COUNSEL TO BOFA | MATTHEW P. WARD | 1313 NORTH MARKET STREET, SUITE 1200 | | WILMINGTON | DE | 19801 | MATTHEW.WARD@WBD-US.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL R. NESTOR, SEAN T. GREECHER, | ALLISON S. MIELKE, TIMOTHY R. POWELL, | REBECCA L. LAMB & BENJAMIN C. CARVER | RODNEY SQUARE, 1000 NORTH KING STREET | WILMINGTON | DE | 19801 | |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE | | | | Washington | DC | 20549 | |

| Name | address1 | address2 | address3 | city | State | ZIP / Postalcode | Email 1 |
|---|---|---|---|---|---|---|---|
| ALCALA, LUIS | ADDRESS REDACTED | | | | | | |
| ALCALA, LUIS | ADDRESS REDACTED | | | | | | |
| ALCANTARA, AURORA | C/O MICHAEL RONEMUS. RONEMUS & VILENSKY | 112 MADISON AVE, 2ND FL | | NEW YORK | NY | 10016 | |
| ALCANTARA, AURORA | C/O RONEMUS & VILENSKY | MICHAEL RONEMUS, ESQ. | 112 MADISON AVE, 2ND FL | NEW YORK | NY | 10016 | |
| AMERSON, DARSHAWN | C/O LILIUOKALANI MARTIN, ESQ | 601 N VERMONT AVE | | LOS ANGELES | CA | 90004 | LILI@DOWNTOWNLALAW.COM MJOYCE@MJLAWOFFICES.COM |
| AMERSON, DARSHAWN | C/O DOWNTOWN L.A. LAW GROUP | 601 N. VERMONT AVE. | | LOS ANGELES | CA | 90004 | |
| AMERSON, DARSHAWN | C/O DOWNTOWN L.A. LAW GROUP | 601 N. VERMONT AVE. | | LOS ANGELES | CA | 90004 | |
| BATISTA, JOHNY | C/O DAVID R LEWIS PC | ATTN DAVIS R LEWIS | 527 OLD COUNTRY RD | PLAINVIEW | NY | 11803 | |
| BATISTA, JOHNY | C/O DAVID R LEWIS PC | ATTN DAVIS R LEWIS | 527 OLD COUNTRY RD | PLAINVIEW | NY | 11803 | DAVID@LIPILAWYER.COM |
| BERNARD, JERRY | ADDRESS REDACTED | | | | | | |
| BIBBY, SHAHIEM | ADDRESS REDACTED | | | | | | |
| BIBBY, SHAHIEM | ADDRESS REDACTED | | | | | | |
| BLACK, JAMELA | C/O NISAR LAW GROUP, PC | ATTN MAHIR S NISAR, ESQ | ONE GRAND CENTRAL PL, 60 E 42ND ST, STE | NEW YORK | NY | 10165 | |
| BLACK, JAMELA | C/O NISAR LAW GROUP, PC | ATTN MAHIR S NISAR, ESQ | 1 GR.CENTRAL PL, 60 E 42ND ST, STE 4600 | NEW YORK | NY | 10165 | |
| BLANC, REBECCA | ADDRESS REDACTED | | | | | | |
| BLANC, REBECCA | ADDRESS REDACTED | | | | | | |
| BRIXMOR SPE 6 LLC | C/O BALLARD SPAHR LLP | ATTN LESLIE C HEILMAN | 919 N MARKET ST, 11TH FL | WILMINGTON | DE | 19801 | HEILMANL@BALLARDSPAHR.COM |
| BRIXMOR SPE 6 LLC | ATTN: DAVID GERSTENHABER | C/O DOWNTOWN L.A. LAW GROUP | 601 N. VERMONT AVE. | LOS ANGELES | CA | 90004 | |
| BRIXMOR SPE 6LLC | C/O LAW OFFICES OD LISA M. BLUESTEIN, | LLC | 111 BROOK STREET; SUITE 202 | SCARSDALE | NY | 10583 | |
| BROGSDALE, ELVIN | C/O TIMOTHY KRAMER, SOBO & SOBO, LLP | ONE DOLSON AVENUE | | MIDDLETOWN | NY | 10940 | |
| BROGSDALE, ELVIN | C/O SOBO & SOBO, LLP | TIMOTHY KRAMER, ESQ. | ONE DOLSON AVENUE | MIDDLETOWN | NY | 10940 | |
| BROWN, SHAYRA | ADDRESS REDACTED | | | | | | |
| BROWN, SHAYRA | C/O EMILY BASS, ESQ | 111 BROADWAY, STE 1505 | | NEW YORK | NY | 10006 | EBASS@VLADECK.COM |
| BROWN, SHAYRA | ADDRESS REDACTED | | | | | | |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC | ATTN JOEL L LEVINE, SCOTT L WISS, ERNEST | T LAWSON, WAYNE, B WILSON, MARTIN M | BROOKLYN | NY | 11203 | |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC | 1065 OLD COUNTRY RD, STE 203 | | WESTBURY | NY | 11590 | |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC | 1065 OLD COUNTRY RD, STE 203 | | WESTBURY | NY | 11590 | |
| BURRIS, AMELDA | ADDRESS REDACTED | | | | | | |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC | ATTN JULES G MESSINGER | 1065 OLD COUNTRY RD, STE 203 | WESTBURY | NY | 11590 | |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC | ATTN JOEL L LEVINE, SCOTT L WISS | 1065 OLD COUNTRY RD, STE 203 | WESTBURY | NY | 11590 | |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC | ATTN JOEL L LEVINE, SCOTT L WISS | 455 UTICA AVE | BROOKLYN | NY | 11203 | |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC | ATTN JOEL L LEVINE, SCOTT L WISS | 259 S BAYVIEW AVE | AMITYVILLE | NY | 11701 | LAW@888GOTHURT.COM |
| CANALES, LIDIA | C/O ZIMMERMAN LAW PC | 315 WALT WHITMAN RD, STE 215 | | HUNTINGTON STATION | NY | 11746 | PI@ZIMMLAW.COM WHOLEOFFICE@ZIMMLAW.COM |
| CANALES, LIDIA | C/O ZIMMERMAN LAW PC | 315 WALT WHITMAN RD, STE 215 | | HUNTINGTON STATION | NY | 11746 | WHOLEOFFICE@ZIMMLAW.COM PI@ZIMMLAW.COM |
| CANALES, LIDIA | C/O ZIMMERMAN LAW PC | 315 WALT WHITMAN RD, STE 215 | | HUNTINGTON STATION | NY | 11746 | PI@ZIMMLAW.COM |
| CANALES, LIDIA | C/O ZIMMERMAN LAW | ATTN MICHAEL A ZIMMERMAN, NAOMI TRAINER | 315 WALT WHITMAN RD, STE 215 | HUNTINGTON STATION | NY | 11746 | |
| CHRISTOPHER MITCHENER | C/O TAULER SMITH LLP | ATTN: MATTHEW SMITH, ESQ. | 626 WILSHIRE BLVD., SUITE 550 | LOS ANGELES | CA | 90017 | matthew@taulersmith.com |
| COMMODORE, BENJAMIN A | ADDRESS REDACTED | | | | | | |
| COMMODORE, BENJAMIN A | ADDRESS REDACTED | | | | | | |
| COMODORE, BENJAMINE | ADDRESS REDACTED | | | | | | |
| DENNIS, RAWLE | C/O LAROCCA HORNIK GREENBERG KITTREDGE | CARLIN & MCPARTLAND LLP | ATTN JARED E BLUMETTI | NEW YORK | NY | 10005 | |
| DENNIS, RAWLE | C/O LAROCCA HORNIK GREENBERG ET AL | ATTN JARED E BLUMETTI | 40 WALL ST, 32ND FL | NEW YORK | NY | 10005 | JBLUMETTI@LHRGB.COM |
| DERAS, VIVIAN | C/O BRANDON J BRODERICK LLC | BRIAN R LEHRER, ESQ | 65 STATE RTE 4 EAST | RIVER EDGE | NJ | 07661 | |
| DERAS, VIVIAN | C/O BRANDON J. BRODERICK, LLC | BRIAN R. LEHRER, ESQ. | 65 STATE ROUTE 4 EAST | RIVER EDGE | NJ | 07661 | |
| DT ROUTE 22 RETAIL LLC, ET AL | BLINK UNION INC; DBA BLINK FITNESS (NJ) | ABDUL HASSAN LAW GROUP PLLC | 215-28 HILLSIDE AVE | QUEENS VILLAGE | NY | 11427 | |
| DT ROUTE 22 RETAIL, LLC, ET AL. | C/O STARK & STARK | PO BOX 5315 | | PRINCETON | NJ | 08543 | |
| DUNCAN, RICARDO | C/O JOSEPH T. MULLEN, JR., & ASSOCIATES | JOSEPH T. MULLEN, ESQ. | 20 VESEY STREET, SUITE 710 | NEW YORK | NY | 10007 | |
| DUNCAN, RICARDO | C/O JOSEPH T MULLEN JR & ASSOCIATES | 20 VESEY ST, STE 710 | | NEW YORK | NY | 10007 | LAWYERJTMJR@AOL.COM |
| DUNCAN, RICARDO | C/O JOSEPH T MULLEN JR & ASSOCIATES | 20 VESEY ST, STE 710 | | NEW YORK | NY | 10007 | LAWYERJTMJR@AOL.COM |
| DUNCAN, RICARDO V | BLINK 125TH INC (NY) & RAQUEL TORRES | JOSEPH T MULLEN JR & ASSOCIATES | 20 VESEY ST, STE 710 | NEW YORK | NY | 10007 | |
| EVANS, KEMAR | C/O NEWMAN ANZALONE & NEWMAN LLP | ATTN MORRIS J NEWMAN & LUCILLE A | ANZALONE | REGO PARK | NY | 11374 | |
| EVANS, KEMAR | C/O NEWMAN ANZALONE & NEWMAN LLP | ATTN MORRIS J NEWMAN & LUCILLE A | ANZALONE | REGO PARK | NY | 11374 | |
| EVANS, KEMAR | C/O NEWMAN ANZALONE & NEWMAN LLP | ATTN MORRIS J NEWMAN | 95-25 QUEENS BLVD, 11TH FL | REGO PARK | NY | 11374 | EMAIL@NANLAWFIRM.COM |
| FLEXIT INC. | C/O LAROCCA, HORNIK, GREENBERG | 40 WALL STREET | 32ND FL | NEW YORK | NY | 10005 | |
| FLEXIT INC. | C/O LEEDS BROWN LAW, P.C. | ONE OLD COUNTRY ROAD, SUITE 347 | | CARLE PLACE | NY | 11514 | |
| GONZALEZ, JUANA | C/O GUERRERO & ROSENGARTEN | ATTN ENRIQUE GUERRERO | 363 7TH AVE, 7TH FL | NEW YORK | NY | 10001 | PAMELA.ROBAYO@GRLAWPARTNERS.COM |
| GONZALEZ, JUANA | C/O GUERRERO & ROSENGARTEN | ENRIQUE GUERRERO, ESQ | 363 7TH AVENUE, 7TH FL | NEW YORK | NY | 10001 | |
| GONZALEZ, JUANA | C/O GUERRERO & ROSENGARTEN | ENRIQUE GUERRERO, ESQ. | 363 7TH AVENUE, 7TH FLOOR | NEW YORK | NY | 10001 | |
| GREGORY, RHYS | C/O LEEDS BROWN LAW, P.C. | ONE OLD COUNTRY ROAD, SUITE 347 | | CARLE PLACE | NY | 11514 | |
| GREGORY, RHYS | C/O LEEDS BROWN LAW, P.C. | ONE OLD COUNTRY ROAD, SUITE 347 | | CARLE PLACE | NY | 11514 | |
| HERNANDEZ, SISAI | C/O FUZZBUZZ TECHNOLOGIES | ATTN SUSAN ALLMAN, CFO | 41 COMMERCE AVE, STE 2 | SOUTH BURLINGTON | VT | | |
| HERNANDEZ, SISAI | C/O MARK L KARNO & ASSOCIATES LLC | ATTN MARK L KARNO | 33 N LA SALLE ST, STE 3500 | CHICAGO | IL | 60602 | MARK.KARNO@KARNOLAW.COM |
| HERNANDEZ, SISAI | C/O FUZZBUZZ TECHNOLOGIES | ATTN SUSAN ALLMAN, CFO | 41 COMMERCE AVE, STE 2 | SOUTH BURLINGTON | VT | 05403 | |
| HERNANDEZ, SISAI | C/O MARK L KARNO & ASSOCIATES LLC | ATTN MARK L KARNO, JESSE GONZALEZ | 33 N LA SALLE ST, STE 3500 | CHICAGO | IL | 60602 | K.HYZY@KARNLAW.COM |

| Name | address1 | address2 | address3 | city | State | ZIP / Postalcode | Email 1 |
|---|---|---|---|---|---|---|---|
| HERNANDEZ, SISAI | C/O MARK L KARNO & ASSOCIATES LLC | ATTN MARK L KARNO, JESSE GONZALEZ | 2 S BISCAYNE BLVD, STE 2200 | MIAMI | FL | 33131 | |
| HERNANDEZ, SISAI | C/O MARK L KARNO & ASSOCIATES LLC | ATTN MARK L KARNO, JESSE GONZALEZ | 1444 N FARNSWORTH AVE | AURORA | IL | 60505 | |
| KANE, NICKIE | ADDRESS REDACTED | | | | | | |
| KANE, NICKIE | ADDRESS REDACTED | | | | | | |
| KHUTCHUA, GURAM | C/O ALINA KATS, ESQ PLLC | 2365 NOSTRAND AVE, STE 107 | | BROOKLYN | NY | 11210 | |
| KHUTCHUA, GURAM | C/O ALINA KATS, ESQ PLLC | 2365 NOSTRAND AVE, STE 107 | | BROOKLYN | NY | 11210 | ALINAKATS@ALINAKATSESQ.COM |
| KORTBAWI, JASON | C/O ABDUL HASSAN LAW GROUP, PLLC | 215-28 HILLSIDE AVENUE | | QUEENS VILLAGE | NY | 11427 | |
| KORTBAWI, JASON | C/O ABDUL HASSAN LAW GROUP, PLLC | 215-28 HILLSIDE AVENUE | | QUEENS VILLAGE | NY | 11427 | |
| LASTRA, ROBERTO | C/O NEWMAN ANZALONE & NEWMAN LLP | ATTN MORRIS J NEWMAN & LUCILLE A | ANZALONE | REGO PARK | NY | 11374 | |
| LASTRA, ROBERTO | C/O NEWMAN ANZALONE & NEWMAN LLP | ATTN MORRIS J NEWMAN | 95-25 QUEENS BLVD, 11TH FL | REGO PARK | NY | 11374 | EMAIL@NANLAWFIRM.COM |
| LASTRA, ROBERTO | C/O MORGAN & MORGAN NY PLLC | ATTN VAN MILLER | 350 FIFTH AVE, STE 6705 | NEW YORK | NY | 10118 | |
| LAWYER, WESLEY | ADDRESS REDACTED | | | | | | |
| LAWYER, WESLEY | ADDRESS REDACTED | | | | | | |
| LEVIN PROPERTIES LP | ADDRESS REDACTED | | | | | | |
| LEVIN PROPERTIES, L.P. | C/O STARK & STARK | PO BOX 5315 | | PRINCETON | NJ | 08543 | |
| LEVITZ, EMILY | C/O KUHARSKI LEVITZ GIOVINAZZO LAW GROUP | ATTN MICHAEL J KUHARSKI, LONNY R LEVITZ | & LISA E GIOVINAZZO | STATEN ISLAND | NY | 10301 | |
| LEVITZ, EMILY | C/O KUHARSKI LEVITZ GIOVINAZZO LAW GROUP | ATTN MICHAEL J KUHARSKI, LONNY R LEVITZ | 176 HART BLVD | STATEN ISLAND | NY | 10301 | |
| LEVITZ, EMILY | C/O KUHARSKI LEVITZ GIOVINAZZO LAW GROUP | ATTN MICHAEL J KUHARSKI, LONNY R LEVITZ | 30 WALL ST, 8TH FL | NEW YORK | NY | 10005 | |
| LEWIS, CHRISTAL | C/O EVAN M. LAPENNA, LAPENNA LAW, PLLC | 58 S SERVICE ROAD, SUITE 130 | | MELVILLE | NY | 11747 | |
| LEWIS, CHRISTAL | C/O LAPENNA LAW | EVAN M. LAPENNA, ESQ. | 58 S SERVICE ROAD, SUITE 130 | MELVILLE | NY | 11747 | |
| LI, KAREN | C/O THE FOOTE FIRM PLLC | ATTN PHILIP PHILIP P FOOTE, ESQ | 100 WALL ST, 15TH FL | NEW YORK | NY | 10005 | |
| LI, KAREN | ADDRESS REDACTED | | | | | | |
| LI, KAREN | ADDRESS REDACTED | | | | | | |
| LI, KAREN | ADDRESS REDACTED | | | | | | |
| LI, KAREN | C/O MORGAN & MORGAN NY PLLC | ATTN BRIANNA BAKER | 199 WATER ST, STE 1500 | NEW YORK | NY | 10038 | |
| LIMON, JASMIN | ADDRESS REDACTED | | | | | | |
| LIMON, JASMIN | ADDRESS REDACTED | | | | | | |
| LORISTIN, HERVE | ADDRESS REDACTED | | | | | | |
| LORISTIN, HERVE | ADDRESS REDACTED | | | | | | |
| MARTINEZ, GLORIA | C/O LAW OFFICES OF JASON B KESSLER PC | ATTN JONATHAN VAN DINA | 55 CHURCH ST, STE 201 | WHITE PLAINS | NY | 10601 | |
| MARTINEZ, GLORIA | C/O LAW OFFICES OF JASON B KESSLER PC | ATTN JONATHAN VAN DINA | 55 CHURCH ST, STE 201 | WHITE PLAINS | NY | 10601 | |
| MARTINEZ, GLORIA | C/O LAW OFFICES OF JASON B KESSLER PC | ATTN JONATHAN VAN DINA | 250 BROADWAY, 6TH FL | NEW YORK | NY | 10007 | |
| MARTINEZ, GLORIA | C/O LAW OFFICES OF JASON B KESSLER PC | ATTN JONATHAN VAN DINA | 39-16 111TH ST | CORONA | NY | 11368 | |
| MARTINEZ, GLORY | C/O LAW OFFICES OF JASON B KESSLER PC | 55 CHURCH ST, #201 | | WHITE PLAINS | NY | 10601 | JKESSLER@KESSLERLAWYER.COM |
| MAZHUDE, TAWANA | C/O ISAACSON SCHIOWITZ & KORSON LLP | ATTN JEREMY SCHIOWITZ | 5 PENN PLZ, 23RD FL | NEW YORK | NY | 10001 | |
| MAZHUDE, TAWANA | C/O ISAACSON SCHIOWITZ & KORSON LLP | 371 MERRICK RD, STE 302 | | ROCKVILLE CENTRE | NY | 11570 | JSCHIOWITZ@ISKLAW.COM |
| MAZHUDE, TAWANA | C/O ISAACSON SCHIOWITZ & KORSON LLP | ATTN JEREMY SCHIOWITZ | 371 MERRICK RD, STE 302 | ROCKVILLE CENTRE | NY | 11570 | INFO@ISKLAW.COM |
| MAZHUDE, TAWANA | C/O ISAACSON SCHIOWITZ & KORSON LLP | ATTN JEREMY SCHIOWITZ | 5 PENN PLZ, 23RD FL | NEW YORK | NY | 10001 | |
| MBB REALTY LIMITED PARTNERSHIP | C/O SIRLIN LESSER & BENSON, P.C. | 123 S. BROAD STREET | SUITE 2100 | PHILADELPHIA | PA | 19109 | |
| MBB REALTY LIMITED PARTNERSHIP | C/O SIRLIN LESSER & BENSON, P.C. | 123 S. BROAD STREET | SUITE 2100 | PHILADELPHIA | PA | 19109 | |
| MBB REALTY LP V | ADDRESS REDACTED | | | | | | |
| MCKEN, SHOKANNI | THE MUHLSTOCK FIRM PLLC | JASON TENENBAUM, ESQ | 35 PINELAWN ROAD, STE 105E | MELVILLE | NY | 11747 | |
| MCKEN, SHOKANNI | C/O THE MUHLSTOCK FIRM, PLLC | JASON TENENBAUM, ESQ. | 35 PINELAWN ROAD, SUITE 105E | MELVILLE | NY | 11747 | |
| MENDOZA, PATRICIA | C/O KERNER LAW GROUP PC | 269 W 231ST ST | | BRONX | NY | 10463 | STU@KERNERLAWGROUP.COM |
| MILAN HASSID | C/O TAULER SMITH LLP | ATTN: MATTHEW SMITH, ESQ. | 626 WILSHIRE BLVD., SUITE 550 | LOS ANGELES | CA | 90017 | matthew@taulersmith.com |
| NAPOLES, RUBEN | C/O ANDREW GARRUTO, GARRUTO & CALABRIA | 609 FRANKLIN AVENUE | | NUTLEY | NJ | 07110 | |
| NAPOLES, RUBEN | C/O GARRUTO & CALABRIA | ANDREW GARRUTO, ESQ. | 609 FRANKLIN AVENUE | NUTLEY | NJ | 07110 | |
| NEGRETE, ISCARET | ADDRESS REDACTED | | | | | | |
| NEGRETE, ISCARET | ADDRESS REDACTED | | | | | | |
| NELSON, TRACEY | RODMAN AND CAMPBELL PC | HUGH W CAMPBELL | 1428 E GUN HILL RD | BRONX | NY | 10469 | |
| NELSON, TRACEY | C/O RODMAN AND CAMPBELL, P.C. | HUGH W. CAMPBELL | 1428 EAST GUN HILL ROAD | BRONX | NY | 10469 | |
| ORTIZ, HERNAN | C/O JOHN V. JANUSAS | 17 NORTH MAIN STREET | | LIBERT | NY | 12754 | |
| ORTIZ, HERNAN | C/O JOHN V. JANUSAS | 17 NORTH MAIN STREET | | LIBERT | NY | 12754 | |
| ORTIZ, HERNAN | C/O JOHN V. JANUSAS | 17 NORTH MAIN STREET | | LIBERT | NY | 12754 | |
| PATRICIA MENDOZA | C/O KERNER LAW GROUP, P.C. | 269 WEST 231ST STREET | | BRONX | NY | 10463 | |
| PINTADO, CRAIG | ADDRESS REDACTED | | | | | | |
| PINTADO, CRAIG | ADDRESS REDACTED | | | | | | |
| PRINCE, SHERYL | C/O SHLIVKO YOUNG LLP | ATTN SAM J SHLIVKO, ESQ | 30 WALL ST, 8TH FL | NEW YORK | NY | 10005 | |
| PRINCE, SHERYL | C/O SHLIVKO YOUNG LLP | ATTN SAM J SHLIVKO, ESQ | 30 WALL ST, 8TH FL | NEW YORK | NY | 10005 | SAM@SAMWANTSJUSTICE.COM |
| SAHIBZADA, MUHAMMAD | ADDRESS REDACTED | | | | | | |
| SAHIBZADA, MUHAMMAD | ADDRESS REDACTED | | | | | | |
| SAHIBZADA, MUHAMMAD | ADDRESS REDACTED | | | | | | |
| SAHIBZADA, MUHAMMAD | ADDRESS REDACTED | | | | | | |
| SALAKO, ITEOLUWAKISHA | ADDRESS REDACTED | | | | | | |
| SALAKO, ITEOLUWAKISHA | ADDRESS REDACTED | | | | | | |
| SALAKO, ITEOLUWAKISHA | C/O GERALD POSS & ASSOCIATES PA | 58 VOSE AVE | PO BOX 386 | SOUTH ORANGE | NJ | 07079-2026 | GPOSSESQ@POSSLAW.COM |
| SINGH, BALJINDER | C/O RANA SINGH, SINGH LAW GROUP, PLLC | 183 SOUTH BROADWAY, SUITE 318 | | HICKSVILLE | NY | 11801 | |

| Name | address1 | address2 | address3 | city | State | ZIP / Postalcode | Email 1 |
|---|---|---|---|---|---|---|---|
| SINGH, BALJINDER | C/O SINGH LAW GROUP, PLLC | RANA SINGH, ESQ. | 183 SOUTH BROADWAY, SUITE 318 | HICKSVILLE | NY | 11801 | |
| SUTTER, SIGRID | C/O KEVIN KLEIN | 100 WALL ST, 24TH FL | | NEW YORK | NY | 10005 | KK@ROSENBAUMNYLAW.COM |
| SUTTER, SIGRID | ROSENBAUM & ROSENBAUM PC | ATTN KEVIN S KLEIN, ESQ | 100 WALL STREET, 15TH FLOOR | NEW YORK | NY | 10005 | |
| SUTTER, SIGRID | C/O ROSENBAUM & ROSENBAUM, P.C. | KEVIN S. KLEIN, ESQ. | 100 WALL STREET, 15TH FLOOR. | NEW YORK | NY | 10005 | |
| TORRES, JOEL | C/O JOHN E GRAY,ESQ | 100 N PARK AVE | | ROCKVILLE CENTRE | NY | 11570 | JGRAY@GRAYLAWYER.COM |
| TORRES, JOEL | C/O LAW OFFICE OF JOHN E GRAY | 100 N PARK AVE | | ROCKVILLE CENTRE | NY | 11570 | JGRAY@GRAYLAWYER.COM |
| TUCKER, CORDELL | C/O PECHMAN LAW GROUP PLLC | ATTN GIANFRANCO J CUADRA, ESQ | 488 MADISON AVE | NEW YORK | NY | 10022 | |
| TUCKER, CORDELL | C/O PECHMAN LAW GROUP PLLC | ATTN GIANFRANCO J CUADRA, ESQ | 488 MADISON AVE | NEW YORK | NY | 10022 | |
| USMAN, ISHRAT | DELLA MURA & CIACCI LLP | ATTN WALTER F CIACCI, ESQ | 981 ALLERTON AVENUE | BRONX | NY | 10469 | |
| USMAN, ISHRAT | C/O DELLA MURA & CIACCI LLP | WALTER F. CIACCI, ESQ. | 981 ALLERTON AVENUE | BRONX | NY | 10469 | |
| WASILATU INUSAH | C/O WEBER GALLAGHER | ATTN: BENJAMIN GRAHAM | 1500 BROADWAY, SUITE 2401 | NEW YORK | NY | 10036 | |
| WILKERSON, QUINTIN | C/O PHILLIPS & ASSOCIATES, PLLC | 45 BROADWAY, SUITE 430 | | NEW YORK | NY | 10006 | |
| WILKERSON, QUINTIN | C/O PHILLIPS & ASSOCIATES, PLLC | 45 BROADWAY, SUITE 430 | | NEW YORK | NY | 10006 | |
| WILLIAMS, MARLON | C/O HARMON LINDER & ROGOWSKY, ESQS | 3 PARK AVE, STE 2300 | | NEW YORK | NY | 10016 | HARMON.LINDER.ROGOWSKY@GMAIL.COM |
| WILLIAMS, MARLON | HARMON LINDER & ROGOWSKY | ATTN JORDAN HOCH, ESQ | 3 PARK AVENUE, SUITE 2300 | NEW YORK | NY | 10016 | |
| WILLIAMS, MARLON | C/O HARMON, LINDER & ROGOWSKY | JORDAN HOCH, ESQ. | 3 PARK AVENUE, SUITE 2300 | NEW YORK | NY | 10016 | |
| WOLINKSA, PAULINA | C/O JODRE BRENECKI, LLP | JORDAN JODRE, ESQ. | 101 NORTH 10TH STREET, STE 303 | BROOKLYN | NY | 11249 | |
| WOLINSKA, PAULINA | C/O JODRE BRENECKI LLP | 101 N 10TH ST, STE 303 | | BROOKLYN | NY | 11249 | JORDAN@JODREBRENECKI.COM |
| WOLINSKA, PAULINA | C/O JODRE BRENECKI LLP | 101 N 10TH ST, STE 303 | | BROOKLYN | NY | 11299 | |