# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING
## ORDER APPROVING STIPULATION GRANTING
## ITEOLUWAKISHI SALAKO LIMITED RELIEF FROM THE PLAN INJUNCTION

The undersigned counsel to Burton Hastings Advisors LLC, solely in its capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtors (collectively, the "Debtors," and after the Effective Date, the "Post-Effective Date Debtors") hereby certify as follows:

1.   On May 27, 2025, Iteoluwakishi Salako ("Mr. Salako") commenced an action styled *Iteoluwakishi Salako vs. Blink Holdings, Inc., ABC COMPANIES 1-5 (fictitiously named as yet unknown) and JOHN DOES 1-5 (fictitiously named as yet unknown)*, Docket No. ESX-L-004044-25 (the "State Court Action") in the Superior Court of New Jersey Law Division: Essex County.

2.   On August 12, 2024, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, thereby commencing the above-captioned chapter 11 cases.

---

[1]   Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Plan Administrator's undersigned counsel.

17480593/1

3.     On February 28, 2025, the Court entered an order [Docket No. 831] (the "Confirmation Order") confirming the *Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of Blink Holdings, Inc. and Its Affiliated Debtors and Debtors in Possession* [Docket No. 806] (the "Plan").[2]  On February 28, 2025, the Debtors' Plan went effective (the "Effective Date").[3]

4.     Pursuant to the Plan and Confirmation Order, Burton Hastings Advisors LLC was appointed as the Plan Administrator and vested with the exclusive authority to act for the Post-Effective Date Debtors, including the authority to resolve claims, object to claims, and enforce the Plan.[4]

5.     The Plan Administrator agrees to a limited modification of the Plan Injunction solely to permit Salako to proceed with the State Court Action nominally as against the Debtors or Post-Effective Date Debtors, for the purpose of pursuing any available insurance.  The Parties have memorialized their agreement in the *Stipulation Granting Iteoluwakishi Salako Limited Relief from the Plan Injunction* (the "Stipulation").

6.     The Parties have prepared a proposed order (the "Proposed Order"), attached hereto as **Exhibit A**, approving the Stipulation.  A true and correct copy of the Stipulation is attached as Exhibit 1 to the Proposed Order.

[*Remainder of Page Intentionally Left Blank*]

---

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

[3]   *See* Notice of Effective Date [Docket No. 833].

[4]   Confirmation Order, ¶ 11; Plan, § 9.4.

WHEREFORE, the Parties respectfully request entry of the Proposed Order at the earliest convenience of the Court.

| | |
|---|---|
| Dated: August 13, 2025<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Siena B. Cerra*<br>Carl N. Kunz, III (DE Bar No. 3201)<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>Siena B. Cerra (DE Bar No. 7290)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com<br>　　　　emonzo@morrisjames.com<br>　　　　bkeilson@morrisjames.com<br>　　　　scerra@morrisjames.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson, Esq. (admitted *pro hac vice*)<br>Kristin S. Elliott, Esq. (admitted *pro hac vice*)<br>Andres Barajas, Esq. (admitted *pro hac vice*)<br>3 World Trade Center<br>New York, NY 10007<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br>E-mail: ewilson@kelleydrye.com<br>　　　　kelliott@kelleydrye.com<br>　　　　abarajas@kelleydrye.com<br><br>*Counsel to the Plan Administrator* |