# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 19, 2025 AT 10:00 A.M. (ET)

**\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT \*\***

## RESOLVED MATTERS:

1. Plan Administrator's Motion for Entry of an Order Extending the Claims Objection Deadline [Filed August 5, 2025; Docket No. 910].

   Objection Deadline: August 12, 2025 at 4:00 p.m. (ET)

   Responses/Objections Received: None.

   Related Documents(s):

   A. Certificate of No Objection Regarding Plan Administrator's Motion for Entry of an Order Extending the Claims Objection Deadline [Filed August 13, 2025; Docket No. 912].

   B. Order Extending the Claims Objection Deadline [Entered August 13, 2025; Docket No. 915].

   Status: An Order has been entered by the Court. Accordingly, a hearing on this matter is no longer required.

2. Fourth Motion for Entry of an Order Extending the Deadline to File Notices to Remove Actions [Filed August 5, 2025; Docket No. 911].

   Objection Deadline: August 12, 2025 at 4:00 p.m. (ET)

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

17479956/1

Responses/Objections Received: None.

Related Documents(s):

A. Certificate of No Objection Regarding Fourth Motion for Entry of an Order Extending the Deadline to File Notices to Remove Actions [Filed August 13, 2025; Docket No. 913].

B. Order Extending the Deadline to File Notices to Remove Actions [Entered August 13, 2025; Docket No. 916].

Status: An Order has been entered by the Court. Accordingly, a hearing on this matter is no longer required.

**ADJOURNED MATTERS:**

3. Motion of Lidia Canales for Retroactive Annulment of Automatic Stay and Prospective Relief from Injunctive Provisions of Debtors Joint Chapter 11 Plan of Reorganization [Filed July 7, 2025; Docket No. 897].

    Objection Deadline: July 21, 2025 at 4:00 p.m. (ET). Extended to August 26, 2025 for the Plan Administrator.

    Responses/Objections Received:

    A. Informal comments from the Plan Administrator.

    Related Documents(s):

    A. Affidavit of Michael Zimmerman, Esquire in Support of Motion of Lidia Canales for Retroactive Annulment of Automatic Stay and Prospective Relief from Injunctive Provisions of Debtors Joint Chapter 11 Plan of Reorganization [Filed July 7, 2025; Docket No. 898].

    Status: This matter has been adjourned to the next omnibus hearing date to be scheduled.

[*Remainder of page Intentionally Left Blank*]

| | |
|---|---|
| Dated: August 15, 2025 | **MORRIS JAMES LLP** |
| | |
| | */s/ Siena B. Cerra* |
| | Carl N. Kunz, III (DE Bar No. 3201) |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar No. 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: ckunz@morrisjames.com |
| |        emonzo@morrisjames.com |
| |        bkeilson@morrisjames.com |
| |        scerra@morrisjames.com |
| | |
| | -and- |
| | |
| | **KELLEY DRYE & WARREN LLP** |
| | Eric R. Wilson, Esq. (admitted *pro hac vice*) |
| | Kristin S. Elliott, Esq. (admitted *pro hac vice*) |
| | Andres Barajas, Esq. (admitted *pro hac vice*) |
| | 3 World Trade Center |
| | New York, NY 10007 |
| | Telephone: (212) 808-7800 |
| | Facsimile: (212) 808-7897 |
| | E-mail: ewilson@kelleydrye.com |
| |        kelliott@kelleydrye.com |
| |        abarajas@kelleydrye.com |
| | |
| | *Counsel to the Plan Administrator* |