# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 915, 916** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2025, I caused to be served a true and correct copy of the *Order Extending The Claims Objection Deadline* [D.I. 915] and *Order Extending the Deadline to File Notices to Remove Actions* [D.I. 916] upon the parties on the attached service list, attached hereto as **Exhibit A**, via electronic mail or First-Class Mail, postage prepaid.

I hereby certify that on the 15th day of August, 2025, I caused to be served a true and correct copy of the *Order Extending the Deadline to File Notices to Remove Actions* [D.I. 916] upon the parties on the attached service list, attached hereto as **Exhibit B**, via electronic mail and First-Class Mail, postage prepaid.

Dated: August 22, 2025              */s/ Siena B. Cerra*
                                     Siena B. Cerra (DE Bar No. 7290)

---

[1] complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

17494931/1