# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING
## ORDER SCHEDULING OMNIBUS HEARING DATES

The undersigned hereby certifies that they have obtained the omnibus hearing dates set forth on the proposed order (the "Proposed Order") attached hereto as **Exhibit A** (the "Omnibus Hearing Dates") from the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

WHEREFORE, counsel for Burton Hastings Advisors LLC, solely in its capacity as the Plan Administrator for the above-captioned debtors, respectfully request that the Bankruptcy Court enter the Proposed Order scheduling the Omnibus Hearing Dates at its earliest convenience.

[*Signature to Follow*]

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

17500949/1

| | |
|---|---|
| Dated: August 26, 2025 | **MORRIS JAMES LLP** |
| | |
| | */s/ Siena B. Cerra* |
| | Carl N. Kunz, III (DE Bar No. 3201) |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: ckunz@morrisjames.com |
| |       emonzo@morrisjames.com |
| |       bkeilson@morrisjames.com |
| |       scerra@morrisjames.com |
| | |
| | -and- |
| | |
| | **KELLEY DRYE & WARREN LLP** |
| | Eric R. Wilson, Esq. (admitted *pro hac vice*) |
| | Kristin S. Elliott, Esq. (admitted *pro hac vice*) |
| | Andres Barajas, Esq. (admitted *pro hac vice*) |
| | 3 World Trade Center |
| | New York, NY 10007 |
| | Telephone: (212) 808-7800 |
| | Facsimile: (212) 808-7897 |
| | E-mail: ewilson@kelleydrye.com |
| |       kelliott@kelleydrye.com |
| |       abarajas@kelleydrye.com |
| | |
| | *Counsel to the Plan Administrator* |

17500949/1