# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 922** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August 2025, I caused to be served a true and correct copy of the *Order Scheduling Omnibus Hearing Dates* [D.I. 922] upon the parties on the attached service list, attached hereto as **Exhibit A**, via electronic mail or First-Class Mail, postage prepaid.

Dated: August 27, 2025            */s/ Siena B. Cerra*
                                  Siena B. Cerra (DE Bar No. 7290)

---

[1] complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

17505281/1