# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| 125 PARK OWNER LLC | ATTN: BRETT HERSCHENFELD | 420 LEXINGTON AVENUE, SUITE 1800 | | | NEW YORK | NY | 10170 | BRETT.HERSCHENFELD@SLGREEN.COM |
| 96 NORTH 10TH STREET HOLDINGS LLC | ATTN: MORDY GETZ | C/O TRANSITIONS ACQUISITIONS LLC | 232 BROADWAY, SUITE 400 | | BROOKLYN | NY | 11211 | MORDY@SPARKREMGMT.COM |
| A&G REALTY PARTNERS, LLC | ATTN: ANDY GRAISER | 445 BROADHOLLOW RD, SUITE 410 | | | MELVILLE | NY | 11747 | ANDY@AGREP.COM |
| ALSTON & BIRD LLP | COUNSEL TO BOFA | JACOB A. JOHNSON | ONE ATLANTIC CENTER | 1201 WEST PEACHTREE STREET, SUITE 4900 | ATLANTA | GA | 30309-3424 | JACOB.JOHNSON@ALSTON.COM |
| ALSTON & BIRD LLP | COUNSEL TO BOFA | STEPHEN M. BLANK | 90 PARK AVENUE | | NEW YORK | NY | 10016-1387 | STEPHEN.BLANK@ALSTON.COM |
| ASHBY & GEDDES, P.A. | COUNSEL TO EQUINOX | RICARDO PALACIO & DESTINY KOSLOSKE | 500 DELAWARE AVENUE, 8TH FLOOR | | WILMINGTON | DE | 19801 | RPALACIO@ASHBYGEDDES.COM |
| AVENUE CODE, LLC | ATTN: MICHELE MARQUES | 26 O FARRELL STREET, STE. 600 | | | SAN FRANCISCO | CA | 94108 | MMARQUES@AVENUECODE.COM |
| AWESOMENESSTV HOLDINGS, LLC | ATTN: TRUPTI PATEL | C/O VIACOM REALTY CORPORATION | 1515 BROADWAY | | NEW YORK | NY | 10036 | TRUPTI.PATEL@PARAMOUNT.COM |
| BALLARD SPAHR LLP | COUNSEL TO THE "LANDLORDS" | LESLIE C. HEILMAN, LAUREL D. ROGLEN & | MARGARET A. VESPER | 919 N. MARKET STREET, 11TH FLOOR | WILMINGTON | DE | 19801-3034 | HEILMAN.L@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; VESPERM@BALLARDSPAHR.COM |
| BELKIN BURDEN GOLDMAN, LLP | COUNSEL TO THEATRE BUILDING | ATTN JAY B. SOLOMON | ONE GRAND CENTRAL PLACE | 60 E 42ND STREET, 16TH FLOOR | NEW YORK | NY | 10165 | jsolomon@bbgllp.com |
| BRADLEY ARANT BOULT CUMMINGS LLP | COUNSEL TO MOTIONSOFT | JAMES B. BAILEY, ESQUIRE | ONE FEDERAL PLACE | 1819 5TH AVENUE N | BIRMINGHAM | AL | 35203 | JBAILEY@BRADLEY.COM |
| BRIXMOR SPE 6LLC | ATTN: DAVID GERSTENHABER | 1525 FARADAY AVE, STE 350 | | | CARLSBAD | CA | 92008 | DAVID.GERSTENHABER@BRIXMOR.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | COUNSEL TO ORACLE | SHAWN M. CHRISTIANSON, ESQ. | 425 MARKET STREET, SUITE 800 | | SAN FRANCISCO | CA | 94105-3493 | SCHRISTIANSON@BUCHALTER.COM |
| BURR & FORMAN LLP | COUNSEL TO RANCHO MARKETPLACE | J. ELLSWORTH SUMMERS JR. & DANA L. ROBBINS | 50 NORTH LAURA STREET, SUITE 3000 | | JACKSONVILLE | FL | 32202 | ESUMMERS@BURR.COM; DROBBINS@BURR.COM |
| BURR & FORMAN LLP | COUNSEL TO RANCHO MARKETPLACE | J. CORY FALGOWSKI | 222 DELAWARE AVENUE, SUITE 1030 | | WILMINGTON | DE | 19801 | JFALGOWSKI@BURR.COM |
| CHARLES E. BOULBOL, P.C. | COUNSEL TO 78-14 ROOSEVELT LLC | CHARLES E. BOULBOL | 62 88TH STREET | | BROOKLYN | NY | 11228 | RTRACK@MSN.COM |
| CHICAGO IL (4644-4658 S DREXEL) LLC | ATTN: SCOTT NICHOLSON | C/O INSITE REAL ESTATE LLC | 1400 16TH ST, STE 300 | | OAK BROOK | IL | 60523 | SNICHOLSON@INSITEREALESTATE.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO EQUINOX | LISA M. SCHWEITZER & THOMAS S. KESSLER | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | LSCHWEITZER@CGSH.COM; TKESSLER@CGSH.COM |
| CLEARY GOTTLIEB STEEN HAMILTON | COUNSEL TO EQUINOX HOLDINGS, INC. | ATTN: TOM BEDNAR | 2112 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20037 | TBEDNAR@CGSH.COM; DRKRAMER@CGSH.COM; SPYLIN@CGSH.COM |
| COLE SCHOTZ P.C. | COUNSEL TO PINNACLE US HOLDINGS LLC | NORMAN L. PERNICK & G. DAVID DEAN | 500 DELAWARE AVENUE, SUITE 1410 | | WILMINGTON | DE | 19801 | NPERNICK@COLESCHOTZ.COM; DDEAN@COLESCHOTZ.COM |
| CONNOLLY GALLAGHER LLP | COUNSEL TO KRE BROADWAY OWNER LLC | & AI CALIFORNIA LLC | KAREN C. BIFFERATO, ESQ. | 1201 NORTH MARKET STREET, 20TH FLOOR | WILMINGTON | DE | 19801 | kbifferato@connollygallagher.com |
| COOCH AND TAYLOR, P.A. | COUNSEL TO MOTIONSOFT | R. GRANT DICK IV & KEVIN D. LEVITSKY | 1000 N. WEST ST., SUITE 1500 | | WILMINGTON | DE | 19801 | GDICK@COOCHTAYLOR.COM; KLEVITSKY@COOCHTAYLOR.COM |
| DUARTE BROTHERS WOODWORK INC | ATTN: NORBEY DUARTE | 97-21 78TH STREET | | | OZONE PARK | NY | 11416 | DUARTEBROTHERS@AOL.COM |
| EAST 54TH STREET PARTNERS LLC | ATTN: JACK TERZI | C/O JTRE | 362 5TH AVE, 12TH FL | | NEW YORK | NY | 10001 | JACK@JTREHOLDINGS.COM |
| ENEL X NORTH AMERICA, INC. | ATTN: RALPH CAMPANELLI | 100 BRICKSTONE SQUARE, STE. 300 | | | ANDOVER | MA | 01810 | RALPH.CAMPANELLI@ENEL.COM |
| EQUINOX HOLDINGS, INC. | ATTN: ARLENE HONG | 31 HUDSON YARDS, 15TH FL | | | NEW YORK | NY | 10001 | |
| FARRELL FRITZ, P.C. | COUNSEL TO SAM SPILKES, LLC | PATRICK COLLINS & DARREN A. PASCARELLA | 400 RXR PLAZA | | UNIONDALE | NY | 11556 | PCOLLINS@FARRELLFRITZ.COM; DPASCARELLA@FARRELLFRITZ.COM |
| GLE-III, LLC | ATTN: TODD BUCKSTEIN | C/O KIMCO REALTY CORP, 3333 NEW | HYDE PARK RD, STE 100, PO BOX 5020 | | NEW HYDE PARK | NY | 11042 | TBUCKSTEIN@KIMCOREALTY.COM |
| GLENN AGRE BERGMAN & FUENTES LLP | COUNSEL TO SL GREEN REALTY CORP | ANDREW K. GLENN & MALAK S. DOSS | 1185 AVENUE OF THE AMERICAS | 22ND FLOOR | NEW YORK | NY | 10036 | AGLENN@GLENNAGRE.COM; MDOSS@GLENNAGRE.COM |
| GOOD EARTH DISTRIBUTION, LLC | ATTN: MEREDITH COVE | 440 WEST STREET | | | FORT LEE | NJ | 07024 | MEREDITH.COVE@GOODEARTHPRODUCTS.COM |
| HPS INVESTMENT PARTNERS, LLC | ADMINISTRATIVE & COLLATERAL AGT | ATTN: ALEXEY PAZUKHA, COLBERT CANNON | 40 WEST 57TH STREET, 33RD FLOOR | | NEW YORK | NY | 10019 | ALEXEY.PAZUKHA@HPSPARTNERS.COM; COLBERT.CANNON@HPSPARTNERS.COM |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY | 1500 PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20220 | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| JASPAN SCHLESINGER NARENDRAN LLP | COUNSEL TO 480 SUFFOLK | SOPHIA A. PERNA-PLANK, ESQ. | 300 GARDEN CITY PLAZA, 5TH FLOOR | | GARDEN CITY | NY | 11530 | SPERNAPLANK@JASPANLLP.COM |
| JOHNSON HEALTH TECH NA, INC. | ATTN: PHYLLIS DANNIN | 1600 LANDMARK DR | | | COTTAGE GROVE | WI | 53527 | PHYLLIS.DANNIN@MATRIXFITNESS.COM |
| JTRE 23 W5 (DEL) LLC | ATTN: JACK TERZI | C/O JTRE | 362 5TH AVE, 12TH FL | | NEW YORK | NY | 10001 | JACK@JTREHOLDINGS.COM |
| KATTEN MUCHIN ROSENMAN LLP | VARAGON CAPITAL PARTNERS AGENT, LLC | ATTN: PETER P. KNIGHT, MICHAEL HOWALD | 525 WEST MONROE STREET | | CHICAGO | IL | 60661 | PETER.KNIGHT@KATTEN.COM; MICHAEL.HOWALD@KATTEN.COM |
| KATTEN MUCHIN ROSENMAN LLP | COUNSEL TO VARAGON | PETER P. KNIGHT & ALLISON E. YAGER | 525 W. MONROE STREET | | CHICAGO | IL | 60661 | SCOTT.LYONS@KATTEN.COM; PETER.KNIGHT@KATTEN.COM |
| LASSER HOCHMAN, LLC | COUNSEL TO GRAND BALDWIN ASSOCIATES | RICHARD L. ZUCKER, ESQ. | 75 EISENHOWER PARKWAY, SUITE 120 | | ROSELAND | NJ | 07068 | ALLISON.YAGER@KATTEN.COM; RZUCKER@LASSERHOCHMAN.COM |
| LATHAM & WATKINS LLP | COUNSEL TO PINNACLE US HOLDINGS LLC | WHIT MORLEY | 330 NORTH WABASH AVENUE, SUITE 2800 | | CHICAGO | IL | 60611 | WHIT.MORLEY@LW.COM |
| LATHAM & WATKINS LLP | COUNSEL TO PINNACLE US HOLDINGS LLC | TED A. DILLMAN | 355 SOUTH GRAND AVENUE, SUITE 100 | | LOS ANGELES | CA | 90071 | TED.DILLMAN@LW.COM |
| LATHAM & WATKINS LLP | COUNSEL TO PINNACLE US HOLDINGS LLC | GEORGE A. DAVIS | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | GEORGE.DAVIS@LW.COM |
| LEECH TISHMAN FUSCALDO & LAMPL | COUNSEL TO CP ASSOCIATES LLC | LORI SCHWARTZ & NATHANIEL MEYERS | 1007 N. ORANGE STREET, SUITE 420 | | WILMINGTON | DE | 19801 | LSCHWARTZ@LEECHTISHMAN.COM; NMEYERS@LEECHTISHMAN.COM |
| LEECH TISHMAN ROBINSON BROG, PLLC | COUNSEL TO CP ASSOCIATES LLC | CLEMENT K. YEE | ONE DAG HAMMARSKJOLD PLAZA | 885 SECOND AVENUE, 3RD FLOOR | NEW YORK | NY | 10017 | CYEE@LEECHTISHMAN.COM |
| LEVIN PROPERTIES, L.P. | ATTN: MATTHEW K. HARDING | PHILLIPS & ASSOCIATES, PLLC | 45 BROADWAY, SUITE 430 | | NEW YORK | NY | 10006 | RMENO@LEVINMGT.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO TARRANT COUNTY | 2777 N. STEMMONS FREEWAY | SUITE 1000 | | DALLAS | TX | 75207 | DALLAS.BANKRUPTCY@LGBS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO CITY OF HOUSTON, | HOUSTON COMM COLL SYSTEM, HOUSTON ISD & | | | HOUSTON | TX | 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM |
| MBB REALTY LIMITED PARTNERSHIP | ATTN: MICHAEL WILLNER | 33 ROCK HILL ROAD, SUITE 350 | | | BALA CYNWYD | PA | 19004 | MICHAEL@PORIRE.COM |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | COUNSEL TO HARTFORD | GARY D. BRESSLER, ESQ. | 300 DELAWARE AVENUE, SUITE 1014 | | WILMINGTON | DE | 19801 | GBRESSLER@MDMC-LAW.COM |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | COUNSEL TO HARTFORD | SCOTT A. LEVIN, ESQ. | 300 DELAWARE AVENUE, SUITE 1014 | | WILMINGTON | DE | 19801 | SLEVIN@MDMC-LAW.COM |
| MELTZER LIPPE GOLDSTEIN & BREITSTONE LLP | COUNSEL TO KRE BROADWAY OWNER LLC | GARY MELTZER & SCOTT A. STEINBERG | 190 WILLIS AVE | | MINEOLA | NY | 11501 | GMELTZER@MELTZERLIPPE.COM; SSTEINBERG@MELTZERLIPPE.COM |
| MONZACK MERSKY AND BROWDER, P.A. | COUNSEL TO KIMCO | RACHEL B. MERSKY | 1201 N. ORANGE STREET, SUITE 400 | | WILMINGTON | DE | 19801 | RMERSKY@MONZACK.COM |
| MORRIS NICHOLS ARSHT TUNNELL | VARAGON CAPITAL PARTNERS AGENT, LLC | ATTN: CURTIS S. MILLER | 1201 NORTH MARKET STREET, 16TH FL | | WILMINGTON | DE | 19899 | CMILLER@MORRISNICHOLS.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COUNSEL TO VARAGON | CURTIS S. MILLER & AVERY JUE MENG | 1201 N. MARKET STREET, 16TH FLOOR | P.O. BOX 1347 | WILMINGTON | DE | 19899-1347 | CMILLER@MORRISNICHOLS.COM; AMENG@MORRISNICHOLS.COM |
| MOTIONSOFT, INC. | ATTN: JEFFREY P. PHILLIPS | 1451 ROCKVILLE PIKE, SUITE 500 | | | ROCKVILLE | MD | 20852 | JEFF@CLUBAUTOMATION.COM |
| MURPHY DESMOND S.C. | COUNSEL TO JOHNSON HEALTH | ATTN JEFFERY P. PHILLIPS | 33 EAST MAIN STREET, SUITE 500 | | MADISON | WI | 53703 | jphillips@murphydesmond.com |
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA | 300 S SPRING ST #1700 | | | | LOS ANGELES | CA | 90013 | |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE | HERCULES BUILDING | 1313 N MARKET ST STE 400 | | WILMINGTON | DE | 19801 | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE | 844 KING ST, STE 2207, LOCKBOX 35 | | | ATTN: BENJAMIN A. HACKMAN | WILMINGTON | DE | 19801 | BENJAMIN.A.HACKMAN@USDOJ.GOV |
| OFFIT KURMAN, P.A. | COUNSEL TO PLATINUM GYM | BRIAN J. MCLAUGHLIN, ESQUIRE | 222 DELAWARE AVENUE, SUITE 1105 | | WILMINGTON | DE | 19801 | BRIAN.MCLAUGHLIN@OFFITKURMAN.COM |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | FORT BEND INDEPENDENT SCHOOL DISTRICT | C/O MELISSA E. VALDEZ | 1235 NORTH LOOP WEST, SUITE 600 | | HOUSTON | TX | 77008 | MVALDEZ@PBFCM.COM |
| PICK & ZABICKI LLP | ATTN: DOUGLAS J. PICK, ESQ. | 369 LEXINGTON AVENUE, 12TH FLOOR | | | NEW YORK | NY | 10017 | DPICK@PICKLAW.NET |
| RICHARDS, LAYTON & FINGER, P.A. | COUNSEL TO JOHNSON HEALTH | ATTN JOHN KNIGHT, MATTHEW MILANA, ZACHARY JAVORSKY | ONE RODNEY SQUARE | 920 NORTH KING STREET | WILMINGTON | DE | 19801 | knight@rlf.com; milana@rlf.com |
| RUBIN & LEVIN, P.C. | COUNSEL TO AI CALIFORNIA LLC | JAMES E. ROSSOW JR., ESQ. | 135 N. PENNSYLVANIA ST., STE. 1400 | | INDIANAPOLIS | IN | 46204 | javorsky@rlf.com; MBARR@RUBIN-LEVIN.NET |
| RW 5501 FLATLANDS LLC | ATTN: ALEX WEISS | 97-77 QUEENS BOULEVARD, SUITE 620 | | | REGO PARK | NY | 11374 | ALEX.WEISS@LAUNDRYCAPITAL.COM |
| SAUL EWING LLP | COUNSEL TO PHILADELPHIA HARBISON, LP | MONIQUE B. DISABATINO, ESQUIRE | 1201 NORTH MARKET STREET, SUITE 2300 | P.O. BOX 1266 | WILMINGTON | DE | 19899 | MONIQUE.DISABATINO@SAUL.COM |
| SAUL EWING LLP | COUNSEL TO PHILADELPHIA HARBISON, LP | TURNER N. FALK, ESQUIRE | CENTRE SQUARE WEST | 1500 MARKET STREET, 38TH FLOOR | PHILADELPHIA | PA | 19102 | TURNER.FALK@SAUL.COM |
| SHIPMAN & GOODWIN LLP | COUNSEL TO LEVIN MANAGEMENT CORPORATION | ERIC S. GOLDSTEIN, ESQ. | ONE CONSTITUTION PLAZA | | HARTFORD | CT | 06103-1919 | EGOLDSTEIN@GOODWIN.COM; BANKRUPTCY@GOODWIN.COM |
| SIRLIN LESSER & BENSON, P.C. | COUNSEL TO MBB REALTY, LINDEN COMMONS RETAIL LLC | DANA S. PLON | 123 SOUTH BROAD STREET, SUITE 2100 | | PHILADELPHIA | PA | 19109 | DPLON@SIRLINLAW.COM |
| STARK & STARK, P.C. | ATTN: THOMAS S. ONDER & JOSEPH H. LEMKIN | P.O. BOX 5315 | | | PRINCETON | NJ | 08543 | TONDER@STARK-STARK.COM |
| STARK & STARK, P.C. | COUNSEL TO TD EQUIPMENT FINANCE, INC. | ATTN: TIMOTHY P. DUGGAN, ESQUIRE | P.O. BOX 5315 | | PRINCETON | NJ | 08543 | TDUGGAN@STARK-STARK.COM |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL | 100 W RANDOLPH ST | | | CHICAGO | IL | 60601 | |
| STATE OF MASSACHUSETTS ATTY GENERAL | ATTN: ANDREA JOY CAMPBELL | 1 ASHBURTON PLACE, 20TH FL | | | BOSTON | MA | 02108-1518 | |
| STATE OF NEW JERSEY ATTY GENERAL | ATTN: MATTHEW J. PLATKIN | RJ HUGHES JUSTICE COMPLEX | 25 MARKET ST - PO BOX 080 | | TRENTON | NJ | 08625-0080 | CONSUMERS@ATTORNEYGENERAL.GOV |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES | DEPT. OF LAW | THE CAPITOL, 2ND FL | | ALBANY | NY | 12224-0341 | |
| STATE OF PENNSYLVANIA ATTY GENERAL | ATTN: MICHELLE HENRY | STRAWBERRY SQ | 16TH FLR | | HARRISBURG | PA | 17120 | |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON | 300 W 15TH ST | | | AUSTIN | TX | 78701 | |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON | PO BOX 12548 | | | AUSTIN | TX | 78711-2548 | COMPLAINTS@OAG.TEXAS.GOV |
| STELLA RISING INC. | ATTN: ANTHONY VESPUCCI | 920 BROADWAY, 2ND FLOOR | | | NEW YORK | NY | 10010 | AVESPUCCI@STELLARISING.COM |
| THE ROSNER LAW GROUP LLC | COUNSEL TO THIRD AVENUE TOWER, THEATRE BUILDING | FREDERICK B. ROSNER & ZHAO (RUBY) LIU | 824 N. MARKET ST. SUITE 810 | | WILMINGTON | DE | 19801 | ROSNER@TEAMROSNER.COM; LIU@TEAMROSNER.COM |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW | | | | WASHINGTON | DC | 20530-0001 | |
| VARAGON CAPITAL PARTNERS AGENT, LLC | 151 W 42ND ST, 53RD FLOOR | | | | NEW YORK | NY | 10036 | |
| VBGO PENN PLAZA LLC | ATTN: BRETT THEIS | 292 MADISON AVENUE, 7TH FLOOR | | | NEW YORK | NY | 10017 | BTHEIS@ROSENBERGESTIS.COM |
| WOMBLE BOND DICKINSON (US) LLP | COUNSEL TO BOFA | MATTHEW P. WARD | 1313 NORTH MARKET STREET, SUITE 1200 | | WILMINGTON | DE | 19801 | MATTHEW.WARD@WBD-US.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL R. NESTOR, SEAN T. GREECHER, | ALLISON S. MIELKE, TIMOTHY R. POWELL, | REBECCA L. LAMB & BENJAMIN C. CARVER | RODNEY SQUARE, 1000 NORTH KING STREET | WILMINGTON | DE | 19801 | |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE | | | | Washington | DC | 20549 | |