# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF OBLIGATION TO FILE RENEWED REQUEST FOR SERVICE OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that on February 28, 2025, the Honorable J. Kate Stickles United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware (the "Court"), entered an order [Docket No. 831] confirming the *Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Blink Holdings, Inc. and Its Affiliated Debtors and Debtors in Possession* (as amended, modified, or supplemented, the "Plan") [Docket No. 806] of the above-captioned post-effective date debtors (the "Post-Effective Date Debtors"). On February 28, 2025, the Plan became effective.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 16.12 of the Plan, Burton Hastings Advisors LLC, not individually and solely in its capacity as plan administrator for Blink Holdings, Inc., *et al* (the "Plan Administrator"), is authorized to limit the list of entities receiving documents pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that you are receiving this Notice because you previously may have filed a request for notice and information in the above-captioned cases in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure, or because you were treated as if you had filed such a request. Pursuant to section 16.12 of the Plan, your prior request

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

4925-0822-0262v.2
17520232/1

for notice is no longer operative and you must file a renewed request for notice if you wish to continue receiving notices and information regarding the Post-Effective Date Debtors (a "Post-Effective Date Notice Request"). Accordingly, the Plan Administrator will provide notice only to entities who have properly filed and served a Post-Effective Date Notice Request.

**PLEASE TAKE FURTHER NOTICE** that the Post-Effective Date Notice Request must be filed with the Court electronically or filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the Post-Effective Date Notice Request upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE THAT IF NO POST-EFFECTIVE DATE NOTICE REQUEST IS RECEIVED IN ACCORDANCE WITH THIS NOTICE, YOU MAY NO LONGER RECEIVE DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2002.**

*[Remainder of Page Intentionally Left Blank]*

4925-0822-0262v.2
17520232/1

| | |
|---|---|
| Dated: September 8, 2025 | **MORRIS JAMES LLP** |
| | */s/ Siena B. Cerra* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | E-mail: bkeilson@morrisjames.com |
| | E-mail: scerra@morrisjames.com |
| | |
| | and |
| | |
| | **KELLEY DRYE & WARREN LLP** |
| | |
| | Eric R. Wilson, Esq. (admitted *pro hac vice*) |
| | Kristin S. Elliott, Esq. (admitted *pro hac vice*) |
| | Andres Barajas, Esq. (admitted *pro hac vice*) |
| | 3 World Trade Center |
| | New York, NY 10007 |
| | Telephone: (212) 808-7800 |
| | Facsimile: (212) 808-7897 |
| | E-mail: ewilson@kelleydrye.com |
| | E-mail: kelliott@kelleydrye.com |
| | E-mail: abarajas@kelleydrye.com |
| | |
| | *Counsel to Plan Administrator* |