**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: September 22, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: Only if Responses are Received** |

**NOTICE OF CLAIMS PREVIOUSLY SATISFIED**

**\*\*\*CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE
THEIR NAMES AND CLAIMS IN EXHIBIT A TO THIS NOTICE\*\*\***

PLEASE TAKE NOTICE that Burton Hastings Advisors LLC, not individually, but solely in its capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtors (collectively, the "Debtors," and after the Effective Date of the Debtors' confirmed chapter 11 plan, the "Post-Effective Date Debtors"),[2] has identified you as the holder of a secured, administrative and/or priority claim or claims (whether filed or scheduled, a "SAP Claim") against one of the Debtors that, according to the Debtors' books and records, has been satisfied by payment, as more fully set forth on **Exhibit A** hereto.[3]

---

[1]    A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

[2]    Docket No. 806 (the "Plan").

[3]    You may hold a general unsecured claim against the Debtors. This notice does not relate to any general unsecured claim you may hold, including the general unsecured portion, if any, of the SAP Claims listed on Exhibit A. This notice relates only to the secured, administrative, and/or priority claim(s) listed on Exhibit A. Under the Plan, holders of general unsecured claims will not receive any distribution on account of such claims and, as a result, the Plan Administrator is not undertaking the time or expense to reconcile general unsecured claims against the Debtors.

17520231/1

PLEASE TAKE FURTHER NOTICE that, Section 11.4 of the Plan provides:

Any Claim that has been paid, satisfied or otherwise dealt with or treated in this Plan may be adjusted or expunged on the Claims Register at the direction of the Plan Administrator on or after fourteen (14) calendar days after the date on which notice of such adjustment or expungement has been filed with the Bankruptcy Court and served on the applicable Claim holder, without an Objection to such Claim having to be filed, and without any further action, order or approval of the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that, in accordance with Section 11.4 of the Plan and the Local Rules of the United States Bankruptcy Court for the District of Delaware, unless a written response (a "Response") to this notice is (i) filed with the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **September 22, 2025 at 4:00 p.m. (Prevailing Eastern Time)** (the "Response Deadline"), and (ii) served on the undersigned counsel to the Plan Administrator, so that it is actually received on or before the Response Deadline, the Plan Administrator will cause a notation to be made on the register of claims indicating that your SAP Claim(s) require no further distribution.

PLEASE TAKE FURTHER NOTICE that if you file a Response and the parties are unable to reach a resolution, a hearing will be held on the matter at a date and time to be determined by the Plan Administrator, in its discretion, subject to the Court's availability.

PLEASE TAKE FURTHER NOTICE that the Plan Administrator expressly reserves the right to amend, modify, or supplement this Notice, and reserves all rights, both with respect to the SAP Claims set forth on **Exhibit A** and to any other claims asserted against the Debtors' estates, to file objections on a non-substantive basis or substantive basis with respect to filed proofs of claim.

2

17520231/1

Dated: September 8, 2025
      Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Carl N. Kunz, III (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
emonzo@morrisjames.com
bkeilson@morrisjames.com
scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
kelliott@kelleydrye.com
abarajas@kelleydrye.com

*Counsel to the Plan Administrator*

3

17520231/1