**EXHIBIT A**

Satisfied Claims

| # | Claim No. | Claimant Name | Claim Priority | Claim Amount | Debtor Entity |
|---|---|---|---|---|---|
| 1 | 16 | WW Grainger, Inc | Administrative<br>General Unsecured | $7,940.43<br>$7,537.98 | Blink Fitness Franchising, Inc. |
| 2 | 65 | Eastern Funding LLC | Secured | $59,067.97 | Blink Holdings, Inc. |
| 3 | 109 | Franchise Tax Board | Administrative | $800.00 | Blink Compton & Central Avenue, Inc. |
| 4 | 110 | Franchise Tax Board | Administrative | $800.00 | Blink Pacific Boulevard, Inc. |
| 5 | 111 | Franchise Tax Board | Administrative | $800.00 | Blink Normandie Avenue, Inc. |
| 6 | 112 | Franchise Tax Board | Administrative | $800.00 | Blink Fitness Rialto Inc. |
| 7 | 113 | Franchise Tax Board | Administrative | $800.00 | Blink Brookhurst, Inc. |
| 8 | 114 | Franchise Tax Board | Administrative | $800.00 | Blink Atlantic Avenue LB Inc. |
| 9 | 115 | Franchise Tax Board | Administrative | $800.00 | Blink 9901 S. Alameda, Inc. |
| 10 | 116 | Franchise Tax Board | Administrative | $800.00 | Blink 229 E. Foothill Boulevard, Inc. |
| 11 | 117 | Franchise Tax Board | Administrative | $800.00 | Blink 19500 Plummer, Inc. |
| 12 | 118 | Franchise Tax Board | Administrative | $800.00 | Blink 16123 Bellflower Blvd., Inc. |
| 13 | 119 | Franchise Tax Board | Administrative | $800.00 | Blink 130 W.G. Street, Inc. |
| 14 | 120 | Franchise Tax Board | Administrative | $800.00 | Blink 12201 Victory Blvd Inc. |

17520231/1

| # | Claim No. | Claimant Name | Claim Priority | Claim Amount | Debtor Entity |
|---|---|---|---|---|---|
| 15 | 121 | Franchise Tax Board | Administrative | $800.00 | Blink 1060 W Alameda, Inc. |
| 16 | 122 | Franchise Tax Board | Administrative | $800.00 | Blink Holdings, Inc. |
| 17 | 10088 | New York State Department of Taxation and Finance | Priority<br>General Unsecured | $2,171.79<br>$250.00 | Blink Fourth Avenue, Inc. |
| 18 | 10234 | Brixmor Morris Hills, LLC | Administrative<br>General Unsecured | $35,502.88<br>$898,549.91 | Blink Parsippany, Inc. |
| 19 | 10244 | 5 Bryant Park Property Investors IV, LLC | Administrative<br>General Unsecured | $41,181.18<br>$490,182.61 | Blink 1065 6th Avenue, Inc. |
| 20 | 10246 | Vornado 692 Broadway LLC | Administrative<br>General Unsecured | $8,307.33<br>$226,841.80 | 692 Broadway Fitness Club, Inc. |
| 21 | 10247 | Vornado 692 Broadway LLC | Administrative<br>General Unsecured | $8,307.33<br>$226,841.80 | Blink Holdings, Inc. |
| 22 | 10254 | AFIAA 45 West 45th Street, LLC | Administrative | $3,380.61 | Blink Holdings, Inc. |
| 23 | 10265 | Oak Lawn Joint Venture I, L.L.C. | Administrative<br>General Unsecured | $7,216.45<br>$540,524.11 | Blink Ridgeland Ave., Inc. |
| 24 | 10267 | Islandia SC Owner, LLC | Administrative<br>General Unsecured | $146.65<br>$613,299.61 | Blink Holdings, Inc. |
| 25 | 10305 | State of New Jersey Division of Taxation | Priority | $500.00 | Blink Hawthorne, Inc. |
| 26 | 10309 | Blue Ridge West M.U.D. | Secured | $4,534.06 | Blink 2192 Texas Parkway, Inc. |

17520231/1