# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Avery Jue Meng hereby withdraws as counsel to Varagon Capital Partners Agent, LLC, as Prepetition Agent and DIP Agent ("Varagon"). The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove Ms. Meng from the electronic and paper noticing matrix for the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that all other currently counsel of record will continue to represent Varagon and are not intended to be affected by this notice.

---

[1] The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

| | |
|---|---|
| Dated: October 3, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Avery Jue Meng*<br>Curtis S. Miller (No. 4583)<br>Avery Jue Meng (No. 7238)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Email: cmiller@morrisnichols.com<br>          ameng@morrisnichols.com<br><br>-and-<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Peter P. Knight (admitted *pro hac vice*)<br>Terence G. Banich (admitted *pro hac vice*)<br>Allison E. Yager (admitted *pro hac vice*)<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5200<br>Email: peter.knight@katten.com<br>      terence.banich@katten.com<br>      allison.yager@katten.com<br><br>*Counsel for Varagon Capital Partners Agent, LLC, as Prepetition Agent and DIP Agent* |