IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 8, 2025 AT 11:00 A.M. (ET)**

**\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT \*\***

**ADJOURNED MATTERS:**

1. Motion of Lidia Canales for Retroactive Annulment of Automatic Stay and Prospective Relief from Injunctive Provisions of Debtors Joint Chapter 11 Plan of Reorganization [Filed July 7, 2025; Docket No. 897].

   Objection Deadline: July 21, 2025 at 4:00 p.m. (ET). Extended for Plan Administrator to a date and time to be determined.

   Responses/Objections Received:

   A. Informal comments from the Plan Administrator.

   Related Documents(s):

   A. Affidavit of Michael Zimmerman, Esquire in Support of Motion of Lidia Canales for Retroactive Annulment of Automatic Stay and Prospective Relief from Injunctive Provisions of Debtors Joint Chapter 11 Plan of Reorganization [Filed July 7, 2025; Docket No. 898].

   Status: This matter has been adjourned to a date and time to be determined.

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

17566733/1

| | |
|---|---|
| Dated: October 6, 2025 | **MORRIS JAMES LLP**<br><br>*/s/ Siena B. Cerra*<br>Carl N. Kunz, III (DE Bar No. 3201)<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>Siena B. Cerra (DE Bar No. 7290)<br>3205 Avenue North Blvd., Suite 100<br>Wilmington, DE 19803<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com<br>         emonzo@morrisjames.com<br>         bkeilson@morrisjames.com<br>         scerra@morrisjames.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson, Esq. (admitted *pro hac vice*)<br>Kristin S. Elliott, Esq. (admitted *pro hac vice*)<br>Andres Barajas, Esq. (admitted *pro hac vice*)<br>3 World Trade Center<br>New York, NY 10007<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br>E-mail: ewilson@kelleydrye.com<br>         kelliott@kelleydrye.com<br>         abarajas@kelleydrye.com<br><br>*Counsel to the Plan Administrator* |