IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Agenda of Matters Scheduled for Hearing on October 8, 2025 at 11:00 a.m. (ET)* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was completed via electronic mail or First-Class Mail, postage prepaid thereon, upon the parties on the attached service list.

/s/ Siena B. Cerra
Siena B. Cerra (DE Bar No. 7290)

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

17566733/1

## Service List

| | |
|---|---|
| Benjamin A. Hackman, Esq.<br>Office of the United States Trustee<br>For the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov<br><br>*United States Trustee* | Elihu E. Allinson III, Esq.<br>Sullivan Hazeltine Allinson LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>zallinson@sha-llc.com<br><br>- and -<br><br>Michael Zimmerman, Esq.<br>Zimmerman Law, P.C.<br>315 Walt Whitman Road, Suite 215<br>Huntington Station, NY 11746<br>pi@zimmlaw.com<br><br>*Attorneys for Lidia Canales* |

17566733/1