IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: November 4, 2025 at 4:00 p.m. (ET)** <br> **Hearing Date: November 13, 2025 at 10:00 a.m. (ET)** |

### NOTICE OF PLAN ADMINISTRATOR'S FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) INSUFFICIENT DOCUMENTATION CLAIMS; (II) LATE FILED CLAIMS; AND (III) AMENDED AND SUPERSEDED CLAIMS

**PLEASE TAKE NOTICE** that on October 13, 2025, Burton Hastings Advisors LLC, not individually, but solely in its capacity as the Plan Administrator (the "Plan Administrator"), filed the attached *Plan Administrator's First Omnibus (Non-Substantive) Objection to Certain (I) Insufficient Documentation Claims; (II) Late Filed Claims; and (III) Amended and Superseded Claims* (the "First Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 (the "Court"), objecting to your claim(s) in these bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that **your substantive rights may be affected. Your claim(s) may be disallowed and expunged as a result of the First Omnibus Objection. Therefore, you should read the First Omnibus Objection carefully.** If you do not want the Court to disallow and/or expunge your claim(s), then you or your attorney must (i) file a written response (a "Response") to the First Omnibus Objection with the Court, as set forth in the First Omnibus Objection, and (ii) serve the Response so that it is actually received by the undersigned counsel to the Plan Administrator on or before **November 4, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, Responses to the Objection must contain, at a minimum, the following: (a) a caption setting forth the name of the Court, the name of the Debtors, the case number, and the title of objection to which the Response is directed;(b) the name of the claimant, his/her/its claim number, and a description of the basis for the amount of the Claim; (c) the specific factual basis and supporting legal argument upon which the party will rely in opposing this First Omnibus Objection; (d) any supporting documentation, to the extent it was not included with the Proof of Claim previously filed with the clerk or claims agent, upon which the party will rely to support the basis for and amounts asserted in the Proof of Claim; and (e) the name, address, telephone number, email address and fax number of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for the Plan Administrator should communicate with respect to the Claim or the First Omnibus Objection and who possesses

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

17580201/1

authority to reconcile, settle, or otherwise resolve the objection to the disputed claim on behalf of the claimant.

**PLEASE TAKE FURTHER NOTICE** that if no Response to the First Omnibus Objection is timely filed, served, and received in accordance with the above procedures, an order may be entered granting the relief requested in the First Omnibus Objection without further notice or hearing. If a Response to the First Objection is timely filed, served and received in accordance with the above procedures, a hearing on the First Omnibus Objection and the Response will be held before The Honorable J. Kate Stickles, United States Bankruptcy Judge at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, on **November 13, 2025 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing"). Only a Response made in writing and timely filed and received will be considered by the Bankruptcy Court at the Hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE FIRST OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 13, 2025
       Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Carl N. Kunz, III (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
emonzo@morrisjames.com
bkeilson@morrisjames.com
scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
kelliott@kelleydrye.com
abarajas@kelleydrye.com

*Counsel to the Plan Administrator*