# **EXHIBIT B**

Hurwitz Declaration

17580201/1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF PETER HURWITZ IN SUPPORT OF**
**PLAN ADMINISTRATOR'S FIRST OMNIBUS (NON-SUBSTANTIVE)**
**OBJECTION TO CERTAIN (I) INSUFFICIENT DOCUMENTATION CLAIMS;**
**(II) LATE FILED CLAIMS; AND (III) AMENDED AND SUPERSEDED CLAIMS**

I, Peter Hurwitz, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury:

1.  I am the Managing Member of Burton Hastings Advisors LLC, the Plan Administrator for the above-captioned debtors. Unless otherwise indicated, I have personal knowledge of the facts set forth herein. I am authorized to execute this declaration on behalf of the Plan Administrator.

2.  I assisted in the preparation of the *Plan Administrator's First Omnibus (Non-Substantive) Objection to Certain (I) Insufficient Documentation Claims; (II) Late Filed Claims ;and (III) Amended and Superseded Claims* (the "<u>First Omnibus Objection</u>").[2] Through my review or with the assistance of the Plan Administrator's professionals, I am personally and generally familiar with, *inter alia*, the Debtors' liabilities and amounts owed to their creditors. I am also generally familiar with the Claims Register.

3.  I submit this declaration in support of the First Omnibus Objection, and state that the information contained in such First Omnibus Objection and the exhibits thereto is true and

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

[2] Capitalized terms used but not defined in my declaration have the meanings ascribed to them in the First Omnibus Objection.

correct to the best of my knowledge and belief and based on the information and records available to me.

## I. Insufficient Documentation Claims

4. To the best of my knowledge and belief, and based on the information and records available to me, the Claims listed on **Schedule 1** to the Proposed Order do not provide sufficient information to reconcile such claims beyond the amount included on the Debtors' Schedules, if any. Without limiting the generality of the foregoing, I, along with the Plan Administrator's professionals, have reviewed the underlying Claims on **Schedule 1** and all supporting information and documentation provided therewith, and caused a review of the Debtors' books and records for information related to such claims, to the extent currently available to me.

5. As a result, I believe the Insufficient Documentation Claims listed on **Schedule 1** lack *prima facie* evidence of the validity and amount of each claim. Therefore, the Insufficient Documentation Claims listed on listed on **Schedule 1** to the Proposed Order should be disallowed and expunged.

## II. Late Filed Claims

6. To the best of my knowledge and belief, and based on the information and records available to me, the Late Filed Claims listed on **Schedule 2** to the Proposed Order are claims that were filed after the applicable Bar Date, and thus should be disallowed.

## III. Amended and Superseded Claims

7. To the best of my knowledge and belief, and based on the information and records available to me, the Amended and Superseded Claims listed in the section entitled "Amended Claim to be Disallowed" on **Schedule 3** to the Proposed Order are claims that have been amended and superseded by a later-filed claim, denominated on **Schedule 3** in the section entitled "Surviving Claim", with respect to the same liability, and thus should be disallowed and expunged.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best my knowledge, and belief, and based on the information and records available to me.

Dated: October 13, 2025

/s/ *Peter Hurwitz*
Peter Hurwitz
Managing Member of Burton Hastings Advisors LLC