IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc., *et al.*[1] | Case No. 24-11686 (JKS) |
| Debtor. | (Jointly Administered) |

**RIDER TO POST-CONFIRMATION
REPORT FOR THE QUARTER ENDED SEPTEMBER 30, 2025**

Burton Hastings Advisors LLC, not individually and solely in its capacity as the plan administrator for the above-captioned debtors (in such capacity, the "Plan Administrator"), has filed the attached post-confirmation report (the "PCR") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Plan Administrator prepared the PCR with the assistance of its advisors and professionals. The PCR was prepared solely for the purpose of complying with the post-confirmation quarterly reporting requirements established by the United States Trustee Program (*see* https://www.justice.gov/ust/chapter-11-operating-reports). The PCR should not be relied upon by any persons for any information in connection with current or future financial conditions or events relating to the debtors' estates.

The Plan Administrator submits this rider to the PCR to supplement its answer to Question 4.b of the PCR. As indicated in the PCR, the Plan Administrator believes it is current with all quarterly U.S. Trustee fees but acknowledges that the U.S. Trustee has requested additional information from the Plan Administrator regarding debtor-by-debtor disbursements made before the debtors' chapter 11 plan was confirmed and the Plan Administrator was appointed for the debtors. The Plan Administrator is working with the U.S. Trustee to provide the requested information and to address any additional questions or information requests the U.S. Trustee may have.

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

4925-0818-3156v.1