**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 931** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH
THE PLAN ADMINISTRATOR'S FIRST OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CERTAIN (I) INSUFFICIENT DOCUMENTATION CLAIMS;
(II) LATE FILED CLAIMS; AND (III) AMENDED AND SUPERSEDED CLAIMS**

On October 13, 2025, Burton Hastings Advisors LLC, not individually, but solely in its capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtors (collectively, the "Debtors," and after the Effective Date of the Debtors' confirmed chapter 11 plan, the "Post-Effective Date Debtors")[2], by and through his undersigned counsel, filed *Plan Administrator's First Omnibus (Non-Substantive) Objection to Certain (I) Insufficient Documentation Claims; (II) Late Filed Claims; and (III) Amended and Superseded Claims* (the "Objection") [Docket No. 931] with the United States Bankruptcy Court for the District of Delaware. A hearing on the Objection is to be held on **November 13, 2025 at 10:00 a.m. (ET).**

Pursuant to Del. Bankr. L.R. 3007-1(d)(vi), copies of the proofs of claim (the "Proofs of Claim")[3] to which the Distribution Trustee objected to under Del. Bankr. L.R. 3007-1 have been delivered to Chambers together with a copy of the Objection.

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

[2] Docket No. 806 (the "Plan"). Capitalized terms used but not defined in this Motion have the meanings ascribed to them in the Plan.

[3] Pursuant to the Local Rules, a copy of all the claims referenced in the Objection have been included in the submission to Chambers.

17599356/1

This notice of submission of proofs of claims has been served upon all parties requesting notice under Fed. R. Bankr. P. 2002 in compliance with Del. Bankr. L.R. 3007-1(d)(vi)(B). Any parties who wish to acquire copies of the Proofs of Claim may do so by making a request to the undersigned counsel.

Dated: October 29, 2025
       Wilmington, Delaware

**MORRIS JAMES LLP**

/s/ Siena B. Cerra
Carl N. Kunz, III (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
emonzo@morrisjames.com
bkeilson@morrisjames.com
scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
kelliott@kelleydrye.com
abarajas@kelleydrye.com

*Counsel to the Plan Administrator*