EDD   DE 6415

PO BOX 826880 MIC 92E
SACRAMENTO, CA 94280-0001



Employment
Development
Department
State of California

|  | Letter ID: | L0295661616 |
|---|---|---|
|  | Issued Date: | October 27, 2025 |
| U S BANKRUPTCY COURT | Customer ID: | XXXX-XXX3184 |
| 824 MARKET ST N |  |  |
| 3RD FLOOR |  |  |
| WILMINGTON, DE 19801 |  |  |

| Re: | **WITHDRAWAL OF PROOF OF CLAIM** |
|---|---|
| BLINK HOLDINGS, INC | CASE NUMBER: 24-11686 |
|  | TAXPAYER ID: XXXX-XXX3184 |
|  | CHAPTER: Chapter 11 |

RECEIVED
NOV 0 3 2025
LEGAL SERVICES

MARY HERRICK of the City of Sacramento, County of Sacramento, and State of California says:

That she/he is a duly appointed, authorized and acting delegate of the Director of the Employment Development Department of the State of California.

On behalf of the State of California, acting by and through the Director of the Employment Development Department, the executive officer of the Employment Development Department, as such, she/he is qualified and empowered to withdraw the Expense of Administration Proof of Claim in the amount of $474.22 dated February 26, 2025.

Filed: USBC - District of Delaware
Blink Holdings, Inc., Et al
24-11686 (JKS)     (COR)
BKF
0000000024

By /s/ MARY HERRICK
Tax Administrator



**EDD** Employment Development Department
State of California
P.O. Box 826880 Sacramento, CA 94280-0001
OFFICIAL BUSINESS Penalty For Private Use $300
3-3015 (10-02)

CERTIFIED MAIL

Case 24-11686-JKS    Doc 937    Filed 11/04/25    Page 2 of 2

7021 1970 0002 0259 5099



NEOFOST
10/31/2025
US POSTAGE $010.44

FIRST-CLASS MAIL
IMI

ZIP 95670
041M11468276

RECEIVED
NOV 03 2025
LEGAL SERVICES

Blink Holdings, Inc.
Claims processing center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005