EDD  DE 6415
PO BOX 826880 MIC 92E
SACRAMENTO, CA 94280-0001



Employment Development Department
State of California

U S BANKRUPTCY COURT
824 MARKET ST N
3RD FLOOR
WILMINGTON, DE 19801

Letter ID: L1324970032
Issued Date: October 27, 2025
Customer ID: XXXX-XXX3184

| Re:<br><br>BLINK HOLDINGS, INC | **<u>WITHDRAWAL OF PROOF OF CLAIM</u>**<br><br>CASE NUMBER: 24-11686<br><br>TAXPAYER ID: XXXX-XXX3184<br><br>CHAPTER: Chapter 11 |
|---|---|

**RECEIVED**

**NOV 0 3 2025**

**LEGAL SERVICES**

MARY HERRICK of the City of Sacramento, County of Sacramento, and State of California says:

That she/he is a duly appointed, authorized and acting delegate of the Director of the Employment Development Department of the State of California.

On behalf of the State of California, acting by and through the Director of the Employment Development Department, the executive officer of the Employment Development Department, as such, she/he is qualified and empowered to withdraw the Expense of Administration Proof of Claim in the amount of $625.52 dated October 27, 2025.

By: /s/ MARY HERRICK
Tax Administrator

Filed: USBC - District of Delaware
Blink Holdings, Inc., Et al
24-11686 (JKS)            (COR)

BKF

0000000025



**EDD** Employment Development Department
State of California
P.O. Box 826880 Sacramento, CA 94280-0001
OFFICIAL BUSINESS Penalty For Private Use $300
3-3015 (10-02)

CERTIFIED MAIL

7021 1970 0002 0259 5082



NEOPOST
10/31/2025
US POSTAGE $010.44
FIRST-CLASS MAIL
IMI
ZIP 95670
041M11468276

Blink Holdings, Inc.
Claims processing center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

RECEIVED
NOV 03 2025
LEGAL SERVICES

9700534833 C027