EDD  DE 6415
PO BOX 826880 MIC 92E
SACRAMENTO, CA 94280-0001


Employment Development Department
State of California

U S BANKRUPTCY COURT
824 MARKET ST N
3RD FLOOR
WILMINGTON, DE 19801

Letter ID: L1996058672
Issued Date: October 27, 2025
Customer ID: XXXX-XXX3184

Re:

BLINK HOLDINGS, INC

**WITHDRAWAL OF PROOF OF CLAIM**

CASE NUMBER: 24-11686

TAXPAYER ID: XXXX-XXX3184

CHAPTER: Chapter 11

RECEIVED

NOV 0 3 2025

LEGAL SERVICES

MARY HERRICK of the City of Sacramento, County of Sacramento, and State of California says:

That she/he is a duly appointed, authorized and acting delegate of the Director of the Employment Development Department of the State of California.

On behalf of the State of California, acting by and through the Director of the Employment Development Department, the executive officer of the Employment Development Department, as such, she/he is qualified and empowered to withdraw the Pre Petition Proof of Claim in the amount of $933.87 dated October 2, 2024.

Filed: USBC - District of Delaware
Blink Holdings, Inc., Et al    (COR)
24-11686 (JKS)
BKF
-0000000026

By /s/ MARY HERRICK
Tax Administrator

DE 6415 (1-11)    PO BOX 826880 MIC 92E, SACRAMENTO, CA 94280-0001    edd.ca.gov



**EDD** Employment Development Department
State of California
P.O. Box 826880 Sacramento, CA 94280-0001
OFFICIAL BUSINESS Penalty For Private Use $300
3-3015 (10-02)

CERTIFIED MAIL

7021 1970 0002 0259 5105

NEOPOST
10/31/2025
US POSTAGE $010.44

FIRST-CLASS MAIL
IMI

ZIP 95670
041M11468276

Case 24-11686-JKS    Doc 939    Filed 11/04/25    Page 2 of 2

RECEIVED
NOV 03 2025
LEGAL SERVICES

Blink Holdings, Inc.
Claims processing center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

9700584833 C027