**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 931** |

**CERTIFICATION OF COUNSEL REGARDING PLAN ADMINISTRATOR'S FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) INSUFFICIENT DOCUMENTATION CLAIMS; (II) LATE FILED CLAIMS; AND (III) AMENDED AND SUPERSEDED CLAIMS [DOCKET NO. 931]**

Burton Hastings Advisors LLC, not individually, but solely in its capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtors (collectively, the "Debtors," and after the Effective Date of the Debtors' confirmed chapter 11 plan, the "Post-Effective Date Debtors"),[2] by and through undersigned counsel, hereby certifies as follows:

1. On October 13, 2025, the Plan Administrator filed the *Plan Administrator's First Omnibus (Non-Substantive) Objection to Certain (I) Insufficient Documentation Claims; (II) Late Filed Claims; and (III) Amended and Superseded Claims* [Docket No. 931] (the "First Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Responses to the First Omnibus Objection were to be filed and served no later than November 4, 2025, at 4:00 p.m. (ET) (the "Response Deadline").

3. Prior to the Response Deadline, Hartford Fire Insurance Company ("Hartford") requested an extension of the Response Deadline to allow time for the parties to potentially reach a consensual resolution of the Plan Administrator's objection to its claims. The Plan Administrator

---

[1]  A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

[2]  Docket No. 806 (the "Plan"). Capitalized terms used but not defined in this Motion have the meanings ascribed to them in the Plan.

17610181/2

agreed to extend the Response Deadline for Hartford and has removed Claim Nos. 10198 and 10320 filed by Hartford from the proposed form of order for the First Omnibus Objection, without prejudice to the Plan Administrator's ability to include these claims in a proposed supplemental order sustaining the First Omnibus Objection.

4.      On November 4, 2025, the Employment Development Department of the State of California ("EDDCA") withdrew Claim No. 123.[3]

5.      Attached hereto as **Exhibit A** is a revised proposed form of order for the First Omnibus Objection (the "Revised Order") (i) removing Claim Nos. 10198 and 10320 filed by Hartford; (ii) removing Claim No. 123 filed by EDDCA; and (iii) otherwise granting the First Omnibus Objection. Attached as **Exhibit B** is a redline of the Revised Order showing the revisions compared to the original Proposed Order that was filed with the First Omnibus Objection.

[*Remainder of Page Intentionally Left Blank*]

---

[3]   *See* Docket No. 937.

Wherefore, the Plan Administrator respectfully requests that the Court enter the Revised Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: November 6, 2025

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Carl N. Kunz, III (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
    emonzo@morrisjames.com
    bkeilson@morrisjames.com
    scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
    kelliott@kelleydrye.com
    abarajas@kelleydrye.com

*Counsel to the Plan Administrator*