# EXHIBIT B

Redline

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___931___ |

### ORDER SUSTAINING PLAN ADMINISTRATOR'S FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) INSUFFICIENT DOCUMENTATION CLAIMS; (II) LATE FILED CLAIMS; AND (III) AMENDED AND SUPERSEDED CLAIMS

Upon consideration of the objection (the "Objection")[2] of Burton Hastings Advisors LLC, not individually, but solely in its capacity as the Plan Administrator (the "Plan Administrator"), for the entry of an order (this "Order") disallowing and expunging certain (i) Insufficient Documentation Claims, (ii) Late Filed Claims, and (iii) Amended and Superseded Claims, which are listed on **Schedule 1** through **Schedule 3** to this Order; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; the Court having found and determined that the relief sought in the Objection is in the best interests of the Post-Effective Date Debtors' estates, creditors and all parties in interest, and after due deliberation and sufficient cause appearing therefor,

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

[2] Capitalized terms used but not defined in this Order have the meanings ascribed to them in the Objection.

17580201/1

2

**IT IS HEREBY ORDERED THAT:**

1. That the Objection is SUSTAINED as set forth herein.

2. The Insufficient Documentation Claims identified on **Schedule 1** attached hereto are hereby disallowed and expunged in their entirety.

3. The Late Filed Claims identified on **Schedule 2** attached hereto are hereby disallowed and expunged in their entirety.

4. The Amended and Superseded Claims identified on **Schedule 3** attached hereto are hereby disallowed and expunged in their entirety.

5. The Plan Administrator and Epiq are authorized to take all actions necessary and appropriate-to give effect to this Order.

6. Epiq is authorized to modify the Claims Register to comport with the relief granted by this Order.

7. Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Plan Administrator may have to enforce rights of setoff against any claimant.

8. Nothing in the Objection or this Order shall be deemed or construed: (i) as an admission as to the validity of any claim against the Debtors; (ii) as a waiver of the Plan Administrator's right to dispute or otherwise object to any claim on any grounds or basis; (iii) to waive or release any right, claim, defense, or counterclaim of the Debtors, or to estop the Plan Administrator from asserting any right, claim, defense, or counterclaim; (iv) as an approval or assumption of any agreement, contract, or lease, pursuant to section 365 of the Bankruptcy Code; or (v) as an admission that any obligation is entitled to administrative expense priority or any such contract or agreement is executory or unexpired for purposes of section 365 of the Bankruptcy Code or otherwise.

9. The terms and conditions of this Order shall be immediately enforceable and effective upon its entry

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# **Schedule 1**

Insufficient Documentation Claims

| Schedule 1 - Insufficient Documentation Claims ||||||
|---|---|---|---|---|---|
| **Claimant** | **Claim No.** | **Debtor** | **Claim Priority** | **Asserted Claim Amount** | **Reason for Disallowance** |
| Alvin Ayala | 10105 | Blink 56-02 Roosevelt, Inc. | Secured Priority | "undetermined" | Proof of Claim asserts a priority claim for domestic support obligations under sections 507(a)(1)(A) or 507(a)(1)(B) of the Bankruptcy Code. The Debtor is a corporation and does not owe any such obligations. The Proof of Claim does not attach any documentation supporting the claim and the Debtors' books and records provide no basis for the claim. |
| Kaleigh Carter | 10102 | Blink Holdings, Inc. | Administrative | "undetermined" | Proof of Claim does not attach any documentation supporting an administrative expense claim under section 503(b)(9) of the Bankruptcy Code. The Debtors' books and records provide no basis for the claim. |
| Gonzalo A. Corredor-Torres | 48 | Blink Holdings, Inc. | Priority | $0.00 | Proof of claim does not state any basis for the claim, does not assert any amount, and attaches no documentation supporting a priority claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records provide no basis for the claim. |
| Kelly M. Hayes | 10125 | Blink 116th Street, Inc. | Administrative | "undetermined" | Proof of Claim does not attach any documentation supporting an administrative expense claim under section 503(b)(9) of the Bankruptcy Code. The Debtors' books and records provide no basis for the claim. |
| Nalleli Lopez | 10328 | Blink Holdings, Inc. | Administrative | "undetermined" | Proof of Claim does not attach any documentation supporting an administrative expense claim under section 503(b)(9) of the Bankruptcy Code and the Debtors' books and records provide no basis for the claim. This claim is also listed on Schedule 2 as a Late Filed Claim. |
| Nina Madera | 10010 | Blink Holdings, Inc. | Priority | "undetermined" | Proof of Claim asserts a priority claim for domestic support obligations under sections 507(a)(1)(A) or 507(a)(1)(B) of the Bankruptcy Code. The Debtor is a corporation and does not owe any such obligations. The Proof of Claim does not attach any documentation supporting the claim and the Debtors' books and records provide no basis for the claim. |
| Mariely Medrano Pantaleon | 10100 | Blink Holdings, Inc. | Administrative | $59.99 | Proof of Claim does not attach any documentation supporting an administrative expense claim under section 503(b)(9) of the Bankruptcy Code. The Debtors' books and records provide no basis for the claim. |
| Keith Twyman, Jr. | 10136 | Blink Holdings, Inc. | Administrative Priority | "undetermined" | Proof of Claim asserts an administrative expense claim under section 503(b)(9) of the Bankruptcy Code and a priority claim for contributions to an employee benefit plan under section 507(a)(5) of the Bankruptcy Code. The Proof of Claim does not attach any documentation supporting the claim and the Debtors' books and records provide no basis for the claim. |
| Kanani A. Vizcarra | 10144 | Blink Holdings, Inc. | Priority | "undetermined" | Proof of Claim asserts a priority claim arising from the deposit of money towards the purchase, lease or rental of property or the purchase of services for personal, family, or household use under section 507(a)(7) of the Bankruptcy Code. The Proof of Claim does not attach any documentation supporting the claim and the Debtors' books and records provide no basis for the claim. |
| Brian Young | 10008 | Blink Gates, Inc. | Priority | "undetermined" | Proof of Claim asserts a priority claim arising from the deposit of money towards the purchase, lease or rental of property or the purchase of services for personal, family, or household use under section 507(a)(7) of the Bankruptcy Code. The Proof of Claim does not attach any documentation supporting the claim and the Debtors' books and records provide no basis for the claim. |

**Total Insufficient Documentation Claims:** 10
**Total Insufficient Documentation Claims Amount:** $59.99 plus unliquidated amounts

## **Schedule 2**

Late Filed Claims

17580201/1

| Schedule 2 - Late Filed Claims | | | | | | |
|---|---|---|---|---|---|---|
| **Claimant** | **Claim No.** | **Date Filed** | **Debtor** | **Claim Priority** | **Asserted Claim Amount** | **Reason for Disallowance** |
| ~~Employment Development Department of the State of California~~ | ~~123~~ | ~~4/16/2025~~ | ~~Blink Holdings, Inc.~~ | ~~Administrative~~ | ~~$ 474.22~~ | ~~Claim No. 123 asserts an Administrative Claim that was filed after the applicable Bar Date.~~ |
| Nalleli Lopez | 10328 | 6/2/2025 | Blink Holdings, Inc. | Administrative | "undetermined" | Claim No. 10328 asserts an administrative expense claim under section 503(b)(9) that was filed after the applicable Bar Date. This claim is also listed on Schedule 1 as an Insufficient Documentation Claim. |

**Total Late Filed Claims:** ~~2~~1

**Total Late Filed Claims Amount:** ~~$474.22~~$0.00 **plus unliquidated amounts**

# **Schedule 3**

Amended and Superseded Claims

17580201/1

| Schedule 3 - Amended and Superseded Claims ||||||||||| |
| Amended Claim to be Disallowed |||||  Surviving Claim ||||| |
| Claimant | Claim No. | Debtor | Claim Priority | Asserted Claim Amount | Claimant | Surviving Claim No. | Debtor | Claim Priority | Asserted Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| 480 Suffolk Avenue LLC | 10161 | Blink Brentwood, Inc. | Priority<br>General Unsecured | $947.60<br>$22,104.39 | 480 Suffollk Avenue LLC | 10322 | Blink Brentwood, Inc. | Priority<br>General Unsecured | $947.60<br>$587,945.68 | Claim No. 10161 was amended and superseded by Claim No. 10322. |
| 480 Suffolk Avenue LLC | 10322 | Blink Brentwood, Inc. | Priority Claim<br>General Unsecured | $947.60<br>$587,945.68 | 480 Suffollk Avenue LLC | 10324 | Blink Brentwood, Inc. | Priority Claim<br>General Unsecured | $947.60<br>$587,945.68 | Claim No. 1322 was amended and superseded by Claim No. 10324. |
| 480 Suffolk Avenue LLC | 10162 | Blink Holdings, Inc. | Priority<br>General Unsecured | $947.60<br>$22,104.39 | 480 Suffollk Avenue LLC | 10323 | Blink Holdings, Inc. | Priority<br>General Unsecured | $947.60<br>$882,726.72 | Claim No. 10162 was amended and superseded by Claim No. 10323. |
| ~~Hartford Fire Insurance Company~~ | ~~10198~~ | ~~Blink Holdings, Inc.~~ | ~~Secured~~ | ~~"undetermined"~~ | ~~Hartford Fire Insurance Company~~ | ~~10320~~ | ~~Blink Holdings, Inc.~~ | ~~Secured~~ | ~~"undetermined"~~ | ~~Claim No. 10198 asserts the same claim as later filed Claim No. 10320.~~ |
| ~~Hartford Fire Insurance Company~~ | ~~10320~~ | ~~Blink Holdings, Inc.~~ | ~~Secured~~ | ~~"undetermined"~~ | ~~Hartford Fire Insurance Company~~ | ~~10321~~ | ~~Blink Holdings, Inc.~~ | ~~Secured~~ | ~~"undetermined"~~ | ~~Claim No. 10320 was amended and superseded by Claim No. 10321.~~ |

**Total Amended & Superseded Claims:** ~~5~~ 3

**Total Amended & Superseded Claims Amount:**    $634,997.26