# Schedule 1

Insufficient Documentation Claims

17580201/1

### Schedule 1 - Insufficient Documentation Claims

| Claimant | Claim No. | Debtor | Claim Priority | Asserted Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Alvin Ayala | 10105 | Blink 56-02 Roosevelt, Inc. | Secured Priority | "undetermined" | Proof of Claim asserts a priority claim for domestic support obligations under sections 507(a)(1)(A) or 507(a)(1)(B) of the Bankruptcy Code. The Debtor is a corporation and does not owe any such obligations. The Proof of Claim does not attach any documentation supporting the claim and the Debtors' books and records provide no basis for the claim. |
| Kaleigh Carter | 10102 | Blink Holdings, Inc. | Administrative | "undetermined" | Proof of Claim does not attach any documentation supporting an administrative expense claim under section 503(b)(9) of the Bankruptcy Code. The Debtors' books and records provide no basis for the claim. |
| Gonzalo A. Corredor-Torres | 48 | Blink Holdings, Inc. | Priority | $0.00 | Proof of claim does not state any basis for the claim, does not assert any amount, and attaches no documentation supporting a priority claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records provide no basis for the claim. |
| Kelly M. Hayes | 10125 | Blink 116th Street, Inc. | Administrative | "undetermined" | Proof of Claim does not attach any documentation supporting an administrative expense claim under section 503(b)(9) of the Bankruptcy Code. The Debtors' books and records provide no basis for the claim. |
| Nalleli Lopez | 10328 | Blink Holdings, Inc. | Administrative | "undetermined" | Proof of Claim does not attach any documentation supporting an administrative expense claim under section 503(b)(9) of the Bankruptcy Code and the Debtors' books and records provide no basis for the claim. This claim is also listed on Schedule 2 as a Late Filed Claim. |
| Nina Madera | 10010 | Blink Holdings, Inc. | Priority | "undetermined" | Proof of Claim asserts a priority claim for domestic support obligations under sections 507(a)(1)(A) or 507(a)(1)(B) of the Bankruptcy Code. The Debtor is a corporation and does not owe any such obligations. The Proof of Claim does not attach any documentation supporting the claim and the Debtors' books and records provide no basis for the claim. |
| Mariely Medrano Pantaleon | 10100 | Blink Holdings, Inc. | Administrative | $59.99 | Proof of Claim does not attach any documentation supporting an administrative expense claim under section 503(b)(9) of the Bankruptcy Code. The Debtors' books and records provide no basis for the claim. |
| Keith Twyman, Jr. | 10136 | Blink Holdings, Inc. | Administrative Priority | "undetermined" | Proof of Claim asserts an administrative expense claim under section 503(b)(9) of the Bankruptcy Code and a priority claim for contributions to an employee benefit plan under section 507(a)(5) of the Bankruptcy Code. The Proof of Claim does not attach any documentation supporting the claim and the Debtors' books and records provide no basis for the claim. |
| Kanani A. Vizcarra | 10144 | Blink Holdings, Inc. | Priority | "undetermined" | Proof of Claim asserts a priority claim arising from the deposit of money towards the purchase, lease or rental of property or the purchase of services for personal, family, or household use under section 507(a)(7) of the Bankruptcy Code. The Proof of Claim does not attach any documentation supporting the claim and the Debtors' books and records provide no basis for the claim. |
| Brian Young | 10008 | Blink Gates, Inc. | Priority | "undetermined" | Proof of Claim asserts a priority claim arising from the deposit of money towards the purchase, lease or rental of property or the purchase of services for personal, family, or household use under section 507(a)(7) of the Bankruptcy Code. The Proof of Claim does not attach any documentation supporting the claim and the Debtors' books and records provide no basis for the claim. |

**Total Insufficient Documentation Claims:** 10
**Total Insufficient Documentation Claims Amount:** $59.99 plus unliquidated amounts

## **Schedule 2**

Late Filed Claims

17580201/1

## Schedule 2 - Late Filed Claims

| Claimant | Claim No. | Date Filed | Debtor | Claim Priority | Asserted Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| Nalleli Lopez | 10328 | 6/2/2025 | Blink Holdings, Inc. | Administrative | "undetermined" | Claim No. 10328 asserts an administrative expense claim under section 503(b)(9) that was filed after the applicable Bar Date. This claim is also listed on Schedule 1 as an Insufficient Documentation Claim. |

**Total Late Filed Claims:** 1
**Total Late Filed Claims Amount:** $0.00 plus unliquidated amounts

# Schedule 3

Amended and Superseded Claims

17580201/1

## Schedule 3 - Amended and Superseded Claims

| Amended Claim to be Disallowed | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Claim No. | Debtor | Claim Priority | Asserted Claim Amount | Surviving Claim No. | Debtor | Claim Priority | Asserted Claim Amount | Reason for Disallowance |
| 480 Suffolk Avenue LLC | 10161 | Blink Brentwood, Inc. | Priority / General Unsecured | $947.60 / $22,104.39 | 10322 | Blink Brentwood, Inc. | Priority / General Unsecured | $947.60 / $587,945.68 | Claim No. 10161 was amended and superseded by Claim No. 10322. |
| 480 Suffolk Avenue LLC | 10322 | Blink Brentwood, Inc. | Priority Claim / General Unsecured | $947.60 / $587,945.68 | 10324 | Blink Brentwood, Inc. | Priority Claim / General Unsecured | $947.60 / $587,945.68 | Claim No. 1322 was amended and superseded by Claim No. 10324. |
| 480 Suffolk Avenue LLC | 10162 | Blink Holdings, Inc. | Priority / General Unsecured | $947.60 / $22,104.39 | 10323 | Blink Holdings, Inc. | Priority / General Unsecured | $947.60 / $882,726.72 | Claim No. 10162 was amended and superseded by Claim No. 10323. |

**Total Amended & Superseded Claims:** 3
**Total Amended & Superseded Claims Amount:** $634,997.26