**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Agenda of Matters Scheduled for Hearing on November 13, 2025 at 10:00 a.m. (ET)* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was completed via electronic mail or First-Class Mail, postage prepaid thereon, upon the parties on the attached service list.

                                                                                     */s/ Siena B. Cerra*
                                                                                     Siena B. Cerra (DE Bar No. 7290)

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

17616228/1

| Claimant Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Email |
|---|---|---|---|---|---|---|---|
| 480 SUFFOLK AVENUE LLC | C/O JASPAN SCHLESINGER NARENDRAN LLP | 300 GARDEN CITY PLZ, 5TH FL | | GARDEN CITY | NY | 11530 | SPERNAPLANK@JASPANLLP.COM |
| 480 SUFFOLK AVENUE LLC | C/O AD REAL ESTATE INC | ATTN AARON DANIELS | 45 CUTTERMILL RD, STE 1 | GREAT NECK | NY | 11021 | AARON@ADREALESTATEINC.COM |
| 480 SUFFOLLK AVENUE LLC | C/O KEVIN D. LEVITSKY | THE BRANDYWINE BUILDING | 1000 N. WEST ST. SUITE 1500 | WILMINGTON | DE | 19801 | klevitsky@coochtaylor.com |
| Employment Development Department | ATTN Special Procedures | PO Box 826880, MIC 92E | | SACRAMENTO | CA | 94280-0001 | |
| Hartford Fire Insurance Company | C/O McElroy Deutsch | ATTN Gary Bressler, Esq | 300 Delaware Ave, Ste 1014 | WILMINGTON | DE | 19801 | GBRESSLER@MDMC-LAW.COM |
| Hartford Fire Insurance Company | C/O RACHEL SIMPSON | ONE HARTFORD PLAZA | T-14 | HARTFORD | CT | 06155 | RACHEL.SIMPSON@THEHARTFORD.COM |
| CORREDOR-TORRES, GONZALO A | [Address Redacted] | | | | | | [Redacted] |
| YOUNG, BRIAN | [Address Redacted] | | | | | | [Redacted] |
| MADERA, NINA | [Address Redacted] | | | | | | [Redacted] |
| PANTALEON, MARIELY MEDRANO | [Address Redacted] | | | | | | [Redacted] |
| CARTER, KALEIGH | [Address Redacted] | | | | | | [Redacted] |
| AYALA, ALVIN | [Address Redacted] | | | | | | [Redacted] |
| HAYES, KELLY M | [Address Redacted] | | | | | | [Redacted] |
| TWYMAN, KEITH, JR | [Address Redacted] | | | | | | [Redacted] |
| VIZCARRA, KANANI A | [Address Redacted] | | | | | | [Redacted] |
| LOPEZ, NALLELI | [Address Redacted] | | | | | | [Redacted] |
| LOPEZ, NALLELI | [Address Redacted] | | | | | | [Redacted] |
| OFFICE OF THE UNITED STATES TRUSTEE | BENJAMIN A. HACKMAN | 844 KING STREET | SUITE 2207 | WILMINGTON | DE | 19801 | BENJAMIN.A.HACKMAN@USDOJ.GOV |