**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: November 25, 2025, at 4:00 p.m. (ET)<br>Hearing Date: December 2, 2025 at 3:30 p.m. (ET) |

**NOTICE OF PLAN ADMINISTRATOR'S MOTION FOR ENTRY
OF AN ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE**

**PLEASE TAKE NOTICE** that on November 18, 2025, the Plan Administrator in the above-referenced bankruptcy cases (the "Plan Administrator"), through its undersigned counsel, filed the *Plan Administrator's Second Motion for Entry of an Order Extending the Claims Objection Deadline* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and be filed with the Bankruptcy Court so as to be received on or before **November 25, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline").  At the same time, any party filing a response to the Motion must also serve a copy of the response upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **December 2, 2025 at 3:30 p.m. prevailing Eastern Time** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Signature to Follow*]

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

17641092/1

| | |
|---|---|
| Dated: November 18, 2025 | **MORRIS JAMES LLP** |

*/s/ Siena B. Cerra*
Carl N. Kunz, III (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
　　　　emonzo@morrisjames.com
　　　　bkeilson@morrisjames.com
　　　　scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
　　　　kelliott@kelleydrye.com
　　　　abarajas@kelleydrye.com

*Counsel to the Plan Administrator*