# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: December 2, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: January 6, 2026 at 10:00 a.m. (ET)** |

## NOTICE OF PLAN ADMINISTRATOR'S SECOND MOTION FOR A FINAL DECREE AND ORDER CLOSING CERTAIN OF THE DEBTORS' CHAPTER 11 CASES

**PLEASE TAKE NOTICE** that on November 18, 2025, the Plan Administrator in the above-referenced bankruptcy cases (the "Plan Administrator") filed the *Plan Administrator's Second Motion for a Final Decree and Order Closing Certain of the Debtors' Chapter 11 Cases* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, and be filed with the Bankruptcy Court so as to be received on or before **December 2, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **January 6, 2026 at 10:00 a.m. prevailing Eastern Time** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Signature to Follow*]

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Plan Administrator's undersigned counsel.

17640955/1

| | |
|---|---|
| Dated: November 18, 2025 | **MORRIS JAMES LLP** |
| | |
| | */s/ Siena B. Cerra* |
| | Carl N. Kunz, III (DE Bar No. 3201) |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar 7290) |
| | 3205 Avenue North Blvd., Suite 100 |
| | Wilmington, DE 19803 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail:  ckunz@morrisjames.com |
| |          emonzo@morrisjames.com |
| |          bkeilson@morrisjames.com |
| |          scerra@morrisjames.com |
| | |
| | -and- |
| | |
| | **KELLEY DRYE & WARREN LLP** |
| | Eric R. Wilson, Esq. (admitted *pro hac vice*) |
| | Kristin S. Elliott, Esq. (admitted *pro hac vice*) |
| | Andres Barajas, Esq. (admitted *pro hac vice*) |
| | 3 World Trade Center |
| | New York, NY 10007 |
| | Telephone: (212) 808-7800 |
| | Facsimile: (212) 808-7897 |
| | E-mail:  ewilson@kelleydrye.com |
| |          kelliott@kelleydrye.com |
| |          abarajas@kelleydrye.com |
| | |
| | *Counsel to the Plan Administrator* |