# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2025, I caused to be served a true and correct copy of the foregoing *Plan Administrator's Second Motion for a Final Decree and Order Closing Certain of the Debtors' Chapter 11 Cases* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail on the parties indicated on the attached service list.

Dated: November 18, 2025

/s/ Siena B. Cerra
Siena B. Cerra (DE Bar No. 7290)

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

17640955/1

## Service List

Office of the United States Trustee
District of Delaware
Attn: Benjamin A. Hackman
844 King St., Ste. 2207, Lockbox 35
Wilmington, DE 19801
Email: Benjamin.A.Hackman@usdoj.gov

17640955/1