**EXHIBIT A**

Satisfied Claims

| # | Claim No. | Claimant Name | Claim Priority | Claim Amount | Debtor Entity |
|---|-----------|---------------|----------------|--------------|---------------|
| 1 | 00013 | Department of Treasury – Internal Revenue Services | Priority General Unsecured | $13,5000.00 | Blink Fitness Franchising, Inc. |
| 2 | 10306 | State of New Jersey Division of Taxation | Priority General Unsecured | $500.00 | Blink Plainfield, Inc |

17641121/1