# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Second Notice of Claims Previously Satisfied* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was completed via electronic mail or First-Class Mail, postage prepaid thereon, upon the parties on the attached service list.

*/s/ Siena B. Cerra*
Siena B. Cerra (DE Bar No. 7290)

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Plan Administrator's counsel.

17641121/1

## Service List

Office of the United States Trustee
District of Delaware
Attn: Benjamin A. Hackman
844 King St., Ste. 2207, Lockbox 35
Wilmington, DE 19801
Email: Benjamin.A.Hackman@usdoj.gov

Department of Treasury – Internal Revenue Services
PO Box 7346
Philadelphia, PA 19101-7346

State of New Jersey Division of Taxation
Attn: Bankruptcy Section
3 John Fitch Way
PO Box 245
Trenton, NJ 08695-0245

17641121/1