## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 944** |

### CERTIFICATE OF NO OBJECTION REGARDING PLAN ADMINISTRATOR'S SECOND MOTION FOR ENTRY OF AN ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE [DOCKET NO. 944]

The undersigned counsel hereby certifies as follows:

On November 18, 2025, Burton Hastings Advisors LLC, solely in its capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtors, by and through its undersigned counsel, filed the *Plan Administrator's Second Motion for Entry of an Order Extending the Claims Objection Deadline* (the "Motion") [Docket No. 944] with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Motion was November 25, 2025 at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Motion appears thereon. The Plan Administrator respectfully requests that the Court enter the proposed order granting the Motion, a copy of which is attached hereto and to the Motion as **Exhibit A**.

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

17652963/1

-2-

| | |
|---|---|
| Dated: November 26, 2025 | **MORRIS JAMES LLP** |

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
       bkeilson@morrisjames.com
       scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
       kelliott@kelleydrye.com
       abarajas@kelleydrye.com

*Counsel to the Plan Administrator*


-2-

Dated: November 26, 2025

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
          bkeilson@morrisjames.com
          scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
          kelliott@kelleydrye.com
          abarajas@kelleydrye.com

*Counsel to the Plan Administrator*