IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 2, 2025 AT 3:30 P.M. (ET)**

** AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT **

## ADJOURNED MATTERS:

1. Plan Administrator's First Omnibus (Non-Substantive) Objection to Certain (I) Insufficient Documentation Claims; (II) Late Filed Claims; and (III) Amended and Superseded Claims [Filed October 13, 2025; Docket No. 931].

   Objection Deadline: November 4, 2025 at 4:00 p.m. (ET). Extended to December 2, 2025 at 4:00 p.m. (ET) for Hartford Fire Insurance Company ("Hartford").

   Responses/Objections Received:

   A. Informal comments from Hartford (Claim Nos. 10198 & 10320).

   Related Documents(s):

   A. Notice of Submission of Proof of Claim In Connection With the Plan Administrator's First Omnibus (Non-Substantive) Objection to Certain (I) Insufficient Documentation Claims; (II) Late Filed Claims; and (III) Amended and Superseded Claims [Filed October 29, 2025; Docket No. 936].

   B. Withdrawal of Claim No. 123 filed by the Employment Development Department of the State of California ("EDDCA") [Filed November 4, 2025; Docket No. 937].

---

[1]   A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness.

[2]   Amended items appear in **BOLD**.

17656501/1

    C. Certification of Counsel Regarding Plan Administrator's First Omnibus (Non-Substantive) Objection to Certain (I) Insufficient Documentation Claims; (II) Late Filed Claims; and (III) Amended and Superseded Claims [Filed November 6, 2025; Docket No. 940].

    D. Order Sustaining Plan Administrator's First Omnibus (Non-Substantive) Objection to Certain (I) Insufficient Documentation Claims; (II) Late Filed Claims; and (III) Amended and Superseded Claims [Entered November 7, 2025; Docket No. 941].

Status: An Order has been entered sustaining the Plan Administrator's First Omnibus Objection, other than the claims of Hartford and EDDCA. Subject to further extensions as agreed upon by the parties, the hearing with respect to Hartford's response has been adjourned to January 6, 2026 at 10:00 a.m. (ET).

**MATTERS GOING FORWARD:**

2. Plan Administrator's Second Motion for Entry of an Order Extending the Claims Objection Deadline [Filed November 18, 2025; Docket No. 944].

    Objection Deadline: November 25, 2025 at 4:00 p.m. (ET).

    Responses/Objections Received: None.

    Related Documents(s):

    **A. Certificate of No Objection Regarding Plan Administrator's Second Motion for Entry of an Order Extending the Claims Objection Deadline [Filed November 26, 2025; Docket No. 948].**

    **B. Order Extending the Claims Objection Deadline [Entered December 1, 2025; Docket No. 949].**

Status: **An Order has been entered by the Court. Accordingly, a hearing on this matter is no longer required.**

[*Signature to Follow*]

| | |
|---|---|
| Dated: December 1, 2025 | **MORRIS JAMES LLP**<br><br>*/s/ Siena B. Cerra*<br>Carl N. Kunz, III (DE Bar No. 3201)<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>Siena B. Cerra (DE Bar No. 7290)<br>3205 Avenue North Blvd., Suite 100<br>Wilmington, DE 19803<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com<br>    emonzo@morrisjames.com<br>    bkeilson@morrisjames.com<br>    scerra@morrisjames.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson, Esq. (admitted *pro hac vice*)<br>Kristin S. Elliott, Esq. (admitted *pro hac vice*)<br>Andres Barajas, Esq. (admitted *pro hac vice*)<br>3 World Trade Center<br>New York, NY 10007<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br>E-mail: ewilson@kelleydrye.com<br>    kelliott@kelleydrye.com<br>    abarajas@kelleydrye.com<br><br>*Counsel to the Plan Administrator* |