**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.,*[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 945** |

**CERTIFICATION OF COUNSEL REGARDING PLAN ADMINISTRATOR'S**
**SECOND MOTION FOR A FINAL DECREE AND ORDER CLOSING CERTAIN**
**OF THE DEBTORS' CHAPTER 11 CASES [DOCKET NO. 945]**

Burton Hastings Advisors LLC, not individually, but solely in its capacity as the Plan Administrator (the "Plan Administrator") in the above-captioned cases, by and through its undersigned counsel, hereby certifies as follows:

1.      On November 18, 2025, Burton Hastings Advisors LLC, solely in its capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtors, by and through its undersigned counsel, filed the *Plan Administrator's Second Motion for a Final Decree and Order Closing Certain of the Debtors' Chapter 11 Cases* (the "Motion") [Docket No. 945] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      The deadline to object to the Motion was December 2, 2025 at 4:00 p.m. (ET) (the "Objection Deadline").

3.      Prior to the Objection Deadline, the Plan Administrator received an informal comment from the Office of the United States Trustee (the "U.S. Trustee") regarding the proposed order ("Proposed Order") attached to the Motion as **Exhibit A**.  The Plan Administrator has revised the Proposed Order to address the informal comment from the U.S. Trustee.

---

[1]      A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness

17660989/1

4.      Attached hereto as **Exhibit A** is a revised proposed order ("Revised Proposed Order") incorporating the U.S. Trustee's informal comment.  A redline comparing the Revised Proposed Order to the Proposed Order is attached hereto as **Exhibit B**.  The U.S. Trustee does not object to entry of the Revised Proposed Order.

**WHEREFORE**, the Plan Administrator respectfully requests that the Court enter the Revised Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: December 4, 2025

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
           bkeilson@morrisjames.com
           scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
           kelliott@kelleydrye.com
           abarajas@kelleydrye.com

*Counsel to the Plan Administrator*

17660989/1