# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 945 |

## FINAL DECREE AND ORDER CLOSING
## CERTAIN OF THE DEBTORS' CHAPTER 11 CASES

Upon consideration of the motion (the "Motion"),[2] of the Plan Administrator in the above-captioned cases (the "Plan Administrator"), for entry of an order (this "Order") under sections 105(a) and 350 of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, closing the Closing Cases as of the date of entry of this Order, leaving open only the Remaining Case; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and this Bankruptcy Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this Bankruptcy Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Bankruptcy Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Plan Administrator, the Debtors' estates, other creditors and parties in interest; and upon the record in these proceedings; and after due deliberation; and good and sufficient cause appearing therefor;

---

[1]   A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the Debtors' counsel.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

17661039/1

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Cases listed on **<u>Exhibit 1</u>** to this Order, shall be, and hereby are, closed pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, effective as of the date of entry of this Order.

3. The Clerk of the Court shall enter this Order individually on each of the dockets of the Closing Debtors' respective Chapter 11 Cases and thereafter each such docket shall be marked as "Closed".

4. The Plan Administrator shall not be obligated to pay quarterly fees pursuant to 28 U.S.C. § 1930(a) with respect to the Closing Cases for any period after the date of the entry of this Order, provided, however, that nothing in this Order shall relieve, exempt, or otherwise discharge the Debtors from paying such quarterly fees in any Closing Case that is subsequently reopened.

5. The caption of the Chapter 11 Cases shall be modified to read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[FN] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | |

[FN] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

6. The requirement under Local Rule 3022-1(a)(ii) to file a final report with respect to the Closing Cases is hereby waived, and the Plan Administrator shall file such report with a motion to close the Remaining Case, which will remain open pending further order of this Bankruptcy Court.

7. Entry of this Order shall be without prejudice to any entity's right to seek to reopen the Closing Cases for cause.

8. The Plan Administrator is empowered and authorized to take all actions necessary or appropriate to effect the relief granted in this Order.

9. This Order shall be effective and enforceable immediately upon entry hereof.

10. This Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: December 5th, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE