# EXHIBIT 1

Closing Cases

| # | Case No. | Entity |
|---|----------|--------|
| 1 | 24-11759 | Blink 116th Street, Inc. |
| 2 | 24-11796 | Blink 2192 Texas Parkway, Inc. |
| 3 | 24-11731 | Blink 56-02 Roosevelt, Inc. |
| 4 | 24-11801 | Blink Fitness Franchising, Inc. |
| 5 | 24-11811 | Blink Fourth Avenue, Inc. |
| 6 | 24-11712 | Blink Gates, Inc. |
| 7 | 24-11720 | Blink Hawthorne, Inc. |
| 8 | 24-11740 | Blink Islandia, Inc. |
| 9 | 24-11783 | Blink Linden, Inc. |
| 10 | 24-11777 | Blink Plainfield, Inc. |