## **EXHIBIT 2**

Remaining Case

| # | Case No. | Entity |
|---|---|---|
| 1 | 24-11686 | Blink Holdings, Inc. |