**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[1] | Case No. 24-11686 (JKS) |
|     Post-Effective Date Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Agenda of Matters Scheduled for Hearing on January 6, 2026 at 10:00 a.m. (ET)* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was completed via electronic mail, upon the parties on the attached service list.

                                                    */s/ Siena B. Cerra*
                                                    Siena B. Cerra (DE Bar No. 7290)

---

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

17662423/1

## Service List

| | |
|---|---|
| Benjamin A. Hackman, Esq.<br>Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov<br><br>*United States Trustee* | Gary Bressler, Esq.<br>McElroy, Deutsch, Mulvaney<br>& Carpenter, LLP<br>300 Delaware Ave, Ste 1014<br>Wilmington, DE 19801<br>gbressler@MDMC-Law.com<br><br>*Counsel to Hartford Fire Insurance Company*<br><br>Hartford Fire Insurance Company<br>Rachel Simpson<br>One Hartford Plaza, T-14<br>Hartford, CT 06155<br>Rachel.Simpson@thehartford.com |