## EXHIBIT A

Proposed Order

17696041/2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | Re: Docket No.\_\_ |

**ORDER EXTENDING THE DEADLINE TO FILE NOTICES TO REMOVE ACTIONS**

Upon the motion (the "Motion")[2] of Burton Hastings Advisors LLC, solely in its capacity as the Plan Administrator (the "Plan Administrator"), for the entry of an order (this "Order") pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rules 9006(b) and 9027, and Local Rule 9006-2, extending the period within which the Plan Administrator may remove actions pursuant to 28 U.S.C. § 1452 through and including May 7, 2026; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012 (Sleet, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Bankruptcy Rules, and it appearing that no other or further notice need be provided; and a hearing having been held, if necessary, to consider the relief requested in the Motion; and upon consideration of the record of all of the proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Motion

---

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

[2] Capitalized terms used not defined in this Order have the meanings ascribed to them in the Motion.

17696041/2

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Removal Deadline is extended through and including May 7, 2026 for the Plan Administrator pursuant to Bankruptcy Rule 9006.

3. The Plan Administrator is authorized to take all reasonable actions necessary or appropriate to effectuate the relief granted in this Order.

4. This Order shall be without prejudice to (i) any position the Plan Administrator may take regarding whether section 362 of the Bankruptcy Code applies to stay any litigation pending against the Post-Effective Date Debtor, or (ii) the Plan Administrator's right to seek a further extension of the Removal Deadline.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

17696041/2