# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January 2026, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Fifth Motion for Entry of an Order Extending the Deadline to File Notices to Remove Actions* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was completed via electronic mail or First-Class Mail, postage prepaid thereon, upon the parties on the attached service list.

                                                                               */s/ Siena B. Cerra*
                                                                               Siena B. Cerra (DE Bar No. 7290)

---

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

17696041/2

| Name | address1 | address2 | address3 | city | State | ZIP / Postalcode | Email 1 |
|---|---|---|---|---|---|---|---|
| ALCALA, LUIS | ADDRESS REDACTED | | | | | | |
| ALCALA, LUIS | ADDRESS REDACTED | | | | | | |
| ALCANTARA, AURORA | C/O MICHAEL RONEMUS. RONEMUS & VILENSKY | 112 MADISON AVE, 2ND FL | | NEW YORK | NY | 10016 | |
| ALCANTARA, AURORA | C/O RONEMUS & VILENSKY | MICHAEL RONEMUS, ESQ. | 112 MADISON AVE, 2ND FL | NEW YORK | NY | 10016 | |
| AMERSON, DARSHAWN | C/O LILIUOKALANI MARTIN, ESQ | 601 N VERMONT AVE | | LOS ANGELES | CA | 90004 | LILI@DOWNTOWNLALAW.COM MJOYCE@MJLAWOFFICES.COM |
| AMERSON, DARSHAWN | C/O DOWNTOWN L.A. LAW GROUP | 601 N. VERMONT AVE. | | LOS ANGELES | CA | 90004 | |
| AMERSON, DARSHAWN | C/O DOWNTOWN L.A. LAW GROUP | 601 N. VERMONT AVE. | | LOS ANGELES | CA | 90004 | |
| BATISTA, JOHNY | C/O DAVID R LEWIS PC | ATTN DAVIS R LEWIS | 527 OLD COUNTRY RD | PLAINVIEW | NY | 11803 | |
| BATISTA, JOHNY | C/O DAVID R LEWIS PC | ATTN DAVIS R LEWIS | 527 OLD COUNTRY RD | PLAINVIEW | NY | 11803 | DAVID@LIPILAWYER.COM |
| BERNARD, JERRY | ADDRESS REDACTED | | | | | | |
| BIBBY, SHAHIEM | ADDRESS REDACTED | | | | | | |
| BIBBY, SHAHIEM | ADDRESS REDACTED | | | | | | |
| BLACK, JAMELA | C/O NISAR LAW GROUP, PC | ATTN MAHIR S NISAR, ESQ | ONE GRAND CENTRAL PL, 60 E 42ND ST, STE | NEW YORK | NY | 10165 | |
| BLACK, JAMELA | C/O NISAR LAW GROUP, PC | ATTN MAHIR S NISAR, ESQ | 1 GR.CENTRAL PL, 60 E 42ND ST, STE 4600 | NEW YORK | NY | 10165 | |
| BLANC, REBECCA | ADDRESS REDACTED | | | | | | |
| BLANC, REBECCA | ADDRESS REDACTED | | | | | | |
| BRIXMOR SPE 6 LLC | C/O BALLARD SPAHR LLP | ATTN LESLIE C HEILMAN | 919 N MARKET ST, 11TH FL | WILMINGTON | DE | 19801 | HEILMANL@BALLARDSPAHR.COM |
| BRIXMOR SPE 6 LLC | ATTN: DAVID GERSTENHABER | C/O DOWNTOWN L.A. LAW GROUP | 601 N. VERMONT AVE. | LOS ANGELES | CA | 90004 | |
| BRIXMOR SPE 6LLC | C/O LAW OFFICES OD LISA M. BLUESTEIN, LLC | | 111 BROOK STREET; SUITE 202 | SCARSDALE | NY | 10583 | |
| BROGSDALE, ELVIN | C/O TIMOTHY KRAMER, SOBO & SOBO, LLP | ONE DOLSON AVENUE | | MIDDLETOWN | NY | 10940 | |
| BROGSDALE, ELVIN | C/O SOBO & SOBO, LLP | TIMOTHY KRAMER, ESQ. | ONE DOLSON AVENUE | MIDDLETOWN | NY | 10940 | |
| BROWN, SHAYRA | ADDRESS REDACTED | | | | | | |
| BROWN, SHAYRA | C/O EMILY BASS, ESQ | 111 BROADWAY, STE 1505 | | NEW YORK | NY | 10006 | EBASS@VLADECK.COM |
| BROWN, SHAYRA | ADDRESS REDACTED | | | | | | |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC | ATTN JOEL L LEVINE, SCOTT L WISS, ERNEST | T LAWSON, WAYNE, B WILSON, MARTIN M | BROOKLYN | NY | 11203 | |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC | 1065 OLD COUNTRY RD, STE 203 | | WESTBURY | NY | 11590 | |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC | 1065 OLD COUNTRY RD, STE 203 | | WESTBURY | NY | 11590 | |
| BURRIS, AMELDA | ADDRESS REDACTED | | | | | | |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC | ATTN JULES G MESSINGER | 1065 OLD COUNTRY RD, STE 203 | WESTBURY | NY | 11590 | |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC | ATTN JOEL L LEVINE, SCOTT L WISS | 1065 OLD COUNTRY RD, STE 203 | WESTBURY | NY | 11590 | |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC | ATTN JOEL L LEVINE, SCOTT L WISS | 455 UTICA AVE | BROOKLYN | NY | 11203 | |
| BURRIS, AMELDA | C/O LEVINE AND WISS PLLC | ATTN JOEL L LEVINE, SCOTT L WISS | 259 S BAYVIEW AVE | AMITYVILLE | NY | 11701 | LAW@888GOTHURT.COM |
| CANALES, LIDIA | C/O ZIMMERMAN LAW PC | 315 WALT WHITMAN RD, STE 215 | | HUNTINGTON STATION | NY | 11746 | PI@ZIMMLAW.COM WHOLEOFFICE@ZIMMLAW.COM |
| CANALES, LIDIA | C/O ZIMMERMAN LAW PC | 315 WALT WHITMAN RD, STE 215 | | HUNTINGTON STATION | NY | 11746 | PI@ZIMMLAW.COM WHOLEOFFICE@ZIMMLAW.COM |
| CANALES, LIDIA | C/O ZIMMERMAN LAW PC | 315 WALT WHITMAN RD, STE 215 | | HUNTINGTON STATION | NY | 11746 | PI@ZIMMLAW.COM |
| CANALES, LIDIA | C/O ZIMMERMAN LAW | ATTN MICHAEL A ZIMMERMAN, NAOMI TRAINER | 315 WALT WHITMAN RD, STE 215 | HUNTINGTON STATION | NY | 11746 | |
| CHRISTOPHER MITCHENER | C/O TAULER SMITH LLP | ATTN: MATTHEW SMITH, ESQ. | 626 WILSHIRE BLVD., SUITE 550 | LOS ANGELES | CA | 90017 | matthew@taulersmith.com |
| COMMODORE, BENJAMIN A | ADDRESS REDACTED | | | | | | |
| COMMODORE, BENJAMIN A | ADDRESS REDACTED | | | | | | |
| COMODORE, BENJAMINE | ADDRESS REDACTED | | | | | | |
| DENNIS, RAWLE | C/O LAROCCA HORNIK GREENBERG KITTREDGE | CARLIN & MCPARTLAND LLP | ATTN JARED E BLUMETTI | NEW YORK | NY | 10005 | |
| DENNIS, RAWLE | C/O LAROCCA HORNIK GREENBERG ET AL | ATTN JARED E BLUMETTI | 40 WALL ST, 32ND FL | NEW YORK | NY | 10005 | JBLUMETTI@LHRGB.COM |
| DERAS, VIVIAN | C/O BRANDON J BRODERICK LLC | BRIAN R LEHRER, ESQ | 65 STATE RTE 4 EAST | RIVER EDGE | NJ | 07661 | |
| DERAS, VIVIAN | C/O BRANDON J. BRODERICK, LLC | BRIAN R. LEHRER, ESQ. | 65 STATE ROUTE 4 EAST | RIVER EDGE | NJ | 07661 | |
| DT ROUTE 22 RETAIL LLC, ET AL | BLINK UNION INC; DBA BLINK FITNESS (NJ) | ABDUL HASSAN LAW GROUP PLLC | 215-28 HILLSIDE AVE | QUEENS VILLAGE | NY | 11427 | |
| DT ROUTE 22 RETAIL, LLC, ET AL. | C/O STARK & STARK | PO BOX 5315 | | PRINCETON | NJ | 08543 | |
| DUNCAN, RICARDO | C/O JOSEPH T. MULLEN, JR., & ASSOCIATES | JOSEPH T. MULLEN, ESQ. | 20 VESEY STREET, SUITE 710 | NEW YORK | NY | 10007 | |
| DUNCAN, RICARDO | C/O JOSEPH T MULLEN JR & ASSOCIATES | 20 VESEY ST, STE 710 | | NEW YORK | NY | 10007 | LAWYERJTMJR@AOL.COM |
| DUNCAN, RICARDO | C/O JOSEPH T MULLEN JR & ASSOCIATES | 20 VESEY ST, STE 710 | | NEW YORK | NY | 10007 | LAWYERJTMJR@AOL.COM |
| DUNCAN, RICARDO V | BLINK 125TH INC (NY) & RAQUEL TORRES | JOSEPH T MULLEN JR & ASSOCIATES | 20 VESEY ST, STE 710 | NEW YORK | NY | 10007 | |
| EVANS, KEMAR | C/O NEWMAN ANZALONE & NEWMAN LLP | ATTN MORRIS J NEWMAN & LUCILLE A | ANZALONE | REGO PARK | NY | 11374 | |
| EVANS, KEMAR | C/O NEWMAN ANZALONE & NEWMAN LLP | ATTN MORRIS J NEWMAN & LUCILLE A | ANZALONE | REGO PARK | NY | 11374 | |
| EVANS, KEMAR | C/O NEWMAN ANZALONE & NEWMAN LLP | ATTN MORRIS J NEWMAN | 95-25 QUEENS BLVD, 11TH FL | REGO PARK | NY | 11374 | EMAIL@NANLAWFIRM.COM |
| FLEXIT INC. | C/O LAROCCA, HORNIK, GREENBERG | 40 WALL STREET | 32ND FL | NEW YORK | NY | 10005 | |
| FLEXIT INC. | C/O LEEDS BROWN LAW, P.C. | ONE OLD COUNTRY ROAD, SUITE 347 | | CARLE PLACE | NY | 11514 | |
| GONZALEZ, JUANA | C/O GUERRERO & ROSENGARTEN | ATTN ENRIQUE GUERRERO | 363 7TH AVE, 7TH FL | NEW YORK | NY | 10001 | PAMELA.ROBAYO@GRLAWPARTNERS.COM |
| GONZALEZ, JUANA | C/O GUERRERO & ROSENGARTEN | ENRIQUE GUERRERO, ESQ | 363 7TH AVENUE, 7TH FL | NEW YORK | NY | 10001 | |
| GONZALEZ, JUANA | C/O GUERRERO & ROSENGARTEN | ENRIQUE GUERRERO, ESQ. | 363 7TH AVENUE, 7TH FLOOR | NEW YORK | NY | 10001 | |
| GREGORY, RHYS | C/O LEEDS BROWN LAW, P.C. | ONE OLD COUNTRY ROAD, SUITE 347 | | CARLE PLACE | NY | 11514 | |
| GREGORY, RHYS | C/O LEEDS BROWN LAW, P.C. | ONE OLD COUNTRY ROAD, SUITE 347 | | CARLE PLACE | NY | 11514 | |
| HERNANDEZ, SISAI | C/O FUZZBUZZ TECHNOLOGIES | ATTN SUSAN ALLMAN, CFO | 41 COMMERCE AVE, STE 2 | SOUTH BURLINGTON | VT | | |
| HERNANDEZ, SISAI | C/O MARK L KARNO & ASSOCIATES LLC | ATTN MARK L KARNO | 33 N LA SALLE ST, STE 3500 | CHICAGO | IL | 60602 | MARK.KARNO@KARNOLAW.COM |
| HERNANDEZ, SISAI | C/O FUZZBUZZ TECHNOLOGIES | ATTN SUSAN ALLMAN, CFO | 41 COMMERCE AVE, STE 2 | SOUTH BURLINGTON | VT | 05403 | |
| HERNANDEZ, SISAI | C/O MARK L KARNO & ASSOCIATES LLC | ATTN MARK L KARNO, JESSE GONZALEZ | 33 N LA SALLE ST, STE 3500 | CHICAGO | IL | 60602 | K.HYZY@KARNLAW.COM |
| HERNANDEZ, SISAI | C/O MARK L KARNO & ASSOCIATES LLC | ATTN MARK L KARNO, JESSE GONZALEZ | 2 S BISCAYNE BLVD, STE 2200 | MIAMI | FL | 33131 | |
| HERNANDEZ, SISAI | C/O MARK L KARNO & ASSOCIATES LLC | ATTN MARK L KARNO, JESSE GONZALEZ | 1444 N FARNSWORTH AVE | AURORA | IL | 60505 | |
| KANE, NICKIE | ADDRESS REDACTED | | | | | | |
| KANE, NICKIE | ADDRESS REDACTED | | | | | | |
| KHUTCHUA, GURAM | C/O ALINA KATS, ESQ PLLC | 2365 NOSTRAND AVE, STE 107 | | BROOKLYN | NY | 11210 | |

| Name | address1 | address2 | address3 | city | State | ZIP / Postalcode | Email 1 |
|---|---|---|---|---|---|---|---|
| KHUTCHUA, GURAM | C/O ALINA KATS, ESQ PLLC | 2365 NOSTRAND AVE, STE 107 | | BROOKLYN | NY | 11210 | ALINAKATS@ALINAKATSESQ.COM |
| KORTBAWI, JASON | C/O ABDUL HASSAN LAW GROUP, PLLC | 215-28 HILLSIDE AVENUE | | QUEENS VILLAGE | NY | 11427 | |
| KORTBAWI, JASON | C/O ABDUL HASSAN LAW GROUP, PLLC | 215-28 HILLSIDE AVENUE | | QUEENS VILLAGE | NY | 11427 | |
| LASTRA, ROBERTO | C/O NEWMAN ANZALONE & NEWMAN LLP | ATTN MORRIS J NEWMAN & LUCILLE A | ANZALONE | REGO PARK | NY | 11374 | |
| LASTRA, ROBERTO | C/O NEWMAN ANZALONE & NEWMAN LLP | ATTN MORRIS J NEWMAN | 95-25 QUEENS BLVD, 11TH FL | REGO PARK | NY | 11374 | EMAIL@NANLAWFIRM.COM |
| LASTRA, ROBERTO | C/O MORGAN & MORGAN NY PLLC | ATTN VAN MILLER | 350 FIFTH AVE, STE 6705 | NEW YORK | NY | 10118 | |
| LAWYER, WESLEY | ADDRESS REDACTED | | | | | | |
| LAWYER, WESLEY | ADDRESS REDACTED | | | | | | |
| LEVIN PROPERTIES LP | ADDRESS REDACTED | | | | | | |
| LEVIN PROPERTIES, L.P. | C/O STARK & STARK | PO BOX 5315 | | PRINCETON | NJ | 08543 | |
| LEVITZ, EMILY | C/O KUHARSKI LEVITZ GIOVINAZZO LAW GROUP | ATTN MICHAEL J KUHARSKI, LONNY R LEVITZ | & LISA E GIOVINAZZO | STATEN ISLAND | NY | 10301 | |
| LEVITZ, EMILY | C/O KUHARSKI LEVITZ GIOVINAZZO LAW GROUP | ATTN MICHAEL J KUHARSKI, LONNY R LEVITZ | 176 HART BLVD | STATEN ISLAND | NY | 10301 | |
| LEVITZ, EMILY | C/O KUHARSKI LEVITZ GIOVINAZZO LAW GROUP | ATTN MICHAEL J KUHARSKI, LONNY R LEVITZ | 30 WALL ST, 8TH FL | NEW YORK | NY | 10005 | |
| LEWIS, CHRISTAL | C/O EVAN M. LAPENNA, LAPENNA LAW, PLLC | 58 S SERVICE ROAD, SUITE 130 | | MELVILLE | NY | 11747 | |
| LEWIS, CHRISTAL | C/O LAPENNA LAW, PLLC | EVAN M. LAPENNA, ESQ. | 58 S SERVICE ROAD, SUITE 130 | MELVILLE | NY | 11747 | |
| LI, KAREN | C/O THE FOOTE FIRM PLLC | ATTN PHILIP PHILIP P FOOTE, ESQ | 100 WALL ST, 15TH FL | NEW YORK | NY | 10005 | |
| LI, KAREN | ADDRESS REDACTED | | | | | | |
| LI, KAREN | ADDRESS REDACTED | | | | | | |
| LI, KAREN | ADDRESS REDACTED | | | | | | |
| LI, KAREN | C/O MORGAN & MORGAN NY PLLC | ATTN BRIANNA BAKER | 199 WATER ST, STE 1500 | NEW YORK | NY | 10038 | |
| LIMON, JASMIN | ADDRESS REDACTED | | | | | | |
| LIMON, JASMIN | ADDRESS REDACTED | | | | | | |
| LORISTIN, HERVE | ADDRESS REDACTED | | | | | | |
| LORISTIN, HERVE | ADDRESS REDACTED | | | | | | |
| MARTINEZ, GLORIA | C/O LAW OFFICES OF JASON B KESSLER PC | ATTN JONATHAN VAN DINA | 55 CHURCH ST, STE 201 | WHITE PLAINS | NY | 10601 | |
| MARTINEZ, GLORIA | C/O LAW OFFICES OF JASON B KESSLER PC | ATTN JONATHAN VAN DINA | 55 CHURCH ST, STE 201 | WHITE PLAINS | NY | 10601 | |
| MARTINEZ, GLORIA | C/O LAW OFFICES OF JASON B KESSLER PC | ATTN JONATHAN VAN DINA | 250 BROADWAY, 6TH FL | NEW YORK | NY | 10007 | |
| MARTINEZ, GLORIA | C/O LAW OFFICES OF JASON B KESSLER PC | ATTN JONATHAN VAN DINA | 39-16 111TH ST | CORONA | NY | 11368 | |
| MARTINEZ, GLORY | C/O LAW OFFICES OF JASON B KESSLER PC | 55 CHURCH ST, #201 | | WHITE PLAINS | NY | 10601 | JKESSLER@KESSLERLAWYER.COM |
| MAZHUDE, TAWANA | C/O ISAACSON SCHIOWITZ & KORSON LLP | ATTN JEREMY SCHIOWITZ | 5 PENN PLZ, 23RD FL | NEW YORK | NY | 10001 | |
| MAZHUDE, TAWANA | C/O ISAACSON SCHIOWITZ & KORSON LLP | 371 MERRICK RD, STE 302 | | ROCKVILLE CENTRE | NY | 11570 | JSCHIOWITZ@ISKSLAW.COM |
| MAZHUDE, TAWANA | C/O ISAACSON SCHIOWITZ & KORSON LLP | ATTN JEREMY SCHIOWITZ | 371 MERRICK RD, STE 302 | ROCKVILLE CENTRE | NY | 11570 | INFO@ISKLAW.COM |
| MAZHUDE, TAWANA | C/O ISAACSON SCHIOWITZ & KORSON LLP | ATTN JEREMY SCHIOWITZ | 5 PENN PLZ, 23RD FL | NEW YORK | NY | 10001 | |
| MBB REALTY LIMITED PARTNERSHIP | C/O SIRLIN LESSER & BENSON, P.C. | 123 S. BROAD STREET | SUITE 2100 | PHILADELPHIA | PA | 19109 | |
| MBB REALTY LIMITED PARTNERSHIP | C/O SIRLIN LESSER & BENSON, P.C. | 123 S. BROAD STREET | SUITE 2100 | PHILADELPHIA | PA | 19109 | |
| MBB REALTY LP V | ADDRESS REDACTED | | | | | | |
| MCKEN, SHOKANNI | THE MUHLSTOCK FIRM PLLC | JASON TENENBAUM, ESQ | 35 PINELAWN ROAD, STE 105E | MELVILLE | NY | 11747 | |
| MCKEN, SHOKANNI | C/O THE MUHLSTOCK FIRM, PLLC | JASON TENENBAUM, ESQ. | 35 PINELAWN ROAD, SUITE 105E | MELVILLE | NY | 11747 | |
| MENDOZA, PATRICIA | C/O KERNER LAW GROUP PC | 269 W 231ST ST | | BRONX | NY | 10463 | STU@KERNERLAWGROUP.COM |
| MILAN HASSID | C/O TAULER SMITH LLP | ATTN: MATTHEW SMITH, ESQ. | 626 WILSHIRE BLVD., SUITE 550 | LOS ANGELES | CA | 90017 | matthew@taulersmith.com |
| NAPOLES, RUBEN | C/O ANDREW GARRUTO, GARRUTO & CALABRIA | 609 FRANKLIN AVENUE | | NUTLEY | NJ | 07110 | |
| NAPOLES, RUBEN | C/O GARRUTO & CALABRIA | ANDREW GARRUTO, ESQ. | 609 FRANKLIN AVENUE | NUTLEY | NJ | 07110 | |
| NEGRETE, ISCARET | ADDRESS REDACTED | | | | | | |
| NEGRETE, ISCARET | ADDRESS REDACTED | | | | | | |
| NELSON, TRACEY | RODMAN AND CAMPBELL PC | HUGH W CAMPBELL | 1428 E GUN HILL RD | BRONX | NY | 10469 | |
| NELSON, TRACEY | C/O RODMAN AND CAMPBELL, P.C. | HUGH W. CAMPBELL | 1428 EAST GUN HILL ROAD | BRONX | NY | 10469 | |
| ORTIZ, HERNAN | C/O JOHN V. JANUSAS | 17 NORTH MAIN STREET | | LIBERT | NY | 12754 | |
| ORTIZ, HERNAN | C/O JOHN V. JANUSAS | 17 NORTH MAIN STREET | | LIBERT | NY | 12754 | |
| ORTIZ, HERNAN | C/O JOHN V. JANUSAS | 17 NORTH MAIN STREET | | LIBERT | NY | 12754 | |
| PATRICIA MENDOZA | C/O KERNER LAW GROUP, P.C. | 269 WEST 231ST STREET | | BRONX | NY | 10463 | |
| PINTADO, CRAIG | ADDRESS REDACTED | | | | | | |
| PINTADO, CRAIG | ADDRESS REDACTED | | | | | | |
| PRINCE, SHERYL | C/O SHLIVKO YOUNG LLP | ATTN SAM J SHLIVKO, ESQ | 30 WALL ST, 8TH FL | NEW YORK | NY | 10005 | |
| PRINCE, SHERYL | C/O SHLIVKO YOUNG LLP | ATTN SAM J SHLIVKO, ESQ | 30 WALL ST, 8TH FL | NEW YORK | NY | 10005 | SAM@SAMWANTSJUSTICE.COM |
| SAHIBZADA, MUHAMMAD | ADDRESS REDACTED | | | | | | |
| SAHIBZADA, MUHAMMAD | ADDRESS REDACTED | | | | | | |
| SAHIBZADA, MUHAMMAD | ADDRESS REDACTED | | | | | | |
| SAHIBZADA, MUHAMMAD | ADDRESS REDACTED | | | | | | |
| SALAKO, ITEOLUWAKISHA | ADDRESS REDACTED | | | | | | |
| SALAKO, ITEOLUWAKISHA | ADDRESS REDACTED | | | | | | |
| SALAKO, ITEOLUWAKISHA | C/O GERALD POSS & ASSOCIATES PA | 58 VOSE AVE | PO BOX 386 | SOUTH ORANGE | NJ | 07079-2026 | GPOSSESQ@POSSLAW.COM |
| SINGH, BALJINDER | C/O RANA SINGH, SINGH LAW GROUP, PLLC | 183 SOUTH BROADWAY, SUITE 318 | | HICKSVILLE | NY | 11801 | |
| SINGH, BALJINDER | C/O SINGH LAW GROUP, PLLC | RANA SINGH, ESQ. | 183 SOUTH BROADWAY, SUITE 318 | HICKSVILLE | NY | 11801 | |
| SUTTER, SIGRID | C/O KEVIN KLEIN | 100 WALL ST, 24TH FL | | NEW YORK | NY | 10005 | KK@ROSENBAUMNYLAW.COM |
| SUTTER, SIGRID | ROSENBAUM & ROSENBAUM PC | ATTN KEVIN S KLEIN, ESQ | 100 WALL STREET, 15TH FLOOR | NEW YORK | NY | 10005 | |
| SUTTER, SIGRID | C/O ROSENBAUM & ROSENBAUM, P.C. | KEVIN S. KLEIN, ESQ. | 100 WALL STREET, 15TH FLOOR. | NEW YORK | NY | 10005 | |
| TORRES, JOEL | C/O JOHN E GRAY,ESQ | 100 N PARK AVE | | ROCKVILLE CENTRE | NY | 11570 | JGRAY@GRAYLAWYER.COM |
| TORRES, JOEL | C/O LAW OFFICE OF JOHN E GRAY | 100 N PARK AVE | | ROCKVILLE CENTRE | NY | 11570 | JGRAY@GRAYLAWYER.COM |
| TUCKER, CORDELL | C/O PECHMAN LAW GROUP PLLC | ATTN GIANFRANCO J CUADRA, ESQ | 488 MADISON AVE | NEW YORK | NY | 10022 | |
| TUCKER, CORDELL | C/O PECHMAN LAW GROUP PLLC | ATTN GIANFRANCO J CUADRA, ESQ | 488 MADISON AVE | NEW YORK | NY | 10022 | |
| USMAN, ISHRAT | DELLA MURA & CIACCI LLP | ATTN WALTER F CIACCI, ESQ | 981 ALLERTON AVENUE | BRONX | NY | 10469 | |
| USMAN, ISHRAT | C/O DELLA MURA & CIACCI LLP | WALTER F. CIACCI, ESQ. | 981 ALLERTON AVENUE | BRONX | NY | 10469 | |

| Name | address1 | address2 | address3 | city | State | ZIP / Postalcode | Email 1 |
|---|---|---|---|---|---|---|---|
| WASILATU INUSAH | C/O WEBER GALLAGHER | ATTN: BENJAMIN GRAHAM | 1500 BROADWAY, SUITE 2401 | NEW YORK | NY | 10036 | |
| WILKERSON, QUINTIN | C/O PHILLIPS & ASSOCIATES, PLLC | 45 BROADWAY, SUITE 430 | | NEW YORK | NY | 10006 | |
| WILKERSON, QUINTIN | C/O PHILLIPS & ASSOCIATES, PLLC | 45 BROADWAY, SUITE 430 | | NEW YORK | NY | 10006 | |
| WILLIAMS, MARLON | C/O HARMON LINDER & ROGOWSKY, ESQS | 3 PARK AVE, STE 2300 | | NEW YORK | NY | 10016 | HARMON.LINDER.ROGOWSKY@GMAIL.COM |
| WILLIAMS, MARLON | HARMON LINDER & ROGOWSKY | ATTN JORDAN HOCH, ESQ | 3 PARK AVENUE, SUITE 2300 | NEW YORK | NY | 10016 | |
| WILLIAMS, MARLON | C/O HARMON, LINDER & ROGOWSKY | JORDAN HOCH, ESQ. | 3 PARK AVENUE, SUITE 2300 | NEW YORK | NY | 10016 | |
| WOLINKSA, PAULINA | C/O JODRE BRENECKI, LLP | JORDAN JODRE, ESQ. | 101 NORTH 10TH STREET, STE 303 | BROOKLYN | NY | 11249 | |
| WOLINSKA, PAULINA | C/O JODRE BRENECKI LLP | 101 N 10TH ST, STE 303 | | BROOKLYN | NY | 11249 | JORDAN@JODREBRENECKI.COM |
| WOLINSKA, PAULINA | C/O JODRE BRENECKI LLP | 101 N 10TH ST, STE 303 | | BROOKLYN | NY | 11299 | |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE | 844 KING ST, STE 2207, LOCKBOX 35 | ATTN: BENJAMIN A. HACKMAN | WILMINGTON | DDE | 19801 | BENJAMIN.A.HACKMAN@USDOJ.GOV |