This is Jasmin Limon i would like to withdraw my claim with Blink Holding

Case number 24-11686-JKS

Debtors Full name: Blink Holding, Inc

My information For contact
Phone (323) 627-3406

Jasmin Limon
1611 Grape St
Los Angeles CA 90002

LOS ANGELES CA 900
2 JAN 2026   PM 12 L

Delaware
824 N Market St
3rd Floor
Wilmington De 19801

19801-489051