IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Blink Holdings, Inc.,[1]<br><br>    Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 24-11686 (JKS) |

**CERTIFICATION OF COUNSEL REGARDING
ORDER SCHEDULING OMNIBUS HEARING DATE**

The undersigned hereby certifies that they have obtained the omnibus hearing date set forth on the proposed order (the "Proposed Order") attached hereto as **Exhibit A** (the "Omnibus Hearing Date") from the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

WHEREFORE, counsel for Burton Hastings Advisors LLC, solely in its capacity as the Plan Administrator for the above-captioned debtor, respectfully requests that the Bankruptcy Court enter the Proposed Order scheduling the Omnibus Hearing Date at its earliest convenience.

[*Signature to Follow*]

---

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

17707580/1

| | |
|---|---|
| Dated: January 8, 2026 | **MORRIS JAMES LLP** |
| | |
| | */s/ Siena B. Cerra* |
| | Carl N. Kunz, III (DE Bar No. 3201) |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Siena B. Cerra (DE Bar 7290) |
| | 3205 Avenue North Blvd., Suite 100 |
| | Wilmington, DE 19803 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: ckunz@morrisjames.com |
| |       emonzo@morrisjames.com |
| |       bkeilson@morrisjames.com |
| |       scerra@morrisjames.com |
| | |
| | -and- |
| | |
| | **KELLEY DRYE & WARREN LLP** |
| | Eric R. Wilson, Esq. (admitted *pro hac vice*) |
| | Kristin S. Elliott, Esq. (admitted *pro hac vice*) |
| | Andres Barajas, Esq. (admitted *pro hac vice*) |
| | 3 World Trade Center |
| | New York, NY 10007 |
| | Telephone: (212) 808-7800 |
| | Facsimile: (212) 808-7897 |
| | E-mail: ewilson@kelleydrye.com |
| |       kelliott@kelleydrye.com |
| |       abarajas@kelleydrye.com |
| | |
| | *Counsel to the Plan Administrator* |

17707580/1