**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | Re: Docket No. 954<br>Obj. Deadline: January 21, 2026 at 4:00 p.m. (ET)<br>Hearing Date: February 19, 2026 at 1:00 p.m. (ET) |

**AMENDED NOTICE OF FIFTH MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO FILE NOTICES TO REMOVE ACTIONS**

  **PLEASE TAKE NOTICE** that on January 7, 2026, Burton Hastings Advisors LLC, solely in its capacity as the Plan Administrator (the "Plan Administrator"), through its undersigned counsel, filed the *Fifth Motion for Entry of an Order Extending the Deadline to File Notices to Remove Actions* (the "Motion") [Docket No. 954] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

  **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and be filed with the Bankruptcy Court so as to be received on or before **January 21, 2026 at 4:00 p.m. (ET)**. At the same time, any party filing a response to the Motion must also serve a copy of the response upon the Plan Administrator's undersigned counsel.

  **PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held on **February 19, 2026 at 1:00 p.m. (ET)** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801

  **IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1]  The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

17707557/1

Dated: January 8, 2026

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Carl N. Kunz, III (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail:  ckunz@morrisjames.com
            emonzo@morrisjames.com
            bkeilson@morrisjames.com
            scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail:  ewilson@kelleydrye.com
            kelliott@kelleydrye.com
            abarajas@kelleydrye.com

*Counsel to the Plan Administrator*

17707557/1