# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Blink Holdings, Inc.,[1]<br><br>　　　Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 24-11686 (JKS) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| February 19, 2026 at 1:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 |

Dated: January 8th, 2026
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors, LLC, 40 Half Moon Lane, Irvington, NY 10533.

17707580/1