**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC.,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | Re: Docket No. 954 |

**CERTIFICATE OF NO OBJECTION REGARDING FIFTH MOTION
FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO FILE
NOTICES TO REMOVE ACTIONS [DOCKET NO. 954]**

The undersigned counsel hereby certifies as follows:

On January 7, 2026, Burton Hastings Advisors LLC, solely in its capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtor, by and through its undersigned counsel, filed the *Fifth Motion for Entry of an Order Extending the Deadline to File Notices to Remove Actions* (the "Motion") [Docket No. 954] with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Motion was January 21, 2026, at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Motion appears thereon. The Plan Administrator respectfully requests that the Court enter the proposed order granting the Motion, a copy of which is attached hereto and to the Motion as **Exhibit A**.

---

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

17725152/1

-2-

| | |
|---|---|
| Dated: January 23, 2026 | **MORRIS JAMES LLP**<br><br>*/s/ Siena B. Cerra*<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>Siena B. Cerra (DE Bar No. 7290)<br>3205 Avenue North Blvd., Suite 100<br>Wilmington, DE 19803<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>            bkeilson@morrisjames.com<br>            scerra@morrisjames.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson, Esq. (admitted *pro hac vice*)<br>Kristin S. Elliott, Esq. (admitted *pro hac vice*)<br>Andres Barajas, Esq. (admitted *pro hac vice*)<br>3 World Trade Center<br>New York, NY 10007<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br>E-mail: ewilson@kelleydrye.com<br>            kelliott@kelleydrye.com<br>            abarajas@kelleydrye.com<br><br>*Counsel to the Plan Administrator* |