**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | |

**CERTIFICATION OF COUNSEL REGARDING**
**ORDER APPROVING STIPULATION GRANTING**
**ISHRAT USMAN LIMITED RELIEF FROM THE PLAN INJUNCTION**

The undersigned counsel to Burton Hastings Advisors LLC, solely in its capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtor (the "Debtor," and after the Effective Date, the "Post-Effective Date Debtor") hereby certifies as follows:

1.      On December 29, 2020, Ishrat Usman ("Ms. Usman") commenced an action styled *Ishrat Usman vs. Blink Holdings, Inc., d/b/a Blink Fitness and Equinox Holdings, Inc. d/b/a Equinox Fitness*, Docket No. 35778/2020E (the "State Court Action") in the Supreme Court of the State of New York, County of Bronx.

2.      On August 12, 2024, Blink Holdings, Inc. and certain of its affiliates (the "Debtors" and after the Effective Date of the Debtors' confirmed chapter 11 plan, the "Post-Effective Date Debtors") the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, thereby commencing the above-captioned chapter 11 cases.

3.      On February 28, 2025, the Bankruptcy Court entered an order [Docket No. 831] (the "Confirmation Order") confirming the *Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of Blink Holdings, Inc. and Its Affiliated Debtors and Debtors*

---

[1]      The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

*in Possession* [Docket No. 806] (the "Plan").[2]  On February 28, 2025, the Debtors' Plan went effective (the "Effective Date").[3]

4.      Pursuant to the Plan and Confirmation Order, Burton Hastings Advisors LLC was appointed as the Plan Administrator and vested with the exclusive authority to act for the Post-Effective Date Debtors, including the authority to resolve claims, object to claims, and enforce the Plan.[4]

5.      The Plan Administrator agrees to narrow and limited modification of the Plan Injunction solely to permit Ms. Usman to continue the State Court Action nominally as against the Debtors or Post-Effective Date Debtors, for the exclusive purpose of pursuing any available insurance. This limited accommodation does not confer any allowed claim, does not create or acknowledge liability, and does not expand Ms. Usman's rights beyond access to available insurance.  The Parties have memorialized their agreement in the *Stipulation Granting Ishrat Usman Limited Relief from the Plan Injunction* (the "Stipulation").

6.      The Parties have prepared a proposed order (the "Proposed Order"), attached hereto as **Exhibit A**, approving the Stipulation.  A true and correct copy of the Stipulation is attached as Exhibit 1 to the Proposed Order.

*[Remainder of Page Intentionally Left Blank]*

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

[3]      *See* Notice of Effective Date [Docket No. 833].

[4]      Confirmation Order, ¶ 11; Plan, § 9.4.

WHEREFORE, the Parties respectfully request entry of the Proposed Order at the earliest convenience of the Bankruptcy Court.

Dated: February 13, 2026
      Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Carl N. Kunz, III (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
       emonzo@morrisjames.com
       bkeilson@morrisjames.com
       scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
       kelliott@kelleydrye.com
       abarajas@kelleydrye.com

*Counsel to the Plan Administrator*