# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | **Re: Docket Nos. 861, 931** |

**ORDER APPROVING SETTLEMENT AGREEMENT REGARDING (A) REQUEST BY HARTFORD FIRE INSURANCE COMPANY TO ALLOW AND REQUIRE PAYMENT OF ADMINISTRATIVE EXPENSE AND (B) FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) INSUFFICIENT DOCUMENTATION CLAIMS; (II) LATE FILED CLAIMS; AND (III) AMENDED AND SUPERSEDED CLAIMS**

Upon the certification of counsel regarding the *Settlement Agreement* (the "Settlement Agreement"),[2] a copy of which is attached hereto as **Exhibit 1**, entered into by and between the Plan Administrator and Hartford Fire Insurance Company, on behalf of itself and its affiliated insurance companies ("Surety"), and this Bankruptcy Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this Chapter 11 case in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that sufficient notice of the Settlement Agreement has been given; and after due deliberation; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Settlement Agreement is hereby APPROVED in its entirety as set forth herein.

2. The Parties are hereby authorized to enter into the Settlement Agreement, substantially in the form attached hereto as **Exhibit 1**.

---

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Settlement Agreement.

17797477/1

3. The terms of the Settlement Agreement shall become effective upon the entry of this Order and as otherwise provided by the terms of the Settlement Agreement.

4. The Bankruptcy Court shall retain jurisdiction over the Parties hereto with respect to the Settlement Agreement including, without limitation, for the purposes of interpreting, implementing, and enforcing its terms.

5. The rights of all parties and non-parties to the Settlement Agreement to move to amend this Order or the Settlement Agreement are fully reserved.

Dated: March 12th, 2026
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

17797477/1