**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | |

## NOTICE OF CHANGE OF DELAWARE ADDRESS OF BALLARD SPAHR LLP

**PLEASE TAKE NOTICE** that effective March 16, 2026, the mailing address for the Delaware office of Ballard Spahr LLP ("Ballard Spahr"), counsel for 15519 Normandie, LLC, 16302 Jamaica Avenue LLC, Brixmor Holdings 12 SPE, LLC, Brixmor Operating Partnership LP, Lodi Value Add II, LLC, Primestor Jordan Downs, LLC, and UE Bergen Mall Owner LLC (collectively, the "Creditors"), has changed to:

**BALLARD SPAHR LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034**

**PLEASE TAKE FURTHER NOTICE** that counsel's telephone, facsimile numbers, and email addresses will remain the same.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, update the electronic and paper noticing matrix with respect to Ballard Spahr's new Delaware office address.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents served upon Ballard Spahr's Delaware office are to be directed to the new address.

---

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

Dated:  March 20, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Erin L. Williamson*
Leslie C. Heilman (DE No. 4716)
Laurel D. Roglen (DE No. 5759)
Margaret A. Vesper (DE No. 6995)
Erin L. Williamson (DE No. 7286)
**BALLARD SPAHR LLP**
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
       roglenl@ballardspahr.com
       vesperm@ballardspahr.com
       williamsone@ballardspahr.com

*Attorneys for Creditors*