## <u>CERTIFICATE OF SERVICE</u>

I, Erin L. Williamson, hereby certify that on March 20, 2026, I caused a true and correct copy of the foregoing ***Notice of Change of Delaware Address of Ballard Spahr LLP*** to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.

Dated: March 20, 2026
Wilmington, Delaware

/s/ Erin L. Williamson
Erin L. Williamson (DE No. 7286)
BALLARD SPAHR LLP