## EXHIBIT A

Proposed Order

17965137/1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | **Re: Docket No. __** |

**ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE**

Upon the motion (the "Motion")[2] of Burton Hastings Advisors LLC, solely in its capacity as the Plan Administrator (the "Plan Administrator"), for the entry of an order (this "Order") extending the deadline to object to Claims through and including December 31, 2026; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; venue being proper before this Court; consideration of the Motion and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; the Court having found and determined that the relief sought in the Motion is in the best interests of the Post-Effective Date Debtor's estate, creditors and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Claims Objection Deadline shall be, and hereby is, extended through and including December 31, 2026 as to all Claims.

---

[1]      The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

[2]      Capitalized terms used but defined in this Order have the meanings ascribed to them in the Motion.

17965137/1

2

3.      This Order is without prejudice to the rights of the Plan Administrator to seek further extensions of the Claims Objection Deadline.

4.      The Court shall retain jurisdiction to construe and enforce this Order.

2

17965137/1