**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of June 2026, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Plan Administrator's Third Motion for Entry of an Order Extending the Claims Objection Deadline* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was completed via electronic mail, upon the parties on the attached service list.

/s/ Siena B. Cerra
Siena B. Cerra (DE Bar No. 7290)

---

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

17965137/1

## Service List

Benjamin A. Hackman, Esq.
Office of the United States Trustee
District of Delaware
Attn: Benjamin A. Hackman
844 King St., Ste. 2207, Lockbox 35
Wilmington, DE 19801
Benjamin.A.Hackman@usdoj.gov

*United States Trustee*

17965137/1