**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 1, 2026 AT 1:00 P.M. (ET)**

**\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS
BEEN CANCELLED WITH PERMISSION OF THE COURT \*\***

**RESOLVED MATTERS:**

1. Plan Administrator's Third Motion for Entry of an Order Extending the Claims Objection Deadline [Filed June 16, 2026; Docket No. 974].

   Objection Deadline: June 24, 2026 at 4:00 p.m. (ET)

   Responses/Objections Received: None.

   Related Documents(s):

   A. Certificate of No Objection Regarding Plan Administrator's Third Motion for Entry of an Order Extending the Claims Objection Deadline [Filed June 25, 2026; Docket No. 975].

   B. Order Extending the Claims Objection Deadline [Entered June 25, 2026; Docket No. 976].

   Status: An Order has been entered by the Court. Accordingly, a hearing on this matter is no longer required.

---

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

17981713/1

Dated: June 26, 2026

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Carl N. Kunz, III (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
        emonzo@morrisjames.com
        scerra@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
        kelliott@kelleydrye.com
        abarajas@kelleydrye.com

*Counsel to the Plan Administrator*

2

17981713/1