**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June 2026, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Agenda of Matters Scheduled for Hearing on July 1, 2026 at 1:00 p.m. (ET)* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was completed via electronic mail upon the parties on the attached service list.

/s/ Siena B. Cerra
Siena B. Cerra (DE Bar No. 7290)

---

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

17981713/1

2

## **Service List**

Benjamin A. Hackman, Esq.
Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

*United States Trustee*

17981713/1