**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BLINK HOLDINGS, INC., *et al*., [1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 24-11686 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 864** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the *Request of 5111 4th Ave Equity Realty for Allowance of Payment of Administrative Claim* [D.I. 864; filed 3/28/25] filed in the above-captioned case is hereby withdrawn without prejudice.

Date:  July 6, 2026

                                    **THE ROSNER LAW GROUP LLC**

                                    By: */s/ Chan Dong*
                                    Frederick B. Rosner (DE #3995)
                                    Chan (Cora) Dong (DE #7393)
                                    824 N. Market Street, Suite 810
                                    Wilmington, DE 19801
                                    Tel: (302) 777-1111
                                    Email:  dong@teamrosner.com

                                    *Counsel for 5111 4th Ave Equity Realty*

---

[1]     The last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

4921-6469-5227, v. 1