**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE AND WITHDRAW THE APPEARANCE** of Gary D. Bressler, Esq. as counsel for Counsel to Hartford Fire Insurance Company.

**PLEASE TAKE FURTHER NOTICE AND ENTER THE APPEARANCE** of Brett D. Fallon, Jr. Esq. of McElroy, Deutsch, Mulvaney & Carpenter LLP as counsel for Hartford Fire Insurance Company.

**PLEASE TAKE FURTHER NOTICE** that Hartford Fire Insurance Company will also continue to be represented via *Pro Hac Vice Admission* by Michael Morano, esq and Virgina T. Shea, Esq. of McElroy, Deutsch, Mulvaney & Carpenter LLP.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: July 21, 2026

/s/ *Gary D. Bressler*
Gary D. Bressler, Esq. (No.5544)
300 Delaware Ave, Suite 1014
Wilmington, DE 19801
Phone: (302) 400-4515
E-mail: gbressler@mdmc-law.com

/s/ *Brett D. Fallon, Jr.*

---

[1] he last four digits of Blink Holdings, Inc.'s federal tax identification number are 6354. The mailing address for Blink Holdings, Inc. is 45 West 45th Street, 10th Floor, New York, New York 10036. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/BlinkFitness, or by contacting the proposed undersigned counsel for the Debtors.

1

Brett D. Fallon, Jr., Esq. (No. 6656)
300 Delaware Ave, Suite 1014
Wilmington, DE 19801
Phone: (302) 300-4507
 E-mail: bfallon@mdmc-law.com
*Attorney for Hartford Fire Insurance Company*