**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** pursuant to Rule 9010-2(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, that Siena B. Cerra, Esquire, formerly of Morris James LLP, hereby withdraws her appearance as counsel to Burton Hastings Advisors LLC, solely in its capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtor, in the above-captioned case (the "Case"), and requests to be removed from the Court's mailing list (on ECF and any other service list in this Case) and the Debtor's master service list, effective immediately.

**PLEASE TAKE FURTHER NOTICE** and enter the appearance of Jason S Levin, Esquire of Morris James LLP, as counsel to the Plan Administrator.

Dated: July 22, 2026

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Jason S. Levin (DE Bar No. 6434)
3205 Avenue North, Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
        jlevin@morrisjames.com

-and-

---

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

18020671/1

2

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
      kelliott@kelleydrye.com
      abarajas@kelleydrye.com

*Counsel to the Plan Administrator*

2