**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | **Obj. Deadline: October 7, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: October 14, 2026 at 11:00 a.m. (ET)** |

**NOTICE OF PLAN ADMINISTRATOR'S MOTION FOR A FINAL DECREE AND ORDER (I) CLOSING THE DEBTOR'S REMAINING CHAPTER 11 CASE; (II) TERMINATING SERVICES OF EPIQ CORPORATE RESTRUCTURING, LLC; (III) DISCHARGING THE PLAN ADMINISTRATOR; AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on September 23, 2026, the Plan Administrator in the above-referenced bankruptcy case (the "Plan Administrator") filed the *Plan Administrator's Motion for a Final Decree and Order (I) Closing the Debtor's Remaining Chapter 11 Case; (II) Terminating Services of Epiq Corporate Restructuring, LLC; (III) Discharging the Plan Administrator; and (IV) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, and be filed with the Court so as to be received on or before **October 7, 2026 at 4:00 p.m. (ET) (the "Objection Deadline")**. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Administrator.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **October 14, 2026 at 11:00 a.m. (ET)** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

Dated: September 23, 2026

**MORRIS JAMES LLP**

*<u>/s/ Jason S. Levin</u>*
Eric J. Monzo (DE Bar No. 5214)
Jason S. Levin (DE Bar No. 6434)
3505 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
jlevin@morrisjames.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Kristin S. Elliott, Esq. (admitted *pro hac vice*)
Andres Barajas, Esq. (admitted *pro hac vice*)
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
kelliott@kelleydrye.com
abarajas@kelleydrye.com

*Counsel to the Plan Administrator*