**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Blink Holdings, Inc.,[1]<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 24-11686 (JKS) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2026, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Plan Administrator's Motion for a Final Decree and Order (I) Closing the Debtor's Remaining Chapter 11 Case; (II) Terminating Services of Epiq Corporate Restructuring, LLC; (III) Discharging the Plan Administrator; and (IV) Granting Related Relief* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was completed via electronic mail or first-class mail on the parties listed on the attached service list.

*/s/ Jason S. Levin*
Jason S. Levin (DE Bar No. 6434)

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

**Service List**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Michael R. Nestor, Esq.
Sean T. Greecher, Esq.
Allison S. Mielke, Esq.
Timothy R. Powell, Esq.
Rebecca L. Lamb, Esq.
Benjamin C. Carver, Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801
Email: mnestor@ycst.com
sgreecher@ycst.com
amielke@ycst.com
tpowell@ycst.com
rlamb@ycst.com
bcarver@ycst.com

Benjamin A. Hackman, Esq.
Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov