**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLINK HOLDINGS, INC., *et al.*,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | (Jointly Administered) |
| | **Ref. Docket No. 988** |

**CERTIFICATE OF SERVICE**

I, BENJAMIN JOHNSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 24, 2026, I caused to be served the "Plan Administrator's Motion for a Final Decree and Order (I) Closing the Debtor's Remaining Chapter 11 Case; (II) Terminating Services of Epiq Corporate Restructuring, LLC; (III) Discharging the Plan Administrator; and (IV) Granting Related Relief," dated September 23, 2026 [Docket No. 988], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Benjamin Johnson*
Benjamin Johnson

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

# EXHIBIT A

Blink Holdings, Inc.
Mailing_Address_14100

| Name | Address |
|---|---|
| KELLEY DRYE & WARREN LLP | COUNSEL TO THE COMMITTEE KRISTIN S. ELLIOTT, ANDRES BARAJAS CONNIE Y. CHOE 3 WORLD TRADE CENTER NEW YORK NY 10007 UNITED STATES OF AMERICA |
| MORRIS JAMES LLP | COUNSEL TO THE PLAN ADMINISTRATOR CARL N. KUNZ, ERIC J. MONZO JASON S. LEVIN 3205 AVENUE NORTH BLVD., SUITE 100 WILMINGTON DE 19803 UNITED STATES OF AMERICA |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE 844 KING ST, STE 2207, LOCKBOX 35 ATTN: BENJAMIN A. HACKMAN WILMINGTON DE 19801 UNITED STATES OF AMERICA |

Total Count: 3

# EXHIBIT B

| Name | Email |
|---|---|
| KELLEY DRYE & WARREN LLP | ewilson@kelleydrye.com; KELLIOTT@KELLEYDRYE.COM; ABARAJAS@KELLEYDRYE.COM; CCHOE@KELLEYDRYE.COM; KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| MORRIS JAMES LLP | CKUNZ@MORRISJAMES.COM;EMONZO@MORRISJAMES.COM; jlevin@morrisjames.com |
| OFFICE OF THE UNITED STATES TRUSTEE | BENJAMIN.A.HACKMAN@USDOJ.GOV |

Total Count: 9