**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Blink Holdings, Inc.,[1] | Case No. 24-11686 (JKS) |
| Post-Effective Date Debtor. | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 9th day of October, 2026, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Agenda of Matters Scheduled for Hearing on October 14, 2026 at 11:00 a.m. (ET)* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was completed via electronic mail upon the parties on the attached service list.

*/s/ Jason S. Levin*
Jason S. Levin (DE Bar No. 6434)

[1] The Post-Effective Date Debtor's service address is c/o Burton Hastings Advisors LLC, 40 Half Moon Lane, Irvington, NY 10533.

**Service List**

YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Michael R. Nestor, Esq.
Sean T. Greecher, Esq.
Allison S. Mielke, Esq.
Timothy R. Powell, Esq.
Rebecca L. Lamb, Esq.
Benjamin C. Carver, Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801
Email: mnestor@ycst.com
sgreecher@ycst.com
amielke@ycst.com
tpowell@ycst.com
rlamb@ycst.com
bcarver@ycst.com

Benjamin A. Hackman, Esq.
Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov